UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: INSURANCE CASES | SECTION "K" (2) |
| *Aaron*, No. 06-4746 | JUDGE DUVAL |
| *Aguilar*, No. 07-4852 | MAG. WILKINSON |

**JOINT MOTION AND INCORPORATED MEMORANDUM FOR TEMPORARY LIFTING OF STAY ORDER FOR PURPOSE OF DISMISSING ALL CLAIMS OF PLAINTIFFS WAYNE AND ONDINA WILLIAMS WITH PREJUDICE**

**NOW INTO COURT,** come Plaintiffs, Wayne and Ondina Williams (hereinafter "Plaintiffs"), and defendant, Homesite Insurance Company (hereinafter "Homesite"), who respectfully aver as follows:

I.

Plaintiffs filed suit against Homesite in the United States District Court, Eastern District of Louisiana in the proceeding entitled *Aaron, et al. vs. AIG Centennial Insurance, et al.*, No. 06-4746 (hereinafter the "*Aaron* Matter") and in the proceeding entitled *Aguilar, et al. vs. Alea London Ltd., et al.*, No. 07-4852 (hereinafter the "*Aguilar* Matter"). In both the *Aaron* Matter and the *Aguilar* Matter, Plaintiffs have asserted claims under their homeowner's policy for damages associated with or resulting from Hurricane Katrina and its aftermath and/or the subsequent handling, investigation and/or adjustment of their claim under the policy.

II.

The *Aaron* Matter and *Aguilar* Matter were consolidated with the above captioned *In Re Katrina Canal Breaches Consolidated Litigation* under the Insurance Umbrella.

III.

By virtue of this Court's Order, all matters within the *In Re Katrina* Insurance Umbrella are currently stayed.

IV.

Plaintiffs and Homesite represent that Plaintiffs desire to voluntarily dismiss all claims asserted against Homesite in the *Aaron* Matter and in the *Aguilar* Matter.

V.

Accordingly, Plaintiffs and Homesite jointly move this Court for entry of an order to (1) temporarily lift the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismiss, with prejudice and with each party to bear its own costs, all of the claims of Plaintiffs against Homesite in the *Aaron* Matter and in the *Aguilar* Matter, including without limitation all claims arising under Plaintiffs' policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiffs' claim.

**WHEREFORE,** Plaintiffs and Homesite pray that this Court enter an order which (1) temporarily lifts the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismisses, with prejudice and with each party to bear its own costs, all claims asserted by Plaintiffs Wayne and Ondina Williams against Homesite in the *Aaron* Matter and in the *Aguilar* Matter, including without limitation all claims arising under Plaintiffs' policy of insurance for damages associated with or resulting from Hurricane Katrina

and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiffs' claim.

Respectfully submitted

BY: _____
Jim S. Hall (Bar #21644)
Joseph Rausch (Bar #11394)
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001
Tele: (504) 832-3000

**COUNSEL FOR PLAINTIFFS**

BY: _____
Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
**Phelps Dunbar LLP**
365 Canal Street • Suite 2000
New Orleans, LA 7130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
**And**
Marshall M. Redmon (Bar #18398)
**Phelps Dunbar LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197

**COUNSEL FOR DEFENDANT,
HOMESITE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of Dec., 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

*/s/ Alfred Adler*