

# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT ~ CORPS OF ENGINEERS
PO BOX 60267
NEW ORLEANS LA 70160-0267



August 20, 2008

CEMVN-OC

SUBJECT:  Hurricane Katrina Claims

**JOSEPH M BRUNO, ESQUIRE**
**LAW OFFICES OF BRUNO & BRUNO**
**855 BARONNE STREET ~ SECOND FLOOR**
**NEW ORLEANS LA  70113**



RECEIVED
SEP 18 2008
By_____

Dear Sir:

   The subject claims on the enclosed list received by this office indicate that you or your firm are the claimants' personal representative.  A copy of each claim, with the date-stamp from this office reflecting the date of receipt, is enclosed.  **_If the claims are properly presented within the prescribed statutory time limits_**, they will be processed under the Federal Tort Claims Act (FTCA), Title 28, United States Code, Sections 2671-2680 or the Admiralty Extension Act (AEA), Title 46, United States Code app., Section 30101, as appropriate.

   Due to the massive volume of claims filed in relation to Hurricane Katrina, **_the Army has not reviewed the attached claims and has not determined whether properly presented claims have been filed._**  Accordingly, please review the attached claims to determine if they comply with the requirements necessary to present a valid FTCA or AEA claim.  The following items on the Standard Form (SF) 95 (Claim for Damage, Injury or Death) claim form **must** be completed to properly present a claim:

   1.  There must be a name in Block 2 (Name, Address of claimant and claimant's personal representative, if any); and

   2.  Block 8 (Basis of Claim) must include a description of the nature of the alleged damage, injury or death with sufficient information to permit the Army to investigate the merits of the claim and assign it a monetary value; and

   3.  An exact dollar amount must be recorded in one or more Blocks of 12a-12c (Property Damage, Personal Injury and/or Wrongful Death) and in Block 12d (Total) for the specific damages; and

   4.  Block 13a (Signature of Claimant) must be signed by the claimant or authorized representative who has written authority to sign the claim form on the claimant's behalf.

   5.  Each person wanting to present a properly filed claim must individually file his/her own claim and satisfy the above noted requirements.  If multiple claimants are listed on the same claim form, each claimant must separately describe the nature of the damage, injury, or death alleged and state the specific amounts of damages each claimant is demanding.

EXHIBIT 1

An SF 95 claim form does not have to be used.  However, the foregoing information must nevertheless be provided with the claim.

***If, after reviewing the attached claim, you find one or more of the above deficiencies, the CLAIM HAS NOT BEEN PROPERLY PRESENTED and you must file a new claim with the required corrections within two years of the date of the alleged damage, injury or death in order to present a properly filed claim under the FTCA.  Moreover, the filing of a new claim under the AEA will not be properly filed unless the new claim is filed within 18 months of the date of the alleged damage, injury or death.***

The following general information is provided concerning the FTCA and AEA:

a.  The FTCA and AEA both contain a mandatory six-month period for the administrative investigation of a properly filed claim and claim settlement.

b.  The FTCA permits suit to be filed six months after the claim was filed if the Army has not taken final administrative action on the claim, provided the claim has been properly filed.  Title 28, United States Code, Section 2675(a).  However, filing suit is not required.  If suit is not filed, the statute of limitations will be tolled until the claimant is notified by the Army in writing, by certified or registered mail, of the final denial of the claim.

c.  Under the AEA, suit ***must*** be filed within 2 years after the date of the alleged damage, injury or death.

If a claim has been properly filed, there is no need to submit any additional information or respond to this letter at this time.  ***However, an improperly filed claim does not toll the statute of limitations under the FTCA or AEA and a new claim must be properly filed within two years under the FTCA and 18 months under the AEA from the date of the alleged damage, injury or death.***

Sincerely,

Angela Jean Drinkwitz
*Claims Administrator*

Enclosures