UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**FILED IN:** 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: MRGO**

---

### MRGO PLAINTIFFS' SUPPLEMENTAL NOTE OF EVIDENCE
---

| | |
|---|---|
| **Pls Tr. Ex. 21** | Plaintiffs' Counter Deposition Designations of Putative Class Representatives (Original designation highlighted in yellow; counter designations highlighted in green) |
| **Pls Tr. Ex. 22** | Deposition Designations of Cross Examination of Michael Truax, MAI (Vol 1) |
| **Pls Tr. Ex. 23** | Deposition Designations of Cross Examination of Michael Truax, MAI (Vol 2) |
| **Pls Tr. Ex. 24** | Deposition Designations of Cross Examination of Kerry Dean Vandell |
| **Pls Tr. Ex. 25.** | Deposition Designations of Examination of John A. Kilpatrick, Ph.D. MRICS (Vol 1) |
| **Pls Tr. Ex. 26** | Deposition Designations of Examination of John A. Kilpatrick, Ph.D., MRICS (Vol 2) |

**Pls Tr. Ex. 27**     Deposition Designations of Examination of G. Paul Kemp, Ph.D.

**Pls Tr. Ex. 28**     Counter Deposition Designation of Johannes Vrijling

**Pls Tr. Ex. 29**     30(B)(6) Deposition of Sewerage and Water Board of new Orleans through John R. Huerkamp
.

Pursuant to stipulation, if called as a witness, each of the deponents, putative class representatives and experts would testify per the annexed deposition extracts.

**Respectfully submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
jimr@wrightroy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this  4th  day of December, 2008.

**/s/   Joseph M. Bruno**
**JOSEPH M. BRUNO**