# PLAINTIFFS TRIAL EXHIBIT

# 27

DR. G. PAUL KEMP (ALL CASES)                          8/22/2007

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL

PERTAINS TO LEVEE AND MRGO         MAG. WILKINSON



        Deposition of G. PAUL KEMP, PH.D.,

given in both the levees and MRGO cases, at the

offices of Bruno & Bruno, 855 Baronne Street,

New Orleans, Louisiana 70113, on August 22nd,

2007.






REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

VIDEOGRAPHER:

        KEN HART (HART VIDEO)

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

| Page 2 | | Page 4 | |
|---|---|---|---|
| 1 | APPEARANCES: | 1 | REPRESENTING SEWERAGE & WATER BOARD OF NEW |
| 2 | REPRESENTING WASHINGTON GROUP INTERNATIONAL: | 2 | ORLEANS: |
| 3 | JONES DAY. | 3 | CHRISTOVICH & KEARNEY, L.L.P. |
| 4 | (BY: WILLIAM E. MARPLE, ESQUIRE) | 4 | (BY: ELIZABETH CORDES, ESQUIRE) |
| 5 | 2727 North Harwood Street | 5 | 601 Poydras Street, Suite 2300 |
| 6 | Dallas, Texas 75201 | 6 | New Orleans, Louisiana 70130 |
| 7 | 214-220-3939 | 7 | 504-561-5700 |
| 8 | | 8 | |
| 9 | REPRESENTING THE PARISH OF JEFFERSON: | 9 | REPRESENTING EAST JEFFERSON LEVEE DISTRICT AND |
| 10 | BURGLASS & TANKERSLEY | 10 | LAKE BORGNE LEVEE DISTRICT: |
| 11 | (BY: MONICA M. WALDRON-BURGLASS, | 11 | DUPLASS, ZWAIN, BOURGEOIS, MORTON, |
| 12 | ESQUIRE) | 12 | PFISTER & WEINSTOCK |
| 13 | 5213 Airline Drive | 13 | (BY: GARY M. ZWAIN, ESQUIRE) |
| 14 | Metairie, Louisiana 70001 | 14 | Three Lakeway Center, 29th Floor |
| 15 | 504-836-2220 | 15 | 3838 N. Causeway Boulevard |
| 16 | | 16 | Metairie, Louisiana 70002 |
| 17 | REPRESENTING THE PLAINTIFFS: | 17 | 504-832-3700 |
| 18 | O'DONNELL & ASSOCIATES, PC | 18 | |
| 19 | (BY: PIERCE O'DONNELL, ESQUIRE) | 19 | REPRESENTING BOH BROS.: |
| 20 | 550 South Hope Street, Suite 1000 | 20 | LARZELERE PICOU WELLS SIMPSON LONERO |
| 21 | Los Angeles, California 90071 | 21 | (BY: T. JUSTIN SIMPSON, ESQUIRE) |
| 22 | 213-347-0290 | 22 | Two Lakeway Center, Suite 1100 |
| 23 | - and - | 23 | 3850 N. Causeway Boulevard |
| 24 | | 24 | Metairie, Louisiana 70002 |
| 25 | | 25 | 504-834-6500 |

| Page 3 | | Page 5 | |
|---|---|---|---|
| 1 | F. GERALD MAPLES, P.A. | 1 | REPRESENTING T.L. JAMES: |
| 2 | (BY: STEPHEN M. WILES, ESQUIRE) | 2 | MONTGOMERY, BARNETT, BROWN, READ, |
| 3 | 902 Julia Street | 3 | HAMMOND & MINTZ, L.L.P. |
| 4 | New Orleans, Louisiana 70113 | 4 | (BY: KENNETH J. GELPI, JR., ESQUIRE) |
| 5 | 504-569-8732 | 5 | 3200 Energy Centre |
| 6 | | 6 | 1100 Poydras Street |
| 7 | - and - | 7 | New Orleans, Louisiana 70163 |
| 8 | | 8 | 504-585-3200 |
| 9 | BRUNO & BRUNO | 9 | |
| 10 | (BY: JOSEPH M. BRUNO, ESQUIRE) | 10 | REPRESENTING ORLEANS LEVEE DISTRICT: |
| 11 | (BY: FLORIAN BUCHLER, ESQUIRE) | 11 | LABORDE & NEUNER |
| 12 | 855 Baronne Street | 12 | (BY: BEN L. MAYEAUX, ESQUIRE) |
| 13 | New Orleans, Louisiana 70113 | 13 | 1001 W. Pinhook Road |
| 14 | 504-525-1335 | 14 | Lafayette, Louisiana 70503 |
| 15 | | 15 | 337-237-7000 |
| 16 | REPRESENTING THE ORLEANS LEVEE DISTRICT: | 16 | |
| 17 | SUTTON LAW FIRM | 17 | REPRESENTING NATIONAL UNION: |
| 18 | (BY: CHARLES E. SUTTON, JR., ESQUIRE) | 18 | LEAKE & ANDERSSON, L.L.P. |
| 19 | 2101 N. Highway 190, Suite 105 | 19 | (BY: MARC DEVENPORT, ESQUIRE) |
| 20 | Covington, Louisiana 70433 | 20 | 1100 Poydras Street, Suite 1700 |
| 21 | 985-249-5991 | 21 | New Orleans, Louisiana 70163-1701 |
| 22 | | 22 | 504-585-7500 |
| 23 | | 23 | |
| 24 | | 24 | ALSO PRESENT: |
| 25 | | 25 | GEOFF WEBSTER |

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 6

1          E X A M I N A T I O N   I N D E X
2
3    EXAMINATION BY:                    PAGE
4
5    MR. MARPLE ............................ 9
6    MR. MAYEAUX ......................... 168
7          E X H I B I T   I N D E X
8
9    EXHIBIT NO.                 PAGE
10   Exhibit Kemp 1 ...........................  16
11   Exhibit Kemp 2 ...........................  33
12   Exhibit Kemp 4 ........................... 105
13   Exhibit Kemp 5 ........................... 107
14   Exhibit Kemp 6 ........................... 115
15   Exhibit Kemp 7 ........................... 146
16   Exhibit Kemp 11 ......................... 148
17   Exhibit Kemp 8 ........................... 163
18   Exhibit Kemp 9 ........................... 166
19   Exhibit Kemp 10 ......................... 167
20   Exhibit Kemp 12 ......................... 170
21
22
23
24
25

Page 7

1          S T I P U L A T I O N
2          IT IS STIPULATED AND AGREED by and
3    among counsel for the parties hereto that the
4    deposition of the aforementioned witness may be
5    taken for all purposes permitted within the
6    Federal Rules of Civil Procedure, in accordance
7    with law, pursuant to notice;
8          That all formalities, save reading
9    and signing of the original transcript by the
10   deponent, are hereby specifically waived;
11         That all objections, save those as to
12   the form of the question and the responsiveness
13   of the answer, are reserved until such time as
14   this deposition, or any part thereof, is used
15   or sought to be used in evidence.
16
17
18               * * *
19
20
21
22         JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23   Certified Court Reporter in and for the State
24   of Louisiana, officiated in administering the
25   oath to the witness.

Page 8

1    MR. MARPLE:
2       Bill Marple, Jones Day, for
3    Washington Group International.
4    MR. MAYEAUX:
5       Ben Mayeaux for Orleans Levee
6    District.
7    MR. SIMPSON:
8       Justin Simpson for Boh Bros.,
9    Inc.
10   MS. WALDRON-BURGLASS:
11      Monica Waldron for Jefferson
12   Parish.
13   MR. SUTTON:
14      Charles Sutton for Orleans Levee
15   District.
16   MR. GELPI:
17      Kenneth Gelpi for T.L. James.
18   MR. BUCHLER:
19      Florian Buchler for Bruno &
20   Bruno.
21   MR. WILES:
22      Stephen Wiles for plaintiffs.
23
24   MR. O'DONNELL:
25      Pierce O'Donnell, plaintiffs and

Page 9

1    defending the witness.
2          G. PAUL KEMP, PH.D.
3    633 Magnolia Wood Avenue, Baton Rouge,
4    Louisiana 70808, a witness named in the above
5    stipulation, having been first duly sworn, was
6    examined and testified on his oath as follows:
7    EXAMINATION BY MR. MARPLE:
8       Q.  Dr. Kemp, my name is Bill Marple.  I
9    represent one of the defendants Washington
10   Group International, and I'm asking questions
11   on behalf of what we refer to in the litigation
12   as the MRGO group.  And we'll treat my
13   questions as aimed at both MRGO and levee
14   groups, there's two groups in the litigation,
15   unless otherwise specified or unless maybe you
16   make some distinction somehow.
17         Is that agreeable?
18      A.  Fine.
19      Q.  Okay.  And we'll take breaks whenever
20   you need them, or anybody, basically, needs
21   one.  I may be the first one to ask for one.
22      Q.  What's your current job and position?
23      A.  I'm currently Vice President, Gulf
24   Coast Initiative, National Audubon Society.
25      Q.  And how long have you been doing that?

                                    3  (Pages 6 to 9)

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 10

1    A.  My first day on the job was
2  January 26th, 2007.
3    Q.  And is that -- that's in Louisiana.
4    A.  That's right.
5    Q.  In Baton Rouge or New Orleans?
6    A.  It's in Baton Rouge.  It's wherever I
7  am.
8    Q.  And tell us what that entails, what
9  the objectives of the group are and what you
10  do.
11    A.  The National Audubon Society is a
12  10-year-old conservation organization named
13  after John James Audubon, the famous painter
14  whose pictures are around the halls here.  And
15  I was hired as part of a Mississippi River
16  restoration initiative based on my background
17  in working on the restoration of the delta
18  system here.
19    Q.  And do you have a specific goal for
20  what you're doing as opposed to some more
21  generalized goals of the organization?
22    A.  I do, and my goal is really to
23  transform the way we manage the Mississippi
24  River and its tributaries so that we can get
25  the ecosystem working again, both for Louisiana

Page 11

1  and for other parts of the system.
2    Q.  And just in general, tell us what you
3  think needs to be done or what you're looking
4  at.
5    A.  I'm looking at trying to reinstate the
6  historic sediment transport in the river and
7  try and, to the extent possible, allow the
8  river to flood adjacent wetland areas in more
9  of a semblance of the natural system, and to do
10  this in a way that's controlled and compatible
11  with other uses in the river.
12    Q.  And in general, what do you think
13  would need to be done in this area with the
14  Mississippi River and the waterways leading up
15  to New Orleans?
16    A.  Well, there's a lot of things.  Um --
17  a lot of the structures that have been put on
18  the river, dams and locks and so on, are --
19  need to be modified to bypass sediment.  Right
20  now, we're trying to rebuild the coast of
21  Louisiana using diversions, but we've lost half
22  of the sediment load of the river because of --
23  it's trapped behind dams on the Missouri and so
24  on.  So it's a very ambitious goal.
25         The short answer I tell people is that

Page 12

1  I'm trying to save the planet one bird at a
2  time.
3    Q.  And you mentioned upriver.  I guess at
4  the Missouri river.
5    A.  Yes.
6    Q.  And am I to understand that over a
7  period of many, many years that what people
8  have been doing upriver has adversely affected
9  I think what you referred to as the ecosystem
10  in this area?
11    A.  Oh, yes, definitely.  And of course
12  what we've been doing locally has also affected
13  that.  Typically, we're managing for one thing
14  at a time and forgetting about all the rest of
15  it, and somehow we have to bring -- usually,
16  you know, we manage for controlling the river
17  and then we get swamped by hurricanes.
18    Q.  And tell us, just generally, what the
19  effect of what's been going on upriver over a
20  period of years, what effect that had in a
21  general way on what happened on August 28, 29,
22  of 2005 here in the Greater New Orleans area.
23    A.  Well, that's a bit of a stretch.  I
24  mean, of course the river was in a low state of
25  discharge at the time, so we had, I would say,

Page 13

1  a favorable condition in terms of not seeing
2  overtopping on levees along the river due to
3  the surge.  We could have had -- if we had had
4  a larger amount of water coming down the river
5  and then we had the surge at the mouth, it
6  could have been more serious in terms of
7  overtopping of river levees.
8         What has happened long term is the
9  separation of the delta from the river using
10  levees and control structures, mostly for flood
11  control purposes but also for navigation
12  purposes.
13    Q.  And that's occurring up in Memphis and
14  other places upriver, right?
15    A.  It's occurring up and down the whole
16  river.  Many of these changes are, you know,
17  epidemic, or endemic, I guess you would say, to
18  the whole river, and we're just sort of the
19  canary in the coal mine here, we're seeing the
20  long-term consequences first in many ways.
21    Q.  And I'm not sure where the mouth of
22  the river is, but what you described has been
23  occurring in Minnesota, Missouri, Tennessee,
24  along the Mississippi River, right?
25    A.  That's right.  And particularly in

4  (Pages 10 to 13)

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

DR. G. PAUL KEMP (ALL CASES)                                8/22/2007

Page 14

1  Missouri.  Remember, most of the sediment in
2  the river historically came from the Missouri
3  River, most of the water came from the Ohio
4  River.  So these changes on the tributaries are
5  very important.
6      Q.  And the same sorts of problems on the
7  tributaries like Missouri River and Ohio River
8  have been occurring where they've been
9  constructing man-made levees and other man-made
10  artifices to facilitate navigation or other
11  business reasons.
12      A.  Absolutely.  And they're single
13  purpose type, or at best one or two purposes.
14  One of those purposes was not, typically,
15  maintaining the integrity of the ecosystem when
16  they were put in.  So they have to be
17  redesigned, reworked to do that.
18      Q.  And one of the long-term effects of
19  that has been that you're not -- in this area,
20  in the Greater New Orleans area and south and
21  east of here where the river moves out to the
22  gulf, has not had the amount of sediment that
23  spreads out when the river naturally floods; is
24  that correct?
25      A.  That's a very true.  When I said that

Page 15

1  we separated the river from the -- from the
2  wetlands it supports at the mouth, that's what
3  happened, is that, you know, we're shunting all
4  that material off the Continental Shelf,
5  essentially.
6      Q.  And the process you've described
7  that's been going on for many years is not --
8  that's been going on upriver is not the fault
9  of anything that was done in particular with
10  the levee systems in the Greater New Orleans
11  area, is that right?
12      A.  I mean, it's all part of the same
13  plan, basically.  The Mississippi River and
14  tributaries project is probably one of the most
15  expansive management projects, you know, from a
16  landscape scale, that exists anywhere in the
17  world.  So the Mississippi River system is
18  being managed as a system by the Corps of
19  Engineers, from top to bottom, and so I would
20  say it's all one system and some of the same
21  drivers are working all throughout the system.
22      Q.  Let me show you what I've marked as
23  Kemp Deposition Exhibit 1.
24          And is that a copy of your resume that
25  would bring us up to date except for what

Page 16

1  you've described that you've been doing with
2  the Audubon Society recently?
3          (Exhibit Kemp 1 was marked for
4  identification and is attached hereto.)
5      A.  No, this one only goes up to about
6  2000.
7  EXAMINATION BY MR. MARPLE:
8      Q.  And do you have a more recent one
9  that --
10      A.  I do.  I do.
11      Q.  And did you give that to the attorneys
12  or do you have one with you?
13      A.  I probably have one on my computer, or
14  maybe there is one here that somebody has.
15          MR. O'DONNELL:
16              We'll get you an updated one.
17      A.  But this one goes up to about seven
18  years ago.
19  EXAMINATION BY MR. MARPLE:
20      Q.  All right.  And describe for us, then,
21  what you've done since 2000, or about 2000.
22      A.  Okay.  I was -- at that time, I was
23  Associate Research Professor at LSU with the
24  School of the Coastal Environment.  At that
25  time it was called The Center for Coastal

Page 17

1  Energy and Environmental Resources.  Since then
2  it became a school.  Okay?  So that's a change
3  that happened.
4          I was working -- I began doing the
5  hurricane-related work in -- really in 2003,
6  2004, basically because we had developed -- my
7  associate and I had developed a -- some
8  approaches for integrating hydrodynamic models
9  with ecosystem models, and we had developed
10  some proficiency in wetting and drying models
11  which are important to wetlands.  And so when
12  the LSU Hurricane Center was looking for a
13  group to collaborate with them on running a
14  realtime hurricane forecasting model, they came
15  to us, and we said we'd try it, see if we could
16  do it.
17          And we worked then with Johannes
18  Westerink at the University of Notre Dame to
19  put the ADCIRC model on the LSU Supermic
20  computer system, and we -- the first experience
21  I had with actually working with that was with
22  the Hurricane Pam exercise in July of 2004.
23  Now, Dr. Westerink had been running model runs
24  for the hurricane center in 2002 and 2003, but
25  our involvement began in 2004.

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 18

1    Q.  And that was with a simulated category
2  what hurricane?
3    A.  That it was a Betsy-like Category 3
4  storm.  It was -- it flooded New Orleans worse
5  than Katrina would.
6    Q.  And that's because you had it hitting
7  head on?
8    A.  It went -- it was a worst case track,
9  which was one that goes a little bit to the
10 west of the city.
11   Q.  And -- describe for us generally under
12 the Hurricane Pam simulation what the water did
13 coming from the gulf and where it went.
14   A.  And I should have actually reviewed
15 that, and I did it, but it's on the website.
16 Anybody can look at it, the flood prediction.
17 It's hurricane.lsu.edu/floodprediction, and
18 then you go down to 2004 and the Hurricane Pam
19 exercise is there.  If you scroll down to --
20 because every hurricane we modeled is on that
21 website and we have simulations there,
22 animations for Hurricane Pam.
23      I'll tell you what I remember about
24 it.  And what we did was, um -- we got a
25 mythical storm from the National Hurricane

Page 19

1  Center, I guess through FEMA.  FEMA was the
2  agency coordinating the exercise.  And maybe it
3  was their contractors, I'm not sure, but they
4  gave us a storm.  And I guess they'd run it
5  with SLOSH which is their -- the weather
6  service model, and so they wanted us to run it
7  on ADCIRC.
8      ADCIRC had some advantages in terms of
9  helping with the emergency preparedness,
10 because you could put features in the ADCIRC
11 model that were important to evacuation and so
12 on.  But this was our first experience to work
13 with the -- in the what do they call -- the
14 emergency operations center, I guess.  And so
15 we simulated the storm, we simulated it a
16 couple of times to get it right, and we worked
17 with Johannes Westerink closely on that.  And
18 as I recall, the storm flooded both banks of
19 the -- New Orleans, and we actually had some --
20 we had some overtopping of levees along the
21 Lake Pontchartrain, which was not a feature of
22 the Katrina storm.
23   Q.  And I'm going to hand you an exhibit.
24 I'm not going to -- one of these models is a
25 diagram -- and just ask if you can identify

Page 20

1  that for me.
2      MR. O'DONNELL:
3      You're not going to mark that?
4    A.  Okay.  I remember these -- we have a
5  GIS (Geographic Information System) person at
6  the hurricane center who made these maps.  And
7  these are -- they showed the path of that
8  storm.  As I said, it went to the west of the
9  city.  It made landfall at around Fourchon
10 area, the mouth of Bayou Lafourche.  And it
11 shows maximum elevations in the Jefferson
12 Parish area of about eleven feet above -- and
13 in this case it would be eleven feet above the
14 NGVD 29 datum.
15   Q.  And tell us what that NGV29 means.
16   A.  The National Geodetic Vertical Datum,
17 I believe, of 1929.  It's a terrestrial, um --
18 datum that was in use for many years.
19   Q.  And it's a reference point of some
20 kind, right?
21   A.  It is -- yeah.  It's a place -- it's
22 where you put zero on the -- if you describe
23 the earth 's surface as having a place to
24 measure from, that's the zero.
25   Q.  And at least in layman's terms, would

Page 21

1  we think of that as being sea level?
2    A.  Um -- I mean, I wouldn't, but some
3  people did confuse it over many years for sea
4  level.
5    Q.  Can you explain the difference between
6  it and what I think they call MSL?  Have I got
7  that term correct?
8    A.  Yeah.  MSL.  Well, I'm an
9  oceanographer, so MSL has a meaning for me.
10 It's just the average sea level.  Okay?  And it
11 then -- but that is something that moves over
12 time, you know.  National Geodetic Vertical
13 Datum -- it's so that surveyors -- I mean, it's
14 one of the things that government does for
15 engineers is create this accepted surface that
16 all -- that all elevations will be measured
17 against.  And it has to be integrated
18 throughout the whole continent.  And it
19 periodically is updated to account for errors,
20 to account for changes that happen -- some
21 areas go up, some areas go down.  In Louisiana
22 we have a tendency to go down.
23   Q.  And the tendency to go down, or
24 subsidence, is a phenom that has occurred over
25 many, many years, correct?

JOHNS PENDLETON COURT REPORTERS                             800 562-1285

DR. G. PAUL KEMP (ALL CASES)                          8/22/2007

Page 22

1      A.  It's probably occurred as long as
2  we've had continents moving around on the
3  surface of the earth.
4      Q.  And in the Greater New Orleans area,
5  let's say, over the last fifty years, there's
6  been as much as two tenths of an inch
7  subsidence -- or maybe that's an -- on average,
8  more than that, but would that be fair to
9  approximate a two tenths of an inch per year
10  subsidence in this area?
11      A.  I'm trying to remember the -- I worked
12  through that when I was writing the Team
13  Louisiana report, and there was some discussion
14  of that there which I would be happy to refer
15  to, I just can't remember -- we were thinking
16  in terms of centuries, how fast it was.  But --
17  and it's also extraordinarily variable from
18  place to place.  So I would not characterize it
19  as being one thing anywhere in the area.  And
20  it's very sensitive to human changes, drainage
21  for example, things like that.
22      Q.  And there has been a lot of drainage
23  in this area in the last fifty years, right?
24      A.  Yes.  That's right.
25      Q.  And in New Orleans East where it was

Page 23

1  developed post war mostly, they drained that
2  area, and that had a, um -- positive effect on
3  subsidence.
4      A.  That's right.  Now, the question is
5  what -- you know, when the surveyor goes out
6  there, he's looking at benchmarks.  Some of
7  these benchmarks are sitting on, um -- piles or
8  pillars that go deeper into the earth than some
9  of the other ones.  And so the ones that tend
10  to go the deepest tend to stay there even
11  though the land goes down around it.  Others
12  are more shallow benchmarks and those will tend
13  to move with the kind of surface.  So it's
14  complicated.
15      Q.  But there's been a subsidence as much
16  as a foot or two in the last forty or fifty
17  years in parts of New Orleans, right?
18      A.  Oh, I mean when you start to drain,
19  that's when you -- it drops out of sight right
20  away.  And then it gradually slows down.  I
21  have a report that describes that for many of
22  the impoundments around south Louisiana and
23  compares it to Sacramento, San Joaquin and the
24  Everglades and places like that, you know,
25  where you have organic soils and --

Page 24

1      Q.  And you were aware, as were others
2  that were involved in the issue of subsidence,
3  the wetlands, what MRGO was doing, that this
4  was occurring across the area?
5      A.  Very much so.
6      Q.  And it varied from spot to spot.
7      A.  And we had lots of arguments about --
8  you know, among experts about those things, and
9  they continue to this day.  I'm not a geodesist
10  or a surveyor, so, you know, I try not to get
11  too immersed in those arguments.  But I did do
12  a lot of measurements of accretion of marshes
13  and so on.  And of course as a geologist I
14  cored through, um -- through various strata,
15  and you could -- you know, if you core a marsh,
16  what you see is, you know, two meters of marsh
17  underneath it that, you know, obviously was at
18  the earth 's surface at one time.
19      Q.  And in the levee system or the HPS,
20  whatever we want to call that that's involved
21  in this lawsuits -- and that would be the -- I
22  call it the Greater New Orleans HPS.  Is that a
23  fair characterization?
24      A.  That's the word that I used in my
25  report.

Page 25

1      Q.  And if you go from levee to levee, say
2  one in the westbank and then go down to one in
3  St. Bernard down the road and look at the levee
4  and how much it may have subsided over the last
5  forty years, you'll find great variance from
6  levee to levee, right?
7      A.  We will.  We will.  And part of it has
8  to do with what's underneath the levee, part of
9  it has to do with how the levee was built.
10      Q.  And that's what been going on for a
11  long time, and people that looked at these
12  levees and what's going on with the hurricane
13  protection system were aware of what was going
14  on for many years, right?
15          MR. O'DONNELL:
16              Only objection to clarify.  Can
17          you give me a point in time?  Pick a
18          century or a decade?
19          MR. MARPLE:
20              That's fair enough.  I'll try
21          another question so I can be a little
22          clearer.
23  EXAMINATION BY MR. MARPLE:
24      Q.  Since 1995, you and other scientists
25  looking at these issues of what's going on with

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 26

1  the ecosystem and MRGO and the wetlands have
2  been aware that the levees would have subsided
3  with the land to some extent, right?
4      A.  Yeah.  I -- of course, my work at that
5  time was primarily in the wetlands.  So -- away
6  from the levees.  But I couldn't help but know
7  a few things about what was going on on the,
8  um -- on the ridges and particularly where
9  levees crossed wetlands.
10     Q.  And you may have not measured it but
11 you were aware of it generally.
12     A.  I was aware of it.  And I think
13 everyone was.
14     Q.  And did you ever measure it at a
15 particular levee?
16     A.  Um -- I didn't -- you know, the
17 technology to do that, I never that had
18 technology.  It came along, um -- and I goes
19 Roy Dokka at LSU has developed this, and really
20 it's the National Geodetic Survey, they do
21 periodic relevelings along these -- about every
22 ten years along the major benchmark systems.
23 And, you know, I'm just a consumer of that
24 data, not somebody that knows a lot about it.
25 All I know is that it seems like there's a lot

Page 27

1  of --
2      (Brief interruption.)
3      A.  But I mean clearly this is one of the
4  major processes going on in this system that
5  really makes it kind of unique.  And, you know,
6  from my experience working with Team Louisiana
7  and the engineers, you know, they say this is a
8  unique place to work because of these processes
9  going on.
10     Q.  And the periodic releveling
11 computation that you referred to, who did that?
12     A.  That's generally done by the National
13 Geodetic Survey.  That is the agency that's the
14 custodian of the geoid, you know, the --
15 they're the NAVD 88.  They define that.
16     Q.  And those are available to the public.
17     A.  They're available to the public.
18 They're the bread and butter of surveyors
19 everywhere.
20     Q.  And you said that they did them
21 periodically.  How long have they been doing
22 that, that you're aware of?
23     A.  Um -- actually, one of our other
24 experts is much more familiar with this, Shay
25 Pendlin.  But it seems to me it was about every

Page 28

1  ten years, something like that, and that they
2  had done one in 2000 most recently.
3      Q.  And you would have seen, I then take
4  it, the one in 2000.
5      A.  And then I would have seen the 1990s,
6  and the, um -- they kind of started I think --
7  well, they saw more need to do it I think after
8  about the 1970s or so.
9      Q.  And am I to understand that if you
10 looked at one of those -- and it would provide
11 information around the country; am I correct?
12     A.  That's right.
13     Q.  And you could focus in on the Greater
14 New Orleans area, correct?
15     A.  You could do that.
16     Q.  And how narrowly could you focus down
17 to?
18     A.  You could focus down to a particular
19 benchmark.
20     Q.  And there would be many benchmarks, I
21 take it, for New Orleans.
22     A.  That's correct.
23     Q.  And so you could look at any
24 particular area like a levee, you're looking at
25 the --

Page 29

1      A.  No, not a levee.  You could look at a
2  benchmark.
3      Q.  You could look at a benchmark that's
4  near a levee.
5      A.  That's right.
6      Q.  And so you could conclude from that,
7  I'm assuming that you could look at a levee,
8  say, on the Industrial Canal, let's take that
9  for instance, and focus in pretty close to that
10 and see what the subsidence was in that area
11 from 1990 to 2000.
12     A.  And it probably wouldn't be me that
13 would be doing that, but a surveyor could do
14 that, you know, somebody that was trained to
15 understand all the, um -- what do they call,
16 the updates that they do on these benchmarks.
17 But each benchmark has a history of updates.
18     Q.  And this NGV29, and I know you
19 probably told us the best you could, and I'm
20 trying to just get a little -- and I may have
21 not gotten those initials right.
22     A.  NGVD 29 is the way it's referred to.
23     Q.  And that is a benchmark that is --
24     A.  Well, it's a datum.
25     Q.  A datum.  And what we see in a lot of

8  (Pages 26 to 29)

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 30

1   the reports and information you've provided and
2   done with Team Louisiana, and I take it even in
3   this case, is there will be a plus or minus so
4   many feet. Would that be from NGVD?
5       A. Yeah. I have some tables in the
6   report that kind of make that clearer, I think.
7   But what we're doing is just basically putting
8   in one table all the adjustments for a
9   particular benchmark. And I'm really just
10  repeating what I did there.
11      Now, the other element, aside from the
12  datum adjustments, you know, you have
13  adjustments to the benchmark, and then you also
14  have times when they shift to a new datum, and
15  then there is an adjustment associated with
16  that, and then there's another factor that
17  comes in, and which is sea level rise, which is
18  a separate from -- it's not tied to a
19  terrestrial datum.
20      Q. All right. And I'm not sure if there
21  were three general categories of variabilities
22  there, or adjustments, or two, maybe more.
23      A. Well, this is sort of the management
24  system that the National Geodetic Survey uses.
25      Q. Okay. And maybe we'll get into this

Page 31

1   in a little more detail, but in terms of the
2   data that you provided to the Dutch group, you
3   made some adjustments to datum?
4       A. I did. I did.
5       Q. And can you describe those for us?
6       A. Well, I used the same datum that
7   everybody is using now, which is the NAVD 88,
8   (2004.65). And what is the standard datum that
9   everyone is using post-Katrina. It was set up
10  specifically for Katrina studies, basically, by
11  the National Geodetic Survey and the USGS.
12      Q. That was a specific reference point,
13  am I to understand?
14      A. That is the controlling datum for all
15  Post-hurricane studies.
16      Q. And what I was getting at is you
17  talked about making some adjustments to that?
18      A. Okay. No. No. What I did was -- you
19  know, let's be clear about what I provided to
20  the Dutch. What I did was, um -- I mean, part
21  of what I did after Hurricane Katrina was to
22  document high water marks, and then I also
23  collected whatever gauge data I could find,
24  which was generally incomplete, and then I had
25  of course modeling results that tend to tie

Page 32

1   things together. But what I provided them was
2   my best estimate of the sequence hydrograph at
3   particular points that were of interest outside
4   of canal entrances and so on, for about, I
5   don't know, fifteen points around the city.
6   That was all they needed as boundary conditions
7   to drive their model.
8       Q. And then you reference in your report
9   some geometry of the levees or something along
10  those lines.
11      A. Oh, okay. Of course -- I mean,
12  remember, I guess we're on the Dutch model. Is
13  that where --
14      Q. Well, no. I'm really getting the
15  parameters of what you did, and you
16  mentioned -- and I understand you provided
17  hydrographs.
18      A. Right.
19      Q. And what I was wondering, if you
20  provided something else about the geometry of
21  the levees, some data or something like that.
22      A. No. There was -- data was transmitted
23  to the Dutch. I mean, this is another piece of
24  information that they needed to do their
25  flooding model, which was the prior to storm

Page 33

1   and post-storm configuration of the levees
2   primarily derived from lidar information. And
3   that was developed by another expert Chad
4   Morris.
5       Q. That's not something you developed and
6   looked at and did and gave to them.
7       A. I helped him develop it. I mean, I
8   told him where to look, and -- but I have
9   actually not reviewed all of this data. Now,
10  one thing that the -- in some cases, the lidar
11  data does not give you good information below
12  the water surface. So we had to use other
13  information to get the maximum depths of
14  breaches. And these came from a variety of
15  sources, including some we measured ourselves.
16      Q. Let's just go back to Pam here for a
17  second. And let me mark this.
18      MR. O'DONNELL:
19          It's going to be 2, Bill?
20      MR. MARPLE:
21          Yes.
22      (Exhibit Kemp 2 was marked for
23  identification and is attached hereto.)
24  EXAMINATION BY MR. MARPLE:
25      Q. We've talked about the Hurricane Pam

Page 34

1    simulation exercise, and I hand you what we've
2    marked as Exhibit 2 which you've looked at a
3    little bit, and what I want to ask is, would
4    this -- does this document represent the
5    maximum surge elevations throughout the Greater
6    New Orleans area as generated by your
7    simulation?
8        A.  This looks very -- I mean, I think
9    this is it.  Um -- I remember that this was a
10   product that Ahmet Binselam had -- his name is
11   down her on the bottom -- he made this product
12   based on the maximum what we call the MEOW
13   (Maximum Elevation Of Water) achieved anywhere
14   during the run here.  In this case, the run was
15   probably about two days long, three days.
16       Q.  And have you looked at this, or the
17   Hurricane Pam results to compare what happened,
18   then, with Hurricane Katrina?
19       A.  Um -- we actually -- you know, I was
20   just getting into the hurricane modeling
21   business at that time, and I was shocked to see
22   the exposure of New Orleans to this, um -- you
23   know, a storm that was not, you know, an
24   impossibility by any means.  And so I
25   participated in the Hurricane Pam exercise for

Page 35

1    a day or so, um -- other people didn't seem too
2    concerned about it, um -- and my colleague
3    Hassan Mashriqui who is actually the
4    hydrodynamic modeler and the hydrologic
5    engineer who actually runs the model, he was
6    concerned enough that he, you know, went down
7    and talked to various levee boards and so on
8    about what he saw as a real threat.
9        Q.  And what I was wondering, though, is
10   you got surge estimates that you developed and
11   gave to the Dutch group, right?
12       A.  Right.
13       Q.  And this Hurricane Pam surge
14   elevation, it attempted to do something similar
15   to what you did, right?
16       A.  Yeah.  Now, what I gave them was
17   hydrographs, which are actually a sequence.
18   Every hour I gave them a height through about
19   three or four days, something like that.  And,
20   um -- all this does is it picks -- you run the
21   whole simulation, and it picks the highest
22   value at any node, at all nodes, and then it
23   puts them into one surface.  So this particular
24   surface that we see here never occurred at the
25   same time in any place, I mean across this

Page 36

1    area, but it's very useful from a planning
2    purpose because it tells you, you know, for one
3    thing how high your levees really need to be to
4    resist that.
5        Q.  And the maximums in what we've marked
6    as Exhibit 2 were -- are they in general higher
7    or lower than you modeled with Hurricane
8    Katrina?
9        A.  Those are -- I would say they're --
10   there are some areas where they're higher than
11   we modeled.  Remember, this was a more critical
12   storm track than Katrina, so we expected to see
13   higher surge elevations.  Obviously, we had
14   overtopping of lakefront levees and, you know,
15   we were predicting surge elevations in there on
16   the order of fourteen or fifteen feet.  And of
17   course it never got over, um -- twelve or so.
18   So.
19       Q.  And when you say never got over twelve
20   or so, there is some debate about that among --
21       A.  Not really, no.  Not much.
22       Q.  Depending on what you look at and
23   count.
24       A.  One of the good things about our
25   collaboration on the high water marks is that

Page 37

1    there really isn't much debate about those
2    things.
3        Q.  And when you said over twelve, where
4    were you referring to?
5        A.  Well, are you talking about during
6    Katrina?
7        Q.  Yeah, you mentioned just earlier --
8    you said something along the lines it never got
9    over twelve.
10       A.  Okay.  I was referring to Lake
11   Pontchartrain.
12       Q.  Okay.
13       A.  Um -- and they show in here -- you
14   know, if I can read the color right, it's she's
15   about almost fourteen feet in there, that olive
16   color.  So it was higher.  And as I recall, we
17   did see flooding in the Hurricane Pam
18   simulation, and if you look at the animation
19   you'll see that coming over the lakefront
20   levees.
21       Q.  Let me show you what we've marked as
22   Exhibit 3.  Is that what you were talking about
23   as the --
24       A.  Okay, this is different because we've
25   subtracted the land --

DR. G. PAUL KEMP (ALL CASES)                          8/22/2007

Page 38

1        (Brief interruption.)
2    EXAMINATION BY MR. MARPLE:
3        Q.  On what we've marked as Exhibit 3,
4    that shows simulated flooding from Hurricane
5    Pam, right?
6        A.  Yes.  This is -- differs from the
7    first diagram in that we've -- or the GIS
8    people subtracted the land elevation from the
9    maximum elevation of water.  So then that gives
10   you a depth.
11       Q.  And in Pam, did you use the reported
12   height of the levees from some Army Corps of
13   Engineers office in New Orleans or some
14   other --
15       A.  That's right.  This model was
16   developed in association with the New Orleans
17   District.  And it had, you know -- it had the
18   best information that they had, or that they
19   were providing to Notre Dame.  We became a
20   little concerned, um -- about how good that
21   information was, but really didn't have the
22   capacity -- we started talking to levee boards,
23   just to be sure that they were using the same
24   numbers, but we really never pursued that as
25   much as we probably should have.

