# PLAINTIFFS TRIAL EXHIBIT

# 28

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL        CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                       NO. 05-4182 "K" (2)

                             JUDGE DUVAL

PERTAINS TO:  LEVEE

                             MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289


                    VOLUME II
                 IN RE:  MRGO


        Deposition of PROFESSOR JOHANNES
VRIJLING, 2600 GA Delft, Stevinweg 1, 2628 CN
Delft, The Netherlands, taken in the offices
of Bruno & Bruno, 855 Baronne St., Sixth
Floor, New Orleans, Louisiana on Friday, the
17th day of August, 2007 at 9:14 a.m.

Page 2

```
 1
 2   APPEARANCES:
 3
 4       BRUNO & BRUNO
         (By: Joseph M. Bruno, Esquire)
 5       855 Baronne St.
         New Orleans, Louisiana 70113
 6       (504) 525-1335
             Attorneys for Plaintiffs
 7
 8
 9       LAMBERT & NELSON
         (By: Hugh P. Lambert, Esquire)
10       701 Magazine St.
         New Orleans, Louisiana  70130
11       (504) 581-1750
             Attorneys for Plaintiffs
12
13
14       LEVIN, PAPANTONIO, THOMAS, MITCHELL,
         ECHSNER & PROCTOR
15       (By:  Matthew D. Schultz, Esquire)
16       316 S. Baylen St.
         Suite 600
17       Pensacola, Florida 32502
         (850) 435-7140
18           Attorneys for Plaintiffs
19
20
21
22       BECNEL LAW FIRM, LLC
         (By:  Daniel E. Becnel, Jr., Esquire)
23       106 W. Seventh St.
         P.O. Drawer H
24       Reserve, Louisiana 70084
         (985) 536-1186
25           Attorneys for Plaintiffs
```

Page 3

```
 1
 2   APPEARANCES (continued):
 3
 4
 5       McCRANIE, SISTRUNK, ANZELMO, HARDY,
         MAXWELL & McDANIEL
 6       (By: Thomas P. Anzelmo, Esquire)
         3445 N. Causeway Blvd., Suite 800
 7       Metairie, Louisiana  70002
         (504) 831-0946
 8           Attorneys for Defendant,
             Orleans Levee District
 9
10
11
12       SUTTON LAW FIRM, LLC
         (By:  Charles E. Sutton, Jr., Esquire)
13       2101 N. Hwy. 190
         Suite 105
14       Covington, Louisiana  70433
         (985) 249-5991
15           Attorneys for Defendant,
             Orleans Levee District
16
17
18       LABORDE & NEUNER
         (By: Ben L. Mayeaux, Esquire)
19       (By: Gregory A. Koury, Esquire)
         (By: Laura Rougeau, Esquire)
20       One Petroleum Center, Suite 200
         1001 West Pinhook Road
21       Lafayette, Louisiana  70503
         (337) 237-7000
22           Attorneys for Defendant,
             Orleans Levee District
23
24
25
```

Page 4

```
 1
 2   APPEARANCES (continued):
 3
 4       DUPLASS, ZWAIN, BOURGEOIS, MORTON,
         PFISTER & WEINSTOCK
 5       (By: Gary M. Zwain, Esquire)
 6       (By: Joseph E. Bearden, III, Esquire)
         3838 N. Causeway Blvd., Suite 2900
 7       Metairie, Louisiana  70002
         (504) 832-3700
 8           Attorneys for Defendant,
             Board of Commissioners for the
 9           East Jefferson Levee District
             and Lake Borgne Levee District
10
11
12
13
14       BURGLASS & TANKERSLEY, L.L.C.
         (By: Kea Sherman, Esquire)
15       5213 Airline Drive
         Metairie, Louisiana 70001
16       (504) 836-2220
             Attorneys for Defendant,
17           Parish of Jefferson
18
19
20       JONES DAY
         (By: Jerome R. Doak, Esquire)
21       (By: Amy Payne, Esquire)
         (By: Erin Farris, Esquire)
22       2727 North Harwood Street
         Dallas, Texas 75201-1515
23       (214) 220-3939
             Attorneys for Washington Group
24           International, Inc.
25
```

Page 5

```
 1
 2
         APPEARANCES (continued):
 3
 4
 5
 6       MONTGOMERY BARNETT
         (By:  Kenneth J. Gelpi, Jr., Esquire)
 7       2300 Energy Centre
         1100 Poydras St.
 8       New Orleans, Louisiana 70163-3200
         (504) 585-7693
 9           Attorneys for Limitation Dredgers
10
11
12
         PRESENT THROUGH INTERNET I-DEP:
13
14       William E. Marple, Esquire
         Margaret I. Lyle, Esquire
15       Kirk Aurandt, Esquire
         Michele Gries, Esquire
16       Drew Ranier, Esquire
17
18
19
20   ALSO PRESENT:
21
22
         Gilley DeLorimier, CLVS
23       Depo-Vue, Inc.
         (504) 828-8856
24
25
```

PROF. JOHANNES VRIJLING VOL II (MRGO)                          8/17/2007

Page 6

1
2
APPEARANCES (continued):
3
4
5
6   ALSO PRESENT:
7
8
    Paul Kuhlmeier
9
10
    Robert A. Dalrymple
11
12
13
14
15
16  REPORTED BY:
17     MARGARET MCKENZIE, CCR, RPR, CMR, CRR
       Certified Court Reporter
18
19
20
21
22
23
24
25

Page 7

1              I N D E X
2
3
4   EXAMINATION BY:
5
6   MR. DOAK..............................9
7
8   MR. MAYEAUX..........................167
9
10  MR. LAMBERT..........................180
11
12
13  EXHIBITS:
14
15  Exhibit 15............................37
16
17
18  Exhibit 16............................52
19
20
21  Exhibit 17............................64
22
23
24
25

Page 8

1              S T I P U L A T I O N
2       It is stipulated and agreed by and
3   between counsel for the parties hereto that
4   the deposition of the aforementioned witness
5   is hereby being taken under the Federal Rules
6   of Civil Procedure, for all purposes, in
7   accordance with law;
8       That the formalities of reading and
9   signing are specifically not waived;
10  That the formalities of sealing,
11  certification and filing are specifically
12  waived;
13      That all objections, save those as to
14  the form of the question and the
15  responsiveness of the answer, are hereby
16  reserved until such time as this deposition,
17  or any part thereof, may be used or sought to
18  be used in evidence.
19
20          *    *    *    *    *
21
22      MARGARET MCKENZIE, Certified Court
23  Reporter, in and for the Parish of Orleans,
24  State of Louisiana, officiated in
25  administering the oath to the witness.

Page 9

1       VIDEOGRAPHER:
2       We are returning to the record.
3       This is Volume II of Johannes
4       Vrijling, Re: MRGO Group.  Please
5       proceed, sir.
6       MR. DOAK:
7       You will remind the witness he is
8       still under oath.
9       COURT REPORTER:
10      Do you understand you are still
11      under oath?
12      THE WITNESS:
13      Yes, I do.  I know.  It's clear to
14      me.
15  EXAMINATION BY MR. DOAK:
16      Q.  Professor Vrijling, my name again
17  is Jerry Doak.  We met the past two days.  I
18  represent Washington Group.  Today, however,
19  I'll be asking questions on behalf of the
20  MRGO litigation group.  Those are just labels
21  that the court established, but I want to
22  make sure that you understand that the levee
23  group is the Metro area to the west of the
24  Industrial Canal.  Do you understand?
25      A.  Yeah, yeah.

                                    3  (Pages 6 to 9)

Page 10

1    Q.  And the MRGO group is New Orleans
2  East and St. Bernard and the Lower Ninth, do
3  you understand that?
4    A.  Yes.  Now.  I understand it now.
5    Q.  If you -- the same instructions as
6  yesterday basically.  If you don't understand
7  a question at any time, just let me know and
8  I'll try to restate it for you.  We'll take
9  breaks at your convenience any time.  I will
10 try not to repeat matters from yesterday.  I
11 think I took good notes.  There were a few
12 occasions though, but I had trouble hearing,
13 so if you try to keep your voice up today I'm
14 sure I'll be able to hear you, but as you get
15 down the table I did have a little difficulty
16 yesterday and it makes it easier for the
17 court reporter and everyone.
18    Much like yesterday, when we're
19 talking about general matters not tied to
20 geography, my questions will really relate to
21 the methodology as a whole.  I think you
22 understood that yesterday.  Anything that you
23 said about the methodology in general is
24 applicable on both sides of the Industrial
25 Canal, is that correct?

Page 11

1    A.  Yes.  That's correct.  Yeah.
2    Q.  Okay.  And the same will be true
3  today in my questions.
4    A.  Yes.
5    Q.  Assume that, unless I tell you that
6  we're focused on a particular geographical
7  location.  Okay?
8    A.  Yes.  So I can say there is no
9  different approach to any of the bowls --
10    Q.  Right.
11    A.  -- because we were not aware that
12 there were different cases.
13    Q.  And whenever I refer to the model,
14 I'll be referring to the model that was the
15 product and the basis for Mr. Kok's July 30,
16 2007 expert report.
17    A.  Yeah.  Okay.
18    Q.  I'd like on begin by --
19    MR. LAMBERT:
20    Jerry, we're going to reserve
21    objections except as to the form?
22    MR. DOAK:
23    That's fine.
24 EXAMINATION BY MR. DOAK:
25    Q.  Begin by reviewing your role in the

Page 12

1  report.  There were a few matters from
2  yesterday that I wasn't sure of.  Can you
3  tell us, when did you first get involved in
4  this lawsuit?
5    MR. LAMBERT:
6    I'm just going to -- just
7    objection.  I don't know where
8    this -- is that the question?
9    MR. DOAK:
10    Yes.
11    MR. LAMBERT:
12    When did you first get involved?
13    All that preliminary stuff is not
14    part of the question, correct?
15 EXAMINATION BY MR. DOAK:
16    Q.  Correct.  I'm asking when did you
17 first get involved in the project of this
18 lawsuit.
19    A.  I don't remember exactly.  I think
20 it went like this, but I'm not for sure.
21 Ivor Van Heerden contacted us if we would be
22 able to help him with some calculations, and
23 there were various reactions.  And Mr. Kok
24 actively took up the contacts with Van
25 Heerden and there was some discussion, as we

Page 13

1  repeated yesterday, due to our anguish for
2  American lawyers, contact with any lawyer
3  here, so that the first idea was that it
4  should go via LSU, just businesslike, so
5  nothing to do with the contents of the
6  analysis, but then finally we decided to
7  enter as the team Delft to accept the offer
8  or the thing from Bruno, Mr. Bruno's office.
9    Q.  Would this be in late 2005?
10    A.  No, no, no.  It is all in this
11 year.
12    Q.  All 2007?
13    A.  I did not know Mr. Bruno until I
14 met him in Amsterdam.  Yeah.
15    Q.  Okay.  And in these discussions you
16 said we.  I thought that originally Mr. Kok
17 was being retained to be the expert and that
18 your role was only going to be as an
19 independent reviewer of his final report.
20    A.  Yeah.  He is one of my subordinates
21 as far as you can say it in this way in the
22 university world.
23    Q.  Okay.  Tell me about that.
24    A.  He is a co-worker, assistant
25 professor at TUDelft, so in this sense I am

PROF. JOHANNES VRIJLING VOL II (MRGO)                                    8/17/2007

Page 14

1   supervising his work.
2       Q.  Okay.
3       A.  In this sense he wrote a report.
4       Q.  Yes.
5       A.  And I read it and consented that I
6   thought it was a good report.
7       Q.  But originally it was his report
8   and you were going to be the independent
9   reviewer?
10      A.  Yeah, yeah, yeah, yeah.
11      Q.  But you're telling me now that even
12  in these initial discussions with Mr. Van
13  Heerden and others, you and Mr. Kok were both
14  involved in those discussions?
15      A.  He was mostly involved.  I was just
16  taking the decisions if we should take the
17  responsibility to enter into the contract
18  with an American lawyer.
19      Q.  Right.  I understand.  What is your
20  understanding of what you or Mr. Kok were
21  asked to do in this project?
22      A.  Our understanding was to hind-cast
23  the flood in the three bowls on the basis of
24  material given to us by Mr. Bruno and all the
25  names that has been mentioned and then to

Page 15

1   show how the time sequence of the water would
2   develop in these bowls.  And then later on we
3   did some, we were asked to do some
4   sensitivity studies in the sense that if you
5   close that gap what would be the influence,
6   if there would be no breaches what would be
7   the influences.  So just to get some idea
8   about subsequent influences of each of the
9   causes as far as the demonstration.
10      Q.  And all of those discussions, at
11  least in you all's mind from the Netherlands,
12  were going to be using the Sobek software
13  model?
14      A.  Yeah.  Yes.  The model that is in
15  our possession and is most fit for this type
16  of problems.
17      Q.  Okay.  So you thought that you were
18  being asked to do something that was
19  consistent with the purpose and use of the
20  Sobek model?
21      A.  Yes.  And secondly, that it was a
22  value-free scientific exercise.  So as soon
23  as we would have the idea that we were forced
24  into one or another direction due to
25  intentions of the lawyers, then we would have

Page 16

1   put on the brakes.
2       Q.  Tell me some more about your
3   relationship with Professor Kok.  How long
4   have you been a professor at the university?
5       A.  Oh, since '89.
6       Q.  All right.
7       A.  Yeah.  First as part-time professor
8   and then full-time.
9       Q.  And what is your position now?
10      A.  Professor of Hydraulic Engineering,
11  Probabilistic Design.
12      Q.  So you are a full professor?
13      A.  Yes, I'm a full professor.
14      Q.  And Professor Kok is an assistant
15  professor?
16      A.  Yes.  And part-time.  He is one day
17  a week in our service and four days a week he
18  is employed with his own consulting firm.
19      Q.  What does he do in his consulting
20  business?
21      A.  The same type of advice.
22      Q.  Using the Sobek model?
23      A.  Using the Sobek model.  He's a
24  mathematician, as I told you yesterday, or
25  your colleague yesterday.

Page 17

1       Q.  Yes.
2       A.  And his original specializations
3   is on decision theory, but he has a lot of
4   experience in applying decision theory in
5   these fields.  So after many years he is very
6   knowledgeable in the entire field of
7   hydraulic engineering, but mostly on the
8   fluid mechanics and the mathematical side,
9   not so much on the structural side.
10      Q.  What do you mean by decision
11  theory?
12      A.  That goes about the decision, for
13  instance, how high should the levee in New
14  Orleans be.  The higher we build it, the
15  smaller the risk of flooding, but the higher
16  the investment.  So there is some optimum
17  value and that should in our Dutch eyes be
18  the way to go.  So this type of mathematics.
19      Q.  And this is consistent with the
20  purpose of the Sobek model to plan?
21      A.  That has nothing -- Sobek method
22  has not much to do.  Just the fluid
23  mechanics.  That would be a basic calculation
24  about how high water levels would be given
25  certain hurricane paths.

JOHNS PENDLETON COURT REPORTERS                                  800 562-1285

Page 18

1    Q.  And then what does Professor Kok do
2  differently though that you're calling
3  decision theory, looking at the results ---
4    A.  Yeah.  If he applies decision
5  theory, then we have to know more, not only
6  the flood levels, but also the investment in
7  the better I-wall and better T-walls and the
8  value of the investment inside the city to
9  judge the risks.  And that would be some
10  optimization.
11    Q.  Did you undertake any of that kind
12  of analysis of cost efficacy in this project?
13    A.  Not in this project.  We did for
14  our own research in some exercises, we did
15  that in this direction.
16    Q.  When did you do that?
17    A.  Post Katrina.
18    Q.  Have you discussed that research
19  with your lawyers, plaintiffs' counsel?
20    A.  No, I don't think so.
21    Q.  Okay.  How is that research, is it
22  written, is there a report?
23    A.  Not -- I don't think so.  I don't
24  think so.  There is only one report which is,
25  part of the report that is Dutch offer to the

Page 19

1  Corps of Engineers, the Dutch solution, how
2  the Dutch would look to Katrina.  It is an
3  engineering effort from Delft Hydraulics, the
4  makers of this program, to the Corps of
5  Engineers.  Mr. Kok also played a part
6  together with Mr. Jonkman, whose name was
7  also mentioned yesterday.
8    MR. LAMBERT:
9    Mr. Jonkman?
10    THE WITNESS:
11    Bus Jonkman.  He was one of the
12    guys who visited with me the
13    disaster area.
14  EXAMINATION BY MR. DOAK:
15    Q.  In your original role as an
16  independent reviewer of Professor Kok's
17  report, what did you understand that role as
18  independent reviewer to be?
19    A.  To look if it was clearly reported,
20  to look if it was, let's say, true, that we
21  gave a picture of what was expected of the
22  flooding.  And, as we discussed yesterday, if
23  there would be any obvious errors in the
24  inputs.  So we discussed yesterday the depth
25  of one of these holes.  There was some

Page 20

1  discussion that if the sill would be at zero
2  level minus 20, then if it would have been
3  zero I would have said, oh, this is strange,
4  but minus 20, so in this sense I studied the
5  report and I thought it was clear.
6    Q.  Have you performed the role of
7  being an independent reviewer on other
8  projects?
9    A.  Yeah, on many projects.
10    Q.  Give me some examples.  Many
11  projects doing what?
12    A.  I've been involved in many design
13  projects in the Netherlands, so I've been
14  involved in the design of the storm surge
15  barrier Easternscheldt where I was
16  responsible for the research and detailed
17  calculations.  I helped a Dutch consultant
18  with design of breakwaters in India on both
19  sides of the coast.  I have been involved in
20  the design of the Jamuna Bridge, which is a
21  bridge over the biggest river in Bangladesh
22  cutting in two halves, so we were a bit
23  nervous if the bridge survives the latest
24  flood.  We'll see.  The Dome --
25    Q.  I was wondering --

Page 21

1    MR. LAMBERT:
2    Let him finish.
3    THE WITNESS:
4    The Dome Island, when there was a
5    previous oil -- recent exploratory
6    things to look into the Beaufort
7    Sea.  So I was involved in some
8    activities.
9  EXAMINATION BY MR. DOAK:
10    Q.  What I was wondering is what
11  standards, if any, are applicable to an
12  independent reviewer or is that just a
13  professional judgment of yours?
14    A.  It's just professional judgment,
15  yeah.
16    Q.  That list of projects that you
17  talked about, you were working as an engineer
18  on those in the design process or
19  calculating, correct?
20    A.  Yes.
21    Q.  You were not independently
22  reviewing those projects?
23    A.  No, in that sense not, no.
24    Q.  Okay.  In this project, tell me
25  what you did when you were acting in your

PROF. JOHANNES VRIJLING VOL II (MRGO)                                   8/17/2007

Page 22

1  role as an independent reviewer. You said
2  yesterday you read the report.
3      A. Yes. They made calculations. So I
4  reviewed the calculations one time in
5  between. And then Mr. Bruno visited us in
6  Holland and we gave a presentation, so that's
7  also for me an opportunity to listen to the
8  guys, how they reason, what they have done,
9  and they showed all the graphs that are in
10  here. And then later when the report was
11  finished, they mailed it to me and I read it
12  and I said, yeah, I think it is very clear,
13  concise, short report.
14      Q. How long did it take you to read
15  the report and come to your judgment that it
16  seemed to be basically correct, I guess?
17      A. So the last time, I think, four
18  hours, a half a day I read it and studied it.
19      Q. All right. And you said yesterday
20  that after you had read it and studied it you
21  did not prepare any written --
22      A. No.
23      Q. -- summary?
24      A. No.
25      Q. But that you did sit down with the

Page 23

1  team and give them your verbal comments?
2      A. Yeah.
3      Q. And approximately how much time did
4  you spend doing that, sitting down --
5      A. Not much because I thought it was a
6  very clear report.
7      Q. Okay. To what extent did you
8  review the report prepared by Mr. Kemp in
9  this case regarding his input data?
10      A. We accepted the results of Mr. Kemp
11  and they seemed not unlikely, so they are in
12  line with all the previous reports that we
13  have seen about what the levels and storm
14  surge levels and so on.
15      Q. Did you ever actually review his
16  report?
17      A. No.
18      Q. Had you met Mr. Kemp prior to this
19  exercise?
20      A. No.
21      Q. Had you ever heard of him before
22  this exercise?
23      A. No.
24      Q. The report says that he is an
25  oceanographer and an expert in surge, is that

Page 24

1  your understanding?
2      A. Yeah.
3      Q. How is it that you came to, you or
4  the team, came to identify Mr. Kemp as the
5  person you would go to for the source of data
6  that he provided?
7      A. I think he was mentioned to us by
8  Mr. Bruno and by Ivor Van Heerden.
9      Q. I'm sorry. Mr. Bruno and who?
10      A. Mr. Van Heerden. Professor Van
11  Heerden.
12      Q. Okay. You said you met Mr. Van
13  Heerden on that earlier trip to New Orleans.
14      A. Yeah.
15      Q. Had you dealt with Mr. Van Heerden
16  before?
17      A. Yeah. He visited the Netherlands
18  in the aftermath of Katrina to view our dike
19  system and our storm surge barriers and so
20  on. So I guided him and Mr. Woltering around
21  the Netherlands, but I did not meet Mr. Van
22  Heerden in the context of this report.
23      Q. But other than Mr. Van Heerden's
24  recommendation, you didn't have any
25  independent basis for assessing Mr. Kemp's

Page 25

1  qualifications?
2      MR. LAMBERT:
3      Objection.
4      THE WITNESS:
5      No. By rumor, because my
6      impression is that he is working
7      with Mr. Westerink, who is an
8      expert on this type of modeling,
9      too, but I don't know Mr.
10      Westerink, but he has a good name
11      with a colleague professor of mine,
12      Mr. Stelling. So he would have
13      certainly pulled the alarm if there
14      was anything wrong.
15  EXAMINATION BY MR. DOAK:
16      Q. Okay. In your role as the
17  independent reviewer, did you actually review
18  the report by Mr. Morris of his data?
19      A. No. No.
20      Q. Had you worked with Mr. Morris
21  before this project?
22      A. No.
23      Q. Had you ever heard of Mr. Morris
24  before this project?
25      A. No.

JOHNS PENDLETON COURT REPORTERS                                    800 562-1285

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 26

1       Q.  Did anyone recommend Mr. Morris to
2  you?
3       A.  Yeah.  The group working on it
4  here.
5       Q.  What group is that?
6       A.  The -- Mr. Bruno, Van Heerden.
7       Q.  Mr. Bruno and Mr. Van Heerden?
8       A.  Yeah.
9       Q.  Anyone else?
10      A.  I don't think so.
11      Q.  How about Dr. Branscome, the
12  gentleman who submitted the weather data?
13      A.  The same story.
14      Q.  So for all three individuals who
15  provided the input data, Mr. Kemp, Mr.
16  Morris, Dr. Branscome, you relied upon
17  recommendations that came to you from either
18  plaintiff counsel or Mr. Van Heerden?
19          MR. LAMBERT:
20          Objection.
21          THE WITNESS:
22          That's true, with one proviso, that
23          we look to the numbers to judge
24          them to be in the right direction
25          because there are many reports

Page 27

1          about water levels and scour holes
2          and so on.  So we have a fair
3          picture of what was about the size
4          and the measure of the holes and
5          water levels and so on.  This
6          didn't differ.
7  EXAMINATION BY MR. DOAK:
8       Q.  But that comment is based upon a
9  general understanding of those things --
10          MR. LAMBERT:
11          Objection.
12  EXAMINATION BY MR. DOAK:
13      Q.  -- I think?
14      A.  Yeah.
15      Q.  Because yesterday you said that
16  neither you nor the team actually went in and
17  independently checked each of the items of
18  information submitted to you, is that
19  correct?
20      A.  That's correct, but we have all the
21  reports of ASCE and the ILIT report.
22      Q.  And that's what I'm saying --
23          MR. LAMBERT:
24          Don't cut him off, counsel, please.
25          Let him finish.  He's telling you

Page 28

1  there were a bunch of reports that
2  were all consistent with the
3  information he was getting from
4  these people that you are
5  criticizing right now, so let him
6  finish.
7          THE WITNESS:
8          So that's the way we go about
9          looking in all the reports.  And as
10         soon as it would have been
11         differences, and certainly if there
12         would have been a pattern which
13         would have influenced the answers,
14         then we would have been very much
15         warned, of course.
16  EXAMINATION BY MR. DOAK:
17      Q.  Other than members of the team in
18  the Netherlands and plaintiffs' counsel and
19  Mr. Van Heerden and the three men who
20  provided the input data, have you had any
21  other interactions with people with respect
22  to preparing this report or your
23  consideration of the report as an independent
24  reviewer?
25      A.  No.

Page 29

1          MR. LAMBERT:
2          Objection.  Objection.
3          THE WITNESS:
4          No.  We only mentioned Professor
5          Stelling yesterday.  He had a
6          backseat role --
7  EXAMINATION BY MR. DOAK:
8       Q.  Yes.
9       A.  -- in judging the applicability of
10  the model itself.
11          MR. LAMBERT:
12          Did you include the other reports
13          that he's mentioned as far as
14          information material?  Did you -- I
15          missed that.
16          MR. DOAK:
17          I just meant to ask with respect to
18          were there any other people, not
19          documents.
20          MR. LAMBERT:
21          People.  All right.
22          MR. DOAK:
23          Yes.
24  EXAMINATION BY MR. DOAK:
25      Q.  And yesterday you said that you had

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 30

1   been to New Orleans one time before this
2   trip, but after Hurricane Katrina in early
3   2006, is that correct?
4       A.  Yeah.
5       Q.  Had you ever been to New Orleans
6   before that trip?
7       A.  Yes.  Two or three times for
8   conferences.  So I knew the region a little
9   bit, but I was not exactly aware of where the
10  deepest parts were.
11      Q.  In any of those prior trips had you
12  ever gone out into the field and looked at
13  any components of the hurricane protection
14  system?
15      A.  Not really in such a way.  I looked
16  at the hurricane protection, but not in a
17  systematic way.
18      Q.  On the trip you made to New Orleans
19  in early 2006, I know you identified some of
20  the canals that you visited yesterday that
21  were on the west side of the Industrial
22  Canal.  I need a verbal answer.  Is that
23  correct?
24      A.  Yeah, yeah, yeah.  Indeed.  Yes.
25  That's correct.

Page 31

1       Q.  On that trip did you have an
2   occasion to visit New Orleans East?
3       A.  Yes.  We also visited New Orleans
4   East.
5       Q.  And whereabouts did you go in New
6   Orleans East?
7       A.  The railroad area, the famous
8   crossing.  The airport, the Lakeview Airport.
9   And we visited the dikes, which were
10  overtopped, and the bridge where the famous
11  photograph is made that you have very severe
12  overtopping.  We visited because that's for
13  us also of much interest.
14      Q.  All right.
15      A.  And, of course, we visited the
16  Ninth Ward.
17      Q.  Yes.
18      A.  And St. Bernard Parish.  And we
19  went by car all over the dike along the MRGO
20  to see holes and the breaches and the near
21  complete destruction of this outlet slew.
22      Q.  All right.  Of course, what you
23  observed on that trip came after Hurricane
24  Katrina, is that correct?
25      A.  That's correct.

Page 32

1       Q.  As I understand what you said
2   yesterday, you've adopted all of the opinions
3   that were first reached by Professor Kok and
4   his team?
5       A.  Yeah, yeah.  We are now back in
6   this time again?
7       Q.  Yes, sir.
8       A.  Yeah, yeah, yeah.
9       Q.  When your role changed from being
10  an independent reviewer to being the
11  testifying expert, did you have to do
12  anything additional in order to conclude that
13  you could adopt the opinions set forth in the
14  Kok report or did you feel that you had
15  already done enough?
16      MR. LAMBERT:
17      Objection.
18      Go ahead and answer.
19      THE WITNESS:
20      No.  I had -- I could support the
21      opinion, but the guys who made the
22      calculations introduced me into
23      details.  I had a few questions,
24      how did you get, where it came
25      from, so these type of questions,

Page 33

1       and we made a few hand calculations
2       and we extract to see if I could
3       believe it.  And we discussed the
4       obstruction near the Hammond Bridge
5       and how they came to that result
6       because that was a part of the
7       discussion and engineering
8       judgment.  So in this sense we went
9       through the reports and they
10      pointed out which pump stations had
11      been working and which were not.
12      You have a difference if you have a
13      map which ones they are.
14  EXAMINATION BY MR. DOAK:
15      Q.  All right.
16      A.  So we went to the report in an
17  afternoon.  And Mr. Kok was not present, only
18  the two young engineers.
19      Q.  All right.  Other than that
20  afternoon meeting with the two younger
21  engineers, was there anything else that you
22  needed to do to investigate the opinions of
23  the Kok report before adopting them
24  yourselves?
25      A.  No, I don't think so.  I read it

PROF. JOHANNES VRIJLING VOL II (MRGO)                                    8/17/2007

Page 34

1    once again on the plane to prepare.
2        Q.   Yesterday you were asked if you
3    reached any new or different opinions.  And,
4    as I recall it, you said that the only thing
5    that was different for you was that you
6    believed that it was primarily the breaches,
7    not the rain, that was the major cause of
8    flooding in Greater New Orleans.
9        MR. LAMBERT:
10       Objection.  That's a compound
11       question and it assumes it's a new
12       opinion, which is not at all what I
13       understood.  The question is
14       objectionable because it's
15       compound.
16       THE WITNESS:
17       So to repeat, we had never thought
18       in advance, never thought of the
19       idea that the rain might really be
20       the cause of the flood.  So that
21       was our opinion.  And in the sense
22       that if all pumping stations had
23       been working it might have been
24       possible to prevent the flooding by
25       the rain and, secondly, if you have

Page 35

1        overtopping that's already severe
2        you have a slight chance, but as
3        soon as the breach happens, in our
4        opinion it is impossible to pump
5        this out.
6    EXAMINATION BY MR. DOAK:
7        Q.   Right.
8        A.   Now, this was my previous opinion
9    and that was proved by the report.
10       Q.   I just wanted to clarify though
11   that that opinion is focused on the major
12   cause of flooding in the Greater New Orleans
13   area.
14       A.   It's based on the amount of rain as
15   we explained yesterday.  There has been 12 to
16   14 inches of rain in total, so if there was
17   no pumping, then you would have one foot of
18   water in the bowl if it was a flat bottom.
19   If it's sloping, then it might be two, three
20   feet in the deeper parts.
21       Q.   Let me ask it a different way.
22   You're not suggesting that wind and rain
23   could not have caused substantial damage --
24       A.   No.
25       Q.   -- to particular properties in the

Page 36

1    New Orleans area, are you?
2        A.   No, certainly not, because that's a
3    different type of damage.
4        Q.   That's what I was trying to
5    clarify.
6        A.   Yeah.
7        Q.   Your comment about rain was focused
8    on the whole area and this depth of water
9    that you said was one of the primary
10   objectives.
11       A.   Yes.  We studied flooding and not
12   the damage due to flooding or rain or wind.
13       Q.   That's something wholly different?
14       A.   Yes.
15       Q.   And not within your purview of this
16   report?
17       A.   No.  We studied it in different
18   reports.  For instance, the Maaskant report,
19   we studied how many fatalities there were,
20   but that was for Dutch purposes.
21       Q.   What was your role, if any,
22   in preparing the supplemental report dated
23   August 3, 2007?
24       A.   The first or supplementary report?
25       Q.   I don't know if you've seen it.

Page 37

1    I'm going to come back to it, so I'm not
2    going to mark it, but have you seen a
3    document like that (indicating)?
4        A.   No, I don't think so.  I've seen
5    many of these pictures.
6        MR. LAMBERT:
7        Let him take a look at it.
8        MR. DOAK:
9        Let me go ahead and have it marked.
10       We'll come back for it.
11       MR. LAMBERT:
12       15?
13       COURT REPORTER:
14       Yes.
15       MR. MAYEAUX:
16       Counsel, do you intend to mark that
17       report as an exhibit?
18       MR. DOAK:
19       Yes.
20       (EXHIBIT MARKED)
21   EXAMINATION BY MR. DOAK:
22       Q.   Professor, I show you what has been
23   marked Vrijling 15 and ask that you examine
24   that document.
25       MR. MAYEAUX:

Page 38

1    We have no objection to that report
2    being referenced and attached as an
3    exhibit.  However, the Orleans
4    Levee District reserves all of its
5    objections regarding the timing of
6    the report and its inclusion with
7    respect to class certification
8    here.
9  MR. DOAK:
10   I think that I can --
11 MR. LAMBERT:
12   Who prepared this report?
13 THE WITNESS:
14   Kok, apparently.
15 MR. DOAK:
16   To the extent there is any
17   ambiguity in that, I will second
18   what Mr. Mayeaux said and am
19   confident that I can speak for
20   every defendant in the case that we
21   are not waiving anything --
22 THE WITNESS:
23   Is this in the context of this, so
24   it will certainly be his report
25   because we are very much interested

Page 39

1    in Holland in these damages
2    between, damage estimations between
3    our models that we have in Holland
4    and what's occurring here because
5    you seldom have an opportunity to
6    calibrate these type of damage
7    models.  But I don't -- is this in
8    this preparation?
9  EXAMINATION BY MR. DOAK:
10   Q.  Let me ask the questions and we
11 will get there.  Have you seen this document
12 before I handed it to you today?
13   A.  No.  No.
14   Q.  Okay.  I will take it back for now.
15 We will talk about it perhaps later.  I just
16 wanted to see if you had seen it.
17       Yesterday you were shown a Notice of
18 Deposition for this deposition by Mr.
19 Mayeaux.  You remember that?
20   A.  Yeah, yeah, yeah.  I had never seen
21 that before, the legalese note.
22   Q.  Yes.  I just wanted to confirm for
23 the MRGO group that I'm representing today
24 that you haven't brought any documents with
25 you today in response to those document

Page 40

1    requests, have you?
2    A.  No.  I've only, in response to
3  questions of yesterday I provided some
4  coordinates for the points, but that's the
5  only additional material that will be brought
6  in or is brought in.
7      MR. SCHULTZ:
8      Will be, apparently.
9  EXAMINATION BY MR. DOAK:
10   Q.  Given your role in working with the
11 team, were you in a position to know all of
12 the documents and potential evidence that was
13 submitted to the team for consideration in
14 their work or were you not that close?
15   A.  To our team?
16   Q.  Yes, sir.
17   A.  I knew in broad view what materials
18 they got, but not in detail, so I knew that
19 they got from Chad Morris these data, that
20 they got from Mr. Kemp, so that I knew, but I
21 didn't see it myself.
22   Q.  All right.  So if I ask you to
23 identify every document that was submitted to
24 the team for consideration, you wouldn't be
25 able to tell me that complete list?

Page 41

1    A.  No.  No.  No.
2    Q.  I want to go back to your
3  experience at the university.  I think you
4  said that you'd been a professor there since
5  1989 approximately?
6    A.  Yeah.  Yeah.
7    Q.  And when did you get your Master's
8  degree?
9    A.  In '74.
10   Q.  And what did you do in that
11 intervening 15-year period?
12   A.  Between -- so first I was employed
13 by a contracting company in the Netherlands.
14 And then I worked in Saudi Arabia on the Al
15 Jubail port project.  Then I was seconded by
16 the contractor to the storm surge project in
17 the Easternscheldt.  And there I have been
18 working for ten years from '76 to '86 going
19 through the ranks from junior design engineer
20 to responsible for difficult calculations and
21 scale model tests and these type of
22 calculations.  So I was research coordinator
23 of that project.
24   Q.  Very active practicing civil
25 engineer for that 15-year period?

