# PLAINTIFFS TRIAL EXHIBIT

# 29

```
                                                              Page 1
                 UNITED STATES DISTRICT COURT

                 EASTERN DISTRICT OF LOUISIANA


  IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
  CONSOLIDATED LITIGATION
                                    NO. 05-4182 "K"(2)

   PERTAINS TO:  ALL CASES          JUDGE DUVAL

   FILED IN:  05-4181, 05-4182,     MAG. WILKINSON
   05-5237, 05-6073, 05-6314,
   05-6324, 05-6327, 05-6359,
   06-0225, 06-0886, 06-1885,
   06-2152, 06-2278, 06-2287,
   06-2824, 06-4024, 06-4065,
   06-4066, 06-4389, 06-4634,
   06-4931, 06-5032, 06-5155,
   06-5159, 06-5161, 06-5162,
   06-5260, 06-5771, 06-5786,
   06-5937, 07-0206, 07-0621,
   07-1073, 07-1271, 07-1285




   Videotaped Rule 30(b)(6) deposition of the
   SEWERAGE AND WATER BOARD OF NEW ORLEANS, through
   its designated representative, JOHN R. HUERKAMP,
   8800 South Claiborne Avenue, New Orleans,
   Louisiana  70118, taken in the offices of
   Christovich & Kearney, Suite 2300, 601 Poydras
   Street, New Orleans, Louisiana  70130, on Friday,
   the 27th day of July, 2007, beginning at 9:04
   a.m.



   APPEARANCES:

        THE LAW OFFICE OF JOSEPH M. BRUNO
        (BY:  L. SCOTT JOANEN)
        855 Baronne Street
        New Orleans, Louisiana  70113
              ATTORNEYS FOR THE PLAINTIFFS
```

Page 178

```
 1      Q.  Do you know whether any of those
 2  statements were taken in an office as opposed to
 3  going out to the station and just casually
 4  talking to somebody?
 5      A.  No, I do not.
 6      Q.  Do you know whether any of the pump
 7  operators who were witness to the events that
 8  were going on on August 28th and August 29th have
 9  met with any individuals from the Corps of
10  Engineers?
11      A.  Probably.
12      Q.  Do you know whether at any of those
13  meetings any statements were taken in an official
14  capacity by either a court reporter or a tape
15  recording or anything of that nature?
16      A.  No, I do not.
17      Q.  Is there any system in place that
18  would require the Corps of Engineers to go
19  through Sewerage and Water Board administrative
20  staff to gain access to the individuals, the pump
21  station operators, to discuss with them events?
22      A.  Normally, they would go through the
23  board's Community Intergovernmental Relations
24  Department, Robert Jackson, and Robert would
25  contact us to let us know that personnel would be
```

Page 179

```
 1  coming to interview employees.  After Katrina, I
 2  don't know what was going on at that time.  I
 3  know we were being told that people were going to
 4  stations.  We assume that they were going to
 5  stations with approval.
 6      Q.  If there were such a procedure in
 7  place after Katrina, where the Corps of Engineers
 8  would have had to report to Robert Jackson to get
 9  access to your employees, do you know whether he
10  would have kept records of who was going to talk
11  to who?
12      A.  No, I do not.
13      Q.  Is Robert Jackson still employed by
14  the Sewerage and Water Board?
15      A.  Yes, he is.
16      Q.  Have you had any communications with
17  anyone from the IPET team or the Corps of
18  Engineers other than that which is indicated in
19  this letter right here?  I mean you personally.
20      A.  I've had discussions with the Corps
21  relative to contracts to restore and make
22  restorations to the stations --
23      Q.  Uh-huh.
24      A.  -- not in connection with the IPET
25  report.
```

Page 180

```
 1      Q.  Yeah.  Good point.  My question
 2  really is directed more towards the performance
 3  of the Sewerage and Water Board pumping stations
 4  in removing rainwater during the storm.
 5      A.  No, I have not met with them on
 6  that.
 7      Q.  Have you had any communications with
 8  anyone from the American Society of Civil
 9  Engineers regarding the rainfall amounts that
10  were recorded by the Sewerage and Water Board or
11  the Sewerage and Water Board's capacity to pump
12  rainwater out of the city on August 28th and
13  August 29th, 2005?
14      A.  No.
15      Q.  Based upon your understanding of the
16  rainfall amounts that have been indicated in the
17  pumping logs and the pumping capacities for the
18  Sewerage and Water Board throughout the New
19  Orleans area of the Lower Ninth Ward Basin, New
20  Orleans East Bank-Basin and the New Orleans
21  East-Basins, would the levels of flooding that
22  were seen on August 28th, 29th, 30th, 31st,
23  throughout September would have been as high
24  based just upon rainfall?
25      A.  No.
```

Page 181

```
 1      Q.  Is there any way that the Sewerage
 2  and Water Board can calculate the level of
 3  flooding, if any, that would have taken place
 4  based only upon rainfall?
 5      A.  If you had the rainfall data and the
 6  topographic map, you could calculate water
 7  ponding in an area, and then knowing the drainage
 8  capacity, calculate how long it would have taken
 9  to remove that based solely on rainfall.
10      Q.  Right.  Is one of the factors that
11  would have to be taken into consideration the
12  levels of the outfall canals?
13      A.  The outfall canal levels determine
14  how much water the pumps can physically pump.
15  The difference between the outfalls and the
16  suction, yes.
17      Q.  And based upon the levels that are
18  indicated in the logs of the suction and the
19  discharge side, that capacity could be
20  determined; is that right?
21      A.  Yes.  Yes.
22      Q.  Has the Sewerage and Water Board
23  taken any efforts to come to that conclusion?
24      A.  No.
25      MR. JOANEN:
```