UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Hurricane Legal Center)   JUDGE DUVAL
    <u>Alexander</u>, 07-4455                 MAG. WILKINSON
    <u>Alexander</u>, 07-4455
    <u>Alexander</u>, 07-5768
    <u>Call</u>, 07-5769
    <u>Ansardi</u>, 07-5767
    <u>Aucoin</u>, 07-4458
    <u>Adams</u>, 07-5206
    <u>Abram</u>, 07-5205
    <u>Acevedo II</u>, 07-5199

## **ORDER**

In response to the court's previous order, Record Doc. No. 13740, I have conducted conferences and received status reports concerning the referenced "Insurance-Mass Joinder" cases in which plaintiffs are represented by the Hurricane Legal Center.

**IT IS ORDERED** that a call docket in the referenced cases will be conducted before me on **January 8, 2009 at 2:00 p.m.** At that call docket, counsel for both sides must report to me plaintiff-by-plaintiff, on an individual basis, the status of the claims of each plaintiff whose claims have not yet formally been dismissed, so that I may determine whether each claim should immediately be severed and reallotted for trial scheduling purpose. No later than **January 5, 2009**, plaintiffs' counsel must provide me

with an updated, detailed, plaintiff-by-plaintiff status report for all claims that have not by that date been formally dismissed.  Plaintiffs' counsel, Defense Liaison Counsel and counsel for Allstate must appear in person.  Counsel for any defendant against whom claims are asserted in the referenced cases may also attend.

New Orleans, Louisiana, this ___4th____ day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Lawrence Centola; larrycentola@hotmail.com
Seth Schmeeckle; sschmeeckle@lawla.com
Arthur Lentini; artlent@hotmail.com