**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.    05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Flowers,* C.A. No. 07-8447 | | |

*   *   *   *   *   *   *   *   *

**SECOND JOINT MOTION TO EXTEND ORDER OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, JENNIE G. FLOWERS and MARIA J. AUZENNE, and defendant, REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, and on suggesting to the Court that the parties to this action have firmly agreed upon a compromise; however, plaintiffs are recipients of a grant from the Louisiana Road Home Program which has implemented a review proceeding requiring that Louisiana Road Home approve compromises by claimants against their homeowner carriers; and on further suggesting to the Court that a sixty day order of dismissal was entered in this matter on September 9, 2008; thereafter, the parties requested an additional thirty (30) day on the Order of Dismissal, or until the 9th day of December 2008, while awaiting response from the Louisiana Road Home to the Request for Consent; and on further suggestion to the Court that, the Louisiana Road Home has not yet approved or disapproved the Request for Consent and the parties request that they be given an additional sixty days on the Order of Dismissal, or until the 9th day of February 2009, in order to obtain a response from the Louisiana Road Home.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST     (Bar Roll #10420)
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464

                          s/ Scot P. Koloski
                          SCOT P. KOLOSKI  (Bar Roll #27537)
                          Suite 1100, Two Lakeway Center
                          3850 N. Causeway Boulevard
                          Metairie, Louisiana 70002
                          Telephone: (504) 834-6500
                          Facsimile:  (504) 834-6565

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 4th day of December 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**