UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO:  INSURANCE CASES | |
| | JUDGE DUVAL |
| *Aaron*, No. 06-4746 | |
| *Aguilar*, No. 07-4852 | MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiffs Wayne and Ondina Williams With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is Granted and that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiffs Wayne and Ondina With Prejudice;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiffs Wayne and Ondina Williams asserted against Homesite Insurance Company in the consolidated proceeding entitled *Aaron, et al. vs. AIG Centennial Insurance, et al.*, No. 06-4746, including without limitation all claims arising under Plaintiffs' policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims

NO.99884130.1

arising out of the handling, investigation and/or adjustment of Plaintiffs' claim, are hereby **DISMISSED**, with prejudice and with each party to bear its own costs.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiffs Wayne and Ondina Williams asserted against Homesite Insurance Company in the consolidated proceeding entitled *Aguilar, III, et al. vs. Alea London Ltd., et al.* No. 07-4852, including without limitation all claims arising under Plaintiffs' policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiffs' claim, are hereby **DISMISSED**, with prejudice and with each party to bear its own costs.

New Orleans, Louisiana, this __4th__ day of ____December____, 2008.

_____
UNITED STATES DISTRICT JUDGE

NO.99884130.1