MINUTE ENTRY
DUVAL, J.
NOVEMBER 13, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                    CIVIL ACTION
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO,                                              NO. 05-4182

                                                                SECTION "K"(2)


MOTION to for summary judgment by the Washington Group International, Inc., doc. 15861


CASE MANAGER: SHEENA DEMAS
COURT REPORTER: TONI TUSA

APPEARANCES: See the attached list.

Court begins at 10:03 a.m.
Case called and all present and ready.
Oral argument by parties.
Deft, Washington Group International power point exhibits, admitted.
Pltfs' offer power point (demonstrative) exhibits deferred.
Court ORDERED Pltf to file a motion for leave to admit demonstrative exhibits by Tuesday, November 18, 2008.  Deft, Washington Group International shall file its' response or opposition by Friday, November 21, 2008, after which time this matter shall be SUBMITTED.
Court adjourns at 12:57 p.m.

JS-10 (2:48)

SPECIAL SETTING - DOC. #15861

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO | SECTION "K"(2) |

DATE:     THURSDAY, NOVEMBER 13, 2008

TIME:     10:00 A.M.

## (PLEASE PRINT)

| NAME | FIRM | REPRESENTING |
|---|---|---|
| Joseph Bruno | Joseph M Bruno | π |
| William D. Treeby | Stone Pigman Walther Wittmann | WGII (Washington Group) |
| Adrian Wager-Zito | Jones Day | WGII |
| Debra S. Clayman | Jones Day | WGII |
| Scott Joanen | Bruno | π |
| Elwood Stevens | Law Office of ECSjr | π |
| James M Garner | Sher Garner | TTs UHS et al. |
| Calvin Fayard | Fayard & Honeycutt | π |
| Robin Smith | USDOJ | United States |
| Gary Zwain | Duplass, Zwain | EJLD |
| Andre Lagarde | McCranie Sistrunk | O.L.D. |

AO 187(Rev. 4/82)   EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | VS.   PERTAINS TO MRGO | | **DISTRICT COURT** EASTERN DISTRICT OF LOUISIANA | |
| **PLAINTIFF'S ATTORNEY** See the attached list | | **DEFENDANT'S ATTORNEY** See the attached list | | **DOCKET NUMBER** CA 05-4182 K(2) | |
| | | | | **MOTION DATE(S)** November 13, 2008 | |
| **PRESIDING JUDGE** STANWOOD R. DUVAL, JR. | | **COURT REPORTER** TONI TUSA | | **COURTROOM DEPUTY** SHEENA DEMAS | |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 11/13/08 | X | X | Power point presentation exhibits |
| 1 | | " | X | DEFERRED | Power point presentation (demonstrative) exhibits |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

2