## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>*Winston and Donna Aaron, Sr., et al.*<br>Civil Action No.:  06-4746 | *<br>*<br>* | JUDGE DUVAL<br><br>MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF LLOYD PORTER WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiff, Lloyd Porter ("Porter") who aver that they have amicably resolved their disputes and that Porter acknowledges receipt of adequate settlement funds from Hanover.  Accordingly, Porter and Hanover jointly move this Court for entry of an order to (1) reopen *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by  Porter against Hanover, including without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, Porter and Hanover pray that this Court enter an order which  (1) reopens *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of Porter's claims asserted in the captioned matter, including

1

without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

        Respectfully submitted,

        **/s/ Jim S. Hall**
        **Jim S. Hall, T.A., La. Bar # 21644**
        **Joseph W. Rausch, La. Bar # 11394**
        Jim S. Hall & Associates
        800 N. Causeway, Suite 100
        Metairie, LA 70001
        Telephone: (504) 832-3000
        Counsel for Plaintiffs

        **And**

        **/s/ Seth Schmeeckle**
        **Ralph S. Hubbard, III, T.A., La. Bar #7040**
        **Seth A. Schmeeckle, La. Bar # 27076**
        Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
        601 Poydras Street, Suite 2775
        New Orleans, LA 70130
        Telephone:  (504) 568-1990
        Facsimile:  (504) 310-9195
        E-Mail:   rhubbard@lawla.com
                      sschmeeckle@lawla.com
        Counsel for Defendant,
        The Hanover Insurance Company

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 5th day of December 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

        **/s/ Seth Schmeeckle**
          Seth A. Schmeeckle