UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>*Joseph Aguilar, III, et al.*<br>Civil Action No.:  07-4852 | *<br>*<br>* | JUDGE DUVAL<br><br>MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF ANTONIO CORNELIUS WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiff, Antonio Cornelius ("Cornelius") who aver that they have amicably resolved their disputes and that Cornelius acknowledges receipt of adequate settlement funds from Hanover. Accordingly, Cornelius and Hanover jointly move this Court for entry of an order to (1) reopen *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by  Cornelius against Hanover, including without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, Cornelius and Hanover pray that this Court enter an order which  (1) reopens *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of Cornelius's claims asserted in the captioned matter, including without

1

limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

                                        Respectfully submitted,

                                        **/s/ Jim S. Hall**
                                        **Jim S. Hall, T.A., La. Bar # 21644**
                                        **Joseph W. Rausch, La. Bar # 11394**
                                        Jim S. Hall & Associates
                                        800 N. Causeway, Suite 100
                                        Metairie, LA 70001
                                        Telephone: (504) 832-3000
                                        Counsel for Plaintiffs

                                        **And**

                                        **/s/ Seth Schmeeckle**
                                        **Ralph S. Hubbard, III, T.A., La. Bar #7040**
                                        **Seth A. Schmeeckle, La. Bar # 27076**
                                        Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
                                        601 Poydras Street, Suite 2775
                                        New Orleans, LA 70130
                                        Telephone:  (504) 568-1990
                                        Facsimile:  (504) 310-9195
                                        E-Mail:      rhubbard@lawla.com
                                                            sschmeeckle@lawla.com
                                        Counsel for Defendant,
                                        The Hanover Insurance Company

## CERTIFICATE OF SERVICE

     I hereby certify that, on the 5th day of December 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

                                        **/s/ Seth Schmeeckle**
                                          Seth A. Schmeeckle