UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Winston and Donna Aaron, Sr., et al.* | * | |
| Civil Action No.: 06-4746 | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF HERBERT AND MARY WARREN WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiffs, Herbert and Mary Warren ("the Warrens") who aver that they have amicably resolved their disputes and that the Warrens acknowledge receipt of adequate settlement funds from Hanover. Accordingly, the Warrens and Hanover jointly move this Court for entry of an order to (1) reopen *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by the Warrens against Hanover, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, the Warrens and Hanover pray that this Court enter an order which (1) reopens *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with

prejudice and at each party's cost all of the Warrens' claims asserted in the captioned matter, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

        Respectfully submitted,

**/s/ Jim S. Hall**
**Jim S. Hall, T.A., La. Bar # 21644**
**Joseph W. Rausch, La. Bar # 11394**
Jim S. Hall & Associates
800 N. Causeway, Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Counsel for Plaintiffs

**And**

**/s/ Seth Schmeeckle**
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar # 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail: rhubbard@lawla.com
       sschmeeckle@lawla.com
Counsel for Defendant,
The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of December 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

        **/s/ Seth Schmeeckle**
        Seth A. Schmeeckle