UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* |
| _____ | *   CIVIL ACTION NO.: 05-4182 |
| | * |
| PERTAINS TO: | *   JUDGE: DUVAL |
| | * |
| INSURANCE:      *Abram,* 07-5205 | *   MAGISTRATE: WILKINSON |
| | * |

**PARTIAL MOTION TO DISMISS**

Plaintiff, Loris Ebanks, respectfully request that all of her claims against the defendant AAA Insurance Company be dismissed without prejudice, each party to bear its own costs.

Claims of remaining plaintiffs against all defendants are reserved.

Respectfully submitted,


*/S/ Stuart T. Barasch*
STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER. LLC
910 Julia Street
New Orleans, Louisiana 70113
Telephone:     (504) 525-1944
Facsimile:      (504) 525-1279
Email: sblawoffice@aol.com