UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and

Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United

States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set

of Requests for Production propounded in Robinson (06-2268), Lafarge North America Inc.'s

Requests for Production of Documents in the Barge category, and the Defendants' Requests for

Production of Documents, respectively, the United States has produced the following Bates

ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this

matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other

documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this

matter is produced in accordance with the Court's Order Authorizing and Requiring the United

States to Produce Personal Identifying Information Contained Within Electronically Stored

Information and Prohibiting all Parties From Disseminating Such Personal Identifying

Information (Doc. Rec. No. 10293):

BFP-012-000000001    to    BFP-012-000000002;
BFP-013-000000001    to    BFP-013-000000001;
BFP-014-000000001    to    BFP-014-000000001;
EFP-002-000000001    to    EFP-002-000000001;
EFP-004-000000042    to    EFP-004-000000042;
EFP-004-000000046    to    EFP-004-000000046;
EFP-004-000000048    to    EFP-004-000000048;
EFP-004-000000066    to    EFP-004-000000066;
EFP-004-000000089    to    EFP-004-000000089;
EFP-004-000000122    to    EFP-004-000000122;
EFP-014-000000010    to    EFP-014-000000011;
EFP-014-000000023    to    EFP-014-000000023;
EFP-014-000000044    to    EFP-014-000000044;
EFP-014-000000117    to    EFP-014-000000117;
EFP-014-000000120    to    EFP-014-000000125;
EFP-014-000000147    to    EFP-014-000000147;
EFP-014-000000181    to    EFP-014-000000193;
EFP-014-000000211    to    EFP-014-000000212;
EFP-016-000000877    to    EFP-016-000000878;
EFP-016-000000885    to    EFP-016-000000885;
EFP-016-000000891    to    EFP-016-000000891;
EFP-016-000000894    to    EFP-016-000000895;
EFP-016-000000925    to    EFP-016-000000928;
EFP-016-000000945    to    EFP-016-000000945;
EFP-016-000000950    to    EFP-016-000000950;
EFP-017-000000001    to    EFP-017-000000001;
EFP-032-000000003    to    EFP-032-000000003;
EFP-032-000000006    to    EFP-032-000000006;
EFP-032-000000008    to    EFP-032-000000012;
EFP-032-000000014    to    EFP-032-000000018;
EFP-032-000000020    to    EFP-032-000000022;
EFP-032-000000025    to    EFP-032-000000025;
EFP-032-000000032    to    EFP-032-000000035;
EFP-032-000000052    to    EFP-032-000000052;
EFP-033-000000104    to    EFP-033-000000106;
EFP-035-000001434    to    EFP-035-000001434;
EFP-035-000001445    to    EFP-035-000001445;
EFP-035-000001462    to    EFP-035-000001462;
EFP-037-000000064    to    EFP-037-000000064;
EFP-037-000000066    to    EFP-037-000000069;
EFP-037-000000071    to    EFP-037-000000071;
EFP-038-000000115    to    EFP-038-000000115;
EFP-041-000000014    to    EFP-041-000000014;
EFP-041-000000016    to    EFP-041-000000019;

| | | |
|---|---|---|
| EFP-041-000000021 | to | EFP-041-000000021; |
| EFP-041-000000073 | to | EFP-041-000000073; |
| EFP-041-000000075 | to | EFP-041-000000078; |
| EFP-041-000000080 | to | EFP-041-000000080; |
| EFP-138-000000007 | to | EFP-138-000000007; |
| EFP-138-000000019 | to | EFP-138-000000020; |
| EFP-302-000000007 | to | EFP-302-000000007; |
| EFP-302-000000010 | to | EFP-302-000000011; |
| EFP-303-000000007 | to | EFP-303-000000007; |
| EFP-303-000000010 | to | EFP-303-000000011; |
| EFP-304-000000001 | to | EFP-304-000000001; |
| EFP-305-000000001 | to | EFP-305-000000001; |
| EFP-621-000000001 | to | EFP-621-000000002; |
| EFP-623-000000001 | to | EFP-623-000000008; |
| EFP-625-000000001 | to | EFP-625-000000002; |
| EFP-629-000000001 | to | EFP-629-000000001; |
| EFP-630-000000001 | to | EFP-630-000000002; |
| EFP-631-000000001 | to | EFP-631-000000005; |
| EFP-633-000000001 | to | EFP-633-000000001; |
| EFP-634-000000001 | to | EFP-634-000000009; |
| EFP-635-000000001 | to | EFP-635-000000002; |
| NED-274-000000001 | to | NED-274-000000010; |
| WFP-007-000000001 | to | WFP-007-000000001; |
| WFP-017-000000001 | to | WFP-017-000000005; |
| ZFP-033-000000001 | to | ZFP-033-000000006; |
| ZFP-034-000000001 | to | ZFP-034-000000017; |
| ZFP-035-000000001 | to | ZFP-035-000000084; |

This Notice of Production is respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: December 5, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on December 5, 2008, I served a true

copy of the United States' Notice of Production upon all parties by ECF.

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.