PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 274 | NED-274-000000001 | NED-274-000000010 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC984 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Dredging Photos - Selected Photos Originally Produced on 7/20/07 in Container NED102 |
| BFP | 012 | BFP-012-000000001 | BFP-012-000000002 | Fish & Wildlife Service; Louisiana Ecological Services Field Office | James Boggs | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from Fish & Wildlife Service |
| BFP | 013 | BFP-013-000000001 | BFP-013-000000001 | Fish & Wildlife Service; Louisiana Ecological Services Field Office | Catherine Breaux | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from Fish & Wildlife Service |
| BFP | 014 | BFP-014-000000001 | BFP-014-000000001 | Fish & Wildlife Service; Louisiana Ecological Services Field Office | Robert Greco | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from Fish & Wildlife Service |
| EFP | 002 | EFP-002-000000001 | EFP-002-000000001 | USACE; ERDC; CERL | Larry Stephenson | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Construction Engineering Research Lab |
| EFP | 004 | EFP-004-000000042 | EFP-004-000000042 | USACE; ERDC; CHL | Joseph Letter | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 004 | EFP-004-000000046 | EFP-004-000000046 | USACE; ERDC; CHL | Joseph Letter | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 004 | EFP-004-000000048 | EFP-004-000000048 | USACE; ERDC; CHL | Joseph Letter | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 004 | EFP-004-000000066 | EFP-004-000000066 | USACE; ERDC; CHL | Joseph Letter | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 004 | EFP-004-000000089 | EFP-004-000000089 | USACE; ERDC; CHL | Joseph Letter | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 004 | EFP-004-000000122 | EFP-004-000000122 | USACE; ERDC; CHL | Joseph Letter | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 014 | EFP-014-000000010 | EFP-014-000000011 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 014 | EFP-014-000000023 | EFP-014-000000023 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 014 | EFP-014-000000044 | EFP-014-000000044 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 014 | EFP-014-000000117 | EFP-014-000000117 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 014 | EFP-014-000000120 | EFP-014-000000125 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 014 | EFP-014-000000147 | EFP-014-000000147 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 014 | EFP-014-000000181 | EFP-014-000000193 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 014 | EFP-014-000000211 | EFP-014-000000212 | USACE; ERDC; EL | Robert Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 016 | EFP-016-000000877 | EFP-016-000000878 | USACE; ERDC; GSL | Eileen Glynn | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 016 | EFP-016-000000885 | EFP-016-000000885 | USACE; ERDC; GSL | Eileen Glynn | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 016 | EFP-016-000000891 | EFP-016-000000891 | USACE; ERDC; GSL | Eileen Glynn | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 016 | EFP-016-000000894 | EFP-016-000000895 | USACE; ERDC; GSL | Eileen Glynn | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 016 | EFP-016-000000925 | EFP-016-000000928 | USACE; ERDC; GSL | Eileen Glynn | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 016 | EFP-016-000000945 | EFP-016-000000945 | USACE; ERDC; GSL | Eileen Glynn | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 016 | EFP-016-000000950 | EFP-016-000000950 | USACE; ERDC; GSL | Eileen Glynn | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 017 | EFP-017-000000001 | EFP-017-000000001 | USACE; ERDC; ITL | Dale Dodson | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |
| EFP | 032 | EFP-032-000000003 | EFP-032-000000003 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 032 | EFP-032-000000006 | EFP-032-000000006 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 032 | EFP-032-000000008 | EFP-032-000000012 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 032 | EFP-032-000000014 | EFP-032-000000018 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 032 | EFP-032-000000020 | EFP-032-000000022 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 032 | EFP-032-000000025 | EFP-032-000000025 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 032 | EFP-032-000000032 | EFP-032-000000035 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 032 | EFP-032-000000052 | EFP-032-000000052 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 033 | EFP-033-000000104 | EFP-033-000000106 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 