UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO: 05-4182 <br> * <br> * SECTION: "K(2)" <br> * <br> * JUDGE: DUVAL |
| PERTAINS TO: <br> INSURANCE | * <br> * MAG.: WILKINSON <br> * |
| GOMEZ v. AMERICAN BANKERS INS. CO. <br> CIVIL ACTION NO. 07-4536 | * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW COMES Defendant, American Bankers Insurance Company of Florida ("American"), through undersigned counsel, who requests this Honorable Court to substitute, William R. DeJean, counsel of record in these proceedings. Defendant requests the Court to substitute Christopher J. Bell, of the Nielsen Law Firm, L.L.C., a member of the bar of the Eastern District of Louisiana who is admitted to practice by the Supreme Court of Louisiana, Bar #22734 , for William R. DeJean.

**WHEREFORE**, considering the above reasons, Defendant moves the Court to substitute Christopher J. Bell  for William R. DeJean. as counsel of record for  American Bankers

-1-

Insurance Company of Florida.

        Respectfully submitted,

        **NIELSEN LAW FIRM, L.L.C.**

        /s/ *William R. DeJean*
        Gerald J. Nielsen, La. S.B. 17078
        William R. DeJean, La. S.B. 22762
        3838 N. Causeway Blvd.  Suite 2850
        Metairie, Louisiana 70002
        Tel. (504) 837-2500
        Fax (504) 832-9165
        wdejean@nielsenlawfirm.com
        GJNielsen@aol.com

        Counsel for Defendant:
        ***AMERICAN BANKERS INSURANCE***
        ***COMPANY OF FLORIDA***

## CERTIFICATE OF SERVICE

        I hereby certify that on December 5, 2008, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

        Brian D. Katz, Esq.
        Soren E. Gisleson, Esq.
        Joseph E. Cain, Esq.
        HERMAN, HERMAN, KATZ, & COTLAR
        820 O'Keefe Ave.
        New Orleans, Louisiana 70113

        I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

        N/A.

        */s/ William R. DeJean*
        William R. DeJean