UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION NO: 05-4182<br>*<br>* SECTION: "K(2)"<br>*<br>* JUDGE: DUVAL |
| PERTAINS TO:<br>INSURANCE | *<br>* MAG.: WILKINSON<br>* |
| GOMEZ v. AMERICAN BANKERS INS. CO.<br>CIVIL ACTION NO. 07-4536 | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____

**O R D E R**

CONSIDERING THE MOTION TO SUBSTITUTE COUNSEL OF RECORD, filed by American Bankers Insurance Company of Florida,

IT IS ORDERED, that Christopher J. Bell, be and the same is hereby substituted as counsel of record for William R. DeJean, for Defendant, American Bankers Insurance Company of Florida.

-1-

NEW ORLEANS, LOUISIANA this _____ day of December, 2008.


_____
DISTRICT COURT JUDGE