UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>     CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>     <u>Schubert</u>, 07-5075 | SECTION "K" (2) |

## ORDER

Pursuant to my previous order, Record Doc. No. 16542, William DeJean, counsel for defendant, has advised the court that defendant will waive formal service of process in this matter. Record Doc. No. 16549. However, the parties have not advised whether they intend to resolve the remainder of the flood claim informally or if further court proceedings must be scheduled. Accordingly,

**IT IS ORDERED** that a conference is set in this matter on **January 7, 2009 at 2:00 p.m.** Pro se plaintiff, Michelle Schubert, and Will DeJean (or the particular attorney actually assigned to handle this claim as counsel for defendant) must participate in the conference in person. The conference will be cancelled <u>if</u> the parties advise me in writing <u>before</u> that date that they have settled the flood insurance claim.

New Orleans, Louisiana, this ___5th___ day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.