## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| JERALD M. ALEXANDER, SR., ET AL | * | CIVIL ACTION NO.: 07-4538 |
|---|---|---|
| versus | * | SECTION: "K" |
| AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, ET AL | * | MAGISTRATE: "2" |

## ORDER

IT IS ORDERED that all claims of **DEWITT AND MELVINA McMILLIAN**, against State Farm, in the above captioned matter are hereby dismissed, with prejudice, with each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

3