UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MOTION FOR RETURN OF PROPERTY
AND FOR ATTORNEY FEES**

**NOW COMES** the Barge PSLC, on behalf of Adam Perkins Rose, III, the owner of the property located at 2216 Deslonde Street, New Orleans, LA 70117.

Mr. Rose has provided an affidavit of ownership of the clock which was removed by Centanni investigators from the property at 2216 Deslonde Street, New Orleans, LA 70117. See affidavit attached as Exhibit "A."

Further, pursuant to Magistrate Wilkinson's Order at Record Doc. No. [15206], movers are entitled to costs and attorneys fees associated with this motion as reflected in the affidavit of attorney time, attached as Exhibit "B."

**WHEREFORE** movers pray that defendant, Lafarge North America be ordered to

return the clock to it's rightful owner, Adam Perkins Rose, III..

Movers further pray that Lafarge North America be ordered to pay attorney fees and costs in the amount of $450.00.

It is so moved.

      Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,  karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)

Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

/s/Shawn Khorrami
  Shawn Khorrami (CA Bar #180411)
  Dylan Pollard(CA Bar #180306)
  Matt Bailey (CA Bar #218685)
  Khorrami Pollard & Abir, LLP
  444 S. Flower Street 33rd Floor
  Los Angeles, CA 90071
  Tel 213.596.6000
  Fax 213.596.6010
  skhorrami@kpalawyers.com
  dpollard@kpalawyers.com
   mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of December, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT