UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*       05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*             06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*             07-5178 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF ADAM PERKINS ROSE, III

**STATE OF LOUISIANA** §
§
**PARISH OF ORLEANS** §

I, Adam Perkins Rose, III, having been duly sworn, on oath, depose and state that this affidavit is made of my own free will. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein state as follows:

1. My current address is 4730 Kings Carter Court, Ellenwood, GA 30294

2. That at the time of Hurricane Katrina, I was the owner of the property located at 2216 Deslonde Street, New Orleans, LA 70117.


EXHIBIT A

3. That I have reviewed the photograph(s) of the clock which was removed from the property located at 2216 Deslonde Street, New Orleans, LA 70117 and have identified it to be my property.

5. That I am the rightful owners of the clock indicated in said photograph(s).

6. That I wish to have the clock returned to me.

**FURTHER AFFIANT SAYETH NOT.**

_____
Adam Perkins Rose, III

Sworn to and subscribed before me

this ____ day of __December__, 2008

_____
Notary Public

My commission is for life.