UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Flowers,* C.A. No. 07-8447 | | |

* * * * * * * * *

## ORDER

Considering the foregoing:

IT IS ORDERED that the Order of Dismissal entered in this matter on September 9, 2008 (Rec. Doc. 14754), be extended until the 9th day of February 2009.

New Orleans, Louisiana, this __8th__ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge