UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Winston and Donna Aaron, Sr., et al.* | * | |
| Civil Action No.:  06-4746 | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing the Claims of Lloyd Porter With Prejudice by Lloyd Porter and The Hanover Insurance Company;

**IT IS ORDERED ADJUDGED AND DECREED** that *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 is temporarily reopened with respect to Hanover for the limited purpose of addressing this motion filed by Lloyd Porter and The Hanover Insurance Company and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Lloyd Porter asserted in the Complaint for Damages, including without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this ____8th____ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge