# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES      *      **CIVIL ACTION**
CONSOLIDATED LITIGATION      *
     *      **NO. 05-4182 "K" (2)**
     *
PERTAINS TO:      *      **JUDGE DUVAL**
*Winston and Donna Aaron, Sr., et al.*      *
*Civil Action No.:  06-4746*      *      **MAG. WILKINSON**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing the Claims of Herbert and Mary Warren With Prejudice by Herbert and Mary Warren and The Hanover Insurance Company;

**IT IS ORDERED ADJUDGED AND DECREED** that *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746  is temporarily reopened with respect to Hanover for the limited purpose of addressing this motion filed by Herbert and Mary Warren and The Hanover Insurance Company and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Herbert and Mary Warren asserted in the Complaint for Damages, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this __8th__ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge