UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | |
| | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Abram,* 07-5205 | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that plaintiff, Loris Ebanks, claims asserted against defendant AAA Insurance Company be dismissed without prejudice, each party to bear its own costs. Claims of remaining plaintiffs against all defendants are reserved.

New Orleans, Louisiana, this __8th__ day of __December__, 2008.

_____
UNITED STATES DISTRICT JUDGE