UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  BARGE<br><br>*Boutte v. Lafarge*        05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*       06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*           07-5178 | CIVIL ACTION<br><br>Case No.:  05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S
RESPONSE TO MOTION TO HAVE TIMEPIECE
RETURNED AND FOR ATTORNEY FEES**

Pursuant to Magistrate Wilkinson's Order (Doc 15206), Ella Jean Shaw Watson, William Shaw, Jr. and Annette Shaw Mosby (collectively the "Shaws") have filed a motion seeking return of the wristwatch that Centanni Investigative Agency found at 5005 North Rocheblave Street after Hurricane Katrina  (Doc. 16555) and for attorneys fees.

In light of the fact that Lafarge North America Inc. ("Lafarge") is not aware of any facts that refute the Shaws' claimed ownership of the timepiece, Lafarge does not oppose the Shaws' motion. If the Court grants the motion, Lafarge will make arrangements to promptly return the timepiece to the Shaws and to settle the claim for attorneys fees with Mr. Gilbert.

        Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

1213871-1

2

## Certificate of Service

I hereby certify that I have on this 8th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker