## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE      Bourgeois (06-5131) | * | |
| Ferdinand (06-5132) | * | SECTION K |
| Christophe (06-5134) | * | JUDGE DUVAL |
| Williams (06-5137) | * | MAGISTRATE KNOWLES |
| Porter (06-5140) | * | |

**************************************

### NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, listed below, in the entitled and numbered causes, who hereby appeal to the United States Court of Appeal for the Fifth Circuit the Judgment (Doc. 16354) rendered by Judge Stanwood R. Duval, Jr. in this action, dated and entered November 12, 2008.

In 06-5131, Bourgeois, et al, come plaintiffs *Jean Ambeau; Eben J. Barra, Sr.; Roderick J. Baudy; Carol F. Boudy; Linda C. and Arnold F. Bougeois; Wanette and Nikita Boutte; Joseph Brooks; Kim S. Bryant; Furnell Chatman; Barbara A. Davis; Gail C. DeGruy; Leontine Dennis; Wyman Diaz; Evelina N. Doakes; Dolores Dugas; Joseph Dugas; Terrence Dugas; Ernell G. Ellis; Pierreyon G. Ellis; Yvonne G. Ferrouillet; Mary P. Fitch; Melanie A. Flot; Bianca R. Forstall; Donald Gilliam; Sidney Givens; Latisha N. Hebert; Sherry James; Shelia M. Johnson; Larry Jones; Sylvia D. Julian; Sheryl A. Lewis-Lee; Jeanne and Shannon Maheia; Julie McCrary; Kenneth Metoyer; Georgia S. Mitchell; G. Joyce Neapollioun; Zena Nelson; Wheeler Norwood; Bernadette Parker; Kristin Rhodes; Eunice Richardson; Gertrude B. Romero; Andrew*

Sceau, Jr.; Velta Haynes Simms; Sharon and Gregory Toefield; Cecile A. Washington; Enola Washington; Michael A. White; Michael A. Whyte; Thelma J. Whyte; Louis C. Williams; and Loyce P. Wright.

In 06-5132, Ferdinand, et al, come plaintiffs *Carol A. Adams; Leondrieu Alexander; Rene Alexander; Leo B. Andrew; Cleo Angeletta; Tyesha Armstead; Esperanza M. Arriola; Cynthia M Atkins; Xiomara Augustine; Wanda  T. Ballier; Eric P. Barra; Jerellda Barra; Keith P. Barra; Verellda Barra; Sylvia C. Barrois; Ashley M. and Sidney M. Barthelemy; Valerie T. Bartholomew; Tony Barton; Alberta C. Baudy; Romona Baudy; Bridgette A. Bedney; Karl P. Bennett, Jr.; Irving Beraud, Sr.; Gerard K. Berry; Bryan Bienemy; Chareen D. Black; Dolores LaBran Black; Nicole Blue; Alfred Bodden; Clarence Boloney; Ashton Bolton; Christine L. Bondy; Anita M. Bright Bowers; Ella Boyde; LaShone Boyde; Antoinette Briggs and Antoinette Briggs; John Briggs, Jr.; Patricia B. and John W. Bromley, III; Brenda Styles Brooks; Arthur Brown; Monique and Christopher G. Brown, Sr.; Creig Brown; Gloria M. Brown; Loretta Brown; Manuel L. Brown; Margie Brown; Trudy Brown; Ernest Bunn; Marc D. Burge; Elizabeth S. Burgess; Frank and Althea Burke; Tyshockki I. Burks; Marion Burrell; Shantell Burrell; Beatrice C. Burton; Duane A. Bush; Lula Mae Butler; Enoise Bynum; Bernadette Cade; Vera and Herman D. Cade; Connie W. Caliste; Cynthia Hendricks Cancienne; Stephen Cangelosi; Lawrence C. Cangelosi, Jr., Proprietor, dba Larry & Larry's Food Store; Arthur Carter; Catherine A. Carter; Elaine J. Catherine; Anna and Gilbert Ceasar; Ivy Chester; Mary C. Chesterfield; Gabrielle M. Christmas, by Monique Thomas; Helen B. Christoff; Phyllis Cincore; Taylor Cincore; Cynthia P. Cobb; Bernard Cole, Sr.; Penny Coleman, Jr.; Penny Coleman, Jr.; Shirley W. Conley; Alfred Conn, Jr.; Betty Jean Conner; Gavin M. Cooper; Trudy L. Cooper; Cleo P. Cornish; Irene Cousin; Armtrice Cowart; Catrice Cowart; Shirley Cowart;*

*Maurice Crump; Nicole Crump; Alfred J. Curtis; Roosevelt Dailey, Sr.; Ronda W. D'Anna; Stephanie M. Davis; Wanda M. Davis; Carl DeAbate; Willie Belle Deal; Aloma DeGruy; Joy and Cornelius Dennis; Gail M. Dennis; Wilfred Dennis, Jr.; Geraldine and Frank Dennison, Jr.; Lorraine R. Desbordes; Kevin G. Devezin; Bradsell Dickens; Brielle Dickens; Gloria Dickens; Lazelle J. Dickens; Kenneth M. Dobard; Leo J. Dobard; Roy J. Dobard; Vernon J. Dobard; Eddie Dollis, Sr.; Elouise Ducree; Dolores Dugas; Joseph Dugas; Carl DeAbate and Terrence Dugas; Bridget R. Dukes; Brydia Dukes; Monroe Dukes; Mary and Paul J. Dumas; Bernice Dupas; Dardanella M. Duplessis; Stephanie Duplessis; Michael A. Ebbs; Gwendolyn Eddington; DeVon Favorite; Erika Favorite;  Favret Enterprises, LLC; Richmond G. Favrot, Favrot Roofing & Supply Co; Corliss A. Felix; Keith Ferdinand, M.D.;  Keith C. Ferdinand, M.D., APMC; Priscilla R. Fernandez;  Renaldo Fernandez; Jacquelyn J. Field; Wynne and Ronnie Fields; Ethel Fontenette; Nicole Fontenot; Jahia M. Forbes; Connie Ford; Anthony Fortenberry; Geraldine Franklin; Corliss S. Fruga; Jackie Goldberg; Armond Goudeau; Cornell Goudeau; Isha D. Goudeau; Yolanda Goudeau; Mary G. Green; Jean Green-Deruise; Carolyn A. Griffin; Michael R. Grunblatt; Kenneth Guillemet; Trudie Guillory; Debra M. Guter; Kelica A. Guter; Adrienne Hansberry; Kenneth Hansberry; Debbie Harris; Clarence D. Hart; Delos Hart; Lillie M. Hart; Alfred Hayes; Mary Alice and Alex Henderson, Jr.; Beverly Hendricks; Mary R. Henry; Joseph Herkender; Peggy E. Herkender; Sheldon Hersh, M.D.; Dr. Leslie R. Hightower; Gloria Hines; Barbara Holmes; Delores Foster Howard; Sandra A. and Lee A. Hudson; Terokesha Hudson; Terry A. Hudson; Walter Hudson, IV; Michael Hunter; Patricia B. Hutchison;  Iberville Rentals, LLC;  J&R Enterprise Inc; Carol and Byron James, Sr.; Carol James; Jerome James; Syvella James; Ethel R. Jefferson; Ingrid Jefferson; Lesa Hope Jefferson; Paul Jefferson; Warren Jefferson; Janice S. Jenkins; Robert Jenkins; Robert Jenkins;*

*Dolores Jett; Calvin Johnson; Denise A. Johnson; Desmon Johnson; Gloria G. Johnson; John Johnson; Karla M. Johnson; Maria B. Johnson; Mary Pilart Johnson; Michael J. Johnson, Jr.; Patricia V. Johnson; Patrick C. Johnson, Jr.; Rachel S. Johnson; Yolanda Johnson; Yvonne Johnson; Zemora Johnson; Brittney Jones; Genevieve Jones; Jeremy Jones; Kelly Jones; Kutaka Jones; Lawrence Jones; Margie L. Jones; Marilyn M. Jones; Monique Jones; Rita T. Jones; Shirley D. Jones; Theodore R. Jones; Arthurine H. Kelly; Xena G. Kirklin;  L&P Realty, LLC; Chanel M. Labat; Kacey LaBeau; Muriel Lambert; Patricia Lampton; Lakeia Landry-Harrison; Daniel Lawrence; Bridget B. Lewis; Edward C. Lewis, Jr.; Gloria Lewis; Robin Lewis; Priscilla and Brian Llopis, Sr.; Salvador J. LoGiudice; Carolyn A. Love; Michael Mable; Karen L. Madevalroos; Louise L. Maldonado; Pauline Manuel; George Z. Martin, Sr.; Ruber Mason; Ernel Mayberry; Lakeisha McCloude; Jacquelyn T. McGee; Bevelyn and Johnny McGill; Jennifer Brisco and Patrick McGill; Willie McKee, Jr.; Johnnie McLaurin; Sherrie McLaurin; Gloria  R. Mejia; Rene Mejia; Henry Melton, Jr.; Joycelyn Merritt; Barbara Ann Miller; Travis Price and Belinda Miller; Andria Marie Milton; Dannell Miner; Perretta White and Arthur Mitchell, III;  Craig P. Mitchell; Linyg and Robert Mitchell, Sr.; Roosevelt Molett; Gina Montana; Lynn Moody; Calvin Morris, Jr.; Ralph Morris, Sr.; Shirley Morris; Robert Mullins; Beatrice Murray; Corey R. Murray; Edwin R Murray; Lance Murray;  Murray, Darnell & Associates, LLC; Debbie Narcisse; Florence W. Nelson; Shirley A. Newman; Betty P. Newton; Charles Norman; Geraldine Norman; David O'Cantey; Robert and Natasha Odoms; Craig Ordogne; Rosie B. Parker; Gregory Pate; Larry Pate; Vinny E. Pate; Earline Patterson; Rodney J. Patterson, Sr.; Shanika Patterson; Henry Perkins, Jr.; Tanya Perossier; Karen Peters; Rodney C. Peters; Lionel G. Petrie, III; Mildred Petrie; Orlando Petrie; Dan C. Pittman; Ireon D. Pittman; Alice M. and Charles H. Polk; Nedra C. Price; Delores Quarles; Sheryl A. Quetant;*

*Alyne J. and Mack Quinn; Magnolia Rayford; Loronda Reddix; Henry L. Reed; Lolette and Darryl Reeves; La-Toya Rhea; Lolita Rhea; Micheal Rhea; Gaynell Richardson; Eunice Richardson; John and Ann Riley; Leola B. Robert; Vanessa J. Ross; Anthony J. Russo; Edward R. Scott; John H. Seal; Lora G. Seal; Fannie L. Sheard; Florena Sheard; Patricia McGee Shelby; Jacquelyn Shields; Matthew A. Silas; Essence Z. Simmons; Zelanda P. Simmons; Salim H. Sleem; Lawrence Smith; William Smith; Vera Solomon;  Solomon & Iberville Rentals, LLC; Clementine Soniat; Shantell and Eric Soniat; Geraldine St. Etienne; Dianna Stampley; Etta Stampley; Lee Stampley; Patricia Stansberry; Stephanie S. Steger; Betty T. Steptoe; Carolyn and Henry P. Sterling; Antoinette Stevenson; George Stevenson; Patricia Stevenson; Deondra Stewart; Vincent Stripling; Tomika Suarez; Trenell Suarez; Thaddeus Sunmoni; Victor Sunmoni; Dennis J. Sylve; Helen M. and Wilson W. Sylve; Edward Taylor; George A. Thomas; Jerry Thornton, Jr.; Rita Tillery; Rubin Tolliver; Hurley Tombar; Beatrice Turner; Shirley M. Veal; Claude A. Vine;  Vineyard Missionary Baptist Church; Claudette and Stephen C. Wallace; Millie Ward; Deborah Ward-Tero; Ericka Henderson Warren; Carmen Washington; Glenda Washington; Shannon O. Washington; Antoinette M. Watkins; Enoise Watkins; Ernest Watson, Jr.; Cynthia A. and Rodney K. Watson; Joan E Webster; Quo Vadis Maria Webster; Virgina E. Webster; Maggie J. and Melvin Wells, Sr.; Melvin Wells & Son Roofing/Sheet Metal, Inc; Carol B. Wharton; Anthony White; Clifford E. White; Wayne White; Angela Williams, Dec. Est. of George Milanze; Evelyn L. Williams; Gregory P. Williams; Jeanette Williams; Joshua Williams, Sr.; Laurie A. Williams; Lionel S. Williams, Sr.; Myra Williams; Nathaniel Williams; Sylvester Williams, Rev.; Elizabeth and Ronald J. Wortmann, Sr.; Bessie Young; Johnnie Young; Kimberlin M. Young; and Merle T. Zimmerman.*

In 06-5134, Christophe, et al, come plaintiffs *Dymphna S. Ahmed; Mohammed J. Ahmed;*

*Rosemary C. Alexis; Glenda T. and Michael D. Allen; Gabriel Michael Angelety; Ernest Antoine, Jr.; Twanna T. Armstead; Gwendolyn G. Armstrong; Wanda and Terrence Augillard; Michael Augustine; Alicia Ayo; Maury Baker; Willie C. Baker, Jr.; Anna Mae Barnes; Sandra S. and Larry A. Bartholomew; Juanita R. Batiste; Wendell J. Baudy; Phillip Christopher Begnaud; Gladys Bemiss; Isidro J. Bemiss; Randy Bemiss; Catherine Lockett Benoit; Nicole Bethely; Yvonne Bethely; Frank A. Bouchon; Bernice Bournes; Brylan Boykins; Wellington A. Brannon; Keila L. Brent; Karen and Mark Brooks; Bobby Broussard, Jr.; Michael Broussard; Corrine N. Byrd; Anona M. Capella; Caramitter S. Carter; Gail M. Carter; Chaundra Casey; Ruby Casey; Stephanie Dennison-Casmere and Ronald Casmere; Clarence B. Catherine; Gloria R. and Hubert M. Cayolle; Paula Charbonnet; Mary and Farrell Christophe; Albert Collins; Deven M. Collins; Mary S. Collins; Sarah L. Collins; Jennifer S. and Neil J. Conaway, Jr.; Shirley Lundy- and Silas H. Connor; Leonard Cordier; Nancy B. and Bruce Cortez; Douglas Crain; Mable Crain; Constance B. Creecy; Douglas Crump; Trena Crump; Laverne S. Cuiellette; Lynne K. Curtis; Vallie Q. Davis; Lydia Glapion-Days and Melvin L. Days, Jr.; Valerie T. Delecia; Bruce D. Dems; Elizabeth and Cornelius Dennis; Alma E. Dixon; Trenese Jones and Glenn Dolliole; Debra and Antonio Dubose; Dolores Dugas; Joseph Dugas; Joseph B. Dugas, III; Carl DeAbate and Terrence Dugas; Evangeline and Isadore Dunnaway, Sr.; Melina G. Duplessis; Laurie Dupre'; Tammie G. and James Edwards; Rosa W. Epson, Estate of, by Jetta Jackson; Loretta and Stanley Eskine; Racquel Ezell; Ianthe Faciane; Gaynell S. Farrell; Leslie L. Felix, Jr.; Julie M. Fleury; Marlo A. Fleury; Carole J. Fortenberry; Milton J. Wiltz and Raylette M. Foxworth; Reuben Francis; Ruth Francis; Orangel N. Francois; Christine and Alvin Freeman; Barbara T. Garman; Willean Gatlin; Aliska Gaudin; Dalton Gaudin; Edith Gaudin; Eleanor H. Glapion; Lawrence Glapion, III; Lorraine C. Glapion; Jackie Goldberg; Cora Graham; Andrew Grant;*

Belovia W. Grant; Rose Gueringer; Lucille W. Harden; Martrenia Hawkins; Denita P. Henderson; Inez W. Henry; Linda R. Hill; Marcella T. Hines; Kewante and Quarnita Holmes; Lois S. Hundt; Glenn Jackson; Leona C. Jackson; Izora Jacque; Veronica and Albert M. Jean, Jr.; Audrey Jean; Helen Je'an; Wanda and Alvin A. Johnson; George Johnson, Jr.; Mary A. Johnson; Rekitta A. Johnson-Peters; Ollie R. Jones; Andrea J. Joseph; Booker T. Kelley; Lanita Kelly; Jason Kennedy; Consuella Kidd, by Lynn Curtis per POA; Adimu Kushindana; Craig LaBeau; Edward LaBeau; Shirley LaBeau; Emanuel Lawrence; Cajuana T. and William R. Lazard, III; Arthurine and Malcolm Lear; Debra C. LeBeauf; Kandice Barbara LeBeauf; Lacie LeBeauf; Lenzie LeBeauf; Wayne and Karen LeBlanc; Louis F. Lecour, Jr.; Erromanta W. and Louis F. Lecour, Sr.; Judy R. Legier; Gloria C. and Dave Lewis; Mari Watanabe and Roger H. Lewis; Carole Lewis-DeClouet; Valerie and Raul Llopis; Janice Ellis and Sheila London; Earl Long, Sr.; Raynette Gilyot and Juan G. Lumas, J; Frank N. Macaluso; Oliviamae R. Macaluso; Alvin Madison; Janice R. and Philip Manuel; Glenn Marrero; Cynthia Martin; Deltrick T. Martin; Charles W. Matthews, Jr.; Elizabeth McClain; Francis McClain; Karen M. McClain; Daina Mims; Abraham Mitchell, Estate of, by Rose Gueringer; Perretta White and Arthur Mitchell, III; Beverly A. Moses, Sr.; Brenda M. Moses; Bessie and Manuel Myers; Jane L. and Robert A. Newman, Jr.; Doris M. and Melvin Orticke; Devin Oten; Randy A. Parent, Jr.; Jessica L. Parker; Glenn G. Patin, Sr.; Agnes N. Pellette; Maria L. Pendleton; Sandra C. and Herman Peters, III; Teresa Poche'; Dudley Powell; Brenda and Theodore A. Quant; Robby J. Quarles; Gail Rayford; Magnolia Rayford; Terrisita Reimonenq; Maria and Michael R. Romain, Jr.; Gwendolyn Saunders; Della Bray Severin; Laisvute and Roger Sigsworth; Kimberly Singleton; Bruce A. Smith; Darren Smith; Debbie Smith; Joseph T. Smith, Jr.; Joy Smith; Juanita Inez P. Smith; Lauren A. Smith; Lillian W. and Lawrence A. Smith, Jr.; Monica M. Smith; Raven Smith;

Karen and Timothy Smith; Willie Smith, Sr.; Mark Smyth; Marcia and Sidney J. St. Martin, III; Karen and Eric Stevens; Dwana M. Stevenson; Anna Lena Stewart; Thomas Stewart; Jeffrey Stieffel; Deborah and Thomas Stieffel; Frances Sulfstede, Executrix for the Succession of Rosalie F. Tidwell; Terri Bemiss Sutton; Carolyn F. Tabor; Barbara Tapp; Donald Taylor; Isaac Taylor; Maxwell H. Taylor; Lynn B. Terrance; Susan Thomas; Patricia H. and Kenneth E. Thompson; Lenel Toca; Jamel Toledeno; Cynthia Trepagnier; Gail P. Trepagnier; Kimberly N. Tyner; Darrel Van Buren; Shawn Baker Verrett; Donald J. Villavasso; Nora and Sterling Walker, Sr.; Andre A. Warren; Dave L. Washington; Leonard Washington, Sr.; Leonard Washington, Jr.; Evelyn W. Watkins; Wanda Watson; Violetta W. Watts; Carolyn Weber; Cynthia N. White; Asha Maia Williams; Susan and August Williams; Linda M. Webb-Williams and Melvin Williams; Olivia Williams; Willie J. Williams, Sr.; Kristian E. Wilson; Marlene F. Wilson; Larry J. Wiltz, Jr.; Giselle Wing; Lula Youngblood; and Merle T. Zimmerman.

In 06-5137, Williams, et al, come plaintiffs *Deborah J. Acker; Joan C. Adams; Sylvia Akosa; LaDarryl James Alexis; Nicole and Anthony Allain; Louise Gombako and Corey R. Amos; Alice L. Anderson; Wesley E. Anderson, Sr.; Pamela H. and Glenn Andrews; Linda C. Armagnac; Maurice D. Armagnac, Jr.; Rebecca L. Armagnac; Gail Armant; Juanita M. Arnolie; Carliss Bailey; Joan Barron and Sidney W. (Bill) Bailey; Alexis Marie Barbarin; Lemuel Alfred Barbarin; Sharon B. and Lemuel M. Barbarin; Denise M. Barnes; Angelina S. Barrere; John A. Barrere, Jr.; Patricia C. Barrere; Lyle Barrios; Nadine Barrois; Kevin and Kevin Bastian; Gwendolin and Wendell J. Batiste; Romona Baudy; Andre' Baugh; Erin E. Baur; Diane P. and Harold W. Baur; Damien D. Bautista; Eleanora Bazile; Jerome Bazile; Wandell Benn; Myrtle Bennett; Olivia Bessard; Shonte Billingsley Jackson; Suzanne S. and Richard J. Binder; Aloha C. and Wilson Blake; Sabrina A. Blanchard; Barbara J. Blazio; Elizabeth and Herbert M.*

Blouin; Carole J. and Enrique R. Bodden; Robert A. Bodden; Dana Boisseau; Dianne J. Boisseau; Patricia K. Bonds; Sylvia Bridges; Robert J. Britsch; Willie Mae Brooks; Charnelle P. Brown; Myrna L. and Troy D. Brown; Sheila and Wayne Brown; John W. Brumfield, Jr.; Ceola W. Burks; September Burks; Shawn N. Burks, Jr.; Harvey L. Burse, Jr.; Kendra G. Byrd; Sheron G. Caesar; Anthony Camus; Lauren E. Cangelosi; Shirley F. and Lawrence C. Cangelosi, Jr.; Stephanie Carez; Janice S. and Clarence Cargo, Jr.; Elaine Casanova; Elaine and Joseph Glenn Casanova; Melinda and Mauricio Castro; Catherine Caufield; Matthew Causey; Sheila M. Cayolle; Anna and Gilbert Ceasar; Velma W. Charlot; Lolita and Edward E. Cherrie, Jr.; Jerome Clifton; Lavelle M. Cole, Sr.; Angela H. and Emmett Collins, III; Elmo J. Cooper, III; Joan M. and Lloyd A. Coubarous; Dion C. Couvillon; Darryl R. Criddle; Monya Thomas Criddle; Alicia Crump; Brittney Crump; Rockell and Emmette R. Dabon, III; Joycelyn B. Dabon; Aaron L. Daste; Shawndra and Edward Davis; Vallie Q. Davis; Gregory A. Dawson; Maria C. and Jackie L. Dean; Brian Denley; Cynthia Denley; Cynthia Butler Denley; Dianne Marie Denley; Marilyn and Dexter Dennis; Shiela and Harrison Deruisa; Brian M. Dietzway; David J. Dietzway; Jean P. and Marc Q. Dietzway; Sheryl and Benjamin F. Diggins, Sr.; Wanda and Herman Dixon; Rose D. and James D. Doles; Rebecca Dolliole; Amelia S. Donald; Earl K. Donald; Terrell C. Donald; Marilyn L. Dorsey; Edward J. Dozier, Jr.; Dolores Dugas; Joseph Dugas; Lionel P. Dupart; Gina and Robert Dupart; Karen A. Duplantis; Renette Dyson; Rosa H. and Preston J. Edwards, Sr.; Christian Eke; Mary L. Elzie; Joyce A. Ernest; Antoinette Federer; Denise A. Federer; Edmund Federer, Sr.; Edmund E. Federer, Jr.; Jennifer Federer; Joseph Federer, II; Joseph Vincent Felix; Joyce S. Felix; Mary M. and James M. Fenerty; Claude A. Flot, Jr.; Lindon M. Flot; Pamela and Marlon Flot; Dawn and Derek Frick; Jo-El D. Fulgham; Jean E. and Alexander Gaines; Marva Gaines; Elizabeth Martin Gainey; Rupert

Gammage; Margret and Lional Gaspar; NiLisha N. Gatlin; Raymond Gibson, Jr.; Edwina and Mark A. Gilbert; Myra and Curtis B. Gonzales, Jr.; Joe L. Gordon; Joseph Gould, Jr.; Shelia H. and Victor Gray; Jenise A. Green; Thelma Green; D'Wanna Green-Hayes; Janelle Griffin; Katherine W. Grinstead; Clarence Gully; Judi P. Guth; Brenda Hackett; Joseph D. Hains, Jr.; Terry J. Hains; Flora D. and Henry A. Hamilton, Jr.; Linda E. Hamilton; Ellie Mae and Ben Hanchett, Sr.; Lisa M. Harrell; Linda H. and Godfrey Harris, Jr.; Carolyn R. Harvey; Sylvia Hawkins; Craig Haynes; Floyd M. Haynes; Jane G. Haynes; Dana P. Heaton; Wanda Henrix; Eustace Henry; Jennifer and Irving Henry; Lois M. Henson; Maher Hindi; Mary L. Hoge; Leslie M. Holmes; Angela G. Honora; Pamela A. Howard; Brian Keith Hundt; Kevin Hundt; Susan R. Hundt; Tina O. and Paul A. Huner; Darlene Husband; Leslie Hutchison; Alexis Jackson; Teener and Alvin L. Jackson; Johnette Jackson; Jordan Jackson; Oriana Jackson; Vanessa and Ernest James; Mary L. James; Lee M. and Linda Feurtado Jeff; Errol Jefferson, Sr.; Tanya Jefferson; Sepia Jerome; Catherine and Willie Jerome; Dianne J. and Anthony R. Johnson; Derel A. Johnson; Marlon E. Johnson; Robin B. and Robert J. Johnson; Wayne Johnson; Barbara and Wilbert Johnson; Phyllis P. and Gerard E. Johnston; Kim R. and Christian P. Jones; Theodore Jones; Michael Joseph; Dione Joseph-Breckenridge; Sidney Joshua; Tiffani M. Jourdain; Wayne Jourdain; Lorraine and Eric Jupiter; Cherie M. Keasley; Queen E. King; Rengattor King; Maria LaButhie; Sarah G. Lain, M.D.; Carla and Gilbert Lainez; Pauline and Nicholas Lalla; Danielle Larkins; Jefferylee Larkins; Nadyne Lavigne; Nadyne and Raymond Lavigne; Robert Lavigne; Daniel Lawrence; Eleanor M. Lawrence; Joseph LeBlanc, Sr.; Deborah M. and Ivan A. Lee; Barbara Leon; Felicia Leon; Alniera and Earl Leviege; Linda M. and Albert Lewis; Josephine and Edward Lewis, Sr.; James L. Lewis, III; Helena and Jolly Lewis; Robert Linton; Juan J. Lizarraga; Brian Llopis, Sr., Pastor; Audrey Lombard; Felicia C. Lovince; Janine

Lynch; Chanel and Christopher Mack; Ruth and Sammie M. Mack; Lance C. Madison; Marie S. and Karl P. Maffe; Linda Magee; Mattie Martin; Richard Martin; Richelle Martin; Robin Martin; Stephanie Martin; Shila and Tyrone Mathieu; Bobbie Burkhalter and Edward Matthews; Lillian Matthews; Kelly Mayberry; Linda M. Mayberry; Loretta and Chris Mbadugha; Dorothy L. McCall; Irish L. McCray; Jeffrey McFarland; Gregory McGee; Lubertha K. and Edward McLeod; Dorothy McWilliams; Melvin McWilliams; Kaland Mebane; Yelena Mebane; Edwina G. Menendez; Tanya M. Menendez; Laverne E. Mercadel; Mark Middleton, Gly-Tech Services, Inc; Linda C. Minor; Pandora M. and Thaddius W. Minor; Yolanda R. and Michael R. Mitchell; Abbie M. Molaizon-Fazande; Karen Moline; Joy and Anthony T. Morgan; Felton E. Morris, Jr.; Shewanda A. Morris; Willie Muhammed; Dejanique I. Myers; Ingrid G. Donald Myers; Joseph A. Nelson, III; Linda K. Nelson; Gertie J. Nicholas; Donna Nixon-Simpson; Anthony A. Odin, Jr.; Fidelis Okoye; Mary B. and Donald Ortego; Donald Ortego, Jr.; Jeremy Ortego; Giselle Orticke; Robert Packnett; Netheola Pappas; Myrtle F. Parker; Riley E. Parker; Kenu R. Patel; Glenika Paul; Curtis Payton; Gail Payton; Esther P. Pepp; Joyce Peters; Salvador Peters; Paulette J. Pierce; Anthony C. Pierre, Jr.; Armand Pinkney; Antoine Plessy; Marva Plessy; Bruce Potter; Willis Joseph Pratt, Sr.; Larry Price; Theodore A. Quant; Ernest I. Quinn, Jr.; Adrienne Quintal; Melissa and Negel R. Quintal; Ronald Quintal; Carolyn and Owen A. Ray, Jr.; Wayne J. Ray, Sr.; Juana Y. Raya; Lolette and Darryl Reeves; Phyllis Ricard; Olga A. and Gary Richard, Sr.; Jacqueline M. Richard; Eleanor Richardson; Rochelle E. Richardson; Ronald Richardson; Ryan Riculfy; Sheila Riculfy; Darek J. Riette; Veronica and Bruce Rillieux; Beatrice Roberson; Ora L. Roberson; Claudia Robert; Pamela W. Robinson; Elaine W. and Tyrone Robinson; Noella P. and Harold L. Rochon, Sr.; Donna A. and Harold L. Rochon, Jr.; Shreen P. and Michael Romain; Beverly Rousell; Caffey

*Ruth; Karen Rutherford; Ladatra Sanders; Joysri and Nikhil Sarkar; Daryl M. Shelton, Jr.; Marlene Shields; Onchel and Thomas L. Shields; Betty Shropshire; Marietta and Joseph Simmons; Margaret and Billy Simms; Darrell K. Sims; Aloha R. and Anthony R. Small; Burma T. and Alvin P. Smith; Darlene and Angelo Smith; Debra and Leonard Smith; Monique D. Smith; Audrey and Stanley Smith; Terry M. Smith; Clara E. Solomon-Jones; Alveta E. Spears; Mason H. Spencer; Trianda Spriggens; Bobby E. Spruille; Stephanie Stevens; Adrienne Stewart; Malcolm Stewart, Jr.; Jesse C. Strickland; Ruth M. Strickland; Dorothy Sturkey; DeEtta G. and Charles J. Sule; Michaella Sullivan; Mary H. and Ronald W. Taylor; Kimberly Thomas; Liz and Richard Thomas; Arnold Ray Thompson; Claudia Thompson; Terrie W. Thompson; Amy Thornton; Bonita W. Thornton; William T. Traylor; Denise Ann Trepagnier; Avis A. and Richard Trice; Richard Trice, III; Lisa M. and Frank W. Triplett; Ayana Marie Turner; Louis E. Turner; Jimmie L. Valdeny; William R. Vaughten, III; Chantel Venable; Helen C. and Sidney W. Vignes, Jr.; Lawrence J. Vinnett; Shawn J. Vinniet; Neal V. Walker; Pammalier Walker; Virgie Walker; Constance Wallace; Jean J. Washington; Brenda and Lionel Washington; Alicia W. and Jesse A. Watley; Carolyn A. Weber; Gerard White; Rhea A. White; Robyn E. White; Rose Mary and Arthur E. Williams, Jr.; Susan and August Williams; Irma and Clarence Williams; Shelita L. and Gary Williams; Gregg J. Williams; Lesia V. Williams; Nicole E. Williams; Pamela J. Williams; Danita M. Wilson; Danny J. Wilson, II; Gwendolyn Wilson; Leroy Wilson; Michael J. Wingate, Sr.; Veronica Winters; Bruce Woods; Demetrice and Donald Woods, Sr.; Lula K. Woods; Fay J. Wooten; Julia and Johnnie Wrench; Tamerly J. and James L. Young; and Merle T. Zimmerman.*

In 06-5140, Porter, et al, come plaintiffs *Jill Acosta; Stephen E. Acosta; Mildred Alcorn; Tiffany Alston; Nadine S. Ancar; John E. Andrews; Perryonna Barbarin; Sybil G. Barbarin; Brian and Paula Beck; Margaret Bennett; Michael Blue; Valencia Blue; Sonia H. Bodden; Iola*

*and Charles Booker, Jr.; LaJuan E. Booker; Sarah Bosarge, Estate of, by Victory Cochran; Kim and Dennis J. Boudet, Sr.; Eugene Brooks, Sr.; Alonzo Brousseau, Jr.; Ericka J. Brown; James Brown, Jr.; Joyce V. Brown; Tarvis Brown, Sr.; Toyce Carroll; Gertrude Chattman; Kim Cheneau; Prenee' M. Chiles; Quarrance Claiborne; Victory Cochran; Diana L. Cole; Mary Louise and James Cole, Sr.; Gene Collins; Anthony L. Cooper; Charlene Cousin; Alita Cusher; J.H. Daniel; Fred and Fred Darsam; Cassandra Dauphin; Mary Deer; Edmond S. DeJan; Susan R. and Ricky DeJean; Paul DiMaio; Elvis Douglas; Quincy Edwards; Sylvia H. Edwards-Borens; Artrice Fernandez; Althais and Willie Fernandez; Doris A. Fortune'; Bonnie L. and Earl R. Frey; Malcolm P. Garland; Shirley B. Garnett; Jacqueline Gavins; Greg Gleason; Robert Gravolet; Tracie Gravolet; James S. Griffin, Jr.; Michael R. Grunblatt; Wesley and Audrey Hall; Catherine Hall; Deborah Hall; Thelma Hall; Wesley Hall; Wesley Hall; Mary Hammothe; Leonard Hankton; Elvie and Arnold Hanshaw; Lucille Harold; Bruce Harris; Johnnie Harris; Rodney Harris; Joan B. Heidel; John A. Heidel, III; Lavria K. Heidel; Vincent J. Heidel; Kerri Helmke; Linda and Chancy Hence; Ava B. Herbet; Todd Herbet; Shirley M. Holliday; Joan J. Jackson; Denise and Joseph January; Clarence J. Johnson, Sr.; Earl Johnson; Leroy Johnson, Jr.; Mercedes Johnson; Willie Marie Johnson; Clarence A. Jordan; Monique M. Jordan; Neoshakeyara S. Jordan; Shevonda E. Jordan; Myrtle Jurette; Bobbie Keeler; Martha P. Kenney; Charlene and Byron LaFrance; Carlton LaFrance; Keith LeBeau; Kelvin LeBeau; Carole and Richard Ledet; Gloria Leon; Betty P. and Peter A. Leto; Michael J. Logan; Felicia C. Lovince; Juan G. Manuel; Sighsa Marshall; Jerome A. Martin; Jane G. Masson; Mamie and James McDowell; Lubertha K. Chancley McLeod; Loraine Meitzler; William C. and Cherie D. Meyers; Cherie D. and William C. Meyers, III; Mark Middleton, Gly-Tech Services, Inc; Doris M. and Arthur Mitchell, Jr.; John B. Mitchell, IV; Patricia B. Mitchell; Brenda M. Moses;*

*William Muhammad; Leo H. Nelson, Sr.; Lap Nguyen; Melvin L. Nuland; Norman Oliver; Rene A. Oliver; Samuel Pearson; Jacqueline and John A. Perez; Allen Pernell, Jr.; Sherman Peters; Truly M. Peters; Alice M. and Charles H. Polk; Rhealynda and Eric E. Porter; Naomi Prentiss; Willie L. Pugh, Jr.; Israel Jasson Punch; Michael Redmond; Jeannette and Donald Retif; Karen A. Robinson; Mildred D. Robinson; Rebecca Robinson; Lance R. Rodney; Jeffrey D. Rusk; Victor Schmit, Jr.; Darlene and Richard Scott; Gabriele R. Serpas; Brenda G. and Robert Simmons; Linda H. Smith; Leland and Regan Smith; Tara R. Smith; Lisa A. Soileau; Philip N. Soileau; Rebecca J. Songy; Erica Steinkamp; Ollie Tate; Barbara B. Taylor; Jordan Taylor; Justin Taylor; Kim Taylor; Brenda A. Thibodeaux; Bonita W. Thornton; Erma and Edward Thornton; Bertand Tillery; Angeline Vaccarella; Donald and JoAnn Verges; Dora Weathersby; Georgia Weathersby; Jimmy Weathersby; Keonda Weathersby; Rebecca Weathersby; Consuella Weber; Corey D. Williams, Sr.; Karen M. Williams; Elvira and Leroy Williams; Mary Ellen L. Wingate; and Richard W. Wingate, Jr.*

Respectfully submitted,

OF COUNSEL:                                    /s/ William C. Gambel
MILLING BENSON WOODWARD LLC      William C. Gambel (LA Bar NO. 5900)
                                               909 Poydras Street, Suite 2300
                                               New Orleans, LA  70112-1010
                                               Telephone:  (504) 56 9-7000
                                               Telecopy: (504) 569-7001
                                               wgambel@millinglaw.com
                                               Attorneys for Plaintiffs

John J. Cummings, III (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com

W378475

CERTIFICATE OF SERVICE

I hereby certify that on this  8 th day of December, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/ William C. Gambel

W378475