UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION K – JUDGE DUVAL |
| **PERTAINS TO:** | * <br> * | MAG. (2) – MAG. WILKINSON |
| **INSURANCE: AGUILAR, 07-4852** | * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Complaint of Mary Lundin be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**