**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO.  05-4182 "K"(2)** |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| | § | |
| _____ | § | |
| | § | |
| **PERTAINS TO:** | § | |
| **INSURANCE      (07-2661)** | § | |
| *Mary Beth McMahon Gillaspie v.* | § | |
| *State Farm Fire and Casualty* | § | |
| *Insurance Company* | § | |
| _____ | § | |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Mary Beth McMahon

Gillaspie, who seeks to dismiss the above captioned complaint against State Farm Fire and Casualty

Insurance Company,  with prejudice as to all demands, all parties to bear their own costs.   Counsel

for defendant has no opposition to the dismissal as this case has been compromised and settled.

WHEREFORE, plaintiff, Mary Beth McMahon Gillaspie, respectfully requests that the Court

enter an order dismissing the action with prejudice as to all demands, all parties to bear their own

costs.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. #5486
Wanda J. Edwards, #27448
FAYARD & HONEYCUTT, APC
519 Florida Avenue SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Facsimile: 225-664-6925

And

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2008 I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of

record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.