UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE            (07-2661) | § | |
| *Mary Beth McMahon Gillaspie v.* | § | |
| *State Farm Fire and Casualty* | § | |
| *Insurance Company* | § | |
| | § | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed

with prejudice as to plaintiff, Mary Beth McMahon Gillaspie, and defendant, State Farm Fire and

Casualty Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
JUDGE