UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K(2)" |
| | * | |
| PERTAINS To: | * | |
| SEVERED MASS JOINDER CASES | * | |
| | * | |
| AARON, 06-4746 | * | |
| | * | |
| | * | |
| WINSTON AARON, SR., ET AL | * | CIVIL ACTION NO.: 06-4746 |
| | * | |
| VERSUS | * | SECTION "K(2)" |
| | * | |
| AIG CENTENNIAL INSURANCE CO. | * | |

**MOTION TO RE-OPEN CASE AND LIFT STAY AND
FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, comes Auto Club Family Insurance Company, a named defendant in the above captioned cases, moving the Court for an Order re-opening the *Aaron* case and lifting the stay in the *Aaron* case for the limited purpose of permitting Mover to file a motion for summary judgment seeking dismissal of the claims asserted on behalf of Darlynn Mason, who is a named plaintiff in both cases; for the reasons explained in the accompanying memorandum.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

**/s/ MATTHEW J. UNGARINO**
**MATTHEW J. UNGARINO (#15061)**
*DAVID I. BORDELON (#16815)*
**3850 North Causeway Boulevard, Suite 1280**
**Metairie, Louisiana  70002**
*Telephone:   (504) 836-7531*
**Facsimile:    (504) 836-7538**
**Email:         dbordelon@ungarino-eckert.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on December 8, 2008.

/s/ MATTHEW J. UNGARINO

---

G:\DOCS\9000's\9300-9399\9390\Motion to Re-Open Case and Lift Stay.doc.rtf