UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K(2)" |
| | * | |
| PERTAINS To: | * | |
| SEVERED MASS JOINDER CASES | * | |
| | * | |
| AARON, 06-4746 | * | |
| | * | |
| | * | |
| WINSTON AARON, SR., ET AL | * | CIVIL ACTION NO.: 06-4746 |
| | * | |
| VERSUS | * | SECTION "K(2)" |
| | * | |
| AIG CENTENNIAL INSURANCE CO. | * | |

### ORDER

Considering the foregoing Motion for Summary Judgment filed on behalf of Auto Club Family Insurance Company in the above captioned matters:

**IT IS ORDERED** that the motion is **GRANTED**, and that all claims of Darlynn Mason against Auto Club Family Insurance Company in these matters are hereby **DISMISSED**, with prejudice.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

G:\DOCS\9000's\9300-9399\9390\Order.MSJ.doc.rtf