UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K(2)" |
| | * | |
| PERTAINS To: | * | |
| SEVERED MASS JOINDER CASES | * | |
| | * | |
| AARON, 06-4746 | * | |
| | * | |
| | * | |
| WINSTON AARON, SR., ET AL | * | CIVIL ACTION NO.: 06-4746 |
| | * | |
| VERSUS | * | SECTION "K(2)" |
| | * | |
| AIG CENTENNIAL INSURANCE CO. | * | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Auto Club Family Insurance Company submits that the following facts are established by the exhibits submitted herewith and as to them there is no genuine issue.

1.    On August 29, 2005 Darlynn Mason owned the property at 11050 Harrow Road, New Orleans, Louisiana 70127.

2.    On August 29, 2005 the property described in statement number 1 was insured by Auto Club Family Insurance Company under homeowner's policy number P12956981.

3.  A compromise of all claims, save those expressly reserved, which Darlynn Mason had against Auto Club Family Insurance Company under policy number P12956981 for damage to the property at 11050 Harrow Road, New Orleans, Louisiana 70127, due to Hurricane Katrina, was consummated on December 7, 2007 when Darlynn Mason accepted the sum of forty-three thousand five hundred ($43,500.00) dollars and signed that certain Settlement Agreement And Partial Release, a copy of which is attached as an exhibit to his motion.

4.  The only claims reserved to Darlynn Mason under the Settlement Agreement And Partial Release were for damage proximately caused by the breach of levees and levee walls in and around the City of New Orleans, which Mason contended was not excluded by the Auto Club Family Insurance Company policy; and for the face value of the policy based on the contention that LSA-R.S. 22:695(A), Louisiana's Valued Policy Law, authorized such recovery.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

**/s/ MATTHEW J. UNGARINO**
**MATTHEW J. UNGARINO (#15061)**
*DAVID I. BORDELON (#16815)*
**3850 North Causeway Boulevard, Suite 1280**
**Metairie, Louisiana  70002**
*Telephone:  (504) 836-7531*
**Facsimile:   (504) 836-7538**
**Email:         dbordelon@ungarino-eckert.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on Decmeber 8, 2008.

/s/ MATTHEW J. UNGARINO

---

G:\DOCS\9000's\9300-9399\9390\Statement of Uncontested Material Facts.rtf