UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MEMORANDUM IN SUPPORT OF MOTION
FOR RETURN OF PROPERTY AND FOR ATTORNEY FEES**

May it please the Court:

_____The Barge PSLC, on behalf of Adam Perkins Rose, III, the owner of the property located at 2216 Deslonde Street, New Orleans, LA 70117, have filed a motion for return of property and for attorney fees.

Mr. Rose has reviewed photographs of the clock, identified the clock in said photographs and provided an affidavit of ownership of the clock which was removed by Centanni investigators from the property at 2216 Deslonde Street, New Orleans, LA 70117. See affidavit attached as Exhibit "A," to the Motion for Return of Property.

Further, attorney for the Barge P.S.L.C. has expended time in coordinating the return of the timepiece and in preparing the motion. Pursuant to Magistrate Wilkinson's Order at Record Doc. No. [15206], movers are entitled to costs and attorneys fees associated with this motion as reflected in the affidavit of attorney time, attached as Exhibit "B," to the Motion for Return of Property and for Attorney Fees.

Movers have filed this motion and set motion for hearing pursuant to Record Doc. [15206] so that any party may contest the assertion of ownership.

**WHEREFORE**, Plaintiffs pray this Court grant this motion for return of property and for attorney fees associated with bringing this motion.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,  karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)

Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

/s/Shawn Khorrami
  Shawn Khorrami (CA Bar #180411)
  Dylan Pollard(CA Bar #180306)
  Matt Bailey (CA Bar #218685)
  Khorrami Pollard & Abir, LLP
  444 S. Flower Street 33rd Floor
  Los Angeles, CA 90071
  Tel 213.596.6000
  Fax 213.596.6010
  skhorrami@kpalawyers.com
  dpollard@kpalawyers.com
   mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of December, 2008.

\s\Brian A. Gilbert
 BRIAN A. GILBERT