UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * <br> * | JOSEPH C. WILKINSON, JR. |

**ORDER**

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Motion for Return of Property, be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that defendant, Lafarge North America pay for costs and attorney's fees associated with this motion in the amount of $450.00.

New Orleans, Louisiana this____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.,
MAGISTRATE, U.S. DISTRICT COURT