UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*           07-5178 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

## AFFIDAVIT OF EDWARD L. MORENO, ESQ REGARDING ATTORNEY TIME

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF ORLEANS | § |

I, Edward Lee Moreno, having been duly sworn, on oath, depose and state that this affidavit is made from my personal knowledge. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated as follows:

1. I am an associate with the Law Offices of Brian A. Gilbert, P.L.C. and work exclusively for the Barge P.S.L.C.

Page 1 of 3



2. That I have expended the following time in support of having the timepiece returned to Adam Perkins Rose, III, as follows:

11/06/2008

Telephone conference with Adam Rose, III regarding the timepieces.

.25

Drafting revisions to the affidavit of ownership for Adam Rose.

.25

Drafting correspondence to Adam Rose enclosing affidavit of ownership.

.25

11/10/08

Drafting Motion to have timepiece returned, Proposed Order and Notice of Hearing for Adam Rose.

1.25

12/05/2008

Follow up telephone call regarding affidavit of ownership for Adam Rose.

.25

Meet with Adam Rose to execute affidavit of ownership.

.25

12/08/2008

Scan and create pdf's of documents and file motion using the ECF system.

.50

Total time: 3.0 hours

Billing Rate: $150.00 per hour

Total attorney time $450.00

FURTHER AFFIANT SAYETH NOT.

_____
Edward Lee Moreno

Sworn to and subscribed before me

this  8th  day of  December , 2008

_____
Notary Public
LAWRENCE D. WIEDEMANN
BAR NO. 13457