UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MOTION FOR RETURN OF PROPERTY
AND FOR ATTORNEY FEES**

  **NOW COMES** the Barge PSLC on behalf of Alice Mae Haney Davis Harris the owner of the property located at 2231 Deslonde Street, New Orleans, LA 70117.

 Alice Mae Haney Davis Harris provided an affidavit of ownership of the clock which was removed by Centanni investigators from the property bearing municipal address 2231 Deslonde Street, New Orleans, LA 70117. See affidavit of ownership, attached as Exhibit "A."

 Further, pursuant to Magistrate Wilkinson's Order at Record Doc. No. [15206], movers are entitled to costs and attorneys fees associated with this motion as reflected in the affidavit of attorney time, attached as Exhibit "B."

**WHEREFORE** movers pray that defendant, Lafarge North America be ordered to return the clock to it's rightful owner, Alice Mae Haney Davis Harris.

Movers further pray that Lafarge North America be ordered to pay attorney fees and costs in the amount of $337.50.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,   karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour

|  |  |
|---|---|
| _____ | Richard T. Seymour (D.C. Bar #28100) |
|  | Law Office of Richard T. Seymour, P.L.L.C.<br>1150 Connecticut Avenue N.W., Suite 900<br>Washington, D.C.  20036-4129<br>Voice: 202-862-4320<br>Cell:    202-549-1454<br>Facsimile:  800-805-1065 and 202-828-4130<br>e-mail: rick@rickseymourlaw.net, |
| _____<br>_____<br>_____ | /s/Shawn Khorrami<br>Shawn Khorrami (CA Bar #180411)<br>Dylan Pollard(CA Bar #180306)<br>Matt Bailey (CA Bar #218685)<br>Khorrami Pollard & Abir, LLP<br>   444 S. Flower Street 33rd Floor<br>   Los Angeles, CA 90071<br>   Tel 213.596.6000<br>   Fax 213.596.6010<br>   skhorrami@kpalawyers.com<br>   dpollard@kpalawyers.com<br>   mbailey@kpalawyers.com |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of December, 2008.

\s\Brian A. Gilbert
 BRIAN A. GILBERT