UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*            07-5178 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF ALICE MAE HANEY DAVIS HARRIS

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF LAFAYETTE | § |

I, Alice Mae Haney Davis Harris, having been duly sworn, on oath, depose and state that this affidavit is made of my own free will. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein state as follows:

1. My current address is 103 Pavillion Street, Lafayette, LA 70507.

2. That my address at the time of Hurricane Katrina was 2231 Deslonde Street, New Orleans, LA 70117.



EXHIBIT A

3. That I resided in said address with my former husband, Charles E. Davis, Jr., who is now deceased.

4. That I have reviewed the photograph(s) of the clock which was removed from the property located at 2231 Deslonde Street, New Orleans, LA 70117 and have identified the wooden Ingraham heirloom clock with chime and pendulum to be the one that once hung in my home.

5. That I am the rightful owner of the clock indicated in said photograph(s).

6. That I wish to have the clock returned to me.

**FURTHER AFFIANT SAYETH NOT.**

_____
Alice Mae Haney Davis Harris

Sworn to and subscribed before me

this __1st__ day of __December__, 2008

_____
Notary Public

My commission expires on __For Life__