UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*             07-5178 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF EDWARD L. MORENO, ESQ. REGARDING ATTORNEY TIME

| | |
|---|---|
| **STATE OF LOUISIANA** | § |
| | § |
| **PARISH OF ORLEANS** | § |

    I, Edward Lee Moreno, having been duly sworn, on oath, depose and state that this affidavit is made from my personal knowledge. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated as follows:

1.    I am an associate with the Law Offices of Brian A. Gilbert, P.L.C. and work exclusively for the Barge P.S.L.C.



2. That I have expended the following time in support of having the timepiece returned to Alice Mae Haney Davis Harris, as follows:

11/03/2008

Telephone conference with Alice Harris regarding timepiece.

.25

Drafting revisions to affidavit of ownership of timepiece for Alice Harris.

.25

Drafting correspondence to Alice Harris.

.25

Drafting revisions to Motion to have timepiece returned, Proposed Order, Notice of Hearing and Memorandum in Support for Alice Mae Haney Davis Harris.

1.0

12/09/2008

Scan and create pdf's of documents and file motion using the ECF system.

.50

Total time: 2.25 hours

Billing Rate: $150.00 per hour

Total attorney time $337.50

FURTHER AFFIANT SAYETH NOT.

_____
Edward Lee Moreno

Sworn to and subscribed before me
this __9th__ day of __December__, 2008

_____
Notary Public  KAREN Wiedemann

Louisiana Bar Roll No. __21151__

My commission is for life.