## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| JERALD M. ALEXANDER, SR., ET AL | * | CIVIL ACTION NO.: 07-4538 |
|---|---|---|
| versus | * | SECTION: "K" |
| AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, ET AL | * | MAGISTRATE: "2" |

## ORDER

**IT IS ORDERED** that all claims of **DEWITT AND MELVINA McMILLIAN**, against State Farm, in the above captioned matter are hereby dismissed, with prejudice, with each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this 9th day of December, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA