UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA*     07-3500 | * | MAG. |
| *Lafarge v. USA*     07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*     08-4459 | * | |

### MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT** come *Benoit* plaintiffs, Marie Short Benoit, Henry Adams, Gwendolyn Adams, John Alford, Jerry Alford, Michael Watts, Robert Green, Sr., Jonathan Green, David Green in his individual capacity and as the representative of the Estate of Joyce H. Green, Everidge Green in his individual capacity and as the representative of the Estate of Shanai Green, and as the natural tutor of Shaniya Green and Shamiya Green, Hyman Sheppard, Earl Matthew Daniels, Sr., Joyce B. Matthews, Mildred Delores Dean, Karen Leon, Ethel Leon, Joyce Daniels, Myrna Daniels in her individual capacity and as natural tutrix of Keiana Daniels, Keiara Cartwright, Tom Browder, Albertine Browder, and Gaynell Browder, upon suggesting that this matter has been referred by their original counsel F. Gerald Maples to Brian A. Gilbert, La. Bar Roll No. 21297 of the Law Office of Brian A. Gilbert, PLC for legal services in the Barge Litigation Track of this matter.

Plaintiffs therefore respectfully move that Brian A. Gilbert, the Law Office of Brian A. Gilbert, PLC, be enrolled and substituted as their counsel of record in the Barge Litigation Track of this matter. Movants respectfully submit that substitution of counsel shall not prejudice the other parties hereto or impede the progress of this matter.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

/s/Shawn Khorrami (CA SBN #14011)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail:  Skhorrami@kpalawyers.com;
         Mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of December, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT