UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| PERTAINS TO:  BARGE | * <br> * <br> * <br> * | NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 <br> *Mumford v. Ingram*     05-5724 <br> *Lagarde v. Lafarge*      06-5342 <br> *Perry v. Ingram*            06-6299 <br> *Benoit v. Lafarge*         06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*             07-5178 <br> *Weber v. Lafarge*         08-4459 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

## ORDER TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

Considering the above and foregoing, it is hereby Ordered that Brian A. Gilbert, Law Office of Brian A. Gilbert, P.L.C., be and is hereby enrolled and substituted as counsel of record for *Benoit* plaintiffs Marie Short Benoit, Henry Adams, Gwendolyn Adams, John Alford, Jerry Alford, Michael Watts, Robert Green, Sr., Jonathan Green, David Green in his individual capacity and as the representative of the Estate of Joyce H. Green, Everidge Green in his individual capacity and as the representative of the Estate of Shanai Green, and as the natural tutor of Shaniya Green and Shamiya Green, Hyman Sheppard, Earl Matthew Daniels, Sr., Joyce B. Matthews, Mildred Delores Dean, Karen Leon, Ethel Leon, Joyce Daniels, Myrna Daniels in her individual capacity and as natural

tutrix of Keiana Daniels, Keiara Cartwright, Tom Browder, Albertine Browder, and Gaynell Browder in the Barge Litigation Track of this matter.

New Orleans, Louisiana, this _____ day of _____, 200_____.

_____
**HON. JOSEPH C. WILKINSON, JR.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of December, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT