## EXHIBIT "D" TO CLASS SETTLEMENT AGREEMENT

### Investment Instructions

Pursuant to and in accordance with Section 4 of the Escrow Agreement, the Escrow Agent is hereby directed to invest and reinvest the Escrow Funds as follows:

1.  With respect to amounts on deposit in Sub-Account 1, use all of such funds other than $29,000.00 to purchase United States Treasury Bills with a maturity of one year.  The $29,000.00 not used to purchase the United States Treasury Bills is to remain un-invested;

2.  With respect to amounts on deposit in Sub-Account 2, use all of such funds other than $72,500.00 to purchase United States Treasury Bills with a maturity of one year.  The $72,500.00 not used to purchase the United States Treasury Bills is to remain un-invested; and

3.  With respect to amounts on deposit in Sub-Account 3, use all of such funds other than $145,000.00 to purchase United States Treasury Bills with a maturity of one year.  The $145,000.00 not used to purchase the United States Treasury Bills is to remain un-invested.

NO.99913690.1