

**Bourgeois Bennett**
CPAs | Consultants
A Limited Liability Company

Heritage Plaza
111 Veterans Boulevard, 17th Floor
Metairie, Louisiana 70005
504.831.4949
dannyc@bb-cpa.com
www.bourgeoisbennett.com

# DANIEL H. CLAVIER, JR., CPA

**POSITION**  Director, Class Action Consulting Team

**EDUCATION/ PROFESSIONAL CERTIFICATIONS**
B.S. Accounting, University of New Orleans (1973)
Certified Public Accountant

**PROFESSIONAL AFFILIATIONS**
American Institute of Certified Public Accountants
Louisiana Society of Certified Public Accountants
Information Technology Alliance

**GENERAL INFORMATION**
Approximately 34 years experience in public accounting and 38 years of computer experience. Began computing career in 1969 working in the data processing department of the Bank of New Orleans while attending college. Joined Bourgeois Bennett in 1973 after receiving a Bachelor of Science degree in accounting from the University of New Orleans.

Bourgeois Bennett, L.L.C. is a firm of Certified Public Accountants and Consultants with offices in Metairie, Houma and Thibodaux. We are proud to have celebrated our 85th anniversary in 2008.

**CLASS ACTION SERVICES PERFORMED**
Our class action experience began 1985 when we were appointed by the Honorable Gordon Causey to assist with the Livingston Train Derailment Class Action. Throughout our 20+ years experience we have:

■ Assisted plaintiffs and defendants with the design of a proof of claim form for approval by the Court.

■ Designed and implemented the computer databases and programs necessary to capture the information contained on the various proof of claim from pages. We have worked on cases where the form was completed

**RESUME
Daniel H. Clavier, Jr.
Page 2**

manually and then entered into the computer. We also worked on cases where the information was captured directly into the computer while the claimants were being interviewed. In the latter instance the software also had the capacity to generate a printed copy of the completed form for the claimant to review and sign along with automatically generating all necessary verifications and authorizations required based on answers given by the claimant. Some of the cases included digitally capturing the claimant's photograph during the interview so it could be used later for identification. Some cases included automatic capture of the claimant's location (latitude and longitude) for later plotting on a map so the Court, defendant and plaintiff attorneys could determine whether the claimant was within a defined geographical boundary.

- Worked with Court Appointed Special Masters to allocate damages among the individual members of the class.

- Served as the Notice Administrator responsible for mailing and publishing notice to all class members.

- Served as the Court Appointed Disbursing Agent responsible for paying and accounting for Court approved individual claimant awards, attorney fees, cost and expenses.

- Prepared and filed all necessary Federal and Louisiana Income Tax returns if a Qualified Settlement Fund was in place.

- Prepared and filed all information returns required by the Internal Revenue Service (1099, 1096, etc).

- Reported to the Court and others for all funds received and disbursed.

**PROFESSIONAL EXPERIENCE**

Bank of New Orleans, Data Processing, 1969-1970

Pan American Life Insurance Co., Data Processing, 1970-1973

Bourgeois Bennett, L.L.C., Director and Member
- Engaged by firm, 1973
- Awarded C.P.A. Certificate, 1974
- Audit and Tax Staff, 1973-1975
- Computer Consulting Staff, 1975-1978
- Admitted to Membership and appointed Director of Computer Consulting Department, 1978
- Appointed Director of Class Action Consulting Team, 1993



**Bourgeois Bennett**
CPAs | Consultants
A Limited Liability Company

Heritage Plaza
111 Veterans Boulevard, 17th Floor
Metairie, Louisiana 70005
504.831.4949
dennism@bb-cpa.com
www.bourgeoisbennett.com

# DENNIS M. McCARTNEY, CPA

| | |
|---|---|
| **POSITION** | Director-in-Charge, Class Action Consulting Team |
| **EDUCATION/ PROFESSIONAL CERTIFICATIONS** | B.S. Accounting, Texas A & M University (1990)<br>Certified Public Accountant<br>Six Sigma, Green Belt |
| **PROFESSIONAL AFFILIATIONS** | American Institute of Certified Public Accountants<br>Texas Society of Certified Public Accountants<br>Louisiana Society of Certified Public Accountants<br>Rebuilding Together New Orleans |
| **EXPERIENCE** | Approximately 20 years experience in public accounting, corporate finance, systems design and implementation, and class action services. Public accounting experience includes nearly 10 years in audit, attestation, and mergers & acquisitions with a Big 4 public accounting firm. Corporate finance experience includes two controllership positions with multinational corporations with sales exceeding $1 billion. Systems experience includes accounting systems implementations for multinational corporations and small business entities. |
| **CLASS ACTION SERVICES PERFORMED** | Class action services and other mass tort litigation support services performed:<br><br>■ Assisted plaintiffs and defendants with the design of a proof of claim form for approval by the Court.<br><br>■ Implemented the computer databases and programs necessary to capture the information contained on proof of claim forms. |

**RESUME**
**DENNIS M. MCCARTNEY**
**PAGE 2**

- Provided modeling and support for plaintiff settlement negotiations.

- Designed and implemented systems to electronically collect and report attorney common benefit time and expenses to attorney groups and various courts and assisted Plaintiff Liaison Counsel in allocation of attorney fees and costs.

- Assisted the Court Appointed Disbursing Agent in paying and accounting for Court approved individual claimant awards, attorney fees, cost and expenses.

- Prepared and filed all necessary Federal and Louisiana Income Tax returns for Qualified Settlement Funds.

- Prepared and filed all information returns required by the Internal Revenue Service (1099, 1096, etc).

- Reported to the Court and others regarding all funds received and disbursed, including preparation of audited financial statements where required.

**PROFESSIONAL EXPERIENCE**

Bourgeois Bennett, L.L.C. (2005-present)
Manager Class Action Consulting

Rexel, Inc., Controller (2003-2005)

Bombardier, Inc., Director of Finance (1999-2003)

Deloitte & Touche, L.L.P., Senior Manager-Audit & Attestation (1990-1999)



**Bourgeois Bennett**
CPAs | Consultants
A Limited Liability Company

Heritage Plaza
111 Veterans Boulevard, 17th Floor
Metairie, Louisiana 70005
504.831.4949
www.bourgeoisbennett.com

## COURT APPOINTMENTS

| YEAR | CLASS ACTION/CASE CAPTION | COURT/NO. OF CLAIMANTS |
|------|---------------------------|------------------------|
| 2008 | **LA Citizens**<br>Tori Swain Orrill versus Louisiana Citizens Property Insurance Corporation<br>No. 20005 - 11720 | Civil District Court<br>Parish of Orleans<br>State of Louisiana<br>Est. 50,000 Claimants |
| 2008 | **Algiers Water Tower**<br>Helen Benn Jones, et al versus<br>Capitol Enterprises, Inc., et al<br>No. 526-334 | Civil District Court<br>Parish of Orleans<br>State of Louisiana<br>4,100 Claimants |
| 2007 | **Witco**<br>Terrie Daniels, et al versus<br>Witco Corporation<br>No. 526-334 | 24th Judicial District Court<br>Parish of Jefferson<br>State of Louisiana<br>500 Claimants |
| 2007 | **Focus & FARA Litigation**<br>Clark A Gunderson, M.D. et al versus<br>F.A. Richard & Associates, Inc. et al<br>No. 2007-2417 | 14th Judicial District Court<br>Parish of Calcasieu<br>State of Louisiana<br>7,600 Claims |
| 2007 | **C.F. Industries**<br>Dale Dennis, et al versus<br>CF Industries, Inc et al<br>No. 67,243 | 23rd Judicial District Court<br>Parish of Ascension<br>State of Louisiana<br>7,300 Claimants |
| 2007 | **Lourdes Patel**<br>Barbara Pellerin, Kathie Pierrotti & Merlin Broussard versus Our Lady of Lourdes Regional Medical Center, Inc.<br>Docket No. 2006-6518 "C" | 15th Judicial District Court<br>Parish of Lafayette<br>State of Louisiana<br>300 Claimants |
| 2006 | **Ferriday Water Litigation**<br>Gloria B. Martello versus City of Ferriday & Owen White, Inc.<br>Civil Action: 36,358, A | 7th Judicial District Court<br>State of Louisiana<br>Parish of Concordia<br>2,700 Claimants |

# BOURGEOIS BENNETT CPAs & CONSULTANTS

| | | |
|---|---|---|
| 2006 | **ETS-Praxis**<br>In Re: Educational Testing Services Praxis<br>Principles of Learning and Teaching.<br>Grades 7-12 Litigation.<br>MDL No. 1643 Section R (5) | United States District Court<br>Eastern District of Louisiana<br>27,000 claimants |
| 2006 | **Amite Train Derailment**<br>In Re: Train Derailment near Amite,<br>Louisiana on October 12, 2002<br>Civil Action MDL N0. 1531 | United States District Court<br>Eastern District of Louisiana<br>6,400 Claimants |
| 2005 | **Crescent Employees**<br>Lori Brown, et al versus Credit Suisse First<br>Boston Corporation et al<br>Division "A-5" No. 2002-13738 | Civil District Court of Orleans<br>State of Louisiana<br>200 Claimants |
| 2005 | **Crescent Guests**<br>Cecilia Powell et al versus Credit Suisse First<br>Boston Corporation et al<br>Division "A-5" No. 2004-11069 | Civil District Court of Orleans<br>State of Louisiana<br>800 Claimants |
| 2005 | **Conoco Phillips Class Action "I"**<br>Lawrence Morrow et al versus Conoco, Inc.,<br>et al<br>Docket No. 2002-3860 | 14th Judicial District Court<br>Calcasieu Parish<br>State of Louisiana<br>8,800 Claimants |
| 2005 | **Conoco Phillips Class Action "II"**<br>Juanita Thibodeaux et al versus Conoco Phil-<br>lips Company et al<br>Docket No. 2003-481 | 14th Judicial District Court<br>Calcasieu Parish<br>State of Louisiana<br>21,000 Claimants |
| 2004 | **FMC-Opelousas**<br>Norman Dekerlegend, et al versus FMC<br>Corporation, et al consolidated with Robert<br>Lee Bundick, et al versus FMC Corporation,<br>et al versus FMC Corporation<br>Docket Number 01-C-0069 | 27th Judicial District Court<br>Parish of St. Landry<br>State of Louisiana<br>2,600 Claimants |
| 2004 | **Louisiana Crawfish**<br>Craig West, et al versus G&H Seed<br>Company, et al<br>Docket Number 99-4984 | 27th Judicial District Court<br>Parish of St. Landry<br>State of Louisiana<br>300 Claimants |
| 2004 | **Eunice Train Derailment**<br>In re: Eunice Train Derailment<br>Civil Action No. 00-1267 | United States District Court<br>Western District of Louisiana<br>11,900 Claimants |

| **BOURGEOIS BENNETT CPAs & CONSULTANTS** |

| Year | Case | Court |
|---|---|---|
| 2004 | **Propulsid Resolution Program**<br>In Re: Propulsid Products Liability Litigation<br>MDL No:1355 Section "L" | United States District Court<br>Eastern District of Louisiana<br>28,000 Enrollees |
| 2004 | **Bayou Sorrel Class Action**<br>In Re: Bayou Sorrel Class Action<br>Civil Action No. 6:04 CV1101 | United States District Court<br>Western District of Louisiana<br>Lafayette-Opelousas Division<br>2,400 Claimants |
| 2003 | **Kaiser Gramercy Explosion**<br>In Re: Gramercy Plant Explosion at Kaiser<br>No. 25,975 | 23rd Judicial District Court<br>Parish of St. James<br>State of Louisiana<br>18,400 Claimants |
| 2003 | **St. Helena Settlement Fund**<br>Kevin H. Gill, et al versus Colonial Pipeline Co. & XYZ Insurance Company<br>C/W 98-1137, 98-1138, 98-1139, 98-1143 & 99-0164 | United States District Court<br>Middle District of Louisiana<br>5,500 Claimants |
| 2003 | **Chemical Release at Bogalusa Mississippi Litigation**<br>In Re: Bogalusa Chemical Release<br>N: 251-98-000493-CIV | Circuit Court of the First Judicial District Hinds County, MS<br>All Cases<br>3,800 Claimants |
| 2002 | **Phyllis Kay Roly Doerr, et al versus Mobil Oil Corporation**<br>Docket #83-912 | 34th Judicial District Court<br>Parish of St. Bernard<br>State of Louisiana<br>15,000 Claimants |
| 2002 | **Newell H. Andry v Murphy Oil, USA**<br>Master File No. 77-132 | 34th Judicial District Court<br>Parish of St. Bernard<br>State of Louisiana<br>3900 Claimants |
| 2001 | **New Iberia Train Derailment**<br>No. 6:00CV1097<br>Master File No. 77-132 | United States District Court<br>Western District of Louisiana<br>Lafayette-Opelousas Division<br>3,400 Claimants |
| 2001 | **Chemical Release at Bogalusa**<br>Louisiana Class Action<br>No. 73-341 | 22nd Judicial District Court<br>Parish of Washington<br>State of Louisiana<br>16,000 Claimants |

# BOURGEOIS BENNETT CPAs & CONSULTANTS

| Year | Case | Court/Claimants |
|---|---|---|
| 2001 | **Exxon-Mobil Chalmette Refinery Class Actions** | 5- Actions in 3 Courts<br>9,300 Claimants in Total |
| | Frank A. Chartier, Sr.<br>No. 83-658 | 34th Judicial District Court<br>Parish of St. Bernard<br>Division "A" |
| | **Exxon-Mobil Chalmette Refinery Class Actions** (continued)<br>Burgess B. Greer<br>No. 80-975 | 34th Judicial District Court<br>Parish of St. Bernard<br>Division "C" |
| | Patrick L. Pelayo et al<br>No. 84-736<br>Melvin A. Cavalier, Jr. et al<br>No. 98-817<br>Charlotte Whitley et al<br>No. 99-18754 | Civil District Court<br>State of Louisiana<br>Parish of Orleans<br>Division "C" |
| 2000 | **Bohemia Spillway Class Action**<br>Haspel & Davis Milling & Planting Co., Ltd.<br>Et al versus Board of Levee Commissioners<br>of the Orleans Levee District<br>No. 31-357 | 25th Judicial District Court<br>Parish of Plaquemines<br>State of Louisiana<br>1,500 Claimants |
| 2000 | **Occidental Litigation**<br>Gail M. Clement et al versus Occidental<br>Chemical Corporation<br>No. 42,624-E and All Consolidated Cases | 29th Judicial District Court<br>Parish of St. Charles<br>State of Louisiana<br>9,900 Claimants |
| 1999 | **Ingram Barge Litigation**<br>Tangy Washington et al versus Donald E.<br>Carlton et al<br>Civil Action No. 98-341 | United States District Court<br>Middle District of Louisiana<br>17,000 Claimants |
| 1999 | **N.O. Tank Car Litigation**<br>In Re: New Orleans Tank Car Leakage<br>Fire Litigation<br>No. 87-16374 and all related cases<br>"Ad Hoc" Division | Civil District Court<br>Parish of Orleans<br>State of Louisiana<br>9,000 Claimants |
| 1999* | **United Gas (B) Class Action**<br>Anita Rivera et al versus United Gas<br>Pipeline Company et al<br>No. 29,089 c/w 38,738 Division "A" | 40th Judicial District Court<br>Parish of St. John the Baptist<br>State of Louisiana<br>9,000 Claimants |
| 1999 | **Fort Jackson Litigation**<br>Ernest Johnson et al versus Gulf Production | 25th Judicial District Court<br>Parish of Plaquemines |

| **BOURGEOIS BENNETT CPAs & CONSULTANTS** |
|---|

| | | |
|---|---|---|
| | Company, Inc. et al<br>No. 38-144 Division "B" | State of Louisiana<br>1,400 Claimants |
| **1998** | | |
| | **Sterlington Class Action**<br>Marzell Ike Dunas et al versus Angus<br>Chemical Company et al<br>No. 92-1707 | 4th Judicial District Court<br>Parish of Ouachita<br>State of Louisiana<br>1,400 Claimants |
| **1998*** | | |
| | **United Gas (A) Class Action**<br>Dr. Abdo Husseiny versus United Gas Pipe-<br>line, Co., Inc.<br>No. 29089 - Division "A" | 40th Judicial District Court<br>Parish of St. John the Baptist<br>State of Louisiana<br>10,000 Claimants |
| **1998** | | |
| | **Lincoln Creosote Class Action**<br>Henry L. Johnson et al versus Lincoln Creo-<br>sote, Inc., et al<br>No. 70,481 | 26th Judicial District Court<br>Parish of Bossier<br>State of Louisiana<br>2,100 Claimants |
| **1998** | | |
| | **Condea Vista Class Action (Part B)**<br>Sally Comeaux et al versus Vista Chemical<br>Company et al<br>No. 95-6359 | 14th Judicial District Court<br>Parish of Calcasieu<br>State of Louisiana<br>2,500 Claimants |
| **1998** | | |
| | **Koch Class Action**<br>Morris Laiche et al versus Koch Nitrogen<br>Company<br>No. 44,870 | 29th Judicial District Court<br>Parish of St. Charles<br>State of Louisiana<br>11,500 Claimants |
| **1997** | | |
| | **Conoco (Part A)**<br>Sally Comeaux et al versus Vista Chemical<br>Company et al, No. 95-6359 | 14th Judicial District Court<br>Parish of Calcasieu<br>State of Louisiana<br>2,300 Claimants |
| **1996** | | |
| | **Arcadian Class Action**<br>Undray D. Ford et al versus Ernie Elsbury<br>et al, No. 92-4154 | 14th Judicial District Court<br>Parish of Calcasieu<br>State of Louisiana<br>11,000 Claimants |
| | William Smith et al versus Ernie Elsbury<br>et al, No. 92-3476 | 14th Judicial District Court<br>Parish of Calcasieu<br>State of Louisiana |
| | Marie Olivia Aaron et al versus Ernie<br>Elsbury et al. No. 95-6171<br>c/w 93-1341; 93-1479; 93-1596; 93-1671; 93-<br>3032; 93-3155; 93-3455; 93-3523; 93-3583; 93<br>-3677; 93-3748; 93-3749; 93-3751; 93-3764;<br>93-3786 and 93-3791 | 14th Judicial District Court<br>Parish of Calcasieu<br>State of Louisiana |
| **1995** | | |

| BOURGEOIS BENNETT CPAs & CONSULTANTS |
|---|

| | | |
|---|---|---|
| | **Combustion, Inc. Class Action**<br>In Re: Combustion, Inc.<br>Action No. 94MDL4000<br>All Cases | United States District Court<br>Western District of Louisiana<br>10,000 Claimants |
| **1995** | | |
| | **T.H.A.N. Class Action**<br>Gracie Atkins et al versus<br>Harcross Chemical, Inc., et al. No. 89-23976<br>c/w 89-26222, 90-7562, 90-7563, 90-8911, 90<br>-8414, 91-319 and 91-1497 | Civil District Court<br>Parish of Orleans<br>State of Louisiana<br>"Ad Hoc" Division<br>5,000 Claimants |
| **1992** | | |
| | **Shell Norco Explosion Class Action**<br>In Re: Shell Oil Refinery<br>Civil Action No. 88-1935<br>Ref: "All Cases" | United States District Court<br>Eastern District of Louisiana<br>18,000 Claimants |
| **1988** | | |
| | **Class of Electric Rate Payers**<br>City of New Orleans et al versus<br>United Gas Pipe Line Company<br>No. 575-544 Division "J" | Civil District Court<br>Parish of Orleans<br>State of Louisiana<br>172,000 Claimants |
| **1985** | | |
| | **Livingston Train Derailment**<br>Livingston Parish Police Jury et al versus Illi-<br>nois Central Gulf Railroad Co., et al | 21st. Judicial District Court<br>Parish of Livingston<br>State of Louisiana<br>3,500 Claimants |

\*The Court did not appoint a disbursing agent in these cases. However, we were asked by the Court to assist the attorneys in the distribution process, as well as provide an accounting to the Court and file all necessary tax returns.