## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

No.:  05-4182

FILED IN:
05-4181, 05-4182, 05-4191, 05-4568,
05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346,  06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471,  06-5771, 06-5786,
06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288,
07-1289.

PERTAINS TO: LEVEE AND MR-GO

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through its undersigned counsel of record, comes St. Paul Fire and Marine Insurance Company ("St. Paul"), defendant in the above-captioned matter, who pursuant to Local Rule 83.2.12 respectfully requests that this Court enter an order adding S. Ault Hootsell III of the firm Phelps Dunbar LLP as additional counsel of record for St. Paul.

WHEREFORE, the premises considered, St. Paul prays that S. Ault Hootsell III of the firm Phelps Dunbar LLP be permitted to enroll as additional counsel of record for St. Paul and for all such other and further relief as equity and the justice of this cause may require and permit.

Respectfully submitted,

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

| BY: | /s/ *Rachel A. Meese* |
|---|---|
| | Rachel A. Meese, (#25457) <br> Ralph S. Hubbard III (#7040) <br> 601 Poydras Street, Suite 2775 <br> New Orleans, LA  70130 <br> Telephone:  (504) 568-1990 <br> Telecopier:  (504) 310-9195 |
| | |

**ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I do hereby certify that on December 9, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

       /s/  *Rachel A. Meese*