UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

No.:  05-4182

FILED IN:
05-4181, 05-4182, 05-4191, 05-4568,
05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346,  06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471,  06-5771, 06-5786,
06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288,
07-1289.

**PERTAINS TO: LEVEE AND MR-GO**

## ORDER

Considering the *Ex Parte* Motion to Enroll Additional Counsel of Record (the "Motion") filed herein by St. Paul Fire and Marine Insurance Company ("St. Paul"), and finding good cause for the relief requested therein;

**IT IS ORDERED** that the Motion is granted, and that S. Ault Hootsell III of the firm Phelps Dunbar LLP be permitted to enroll as additional counsel of record for St. Paul.

Signed this _____ day of _____, 2008 in New Orleans, Louisiana.

_____
United States District Court Judge
Eastern District of Louisiana

NO.99914088.1