UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| Mumford 05-5724 | * | |
| Lagarde 06-5342 | * | |
| Boutte 05-5531 | * | JUDGE |
| Perry 06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit 06-7516 | * | |
| Parfait Family 07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE
TO FILE SURREPLY MEMORANDUM IN RESPONSE TO THE BARGE
PLAINTIFFS' REPLY MEMORANDUM**

Lafarge North America Inc. ("LNA") hereby moves for leave to file the accompanying fifteen-page surreply to the forty-page reply memorandum submitted by the Barge Plaintiffs (Doc. 16571), in order to respond to the arguments and case citations advanced in plaintiffs' reply, which differ from those advanced in their earlier briefing.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

  /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

December 9, 2008

### Certificate of Service

I hereby certify that I have on this 9th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock

2