UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| Mumford         05-5724 | * | |
| Lagarde         06-5342 | * | JUDGE |
| Boutte          05-5531 | * | STANWOOD R. DUVAL, JR. |
| Perry           06-6299 | * | |
| Benoit          06-7516 | * | MAGISTRATE |
| Parfait Family  **07-3500** | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### ORDER GRANTING MOTION TO FILE SURREPLY MEMORANDUM

Upon consideration of the motion of Lafarge North America Inc. to file a surreply memorandum in opposition to the Motion for Class Certification filed by the Plaintiffs, it is hereby ORDERED that the motion is GRANTED.  The Clerk is directed to file LAFARGE NORTH AMERICA INC.'S SURREPLY MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.

New Orleans, Louisiana, this _____ day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE