UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * * | |
| CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
|  | * * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | **JUDGE** |
| *Perry v. Ingram*       06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | **MAGISTRATE** |
| *Lafarge v. USA*        07-5178 | * * | **JOSEPH C. WILKINSON, JR.** |

**RENEWED MOTION OF LAFARGE NORTH AMERICA INC.
FOR RULE 37 SANCTIONS AGAINST PLAINTIFFS**

Defendant Lafarge North America Inc. ("LNA") hereby moves this Court for the entry of an order under Fed. R. Civ. P. 37 awarding sanction against plaintiffs for their failure to comply with this Court's order of August 8, 2008 (Rec. Doc. 14300) mandating that "all name plaintiffs who have not responded or who have made incomplete responses … must do so no later than **September 5, 2008**" (emphasis original). As set forth in detail in the accompanying Memorandum, scores of plaintiffs have still failed to produce even a single document or

1215832-1

interrogatory response, making dismissal of their claims a necessary and appropriate sanction. A proposed order is attached.

    WHEREFORE, for the reasons stated in LNA's accompanying Memorandum in Support of Renewed Motion for Rule 37 Sanctions Against Plaintiffs, LNA respectfully requests that this Court grant its Motion and enter an order in the form proposed by LNA.

Respectfully submitted,

/s/ Robert B. Fisher, Jr.
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com


John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*


### Certificate of Service

I do hereby certify that I have on this 9th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Robert B. Fisher, Jr.