

EXHIBIT
1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: BARGE                    JUDGE DUVAL
                                      MAG. WILKINSON

| | |
|---|---|
| Boutte v. Lafarge | 05-5531 |
| Mumford v. Ingram | 05-5724 |
| Lagarde v. Lafarge | 06-5342 |
| Perry v. Ingram | 06-6299 |
| Benoit v. Lafarge | 06-7516 |
| Parfait Family v. USA | 07-3500 |
| Lafarge v. USA | 07-5178 |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Motion of Lafarge North America, Inc., for Rule 37 Sanctions Against Plaintiffs, Record Doc. No. 13557

O R D E R E D:

__XXX__ : DENIED, subject to the order contained herein. The draconian sanction of dismissal is reserved exclusively for contumacious and continuing discovery misconduct. Federal Deposit Ins. Corp. v. Connor, 20 F.3d 1376, 1381 (5th Cir. 1994); Ginther v. Sea Support Servs. L.L.C., No. 00-2928, 2002 WL 1213601, at *4 (E.D. La. June 4, 2002) (Duval, J.). While plaintiffs' conduct in providing discovery responses has been dilatory, I cannot find at this time that willful, contumacious and continuing disobedience has occurred. Accordingly, dismissal as a discovery sanction is not appropriate. Under the circumstances described in plaintiffs' opposition memorandum, Record Doc. No. 13803, imposition of __any__ sanctions, much less the ultimate sanction of dismissal, is also inappropriate at this time.

1153177

Since the filing of Lafarge's motion, plaintiffs provided supplemental discovery responses on July 15, 2008, and they assert that they have Bates-stamped and categorized their responses to correspond with Lafarge's individual discovery requests, as previously ordered by the court. Record Doc. No. 13860, Plaintiffs' Motion to Supplement Exhibits; Record Doc. No. 13864, order granting plaintiffs' Motion to Supplement Exhibits. Plaintiffs' counsel also assert that they have produced all responsive materials that individual plaintiffs have provided to them, and that they will continue to produce such materials as they are located and provided to counsel. This information must be expeditiously collected and provided.

Accordingly, while the request for sanctions is denied and the proposed order submitted by Lafarge is rejected, **IT IS ORDERED** that <u>all named plaintiffs</u> who have not responded or who have made incomplete responses to Lafarge's discovery requests, as enumerated in Lafarge's motion for Rule 37 sanctions, Record Doc. No. 12824, and its reply memorandum, Record Doc. No. 13898, must do so no later than **September 5, 2008** in compliance with this court's April 29, 2008 order.

New Orleans, Louisiana, this __5th__ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

1153177