

| Parfait Plaintiffs: |
| --- |
| Helen Frank (Succession of Richard Frank) |
| Michelle "Mink" Jones |
| Kenneth Williams |
| Derrick Williams |
| Ladanya Williams |
| Cadorra Williams |
| Valerie Williams (minor children) |
| Chrishawn Williams |
| Jamon Williams |
| Tameka Williams |
| Andrew Hill |
| Maria Washington (minor children) |
| Janisha Washington |
| Andrew Washington |
| Charles Washington |
| Mekhi Washington |
| Tammy McFarland |
| Joshua McFarland |
| Kelly Augusta |
| Artis Ulmer, Sr. |
| Ruth Ulmer |
| Artis Ulmer, Jr. (son) |
| Roche Easpdron |
| Patricia Harris |
| Bernon Barnes |
| Charles Ulmer, Sr. |
| Charles Ulmer, Jr. |
| Derick Ulmer |
| Dennis Ulmer |
| Charles Hollaway |
| Joseph Smith |
| Clansa McCoy |
| Wardell Luter |
| Janet Luter |
| Christopher Luter & Tracy Luter (minor children) |
| Tranard Luter |
| Crista Luter |
| Linda Molaison |
| Gail Brown (minor children) |
| Aaron Pulham |
| Brandon Pulham |
| Shelia Martin |
| Keith Martin |

| |
|---|
| Contnce Phipps |
| Reverand Curtis Coleman, Sr. (Congregation Ephesian Missionary Baptist Church) |
| Mary P. Mingo |
| Rachel Goldsmith |
| Gayle LeBlanc |
| Michael LeBlanc & Lance Taylor LeBlanc (minor child) |
| Mika Jane LeBlanc |
| Jessie Arbuthnot |
| Curtis Coleman, Sr., Curtis Coleman, Jr., Jerome Coleman |
| Keith Coleman |
| Carnese Williams |
| Raymond Hunter & William Hunter |
| Andrew Wilhams |
| Eric Williams |
| Winston Williams |
| Paul Mosley, Sr. |
| Paul Mosley, Jr. |
| Brandon Mosley |
| Hope Mosley |
| Shaqual Mosley |
| Shannel Mosley |
| Ivan Mosley |
| Betty Mosley |
| Margante Rochon |
| Raymond Hunter |
| Naomi Hunter |
| Vanessa Carter |
| Chris McCormick |
| Michele Armour |
| Mitchell Armour III |
| Augustine Greenwood |
| Rosemary Greenwood (minor children) |
| Jasemine Greenwood |
| Yasemine Greenwood |
| Lamont Marrero |
| Edward Marrero |
| Renzoll Marrero |
| Peter Thibodeaux |
| Agnes Mae Recasner |
| Tyrone Moffett & Ashley Robinson (minor child) |
| Ty' Janie Moffett |
| Bruce Hayes |
| Mannesha Green (minor child) |
| Bruce Hayes III |

| |
|---|
| Emma Martin |
| Ohle Rickney |
| Ryan Ward |
| Tinisha Sims (minor children) |
| Kiyera Sims |
| Garnycia Reed |
| Brodenck Mack |
| Antonio Green |
| Ebony Gordon |
| Emmanuel Joseph LeBlanc |
| Gerturde LeBlanc |
| Ardell Joseph LeBlanc |
| LeShaun Momque LeBlanc |
| Cyndna LeBlanc |
| Ananya LeBlanc |
| Paul Mosley |
| Betty Mosley |
| Troy Louis & Enka Louis (minor children) |
| Gregory Williams |
| Erik Louis |
| Damon Louis |
| Shekinab Louis |
| Raymond Joseph |
| Claudia Rattler |
| Terry Rattler |
| Renelle Rattler |