UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*              07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**CERTIFICATE PURSUANT TO LOCAL RULE 37.1E**

Undersigned counsel for Lafarge North America Inc. ("LNA"),defendant herein, hereby certify, pursuant to Local Rule 37.1E, that they, Derek A. Walker and Robert B. Fisher, Jr., have conferred with Barge PSLC's counsel, Brian A. Gilbert, Esq., on various occasions during the past four months and particularly after the Court's Order on August 8, 2008, in a continuing effort to request plaintiffs to comply with the Court's Order to respond to defendants' discovery requests but many plaintiffs still have produced no discovery whatsoever, over a year after discovery responses were originally due. More recently, today, December 9, 2008, Robert B.

1215269-1

Fisher, Jr. conferred by telephone with Mr. Gilbert, counsel for plaintiffs, for the purposes of amicably resolving the issues which were the subject of the Court's Order of August 8, 2008 requiring all named plaintiffs who have not responded to discovery or who have made incomplete discovery responses to provide complete responses no later than September 5, 2008, and that he was unable to reach satisfaction or agreement with said opposing counsel with respect to the outstanding discovery due from the plaintiffs.

        Respectfully submitted,

        /s/ Robert B. Fisher, Jr.
        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

  I do hereby certify that I have on this 9th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                 /s/ Robert B. Fisher, Jr.