UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * |  |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * |  |
| *Mumford v. Ingram*   05-5724 | * |  |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * |  |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

## NOTICE OF HEARING

PLEASE TAKE NOTE that the Motion of Lafarge North America, Inc. for Rule 37 Sanctions Against Plaintiffs will be heard before the Honorable Joseph C. Wilkinson, Jr., Magistrate Judge of the United States District Court for the Eastern District of Louisiana, on December 24, 2008 at 11:00 a.m.

1215912-1

Respectfully submitted,

/s/ Robert B. Fisher, Jr.
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 9th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Robert B. Fisher, Jr.

2

1215912-1