UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | |
| | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### FINDINGS AND RECOMMENDATIONS

Pursuant to Fed. R. Civ. P. 72(b), upon consideration of the Renewed Motion of Lafarge North America Inc. for Rule 37 Sanctions Against Plaintiffs, the undersigned (1) finds that plaintiffs have violated the Order of August 8, 2008 [Doc. 14300] by failing to make timely discovery responses as expressly and specifically required in that Order, and (2) recommends that, as a sanction for such violations and as a remedy for the resulting prejudice to Lafarge

1215949-1

North America Inc., the Court enter an Order granting the following relief pursuant to Fed. R. Civ. P. 37(b)(2)(A):

    A.  The claims of the following plaintiffs against defendant Lafarge North America Inc. are dismissed with prejudice:

- Albertine Browder
- Gaynell Browder
- Tom Browder
- Myrna Daniels, individually and as natural tutrix of Keina Daniels
- Joyce B. Matthews
- Hyman Sheppard
- Michael Watts
- All plaintiffs in *Parfait Family v. United States*, No. 07-3500, identified in Exhibit No. 2 of the Memorandum in Support of the Renewed Motion of Lafarge North America, Inc. for Rule 37 Sanctions Against the Plaintiffs

    New Orleans, Louisiana this _____ day of _____, 200__.

_____
Joseph C. Wilkinson, Jr.
United States Magistrate Judge