## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL** | * | **CIVIL ACTION NO. 05-4182** |
| **BREACHES CONSOLIDATED LITIGATION** | * | **"K" (2)** |
| | * | |
| **PERTAINS TO INSURANCE: 07-1789** | * | **JUDGE DUVAL** |
| **PLAINTIFFS: JOHN ATWOOD** | * | |
| **AND GRETCHEN ATWOOD** | * | **MAGISTRATE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to

bear his, her or its own costs.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

DKP Library:RP7668