Effective 4/10/06

**FINANCIAL & CIVIL ALLOTMENT SHEET**

Receipt No.: 36205
Deputy Clerk: CRN

DEC - 9 2008

ACCOUNT CODE:

6855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

REGISTRY FUND:

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00

FILING FEES

_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

COPY FEES

_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings \_\_\_\_\_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

*appeals 18*

MISCELLANEOUS ACCOUNTS

_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS

_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Milling Benson Woodward

CASE NUMBER: 2:05-cv-4182    SECTION: K

CASE TITLE: _____

PAYMENT OF  $455.00   CASH \_\_\_  CHECK 39020  MONEY ORDER \_\_\_
                     SEAMAN \_\_\_  PAUPER \_\_\_  NON CASH \_\_\_

*filed by TT See Attached*

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_\_\_ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
\_\_\_\_\_ 2. Class Action
\_\_\_\_\_ 3. Antitrust
\_\_\_\_\_ 4. Patent, Trademark, Copyright
\_\_\_\_\_ 5. Civil Rights Case

\_\_\_\_\_ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
\_\_\_\_\_ 7. Petitions for Stay of Execution Death Sentence
\_\_\_\_\_ 8. Social Security Case
\_\_\_\_\_ 9. All Others

Is this a THREE JUDGE COURT? \_\_\_\_\_ Yes \_\_\_\_\_ No
Is this a RELATED CASE?      \_\_\_\_\_ Yes \_\_\_\_\_ No

Attorney of Record