UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1185, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

PERTAINS TO: LEVEE

---

### LEVEE DEFENDANTS' JOINT REPLY DESIGNATIONS
### FOR CLASS CERTIFICATION HEARING

Now into Court, through undersigned counsel, come the Levee Defendants, who submit the following reply designations in connection with the class certification hearing on this matter:

**A.   Reply Designations for Proposed Class and Subclass Representatives:**

1.   Donna Augustine – Subclass Area 4 (deposition designations and transcript pages containing such designations are attached hereto *in globo* as Exhibit 1); and

- 1 -

2. Gladys Labeaud – Subclass Area 4 (deposition designations and transcript pages containing such designations are attached hereto *in globo* as Exhibit 2).

B. **Reply Designations for Levee Defendants' Experts:**

1. Paul D. Kuhlmeier, Ph.D., P.E., P.G. (deposition designations and transcript pages containing such designations are attached hereto *in globo* as Exhibit 3);

2. Erik L. Nelson, Ph.D., P.E. (deposition designations and transcript pages containing such designations are attached hereto *in globo* as Exhibit 4);

3. James A. Richardson, Ph.D. (deposition and *Daubert* hearing designations and transcript pages containing such designations are attached hereto *in globo* as Exhibit 5); and

4. Michael W. Truax, MAI (deposition and *Daubert* hearing designations and transcript pages containing such designations are attached hereto *in globo* as Exhibit 6).

Dated: December 10, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
  HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
    MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT


s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY


3

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2008, a copy of the above and foregoing **Levee Defendants' Joint Reply Designations for Class Certification Hearing** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                                     s/ Thomas P. Anzelmo
                                          McCRANIE, SISTRUNK, ANZELMO,
                                              HARDY, MAXWELL & McDANIEL
                                          3445 N. Causeway Boulevard, Ste. 800
                                          Metairie, Louisiana 70002
                                          TELEPHONE: (504) 831-0946
                                          FACSIMILE: (504) 831-2492
                                          E-MAIL: tpa@mcsalaw.com