UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

**LEVEE DEFENDANTS' JOINT REPLY DESIGNATIONS FOR SUBCLASS
REPRESENTATIVE, DONNA AUGUSTINE (JULY 13, 2007 DEPOSITION)**

| FROM | | TO | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 58 | 16 | 58 | 19 |
| 58 | 25 | 59 | 10 |
| 60 | 13 | 60 | 23 |
| 61 | 11 | 62 | 6 |



| | | | |
|---|---|---|---|
| 76 | 12 | 77 | 1 |
| 151 | 7 | 152 | 7 |

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL          CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                    NO. 05-4182 "K" (2)

                              JUDGE DUVAL
PERTAINS TO: LEVEE
                              MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289


        Deposition of DONNA M. AUGUSTINE,
2230 Sherwood Meadow Drive, Apt. A, Baton
Rouge, Louisiana 70816, taken in the offices
of Bruno & Bruno, 855 Baronne St., Second
Floor, New Orleans, Louisiana on Friday, the
13th day of July, 2007 at 9:24 a.m.

DONNA M. AUGUSTINE (LEVEE)                                               7/13/2007

Page 58

1  A.  No. It's my son's.
2  Q.  Okay. Do you have a car?
3  A.  No.
4  Q.  Did you have a car before Katrina?
5  A.  No.
6  Q.  Okay. So you drove your son's
7  vehicle?
8  A.  Right, which was for my grandson,
9  but now I have it.
10 Q.  And your brother drove another
11 vehicle with his grandkids you said?
12 A.  Correct. Yes.
13 Q.  And y'all went to Baton Rouge, if I
14 remember correctly?
15 A.  Correct.
16 Q.  Okay. Did you do anything to
17 prepare for the storm? Board up windows,
18 raise furniture, anything in that regard?
19 A.  No.
20 Q.  Okay. What did you take with you?
21 A.  Two pair of jeans, three bras,
22 about four pair of panties, my purse, my
23 medicine, my cane, and that was pretty much
24 it.
25 Q.  Your -- strike that. Where did you

Page 59

1  stay in Baton Rouge?
2  A.  By my niece in Baker.
3  Q.  So you stayed with relatives?
4  A.  Correct.
5  Q.  How long did you live with your
6  niece?
7  A.  Until -- until November of 2005.
8  Q.  And then where did you go?
9  A.  From there I went to an apartment
10 complex on Baker Boulevard.
11 Q.  When you moved -- well, before
12 November 2005 had you received some of your
13 FEMA aid?
14 A.  Yes, I did.
15 Q.  Okay. What type of aid did you
16 receive?
17 A.  I received 2,000 and I received
18 10,000.
19 Q.  This was all before November of
20 '05?
21 A.  Yes.
22 Q.  Okay. Do you remember what the
23 $10,000 was for?
24 A.  I would imagine my personal
25 property.

Page 60

1  Q.  Other than the 2,000 and 10,000 you
2  received before November of 2005, any other
3  aid you received from FEMA?
4  A.  That's pretty much it from FEMA.
5  Q.  Okay. The apartment in -- on Baker
6  Boulevard that you talked about --
7  A.  Yes.
8  Q.  -- who was paying for that?
9  A.  Myself.
10 Q.  Okay. Did you ever stay in a hotel
11 room or anything that was paid by FEMA?
12 A.  No, I didn't.
13 Q.  Okay. Could the $10,000 have been
14 to pay for a place to live or anything or do
15 you know?
16 A.  Well, I did use it for somewhere to
17 live and to buy furniture.
18 Q.  Okay. But it didn't say, when you
19 got the $10,000 check, it didn't say what you
20 got it for?
21 A.  I think personal -- I'm not sure,
22 but it did indicate what it was for, but
23 right offhand I couldn't tell you right now.
24 Q.  Okay. Did you keep a copy of that
25 check?

Page 61

1  A.  Did I make a copy? No. It wasn't
2  on my mind.
3  Q.  Okay. Do you remember if the check
4  came by itself or with a letter or anything?
5  A.  With a letter.
6  Q.  Okay. And the letter may have been
7  what told you what it was for?
8  A.  Correct.
9  Q.  Would you have kept that letter?
10 A.  Oh, I have that letter.
11 Q.  Okay. After -- so how long did you
12 live on Baker Boulevard?
13 A.  A month. A month and a half. I'm
14 sorry.
15 Q.  So that basically got you to
16 January of '06?
17 A.  No. January '06 I was living on
18 Old Hammond Highway. I'm on the program,
19 Section 8 program, and they would not pay for
20 me to live on Baker Boulevard, so I had to
21 leave Baker Boulevard to go to a, an
22 apartment that covered Section 8. So I left
23 there in December.
24 Q.  Okay. What is -- could you tell me
25 what Section 8 is?

16 (Pages 58 to 61)

JOHNS PENDLETON COURT REPORTERS                                          800 562-1285

DONNA M. AUGUSTINE (LEVEE)                                              7/13/2007

Page 62

1    A. Section 8 is a voucher program that
2 helps pay your rent for you under HUD.
3    Q. So how much rent do you pay per
4 month after the voucher is expended?
5    A. Well, it depend on my income. As
6 of today, I don't pay no rent.
7    Q. You said it depended on your
8 income. Did you pay -- did at any point
9 post-Katrina did you pay rent?
10    A. Yes, I did.
11    Q. Okay. What did you pay and for how
12 long did you pay it?
13    A. It was -- I don't know exactly. I
14 know it was two something. It wasn't three
15 hundred. It was 280, somewhere along up in
16 there, 290, something.
17    Q. Okay. So roughly the same amount
18 you were paying in New Orleans?
19    A. This is for Baton Rouge, what I pay
20 in Baton Rouge, that's what you are talking
21 about?
22    Q. Uh-huh.
23    A. I don't pay no rent in Baton Rouge,
24 but prior to me moving I was paying rent.
25 Then Section 8 picked up in December. So

Page 63

1 December of 2005, I haven't paid rent since
2 then.
3    Q. Okay. And what I'm trying to find
4 out -- thank you for the clarification -- all
5 I'm trying to find out is how much were you
6 paying from, I guess you said you moved to
7 the Baker Boulevard address in November?
8    A. Correct.
9    Q. So you had about a month where you
10 paid rent, right?
11    A. Right. Altogether --
12    Q. How much did you pay --
13    A. -- I paid $600. Two hundred
14 deposit and four for the rent.
15    Q. Did you get your deposit back?
16    A. No.
17    Q. Okay. And you paid basically one
18 month of rent?
19    A. Correct.
20    Q. Okay. And had you been living
21 in -- were you paying any rent while you
22 were, to the lessor in New Orleans while you
23 were evacuated?
24    A. Repeat the question.
25    Q. Were you paying any rent to the

Page 64

1 lessor in New Orleans while you were
2 evacuated?
3    A. No.
4    Q. Okay. Have you paid him anything
5 since Katrina?
6    A. No.
7    Q. And when you moved into the
8 property on Old Hammond Highway in December,
9 now that you are not paying any rent, where
10 you are not paying any rent, have you stayed
11 there since?
12    A. I stood there until July of last
13 year.
14    Q. And what was your reason for moving
15 in July?
16    A. The apartment was the pits. The
17 landlord said he was going to clean it and he
18 didn't do it, so I had to leave.
19    Q. And you've got a new apartment?
20    A. Correct.
21    Q. Okay. And you're still not paying
22 rent?
23    A. Still not paying rent, correct.
24    Q. Okay. Where is the new apartment?
25    A. 2230 Sherwood Meadows Drive,

Page 65

1 Apartment A, Baton Rouge, 70816.
2    Q. This apartment is a better
3 apartment, I take it?
4    A. Yes. Extremely.
5    Q. Did you work at all after Katrina?
6    A. No. I'm not able to work.
7    Q. Okay. What were you doing while
8 you were living in Baker with your niece?
9    A. Just crying my heart out.
10    Q. Okay.
11    A. Reminiscing about all what I lost
12 and all what I don't have.
13    Q. You pretty much have stayed at home
14 since you moved to Baton Rouge?
15    A. Correct.
16    Q. Do you have any -- do you do any
17 activities outside the home?
18    A. Well, it's pretty hard because
19 Baton Rouge, they don't have a sidewalk. I
20 have to encounter those animals with the
21 black around their eyes, I forgot what they
22 are, but however it is, no.
23    MR. KOURY:
24    Raccoons?
25 EXAMINATION BY MR. KIRSCH:

17 (Pages 62 to 65)

JOHNS PENDLETON COURT REPORTERS                                  800 562-1285

Page 74

```
 1    Q.  So --
 2    A.  So --
 3    Q.  After, after a certain amount of
 4  time they cut you off of benefits?
 5    A.  Correct.
 6    Q.  How long did they pay your benefits
 7  for?
 8    A.  Two years.
 9    Q.  So you would have gotten benefits
10  basically through 1995?
11    A.  Correct.
12    Q.  Did you have any trial or anything?
13    A.  No.  There was no trial.
14    Q.  Okay.  And I know you told me at
15  the beginning of this deposition that you had
16  given a deposition before.  That was a
17  worker's comp deposition?
18    A.  Correct.
19    Q.  Okay.  You haven't given any other
20  depositions other than the one we're here
21  doing today, right?
22    A.  Correct.
23    Q.  Thank you.  We talked a little bit
24  about, as I understand it, you are making a
25  claim for stress-related problems as a result
```

Page 75

```
 1  of Hurricane Katrina?
 2    A.  Yes.
 3    Q.  Okay.  Are you making any other
 4  type of personal injury claim?
 5    A.  Yes.
 6    Q.  What?
 7    A.  No, that's pretty much it.  That's
 8  it.
 9    Q.  Just your stress-related?
10    A.  My stress.  Yes.
11    Q.  From dealing with the loss of
12  items --
13    A.  The loss.
14    Q.  -- and having to evacuate and
15  things in that regard, right?
16    A.  Yes.
17    Q.  Okay.  And the only doctors that
18  you would have seen related to that would
19  have been Dr. Sarrat and Dr. Anderson,
20  correct?
21    A.  Correct.
22    Q.  Okay.  Do you have any idea of the
23  amount of medical expenses you've incurred
24  seeing those doctors related to the stress
25  only?
```

Page 76

```
 1    A.  No, I sure don't.
 2    Q.  Okay.  Do you actually pay the
 3  doctors or does Medicaid or Medicare cover
 4  that?
 5    A.  Medicaid and Medicare pay for it.
 6  I have a co-pay where I pay three dollars or
 7  five dollars.  Five dollars.  I'm sorry.
 8    Q.  So the medical expenses you would
 9  have come out of pocket for would have been
10  five dollars per visit?
11    A.  Correct.
12    Q.  Okay.  When you went on each visit,
13  did you see him for stress-related problems
14  only or were you seeing him also for your
15  knee problems and your other health issues?
16    A.  Correct.  For a total physical I
17  saw Dr. Derek Anderson, took my blood
18  pressure, x-ray.
19    Q.  Okay.  So each time you saw him you
20  would have been seeing him for the variety of
21  issues that you have?
22    A.  Correct.  Correct.
23    Q.  Did you ever actually go and see
24  either Dr. Anderson or Dr. Sarrat only for
25  your stress-related problems?
```

Page 77

```
 1    A.  No.
 2    Q.  Okay.  I'm just making sure it came
 3  out right because we had a lot of double
 4  negatives there.
 5         VIDEOGRAPHER:
 6           Excuse me, counsel.  I have to
 7           change tapes.
 8         MR. KIRSCH:
 9           Let's take a five-minute break.
10         VIDEOGRAPHER:
11           We're now off the record.  It is
12           the conclusion of tape one.  It is
13           10:46.
14         (OFF THE RECORD)
15         VIDEOGRAPHER:
16           We're now returning to the record.
17           It is 10:56.  This is the start of
18           tape 2.
19  EXAMINATION BY MR. KIRSCH:
20    Q.  Miss Augustine --
21    A.  Yes.
22    Q.  I want to go back.  I know you told
23  me you evacuated earlier and you went with
24  your daughter and your granddaughter.  Other
25  than the gas it would have taken to get to
```

DONNA M. AUGUSTINE (LEVEE)                                              7/13/2007

Page 150

1   Q.  Okay. Orleans -- the East
2   Jefferson Levee District?
3   A.  No.
4   Q.  Okay. What about, the same
5   question with the Orleans Levee District.
6   A.  No. I think my counsel would have
7   better information on that.
8   Q.  Okay. Do you have any idea who are
9   the proposed class members?
10  A.  Somewhat.
11  Q.  Okay. What is that, what's your
12  idea of that?
13  A.  Let me see if -- how I can phrase
14  this. Repeat the question again.
15  Q.  I'm just asking if you know who are
16  the proposed members of the class, who is the
17  class that you've been, do you know who they
18  are that you are going to represent?
19  A.  I'm represent all the people that
20  was affiliated with Katrina that's renting
21  and going through the same thing that I'm
22  going through.
23  Q.  Okay. Do you know if you're a
24  member of a, if you're representing a class,
25  the whole class, or a subclass?

Page 151

1   A.  More or less a subclass in my area
2   where I live.
3   Q.  Okay. And do you know what the
4   boundaries of your subclass are?
5   A.  I'm not sure, but I would imagine
6   the Gentilly area where I live.
7   Q.  But you don't -- for just the
8   geographical boundaries, you don't know the
9   streets or anything in that regard?
10  A.  No, I wouldn't know that.
11  Q.  Okay. Have you ever met or
12  discussed the lawsuit with other class
13  representatives?
14  A.  No.
15  Q.  Are you aware that some homes had
16  wind damage?
17  A.  Yes.
18  Q.  Okay. You're not representing
19  public corporations?
20  A.  No.
21  Q.  Any type of governmental entity?
22  A.  No.
23  Q.  You're not trying to represent any
24  private companies?
25  A.  No, I'm not.

Page 152

1   Q.  Okay. You're not representing
2   anybody who had a physical injury or a
3   wrongful death, are you?
4   A.  No, I'm not.
5   Q.  You're not representing anybody who
6   had any type of business interruption loss?
7   A.  No, I'm not.
8   Q.  Okay. Do you have any idea of
9   where the water came from that affected your
10  home?
11  A.  I would imagine the river.
12  Q.  Okay. When you say river, you mean
13  the Mississippi River?
14  A.  Lake Pontchartrain, the London
15  Canal that's right there by my house.
16  Q.  Okay. So you think you got water
17  from Lake Pontchartrain --
18  A.  Right.
19  Q.  From the London Avenue Canal?
20  A.  Correct.
21  Q.  Did you include the Mississippi
22  River in that or when you said river you just
23  were talking in general?
24  A.  More or less in general because I
25  didn't really include the Mississippi, it is

Page 153

1   like off. Lake Pontchartrain, within that
2   boundary all the way around.
3   Q.  Okay. So you were referring to the
4   London Avenue Canal and Lake Pontchartrain?
5   A.  Yeah. Correct. And I would
6   imagine whatever other bodies of water that's
7   connected with that.
8   Q.  But you don't know specifically
9   what water would have affected your house?
10  A.  No.
11  Q.  Okay. I'm going to show you --
12  Lexie, do you have this (indicating)?
13      MS. BEVIS:
14      Uh-huh.
15  EXAMINATION BY MR. KIRSCH:
16  Q.  I'm going to show you the Form 95
17  with the response letter. And I'm going to
18  mark it as Exhibit 6. First of all, if you
19  go to page 2 of Exhibit 6, down at the bottom
20  you see signature of claimant, 13a?
21  A.  Okay. Yes.
22  Q.  Donna M. Augustine.
23  A.  Yes.
24  Q.  Is that your signature?
25  A.  Yes, it is.