UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

**LEVEE DEFENDANTS' JOINT REPLY DESIGNATIONS FOR SUBCLASS**
**REPRESENTATIVE, GLADYS LABEAUD (JULY 16, 2007 DEPOSITION)**

| FROM | | TO | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 31 | 12 | 31 | 16 |
| 32 | 16 | 32 | 17 |

-1-



EXHIBIT 2

Page 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA



IN RE:  KATRINA CANAL      CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                 NO. 05-4182 "K" (2)

                           JUDGE DUVAL
PERTAINS TO:  LEVEE
                           MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289
```

      Deposition of GLADYS R. LaBEAUD, 500 S. Jefferson Davis Parkway, Apt. 1, New Orleans, Louisiana 70119, taken in the offices of Bruno & Bruno, 855 Baronne St., Second Floor, New Orleans, Louisiana on Monday, the 16th day of July, 2007 at 9:16 a.m.

GLADYS LaBEAUD (LEVEE) 7/16/2007

Page 30

```
1   A.  Darryl has since then, but not at
2   first.
3   Q.  Wait. I didn't follow you.
4   A.  Darryl has since then, but not at
5   first.
6   Q.  Okay. Well, have you always lived
7   there in one side?
8   A.  Yes.
9   Q.  So since you purchased 1708
10  Industry you've always lived in that side of
11  the double?
12  A.  Yes.
13  Q.  Okay. Did you rent out the other
14  side of the double?
15  A.  Yes.
16  Q.  Okay. And how much rent did you
17  initially get for 1710 Industry?
18  A.  Initially about 265 at first.
19  Q.  Okay. Now, did you continue to
20  rent that the whole time you owned the
21  property up to Hurricane Katrina?
22  A.  Yes.
23  Q.  Okay. Now, I think you said at
24  some point Darryl lived in the house. Did he
25  live with you or did he live in 1710?
```

Page 31

```
1   A.  1710.
2   Q.  Okay. When he lived in 1710 did he
3   pay you rent?
4   A.  Yes.
5   Q.  Okay. Did the rent change from the
6   time you purchased the house until Hurricane
7   Katrina?
8   A.  Yes.
9   Q.  Okay. What was the rent at the
10  time of Hurricane Katrina?
11  A.  $450.
12  Q.  Do you remember who was renting it
13  before Hurricane Katrina?
14  A.  Darryl.
15  Q.  Darryl was?
16  A.  Yes.
17  Q.  And Darryl would pay you $450 a
18  month?
19  A.  Yes.
20  Q.  Did Darryl have a written lease
21  with you?
22  A.  No.
23  Q.  It was just a verbal oral
24  agreement?
25  A.  Yes.
```

Page 32

```
1   Q.  Okay. And how long before
2   Hurricane Katrina had Darryl lived at 1710
3   Industry approximately?
4   A.  Sixteen, eighteen months, something
5   like that.
6   Q.  And the whole time in those sixteen
7   to eighteen months he was paying you the $450
8   a month rent?
9   A.  Yes.
10  Q.  Would he write a check to you in
11  that amount?
12  A.  Sometimes. Most times cash.
13  Q.  Did Darryl live there by himself or
14  did he have a family?
15  A.  He had a wife.
16  Q.  Did Darryl pay any utilities?
17  A.  Yeah.
18  Q.  Did he pay for his own water or did
19  you pay that?
20  A.  Water was included.
21  Q.  Included in the $450 a month?
22  A.  Uh-huh.
23  Q.  Had -- who had lived in the
24  apartment before Darryl?
25  A.  A person Charles Butler.
```

Page 33

```
1   Q.  Charles Butler?
2   A.  Yeah.
3   Q.  And how long had Mr. Butler lived
4   at 1710 Industry?
5   A.  Maybe about four or five years. I
6   don't really know.
7   Q.  Okay. So he was a long-term
8   tenant?
9   A.  Uh-huh.
10  Q.  And how much rent did he pay?
11  A.  Four twenty-five.
12  Q.  Okay. And did he have a written
13  lease agreement with you?
14  A.  No.
15  Q.  And he would pay his own utilities?
16  A.  Yes.
17  Q.  Okay. But you would pay the water
18  for his side?
19  A.  Yes.
20  Q.  And did he have any other expenses
21  other than the utilities in renting 1710
22  Industry?
23  A.  No.
24  Q.  Okay. Was there any kind of yard
25  expense?
```

9 (Pages 30 to 33)