Page 39

1        Q.  You were aware that the subsidence was
2    occurring, the levees were lower than what the
3    Army Corps of Engineers official data was
4    saying, and --
5        A.  I -- we had some concerns, but I
6    wouldn't say that we were, um -- you know, we
7    pretty much believed what they told us.  Okay?
8    We didn't, um -- and we didn't think about what
9    they should be, you know.  We believed what
10   they told us.  And what they told Notre Dame,
11   primarily.
12       Q.  Now, have we covered, at least in
13   general, what you have done in this case with
14   respect to providing data, hydrographs -- is
15   that the main thing you did?
16       A.  Yeah.  It was a pretty limited, um --
17   involvement.
18       Q.  And the geometry of the levees is
19   something you had some involvement in, but
20   somebody else was the one that finished that up
21   and provided the data?
22       A.  That's right.  And I actually haven't
23   seen the final product yet.
24       Q.  And so you wouldn't be prepared to
25   testify today about the details of that, I take

Page 40

1    it.
2        A.  Um -- no, not really.  It's just -- I
3    think it's probably the best data set anybody's
4    got.
5        Q.  But you haven't done testing on it,
6    had it peer reviewed or anything like that, is
7    that correct?
8        A.  No.
9        Q.  You agree with me?
10       A.  I agree with you.
11       Q.  Now, your Ph.D., that was in marine
12   sciences?
13       A.  That's right.
14       Q.  And that struck me as, you're sort of
15   an academic Jacques Cousteau.  Is that too
16   simple or limited?
17       A.  Well, I'm honored to be associated
18   with Jacques Cousteau, but no, most people
19   think that when I say -- I think my kids think
20   I'm a marine biology.  But I'm actually --
21   because that's what's cool, you know.  But no,
22   I'm actually -- my minor is in geology, and my
23   specialty is really -- has evolved into, um --
24   restoration efforts, trying to restore damaged
25   systems, aquatic systems, wetland systems,

Page 41

1    rivers -- and one of the things that happened
2    over the last, um -- twelve years or so that I
3    was at LSU was that I became more and more
4    drawn into using hydrodynamic models to I guess
5    explain what we were asking for to engineers.
6    So we were working with engineers who -- and
7    the only language that we seem to have a common
8    understanding of was output of hydrodynamic
9    models.  And in many cases these wetland
10   systems are very dependent on the hydrology.
11       Q.  And are you a hydraulic engineer?
12       A.  No.
13       Q.  Are you a construction engineer?
14       A.  No.
15       Q.  And I take it you've never designed a
16   levee.
17       A.  No.
18       Q.  Or never been part of the actual
19   management and maintenance of a levee?
20       A.  None of those things.
21           MR. O'DONNELL:
22              That assumes that somebody has
23           been, but I guess go ahead.
24   EXAMINATION BY MR. MARPLE:
25       Q.  You're not an accident reconstruction

11 (Pages 38 to 41)

DR. G. PAUL KEMP (ALL CASES)                                   8/22/2007

---

Page 42

1  expert?
2      A.  No.  No.
3      Q.  And if I asked this already -- are you
4  a hydrologist?
5      A.  Well, a hydrologist -- most people
6  think of a hydrologist as an engineer, but I do
7  it -- as a geologist and oceanographer, I do an
8  awful lot of hydrology.  So I have testified in
9  the past as an expert in hydrology.
10     Q.  In what context?
11     A.  Usually -- well, let's see.  Dealing
12  with, um -- wetlands issues, various issues
13  about -- and boundary issues on the river,
14  um -- you might be surprised at how many
15  lawsuits there are about where a river was at a
16  certain time and how it moved, and those are
17  some of the cases that I've worked on.  They
18  involve understanding both the hydrology and
19  the response of the channel to the hydrology.
20  And actually, most of that has happened since
21  2000, so.
22     Q.  Have you used what's called Sobek
23  software?
24     A.  No.  No, I believe the Dutch folks
25  referred to that.

Page 43

1      Q.  Can you tell us what a hydrograph is?
2      A.  It's just a time history of water
3  level at a particular place.
4      Q.  And in terms of what you did in the
5  context of this litigation for the Dutch is you
6  gathered or had information and plotted it over
7  time as to what the water height was at various
8  points around the HPS, right?
9      A.  That's right.
10     Q.  And how many of those points, if you
11  will, did you determine or provide to the
12  Dutch?
13     A.  Um -- it's in the -- it's in one of
14  the figures of their report, but I'm guessing
15  maybe about fifteen points, something like
16  that.
17     Q.  And then have you looked at the Dutch
18  report to see what they did with your
19  hydrographs?
20     A.  I did.
21     Q.  And did they incorporate every point
22  that you provided to them?
23     A.  I think actually they probably
24  incorporated another point that's not shown on
25  there, because they came back to me later and

Page 44

1  asked me for another point.  So I'd have to
2  check, because I saw drafts of the report
3  early, but, um --
4      Q.  Were there more than fifteen points
5  for which you had this information?
6      A.  I can generate this information for
7  any number of points.  Those were the points
8  that I thought would be, um -- you know, taken
9  together would be sufficient.
10     Q.  To do what?
11     A.  To provide the boundary conditions for
12  their flooding model.
13     Q.  And what did you understand about
14  their flooding model that led you to that
15  conclusion?
16     A.  Basically, all they needed to know is
17  the time history of water at any point along
18  the HPS, and you could get that through
19  interpolation of these points.
20     Q.  And so you picked the ten points that
21  you thought would represent the water 's surge
22  coming up the MRGO and through the Intracoastal
23  Waterway or the Industrial Canal or wherever,
24  right?  Is that what you were trying to depict
25  or show?

Page 45

1      A.  Yeah.  At all places around the HPS.
2  And one reason -- I think they came back later
3  and they said they wanted a point in the, um --
4  Irish Bayou area.  And so I constructed a point
5  for them there.
6      Q.  And you could have picked different
7  points right?
8      A.  I could have.
9      Q.  And you made a judgment about which
10  ones you thought were going to provide a
11  representation of the water surge.
12     A.  Yeah.  There wasn't a huge amount of
13  interaction between us, so I gave them what I
14  thought was useful, it seemed like it worked,
15  they liked it -- one thing I tried to do was
16  pick points where I had inspected high water
17  marks and things like that and I had a certain
18  amount of confidence.
19     Q.  And what was it -- what criteria did
20  you use to pick a particular point?
21     A.  Well, I'll tell you what I did.  I --
22  part of it was where I had data.  That was one
23  thing.  But the other part was if we were going
24  to model flooding through the 17th Street
25  Canal, then I gave them a point right at the

                                    12  (Pages 42 to 45)

JOHNS PENDLETON COURT REPORTERS                      800 562-1285

Page 46

```
 1   mouth of the 17th Street Canal.  I mean,
 2   otherwise they would have to interpolate that
 3   into -- to provide their boundary.
 4       Q.  And do you understand there were as
 5   many as fifty breaches of levees during
 6   Hurricane Katrina in the Greater New Orleans
 7   area?
 8           MR. O'DONNELL:
 9               My only objection is the word
10           breach.
11               I'll let you answer it.  But
12           that's the subject of some dispute,
13           what constitutes a breach.
14       A.  Okay.  There were mishaps at, um --
15   and I don't -- you know, I haven't counted up
16   fifty.  It depends on how you divide all the
17   breaches or, you know, the problems along the
18   MRGO canal.  I mean, that's miles.  So, you
19   know, it's either one or it's a hundred, I
20   don't know.
21   EXAMINATION BY MR. MARPLE:
22       Q.  And it's more, though, of what you
23   characterize as mishaps than these fifteen
24   points.
25       A.  Oh, yes.
```

Page 47

```
 1       Q.  And you understand, I think maybe your
 2   answer indicated this, that some people have
 3   said there are fifty, if we want to use the
 4   word mishaps, or as many as two hundred or
 5   more.
 6       A.  Yeah.  And it's in some ways a fractal
 7   problem.  You know, however you subdivide.  And
 8   I haven't gotten into that.  There were some
 9   very major, um -- holes, and there were a lot
10   of minor holes.
11       Q.  And with respect to the points you
12   picked, did you pick what you considered major
13   holes?
14       A.  Well, um -- you know, I -- I
15   thought -- I wanted to definitely address these
16   canal entrances, so I put one at each canal
17   entrance, including the IHNC entrance.
18       Q.  At Lake Pontchartrain.
19       A.  At Lake Pontchartrain and also on the
20   Lake Borgne side.  Um -- I just provided -- I
21   said, okay, I'm not sure what these guys want,
22   but I'm going to go ahead and do, you know, a
23   comprehensive set of points around the
24   perimeter, and if they come back and tell me
25   they want more then I'll give them more.  But
```

Page 48

```
 1   basically from that, they could -- because the
 2   surge was actually a fairly smooth phenomenon,
 3   you know, if you have two points you can do a
 4   good job of knowing what's in the middle.  And
 5   so I didn't have to provide a point at every --
 6   everywhere.  And in fact, the data didn't
 7   support that level of detail.
 8       Q.  And if they'd have asked someone else
 9   just as qualified as you are in this surge
10   technology and modeling and high water marks,
11   and familiar with it like you are, that person
12   might have picked different points than you
13   did, correct?
14       A.  And it might not have made any
15   difference at all.  Because the point
16   themselves are not necessarily that important,
17   it's that they capture the, um -- the dynamics
18   of the surge, the timing, um -- and what you
19   want to have is a good representation of that,
20   and you can do that with -- I thought you could
21   do it with fifteen points, however many I
22   picked.  I could be persuaded that more points
23   were a better idea, if the data would
24   support -- if I had data supporting -- showing
25   an anomaly, for example, in some place.  But I
```

Page 49

```
 1   didn't have that data.
 2       Q.  And the validity of the hydrographs is
 3   dependent on the data that went into them,
 4   correct?
 5       A.  Absolutely.  They're a creation of
 6   mine.
 7       Q.  And in terms of what went into them,
 8   you looked at a lot of different sources of
 9   information, correct?
10       A.  That's right.
11       Q.  And that was one of the big problems
12   or issues you had post-Katrina is the gauges
13   that measured the height of water virtually
14   throughout the Greater New Orleans area were
15   destroyed or didn't function, correct?
16       A.  We had far less gauge data than we did
17   after Betsy.
18       Q.  And am I correct that you had maybe
19   one?  Am I right?
20       A.  We had one -- we had one -- it wasn't
21   a gauge, it was a guy looking out the window,
22   you know, at the Inner Harbor Lock that
23   actually went through the whole storm.
24       Q.  And I wasn't quite clear where that
25   was.  Is that down where the Industrial Canal
```

DR. G. PAUL KEMP (ALL CASES)                              8/22/2007

Page 50

1   meets the Mississippi River?
2       A.   That's correct.
3       Q.   And what was the timing of the
4   information he had?
5       A.   Well, it's quite well documented in
6   the IPET report.  And it was the only other
7   gauge data that we have that goes through the
8   storm is actually on the Mississippi River
9   itself.  Those were very useful to us in
10  validating our model, but -- and gave us some
11  confidence in our ability to extrapolate to
12  other areas using the model.
13      Q.   And what I what wasn't clear to me is,
14  if he's at the entrance of the Industrial Canal
15  to the Mississippi River, that would have been
16  below where the breaches were along the
17  Industrial Canal and other places, correct?
18      A.   That's right.
19      Q.   And so he's getting information after
20  the water has gone through or over or whatever
21  it did, the levees through MRGO and the
22  Industrial Canal, right?
23      A.   It's one point, and it, you know,
24  suffers from whatever deficiencies that point
25  has.  It just happens that's the only point

Page 51

1   that we have that goes through the whole
2   sequence.  Now, I don't think that it was, you
3   know, that -- I think that it was probably a
4   pretty good indication of what conditions were
5   at that dead end down there.
6       Q.   Well, let's say the levees and the HPS
7   had held throughout the system, which is one of
8   the things that some of the modelings attempted
9   to do.
10      A.   Right.
11      Q.   He'd have had an entirely different
12  measure at the base of the Industrial Canal,
13  right?
14          MR. WILES:
15              Objection to the form of the
16          question insofar as what is the
17          system?
18          THE WITNESS:
19              Okay.
20          MR. O'DONNELL:
21              You can answer.  Go ahead.
22      A.   I don't, um -- I doubt it would have
23  been much changed.  But, you know, I don't have
24  model results to show that.  Um -- he did not
25  the take readings frequently enough that we

Page 52

1   could see, you know, the details of what
2   happened when a breach occurred.  He was taking
3   readings -- I mean, I think probably a pretty
4   experience, but he was taking readings about
5   every hour or so.  They were, um -- you know,
6   reanalyzed with some photographs, and then they
7   resurveyed in his staff gauge, so there was
8   some adjustments made that the Corps made
9   later.
10          I don't think it's a precise
11  measurement -- you know, that it's really all
12  that precise.  That we could see, you know,
13  things that might affect it for periods of, you
14  know, half an hour or something like that.  I
15  just don't think that we can parse that data
16  that well.
17  EXAMINATION BY MR. MARPLE:
18      Q.   So it's a piece of information but
19  doesn't answer questions even about that
20  particular point?
21      A.   You know, like I said, I'm a
22  recovering scientist so I like some precision.
23  I don't have lots of precision around this --
24  these timings and -- and that was one reason I
25  was very comfortable giving these hydrographs.

Page 53

1   They were based on my best information, and I
2   just didn't think that we were going get
3   anything much better.
4       Q.   But even they have a lack of
5   precision.
6       A.   Of course.
7       Q.   And throughout this modeling of the
8   surge, there were judgments and decisions made
9   about information you had and you had to
10  interpret it?
11      A.   Okay.  Let me see if I understand.
12  Okay.  What time -- what time are we talking
13  about?
14      Q.   Any time.
15      A.   Okay.  So it's four o'clock in the
16  morning?
17      Q.   That's a bad question because I think
18  I put you off in a direction I wasn't asking
19  about.  So I'll try to ask it a little
20  differently.
21          When is the first time after Katrina
22  that you got to the New Orleans area and
23  eyeballed what you thought was a high water
24  mark?
25      A.   It was in, um -- it was actually

1  Wednesday of the following week.
2      Q.  And Katrina is Monday, right?
3      A.  Right.  Katrina is Monday, I flew on
4  Friday, overflew the area, but I didn't
5  actually get in in a boat until Wednesday of
6  the following week.
7      Q.  And where did you go?
8      A.  Um -- I went -- I was mostly inside
9  the city.  We were worried about how long it
10 was going to take to get the water out, and so
11 we were ground truthing water levels inside the
12 city at that point.  I believe it was probably
13 that weekend that I started working on the
14 exterior, um -- marks.
15     Q.  About two weeks later from Katrina.
16     A.  Yeah.  About two weeks later.
17     Q.  And when you say you started working,
18 what did you do?
19     A.  Well, at that time -- and I'll have to
20 check my logbook, but at that time we still had
21 to have escorts and so on, going down there.
22 And so it was complicated, but we just started,
23 um -- going along the levee system looking at
24 any structures outside the system that we felt
25 could have filtered out wave effects, and began

1  to mark high water marks that we thought
2  were -- that we thought were good ones, and
3  that is had little wave impacts so they were
4  still water levels.  About that time, I got a
5  call from the Corps, and they wanted to join us
6  in doing that, and so we conducted this work
7  jointly from that point on.  And they agreed to
8  provide the follow-up survey.
9          I was -- initially, I was just using,
10 you know, like a little rotating laser level to
11 get some, um -- preliminary estimates of surge
12 height for validation purposes.  And, you know,
13 clearly we needed to get, you know, good, solid
14 survey measurements, and they agreed to provide
15 those.  So what we would do is go around and
16 mark -- we would all agree that, whenever we
17 would work together, generally there would be
18 two or three people from the Corps and me and
19 maybe one of my colleagues from LSU, and then
20 we would mark, um -- these points and describe
21 their location, get GPS coordinates on them,
22 and then leave them for a surveyor to come back
23 and follow up.
24     Q.  And you did that for 100 or so places?
25     A.  I think it was around fifty places,

1  something like that.
2      Q.  Fifty.
3      A.  Now, the Corps may -- other people did
4  similar things.  The URS came in and did some
5  things.
6          The problem with these marks is that
7  they're perishable.  And so it was important to
8  get in as quickly as possible and do that.
9  And, um -- in some cases we verified marks that
10 the -- that people from the district had
11 already marked.
12         MR. O'DONNELL:
13             Which district?
14         THE WITNESS:
15             The New Orleans district.
16         MR. O'DONNELL:
17             Of the Army Corps?
18         THE WITNESS:
19             Right.
20 EXAMINATION BY MR. MARPLE:
21     Q.  All right.  And you apparently were
22 the first one the get out there and start doing
23 this.  Right?
24     A.  Well, in most cases we were -- yeah.
25 I mean, I'm not saying that nobody came along

1  the levees and looked, but the marks that we
2  used we marked for the first time.  Now, we saw
3  marks that FEMA had put in or that other
4  agencies had put in, and those are marked for
5  other purposes, they're not for the same
6  purpose that we have.  Ours was wave-free
7  surge.
8      Q.  And did you develop a protocol of what
9  you would look at what, instruments you would
10 use, whether you'd photograph it, how you would
11 record all that, before you went out there and
12 got these high water marks?
13     A.  Well, I would say that the protocol
14 kind of developed as we went along.  Um -- I
15 was familiar with the area, so I could take
16 people to places that they wouldn't normally go
17 to, you know, these are structures that are out
18 in the middle of nowhere that, um -- you know,
19 these are all outside the levee system for the
20 most part.  So that was I think -- but the
21 Corps was interested in having somebody to --
22 because they were bringing in people from
23 Vicksburg that didn't know the area and, um --
24     Q.  Was there a written protocol that got
25 developed that everybody followed the protocol?

DR. G. PAUL KEMP (ALL CASES)                               8/22/2007

Page 58

1     A.  Not really.  Not really.  I mean, I
2  think -- if there was a protocol developed.  It
3  was sort of developed after the fact.  You
4  know, what we did was, you know, they would
5  bring down people with -- some of them had
6  similar training to me, oceanographers, wave
7  experts, people from the hydraulics lab in
8  Vicksburg, and we would have discussions around
9  these points and say, is this one a good one or
10  should we keep looking for a better one?  And
11  then we would find one that we really liked and
12  we would document it as exhaustively as we
13  could.  And that worked very well.  As I say,
14  we don't have a lot of disagreement about how
15  high the water got, except in places where
16  there were no good water marks.  High water
17  marks.  And there were a lot of places like
18  that.
19     Q.  As an example, you and some other
20  people would look at a high water mark and
21  decide we don't want to use it because it's not
22  clear enough to you?  Would that be what was
23  going on?
24     A.  Typically, the problem was how much
25  wave influence is here.  Okay?  We're

Page 59

1  looking -- the best kinds of water marks are
2  those in intact structures which are inside the
3  buildings, you know, in a closet, something
4  like that, where you would have the least
5  influence of sloshing around associated with
6  waves.  We know there's going to be some, but
7  we try and look for the, um -- for the lowest
8  amount of that.  So the most filtering of wave
9  effects.
10     Q.  And those were judgments you and
11  others made on the fly at each water mark,
12  right?
13     A.  Exactly.  Exactly.  And we would take
14  many -- we might take three or four in the same
15  area, and they wouldn't exactly agree but
16  that's okay.
17     Q.  And if they didn't exactly agree, what
18  did you do then?
19     A.  Um -- I just -- that's life.  I didn't
20  have -- I mean, we would average those things
21  and kind of come up with, a, um -- you know, in
22  many cases, for me, I would say if it's a good
23  high water mark and it's the lowest of the
24  group, then I probably like it better because
25  less wave influence.  But a lot of times we were

Page 60

1  looking at what is the wave -- you know, we
2  have waves coming from this direction, you
3  know, the wave influence is going to be
4  variable, and so we wanted to filter out as
5  much of that as we could.
6     Q.  And obviously there was no definitive
7  way to know what was a wave level influence and
8  what wasn't when you were looking at most of
9  these high water marks, correct?
10     A.  I guess I don't understand what you
11  mean by definitive.  We had experienced people
12  there searching for the best high water marks
13  we could find that appeared to have the least
14  amount of wave influence.  And sometimes we
15  found good ones and sometimes we didn't find.
16  And there's -- there's, you know -- I was more
17  influenced in terms of my validation of our
18  modeling results by the ones that I liked the
19  best, and other people might like some other
20  ones.
21     Q.  And am I to understand there is not a
22  school of high water mark measuring at LSU?
23     A.  We're trying to establish one now.
24     Q.  But am I correct that there is not an
25  area --

Page 61

1     A.  No, there isn't.
2     Q.  -- of expertise on that?
3     A.  No.  As I understand it, FEMA now
4  has -- you know, because they send contractors
5  out that don't know anything.  So they have,
6  um -- to give them a list of things to look at,
7  and you don't know how good any of that is.
8     Q.  And you mentioned a little earlier
9  that FEMA, at some point, got in on this and
10  was looking at some high water marks, and I
11  wasn't sure if you said you didn't look at
12  their stuff because it wasn't any good or you
13  used it or not.
14     A.  No.  We would encounter FEMA, where
15  FEMA had staked out a debris line or something
16  like that, and we would make a note of it.
17  They were -- I don't know what they were
18  looking for exactly.  Um -- I didn't have FEMA
19  people with me when we did this.  Um -- but,
20  you know, they were -- it struck me they were
21  kind of all over the lot in terms of -- but I
22  don't know whether, like a debris line on a
23  levee, for example, you know, would have a lot
24  of wave influence, typically, and so it
25  wouldn't be a good surge mark.  But I don't

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 62

1   know whether they discriminated between that
2   and, you know, a mark inside a building or --
3   you know, I don't know what their protocol was.
4        Q.  And did you use some of their
5   information?
6        A.  No.
7        Q.  None from FEMA?
8        A.  I haven't, because I don't have an
9   official capacity.  Other people may have
10  used -- you know, FEMA probably used it, and,
11  um -- I mean, the only thing I did was, you
12  know, I had personal -- I went around these --
13  pretty much every mile of levee.  I got a
14  pretty good idea -- in some cases, you know, we
15  had water marks that were complete around the
16  area.  There were also other places where there
17  was no water marks -- no high water marks.  And
18  nothing reliable along the MRGO levees and like
19  that.  So, um -- so, I just have an idea of
20  what to believe and what not to believe.
21       Q.  And if we took a series of these high
22  water marks where you were trying to make a
23  judgment about which one to use, another
24  scientist could look at that and come to a
25  different conclusion than you did.

Page 63

1        A.  We would argue about it.  And
2   sometimes I would be persuaded and sometimes
3   they would be persuaded.  And, you know,
4   obviously a lot of these high water marks are
5   in the IPET report, we've worked from the same
6   database and, you know, there are comments in
7   there, you know, Kemp doesn't think it's a good
8   one, you know, whatever.  But, um -- those --
9   that's fine.
10       Q.  There's room for disagreement.
11       A.  Yeah.
12       Q.  How many people that you're aware of
13  were involved in looking at high water marks
14  that you in some way ended up looking at or
15  relying on?
16       A.  There were a lot of people, um --
17  particularly inside the levee systems, you
18  know, getting high water marks off of buildings
19  inside.  I did some of that.  Some of my
20  colleges at LSU did some of that.  But, you
21  know, FEMA did a lot of it, and, you know, I'm
22  sure -- you know, that wasn't important to my
23  work very much, but -- except to try and
24  understand in St. Bernard what happened there.
25  But, um -- when I was working every -- seemed

Page 64

1   likely was working every weekend doing this,
2   um -- then we would typically have -- sometimes
3   it would just be one other person or two other
4   people, sometimes it would be a larger group.
5        And also, the Corps didn't have boats
6   available, so we provided boats for them and
7   that kind of thing.
8        Q.  And you said you did this about every
9   weekend.  Over what period of time were you out
10  there gathering these -- looking at water
11  marks?
12       A.  It was for about a month and a half or
13  so.
14       Q.  And as I understand it, there was some
15  degradation -- they weren't as good the longer
16  you were from, um -- August 28th, 2005, right?
17       A.  That's right.
18       Q.  And I'm still trying to get an
19  understanding of what you know about the number
20  of people that were out there looking at these
21  high water marks that you ended up using in
22  some way.
23       A.  I -- you know, there were many
24  agencies, without necessarily a lot of
25  coordination.  I can tell you that the water

Page 65

1   marks that we set became the definitive set.
2   Okay?  That is what IPET used.  And I have no
3   disagreement with the -- with what they came up
4   with for the high water marks around the --
5   now, we argue a bit about waves and that kind
6   of thing, but that's not something we measured.
7        Q.  I'm just trying to get an idea.  I
8   know you were out there, and there were some
9   other people and you talked about maybe some
10  other scientists that were there at times and
11  you disagreed right on the spot.
12       A.  Right.  Well, we would generally come
13  to an agreement, you know.
14       Q.  I understand.  I'm just trying to
15  focus now on the number of people involved in
16  this effort.  You know, if it's fifty or a
17  thousand, you know?
18       A.  Well, as far as I'm concerned it was
19  probably less than ten.  You know, that I was
20  involved with.
21       Q.  But there were other people out there
22  doing it on behalf of the Army Corps of
23  Engineers that came in from different places
24  that also did this that you ended up relying on
25  their work, right?

JOHNS PENDLETON COURT REPORTERS                          800 562-1285

DR. G. PAUL KEMP (ALL CASES)                                8/22/2007

Page 66

1    A.  In some cases.  Usually, we actually
2  confirmed some, um -- marks that others had
3  previously marked.  In some cases, we would
4  look at it and say, well, I don't think that's
5  a good one, maybe this one over here is better,
6  and we would change the location.  When the
7  Berkeley team came in, they found some good
8  marks, they thought, and some of those made
9  their way into the IPET report.
10    Q.  And when did they come in?  Berkley?
11    A.  It was right at the beginning of
12  October, I believe.
13    Q.  Of 2005.
14    A.  That's right.
15    Q.  And am I to understand there was not a
16  protocol developed for Berkeley, Army Corps of
17  Engineers, what later I guess became Team
18  Louisiana people, like you --
19    A.  Right.
20    Q.  -- um -- or anybody else that was out
21  there, to tell them what they were looking for
22  and how they would evaluate whether this was a
23  good high water mark or not.  Right?
24    A.  Well, if there was, I didn't know
25  about it.  I mean, they came to me to ask what

Page 67

1  it should be.  And I said, I just -- you know,
2  I'm trying to validate a surge model, so I
3  don't want to get a lot of waves in it.
4  Because waves splash, you know, debris up, you
5  know, twelve, ten feet on a levee or something.
6  That's useless.
7    Q.  And so primarily you looked at water
8  marks inside of buildings outside the HPS.
9    A.  That's right.
10    Q.  And you didn't account for, I take it,
11  what design features of a building might have
12  influenced in just some way of six inches or
13  four inches that might have caused that water
14  mark to be a little hire or a little lower.
15    A.  I would say that we tried to think
16  about those things when we selected the marks,
17  and, you know, to the best offer our ability,
18  you know, if we looked -- for example, in a
19  room, you could see a mark around the whole
20  room and you would see that on one side of the
21  room it was hair than the Oh.  We would
22  generally pick the lower side.  You know,
23  because -- and we understood that there would
24  be -- you know, we wouldn't be 100 percent
25  successful in getting the waves out.  But as it

Page 68

1  turned out, we got a very -- I think a very
2  convincing, um -- set of records.
3    Q.  And tell me how you calibrated the
4  height.  Let's say you found twelve feet.
5  That's -- you know, here's the water mark, and
6  you say it's twelve feet.
7    A.  Okay.
8    Q.  Now, how do you know it twelve feet
9  from what?
10    A.  We wouldn't.  What we would do is we'd
11  have a mark, and then we'd have a surveyor come
12  in and survey that from the best, you know, the
13  best benchmarks available in that area.  And,
14  you know, that was a problem at the time.
15  There weren't a lot of -- you know, bringing
16  survey lines in was difficult.  But, you know,
17  I leave that to the surveyors, you know, how
18  they're going to get a good elevation.
19    But no, we -- now, we did some things
20  just for our own information using a laser
21  level, because we could go off of the water
22  surface, for example.  We know about what the
23  water surface was, and we could see how high a
24  water mark was above a water surface.  I'm
25  talking about from a canal or something

Page 69

1  connected to the ocean.  So we could get a
2  pretty good idea, I mean, within a foot or so.
3    Q.  And is that recorded, what the water
4  surface level was, in each of these instances
5  where you got a high water mark?  I mean, is
6  that documented in a computer or a disk or a
7  piece of paper that I could see?
8    A.  Well, some places we did that.  Since
9  what we were interested in was just the
10  integrity of the mark and then we moved on to
11  the next mark.  In some cases I was just
12  curious, you know, so I would go through the
13  trouble of setting up the laser level and
14  translating a mark.  And, you know, I have
15  notes that go through that.
16    Q.  And I take it prior to going out and
17  looking at these high water marks you hadn't
18  been trained with the use of surveying
19  techniques or laser levels to determine high
20  water marks.
21    A.  In my work, I'm -- you know, I'm not a
22  surveyor, but, um -- you know, we do, as
23  geologists, we do some mapping, and so I knew
24  some basic techniques.  This particular
25  technique I developed very quickly because we

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 70

1   didn't have good control out there. And all I
2   did was I got a construction, um -- level,
3   essentially, which is a spinning laser, and
4   that then enabled me to go, you know, from
5   inside a building, say, to a nearby water
6   surface or the top of a flood wall or something
7   like that. And that gave me some ideas early
8   on of what the relationship of the surge was
9   to, say, floodwall heights and things like
10  that.
11      Q.  And I'm probably going to get this
12  wrong, but you weren't making a calculation of
13  where that mark was relative to --
14      A.  NAVD 29.
15      Q.  -- NAGD AD 29 or 2006.34 or whatever
16  that --
17      A.  Those things didn't exist at that
18  point, so we couldn't do that. No. And then
19  they came in and surveyed relative to NAVD 88,
20  and I think, you know, they've had to adjust
21  some of those things later.
22      Q.  And who is they, when you say they
23  surveyed?
24      A.  Okay. The Corps of Engineers had
25  contract surveys, some of them I know I knew.

Page 71

1   I mean, they had everybody -- hired everybody.
2   So they had contract surveyors who would -- you
3   know, the Corps would, this, um -- I'm trying
4   to remember the name of the -- there was -- one
5   person from the Corps was with me all the time.
6   He would transmit the points that we had agreed
7   on to the district, the district would get a
8   hired surveyor to come out over the next week
9   or so and survey those points in, using
10  standard survey techniques, and then would -- I
11  would get the numbers. And sometimes I would
12  get the numbers, sometimes they would say I
13  needed to file a Freedom of Information Act or
14  something, but eventually they gave me the
15  numbers.
16      Q.  And did you go back and have anybody
17  audit or review the numbers that you got
18  through this process from the Army Corps of
19  Engineers surveyors?
20      A.  Well, when I was concerned about
21  getting any numbers at all, I actually got DOTD
22  surveyors to go out and get some points. And
23  that was more just to make sure they knew that
24  somebody was going to get them anyway.
25      Q.  I'm sorry. Who did you get to do

Page 72

1   them?
2       A.  The Department of Transportation and
3   Development, the state. They have surveyors.
4       Q.  You got the State of Louisiana people?
5       A.  Yeah. I mean, the numbers weren't
6   coming in too quickly so -- and I knew they
7   were available, so I started -- you know, a
8   backup plan was to get the state to survey
9   them. And in some cases we have two surveys,
10  and they were quite compatible.
11      Q.  And are these survey results on file
12  somewhere, you know, where --
13      A.  Sure.
14      Q.  They're in a database that you had or
15  have somewhere?
16      A.  Yes. Um-- I mean, what I got from,
17  this is what the DOTD surveyors do is they take
18  a -- they have their field book, and they
19  actually xerox the pages, scan them and send
20  them to me. Okay? So I have some of that.
21  Now, it turned out later the Corps was more
22  forthcoming and I didn't have to follow along
23  with state surveyors everywhere so, um -- so
24  I'm not as familiar with how they handled that.
25  All I got was numbers at the end. You know,

Page 73

1   they'd say this mark is this high, you know.
2       Q.  And am I to understand you have some
3   that just came from these State of Louisiana
4   people you sent out there?
5       A.  Right.
6       Q.  You have some from -- that you got
7   from the Corps who contracted with surveyors?
8       A.  Right.
9       Q.  And then in some instances you have
10  both.
11      A.  Yeah. That's right.
12      Q.  And were there any cases where you
13  didn't have any?
14      A.  No.
15      Q.  All right. And were there, of the
16  ones where you got them both, the state and
17  somebody --
18      A.  They were pretty close, within a
19  tenth, generally.
20      Q.  Tenth of an inch?
21      A.  A tenth of a foot.
22      Q.  A tenth of a foot. I can't do the
23  math of that. Is that about an inch and a
24  little more?
25      A.  Which was fine for my purposes.

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 74

1    Q.  A little more than an inch.
2    A.  Yeah.  I mean, I was trying to
3  validate a model, not -- you know, not, um --
4  set the stage for the recovery of New Orleans.
5  I was -- you know, this was -- I didn't need
6  the same kind of detail that some other people
7  needed.
8    Q.  And the reason for that is you were
9  trying to develop a model that, one, showed
10  what did happen, and the primary purpose of
11  that was to say here's what we need to do down
12  the road to protect us from that happening
13  again.  Right?
14    A.  Well, but the other thing was, I knew
15  probably more than most people that this data
16  was perishable and that it needed to be
17  collected right away.  I mean, there were a lot
18  of things going on.  I mean, there were still
19  rescues going on when we were down there.  And
20  so this was maybe not on the front burner for a
21  lot of people, but it has turned out to be
22  absolutely critical information.
23    Q.  And critical in your mind primarily
24  not to hold my client accountable for whatever
25  they might have done at one particular breach,

Page 75

1  but to plan more generally for what you think
2  the area ought to be doing in terms of
3  hurricane protection.
4    A.  I guess for all these things.
5    Q.  Now --
6    A.  There just needed to be -- I mean, if
7  we had not collected that information, it is
8  quite likely that we would not have good
9  understanding of what -- and we would be
10  relying much more on model results, for
11  example, since it turned out at that point I
12  didn't know that the gauge situation was so
13  pathetic.  But, you know, that was -- another
14  reason was that we just didn't have other
15  sources of information.
16    Q.  And describe for us the various kinds
17  of marks you looked at and saw.  I mean, I
18  assume they didn't all look alike when you went
19  from building to building.  What are the
20  various kinds of marks you looked at?
21    A.  Well, the good news about the marks on
22  the outside of the levee systems is that the
23  water is not there, you know, like it was on
24  the inside, for months.  You know, for a month.
25  So typically there's just one mark.  And the

Page 76

1  water goes up and it will levee a mark in the
2  sheetrock or it will leave -- you may have
3  debris that -- you know, just some mud -- a mud
4  line that's there.  Occasionally you'll have
5  some, you know, just, um -- marsh detritus that
6  may be associated with the line.  It was highly
7  variable.
8    We found at the Entergy pumping
9  station on the north side of the MRGO there at
10  Paris Road, um -- we found -- they had a
11  circular recording drum, and -- behind glass.
12  And we actually -- there was a waterline on the
13  paper there that we used.  That was a very nice
14  mark.  And so we would take pictures of that
15  and then mark it so that a surveyor could come
16  from outside and come in and get the mark.
17  Highly variable from place to place.
18    Q.  And like with sheetrock, there is a
19  bleeding effect on sheetrock, correct?
20    A.  Uh-huh.
21    Q.  Is that right?
22    A.  That's right.
23    Q.  And how did you -- you, when you
24  looked at one on sheetrock, how did you make a
25  determination of what might have been bleeding

Page 77

1  up the sheetrock and where the real water mark
2  was?
3    A.  Usually there was a dirt line,
4  basically.  And, you know, it might be seeds of
5  plants or -- but it was usually pretty clear
6  where that, you know, the maximum elevation had
7  gotten to.
8    Q.  It was clear to you.
9    A.  Yeah.  It was clear to me.  And there
10  were some places where it wasn't clear and I
11  didn't use those.  I mean, I had to find a mark
12  that was unequivocal for me to use it.  And we
13  looked at lots of places where I thought we
14  should have good marks and didn't find them.
15    Q.  And, but once again, when you looked
16  at one on sheetrock, you had to make a judgment
17  in your mind about where it was, right?
18    A.  Absolutely.  You know, with,
19  conferring with my fellow, um -- my colleagues.
20    Q.  And if you were n't there -- and you
21  used some where you weren't there and you
22  didn't eyeball the water mark, right?
23    A.  There are some cases there.  And
24  generally, you know, if I knew the people who
25  got it and I had been with them and I knew

JOHNS PENDLETON COURT REPORTERS                          800 562-1285

Page 78

```
 1   how -- I was pretty comfortable with that.  I
 2   saw most of these marks.
 3      Q.  The ones you didn't, somebody else
 4   made a judgment about, and you don't know if
 5   they came to the same judgment you would have
 6   come about that water mark or not, correct?
 7      A.  Um -- that's true.
 8      Q.  And is there any way you can know
 9   that -- was there a testing zone, or where you
10   had somebody else look at the surveyors to know
11   that they got the right GPS coordinates?
12         MR. O'DONNELL:
13            GPS?
14      A.  The global positioning system
15   coordinates.  Basically, there were times that
16   they had trouble finding marks.  Okay?  And
17   sometimes we had to go back and remark them.
18   It's -- I mean, the GPS systems are very
19   precise for XY, anyway, and if not for Z.  So
20   these surveyors didn't usually have much
21   trouble finding -- and, you know, we sprayed
22   paint all over them and everything trying to
23   make sure they knew where they were.  So we did
24   not have a lot of problems with the surveyors
25   not being able to find the marks.  But if we
```

Page 79

```
 1   did, sometimes we would go back and see what
 2   was -- in some cases, you have people coming in
 3   and tearing out sheetrock and things like that,
 4   or, um -- there were places where we got
 5   results back and said, no, that can't be right.
 6   And then, you know, we'd go back and look at it
 7   again, looks like the structure has moved or
 8   something like that.
 9         (Off the record.)
10   EXAMINATION BY MR. MARPLE:
11      Q.  If I asked you this before, I
12   apologize.  But as part of your work in this
13   case, you weren't asked to investigate or form
14   opinions about the design, construction or
15   maintenance problem that caused any specific
16   mishap or breach at any particular levee or
17   area, right?
18      A.  No.
19      Q.  Did you look at the locations of any
20   of the properties of the named plaintiffs
21   involved in this litigation?
22      A.  No, I haven't.
23      Q.  And if I gave you a specific address
24   inside the HPS in St. Bernard or the Lower
25   Ninth or East New Orleans, I take it you
```

Page 80

```
 1   couldn't tell me anything about where the water
 2   came from that got to that property.  Is that
 3   correct?
 4      A.  That's right.  I mean, I visited a
 5   number of places where I have some ideas about
 6   that, but nothing definitive.
 7      Q.  And how high the -- you couldn't tell
 8   me, if I asked you today and gave you an
 9   address of one of these plaintiffs in
10   St. Bernard or the Lower Ninth or New Orleans
11   East how, high the water got in their house.
12      A.  St. Bernard it's a little easier,
13   because it got to a pretty similar height over
14   a large area, but no, not to be exact.
15      Q.  But it wouldn't surprise you if within
16   St. Bernard we had great variation from
17   property to property about how high the water
18   got in that particular house, right?
19      A.  Well, and also how high the land is
20   there, yeah.
21      Q.  Well, that would be a variable, right?
22      A.  Yeah.  That's right.
23      Q.  Just like in your work, you had to
24   take into account or tried to take into account
25   through surveying or other techniques,
```

Page 81

```
 1   variability in geology and topography and
 2   everything else.  Right?
 3      A.  But in the St. Bernard area, the
 4   actual height that the water got to, while it
 5   did vary from place to place, I was amazed at
 6   how uniform it was in some ways.  Now,
 7   obviously the depth is going to vary a lot
 8   because there's some -- you know, a lot of
 9   St. Bernard is high.  Relatively high land.
10      Q.  Right.  And it would depend on how
11   high -- if the particular lot that the house
12   was on had somehow been built up a little bit,
13   right?
14      A.  Yeah.  Yeah.
15      Q.  And the slab was a little higher?
16      A.  But these things don't affect the
17   kinds of work that I'm doing.
18      Q.  I know.  And I'm really trying to
19   maybe do is flip that around and say, the kind
20   of work you were doing really doesn't affect
21   what the height was -- or doesn't determine the
22   height at any particular property within the
23   HPS in St. Bernard or New Orleans or --
24      A.  Well, one thing we tried to do was
25   understand the volume of water that came in.
```

21 (Pages 78 to 81)

1   And so we did get involved in, you know,
2   essentially looking at these -- these bowls
3   filled up, basically, and they reached a
4   certain point, and so over a fairly large area
5   you knew about -- since water kind of seeks its
6   level, you knew pretty much what the maximum
7   elevation was going to be.  And from that, we
8   were able to subtract out the land and
9   calculate the volumes.
10      Q.  And you're talking about what
11  Mr. Morris did?
12      A.  Well, this was actually work that was
13  done at the hurricane center after the storm by
14  a lot of the same people who were working on
15  this GIS work.  And that was not specifically
16  my role, but we did come up with some volumes
17  and so on.
18      Q.  All right.  Can you tell me the
19  maximum height of the water at 44017-19 Bundy
20  Road.
21      A.  No.
22      Q.  Or how long it stayed there.
23      A.  No.
24      Q.  Nor can you tell me the maximum height
25  that the water reached at 1020 Charbonnet

1   Street?
2       A.  No.
3       Q.  Or how long it was there?
4       A.  No.
5           MR. O'DONNELL:
6               We'll stipulate that will be true
7           of any specific address, Bill, you
8           gave him.
9           MR. MARPLE:
10              Okay.
11  EXAMINATION BY MR. MARPLE:
12      Q.  I take it then you couldn't also tell
13  me what the damage -- or property damage would
14  have been at 4017-19 Bundy Road.
15      A.  I have no idea.
16      Q.  And that would be true of other
17  individuals' residences throughout New Orleans
18  East or Lower Ninth Ward or St. Bernard.
19      A.  Yeah.  I mean, all I know is what I
20  saw.  You know, and I didn't go specifically to
21  that address, but I went to some people's
22  houses.  You know, I was looking at water marks
23  in people's houses in places.
24      Q.  And it varied, right?
25      A.  Oh, yeah.

1       Q.  And you could go from one house and
2   maybe just down the block and it would be a
3   different water mark inside or outside that
4   house, right?
5       A.  That's right.
6       Q.  And what are the variabilities that
7   cause that to be different?
8       A.  Well, some of it is proximity to the
9   opening in the levee system.  The other is, of
10  course the -- you know, the elevation of the
11  ground which varies, and then how much the
12  structure is built up off the ground.  Those
13  are the main things.
14      Q.  And what about topography of how water
15  runs and moves?
16      A.  Well, we did see some of that, um --
17  and it was -- in the Orleans Metro area, for
18  example -- that's the main part of the city --
19  when the water stopped coming in it reached a
20  certain point and it was pretty uniform -- the
21  elevation was pretty uniform over a large area.
22  And then the variability was mostly not with
23  the water level but with the ground elevation
24  and the other factors that were individual
25  structures.  So.

1       Q.  When you came back to New Orleans, I
2   think you said it was --
3       A.  Wednesday.
4       Q.  -- Wednesday, about, if I'm doing --
5   that's nine days after the storm.
6       A.  Right.
7       Q.  And you had to come in and move around
8   in boats or something?
9       A.  Yes.  We launched them off the
10  Interstate.
11      Q.  And you came back quite a bit,
12  obviously, over the next few weeks.
13      A.  Yes.
14      Q.  And probably have continued to over
15  several months.  Right?
16      A.  Yeah.  My family was -- I didn't see
17  too much of them for a while.
18      Q.  And one of the things I take it you
19  saw in the aftermath were blue tarps as you
20  went around the area.
21      A.  Yes.
22      Q.  And can you tell us what those blue
23  tarps are?
24      A.  Um -- I could only tell you what I was
25  told, which is that they're part of the -- you

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 86

1  know, the temporary roofing, you know, for
2  houses, structures that -- where they had
3  damage to the roofs. They had a program to put
4  them on there.
5      Q.  And that was wind damage that blew
6  shingles and roofs off, right?
7      A.  Right.
8      Q.  And you saw a lot of that throughout
9  St. Bernard, Lower Ninth Ward and New Orleans
10 East.
11     A.  Yeah. Mostly I saw it from the air
12 when we were helicoptering. It was more
13 noticeable. But there were areas that didn't
14 have them, too.
15     Q.  It was highly variable, right?
16     A.  Yeah.
17     Q.  And some -- if you'd fly over early on
18 or boated around, you'd see roofs that were --
19 had a lot of wind damage and some that didn't
20 appear to have much at all, right?
21     A.  That's right.
22     Q.  It varied one house next to the other?
23     A.  That's right.
24     Q.  And probably depended somewhat on how
25 the angle of the house was sitting there and

Page 87

1  the angles of the roof and whether it had
2  hurricane clips or whatever, right?
3      A.  That would be my expectation.
4      Q.  One of our -- the director of the
5  hurricane center at LSU is a wind expert, so I
6  traveled with him a little bit, and he told me
7  some things, and I flew with him a couple of
8  times, but, you know, I learned enough to know
9  probably not to say too much about that.
10 Because, I mean, it's very -- that's a whole
11 field in itself.
12     Q.  And one of the things that he was
13 probably telling you is different reasons why
14 people had wind damage more than others.
15     A.  Yes. Right. Right.
16     Q.  And that it was highly individualized
17 with respect to the particular area or the
18 particular location.
19     A.  That's right.
20         MR. WILES:
21             Objection to the form of the
22 question.
23 EXAMINATION BY MR. MARPLE:
24     Q.  Now, you mentioned earlier, and as I
25 understand it there's some discussion, maybe

Page 88

1  even disagreement, between IPET and Team
2  Louisiana or you with your hydrographs in this
3  case about whether you measured wave levels.
4  Right?
5      A.  Well, I would say that, you know, that
6  we have essentially no good wave measurements.
7  There was I think one wave rider buoy that
8  created a partial, um -- record in Lake
9  Pontchartrain, but other than that -- and then
10 we had offshore buoys. But there was nothing
11 in close enough to really document the kind of
12 wave attack that occurred on the levees.
13         We have a lot of model results from
14 IPET which I think is probably pretty good
15 stuff, but it's all pretty much speculation
16 about how much -- how high the wave -- or how
17 the waves interacted with different parts of
18 the levee system. It's kind of like your
19 houses. It's pretty individual depending on
20 the exposure to waves.
21     Q.  That would have varied from location
22 to location --
23     A.  Very significantly.
24     Q.  -- on the hurricane protection system.
25     A.  That's right.

Page 89

1      Q.  So where you had a mishap or an issue
2  or breach or whatever, the wind or wave effect
3  on that would vary from one to the next.
4      A.  That's right.
5      Q.  And in terms of how much --
6      A.  So the wave is something that's on top
7  of the surge. But it doesn't -- you know, when
8  you have a five foot wave, let's say, breaking
9  on a levee or something, that's not the same
10 as, you know, you add the surge and five feet
11 of a wave, no. Because it's actually -- it
12 might be two feet or something like that,
13 because half the wave is above the still water
14 and half is below.
15     Q.  And what's unknown, I think, and you
16 can correct me if I'm wrong, is how much of
17 whatever the wave level was went over the tops
18 of levees at any particular point.
19     A.  That's right. We don't have good
20 information about that.
21     Q.  And it could, with respect to any
22 particular location along the hurricane
23 protection system, could have been a lot of
24 water came over from a wave effect at a
25 particular place.

23  (Pages 86 to 89)

Page 90

1      A.  Well, waves are not hugely efficient
2  for translating water over the levee system.  I
3  mean, really, the surge does that.  Now, waves
4  will throw some water over the levees.  But for
5  the most part, it's a weir flow of the surge.
6  And so I think of waves more as, you know,
7  exerting forces that can damage the structure
8  rather than as a big transporter of water.
9      Q.  If we take a particular point, you've
10 got your high water marks and what the maximum
11 surge was at times, and if you assumed -- am I
12 correct that there was overtopping, or the
13 height was enough to overtop levees at lots of
14 places?
15     A.  Uh-huh.
16     Q.  Is that right?
17     A.  That's correct.
18     Q.  And so if you added a wave effect on
19 top of that, you could get a significant amount
20 of water -- more water coming over than what
21 you would model or predict just based on a
22 surge level without the waves.
23     A.  Okay.  I would say not a significant
24 amount.  You could get some.  The amount that
25 comes from the surge compared to the amount

Page 91

1  that comes -- the increment added by the waves,
2  in most cases, is -- you know, it's much more
3  surge than waves.
4      Q.  And where did you get these numbers
5  that you have on the volume of water that got
6  into particular areas?
7      A.  Okay, that is a GIS exercise, again.
8  We have -- and this was done very quickly after
9  the storm, but we ran the model and looked --
10 because remember, our model doesn't have any
11 mishaps in it.  The walls stay there.  And so
12 we ran the model, and it basically tells us any
13 water that comes in there, that's got to be
14 coming over the top.  And so if our model is
15 doing a good job of surge prediction, then we
16 should have a pretty good idea of what -- of
17 how much water should have come in from
18 overtopping.  Because we don't have the -- we
19 don't have the breaches in there.  So that was
20 just an effort to do that.  And again using the
21 GIS and the, um -- maximum water levels that
22 were seen, you could calculate a volume and
23 figure out how much of that volume should have
24 come from overtopping.  And of course it's a
25 much smaller volume than actually was there,

Page 92

1  so.  But that was the effort that was involved
2  there.
3      Q.  And you made some calculation, then,
4  if I'm understanding, of after Katrina what the
5  total volume of the water was in the areas --
6      A.  Right.
7      Q.  -- that you reported.
8      A.  Uh-huh.
9      Q.  Is that right?
10     A.  That's correct.
11     Q.  And that was done through some things
12 that you probably are not totally familiar
13 with, but you told us they couldn't use this
14 lidar or whatever it was to measure that --
15     A.  No, no, no.  I mean, I can tell you
16 exactly what happened there.  One thing is we
17 did have good lidar coverage of the area.  So,
18 you know, you'll recall right after the storm
19 you could go on a website and see what the
20 water levels were from day to day.  And that
21 was all based on information that was on LSU's
22 Atlas website on lidar, which gave us a very
23 good idea of what the topography was in the
24 flooded areas.  So we then -- we knew how high
25 the water was, we could then subtract the

Page 93

1  topography and we got essentially a volume of
2  flooding.
3      Okay.  The model predicted a volume of
4  flooding, and we had an observed volume of
5  flooding, and we compared those.
6      Q.  And if the surge level were higher
7  than what you thought it was based on all the
8  stuff you did and your high water marks and all
9  that, if it were higher, then the amount of
10 water that was there through breaches would be
11 lower in terms of a percentage of the overall
12 water.
13     A.  Using that methodology, that's
14 correct, yes.
15     Q.  And you didn't calculate the amount --
16 the effect that rain had on any area, right?
17     A.  Um -- for that analysis, we didn't.
18 Um -- and, you know, that subsequently -- we
19 have a fairly lengthy discussion of that in the
20 Team Louisiana report.  You know, because
21 obviously the rainfall didn't set the maximum
22 elevation.  That was set by other factors.  So.
23     Q.  And it varied over the metropolitan
24 area what the rainfall was, right?
25     A.  Um -- that's what has been portrayed,

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 94

1   and I have no reason to doubt it.  There was a
2   very fairly limited number of gauges that were
3   actually in the Metro area.  They did give
4   highly variable results, and different people
5   have, um -- come up with different volumes of
6   rainfall using indirect techniques like radar
7   and things like that.
8       Q.   Same kind of things you had to do
9   because they didn't have the actual information
10  that they normally would have from rain gauges,
11  so they have to make some modeling judgments.
12  Right?
13      A.   Exactly.
14      Q.   And the Army Corps of Engineers in
15  IPET said it was 13.6 inches on average over a
16  24-hour period, right?
17      A.   I don't remember exactly, but it was
18  different for the different parts of the city.
19      Q.   But at least you understand that
20  that's higher than the 100-year --
21      A.   It was almost --
22      Q.   -- mark, right?
23      A.   Well, it was I think the third, um --
24  largest rainfall event in the last ten years,
25  something like that.

Page 95

1       Q.   It was a lot of rain, right?
2       A.   It was -- it would have caused some,
3   um -- you know, people were going to have to
4   change carpets if the breaches hadn't happened.
5       Q.   If the breaches hadn't happened and
6   you hadn't had any overtopping, and you get 143
7   inches of rain over a 24-hour period, in lots
8   of parts of the Greater New Orleans area the
9   pumps can't handle it and it's up in houses,
10  right?
11      A.   Well, it's -- I mean, we have lots of
12  events like that.  In 1995, we had one, and we
13  had, um -- Alicia.  So those things do happen,
14  but they're not catastrophic.
15      Q.   I understand, but they come up into
16  people's houses, and you see the carpet out on
17  the sidewalks.  Right?
18      A.   That's right.
19      Q.   And that is not unusual, in terms of
20  that's not a once in forty year thing, that's a
21  once every two or three year deal in some
22  areas.  Is that right?
23          MR. O'DONNELL:
24              Counsel, I'm going to object.  I
25          think we've gone -- I let you go for a

Page 96

1   while, you're going quite far afield
2   from the limited purpose of his expert
3   report in this deposition.  I think
4   we're getting into merits discovery
5   which relates to the other things he
6   will testify to later.  So I'm going
7   to have to object.  I don't think it's
8   appropriate.  I don't think it relates
9   to what he did.
10          MR. MARPLE:
11              Okay.
12      A.   Okay.  So I'm not a meteorologist.
13          MR. O'DONNELL:
14              I'm not going to really let him
15          testify in this area.  We'll have to
16          get ruling if you're going to press
17          it, because the Court's been very
18          clear we're not doing merits
19          discovery.
20          MR. MARPLE:
21              And I understand your position,
22          but the Army Corps of Engineers -- the
23          IPET report takes a different position
24          than what he has with these
25          hydrographs.

Page 97

1   EXAMINATION BY MR. MARPLE:
2       Q.   Is that correct, Dr. Kemp?
3       A.   No, I don't think so.
4       Q.   With respect -- they do account for
5   rainfall in their calculations, right?
6       A.   They make a stab at it.  I don't know
7   that -- I don't know that they're accepted, but
8   they do make a stab at it.  And we were very
9   clear in our work that we didn't consider
10  rainfall.
11      Q.   And so whatever the effect of rainfall
12  was on the volume of water or the depth of
13  water in the Greater New Orleans area, that's
14  not in your model or calculations.
15      A.   Okay.  It's not in the, um -- the work
16  that we did just using the ADCIRC model.  Of
17  course, it is in the Dutch model.  It doesn't
18  make much difference either way.
19      Q.   When we see the term run-up of waves,
20  what's that referring to?
21      A.   Well, waves contribute to surge
22  through radiation stresses.  That is, you know,
23  normally considered part of the surge.  And
24  then you also have, um -- wave effects on
25  structures when they hit a structure.  And when

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 98

1   a wave breaks as it does on a beach, then
2   you'll have water that runs up the slope of the
3   beach or the slope of -- in this case, the
4   levees were serving as beaches. And so we have
5   to account -- or the engineers who are
6   designing the levees have to account for the
7   amount of water that's going to run up on the
8   structure caused by breaking.
9       Q. And then what are debris lines?
10      A. Debris lines are the accumulations of
11  floating material that are left behind when the
12  storm recedes. Okay? And, you know, they can
13  be indications of the top-of-wave activity,
14  they can be -- in some cases in a still water
15  situation they can be indicative of a surge,
16  um -- it's an extremely variable, um --
17      Q. From site to site, the debris lines
18  are extremely variable in terms of what they
19  are and what's there and what they represent.
20      A. Exactly. We have a lot of debris
21  thrown over levees by waves, you know, where
22  the waves were carrying material, it gets up
23  into the air, the wind blows it over. It
24  doesn't mean nothing about the water.
25      Q. It might mean something --

Page 99

1       A. It might mean something or it might
2   not.
3       Q. And I'm to understand, in general at
4   least you didn't went to use debris lines a
5   point of reference for high water marks, right?
6       A. They're not my favorite.
7       Q. Did you use them in some instances?
8       A. Yes.
9       Q. And that's, I take it, when you made a
10  judgment that this was a result not of wave
11  action but some sort of other high water
12  activity.
13      A. We would, um -- we would always note
14  that it was a debris line, and that meant to us
15  that it was a less reliable indicator.
16          Let's face it, a lot of places outside
17  the levee system there is nothing, no
18  buildings, no structures, it's very difficult
19  to find a good high water mark. And the
20  tendency then is to try and use these debris
21  lines. And I think it's -- you know, it gives
22  very unreliable results.
23      Q. Now, did you also look at high water
24  marks inside the HPS for purposes of what you
25  provided to the Dutch team?

Page 100

1       A. No.
2       Q. And --
3       A. Well, no, let's see. I did look at --
4   they had, I think, some of the analysis that
5   was in the Team Louisiana report. I don't know
6   to the extent to which they used it. Because
7   obviously they wanted to know the timing of
8   when the water got to the highest point inside
9   these polders.
10      Q. And in terms of the hydrographs,
11  though, that you provided, they don't reference
12  or incorporate high water marks from inside the
13  HPS.
14      A. No.
15      Q. And so if the Dutch team did something
16  with high water marks inside the HPS, that
17  really wasn't your bailiwick.
18      A. It wasn't my bailiwick. I suspected
19  that they used the data that we had developed.
20      Q. And you may know of more, I know of
21  maybe five reports that have been done,
22  analyzing what happened on Katrina, major ones.
23  There is the IPET report. Correct?
24      A. Uh-huh.
25      Q. And I just need an audible answer.

Page 101

1       A. Yes. IPET, and I guess we're talking
2   about the June 2006 report. They had an update
3   I guess in June of this year.
4       Q. And that was done --
5           MR. O'DONNELL:
6           Both the draft and the final?
7       A. They're still calling it a draft. So.
8   EXAMINATION BY MR. MARPLE:
9       Q. But they have done some work and
10  issued one or two reports and maybe are going
11  the issue some more, right? But we know of two
12  so far.
13      A. Well, there were actually -- when I
14  referenced the June report, we called it A, B
15  or C, I don't know. Because they had previous
16  reports, also.
17      Q. All right. They've done several.
18      A. Yes.
19      Q. And they had a team of experts that
20  the Army Corps of Engineers hired to look at
21  this stuff, right?
22      A. That's correct.
23      Q. And in general, you think they were
24  competent scientists and had reliable results,
25  at least in some areas, right?

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 102

1    MR. O'DONNELL:
2         Objection, compound.  Secondly,
3    it's irrelevant.  He's not here to
4    testify about the competency or skill
5    of the IPET people.  If you want to
6    focus on hydrographs or ADCIRC, use of
7    ADCIRC, that will be appropriate.  But
8    he's not going to give a blanket
9    statement pro or con.
10   EXAMINATION BY MR. MARPLE:
11       Q.  Can you tell me where you had areas of
12   disagreement with respect to surge levels with
13   the IPET report?
14       MR. O'DONNELL:
15         That's fair.  Go ahead.
16       A.  In general, I didn't.  And part of the
17   reason was because we conferred on these high
18   water marks.  And these high water marks were,
19   in fact, the ultimate arbiters.
20         Where we had -- where I'm not as
21   convinced is on some of the wave, um -- they
22   added increments for waves, and it's just that
23   I don't necessarily understand where those
24   things came from to the same degree that I
25   understand the surge.

Page 103

1    EXAMINATION BY MR. MARPLE:
2        Q.  And then there is the ILET Report?
3        A.  The Berkeley report, or the National
4    Science Foundation report.
5        Q.  And did they come to conclusions about
6    surge levels?
7        A.  No.  They pretty much relied on us for
8    the surge -- yeah.  We had the best information
9    about that.
10       Q.  And you had the Team Louisiana report
11   which is obviously what you were working on and
12   you were part of that at LSU.
13       A.  Yes.
14       Q.  And then the American Society for
15   Civil Engineers issued a report not too long
16   ago.  Have you looked at?
17       A.  I looked at it, yes.
18       Q.  And do you have any disagreements with
19   that report with respect to surge levels or
20   anything related to your hydrographs?
21       A.  Of course, they addressed surge very
22   little in that report.  And they left out the
23   Lake Borgne surge entirely in that discussion.
24   So it was just incomplete, I would say.  Most
25   people have said that about that report.

Page 104

1        Q.  In terms of the sequence of breaches,
2    was that something you did in connection with
3    this litigation as to when -- the sequence of
4    breaches or water getting through the HPS?
5        A.  No, that was all part of the Team
6    Louisiana work that I essentially concluded
7    before I started this work.
8        Q.  Was there a computer that you were
9    using where you were putting information about
10   him water marks into a computer and so -- and
11   various fields or something like that?
12       A.  I have -- it was an Excel spreadsheet.
13   You know, nothing so complicated.  Actually,
14   you know, I conferred with the Corps of
15   Engineers, we agreed on a format, and so the
16   spreadsheet then was used.  I wouldn't say it's
17   very easy to understand, but that's because we
18   had -- you know, it was like, you know, put
19   together by a committee.
20       Q.  And I'm not going to mark this yet, I
21   just want to see if you can identify this
22   document.
23       A.  Yeah.  This is what I sent to Chad
24   Morris.  And I had said that I had fifteen
25   points.  It looks like I have only ten, but

Page 105

1    then I gave them one point later, I think.
2        Q.  And let me mark that, then.  This is
3    what?
4        A.  And that's just an Excel spreadsheet,
5    also.
6        Q.  Let me hand you what we've marked as
7    Exhibit 4.
8          Can you tell me what that is?
9          (Exhibit Kemp 4 was marked for
10   identification and is attached hereto.)
11       A.  This is the information that I sent to
12   Chad Morris who, I believe relayed it to the
13   Delft modeling team.
14       Q.  And on the second page, or second and
15   following pages, there are tables.  And is that
16   an Excel spreadsheet?  I don't know.
17       A.  That -- this is an Excel spreadsheet.
18   I can go down, you know, explain the columns
19   and stuff.
20       Q.  I'm not -- I don't believe I'm going
21   to ask you, but this is the information about
22   the ten sites that you had that you sent to
23   them.  And then did you send more information
24   other than this other site you mentioned?
25       A.  No.

JOHNS PENDLETON COURT REPORTERS                          800 562-1285

DR. G. PAUL KEMP (ALL CASES)                                      8/22/2007

Page 106

1    Q.  This is it.
2    A.  This is it.
3    Q.  And you gave this to Mr. Morris, and
4    based on your firsthand knowledge you don't
5    know what happened after that except you saw it
6    in the Dutch report, right?
7    A.  That's right.
8    Q.  Okay.  And is what you sent and what
9    you saw in the Dutch report, are they
10   consistent or did you see any changes that they
11   had made to your data?
12   A.  Um -- I would be very surprised if
13   they made changes to the input data.  I mean, I
14   did meet with them face-to-face, um -- a couple
15   of weeks ago.  Or, no, I guess it was a little
16   longer than that.  But, um -- they didn't tell
17   me that they had made any changes.
18   Q.  And you didn't see any based on
19   what --
20   A.  You know, it would not be immediately
21   obvious from the report if they had or hadn't.
22   Q.  And but you haven't undertaken to make
23   a study or review to determine if that's the
24   case.
25   A.  No, I have not.

Page 107

1    Q.  And when you said you met with them,
2    was that before or after you submitted your
3    report or signed your report in this case?
4    A.  It was actually the same day.
5    Q.  And did that --
6    A.  Actually, I met with them after I
7    signed the report.
8    Q.  Okay.
9    A.  Because I wrote the report at this
10   office.
11   Q.  I'm going to mark this as Exhibit 5.
12   And let me ask you if you recognize that.
13   Again, I'll not suggesting you should, I'm just
14   asking you if you know what that is.
15       (Exhibit Kemp 5 was marked for
16   identification and is attached hereto.)
17   A.  Okay.  Yeah.  It looks very similar to
18   what you just gave me.
19   EXAMINATION BY MR. MARPLE:
20   Q.  Right.
21   A.  Um -- you know, I haven't checked
22   every number in it, but, um -- are you
23   suggesting this is something different?
24   Q.  I'm really asking.
25   A.  Well, I can check some numbers and

Page 108

1    make sure that there's a correspondence.
2    Q.  All right.  And why don't you do that
3    briefly, and maybe you can tell me if this
4    appears to just be the same data in a little
5    different printout format or table format.
6    A.  You know, without checking every line
7    here, I think this is the same thing.
8    Q.  All right.  And just looking at them,
9    the one we marked as Exhibit 4, is that in the
10   format you provided to the Dutch people or did
11   you give them that electronically or some other
12   way or how?  Or to Mr. Morris, I'm sorry.
13   A.  Yeah.  This is the way I gave it to
14   him.
15   Q.  In hard copy.
16   A.  No.  No.  I gave it to him
17   electronically.
18   Q.  But if you'd have printed it out, you
19   would have expected it to look like Exhibit 4.
20   A.  I have printouts at home that look
21   like this.
22   Q.  And you don't have one that looks like
23   Exhibit 5, I take it.
24   A.  Um -- this is just a formatting of the
25   spreadsheet.  I could have one that looks like

Page 109

1    this, too.
2    Q.  Somebody else probably printed that
3    out, is what we're getting at, on Exhibit 5.
4    Same -- appears to be the same version.
5    A.  Okay.
6    Q.  I'm asking.  I don't know.
7    A.  And I don't know either.
8    Q.  Okay.  That's fine.  That's fine.
9    A.  When you send these things off in the
10   E-mail, you don't know what happens.
11       But I did think of one other thing
12   that happened after I sent it, was that the
13   modelers came back and they said, we need to
14   extend the time series.  And so I had some
15   discussion about that because, remember, the
16   city was flooding for what, fifty-six hours or
17   something after the storm.  And so this time
18   series didn't go long enough.  And so we
19   figured out a way -- or I think Iver figured
20   out a way of just tailing off the lake height,
21   basically.
22   Q.  And can you tell us who he is?
23   A.  Iver van Heerden is the -- he's the
24   Deputy Director of the LSU Hurricane Center,
25   and he was the lead investigator on the Team

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 110

1    Louisiana.
2        Q.  And that extension of the data for a
3    longer time period, was that something you
4    provided to the Dutch people, or did he do
5    that?
6        A.  He may have asked me about it and,
7    um -- but the main thing was it addressed
8    pretty much just Lake Pontchartrain.  Because
9    Lake Pontchartrain levels stayed high for a
10   period after the storm.
11       And, you know, if you look at these
12   data sets, you'll see that they end at about
13   three feet or so.  Well, three feet above sea
14   level.  Water was of course still pouring into
15   the city.  So, um -- they needed to take it
16   back all the way to mean sea level.
17       Q.  And did you do that and provide that
18   information?
19       A.  I didn't do it.  I think they asked me
20   about it and, um -- you know, I thought it was
21   fine to just tail it off.
22       Q.  You told them they could extrapolate
23   that in some way?
24       A.  Yeah.
25       Q.  And I think Iver may have given them

Page 111

1    more specific, um -- numbers, you know, based
2    on some gauge data.  But you don't know what
3    that is.
4        A.  I wasn't directly involved in it.
5        Q.  And I take it you don't have that
6    information of what that was with you today.
7        A.  I mean, what I've told you is pretty
8    much what I know about that.
9        Q.  You didn't review it and then say,
10   yes, I think that's okay, after it had been
11   done, or do anything else with it?
12       A.  No, I just said I thought that was --
13   that was a reasonable approach.  I didn't think
14   it would -- you know, would change the results
15   too much.
16       Q.  I need to ask you something more
17   generally.
18       A.  Uh-huh.
19       Q.  If the entire hurricane protection
20   system had been intact, which is one of the
21   things you were modeling for, correct?
22       A.  That's right.
23       Q.  Have you modeled for what would have
24   happened to the velocity of the water or energy
25   or pressure, whatever your geological or

Page 112

1    hydrological term is, from that water coming up
2    MRGO, coming from Lake Borgne, coming from Lake
3    Pontchartrain, feeding into the triangle and
4    meeting up with the Intracoastal Waterway and
5    then the Industrial Canal; have you looked at
6    that to determine if the water would have been
7    significantly higher because everything held?
8        A.  Oh.  Um -- remember, all the results
9    we have are for an intact system.  So we have
10   not -- at least I have not modeled the system
11   as it existed after the storm.  Um -- so I
12   don't have that information.  What I have is
13   model runs that -- in which the integrity of
14   the HPS is continuous.  I'm not aware that
15   Johannes has developed a way of manipulating
16   the levees during the run, I don't put it past
17   him, but I don't know that anyone has done that
18   yet.
19       Q.  And if I understand, at least in
20   general, the water is coming from the gulf and
21   we've got this surge coming --
22       A.  That's right.
23       Q.  -- and it's going lots of places, into
24   Lake Borgne, Lake Pontchartrain, and MRGO,
25   among other places.

Page 113

1        A.  Right.
2        Q.  And early on, down near -- down the
3    road in St. Bernard, which would be the lower
4    southeast corner of St. Bernard Parish --
5        A.  Yes.
6        Q.  -- there were some -- water got into
7    St. Bernard there early.
8        A.  Oh, yes.
9        Q.  And can you tell us what happened
10   there, in your view?
11       A.  Okay.  And are we talking about on the
12   side going down towards Delacroix Island or --
13       Q.  Well, as I understand --
14       A.  Maybe we should look at a map and you
15   can point to what you have in mind.
16       Q.  And I thought you had described that
17   somewhere in your report, or Team Louisiana,
18   that at 5:00 a.m., 5:30 a.m., there was lot of
19   water that entered St. Bernard Parish.
20       A.  Okay.  Um -- maybe we can look at
21   that --
22       Q.  Okay.  I'll come back to that.  And I
23   have a map.
24       A.  And, you know, we're talking about
25   modeling results.  Later we looked at places

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 114

1   where the models said they should have had
2   overtopping and in most cases we did.  You
3   know, we had evidence on the ground that this
4   happened.  But there were a lot of places where
5   water came in, and, um -- some of them came in
6   early, some later.
7       Q.  And am I to understand -- that's all
8   right.  Question about -- it turns out that
9   Advisory 22 was the one, in your view, that
10  most closely matched what actually happened in
11  terms of surge level.  Am I correct?
12      A.  Yeah.  I think -- if we look at that,
13  um -- that report, it should have a table in
14  there that has all the advisories.  And did you
15  give me that?
16      Q.  Your report?
17      A.  Yes.
18      Q.  I think I have a thing where I look at
19  the root mean square difference, the error --
20  what might be called an error.  It was in the
21  appendix to that report.
22      A.  Which is -- the appendix, by the way,
23  is just an excerpt from the Team Louisiana
24  report.  There may be, you know, one paragraph
25  that's not, but I think all of it is.  So we

Page 115

1   can go through that.
2       Q.  Let me show you what we've marked as
3   Exhibit 6.
4           Can you tell can you tell us what that
5   is?
6           (Exhibit Kemp 6 was marked for
7   identification and is attached hereto.)
8       A.  Okay.  This is a report that I
9   prepared to, um -- establish my role, I guess,
10  in the, um -- Delft modeling effort, what I
11  gave them as information, and it also includes
12  some discussion of what other, um --
13  consultants had provided to them.
14  EXAMINATION BY MR. MARPLE:
15      Q.  And you referenced a table in one of
16  your previous answers.
17      A.  Yes.  I referenced a table from the A
18  of this report dated 28th July, and the table
19  that I'm referencing I'm trying to find right
20  now.  Okay, there's a Table 4 on Page 15 which
21  shows for five zones of the HPS system the
22  number of high water mark observations, and
23  then the, um -- what we measured -- okay, the
24  high water mark measurements, and then what are
25  hindcast run provided.  That's not --

Page 116

1       I'm sorry.  That's not what you asked
2   about.  Okay.  So let me go to another table.
3       I thought it was in here, but maybe
4   it's not.
5       Okay.  So in Table 1, we have the
6   information that came in from the hurricane
7   center, and that's where the advisory numbers
8   are talked about and when these advisories came
9   in.  And then in Table 3 we have the advisory
10  numbers are in brackets underneath the hours to
11  landfall.  So you asked about the --
12      Q.  Advisory --
13      A.  -- Advisory Number 22 which came out
14  24 hours prior to landfall.  And that advisory,
15  I believe, provided the lowest percent error,
16  down at the bottom of that Table 2.
17      Q.  Yeah.  And in one of your previous
18  answers, you referenced Table 3.  You were
19  talking about Table 1 and Table 2 here in your
20  last answer.  Correct?
21      A.  Yes.  Those are more pertaining to the
22  question you asked.  I apologize.
23      Q.  And again, it's just something I don't
24  understand.  Advisory 22 was the one that was
25  closest to your hindcast, right?

Page 117

1       A.  Advisory 22 was closest to what was
2   actually observed.
3       Q.  Right.  And then so did you use
4   Advisory 22 forecast as the hindcast, or did
5   that change?
6       A.  No.  We didn't -- for all these
7   analyses, we used the, um -- the hindcast.  And
8   when I say hindcast, it was like the day after
9   the storm the National Weather Service came
10  out.  And it was pretty close.  It was like,
11  the percent error was like 19 percent, and it
12  was 16 percent on the -- 24 hours before the
13  storm hit.  In some places it was better and in
14  other places worse.  So this was just kind of
15  giving an idea of what the state-of-the-art is.
16  And we were -- we thought we did pretty darned
17  well.
18      Q.  And the hindcast you did you said was
19  24 -- well, it was 24 hours after the storm.
20      A.  Actually, it says minus 27, so it was
21  27 hours after the landfall.
22      Q.  And at that point, you didn't have any
23  high water marks or anything like that --
24      A.  No.
25      Q.  -- right?

DR. G. PAUL KEMP (ALL CASES)                                8/22/2007

Page 118

1    A.  No.  This is all -- that was, you
2  know, that's why we went out to get them.
3    Q.  And I guess what I'm trying to figure
4  out is in the hindcast, what data did you have
5  to put into that hindcast that was different
6  than what you may have had in the forecast in
7  Advisory 22?
8    A.  Well, we had -- as the hurricane
9  progresses, and by the time we got to Advisory
10 31, it was actually a tropical storm at that --
11 or it had downgraded.  The storm is still up in
12 northern Mississippi when we leave it at.
13 Well, what they've done is they've gone in and,
14 to the best of their ability, you know, fixed
15 the track, the positions.  So we're not
16 guessing about where the storm was or where
17 it's going to go, it's already been there.  So
18 it's -- now, they'll go back later, you know,
19 months later and maybe adjust it a little more,
20 but this was, um -- you know, we can use the
21 model in forecasting mode or in hindcasting
22 mode.
23    Q.  That was essentially a modeling,
24 though, without data -- input data from on the
25 ground in the Greater New Orleans area when you

Page 119

1  were doing the hindcast.
2    A.  Well, um --
3    Q.  In terms of high water marks or depths
4  of water or where it was or anything like that.
5    A.  That's right.  This is just, um -- we
6  run the -- of course, we're running the storm
7  many times.  And we made a point to run -- as
8  soon as our power came up, we could run a
9  hindcast, and that then became the basis for
10 further analysis.
11   Q.  And you've mentioned a time or two
12 that you went back and did one more data point
13 after you submitted what we've marked as
14 Exhibit 4 to the Dutch team.  And can you tell
15 us what that is?
16   A.  Okay.  They requested a point in the
17 vicinity of Irish Bayou.  I think it was -- and
18 if we look at their -- the map in their report,
19 we can --
20      MR. O'DONNELL:
21         We haven't marked that yet, have
22 we?
23      MR. MARPLE:
24         No.
25   A.  Well, they list the points around

Page 120

1  there, and, um -- I think they didn't go back
2  and change the figures, so it doesn't have that
3  point on it.  But as I understand it, that
4  point was also used.
5  EXAMINATION BY MR. MARPLE:
6    Q.  And you provided that to them?
7    A.  I created, you know, another -- an
8  eleventh hydrograph and selected a point near
9  where they asked for it.
10   Q.  And when did you do that?
11   A.  I don't remember.  Maybe -- probably
12 about a month after I did this.
13   Q.  After you did Exhibit 4?
14   A.  Yes.
15   Q.  And when did you do Exhibit 4 then?
16   A.  It was I'm guessing May, maybe,
17 something like that.
18   Q.  Okay.
19   A.  Actually, we have some bills --
20 billing here.  There are some dates.  You know,
21 I put down that -- when I did the hydrographs.
22 And that's probably your best answer.
23      MR. MARPLE:
24         I'm going to show them to you.  I
25 do not have a copy.  This is the only

Page 121

1  copy I have of those.
2      MR. O'DONNELL:
3         We can make a copy during the
4  break.
5  EXAMINATION BY MR. MARPLE:
6    Q.  We can get some copies made over the
7  lunch hour or whatever, but I'm showing them to
8  you to see if those will refresh your memory or
9  provide you with the information you need to
10 answer.
11   A.  Okay, it was May 13th.
12   Q.  Is when you did the second one, this
13 eleventh one?
14   A.  No, that would have been the first
15 one.  I don't even note in here when -- it was
16 no big deal to make the last one, so I
17 didn't -- you know, I didn't itemize it
18 separately.
19   Q.  And is it your understanding that it's
20 not in the, the eleventh one is or isn't in the
21 Dutch report?
22   A.  I think they used it.  But I think I
23 also remember looking at their map on their
24 report and not seeing that point on there.  So
25 whether they didn't go back and modify the map

                          31 (Pages 118 to 121)

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 122

1  or what, that's a question that I need to ask
2  them.
3      Q.  And whatever it was, was there an
4  Excel sheet that went with it and a graph like
5  the others?
6      A.  All I did was add another column.  And
7  this particular one doesn't seem to have it on
8  there, so.  You know, it was in the Irish Bayou
9  area.
10     Q.  We marked your report as Exhibit 7; is
11 that correct?
12     A.  6.
13     Q.  If we look at Page 5 of your report,
14 in the first full paragraph it's talking about
15 wind, among I guess other things.  Do you see
16 where it reports sustained winds in the ranges
17 of 71 to 79 miles per hour?
18         MR. O'DONNELL:
19             Page what, Bill?
20     A.  Okay, this is the second paragraph.
21 EXAMINATION BY MR. MARPLE:
22     Q.  Yes.
23     A.  Okay.  That's the tropical cyclone
24 report, yeah.
25     Q.  And you agree with me that in the

Page 123

1  Greater New Orleans Metro area, which includes
2  St. Bernard, Lower Ninth, New Orleans East,
3  Jefferson Parish I suppose, and New Orleans
4  proper Parish, that they measured sustained
5  winds in the range of 71 to 79 miles an hour?
6         I mean, you're reporting that to us,
7  right?
8      A.  Yes.  That's my understanding.  And,
9  you know, that doesn't mean that there couldn't
10 have been -- and sustained winds are different
11 from gusts and that kind of thing, so.  But
12 that's what the -- I guess the weather service
13 reported.
14     Q.  And that's something you considered
15 reliable enough to including in your report,
16 right?
17     A.  I think that's probably the gold
18 standard.  You know.
19     Q.  And gusts could have been higher than
20 that.
21     A.  Gusts would certainly have been
22 higher.
23     Q.  And do you have an idea of how high
24 the gusts were?
25     A.  I suspect if you read that report they

Page 124

1  may have some discussion of that.  And I don't
2  have any personal knowledge of that.
3      Q.  And that amount of wind, one, of
4  course, would have done wind damage to
5  structures, based on your experience, right?
6      A.  You know, my director at the LSU
7  Hurricane Center is a wind expert, and we flew
8  over the whole area on the Friday after the
9  storm, and he was very disappointed.  You know,
10 there just wasn't enough wind damage.  Um --
11 and, you know, at that time we thought we were
12 dealing with a Category 4 storm and, you know,
13 it just didn't seem like there was enough wind.
14 Because, you know, he was just -- he was
15 depressed.  And so, you know, meantime we were
16 looking at huge amounts of surge damage.  And
17 so, you know, the surge experts, we were all
18 excited, but the wind people were kind of
19 disappointed.
20     Q.  But certainly that level of wind would
21 have had an effect on the waves in Lake
22 Pontchartrain and Lake Borgne, right?
23     A.  Oh, yes.  Oh, yes.
24     Q.  And what about within the MRGO and the
25 Intracoastal Waterway and in the Industrial

Page 125

1  Canal?
2      A.  Well, the winds are the primary movers
3  for the surge.
4      Q.  And that would have moved the surge
5  and created waves within those bodies we just
6  talked about?
7      A.  Right.  Typically, you know, you have
8  waves that are generated offshore and that are
9  coming in, those would be long-period waves,
10 and then y'all have locally generated waves.
11 Typically, both of them in these instances are
12 depth limited, there's only so big they can get
13 in shallow water.  So -- but what you look at
14 is the frequency.
15     Q.  Let's look at Page 15 of your report
16 down at the bottom.
17     A.  Yes.
18     Q.  And I think you may have alluded to
19 this before, but I'm looking at the sentence at
20 the bottom, though efforts are made to minimize
21 the effect, all HVMs from outside the levees
22 contain an added but unknown increment of water
23 level rise associated with waves.
24         Is that correct?
25     A.  That's correct.  And part of that is

## Page 126

1  this, um -- there's actually a surge increment
2  associated with the radiation stress which is
3  not captured by the ADCIRC model, or the
4  version that we were using.  Now, it's fairly
5  small, but they have done some detailed
6  analysis now of, um -- you know, of what it
7  should be.  And so that's not associated with
8  breaking waves, that's actually a translation
9  of water associated with the, um -- with the
10 wave trains coming in.  And so that's a
11 different -- it's actually included -- should
12 be included in the surge envelope.
13     Q.  And am I to understand that's not in
14 your surge hydrographs?
15     A.  No, it's in the hydrographs, it's not
16 in the ADCIRC model that we ran.
17        Now, remember, my hydrographs are an
18 amalgam of things, my best guess at what the
19 water -- when it got where and how high.
20     Q.  And then on Page 16, there below the
21 graph that appears, in the text it says, waves
22 added varying amounts of run-up to different
23 levee breaches.  I think we talked about that
24 before.  That's correct, right?
25     A.  That's right.

## Page 127

1      Q.  And that the wave run-up on some
2  lakefront levees faces added five feet.
3  Correct?  That's your best guess?
4      A.  We saw -- yeah.  There was run-up that
5  would go, um -- I think five feet may be a
6  little high, but, you know, there was run-up.
7  I mean, there was run-up actually going over
8  the tops in some cases.  That's not
9  overtopping, that's just wave splashing over
10 the tops.
11     Q.  And then you referenced what we've
12 talked about earlier in the next sentence that
13 the IPET analysis for the funnel area
14 distinguished between water level rise caused
15 by surge and that attributable to waves.
16     A.  Yes.  And remember, they ran wave
17 models as well as surge models, which we did
18 not run wave models.  This is all modeled
19 results, for the most part, but they did
20 have -- for the wave analysis they would
21 sometimes use these debris lines and stuff,
22 which is, you know, a little bit trickier.
23     Q.  Are there any additions or changes
24 that you've made to the report since you
25 prepared it?  The one we've marked here as

## Page 128

1  Exhibit 6?
2      A.  No.  I'm actually him kind of seeing
3  it for -- I guess I looked at it yesterday, but
4  I hadn't seen it.
5      Q.  And when you say hadn't seen it, you
6  hadn't seen it since when?
7      A.  Well, I had seen -- you know, I had
8  seen it as it went out, you know, as I gave it
9  to Mr. Bruno.
10     Q.  And that was something you prepared?
11     A.  Yes.
12     Q.  And you gave it to the lawyers --
13     A.  Right.
14     Q.  -- that you were engaged to --
15     A.  Actually, I wrote that report sitting
16 in this office.
17     Q.  And you said you hadn't seen it since
18 then.  You just hadn't picked it up again,
19 right?
20     A.  That's right.  I've been busy with
21 other things.
22     Q.  And so, if you answered this I
23 apologize, but you haven't made any changes or
24 additions to it since then?
25     A.  No.

## Page 129

1      Q.  And you haven't arrived at any
2  conclusions that differ from what you said in
3  the report?
4      A.  No.
5      Q.  And do you plan to do any more work
6  that you think might change your opinions or
7  conclusions in that report?
8      A.  Probably not what's in this report,
9  but I may do -- I'm hopeful to do more work
10 with the Delft modelers.  And, you know, this
11 was really a shakedown for their, um -- for
12 their model and, um --
13        MR. O'DONNELL:
14           The answer is no.
15     A.  Okay.  The answer is no.
16 EXAMINATION BY MR. MARPLE:
17     Q.  And I think I might have not followed
18 up on this:  You did this simulation for the
19 Hurricane Pam, correct?
20     A.  Yes.
21     Q.  And then we have the ones coming up to
22 Hurricane Katrina that are referenced in your
23 report that were done at various times prior to
24 landfall.
25     A.  Okay.  Yes.

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 130

1   Q.  And how about in between Pam and
2   those, had you done any other modeling of
3   hurricanes?
4   A.  The hurricane center -- I mean, my
5   team, just because we were sort of eager, we
6   modeled everything we could get our hands on.
7   We modeled storms that went into Mexico and
8   storms that went up the east coast, and we put
9   all those results on the website.  And I don't
10  remember -- we had -- there was a hurricane --
11  or it was a tropical storm that got upgraded to
12  a hurricane later that came into New Orleans,
13  and we modeled that one.  Christie or something
14  like that.  So we modeled everything we could
15  get our hands on.
16  Q.  And then after the ones that you
17  referred to in your report, there is the one
18  that's minus 27 hours.
19      Have you continued to do modeling on
20  Katrina?
21  A.  Um -- I haven't.  My associate Hassan
22  Mashriqui has continued to do work on it.
23  Q.  And she is where no you?
24  A.  Dr. Mashriqui is -- he's at LSU, in
25  the -- he's the Ag school now.

Page 131

1   Q.  And are those models up on the website
2   somewhere?
3   A.  Probably.
4   Q.  And have you looked at them?
5   A.  I haven't looked at them -- I haven't
6   looked at them in the last month or so.
7   Q.  And when you looked at them, were
8   there changes or differences, upgrades, things
9   you had learned of any significance to
10  the Katrina modeling that you did?
11  A.  Okay.  First of all, the procedure
12  that we have for putting things on the website
13  is that we put our model runs there.  They just
14  go from the computer to the website.  There's
15  no interpretation or anything.  And we never
16  take them off.  We leave them on there.  So
17  they are the way they were when they came out
18  of the computer.  And I don't think that's
19  changed since I left.
20      But you asked have changes been made
21  to ADCIRC, and what I can tell you is that, of
22  course, we're not the model originators.  You
23  know, the model is a creation of Johannes
24  Westerink and Rick Luettich.  Those are the two
25  authors of the model, and they make changes

Page 132

1   every day, and their students make changes, and
2   so the model that the Corps uses today is very
3   different from the model that Johannes and we
4   used for Katrina.
5   Q.  And do you know how it differs, I mean
6   the major ways?
7   A.  I'm hopeful to find out.  I know it's
8   different.  I assume that at some point
9   everyone will know how it's been improved and
10  so on.  I've been to meetings with Rick and
11  Johannes, and so in a general way they've
12  talked about the improvements they're making.
13  And I'm a great fan of the model, I think in
14  it's a terrific model, and I think they're
15  terrific modelers.  And, you know, I mean, it's
16  been one of the unfortunate things is that, you
17  know, we've been sort of divided by the storm,
18  and, um --
19  Q.  And what do you mean you've been
20  divided by the storm?
21  A.  Well, we're pretty much -- Our group
22  was pretty much cut off from the further
23  development of the model.  Um --
24  Q.  And by the way, you've referenced this
25  earlier, but early on, post-Katrina, you and

Page 133

1   the Army Corps of Engineers cooperated in
2   determining these high water marks, right?
3   A.  That's right.
4   Q.  And in the past, that is, prior to
5   Katrina, you had worked with the Army Corps of
6   Engineers on projects, correct?
7   A.  Oh, yes.  I know a lot of their people
8   up in Vicksburg, and in fact they asked me to
9   join the IPET team, and I had a contract, you
10  know, all run through the LSU system and then,
11  um -- but, um -- I was -- I was, um -- I was
12  told that I couldn't, um -- that -- I was
13  advised not to apply for it, essentially, by
14  the Attorney General 's office.
15  Q.  And it was something you were
16  interested in and ran it through --
17  A.  Well, I was going to do it anyway.
18  And so I didn't have a problem with it.  But I
19  realized there were some -- you know, at that
20  point things were starting to get a little,
21  um -- there was starting to be some, um --
22  well, differences of opinion.
23  Q.  About responsibility for what happened
24  on August 28th, 2005.  Is that what you were
25  referring to, differences of opinions?

Page 134

1    A.  I would guess.
2    Q.  Yeah.  But you -- as I understood what
3  you told me, the Army Corps of Engineers wanted
4  you to go to work on the IPET team.
5    A.  Right.  I was already working with
6  their teams in the field.  You know, you know,
7  we want to get you under contract.  You know,
8  at that time I didn't have a lot of research
9  funds.  You know, we weren't anticipating
10 having to -- I mean, the hurricane forecasting
11 was, I would say, you know, like a quarter of
12 my responsibilities at LSU, and all of sudden
13 it took over my life.  And so we didn't have
14 funding to pursue things, and so I was looking
15 for how we were going to support things.  And
16 the people said, oh, we should -- you know, you
17 should get a contract with us.  And so I put
18 that together, but then, um -- at that time the
19 Team Louisiana was being formed, and the
20 Attorney General was pretty involved in that,
21 and so I asked the person at the office who was
22 working with us most closely if I could -- if
23 that would be a conflict, and she said she
24 thought it was.
25    Q.  And that's somebody at LSU or somebody

Page 135

1  in the Attorney General 's office?
2    A.  That was in the Attorney General 's
3  office.
4    Q.  And is there a paper trail on all
5  that?
6    A.  The only thing I have is the contract
7  in the envelope that I never sent.
8    Q.  But I mean you respected the Army
9  Corps of Engineers people enough that you'd
10 been working with post-Katrina that you thought
11 this was a, um -- valid idea to review what
12 happened from probably lots of standpoints
13 including the surge standpoint.
14       MR. O'DONNELL:
15          Objection, misstates his
16       testimony.  He didn't say he was
17       interested in doing it because he had
18       great deference for the Corps.  I
19       think he was very interested in the
20       science.  But I think once again
21       you're once again trying to get him to
22       give his Good Housekeeping Seal of
23       Approval to unnamed Corps people with
24       unnamed functions, and I'm going to
25       object.

Page 136

1       MR. WILES:
2          I also object on the grounds of
3       vagueness to your question.
4       MR. O'DONNELL:
5          That, too.
6  EXAMINATION BY MR. MARPLE:
7    Q.  You can tell us what you were thinking
8  about what you were going to do and they were
9  going to do at that time.
10       MR. WILES:
11          Objection to that question, as
12       well.  Not limited in time.
13    A.  What am I supposed to do?
14 EXAMINATION BY MR. MARPLE:
15    Q.  You can answer.
16       MR. O'DONNELL:
17          You can tell him a why you were
18       interested in working with the Corps.
19    A.  Well, I mean, the Corps is a monopoly.
20 Okay?  They control all, um -- for the whole
21 country, they control basically all water
22 resources, research, research work, everything.
23 You know, I've had contracts with the Corps --
24 research contracts in the past.  Um -- you
25 know, but it is -- essentially, that's what we

Page 137

1  have in this country.  We don't have, you
2  know -- I mean, that's -- if you're going to do
3  this kind of work, then you're going to be
4  working with the Corps, for the Corps, around
5  the Corps, something.  And so that's -- you
6  know, I mean, that's just the way it is.
7  EXAMINATION BY MR. MARPLE:
8    Q.  In your work -- in the hydrographs, do
9  they measure the velocity of the water?
10    A.  Hydrograph is just a time history of
11 water level.  It says nothing about velocity.
12    Q.  Or pressure?
13    A.  It says nothing -- one could infer
14 something hydrostatically about pressure, but
15 no.
16    Q.  You were quoted in the press quite a
17 bit post-Katrina, correct?
18    A.  That's right.
19    Q.  And you gave interviews with people?
20    A.  I did.
21    Q.  On CNN a time or two, at least?
22    A.  I have no idea how many places I gave
23 interviews.  And LSU didn't collect any of that
24 information, so -- you know, most things I
25 never saw.  You know, I did put a Google search

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 138

1  thing with my name so that I could at least
2  have a chance of, you know, seeing if some
3  newspaper in Australia was quoting me or
4  something, but, um -- you know, I had no idea
5  how many.
6      Q.  But you made your -- you talked, spoke
7  with the media outlets, national and local,
8  around --
9      A.  That's right.
10     Q.  -- places, quite a bit.
11     A.  Well, and then there was so little
12  good information after the storm, and so much
13  misinformation around, that, um -- we were much
14  sought after as reputable sources.  Also, LSU,
15  their public relations people were -- you know,
16  they would refer everybody to us, so.
17     Q.  Now, can you talk about the limits
18  of -- well, let me back up.  The ADCIRC
19  model -- did I get that right, with the
20  acronyms?
21     A.  Perfect.
22     Q.  That's not your model, per se?
23     A.  It is not my model.  It is Rick
24  Luettich 's and Johannes Westerink 's model.
25     Q.  Can you tell us about what the limits

Page 139

1  of that model are in terms of what it is trying
2  to do and what the limits are in its ability to
3  do that?
4      A.  Um -- that's a hard question to
5  answer.  Every model has limits.  I can talk
6  about the model that we used, which is the SO8
7  version.  Um -- this was a particular
8  application that we set up for forecasting
9  purposes.  So we were trying -- our emphasis
10  was on getting good results but doing it very
11  quickly.  Okay?  Because we wanted to have,
12  actually, input into the emergency
13  communications process.  This was a new
14  application for that model.  I mean, it's one
15  thing to use a model and -- you know, like
16  they're doing now, to -- for planning purposes.
17  It's another thing to use a model in a
18  realtime, um -- hurricane scenario to actually
19  inform police, responders and that kind of
20  thing.  The model had -- you know, we can talk
21  about limitations, but the model also had some
22  really good advantages, and I don't know
23  whether we want to talk about that.
24     Q.  Really, things that you wished it
25  could have done and didn't do.  You know, in

Page 140

1  other words, what are the limitations that
2  you've identified with respect to the modeling
3  and what it doesn't do at all?
4      A.  Well, I mean, it did not do a good job
5  of, um -- of capturing the surge attenuation
6  associated with levees -- not with levees, with
7  wetlands and other kinds of terrain.  We were
8  using a model that had a single roughness
9  coefficient for everything from the -- you
10  know, from the middle of Gulf of Mexico to
11  the -- right up to the levee.  And, you know,
12  it couldn't distinguish from the roughness of a
13  channel like MRGO and a marsh right next to it.
14  So those were pretty significant issues.
15          It turns out they were not hugely
16  important in the Katrina simulations because so
17  little of the surge actually traveled across
18  land.  But they were really big in the Rita
19  simulations.  And so that was an area that
20  was -- for our coast, was a very significant
21  limitation.  You know, it's not like that for a
22  lot of other coasts.
23     Q.  Let me ask you about the time period
24  involved for -- or time intervals involved on
25  those hydrographs.  Is there a set interval

Page 141

1  that you sequence?
2      A.  Yes.
3      Q.  And what is that?
4      A.  Thirty minutes.
5      Q.  And that's based on modeling, right?
6      A.  No, no.  We'll, it's partly based on
7  modeling, and it's also based on gauge data
8  where it was available, it's also based on --
9  and then the peak, of course, is based on the,
10  um -- the high water marks where we have them.
11  My guess is in some cases it was between high
12  water marks.
13          The other thing the model gives us is
14  timing.  Okay?  Even if we don't get the peak
15  exactly right, the timing of the peak may be
16  very well captured.  And so that's the other
17  thing that model can give us.  And the sequence
18  of the surge moving around the system.
19     Q.  You mentioned gauges.  We only had
20  one, though, and that was down at the base of
21  the Industrial Canal.  Right?
22     A.  Right.  But there were other gauges
23  that survived part of the time.  Remember, the
24  water was running into the lake for at least 24
25  hours prior to the storm.  In fact, I started

DR. G. PAUL KEMP (ALL CASES)                          8/22/2007

Page 142

1  the runs to allow the lake to fill up. Okay?
2  So you can see here on -- I'm sorry. I'm
3  pointing at this chart, hydrographs. If you
4  look there, you'll see the lake beginning to
5  fill up on the 28th at midnight. You know, so
6  the lake's starting to fill up at that point,
7  we need to capture that in there. So the lake
8  fills up and then we get our surge on top of
9  that, and then it takes a long time to drain
10  out. So, um -- I was trying -- I had to start
11  earlier. In some cases you'll see on these
12  hydrographs I actually have the actual tides in
13  there. Well, those are from gauge data. Where
14  I don't have the tides, that's from modeling.
15  Because we didn't simulate the tides in the
16  model.
17      Q.  And am I to understand correctly it's
18  been reported that Katrina 's surge hit at high
19  tide -- when Katrina came in and hit landfall,
20  it was at high tide in the -- down I guess
21  around the base of the MRGO.
22      A.  Um -- I'm looking at this, and I would
23  say it wasn't at peak high tide, certainly.
24  But when you're talking about seventeen feet,
25  you know, a half a foot doesn't make a huge

Page 143

1  amount of difference. I mean, the tide in here
2  is pretty -- the astronomical tide I'm talking
3  about.
4      Q.  And the astronomical tide was about a
5  half a foot --
6      A.  Somewhere.
7      Q.  -- in your estimation.
8      A.  Yeah.
9      Q.  And that's not accounted for in your
10  modeling, right?
11      A.  Um -- it was not accounted for in our
12  modeling, that's correct. And that was one of
13  the concessions to doing it fast. We didn't
14  think that half a foot was going to make that
15  much difference.
16      Q.  And in arriving at your data that you
17  sent to the Dutch team, aside from eyewitnesses
18  with high water marks, in connection with high
19  water marks, did you rely on any eyewitness
20  reports other than that?
21      A.  Okay. There's -- and this is not --
22  this was not my bailiwick. I know that Iver
23  provided some -- you know, there's been a lot
24  of debate about exactly when breaches started.
25  Okay? And our view is a little different from

Page 144

1  the IPET view on some of these breaches. And,
2  um -- you know, I suspect that, you know,
3  they're using our, um -- our estimates of when
4  breaching started.
5      Q.  That the Dutch are?
6      A.  Yeah.
7      Q.  All right. And I was just asking a
8  little bit more specifically with respect to
9  the work you did on hydrographs.
10          Were you relying on any eyewitness
11  reports of water levels, other than what we
12  have talked about in connection with people
13  looking at high water marks and that fellow
14  down there looking at that gauge at the base of
15  the Industrial Canal.
16      A.  Right. No, this is, um -- not based
17  on that.
18      Q.  Does your data take into account any
19  underseepage, under the hurricane protection
20  system levees?
21      A.  My data?
22      Q.  Well, your report, does it account
23  for -- and do you break out water that got
24  into --
25      A.  This report, the 28th of July?

Page 145

1      Q.  Yes.
2      A.  No.
3      Q.  Do you know whether or not -- I mean,
4  can you state with -- let me ask it more
5  generally. Do you know whether or not there
6  was underseepage under some of the hurricane
7  protection system?
8      A.  I am, um -- I'm a member of the Team
9  Louisiana team. As a team we arrived at that
10  conclusion for several of the floodwalls that
11  failed, and that was -- you know, I defer to
12  the geotechnical engineers largely for that
13  kind of information.
14      Q.  And but your hydrographs don't take
15  into account or break out underseepage, water
16  that got in --
17      A.  These hydrographs have nothing to do
18  with underseepage. These are time histories of
19  water level out in the lake, or out in the,
20  um -- the bayou or the, you know, canal or
21  whatever. They're nowhere near any
22  underseepage.
23      Q.  I'm probably nearing the completion of
24  my examination, which I can do then probably
25  before we take a lunch break, but I need to

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 146

1 take a break and see where I am.
2     (Off the record.)
3 EXAMINATION BY MR. MARPLE:
4     Q.  We're back on the record.
5         I've handed you what's been marked as
6 Exhibit 7.  Is that correct?
7         (Exhibit Kemp 7 was marked for
8 identification and is attached hereto.)
9     A.  That's correct.
10 EXAMINATION BY MR. MARPLE:
11     Q.  And it's called a Notice of Videotape
12 Deposition on the front page, is that right?
13     A.  Yes.
14     Q.  And then there's attached to that an
15 Exhibit A that requests that you produce some
16 documents.
17     A.  Yes.
18     Q.  And have you had a chance to look
19 through that?
20     A.  I'm looking at it now, for the first
21 time.  But, um --
22     MR. O'DONNELL:
23         What is it?  I'll represent that
24 I reviewed this with him on the phone.
25 Okay?  He may not have had the notice.

Page 147

1 EXAMINATION BY MR. MARPLE:
2     Q.  In any event, the first one was the
3 materials considered or relied upon you in
4 connection with this litigation.
5         Have you made an effort to give that
6 to your lawyers?
7     A.  You know, 99 percent of everything
8 that I've relied upon is in the Team Louisiana
9 report.  I was the principal author of that
10 report.
11     Q.  And you relied on that a lot in
12 preparing your report in this case, right?
13     A.  That's correct.
14     MR. O'DONNELL:
15         Bill, let me give you what Paul
16 gave me as responsive I think in part.
17 And you may have it.  Okay?  For some
18 reason I have partial pages, but the
19 biggest thing is the hydrographs on
20 the back.  And I think -- I was told
21 you were given those previously.  But
22 Paul did give those to me, the
23 hydrographs.
24     MR. MARPLE:
25         All right.

Page 148

1     MR. O'DONNELL:
2         Let me make it easier.  This is
3 from the report, but this is not.
4         This was not actually in your
5 report, correct?
6     THE WITNESS:
7         That's correct.
8     MR. O'DONNELL:
9         He did give that to me.
10     MR. MARPLE:
11         All right.
12     MR. MARPLE:
13         I'm going to mark this, and we're
14 going to be out of order here, but
15 don't worry we'll fill them back in.
16     MR. O'DONNELL:
17         I think that's the same thing we
18 have seen before.
19 EXAMINATION BY MR. MARPLE:
20     Q.  Let's just mark it as Exhibit 11.  And
21 what I've shown you as Exhibit 11, tell us what
22 that is.
23         (Exhibit Kemp 11 was marked for
24 identification and is attached hereto.)
25     A.  This is another copy of the Excel

Page 149

1 spreadsheet showing the ten sites at which I
2 prepared hydrographs that were -- that I gave
3 to Chad Morris who transmitted them to Delft.
4 EXAMINATION BY MR. MARPLE:
5     Q.  And without looking at every line of
6 those, you think those are the same as what we
7 have marked earlier as an exhibit, right?
8     A.  That's right.  I think they're
9 actually marked twice, as two exhibits now.  5
10 and -- 4 and 5.
11     Q.  4, 5 and 11, as far as you know, have
12 the same data.
13     A.  Yes.
14     Q.  Now, 11 doesn't have the Number 11
15 site on it, does it?
16     A.  Let me check.  I don't see it here.
17     Q.  All right.  Now, you were describing
18 99 percent of what you relied on was Team
19 Louisiana stuff.  Can you identify for us what
20 the 1 percent is that wasn't in Team Louisiana?
21     A.  Well, I mean I created these
22 hydrographs.  Those aren't in Team Louisiana.
23     Q.  Were they done, though, from
24 information that was in the Team Louisiana data
25 that had been --

                                    38  (Pages 146 to 149)

DR. G. PAUL KEMP (ALL CASES)                          8/22/2007

Page 150

1    A.  This was part of the information that
2  I pulled together using -- you know, trying to
3  get all the gauge data together.  I didn't go
4  through all that specifically in the Team
5  Louisiana report.  But I used the NOAA gauge at
6  La Branche fairly extensively for lake levels.
7    Q.  And did you go back, aside from what
8  you had already done in connection with Team
9  Louisiana, and gather any more information
10  about High water marks or other information
11  about surge levels specifically for what you
12  provided to the Dutch?
13    A.  No, I didn't.
14    Q.  That was information that had been
15  preexisting for several months.
16    A.  Oh, yes.  Oh, yes.
17    Q.  And the second thing here is any and
18  all updates to your July 28th report.
19        Have there been such updates, other
20  than the Number 11 site?
21    A.  Number 11 is the only thing.
22    Q.  And are you able to spit that out of
23  your computer somewhere that would have an
24  Excel spreadsheet like we've got for these
25  other sites with this Site 11?

Page 151

1    A.  I'm pretty sure that I have it.  I
2  just don't know which computer it's on.
3    Q.  Are you willing to do that?
4    A.  Yeah.  I mean, I have a laptop here.
5  I'll look and maybe I got it on that, I don't
6  know.
7    MR. O'DONNELL:
8        If we have it, we'll get it out
9        to you.
10    A.  Yeah.  It looks remarkably like all
11  the other ones.
12  EXAMINATION BY MR. MARPLE:
13    Q.  Do you have any documents pertaining
14  to any model that you propose that the Court
15  adopt or use in this instant litigation?  Have
16  you produced that?
17    A.  I'm not sure I understand.
18    Q.  Is there any model, other than the
19  ADCIRC or the Dutch model that have documents
20  that relate to some other model that we haven't
21  talked about already?
22    A.  I mean, in Team Louisiana I discuss
23  several different modeling efforts undertaken
24  by others.  Um -- you know, there is a I guess
25  something of a model for, um -- that was a weir

Page 152

1  flow across the embankment on the MRGO.  I
2  guess some people would consider that a model.
3  I think it's kind of -- it's the same model
4  that, um -- that the IPET used.  That's an
5  analytical model.
6    Q.  Is that in the Team Louisiana report?
7    A.  It's discussed in Team Louisiana.
8    Q.  Okay.  Anything other than what's in
9  Team Louisiana or the Dutch model that you know
10  about that you're relying on for anything
11  having to do with these surge levels?
12    A.  No, I don't.
13    Q.  Do you have any materials that relate
14  to the Dutch report that you haven't given to
15  us?
16    A.  The Dutch report went through some
17  drafts, um -- these drafts were primarily
18  reviewed by Dr. van Heerden.  I saw some of
19  that correspondence, and I also made a few
20  simple suggestions, I think, on how to make the
21  graphs more understandable to American.
22    Q.  And you've provided us with the
23  documents and data that you provided to Delft
24  University, is that right?
25    A.  You have that data set there with the

Page 153

1  absence of that one.  And I assume they got it.
2  I don't know.  Maybe they didn't.
3    Q.  And do you have any record of
4  communications with Delft University in
5  connection with what you did?
6    A.  I never communicated directly with
7  them.  I was copied on things that were sent to
8  them.
9    Q.  Number 7 asks for documents that --
10  regarding any work that you've contracted to
11  perform for any governmental agency, whether
12  federal, state or local.  And I haven't seen
13  that, so I assume you did not give that to
14  lawyers to produce to us.
15    A.  Well, the Team Louisiana report was
16  obviously done for the state.
17    Q.  I'm sorry.  You do have that.  And
18  with respect to --
19    MR. O'DONNELL:
20        If he's done other reports in the
21        past, he didn't have it in his files.
22        Is that fair to say?
23    THE WITNESS:
24        Sorry?
25    MR. O'DONNELL:

39 (Pages 150 to 153)

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 154

```
 1        If you've done reports for other
 2    agencies, you didn't have it in your
 3    files.
 4        THE WITNESS:
 5          Not related to this matter.
 6    EXAMINATION BY MR. MARPLE:
 7        Q.  And just while we're there, with
 8    respect to the work you've done for the Army
 9    Corps of Engineers, aside from the cooperation
10    that you had on working to get high water
11    marks, prior to any Katrina work or
12    post-Katrina work, what else had you done with
13    the Army Corps of Engineers?
14        A.  Okay.  I worked on a project they had
15    to reevaluate the flow lines in the Atchafalaya
16    Floodway.  And that went on for a number of
17    years, and I actually wound up spending a
18    couple of days a week working with the Corps.
19        Q.  When was that, what time frame?
20        A.  It was in the -- I would say like '95
21    to '98, something like that.
22        Q.  And was that --
23        A.  I can get the actual --
24        Q.  And was that the last work you did
25    with the Army Corps of Engineers prior to
```

Page 155

```
 1    anything having to do with Katrina?
 2        A.  You know, I'm working with them all
 3    the time.  I'm not always being paid by them.
 4    Um -- you know, all of the coastal restoration
 5    has a Corps component in it.  I mean, the Corps
 6    is one of the agencies very involved in that,
 7    so I'm dealing with Corps people.  I worked
 8    under contract to the Governor 's office in the
 9    early -- like 2000 -- or '99 to 2003, something
10    like that.  And I was dealing with Corps people
11    all the time.
12        Q.  And that had to do -- you were on an
13    advisory board or a board of directors of a
14    something to do with --
15        A.  No, that was -- actually, I had a
16    contract with the Governor 's Office of Coastal
17    Activities to provide technical support to that
18    office.
19        Q.  And back to the Army Corps of
20    Engineers, let's talk about where you were
21    under contract with them to do something for
22    them.
23        A.  Yes.
24        Q.  You talked about this flow analysis,
25    and you're going to have to tell me what that
```

Page 156

```
 1    floodway was and where it is.
 2        A.  Now, I think that your -- okay.  I
 3    know that the resume you have is outdated, but
 4    you'll find in there somewhere, I think, a
 5    report from about 1994 on the Wax Lake Weir,
 6    which was a very controversial structure that
 7    the Corps had built in the Atchafalaya
 8    Floodway, and I was part of a team that modeled
 9    that structure and concluded that it was, um --
10    putting Morgan City at increased flood risk.
11    And so the structure was actually removed, and
12    after that the Corps was I think directed by a
13    Congressman or something that they needed to
14    include us in future work going forward.  And
15    so, um -- there were three of us from LSU that
16    were hired to work on this, um -- this
17    reevaluation of the Atchafalaya flow lines.
18        Q.  And I'm sure about everybody else here
19    knows the geography of where this all is, but
20    where is it in connection with New Orleans?
21        A.  That is west of Baton Rouge, going
22    between Baton Rouge and Lafayette.  The
23    Atchafalaya Floodway is where the other half of
24    the water has to go when the big flood comes.
25        Q.  And in connection with gathering High
```

Page 157

```
 1    water marks or anything else having to do with
 2    Katrina, did you receive any kind of
 3    remuneration, or LSU, for any of the work you
 4    were doing in gathering High water marks or
 5    other stuff?
 6        A.  I was an LSU employee up until
 7    January 25th.  No, I think I actually was like
 8    February 3rd, something like that.  But so I
 9    was an LSU employee.  I was paid my salary to
10    do that.
11        Q.  And do you know, with all this work
12    you were doing on the weekends getting High
13    water marks and helping the Corps and they were
14    helping you and vice versa, did LSU or you get
15    any remuneration for that or reimbursed for
16    expenses or anything?
17        A.  Um -- I went out -- remember, I was
18    supporting a group, not just myself.  I
19    wrote -- in the fall of, I guess -- maybe
20    December, or November of 2005, I requested
21    funds from the McKnight Foundation in Minnesota
22    to support my efforts to -- our efforts to
23    understand what happened.  And the Team
24    Louisiana funding came in a little before that,
25    but it was not enough to actually support what
```

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 158

1    needed to happen, so we used the McKnight
2    Foundation funding to bridge the gap.
3        Q.  And did you get anything from the
4    federal government in terms of reimbursed for
5    expenses or payment that went to LSU, or you,
6    as far as you know, in connection with any of
7    this post-Katrina work?
8        A.  No, that was -- you know, we had that
9    discussion, and after the discussions with the
10   AG 's office then we didn't pursue that.
11       Q.  What about in terms of going out in
12   boats or vessels that were provided by the
13   federal government?
14       A.  It was usually the other way around.
15   We provided the vessels.
16       Q.  Were there occasions like when you
17   were flying over --
18       A.  Okay.  And also, yeah.  No, they
19   provided the helicopters, generally.
20       Q.  And who is they?
21       A.  The National Guard.
22       Q.  And how many times did you go up and
23   fly over post-Katrina?
24       A.  I don't really know.  Maybe half a
25   dozen times.  Sometimes in fixed wings,

Page 159

1    sometimes in helicopters.
2        Q.  And was that -- were the flyovers used
3    by you in making determinations
4    about surge levels and that sort of thing?
5        A.  Not really.  They were to get from
6    place to place, more.  Um -- and, well,
7    initially, it was, you know, just to see the
8    scope of the damage and that kind of thing.
9    But after that, it was more, you know, taking
10   people on tours and stuff.
11       Q.  And when you came down -- or at least
12   I assume you came down from Baton Rouge to New
13   Orleans.
14          MR. O'DONNELL:
15             He also landed, too.  When you
16          said High water marks, I wondered what
17          you thought he was doing out there.
18   EXAMINATION BY MR. MARPLE:
19       Q.  In connection with your work in
20   gathering High water marks in the immediate
21   aftermath of Katrina, did you sometimes fly in
22   National Guard helicopters from Baton Rouge to
23   the New Orleans area?
24       A.  I don't think so.
25       Q.  Did you drive down?

Page 160

1        A.  Yeah.  I drove down.
2        Q.  You just came down.
3        A.  Sometimes I had to come with a police
4    escort.
5        Q.  Down I-10.
6        A.  Yeah.  And then we would get over on
7    Airline and come in however we could.
8        Q.  Now, we didn't get any previous expert
9    reports prepared by you in other cases which
10   pertain in any way to floodwater modeling.
11          Have you submitted any expert reports
12   anywhere?
13       A.  I mean, I've done -- and that's
14   something that's missing from this resume.  I
15   have, you know, participated on -- several
16   times, the state land office hired me as an
17   expert.
18       Q.  And you told us about that, and that's
19   whatever -- where's the boundary of the river
20   so you want to know where the property line is.
21       A.  Yeah.  And I also was hired by, um --
22   in a case where there was a boundary dispute
23   between Rapides Parish and Grant Parish on
24   where the river had moved and that kind of
25   thing.  So I was an expert on that.

Page 161

1          And then, um -- I've done work on
2    whether an island was created -- this is in
3    Sabine Pass -- whether an island was created by
4    dredging or by an artificial or by a natural
5    process.  All kinds of oddball things.  And
6    then I was -- in 2005, I was actually working
7    on a case for the Department of Transportation
8    and Development, state department.  Mostly I
9    was working for state agencies, on a taking
10   case in the, um -- La Branche Wetlands area.
11       Q.  And also prepared a report that was
12   submitted in litigation that's related in some
13   way in Federal Court here in the Eastern
14   District of Louisiana about a year or so ago.
15          MR. O'DONNELL:
16             You're referring to his
17          declaration.
18          MR. MARPLE:
19             Yes.
20          MR. O'DONNELL:
21             Yes.  Submitted in support of our
22          opposition to a Motion to Dismiss in
23          the Robins case.
24       A.  Yeah.  And there was also a press
25   release that I worked on.

41 (Pages 158 to 161)

Page 162

1    MR. O'DONNELL:
2        That was called Scientist 's
3    Statement of Concerns in December of
4    06.
5        You were one of the signatories,
6    is that correct, Paul?
7    THE WITNESS:
8        Yes.
9    EXAMINATION BY MR. MARPLE:
10   Q.  And the Scientists of Concern was done
11   for whom?
12   A.  It was, um -- done1 -- I don't know if
13   it was done for anybody, but it was organized
14   by, um -- folks here, you know, the plaintiffs
15   on the case.
16   Q.  And where was that -- that was
17   released as a press release somewhere?
18   A.  Yes.  Um -- yeah.  It was -- it
19   actually was held in this boardroom and, um --
20   went to the various local newspapers and --
21   MR. O'DONNELL:
22       It's obtain able on the website
23       www.katrinajustice.com.  I think it's
24       called Statement of Scientists
25       Concerns.  It was a letter to incoming

Page 163

1        Speaker Nancy Pelosi and incoming
2        Senate Majority Leader Harry Reid.
3        And Paul was one of the five
4        scientists who signed it.
5    THE WITNESS:
6        That's right.
7    EXAMINATION BY MR. MARPLE:
8    Q.  And Number 9, you've provided some
9    invoices --
10   A.  That's right.
11   Q.  -- today which I'm going to hand you
12   marked as Exhibit 8.  And tell me if that's the
13   invoices that you've provided to your lawyers
14   that then were provided to us this morning.
15       (Exhibit Kemp 8 was marked for
16       identification and is attached hereto.)
17   A.  Yeah.  There are three invoices here,
18   one is dated November 5th, 2006.  That's the
19   first one.  The second one is April 25th, 2007,
20   that's the second one.  And the third one is
21   August 4th, 2007.  That's correct.  Those are
22   all of the invoices.
23   Q.  And do those relate to the hydrographs
24   that you provided to Delft University or is
25   there something else?

Page 164

1    A.  No.  Those are -- well, um -- I tried
2    to break out in the invoices what was
3    happening, and I can walk through these things
4    if you like or --
5    Q.  I'm going to have to apologize.  Could
6    I look at those for a minute?  And you'd
7    probably remember.  If I look at them I'll be
8    happy to hand them back to you.
9    A.  Usually I was requested to attend a
10   meeting or something like that.
11   Q.  Let me ask, then, this question:  When
12   was it -- and if you've already answered, I
13   apologize.  When was it you were first engaged
14   to do hydrographs to provide to the Dutch team?
15   A.  It was -- well, it was probably a few
16   days before I did it.
17   Q.  Okay.  And so some of these invoices
18   have to do with the work you did on something
19   other than just hydrographs.  Right?
20   A.  Almost everything.
21   Q.  Okay.
22   A.  To something else.  I should say I'm
23   also an expert in another case, um -- the,
24   um -- which is in a federal, um --
25   MR. WILES:

Page 165

1        United States Court of Federal
2        Claims.
3    A.  That's it.  And I'm working with the
4    Maples Law Firm, and Stephen, and I have a
5    statement in that case, also.
6    MR. WILES:
7        It's also a declaration.
8    MR. MARPLE:
9        It's a declaration?
10   MR. WILES:
11       Yes, sir.
12   MR. MARPLE:
13       Do y'all know if it's up -- I
14   mean, is it filed with the Court?
15       What's the name of that case?
16   MR. WILES:
17       Tomasseo versus United States.
18   EXAMINATION BY MR. MARPLE:
19   Q.  And when was that prepared about?
20   A.  I guess January maybe, or something
21   like that?
22   MR. WILES:
23       A while ago.
24   A.  Yeah.  Maybe it was December.  I'm not
25   sure.

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 166

1    EXAMINATION BY MR. MARPLE:
2       Q.  All right.  Let me hand you what we've
3    marked as Exhibit 9.
4          (Exhibit Kemp 9 was marked for
5    identification and is attached hereto.)
6       A.  Okay.
7    EXAMINATION BY MR. MARPLE:
8       Q.  And tell us what that is.
9       A.  Well, this -- I'm trying to come up to
10   date with all the latest things that the
11   government has released, and the latest thing
12   that was -- I saw a press release when they
13   were complaining about the Time Magazine
14   article, that is the Corps was complaining, and
15   they mentioned this decision making chronology
16   report.  So I went to get it.  And its
17   available on their website at the water
18   resources.  Um -- and so this is an internal
19   critique of that -- I mean, they had -- they
20   had a couple of contractors set up to write the
21   report called the, um -- Hurricane Protection
22   Decision Chronology, and then they -- I guess
23   they're very interested in peer review and so
24   on, and so they got another panel to review
25   that, and this is the report by the panel that

Page 167

1    was reviewing that report.
2       Q.  And have you had an opportunity to
3    review that and --
4       A.  I -- that's -- I'm doing that in the
5    evening.  And I just happened to have it with
6    me.  Actually, one of the attorneys here, since
7    the report itself is like 288 pages, they were
8    kind enough to make a copy of it for me so I
9    can look at it.
10      Q.  And did it formulate any role in your
11   design or production of the hydrographs that
12   we've talked about this morning?
13      A.  No, I didn't know it existed at the
14   time.  And in fact, it didn't exist.
15      Q.  Let me show you what we've marked as
16   Exhibit 10.  And we're probably going to get
17   redundant again, yet, of the Excel
18   spreadsheets, but those were produced this
19   morning.
20         Can you tell us what Exhibit 10 is?
21         (Exhibit Kemp 10 was marked for
22   identification and is attached hereto.)
23      A.  Exhibit 10 appears to me to be an
24   excerpt from the Team Louisiana report.  And,
25   you know, I can't tell without having the

Page 168

1    report next to me that there wasn't a sentence
2    changed here and there, but to me it looks very
3    similar to what I had written a long time ago.
4       Q.  All right.  And what's attached at the
5    back of that?  There's some what would appear
6    to be some columns and numbers that are --
7       A.  These are the, um -- the well known
8    hydrographs.
9       Q.  That now we have maybe four times.
10   But is Number 11 in those?
11      A.  I'm looking.  I'm looking.  This is --
12   I think this is the danger with E-mails is that
13   they come back -- this is still the one
14   without.
15      Q.  All right.  I believe that's all the
16   questions I have.  Thank you.
17   EXAMINATION BY MR. MAYEAUX:
18      Q.  Dr. Kemp, I'll reintroduce myself.
19   Ben Mayeaux.  I represent the Orleans Levee
20   District in this litigation.
21      A.  Yes.
22      Q.  I don't have much.  Have we marked the
23   Delft report, the financial report?  Or did we
24   simply reference it?
25         MR. MARPLE:

Page 169

1          We did not.
2          MR. MAYEAUX:
3             Do you have one available to look
4    at?
5          MR. O'DONNELL:
6          I have an extra one here.
7    EXAMINATION BY MR. MAYEAUX:
8       Q.  I simply have some questions.  Please
9    turn to Page 5, Figure 2.1 of the 2007 July
10   Delft report.
11      A.  Yes.  This is the table?
12      Q.  Figure 2.1 on Page 5 appears to be an
13   aerial photograph of the New Orleans area with
14   Alpha Points A through J plotted on it.  Do you
15   see the figures to which I refer?
16      A.  Okay.  The version that I have, it has
17   it on Page 7, but I think this may be an older
18   version.  But I know what you're talking about.
19      Q.  Is it Figure 2.1?
20      A.  It's Figure 2.1, and it shows all the
21   points that -- of where my hydrographs, except
22   there was a point up here right where the
23   Interstate goes off towards Slidell.  There was
24   a point up on there.
25         There is one up there.  That's the

JOHNS PENDLETON COURT REPORTERS                        800 562-1285

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 170

1   point that we've been talking about.  This is a
2   draft version of the report, apparently.
3            MR. MAYEAUX:
4            Well, then, let's mark this one.
5            MR. BRUNO:
6            No.  No draft version is going to
7       be in the record.  We have a CMO that
8       says specifically no drafts are
9       discoverable and will not be made a
10      public record.
11           THE WITNESS:
12           This one says third draft.
13           MR. BRUNO:
14           If it's a final, fine.
15           MR. O'DONNELL:
16           We should be using the July 2007.
17  EXAMINATION BY MR. MAYEAUX:
18      Q.  I have a copy provided by your office
19  in connection with Professor Vrijling's
20  deposition that was marked and attached to
21  Professor Vrijling's deposition that I would
22  now offer as Exhibit 12 Kemp deposition.
23           (Exhibit Kemp 12 was marked for
24  identification and is attached hereto.)
25      A.  Okay.

Page 171

1   EXAMINATION BY MR. MAYEAUX:
2       Q.  And ask you to now look at Page 5.
3       A.  Okay.  Thank you.
4       Q.  Figure 2.1.
5       A.  Okay.  I see it.
6       Q.  Are the Points A through J the first
7   ten -- the location of the first ten surge
8   hydrographs you've provided to the Delft team?
9       A.  That's right.
10      Q.  Can you mark for us on Exhibit 12,
11  Figure 2.1 with an -- would you mark where you
12  intended the surge hydrographs that we have
13  referred to as 11 --
14      A.  Okay.
15      Q.  -- would be located.
16      A.  (Witness complies.)
17      Q.  What have you written there, Dr. Kemp?
18      A.  I said added hydrograph.
19      Q.  Thank you.
20      A.  And, you know, I'm not sure that's
21  exactly where it is, but it's close by there.
22      Q.  Did you make any estimates of the
23  water elevation within the 17th Street Canal
24  during Hurricane Katrina?
25      A.  I did not.  I looked at High water

Page 172

1   marks.
2       Q.  In the area.
3       A.  In the area.  And at the pump station.
4       Q.  Look at your report, please, your
5   report, Dr. Kemp, at Page 11.
6       A.  I have it.  Yes.
7       Q.  Under the section LSU ADCIRC Model as
8   a Forensic Tool, it shows as the third
9   paragraph on my page, there are references to
10  feet -- to it appears to be feet, meters, and
11  then feet, meters.
12           Are there typos in this paragraph?
13      A.  I would say.  Um --
14           MR. O'DONNELL:
15           What page are we on?
16           MR. MAYEAUX:
17           On Page 11, the third photograph.
18      Actually, the bottom paragraph on that
19      page.
20      A.  So it refers to Table 2, and Table 2
21  may be in meters.  A lot of this work was
22  originally done in meters and then converted to
23  feet.
24  EXAMINATION BY MR. MAYEAUX:
25      Q.  Looking at the --

Page 173

1       A.  It's in meters.  It is in meters.
2   Table 2 is in meters.  And it looks like
3   they're all mixed up here.  But I think those
4   should be feet.  I mean, I see the letter for
5   meter is left in there, but that should come
6   out.  Those are feet, not meters.
7       Q.  I'm going to ask a general question,
8   and if you're unable to answer it in a general
9   fashion I will try to fix that.
10      A.  Okay.
11      Q.  But it's your appreciation that the
12  narrative portions of Exhibit A to your report
13  generally were intended to be reported in feet
14  rather than meters?
15           Is that too general?
16      A.  What I'm looking at here is that this,
17  to me, looks like feet, but I'm looking at this
18  table which looks like it's in meters.  You
19  know, I hope that this is not the way -- and
20  I'll have to check the Team Louisiana report,
21  but I thought we got rid of all that stuff.
22  Yes.  No, we were writing an article for
23  science.  Everything had to be in meters,
24  and --
25      Q.  At Page 12, the paragraph that begins

44 (Pages 170 to 173)

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 174

1  Overtopping?
2     A.  Yes.
3     Q.  The sentence -- it's about in the
4  middle of that paragraph -- surge predicted by
5  ADCIRC exceeded existing levee crest by no more
6  than 1M.
7     A.  That would be meter, yes.
8     Q.  Okay.
9     A.  Yeah.  This was -- I think we improved
10 on this for the Team Louisiana report.  This
11 may have been an earlier draft or something
12 that --
13    Q.  I have a second question about that
14 conclusion.
15       Existing levee crest.  Was the team
16 and do you intend to refer to as designed levee
17 crest or actual?
18    A.  Good question.
19    Q.  Thank you.
20    A.  No, this was what the Corps told us
21 the crest was.  Okay?
22    Q.  So the 1 meter -- the conclusion that
23 ADCIRC predicted surge by no more than 1 meter
24 was a prediction based upon as designed levee
25 crest.

Page 175

1     A.  Well, I think it was a mixture of as
2  designed and as is, because I've tried to go
3  back and try and understand what they thought
4  the levee heights were, and it's difficult.
5  And that's what -- I think -- I expect to spend
6  some time with another one of our experts who
7  is Chad Morris who has actually lodged at all
8  the lidar.  Then we have to go back and look in
9  the model itself and see -- and there's some
10 conversions in datum.  It's a little more
11 complicated.  This was written at a pretty
12 early stage, and, um -- you know, I'm not sure
13 whether it was one meter or one and a half
14 meters or -- you know, a little less than a
15 meter.
16    Q.  If the data the Corps provides you
17 upon which this conclusion was reached
18 consisted of as designed elevations for the
19 levee crest, then the ADCIRC 's prediction of
20 surge -- of --
21    A.  Overtopping.
22    Q.  -- overtopping of really no more than
23 one meter would be an underprediction --
24    A.  That's correct.
25    Q.  -- would it not?

Page 176

1     A.  That's correct.
2     Q.  Okay.  Table 2, under Run 22 -- I
3  actually am seeking some interpretive
4  assistance.
5     A.  Okay.
6     Q.  RMSE stands for?
7     A.  Root Mean Square Error.  Okay?
8     Q.  Well, that helps a lot.
9     A.  Okay.
10       MR. O'DONNELL:
11          That's what I thought, too.
12    A.  Each of those points is an average of
13 points, and here we have number of
14 observations, we have five observations, and,
15 you know, those are from different nodes, and
16 we have an average there.  And then we have
17 actual High water marks at those areas, and
18 we're looking at the deviation of the High
19 water mark from the predicted, and so for each
20 of them it's something different, and so we
21 have to do a root mean square deviation,
22 essentially, because we don't want to give it
23 a -- you know, sometimes they're High,
24 sometimes they're low, you know.
25 EXAMINATION BY MR. MAYEAUX:

Page 177

1     Q.  For each of your zones --
2     A.  Yes.
3     Q.  -- for each run --
4     A.  Right.
5     Q.  -- your error deviation was calculated
6  and is expressed.
7     A.  That's right.
8     Q.  And the reason you conclude that Run
9  22 was the best prediction is because the
10 average of all the errors was the least for
11 that run.
12    A.  That's correct, yes.
13    Q.  And that predicted error --
14    A.  For those fifty-two points.
15    Q.  Right.  And that predicted error is
16 16 percent.
17    A.  That's right.
18    Q.  That wasn't as hard as I was afraid it
19 would be.
20    A.  Thank you.
21    Q.  Look at, please, in Exhibit 12, the
22 Delft report, Page 7, Figure 2.3.  Does figure
23 2.3 graphically depict three of the either ten
24 or eleven surge hydrographs you provided to
25 Delft?

Page 178

1     A.  I think so.  Let me -- okay.  So -- I
2  think this is the same data.  There are three
3  points here, Bayou Dupuy and the Inner Harbor
4  Navigation Canal.  It doesn't say where --
5  whether that's at a lock or at the, um -- at
6  the Interstate.  Um -- and then the 17th
7  Street.  I think that's the same data.
8     Q.  The point on the vertical, I think
9  it's 0 comma 00 --
10     A.  That's right.
11     Q.  Is that MSL or is that the NAVD
12  vertical data?
13     A.  This is NAVD.  In my hydrographs you
14  can see the NAVD.
15     Q.  Your surge hydrographs depict water
16  elevation over time and, if I understood
17  correctly, the time sequences that is at thirty
18  minute intervals.
19     A.  That's correct.
20     Q.  Hour and half hour.  0 and .5?
21     A.  That's right.
22     Q.  The NOAA hurricane information, if I
23  understand your report, is issued on two-hour
24  intervals.
25     A.  Okay, on the hurricane?  Are you

Page 179

1  talking about the weather service information?
2     Q.  Yes, sir.  Am I mixing variables?
3     A.  I think they're separate.  Um -- no,
4  the hurricane center generally provides
5  information at six-hour intervals.  And when
6  you get chose to landfall, they'll come down to
7  three hours.
8     Q.  Please look at Page 5 of your report.
9     A.  Okay.  Of my report.
10     Q.  Of your report?
11     A.  My report.  Okay.
12     Q.  The paragraph that begins ADCIRC is
13  two-dimensional depth-average --
14     A.  That's right.
15     Q.  The second sentence, 2.0 hourly
16  interpolated track?
17     A.  Okay.  We create those intermediate
18  points through interpolation.
19     Q.  The half-hour points.
20     A.  That's right.  What we actually do is,
21  it says -- I believe it's every two hours
22  we're, um -- but I may be wrong.  I'll have to
23  go -- this is what we've set up the, um -- the
24  atmospheric model to run the model, we actually
25  have to interpolate between their points.

Page 180

1  Every six hours is not good enough, so we have
2  to create intermediate points, and I think we
3  do that every two hours for the atmospheric
4  model.
5     Q.  The atmospheric model -- I will
6  attempt to simplify this.
7     A.  Okay.
8     Q.  The atmospheric model provides your
9  wind, wind velocity, wind direction --
10     A.  Exactly.
11     Q.  -- which drives the hydraulic model.
12     A.  That's right.  This is a linked model,
13  not a coupled model.  So we have to run one and
14  then we run the other.
15     Q.  The feds report the wind data on
16  six-hour increments.  You guys then interpolate
17  that data, break it down to two-hour increments
18  in order to run the wind driver for the ADCIRC
19  model.
20     A.  Perfect.
21     Q.  Okay.  The ADCIRC model then is timed
22  on a two-hour increment?
23     A.  No.
24     Q.  All right.
25     A.  The ADCIRC model has a variable time

Page 181

1  step.  It paces itself as it needs to.
2     Q.  Do you select?
3     A.  No.  It selects.
4     Q.  Okay.
5     A.  I mean, we get down to seconds, if
6  necessary.  If there's lot of stuff going on,
7  then the model time step gets smaller and
8  smaller.
9       Now, what we select is how often we
10  report things.  That's something different.
11  The model generates an incredible amount of
12  information for every time step.  It's
13  impossible to save all that information.  We
14  select a period -- say we want to report every
15  fifteen minutes or something but that's not the
16  time step of the model.  The model is doing
17  things at a time step that it selects that is
18  necessary to avoid getting into numerical
19  problems.
20     Q.  You can request output from the model
21  that would have a shorter time integral --
22     A.  Absolutely.
23     Q.  -- than thirty minutes.
24     A.  I can.  It's just matter of how much,
25  you know, disk space I want to take up with it.

DR. G. PAUL KEMP (ALL CASES)                                        8/22/2007

Page 182

1  And, um --
2     Q.  I understand.
3     A.  Because the model is really, the time
4  step in the model is seconds.
5     Q.  The shorter the phased integral for
6  the model calculations that you request, the
7  more sensitive the model would be to surge
8  change during a given period for examination.
9     A.  That's true.  Now, you know, the more
10  detail that I want to look at, I've got to
11  request it, I've got to figure out a way to
12  handle all that stuff, and when we're doing it
13  for forecasting we're trying to get stuff out
14  quick, so.
15     Q.  Conceptually, would the same be true
16  for utilizing more hydrograph datum points?
17     A.  If I had the data to support a more
18  frequent reporting, for example, if I had gauge
19  data every six minutes -- which a lot of gauge
20  data normally is, it just happens that the
21  storm took them all out.  But if I had them
22  every six minutes, I could use it every six
23  minutes.  I don't think it would make a big
24  difference to the Delft people.
25     Q.  Thank you.

Page 183

1     A.  Okay.
2     Q.  The geographical dispersion of the ten
3  or eleven points --
4     A.  Yeah.  That's right.
5     Q.  Okay?  Had you used a hundred points,
6  the model would be more sensitive to surge,
7  occurrence by location.
8     A.  True.  With the exception that I would
9  have to have a good reason -- you know, the
10  reason I would put in that level of detail is
11  if I knew I had an anomaly at a place, you
12  know, something was -- you know, when you look
13  at the kind of model output that we have on
14  Page -- this is of the appendix to the report,
15  you know, we're showing these shaded areas --
16  okay, those are smooth kind of changes in
17  elevation, they're not abrupt changes in
18  elevation.  And so that's one of the reasons
19  that we think we can interpolate between these
20  points.  And I -- you know, if the Dutch came
21  back to me and said, I need twice as many
22  points, I would have spent another Sunday
23  afternoon and given them twice as many.  You
24  know.  But they never said that.
25     Q.  Thank you.  I understand.

Page 184

1     A.  Okay.
2        MR. MAYEAUX:
3           Dr. Kemp, thank you very much.
4        It's been very interesting.
5     A.  Well, thank you.

Page 185

1              WITNESS' CERTIFICATE
2
3        I, G. PAUL KEMP, Ph.D., do hereby
4  certify that the foregoing testimony was given
5  by me, and that the transcription of said
6  testimony, with corrections and/or changes, if
7  any, is true and correct as given by me on the
8  aforementioned date.
9
10  _____    _____
11  DATE SIGNED        G. PAUL KEMP, Ph.D.
12
13  _____ Signed with corrections as noted.
14
15  _____ Signed with no corrections noted.
16
17
18
19
20
21
22
23
24
25  DATE TAKEN:  August 22nd, 2007

DR. G. PAUL KEMP (ALL CASES)                                8/22/2007

Page 186

```
 1        REPORTER'S CERTIFICATE
 2        I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
 3  Certified Court Reporter in and for the State
 4  of Louisiana, do hereby certify that the
 5  aforementioned witness, after having been first
 6  duly sworn by me to testify to the truth, did
 7  testify as hereinabove set forth;
 8        That said deposition was taken by me
 9  in computer shorthand and thereafter
10  transcribed under my supervision, and is a true
11  and correct transcription to the best of my
12  ability and understanding.
13        I further certify that I am not of
14  counsel, nor related to counsel or the parties
15  hereto, and am in no way interested in the
16  result of said cause.
17
18
19
20
21
22
23  _____
24        JOSEPH A. FAIRBANKS, JR., CCR, RPR
25        CERTIFIED COURT REPORTER #75005
```

JOHNS PENDLETON COURT REPORTERS            800 562-1285

DR. G. PAUL KEMP (ALL CASES)                                8/22/2007

**A**

**ability** 50:11 67:17
  118:14 139:2
  186:12
**able** 78:25 82:8
  150:22 162:22
**abrupt** 183:17
**absence** 153:1
**absolutely** 14:12
  49:5 74:22 77:18
  181:22
**academic** 40:15
**accepted** 21:15
  97:7
**accident** 41:25
**account** 21:19,20
  67:10 80:24,24
  97:4 98:5,6
  144:18,22 145:15
**accountable** 74:24
**accounted** 143:9,11
**accretion** 24:12
**accumulations**
  98:10
**achieved** 34:13
**acronyms** 138:20
**Act** 71:13
**action** 1:4 99:11
**Activities** 155:17
**activity** 98:13
  99:12
**actual** 41:18 81:4
  94:9 142:12
  154:23 174:17
  176:17
**AD** 70:15
**ADCIRC** 17:19
  19:7,8,10 97:16
  102:6,7 126:3,16
  131:21 138:18
  151:19 172:7
  174:5,23 175:19
  179:12 180:18,21
  180:25
**add** 89:10 122:6
**added** 90:18 91:1

102:22 125:22
  126:22 127:2
  171:18
**additions** 127:23
  128:24
**address** 47:15
  79:23 80:9 83:7
  83:21
**addressed** 103:21
  110:7
**adjacent** 11:8
**adjust** 70:20
  118:19
**adjustment** 30:15
**adjustments** 30:8
  30:12,13,22 31:3
  31:17 52:8
**administering** 7:24
**adopt** 151:15
**advantages** 19:8
  139:22
**adversely** 12:8
**advised** 133:13
**advisories** 114:14
  116:8
**advisory** 114:9
  116:7,9,12,13,14
  116:24 117:1,4
  118:7,9 155:13
**aerial** 169:13
**affect** 52:13 81:16
  81:20
**afield** 96:1
**aforementioned**
  7:4 185:8 186:5
**afraid** 177:18
**aftermath** 85:19
  159:21
**afternoon** 183:23
**Ag** 130:25 158:10
**agencies** 57:4 64:24
  154:2 155:6 161:9
**agency** 19:2 27:13
  153:11
**ago** 16:18 103:16
  106:15 161:14
  165:23 168:3

**agree** 40:9,10 55:16
  59:15,17 122:25
**agreeable** 9:17
**agreed** 7:2 55:7,14
  71:6 104:15
**agreement** 65:13
**ahead** 41:23 47:22
  51:21 102:15
**Ahmet** 34:10
**aimed** 9:13
**air** 86:11 98:23
**Airline** 2:13 160:7
**Alicia** 95:13
**alike** 75:18
**allow** 11:7 142:1
**alluded** 125:18
**Alpha** 169:14
**amalgam** 126:18
**amazed** 81:5
**ambitious** 11:24
**American** 103:14
  152:21
**amount** 13:4 14:22
  45:12,18 59:8
  60:14 90:19,24,24
  90:25 93:9,15
  98:7 124:3 143:1
  181:11
**amounts** 124:16
  126:22
**analyses** 117:7
**analysis** 93:17
  100:4 119:10
  126:6 127:13,20
  155:24
**analytical** 152:5
**analyzing** 100:22
**ANDERSSON**
  5:18
**and/or** 185:6
**Angeles** 2:21
**angle** 86:25
**angles** 87:1
**animation** 37:18
**animations** 18:22
**anomaly** 48:25
  183:11

**answer** 7:13 11:25
  46:11 47:2 51:21
  52:19 100:25
  116:20 120:22
  121:10 129:14,15
  136:15 139:5
  173:8
**answered** 128:22
  164:12
**answers** 115:16
  116:18
**anticipating** 134:9
**anybody** 9:20
  18:16 66:20 71:16
  162:13
**anybody's** 40:3
**anyway** 71:24
  78:19 133:17
**apologize** 79:12
  116:22 128:23
  164:5,13
**apparently** 56:21
  170:2
**appear** 86:20 168:5
**APPEARANCES**
  2:1
**appeared** 60:13
**appears** 108:4
  109:4 126:21
  167:23 169:12
  172:10
**appendix** 114:21
  114:22 183:14
**application** 139:8
  139:14
**apply** 133:13
**appreciation**
  173:11
**approach** 111:13
**approaches** 17:8
**appropriate** 96:8
  102:7
**Approval** 135:23
**approximate** 22:9
**April** 163:19
**aquatic** 40:25
**arbiters** 102:19

**area** 11:13 12:10
  12:22 14:19,20
  15:11 20:10,12
  22:4,10,19,23
  23:2 24:4 28:14
  28:24 29:10 34:6
  36:1 45:4 46:7
  49:14 53:22 54:4
  57:15,23 59:15
  60:25 62:16 68:13
  75:2 79:17 80:14
  81:3 82:4 84:17
  84:21 85:20 87:17
  92:17 93:16,24
  94:3 95:8 96:15
  97:13 118:25
  122:9 123:1 124:8
  127:13 140:19
  159:23 161:10
  169:13 172:2,3
**areas** 11:8 21:21,21
  36:10 50:12 86:13
  91:6 92:5,24
  95:22 101:25
  102:11 176:17
  183:15
**argue** 63:1 65:5
**arguments** 24:7,11
**Army** 38:12 39:3
  56:17 65:22 66:16
  71:18 94:14 96:22
  101:20 133:1,5
  134:3 135:8 154:8
  154:13,25 155:19
**arrived** 129:1
  145:9
**arriving** 143:16
**article** 166:14
  173:22
**artifices** 14:10
**artificial** 161:4
**aside** 30:11 143:17
  150:7 154:9
**asked** 42:3 44:1
  48:8 79:11,13
  80:8 110:6,19
  116:1,11,22 120:9

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

131:20 133:8
134:21
**asking** 9:10 41:5
53:18 107:14,24
109:6 144:7
**asks** 153:9
**assistance** 176:4
**associate** 16:23
17:7 130:21
**associated** 30:15
40:17 59:5 76:6
125:23 126:2,7,9
140:6
**ASSOCIATES**
2:18
**association** 38:16
**assume** 75:18
132:8 153:1,13
159:12
**assumed** 90:11
**assumes** 41:22
**assuming** 29:7
**astronomical** 143:2
143:4
**Atchafalaya**
154:15 156:7,17
156:23
**Atlas** 92:22
**atmospheric**
179:24 180:3,5,8
**attached** 16:4
33:23 105:10
107:16 115:7
146:8,14 148:24
163:16 166:5
167:22 168:4
170:20,24
**attack** 88:12
**attempt** 180:6
**attempted** 35:14
51:8
**attend** 164:9
**attenuation** 140:5
**Attorney** 133:14
134:20 135:1,2
**attorneys** 16:11
167:6

**attributable** 127:15
**audible** 100:25
**audit** 71:17
**Audubon** 9:24
10:11,13 16:2
**August** 1:13 12:21
64:16 133:24
163:21 185:25
**Australia** 138:3
**author** 147:9
**authors** 131:25
**available** 27:16,17
64:6 68:13 72:7
141:8 166:17
169:3
**Avenue** 9:3
**average** 21:10 22:7
59:20 94:15
176:12,16 177:10
**avoid** 181:18
**aware** 24:1 25:13
26:2,11,12 27:22
39:1 63:12 112:14
**awful** 42:8
**a.m** 113:18,18

——————————
**B**

**B** 6:7 101:14
**back** 33:16 43:25
45:2 47:24 55:22
71:16 78:17 79:1
79:5,6 85:1,11
109:13 110:16
113:22 118:18
119:12 120:1
121:25 138:18
146:4 147:20
148:15 150:7
155:19 164:8
168:5,13 175:3,8
183:21
**background** 10:16
**backup** 72:8
**bad** 53:17
**bailiwick** 100:17
100:18 143:22
**banks** 19:18

**BARNETT** 5:2
**Baronne** 1:12 3:12
**base** 51:12 141:20
142:21 144:14
**based** 10:16 34:12
53:1 90:21 92:21
93:7 106:4,18
111:1 124:5 141:5
141:6,7,8,9
144:16 174:24
**basic** 69:24
**basically** 9:20
15:13 17:6 30:7
31:10 44:16 48:1
77:4 78:15 82:3
91:12 109:21
136:21
**basis** 119:9
**Baton** 9:3 10:5,6
156:21,22 159:12
159:22
**bayou** 20:10 45:4
119:17 122:8
145:20 178:3
**beach** 98:1,3
**beaches** 98:4
**began** 17:4,25
54:25
**beginning** 66:11
142:4
**begins** 173:25
179:12
**behalf** 9:11 65:22
**believe** 20:17 42:24
54:12 62:20,20
66:12 105:12,20
116:15 168:15
179:21
**believed** 39:7,9
**Ben** 5:12 8:5
168:19
**benchmark** 26:22
28:19 29:2,3,17
29:23 30:9,13
**benchmarks** 23:6,7
23:12 28:20 29:16
68:13

**Berkeley** 66:7,16
103:3
**Berkley** 66:10
**Bernard** 25:3
63:24 79:24 80:10
80:12,16 81:3,9
81:23 83:18 86:9
113:3,4,7,19
123:2
**best** 14:13 29:19
32:2 38:18 40:3
53:1 59:1 60:12
60:19 67:17 68:12
68:13 103:8
118:14 120:22
126:18 127:3
177:9 186:11
**Betsy** 49:17
**Betsy-like** 18:3
**better** 48:23 53:3
58:10 59:24 66:5
117:13
**big** 49:11 90:8
121:16 125:12
140:18 156:24
182:23
**biggest** 147:19
**Bill** 8:2 9:8 33:19
83:7 122:19
147:15
**billing** 120:20
**bills** 120:19
**Binselam** 34:10
**biology** 40:20
**bird** 12:1
**bit** 12:23 18:9 34:3
65:5 81:12 85:11
87:6 127:22
137:17 138:10
144:8
**blanket** 102:8
**bleeding** 76:19,25
**blew** 86:5
**block** 84:2
**blows** 98:23
**blue** 85:19,22
**board** 4:1 155:13

155:13
**boardroom** 162:19
**boards** 35:7 38:22
**boat** 54:5
**boated** 86:18
**boats** 64:5,6 85:8
158:12
**bodies** 125:5
**Boh** 4:19 8:8
**book** 72:18
**Borgne** 4:10 47:20
103:23 112:2,24
124:22
**bottom** 15:19 34:11
116:16 125:16,20
172:18
**Boulevard** 4:15,23
42:13 44:11 46:3
160:19,22
**BOURGEOIS** 4:11
**bowls** 82:2
**brackets** 116:10
**Branche** 150:6
161:10
**breach** 46:10,13
52:2 74:25 79:16
89:2
**breaches** 1:4 33:14
46:5,17 50:16
91:19 93:10 95:4
95:5 104:1,4
126:23 143:24
144:1
**breaching** 144:4
**bread** 27:18
**break** 121:4 144:23
145:15,25 146:1
164:2 180:17
**breaking** 89:8 98:8
126:8
**breaks** 9:19 98:1
**bridge** 158:2
**Brief** 27:2 38:1
**briefly** 108:3
**bring** 12:15 15:25
58:5

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

**bringing** 57:22
68:15
**Bros** 4:19 8:8
**BROWN** 5:2
**Bruno** 1:12,12 3:9
3:9,10 8:19,20
128:9 170:5,13
**Buchler** 3:11 8:18
8:19
**building** 62:2 67:11
70:5 75:19,19
**buildings** 59:3
63:18 67:8 99:18
**built** 25:9 81:12
84:12 156:7
**Bundy** 82:19 83:14
**buoy** 88:7
**buoys** 88:10
**BURGLASS** 2:10
**burner** 74:20
**business** 14:11
34:21
**busy** 128:20
**butter** 27:18
**bypass** 11:19

——————————
**C**
——————————
**C** 101:15
**calculate** 82:9
91:22 93:15
**calculated** 177:5
**calculation** 70:12
92:3
**calculations** 97:5
97:14 182:6
**calibrated** 68:3
**California** 2:21
**call** 19:13 21:6
24:20,22 29:15
34:12 55:5
**called** 16:25 42:22
101:14 114:20
146:11 162:2,24
166:21
**calling** 101:7
**canal** 1:4 29:8 32:4
44:23 45:25 46:1

46:18 47:16,16
49:25 50:14,17,22
51:12 68:25 112:5
125:1 141:21
144:15 145:20
171:23 178:4
**canary** 13:19
**capacity** 38:22 62:9
**capture** 48:17
142:7
**captured** 126:3
141:16
**capturing** 140:5
**carpet** 95:16
**carpets** 95:4
**carrying** 98:22
**case** 18:8 20:13
30:3 34:14 39:13
79:13 88:3 98:3
106:24 107:3
147:12 160:22
161:7,10,23
162:15 164:23
165:5,15
**cases** 1:11 33:10
41:9 42:17 56:9
56:24 59:22 62:14
66:1,3 69:11 72:9
73:12 77:23 79:2
91:2 98:14 114:2
127:8 141:11
142:11 160:9
**catastrophic** 95:14
**categories** 30:21
**category** 18:1,3
124:12
**cause** 84:7 186:16
**caused** 67:13 79:15
95:2 98:8 127:14
**Causeway** 4:15,23
**CCR** 1:22 7:22
186:2,24
**center** 4:14,22
16:25 17:12,24
19:1,14 20:6
82:13 87:5 109:24
116:7 124:7 130:4

179:4
**Centre** 5:5
**centuries** 22:16
**century** 25:18
**certain** 42:16 45:17
82:4 84:20
**certainly** 123:21
124:20 142:23
**CERTIFICATE**
185:1 186:1
**Certified** 1:23 7:23
186:3,25
**certify** 185:4 186:4
186:13
**Chad** 33:3 104:23
105:12 149:3
175:7
**chance** 138:2
146:18
**change** 17:2 66:6
95:4 111:14 117:5
120:2 129:6 182:8
**changed** 51:23
131:19 168:2
**changes** 13:16 14:4
21:20 22:20
106:10,13,17
127:23 128:23
131:8,20,25 132:1
183:16,17 185:6
**channel** 42:19
140:13
**characterization**
24:23
**characterize** 22:18
46:23
**Charbonnet** 82:25
**Charles** 3:18 8:14
**chart** 142:3
**check** 44:2 54:20
107:25 149:16
173:20
**checked** 107:21
**checking** 108:6
**chose** 179:6
**Christie** 130:13
**CHRISTOVICH**

4:3
**chronology** 166:15
166:22
**circular** 76:11
**city** 18:10 20:9 32:5
54:9,12 84:18
94:18 109:16
110:15 156:10
**Civil** 1:4 7:6 103:15
**Claims** 165:2
**clarify** 25:16
**clear** 31:19 49:24
50:13 58:22 77:5
77:8,9,10 96:18
97:9
**clearer** 25:22 30:6
**clearly** 27:3 55:13
**client** 74:24
**clips** 87:2
**close** 29:9 73:18
88:11 117:10
171:21
**closely** 19:17
114:10 134:22
**closest** 116:25
117:1
**closet** 59:3
**CMO** 170:7
**CNN** 137:21
**coal** 13:19
**coast** 9:24 11:20
130:8 140:20
**coastal** 16:24,25
155:4,16
**coasts** 140:22
**coefficient** 140:9
**collaborate** 17:13
**collaboration**
36:25
**colleague** 35:2
**colleagues** 55:19
77:19
**collect** 137:23
**collected** 31:23
74:17 75:7
**colleges** 63:20
**color** 37:14,16

**column** 122:6
**columns** 105:18
168:6
**come** 47:24 55:22
59:21 62:24 65:12
66:10 68:11 71:8
76:15,16 78:6
82:16 85:7 91:17
91:24 94:5 95:15
103:5 113:22
160:3,7 166:9
168:13 173:5
179:6
**comes** 30:17 90:25
91:1,13 156:24
**comfortable** 52:25
78:1
**coming** 13:4 18:13
37:19 44:22 60:2
72:6 79:2 84:19
90:20 91:14 112:1
112:2,2,20,21
125:9 126:10
129:21
**comma** 178:9
**comments** 63:6
**committee** 104:19
**common** 41:7
**communicated**
153:6
**communications**
139:13 153:4
**compare** 34:17
**compared** 90:25
93:5
**compares** 23:23
**compatible** 11:10
72:10
**competency** 102:4
**competent** 101:24
**complaining**
166:13,14
**complete** 62:15
**completion** 145:23
**complicated** 23:14
54:22 104:13
175:11

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

complies 171:16
component 155:5
compound 102:2
comprehensive
  47:23
computation 27:11
computer 16:13
  17:20 69:6 104:8
  104:10 131:14,18
  150:23 151:2
  186:9
con 102:9
Conceptually
  182:15
Concern 162:10
concerned 35:2,6
  38:20 65:18 71:20
concerns 39:5
  162:3,25
concessions 143:13
conclude 29:6
  177:8
concluded 104:6
  156:9
conclusion 44:15
  62:25 145:10
  174:14,22 175:17
conclusions 103:5
  129:2,7
condition 13:1
conditions 32:6
  44:11 51:4
conducted 55:6
conferred 102:17
  104:14
conferring 77:19
confidence 45:18
  50:11
configuration 33:1
confirmed 66:2
conflict 134:23
confuse 21:3
Congressman
  156:13
connected 69:1
connection 104:2
  143:18 144:12

147:4 150:8 153:5
  156:20,25 158:6
  159:3,19 170:19
consequences
  13:20
conservation 10:12
consider 97:9
  152:2
considered 47:12
  97:23 123:14
  147:3
consisted 175:18
consistent 106:10
CONSOLIDATED
  1:5
constitutes 46:13
constructed 45:4
constructing 14:9
construction 41:13
  70:2 79:14
consultants 115:13
consumer 26:23
contain 125:22
context 42:10 43:5
continent 21:18
Continental 15:4
continents 22:2
continue 24:9
continued 85:14
  130:19,22
continuous 112:14
contract 70:25 71:2
  133:9 134:7,17
  135:6 155:8,16,21
contracted 73:7
  153:10
contractors 19:3
  61:4 166:20
contracts 136:23
  136:24
contribute 97:21
control 13:10,11
  70:1 136:20,21
controlled 11:10
controlling 12:16
  31:14
controversial 156:6

conversions 175:10
converted 172:22
convinced 102:21
convincing 68:2
cool 40:21
cooperated 133:1
cooperation 154:9
coordinates 55:21
  78:11,15
coordinating 19:2
coordination 64:25
copied 153:7
copies 121:6
copy 15:24 108:15
  120:25 121:1,3
  148:25 167:8
  170:18
CORDES 4:4
core 24:15
cored 24:14
corner 113:4
Corps 15:18 38:12
  39:3 52:8 55:5,18
  56:3,17 57:21
  64:5 65:22 66:16
  70:24 71:3,5,18
  72:21 73:7 94:14
  96:22 101:20
  104:14 132:2
  133:1,5 134:3
  135:9,18,23
  136:18,19,23
  137:4,4,5 154:9
  154:13,18,25
  155:5,5,7,10,19
  156:7,12 157:13
  166:14 174:20
  175:16
correct 14:24 21:7
  21:25 28:11,14,22
  40:7 48:13 49:4,9
  49:15,18 50:2,17
  60:9,24 76:19
  78:6 80:3 89:16
  90:12,17 92:10
  93:14 97:2 100:23
  101:22 111:21

114:11 116:20
  122:11 125:24,25
  126:24 127:3
  129:19 133:6
  137:17 143:12
  146:6,9 147:13
  148:5,7 162:6
  163:21 175:24
  176:1 177:12
  178:19 185:7
  186:11
corrections 185:6
  185:13,15
correctly 142:17
  178:17
correspondence
  108:1 152:19
counsel 7:3 95:24
  186:14,14
count 36:23
counted 46:15
country 28:11
  136:21 137:1
couple 19:16 87:7
  106:14 154:18
  166:20
coupled 180:13
course 12:11,24
  24:13 26:4 31:25
  32:11 36:17 53:6
  84:10 91:24 97:17
  103:21 110:14
  119:6 124:4
  131:22 141:9
Court 1:1,23 7:23
  151:14 161:13
  165:1,14 186:3,25
Court's 96:17
Cousteau 40:15,18
coverage 92:17
covered 39:12
Covington 3:20
create 21:15
  179:17 180:2
created 88:8 120:7
  125:5 149:21
  161:2,3

creation 49:5
  131:23
crest 174:5,15,17
  174:21,25 175:19
criteria 45:19
critical 36:11 74:22
  74:23
critique 166:19
crossed 26:9
curious 69:12
current 9:22
currently 9:23
custodian 27:14
cut 132:22
cyclone 122:23

## D

D 6:1,7
Dallas 2:6
damage 83:13,13
  86:3,5,19 87:14
  90:7 124:4,10,16
  159:8
damaged 40:24
Dame 17:18 38:19
  39:10
dams 11:18,23
danger 168:12
darned 117:16
data 26:24 31:2,23
  32:21,22 33:9,11
  39:3,14,21 40:3
  45:22 48:6,23,24
  49:1,3,16 50:7
  52:15 74:15
  100:19 106:11,13
  108:4 110:2,12
  111:2 118:4,24,24
  119:12 141:7
  142:13 143:16
  144:18,21 149:12
  149:24 150:3
  152:23,25 175:16
  178:2,7,12 180:15
  180:17 182:17,19
  182:20
database 63:6

DR. G. PAUL KEMP (ALL CASES)                                8/22/2007

72:14
**date** 15:25 166:10
185:8,11,25
**dated** 115:18
163:18
**dates** 120:20
**datum** 20:14,16,18
21:13 29:24,25
30:12,14,19 31:3
31:6,8,14 175:10
182:16
**day** 2:3 8:2 10:1
24:9 35:1 92:20
92:20 107:4 117:8
132:1
**days** 34:15,15
35:19 85:5 154:18
164:16
**dead** 51:5
**deal** 95:21 121:16
**dealing** 42:11
124:12 155:7,10
**debate** 36:20 37:1
143:24
**debris** 61:15,22
67:4 76:3 98:9,10
98:17,20 99:4,14
99:20 127:21
**decade** 25:18
**December** 157:20
162:3 165:24
**decide** 58:21
**decision** 166:15,22
**decisions** 53:8
**declaration** 161:17
165:7,9
**deeper** 23:8
**deepest** 23:10
**defendants** 9:9
**defending** 9:1
**defer** 145:11
**deference** 135:18
**deficiencies** 50:24
**define** 27:15
**definitely** 12:11
47:15
**definitive** 60:6,11

65:1 80:6
**degradation** 64:15
**degree** 102:24
**Delacroix** 113:12
**Delft** 105:13
115:10 129:10
149:3 152:23
153:4 163:24
168:23 169:10
171:8 177:22,25
182:24
**delta** 10:17 13:9
**department** 72:2
161:7,8
**depend** 81:10
**depended** 86:24
**dependent** 41:10
49:3
**depending** 36:22
88:19
**depends** 46:16
**depict** 44:24
177:23 178:15
**deponent** 7:10
**deposition** 1:10 7:4
7:14 15:23 96:3
146:12 170:20,21
170:22 186:8
**depressed** 124:15
**depth** 38:10 81:7
97:12 125:12
**depths** 33:13 119:3
**depth-average**
179:13
**Deputy** 109:24
**derived** 33:2
**describe** 16:20
18:11 20:22 31:5
55:20 75:16
**described** 13:22
15:6 16:1 113:16
**describes** 23:21
**describing** 149:17
**design** 67:11 79:14
167:11
**designed** 41:15
174:16,24 175:2

175:18
**designing** 98:6
**destroyed** 49:15
**detail** 31:1 48:7
74:6 182:10
183:10
**detailed** 126:5
**details** 39:25 52:1
**determination**
76:25
**determinations**
159:3
**determine** 43:11
69:19 81:21
106:23 112:6
**determining** 133:2
**detritus** 76:5
**develop** 33:7 57:8
74:9
**developed** 17:6,7,9
23:1 26:19 33:3,5
35:10 38:16 57:14
57:25 58:2,3
66:16 69:25
100:19 112:15
**development** 72:3
132:23 161:8
**DEVENPORT**
5:19
**deviation** 176:18
176:21 177:5
**diagram** 19:25
38:7
**differ** 129:2
**difference** 21:5
48:15 97:18
114:19 143:1,15
182:24
**differences** 131:8
133:22,25
**different** 37:24
45:6 48:12 49:8
51:11 62:25 65:23
84:3,7 87:13
88:17 94:4,5,18
94:18 96:23
107:23 108:5

118:5 123:10
126:11,22 132:3,8
143:25 151:23
176:15,20 181:10
**differently** 53:20
**differs** 38:6 132:5
**difficult** 68:16
99:18 175:4
**directed** 156:12
**direction** 53:18
60:2 180:9
**directly** 111:4
153:6
**director** 87:4
109:24 124:6
**directors** 155:13
**dirt** 77:3
**disagreed** 65:11
**disagreement**
58:14 63:10 65:3
88:1 102:12
**disagreements**
103:18
**disappointed** 124:9
124:19
**discharge** 12:25
**discoverable** 170:9
**discovery** 96:4,19
**discriminated** 62:1
**discuss** 151:22
**discussed** 152:7
**discussion** 22:13
87:25 93:19
103:23 109:15
115:12 124:1
158:9
**discussions** 58:8
158:9
**disk** 69:6 181:25
**Dismiss** 161:22
**dispersion** 183:2
**dispute** 46:12
160:22
**distinction** 9:16
**distinguish** 140:12
**distinguished**
127:14

**district** 1:1,2 3:16
4:9,10 5:10 8:6,15
38:17 56:10,13,15
71:7,7 161:14
168:20
**diversions** 11:21
**divide** 46:16
**divided** 132:17,20
**document** 31:22
34:4 58:12 88:11
104:22
**documented** 50:5
69:6
**documents** 146:16
151:13,19 152:23
153:9
**doing** 9:25 10:20
12:8,12 16:1 17:4
24:3 27:21 29:13
30:7 55:6 56:22
64:1 65:22 75:2
81:17,20 85:4
91:15 96:18 119:1
135:17 139:10,16
143:13 157:4,12
159:17 167:4
181:16 182:12
**Dokka** 26:19
**done1** 162:12
**DOTD** 71:21 72:17
**doubt** 51:22 94:1
**downgraded**
118:11
**dozen** 158:25
**Dr** 9:8 17:23 97:2
130:24 152:18
168:18 171:17
172:5 184:3
**draft** 101:6,7 170:2
170:6,12 174:11
**drafts** 44:2 152:17
152:17 170:8
**drain** 23:18 142:9
**drainage** 22:20,22
**drained** 23:1
**drawn** 41:4
**dredging** 161:4

**drive** 2:13 32:7
  159:25
**driver** 180:18
**drivers** 15:21
**drives** 180:11
**drops** 23:19
**drove** 160:1
**drum** 76:11
**drying** 17:10
**due** 13:2
**duly** 9:5 186:6
**DUPLASS** 4:11
**Dupuy** 178:3
**Dutch** 31:2,20
  32:12,23 35:11
  42:24 43:5,12,17
  97:17 99:25
  100:15 106:6,9
  108:10 110:4
  119:14 121:21
  143:17 144:5
  150:12 151:19
  152:9,14,16
  164:14 183:20
**DUVAL** 1:6
**dynamics** 48:17

**E**
**E** 2:4 3:18 6:1,1,7,7
**eager** 130:5
**earlier** 37:7 61:8
  87:24 127:12
  132:25 142:11
  149:7 174:11
**early** 44:3 70:7
  86:17 113:2,7
  114:6 132:25
  155:9 175:12
**earth** 20:23 22:3
  23:8 24:18
**easier** 80:12 148:2
**east** 4:9 14:21
  22:25 79:25 80:11
  83:18 86:10 123:2
  130:8
**Eastern** 1:2 161:13
**easy** 104:17

**ecosystem** 10:25
  12:9 14:15 17:9
  26:1
**effect** 12:19,20 23:2
  76:19 89:2,24
  90:18 93:16 97:11
  124:21 125:21
**effects** 14:18 54:25
  59:9 97:24
**efficient** 90:1
**effort** 65:16 91:20
  92:1 115:10 147:5
**efforts** 40:24
  125:20 151:23
  157:22,22
**either** 46:19 97:18
  109:7 177:23
**electronically**
  108:11,17
**element** 30:11
**elevation** 34:13
  35:14 38:8,9
  68:18 77:6 82:7
  84:10,21,23 93:22
  171:23 178:16
  183:17,18
**elevations** 20:11
  21:16 34:5 36:13
  36:15 175:18
**eleven** 20:12,13
  177:24 183:3
**eleventh** 120:8
  121:13,20
**ELIZABETH** 4:4
**embankment** 152:1
**emergency** 19:9,14
  139:12
**emphasis** 139:9
**employee** 157:6,9
**enabled** 70:4
**encounter** 61:14
**ended** 63:14 64:21
  65:24
**endemic** 13:17
**energy** 5:5 17:1
  111:24
**engaged** 128:14

164:13
**engineer** 35:5
  41:11,13 42:6
**engineers** 15:19
  21:15 27:7 38:13
  39:3 41:5,6 65:23
  66:17 70:24 71:19
  94:14 96:22 98:5
  101:20 103:15
  104:15 133:1,6
  134:3 135:9
  145:12 154:9,13
  154:25 155:20
**entails** 10:8
**entered** 113:19
**Entergy** 76:8
**entire** 111:19
**entirely** 51:11
  103:23
**entrance** 47:17,17
  50:14
**entrances** 32:4
  47:16
**envelope** 126:12
  135:7
**Environment**
  16:24
**Environmental**
  17:1
**epidemic** 13:17
**error** 114:19,20
  116:15 117:11
  176:7 177:5,13,15
**errors** 21:19
  177:10
**escort** 160:4
**escorts** 54:21
**ESQUIRE** 2:4,12
  2:19 3:2,10,11,18
  4:4,13,21 5:4,12
  5:19
**essentially** 15:5
  70:3 82:2 88:6
  93:1 104:6 118:23
  133:13 136:25
  176:22
**establish** 60:23

115:9
**estimate** 32:2
**estimates** 35:10
  55:11 144:3
  171:22
**estimation** 143:7
**evacuation** 19:11
**evaluate** 66:22
**evening** 167:5
**event** 94:24 147:2
**events** 95:12
**eventually** 71:14
**Everglades** 23:24
**everybody** 31:7
  57:25 71:1,1
  138:16 156:18
**evidence** 7:15
  114:3
**evolved** 40:23
**exact** 80:14
**exactly** 59:13,13,15
  59:17 61:18 92:16
  94:13,17 98:20
  141:15 143:24
  171:21 180:10
**examination** 6:3
  9:7 16:7,19 25:23
  33:24 38:2 41:24
  46:21 52:17 56:20
  79:10 83:11 87:23
  97:1 101:8 102:10
  103:1 107:19
  115:14 120:5
  121:5 122:21
  129:16 136:6,14
  137:7 145:24
  146:3,10 147:1
  148:19 149:4
  151:12 154:6
  159:18 162:9
  163:7 165:18
  166:1,7 168:17
  169:7 170:17
  171:1 172:24
  176:25 182:8
**examined** 9:6
**example** 22:21

48:25 58:19 61:23
  67:18 68:22 75:11
  84:18 182:18
**exceeded** 174:5
**Excel** 104:12 105:4
  105:16,17 122:4
  148:25 150:24
  167:17
**exception** 183:8
**excerpt** 114:23
  167:24
**excited** 124:18
**exercise** 17:22
  18:19 19:2 34:1
  34:25 91:7
**exerting** 90:7
**exhaustively** 58:12
**exhibit** 6:9,10,11
  6:12,13,14,15,16
  6:17,18,19,20
  15:23 16:3 19:23
  33:22 34:2 36:6
  37:22 38:3 105:7
  105:9 107:11,15
  108:9,19,23 109:3
  115:3,6 119:14
  120:13,15 122:10
  128:1 146:6,7,15
  148:20,21,23
  149:7 163:12,15
  166:3,4 167:16,20
  167:21,23 170:22
  170:23 171:10
  173:12 177:21
**exhibits** 149:9
**exist** 70:17 167:14
**existed** 112:11
  167:13
**existing** 174:5,15
**exists** 15:16
**expansive** 15:15
**expect** 175:5
**expectation** 87:3
**expected** 36:12
  108:19
**expenses** 157:16
  158:5

DR. G. PAUL KEMP (ALL CASES)

experience 17:20
19:12 27:6 52:4
124:5
experienced 60:11
expert 33:3 42:1,9
87:5 96:2 124:7
160:8,11,17,25
164:23
expertise 61:2
experts 24:8 27:24
58:7 101:19
124:17 175:6
explain 21:5 41:5
105:18
exposure 34:22
88:20
expressed 177:6
extend 109:14
extension 110:2
extensively 150:6
extent 11:7 26:3
100:6
exterior 54:14
extra 169:6
extraordinarily
22:17
extrapolate 50:11
110:22
extremely 98:16,18
eyeball 77:22
eyeballed 53:23
eyewitness 143:19
144:10
eyewitnesses
143:17
E-mail 109:10
E-mails 168:12

**F**

F 3:1
face 99:16
faces 127:2
face-to-face 106:14
facilitate 14:10
fact 48:6 58:3
102:19 133:8
141:25 167:14

factor 30:16
factors 84:24 93:22
failed 145:11
fair 22:8 24:23
25:20 102:15
FAIRBANKS 1:22
7:22 186:2,24
fairly 48:2 82:4
93:19 94:2 126:4
150:6
fall 157:19
familiar 27:24
48:11 57:15 72:24
92:12
family 85:16
famous 10:13
fan 132:13
far 49:16 65:18
96:1 101:12
149:11 158:6
fashion 173:9
fast 22:16 143:13
fault 15:8
favorable 13:1
favorite 99:6
feature 19:21
features 19:10
67:11
February 157:8
federal 7:6 153:12
158:4,13 161:13
164:24 165:1
feds 180:15
feeding 112:3
feet 20:12,13 30:4
36:16 37:15 67:5
68:4,6,8 89:10,12
110:13,13 127:2,5
142:24 172:10,10
172:11,23 173:4,6
173:13,17
fellow 77:19 144:13
felt 54:24
FEMA 19:1,1 57:3
61:3,9,14,15,18
62:7,10 63:21
field 72:18 87:11

134:6
fields 104:11
fifteen 32:5 36:16
43:15 44:4 46:23
48:21 104:24
181:15
fifty 22:5,23 23:16
46:5,16 47:3
55:25 56:2 65:16
fifty-six 109:16
fifty-two 177:14
figure 91:23 118:3
169:9,12,19,20
171:4,11 177:22
177:22 182:11
figured 109:19,19
figures 43:14 120:2
169:15
file 71:13 72:11
filed 165:14
files 153:21 154:3
fill 142:1,5,6
148:15
filled 82:3
fills 142:8
filter 60:4
filtered 54:25
filtering 59:8
final 39:23 101:6
170:14
financial 168:23
find 25:5 31:23
58:11 60:13,15
77:11,14 78:25
99:19 115:19
132:7 156:4
finding 78:16,21
fine 9:18 63:9
73:25 109:8,8
110:21 170:14
finished 39:20
Firm 3:17 165:4
first 9:5,21 10:1
13:20 17:20 19:12
38:7 53:21 56:22
57:2 121:14
122:14 131:11

146:20 147:2
163:19 164:13
171:6,7 186:5
firsthand 106:4
five 89:8,10 100:21
115:21 127:2,5
163:3 176:14
fix 173:9
fixed 118:14
158:25
flew 54:3 87:7
124:7
flip 81:19
floating 98:11
flood 11:8 13:10
18:16 70:6 156:10
156:24
flooded 18:4 19:18
92:24
flooding 32:25
37:17 38:4 44:12
44:14 45:24 93:2
93:4,5 109:16
floods 14:23
floodwall 70:9
floodwalls 145:10
floodwater 160:10
floodway 154:16
156:1,8,23
Floor 4:14
Florian 3:11 8:19
flow 90:5 152:1
154:15 155:24
156:17
fly 59:11 86:17
158:23 159:21
flying 158:17
flyovers 159:2
focus 28:13,16,18
29:9 65:15 102:6
folks 42:24 162:14
follow 55:23 72:22
followed 57:25
129:17
following 54:1,6
105:15
follows 9:6

follow-up 55:8
foot 23:16 69:2
73:21,22 89:8
142:25 143:5,14
forces 90:7
forecast 117:4
118:6
forecasting 17:14
118:21 134:10
139:8 182:13
foregoing 185:4
Forensic 172:8
forgetting 12:14
form 7:12 51:15
79:13 87:21
formalities 7:8
format 104:15
108:5,5,10
formatting 108:24
formed 134:19
formulate 167:10
forth 186:7
forthcoming 72:22
forty 23:16 25:5
95:20
forward 156:14
found 60:15 66:7
68:4 76:8,10
Foundation 103:4
157:21 158:2
four 35:19 53:15
59:14 67:13 168:9
Fourchon 20:9
fourteen 36:16
37:15
fractal 47:6
frame 154:19
Freedom 71:13
frequency 125:14
frequent 182:18
frequently 51:25
Friday 54:4 124:8
front 74:20 146:12
full 122:14
function 49:15
functions 135:24
funding 134:14

157:24 158:2
**funds** 134:9 157:21
**funnel** 127:13
**further** 119:10
132:22 186:13
**future** 156:14

---
**G**
---
G 1:10 9:2 185:3,11
**gap** 158:2
**GARY** 4:13
**gather** 150:9
**gathered** 43:6
**gathering** 64:10
156:25 157:4
159:20
**gauge** 31:23 49:16
49:21 50:7 52:7
75:12 111:2 141:7
142:13 144:14
150:3,5 182:18,19
**gauges** 49:12 94:2
94:10 141:19,22
**Gelpi** 5:4 8:16,17
**general** 11:2,12
12:21 30:21 36:6
39:13 99:3 101:23
102:16 112:20
132:11 133:14
134:20 135:1,2
173:7,8,15
**generalized** 10:21
**generally** 12:18
18:11 26:11 27:12
31:24 55:17 65:12
67:22 73:19 75:11
77:24 111:17
145:5 158:19
173:13 179:4
**generate** 44:6
**generated** 34:6
125:8,10
**generates** 181:11
**geodesist** 24:9
**Geodetic** 20:16
21:12 26:20 27:13
30:24 31:11

**GEOFF** 5:25
**Geographic** 20:5
**geographical** 183:2
**geography** 156:19
**geoid** 27:14
**geological** 111:25
**geologist** 24:13
42:7
**geologists** 69:23
**geology** 40:22 81:1
**geometry** 32:9,20
39:18
**geotechnical**
145:12
**GERALD** 3:1
**getting** 31:16 32:14
34:20 50:19 63:18
67:25 71:21 96:4
104:4 109:3
139:10 157:12
181:18
**GIS** 20:5 38:7
82:15 91:7,21
**give** 16:11 25:17
33:11 47:25 61:6
94:3 102:8 108:11
114:15 135:22
141:17 147:5,15
147:22 148:9
153:13 176:22
**given** 1:11 110:25
147:21 152:14
182:8 183:23
185:4,7
**gives** 38:9 99:21
141:13
**giving** 52:25
117:15
**glass** 76:11
**global** 78:14
**go** 18:18 21:21,21
21:22,23 23:8,10
25:1,2 33:16
41:23 47:22 51:21
54:7 55:15 57:16
68:21 69:12,15
70:4 71:16,22

78:17 79:1,6
83:20 84:1 92:19
95:25 102:15
105:18 109:18
115:1 116:2
118:17,18 120:1
121:25 127:5
131:14 134:4
150:3,7 156:24
158:22 175:2,8
179:23
**goal** 10:19,22 11:24
**goals** 10:21
**goes** 16:5,17 18:9
23:5,11 26:18
50:7 51:1 76:1
169:23
**going** 12:19 15:7,8
19:23,24 20:3
25:10,12,13,25
26:7 27:4,9 33:19
45:10,23 47:22
53:2 54:10,21,23
58:23 59:6 60:3
68:18 69:16 70:1
71:24 74:18,19
81:7 82:7 95:3,24
96:1,6,14,16 98:7
101:10 102:8
104:20 105:20
107:11 112:23
113:12 118:17
120:24 127:7
133:17 134:15
135:24 136:8,9
137:2,3 143:14
148:13,14 155:25
156:14,21 158:11
163:11 164:5
167:16 170:6
173:7 181:6
**gold** 123:17
**good** 33:11 36:24
38:20 48:4,19
51:4 55:2,13 58:9
58:16 59:22 60:15
61:7,12,25 62:14

63:7 64:15 66:5,7
66:23 68:18 69:2
70:1 75:8,21
77:14 88:6,14
89:19 91:15,16
92:17,23 99:19
135:22 138:12
139:10,22 140:4
174:18 180:1
183:9
**Google** 137:25
**gotten** 29:21 47:8
77:7
**government** 21:14
158:4,13 166:11
**governmental**
153:11
**Governor** 155:8,16
**GPS** 55:21 78:11
78:13,18
**gradually** 23:20
**Grant** 160:23
**graph** 122:4 126:21
**graphically** 177:23
**graphs** 152:21
**great** 25:5 80:16
132:13 135:18
**Greater** 12:22
14:20 15:10 22:4
24:22 28:13 34:5
46:6 49:14 95:8
97:13 118:25
123:1
**ground** 54:11
84:11,12,23 114:3
118:25
**grounds** 136:2
**group** 2:2 8:3 9:10
9:12 10:9 17:13
31:2 35:11 59:24
64:4 132:21
157:18
**groups** 9:14,14
**Guard** 158:21
159:22
**guess** 12:3 13:17
19:1,4,14 32:12

41:4,23 60:10
66:17 75:4 101:1
101:3 106:15
115:9 118:3
122:15 123:12
126:18 127:3
128:3 134:1
141:11 142:20
151:24 152:2
157:19 165:20
166:22
**guessing** 43:14
118:16 120:16
**gulf** 9:23 14:22
18:13 112:20
140:10
**gusts** 123:11,19,21
123:24
**guy** 49:21
**guys** 47:21 180:16

---
**H**
---
H 6:7
**hair** 67:21
**half** 11:21 52:14
64:12 89:13,14
142:25 143:5,14
156:23 158:24
175:13 178:20
**half-hour** 179:19
**halls** 10:14
**HAMMOND** 5:3
**hand** 19:23 34:1
105:6 163:11
164:8 166:2
**handed** 146:5
**handle** 95:9 182:12
**handled** 72:24
**hands** 130:6,15
**happen** 21:20
74:10 95:13 158:1
**happened** 12:21
13:8 15:3 17:3
34:17 41:1 42:20
52:2 63:24 92:16
95:4,5 100:22
106:5 109:12

111:24 113:9 114:4,10 133:23 135:12 157:23 167:5
**happening** 74:12 164:3
**happens** 50:25 109:10 182:20
**happy** 22:14 164:8
**Harbor** 49:22 178:3
**hard** 108:15 139:4 177:18
**Harry** 163:2
**HART** 1:25,25
**Harwood** 2:5
**Hassan** 35:3 130:21
**head** 18:7
**Heerden** 109:23 152:18
**height** 35:18 38:12 43:7 49:13 55:12 68:4 80:13 81:4 81:21,22 82:19,24 90:13 109:20
**heights** 70:9 175:4
**held** 51:7 112:7 162:19
**helicoptering** 86:12
**helicopters** 158:19 159:1,22
**help** 26:6
**helped** 33:7
**helping** 19:9 157:13,14
**helps** 176:8
**hereinabove** 186:7
**hereto** 7:3 16:4 33:23 105:10 107:16 115:7 146:8 148:24 163:16 166:5 167:22 170:24 186:15
**high** 31:22 36:3,25 45:16 48:10 53:23

55:1 57:12 58:15 58:16,20 59:23 60:9,12,22 61:10 62:17,21 63:4,13 63:18 64:21 65:4 66:23 68:23 69:5 69:17,19 73:1 80:7,11,17,19 81:9,9,11 88:16 90:10 92:24 93:8 99:5,11,19,23 100:12,16 102:17 102:18 110:9 115:22,24 117:23 119:3 123:23 126:19 127:6 133:2 141:10,11 142:18,20,23 143:18,18 144:13 150:10 154:10 156:25 157:4,12 159:16,20 171:25 176:17,18,23
**higher** 36:6,10,13 37:16 81:15 93:6 93:9 94:20 112:7 123:19,22
**highest** 35:21 100:8
**highly** 76:6,17 86:15 87:16 94:4
**Highway** 3:19
**hindcast** 115:25 116:25 117:4,7,8 117:18 118:4,5 119:1,9
**hindcasting** 118:21
**hire** 67:14
**hired** 10:15 71:1,8 101:20 156:16 160:16,21
**historic** 11:6
**historically** 14:2
**histories** 145:18
**history** 29:17 43:2 44:17 137:10
**hit** 97:25 117:13 142:18,19

**hitting** 18:6
**hold** 74:24
**holes** 47:9,10,13
**home** 108:20
**honored** 40:17
**hope** 2:20 173:19
**hopeful** 129:9 132:7
**hour** 35:18 52:5,14 121:7 122:17 123:5 178:20,20
**hourly** 179:15
**hours** 109:16 116:10,14 117:12 117:19,21 130:18 141:25 179:7,21 180:1,3
**house** 80:11,18 81:11 84:1,4 86:22,25
**Housekeeping** 135:22
**houses** 83:22,23 86:2 88:19 95:9 95:16
**HPS** 24:19,22 43:8 44:18 45:1 51:6 67:8 79:24 81:23 99:24 100:13,16 104:4 112:14 115:21
**huge** 45:12 124:16 142:25
**hugely** 90:1 140:15
**human** 22:20
**hundred** 46:19 47:4 183:5
**hurricane** 17:12,14 17:22,24 18:2,12 18:18,20,22,25 20:6 25:12 31:21 33:25 34:17,18,20 34:25 35:13 36:7 37:17 38:4 46:6 75:3 82:13 87:2,5 88:24 89:22 109:24 111:19

116:6 118:8 124:7 129:19,22 130:4 130:10,12 134:10 139:18 144:19 145:6 166:21 171:24 178:22,25 179:4
**hurricanes** 12:17 130:3
**hurricane-related** 17:5
**hurricane.lsu.ed...** 18:17
**HVMs** 125:21
**hydraulic** 41:11 180:11
**hydraulics** 58:7
**hydrodynamic** 17:8 35:4 41:4,8
**hydrograph** 32:2 43:1 120:8 137:10 171:18 182:16
**hydrographs** 32:17 35:17 39:14 43:19 49:2 52:25 88:2 96:25 100:10 102:6 103:20 120:21 126:14,15 126:17 137:8 140:25 142:3,12 144:9 145:14,17 147:19,23 149:2 149:22 163:23 164:14,19 167:11 168:8 169:21 171:8,12 177:24 178:13,15
**hydrologic** 35:4
**hydrological** 112:1
**hydrologist** 42:4,5 42:6
**hydrology** 41:10 42:8,9,18,19
**hydrostatically** 137:14

——————— I ———————

**idea** 48:23 62:14,19 65:7 69:2 83:15 91:16 92:23 117:15 123:23 135:11 137:22 138:4
**ideas** 70:7 80:5
**identification** 16:4 33:23 105:10 107:16 115:7 146:8 148:24 163:16 166:5 167:22 170:24
**identified** 140:2
**identify** 19:25 104:21 149:19
**IHNC** 47:17
**ILET** 103:2
**immediate** 159:20
**immediately** 106:20
**immersed** 24:11
**impacts** 55:3
**important** 14:5 17:11 19:11 48:16 56:7 63:22 140:16
**impossibility** 34:24
**impossible** 181:13
**impoundments** 23:22
**improved** 132:9 174:9
**improvements** 132:12
**inch** 22:6,9 73:20 73:23 74:1
**inches** 67:12,13 94:15 95:7
**include** 156:14
**included** 126:11,12
**includes** 115:11 123:1
**including** 33:15 47:17 123:15 135:13
**incoming** 162:25 163:1

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

**incomplete** 31:24 103:24
**incorporate** 43:21 100:12
**incorporated** 43:24
**increased** 156:10
**incredible** 181:11
**increment** 91:1 125:22 126:1 180:22
**increments** 102:22 180:16,17
**indicated** 47:2
**indication** 51:4
**indications** 98:13
**indicative** 98:15
**indicator** 99:15
**indirect** 94:6
**individual** 84:24 88:19
**individualized** 87:16
**individuals** 83:17
**Industrial** 49:18 44:23 49:25 50:14 50:17,22 51:12 112:5 124:25 141:21 144:15
**infer** 137:13
**influence** 58:25 59:5,25 60:3,7,14 61:24
**influenced** 60:17 67:12
**inform** 139:19
**information** 20:5 28:11 30:1 32:24 33:2,11,13 38:18 38:21 43:6 44:5,6 49:9 50:4,19 52:18 53:1,9 62:5 68:20 71:13 74:22 75:7,15 89:20 92:21 94:9 103:8 104:9 105:11,21 105:23 110:18 111:6 112:12

115:11 116:6 121:9 137:24 138:12 145:13 149:24 150:1,9,10 150:14 178:22 179:1,5 181:12,13
**initially** 55:9 159:7
**initials** 29:21
**initiative** 9:24 10:16
**Inner** 49:22 178:3
**input** 106:13 118:24 139:12
**inside** 54:8,11 59:2 62:2 63:17,19 67:8 70:5 75:24 79:24 84:3 99:24 100:8,12,16
**insofar** 51:16
**inspected** 45:16
**instance** 29:9
**instances** 69:4 73:9 99:7 125:11
**instant** 151:15
**instruments** 57:9
**intact** 59:2 111:20 112:9
**integral** 181:21 182:5
**integrated** 21:17
**integrating** 17:8
**integrity** 14:15 69:10 112:13
**intend** 174:16
**intended** 171:12 173:13
**interacted** 88:17
**interaction** 45:13
**interest** 32:3
**interested** 57:21 69:9 133:16 135:17,19 136:18 166:23 186:15
**interesting** 184:4
**intermediate** 179:17 180:2
**internal** 166:18

**International** 2:2 8:3 9:10
**interpolate** 46:2 179:25 180:16 183:19
**interpolated** 179:16
**interpolation** 44:19 179:18
**interpret** 53:10
**interpretation** 131:15
**interpretive** 176:3
**interruption** 27:2 38:1
**Interstate** 85:10 169:23 178:6
**interval** 140:25
**intervals** 140:24 178:18,24 179:5
**interviews** 137:19 137:23
**Intracoastal** 44:22 112:4 124:25
**investigate** 79:13
**investigator** 109:25
**invoices** 163:9,13 163:17,22 164:2 164:17
**involve** 42:18
**involved** 24:2,20 63:13 65:15,20 79:21 82:1 92:1 111:4 134:20 140:24,24 155:6
**involvement** 17:25 39:17,19
**IPET** 50:6 63:5 65:2 66:9 88:1,14 94:15 96:23 100:23 101:1 102:5,13 127:13 133:9 134:4 144:1 152:4
**Irish** 45:4 119:17 122:8
**irrelevant** 102:3

**island** 113:12 161:2 161:3
**issue** 24:2 89:1 101:11
**issued** 101:10 103:15 178:23
**issues** 25:25 42:12 42:12,13 49:12 140:14
**itemize** 121:17
**Iver** 109:19,23 110:25 143:22
**I-10** 160:5

**J**

**J** 5:4 169:14 171:6
**Jacques** 40:15,18
**James** 5:1 8:17 10:13
**January** 10:2 157:7 165:20
**Jefferson** 2:9 4:9 8:11 20:11 123:3
**Joaquin** 23:23
**job** 9:22 10:1 48:4 91:15 140:4
**Johannes** 17:17 19:17 112:15 131:23 132:3,11 138:24
**John** 10:13
**join** 55:5 133:9
**jointly** 55:7
**Jones** 2:3 8:2
**JOSEPH** 1:22 3:10 7:22 186:2,24
**JR** 1:22 3:18 5:4 7:22 186:2,24
**JUDGE** 1:6
**judgment** 45:9 62:23 77:16 78:4 78:5 99:10
**judgments** 53:8 59:10 94:11
**Julia** 3:3
**July** 17:22 115:18 144:25 150:18

169:9 170:16
**June** 101:2,3,14
**Justin** 4:21 8:8

**K**

**Katrina** 1:4 18:5 19:22 31:10,21 34:18 36:8,12 37:6 46:6 53:21 54:2,3,15 92:4 100:22 129:22 130:20 131:10 132:4 133:5 140:16 142:18,19 154:11 155:1 157:2 159:21 171:24
**KEARNEY** 4:3
**keep** 58:10
**Kemp** 1:10 6:10,11 6:12,13,14,15,16 6:17,18,19,20 9:2 9:8 15:23 16:3 33:22 63:7 97:2 105:9 107:15 115:6 146:7 148:23 163:15 166:4 167:21 168:18 170:22,23 171:17 172:5 184:3 185:3,11
**KEN** 1:25
**Kenneth** 5:4 8:17
**kids** 40:19
**kind** 20:20 23:13 27:5 28:6 30:6 57:14 59:21 61:21 64:7 65:4 74:6 81:19 82:5 88:11 88:18 94:8 117:14 123:11 124:18 128:2 137:3 139:19 145:13 152:3 157:2 159:8 160:24 167:8 183:13,16
**kinds** 59:1 75:16,20

81:17 140:7 161:5
**knew** 69:23 70:25
  71:23 72:6 74:14
  77:24,25 78:23
  82:5,6 92:24
  183:11
**know** 12:16 13:16
  15:3,15 21:12
  23:5,24 24:8,10
  24:15,16,17 26:6
  26:16,23,25 27:5
  27:7,14 29:14,18
  30:12 31:19 32:5
  34:19,23,23 35:6
  36:2,14 37:14
  38:17 39:6,9
  40:21 44:8,16
  46:15,17,19,20
  47:7,14,22 48:3
  49:22 50:23 51:3
  51:23 52:1,5,11
  52:12,14,21 55:10
  55:12,13 57:17,18
  57:23 58:4,4 59:3
  59:6,21 60:1,3,7
  60:16 61:4,5,7,17
  61:20,22,23 62:1
  62:2,3,3,10,12,14
  63:3,6,7,8,18,21
  63:21,22 64:19,23
  65:8,13,16,17,19
  66:24 67:1,4,5,17
  67:18,22,24 68:5
  68:8,12,14,15,16
  68:17,22 69:12,14
  69:21,22 70:4,20
  70:25 71:3 72:7
  72:12,25 73:1
  74:3,5 75:12,13
  75:23,24 76:3,5
  77:4,6,18,24 78:4
  78:8,10,21 79:6
  81:8,18 82:1
  83:19,20,22 84:10
  86:1,1 87:8,8 88:5
  89:7,10 90:6 91:2
  92:18 93:18,20

95:3 97:6,7,22
98:12,21 99:21
100:5,7,20,20
101:11,15 104:13
104:14,18,18
105:16,18 106:5
106:20 107:14,21
108:6 109:6,7,10
110:11,20 111:1,2
111:8,14 112:17
113:24 114:3,24
118:2,14,18,20
120:7,20 121:17
122:8 123:9,18
124:6,9,11,12,14
124:15,17 125:7
126:6 127:6,22
128:7,8 129:10
131:23 132:5,7,9
132:15,17 133:7
133:10,19 134:6,7
134:9,11,16
136:23,25 137:2,6
137:24,25 138:2,4
138:15 139:15,20
139:22,25 140:10
140:11,21 142:5
142:25 143:22,23
144:2,2 145:3,5
145:11,20 147:7
149:11 150:2
151:2,6,24 152:9
153:2 155:2,4
156:3 157:11
158:6,8,24 159:7
159:9 160:15,20
162:12,14 165:13
167:13,25 169:18
171:20 173:19
175:12,14 176:15
176:23,24 181:25
182:9 183:9,12,12
183:15,20,24
**knowing** 48:4
**knowledge** 106:4
  124:2
**known** 168:7

**knows** 26:24
  156:19
**K2** 1:5

_____

# L

**L** 5:12 7:1
**La** 150:6 161:10
**lab** 58:7
**LABORDE** 5:11
**lack** 53:4
**Lafayette** 5:14
  156:22
**Lafourche** 20:10
**lake** 4:10 19:21
  37:10 47:18,19,20
  88:8 103:23
  109:20 110:8,9
  112:2,2,24,24
  124:21,22 141:24
  142:1,4,7 145:19
  150:6 156:5
**lakefront** 36:14
  37:19 127:2
**Lakeway** 4:14,22
**lake's** 142:6
**land** 23:11 26:3
  37:25 38:8 80:19
  81:9 82:8 140:18
  160:16
**landed** 159:15
**landfall** 20:9
  116:11,14 117:21
  129:24 142:19
  179:6
**landscape** 15:16
**language** 41:7
**laptop** 151:4
**large** 80:14 82:4
  84:21
**largely** 145:12
**larger** 13:4 64:4
**largest** 94:24
**LARZELERE**
  4:20
**laser** 55:10 68:20
  69:13,19 70:3
**latest** 166:10,11

**launched** 85:9
**law** 3:17 7:7 165:4
**lawsuits** 24:21
  42:15
**lawyers** 128:12
  147:6 153:14
  163:13
**layman's** 20:25
**lead** 109:25
**Leader** 163:2
**leading** 11:14
**LEAKE** 5:18
**learned** 87:8 131:9
**leave** 55:22 68:17
  76:2 131:16
**led** 44:14
**left** 98:11 103:22
  131:19 173:5
**lengthy** 93:19
**letter** 162:25 173:4
**let's** 22:5 29:8
  31:19 33:16 42:11
  51:6 68:4 89:8
  99:16 100:3
  125:15 148:20
  155:20 170:4
**levee** 1:7 3:16 4:9
  4:10 5:10 8:5,14
  9:13 15:10 24:19
  25:1,1,3,6,6,8,9
  26:15 28:24 29:1
  29:4,7 35:7 38:22
  41:16,19 54:23
  57:19 61:23 62:13
  63:17 67:5 75:22
  76:1 79:16 84:9
  88:18 89:9 90:2
  99:17 126:23
  140:11 168:19
  174:5,15,16,24
  175:4,19
**levees** 1:11 13:2,7
  13:10 14:9 19:20
  25:12 26:2,6,9
  32:9,21 33:1 36:3
  36:14 37:20 38:12
  39:2,18 46:5

50:21 51:6 57:1
62:18 88:12 89:18
90:4,13 98:4,6,21
112:16 125:21
127:2 140:6,6
144:20
**level** 21:1,4,10
  30:17 43:3 48:7
  55:10 60:7 68:21
  69:4,13 70:2 82:6
  84:23 89:17 90:22
  93:6 110:14,16
  114:11 124:20
  125:23 127:14
  137:11 145:19
  183:10
**levels** 54:11 55:4
  69:19 88:3 91:21
  92:20 102:12
  103:6,19 110:9
  144:11 150:6,11
  152:11 159:4
**lidar** 33:2,10 92:14
  92:17,22 175:8
**life** 59:19 134:13
**liked** 45:15 58:11
  60:18
**limitation** 140:21
**limitations** 139:21
  140:1
**limited** 39:16 40:16
  94:2 96:2 125:12
  136:12
**limits** 138:17,25
  139:2,5
**line** 61:15,22 76:4,6
  77:3 99:14 108:6
  149:5 160:20
**lines** 32:10 37:8
  68:16 98:9,10,17
  99:4,21 127:21
  154:15 156:17
**linked** 180:12
**list** 61:6 119:25
**litigation** 1:5 9:11
  9:14 43:5 79:21
  104:3 147:4

DR. G. PAUL KEMP (ALL CASES)                                8/22/2007

151:15 161:12
168:20
**little** 18:9 25:21
29:20 31:1 34:3
38:20 53:19 55:3
55:10 61:8 67:14
67:14 73:24 74:1
80:12 81:12,15
87:6 103:22
106:15 108:4
118:19 127:6,22
133:20 138:11
140:17 143:25
144:8 157:24
175:10,14
**load** 11:22
**local** 138:7 153:12
162:20
**locally** 12:12
125:10
**located** 171:15
**location** 55:21 66:6
87:18 88:21,22
89:22 171:7 183:7
**locations** 79:19
**lock** 49:22 178:5
**locks** 11:18
**lodged** 175:7
**logbook** 54:20
**LONERO** 4:20
**long** 9:25 13:8 22:1
25:11 27:21 34:15
54:9 82:22 83:3
103:15 109:18
142:9 168:3
**longer** 64:15
106:16 110:3
**long-period** 125:9
**long-term** 13:20
14:18
**look** 18:16 25:3
28:23 29:1,3,7
33:8 36:22 37:18
57:9 58:20 59:7
61:6,11 62:24
66:4 75:18 78:10
79:6,19 99:23

100:3 101:20
108:19,20 110:11
113:14,20 114:12
114:18 119:18
122:13 125:13,15
142:4 146:18
151:5 164:6,7
167:9 169:3 171:2
172:4 175:8
177:21 179:8
182:10 183:12
**looked** 25:11 28:10
33:6 34:2,16
43:17 49:8 57:1
67:7,18 75:17,20
76:24 77:13,15
91:9 103:16,17
112:5 113:25
128:3 131:4,5,6,7
171:25
**looking** 11:3,5
17:12 23:6 25:25
28:24 49:21 54:23
58:10 59:1 60:1,8
61:10,18 63:13,14
64:10,20 66:21
69:17 82:2 83:22
108:8 118:12
121:23 124:16
125:19 134:14
142:22 144:13,14
146:20 149:5
168:11,11 172:25
173:16,17 176:18
**looks** 34:8 79:7
104:25 107:17
108:22,25 151:10
168:2 173:2,17,18
**Los** 2:21
**lost** 11:21
**lot** 11:16,17 22:22
24:12 26:24,25
29:25 42:8 47:9
49:8 58:14,17
59:25 61:21,23
63:4,16,21 64:24
67:3 68:15 74:17

74:21 78:24 81:7
81:8,11 82:14
86:8,19 88:13
89:23 95:1 98:20
99:16 113:18
114:4 133:7 134:8
140:22 143:23
147:11 172:21
176:8 181:6
182:19
**lots** 24:7 52:23
77:13 90:13 95:7
95:11 112:23
135:12
**Louisiana** 1:2,13
2:14 3:4,13,20 4:6
4:16,24 5:7,14,21
7:24 9:4 10:3,25
11:21 21:21 22:13
23:22 27:6 30:2
66:18 72:4 73:3
88:2 93:20 100:5
103:10 104:6
110:1 113:17
114:23 134:19
145:9 147:8
149:19,20,22,24
150:5,9 151:22
152:6,7,9 153:15
157:24 161:14
167:24 173:20
174:10 186:4
**low** 12:24 176:24
**lower** 36:7 39:2
67:14,22 79:24
80:10 83:18 86:9
93:11 113:3 123:2
**lowest** 59:7,23
116:15
**LSU** 16:23 17:12
17:19 26:19 41:3
55:19 60:22 63:20
87:5 103:12
109:24 124:6
130:24 133:10
134:12,25 137:23
138:14 156:15

157:3,6,9,14
158:5 172:7
**LSU's** 92:21
**Luettich** 131:24
138:24
**lunch** 121:7 145:25
**L.L.P** 4:3 5:3,18

---

**M**

**M** 2:11 3:2,10 4:13
6:1
**MAG** 1:7
**Magazine** 166:13
**Magnolia** 9:3
**main** 39:15 84:13
84:18 110:7
**maintaining** 14:15
**maintenance** 41:19
79:15
**major** 26:22 27:4
47:9,12 100:22
132:6
**Majority** 163:2
**making** 31:17
70:12 132:12
159:3 166:15
**manage** 10:23
12:16
**managed** 15:18
**management** 15:15
30:23 41:19
**managing** 12:13
**manipulating**
112:15
**man-made** 14:9,9
**map** 113:14,23
119:18 121:23,25
**Maples** 3:1 165:4
**mapping** 69:23
**maps** 20:6
**MARC** 5:19
**marine** 40:11,20
**mark** 20:3 33:17
53:24 55:1,16,20
58:20 59:11,23
60:22 61:25 62:2
66:23 67:14,19

68:5,11,24 69:5
69:10,11,14 70:13
73:1 75:25 76:1
76:14,15,16 77:1
77:11,22 78:6
84:3 94:22 99:19
104:20 105:2
107:11 115:22,24
148:13,20 170:4
171:10,11 176:19
**marked** 15:22 16:3
33:22 34:2 36:5
37:21 38:3 56:11
57:2,4 66:3 105:6
105:9 107:15
108:9 115:2,6
119:13,21 122:10
127:25 146:5,7
148:23 149:7,9
163:12,15 166:3,4
167:15,21 168:22
170:20,23
**marks** 31:22 36:25
45:17 48:10 54:14
55:1 56:6,9 57:1,3
57:12 58:16,17
59:1 60:9,12
61:10 62:15,17,17
62:22 63:4,13,18
64:11,21 65:1,4
66:2,8 67:8,16
69:17,20 75:17,20
75:21 77:14 78:2
78:16,25 83:22
90:10 93:8 99:5
99:24 100:12,16
102:18,18 104:10
117:23 119:3
133:2 141:10,12
143:18,19 144:13
150:10 154:11
157:1,4,13 159:16
159:20 172:1
176:17
**Marple** 2:4 6:5 8:1
8:2 9:7,8 16:7,19
25:19,23 33:20,24

---

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

38:2 41:24 46:21
52:17 56:20 79:10
83:9,11 87:23
96:10,20 97:1
101:8 102:10
103:1 107:19
115:14 119:23
120:5,23 121:5
122:21 129:16
136:6,14 137:7
146:3,10 147:1,24
148:10,12,19
149:4 151:12
154:6 159:18
161:18 162:9
163:7 165:8,12,18
166:1,7 168:25
**marsh** 24:15,16
76:5 140:13
**marshes** 24:12
**Mashriqui** 35:3
130:22,24
**matched** 114:10
**material** 15:4
98:11,22
**materials** 147:3
152:13
**math** 73:23
**matter** 154:5
181:24
**maximum** 20:11
33:13 34:5,12,13
38:9 77:6 82:6,19
82:24 90:10 91:21
93:21
**maximums** 36:5
**Mayeaux** 5:12 6:6
8:4,5 168:17,19
169:2,7 170:3,17
171:1 172:16,24
176:25 184:2
**McKnight** 157:21
158:1
**mean** 12:24 15:12
21:2,13 23:18
27:3 31:20 32:11
32:23 33:7 34:8

35:25 46:1,18
52:3 56:25 58:1
59:20 60:11 62:11
66:25 69:2,5 71:1
72:5,16 74:2,17
74:18 75:6,17
77:11 78:18 80:4
83:19 87:10 90:3
92:15 95:11 98:24
98:25 99:1 106:13
110:16 111:7
114:19 123:6,9
127:7 130:4 132:5
132:15,19 134:10
135:8 136:19
137:2,6 139:14
140:4 143:1 145:3
149:21 151:4,22
155:5 160:13
165:14 166:19
173:4 176:7,21
181:5
**meaning** 21:9
**means** 20:15 34:24
**meant** 99:14
**measure** 20:24
26:14 51:12 92:14
137:9
**measured** 21:16
26:10 33:15 49:13
65:6 88:3 115:23
123:4
**measurement**
52:11
**measurements**
24:12 55:14 88:6
115:24
**measuring** 60:22
**media** 138:7
**meet** 106:14
**meeting** 112:4
164:10
**meetings** 132:10
**meets** 50:1
**member** 145:8
**memory** 121:8
**Memphis** 13:13

**mentioned** 12:3
32:16 37:7 61:8
87:24 105:24
119:11 141:19
166:15
**MEOW** 34:12
**merits** 96:4,18
**met** 107:1,6
**Metairie** 2:14 4:16
4:24
**meteorologist**
96:12
**meter** 173:5 174:7
174:22,23 175:13
175:15,23
**meters** 24:16
172:10,11,21,22
173:1,1,2,6,14,18
173:23 175:14
**methodology** 93:13
**Metro** 84:17 94:3
123:1
**metropolitan** 93:23
**Mexico** 130:7
140:10
**middle** 48:4 57:18
140:10 174:4
**midnight** 142:5
**mile** 62:13
**miles** 46:18 122:17
123:5
**mind** 74:23 77:17
113:15
**mine** 13:19 49:6
**minimize** 125:20
**Minnesota** 13:23
157:21
**minor** 40:22 47:10
**MINTZ** 5:3
**minus** 30:3 117:20
130:18
**minute** 164:6
178:18
**minutes** 141:4
181:15,23 182:19
182:22,23
**mishap** 79:16 89:1

**mishaps** 46:14,23
47:4 91:11
**misinformation**
138:13
**missing** 160:14
**Mississippi** 10:15
10:23 11:14 13:24
15:13,17 50:1,8
50:15 118:12
**Missouri** 11:23
12:4 13:23 14:1,2
14:7
**misstates** 135:15
**mixed** 173:3
**mixing** 179:2
**mixture** 175:1
**mode** 118:21,22
**model** 17:14,19,23
19:6,11 32:7,12
32:25 35:5 38:15
44:12,14 45:24
50:10,12 51:24
67:2 74:3,9 75:10
88:13 90:21 91:9
91:10,12,14 93:3
97:14,16,17
112:13 118:21
126:3,16 129:12
131:13,22,23,25
132:2,3,13,14,23
138:19,22,23,24
139:1,5,6,14,15
139:17,20,21
140:8 141:13,17
142:16 151:14,18
151:19,20,25
152:2,3,5,9 172:7
175:9 179:24,24
180:4,5,8,11,12
180:13,19,21,25
181:7,11,16,16,20
182:3,4,6,7 183:6
183:13
**modeled** 18:20
36:7,11 111:23
112:10 127:18
130:6,7,13,14

156:8
**modeler** 35:4
**modelers** 109:13
129:10 132:15
**modeling** 31:25
34:20 48:10 53:7
60:18 94:11
105:13 111:21
113:25 115:10
118:23 130:2,19
131:10 140:2
141:5,7 142:14
143:10,12 151:23
160:10
**modelings** 51:8
**models** 17:8,9,10
19:24 41:4,9
114:1 127:17,17
127:18 131:1
**modified** 11:19
**modify** 121:25
**Monday** 54:2,3
**Monica** 2:11 8:11
**monopoly** 136:19
**MONTGOMERY**
5:2
**month** 64:12 75:24
120:12 131:6
**months** 75:24
85:15 118:19
150:15
**Morgan** 156:10
**morning** 53:16
163:14 167:12,19
**Morris** 33:4 82:11
104:24 105:12
106:3 108:12
149:3 175:7
**MORTON** 4:11
**Motion** 161:22
**mouth** 13:5,21 15:2
20:10 46:1
**move** 23:13 85:7
**moved** 42:16 69:10
79:7 125:4 160:24
**movers** 125:2
**moves** 14:21 21:11

84:15
**moving** 22:2
141:18
**MRGO** 1:7,11 9:12
9:13 24:3 26:1
44:22 46:18 50:21
62:18 76:9 112:2
112:24 124:24
140:13 142:21
152:1
**MSL** 21:6,8,9
178:11
**mud** 76:3,3
**mythical** 18:25

**N**

**N** 3:19 4:15,23 6:1
6:1,1,7 7:1
**NAGD** 70:15
**name** 9:8 34:10
71:4 138:1 165:15
**named** 9:4 10:12
79:20
**Nancy** 163:1
**narrative** 173:12
**narrowly** 28:16
**national** 5:17 9:24
10:11 18:25 20:16
21:12 26:20 27:12
30:24 31:11 103:3
117:9 138:7
158:21 159:22
**natural** 11:9 161:4
**naturally** 14:23
**NAVD** 27:15 31:7
70:14,19 178:11
178:13,14
**navigation** 13:11
14:10 178:4
**near** 29:4 113:2
120:8 145:21
**nearby** 70:5
**nearing** 145:23
**necessarily** 48:16
64:24 102:23
**necessary** 181:6,18
**need** 9:20 11:13,19

28:7 36:3 74:5,11
100:25 109:13
111:16 121:9
122:1 142:7
145:25 183:21
**needed** 32:6,24
44:16 55:13 71:13
74:7,16 75:6
110:15 156:13
158:1
**needs** 9:20 11:3
181:1
**NEUNER** 5:11
**never** 26:17 35:24
36:17,19 37:8
38:24 41:15,18
131:15 135:7
137:25 153:6
183:24
**new** 1:13 3:4,13 4:1
4:6 5:7,21 10:5
11:15 12:22 14:20
15:10 18:4 19:19
22:4,25 23:17
24:22 28:14,21
30:14 34:6,22
38:13,16 46:6
49:14 53:22 56:15
74:4 79:25 80:10
81:23 83:17 85:1
86:9 95:8 97:13
118:25 121:2,3
130:12 139:13
156:20 159:12,23
169:13
**news** 75:21
**newspaper** 138:3
**newspapers** 162:20
**NGVD** 20:14 29:22
30:4
**NGV29** 20:15
29:18
**nice** 76:13
**nine** 85:5
**Ninth** 79:25 80:10
83:18 86:9 123:2
**NOAA** 150:5

178:22
**node** 35:22
**nodes** 35:22 176:15
**normally** 57:16
94:10 97:23
182:20
**north** 2:5 76:9
**northern** 118:12
**note** 61:16 99:13
121:15
**noted** 185:13,15
**notes** 69:15
**notice** 7:7 146:11
146:25
**noticeable** 86:13
**Notre** 17:18 38:19
39:10
**November** 157:20
163:18
**number** 44:7 64:19
65:15 80:5 94:2
107:22 115:22
116:13 149:14
150:20,21 153:9
154:16 163:8
168:10 176:13
**numbers** 38:24
71:11,12,15,17,21
72:5,25 91:4
107:25 111:1
116:7,10 168:6
**numerical** 181:18
**n't** 77:20

**O**

**O** 6:1 7:1
**oath** 7:25 9:6
**object** 95:24 96:7
135:25 136:2
**objection** 25:16
46:9 51:15 87:21
102:2 135:15
136:11
**objections** 7:11
**objectives** 10:9
**observations**
115:22 176:14,14

**observed** 93:4
117:2
**obtain** 162:22
**obvious** 106:21
**obviously** 24:17
36:13 60:6 63:4
81:7 85:12 93:21
100:7 103:11
153:16
**Occasionally** 76:4
**occasions** 158:16
**occurred** 21:24
22:1 35:24 52:2
88:12
**occurrence** 183:7
**occurring** 13:13,15
13:23 14:8 24:4
39:2
**ocean** 69:1
**oceanographer**
21:9 42:7
**oceanographers**
58:6
**October** 66:12
**oddball** 161:5
**offer** 67:17 170:22
**office** 38:13 107:10
128:16 133:14
134:21 135:1,3
155:8,16,18
158:10 160:16
170:18
**offices** 1:12
**official** 39:3 62:9
**officiated** 7:24
**offshore** 88:10
125:8
**oh** 12:11 23:18
32:11 46:25 67:21
83:25 112:8 113:8
124:23,23 133:7
134:16 150:16,16
**Ohio** 14:3,7
**okay** 9:19 16:22
17:2 20:4 21:10
30:25 31:18 32:11
37:10,12,24 39:7

46:14 47:21 51:19
53:11,12,15 58:25
59:16 65:2 68:7
70:24 72:20 78:16
83:10 90:23 91:7
93:3 96:11,12
97:15 98:12 106:8
107:8,17 109:5,8
111:10 113:11,20
113:22 115:8,20
115:23 116:2,5
119:16 120:18
121:11 122:20,23
129:15,25 131:11
136:20 139:11
141:14 142:1
143:21,25 146:25
147:17 152:8
154:14 156:2
158:18 164:17,21
166:6 169:16
170:25 171:3,5,14
173:10 174:8,21
176:2,5,7,9 178:1
178:25 179:9,11
179:17 180:7,21
181:4 183:1,5,16
184:1
**older** 169:17
**olive** 37:15
**once** 77:15 95:20
95:21 135:20,21
**ones** 23:9,9 45:10
55:2 60:15,18,20
73:16 78:3 100:22
129:21 130:16
151:11
**opening** 84:9
**operations** 19:14
**opinion** 133:22
**opinions** 79:14
129:6 133:25
**opportunity** 167:2
**opposed** 10:20
**opposition** 161:22
**order** 36:16 148:14
180:18

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

organic 23:25
organization 10:12
  10:21
organized 162:13
original 7:9
originally 172:22
originators 131:22
Orleans 1:13 3:4
  3:13,16 4:2,6 5:7
  5:10,21 8:5,14
  10:5 11:15 12:22
  14:20 15:10 18:4
  19:19 22:4,25
  23:17 24:22 28:14
  28:21 34:6,22
  38:13,16 46:6
  49:14 53:22 56:15
  74:4 79:25 80:10
  81:23 83:17 84:17
  85:1 86:9 95:8
  97:13 118:25
  123:1,2,3 130:12
  156:20 159:13,23
  168:19 169:13
ought 75:2
outdated 156:3
outlets 138:7
output 41:8 181:20
  183:13
outside 32:3 54:24
  57:19 67:8 75:22
  76:16 84:3 99:16
  125:21
overall 93:11
overflew 54:4
overtop 90:13
overtopping 13:2,7
  19:20 36:14 90:12
  91:18,24 95:6
  114:2 127:9 174:1
  175:21,22
o'clock 53:15
O'Donnell 2:18,19
  8:24,25 16:15
  20:2 25:15 33:18
  41:21 46:8 51:20
  56:12,16 78:12

83:5 95:23 96:13
101:5 102:1,14
119:20 121:2
122:18 129:13
135:14 136:4,16
146:22 147:14
148:1,8,16 151:7
153:19,25 159:14
161:15,20 162:1
162:21 169:5
170:15 172:14
176:10

**P**
P 7:1
paces 181:1
page 6:3,9 105:14
  115:20 122:13,19
  125:15 126:20
  146:12 169:9,12
  169:17 171:2
  172:5,9,15,17,19
  173:25 177:22
  179:8 183:14
pages 72:19 105:15
  147:18 167:7
paid 155:3 157:9
paint 78:22
painter 10:13
Pam 17:22 18:12
  18:18,22 33:16,25
  34:17,25 35:13
  37:17 38:5,11
  129:19 130:1
panel 166:24,25
paper 69:7 76:13
  135:4
paragraph 114:24
  122:14,20 172:9
  172:12,18 173:25
  174:4 179:12
parameters 32:15
Paris 76:10
Parish 2:9 8:12
  20:12 113:4,19
  123:3,4 160:23,23
parse 52:15

part 7:14 10:15
  15:12 25:7,8
  31:20 41:18 45:22
  45:23 57:20 79:12
  84:18 85:25 90:5
  97:23 102:16
  103:12 104:5
  125:25 127:19
  141:23 147:16
  150:1 156:8
partial 88:8 147:18
participated 34:25
  160:15
particular 15:9
  26:15 28:18,24
  30:9 32:3 35:23
  43:3 45:20 52:20
  69:24 74:25 79:16
  80:18 81:11,22
  87:17,18 89:18,22
  89:25 90:9 91:6
  122:7 139:7
particularly 13:25
  26:8 63:17
parties 7:3 186:14
partly 141:6
parts 11:1 23:17
  88:17 94:18 95:8
Pass 161:3
path 20:7
pathetic 75:13
Paul 1:10 9:2
  147:15,22 162:6
  163:3 185:3,11
payment 158:5
PC 2:18
peak 141:9,14,15
  142:23
peer 40:6 166:23
Pelosi 163:1
Pendlin 27:25
people 11:25 12:7
  21:3 25:11 35:1
  38:8 40:18 42:5
  47:2 55:18 56:3
  56:10 57:16,22
  58:5,7,20 60:11

60:19 61:19 62:9
63:12,16 64:4,20
65:9,15,21 66:18
72:4 73:4 74:6,15
74:21 77:24 79:2
82:14 87:14 94:4
95:3 102:5 103:25
108:10 110:4
124:18 133:7
134:16 135:9,23
137:19 138:15
144:12 152:2
155:7,10 159:10
182:24
people's 83:21,23
  95:16
percent 67:24
  116:15 117:11,11
  117:12 147:7
  149:18,20 177:16
percentage 93:11
Perfect 138:21
  180:20
perform 153:11
perimeter 47:24
period 12:7,20 64:9
  94:16 95:7 110:3
  110:10 140:23
  181:14 182:8
periodic 26:21
  27:10
periodically 21:19
  27:21
periods 52:13
perishable 56:7
  74:16
permitted 7:5
person 20:5 48:11
  64:3 71:5 134:21
personal 62:12
  124:2
persuaded 48:22
  63:2,3
pertain 160:10
pertaining 116:21
  151:13
PERTAINS 1:7

PFISTER 4:12
phased 182:5
phenom 21:24
phenomenon 48:2
phone 146:24
photograph 57:10
  169:13 172:17
photographs 52:6
Ph.D 1:10 9:2
  40:11 185:3,11
pick 25:17 45:16,20
  47:12 67:22
picked 44:20 45:6
  47:12 48:12,22
  128:18
picks 35:20,21
PICOU 4:20
pictures 10:14
  76:14
piece 32:23 52:18
  69:7
Pierce 2:19 8:25
piles 23:7
pillars 23:8
Pinhook 5:13
place 20:21,23
  22:18,18 27:8
  35:25 43:3 48:25
  76:17,17 81:5,5
  89:25 159:6,6
  183:11
places 13:14 23:24
  45:1 50:17 55:24
  55:25 57:16 58:15
  58:17 62:16 65:23
  69:8 77:10,13
  79:4 80:5 83:23
  90:14 99:16
  112:23,25 113:25
  114:4 117:13,14
  137:22 138:10
plaintiffs 2:17 8:22
  8:25 79:20 80:9
  162:14
plan 15:13 72:8
  75:1 129:5
planet 12:1

planning 36:1
  139:16
plants 77:5
please 169:8 172:4
  177:21 179:8
plotted 43:6 169:14
plus 30:3
point 20:19 25:17
  31:12 43:21,24
  44:1,17 45:3,4,20
  45:25 48:5,15
  50:23,24,25 52:20
  54:12 55:7 61:9
  70:18 75:11 82:4
  84:20 89:18 90:9
  99:5 100:8 105:1
  113:15 117:22
  119:7,12,16 120:3
  120:4,8 121:24
  132:8 133:20
  142:6 169:22,24
  170:1 178:8
pointing 142:3
points 32:3,5 43:8
  43:10,15 44:4,7,7
  44:19,20 45:7,16
  46:24 47:11,23
  48:3,12,21,22
  55:20 58:9 71:6,9
  71:22 104:25
  119:25 169:14,21
  171:6 176:12,13
  177:14 178:3
  179:18,19,25
  180:2 182:16
  183:3,5,20,22
polders 100:9
police 139:19 160:3
Pontchartrain
  19:21 37:11 47:18
  47:19 88:9 110:8
  110:9 112:3,24
  124:22
portions 173:12
portrayed 93:25
position 9:22 96:21
  96:23

positioning 78:14
positions 118:15
positive 23:2
possible 11:7 56:8
post 23:1
Post-hurricane
  31:15
post-Katrina 31:9
  49:12 132:25
  135:10 137:17
  154:12 158:7,23
post-storm 33:1
pouring 110:14
power 119:8
Poydras 4:5 5:6,20
precise 52:10,12
  78:19
precision 52:22,23
  53:5
predict 90:21
predicted 93:3
  174:4,23 176:19
  177:13,15
predicting 36:15
prediction 18:16
  91:15 174:24
  175:19 177:9
preexisting 150:15
preliminary 55:11
prepared 39:24
  115:9 127:25
  128:10 149:2
  160:9 161:11
  165:19
preparedness 19:9
preparing 147:12
PRESENT 5:24
President 9:23
press 96:16 137:16
  161:24 162:17
  166:12
pressure 111:25
  137:12,14
pretty 29:9 39:7,16
  51:4 52:3 62:13
  62:14 69:2 73:18
  77:5 78:1 80:13

82:6 84:20,21
88:14,15,19 91:16
103:7 110:8 111:7
117:10,16 132:21
132:22 134:20
140:14 143:2
151:1 175:11
previous 101:15
  115:16 116:17
  160:8
previously 66:3
  147:21
primarily 26:5
  33:2 39:11 67:7
  74:23 152:17
primary 74:10
  125:2
principal 147:9
printed 108:18
  109:2
printout 108:5
printouts 108:20
prior 32:25 69:16
  116:14 129:23
  133:4 141:25
  154:11,25
pro 102:9
probably 15:14
  16:13 22:1 29:12
  29:19 34:15 38:25
  40:3 43:23 51:3
  52:3 54:12 59:24
  62:10 65:19 70:11
  74:15 85:14 86:24
  87:9,13 88:14
  92:12 109:2
  120:11,22 123:17
  129:8 131:3
  135:12 145:23,24
  164:7,15 167:16
problem 47:7 56:6
  58:24 68:14 79:15
  133:18
problems 14:6
  46:17 49:11 78:24
  181:19
procedure 7:6

131:11
process 15:6 71:18
  139:13 161:5
processes 27:4,8
produce 146:15
  153:14
produced 151:16
  167:18
product 34:10,11
  39:23
production 167:11
Professor 16:23
  170:19,21
proficiency 17:10
program 86:3
progresses 118:9
project 15:14
  154:14
projects 15:15
  133:6
proper 123:4
properties 79:20
property 80:2,17
  80:17 81:22 83:13
  160:20
propose 151:14
protect 74:12
protection 25:13
  75:3 88:24 89:23
  111:19 144:19
  145:7 166:21
protocol 57:8,13,24
  57:25 58:2 62:3
  66:16
provide 28:10
  43:11 44:11 45:10
  46:3 48:5 55:8,14
  110:17 121:9
  155:17 164:14
provided 30:1 31:2
  31:19 32:1,16,20
  39:21 43:22 47:20
  64:6 99:25 100:11
  108:10 110:4
  115:13,25 116:15
  120:6 143:23
  150:12 152:22,23

158:12,15,19
  163:8,13,14,24
  170:18 171:8
  177:24
provides 175:16
  179:4 180:8
providing 38:19
  39:14
proximity 84:8
public 27:16,17
  138:15 170:10
pulled 150:2
pump 172:3
pumping 76:8
pumps 95:9
purpose 14:13 36:2
  57:6 74:10 96:2
purposes 7:5 13:11
  13:12 14:13,14
  55:12 57:5 73:25
  99:24 139:9,16
pursuant 7:7
pursue 134:14
  158:10
pursued 38:24
put 11:17 14:16
  17:19 19:10 20:22
  47:16 53:18 57:3
  57:4 86:3 104:18
  112:16 118:5
  120:21 130:8
  131:13 134:17
  137:25 183:10
puts 35:23
putting 30:7 104:9
  131:12 156:10
P.A 3:1

                Q
qualified 48:9
quarter 134:11
question 7:12 23:4
  25:21 51:16 53:17
  87:22 114:8
  116:22 122:1
  136:3,11 139:4
  164:11 173:7

174:13,18
**questions** 9:10,13
  52:19 168:16
  169:8
**quick** 182:14
**quickly** 56:8 69:25
  72:6 91:8 139:11
**quite** 49:24 50:5
  72:10 75:8 85:11
  96:1 137:16
  138:10
**quoted** 137:16
**quoting** 138:3

**R**

**radar** 94:6
**radiation** 97:22
  126:2
**rain** 93:16 94:10
  95:1,7
**rainfall** 93:21,24
  94:6,24 97:5,10
  97:11
**ran** 91:9,12 126:16
  127:16 133:16
**range** 123:5
**ranges** 122:16
**Rapides** 160:23
**reached** 82:3,25
  84:19 175:17
**read** 5:2 37:14
  123:25
**reading** 7:8
**readings** 51:25
  52:3,4
**real** 35:8 77:1
**realized** 133:19
**really** 10:22 17:5
  26:19 27:5 30:9
  32:14 36:3,21
  37:1 38:21,24
  40:2,23 52:11
  58:1,1,11 81:18
  81:20 88:11 90:3
  96:14 100:17
  107:24 129:11
  139:22,24 140:18

158:24 159:5
  175:22 182:3
**realtime** 17:14
  139:18
**reanalyzed** 52:6
**reason** 45:2 52:24
  74:8 75:14 94:1
  102:17 147:18
  177:8 183:9,10
**reasonable** 111:13
**reasons** 14:11
  87:13 183:18
**rebuild** 11:20
**recall** 19:18 37:16
  92:18
**recedes** 98:12
**receive** 157:2
**recognize** 107:12
**reconstruction**
  41:25
**record** 57:11 79:9
  88:8 146:2,4
  153:3 170:7,10
**recorded** 69:3
**recording** 76:11
**records** 68:2
**recovering** 52:22
**recovery** 74:4
**redesigned** 14:17
**redundant** 167:17
**reevaluate** 154:15
**reevaluation**
  156:17
**refer** 9:11 22:14
  138:16 169:15
  174:16
**reference** 20:19
  31:12 32:8 99:5
  100:11 168:24
**referenced** 101:14
  115:15,17 116:18
  127:11 129:22
  132:24
**references** 172:9
**referencing** 115:19
**referred** 12:9 27:11
  29:22 42:25

130:17 171:13
**referring** 37:4,10
  97:20 133:25
  161:16
**refers** 172:20
**refresh** 121:8
**regarding** 153:10
**Reid** 163:2
**reimbursed** 157:15
  158:4
**reinstate** 11:5
**reintroduce** 168:18
**relate** 151:20
  152:13 163:23
**related** 103:20
  154:5 161:12
  186:14
**relates** 96:5,8
**relations** 138:15
**relationship** 70:8
**relative** 70:13,19
**Relatively** 81:9
**relayed** 105:12
**release** 161:25
  162:17 166:12
**released** 162:17
  166:11
**releveling** 27:10
**relevelings** 26:21
**reliable** 62:18
  99:15 101:24
  123:15
**relied** 103:7 147:3
  147:8,11 149:18
**rely** 143:19
**relying** 63:15 65:24
  75:10 144:10
  152:10
**remark** 78:17
**remarkably** 151:10
**remember** 14:1
  18:23 20:4 22:11
  22:15 32:12 34:9
  36:11 71:4 91:10
  94:17 109:15
  112:8 120:11
  121:23 126:17

127:16 130:10
  141:23 157:17
  164:7
**removed** 156:11
**remuneration**
  157:3,15
**repeating** 30:10
**report** 22:13 23:21
  24:25 30:6 32:8
  43:14,18 44:2
  50:6 63:5 66:9
  93:20 96:3,23
  100:5,23 101:2,14
  102:13 103:2,3,4
  103:10,15,19,22
  103:25 106:6,9,21
  107:3,3,7,9
  113:17 114:13,16
  114:21,24 115:8
  115:18 119:18
  121:21,24 122:10
  122:13,24 123:15
  123:25 125:15
  127:24 128:15
  129:3,7,8,23
  130:17 144:22,25
  147:9,10,12 148:3
  148:5 150:5,18
  152:6,14,16
  153:15 156:5
  161:11 166:16,21
  166:25 167:1,7,24
  168:1,23,23
  169:10 170:2
  172:4,5 173:12,20
  174:10 177:22
  178:23 179:8,9,10
  179:11 180:15
  181:10,14 183:14
**reported** 1:21
  38:11 92:7 123:13
  142:18 173:13
**Reporter** 1:23 7:23
  186:3,25
**REPORTER'S**
  186:1
**reporting** 123:6

182:18
**reports** 30:1
  100:21 101:10,16
  122:16 143:20
  144:11 153:20
  154:1 160:9,11
**represent** 9:9 34:4
  44:21 98:19
  146:23 168:19
**representation**
  45:11 48:19
**REPRESENTING**
  2:2,9,17 3:16 4:1
  4:9,19 5:1,10,17
**reputable** 138:14
**request** 181:20
  182:6,11
**requested** 119:16
  157:20 164:9
**requests** 146:15
**rescues** 74:19
**research** 16:23
  134:8 136:22,22
  136:24
**reserved** 7:13
**residences** 83:17
**resist** 36:4
**resources** 17:1
  136:22 166:18
**respect** 39:14 47:11
  87:17 89:21 97:4
  102:12 103:19
  140:2 144:8
  153:18 154:8
**respected** 135:8
**responders** 139:19
**response** 42:19
**responsibilities**
  134:12
**responsibility**
  133:23
**responsive** 147:16
**responsiveness**
  7:12
**rest** 12:14
**restoration** 10:16
  10:17 40:24 155:4

restore 40:24
result 99:10 186:16
results 31:25 34:17
  51:24 60:18 72:11
  75:10 79:5 88:13
  94:4 99:22 101:24
  111:14 112:8
  113:25 127:19
  130:9 139:10
resume 15:24
  156:3 160:14
resurveyed 52:7
review 71:17
  106:23 111:9
  135:11 166:23,24
  167:3
reviewed 18:14
  33:9 40:6 146:24
  152:18
reviewing 167:1
reworked 14:17
Rick 131:24 132:10
  138:23
rid 173:21
rider 88:7
ridges 26:8
right 10:4 11:19
  13:14,24,25 15:11
  16:20 19:16 20:20
  22:23,24 23:4,17
  23:19 25:6,14
  26:3 28:12 29:5
  29:21 30:20 32:18
  35:11,12,15 37:14
  38:5,15 39:22
  40:13 43:8,9
  44:24 45:7,25
  49:10,19 50:18,22
  51:10,13 54:2,3
  56:19,21,23 59:12
  64:16,17 65:11,12
  65:25 66:11,14,19
  66:23 67:9 73:5,8
  73:11,15 74:13,17
  76:21,22 77:17,22
  78:11 79:5,17
  80:4,18,21,22

81:2,10,13 82:18
83:24 84:4,5 85:6
85:15 86:6,7,15
86:20,21,23 87:2
87:15,15,19 88:4
88:25 89:4,19
90:16 92:6,9,18
93:16,24 94:12,16
94:22 95:1,10,17
95:18,22 97:5
99:5 101:11,17,21
101:25 106:6,7
107:20 108:2,8
111:22 112:22
113:1 114:8
115:19 116:25
117:3,25 119:5
123:7,16 124:5,22
125:7 126:24,25
128:13,19,20
133:2,3 134:5
137:18 138:9,19
140:11,13 141:5
141:15,21,22
143:10 144:7,16
146:12 147:12,25
148:11 149:7,8,17
152:24 163:6,10
164:19 166:2
168:4,15 169:22
171:9 177:4,7,15
177:17 178:10,21
179:14,20 180:12
180:24 183:4
rise 30:17 125:23
  127:14
risk 156:10
Rita 140:18
river 10:15,24 11:6
  11:8,11,14,18,22
  12:4,16,24 13:2,4
  13:7,9,16,18,22
  13:24 14:2,3,4,7,7
  14:21,23 15:1,13
  15:17 42:13,15
  50:1,8,15 160:19
  160:24

rivers 41:1
RMSE 176:6
road 5:13 25:3
  74:12 76:10 82:20
  83:14 113:3
Robins 161:23
role 82:16 115:9
  167:10
roof 87:1
roofing 86:1
roofs 86:3,6,18
room 63:10 67:19
  67:20,21
root 114:19 176:7
  176:21
rotating 55:10
Rouge 9:3 10:5,6
  156:21,22 159:12
  159:22
roughness 140:8,12
Roy 26:19
RPR 1:22 7:22
  186:2,24
Rules 7:6
ruling 96:16
run 19:4,6 34:14,14
  35:20 98:7 112:16
  115:25 119:6,7,8
  127:18 133:10
  176:2 177:3,8,11
  179:24 180:13,14
  180:18
running 17:13,23
  119:6 141:24
runs 17:23 35:5
  84:15 98:2 112:13
  131:13 142:1
run-up 97:19
  126:22 127:1,4,6
  127:7

————— S —————

s 7:1 20:23 24:18
  44:21 133:14
  135:1,2 138:24,24
  142:18 155:8,16
  158:10 162:2

175:19
Sabine 161:3
Sacramento 23:23
salary 157:9
San 23:23
save 7:8,11 12:1
  181:13
saw 28:7 35:8 44:2
  57:2 75:17 78:2
  83:20 85:19 86:8
  86:11 106:5,9
  127:4 137:25
  152:18 166:12
saying 39:4 56:25
says 117:20 126:21
  137:11,13 170:8
  170:12 179:21
scale 15:16
scan 72:19
scenario 139:18
school 16:24 17:2
  60:22 130:25
science 103:4
  135:20 173:23
sciences 40:12
scientist 52:22
  62:24 162:2
scientists 25:24
  65:10 101:24
  162:10,24 163:4
scope 159:8
scroll 18:19
se 138:22
sea 21:1,3,10 30:17
  110:13,16
Seal 135:22
search 137:25
searching 60:12
second 33:17
  105:14,14 121:12
  122:20 150:17
  163:19,20 174:13
  179:15
Secondly 102:2
seconds 181:5
  182:4
section 172:7

sediment 11:6,19
  11:22 14:1,22
see 17:15 24:16
  29:10,25 34:21
  35:24 36:12 37:17
  37:19 42:11 43:18
  52:1,12 53:11
  67:19,20 68:23
  69:7 79:1 84:16
  85:16 86:18 92:19
  95:16 97:19 100:3
  104:21 106:10,18
  110:12 121:8
  122:15 142:2,4,11
  146:1 149:16
  159:7 169:15
  171:5 173:4 175:9
  178:14
seeds 77:4
seeing 13:1,19
  121:24 128:2
  138:2
seeking 176:3
seeks 82:5
seen 28:3,5 39:23
  91:22 128:4,5,6,7
  128:8,17 148:18
  153:12
select 181:2,9,14
selected 67:16
  120:8
selects 181:3,17
semblance 11:9
Senate 163:2
send 61:4 72:19
  105:23 109:9
sensitive 22:20
  182:7 183:6
sent 73:4 104:23
  105:11,22 106:8
  109:12 135:7
  143:17 153:7
sentence 125:19
  127:12 168:1
  174:3 179:15
separate 30:18
  179:3

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

Page 205

separated 15:1
separately 121:18
separation 13:9
sequence 32:2
    35:17 51:2 104:1
    104:3 141:1,17
sequences 178:17
series 62:21 109:14
    109:18
serious 13:6
service 19:6 117:9
    123:12 179:1
serving 98:4
set 31:9 40:3 47:23
    65:1,1 68:2 74:4
    93:21,22 139:8
    140:25 152:25
    166:20 179:23
    186:7
sets 110:12
setting 69:13
seven 16:17
seventeen 142:24
SEWERAGE 4:1
shaded 183:15
shakedown 129:11
shallow 23:12
    125:13
Shay 27:24
sheet 122:4
sheetrock 76:2,18
    76:19,24 77:1,16
    79:3
Shelf 15:4
shift 30:14
shingles 86:6
shocked 34:21
short 11:25
shorter 181:21
    182:5
shorthand 186:9
show 15:22 37:13
    37:21 44:25 51:24
    115:2 120:24
    167:15
showed 20:7 74:9
showing 48:24

121:7 149:1
    183:15
shown 43:24
    148:21
shows 20:11 38:4
    115:21 169:20
    172:8
shunting 15:3
side 47:20 67:20,22
    76:9 113:12
sidewalks 95:17
sight 23:19
signatories 162:5
signed 107:3,7
    163:4 185:11,13
    185:15
significance 131:9
significant 90:19
    90:23 140:14,20
significantly 88:23
    112:7
signing 7:9
similar 35:14 56:4
    58:6 80:13 107:17
    168:3
simple 40:16
    152:20
simplify 180:6
simply 168:24
    169:8
Simpson 4:20,21
    8:7,8
simulate 142:15
simulated 18:1
    19:15,15 38:4
simulation 18:12
    34:1,7 35:21
    37:18 129:18
simulations 18:21
    140:16,19
single 14:12 140:8
sir 165:11 179:2
site 98:17,17
    105:24 149:15
    150:20,25
sites 105:22 149:1
    150:25

sitting 23:7 86:25
    128:15
situation 75:12
    98:15
six 67:12 180:1
    182:19,22,22
six-hour 179:5
    180:16
skill 102:4
slab 81:15
Slidell 169:23
slope 98:2,3
SLOSH 19:5
sloshing 59:5
slows 23:20
small 126:5
smaller 91:25
    181:7,8
smooth 48:2
    183:16
Sobek 42:22
Society 9:24 10:11
    16:2 103:14
software 42:23
soils 23:25
solid 55:13
somebody 16:14
    26:24 29:14 39:20
    41:22 57:21 71:24
    73:17 78:3,10
    109:2 134:25,25
somewhat 86:24
soon 119:8
sorry 71:25 108:12
    116:1 142:2
    153:17,24
sort 13:18 30:23
    40:14 58:3 99:11
    130:5 132:17
    159:4
sorts 14:6
sought 7:15 138:14
sources 33:15 49:8
    75:15 138:14
south 2:20 14:20
    23:22
southeast 113:4

SO8 139:6
space 181:25
Speaker 163:1
specialty 40:23
specific 10:19
    31:12 79:15,23
    83:7 111:1
specifically 7:10
    31:10 82:15 83:20
    144:8 150:4,11
    170:8
specified 9:15
speculation 88:15
spend 175:5
spending 154:17
spent 183:22
spinning 70:3
spit 150:22
splash 67:4
splashing 127:9
spoke 138:6
spot 24:6,6 65:11
sprayed 78:21
spreads 14:23
spreadsheet 104:12
    104:16 105:4,16
    105:17 108:25
    149:1 150:24
spreadsheets
    167:18
square 114:19
    176:7,21
St 25:3 63:24 79:24
    80:10,12,16 81:3
    81:9,23 83:18
    86:9 113:3,4,7,19
    123:2
stab 97:6,8
staff 52:7
stage 74:4 175:12
staked 61:15
standard 31:8
    71:10 123:18
standpoint 135:13
standpoints 135:12
stands 176:6
start 23:18 56:22

142:10
started 28:6 38:22
    54:13,17,22 72:7
    104:7 141:25
    143:24 144:4
starting 133:20,21
    142:6
state 7:23 12:24
    72:3,4,8,23 73:3
    73:16 145:4
    153:12,16 160:16
    161:8,9 186:3
statement 102:9
    162:3,24 165:5
States 1:1 165:1,17
state-of-the-art
    117:15
station 76:9 172:3
stay 23:10 91:11
stayed 82:22 110:9
step 181:1,7,12,16
    181:17 182:4
Stephen 3:2 8:22
    165:4
stipulate 83:6
STIPULATED 7:2
stipulation 9:5
stopped 84:19
storm 18:4,25 19:4
    19:15,18,22 20:8
    32:25 34:23 36:12
    49:23 50:8 82:13
    85:5 91:9 92:18
    98:12 109:17
    110:10 112:11
    117:9,13,19
    118:10,11,16
    119:6 124:9,12
    130:11 132:17,20
    138:12 141:25
    182:21
storms 130:7,8
strata 24:14
Street 1:12 2:5,20
    3:3,12 4:5 5:6,20
    45:24 46:1 83:1
    171:23 178:7

**stress** 126:2
**stresses** 97:22
**stretch** 12:23
**struck** 40:14 61:20
**structure** 79:7
   84:12 90:7 97:25
   98:8 156:6,9,11
**structures** 11:17
   13:10 54:24 57:17
   59:2 84:25 86:2
   97:25 99:18 124:5
**students** 132:1
**studies** 31:10,15
**study** 106:23
**stuff** 61:12 88:15
   93:8 101:21
   105:19 127:21
   149:19 157:5
   159:10 173:21
   181:6 182:12,13
**subdivide** 47:7
**subject** 46:12
**submitted** 107:2
   119:13 160:11
   161:12,21
**subsequently** 93:18
**subsided** 25:4 26:2
**subsidence** 21:24
   22:7,10 23:3,15
   24:2 29:10 39:1
**subtract** 82:8 92:25
**subtracted** 37:25
   38:8
**successful** 67:25
**sudden** 134:12
**suffers** 50:24
**sufficient** 44:9
**suggesting** 107:13
   107:23
**suggestions** 152:20
**Suite** 2:20 3:19 4:5
   4:22 5:20
**Sunday** 183:22
**Supermic** 17:19
**supervision** 186:10
**support** 48:7,24
   134:15 155:17

157:22,25 161:21
   182:17
**supporting** 48:24
   157:18
**supports** 15:2
**suppose** 123:3
**supposed** 136:13
**sure** 13:21 19:3
   30:20 38:23 47:21
   61:11 63:22 71:23
   72:13 78:23 108:1
   151:1,17 156:18
   165:25 171:20
   175:12
**surface** 20:23
   21:15 22:3 23:13
   24:18 33:12 35:23
   35:24 68:22,23,24
   69:4 70:6
**surge** 13:3,5 34:5
   35:10,13 36:13,15
   44:21 45:11 48:2
   48:9,18 53:8
   55:11 57:7 61:25
   67:2 70:8 89:7,10
   90:3,5,11,22,25
   91:3,15 93:6
   97:21,23 98:15
   102:12,25 103:6,8
   103:19,21,23
   112:21 114:11
   124:16,17 125:3,4
   126:1,12,14
   127:15,17 135:13
   140:5,17 141:18
   142:8,18 150:11
   152:11 159:4
   171:7,12 174:4,23
   175:20 177:24
   178:15 182:7
   183:6
**surprise** 80:15
**surprised** 42:14
   106:12
**survey** 26:20 27:13
   30:24 31:11 55:8
   55:14 68:12,16

71:9,10 72:8,11
**surveyed** 70:19,23
**surveying** 69:18
   80:25
**surveyor** 23:5
   24:10 29:13 55:22
   68:11 69:22 71:8
   76:15
**surveyors** 21:13
   27:18 68:17 71:2
   71:19,22 72:3,17
   72:23 73:7 78:10
   78:20,24
**surveys** 70:25 72:9
**survived** 141:23
**suspect** 123:25
   144:2
**suspected** 100:18
**sustained** 122:16
   123:4,10
**Sutton** 3:17,18 8:13
   8:14
**swamped** 12:17
**sworn** 9:5 186:6
**system** 10:18 11:1
   11:9 15:17,18,20
   15:21 17:20 20:5
   24:19 25:13 27:4
   30:24 51:7,17
   54:23,24 57:19
   78:14 84:9 88:18
   88:24 89:23 90:2
   99:17 111:20
   112:9,10 115:21
   133:10 141:18
   144:20 145:7
**systems** 15:10
   26:22 40:25,25,25
   41:10 63:17 75:22
   78:18

_____
**T**
**T** 4:21 6:1,7 7:1,1
**table** 30:8 108:5
   114:13 115:15,17
   115:18,20 116:2,5
   116:9,16,18,19,19

169:11 172:20,20
   173:2,18 176:2
**tables** 30:5 105:15
**tail** 110:21
**tailing** 109:20
**take** 9:19 28:3,21
   29:8 30:2 39:25
   41:15 51:25 54:10
   57:15 59:13,14
   67:10 69:16 72:17
   76:14 79:25 80:24
   80:24 83:12 85:18
   90:9 99:9 108:23
   110:15 111:5
   131:16 144:18
   145:14,25 146:1
   181:25
**taken** 7:5 44:8
   185:25 186:8
**takes** 96:23 142:9
**talk** 138:17 139:5
   139:20,23 155:20
**talked** 31:17 33:25
   35:7 65:9 116:8
   125:6 126:23
   127:12 132:12
   138:6 144:12
   151:21 155:24
   167:12
**talking** 37:5,22
   38:22 53:12 68:25
   82:10 101:1
   113:11,24 116:19
   122:14 142:24
   143:2 169:18
   170:1 179:1
**TANKERSLEY**
   2:10
**tarps** 85:19,23
**team** 22:12 27:6
   30:2 66:7,17 88:1
   93:20 99:25 100:5
   100:15 101:19
   103:10 104:5
   105:13 109:25
   113:17 114:23
   119:14 130:5

133:9 134:4,19
   143:17 145:8,9,9
   147:8 149:18,20
   149:22,24 150:4,8
   151:22 152:6,7,9
   153:15 156:8
   157:23 164:14
   167:24 171:8
   173:20 174:10,15
**teams** 134:6
**tearing** 79:3
**technical** 155:17
**technique** 69:25
**techniques** 69:19
   69:24 71:10 80:25
   94:6
**technology** 26:17
   26:18 48:10
**tell** 10:8 11:2,25
   12:18 18:23 20:15
   43:1 45:21 47:24
   64:25 66:21 68:3
   80:1,7 82:18,24
   83:12 85:22,24
   92:15 102:11
   105:8 106:16
   108:3 109:22
   113:9 115:4,4
   119:14 131:21
   136:7,17 138:25
   148:21 155:25
   163:12 166:8
   167:20,25
**telling** 87:13
**tells** 36:2 91:12
**temporary** 86:1
**ten** 26:22 28:1
   44:20 65:19 67:5
   94:24 104:25
   105:22 149:1
   171:7,7 177:23
   183:2
**tend** 23:9,10,12
   31:25
**tendency** 21:22,23
   99:20
**Tennessee** 13:23

DR. G. PAUL KEMP (ALL CASES)                          8/22/2007

**tenth** 73:19,20,21
  73:22
**tenths** 22:6,9
**term** 13:8 21:7
  97:19 112:1
**terms** 13:1,6 19:8
  20:25 22:16 31:1
  43:4 49:7 60:17
  61:21 75:2 89:5
  93:11 95:19 98:18
  100:10 104:1
  114:11 119:3
  139:1 158:4,11
**terrain** 140:7
**terrestrial** 20:17
  30:19
**terrific** 132:14,15
**testified** 9:6 42:8
**testify** 39:25 96:6
  96:15 102:4 186:6
  186:7
**testimony** 135:16
  185:4,6
**testing** 40:5 78:9
**Texas** 2:6
**text** 126:21
**thank** 168:16 171:3
  171:19 174:19
  177:20 182:25
  183:25 184:3,5
**thereof** 7:14
**they'd** 19:4 48:8
  73:1
**thing** 12:13 22:19
  33:10 36:3 39:15
  45:15,23 62:11
  64:7 65:6 74:14
  81:24 92:16 95:20
  108:7 109:11
  110:7 114:18
  123:11 135:6
  138:1 139:15,17
  139:20 141:13,17
  147:19 148:17
  150:17,21 159:4,8
  160:25 166:11
**things** 11:16 21:14

22:21 24:8 26:7
  32:1 36:24 37:2
  41:1,20 45:17
  51:8 52:13 56:4,5
  59:20 61:6 67:16
  68:19 70:9,17,21
  74:18 75:4 79:3
  81:16 84:13 85:18
  87:7,12 92:11
  94:7,8 95:13 96:5
  102:24 109:9
  111:21 122:15
  126:18 128:21
  131:8,12 132:16
  133:20 134:14,15
  137:24 139:24
  153:7 161:5 164:3
  166:10 181:10,17
**think** 11:3,12 12:9
  21:1,6 26:12 28:6
  28:7 30:6 34:8
  39:8 40:3,19,19
  40:19 42:6 43:23
  45:2 47:1 51:2,3
  52:3,10,15 53:2
  53:17 55:25 57:20
  58:2 63:7 66:4
  67:15 68:1 70:20
  75:1 85:2 88:7,14
  89:15 90:6 94:23
  95:25 96:3,7,8
  97:3 99:21 100:4
  101:23 105:1
  108:7 109:11,19
  110:19,25 111:10
  111:13 114:12,18
  114:25 119:17
  120:1 121:22,22
  123:17 125:18
  126:23 127:5
  129:6,17 131:18
  132:13,14 135:19
  135:20 143:14
  147:16,20 148:17
  149:6,8 152:3,20
  156:2,4,12 157:7
  159:24 162:23

168:12 169:17
  173:3 174:9 175:1
  175:5 178:1,2,7,8
  179:3 180:2
  182:23 183:19
**thinking** 22:15
  136:7
**third** 94:23 163:20
  170:12 172:8,17
**thirty** 141:4 178:17
  181:23
**thought** 44:8,21
  45:10,14 47:15
  48:20 53:23 55:1
  55:2 66:8 77:13
  93:7 110:20
  111:12 113:16
  116:3 117:16
  124:11 134:24
  135:10 159:17
  173:21 175:3
  176:11
**thousand** 65:17
**threat** 35:8
**three** 4:14 30:21
  34:15 35:19 55:18
  59:14 95:21
  110:13,13 156:15
  163:17 177:23
  178:2 179:7
**throw** 90:4
**thrown** 98:21
**tide** 142:19,20,23
  143:1,2,4
**tides** 142:12,14,15
**tie** 31:25
**tied** 30:18
**time** 7:13 12:2,14
  12:25 16:22,25
  21:12 24:18 25:11
  25:17 26:5 34:21
  35:25 42:16 43:2
  43:7 44:17 53:12
  53:12,14,21 54:19
  54:20 55:4 57:2
  64:9 68:14 71:5
  109:14,17 110:3

118:9 119:11
  124:11 134:8,18
  136:9,12 137:10
  137:21 140:23,24
  141:23 142:9
  145:18 146:21
  154:19 155:3,11
  166:13 167:14
  168:3 175:6
  178:16,17 180:25
  181:7,12,16,17,21
  182:3
**timed** 180:21
**times** 19:16 30:14
  59:25 65:10 78:15
  87:8 90:11 119:7
  129:23 158:22,25
  160:16 168:9
**timing** 48:18 50:3
  100:7 141:14,15
**timings** 52:24
**today** 39:25 80:8
  111:6 132:2
  163:11
**told** 29:19 33:8
  39:7,10,10 85:25
  87:6 92:13 110:22
  111:7 133:12
  134:3 147:20
  160:18 174:20
**Tomasseo** 165:17
**Tool** 172:8
**top** 15:19 70:6 89:6
  90:19 91:14 142:8
**topography** 81:1
  84:14 92:23 93:1
**tops** 89:17 127:8,10
**top-of-wave** 98:13
**total** 92:5
**totally** 92:12
**tours** 159:10
**track** 18:8 36:12
  118:15 179:16
**trail** 135:4
**trained** 29:14
  69:18
**training** 58:6

**trains** 126:10
**transcribed** 186:10
**transcript** 7:9
**transcription** 185:5
  186:11
**transform** 10:23
**translating** 69:14
  90:2
**translation** 126:8
**transmit** 71:6
**transmitted** 32:22
  149:3
**transport** 11:6
**Transportation**
  72:2 161:7
**transporter** 90:8
**trapped** 11:23
**traveled** 87:6
  140:17
**treat** 9:12
**triangle** 112:3
**tributaries** 10:24
  14:4,7 15:14
**trickier** 127:22
**tried** 45:15 67:15
  80:24 81:24 164:1
  175:2
**tropical** 118:10
  122:23 130:11
**trouble** 69:13
  78:16,21
**true** 14:25 78:7
  83:6,16 182:9,15
  183:8 185:7
  186:10
**truth** 186:6
**truthing** 54:11
**try** 11:7 17:15
  24:10 25:20 53:19
  59:7 63:23 99:20
  173:9 175:3
**trying** 11:5,20 12:1
  22:11 29:20 40:24
  44:24 60:23 62:22
  64:18 65:7,14
  67:2 71:3 74:2,9
  78:22 81:18

115:19 118:3
135:21 139:1,9
142:10 150:2
166:9 182:13
**turn** 169:9
**turned** 68:1 72:21
74:21 75:11
**turns** 114:8 140:15
**twelve** 36:17,19
37:3,9 41:2 67:5
68:4,6,8
**twice** 149:9 183:21
183:23
**two** 4:22 9:14 14:13
22:6,9 23:16
24:16 30:22 34:15
47:4 48:3 54:15
54:16 55:18 64:3
72:9 89:12 95:21
101:10,11 119:11
131:24 137:21
149:9 179:21
180:3
**two-dimensional**
179:13
**two-hour** 178:23
180:17,22
**type** 14:13
**typically** 12:13
14:14 58:24 61:24
64:2 75:25 125:7
125:11
**typos** 172:12
**T.L** 5:1 8:17

**U**

**U** 7:1
**Uh-huh** 76:20
90:15 92:8 100:24
111:18
**ultimate** 102:19
**um** 11:16 18:24
20:17 21:2 23:2,7
24:14 26:8,16,18
27:23 28:6 29:15
31:20 34:9,19,22
35:1,2,20 36:17

37:13 38:20 39:6
39:8,16 40:2,23
41:2 42:12,14
43:13 44:3,8 45:3
46:14 47:9,14,20
48:17,18 51:22,24
52:5 53:25 54:8
54:14,23 55:11,20
56:9 57:14,18,23
59:7,19,21 61:6
61:18,19 62:11,19
63:8,16,25 64:2
64:16 66:2,20
68:2 69:22 70:2
71:3 72:16,23
74:3 76:5,10
77:19 78:7 79:4
84:16 85:24 88:8
91:21 93:17,18,25
94:5,23 95:3,13
97:15,24 98:16,16
99:13 102:21
106:12,14,16
107:21,22 108:24
110:7,15,20 111:1
112:8,11 113:20
114:5,13 115:9,10
115:12,23 117:7
118:20 119:2,5
120:1 124:10
126:1,6,9 127:5
129:11,12 130:21
132:18,23 133:11
133:11,11,12,21
133:21 134:18
135:11 136:20,24
138:4,13 139:4,7
139:18 140:5
141:10 142:10,22
143:11 144:2,3,16
145:8,20 146:21
151:24,25 152:4
152:17 155:4
156:9,15,16
157:17 159:6
160:21 161:1,10
162:12,14,18,19

164:1,23,24,24
166:18,21 168:7
172:13 175:12
178:5,6 179:3,22
179:23 182:1
**unable** 173:8
**underneath** 24:17
25:8 116:10
**underprediction**
175:23
**underseepage**
144:19 145:6,15
145:18,22
**understand** 12:6
28:9 29:15 31:13
32:16 44:13 46:4
47:1 53:11 60:10
60:21 61:3 63:24
64:14 65:14 66:15
73:2 81:25 87:25
94:19 95:15 96:21
99:3 102:23,25
104:17 112:19
113:13 114:7
116:24 120:3
126:13 142:17
151:17 157:23
175:3 178:23
182:2 183:25
**understandable**
152:21
**understanding**
41:8 42:18 64:19
75:9 92:4 121:19
123:8 186:12
**understood** 67:23
134:2 178:16
**undertaken** 106:22
151:23
**unequivocal** 77:12
**unfortunate** 132:16
**uniform** 81:6 84:20
84:21
**UNION** 5:17
**unique** 27:5,8
**United** 1:1 165:1
165:17

**University** 17:18
152:24 153:4
163:24
**unknown** 89:15
125:22
**unnamed** 135:23
135:24
**unreliable** 99:22
**unusual** 95:19
**update** 101:2
**updated** 16:16
21:19
**updates** 29:16,17
150:18,19
**upgraded** 130:11
**upgrades** 131:8
**upriver** 12:3,8,19
13:14 15:8
**URS** 56:4
**use** 20:18 33:12
38:11 45:20 47:3
57:10 58:21 62:4
62:23 69:18 77:11
77:12 92:13 99:4
99:7,20 102:6
117:3 118:20
127:21 139:15,17
151:15 182:22
**useful** 36:1 45:14
50:9
**useless** 67:6
**uses** 11:11 30:24
132:2
**USGS** 31:11
**usually** 12:15 42:11
66:1 77:3,5 78:20
158:14 164:9
**utilizing** 182:16

**V**

**vagueness** 136:3
**valid** 135:11
**validate** 67:2 74:3
**validating** 50:10
**validation** 55:12
60:17
**validity** 49:2

**value** 35:22
**van** 109:23 152:18
**variabilities** 30:21
84:6
**variability** 81:1
84:22
**variable** 22:17 60:4
76:7,17 80:21
86:15 94:4 98:16
98:18 180:25
**variables** 179:2
**variance** 25:5
**variation** 80:16
**varied** 24:6 83:24
86:22 88:21 93:23
**varies** 84:11
**variety** 33:14
**various** 24:14 35:7
42:12 43:7 75:16
75:20 104:11
129:23 162:20
**vary** 81:5,7 89:3
**varying** 126:22
**velocity** 111:24
137:9,11 180:9
**verified** 56:9
**versa** 157:14
**version** 109:4
126:4 139:7
169:16,18 170:2,6
**versus** 165:17
**vertical** 20:16
21:12 178:8,12
**vessels** 158:12,15
**vice** 9:23 157:14
**vicinity** 119:17
**Vicksburg** 57:23
58:8 133:8
**VIDEO** 1:25
**VIDEOGRAPH...**
1:24
**Videotape** 146:11
**view** 113:10 114:9
143:25 144:1
**virtually** 49:13
**visited** 80:4
**volume** 81:25 91:5

DR. G. PAUL KEMP (ALL CASES)                    8/22/2007

91:22,23,25 92:5
93:1,3,4 97:12
**volumes** 82:9,16
94:5
**Vrijling's** 170:19
170:21

**W**

**W** 5:13
**waived** 7:10
**Waldron** 8:11
**WALDRON-BU...**
2:11 8:10
**walk** 164:3
**wall** 70:6
**walls** 91:11
**want** 24:20 34:3
47:3,21,25 48:19
58:21 67:3 102:5
104:21 134:7
139:23 160:20
176:22 181:14,25
182:10
**wanted** 19:6 45:3
47:15 55:5 60:4
100:7 134:3
139:11
**war** 23:1
**Ward** 83:18 86:9
**Washington** 2:2
8:3 9:9
**wasn't** 45:12 49:20
49:24 50:13 53:18
60:8 61:11,12
63:22 77:10
100:17,18 111:4
124:10 142:23
149:20 168:1
177:18
**water** 4:1 13:4 14:3
18:12 31:22 33:12
34:13 36:25 38:9
43:2,7 44:17,21
45:11,16 48:10
49:13 50:20 53:23
54:10,11 55:1,4
57:12 58:15,16,16

58:20 59:1,11,23
60:9,12,22 61:10
62:15,17,17,22
63:4,13,18 64:10
64:21,25 65:4
66:23 67:7,13
68:5,21,23,24,24
69:3,5,17,20 70:5
75:23 76:1 77:1
77:22 78:6 80:1
80:11,17 81:4,25
82:5,19,25 83:22
84:3,14,19,23
89:13,24 90:2,4,8
90:10,20,20 91:5
91:13,17,21 92:5
92:20,25 93:8,10
93:12 97:12,13
98:2,7,14,24 99:5
99:11,19,23 100:8
100:12,16 102:18
102:18 104:4,10
110:14 111:24
112:1,6,20 113:6
113:19 114:5
115:22,24 117:23
119:3,4 125:13,22
126:9,19 127:14
133:2 136:21
137:9,11 141:10
141:12,24 143:18
143:19 144:11,13
144:23 145:15,19
150:10 154:10
156:24 157:1,4,13
159:16,20 166:17
171:23,25 176:17
176:19 178:15
**waterline** 76:12
**Waterway** 44:23
112:4 124:25
**waterways** 11:14
**wave** 54:25 55:3
58:6,25 59:8,25
60:1,3,7,14 61:24
88:3,6,7,12,16
89:2,6,8,11,13,17

89:24 90:18 97:24
98:1 99:10 102:21
126:10 127:1,9,16
127:18,20
**waves** 59:6 60:2
65:5 67:3,4,25
88:17,20 90:1,3,6
90:22 91:1,3
97:19,21 98:21,22
102:22 124:21
125:5,8,9,10,23
126:8,21 127:15
**wave-free** 57:6
**Wax** 156:5
**way** 10:23 11:10
12:21 29:22 60:7
63:14 64:22 66:9
67:12 78:8 97:18
108:12,13 109:19
109:20 110:16,23
112:15 114:22
131:17 132:11,24
137:6 158:14
160:10 161:13
173:19 182:11
186:15
**ways** 13:20 47:6
81:6 132:6
**weather** 19:5 117:9
123:12 179:1
**website** 18:15,21
92:19,22 130:9
131:1,12,14
162:22 166:17
**WEBSTER** 5:25
**Wednesday** 54:1,5
85:3,4
**week** 54:1,6 71:8
154:18
**weekend** 54:13
64:1,9
**weekends** 157:12
**weeks** 54:15,16
85:12 106:15
**WEINSTOCK**
4:12
**weir** 90:5 151:25

156:5
**WELLS** 4:20
**went** 18:8,13 20:8
35:6 49:3,7,23
54:8 57:11,14
62:12 75:18 83:21
85:20 89:17 99:4
118:2 119:12
122:4 128:8 130:7
130:8 152:16
154:16 157:17
158:5 162:20
166:16
**weren't** 64:15
68:15 70:12 72:5
77:21 79:13 134:9
**west** 18:10 20:8
156:21
**westbank** 25:2
**Westerink** 17:18
17:23 19:17
131:24 138:24
**wetland** 11:8 40:25
41:9
**wetlands** 15:2
17:11 24:3 26:1,5
26:9 42:12 140:7
161:10
**wetting** 17:10
**we'll** 9:12,19 16:16
30:25 83:6 96:15
141:6 148:15
151:8
**we're** 11:20 12:13
13:18,19 15:3
30:7 32:12 58:25
60:23 96:4,18
101:1 109:3
113:24 118:12,15
119:6 131:22
132:21 146:4
148:13 154:7
167:16 176:18
179:22 182:12,13
183:15
**we've** 11:21 12:12
22:2 33:25 34:1

36:5 37:21,24
38:3,7 63:5 95:25
105:6 112:21
115:2 119:13
127:11,25 132:17
150:24 166:2
167:12,15 170:1
179:23
**Wiles** 3:2 8:21,22
51:14 87:20 136:1
136:10 164:25
165:6,10,16,22
**WILKINSON** 1:7
**WILLIAM** 2:4
**willing** 151:3
**wind** 86:5,19 87:5
87:14 89:2 98:23
122:15 124:3,4,7
124:10,13,18,20
180:9,9,9,15,18
**window** 49:21
**winds** 122:16 123:5
123:10 125:2
**wings** 158:25
**wished** 139:24
**witness** 7:4,25 9:1
9:4 51:18 56:14
56:18 148:6
153:23 154:4
162:7 163:5
170:11 171:16
185:1 186:5
**wondered** 159:16
**wondering** 32:19
35:9
**Wood** 9:3
**word** 24:24 46:9
47:4
**words** 140:1
**work** 17:5 19:12
26:4 27:8 55:6,17
63:23 65:25 69:21
79:12 80:23 81:17
81:20 82:12,15
97:9,15 101:9
104:6,7 129:5,9
130:22 134:4

136:22 137:3,8
144:9 153:10
154:8,11,12,24
156:14,16 157:3
157:11 158:7
159:19 161:1
164:18 172:21
**worked** 17:17
19:16 22:11 42:17
45:14 58:13 63:5
133:5 154:14
155:7 161:25
**working** 10:17,25
15:21 17:4,21
27:6 41:6 54:13
54:17 63:25 64:1
82:14 103:11
134:5,22 135:10
136:18 137:4
154:10,18 155:2
161:6,9 165:3
**world** 15:17
**worried** 54:9
**worry** 148:15
**worse** 18:4 117:14
**worst** 18:8
**wouldn't** 21:2
29:12 39:6,24
57:16 59:15 61:25
67:24 68:10 80:15
104:16
**wound** 154:17
**write** 166:20
**writing** 22:12
173:22
**written** 57:24
168:3 171:17
175:11
**wrong** 70:12 89:16
179:22
**wrote** 107:9 128:15
157:19
**www.katrinajust...**
162:23

**X**

**X** 6:1,1,7,7

**xerox** 72:19
**XY** 78:19

**Y**

**yeah** 20:21 21:8
26:4 30:5 35:16
37:7 39:16 45:1
45:12 47:6 54:16
56:24 63:11 72:5
73:11 74:2 77:9
80:20,22 81:14,14
83:19,25 85:16
86:11,16 103:8
104:23 107:17
108:13 110:24
114:12 116:17
122:24 127:4
134:2 143:8 144:6
151:4,10 158:18
160:1,6,21 161:24
162:18 163:17
165:24 174:9
183:4
**year** 22:9 95:20,21
101:3 161:14
**years** 12:7,20 15:7
16:18 20:18 21:3
21:25 22:5,23
23:17 25:5,14
26:22 28:1 41:2
94:24 154:17
**yesterday** 128:3
**y'all** 125:10 165:13

**Z**

**Z** 78:19
**zero** 20:22,24
**zones** 115:21 177:1
**ZWAIN** 4:11,13

**#**

**#75005** 1:23 186:25

**0**

**0** 178:9,20
**00** 178:9
**05-4182** 1:5

**06** 162:4

**1**

**1** 6:10 15:23 16:3
116:5,19 149:20
174:22,23
**1M** 174:6
**10** 6:19 167:16,20
167:21,23
**10-year-old** 10:12
**100** 55:24 67:24
**100-year** 94:20
**1000** 2:20
**1001** 5:13
**1020** 82:25
**105** 3:19 6:12
**107** 6:13
**11** 6:16 148:20,21
148:23 149:11,14
149:14 150:20,21
150:25 168:10
171:13 172:5,17
**1100** 4:22 5:6,20
**115** 6:14
**12** 6:20 170:22,23
171:10 173:25
177:21
**13th** 121:11
**13.6** 94:15
**143** 95:6
**146** 6:15
**148** 6:16
**15** 115:20 125:15
**16** 6:10 117:12
126:20 177:16
**163** 6:17
**166** 6:18
**167** 6:19
**168** 6:6
**17th** 45:24 46:1
171:23 178:6
**170** 6:20
**1700** 5:20
**19** 117:11
**190** 3:19
**1929** 20:17
**1970s** 28:8

**1990** 29:11
**1990s** 28:5
**1994** 156:5
**1995** 25:24 95:12

**2**

**2** 6:11 33:19,22
34:2 36:6 116:16
116:19 172:20,20
173:2 176:2
**2.0** 179:15
**2.1** 169:9,12,19,20
171:4,11
**2.3** 177:22,23
**2000** 16:6,21,21
28:2,4 29:11
42:21 155:9
**2002** 17:24
**2003** 17:5,24 155:9
**2004** 17:6,22,25
18:18
**2004.65** 31:8
**2005** 12:22 64:16
66:13 133:24
157:20 161:6
**2006** 101:2 163:18
**2006.34** 70:15
**2007** 1:14 10:2
163:19,21 169:9
170:16 185:25
**2101** 3:19
**213-347-0290** 2:22
**214-220-3939** 2:7
**22** 114:9 116:13,24
117:1,4 118:7
176:2 177:9
**22nd** 1:13 185:25
**2300** 4:5
**24** 116:14 117:12
117:19,19 141:24
**24-hour** 94:16 95:7
**25th** 157:7 163:19
**26th** 10:2
**27** 117:20,21
130:18
**2727** 2:5
**28** 12:21

**28th** 64:16 115:18
133:24 142:5
144:25 150:18
**288** 167:7
**29** 12:21 20:14
29:22 70:14,15
**29th** 4:14

**3**

**3** 18:3 37:22 38:3
116:9,18
**3rd** 157:8
**31** 118:10
**3200** 5:5
**33** 6:11
**337-237-7000** 5:15
**3838** 4:15
**3850** 4:23

**4**

**4** 6:12 105:7,9
108:9,19 115:20
119:14 120:13,15
124:12 149:10,11
**4th** 163:21
**4017-19** 83:14
**44017-19** 82:19

**5**

**5** 6:13 107:11,15
108:23 109:3
122:13 149:9,10
149:11 169:9,12
171:2 178:20
179:8
**5th** 163:18
**5:00** 113:18
**5:30** 113:18
**504-525-1335** 3:14
**504-561-5700** 4:7
**504-569-8732** 3:5
**504-585-3200** 5:8
**504-585-7500** 5:22
**504-832-3700** 4:17
**504-834-6500** 4:25
**504-836-2220** 2:15
**5213** 2:13

DR. G. PAUL KEMP (ALL CASES)                                    8/22/2007

| | | | | |
|---|---|---|---|---|
| **550** 2:20 | | | | |
| **6** | | | | |
| **6** 6:14 115:3,6<br>122:12 128:1<br>**601** 4:5<br>**633** 9:3 | | | | |
| **7** | | | | |
| **7** 6:15 122:10 146:6<br>146:7 153:9<br>169:17 177:22<br>**70001** 2:14<br>**70002** 4:16,24<br>**70113** 1:13 3:4,13<br>**70130** 4:6<br>**70163** 5:7<br>**70163-1701** 5:21<br>**70433** 3:20<br>**70503** 5:14<br>**70808** 9:4<br>**71** 122:17 123:5<br>**75201** 2:6<br>**79** 122:17 123:5 | | | | |
| **8** | | | | |
| **8** 6:17 163:12,15<br>**855** 1:12 3:12<br>**88** 27:15 31:7 70:19 | | | | |
| **9** | | | | |
| **9** 6:5,18 163:8<br>166:3,4<br>**90071** 2:21<br>**902** 3:3<br>**95** 154:20<br>**98** 154:21<br>**985-249-5991** 3:21<br>**99** 147:7 149:18<br>155:9 | | | | |