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 42

1     A.   Yeah.  And then after that I was --
2   so after a few years I was changed jobs from
3   the contractor to Rijkswaterstaat, our Corps
4   of Engineers, let's say.  And then I worked
5   for some years until -- from '86 when the
6   barrier was finished to '89 or '99 in the
7   construction division of Rijkswaterstaat.
8   And then I changed over to the university.
9   And the projects we referred to, it was quite
10  common for Rijkswaterstaat employees to be
11  seconded to not foreign, but to Dutch
12  engineering firms.
13    Q.   Yes.
14    A.   So then you went for half a year or
15  three months with Haskoning or Arcadis to
16  India or Bangladesh to help.
17    Q.   One of the terms that you used was
18  that you were a professor in hydraulic
19  engineering.  Would you explain that in
20  laymen's language.
21    A.   The obvious aim of humans is to
22  influence nature and to make areas that are
23  not really habitable for humans, more and
24  better habitable as you try in New Orleans,
25  and many times they are successful and some

Page 43

1   they are not, and it is the work of civil
2   engineers to do it, in general, making roads
3   and hydraulic engineering especially when there
4   is water involved in that regards.
5   Protection against flood as regards shipping
6   facilities.  It regards bridges.  It regards
7   river training, all these kind of endeavors
8   that --
9     Q.   All right.
10    A.   -- mankind undertakes.
11    Q.   And you also used the term being a
12  professor in probabilistic design.  Would you
13  explain a little bit what you mean by that
14  term.
15    A.   Yeah.  So there's a branch of
16  mathematic systems engineering that looks
17  into the risk of engineering systems, but
18  that's a bit passive, so we changed it in
19  such a sense that we use risk analysis to
20  improve on these designs.  So you have a
21  preliminary design, then you make a risk
22  analysis and you think these are the weak
23  spots.  Then we improve it and we do it
24  again.  That's a relatively new development
25  which was initiated by me and by a colleague

Page 44

1   of mine, Professor Vrouwenvelder
2   (indicating).
3     Q.   As you are saying that, you are
4   motioning with your hand to almost make a
5   circle.
6     A.   A cycle, yes.
7     Q.   Of a design process, as I
8   understand it.
9     A.   Exactly.
10    Q.   And part of that design process,
11  I'm asking, is to use this kind of model and
12  projection and learn from it, is that
13  correct?
14    A.   That's correct.  Because all
15  decisions in life are influenced by
16  uncertainty, mostly we do it with our belly,
17  but this type of probabilistic engineering
18  tries to model the uncertainties and to take
19  them into account in a mathematically correct
20  way.
21    Q.   Where is the intersect with that
22  and computer modeling?
23    A.   Yes.  It's a different branch of
24  computer models, so we call this type of
25  modeling (indicating) deterministic modeling.

Page 45

1     Q.   I'm sorry?
2     A.   We call this type of modeling
3   deterministic modeling.  So you put in the
4   water flow and it is certain what the output
5   will be.  But there are also types of
6   programs, and the most common name is Monte
7   Carlo analysis, where you feed in not one
8   input, but many, with a certain probability
9   distribution and also the answer is
10  characterized by a probability distribution.
11  So then you make not one calculation of the
12  flow, but ten thousand.
13    Q.   When did all of this computer
14  modeling in general begin in engineering?
15    A.   I can tell you because we started
16  with the ideas in this Easternscheldt period
17  in '76 and then it was very difficult to do
18  it because computers were not yet available.
19  So with the growth of the computers and the
20  PCs and so on, we were able to do better and
21  better calculations.  So it's a growth which
22  goes parallel with the development of the PC,
23  I think.  Very early on I had an Apple
24  computer to do these types of calculations.
25    Q.   I know you indicated yesterday that

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 46

1   you had used this Sobek software before.  For
2   how many years have you been using it?
3       A.  I have not learned it myself,
4   but in the projects that we were involved it
5   has always been used.  For instance, it
6   played an important role in, let's say, the
7   grandfather of Sobek, not this one, but it
8   played an important role in the closure of
9   the Easternscheldt in predicting what the
10  flow would be after the barrier had been
11  installed, but also during construction it
12  was for us a very important task to provide
13  the contractor with accurate flow predictions
14  he had to do his activities in the, in the
15  tidal, in the mouth of the tidal estuary.  So
16  we had to provide him with weather reports of
17  what occurred.  It was all based on this type
18  of modeling (indicating).
19          MR. LAMBERT:
20          That was during the construction?
21          THE WITNESS:
22          During the construction period,
23          yeah.  So in the design period as
24          well as in the construction period.
25  EXAMINATION BY MR. DOAK:

Page 47

1       Q.  When was this Sobek software
2   developed?
3       A.  It has grown over a period of time.
4   It's already quite old, but it's renewed all
5   the time.
6       Q.  Yes.  About when did it start?
7       A.  Yeah.  About '70, '75, I think, the
8   first numerical 1D models and it has grown.
9   This 1D2D is a recent development five years
10  ago when there was interest in the flooding
11  of polders where you had ditches, because
12  originally the engineers were only interested
13  in flows through the rivers and through the
14  ditch, but only with these flooding problems
15  they got interested in when it came out of
16  the ditch over the field.  So that was a
17  special of the 1D2D development, which is the
18  basis of this model.
19      Q.  I was a little confused in there is
20  apparently some interaction between the Sobek
21  software and the Delft University 1 or 2D.
22      A.  Not some.  Many of the -- so it's
23  officially owned by Delft Hydraulics, but
24  many of the new additions are first tried out
25  by or developed by Professor Stelling or by

Page 48

1   other professors and then implemented, tried
2   out by students, and then finally they get in
3   the commercial version.
4       Q.  But it's okay if I refer to it as
5   the Sobek software as including all of that?
6       A.  Yeah, yeah, because this is the
7   Delft Hydraulics version, not a research
8   version.  It's the --
9       Q.  Okay.  And the report of Professor
10  Kok indicates that the Sobek software's
11  purpose is to generate flood simulation.  Do
12  you agree with that?
13      A.  Yeah.  Yeah.
14      Q.  And you said yesterday that it had
15  been used hundreds of times to study Dutch
16  systems?
17      A.  Yes.
18      Q.  Can you give me some examples of
19  those prior uses that you're familiar with?
20      A.  Yeah.  Especially in this field we
21  are calculating the failure probabilities of
22  our polders, which is done in the Floris
23  study, which was presented yesterday, very
24  thick report.  And in that report it also
25  tried to estimate damage and so on.  Yeah.  I

Page 49

1   think here, for the damage functions --
2          MR. LAMBERT:
3          Exhibit 2 is it?  Look at the front
4          of it, please.
5          THE WITNESS:
6          I cannot read.  It is an American
7          2.
8          MR. LAMBERT:
9          It's a 2.
10         THE WITNESS:
11         And so for these purposes, all
12         these diagrams are flooded with the
13         same program to estimate water
14         depths.
15  EXAMINATION BY MR. DOAK:
16      Q.  But what exactly does it do, it
17  predicts the flow of water?
18      A.  Yeah.  It predicts the flow of
19  water.  And the specialty, as I tried to
20  explain a few moments earlier, that normally
21  we only modeled the ditches and the rivers so
22  the water courses, but in this flooding type
23  of problem you want to know how quickly it
24  passes over the grass fields beside the flow.
25  And that's a special addition to this model.

13  (Pages 46 to 49)

PROF. JOHANNES VRIJLING VOL II (MRGO)                            8/17/2007

Page 50

1      Q.  And when you say that's the special
2   addition of this model, do you mean of the
3   latest model of Sobek software or the special
4   thing about the project model --
5      A.  The Sobek and then model 1D2D.
6   Delft -- the Delft 1D2D model (indicating).
7      Q.  Okay.  Has the Sobek software ever
8   been used on American sites?
9      A.  Yeah.  We discussed that yesterday
10  also.  I'm not aware personally, but knowing
11  Delft Hydraulics, I'm convinced that there
12  have been projects which it is used.  And it
13  has been used in our hands and in Delft
14  Hydraulics' hands to rehind-cast this flood
15  in New Orleans.
16     Q.  May I see Exhibits 2 and 3 -- 3 and
17  4 from yesterday, please.  I understand the
18  documents that have previously been marked as
19  Exhibits 3 and 4.  I wondered if you are
20  aware of any other documents that describe
21  the purpose of the Sobek software.
22     A.  I think there will be more than
23  that.
24     Q.  That there would be more than this?
25     A.  Yes.  Yeah, yeah.  I even said

Page 51

1   jokingly, if you don't believe it you can buy
2   the model.  It is available.
3         MR. MAYEAUX:
4         How much?
5         THE WITNESS:
6         So there are packages and
7         information, leaflets and many
8         things.
9   EXAMINATION BY MR. DOAK:
10     Q.  Would those documents likely
11  explain the intended uses and purposes of the
12  software?
13     A.  Yeah, yeah.  Certainly.  And there
14  are various packages, so it ranges from not
15  Sobek, but Waqua, which is really 2 or 3D, to
16  the simple Sobek 1D, which is only the river
17  and ditches, let's say.
18     Q.  Has the Sobek software ever
19  established a margin of error?
20     A.  The model has -- in any normal
21  case, let's say, normal project, the model is
22  calibrated.  So you have past observations
23  and you try if you can rehind-cast them.  So
24  in that sense, for every project it is
25  calibrated and more in general there is a lot

Page 52

1   of project experience, so for many projects
2   this procedure has been applied.  And the
3   matter as such is nothing special.  As we
4   discussed yesterday, there are also Danish
5   packages that do the same, Mike 11 and Mike
6   22.
7         MR. DOAK:
8         Mark that next in order.
9         (EXHIBIT MARKED)
10  EXAMINATION BY MR. DOAK:
11     Q.  Mr. Vrijling, I hand you what has
12  been marked as Deposition Exhibit 16 and ask
13  that you examine that document.
14     A.  Uh-huh.
15     Q.  Do you recognize this as one of
16  the --
17     A.  The leaflets which I had mentioned.
18     Q.  Which was produced to defendants?
19     A.  Yeah, yeah, yeah.  This is what I
20  intended with the leaflets.
21     Q.  Yes.  According to the first
22  paragraph on the first page, it says that the
23  program is typically used to simulate the
24  progression of floodwaters and the depth of
25  flooding in the area.  Would you agree with

Page 53

1   that description of the purpose of this
2   model?
3      A.  Yes, yes, yes.  That's the same as
4   I explained.
5      Q.  And I assume that this defined
6   purpose is the reason you told us yesterday
7   that of all of the objectives of this model,
8   the most important was to reach this final
9   depth of water?
10     A.  Yeah.
11     Q.  Correct?
12     A.  Yeah, yeah.
13     Q.  Because that is the defined purpose
14  of the software in the first place --
15     A.  Yeah.
16     Q.  -- as opposed to other things it
17  might do, correct?
18     A.  Yes.  That's correct.
19     Q.  And in the second paragraph there's
20  a list of bullets, but if you would look at
21  the third paragraph, it says that it enables
22  users to make reliable predictions, correct?
23     A.  (Witness nods head.)
24        MR. LAMBERT:
25        Where are you reading from?

14  (Pages 50 to 53)

PROF. JOHANNES VRIJLING VOL II (MRGO)                                 8/17/2007

Page 54

1        THE WITNESS:
2        Here (indicating).
3        MR. LAMBERT:
4        Oh, I see.  Okay.
5        THE WITNESS:
6        The fourth.
7   EXAMINATION BY MR. DOAK:
8        Q.  I'm sorry.  You were nodding your
9   head.  I need to have a verbal answer in that
10  third paragraph --
11       A.  Yeah.  In the third paragraph it
12  says you can make a reliable prediction of a
13  flood in a shallow area or polder area.
14       Q.  And these predictions are
15  future-looking predictions, right?
16       A.  Yes.  So it's --
17       Q.  And in the list of illustrative
18  uses that are on this front page, disaster
19  management, evacuation planning, you see that
20  language?
21       A.  Yes.
22       Q.  It doesn't say anything about using
23  this for litigation purposes, does it?
24       A.  No.  No.
25       Q.  And it doesn't say anything about

Page 55

1   recreating a past hurricane event, does it?
2        A.  No, but you're now going into a --
3   because you can already attack, if you want,
4   that it can be predicting flooding events
5   because I think this is the first flooding
6   event of New Orleans where we have the
7   possibility of really testing it, but --
8        Q.  Well, but your model did not
9   purport to be an analysis to predict some
10  future hurricane event, did it?
11       A.  No, not hurricane.  It predicts the
12  flow of water if you have a shallow area and
13  you let it flow in in the shallow area a lot
14  of water, how it will progress in the shallow
15  area.  If this water is caused by a hurricane
16  or a Dutch storm or by a breach of the river
17  levee is not important.
18       Q.  My point though is for this
19  litigation purpose you used the model to
20  attempt to simulate, reduplicate a past
21  historical event?
22       A.  Yes.
23       Q.  And that's different from trying to
24  predict a future event?
25       A.  Yeah, not really.  Physically so in

Page 56

1   the sense of your words it is different, but
2   in the meaning of the physics it's the same
3   because --
4        Q.  But in predicting a future event
5   don't you have a tighter control over the
6   variables?
7        A.  Not really.  If I try to predict a
8   future flooding of the Netherlands, which has
9   not happened for 50 years, then I have no
10  control whatsoever because I have to guess a
11  breach, I have to guess circumstances.  If I
12  hind-cast a disaster that has happened, then
13  I know how high the water level was and I
14  know how wide the breach was and I know if it
15  was storming or not.
16       Q.  Okay.
17       A.  So in this sense is a hind-cast
18  more reliable than the prediction, but
19  physically it's now the same because you put
20  in input parameters and you get a result.
21  And with a hind-cast you know what the inputs
22  have been because they are measured.  And in
23  a prediction you even don't know the inputs.
24  You have to get them from thin air.
25       Q.  The title of this page says:

Page 57

1   "Sobek Rural Overland Flow Module."  Are
2   there different modules of the Sobek
3   software?
4        A.  Yes.  I tried to explain to you
5   that there is a whole range, from 1D
6   software, if you look only to river flow, up
7   to 3D software if you want to have a real
8   mixing and problem with in the sea where also
9   the depth is of importance to mix chemicals
10  or hot water.
11       Q.  What I'm trying to find out is how
12  many different models, modules of this
13  software are there to your knowledge?
14       A.  I didn't know.  At least three or
15  four.
16       Q.  All right.  But for this project
17  you used this module, is that correct?
18       A.  Yeah.
19       Q.  And why did you choose to use the
20  module for rural areas?
21       A.  Yeah, because it says rural, but it
22  is meant for, as pictured above, so land and
23  house and so on.  Not really a city
24  environment, but, as we discussed yesterday,
25  we model a pack of houses only by roughness,

PROF. JOHANNES VRIJLING VOL II (MRGO)                           8/17/2007

Page 58

1    not by individual houses.  So in that
2    sense --
3        Q.  I think I just heard you say so it
4    is not really intended for city purposes?
5            MR. LAMBERT:
6            Objection.
7            THE WITNESS:
8            If you have a really tight block
9            city, then the only way to model
10           that city in Sobek is to create
11           roughness.  It's not that the
12           individual houses are modeled.  If
13           you would like to do that, then you
14           have to make a far more 3D type --
15   EXAMINATION BY MR. DOAK:
16       Q.  Well, I'm not sure I understand
17   that you are answering what I'm trying to
18   ask.  Maybe I'm not asking the question well.
19   (Whereupon Daniel E. Becnel, Jr., Esquire
20   entered the room.)
21           MR. LAMBERT:
22           Objection.
23   EXAMINATION BY MR. DOAK:
24       Q.  I assume from the title that the
25   people who wrote the title thought there was

Page 59

1    some significance to this being a rural
2    module.  Does that make sense to you?
3        A.  Yeah, yeah, yeah, but then the
4    definition, what is rural, it comes into
5    play.
6        Q.  Okay.
7        A.  And we in the Netherlands, we
8    understand under rural such type of landscape
9    (indicating).  So that means housing and a
10   park and some gardens and a meadow and so on.
11       Q.  You were pointing to the picture on
12   the first page of Exhibit 16?
13       A.  Yes.  Yes.
14       Q.  Is that correct?
15       A.  Yes, that's correct.
16       Q.  Okay.
17       A.  If you think that rural is only
18   meadows and some trees, that's not correct.
19       Q.  And do you consider the Greater New
20   Orleans area to be rural?
21       A.  Yeah.  In this sense it's rural.
22   Yeah.  It is low housing, gardens, trees.
23       Q.  Do you know if there are different
24   modules by Sobek that would be more suited
25   for cities?

Page 60

1        A.  No.  There are none.
2        Q.  I believe that you acknowledged
3    yesterday that, to your knowledge, the Sobek
4    software has never been used for litigation
5    purposes, is that correct?
6        A.  I'm not aware of it.
7        Q.  I would like to go back and
8    understand some more about the projects where
9    you have previously been involved in this
10   Sobek software was used.  How did the size of
11   those projects compare to the size of the
12   analysis you've done for this litigation in
13   trying to simulate Hurricane Katrina?
14           MR. LAMBERT:
15           Objection.
16           THE WITNESS:
17           And you mean geometrical size
18           (indicating)?
19   EXAMINATION BY MR. DOAK:
20       Q.  In part.
21           MR. LAMBERT:
22           Objection.  You see, that's the
23           problem I'm having.  It is kind of
24           vague.  What do you mean by size?
25           MR. DOAK:

Page 61

1            I'll be glad to spell it out.
2    EXAMINATION BY MR. DOAK:
3        Q.  I would like to try to compare the
4    complexity and magnitude of the situations
5    that you previously have applied the Sobek
6    model to.
7        A.  Yeah.
8        Q.  And compare or contrast that with
9    the project that you have done for this
10   expert report.
11       A.  I --
12           MR. LAMBERT:
13           Excuse me.  Objection.  Is that a
14           question?
15           MR. DOAK:
16           Yes.
17           MR. LAMBERT:
18           Objection.
19           THE WITNESS:
20           I can only tell you the
21           Easternscheldt is the size of
22           approximately 25 kilometers by 10
23           (indicating), and Jamuna River is,
24           I think, 15 kilometers wide.  The
25           part we modeled was a few hundred

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 62

1    kilometers.  The flooding areas in
2    Holland we studied are roughly --
3    because each polder in the
4    Netherlands is approximately 50 by
5    50 kilometers roughly.  And we have
6    used it in a project in Husum,
7    which was a closure project, which
8    was, I think, 10 by 10 kilometers
9    area, which was a marshy and bottom
10   shoals.
11   EXAMINATION BY MR. DOAK:
12   Q.  All of those --
13   A.  Yeah.  All of these --
14   Q.  All of those go to geographic size?
15   A.  Yeah.  Yeah.
16   Q.  And I'm wondering about the
17   complexity in the sense of being able to
18   input data that's quality data, how you would
19   compare your prior uses and overall
20   complexity to the job you did here.
21       MR. LAMBERT:
22       So the record is clear, counsel,
23       could we get a kilometer by
24       kilometer comparison.  In other
25       words, what is this project, for

Page 63

1    example, the polders in New
2    Orleans, kilometer-wise, what by
3    what?
4    THE WITNESS:
5    To my opinion, the entire New
6    Orleans area is equal to our
7    Province Utrecht.  So the size of a
8    bowl in New Orleans is a little bit
9    smaller, but not much than our big
10   polders, the entities that we are
11   protecting or seeing as one polder.
12   EXAMINATION BY MR. DOAK:
13   Q.  Okay.
14   A.  So they are similar in size.
15   Q.  Okay.
16   A.  And then to your question, you
17   know, it may sound strange, but this was in
18   this sense less complicated.  Much has been
19   measured here.  So in many of these projects
20   out in the sea and in the rivers, then you
21   have very scarce measurements and they are
22   not done by reliable Americans, but by Indian
23   people.  So there is a lot of doubt in these
24   projects if you have actually good data.  So
25   then even more, which you might not suspect,

Page 64

1    but even more you have this cycle of do I
2    believe what I get out of it or has someone
3    made a mistake in providing me with data.
4    Q.  Yes.
5    A.  So in this sense this was not so
6    complex.
7    Q.  We'll get to the details of
8    breaches later, but do you recall
9    approximately how many breaches you all took
10   into account in preparing this model?
11   A.  Here?
12   Q.  Yes.
13   A.  I think 25 or something in total.
14   We can count them.  They are all in the
15   tables (indicating).  Roughly 8 per bowl.
16       MR. DOAK:
17       Did we mark yesterday the report of
18       Mr. Morris?
19       MS. PAYNE:
20       No.
21       MR. DOAK:
22       Let me, please, have this marked as
23       Vrijling Exhibit No. 17.
24       (EXHIBIT MARKED)
25   EXAMINATION BY MR. DOAK:

Page 65

1    Q.  Mr. Vrijling, I'm going to hand you
2    the report by Mr. Morris dated July 30, 2007,
3    which has been marked as Vrijling Exhibit 17,
4    and I ask that you examine figure 4-1 in that
5    document (indicating).  It had been my
6    understanding, which I wanted to confirm or
7    correct with you, that this top figure 4-1
8    was showing upwards of 200 different breach
9    sites around the overall area.
10   A.  Yeah, yeah.  If you count these
11   all --
12   Q.  I don't want to fight about
13   numbers, so I'm trying to find a way that we
14   can reconcile this that you're comfortable
15   with.  I guess this would suggest that if you
16   want to take breaches at a small enough
17   location there may be as many as 200 plus, is
18   that correct?
19   A.  Yes.  It could well be, yeah.
20   Q.  But that there is a much smaller
21   number that you consider to be the
22   significant breach sites --
23   A.  Yeah.
24       MR. LAMBERT:
25       I have to make an objection.  You

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

Page 66

```
 1        have a whole bunch of numbers along
 2   the --
 3        MR. DOAK:
 4        Just state your objection, counsel.
 5        MR. LAMBERT:
 6        Well, my objection is that you're
 7   trying to characterize by using the
 8   word significant --
 9        MR. DOAK:
10        I'm asking a question that the
11   witness can answer and he can say
12   no.
13        MR. LAMBERT:
14        And I'm objecting to it because
15   you're characterizing a number of,
16   a numbering system of breaches
17   along a long levee where apparently
18   somebody has measured or counted
19   numerous ones versus breach sites,
20   which are fewer in number.
21        MR. DOAK:
22        Are you done?
23        MR. LAMBERT:
24        Maybe.  For now.
25        MR. DOAK:
```

Page 67

```
 1        Okay.
 2        THE WITNESS:
 3        Yeah, because these numbers, we
 4        don't know what they mean, so you
 5        say they are breaches, but --
 6   EXAMINATION BY MR. DOAK:
 7        Q.  No, sir.  I was asking you.  This
 8   was submitted by your --
 9        A.  Okay.
10        Q.  -- by Mr. Morris who submitted data
11   for the model.  So this is not my data.
12        A.  No.  You are saying these are
13   breaches.
14        Q.  Well, I was asking you.  Do you
15   know what information was submitted on breach
16   data by Mr. Morris?
17        A.  I had to estimate the number of
18   breaches.  And I said it was approximately 25
19   or something like that order.
20        Q.  Okay.
21        A.  And then you produced this and you
22   said, well, there are much more (indicating),
23   at least that was the impression, but I don't
24   know if these intend to be breaches all,
25   because many are overtopping scour holes,
```

Page 68

```
 1   which did not lead to real breaches, here in
 2   the south part.  In the north part there was
 3   one big breach, in my understanding, and here
 4   also are many numbers, so I don't know
 5   exactly what's the definition of these --
 6        Q.  On the top figure 4-1 --
 7        A.  Uh-huh.
 8        Q.  -- the legend here (indicating)
 9   says breach locations, is that correct?
10        A.  Yes.
11        Q.  And surrounding that there are a
12   series of numbers all throughout the New
13   Orleans area, is that correct?
14        A.  Yes.  That's correct.
15        Q.  And this was the report prepared by
16   your sub-expert, Mr. Morris, correct?
17        A.  Uh-huh.
18        Q.  And Mr. Morris was the one you
19   relied upon to submit breach data that you
20   input into the model, is that correct?
21        A.  That's correct.
22        Q.  And do you have an understanding of
23   what these numbers up to 226 mean or not?
24        A.  I don't know this in detail, but if
25   you look to the next page, Exhibit 4-2, then
```

Page 69

```
 1   it is in my opinion are not really breaches
 2   yet, but breaches in development where you
 3   have the scour type.  So if he counts them as
 4   breaches, then the definition of breach is a
 5   little bit different because we call it only
 6   breach if the sill level is far below the
 7   water level and you have real inflow of
 8   water, not these small damages to the inner
 9   slope.
10        Q.  How many breaches do you recall in
11   number were used as input data into your
12   software model?
13        A.  They are exactly given in the
14   tables with the specification of width and
15   depth.
16        Q.  It would be the sum of those?
17        A.  Yeah.
18        Q.  Approximately 25 you thought?
19        A.  Yeah.
20        Q.  If, however, this chart 4-1 does
21   include very minor breaches or overtoppings
22   up to 226, then someone had to make a choice
23   on which breach sites were large enough to be
24   input into the data, correct?
25        A.  Yes.
```

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 70

1    Q.  And some very significant number of
2   sites were selected not to be included in the
3   input data?
4    A.  Yeah.
5    Q.  Okay.  And that's the kind of thing
6   that happens in modeling, correct?
7    A.  Yeah.
8    Q.  You have to do it.
9    A.  Yeah, yeah, yeah.
10    Q.  Okay.  What I was trying to compare
11   this to in my earlier question was whether
12   the total magnitude of what you were
13   analyzing in the New Orleans situation with
14   all of the hydrographs and all of the breach
15   sites and all of the sizes of breach and all
16   of the data combined with the geographical
17   miles was comparable in complexity to the
18   prior uses you have made of the Sobek model.
19    MR. LAMBERT:
20    Objection.
21    Go ahead and answer.
22    THE WITNESS:
23    I think so.
24   EXAMINATION BY MR. DOAK:
25    Q.  So this wasn't anything new in the

Page 71

1   use of the model?
2    A.  No.
3    Q.  Okay.  In the prior occasions where
4   you've been on a project making use of the
5   Sobek model, what was the general purpose of
6   the modeling?
7    A.  Mostly it was about river
8   engineering and the closure of tidal
9   estuaries, so the major attention went to the
10   flow in the channel and if you narrow the
11   channel what will happen to the flow and to
12   the water levels and so on.  And only in the
13   project we described in the Floris type of
14   analysis we were using it in the purpose as
15   it's used here.
16    Q.  As I understand it though, this is
17   in connection with the design function much
18   like your teaching expertise, you are about
19   to design something and want to use a model
20   to make predictions that might help improve
21   your design?
22    A.  Yes.
23    MR. LAMBERT:
24    Objection.
25    THE WITNESS:

Page 72

1    Yes.
2   EXAMINATION BY MR. DOAK:
3    Q.  And is that the typical use that
4   you have made of the Sobek model on the
5   projects you've used it before?
6    A.  Yeah, but I've explained earlier
7   already that if you use it for design, then
8   you start with replaying old situations, old
9   floods, old river floods, to see if the model
10   can replay history.  And then you start to
11   play the future.  In this case you, in fact,
12   only do the first part, replaying history, to
13   see if you can understand and explain what
14   happened and why and where.  And if you are
15   confident that it fits, then you know at once
16   in all points of the polder, as we have
17   shown, you know the water levels which were
18   previously only known there where
19   eyewitnesses have been standing or waiting or
20   filming.  So then, by using few points from
21   eyewitnesses, you can spread the information
22   over the whole area.
23    Q.  Are you familiar with computer
24   modeling in other areas than simulating
25   floods?

Page 73

1    A.  Yes.
2    Q.  Is there any common methodology
3   that's kind of systemic to all modeling?
4    A.  Yeah.  The architecture of the
5   software and the computer language, which is
6   mostly FORTRAN, PC today.
7    Q.  How does the Sobek software model
8   compare to the models that are used to
9   forecast weather?  Is there a similarity of
10   methodology there?
11    MR. LAMBERT:
12    Objection.
13    Go ahead and answer.
14    THE WITNESS:
15    I don't know.  I think forecast
16    modeling is more complex, but I'm
17    not an expert in this because it
18    involves heat exchange, too, and
19    air is compressible and water is
20    not, so it is considerably more
21    difficult.
22   EXAMINATION BY MR. DOAK:
23    Q.  Same answer for models that
24   forecast hurricanes?
25    A.  Yeah.  The air movement.

19 (Pages 70 to 73)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 74

1    Q.  I don't know what words you would
2  use to describe it.  I understand software to
3  have field layouts that can be populated with
4  data.
5        MR. LAMBERT:
6        Objection.
7        THE WITNESS:
8        Input.
9  EXAMINATION BY MR. DOAK:
10   Q.  Input?
11   A.  Yeah.
12   Q.  And yesterday you told us about a
13  few specific types of data that the Sobek
14  model was preprogrammed to be prepared to
15  accept such input, is that correct?
16   A.  Yeah.
17   Q.  Are you aware of any document that
18  lists what those subject areas are for the
19  Sobek program?
20   A.  Yes.  In principle, those tutorials
21  that you have two examples of, they give the
22  possibilities how to play with the program.
23   Q.  Yesterday we went through a number
24  of areas that you said that the model could
25  accept the data, but you all decided not to

Page 75

1  input such data.  Do you remember that?
2        MR. LAMBERT:
3        Objection.
4        THE WITNESS:
5        Not exactly.  Which we didn't
6        accept, but we discussed the --
7  EXAMINATION BY MR. DOAK:
8    Q.  Yes.
9    A.  -- various possibilities of input.
10   Q.  Yes.  Are you able off the top of
11  your head to identify for me every place the
12  Sobek model is prepared to accept a
13  particular kind of data that was not added in
14  this case?
15       MR. LAMBERT:
16       Objection.
17       THE WITNESS:
18       I do not understand your question.
19  EXAMINATION BY MR. DOAK:
20   Q.  I have it coming up later, and I'll
21  ask you a different time with a reference to
22  yesterday.  Did you ever seek to validate the
23  predictions made in this model on the New
24  Orleans flooding?
25   A.  By cutting the dikes again when the

Page 76

1  next hurricane comes.  That's the problem.
2  With these floods, you can never validate
3  them because then you have to repeat the
4  flood or -- this is exactly the nasty thing
5  why we are so glad that New Orleans flooded
6  and not the Netherlands.
7    Q.  Well, you said yesterday that you
8  accepted a list of illustrative points in
9  each of the main geographical areas that
10  are --
11   A.  Yeah.
12   Q.  -- that are identified in the
13  report, is that correct?
14   A.  Yeah.  That's correct.  We --
15   Q.  And you could have added to that
16  list of illustrative points specific
17  addresses, such as the named plaintiffs, and
18  then gone out in the field and investigated
19  what happened at a particular house --
20   A.  Yeah.
21   Q.  -- and sought to compare that
22  forensic inspection to the prediction in your
23  model.  You did not do that, did you?
24   A.  No.  We had only the eyewitness
25  reports that were available that we used for

Page 77

1  calibration.
2    Q.  But in science you will agree with
3  me that it's very important to validate
4  things with empirical evidence --
5    A.  Yes.  That's what I tried to say.
6  Then you need to flood --
7    Q.  Professor, you've got to let me
8  finish the question.  If we were just talking
9  it would be fine, but with the court reporter
10  you have to let me finish the question or
11  she'll get lost.
12       MR. LAMBERT:
13       I have an objection to the question
14       also, that you didn't finish.  I
15       made it already.
16  EXAMINATION BY MR. DOAK:
17   Q.  Is part of the reason that you did
18  not seek to test the model's prediction
19  against particular houses and properties is
20  that's simply going beyond the intended
21  purpose of this model?
22       MR. LAMBERT:
23       Objection.  Objection.  Counsel,
24       you're good, but you really are
25       pushing the envelope here.  You

Page 78

```
 1    don't have an eyewitness set up at
 2    a particular class representative's
 3    address so you verify where you
 4    have the eyewitness.  You don't --
 5    you can't pick a particular
 6    address --
 7    MR. DOAK:
 8    Counsel, I think you are making a
 9    coaching objection --
10    MR. LAMBERT:
11    No, I'm not.
12    MR. DOAK:
13    -- and I will ask for you just to
14    state your objection and not
15    comment on the subject area in
16    front of the witness.
17    MR. LAMBERT:
18    I'm trying not to have such a
19    long-winded waste of time in terms
20    of your attack, which is, I mean,
21    you also equate scientific analysis
22    with a specific plaintiff's
23    address.  And this is just silly.
24    I mean, it takes a lot of time.
25    MR. DOAK:
```

Page 79

```
 1    Then let the witness tell me it's
 2    silly.
 3    MR. LAMBERT:
 4    I'm telling you it is silly and I'm
 5    objecting.
 6    MR. DOAK:
 7    Then state your objections without
 8    making the comments.
 9    MR. LAMBERT:
10    That's what I was trying to do, but
11    I thought you invited my objection
12    comments.
13    EXAMINATION BY MR. DOAK:
14    Q.  In view of that, I think I need to
15    go back and confirm my understanding.  I
16    thought that you had just agreed with me that
17    science does try to validate things based
18    upon empirical evidence.
19    A.  Yes.
20    Q.  That's not Jerry Doak making up
21    that theory, is it?
22    A.  No.
23    Q.  That's a well-accepted principle we
24    all learned early in science class.
25    A.  Yes.
```

Page 80

```
 1    Q.  And I assume you would agree with
 2    me that there are a number of ways individual
 3    houses in the New Orleans area might have
 4    evidence from which an investigator or an
 5    eyewitness may be able to make very specific
 6    statements about what happened to that
 7    particular property.  Would you agree with
 8    that?
 9    A.  Yeah, but the problem is that you
10    need an observation of water level and a
11    certain time.  So in this case the evidence
12    of a house is insufficient because all the
13    phases of flooding have passed the house and
14    the house cannot tell at what moment how
15    high.  Only eyewitnesses can do that or these
16    types of clocks, battery clocks, that have
17    stopped by the water level.  Then you also
18    have some idea at what time, what level was
19    reached.  So we used these data, we tried to
20    use all the eyewitnesses and some clock data.
21    So that's what we tried to use.
22    Q.  What I'm aiming at though is that
23    you are focused on what is the final depth of
24    the water, correct, primarily?
25    A.  For the final result of the
```

Page 81

```
 1    calculation.
 2    Q.  Yes.
 3    A.  But --
 4    Q.  Because that's what the model is
 5    intended to do?
 6    A.  Yeah, but it also gives you the
 7    progression, how the flood progresses through
 8    the polders.  And in the calibrations we try
 9    to get this as accurate as possible in
10    relation to eyewitness observations.
11    Q.  Yes.  What if a tree fell over on
12    the house before the water got there, would
13    your model know about that?
14    A.  No, but it wouldn't be of much
15    interest for the water.
16    Q.  It's not of much interest because
17    that's what the model isn't intended to do,
18    correct?
19    A.  No, and it doesn't have too much
20    influence either.
21    Q.  Okay.
22    A.  Unless it would be an entire wood.
23    Q.  Okay.  What about if somebody had
24    inspected a house and said that they could
25    determine that the flooding height was three
```

PROF. JOHANNES VRIJLING VOL II (MRGO)                          8/17/2007

Page 82

1   feet high and it was a professional who did
2   that, would you credit that information from
3   water?
4       A.  It would be an eyewitness report, I
5   think.
6       Q.  Yes.  And if you had that on a
7   particular house that your chart predicted
8   should have been 12 feet high of water, that
9   would be of concern to you, wouldn't it?
10      A.  Yeah.  It would.
11      Q.  Or it may be simple variation
12  within a grid or other things?
13          MR. LAMBERT:
14          Objection.
15          THE WITNESS:
16          That's a bit too strong for
17          variation, I'm afraid, from 3 foot
18          to 10 foot, an unlikely variation,
19          because it would be an unknown
20          steepness of the water.
21          MR. DOAK:
22          We'll come back to that.  I'm told
23          we have to take a break because
24          they can change the videotape.
25          VIDEOGRAPHER:

Page 83

1           Off the record.  It is 10:40.
2           (RECESS TAKEN)
3           VIDEOGRAPHER:
4           Returning to the record.  It is
5           11:06.
6   EXAMINATION BY MR. DOAK:
7       Q.  Professor, next I'd like to turn to
8   the limits of modeling just in a general way.
9   Would you agree that real world events tend
10  to have hundreds of complex interacting
11  factors?
12      A.  Yes.
13      Q.  And that makes it very difficult to
14  get all of that information correctly into a
15  computer to replicate it?
16      A.  Yes.  And the first step is we
17  limit the real world to one aspect, in this
18  case, the flow of water, and we don't look
19  into psychological, economical, whatever
20  aspects.  So that's the first big
21  schematicization.
22      Q.  Yes.
23      A.  And then we have to do even more.
24      Q.  In your preface of the report, and
25  I know y'all went through this yesterday,

Page 84

1   making the obviously correct statement that
2   output quality is completely dependent on
3   input and accuracy of the base grid.
4       A.  Yes.
5       Q.  I think we discussed that
6   yesterday.
7       A.  Yes.
8       Q.  Isn't it also important -- it's not
9   only the accuracy of the data, but the
10  completeness of the data?
11      A.  No.  I think the beautiful thing of
12  using such a model is that you can with
13  relative incomplete data set, you can find
14  points that you would like to know by using
15  these equations of physics.  This is exactly
16  what we are doing.  We have a very scarce
17  data set, and from that we predict how the
18  flow was going, and these few points we have
19  from eyewitnesses we can check if it's right.
20  And then, although we have only a few points,
21  if we get it right, then we have many points.
22      Q.  But if that always worked, why
23  wouldn't you be able to run reliability
24  studies on programs and methodologies and
25  come up with a margin of error rate?

Page 85

1           MR. LAMBERT:
2           Objection.
3           THE WITNESS:
4           I didn't say we couldn't come up
5           with a margin of error.  We can
6           come up with a general margin of
7           error of Sobek or models in general
8           because it is not really -- you
9           don't need one case.  That's even
10          better to have various cases
11          between European river and American
12          river and a Russian river, and then
13          these together tell you how
14          reliable Sobek is, but in this case
15          the reliability of Sobek is not an
16          issue because generally the
17          reliability of the input is far
18          more difficult, and also in this
19          case, of course, because you don't
20          know exactly how high the water
21          levels were and how big the
22          breaches.  And it is all
23          observations afterwards.
24  EXAMINATION BY MR. DOAK:
25      Q.  And that does make for difficulty?

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 86

1     A.  That makes it limited accuracy.
2     Q.  And in this model you did make
3  assumptions, which are reflected in the
4  report, correct?
5     A.  Yeah.
6     Q.  And making assumptions carries with
7  it the potential for error?
8     A.  Yes.
9     Q.  And you always have some relevant
10 factors where you just don't have data on
11 those relative factors.  And you allude to
12 that a few times in the report.
13        MR. LAMBERT:
14        Objection.
15        THE WITNESS:
16        Yeah, but in this case I think we
17        have quite some confidence in the
18        prediction of the model.  We have
19        no reason to doubt it apart from,
20        let's say, a foot or a half a foot
21        in the water levels.
22 EXAMINATION BY MR. DOAK:
23    Q.  Okay.  We'll talk about that.
24    A.  If you talk about time, it is a
25 little more difficult, as we discussed

Page 87

1  yesterday.
2     Q.  Yes.
3     A.  But we are not lacking confidence
4  in the model results.
5     Q.  Does it affect the accuracy of the
6  prediction in a flood simulation model when
7  you increase the number of data sets that are
8  being fed to it?
9        MR. LAMBERT:
10       Objection.
11       THE WITNESS:
12       I do not understand your question.
13 EXAMINATION BY MR. DOAK:
14    Q.  For example, here we have a very
15 large size area.  We have changing
16 topography.  We have issues of friction.  We
17 have issues of drains and sewerage and
18 highways, streams, ditches, whether they are
19 built structures or not, wind, rain,
20 overtopping, breaches, canals that come down
21 into some part of the city, two lakes on the
22 side, surge effect.  As you take account of
23 those kind of factors, isn't there a
24 correlation between the more of those factors
25 that bear upon a flooding event, the more

Page 88

1  difficult it will be to model it on a
2  computer?
3        MR. LAMBERT:
4        Objection.
5        THE WITNESS:
6        Not really, depending on what you
7        want to know, because in this case
8        it's in the end fairly simple, full
9        is full.  How many houses and
10       highways there are, it will fill
11       up.  So the only question is it
12       could be a little bit faster or a
13       little bit slower because it is
14       hitting houses or more houses.  And
15       if there is a ditch, it goes a
16       little bit quicker through the
17       ditch.  If there is a ditch which
18       you had modeled --
19 EXAMINATION BY MR. DOAK:
20    Q.  And again --
21       MR. LAMBERT:
22       Let him finish.
23       THE WITNESS:
24       In the end it doesn't have much
25       difference.

Page 89

1  EXAMINATION BY MR. DOAK:
2     Q.  And again when you say not much
3  difference, that's because you are focusing
4  on the importance of the final high water
5  depth?
6     A.  Yeah.  The entire process of
7  flooding where finally the question is is it
8  really 10 feet or is it only two feet.
9     Q.  But you are not as focused on
10 incremental changes or property damage that
11 can occur at a particular house or location?
12       MR. LAMBERT:
13       Objection.
14       THE WITNESS:
15       No, because we, we look to the
16       pattern in time as a way of
17       checking if the model is correct,
18       but I think nobody in the world
19       knows if the damage in the house is
20       growing quicker if the flood is
21       quicker or slower or lower when the
22       flood is slower.  All of these
23       damage models is really unknown,
24       but we didn't touch that, so that's
25       without area of this project, the

                           23  (Pages 86 to 89)

PROF. JOHANNES VRIJLING VOL II (MRGO)                                     8/17/2007

Page 90

1    damage.  It's only the flood
2    prediction.  And they are quite
3    reliable.
4    EXAMINATION BY MR. DOAK:
5        Q.  Let's talk again briefly about what
6    you say this model purports to do.  Yesterday
7    you read the statement in the preface about
8    determining the contributions of various
9    water inputs that combined led to the
10   flooding of the three polders in Greater New
11   Orleans, correct?
12       A.  Yes.
13       Q.  And you agreed with that, but said
14   but especially to get the maximum flood depth
15   at the end.
16       A.  Yeah.
17       Q.  And that specific statement of
18   yours is buttressed by the two-page exhibit I
19   showed you earlier about the purposes of the
20   Sobek model, correct?
21       A.  Yeah.
22       Q.  You are not suggesting, are you,
23   that this model can directly predict property
24   damage of an individual house or building?
25       A.  No.  We never said that.

Page 91

1        Q.  Okay.
2        A.  And you need additional models
3    which were not in play here.  We weren't
4    asked to do that.
5        Q.  Okay.  I want to talk about the
6    bowl idea also.  You used that phrase.
7        A.  Uh-huh.
8        Q.  Would you agree that the Greater
9    New Orleans area is reasonably flat --
10       A.  Uh-huh.
11       Q.  -- correct?
12       A.  Yeah, yeah, compared with
13   mountainous countries it is.
14       Q.  It may be beneath sea level, and it
15   is, correct?
16       A.  Yeah, it is.
17       Q.  And there are minor variations, is
18   it two feet below or ten feet below, but
19   relative to the land mass of over 50 square
20   miles, those are very minor depressions,
21   aren't they?
22       A.  If I put you in one such minor
23   depression you will drown.
24       Q.  Absolutely.
25       A.  So what's minor, yeah, but compared

Page 92

1    to the Alps it is minor, compared to your
2    length it is major.
3        Q.  What I'm trying to explore is --
4        MR. LAMBERT:
5        I should have objected because it
6    is vague.  Major, minor.
7    EXAMINATION BY MR. DOAK:
8        Q.  What I'm trying to explore is the
9    validity of using the term bowl.
10       MR. LAMBERT:
11       Anyway, object.
12       THE WITNESS:
13       But there are also several types of
14   bowls, you know.  I was already
15   expecting this.  You have bowls
16   which are like this (indicating).
17   You have bowls like this with
18   various forms (indicating).
19   EXAMINATION BY MR. DOAK:
20       Q.  But it is really very central to
21   what you do, you are talking about water
22   getting into the polder, right?
23       A.  Yeah, yeah.
24       MR. LAMBERT:
25       Excuse me, counsel.  Objection.

Page 93

1    He's been using the term polder.
2    You've been using the term bowl.
3    Now you want to complain about the
4    term bowl.
5    MR. DOAK:
6    Yesterday he used the term bowl and
7    I want to follow up on that.
8    MR. LAMBERT:
9    Bowl, polder.  Can we just use the
10   term polder from now on and we can
11   skip this whole line of BS?
12   MR. DOAK:
13   I will -- counsel, we're going to
14   have a problem if you keep making
15   talking objections.
16   MR. LAMBERT:
17   Okay.  My objection is that your
18   term was bowl.  He's been saying
19   polder.
20   MR. DOAK:
21   Whose term was bowl?
22   MR. LAMBERT:
23   You used the term bowl today.  He's
24   been using polder.  Now you want to
25   complain about bowl, but that's

                                    24  (Pages 90 to 93)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 94

1     okay.  Let me stop.  I want to get
2     along with you.
3        MR. DOAK:
4        Good.
5        MR. LAMBERT:
6        I'll be quiet.  Objection.  That's
7     it.
8  EXAMINATION BY MR. DOAK:
9     Q.  What I'm trying to establish is
10 that the New Orleans area is very flat.
11       MR. LAMBERT:
12       Objection.
13       THE WITNESS:
14          Subject to the remarks I made.
15 EXAMINATION BY MR. DOAK:
16    Q.  Yes.  On a relative scale.
17    A.  Not relative to your length it is
18 not flat, but relative to the Alps it is
19 flat.
20    Q.  Do you know how long New Orleans
21 East is approximately?
22    A.  I don't know.  20 kilometers.  I
23 don't know exactly.
24    Q.  And what would the maximum
25 elevation change be in that distance?

Page 95

1     A.  Two, three meters.  Maybe there is
2  a hill somewhere, five.
3     Q.  So if you were to make a diagram of
4  that to scale, would an ordinary person look
5  at that and say that is virtually flat?
6        MR. LAMBERT:
7        Objection.
8        THE WITNESS:
9          You are touching on a very
10         interesting area because that's why
11         in civil engineering you take these
12         bowls with exaggerated scales in
13         the vertical sense and reduce
14         scales horizontally because,
15         otherwise, you don't see anything.
16         If you make a crossing over the
17         Mississippi River, you won't
18         discover the Mississippi River
19         unless you enlarge it.  So that is
20         true, that these are very shallow
21         slopes and very limited depths,
22         geometrically speaking.
23 EXAMINATION BY MR. DOAK:
24    Q.  That's my simple point.  And that
25 shape doesn't resemble a cereal bowl?

Page 96

1        MR. LAMBERT:
2        Objection.
3  EXAMINATION BY MR. DOAK:
4     Q.  To scale.
5     A.  Yeah.  Depending on the
6  relativeness, because here we're talking
7  about people that are drowning or not and
8  three or six feet is sufficient.
9     Q.  But here we're not talking about
10 people that are drowning in your model, are
11 we?
12       MR. LAMBERT:
13       Objection.
14       THE WITNESS:
15         Yeah.  We didn't look into damage,
16         but finally that's, of course, the
17         idea.  We wouldn't be here if there
18         was no damage and if people had not
19         drowned.  And this whole issue
20         would not be on the table today.
21 EXAMINATION BY MR. DOAK:
22    Q.  Turn to page 4 of the report.  And
23 let's review the -- I'll hand you -- you have
24 your own copy?
25    A.  Yeah, yeah.

Page 97

1        MR. LAMBERT:
2        Where are you going, Jerry?  I'm
3        sorry.  I missed it.
4        MR. DOAK:
5        Page 4 of the report.
6        THE WITNESS:
7        Our report.
8        MR. LAMBERT:
9        Okay.
10       MR. DOAK:
11          I should have said page 5.
12 EXAMINATION BY MR. DOAK:
13    Q.  I want to go through the input data
14 again.  I know we did some of this yesterday.
15       MR. LAMBERT:
16       That was going to be my next
17       objection.  We went through that.
18       MR. DOAK:
19       I'm not going to ask the same
20       questions.
21       MR. LAMBERT:
22       Okay.  I'll hold you to that.
23 EXAMINATION BY MR. DOAK:
24    Q.  The first item of information
25 listed at the top of page 5 is Digital

25  (Pages 94 to 97)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 98

```
1   Elevation Model.  Would you explain what that
2   is and how LIDAR data is taken?
3       MR. LAMBERT:
4       Objection.  Is this -- never mind.
5       THE WITNESS:
6       It is not my field of expertise, so
7       I know they measure laser pulses
8       and then by computer application
9       they can produce a list, as you
10      have seen, of all the terrain
11      elevations relative to this NAVD88,
12      which we also discussed yesterday.
13      And then you get a file with a lot
14      of numbers giving the terrain
15      elevation.
16  EXAMINATION BY MR. DOAK:
17      Q.  What does this first line mean when
18  it says available for whole area with 15-foot
19  resolution?
20      A.  I think that's squares of 15 foot
21  they have, at corners they have numbers, the
22  elevation numbers.
23      Q.  And for the next clause, the same
24  thing, that the resolution of the elevation
25  data around the levee crest is within one
```

Page 99

```
1   foot?
2       A.  Yes.
3       Q.  Do you know what the margin of
4   error is for LIDAR data?
5       A.  Yeah.  Now I know because I heard
6   it.  Yesterday I estimated a half a foot to a
7   foot and yesterday I got confirmation that it
8   is true.
9       Q.  And is that the most accurate of
10  data available today?
11      A.  I don't think the most accurate.
12  If you go surveying directly with people it
13  is more accurate.
14      Q.  But not on an aggregate level?
15      A.  No.  No.
16      Q.  Are you aware of any other
17  limitations of this elevation data?
18      A.  No.
19      Q.  This is the elevation of just the
20  ground though, right?
21      A.  Yeah.
22      Q.  It does not measure the offset of a
23  house above ground (indicating)?
24      A.  No.  Maybe by accident, but that's
25  not the intention.
```

Page 100

```
1       Q.  By no, you mean my statement was
2   correct, that it does not measure the offset
3   distance?
4       A.  No, no.
5       Q.  On the next item, the surge
6   hydrographs, were these taken from IPET or
7   someplace else?
8       MR. LAMBERT:
9       Excuse me, counsel.  These
10      questions were gone through
11      yesterday.  And he answered the
12      questions yesterday, so we're not
13      going to do it again.
14      MR. DOAK:
15      I don't recall that question from
16      yesterday.
17      MR. LAMBERT:
18      I do.
19      MR. ZWAIN:
20      I don't.
21      MR. LAMBERT:
22      Okay.  That's two against one.  Go
23      ahead and answer it.
24      THE WITNESS:
25      I think we got them from IPET, but
```

Page 101

```
1       they were provided --
2       MR. LAMBERT:
3       By Kemp.
4       THE WITNESS:
5       By Kemp, yeah.  That was the
6       source.
7   EXAMINATION BY MR. DOAK:
8       Q.  Why are there only ten locations
9   for them?  Were more locations available, do
10  you know?
11      A.  I think these ten were available.
12  It is enough.
13      Q.  Does that mean you don't know
14  whether or not more hydrograph locations were
15  available?
16      A.  I think they are the result from
17  calculations, so you can have as many as you
18  want, but the question is at which points do
19  you need them.  And these are sufficient for
20  our model.
21      Q.  Do you know whether or not
22  additional hydrographs were available for
23  different locations than those identified on
24  figure 2.1?
25      A.  I don't know, but I presume that if
```

26 (Pages 98 to 101)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 102

1   there are any numerical simulations, then
2   there will be more available.
3      Q.  So there may be additional data
4   that was not input into the model, is that
5   correct?
6      A.  Yeah, but you need as much input as
7   you need, and that's sufficient.
8      Q.  Do you know the number of square
9   miles in these three areas, the Greater New
10  Orleans area, New Orleans East and St.
11  Bernard, do you know what the aggregate
12  square miles are?
13     MR. BRUNO:
14        Wait, Jerry.  That's one thing
15     we're not going to do.  You are
16     going to talk about New Orleans
17     East.  Yesterday was your
18     opportunity to talk about the
19     center bowl.  And I will call the
20     magistrate in the next second and a
21     half if you'd like to resolve
22     that because we spoke to the
23     magistrate and he gave us specific
24     instruction on this point.
25     MR. DOAK:

Page 103

1        Okay.
2     MR. BRUNO:
3        You insisted on two depositions.
4        You are getting two depositions.
5        Today you are going to talk about
6        New Orleans East.
7     MR. DOAK:
8        Okay.
9     MR. BRUNO:
10       So if you want me to call him, I
11       will.
12    MR. DOAK:
13       I'm agreeing to restrict my
14       questions to New Orleans East and
15       St. Bernard Parish.
16    MR. BRUNO:
17       Thank you.
18 EXAMINATION BY MR. DOAK:
19    Q.  Let me also ask, before we go
20 there, can you tell me, some of these
21 locations, I'm not sure where they're going.
22 I'm assuming D and E are clearly labeled for
23 the IHNC.  And I understand those two.  They
24 are listed on the next page (indicating).
25    A.  Oh, yeah.

Page 104

1      Q.  D and E.
2      A.  Yeah, uh-huh.  So those go with St.
3   Bernard and Lower Ninth.
4      Q.  What about location G on Paris
5   Road, do you know, is this north of the
6   Intracoastal Waterway or is it south?  I
7   can't tell from where the dot is.
8      A.  G is outside water level, so it
9   will be in the water.
10     Q.  That's in the Intracoastal
11  Waterway?
12     A.  Yes.  These are data of the outside
13  water levels.  That's relative to our bowls.
14     Q.  And H and I are the same way, those
15  are the water levels in the MRGO?
16     A.  They are all outside water
17  conditions, water level conditions.  So
18  boundary conditions to the model of flooding
19  the bowls or the polders.
20     Q.  Are you aware of any limitations on
21  the accuracy of these ten hydrographs that
22  were provided?
23     A.  They are hind-cast, so the same
24  remarks go for these as we made already for
25  our own model predictions.  So they were also

Page 105

1   hind-cast of this phenomenon.  Somewhere they
2   will be checked against various measurements
3   and they will have taken an effort to make it
4   most accurate as possible.  And in other
5   areas it is prediction.
6      Q.  Let me make sure I understand it.
7   By hind-cast do you mean that these
8   hydrographs were themselves a product of a
9   model?
10     A.  Yeah.
11     Q.  So this input was not hard
12  empirical data input, but, instead, data
13  derived from a model output, is that correct?
14     A.  Yes.
15     Q.  And that's what you were
16  acknowledging when I asked the question about
17  what limitations might these hydrographs
18  have, is that right?
19     A.  Yeah.
20     Q.  The next item on page 5 is the
21  breach locations and sizes.  I can read the
22  words GIS, Geographical Information System,
23  but what does that mean, GIS data?
24     A.  It is a database where you have
25  data related to the map.  So a normal

Page 106

1    telephone book gives you the data related to
2    the alphabetical order of the names, GIS
3    gives you the data related to the map. And
4    then you can say, well, how is it there, and
5    then they put up the value of the houses
6    there or whatever. It is given or stored in
7    the database. In this case it's the terrain
8    level.
9        Q.  But it's the -- I'm confused when
10   you say terrain level. I thought that this
11   was breach location.
12       A.  Yeah, yeah, yeah, but on the map.
13   The breach -- you said what is the GIS.
14       Q.  Yes.
15       A.  So I said that's the database where
16   the entrance is the map.
17       Q.  Okay.
18       A.  So if I put my finger on the map I
19   have a location (indicating). And then the
20   database says it is a terrain level or a
21   breach depth of so much. So that's the
22   principle of the GIS.
23       Q.  As I understand it, these breach
24   sites were determined from aerial
25   photography?

Page 107

1        A.  Yeah, and the LIDAR.
2        Q.  Can you explain how that data is
3    actually obtained?
4        A.  Yeah. They fly over it with a
5    special plane and then they measure it.
6    Sometimes there is a tree or a house in front
7    and then they have to approach it from the
8    other side once again to get a complete
9    picture. So that would be the reason of this
10   list of zeros that was produced by your
11   colleague yesterday.
12       Q.  Okay.
13       A.  Empty area. And they have to fly
14   it again and get the measurements.
15       Q.  Did your team receive any of the
16   aerial photography that was the basis of that
17   input or did --
18       A.  No. We only received the Excel
19   files or what you name it which were shown
20   yesterday.
21       Q.  Okay. Do you know when that aerial
22   photography was taken?
23       A.  No.
24       Q.  Isn't that important?
25       A.  Yeah, yeah, yeah, but we have to

Page 108

1    rely on the expertise of Mr. Morris who knows
2    to what use we will put the data. And I'm
3    certain he will not provide us with data
4    before Katrina, but only after Katrina with
5    the correct measurements.
6        Q.  Well, let me hand you again Mr.
7    Morris' report marked as deposition Exhibit
8    17, figure 4.1. That is the map where he
9    appears to depict the breach locations, is
10   that correct?
11       A.  The --
12       Q.  The legend at the bottom right says
13   breach --
14       A.  Yeah. We are going to repeat this
15   question now? Because I said I don't know if
16   each was a breach.
17       Q.  No. That's not going to be my
18   question, sir.
19       A.  So there are lines.
20       Q.  My question was this is the map in
21   his report where he is talking about breach
22   locations was my question.
23       A.  Okay. Yeah.
24       Q.  But you see on the left-hand side
25   this refers to satellite imagery of October

Page 109

1    10, 2005.
2        A.  Uh-huh.
3        Q.  Do you know if satellite imagery
4    from October 2005 was what he used for the
5    LIDAR measurements of the breach locations?
6        A.  I don't know. My impression was
7    that he had not only satellite data, so this
8    is a picture of an overview, so this is
9    certainly based on satellite data, but actual
10   measurements of the breaches and so on is
11   based on LIDAR, which is a different
12   technique as far as I'm informed.
13       Q.  LIDAR is always done by plane?
14       A.  I think so.
15       Q.  Okay.
16       MR. BRUNO:
17       Why did you ask that question? You
18       knew that. Trickster.
19       MR. DOAK:
20       I don't know. That's why I'm
21       asking the questions. That's why
22       I'm asking questions.
23       MR. BRUNO:
24       No, you're trying to trick him,
25       but, of course, he's too smart.

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 110

1      (OFF THE RECORD)
2  EXAMINATION BY MR. DOAK:
3      Q.  Do you understand that there are --
4  let me strike that and start over.  Are there
5  any limitations of this breach location data
6  that you are aware of?
7      A.  The accuracy, it will be plus or
8  minus half a foot or whatever, but the
9  location -- there is also double information,
10 triple information, because people have seen
11 it themselves.  It has been measured by Mr.
12 Van Heerden, how deep it was and how wide,
13 and then we have these data.  And as soon as
14 there are major differences everybody starts
15 crying, of course.
16     Q.  For -- I mean, I assume they get
17 the location right.
18     A.  Uh-huh.
19     Q.  That's one thing that this does,
20 right, where it is?
21     A.  Yes.  Even a lawyer could.
22     Q.  I have to go one thing at a time.
23 And the second thing is to measure the width
24 of the breach on top, correct (indicating)?
25     A.  Yeah.

Page 111

1      Q.  And when they take that measurement
2  of the breach on top, they're taking that
3  measurement after the storm is over, whatever
4  the date is the storm is over, right?
5      A.  Yes.
6      Q.  Has it been your experience that
7  breaches frequently happen in a progressive
8  cycle?  A breach doesn't have to just fall
9  over at one time, it can happen
10 progressively?
11         MR. BRUNO:
12         You don't mean cycle.  You mean
13 over time.
14 EXAMINATION BY MR. DOAK:
15     Q.  Over time.
16     A.  I don't know what you are aiming
17 at, but it will progress during the storm,
18 when the water is flowing in with great
19 velocity.
20     Q.  Right.
21     A.  Afterwards when everything has come
22 to rest, then it won't grow anymore.
23     Q.  Right.  That's exactly where I'm
24 headed.  When it first breaches, the breach
25 width on top might be 10 meters.  And as

Page 112

1  hurricane water goes crashing through that,
2  that might grow to 20 meters.
3      A.  Yep.
4      Q.  And then to 40 meters, correct?
5      A.  Yes.
6      Q.  But all of the breach size data
7  that you input is taken from photographs that
8  came after Hurricane Katrina?
9      A.  Yes, but we explained yesterday how
10 we did that.  That we have a sort of
11 hypothesized starting size of the breach and
12 we know the final end and then we model the
13 behavior in between, first simply linearly.
14 And if that gave a too-quick progress of the
15 water into the bowl, then we start to change
16 the function of the growth a bit.
17     Q.  Is there any more scientific
18 validity though to that modeling other than
19 taking a starting point and --
20     A.  You could do a study -- there are
21 models available at our university which
22 would show you how the breach grows, so the
23 interaction between the water flow and the
24 deposition of the settlement, but, of course,
25 this is hypothetical because there are sheet

Page 113

1  piling, there are rock, there are people,
2  there are houses.  They didn't know the soil
3  composition apparently, at least the
4  foundation engineers didn't know.
5          MR. BRUNO:
6          The Americans, what do you expect.
7  EXAMINATION BY MR. DOAK:
8      Q.  My point is LIDAR you can't see
9  under the water, right?
10     A.  No.  They filled that in.  You have
11 the measure of the breach, and then with
12 different methods, maybe different LIDAR, I
13 don't know, they filled in the water.
14     Q.  The model filled that in?
15     A.  No.  No.  The measurements.  We got
16 data from Mr. Morris and he showed me one
17 thing which gave on the water zero and then
18 he filled that in with other measurements.
19     Q.  How did he fill in that bottom part
20 of the geom --
21     A.  I don't know.
22     Q.  Is that called breach geometry, is
23 that the word you use for that?
24     A.  Yeah, yeah, yeah.  That would be a
25 nice expression.

PROF. JOHANNES VRIJLING VOL II (MRGO)                        8/17/2007

Page 114

1      Q.  How would you have been the
2   independent reviewer on this if you didn't
3   have any sense of how he was investigating
4   and predicting the breached geometry?
5      A.  We discussed this yesterday, too.
6   I said if you have a bit of experience in
7   breaching, then you have some idea what a
8   reasonable size of the breach is.  And there
9   was a discussion yesterday about if it would
10  be at level zero or at level minus 20.  And
11  then I said if Mr. Kok had put zero in the
12  report I would have said, ah, how do you know
13  this for certain, but now when it is minus 20
14  I believe it.  So this sense of expertise
15  helps you, but, of course, it is, I mean, it
16  is plus or minus a foot the depths of the
17  breach.
18     Q.  Believe me, I'm not challenging
19  your expertise for a moment.  I'm simply
20  saying --
21     MR. BRUNO:
22        He says that now.
23  EXAMINATION BY MR. DOAK:
24     Q.  -- the judgment is made within kind
25  of what you think are expected --

Page 115

1      A.  Yes.
2      Q.  -- expected parameters?
3      A.  Yeah.
4      Q.  And as long as it doesn't go
5   outside of that, your judgment doesn't send
6   off a warning flag?
7      A.  Yes.  Exactly.
8      Q.  Going back to the measurement of
9   this breach ge --
10     MR. BRUNO:
11        Geometry.
12     THE WITNESS:
13        Geometry.
14  EXAMINATION BY MR. DOAK:
15     Q.  -- breach geometry, and how it can
16  be a progressively growing breach, that first
17  happens when the water goes crashing through
18  the breach, right?
19     A.  Yes.
20     Q.  And you know that in the Lower
21  Ninth, that some point in time the water in
22  the Lower Ninth got higher than the floodwall
23  and now the water started going east to west
24  instead of coming west to east, it's going
25  the opposite direction?

Page 116

1      A.  Yes.
2      MR. BRUNO:
3        You mean it was higher than the
4        water in the canal, not higher than
5        the floodwall?
6   EXAMINATION BY MR. DOAK:
7      Q.  Higher than the water in the canal?
8      A.  Yeah.  Yeah.
9      Q.  In any event, now the water is
10  going in the opposite direction, west?
11     A.  Yeah.
12     Q.  And that surge of water through the
13  breach site could enlarge the breach
14  geometry, couldn't it?
15     A.  It could.
16     Q.  And for some of the breach sites,
17  those, the size of that breach hole might
18  have also been enlarged by Hurricane Rita,
19  depending on when someone took measurements?
20     A.  Yeah.  It might have been possible,
21  but also there are many other places the
22  dikes have been cut on purpose to let the
23  floodwater flow out.  So the velocity will be
24  less in the aftermath because there were more
25  holes punched in the dikes.  So in principle

Page 117

1   you are correct, and especially it would have
2   been correct because in Holland we have the
3   flood, the tide goes on and off, so we have a
4   3-meter difference between the high and the
5   low water, and then it starts scouring all
6   the days behind.  Here you have relatively
7   minor astronomical tides, so that process is
8   limited here.
9      Q.  The next subject I want to talk
10  about is the breach timelines.  And I think
11  you all were very fair in the report
12  identifying where there were conflicts in the
13  evidence at times.  When you have that
14  situation of multiple reports and conflicting
15  evidence, ultimately the modeler just has to
16  use his best judgment and choose one over
17  another in order to input it?
18     A.  Yes.
19     Q.  And that's your professional
20  judgment?
21     A.  Yes.  Exactly.
22     Q.  And in this case I guess that
23  professional judgment was made by the
24  gentleman who submitted the data to you?
25     A.  No, because yesterday I explained

Page 118

1  to your colleague how we fiddled around, how
2  we calibrated flow, which is not your area,
3  but in central Metro area with the 17th
4  Street Canal. So we combined all the data,
5  then we tried, where we didn't know exactly
6  to change a little bit to fit the other ones.
7      Q.  On page 27 you'll see figure 4.1.
8      A.  Yeah, table. Yeah.
9      Q.  And item numbers 1, I'm sorry, item
10  numbers 2, 3 and 4 have in the last column
11  under time breach a time, but they don't have
12  a footnote indicating where that data came
13  from. Do you know where that data came from?
14     A.  No, I don't know. I think it's
15  just because at the airport it is just
16  overtopping and so on, so I think we decided
17  by just the water levels, but the time is
18  especially difficult if you have like 17th
19  Street Canal, a bursting wall, so then the
20  storm level doesn't give you any indication,
21  at least with this quality of structure, so
22  then you are in doubt about the time. But if
23  it's a wall that is overtopping and still
24  standing there, as it was near the airport,
25  then it is just the moment at which the

Page 119

1  hydrograph says overtopping starts. I think
2  that's the reason why there is no number in
3  the last, no superscript.
4      Q.  Okay. Turn to 38, please, page 38.
5  The first two items, the IHNC north and south
6  breach lists the source as being Team
7  Louisiana, but the breach times for items 3,
8  4 and 5 are to the IPET report, is that
9  correct?
10     A.  Yes.
11     Q.  So in this instance someone looked
12  at these investigative reports and chose, and
13  in that person's mind the Team Louisiana time
14  breach was the best data for breaches number
15  1 and 2, but that for breaches 3, 4 and 5 the
16  IPET had the better time estimate. Am I
17  understanding that correctly?
18     A.  I don't -- if it is so specific. I
19  think they just found it there. And if it
20  was not conflicting in IPET, then I think
21  they will have named the first source or --
22     Q.  Well, I think that you all
23  indicated in your report that there was
24  conflicting evidence with respect to the
25  breaches on the Industrial Canal at the

Page 120

1  bottom paragraph of 38, but that you --
2      A.  Oh, yeah.
3      Q.  -- the person that prepared the
4  input chose one number over another.
5      A.  Yeah.
6      Q.  And this is an example of, and I
7  think we talked about it before, there are
8  times that modelers have two different pieces
9  of empirical evidence and they have to
10  choose -- if they are in conflict you have to
11  choose one and disregard the other.
12     A.  Yeah. You are right. Yeah.
13     Q.  We'll skip that for right now.
14  Sorry. I have too many documents in front of
15  me and I'm getting some of them mixed up.
16     A.  The American legal system.
17         MR. BRUNO:
18            Wait. I'll take issue on that one.
19  EXAMINATION BY MR. DOAK:
20     Q.  Okay. The next item on page 4 or 5
21  of input is the rainfall data.
22     A.  Uh-huh.
23     Q.  But there were only six locations
24  reflected on page 6, figure 2.2.
25     A.  Uh-huh. Yes.

Page 121

1      Q.  And I know we talked about these
2  yesterday, but I don't know that we talked
3  about the size of these six locations.
4  Ignoring subdivision 1 for today, but looking
5  at subdivisions 2, 3, 4, 5 and 6, some of
6  these are pretty large locations to be
7  talking about rainfall, correct?
8      A.  Yep. We discussed that yesterday.
9      Q.  Was there not better data
10  available?
11     A.  We discussed that also yesterday
12  because our professional opinion is that
13  rainfall is not the real threat for this type
14  of disaster. It may be a threat for a local
15  community or a local car parked in a
16  not-so-wise surrounding, but here the breach
17  of the dikes is paramount. So going into too
18  much detail about rainfall and about the flow
19  of the rain through the streets is a waste of
20  money in our opinion. So that's why we did
21  it simple.
22     Q.  That's all I wanted to confirm,
23  that you made that choice because you were
24  interested in looking at the flow of the
25  water and the ultimate final depth of the

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 122

1  water primarily?
2      A.  Yeah.
3      Q.  And, therefore -- well, strike
4  that.  And because of that focus, you don't
5  care about wind or rain that may cause very
6  substantial property damage at a particular
7  building?
8          MR. BRUNO:
9          Objection.  First of all -- no.
10         Objection.  Wind is not in the
11         case.  It is not in the case.  He's
12         not modeling wind.  So I'm going to
13         ask you to rephrase the question.
14         And secondly, he didn't say that
15         about the rain.  Go ahead.
16         THE WITNESS:
17         I have to answer now or --
18         MR. BRUNO:
19         I'm asking him to rephrase because
20         wind is not in the case and, if
21         not, break it down into two
22         separate questions, one for wind
23         and one for rain so the record is
24         clear.
25  EXAMINATION BY MR. DOAK:

Page 123

1      Q.  I think that you just testified
2  that you would not argue that rain could have
3  caused substantial damage to particular
4  houses at particular locations, is that
5  correct?
6      A.  Yeah.  That's correct.
7      Q.  Let's go to the next item of
8  information that was listed on 5, the
9  eyewitness reports.  Were you even informed
10 that a witness with the Sewerage and Water
11 Board had given deposition testimony about a
12 sighting of the breach and timing of one of
13 the breaches on the Industrial Canal?
14     A.  No.  I've seen only one deposition.
15 It was from the chief attendant of the Water
16 Board about the functioning of the pumping
17 stations.
18         MR. BRUNO:
19         That's the same one he's referring
20         to.
21         THE WITNESS:
22         Oh.  I didn't see that he mentioned
23         the time of the breaches.
24 EXAMINATION BY MR. DOAK:
25     Q.  If you had an official with the

Page 124

1  Sewerage and Water Board who observed
2  specific phenomena on the Industrial Canal
3  that went to the timing of the breach, would
4  that be important to you in your model?
5      A.  Yeah.  It would be important to me.
6  And then we have the judgment if it's
7  important for the phenomena we are studying
8  there, and then it might become important for
9  the model, but he has dissenting opinion
10 about the flooding moments.
11     Q.  Right.  And you admit in the report
12 at page 28 that in chaos situations these
13 eyewitness accounts are always a problem in
14 this situation?
15     A.  Yes.
16     Q.  And you acknowledge that?
17     A.  Yeah.
18     Q.  In your data for overtopping, as I
19 understand it, the model is not relying upon
20 actual overtopping data, it is relying on a
21 model prediction that is using the
22 hydrographs and the height of the floodwalls
23 and, based upon that input, the model then is
24 telling you where the overtopping occurred,
25 is that correct?  Am I understanding that

Page 125

1  right?
2      A.  No.  I think the -- I don't know if
3  we speak about the same problem, but wave
4  overtopping is not included in the model, no.
5      Q.  Right.
6      A.  So that's omitted.
7      Q.  Yes.
8      A.  But wave overtopping scours the
9  dike away or the -- if it -- so then we
10 started at the moment that wave overtopping
11 occurred, we started gradually to reduce the
12 crest level of the dike from zero point to
13 the point as given by Mr. Morris in the end.
14 So -- and then at some moment overtopping by
15 fixed water starts.  That is filling the
16 bowl, but the wave overtopping was not
17 included because the waves are not in this
18 Sobek model.
19     Q.  And I understood that, but in
20 projecting water coming over a levee, such as
21 the 40 Arpent --
22     A.  Which is a wall.
23     Q.  A wall.
24     A.  Yeah, yeah.
25     Q.  It was my understanding that that

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

---

Page 126

1    data was not taken from photographs or some
2    source like that, but rather was a projection
3    of the model looking at the hydrographs and
4    the known height of the wall, so you were
5    able to forecast where the overtopping would
6    occur?
7        A.   Yes.  So that would be an accurate
8    calculation within this model.
9        Q.   Yes.
10       A.   Because the area, the marshy area
11   is filled over the MRGO dike, and then the
12   level of flooding is compared with the level
13   of the Arpent levee.  And if it's above,
14   there is a nice form line that calculates how
15   much water, how quickly it flows over this
16   level (indicating).
17       Q.   I'm just trying to understand what
18   information is purports to be actual recorded
19   information from an aerial photograph versus
20   information that has been projected by the
21   model.
22       A.   Okay.
23       Q.   What do you consider the
24   limitations of this data to be, the
25   overtopping projections?

Page 127

1        A.   When what -- can you repeat
2    clearly, repeat the question?
3        Q.   With respect to this information in
4    the model about when and where overtopping
5    occurred, do you think that information has
6    any limitations in its accuracy or
7    completeness?
8        A.   I don't think so, no.
9        Q.   I'm just asking you for your
10   professional judgment.  I can't tell by
11   looking at it.
12       A.   No.  I see no reason why it --
13       MR. BRUNO:
14           Jerry, this just came in
15           (indicating).  It is in Dutch, so I
16           don't know what it is.
17       THE WITNESS:
18           That's for me.  It has nothing to
19           do with this case.
20       MR. BRUNO:
21           Never mind.  You never know.
22       THE WITNESS:
23           We are Homeland Security in
24           Holland, so we wanted to mimic the
25           Americans (indicating).

Page 128

1        MR. BRUNO:
2            Do a better job, why don't you.
3    EXAMINATION BY MR. DOAK:
4        Q.   On the pump station operation, I
5    know about the two that y'all discussed
6    yesterday in the Orleans Metro bowl, but why
7    wasn't there any pump station data for New
8    Orleans East or St. Bernard?
9        A.   I don't know.  I presume that no
10   pumps have worked there.
11       Q.   Do you know?
12       A.   No, I don't know, but because they
13   were not included.
14       Q.   On page 4, at the very bottom of
15   page 4 in the last sentence, you say: "We
16   know that there are uncertainties in the
17   data."  What are the uncertainties that you
18   are referring to there?
19       A.   But now you're going back to the
20   main line of the report?  How do you -- how
21   should I interpret that question, because
22   this regards the entire model setup and
23   everything we discussed this morning.
24       Q.   Yes.  Well, it may, but --
25       A.   We're now looking to the St.

Page 129

1    Bernard and the Arpent levee and so on?  Just
2    for my understanding, are we now discussing
3    the data limitations in regard to Arpent or
4    in general (indicating)?
5        Q.   As I understand the beginning of
6    section 2.2, which is labeled Data, which I
7    assume referred to data that was input into
8    the model across the board --
9        A.   Yes, right.
10       Q.   And it begins with all input data.
11       A.   Yeah.
12       Q.   And lists a number of things.  And
13   that paragraph concludes with a sentence,
14   where the author of this report was properly
15   trying to fairly disclose the fact that there
16   are uncertainties in the data.
17       A.   Yes.
18       Q.   And I'm asking you what
19   uncertainties in the data was that referring
20   to.  It says there are uncertainties, but I
21   don't know what they are.
22       A.   Yeah, but we discussed already --
23       Q.   All of the things that --
24       A.   Yeah, yeah.  The levels and the
25   hydrographs and the actual measurements of

---

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

Page 130

1   the breaches, the moments at which
2   observations were taken by eyewitnesses.  All
3   these things.
4       Q.  Okay.  And you just said we
5   discussed a lot of them.  My only question is
6   have we discussed all of them yesterday and
7   today?
8       A.  I think so.  Within our human
9   possibilities.
10      Q.  Of course.
11      A.  Yeah.
12      Q.  But as you sit here right now, you
13  don't recall any other uncertainties in the
14  data that we have not already discussed?
15      A.  No, no.  That's why I was confused.
16      Q.  Was there any additional input data
17  beyond this that is listed in the report, any
18  other data input that wasn't reflected in the
19  report?
20      A.  I can -- I can say yes because we
21  input gravity in it and I didn't tell you, so
22  there are many inputs which are common to
23  engineering models.  The specific weight of
24  water was put in it --
25      Q.  Okay.

Page 132

1   just, with the benefit of completing this
2   project, wanted to ask what additional input
3   data would you have liked to have had, but
4   you simply couldn't get your hands on?
5       A.  You might have liked real accurate
6   observation of the real water level during
7   the hurricane.  Then if the instruments were
8   destroyed, which was never done, but if there
9   would have been measurements, really
10  measurements inside the bowl, at what time
11  and at what level it would have also been
12  perfect, but --
13      Q.  So to have real hydrograph data
14  rather than hydrographs that were the output
15  of another model?
16      A.  Yes.
17      Q.  Okay.  And you think that would
18  have been an important improvement?
19      A.  No, I don't think -- I think these
20  models are generally quite accurate, at least
21  for these bowls.
22      Q.  Are there any other items of input
23  data that come to your mind that you would
24  have liked to have had but did not have
25  available to you?

Page 131

1       A.  -- it was salt water.
2       MR. BRUNO:
3           We are on the earth, the spin of
4       the moon.
5       THE WITNESS:
6           So there are many data that input
7       that are not specifically
8       mentioned.  I don't know what you
9       are aiming at.
10  EXAMINATION BY MR. DOAK:
11      Q.  And I thank you for your candor and
12  acknowledging those kinds of things.  Is
13  there a more substantive kind of variable
14  input?
15      A.  No.
16      Q.  Okay.
17      A.  Not in my opinion.
18      Q.  Tell me, Professor, what additional
19  input data do you wish you would have had?  I
20  can't refer you, but somewhere in your
21  testimony yesterday and a couple of times in
22  the report you talk about -- well, one time
23  yesterday you said so much data is simply
24  missing, which would be expected in a chaotic
25  event of a storm like Hurricane Katrina.  I

Page 133

1       A.  No, not really.
2       Q.  Yesterday you were talking about a
3   blockage in the 17th Street Canal.  I'm not
4   going back to that, but you said in all of
5   this inputting of data you have to use some
6   subjective judgments and professional
7   judgments.  Is that also true with respect to
8   the data and analysis that you did for the
9   east side of the Industrial Canal?
10      A.  No.  That was most the case in this
11  17th Street Canal breach.
12      Q.  You didn't have an occasion in New
13  Orleans East or St. Bernard to --
14      A.  No.  Where we had trouble fitting
15  the things together.
16      Q.  Okay.
17      MR. DOAK:
18          It is probably a good place to
19      stop.
20      MR. BRUNO:
21          It is all right by me.
22      VIDEOGRAPHER:
23          We're now off the record.  It is
24      12:07.
25      (LUNCH RECESS)

PROF. JOHANNES VRIJLING VOL II (MRGO)                          8/17/2007

Page 134

1      VIDEOGRAPHER:
2      Returning to the record.  It is
3   1:38.
4   EXAMINATION BY MR. DOAK:
5      Q.  Turning to a new area, the
6   assumptions on page 4 of the input data.
7   We'll go through a lot of these quickly, I
8   hope.  We discussed yesterday overtopping by
9   waves not included in input data, correct?
10      A.  Yeah.
11      Q.  But I think that you acknowledged
12   that -- strike that.  The reason you said you
13   didn't include it was because you did not
14   believe it was important to the overall
15   flooding, which I understand.
16      A.  Yes.
17      Q.  But overtopping by waves could be
18   very important to causing property damage at
19   a street across, at a house immediately
20   across the street from that location?
21      A.  Yeah.
22      Q.  And you confirmed that there was a
23   lot of peak activity up by Lake Pontchartrain
24   on, by the airport.
25      MR. LAMBERT:

Page 135

1      Objection.
2      THE WITNESS:
3      Yeah, but I think also still water
4      overtopping because there were huge
5      scour holes behind the walls in
6      that area.  So I don't think it was
7      only wave overtopping there.
8   EXAMINATION BY MR. DOAK:
9      Q.  No, but that there was significant
10   waves reported in that area?
11      A.  Yeah, yeah, yeah.
12      MR. LAMBERT:
13      Well, objection.  But there were
14      significant -- is that a question?
15      MR. DOAK:
16      Yes.  There was an inflection of a
17      question mark at the end of it that
18      he understood and answered.
19      MR. LAMBERT:
20      I objected.
21   EXAMINATION BY MR. DOAK:
22      Q.  The second assumption --
23      MR. LAMBERT:
24      We went through these yesterday,
25      counsel.

Page 136

1      MR. DOAK:
2      I know.
3      MR. LAMBERT:
4      Then let's not do it again.
5      MR. DOAK:
6      Well, I need to go through things
7      we didn't cover yesterday.
8      MR. LAMBERT:
9      We covered these.  We went through
10      the overtopping, the sewer --
11      MR. DOAK:
12      I'm going to go over each one of
13      them briefly.
14      MR. LAMBERT:
15      Then I'm going to object.
16   EXAMINATION BY MR. DOAK:
17      Q.  Okays.  The sewers, ditches and
18   small waterways, would you explain how it is
19   that those three things can serve as a flood
20   highway.  I think that terminology was used
21   yesterday, and I think I understand it, but I
22   would like to have your explanation on the
23   record.
24      MR. LAMBERT:
25      Objection.  Asked and answered.

Page 137

1      THE WITNESS:
2      So sewers and ditches are pathways
3      for floodwater.  We discussed
4      yesterday that they do not
5      influence the better as such in
6      total, but it could advance a
7      little bit more quickly if you
8      included sewers and waterways.
9   EXAMINATION BY MR. DOAK:
10      Q.  And from a damage point of view,
11   that's the problem, that they channel and
12   centralize water and move it more rapidly?
13      MR. LAMBERT:
14      Objection.
15      THE WITNESS:
16      If you're -- that might be better,
17      that's on a more detailed level
18      than we modeled it.
19   EXAMINATION BY MR. DOAK:
20      Q.  Yes.
21      A.  So if you want to know loads on
22   buildings and so on, then it might be a
23   difference, but I think there is no theory
24   available for you to calculate if --
25      MR. LAMBERT:

35 (Pages 134 to 137)

1    Objection.
2  EXAMINATION BY MR. DOAK:
3       Q.  I'll tell you my script for this
4  section.  I'm just going to go through and
5  confirm that while you didn't think these
6  were important with respect to the big
7  picture, simply that they could be important
8  with respect to specific locations.
9         MR. LAMBERT:
10        Objection.
11        THE WITNESS:
12        Yeah, but your questions also
13        implied a more detailed model,
14        which will in the end be impossible
15        to solve.  So we could want to know
16        all this, and then you can say you,
17        well, you could have done it so
18        much better, but this is not true
19        because the models will fail you.
20        There is no theory for you to help
21        you if you would know all these
22        details.
23 EXAMINATION BY MR. DOAK:
24      Q.  Actually, it was not my intention
25 to imply that.

1      A.  Okay.
2      Q.  Buildings and other structures, I
3  would like for you to just briefly describe
4  that phenomenon again.  I'm not sure that we
5  really got that on the record and I would
6  like for you to describe why buildings and
7  structures can be important in the flow of
8  water.
9         MR. LAMBERT:
10        Objection.
11        THE WITNESS:
12        So buildings stand in the way of
13        the floodwaters, as trees do, as
14        shrubs do, but in this model you
15        can only change the roughness of
16        the bottom.  So we accounted for
17        these obstructions in a general way
18        by evenly applying the same
19        roughness everywhere, which is two.
20 EXAMINATION BY MR. DOAK:
21      Q.  The coarseness single factor that
22 we discussed yesterday?
23      A.  Yes.  Exactly.
24      Q.  Okay.  Again, my question though is
25 not withstanding your position on why you

1  didn't think it was important to include
2  buildings and other structures for your
3  purposes, you would agree that that phenomena
4  could be important to the cause of property
5  damage at a specific location?
6      A.  Yes.  If a building was unlucky to
7  stand just in front of a street which was
8  spouting water.
9      Q.  Yes.
10     A.  Then that would be a bad luck
11 question.
12     Q.  Similarly, for the next assumption,
13 not making a distinction between house blocks
14 and streets --
15     A.  Yeah.
16     Q.  -- your opinion was not important
17 to the macro picture, but could be important
18 to the micro picture?
19     A.  Micro picture, exactly.
20     Q.  Okay.  Is the same true for the
21 direct impact of wind, not important to the
22 macro objective of your model, but might be
23 important with respect to damage at a
24 particular location?
25     A.  Yeah.  Certainly true, but

1  that's -- yeah -- a difficult subject.
2      Q.  What's your experience in -- I just
3  don't know, but take the 40 Arpent, I guess,
4  as MRGO water is coming across those
5  marshlands or whatever and comes up to those
6  floodwalls, would a wind current at the back
7  of that have an effect in overtopping?
8      A.  Yes.
9         MR. LAMBERT:
10        Objection.
11        THE WITNESS:
12        You get wind setup in this marshy
13        area and it might easily be more
14        serious than we anticipated in our
15        model.
16 EXAMINATION BY MR. DOAK:
17      Q.  Back this morning when we were
18 talking about the Sobek software, I told you
19 I'd come back.  I had asked the question
20 about were there, I called it a field layout,
21 but was there a particular place in the
22 program set aside for loading a particular
23 type of data.  And in your testimony you gave
24 three examples, the sewers, ditches and small
25 waterways.  You said the program had a place

PROF. JOHANNES VRIJLING VOL II (MRGO)                          8/17/2007

Page 142

1   for that data, correct?
2       A.  Yes.
3       Q.  But you all didn't input it?
4       A.  No.
5       Q.  The second place was the wind, but
6   you didn't input it, correct?
7       A.  Yes.
8       Q.  And third, the backflow from the
9   pumps?
10      A.  Yeah.
11      Q.  Besides those three examples that I
12  remember from yesterday, does that bring to
13  your mind any other factors that the Sobek
14  model has a field for to be populated if you
15  have the data?
16      A.  I don't think so.
17      Q.  Okay.  Next I'd like to talk about
18  the completeness of the report.  I think I
19  heard you say something yesterday to the
20  effect that you thought the report was
21  complete and nothing further was going to be
22  done.
23      A.  Yeah.
24      Q.  But I want --
25      A.  Yes.

Page 143

1       Q.  Because you realized there are a
2   couple of places in the report where it
3   suggests that there might be further
4   refinements.  And I don't need to go through
5   those.
6       A.  Uh-huh.
7       Q.  I just don't want to be surprised.
8   Are you telling me that this expert report is
9   done?
10      A.  Yes, I think so.
11      Q.  Okay.
12      A.  Apart from further questions or --
13  because many details were asked, could you
14  provide us with the water level in that area,
15  could you -- and this type of questions.  So
16  that's not rerunning the model, but giving
17  more detailed output.
18      Q.  Well, that may be -- then you're
19  talking about another expert report.
20      MR. LAMBERT:
21      Excuse me.  Objection.
22      MR. DOAK:
23      I guess the lawyers can fight about
24      that.
25      MR. LAMBERT:

Page 144

1       Right.  Right.
2   EXAMINATION BY MR. DOAK:
3       Q.  You don't currently have any
4   intention of providing any further report?
5       A.  No, but I offered if you wanted to
6   know at a certain spot --
7       Q.  Yes.  Right.
8       A.  -- the data, then we could provide
9   you with it from the input -- from the output
10  files as they are stored.
11      Q.  Let's talk quickly about things
12  that --
13      (OFF THE RECORD)
14  EXAMINATION BY MR. DOAK:
15      Q.  I have a list of things that I
16  think you're going to agree with --
17      A.  Yeah.
18      Q.  -- but are things that the model
19  doesn't do.  For example, yesterday you
20  agreed that the model doesn't differentiate
21  elevation within the 50 meter by 50 meter
22  grid.
23      A.  Yeah.
24      Q.  And I think you have already
25  acknowledged today that the model doesn't

Page 145

1   take into account how a particular house or
2   building sits on elevation (indicating).
3       MR. LAMBERT:
4       Objection.  Wait one second.
5       You're going to force me to
6       instruct the witness not to answer
7       if you keep that up.  This is the
8       third time you've asked him that
9       question today, you, not in the
10      past, but you yourself have asked
11      that question three times.  So this
12      is it.  There's not going to be
13      anymore of that.
14      MR. DOAK:
15      I won't ask that question again.
16      MR. LAMBERT:
17      Good.  Then maybe he doesn't even
18      have to answer it so we can get
19      some teeth in this outfit.
20      Don't answer it.
21  EXAMINATION BY MR. DOAK:
22      Q.  The next thing I think you'll agree
23  with is that the model doesn't identify what
24  damage occurred to any particular piece of
25  property.

PROF. JOHANNES VRIJLING VOL II (MRGO)                              8/17/2007

Page 146

1    MR. LAMBERT:
2    Objection. Now that one has been
3    asked and answered a number of
4    times. You know he's told you that
5    that wasn't what this --
6    MR. DOAK:
7    Counsel, I could be done with this
8    list of about four more items in
9    the next five minutes.
10   MR. LAMBERT:
11   I know, but you can keep doing that
12   all afternoon.
13   MR. DOAK:
14   You want to instruct him, then go
15   ahead and instruct him, but I would
16   urge you not to because this is not
17   a privileged matter. I'm going to
18   be done early today.
19   MR. LAMBERT:
20   Okay. That's a promise?
21   MR. DOAK:
22   That's a promise.
23   MR. LAMBERT:
24   There you go.
25   (OFF THE RECORD)

Page 147

1    MR. LAMBERT:
2    But really, please, don't do this.
3    You don't have to. You can dig
4    through the thing. She's smart.
5    She can find all of these things
6    for you wherever they are. You
7    don't even have to look.
8    MR. BECNEL:
9    If you are from Oklahoma, you've
10   got good talent.
11   MR. DOAK:
12   We're going to go flying through
13   this in less than five minutes.
14   MR. LAMBERT:
15   Okay. All right.
16   EXAMINATION BY MR. DOAK:
17   Q.  Just to repeat the question that I
18   just said a minute ago so it will sound
19   familiar, you admit that the model does not
20   identify what damage occurred to a particular
21   house or building?
22   MR. LAMBERT:
23   Objection.
24   THE WITNESS:
25   It is not included in the study, so

Page 148

1    it's asking for something that we
2    didn't study.
3    EXAMINATION BY MR. DOAK:
4    Q.  Fine. And you acknowledge that the
5    model doesn't identify where the water caused
6    injuries to any particular people?
7    MR. LAMBERT:
8    Objection.
9    THE WITNESS:
10   It is not in the model, so it's not
11   of any --
12   EXAMINATION BY MR. DOAK:
13   Q.  Okay. And you agree that the model
14   does not address the cause of any levee
15   breach or overtopping failure?
16   A.  No. It's not -- it's input.
17   MR. DOAK:
18   We're done with that series,
19   counsel.
20   MR. LAMBERT:
21   Good. Thank you.
22   EXAMINATION BY MR. DOAK:
23   Q.  Let's discuss the model's ability
24   to identify the source or sources of water
25   reaching specific locations. Are there some

Page 149

1    locations in the area of the MRGO group, by
2    which I mean New Orleans East, Lower Nine and
3    St. Bernard, are there some locations in that
4    group that you believe the model can
5    accurately predict all of the sources of
6    water reaching a particular location?
7    A.  I cannot fully understand the
8    question, because it is filling with water
9    and you cannot follow each particle of water
10   how it exactly behaves, but in a macro
11   picture you can see it easiest in the Ninth
12   Ward. And you see that the Ninth Ward is
13   flooded first from the north and secondly
14   from the south. And then if the water -- so
15   as long as the water didn't meet, it's clear
16   from which side what water come, but as soon
17   as it meets, then --
18   Q.  This is not a trick question.
19   A.  Okay.
20   Q.  I will tell you what I think the
21   answer --
22   MR. SCHULTZ:
23   He's giving you the answer.
24   MR. LAMBERT:
25   Wait. Please let him finish.

38  (Pages 146 to 149)

PROF. JOHANNES VRIJLING VOL II (MRGO)                      8/17/2007

Page 150

```
 1        THE WITNESS:
 2        So then, from that moment on you
 3        are not (indicating), which water
 4        from what side, so then that's an
 5        engineering assumption then, if you
 6        would.  It is not discussing that,
 7        but you --
 8        MR. LAMBERT:
 9        Jerry --
10  EXAMINATION BY MR. DOAK:
11     Q.  So I assume that you agree that
12  there are some locations in the MRGO area
13  where the model could predict which sources
14  of water reached it, some but not all?
15     A.  Yeah, in some instances it is very
16  clear from what side the water came and which
17  is causing the damage.  And in other cases
18  you could do, which we did in the central
19  mostly, if you close one hole, if it would
20  have reached the other side.  And in many
21  times this is the case.  So if one hole
22  didn't occur, if the Arpent levee would be
23  high enough, then I am still certain that the
24  entire area up to Chalmette would have been
25  flooded.
```

Page 151

```
 1     Q.  Uh-huh.
 2     A.  So that calculation we didn't make,
 3  but it could have been made.
 4     Q.  The converse of the last question I
 5  asked would be that there are other areas,
 6  locations within the MRGO area where you
 7  would not be able to predict with your model
 8  each of the sources whose water reached it?
 9        MR. LAMBERT:
10        Objection.
11        THE WITNESS:
12        Yeah.  As I explained, where after
13        that water front have met, it will
14        be difficult to attribute which was
15        damaged by what side (indicating),
16        but the other solution would be if
17        you close one hole, then you can
18        see that in most cases everything
19        will be flooded by one, by that
20        single hole that is open.
21  EXAMINATION BY MR. DOAK:
22     Q.  Does your model purport to be able
23  to distinguish which area in the Lower Nine
24  was affected by the north breach as opposed
25  to the south breach of the Industrial Canal?
```

Page 152

```
 1        MR. LAMBERT:
 2        Objection.
 3        THE WITNESS:
 4        Yeah.  I think the graphs show
 5        clearly.  I don't know exactly
 6        where the Lower Ninth Ward ends,
 7        but you see in my opinion it is
 8        here (indicating).  So --
 9  EXAMINATION BY MR. DOAK:
10     Q.  Yes.
11     A.  So the Lower Ninth Ward is mostly
12  hit by the, this breach.
13     Q.  The reason I ask, Professor, on
14  page 26, you see how tight the breach points
15  labeled number 1 and 4 are.
16     A.  Uh-huh.
17     Q.  Page 26.
18     A.  Yeah.
19     Q.  So they are pretty close together
20  there.
21     A.  Yeah.
22     Q.  And if you turn back to your --
23  when you turn back to some of the later
24  charts it simply refers to the Industrial
25  Canal breaches without differentiating
```

Page 153

```
 1  between that site number 1 and 4.
 2     A.  Oh, yeah.
 3     Q.  So I don't know whether you believe
 4  that in that area of the Lower Nine the model
 5  is able to differentiate between --
 6     A.  We are making a mistake, I think,
 7  because --
 8     Q.  Page 46, location 1.
 9     A.  You are discussing this picture?
10  This is not Lower Ninth Ward (indicating).
11     Q.  I'm looking at the wrong page.
12  Sorry.
13     A.  So page 37 is the Lower Ninth Ward.
14  Yeah.  Yeah.  1 and 2.  Yeah.  Now your
15  question was?
16     Q.  On page 46 showing the water levels
17  at location number 1, you see that the solid
18  purple line is no breaches at IHNC.
19     A.  Uh-huh.
20     Q.  And that chart combined with this
21  series of projections on page 40 in
22  particular certainly (indicating) predict
23  water coming into the Lower Ninth area, but I
24  don't know if you are saying that the model
25  differentiates whether this water is coming
```

PROF. JOHANNES VRIJLING VOL II (MRGO)                          8/17/2007

Page 154

```
 1    from breach site number 1 or breach site
 2    number 2, the north and the south on the
 3    Industrial Canal, or if they're so close you
 4    can't differentiate.  I just don't know
 5    what --
 6       A.  You could do such the same if you
 7    wanted to know, such the same calculation,
 8    closing one and closing the other and see
 9    what the effect is.  And in this case I would
10    think that the biggest one, because one is
11    much bigger than the other, the one is 800
12    feet, 2, and the other is 200 feet, that
13    the bigger one will have most effect.
14       Q.  Okay.
15       A.  And then the picture shows again
16    that whatever you close, you still have the
17    bowl full of water (indicating).
18       Q.  What, if anything -- strike that.
19    Are you familiar with the phrase the chute
20    effect of MRGO?
21       A.  No.
22          MR. LAMBERT:
23          How about funnel?
24          THE WITNESS:
25          Funnel?
```

Page 155

```
 1    EXAMINATION BY MR. DOAK:
 2       Q.  Funnel effect?
 3       A.  Funnel effect.  Yeah.
 4          MR. LAMBERT:
 5          There we go.
 6    EXAMINATION BY MR. DOAK:
 7       Q.  You are familiar with that?
 8       A.  I know the term.  I know the term.
 9          (OFF THE RECORD)
10    EXAMINATION BY MR. DOAK:
11       Q.  Does your model predict anything
12    about the impact of that funnel effect of the
13    MRGO and, if so, how?
14       A.  We don't predict it, but we -- if
15    the data from outside water levels contained
16    the funnel effect, then it's included in our
17    boundary conditions (indicating).  So the
18    funnel effect is something, what plays with
19    the water movement through the MRGO, through
20    the Intracoastal Waterway and how it enters
21    into the narrower part, so that is part of
22    the calculations that were given us by Mr.
23    Kemp.
24       Q.  Those are going to be in the
25    hydrographs for this location --
```

Page 156

```
 1       A.  Yeah.
 2       Q.  -- coming in on the Intracoastal
 3    Waterway?
 4       A.  Yes.  They are in or hidden or not
 5    available.  I don't know exactly.
 6       Q.  Do you know if your input data
 7    included information on the water elevation
 8    in the Industrial Canal to the south of
 9    breach point number 2, which breach point is
10    identified on page 37?
11       A.  You're asking this because if you
12    look at figure 2.1, and there is an overview,
13    and it shows a white dot E just in front of
14    the lock.  So I think we include a hydrograph
15    at the end of the canal.  Is that what you
16    asked?
17       Q.  Yes.
18          MR. DOAK:
19          What are we going to do about these
20          backup materials?  We didn't, you
21          know, get all of them here.  Will
22          these backup materials on the
23          hydrographs be available in advance
24          of the deposition of Mr. Kemp and
25          Morris for next week so we can look
```

Page 157

```
 1          at them?
 2          MR. SCHULTZ:
 3          Which ones do you have specifically
 4          in mind, Jerry?
 5          MR. DOAK:
 6          My particular question is to get
 7          the data submitted from the
 8          hydrograph at location E in figure
 9          2.1, but that's simply --
10          MR. SCHULTZ:
11          What page?
12          MR. DOAK:
13          I'm sorry.  Page 5.  But that's
14          simply the question I have in mind
15          right now.  I guess we can talk
16          about it later when the deposition
17          is done, but --
18          MR. LAMBERT:
19          I don't think it should matter with
20          regard to his testimony.
21          MR. DOAK:
22          That's what I'm saying, that
23          obviously we are going to finish
24          this today --
25          MR. SCHULTZ:
```

                                    40 (Pages 154 to 157)

PROF. JOHANNES VRIJLING VOL II (MRGO)                                8/17/2007

Page 158

1          And it has been made an issue in
2     ya'll's brief for extension, so we
3     will be talking about it one way or
4     the other and, of course, we will
5     endeavor to get you everything you
6     ought to have.
7   EXAMINATION BY MR. DOAK:
8     Q.  Just make sure -- there is not any
9   chance that you would remember that kind of
10  input data from one hydrograph, would you?
11    A.  No.  Given a table of 200 points
12  every half an hour water level is a lot.
13    Q.  I credit you with being a very
14  intelligent man, Professor.  I just wanted to
15  make sure.  Still focused on the St. Bernard
16  area.  As I understand it, I'm going to be
17  referring to the 40 Arpent Canal, you're not
18  listing that as separate breach sites, but
19  rather just this very, very long floodwall
20  that was overtopped as the MRGO water came
21  across the marshlands moving to the
22  southwest, is that correct?
23    A.  You said Arpent canal?  You said --
24  but you mean Arpent wall?
25    Q.  Yes.  I misspoke.

Page 159

1     A.  Yes.
2     Q.  Floodwall.
3     A.  My first idea was, oh, I didn't
4   know there was a canal.  No, sir.  As far as
5   we know, the wall kept standing and it was
6   overtopped, so, as we explained this morning,
7   then it's just a structure (indicating).  And
8   as soon as the water level in the model
9   exceeds the structure, then it starts flowing
10  over.
11    Q.  Does that -- and I understand that
12  concept, but does that necessarily mean that
13  the water flow volume, velocity is going to
14  be uniform across that very long stretch or
15  not?
16    A.  That depends on the model because
17  it's an angle, so you have at first the
18  horizontal water level and then it starts
19  flowing over, then the water has to flow to
20  the wall (indicating).  And that might give
21  on our 50 by 50 grid, that might, the
22  roughness, that might influence the pattern a
23  little bit, but, roughly speaking, it will be
24  horizontal at a certain level.
25    Q.  Is there --

Page 160

1     A.  More or less a foot or whatever
2   above the crest of the wall.
3     Q.  There wouldn't then be anything
4   about the character of the marshlands, I
5   don't know, the depth of the water out there
6   or anything that might affect that force of
7   it coming over the 40 Arpent?
8     A.  Not really.
9     Q.  Okay.  I want to make sure I'm not
10  missing something.
11        MR. LAMBERT:
12        I don't know how you could.  You've
13        been over it three times.
14        MR. DOAK:
15        I'm a slow learner.
16        MR. LAMBERT:
17        I'm just joking with you.
18  EXAMINATION BY MR. DOAK:
19    Q.  If you would turn back, please, to
20  the New Orleans East beginning at page 26.
21    A.  Uh-huh.
22    Q.  And page 33 where your illustrative
23  locations are set out, and I would like to
24  focus on location number 1.  I will represent
25  to you that on page 33 the residence of named

Page 161

1   plaintiff Hank Davis would be a very short
2   distance south of that number 1.
3     A.  Uh-huh.  And they never saw water
4   or what?
5     Q.  Now, if you look at page 33, which
6   shows the maximum flood depths by a color
7   code --
8     A.  Um --
9     Q.  Page 31.
10    A.  Thirty-one.  Yeah.
11    Q.  You'll see that area I just
12  identified, it's a dark blue there.
13    A.  Yeah.  Yeah (indicating).
14    Q.  And I guess the other example would
15  be the water chart for location 1 at page 34.
16    A.  Uh-huh.
17    Q.  Am I reading the water level chart
18  at page 34 correctly to say that the model is
19  predicting approximately 13 feet at this
20  location?
21    A.  Yeah.
22    Q.  See, this is one of the cases where
23  I was wondering how you reconciled this with
24  the rest of the discovery record in this
25  case.  The named plaintiff testifies he had a

JOHNS PENDLETON COURT REPORTERS                               800 562-1285

PROF. JOHANNES VRIJLING VOL II (MRGO)                                8/17/2007

Page 162

1   little water, and I'm not going to say, I can
2   read you a transcript that would suggest one
3   foot, I can show you a transcript that would
4   suggest three feet.
5        MR. LAMBERT:
6        Well, it's right there in that
7   area.
8        MR. DOAK:
9        I'm sorry?
10       MR. LAMBERT:
11       It's -- never mind. I'm sorry.
12       Excuse me.
13  EXAMINATION BY MR. DOAK:
14       Q.  But where this -- and I know he is
15  not at location number 1, but I don't see any
16  difference on the color blue chart between
17  where location 1 is and where this is.
18       A.  Yeah.
19       Q.  If you would be concerned with that
20  or is that just --
21       A.  Yes, if it's true. I was joking,
22  if he saw no water. That would be of
23  concern, of course.
24       Q.  I can also represent to you that a
25  forensic investigator went to his house and

Page 163

1   found a waterline in the house inside the
2   plenum or something that he finds significant
3   that was 12 inches.
4        A.  Yeah, okay, but we need to know
5   according to NAVD88, so now you're referring
6   to levels of the house, but I don't know how
7   high the house was.
8        Q.  Well --
9        A.  But if it is true that we predict
10  13 feet and it was only three, then
11  there's --
12       Q.  That would be a big discrepancy to
13  you?
14       A.  Yeah, yeah, yeah. Certainly.
15       Q.  Let's turn back to page 51, the
16  section on Conclusions. The first expressed
17  conclusion I see is in the second paragraph,
18  the sentence, the second sentence, it is
19  concluded that the contribution of these
20  sources depend on the location. And that's
21  confirmed by all your various charts showing
22  that different amounts of floodwater ended up
23  at different locations around the MRGO area,
24  correct?
25       A.  Yeah. Correct. With the side

Page 164

1   remark that if you have one hole, then you
2   have a good chance that still everything is
3   flooded.
4        Q.  Uh-huh. The next sentence is
5   worded slightly differently, that it can be
6   concluded that rainfall and overtopping
7   contributed heavily. Was that language
8   intended to be equivocable by saying it can
9   be concluded or is that also a conclusion?
10       A.  No. That's a conclusion for St.
11  Bernard and Orleans Metro the rainfall is
12  relatively small, but the East the inference
13  is more.
14       Q.  Yes. Professor Vrijling, I showed
15  this to you before, but I'm going to hand you
16  again what's been marked as Exhibit 15 and
17  ask you to just briefly look at that
18  (indicating). You see Professor Kok's name
19  is on the first page?
20       A.  Uh-huh. Uh-huh.
21       Q.  But you have not seen this document
22  before?
23       A.  No.
24       Q.  Okay. So as we sit here today,
25  this document does not reflect any opinion

Page 165

1   held by you?
2        A.  No.
3        Q.  You haven't read it? I'm not
4   asking you to read it.
5        A.  No, I have not read it, but, as I
6   have explained, I'm familiar with these type
7   of things because I know that the various
8   contexts that we try to refine our damage
9   models by using the Katrina data as well in
10  the field of fatalities, as in the economic
11  damage.
12       Q.  Okay. That's all.
13       A.  Okay (indicating), but that was not
14  part of this study.
15       Q.  Do you by any chance know Professor
16  Giegengack at the University of Pennsylvania,
17  a geologist?
18       A.  No.
19       Q.  We briefly bumped into this before
20  that, what's your level of familiarity with
21  New Orleans and you said that you had some
22  knowledge of it.
23       A.  (Witness nods head.)
24       Q.  Would you elaborate on that a
25  little bit more. Did you know something

                                42  (Pages 162 to 165)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 166

1   about the design and construction of the
2   hurricane protection system here?
3       A.  No, not before the Katrina
4   disaster.  Just general knowledge as any
5   tourist, but not in depth.
6       Q.  Yes.  Did you know about the debate
7   surrounding the loss of the wetlands and the
8   detrimental effect of that on hurricanes?
9       A.  Not really.
10      Q.  Okay.  Did you know about the MRGO
11  channel and this so-called --
12      A.  No, that I certainly didn't know.
13      Q.  Were you familiar with the role of
14  the political process in America in the
15  development, design and construction of the
16  hurricane protection system?
17      MR. LAMBERT:
18      Objection.
19      THE WITNESS:
20      That's a very generally-phrased
21      question, so I'm aware of the
22      political process in relation to
23      protection of public property and
24      so on, but not specifically any
25      discussion surrounding New Orleans.

Page 167

1   EXAMINATION BY MR. DOAK:
2       Q.  And did you have any specific
3   knowledge of the approximately 100-year
4   history of the canals and levee system built
5   around the New Orleans area?
6       MR. LAMBERT:
7       Objection.
8       THE WITNESS:
9       In general, I knew that it was a
10      very old town, the French Quarter,
11      and so, witness of that, but not in
12      detail.
13      MR. DOAK:
14      Okay.  If we could have a short
15      brief break.
16      MR. LAMBERT:
17      Sure.
18      VIDEOGRAPHER:
19      We're off the record.  It is 2:18.
20      (RECESS TAKEN)
21      VIDEOGRAPHER:
22      Back on the record.  It's 2:26.
23      MR. MAYEAUX:
24      Thank you.
25  EXAMINATION BY MR. MAYEAUX:

Page 168

1       Q.  Professor Vrijling, Ben Mayeaux
2   again.  I reintroduce myself.  I have a few
3   questions for you.  The models are run over
4   time.  What is the time frequency, every 30
5   minutes, every hour, every 5 minutes?  How
6   often?
7       A.  I don't know exactly, but I think
8   five or ten minutes time stamps.
9       Q.  Have you provided to us the model
10  run or information from which we can make
11  that determination?
12      A.  I don't think so that we have given
13  yet.
14      Q.  Is that something you can provide
15  for us?
16      A.  Yeah, we can provide.
17      Q.  Breach --
18      A.  But it's a common time stamp, so
19  any model expert like the professor here
20  would know it would such a stamp because the
21  model itself more or less chooses and warns
22  if it's incorrect.
23      Q.  Is this a function -- this is a
24  function of the model itself?
25      A.  Yeah.  Not the model.  And also

Page 169

1   what you put it through.  If you want very
2   quick changes, then you need smaller time
3   stamps, if you have very small depth and all
4   kind of things, the inference is the maximum
5   time stamp.
6       Q.  Breach hydrograph and flow rates,
7   through the breaches as they develop, is
8   information that is estimated and then
9   entered into the model?
10      A.  (Witness shakes head.)
11      Q.  No?
12      A.  No.  The size of the breach is
13  estimated and put in the model as a function
14  of time.
15      Q.  Great.
16      A.  And then the amount of water that
17  flows through the breach is calculated.
18      Q.  Is calculated by the model itself?
19      A.  Yes.
20      Q.  Yesterday a disk of data was
21  provided to us.  Will we find in that data
22  the through-breach flow rates over the top?
23      A.  No.  No.
24      Q.  Okay.
25      A.  It's only the layout of the bottom.

43  (Pages 166 to 169)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 170

1      Q.  All right.  Where do you have the
2  through-breach hydroflow rates?
3      A.  They are inside the output files of
4  the model.
5      Q.  And have those been produced?
6      A.  No.
7      Q.  Can they be produced?
8      A.  Yes.
9      Q.  Thank you.  Please turn to page 35
10  of the July 2007 report.  Do the two figures
11  on page 35, figures 4.7 and 4.8, depict --
12  I'm sorry.
13      A.  Yeah, yeah, yeah.  I have them
14  here.
15      Q.  I'll wait until you get them here.
16      MR. LAMBERT:
17      Wait.  I want to get the rest of
18      the question, too.
19      MR. MAYEAUX:
20      I'm waiting for the professor to
21      get to the page.
22      THE WITNESS:
23      I have the page, but I'm looking
24      for the map, which points are --
25      yeah.

Page 171

1  EXAMINATION BY MR. MAYEAUX:
2      Q.  Okay.  Let me try my question.  The
3  two figures on page 35, I think it's 4.7 and
4  4.8, depict what the model has calculated as
5  the contributions of various sources to the
6  flooding at those two locations, locations 2
7  and 3, correct?
8      A.  Yes.
9      Q.  And we can find plotted where
10  locations 2 and 3 are in the New Orleans East
11  polder by looking at your map on page 33.
12      A.  Yeah.
13      Q.  Please, for figure 4.7 on page 35,
14  tell us what the total maximum floodwater
15  level was as calculated --
16      A.  Approximately five and a half foot
17  above our reference datum.
18      Q.  Okay.  Is estimated ground level at
19  minus 7?
20      A.  Yes, according to this graph it is.
21      Q.  All right.  And would estimated
22  maximum flood level be five foot plus?
23      A.  Yeah, yeah.
24      Q.  So actual total floodwaters at this
25  location would be approximately 12 feet?

Page 172

1      A.  Twelve feet, yes.
2      Q.  Yes.  Of the 12 feet, how many feet
3  was attributed by the model to each of the
4  flood sources considered?
5      A.  Yes.  So it is one foot to the
6  rain, if there were no pumping.
7      Q.  Okay.
8      A.  Then one, two, three, four, five,
9  nearly six feet to overtopping.
10      Q.  Yes, sir.
11      A.  Then we get a little bit more for
12  no breaches.  And then finally four feet for
13  due to the all causes together.
14      Q.  Okay.  Would you please share with
15  us the various contributions for the total
16  flooding at location 3 as shown on figure
17  4.8.
18      A.  Yes.  So due to overtopping would
19  have caused nearly 7 foot already.  And then
20  one foot extra to no breaches and then 4 more
21  in total, but be careful.  If there were only
22  breaches, then it would also be high.  It's
23  not to understand that if the others were not
24  there, then this black line would run there
25  (indicating).

Page 173

1      Q.  I understand.
2      A.  Okay.
3      Q.  As we discussed yesterday, if we
4  were to assume some breaches had not
5  occurred, then floodwaters from other
6  breaches may have impacted a given location
7  anyway?
8      A.  Yeah.  Exactly.
9      Q.  But you modeled -- your attempt was
10  to model for accuracy --
11      A.  Yeah.
12      Q.  -- and to actually show the impact
13  of each breach --
14      A.  Yeah.
15      Q.  -- or overtopping that you modeled?
16      A.  Yes.
17      MR. LAMBERT:
18      Objection.
19      THE WITNESS:
20      And especially the big discussion
21      if rain were a major factor or not.
22  EXAMINATION BY MR. MAYEAUX:
23      Q.  Yes, sir.  Please turn to page 46
24  of your report.  I will ask you a few
25  questions about some of the locations modeled

44  (Pages 170 to 173)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 174

1    there. Let's -- take a look at water level
2    at location 1, which is figure 5.6 on page
3    46.
4        A. Yes.
5        Q. And that location is shown
6    graphically in the St. Bernard polder on the
7    map on page 44, correct?
8        A. Yeah. Yes.
9        Q. Would you, please, at the maximum
10   flood level for the water level at location 1
11   in the St. Bernard polder first tell us what
12   the flood level -- flooding aboveground level
13   was.
14       A. Eleven feet above -- aboveground
15   level?
16       Q. Aboveground level.
17       A. Fifteen feet.
18       Q. Of the 15 feet, would you explain
19   to us how much your model attributes to each
20   potential flood source?
21       A. So first no or half a foot to rain
22   depending on the activity of the pumps. Then
23   we have, let's say, two feet due to
24   overtopping. And then here we have such a
25   question if there were no breaches, the

Page 175

1    Harbor Navigation Channel the maximum would
2    have occurred later, so at this moment it
3    contributes one, two, three, four, five, six,
4    seven, eight, nine, ten -- ten feet and then
5    two more to the maximum.
6        Q. Yes, sir.
7        A. Do you understand (indicating)?
8        Q. I'm following.
9        A. But if you wait for a few moments,
10   then the other hole would have filled the
11   bowl, not up to the maximum foot less, but --
12       Q. Okay. So no breaches IHNC, the
13   impact is the solid gray line, correct?
14       A. Yeah.
15       Q. And that impact added how many feet
16   at maximum water level?
17       A. We said ten? One, two, three,
18   four, five, six, seven, eight, nine, ten.
19   Yeah.
20       Q. And the MRGO breach your model
21   shows added how many feet to the flooding at
22   maximum water depth?
23       A. Yeah. Then two extra at this
24   moment.
25       Q. All right. Thank you. Please

Page 176

1    let's look at 49, page 49, the water level at
2    location 7, St. Bernard polder, which is
3    figure 5.12.
4        A. Yeah.
5        Q. What is the maximum -- what was the
6    flood level aboveground at location 7 for the
7    St. Bernard polder?
8        A. More than 14 feet. Fourteen, 15
9    feet.
10       Q. Of the 14 feet at, of the 14 feet
11   maximum flood level, how many feet was
12   contributed by rainfall according to your
13   model prediction?
14       A. Yeah. A half to one feet,
15   depending on the action of the pumps. It is
16   very small.
17       Q. How much by MRGO breaches, how many
18   feet by MRGO breaches?
19       A. Then you see that it's filled
20   anyhow here (indicating).
21       Q. Okay.
22       A. So with or without the -- the
23   graphs are on top of each other.
24       Q. At maximum flood level, which
25   occurred at approximately 9:00 A.M. on the

Page 177

1    29th of August?
2        A. Yeah.
3        Q. Your model shows no contribution
4    from the MRGO breaches at that time, is that
5    correct?
6        A. I don't know -- because if there
7    were no breaches in MRGO we would have the
8    dotted line, wouldn't we? No breaches MRGO,
9    so we would have this (indicating) --
10       Q. Right.
11       A. -- at 7. Now, the breaches in MRGO
12   were much higher, so this extra -- so there's
13   little difference in 7 between only MRGO or
14   MRGO plus Inner Harbor Navigation Channel --
15   there is quite some difference if there would
16   be no breaches in MRGO because then,
17   according to this graph, the waterline would
18   be limited to four feet.
19       Q. And the flooding would have
20   occurred later?
21       A. Yeah.
22       Q. From that source?
23       A. Yeah, but that's -- because then we
24   are so late, maybe the storm is over.
25       Q. So at maximum flood level, which

PROF. JOHANNES VRIJLING VOL II (MRGO)                        8/17/2007

Page 178

1  occurred approximately 9:00 A.M. on September
2  29, your model depicts here less than one
3  foot is contributed by water.
4      A.  Rain.  Rainwater.
5      Q.  Rainwater.
6      A.  Yeah.
7      Q.  Thank you.  And the remainder of
8  the floodwaters at that location at that time
9  were from which source?  Page 44.
10     MR. LAMBERT:
11         Source, you mean point of entry?
12     MR. MAYEAUX:
13         Or sources, points of entry.
14         Either.
15     MR. LAMBERT:
16         Okay.
17     THE WITNESS:
18         So at that moment the main
19         contribution came from the north,
20         from the Inner Harbor Navigation
21         Channel.
22  EXAMINATION BY MR. MAYEAUX:
23     Q.  Which is depicted with the solid
24  gray line?
25     A.  Yeah.

Page 179

1      Q.  Yes.  Okay.  Thank you.
2      MR. LAMBERT:
3          Okay.  Your 15 minutes are just
4          about up.  Actually, they are twice
5          as much as up.  Are you done?
6      MR. MAYEAUX:
7          I think so.
8  EXAMINATION BY MR. MAYEAUX:
9      Q.  I think I'm waiting -- have you
10  completed your answer to the pending
11  question?
12     A.  Didn't we make a mistake?  Because
13  I'm still looking at this fixed gray line.
14  It says there's no breaches in the Inner
15  Harbor Navigation Channel.  So that means it
16  is the MRGO contribution in 7.
17     Q.  At location 7 at peak water level.
18     A.  Yeah.  Yeah.  And you see that the
19  complete gray line is no breaches Inner
20  Harbor Navigation Channel.  So that means
21  that everything is coming off of the Arpent
22  levee from the MRGO.  So that's the biggest
23  contribution.
24     Q.  So I said it backwards.  Had there
25  been on August 29 at 9:00 A.M. peak water

Page 180

1  level, now we interpret the model as showing
2  approximately one foot of the floodwaters
3  attributable to rainfall.
4      A.  Yes.
5      Q.  And the remainder of the
6  floodwaters at that time attributable to MRGO
7  breaches.
8      A.  Yes.  Yes.
9      Q.  Thank you.
10     A.  Yes.  Yes.
11     MR. LAMBERT:
12         That was your one question.  Thank
13         you.  Are you done?
14     MR. MAYEAUX:
15         Yes, we are.
16     MR. LAMBERT:
17         Good.
18  EXAMINATION BY MR. LAMBERT:
19     Q.  Just a couple of really quick
20  questions.  First of all, from where we are
21  right now, if it hadn't rained, which is
22  totally hypothetical, but if there was no
23  contribution from rain and if there was no
24  contribution from overtopping, what would the
25  depth be of water at 9:00 in the morning?

Page 181

1      A.  Approximately the same because the
2  major contribution comes already from the
3  breaches.  And if the other sources wouldn't
4  have filled it up a little bit, then
5  everything would have come from the breaches.
6      Q.  Now, if there hadn't been any
7  contribution from rain hypothetically, and if
8  there hadn't been any overtopping
9  hypothetically, would the water depth with
10  the breaches along the MRGO have ultimately
11  reached the same depth that it reached?
12     A.  I think so.
13     Q.  Okay.
14     A.  Yeah.
15     Q.  So from the a timing standpoint, it
16  just happens that the rain was adding some
17  water early on, but even if it hadn't rained
18  and even if there had been no contribution
19  from overtopping, if you got breaches along
20  the MRGO you end up with the same depth of
21  water anyway?
22     A.  I'm afraid you're right.
23     Q.  Yeah.  And the same thing goes for
24  all three bowls --
25     MR. MAYEAUX:

46  (Pages 178 to 181)

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 182

```
 1        Object to the form.
 2   EXAMINATION BY MR. LAMBERT:
 3   Q.  Correct?
 4   A.  Yes.
 5        MR. LAMBERT:
 6        Okay.  No further questions.
 7        MR. MAYEAUX:
 8        Mr. Vrijling.  It has been a
 9   pleasure.
10        THE WITNESS:
11        Thank you very much.
12        VIDEOGRAPHER:
13        The end of this deposition.  It is
14   2:45.
15
16
17        (Whereupon, the deposition was
18   concluded at 2:45 p.m.)
19
20
21
22
23
24
25
```

Page 183

```
 1        WITNESS CERTIFICATE
 2
 3
 4        I, PROFESSOR JOHANNES VRIJLING, do
 5   hereby certify that the foregoing testimony
 6   was given by me, and that the transcription
 7   of said testimony, with corrections and/or
 8   changes, if any, is true and correct as given
 9   by me on the aforementioned date.
10
11
12
     DATE SIGNED      WITNESS' SIGNATURE
13
14
15
16        Signed with corrections as noted.
17
          Signed with no corrections noted.
18
19
20   DATE TAKEN: August 17, 2007
21
22
23
24
25
```

Page 184

```
 1        REPORTER'S CERTIFICATE
 2
 3        I, MARGARET MCKENZIE, Certified Court
 4   Reporter, do hereby certify that the
 5   above-named witness, after having been first
 6   duly sworn by me to testify to the truth, did
 7   testify as hereinabove set forth;
 8        That the testimony was reported by me
 9   in shorthand and transcribed under my
10   personal direction and supervision, and is a
11   true and correct transcript, to the best of
12   my ability and understanding;
13        That I am not of counsel, not related
14   to counsel or the parties hereto, and not in
15   any way interested in the outcome of this
16   matter.
17
18
          MARGARET MCKENZIE, CCR, RPR, RMR, CRR
19        CERTIFIED COURT REPORTER
20
21
22
23
24
25
```

**A**

ability 148:23
    184:12
able 10:14 12:22
    40:25 45:20 62:17
    75:10 80:5 84:23
    126:5 151:7,22
    153:5
aboveground
    174:12,14,16
    176:6
above-named
    184:5
Absolutely 91:24
accept 13:7 74:15
    74:25 75:6,12
accepted 23:10
    76:8
accident 99:24
account 44:19
    64:10 87:22 145:1
accounted 139:16
accounts 124:13
accuracy 84:3,9
    86:1 87:5 104:21
    110:7 127:6
    173:10
accurate 46:13
    81:9 99:9,11,13
    105:4 126:7 132:5
    132:20
accurately 149:5
acknowledge
    124:16 148:4
acknowledged 60:2
    134:11 144:25
acknowledging
    105:16 131:12
acting 21:25
action 1:4 176:15
active 41:24
actively 12:24
activities 21:8
    46:14
activity 134:23
    174:22

actual 109:9
    124:20 126:18
    129:25 171:24
added 75:13 76:15
    175:15,21
adding 181:16
addition 49:25 50:2
additional 32:12
    40:5 91:2 101:22
    102:3 130:16
    131:18 132:2
additions 47:24
address 78:3,6,23
    148:14
addresses 76:17
administering 8:25
admit 124:11
    147:19
adopt 32:13
adopted 32:2
adopting 33:23
advance 34:18
    137:6 156:23
advice 16:21
aerial 106:24
    107:16,21 126:19
affect 87:5 160:6
aforementioned
    8:4 183:9
afraid 82:17
    181:22
aftermath 24:18
    116:24
afternoon 33:17,20
    146:12
aggregate 99:14
    102:11
ago 47:10 147:18
agree 48:12 52:25
    77:2 80:1,7 83:9
    91:8 140:3 144:16
    145:22 148:13
    150:11
agreed 8:2 79:16
    90:13 144:20
agreeing 103:13
ah 114:12

ahead 32:18 37:9
    70:21 73:13
    100:23 122:15
    146:15
aim 42:21
aiming 80:22
    111:16 131:9
air 56:24 73:19,25
Airline 4:14
airport 31:8,8
    118:15,24 134:24
Al 41:14
alarm 25:13
allude 86:11
all's 15:11
alphabetical 106:2
Alps 92:1 94:18
ambiguity 38:17
America 166:14
American 13:2
    14:18 49:6 50:8
    85:11 120:16
Americans 63:22
    113:6 127:25
amount 35:14
    169:16
amounts 163:22
Amsterdam 13:14
Amy 4:21
analysis 13:6 18:12
    43:19,22 45:7
    55:9 60:12 71:14
    78:21 133:8
analyzing 70:13
and/or 183:7
angle 159:17
anguish 13:1
answer 8:15 30:22
    32:18 45:9 54:9
    66:11 70:21 73:13
    73:23 100:23
    122:17 145:6,18
    145:20 149:21,23
    179:10
answered 100:11
    135:18 136:25
    146:3

answering 58:17
answers 28:13
anticipated 141:14
anymore 111:22
    145:13
anyway 92:11
    173:7 181:21
Anzelmo 3:4,5
apart 86:19 143:12
apparently 38:14
    40:8 47:20 66:17
    113:3
APPEARANCES
    2:1 3:2 4:2 5:2
    6:2
appears 108:9
Apple 45:23
applicability 29:9
applicable 10:24
    21:11
application 98:8
applied 52:2 61:5
applies 18:4
applying 17:4
    139:18
approach 11:9
    107:7
approximately
    23:3 41:5 61:22
    62:4 64:9 67:18
    69:18 94:21
    161:19 167:3
    171:16,25 176:25
    178:1 180:2 181:1
Arabia 41:14
Arcadis 42:15
architecture 73:4
area 9:23 19:13
    31:7 35:13 36:1,8
    52:25 54:13,13
    55:12,13,15 59:20
    62:9 63:6 65:9
    68:13 72:22 78:15
    80:3 87:15 89:25
    91:9 94:10 95:10
    98:18 102:10
    107:13 118:2,3

126:10,10 134:5
    135:6,10 141:13
    143:14 149:1
    150:12,24 151:6
    151:23 153:4,23
    158:16 161:11
    162:7 163:23
    167:5
areas 42:22 57:20
    62:1 72:24 74:18
    74:24 76:9 102:9
    105:5 151:5
argue 123:2
Arpent 125:21
    126:13 129:1,3
    141:3 150:22
    158:17,23,24
    160:7 179:21
ASCE 27:21
aside 141:22
asked 14:21 15:3
    15:18 34:2 91:4
    105:16 136:25
    141:19 143:13
    145:8,10 146:3
    151:5 156:16
asking 9:19 12:16
    44:11 58:18 66:10
    67:7,14 109:21,22
    122:19 127:9
    129:18 148:1
    165:11 165:4
aspect 83:17
aspects 83:20
assessing 24:25
assistant 13:24
    16:14
assume 11:5 53:5
    58:24 80:1 110:16
    129:7 150:11
    173:4
assumes 34:11
assuming 103:22
assumption 135:22
    140:12 150:5
assumptions 86:3,6
    134:6

PROF. JOHANNES VRIJLING VOL II (MRGO)                8/17/2007

Page 186

**astronomical** 117:7
**attached** 38:2
**attack** 55:3 78:20
**attempt** 55:20
    173:9
**attendant** 123:15
**attention** 71:9
**Attorneys** 2:6,11
    2:18,24 3:7,14,22
    4:8,16,23 5:9
**attributable** 180:3
    180:6
**attribute** 151:14
**attributed** 172:3
**attributes** 174:19
**August** 1:21 36:23
    177:1 179:25
    183:20
**Aurandt** 5:15
**author** 129:14
**available** 45:18
    51:2 76:25 98:18
    99:10 101:9,11,15
    101:22 102:2
    112:21 121:10
    132:25 137:24
    156:5,23
**aware** 11:11 30:9
    50:10,20 60:6
    74:17 99:16
    104:20 110:6
    166:21
**a.m** 1:21 176:25
    178:1 179:25

___

**B**

**back** 32:5 37:1,10
    39:14 41:2 60:7
    79:15 82:22 115:8
    128:19 133:4
    141:6,17,19
    152:22,23 160:19
    163:15 167:22
**backflow** 142:8
**backseat** 29:6
**backup** 156:20,22
**backwards** 179:24

**bad** 140:10
**Bangladesh** 20:21
    42:16
**BARNETT** 5:6
**Baronne** 1:20 2:5
**barrier** 20:15 42:6
    46:10
**barriers** 24:19
**base** 84:3
**based** 27:8 35:14
    46:17 79:17 109:9
    109:11 124:23
**basic** 17:23
**basically** 10:6
    22:16
**basis** 11:15 14:23
    24:25 47:18
    107:16
**battery** 80:16
**Baylen** 2:16
**bear** 87:25
**Bearden** 4:6
**Beaufort** 21:6
**beautiful** 84:11
**Becnel** 2:21,22
    58:19 147:8
**beginning** 129:5
    160:20
**begins** 129:10
**behalf** 9:19
**behaves** 149:10
**behavior** 112:13
**believe** 33:3 51:1
    60:2 64:2 114:14
    114:18 134:14
    149:4 153:3
**believed** 34:6
**belly** 44:16
**Ben** 3:18 168:1
**beneath** 91:14
**benefit** 132:1
**Bernard** 10:2
    31:18 102:11
    103:15 104:3
    128:8 129:1
    133:13 149:3
    158:15 164:11

174:6,11 176:2,7
    175:11
**best** 117:16 119:14
    184:11
**better** 18:7,7 42:24
    45:20,21 85:10
    119:16 121:9
    128:2 137:5,16
    138:18
**beyond** 77:20
    130:17
**big** 63:9 68:3 83:20
    85:21 138:6
    163:12 173:20
**bigger** 154:11,13
**biggest** 20:21
    154:10 179:22
**bit** 20:22 30:9
    43:13,18 63:8
    69:5 82:16 88:12
    88:13,16 112:16
    114:6 118:6 137:7
    159:23 165:25
    172:11 181:4
**black** 172:24
**block** 58:8
**blockage** 133:3
**blocks** 140:13
**blue** 161:12 162:16
**Blvd** 3:6 4:6
**board** 4:8 123:11
    123:16 124:1
    129:8
**book** 106:1
**Borgne** 4:9
**bottom** 35:18 62:9
    108:12 113:19
    120:1 128:14
    139:16 169:25
**boundary** 104:18
    155:17
**BOURGEOIS** 4:4
**bowl** 35:18 63:8
    64:15 91:6 92:9
    93:2,4,6,9,18,21
    93:23,25 95:25
    102:19 112:15
    125:16 128:6

132:10 154:17
    175:11
**bowls** 11:9 14:23
    15:2 92:14,15,17
    95:12 104:13,19
    132:21 181:24
**brakes** 16:1
**branch** 43:15 44:23
**Branscome** 26:11
    26:16
**breach** 35:3 55:16
    56:11,14 65:8,22
    66:19 67:15 68:3
    68:9,19 69:4,6,23
    70:14,15 105:21
    106:11,13,21,23
    108:9,13,16,21
    109:5 110:5,24
    111:2,8,24 112:6
    112:11,22 113:11
    113:22 114:8,17
    115:9,15,16,18
    116:13,13,16,17
    117:10 118:11
    119:6,7,14 121:16
    123:12 124:3
    133:11 148:15
    151:24,25 152:12
    152:14 154:1,1
    156:9,9 158:18
    168:17 169:6,12
    169:17 173:13
    175:20
**breached** 114:4
**breaches** 1:4 15:6
    31:20 34:6 64:8,9
    65:16 66:16 67:5
    67:13,18,24 68:1
    69:1,2,4,10,21
    85:22 87:20
    109:10 111:7,24
    119:14,15,25
    123:13,23 130:1
    152:25 153:18
    169:7 172:12,20
    172:22 173:4,6
    174:25 175:12

176:17,18 177:4,7
    177:8,11,16
    179:14,19 180:7
    181:3,5,10,19
**breaching** 114:7
**break** 82:23 122:21
    167:15
**breaks** 10:9
**breakwaters** 20:18
**bridge** 20:20,21,23
    31:10 33:4
**bridges** 43:6
**brief** 158:2 167:15
**briefly** 90:5 136:13
    139:3 164:17
    165:19
**bring** 142:12
**broad** 40:17
**brought** 39:24 40:5
    40:6
**Bruno** 1:20,20 2:4
    2:4,4 13:8,13
    14:24 22:5 24:8,9
    26:6,7 102:13
    103:2,9,16 109:16
    109:23 111:11
    113:5 114:21
    115:10 116:2
    120:17 122:8,18
    123:18 127:13,20
    128:1 131:2
    133:20
**Bruno's** 13:8
**BS** 93:11
**build** 17:14
**building** 90:24
    122:7 140:6 145:2
    147:21
**buildings** 137:22
    139:2,6,12 140:2
**built** 87:19 167:4
**bullets** 53:20
**bumped** 165:19
**bunch** 28:1 66:1
**BURGLASS** 4:13
**bursting** 118:19
**Bus** 19:11

JOHNS PENDLETON COURT REPORTERS                800 562-1285

**business** 16:20
**businesslike** 13:4
**buttressed** 90:18
**buy** 51:1

**C**

**calculate** 137:24
**calculated** 169:17
  169:18 171:4,15
**calculates** 126:14
**calculating** 21:19
  48:21
**calculation** 17:23
  45:11 81:1 126:8
  151:2 154:7
**calculations** 12:22
  20:17 22:3,4
  32:22 33:1 41:20
  41:22 45:21,24
  101:17 155:22
**calibrate** 39:6
**calibrated** 51:22,25
  118:2
**calibration** 77:1
**calibrations** 81:8
**call** 44:24 45:2 69:5
  102:19 103:10
**called** 113:22
  141:20
**calling** 18:2
**canal** 1:4 9:24
  10:25 30:22 116:4
  116:7 118:4,19
  119:25 123:13
  124:2 133:3,9,11
  151:25 152:25
  154:3 156:8,15
  158:17,23 159:4
**canals** 30:20 87:20
  167:4
**candor** 131:11
**car** 31:19 121:15
**care** 122:5
**careful** 172:21
**Carlo** 45:7
**carries** 86:6
**case** 23:9 38:20

51:21 72:11 75:14
  80:11 83:18 85:9
  85:14,19 86:16
  88:7 106:7 117:22
  122:11,11,20
  127:19 133:10
  150:21 154:9
  161:25
**cases** 11:12 85:10
  150:17 151:18
  161:22
**cause** 34:7,20 35:12
  122:5 140:4
  148:14
**caused** 35:23 55:15
  123:3 148:5
  172:19
**causes** 15:9 172:13
**Causeway** 3:6 4:6
**causing** 134:18
  150:17
**CCR** 6:17 184:18
**center** 3:20 102:19
**central** 92:20 118:3
  150:18
**centralize** 137:12
**Centre** 5:7
**cereal** 95:25
**certain** 17:25 45:4
  45:8 80:11 108:3
  114:13 144:6
  150:23 159:24
**certainly** 25:13
  28:11 36:2 38:24
  51:13 109:9
  140:25 153:22
  163:14 166:12
**CERTIFICATE**
  183:1 184:1
**certification** 8:11
  38:7
**Certified** 6:17 8:22
  184:3,19
**certify** 183:5 184:4
**Chad** 40:19
**challenging** 114:18
**Chalmette** 150:24

**chance** 35:2 158:9
  164:2 165:15
**change** 82:24 94:25
  112:15 118:6
  139:15
**changed** 32:9 42:2
  42:8 43:18
**changes** 89:10
  169:2 183:8
**changing** 87:15
**channel** 71:10,11
  137:11 166:11
  175:1 177:14
  178:21 179:15,20
**chaos** 124:12
**chaotic** 131:24
**character** 160:4
**characterize** 66:7
**characterized**
  45:10
**characterizing**
  66:15
**Charles** 3:12
**chart** 69:20 82:7
  153:20 161:15,17
  162:16
**charts** 152:24
  163:21
**check** 84:19
**checked** 27:17
  105:2
**checking** 89:17
**chemicals** 57:9
**chief** 123:15
**choice** 69:22
  121:23
**choose** 57:19
  117:16 120:10,11
**chooses** 168:21
**chose** 119:12 120:4
**chute** 154:19
**circle** 44:5
**circumstances**
  56:11
**cities** 59:25
**city** 18:8 57:23 58:4
  58:9,10 87:21

**civil** 1:4 8:6 41:24
  43:1 95:11
**clarify** 35:10 36:5
**class** 38:7 78:2
  79:24
**clause** 98:23
**clear** 9:13 20:5
  22:12 23:6 62:22
  122:24 149:15
  150:16
**clearly** 19:19
  103:22 127:2
  152:5
**clock** 80:20
**clocks** 80:16,16
**close** 15:5 40:14
  150:19 151:17
  152:19 154:3,16
**closing** 154:8,8
**closure** 46:8 62:7
  71:8
**CLVS** 5:22
**CMR** 6:17
**CN** 1:19
**coaching** 78:9
**coarseness** 139:21
**coast** 20:19
**code** 161:7
**colleague** 16:25
  25:11 43:25
  107:11 118:1
**color** 161:6 162:16
**column** 118:10
**combined** 70:16
  90:9 118:4 153:20
**come** 22:15 37:1,10
  82:22 84:25 85:4
  85:6 87:20 111:21
  132:23 141:19
  149:16 181:5
**comes** 59:4 76:1
  141:5 181:2
**comfortable** 65:14
**coming** 75:20
  115:24 125:20
  141:4 153:23,25
  156:2 160:7

179:21
**comment** 27:8 36:7
  78:15
**comments** 23:1
  79:8,12
**commercial** 48:3
**Commissioners** 4:8
**common** 42:10
  45:6 73:2 130:22
  168:18
**community** 121:15
**company** 41:13
**comparable** 70:17
**compare** 60:11
  61:3,8 62:19
  70:10 73:8 76:21
**compared** 91:12,25
  92:1 126:12
**comparison** 62:24
**complain** 93:3,25
**complete** 31:21
  40:25 107:8
  142:21 179:19
**completed** 179:10
**completely** 84:2
**completeness** 84:10
  127:7 142:18
**completing** 132:1
**complex** 64:6 73:16
  83:10
**complexity** 61:4
  62:17,20 70:17
**complicated** 63:18
**components** 30:13
**composition** 113:3
**compound** 34:10
  34:15
**compressible** 73:19
**computer** 44:22,24
  45:13,24 72:23
  73:5 83:15 88:2
  98:8
**computers** 45:18
  45:19
**concept** 159:12
**concern** 82:9
  162:23

**concerned** 162:19
**concise** 22:13
**conclude** 32:12
**concluded** 163:19
  164:6,9 182:18
**concludes** 129:13
**conclusion** 163:17
  164:9,10
**Conclusions**
  163:16
**conditions** 104:17
  104:17,18 155:17
**conferences** 30:8
**confidence** 86:17
  87:3
**confident** 38:19
  72:15
**confirm** 39:22 65:6
  79:15 121:22
  138:5
**confirmation** 99:7
**confirmed** 134:22
  163:21
**conflict** 120:10
**conflicting** 117:14
  119:20,24
**conflicts** 117:12
**confused** 47:19
  106:9 130:15
**connection** 71:17
**consented** 14:5
**consider** 59:19
  65:21 126:23
**considerably** 73:20
**consideration**
  28:23 40:13,24
**considered** 172:4
**consistent** 15:19
  17:19 28:2
**CONSOLIDATED**
  1:4
**construction** 42:7
  46:11,20,22,24
  166:1,15
**consultant** 20:17
**consulting** 16:18
  16:19

**contact** 13:2
**contacted** 12:21
**contacts** 12:24
**contained** 155:15
**contents** 13:5
**context** 24:22
  38:23
**contexts** 165:8
**continued** 3:2 4:2
  5:2 6:2
**contract** 14:17
**contracting** 41:13
**contractor** 41:16
  42:3 46:13
**contrast** 61:8
**contributed** 164:7
  176:12 178:3
**contributes** 175:3
**contribution**
  163:19 177:3
  178:19 179:16,23
  180:23,24 181:2,7
  181:18
**contributions** 90:8
  171:5 172:15
**control** 56:5,10
**convenience** 10:9
**converse** 151:4
**convinced** 50:11
**coordinates** 40:4
**coordinator** 41:22
**copy** 96:24
**corners** 98:21
**Corps** 19:1,4 42:3
**correct** 10:25 11:1
  12:14,16 21:19
  22:16 27:19,20
  30:3,23,25 31:24
  31:25 44:13,14,19
  53:11,17,18,22
  57:17 59:14,15,18
  60:5 65:7,18 68:9
  68:13,14,16,20,21
  69:24 70:6 74:15
  76:13,14 80:24
  81:18 84:1 86:4
  89:17 90:11,20

91:11,15 100:2
102:5 105:13
108:5,10 110:24
112:4 117:1,2
119:9 121:7 123:5
123:6 124:25
134:9 142:1,6
158:22 163:24,25
171:7 174:7
175:13 177:5
182:3 183:8
184:11
**corrections** 183:7
  183:16,17
**correctly** 83:14
  119:17 161:18
**correlation** 87:24
**cost** 18:12
**counsel** 8:3 18:19
  26:18 27:24 28:18
  37:16 62:22 66:4
  77:23 78:8 92:25
  93:13 100:9
  135:25 146:7
  148:19 184:13,14
**count** 64:14 65:10
**counted** 66:18
**countries** 91:13
**counts** 69:3
**couple** 131:21
  143:2 180:19
**course** 28:15 31:15
  31:22 85:19 96:16
  109:25 110:15
  112:24 114:15
  130:10 158:4
  162:23
**courses** 49:22
**court** 1:1 6:17 8:22
  9:9,21 10:17
  37:13 77:9 184:3
  184:19
**cover** 136:7
**covered** 136:9
**Covington** 3:13
**co-worker** 13:24
**crashing** 112:1

115:17
**create** 58:10
**credit** 82:2 158:13
**crest** 98:25 125:12
  160:2
**criticizing** 28:5
**crossing** 31:8 95:16
**CRR** 6:17 184:18
**crying** 110:15
**current** 141:6
**currently** 144:3
**cut** 27:24 116:22
**cutting** 20:22 75:25
**cycle** 44:6 64:1
  111:8,12

---

## D

**D** 2:15 7:1 103:22
  104:1
**Dallas** 4:22
**Dalrymple** 6:10
**damage** 35:23 36:3
  36:12 39:2,6
  48:25 49:1 89:10
  89:19,23 90:1,24
  96:15,18 122:6
  123:3 134:18
  137:10 140:5,23
  145:24 147:20
  150:17 165:8,11
**damaged** 151:15
**damages** 39:1 69:8
**Daniel** 2:22 58:19
**Danish** 52:4
**dark** 161:12
**data** 23:9 24:5
  25:18 26:12,15
  28:20 40:19 62:18
  62:18 63:24 64:3
  67:10,11,16 68:19
  69:11,24 70:3,16
  74:4,13,25 75:1
  75:13 80:19,20
  84:9,10,13,17
  86:10 87:7 97:13
  98:2,25 99:4,10
  99:17 102:3

104:12 105:12,12
105:23,25 106:1,3
107:2 108:2,3
109:7,9 110:5,13
112:6 113:16
117:24 118:4,12
118:13 119:14
120:21 121:9
124:18,20 126:1
126:24 128:7,17
129:3,6,7,10,16
129:19 130:14,16
130:18 131:6,19
131:23 132:3,13
132:23 133:5,8
134:6,9 141:23
142:1,15 144:8
155:15 156:6
157:7 158:10
165:9 169:20,21
**database** 105:24
  106:7,15,20
**date** 111:4 183:9,12
  183:20
**dated** 36:22 65:2
**datum** 171:17
**Davis** 161:1
**day** 1:21 4:20 16:16
  22:18
**days** 9:17 16:17
  117:6
**dealt** 24:15
**debate** 166:6
**decided** 13:6 74:25
  118:16
**decision** 17:3,4,10
  17:12 18:3,4
**decisions** 14:16
  44:15
**deep** 110:12
**deeper** 35:20
**deepest** 30:10
**defendant** 3:7,14
  3:22 4:8,16 38:20
**defendants** 52:18
**defined** 53:5,13
**definition** 59:4

68:5 69:4
**degree** 41:8
**Delft** 1:19,20 13:7
  19:3 47:21,23
  48:7 50:6,6,11,13
**DeLorimier** 5:22
**demonstration**
  15:9
**depend** 163:20
**dependent** 84:2
**depending** 88:6
  96:5 116:19
  174:22 176:15
**depends** 159:16
**depict** 108:9
  170:11 171:4
**depicted** 178:23
**depicts** 178:2
**deposition** 1:19 8:4
  8:16 39:18,18
  52:12 108:7
  112:24 123:11,14
  156:24 157:16
  182:13,17
**depositions** 103:3,4
**Depo-Vue** 5:23
**depression** 91:23
**depressions** 91:20
**depth** 19:24 36:8
  52:24 53:9 57:9
  69:15 80:23 89:5
  90:14 106:21
  121:25 160:5
  166:5 169:3
  175:22 180:25
  181:9,11,20
**depths** 49:14 95:21
  114:16 161:6
**derived** 105:13
**describe** 50:20 74:2
  139:3,6
**described** 71:13
**description** 53:1
**design** 16:11 20:12
  20:14,18,20 21:18
  41:19 43:12,21
  44:7,10 46:23

71:17,19,21 72:7
  166:1,15
**designs** 43:20
**destroyed** 132:8
**destruction** 31:21
**detail** 40:18 68:24
  121:18 167:12
**detailed** 20:16
  137:17 138:13
  143:17
**details** 32:23 64:7
  138:22 143:13
**determination**
  168:11
**determine** 81:25
**determined** 106:24
**determining** 90:8
**deterministic** 44:25
  45:3
**detrimental** 166:8
**develop** 15:2 169:7
**developed** 47:2,25
**development** 43:24
  45:22 47:9,17
  69:2 166:15
**diagram** 95:3
**diagrams** 49:12
**differ** 27:6
**difference** 33:12
  88:25 89:3 117:4
  137:23 162:16
  177:13,15
**differences** 28:11
  110:14
**different** 11:9,12
  34:3,5 35:21 36:3
  36:13,17 44:23
  55:23 56:1 57:2
  57:12 59:23 65:8
  69:5 75:21 101:23
  109:11 113:12,12
  120:8 163:22,23
**differentiate**
  144:20 153:5
  154:4
**differentiates**
  153:25

**differentiating**
  152:25
**differently** 18:2
  164:5
**difficult** 41:20
  45:17 73:21 83:13
  85:18 86:25 88:1
  118:18 141:1
  151:14
**difficulty** 10:15
  85:25
**dig** 147:3
**Digital** 97:25
**dike** 24:18 31:19
  125:9,12 126:11
**dikes** 31:9 75:25
  116:22,25 121:17
**direct** 140:21
**direction** 15:24
  18:15 26:24
  115:25 116:10
  184:10
**directly** 90:23
  99:12
**disaster** 19:13
  54:18 56:12
  121:14 166:4
**disclose** 129:15
**discover** 95:18
**discovery** 161:24
**discrepancy** 163:12
**discuss** 148:23
**discussed** 18:18
  19:22,24 33:3
  50:9 52:4 57:24
  75:6 84:5 86:25
  98:12 114:5 121:8
  121:11 128:5,23
  129:22 130:5,6,14
  134:8 137:3
  139:22 173:3
**discussing** 129:2
  150:6 153:9
**discussion** 12:25
  20:1 33:7 114:9
  166:25 173:20
**discussions** 13:15

14:12,14 15:10
**disk** 169:20
**disregard** 120:11
**dissenting** 124:9
**distance** 94:25
  100:3 161:2
**distinction** 140:13
**distinguish** 151:23
**distribution** 45:9
  45:10
**District** 1:1,1 3:8
  3:15,22 4:9,9 38:4
**ditch** 47:14,16
  88:15,17,17
**ditches** 47:11 49:21
  51:17 87:18
  136:17 137:2
  141:24
**division** 42:7
**Doak** 4:20 7:6 9:6
  9:15,17 11:22,24
  12:9,15 19:14
  21:9 25:15 27:7
  27:12 28:16 29:7
  29:16,22,24 33:14
  35:6 37:8,18,21
  38:9,15 39:9 40:9
  46:25 49:15 51:9
  52:7,10 54:7
  58:15,23 60:19,25
  61:2,15 62:11
  63:12 64:16,21,25
  66:3,9,21,25 67:6
  70:24 72:2 73:22
  74:9 75:7,19
  77:16 78:7,12,25
  79:6,13,20 82:21
  83:6 85:24 86:22
  87:13 88:19 89:1
  90:4 92:7,19 93:5
  93:12,20 94:3,8
  94:15 95:23 96:3
  96:21 97:4,10,12
  97:18,23 98:16
  100:14 101:7
  102:25 103:7,12
  103:18 109:19

110:2 111:14
  113:7 114:23
  115:14 116:6
  120:19 122:25
  123:24 128:3
  131:10 133:17
  134:4 135:8,15,21
  136:1,5,11,16
  137:9,19 138:2,23
  139:20 141:16
  143:22 144:2,14
  145:14,21 146:6
  146:13,21 147:11
  147:16 148:3,12
  148:17,22 150:10
  151:21 152:9
  155:1,6,10 156:18
  157:5,12,21 158:7
  160:14,18 162:8
  162:13 167:1,13
**document** 37:3,24
  39:11,25 40:23
  52:13 65:5 74:17
  164:21,25
**documents** 29:19
  39:24 40:12 50:18
  50:20 51:10
  120:14
**doing** 20:11 23:4
  84:16 146:11
**Dome** 20:24 21:4
**dot** 104:7 156:13
**dotted** 177:8
**double** 110:9
**doubt** 63:23 86:19
  118:22
**Dr** 26:11,16
**drains** 87:17
**Drawer** 2:23
**Dredgers** 5:9
**Drew** 5:16
**Drive** 4:14
**drown** 91:23
**drowned** 96:19
**drowning** 96:7,10
**due** 13:1 15:24
  36:12 172:13,18

174:23
**duly** 184:6
**DUPLASS** 4:4
**Dutch** 17:17 18:25
   19:1,2 20:17
   36:20 42:11 48:15
   55:16 127:15
**DUVAL** 1:6

**E**

**E** 2:22 3:12 4:6
   5:14 7:1 58:19
   103:22 104:1
   156:13 157:8
**earlier** 24:13 49:20
   70:11 72:6 90:19
**early** 30:2,19 45:23
   79:24 146:18
   181:17
**earth** 131:3
**easier** 10:16
**easiest** 149:11
**easily** 141:13
**east** 4:9 10:2 31:2,4
   31:6 94:21 102:10
   102:17 103:6,14
   115:23,24 128:8
   133:9,13 149:2
   160:20 164:12
   171:10
**EASTERN** 1:1
**Easternscheldt**
   20:15 41:17 45:16
   46:9 61:21
**ECHSNER** 2:15
**economic** 165:10
**economical** 83:19
**effect** 87:22 141:7
   142:20 154:9,13
   154:20 155:2,3,12
   155:16,18 166:8
**efficacy** 18:12
**effort** 19:3 105:3
**eight** 175:4,18
**either** 26:17 81:20
   178:14
**elaborate** 165:24

**elevation** 94:25
   98:1,15,22,24
   99:17,19 144:21
   145:2 156:7
**elevations** 98:11
**Eleven** 174:14
**empirical** 77:4
   79:18 105:12
   120:9
**employed** 16:18
   41:12
**employees** 42:10
**Empty** 107:13
**enables** 53:21
**endeavor** 158:5
**endeavors** 43:7
**ended** 163:22
**ends** 152:6
**Energy** 5:7
**engineer** 21:17
   41:19,25
**engineering** 16:10
   17:7 19:3 33:7
   42:12,19 43:16,17
   44:17 45:14 71:8
   95:11 130:23
   150:5
**engineers** 19:1,5
   33:18,21 42:4
   43:2,3 47:12
   113:4
**enlarge** 95:19
   116:13
**enlarged** 116:18
**enter** 13:7 14:17
**entered** 58:20
   169:9
**enters** 155:20
**entire** 17:6 63:5
   81:22 89:6 128:22
   150:24
**entities** 63:10
**entrance** 106:16
**entry** 178:11,13
**envelope** 77:25
**environment** 57:24
**equal** 63:6

**equate** 78:21
**equations** 84:15
**equivocable** 164:8
**Erin** 4:21
**error** 51:19 84:25
   85:5,7 86:7 99:4
**errors** 19:23
**especially** 43:3
   48:20 90:14 117:1
   118:18 173:20
**Esquire** 2:4,9,15,22
   3:5,12,18,19,19
   4:5,6,14,20,21,21
   5:6,14,14,15,15
   5:16 58:19
**establish** 94:9
**established** 9:21
   51:19
**estimate** 48:25
   49:13 67:17
   119:16
**estimated** 99:6
   169:8,13 171:18
   171:21
**estimations** 39:2
**estuaries** 71:9
**estuary** 46:15
**European** 85:11
**evacuation** 54:19
**evenly** 139:18
**event** 55:1,6,10,21
   55:24 56:4 87:25
   116:9 131:25
**events** 55:4 83:9
**everybody** 110:14
**evidence** 8:18
   40:12 77:4 79:18
   80:4,11 117:13,15
   119:24 120:9
**exactly** 12:19 30:9
   44:9 49:16 68:5
   69:13 75:5 76:4
   84:15 85:20 94:23
   111:23 115:7
   117:21 118:5
   139:23 140:19
   149:10 152:5

156:5 168:7 173:8
**exaggerated** 95:12
**EXAMINATION**
   7:4 9:15 11:24
   12:15 19:14 21:9
   25:15 27:7,12
   28:16 29:7,24
   33:14 35:6 37:21
   39:9 40:9 46:25
   49:15 51:9 52:10
   54:7 58:15,23
   60:19 61:2 62:11
   63:12 64:25 67:6
   70:24 72:2 73:22
   74:9 75:7,19
   77:16 79:13 83:6
   85:24 86:22 87:13
   88:19 89:1 90:4
   92:7,19 94:8,15
   95:23 96:3,21
   97:12,23 98:16
   101:7 103:18
   110:2 111:14
   113:7 114:23
   115:14 116:6
   120:19 122:25
   123:24 128:3
   131:10 134:4
   135:8,21 136:16
   137:9,19 138:2,23
   139:20 141:16
   144:2,14 145:21
   147:16 148:3,12
   148:22 150:10
   151:21 152:9
   155:1,6,10 158:7
   160:18 162:13
   167:1,25 171:1
   173:22 178:22
   179:8 180:18
   182:2
**examine** 37:23
   52:13 65:4
**example** 63:1 87:14
   120:6 144:19
   161:14
**examples** 20:10

48:18 74:21
   141:24 142:11
**exceeds** 159:9
**Excel** 107:18
**exchange** 73:18
**Excuse** 61:13 92:25
   100:9 143:21
   162:12
**exercise** 15:22
   23:19,22
**exercises** 18:14
**exhibit** 7:15,18,21
   37:17,20 38:3
   49:3 52:9,12
   59:12 64:23,24
   65:3 68:25 90:18
   108:7 164:16
**Exhibits** 7:13 50:16
   50:19
**expect** 113:6
**expected** 19:21
   114:25 115:2
   131:24
**expecting** 92:15
**experience** 17:4
   41:3 52:1 111:6
   114:6 141:2
**expert** 11:16 13:17
   23:25 25:8 32:11
   61:10 73:17 143:8
   143:19 168:19
**expertise** 71:18
   98:6 108:1 114:14
   114:19
**explain** 42:19
   43:13 49:20 51:11
   57:4 72:13 98:1
   107:2 136:18
   174:18
**explained** 35:15
   53:4 72:6 112:9
   117:25 151:12
   159:6 165:6
**explanation** 136:22
**exploratory** 21:5
**explore** 92:3,8
**expressed** 163:16

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

Page 191

**expression** 113:25
**extension** 158:2
**extent** 23:7 38:16
**extra** 172:20
    175:23 177:12
**extract** 33:2
**eyes** 17:17
**eyewitness** 76:24
    78:1,4 80:5 81:10
    82:4 123:9 124:13
**eyewitnesses** 72:19
    72:21 80:15,20
    84:19 130:2

_____

**F**

**facilities** 43:6
**fact** 72:11 129:15
**factor** 139:21
    173:21
**factors** 83:11 86:10
    86:11 87:23,24
    142:13
**fail** 138:19
**failure** 48:21
    148:15
**fair** 27:2 117:11
**fairly** 88:8 129:15
**fall** 111:8
**familiar** 48:19
    72:23 147:19
    154:19 155:7
    165:6 166:13
**familiarity** 165:20
**famous** 31:7,10
**far** 13:21 15:9
    29:13 58:14 69:6
    85:17 109:12
    159:4
**Farris** 4:21
**faster** 88:12
**fatalities** 36:19
    165:10
**fed** 87:8
**Federal** 8:5
**feed** 45:7
**feel** 32:14
**feet** 35:20 82:1,8

89:8,8 91:18,18
    96:8 154:12,12
    161:19 162:4
    163:10 171:25
    172:1,2,2,9,12
    174:14,17,18,23
    175:4,15,21 176:8
    176:9,10,11,14
    176:18 177:18
**fell** 81:11
**fewer** 66:20
**fiddled** 118:1
**field** 17:6 30:12
    47:16 48:20 74:3
    76:18 98:6 141:20
    142:14 165:10
**fields** 17:5 49:24
**Fifteen** 174:17
**fight** 65:12 143:23
**figure** 65:4,7 68:6
    101:24 108:8
    118:7 120:24
    156:12 157:8
    171:13 172:16
    174:2 176:3
**figures** 170:10,11
    171:3
**file** 98:13
**FILED** 1:8
**files** 107:19 144:10
    170:3
**filing** 8:11
**fill** 88:10 113:19
**filled** 113:10,13,14
    113:18 126:11
    175:10 176:19
    181:4
**filling** 125:15 149:8
**filming** 72:20
**final** 13:19 53:8
    80:23,25 89:4
    112:12 121:25
**finally** 13:6 48:2
    89:7 96:16 172:12
**find** 57:11 65:13
    84:13 147:5
    169:21 171:9

**finds** 163:2
**fine** 11:23 77:9
    148:4
**finger** 106:18
**finish** 21:2 27:25
    28:6 77:8,10,14
    88:22 149:25
    157:23
**finished** 22:11 42:6
**firm** 2:21 3:11
    16:18
**firms** 42:12
**first** 12:3,12,17
    13:3 16:7 32:3
    36:24 41:12 47:8
    47:24 52:21,22
    53:14 55:5 59:12
    72:12 83:16,20
    97:24 98:17
    111:24 112:13
    115:16 119:5,21
    122:9 149:13
    159:3,17 163:16
    164:19 174:11,21
    180:20 184:5
**fit** 15:15 118:6
**fits** 72:15
**fitting** 133:14
**five** 47:9 95:2 146:9
    147:13 168:8
    171:16,22 172:8
    175:3,18
**fixed** 125:15
    179:13
**flag** 115:6
**flat** 35:18 91:9
    94:10,18,19 95:5
**flood** 14:23 18:6
    20:24 34:20 43:5
    48:11 50:14 54:13
    76:4 77:6 81:7
    87:6 89:20,22
    90:1,14 117:3
    136:19 161:6
    171:22 172:4
    174:10,12,20
    176:6,11,24

177:25
**flooded** 49:12 76:5
    149:13 150:25
    151:19 164:3
**flooding** 17:15
    19:22 34:8,24
    35:12 36:11,12
    47:10,14 49:22
    52:25 55:4,5 56:8
    62:1 75:24 80:13
    81:25 87:25 89:7
    90:10 104:18
    124:10 126:12
    134:15 171:6
    172:16 174:12
    175:21 177:19
**floods** 72:9,9,25
    76:2
**floodwall** 115:22
    116:5 158:19
    159:2
**floodwalls** 124:22
    141:6
**floodwater** 116:23
    137:3 163:22
    171:14
**floodwaters** 52:24
    139:13 171:24
    173:5 178:8 180:2
    180:6
**Floor** 1:21
**Florida** 2:17
**Floris** 48:22 71:13
**flow** 45:4,12 46:10
    46:13 49:17,18,24
    55:12,13 57:1,6
    71:10,11 83:18
    84:18 112:23
    116:23 118:2
    121:18,24 139:7
    159:13,19 169:6
    169:22
**flowing** 111:18
    159:9,19
**flows** 47:13 126:15
    169:17
**fluid** 17:8,22

**fly** 107:4,13
**flying** 147:12
**focus** 122:4 160:24
**focused** 11:6 35:11
    36:7 80:23 89:9
    158:15
**focusing** 89:3
**follow** 93:7 149:9
**following** 175:8
**foot** 35:17 82:17,18
    86:20,20 98:20
    99:1,6,7 110:8
    114:16 160:1
    162:3 171:16,22
    172:5,19,20
    174:21 175:11
    178:3 180:2
**footnote** 118:12
**force** 145:5 160:6
**forced** 15:23
**forecast** 73:9,15,24
    126:5
**foregoing** 183:5
**foreign** 42:11
**forensic** 76:2
    162:25
**form** 8:14 11:21
    126:14 182:1
**formalities** 8:8,10
**forms** 92:18
**forth** 32:13 184:7
**FORTRAN** 73:6
**found** 119:19 163:1
**foundation** 113:4
**four** 16:17 22:17
    57:15 146:8 172:8
    172:12 175:3,18
    177:18
**Fourteen** 176:8
**fourth** 54:6
**French** 167:10
**frequency** 168:4
**frequently** 111:7
**friction** 87:16
**Friday** 1:21
**front** 49:3 54:18
    78:16 107:6

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

120:14 140:7
151:13 156:13
**full** 16:12,13 88:8,9
154:17
**fully** 149:7
**full-time** 16:8
**function** 71:17
112:16 168:23,24
169:13
**functioning** 123:16
**functions** 49:1
**funnel** 154:23,25
155:2,3,12,16,18
**further** 142:21
143:3,12 144:4
182:6
**future** 55:10,24
56:4,8 72:11
**future-looking**
54:15

**G**

**G** 104:4,8
**GA** 1:19
**gap** 15:5
**gardens** 59:10,22
**Gary** 4:5
**ge** 115:9
**Gelpi** 5:6
**general** 10:19,23
27:9 43:2 45:14
51:25 71:5 83:8
85:6,7 129:4
139:17 166:4
167:9
**generally** 85:16
132:20
**generally-phrased**
166:20
**generate** 48:11
**gentleman** 26:12
117:24
**geographic** 62:14
**geographical** 11:6
70:16 76:9 105:22
**geography** 10:20
**geologist** 165:17

**geom** 113:20
**geometrical** 60:17
**geometrically**
95:22
**geometry** 113:22
114:4 115:11,13
115:15 116:14
**getting** 28:3 92:22
103:4 120:15
**Giegengack** 165:16
**Gilley** 5:22
**GIS** 105:22,23
106:2,13,22
**give** 20:10 23:1
48:18 74:21
118:20 159:20
**given** 14:24 17:24
40:10 69:13 106:6
123:11 125:13
155:22 158:11
168:12 173:6
183:6,8
**gives** 81:6 106:1,3
**giving** 98:14
143:16 149:23
**glad** 61:1 76:5
**go** 13:4 17:18 24:5
28:8 31:5 32:18
37:9 41:2 60:7
62:14 70:21 73:13
79:15 97:13 99:12
100:22 103:19
104:2,24 110:22
115:4 122:15
123:7 134:7 136:6
136:12 138:4
143:4 146:14,24
147:12 155:5
**goes** 17:12 45:22
88:15 112:1
115:17 117:3
181:23
**going** 11:20 12:6
13:18 14:18 15:12
37:1,2 41:18 55:2
65:1 77:20 84:18
93:13 97:2,16,19

100:13 102:15,16
103:5,21 108:14
108:17 115:8,23
115:24 116:10
121:17 122:12
128:19 133:4
136:12,15 138:4
142:21 144:16
145:5,12 146:17
147:12 155:24
156:19 157:23
158:16 159:13
162:1 164:15
**good** 10:11 14:6
25:10 63:24 77:24
94:4 133:18
145:17 147:10
148:21 164:2
180:17
**gradually** 125:11
**grandfather** 46:7
**graph** 171:20
177:17
**graphically** 174:6
**graphs** 22:9 152:4
176:23
**grass** 49:24
**gravity** 130:21
**gray** 175:13 178:24
179:13,19
**great** 111:18
169:15
**Greater** 34:8 35:12
59:19 90:10 91:8
102:9
**Gregory** 3:19
**grid** 82:12 84:3
144:22 159:21
**Gries** 5:15
**ground** 99:20,23
171:18
**group** 4:23 9:4,18
9:20,23 10:1 26:3
26:5 39:23 149:1
149:4
**grow** 111:22 112:2
**growing** 89:20

115:16
**grown** 47:3,8
**grows** 112:22
**growth** 45:19,21
112:16
**guess** 22:16 56:10
56:11 65:15
117:22 141:3
143:23 157:15
161:14
**guided** 24:20
**guys** 19:12 22:8
32:21

**H**

**H** 2:23 104:14
**habitable** 42:23,24
**half** 22:18 42:14
86:20 99:6 102:21
110:8 158:12
171:16 174:21
176:14
**halves** 20:22
**Hammond** 33:4
**hand** 33:1 37:22
44:4 52:11 65:1
96:23 108:6
164:15
**handed** 39:12
**hands** 50:13,14
132:4
**Hank** 161:1
**happen** 71:11
111:7,9
**happened** 56:9,12
72:14 76:19 80:6
**happens** 35:3 70:6
115:17 181:16
**Harbor** 175:1
177:14 178:20
179:15,20
**hard** 105:11
**HARDY** 3:4
**Harwood** 4:22
**Haskoning** 42:15
**head** 53:23 54:9
75:11 165:23

169:10
**headed** 111:24
**hear** 10:14
**heard** 23:21 25:23
58:3 99:5 142:19
**hearing** 10:12
**heat** 73:18
**heavily** 164:7
**Heerden** 12:21,25
14:13 24:8,10,11
24:13,15,22 26:6
26:7,18 28:19
110:12
**Heerden's** 24:23
**height** 81:25
124:22 126:4
**held** 165:1
**help** 12:22 42:16
71:20 138:20
**helped** 20:17
**helps** 114:15
**hereinabove** 184:7
**hereto** 8:3 184:14
**hidden** 156:4
**high** 17:13,24
56:13 80:15 82:1
82:8 85:20 89:4
117:4 150:23
163:7 172:22
**higher** 17:14,15
115:22 116:3,4,7
177:12
**highway** 136:20
**highways** 87:18
88:10
**hill** 95:2
**hind-cast** 14:22
56:12,17,21
104:23 105:1,7
**historical** 55:21
**history** 72:10,12
167:4
**hit** 152:12
**hitting** 88:14
**hold** 97:22
**hole** 116:17 150:19
150:21 151:17,20

164:1 175:10
**holes** 19:25 27:1,4
31:20 67:25
116:25 135:5
**Holland** 22:6 39:1
39:3 62:2 117:2
127:24
**Homeland** 127:23
**hope** 134:8
**horizontal** 159:18
159:24
**horizontally** 95:14
**hot** 57:10
**hour** 158:12 168:5
**hours** 22:18
**house** 57:23 76:19
80:12,13,14 81:12
81:24 82:7 89:11
89:19 90:24 99:23
107:6 134:19
140:13 145:1
147:21 162:25
163:1,6,7
**houses** 57:25 58:1
58:12 77:19 80:3
88:9,14,14 106:5
113:2 123:4
**housing** 59:9,22
**huge** 135:4
**Hugh** 2:9
**human** 130:8
**humans** 42:21,23
**hundred** 61:25
**hundreds** 48:15
83:10
**hurricane** 17:25
30:2,13,16 31:23
55:1,10,11,15
60:13 76:1 112:1
112:8 116:18
131:25 132:7
166:2,16
**hurricanes** 73:24
166:8
**Husum** 62:6
**Hwy** 3:12
**hydraulic** 16:10

17:7 42:18 43:3
**Hydraulics** 19:3
47:23 48:7 50:11
50:14
**hydroflow** 170:2
**hydrograph** 101:14
119:1 132:13
156:14 157:8
158:10 169:6
**hydrographs** 70:14
100:6 101:22
104:21 105:8,17
124:22 126:3
129:25 132:14
155:25 156:23
**hypothesized**
112:11
**hypothetical**
112:25 180:22
**hypothetically**
181:7,9

_____

**I**
**idea** 13:3 15:7,23
34:19 80:18 91:6
96:17 114:7 159:3
**ideas** 45:16
**identified** 30:19
76:12 101:23
156:10 161:12
**identify** 24:4 40:23
75:11 145:23
147:20 148:5,24
**identifying** 117:12
**Ignoring** 121:4
**IHNC** 103:23
119:5 153:18
175:12
**II** 1:17 9:3
**III** 4:6
**ILIT** 27:21
**illustrative** 54:17
76:8,16 160:22
**imagery** 108:25
109:3
**immediately**
134:19

**impact** 140:21
155:12 173:12
175:13,15
**impacted** 173:6
**implemented** 48:1
**implied** 138:13
**imply** 138:25
**importance** 57:9
89:4
**important** 46:6,8
46:12 53:8 55:17
77:3 84:8 107:24
124:4,5,7,8
132:18 134:14,18
138:6,7 139:7
140:1,4,16,17,21
140:23
**impossible** 35:4
138:14
**impression** 25:6
67:23 109:6
**improve** 43:20,23
71:20
**improvement**
132:18
**inches** 35:16 163:3
**include** 29:12
69:21 134:13
140:1 156:14
**included** 70:2
125:4,17 128:13
134:9 137:8
147:25 155:16
156:7
**including** 48:5
**inclusion** 38:6
**incomplete** 84:13
**incorrect** 168:22
**increase** 87:7
**incremental** 89:10
**independent** 13:19
14:8 19:16,18
20:7 21:12 22:1
24:25 25:17 28:23
32:10 114:2
**independently**
21:21 27:17

**India** 20:18 42:16
**Indian** 63:22
**indicated** 45:25
119:23
**indicates** 48:10
**indicating** 37:3
44:2,25 46:18
50:6 54:2 59:9
60:18 61:23 64:15
65:5 67:22 68:8
92:16,18 99:23
103:24 106:19
110:24 118:12
126:16 127:15,25
129:4 145:2 150:3
151:15 152:8
153:10,22 154:17
155:17 159:7,20
161:13 164:18
165:13 172:25
175:7 176:20
177:9
**indication** 118:20
**individual** 58:1,12
80:2 90:24
**individuals** 26:14
**Industrial** 9:24
10:24 30:21
119:25 123:13
124:2 133:9
151:25 152:24
154:3 156:8
**inference** 164:12
169:4
**inflection** 135:16
**inflow** 69:7
**influence** 15:5
42:22 81:20 137:5
159:22
**influenced** 28:13
44:15
**influences** 15:7,8
**information** 27:18
28:3 29:14 51:7
67:15 72:21 82:2
83:14 97:24
105:22 110:9,10

123:8 126:18,19
126:20 127:3,5
156:7 168:10
169:8
**informed** 109:12
123:9
**initial** 14:12
**initiated** 43:25
**injuries** 148:6
**inner** 69:8 177:14
178:20 179:14,19
**input** 23:9 26:15
28:20 45:8 56:20
62:18 68:20 69:11
69:24 70:3 74:8
74:10,15 75:1,9
84:3 85:17 97:13
102:4,6 105:11,12
107:17 112:7
117:17 120:4,21
124:23 129:7,10
130:16,18,21
131:6,14,19 132:2
132:22 134:6,9
142:3,6 144:9
148:16 156:6
158:10
**inputs** 19:24 56:21
56:23 90:9 130:22
**inputting** 133:5
**inside** 18:8 132:10
163:1 170:3
**insisted** 103:3
**inspected** 81:24
**inspection** 76:22
**installed** 46:11
**instance** 17:13
36:18 46:5 119:11
**instances** 150:15
**instruct** 145:6
146:14,15
**instruction** 102:24
**instructions** 10:5
**instruments** 132:7
**insufficient** 80:12
**intelligent** 158:14
**intend** 37:16 67:24

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

**intended** 51:11
52:20 58:4 77:20
81:5,17 164:8
**intention** 99:25
138:24 144:4
**intentions** 15:25
**interacting** 83:10
**interaction** 47:20
112:23
**interactions** 28:21
**interest** 31:13
47:10 81:15,16
**interested** 38:25
47:12,15 121:24
184:15
**interesting** 95:10
**International** 4:24
**INTERNET** 5:12
**interpret** 128:21
180:1
**intersect** 44:21
**intervening** 41:11
**Intracoastal** 104:6
104:10 155:20
156:2
**introduced** 32:22
**investigate** 33:22
**investigated** 76:18
**investigating** 114:3
**investigative**
119:12
**investigator** 80:4
162:25
**investment** 17:16
18:6,8
**invited** 79:11
**involved** 12:3,12,17
14:14,15 20:12,14
20:19 21:7 43:4
46:4 60:9
**involves** 73:18
**IPET** 100:6,25
119:8,16,20
**Island** 21:4
**issue** 85:16 96:19
120:18 158:1
**issues** 87:16,17

**item** 97:24 100:5
105:20 118:9,9
120:20 123:7
**items** 27:17 119:5,7
132:22 146:8
**Ivor** 12:21 24:8
**I-DEP** 5:12
**I-wall** 18:7

_____

**J**

**J** 5:6
**Jamuna** 20:20
61:23
**Jefferson** 4:9,16
**Jerome** 4:20
**Jerry** 9:17 11:20
79:20 97:2 102:14
127:14 150:9
157:4
**job** 62:20 128:2
**jobs** 42:2
**Johannes** 1:19 9:3
183:4
**joking** 160:17
162:21
**jokingly** 51:1
**JONES** 4:20
**Jonkman** 19:6,9,11
**Joseph** 2:4 4:6
**Jr** 2:22 3:12 5:6
58:19
**Jubail** 41:15
**judge** 1:6 18:9
26:23
**judging** 29:9
**judgment** 21:13,14
22:15 33:8 114:24
115:5 117:16,20
117:23 124:6
127:10
**judgments** 133:6,7
**July** 11:15 65:2
170:10
**junior** 41:19

_____

**K**

**K** 1:5

**Katrina** 1:4 18:17
19:2 24:18 30:2
31:24 60:13 108:4
108:4 112:8
131:25 165:9
166:3
**Kea** 4:14
**keep** 10:13 93:14
145:7 146:11
**Kemp** 23:8,10,18
24:4 26:15 40:20
101:3,5 155:23
156:24
**Kemp's** 24:25
**Kenneth** 5:6
**kept** 159:5
**kilometer** 62:23,24
**kilometers** 61:22
61:24 62:1,5,8
94:22
**kilometer-wise**
63:2
**kind** 18:11 43:7
44:11 60:23 70:5
73:3 75:13 87:23
114:24 131:13
158:9 169:4
**kinds** 131:12
**Kirk** 5:15
**knew** 30:8 40:17,18
40:20 109:18
167:9
**know** 9:13 10:7
12:7 13:13 18:5
25:9 30:19 36:25
40:11 45:25 49:23
56:13,14,14,21,23
57:14 59:23 63:17
67:4,15,24 68:4
68:24 72:15,17
73:15 74:1 81:13
83:25 84:14 85:20
88:7 92:14 94:20
94:22,23 97:14
98:7 99:3,5
101:10,13,21,25
102:8,11 104:5

107:21 108:15
109:3,6,20 111:16
112:12 113:2,4,13
113:21 114:12
115:20 118:5,13
118:14 121:1,2
125:2 127:16,21
128:5,9,11,12,16
129:21 131:8
136:2 137:21
138:15,21 141:3
144:6 146:4,11
152:5 153:3,24
154:4,7 155:8,8
156:5,6,21 159:4
159:5 160:5,12
162:14 163:4,6
165:7,15,25 166:6
166:10,12 168:7
168:20 177:6
**knowing** 50:10
**knowledge** 57:13
60:3 165:22 166:4
167:3
**knowledgeable**
17:6
**known** 72:18 126:4
**knows** 89:19 108:1
**Kok** 12:23 13:16
14:13,20 16:3,14
18:1 19:5 32:3,14
33:17,23 38:14
48:10 114:11
**Kok's** 11:15 19:16
164:18
**Koury** 3:19
**Kuhlmeier** 6:8

_____

**L**

**L** 3:18 8:1
**labeled** 103:22
129:6 152:15
**labels** 9:20
**LABORDE** 3:18
**lacking** 87:3
**Lafayette** 3:21
**Lake** 4:9 134:23

**lakes** 87:21
**Lakeview** 31:8
**Lambert** 2:9,9 7:10
11:19 12:5,11
19:8 21:1 25:2
26:19 27:10,23
29:1,11,20 32:16
34:9 37:6,11
38:11 46:19 49:2
49:8 53:24 54:3
58:5,21 60:14,21
61:12,17 62:21
65:24 66:5,13,23
70:19 71:23 73:11
74:5 75:2,15
77:12,22 78:10,17
79:3,9 82:13 85:1
86:13 87:9 88:3
88:21 89:12 92:4
92:10,24 93:8,16
93:22 94:5,11
95:6 96:1,12 97:1
97:8,15,21 98:3
100:8,17,21 101:2
134:25 135:12,19
135:23 136:3,8,14
136:24 137:13,25
138:9 139:9 141:9
143:20,25 145:3
145:16 146:1,10
146:19,23 147:1
147:14,22 148:7
148:20 149:24
150:8 151:9 152:1
154:22 155:4
157:18 160:11,16
162:5,10 166:17
167:6,16 170:16
173:17 178:10,15
179:2 180:11,16
180:18 182:2,5
**land** 57:22 91:19
**landscape** 59:8
**language** 42:20
54:20 73:5 164:7
**large** 69:23 87:15
121:6

**laser** 98:7
**late** 13:9 177:24
**latest** 20:23 50:3
**Laura** 3:19
**law** 2:21 3:11 8:7
**lawsuit** 12:4,18
**lawyer** 13:2 14:18
    110:21
**lawyers** 13:2 15:25
    18:19 143:23
**laymen's** 42:20
**layout** 141:20
    169:25
**layouts** 74:3
**lead** 68:1
**leaflets** 51:7 52:17
    52:20
**learn** 44:12
**learned** 79:24
**learner** 160:15
**led** 90:9
**left-hand** 108:24
**legal** 120:16
**legalese** 39:21
**legend** 68:8 108:12
**length** 92:2 94:17
**let's** 19:20 42:4
    46:6 51:17,21
    86:20 90:5 96:23
    123:7 136:4
    144:11 148:23
    163:15 174:1,23
    176:1
**levee** 1:6 3:8,15,22
    4:9,9 9:22 17:13
    38:4 55:17 66:17
    98:25 125:20
    126:13 129:1
    148:14 150:22
    167:4 179:22
**level** 20:2 56:13
    69:6,7 80:10,17
    80:18 91:14 99:14
    104:8,17 106:8,10
    106:20 114:10,10
    118:20 125:12
    126:12,12,16

132:6,11 137:17
143:14 158:12
159:8,18,24
161:17 165:20
171:15,18,22
174:1,10,10,12,12
174:15,16 175:16
176:1,6,11,24
177:25 179:17
180:1
**levels** 17:24 18:6
23:13,14 27:1,5
71:12 72:17 85:21
86:21 104:13,15
118:17 129:24
153:16 155:15
163:6
**LEVIN** 2:14
**LIDAR** 98:2 99:4
107:1 109:5,11,13
113:8,12
**life** 44:15
**liked** 132:3,5,24
**limit** 83:17
**Limitation** 5:9
**limitations** 99:17
104:20 105:17
110:5 126:24
127:6 129:3
**limited** 86:1 95:21
117:8 177:18
**limits** 83:8
**line** 23:12 93:11
98:17 126:14
128:20 153:18
172:24 175:13
177:8 178:24
179:13,19
**linearly** 112:13
**lines** 108:19
**list** 21:16 40:25
53:20 54:17 76:8
76:16 98:9 107:10
144:15 146:8
**listed** 97:25 103:24
123:8 130:17
**listen** 22:7

**listing** 158:18
**lists** 74:18 119:6
129:12
**litigation** 1:5 9:20
54:23 55:19 60:4
60:12
**little** 10:15 30:8
43:13 47:19 63:8
69:5 86:25 88:12
88:13,16 118:6
137:7 159:23
162:1 165:25
172:11 177:13
181:4
**LLC** 2:21 3:11
**loading** 141:22
**loads** 137:21
**local** 121:14,15
**location** 11:7 65:17
89:11 104:4
106:11,19 110:5,9
110:17 134:20
140:5,24 149:6
153:8,17 155:25
157:8 160:24
161:15,20 162:15
162:17 163:20
171:25 172:16
173:6 174:2,5,10
176:2,6 178:8
179:17
**locations** 68:9
101:8,9,14,23
103:21 105:21
108:9,22 109:5
120:23 121:3,6
123:4 138:8
148:25 149:1,3
150:12 151:6
160:23 163:23
171:6,6,10 173:25
**lock** 156:14
**long** 16:3 22:14
66:17 94:20 115:4
149:15 158:19
159:14
**long-winded** 78:19

**look** 19:2,19,20
21:6 26:23 37:7
49:3 53:20 57:6
68:25 83:18 89:15
95:4 96:15 147:7
156:12,25 161:5
164:17 174:1
176:1
**looked** 30:12,15
119:11
**looking** 18:3 28:9
121:4,24 126:3
127:11 128:25
153:11 170:23
171:11 179:13
**looks** 43:16
**loss** 166:7
**lost** 77:11
**lot** 17:3 51:25
55:13 63:23 78:24
98:13 130:5 134:7
134:23 158:12
**Louisiana** 1:1,21
2:5,10,23 3:6,13
3:21 4:7,15 5:8
8:24 119:7,13
**low** 59:22 117:5
**lower** 10:2 89:21
104:3 115:20,22
149:2 151:23
152:6,11 153:4,10
153:13,23
**LSU** 13:4
**luck** 140:10
**LUNCH** 133:25
**Lyle** 5:14
**L.L.C** 4:13

—————————
**M**
**M** 2:4 4:5
**Maaskant** 36:18
**macro** 140:17,22
149:10
**MAG** 1:7
**Magazine** 2:10
**magistrate** 102:20
102:23

**magnitude** 61:4
70:12
**mailed** 22:11
**main** 76:9 128:20
178:18
**major** 34:7 35:11
71:9 92:2,6
110:14 173:21
181:2
**makers** 19:4
**making** 43:2 71:4
78:8 79:8,20 84:1
86:6 93:14 140:13
153:6
**man** 158:14
**management** 54:19
**mankind** 43:10
**map** 33:13 105:25
106:3,12,16,18
108:8,20 170:24
171:11 174:7
**Margaret** 5:14
6:17 8:22 184:3
184:18
**margin** 51:19
84:25 85:5,6 99:3
**mark** 37:2,16 52:8
64:17 135:17
**marked** 37:9,20,23
50:18 52:9,12
64:22,24 65:3
108:7 164:16
**Marple** 5:14
**marshlands** 141:5
158:21 160:4
**marshy** 62:9
126:10 141:12
**mass** 91:19
**Master's** 41:7
**material** 14:24
29:14 40:5
**materials** 40:17
156:20,22
**mathematic** 43:16
**mathematical** 17:8
**mathematically**
44:19

mathematician 16:24
mathematics 17:18
matter 52:3 146:17 157:19 184:16
matters 10:10,19 12:1
Matthew 2:15
maximum 90:14 94:24 161:6 169:4 171:14,22 174:9 175:1,5,11,16,22 176:5,11,24 177:25
MAXWELL 3:5
Mayeaux 3:18 7:8 37:15,25 38:18 39:19 51:3 167:23 167:25 168:1 170:19 171:1 173:22 178:12,22 179:6,8 180:14 181:25 182:7
McCRANIE 3:4
McDANIEL 3:5
MCKENZIE 6:17 8:22 184:3,18
meadow 59:10
meadows 59:18
mean 17:10 43:13 50:2 60:17,24 67:4 68:23 78:20 78:24 98:17 100:1 101:13 105:7,23 110:16 111:12,12 114:15 116:3 149:2 158:24 159:12 178:11
meaning 56:2
means 59:9 179:15 179:20
meant 29:17 57:22
measure 27:4 98:7 99:22 100:2 107:5 110:23 113:11
measured 56:22 63:19 66:18

110:11
measurement 111:1,3 115:8
measurements 63:21 105:2 107:14 108:5 109:5,10 113:15 113:18 116:19 129:25 132:9,10
mechanics 17:8,23
meet 24:21 149:15
meeting 33:20
meets 149:17
members 28:17
men 28:19
mentioned 14:25 19:7 24:7 29:4,13 52:17 123:22 131:8
met 9:17 13:14 23:18 24:12 151:13
Metairie 3:6 4:7,15
meter 144:21,22
meters 95:1 111:25 112:2,4
method 17:21
methodologies 84:24
methodology 10:21 10:23 73:2,10
methods 113:12
Metro 9:23 118:3 128:6 164:11
Michele 5:15
micro 140:18,19
Mike 52:5,5
miles 70:17 91:20 102:9,12
mimic 127:24
mind 15:11 98:4 119:13 127:21 132:23 142:13 157:4,14 162:11
mine 25:11 44:1
minor 69:21 91:17 91:20,22,25 92:1

92:6 117:7
minus 20:2,4 110:8 114:10,13,16 171:19
minute 147:18
minutes 146:9 147:13 168:5,5,8 179:3
missed 29:15 97:3
missing 131:24 160:10
Mississippi 95:17 95:18
misspoke 158:25
mistake 64:3 153:6 179:12
MITCHELL 2:14
mix 57:9
mixed 120:15
mixing 57:8
model 11:13,14 15:13,14,20 16:22 16:23 17:20 29:10 41:21 44:11,18 47:18 49:25 50:2 50:3,4,5,6 51:2,20 51:21 53:2,7 55:8 55:19 57:25 58:9 61:6 64:10 67:11 68:20 69:12 70:18 71:1,5,19 72:4,9 73:7 74:14,24 75:12,23 76:23 77:21 81:4,13,17 84:12 86:2,18 87:4,6 88:1 89:17 90:6,20,23 96:10 98:1 101:20 102:4 104:18,25 105:9 105:13 112:12 113:14 124:4,9,19 124:21,23 125:4 125:18 126:3,8,21 127:4 128:22 129:8 132:15 138:13 139:14 140:22 141:15

142:14 143:16 144:18,20,25 145:23 147:19 148:5,10,13 149:4 150:13 151:7,22 153:4,24 155:11 159:8,16 161:18 168:9,19,21,24,25 169:9,13,18 170:4 171:4 172:3 173:10 174:19 175:20 176:13 177:3 178:2 180:1
modeled 49:21 58:12 61:25 88:18 137:18 173:9,15 173:25
modeler 117:15
modelers 120:8
modeling 25:8 44:22,25,25 45:2 45:3,14 46:18 70:6 71:6 72:24 73:3,16 83:8 112:18 122:12
models 39:3,7 44:24 47:8 57:12 73:8,23 85:7 89:23 91:2 112:21 130:23 132:20 138:19 165:9 168:3
model's 77:18 148:23
module 57:1,17,20 59:2
modules 57:2,12 59:24
moment 80:14 114:19 118:25 125:10,14 150:2 175:2,24 178:18
moments 49:20 124:10 130:1 175:9
money 121:20
Monte 45:6

MONTGOMERY 5:6
months 42:15
moon 131:4
morning 128:23 141:17 159:6 180:25
Morris 25:18,20,23 26:1,16 40:19 64:18 65:2 67:10 67:16 68:16,18 108:1,7 113:16 125:13 156:25
MORTON 4:4
motioning 44:4
mountainous 91:13
mouth 46:15
move 137:12
movement 73:25 155:19
moving 158:21
MRGO 1:17 9:4,20 10:1 31:19 39:23 104:15 126:11 141:4 149:1 150:12 151:6 154:20 155:13,19 158:20 163:23 166:10 175:20 176:17,18 177:4,7 177:8,11,13,14,16 179:16,22 180:6 181:10,20
multiple 117:14

### N

N 3:6,12 4:6 7:1 8:1
name 9:16 19:6 25:10 45:6 107:19 164:18
named 76:17 119:21 160:25 161:25
names 14:25 106:2
narrow 71:10
narrower 155:21
nasty 76:4

nature 42:22
NAVD88 98:11
  163:5
Navigation 175:1
  177:14 178:20
  179:15,20
near 31:20 33:4
  118:24
nearly 172:9,19
necessarily 159:12
need 30:22 54:9
  77:6 79:14 80:10
  85:9 91:2 101:19
  102:6,7 136:6
  143:4 163:4 169:2
needed 33:22
neither 27:16
NELSON 2:9
nervous 20:23
Netherlands 1:20
  15:11 20:13 24:17
  24:21 28:18 41:13
  56:8 59:7 62:4
  76:6
NEUNER 3:18
never 34:17,18
  39:20 60:4 76:2
  90:25 98:4 127:21
  127:21 132:8
  161:3 162:11
new 1:21 2:5,10 5:8
  10:1 17:13 24:13
  30:1,5,18 31:2,3,5
  34:3,8,11 35:12
  36:1 42:24 43:24
  47:24 50:15 55:6
  59:19 63:1,5,8
  68:12 70:13,25
  75:23 76:5 80:3
  90:10 91:9 94:10
  94:20 102:9,10,16
  103:6,14 128:7
  133:12 134:5
  149:2 160:20
  165:21 166:25
  167:5 171:10
nice 113:25 126:14

nine 149:2 151:23
  153:4 175:4,18
Ninth 10:2 31:16
  104:3 115:21,22
  149:11,12 152:6
  152:11 153:10,13
  153:23
nodding 54:8
nods 53:23 165:23
normal 51:20,21
  105:25
normally 49:20
north 4:22 68:2
  104:5 119:5
  149:13 151:24
  154:2 178:19
note 39:21
noted 183:16,17
notes 10:11
Notice 39:17
not-so-wise 121:16
number 65:21
  66:15,20 67:17
  69:11 70:1 74:23
  80:2 87:7 102:8
  119:2,14 120:4
  129:12 146:3
  152:15 153:1,17
  154:1,2 156:9
  160:24 161:2
  162:15
numbering 66:16
numbers 26:23
  65:13 66:1 67:3
  68:4,12,23 98:14
  98:21,22 118:9,10
numerical 47:8
  102:1
numerous 66:19

O

O 8:1
oath 8:25 9:8,11
object 92:11
  136:15 182:1
objected 92:5
  135:20

objecting 66:14
  79:5
objection 12:7 25:3
  26:20 27:11 29:2
  29:2 32:17 34:10
  38:1 58:6,22
  60:15,22 61:13,18
  65:25 66:4,6
  70:20 71:24 73:12
  74:6 75:3,16
  77:13,23,23 78:9
  78:14 79:11 82:14
  85:2 86:14 87:10
  88:4 89:13 92:25
  93:17 94:6,12
  95:7 96:2,13
  97:17 98:4 122:9
  122:10 135:1,13
  136:25 137:14
  138:1,10 139:10
  141:10 143:21
  145:4 146:2
  147:23 148:8
  151:10 152:2
  166:18 167:7
  173:18
objectionable
  34:14
objections 8:13
  11:21 38:5 79:7
  93:15
objective 140:22
objectives 36:10
  53:7
observation 80:10
  132:6
observations 51:22
  81:10 85:23 130:2
observed 31:23
  124:1
obstruction 33:4
obstructions
  139:17
obtained 107:3
obvious 19:23
  42:21
obviously 84:1

157:23
occasion 31:2
  133:12
occasions 10:12
  71:3
occur 89:11 126:6
  150:22
occurred 46:17
  124:24 125:11
  127:5 145:24
  147:20 173:5
  175:2 176:25
  177:20 178:1
occurring 39:4
oceanographer
  23:25
October 108:25
  109:4
offer 13:7 18:25
offered 144:5
office 13:8
offices 1:20
official 123:25
officially 47:23
officiated 8:24
offset 99:22 100:2
oh 16:5 20:3 54:4
  103:25 120:2
  123:22 153:2
  159:3
oil 21:5
okay 11:2,7,17
  13:15,23 14:2
  15:17 18:21 21:24
  23:7 24:12 25:16
  39:14 48:4,9 50:7
  54:4 56:16 59:6
  59:16 63:13,15
  67:1,9,20 70:5,10
  71:3 81:21,23
  86:23 91:1,5
  93:17 94:1 97:9
  97:22 100:22
  103:1,8 106:17
  107:12,21 108:23
  109:15 119:4
  120:20 126:22

130:4,25 131:16
  132:17 133:16
  139:1,24 140:20
  142:17 143:11
  146:20 147:15
  148:13 149:19
  154:14 160:9
  163:4 164:24
  165:12,13 166:10
  167:14 169:24
  171:2,18 172:7,14
  173:2 175:12
  176:21 178:16
  179:1,3 181:13
  182:6
Okays 136:17
Oklahoma 147:9
old 47:4 72:8,8,9
  167:10
omitted 125:6
once 34:1 72:15
  107:8
ones 33:13 66:19
  118:6 157:3
open 151:20
operation 128:4
opinion 32:21
  34:12,21 35:4,8
  35:11 63:5 69:1
  121:12,20 124:9
  131:17 140:16
  152:7 164:25
opinions 32:2,13
  33:22 34:3
opportunity 22:7
  39:5 102:18
opposed 53:16
  151:24
opposite 115:25
  116:10
optimization 18:10
optimum 17:16
order 32:12 52:8
  67:19 106:2
  117:17
ordinary 95:4
original 17:2 19:15

originally 13:16
14:7 47:12
Orleans 1:21 2:5
2:10 3:8,15,22 5:8
8:23 10:1 17:14
24:13 30:1,5,18
31:2,3,6 34:8
35:12 36:1 38:3
42:24 50:15 55:6
59:20 63:2,6,8
68:13 70:13 75:24
76:5 80:3 90:11
91:9 94:10,20
102:10,10,16
103:6,14 128:6,8
133:13 149:2
160:20 164:11
165:21 166:25
167:5 171:10
ought 158:6
outcome 184:15
outfit 145:19
outlet 31:21
output 45:4 84:2
105:13 132:14
143:17 144:9
170:3
outside 104:8,12,16
115:5 155:15
overall 62:19 65:9
134:14
Overland 57:1
overtopped 31:10
158:20 159:6
overtopping 31:12
35:1 67:25 87:20
118:16,23 119:1
124:18,20,24
125:4,8,10,14,16
126:5,25 127:4
134:8,17 135:4,7
136:10 141:7
148:15 164:6
172:9,18 173:15
174:24 180:24
181:8,19
overtoppings 69:21

overview 109:8
156:12
owned 47:23

P

P 2:9 3:5 8:1
pack 57:25
packages 51:6,14
52:5
page 52:22 54:18
56:25 59:12 68:25
96:22 97:5,11,25
103:24 105:20
118:7 119:4
120:20,24 124:12
128:14,15 134:6
152:14,17 153:8
153:11,13,16,21
156:10 157:11,13
160:20,22,25
161:5,9,15,18
163:15 164:19
170:9,11,21,23
171:3,11,13
173:23 174:2,7
176:1 178:9
PAPANTONIO
2:14
paragraph 52:22
53:19,21 54:10,11
120:1 129:13
163:17
parallel 45:22
parameters 56:20
115:2
paramount 121:17
Paris 104:4
Parish 4:16 8:23
31:18 103:15
park 59:10
parked 121:15
part 8:17 12:14
18:25 19:5 33:6
44:10 60:20 61:25
68:2,2 72:12
77:17 87:21
113:19 155:21,21

165:14
particle 149:9
particular 11:6
35:25 75:13 76:19
77:19 78:2,5 80:7
82:7 89:11 122:6
123:3,4 140:24
141:21,22 145:1
145:24 147:20
148:6 149:6
153:22 157:6
parties 8:3 184:14
parts 30:10 35:20
part-time 16:7,16
passed 80:13
passes 49:24
passive 43:18
paths 17:25
pathways 137:2
pattern 28:12
89:16 159:22
Paul 6:8
Payne 4:21 64:19
PC 45:22 73:6
PCs 45:20
peak 134:23 179:17
179:25
pending 179:10
Pennsylvania
165:16
Pensacola 2:17
people 28:4,21
29:18,21 58:25
63:23 96:7,10,18
99:12 110:10
113:1 148:6
perfect 132:12
performed 20:6
period 41:11,25
45:16 46:22,23,24
47:3
person 24:5 95:4
120:3
personal 184:10
personally 50:10
person's 119:13
PERTAINS 1:6

Petroleum 3:20
PFISTER 4:5
phases 80:13
phenomena 124:2
124:7 140:3
phenomenon 105:1
139:4
photograph 31:11
126:19
photographs 112:7
126:1
photography
106:25 107:16,22
phrase 91:6 154:19
physically 55:25
56:19
physics 56:2 84:15
pick 78:5
picture 19:21 27:3
59:11 107:9 109:8
138:7 140:17,18
140:19 149:11
153:9 154:15
pictured 57:22
pictures 37:5
piece 145:24
pieces 120:8
piling 113:1
Pinhook 3:20
place 53:14 75:11
133:18 141:21,25
142:5
places 116:21
143:2
plaintiff 26:18
161:1,25
plaintiffs 2:6,11,18
2:24 18:19 28:18
76:17
plaintiff's 78:22
plan 17:20
plane 34:1 107:5
109:13
planning 54:19
play 59:5 72:11
74:22 91:3
played 19:5 46:6,8

plays 155:18
please 9:4 27:24
49:4 50:17 64:22
119:4 147:2
149:25 160:19
170:9 171:13
172:14 173:23
174:9 175:25
pleasure 182:9
plenum 163:2
plotted 171:9
plus 65:17 110:7
114:16 171:22
177:14
point 55:18 95:24
102:24 112:19
113:8 115:21
125:12,13 137:10
156:9,9 178:11
pointed 33:10
pointing 59:11
points 40:4 72:16
72:20 76:8,16
84:14,18,20,21
101:18 152:14
158:11 170:24
178:13
polder 54:13 62:3
63:11 72:16 92:22
93:1,9,10,19,24
171:11 174:6,11
176:2,7
polders 47:11
48:22 63:1,10
81:8 90:10 104:19
political 166:14,22
Pontchartrain
134:23
populated 74:3
142:14
port 41:15
position 16:9 40:11
139:25
possession 15:15
possibilities 74:22
75:9 130:9
possibility 55:7

**possible** 34:24 81:9 105:4 116:20
**Post** 18:17
**potential** 40:12 86:7 174:20
**Poydras** 5:7
**practicing** 41:24
**predict** 55:9,24 56:7 84:17 90:23 149:5 150:13 151:7 153:22 155:11,14 163:9
**predicted** 82:7
**predicting** 46:9 55:4 56:4 114:4 161:19
**prediction** 54:12 56:18,23 76:22 77:18 86:18 87:6 90:2 105:5 124:21 176:13
**predictions** 46:13 53:22 54:14,15 71:20 75:23 104:25
**predicts** 49:17,18 55:11
**preface** 83:24 90:7
**preliminary** 12:13 43:21
**preparation** 39:8
**prepare** 22:21 34:1
**prepared** 23:8 38:12 68:15 74:14 75:12 120:3
**preparing** 28:22 36:22 64:10
**preprogrammed** 74:14
**present** 5:12,20 6:6 33:17
**presentation** 22:6
**presented** 48:23
**presume** 101:25 128:9
**pretty** 121:6 152:19

**prevent** 34:24
**previous** 21:5 23:12 35:8
**previously** 50:18 60:9 61:5 72:18
**primarily** 34:6 80:24 122:1
**primary** 36:9
**principle** 74:20 79:23 106:22 116:25
**prior** 23:18 30:11 48:19 62:19 70:18 71:3
**privileged** 146:17
**probabilistic** 16:11 43:12 44:17
**probabilities** 48:21
**probability** 45:8,10
**probably** 133:18
**problem** 49:23 57:8 60:23 76:1 80:9 93:14 124:13 125:3 137:11
**problems** 15:16 47:14
**procedure** 8:6 52:2
**proceed** 9:5
**process** 21:18 44:7 44:10 89:6 117:7 166:14,22
**PROCTOR** 2:15
**produce** 98:9
**produced** 52:18 67:21 107:10 170:5,7
**product** 11:15 105:8
**professional** 21:13 21:14 82:1 117:19 117:23 121:12 127:10 133:6
**professor** 1:19 9:16 13:25 16:3,4,7,10 16:12,13,14,15 18:1 19:16 24:10 25:11 29:4 32:3

37:22 41:4 42:18 43:12 44:1 47:25 48:9 77:7 83:7 131:18 152:13 158:14 164:14,18 165:15 168:1,19 170:20 183:4
**professors** 48:1
**program** 19:4 49:13 52:23 74:19 74:22 141:22,25
**programs** 45:6 84:24
**progress** 55:14 111:17 112:14
**progresses** 81:7
**progression** 52:24 81:7
**progressive** 111:7
**progressively** 111:10 115:16
**project** 12:17 14:21 18:12,13 21:24 25:21,24 41:15,16 41:23 50:4 51:21 51:24 52:1 57:16 61:9 62:6,7,25 71:4,13 89:25 132:2
**projected** 126:20
**projecting** 125:20
**projection** 44:12 126:2
**projections** 126:25 153:21
**projects** 20:8,9,11 20:13 21:16,22 42:9 46:4 50:12 52:1 60:8,11 63:19,24 72:5
**promise** 146:20,22
**properly** 129:14
**properties** 35:25 77:19
**property** 80:7 89:10 90:23 122:6 134:18 140:4

145:25 166:23
**protecting** 63:11
**protection** 30:13 30:16 43:5 166:2 166:16,23
**proved** 35:9
**provide** 46:12,16 108:3 143:14 144:8 168:14,16
**provided** 24:6 26:15 28:20 40:3 101:1 104:22 168:9 169:21
**providing** 64:3 144:4
**Province** 63:7
**proviso** 26:22
**psychological** 83:19
**public** 166:23
**pulled** 25:13
**pulses** 98:7
**pump** 33:10 35:4 128:4,7
**pumping** 34:22 35:17 123:16 172:6
**pumps** 128:10 142:9 174:22 176:15
**punched** 116:25
**purple** 153:18
**purport** 55:9 151:22
**purports** 90:6 126:18
**purpose** 15:19 17:20 48:11 50:21 53:1,6,13 55:19 71:5,14 77:21 116:22
**purposes** 8:6 36:20 49:11 51:11 54:23 58:4 60:5 90:19 140:3
**purview** 36:15
**pushing** 77:25

**put** 16:1 45:3 56:19 91:22 106:5,18 108:2 114:11 130:24 169:1,13
**p.m** 182:18
**P.O** 2:23

---

**Q**

**qualifications** 25:1
**quality** 62:18 84:2 118:21
**Quarter** 167:10
**question** 8:14 10:7 12:8,14 34:11,13 58:18 61:14 63:16 66:10 70:11 75:18 77:8,10,13 87:12 88:11 89:7 100:15 101:18 105:16 108:15,18,20,22 109:17 122:13 127:2 128:21 130:5 135:14,17 139:24 140:11 141:19 145:9,11 145:15 147:17 149:8,18 151:4 153:15 157:6,14 166:21 170:18 171:2 174:25 179:11 180:12
**questions** 9:19 10:20 11:3 32:23 32:25 39:10 40:3 97:20 100:10,12 103:14 109:21,22 122:22 138:12 143:12,15 168:3 173:25 180:20 182:6
**quick** 169:2 180:19
**quicker** 88:16 89:20,21
**quickly** 49:23 126:15 134:7 137:7 144:11
**quiet** 94:6

**quite** 42:9 47:4
    86:17 90:2 132:20
    177:15

---

**R**

**R** 4:20
**railroad** 31:7
**rain** 34:7,19,25
    35:14,16,22 36:7
    36:12 87:19
    121:19 122:5,15
    122:23 123:2
    172:6 173:21
    174:21 178:4
    180:23 181:7,16
**rained** 180:21
    181:17
**rainfall** 120:21
    121:7,13,18 164:6
    164:11 176:12
    180:3
**Rainwater** 178:4,5
**range** 57:5
**ranges** 51:14
**Ranier** 5:16
**ranks** 41:19
**rapidly** 137:12
**rate** 84:25
**rates** 169:6,22
    170:2
**reach** 53:8
**reached** 32:3 34:3
    80:19 150:14,20
    151:8 181:11,11
**reaching** 148:25
    149:6
**reactions** 12:23
**read** 14:5 22:2,11
    22:14,18,20 33:25
    49:6 90:7 105:21
    162:2 165:3,4,5
**reading** 8:8 53:25
    161:17
**real** 57:7 68:1 69:7
    83:9,17 121:13
    132:5,6,13
**realized** 143:1

**really** 10:20 30:15
    34:19 42:23 51:15
    55:7,25 56:7
    57:23 58:4,8 69:1
    77:24 85:8 88:6
    89:8,23 92:20
    132:9 133:1 139:5
    147:2 160:8 166:9
    180:19
**reason** 22:8 53:6
    77:17 86:19 107:9
    119:2 127:12
    134:12 152:13
**reasonable** 114:8
**reasonably** 91:9
**recall** 34:4 64:8
    69:10 100:15
    130:13
**receive** 107:15
**received** 101:17
**RECESS** 83:2
    133:25 167:20
**recognize** 52:15
**recommend** 26:1
**recommendation**
    24:24
**recommendations**
    26:17
**reconcile** 65:14
**reconciled** 161:23
**record** 9:2 62:22
    83:1,4 110:1
    122:23 133:23
    134:2 136:23
    139:5 144:13
    146:25 155:9
    161:24 167:19,22
**recorded** 126:18
**recreating** 55:1
**reduce** 95:13
    125:11
**reduplicate** 55:20
**refer** 11:13 48:4
    131:20
**reference** 75:21
    171:17
**referenced** 38:2

**referred** 42:9 129:7
**referring** 11:14
    123:19 128:18
    129:19 158:17
    163:5
**refers** 108:25
    152:24
**refine** 165:8
**refinements** 143:4
**reflect** 164:25
**reflected** 86:3
    120:24 130:18
**regard** 129:3
    157:20
**regarding** 23:9
    38:5
**regards** 43:4,5,6,6
    128:22
**region** 30:8
**rehind-cast** 50:14
    51:23
**reintroduce** 168:2
**relate** 10:20
**related** 105:25
    106:1,3 184:13
**relation** 81:10
    166:22
**relationship** 16:3
**relative** 84:13
    86:11 91:19 94:16
    94:17,18 98:11
    104:13 117:6
**relatively** 43:24
    164:12
**relativeness** 96:6
**relevant** 86:9
**reliability** 84:23
    85:15,17
**reliable** 53:22
    54:12 56:18 63:22
    85:14 90:3
**relied** 26:16 68:19
**rely** 108:1
**relying** 124:19,20
**remainder** 178:7
    180:5
**remark** 164:1

**remarks** 94:14
    104:24
**remember** 12:19
    39:19 75:1 142:12
    158:9
**remind** 9:7
**renewed** 47:4
**repeat** 10:10 34:17
    76:3 108:14 127:1
    127:2 147:17
**repeated** 13:1
**rephrase** 122:13,19
**replay** 72:10
**replaying** 72:8,12
**replicate** 83:15
**report** 11:16 12:1
    13:19 14:3,6,7
    18:22,24,25 19:17
    20:5 22:2,10,13
    22:15 23:6,8,16
    23:24 24:22 25:18
    27:21 28:22,23
    32:14 33:16,23
    35:9 36:16,18,22
    36:24 37:17 38:1
    38:6,12,24 48:9
    48:24,24 61:10
    64:17 65:2 68:15
    76:13 82:4 83:24
    86:4,12 96:22
    97:5,7 108:7,21
    114:12 117:11
    119:8,23 124:11
    128:20 129:14
    130:17,19 131:22
    142:18,20 143:2,8
    143:19 144:4
    170:10 173:24
**reported** 6:16
    19:19 135:10
    184:8
**reporter** 6:17 8:23
    9:9 10:17 37:13
    77:9 184:4,19
**REPORTER'S**
    184:1
**reports** 23:12

26:25 27:21 28:1
    28:9 29:12 33:9
    36:18 46:16 76:25
    117:14 119:12
    123:9
**represent** 9:18
    160:24 162:24
**representative's**
    78:2
**representing** 39:23
**requests** 40:1
**rerunning** 143:16
**research** 18:14,18
    18:21 20:16 41:22
    48:7
**resemble** 95:25
**reserve** 2:23 11:20
**reserved** 8:16
**reserves** 38:4
**residence** 160:25
**resolution** 98:19,24
**resolve** 102:21
**respect** 28:21 29:17
    38:7 119:24 127:3
    133:7 138:6,8
    140:23
**response** 39:25
    40:2
**responsibility**
    14:17
**responsible** 20:16
    41:20
**responsiveness**
    8:15
**rest** 111:22 161:24
    170:17
**restate** 10:8
**restrict** 103:13
**result** 33:5 56:20
    80:25 101:16
**results** 18:3 23:10
    87:4
**retained** 13:17
**returning** 9:2 83:4
    134:2
**review** 23:8,15
    25:17 96:23

**reviewed** 22:4
**reviewer** 13:19
   14:9 19:16,18
   20:7 21:12 22:1
   25:17 28:24 32:10
   114:2
**reviewing** 11:25
   21:22
**right** 11:10 14:19
   16:6 22:19 26:24
   28:5 29:21 31:14
   31:22 33:15,19
   35:7 40:22 43:9
   54:15 57:16 84:19
   84:21 92:22 99:20
   105:18 108:12
   110:17,20 111:4
   111:20,23 113:9
   115:18 120:12,13
   124:11 125:1,5
   129:9 130:12
   133:21 144:1,1,7
   147:15 157:15
   162:6 170:1
   171:21 175:25
   177:10 180:21
   181:22
**Rijkswaterstaat**
   42:3,7,10
**risk** 17:15 43:17,19
   43:21
**risks** 18:9
**Rita** 116:18
**river** 20:21 43:7
   51:16 55:16 57:6
   61:23 71:7 72:9
   85:11,12,12 95:17
   95:18
**rivers** 47:13 49:21
   63:20
**RMR** 184:18
**Road** 3:20 104:5
**roads** 43:2
**Robert** 6:10
**rock** 113:1
**role** 11:25 13:18
   19:15,17 20:6

22:1 25:16 29:6
   32:9 36:21 40:10
   46:6,8 166:13
**room** 58:20
**Rougeau** 3:19
**roughly** 62:2,5
   64:15 159:23
**roughness** 57:25
   58:11 139:15,19
   159:22
**RPR** 6:17 184:18
**Rules** 8:5
**rumor** 25:5
**run** 84:23 168:3,10
   172:24
**rural** 57:1,20,21
   59:1,4,8,17,20,21
**Russian** 85:12

**S**

**S** 2:16 8:1
**salt** 131:1
**satellite** 108:25
   109:3,7,9
**Saudi** 41:14
**save** 8:13
**saw** 161:3 162:22
**saying** 27:22 44:3
   67:12 93:18
   114:20 153:24
   157:22 164:8
**says** 23:24 52:22
   53:21 54:12 56:25
   57:21 68:9 98:18
   106:20 108:12
   114:22 119:1
   129:20 179:14
**scale** 41:21 94:16
   95:4 96:4
**scales** 95:12,14
**scarce** 63:21 84:16
**schematicization**
   83:21
**Schultz** 2:15 40:7
   149:22 157:2,10
   157:25
**science** 77:2 79:17

79:24
**scientific** 15:22
   78:21 112:17
**scour** 27:1 67:25
   69:3 135:5
**scouring** 117:5
**scours** 125:8
**script** 138:3
**sea** 21:7 57:8 63:20
   91:14
**sealing** 8:10
**second** 38:17 53:19
   102:20 110:23
   135:22 142:5
   145:4 163:17,18
**seconded** 41:15
   42:11
**secondly** 15:21
   34:25 122:14
   149:13
**section** 129:6 138:4
   163:16
**Security** 127:23
**see** 20:24 31:20
   33:2 39:16 40:21
   50:16 54:4,19
   60:22 72:9,13
   95:15 108:24
   113:8 118:7
   123:22 127:12
   149:11,12 151:18
   152:7,14 153:17
   154:8 161:11,22
   162:15 163:17
   164:18 176:19
   179:18
**seeing** 63:11
**seek** 75:22 77:18
**seen** 23:13 36:25
   37:2,4 39:11,16
   39:20 98:10
   110:10 123:14
   164:21
**seldom** 39:5
**selected** 70:2
**send** 115:5
**sense** 13:25 14:3

15:4 20:4 21:23
   33:8 34:21 43:19
   51:24 56:1,17
   58:2 59:2,21
   62:17 63:18 64:5
   95:13 114:3,14
**sensitivity** 15:4
**sentence** 128:15
   129:13 163:18,18
   164:4
**separate** 122:22
   158:18
**September** 178:1
**sequence** 15:1
**series** 68:12 148:18
   153:21
**serious** 141:14
**serve** 136:19
**service** 16:17
**set** 32:13 78:1
   84:13,17 141:22
   160:23 184:7
**sets** 87:7
**settlement** 112:24
**setup** 128:22
   141:12
**seven** 175:4,18
**Seventh** 2:22
**severe** 31:11 35:1
**sewer** 136:10
**sewerage** 87:17
   123:10 124:1
**sewers** 136:17
   137:2,8 141:24
**shakes** 169:10
**shallow** 54:13
   55:12,13,14 95:20
**shape** 95:25
**share** 172:14
**sheet** 112:25
**Sherman** 4:14
**she'll** 77:11
**shipping** 43:5
**shoals** 62:10
**short** 22:13 161:1
   167:14
**shorthand** 184:9

**show** 15:1 112:22
   152:4 162:3
   173:12
**showed** 22:9 90:19
   113:16 164:14
**showing** 65:8
   153:16 163:21
   180:1
**shown** 39:17 72:17
   107:19 172:16
   174:5
**shows** 154:15
   156:13 161:6
   175:21 177:3
**shrubs** 139:14
**side** 17:8,9 30:21
   87:22 107:8
   108:24 133:9
   149:16 150:4,16
   150:20 151:15
   163:25
**sides** 10:24 20:19
**sighting** 123:12
**SIGNATURE**
   183:12
**Signed** 183:12,16
   183:17
**significance** 59:1
**significant** 65:22
   66:8 70:1 135:9
   135:14 163:2
**signing** 8:9
**sill** 20:1 69:6
**silly** 78:23 79:2,4
**similar** 63:14
**similarity** 73:9
**Similarly** 140:12
**simple** 51:16 82:11
   88:8 95:24 121:21
**simply** 77:20
   112:13 114:19
   131:23 132:4
   138:7 152:24
   157:9,14
**simulate** 52:23
   55:20 60:13
**simulating** 72:24

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

simulation 48:11 87:6
simulations 102:1
single 139:21 151:20
sir 9:5 32:7 40:16 67:7 108:18 159:4 172:10 173:23 175:6
SISTRUNK 3:4
sit 22:25 130:12 164:24
site 116:13 153:1 154:1,1
sites 50:8 65:9,22 66:19 69:23 70:2 70:15 106:24 116:16 158:18
sits 145:2
sitting 23:4
situation 70:13 117:14 124:14
situations 61:4 72:8 124:12
six 96:8 120:23 121:3 172:9 175:3 175:18
Sixth 1:20
size 27:3 60:10,11 60:17,24 61:21 62:14 63:7,14 87:15 112:6,11 114:8 116:17 121:3 169:12
sizes 70:15 105:21
skip 93:11 120:13
slew 31:21
slight 35:2
slightly 164:5
slope 69:9
slopes 95:21
sloping 35:19
slow 160:15
slower 88:13 89:21 89:22
small 65:16 69:8 136:18 141:24

164:12 169:3 176:16
smaller 17:15 63:9 65:20 169:2
smart 109:25 147:4
Sobek 15:12,20 16:22,23 17:20,21 46:1,7 47:1,20 48:5,10 50:3,5,7 50:21 51:15,16,18 57:1,2 58:10 59:24 60:3,10 61:5 70:18 71:5 72:4 73:7 74:13 74:19 75:12 85:7 85:14,15 90:20 125:18 141:18 142:13
software 15:12 46:1 47:1,21 48:5 50:3,7,21 51:12 51:18 53:14 57:3 57:6,7,13 60:4,10 69:12 73:5,7 74:2 141:18
software's 48:10
soil 113:2
solid 153:17 175:13 178:23
solution 19:1 151:16
solve 138:15
somebody 66:18 81:23
someplace 100:7
soon 15:22 28:10 35:3 110:13 149:16 159:8
sorry 24:9 45:1 54:8 97:3 118:9 120:14 153:12 157:13 162:9,11 170:12
sort 112:10
sought 8:17 76:21
sound 63:17 147:18
source 24:5 101:6

119:6,21 126:2 148:24 174:20 177:22 178:9,11
sources 148:24 149:5 150:13 151:8 163:20 171:5 172:4 178:13 181:3
south 68:2 104:6 119:5 149:14 151:25 154:2 156:8 161:2
southwest 158:22
so-called 166:11
speak 38:19 125:3
speaking 95:22 159:23
special 47:17 49:25 50:1,3 52:3 107:5
specializations 17:2
specialty 49:19
specific 74:13 76:16 78:22 80:5 90:17 102:23 119:18 124:2 130:23 138:8 140:5 148:25 167:2
specifically 8:9,11 131:7 157:3 166:24
specification 69:14
spell 61:1
spend 23:4
spin 131:3
spoke 102:22
spot 144:6
spots 43:23
spouting 140:8
spread 72:21
square 91:19 102:8 102:12
squares 98:20
St 1:20 2:5,10,16 2:22 5:7 10:2 31:18 102:10

103:15 104:2 128:8,25 133:13 149:3 158:15 164:10 174:6,11 176:2,7
stamp 168:18,20 169:5
stamps 168:8 169:3
stand 139:12 140:7
standards 21:11
standing 72:19 118:24 159:5
standpoint 181:15
start 47:6 72:8,10 110:4 112:15
started 45:15 115:23 125:10,11
starting 112:11,19
starts 110:14 117:5 119:1 125:15 159:9,18
state 8:24 66:4 78:14 79:7
statement 84:1 90:7,17 100:1
statements 80:6
STATES 1:1
station 128:4,7
stations 33:10 34:22 123:17
steepness 82:20
Stelling 25:12 29:5 47:25
step 83:16
Stevinweg 1:19
stipulated 8:2
stop 94:1 133:19
stopped 80:17
stored 106:6 144:10
storm 20:14 23:13 24:19 41:16 55:16 111:3,4,17 118:20 131:25 177:24
storming 56:15
story 26:13
strange 20:3 63:17

streams 87:18
street 4:22 118:4 118:19 133:3,11 134:19,20 140:7
streets 121:19 140:14
stretch 159:14
strike 110:4 122:3 134:12 154:18
strong 82:16
structural 17:9
structure 118:21 159:7,9
structures 87:19 139:2,7 140:2
students 48:2
studied 20:4 22:18 22:20 36:11,17,19 62:2
studies 15:4 84:24
study 48:15,23 112:20 147:25 148:2 165:14
studying 124:7
stuff 12:13
subdivision 121:4
subdivisions 121:5
subject 74:18 78:15 94:14 117:9 141:1
subjective 133:6
submit 68:19
submitted 26:12 27:18 40:13,23 67:8,10,15 117:24 157:7
subordinates 13:20
subsequent 15:8
substantial 35:23 122:6 123:3
substantive 131:13
sub-expert 68:16
successful 42:25
sufficient 96:8 101:19 102:7
suggest 65:15 162:2,4
suggesting 35:22

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

90:22
**suggests** 143:3
**Suite** 2:16 3:6,13
  3:20 4:6
**suited** 59:24
**sum** 69:16
**summary** 22:23
**superscript** 119:3
**supervising** 14:1
**supervision** 184:10
**supplemental**
  36:22
**supplementary**
  36:24
**support** 32:20
**sure** 9:22 10:14
  12:2,20 58:16
  103:21 105:6
  139:4 158:8,15
  160:9 167:17
**surge** 20:14 23:14
  23:25 24:19 41:16
  87:22 100:5
  116:12
**surprised** 143:7
**surrounding** 68:11
  121:16 166:7,25
**surveying** 99:12
**survives** 20:23
**suspect** 63:25
**Sutton** 3:11,12
**sworn** 184:6
**system** 24:19 30:14
  66:16 105:22
  120:16 166:2,16
  167:4
**systematic** 30:17
**systemic** 73:3
**systems** 43:16,17
  48:16

---

**T**

**T** 8:1,1
**table** 10:15 96:20
  118:8 158:11
**tables** 64:15 69:14
**take** 10:8 14:16

22:14 37:7 39:14
  44:18 65:16 82:23
  87:22 95:11 111:1
  120:18 141:3
  145:1 174:1
**taken** 1:20 8:5 83:2
  98:2 100:6 105:3
  107:22 112:7
  126:1 130:2
  167:20 183:20
**takes** 78:24
**talent** 147:10
**talk** 39:15 86:23,24
  90:5 91:5 102:16
  102:18 103:5
  117:9 131:22
  142:17 144:11
  157:15
**talked** 21:17 120:7
  121:1,2
**talking** 10:19 77:8
  92:21 93:15 96:6
  96:9 108:21 121:7
  133:2 141:18
  143:19 158:3
**TANKERSLEY**
  4:13
**task** 46:12
**teaching** 71:18
**team** 13:7 23:1
  24:4 27:16 28:17
  32:4 40:11,13,15
  40:24 107:15
  119:6,13
**technique** 109:12
**teeth** 145:19
**telephone** 106:1
**tell** 11:5 12:3 13:23
  16:2 21:24 40:25
  45:15 61:20 79:1
  80:14 85:13
  103:20 104:7
  127:10 130:21
  131:18 138:3
  149:20 171:14
  174:11
**telling** 14:11 27:25

79:4 124:24 143:8
**ten** 41:18 45:12
  91:18 101:8,11
  104:21 168:8
  175:4,4,17,18
**tend** 83:9
**term** 43:11,14 92:9
  93:1,2,4,6,10,18
  93:21,23 155:8,8
**terminology**
  136:20
**terms** 42:17 78:19
**terrain** 98:10,14
  106:7,10,20
**test** 77:18
**testified** 123:1
**testifies** 161:25
**testify** 184:6,7
**testifying** 32:11
**testimony** 123:11
  131:21 141:23
  157:20 183:5,7
  184:8
**testing** 55:7
**tests** 41:21
**Texas** 4:22
**thank** 103:17
  131:11 148:21
  167:24 170:9
  175:25 178:7
  179:1 180:9,12
  182:11
**theory** 17:3,4,11
  18:3,5 79:21
  137:23 138:20
**thereof** 8:17
**thick** 48:24
**thin** 56:24
**thing** 13:8 34:4
  50:4 70:5 76:4
  84:11 98:24
  102:14 110:19,22
  110:23 113:17
  145:22 147:4
  181:23
**things** 21:6 27:9
  51:8 53:16 77:4

79:17 82:12
  129:12,23 130:3
  131:12 133:15
  136:6,19 144:11
  144:15,18 147:5
  165:7 169:4
**think** 10:11,21
  12:19 18:20,23,24
  22:12,17 24:7
  26:10 27:13 33:25
  37:4 38:10 41:3
  43:22 45:23 47:7
  49:1 50:22 55:5
  58:3 59:17 61:24
  62:8 64:13 70:23
  73:15 78:8 79:14
  82:5 84:5,11
  86:16 89:18 98:20
  99:11 100:25
  101:11,16 109:14
  114:25 117:10
  118:14,16 119:1
  119:19,20,22
  120:7 123:1 125:2
  127:5,8 130:8
  132:17,19,19
  134:11 135:3,6
  136:20,21 137:23
  138:5 140:1
  142:16,18 143:10
  144:16,24 145:22
  149:20 152:4
  153:6 154:10
  156:14 157:19
  168:7,12 171:3
  179:7,9 181:12
**third** 53:21 54:10
  54:11 142:8 145:8
**Thirty-one** 161:10
**Thomas** 2:14 3:5
**thought** 13:16 14:6
  15:17 20:5 23:5
  34:17,18 58:25
  69:18 79:11,16
  106:10 142:20
**thousand** 45:12
**threat** 121:13,14

**three** 14:23 26:14
  28:19 30:7 35:19
  42:15 57:14 81:25
  90:10 95:1 96:8
  102:9 136:19
  141:24 142:11
  145:11 160:13
  162:4 163:10
  172:8 175:3,17
  181:24
**through-breach**
  169:22 170:2
**tidal** 46:15,15 71:8
**tide** 117:3
**tides** 117:7
**tied** 10:19
**tight** 58:8 152:14
**tighter** 56:5
**time** 8:16 10:7,9
  15:1 22:4,17 23:3
  30:1 32:6 47:3,5
  75:21 78:19,24
  80:11,18 86:24
  89:16 110:22
  111:9,13,15
  115:21 118:11,11
  118:17,22 119:13
  119:16 123:23
  131:22 132:10
  145:8 168:4,4,8
  168:18 169:2,5,14
  177:4 178:8 180:6
**timelines** 117:10
**times** 30:7 42:25
  48:15 86:12
  117:13 119:7
  120:8 131:21
  145:11 146:4
  150:21 160:13
**timing** 38:5 123:12
  124:3 181:15
**title** 56:25 58:24,25
**today** 9:18 10:13
  11:3 39:12,23,25
  73:6 93:23 96:20
  99:10 103:5 121:4
  130:7 144:25

---

145:9 146:18
157:24 164:24
**told** 16:24 53:6
74:12 82:22
141:18 146:4
**too-quick** 112:14
**top** 65:7 68:6 75:10
97:25 110:24
111:2,25 169:22
176:23
**topography** 87:16
**total** 35:16 64:13
70:12 137:6
171:14,24 172:15
172:21
**totally** 180:22
**touch** 89:24
**touching** 95:9
**tourist** 166:5
**town** 167:10
**training** 43:7
**transcribed** 184:9
**transcript** 162:2,3
184:11
**transcription** 183:6
**tree** 81:11 107:6
**trees** 59:18,22
139:13
**trick** 109:24 149:18
**Trickster** 109:18
**tried** 47:24 48:1,25
49:19 57:4 77:5
80:19,21 118:5
**tries** 44:18
**trip** 24:13 30:2,6
30:18 31:1,23
**triple** 110:10
**trips** 30:11
**trouble** 10:12
133:14
**true** 11:2 19:20
26:22 95:20 99:8
133:7 138:18
140:20,25 162:21
163:9 183:8
184:11
**truth** 184:6

**try** 10:8,10,13
42:24 51:23 56:7
61:3 79:17 81:8
165:8 171:2
**trying** 36:4 55:23
57:11 58:17 60:13
65:13 66:7 70:10
78:18 79:10 92:3
92:8 94:9 109:24
126:17 129:15
**TUDelft** 13:25
**turn** 83:7 96:22
119:4 152:22,23
160:19 163:15
170:9 173:23
**Turning** 134:5
**tutorials** 74:20
**Twelve** 172:1
**twice** 179:4
**two** 9:17 20:22 30:7
33:18,20 35:19
74:21 87:21 89:8
91:18 95:1 100:22
103:3,4,23 119:5
120:8 122:21
128:5 139:19
170:10 171:3,6
172:8 174:23
175:3,5,17,23
**two-page** 90:18
**type** 15:15 16:21
17:18 25:8 32:25
36:3 39:6 41:21
44:17,24 45:2
46:17 49:22 58:14
59:8 69:3 71:13
121:13 141:23
143:15 165:6
**types** 45:5,24 74:13
80:16 92:13
**typical** 72:3
**typically** 52:23
**T-walls** 18:7

_____

U

**U** 8:1
**uh-huh** 52:14 68:7

68:17 91:7,10
104:2 109:2
110:18 120:22,25
143:6 151:1
152:16 153:19
160:21 161:3,16
164:4,20,20
**ultimate** 121:25
**ultimately** 117:15
181:10
**Um** 161:8
**uncertainties** 44:18
128:16,17 129:16
129:19,20 130:13
**uncertainty** 44:16
**understand** 9:10
9:22,24 10:3,4,6
14:19 19:17 32:1
44:8 50:17 58:16
59:8 60:8 71:16
72:13 74:2 75:18
87:12 103:23
105:6 106:23
110:3 124:19
126:17 129:5
134:15 136:21
149:7 158:16
159:11 172:23
173:1 175:7
**understanding**
14:20,22 24:1
27:9 65:6 68:3,22
79:15 119:17
124:25 125:25
129:2 184:12
**understood** 10:22
34:13 125:19
135:18
**undertake** 18:11
**undertakes** 43:10
**uniform** 159:14
**UNITED** 1:1
**university** 13:22
16:4 41:3 42:8
47:21 112:21
165:16
**unknown** 82:19

89:23
**unlucky** 140:6
**upwards** 65:8
**urge** 146:16
**use** 15:19 43:19
44:11 57:19 71:1
71:4,19 72:3,7
74:2 80:20,21
93:9 108:2 113:23
117:16 133:5
**users** 53:22
**uses** 48:19 51:11
54:18 62:19 70:18
**Utrecht** 63:7

_____

V

**vague** 60:24 92:6
**validate** 75:22 76:2
77:3 79:17
**validity** 92:9
112:18
**value** 17:17 18:8
106:5
**value-free** 15:22
**Van** 12:21,24 14:12
24:8,10,10,12,15
24:21,23 26:6,7
26:18 28:19
110:12
**variable** 131:13
**variables** 56:6
**variation** 82:11,17
82:18
**variations** 91:17
**various** 12:23
51:14 75:9 85:10
90:8 92:18 105:2
163:21 165:7
171:5 172:15
**velocity** 111:19
116:23 159:13
**verbal** 23:1 30:22
54:9
**verify** 78:3
**version** 48:3,7,8
**versus** 66:19
126:19

**vertical** 95:13
**VIDEOGRAPH...**
9:1 82:25 83:3
133:22 134:1
167:18,21 182:12
**videotape** 82:24
**view** 24:18 40:17
79:14 137:10
**virtually** 95:5
**visit** 31:2
**visited** 19:12 22:5
24:17 30:20 31:3
31:9,12,15
**voice** 10:13
**volume** 1:17 9:3
159:13
**Vrijling** 1:19 9:4
9:16 37:23 52:11
64:23 65:1,3
164:14 168:1
182:8 183:4
**Vrouwenvelder**
44:1

_____

W

**W** 2:22
**wait** 102:14 120:18
145:4 149:25
170:15,17 175:9
**waiting** 72:19
170:20 179:9
**waived** 8:9,12
**waiving** 38:21
**wall** 118:19,23
125:22,23 126:4
158:24 159:5,20
160:2
**walls** 135:5
**want** 9:21 41:2
49:23 55:3 57:7
65:12,16 71:19
88:7 91:5 93:3,7
93:24 94:1 97:13
101:18 103:10
117:9 137:21
138:15 142:24
143:7 146:14

160:9 169:1
170:17
**wanted** 35:10 39:16
39:22 65:6 121:22
127:24 132:2
144:5 154:7
158:14
**Waqua** 51:15
**Ward** 31:16 149:12
149:12 152:6,11
153:10,13
**warned** 28:15
**warning** 115:6
**warns** 168:21
**Washington** 4:23
9:18
**wasn't** 12:2 70:25
128:7 130:18
146:5
**waste** 78:19 121:19
**water** 15:1 17:24
27:1,5 35:18 36:8
43:4 45:4 49:13
49:17,19,22 53:9
55:12,14,15 56:13
57:10 69:7,8
71:12 72:17 73:19
80:10,17,24 81:22
81:15 82:3,8,20
83:18 85:20 86:21
89:4 90:9 92:21
104:8,9,13,15,16
104:17 111:18
112:1,15,23 113:9
113:13,17 115:17
115:21,23 116:4,7
116:9,12 117:5
118:17 121:25
122:1 123:10,15
124:1 125:15,20
126:15 130:24
131:1 132:6 135:3
137:12 139:8
140:8 141:4
143:14 148:5,24
149:6,8,9,14,15
149:16 150:3,14

150:16 151:8,13
153:16,23,25
154:17 155:15,19
156:7 158:12,20
159:8,13,18,19
160:5 161:3,15,17
162:1,22 169:16
174:1,10 175:16
175:22 176:1
178:3 179:17,25
180:25 181:9,17
181:21
**waterline** 163:1
177:17
**Waterway** 104:6
104:11 155:20
156:3
**waterways** 136:18
137:8 141:25
**wave** 125:3,8,10,16
135:7
**waves** 125:17 134:9
134:17 135:10
**way** 13:21 17:18
28:8 30:15,17
35:21 44:20 58:9
65:13 83:8 89:16
104:14 139:12,17
158:3 184:15
**ways** 80:2
**weak** 43:22
**weather** 26:12
46:16 73:9
**week** 16:17,17
156:25
**weight** 130:23
**WEINSTOCK** 4:5
**well-accepted**
79:23
**went** 12:20 27:16
31:19 33:8,16
42:14 71:9 74:23
83:25 97:17 124:3
135:24 136:9
162:25
**weren't** 91:3
**west** 3:20 9:23

30:21 115:23,24
116:10
**Westerink** 25:7,10
**wetlands** 166:7
**We'll** 10:8 20:24
37:10 64:7 82:22
86:23 120:13
134:7
**we're** 10:18 11:6,20
93:13 96:6,9
100:12 102:15
128:25 133:23
147:12 148:18
167:19
**whatsoever** 56:10
**whereabouts** 31:5
**white** 156:13
**wholly** 36:13
**wide** 56:14 61:24
110:12
**width** 69:14 110:23
111:25
**WILKINSON** 1:7
**William** 5:14
**wind** 35:22 36:12
87:19 122:5,10,12
122:20,22 140:21
141:6,12 142:5
**wish** 131:19
**withstanding**
139:25
**witness** 8:4,25 9:7
9:12 19:10 21:3
25:4 26:21 28:7
29:3 32:19 34:16
38:13,22 46:21
49:5,10 51:5
53:23 54:1,5 58:7
60:16 61:19 63:4
66:11 67:2 70:22
71:25 73:14 74:7
75:4,17 78:16
79:1 82:15 85:3
86:15 87:11 88:5
88:23 89:14 92:12
94:13 95:8 96:14
97:6 98:5 100:24

101:4 115:12
122:16 123:10,21
127:17,22 131:5
135:2 137:1,15
138:11 139:11
141:11 145:6
147:24 148:9
150:1 151:11
152:3 154:24
165:23 166:19
167:8,11 169:10
170:22 173:19
178:17 182:10
183:1,12 184:5
**Woltering** 24:20
**wondered** 50:19
**wondering** 20:25
21:10 62:16
161:23
**wood** 81:22
**word** 66:8 113:23
**worded** 164:5
**words** 56:1 62:25
74:1 105:22
**work** 14:1 40:14
43:1
**worked** 25:20
41:14 42:4 84:22
128:10
**working** 21:17 25:6
26:3 33:11 34:23
40:10 41:18
**world** 13:22 83:9
83:17 89:18
**wouldn't** 40:24
81:14 82:9 84:23
96:17 160:3 177:8
181:3
**written** 18:22
22:21
**wrong** 25:14
153:11
**wrote** 14:3 58:25

**X**

**X** 7:1

| **Y** |
|---|

**ya'll's** 158:2
**yeah** 9:25,25 11:1
11:17 13:14,20
14:10,10,10,10
15:14 16:7 18:4
20:9 21:15 22:12
23:2 24:2,14,17
26:3,8 27:14 30:4
30:24,24,24 32:5
32:5,8,8,8 36:6
39:20,20,20 41:6
41:6 42:1 43:15
46:23 47:7 48:6,6
48:13,13,20,25
49:18 50:9,25,25
51:13,13 52:19,19
52:19 53:10,12,12
53:15 54:11 55:25
57:18,21 59:3,3,3
59:21,22 61:7
62:13,15,15 65:10
65:10,19,23 67:3
69:17,19 70:4,7,9
70:9,9 72:6 73:4
73:25 74:11,16
76:11,14,20 80:9
81:6 82:10 86:5
86:16 89:6 90:16
90:21 91:12,12,16
91:25 92:23,23
96:5,15,25,25
99:5,21 101:5
102:6 103:25
104:2 105:10,19
106:12,12,12
107:1,4,25,25,25
108:14,23 110:25
113:24,24,24
115:3 116:8,8,11
116:20 118:8,8
120:2,5,12,12
122:2 123:6 124:5
124:17 125:24,24
129:11,22,24,24
130:11 134:10,21
135:3,11,11,11

PROF. JOHANNES VRIJLING VOL II (MRGO)                          8/17/2007

Page 206

138:12 140:15,25
141:1 142:10,23
144:17,23 150:15
151:12 152:4,18
152:21 153:2,14
153:14,14 155:3
156:1 161:10,13
161:13,21 162:18
163:4,14,14,14,25
168:16,25 170:13
170:13,13,25
171:12,23,23
173:8,11,14 174:8
175:14,19,23
176:4,14 177:2,21
177:23 178:6,25
179:18,18 181:14
181:23
**year** 13:11 42:14
**years** 17:5 41:18
42:2,5 46:2 47:9
56:9
**Yep** 112:3 121:8
**yesterday** 10:6,10
10:16,18,22 12:2
13:1 16:24,25
19:7,22,24 22:2
22:19 27:15 29:5
29:25 30:20 32:2
34:2 35:15 39:17
40:3 45:25 48:14
48:23 50:9,17
52:4 53:6 57:24
60:3 64:17 74:12
74:23 75:22 76:7
83:25 84:6 87:1
90:6 93:6 97:14
98:12 99:6,7
100:11,12,16
102:17 107:11,20
112:9 114:5,9
117:25 121:2,8,11
128:6 130:6
131:21,23 133:2
134:8 135:24
136:7,21 137:4
139:22 142:12,19

144:19 169:20
173:3
**young** 33:18
**younger** 33:20
**y'all** 83:25 128:5

**Z**

**zero** 20:1,3 113:17
114:10,11 125:12
**zeros** 107:10
**Zwain** 4:4,5 100:19

**0**

**05-4181** 1:9
**05-4182** 1:5,9
**05-4191** 1:9
**05-4568** 1:9
**05-5237** 1:9
**05-6073** 1:9
**05-6314** 1:10
**05-6324** 1:10
**05-6327** 1:10
**05-6359** 1:10
**06-0020** 1:10
**06-0225** 1:11
**06-0886** 1:11
**06-11208** 1:11
**06-1885** 1:10
**06-2278** 1:11
**06-2287** 1:11
**06-2346** 1:11
**06-2545** 1:12
**06-3529** 1:12
**06-4065** 1:12
**06-4389** 1:12
**06-4634** 1:12
**06-4931** 1:12
**06-5032** 1:13
**06-5042** 1:13
**06-5159** 1:13
**06-5163** 1:13
**06-5367** 1:13
**06-5471** 1:13
**06-5771** 1:14
**06-5786** 1:14
**06-5937** 1:14
**06-7682** 1:14

**07-0206** 1:14
**07-0647** 1:14
**07-0993** 1:15
**07-1284** 1:15
**07-1286** 1:15
**07-1288** 1:15
**07-1289** 1:15

**1**

**1** 1:19 47:21 118:9
119:15 121:4
152:15 153:1,8,14
153:17 154:1
160:24 161:2,15
162:15,17 174:2
174:10
**1D** 47:8 51:16 57:5
**1D2D** 47:9,17 50:5
50:6
**1:38** 134:3
**10** 61:22 62:8,8
82:18 89:8 109:1
111:25
**10:40** 83:1
**100-year** 167:3
**1001** 3:20
**105** 3:13
**106** 2:22
**11** 52:5
**11:06** 83:5
**1100** 5:7
**12** 35:15 82:8 163:3
171:25 172:2
**12:07** 133:24
**13** 161:19 163:10
**14** 35:16 176:8,10
176:10
**15** 7:15 37:12,23
61:24 98:20
164:16 174:18
176:8 179:3
**15-foot** 98:18
**15-year** 41:11,25
**16** 7:18 52:12 59:12
**167** 7:8
**17** 7:21 64:23 65:3
108:8 183:20

**17th** 1:21 118:3,18
133:3,11
**180** 7:10
**190** 3:12
**1989** 41:5

**2**

**2** 1:5 49:3,7,9 50:16
51:15 118:10
119:15 121:5
153:14 154:2,12
156:9 171:6,10
**2D** 47:21
**2.1** 101:24 156:12
157:9
**2.2** 120:24 129:6
**2:18** 167:19
**2:26** 167:22
**2:45** 182:14,18
**20** 20:2,4 94:22
112:2 114:10,13
**200** 3:20 65:8,17
154:12 158:11
**2005** 13:9 109:1,4
**2006** 30:3,19
**2007** 1:21 11:16
13:12 36:23 65:2
170:10 183:20
**2101** 3:12
**214** 4:23
**22** 52:6
**220-3939** 4:23
**226** 68:23 69:22
**2300** 5:7
**237-7000** 3:21
**249-5991** 3:14
**25** 61:22 64:13
67:18 69:18
**26** 152:14,17
160:20
**2600** 1:19
**2628** 1:19
**27** 118:7
**2727** 4:22
**28** 124:12
**29** 178:2 179:25
**29th** 177:1

**2900** 4:6

**3**

**3** 36:23 50:16,16,19
82:17 118:10
119:7,15 121:5
171:7,10 172:16
**3D** 51:15 57:7
58:14
**3-meter** 117:4
**30** 11:15 65:2 168:4
**31** 161:9
**316** 2:16
**32502** 2:17
**33** 160:22,25 161:5
171:11
**337** 3:21
**34** 161:15,18
**3445** 3:6
**35** 170:9,11 171:3
171:13
**37** 7:15 153:13
156:10
**38** 119:4,4 120:1
**3838** 4:6

**4**

**4** 50:17,19 96:22
97:5 118:10 119:8
119:15 120:20
121:5 128:14,15
134:6 152:15
153:1 172:20
**4-1** 65:4,7 68:6
69:20
**4-2** 68:25
**4.1** 108:8 118:7
**4.7** 170:11 171:3,13
**4.8** 170:11 171:4
172:17
**40** 112:4 125:21
141:3 153:21
158:17 160:7
**435-7140** 2:17
**44** 174:7 178:9
**46** 153:8,16 173:23
174:3

PROF. JOHANNES VRIJLING VOL II (MRGO)                    8/17/2007

**49** 176:1,1

_____
**5**

**5** 97:11,25 105:20
    119:8,15 120:20
    121:5 123:8
    157:13 168:5
**5.12** 176:3
**5.6** 174:2
**50** 56:9 62:4,5
    91:19 144:21,21
    159:21,21
**504** 2:6,11 3:7 4:7
    4:15 5:8,23
**51** 163:15
**52** 7:18
**5213** 4:14
**525-1335** 2:6
**536-1186** 2:24
**581-1750** 2:11
**585-7693** 5:8

_____
**6**

**6** 120:24 121:5
**600** 2:16
**64** 7:21

_____
**7**

**7** 171:19 172:19
    176:2,6 177:11,13
    179:16,17
**70** 47:7
**70001** 4:15
**70002** 3:6 4:7
**70084** 2:23
**701** 2:10
**70113** 2:5
**70130** 2:10
**70163-3200** 5:8
**70433** 3:13
**70503** 3:21
**74** 41:9
**75** 47:7
**75201-1515** 4:22
**76** 41:18 45:17

_____
**8**

**8** 64:15
**800** 3:6 154:11
**828-8856** 5:23
**831-0946** 3:7
**832-3700** 4:7
**836-2220** 4:15
**850** 2:17
**855** 1:20 2:5
**86** 41:18 42:5
**89** 16:5 42:6

_____
**9**

**9** 7:6
**9:00** 176:25 178:1
    179:25 180:25
**9:14** 1:21
**985** 2:24 3:14
**99** 42:6