035 | EFP-035-000001434 | EFP-035-000001434 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 035 | EFP-035-000001445 | EFP-035-000001445 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 035 | EFP-035-000001462 | EFP-035-000001462 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 037 | EFP-037-000000064 | EFP-037-000000064 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 037 | EFP-037-000000066 | EFP-037-000000069 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 037 | EFP-037-000000071 | EFP-037-000000071 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 038 | EFP-038-000000115 | EFP-038-000000115 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 041 | EFP-041-000000014 | EFP-041-000000014 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 041 | EFP-041-000000016 | EFP-041-000000019 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 041 | EFP-041-000000021 | EFP-041-000000021 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 041 | EFP-041-000000073 | EFP-041-000000073 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 041 | EFP-041-000000075 | EFP-041-000000078 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 041 | EFP-041-000000080 | EFP-041-000000080 | USACE; ERDC; CHL | Bruce Ebersole | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 138 | EFP-138-000000007 | EFP-138-000000007 | USACE; ERDC; TEC | Robert Heidelbach | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Topographic Engineering Center |
| EFP | 138 | EFP-138-000000019 | EFP-138-000000020 | USACE; ERDC; TEC | Robert Heidelbach | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Topographic Engineering Center |
| EFP | 302 | EFP-302-000000007 | EFP-302-000000007 | USACE;ERDC;CHL | James Clausner | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 302 | EFP-302-000000010 | EFP-302-000000011 | USACE;ERDC;CHL | James Clausner | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 303 | EFP-303-000000007 | EFP-303-000000007 | USACE;ERDC;CHL | James Clausner | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 303 | EFP-303-000000010 | EFP-303-000000011 | USACE;ERDC;CHL | James Clausner | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 304 | EFP-304-000000001 | EFP-304-000000001 | USACE;ERDC;CHL | Derek Wilson | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 305 | EFP-305-000000001 | EFP-305-000000001 | USACE;ERDC;CHL | Derek Wilson | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| EFP | 621 | EFP-621-000000001 | EFP-621-000000002 | USACE; ERDC; ITL | Harvey Wayne Jones | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 623 | EFP-623-000000001 | EFP-623-000000008 | USACE; ERDC; CHL | Derek Wilson | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal Hydraulics Lab |
| EFP | 625 | EFP-625-000000001 | EFP-625-000000002 | USACE; ERDC; ITL | Laurel Gorman | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 629 | EFP-629-000000001 | EFP-629-000000001 | USACE; ERDC; ITL | Bruce Spangler | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 630 | EFP-630-000000001 | EFP-630-000000002 | USACE; ERDC; GSL | Lillian Wakeley | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 631 | EFP-631-000000001 | EFP-631-000000005 | USACE; ERDC; ITL | Robert Ebeling | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |
| EFP | 633 | EFP-633-000000001 | EFP-633-000000001 | USACE; ERDC; ITL | Robert Ebeling | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 634 | EFP-634-000000001 | EFP-634-000000009 | USACE;ERDC;GSL | Johannes Wibowo | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 635 | EFP-635-000000001 | EFP-635-000000002 | USACE; ERDC; CHL | Jeff Hanson | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Coastal and Hydraulics Lab |
| WFP | 007 | WFP-007-000000001 | WFP-007-000000001 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Wilson Shaffer | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 017 | WFP-017-000000001 | WFP-017-000000005 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Wilson Shaffer | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| ZFP | 033 | ZFP-033-000000001 | ZFP-033-000000006 | Department of Homeland Security; FEMA; Planning - LA TRO; GIS | Al Coons | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 034 | ZFP-034-000000001 | ZFP-034-000000017 | Department of Homeland Security; FEMA; Mitigation; Engineering Management Branch | Joshua Smith | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 035 | ZFP-035-000000001 | ZFP-035-000000084 | Department of Homeland Security; FEMA; Mitigation; Engineering Management Branch | Joshua Smith | KC985 | 12/5/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |