UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO.: 05-4182

                                      SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

LEVEE DEFENDANTS' JOINT REPLY DESIGNATIONS FOR PAUL D.
KUHLMEIER, PH.D., P.E., P.G. (SEPTEMBER 21, 2007 DEPOSITION)

| FROM | | TO | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 1 | 1 | 1 | 25 |
| 9 | 13 | 9 | 19 |
| 10 | 22 | 11 | 3 |
| 15 | 19 | 16 | 12 |
| 22 | 15 | 23 | 7 |

EXHIBIT 3

| | | | |
|---|---|---|---|
| 24 | 10 | 25 | 3 |
| 25 | 23 | 26 | 15 |
| 27 | 23 | 29 | 3 |
| 29 | 10 | 29 | 18 |
| 30 | 2 | 30 | 6 |
| 31 | 17 | 32 | 20 |
| 34 | 8 | 34 | 18 |
| 34 | 25 | 35 | 15 |
| 38 | 7 | 38 | 18 |
| 39 | 9 | 40 | 3 |
| 40 | 11 | 40 | 18 |
| 43 | 2 | 45 | 21 |
| 46 | 2 | 46 | 21 |
| 47 | 1 | 47 | 4 |
| 47 | 17 | 48 | 5 |
| 55 | 5 | 56 | 6 |
| 62 | 11 | 64 | 1 |
| 64 | 22 | 65 | 1 |
| 67 | 2 | 70 | 18 |
| 73 | 15 | 74 | 12 |
| 75 | 18 | 76 | 5 |
| 77 | 11 | 77 | 25 |
| 80 | 2 | 80 | 15 |
| 80 | 19 | 81 | 4 |
| 82 | 14 | 86 | 22 |
| 87 | 19 | 88 | 20 |
| 91 | 1 | 92 | 23 |

| | | | |
|---|---|---|---|
| 98  | 20 | 99  | 14 |
| 100 | 9  | 101 | 19 |
| 107 | 2  | 107 | 5  |
| 108 | 10 | 109 | 4  |
| 114 | 2  | 115 | 6  |
| 120 | 21 | 121 | 9  |
| 130 | 24 | 131 | 6  |
| 139 | 24 | 141 | 15 |
| 142 | 16 | 144 | 16 |
| 153 | 14 | 153 | 16 |
| 154 | 2  | 154 | 8  |
| 157 | 24 | 158 | 11 |
| 167 | 22 | 171 | 25 |
| 172 | 9  | 172 | 11 |
| 172 | 22 | 173 | 20 |
| 177 | 11 | 177 | 14 |
| 178 | 3  | 178 | 9  |
| 178 | 18 | 179 | 25 |
| 180 | 22 | 182 | 10 |
| 189 | 9  | 189 | 19 |
| 190 | 13 | 190 | 24 |
| 193 | 18 | 194 | 5  |
| 194 | 11 | 194 | 20 |
| 201 | 7  | 202 | 4  |
| 210 | 8  | 211 | 3  |
| 214 | 15 | 216 | 6  |

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6

 7   IN RE:  KATRINA CANAL BREACHES        CIVIL ACTION
     CONSOLIDATED LITIGATION
 8                                         NO. 05-4182
                                                "K" (2)
 9   PERTAINS TO:  MRGO                    JUDGE DUVAL

10   FILED IN:  05-4181, 05-4182,          MAG. WILKINSON
     05-5237, 05-6073, 05-6314,
11   05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885,
12   06-2152, 06-2278, 06-2287,
     06-2824, 06-4024, 06-4065,
13   06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155,
14   06-5159, 06-5161, 06-5162,
     06-5260, 06-5771, 06-5786,
15   06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285
16

17

18             Videotaped Deposition of

19                PAUL DEAN KUHLMEIER,

20   5296 East Softwood Drive, Boise, Idaho 83716,

21   taken in the offices of Duplass, Zwain,

22   Bourgeois, Morton, Pfister & Weinstock, 3838

23   North Causeway Blvd., Suite 2900, Three

24   Lakeway Center, Metairie, Louisiana 70002, on

25   Friday, September 21, 2007.
```

Page 6

1   VIDEO OPERATOR:
2       This is the videotaped deposition
3   of Paul Kuhlmeier. This deposition is
4   being taken in the matter of Katrina
5   Canal Breaches Consolidated
6   Litigation, taken for the Eastern
7   District of Louisiana. We're at the
8   law offices of Duplass, Zwain located
9   at 3838 North Causeway Boulevard,
10  Suite 2900, in Metairie, Louisiana.
11      Today's date is September 21st,
12  2007. My name is Ken Hart. I'm a
13  Certified Legal Video Specialist with
14  Hart Video of Louisiana. The Court
15  Reporter is Roger Johns with Johns
16  Pendleton & Associates.
17      Would Counsel please introduce
18  themselves.
19  MR. REICH:
20      Dennis Reich, one of the
21  attorneys for the Plaintiffs.
22  MR. BRUNO:
23      Joseph Bruno, Plaintiffs Liaison
24  Counsel.
25  MR. ANZELMO:

Page 7

1       Tommy Anzelmo for the Orleans
2   Levee District.
3   MR. TREEBY:
4       William D. Treeby for Washington
5   Group International.
6   MS. ECHOLS:
7       Julianne Echols for the Gulf
8   Group.
9   MR. MAYEAUX:
10      Ben Mayeaux, Orleans Levee
11  District.
12  MR. ZWAIN:
13      Gary Zwain, East Jefferson Levee
14  District.
15  MS. SHERMAN:
16      Kea Sherman, Jefferson Parish.
17  VIDEO OPERATOR:
18      Would the Court Reporter please
19  swear in the witness.
20      PAUL DEAN KUHLMEIER,
21  5296 East Softwood Drive, Boise, Idaho 83716,
22  after having been duly sworn by the
23  before-mentioned court reporter, did testify
24  as follows:
25  MR. ZWAIN:

Page 8

1       This will be a read and sign,
2   Roger.
3       And before you begin, Dennis, I
4   think yesterday Dr. Kuhlmeier received
5   some additional material from the
6   Corps of Engineers, and I am going to
7   share that with you now.
8       I have got some spare copies.
9   You want one?
10      For the record, I have given him
11  a sheet that has on the upper
12  left-hand corner "37 versus 20 capture
13  areas".
14      (Whereupon a discussion was held
15  off the record.)
16  MR. REICH:
17      We're ready?
18  MR. ZWAIN:
19      Yes, sir.
20  EXAMINATION BY MR. REICH:
21  Q.  Please state your full name for the
22  record.
23  A.  I did, didn't I? Do it again? Paul
24  Dean Kuhlmeier.
25  Q.  And do you go by Doctor?

Page 9

1   A.  I do.
2   Q.  Dr. Kuhlmeier, when were you
3   initially retained in this case?
4   A.  In around March of 2006.
5   Q.  When were you retained to serve as
6   an expert witness in the Murphy Oil
7   litigation?
8   A.  I think December of '05. That's my
9   best remembrance.
10  Q.  What experience do you have in
11  dealing with class certification issues?
12  A.  What do you mean?
13  Q.  Have you previously testified as an
14  expert witness in a class case?
15  A.  Yes.
16  Q.  And can you identify that case,
17  please?
18  A.  Well, the most recent one was the
19  one you just alluded to, Murphy Oil.
20  Q.  Other than Murphy Oil, have you ever
21  participated as an expert witness in a class
22  case?
23  A.  I may have. I don't remember
24  specifically which cases those might have
25  been, if any.

Page 10

1  Q. If you take a look at your report, I
2  believe you identify the cases in which you
3  have participated in over the past five
4  years. Is that correct?
5  A. I believe so.
6  Q. All right. Do any of those cases
7  involve class issues other than Murphy Oil?
8  A. I'd have to look at the cases to
9  give you a response.
10 Q. Do you have a copy of your report
11 with you?
12 A. No.
13 Q. I'll mark it Kuhlmeier 1. I hand
14 you what has been marked for identification
15 purposes as Kuhlmeier 1. Can you tell me what
16 cases other than Murphy Oil were class cases,
17 if any?
18 A. I don't know for sure. Some of
19 these have multiple Plaintiffs, but whether or
20 not they would be characterized as a class, I
21 -- I wouldn't know.
22 Q. Have you ever testified at a class
23 certification hearing?
24 A. Yes.
25 Q. Can you identify those cases in

Page 11

1  which you testified at a class certification
2  hearing?
3  A. The Murphy Oil case.
4  Q. Is that the only one that comes to
5  mind?
6  A. In this group, yes.
7  Q. All right. Have you ever read Rule
8  23 of the Federal Rules of Civil Procedure?
9  A. Not to my knowledge.
10 Q. Have you read any case law
11 concerning criteria that courts use in
12 deciding whether or not to certify a case as a
13 class?
14 A. Yes, I have -- I have read
15 information to that effect.
16 Q. In connection with this litigation,
17 have you ever been presented any cases that
18 address class action issues?
19 A. I'm sorry, cases? I have been given
20 -- Have I been given briefs on case law? Or
21 what's your question?
22 Q. Briefs or cases, reported cases.
23 A. I really don't know what you're
24 talking about, so I would have to say no.
25 Q. All right. Have you read any law

Page 12

1  that pertains to class certification issues?
2  A. Have I read any law?
3  Q. Yes.
4  A. You'd have to define what you mean
5  by "law".
6  Q. What does "law" mean to you?
7  A. It could mean anything, quite
8  frankly. So, I mean, that's so broad I
9  couldn't even begin to answer it.
10 Q. Have you read any case law, reported
11 decisions that deal with Rule 23 of the
12 Federal Rules of Civil Procedure or class
13 issues?
14 A. I may have in the past. I have no
15 specific recollection of what those might have
16 been.
17 Q. Were you given any guidance with
18 respect to what courts look at in deciding
19 whether or not to certify cases as class
20 actions?
21 A. I have looked at information to that
22 effect in the past, yes.
23 Q. Can you identify that type of
24 information that you've looked at in the past?
25 A. No. Not specifically.

Page 13

1  Q. Did you look at such information in
2  connection with your preparation for this
3  deposition?
4  A. You're talking about commonality,
5  numerosity, things of that nature?
6  Q. Yes. Yes. Yes.
7  A. That's what you're trying to get at
8  with these questions?
9  Q. Yes. Class issues.
10 A. Right. I have read information to
11 that effect. I cannot give you a citation as
12 to a specific reference, a case law,
13 statutory, you know, review, whatever. I
14 can't cite anything specifically.
15 Q. Did you read such information in
16 connection with the Murphy case or in
17 connection with this case, or both?
18 A. Not in this -- this case. I can
19 tell you that. Whether or not I looked at
20 that with respect to Murphy, I don't have any
21 -- I may or may not have. I just don't
22 recall.
23 Q. And from reviewing those materials,
24 did you develop an understanding of what
25 "commonality" means?

Page 14

1    A.  At some point in the past I'm sure I
2    did.
3    Q.  Can a shared course of conduct
4    constitute commonality?
5    A.  I am not --
6       MR. ZWAIN:
7         I object to the question insofar
8       as it calls for a legal conclusion.
9       THE WITNESS:
10        I wouldn't be in a position to
11      answer that.
12   EXAMINATION BY MR. REICH:
13   Q.  Do you have a concept in your own
14   mind as you sit here today of what
15   "commonality" means?
16      MR. ZWAIN:
17        The same objection.
18      THE WITNESS:
19        Not without a lot more context in
20      the question.
21   EXAMINATION BY MR. REICH:
22   Q.  In your report, did you not
23   criticize the Plaintiffs for seeking to use
24   the east bank area as a subclass?
25   A.  Did I criticize them for what now?

Page 15

1    Q.  Trying to treat the east bank area
2    as a subclass.
3    A.  Are we talking about Orleans east
4    bank in your --
5    Q.  Yes.
6    A.  -- east bank?  Is those the same to
7    you?
8    Q.  Yes.
9    A.  That's what -- That is correct.  I
10   did.
11   Q.  All right.  And what was your basis
12   for writing in your report that the Plaintiffs
13   could not properly treat the east bank area as
14   a class?
15      MR. ZWAIN:
16        You want to cite him to a
17      specific section of the report?
18   EXAMINATION BY MR. REICH:
19   Q.  Yes.  Take a look at your report,
20   and I believe it's toward the end.  See if I
21   can find it quickly.
22        Look at page 8-6, the first full
23   paragraph, which reads "Finally, unlike Mr.
24   Kok's report, this report assesses relative
25   source contributions to flooding at 22

Page 16

1    specific class representatives's properties.
2    Conclusions reached vary from location to
3    location and temporarily within each
4    location.  Furthermore, none appear
5    representative of any other property.  Each
6    location within the class and subclass
7    boundaries requires individual assessment
8    particularly insofar as elevation measurements
9    are concerned.  Such assessments are incapable
10   of being performed on a class-wide basis."
11        Is that your language?
12   A.  It is.
13   Q.  Did you write that?
14   A.  I certainly did.
15   Q.  Now, did you write your expert
16   report in its entirety by yourself?
17   A.  Yeah.  I wrote the report.
18   Q.  Okay.
19   A.  I mean, subject to -- to the
20   references, et cetera, that I use.
21   Q.  You did not have any assistance in
22   the preparation of the report?
23   A.  No.
24   Q.  Was your report critiqued by anyone
25   other than the lawyers who hired you?

Page 17

1    A.  It may or may not have been.  I'm
2    not -- I didn't have anybody on my staff
3    critique it.
4    Q.  How many iterations of your report
5    did you prepare?
6    A.  I only have one report.
7    Q.  What did you do with draft copies?
8    A.  I don't create drafts.  I simply
9    continue to develop a single document.
10   Q.  And after you prepared the first
11   draft of your report, did you submit it to
12   Counsel for review?
13   A.  No.
14      MR. ZWAIN:
15        Counsel, you're aware that this
16      case management order precludes
17      production of the discovery of drafts
18      of reports.
19      MR. REICH:
20        I understand that.  I understand
21      it may preclude productions of drafts
22      of reports, but I am just trying to
23      get a sense of how many reports he may
24      have prepared.
25   EXAMINATION BY MR. REICH:

Page 22

1  doing.
2     A.  Initially when he contacted me?
3     Q.  Yes.
4     A.  Well, like I said, that was like
5  March of '06 and the conversation, as I
6  recall, was very brief. He introduced
7  himself, said he was working on behalf of the
8  Orleans Levee District, and would I be
9  interested in helping him at some future time
10 in this, what is now this litigation. That's
11 about it.
12    Q.  Had you ever done work before for
13 the Orleans Levee District?
14    A.  No, sir.
15    Q.  Have you done any work on any type
16 of water project in the state of Louisiana?
17    A.  Well, you would have to be much more
18 specific. With respect to water?
19    Q.  Yes.
20    A.  Yes.
21    Q.  Okay. Can you identify such
22 projects?
23    A.  Sure. I do a lot of work for the
24 Kansas City Southern Railroad. We have a very
25 large operation -- In fact, the largest yard

Page 23

1  in the entire system is in Shreveport. So I
2  have been working with the KCS for the last
3  seven years. So I'm responsible for
4  environmental projects that involve chemicals,
5  waste treatment, water transport, run-off
6  control, things of that nature for their
7  operations here in Louisiana.
8     Q.  Can you identify for me all flood
9  control projects that you have worked on in
10 the state of Louisiana?
11    A.  None that I am aware of.
12    Q.  Have you ever been involved in flood
13 control projects elsewhere in the United
14 States?
15    A.  I may have been. I just don't
16 recall any specific projects off the top of my
17 head.
18    Q.  Have you ever designed a levee
19 system?
20    A.  Well, that's a very broad statement,
21 so you'd have to tell me what specifically you
22 mean by "levee".
23    Q.  A large scale levee system that is
24 designed to provide protection from surging
25 storm waters.

Page 24

1     A.  To protect a rail yard or to protect
2  the city of Los Angeles?
3     Q.  Well, let's begin with first a
4  municipality or a governmental creation, some
5  type of governmental entity. It could be a
6  county, a city.
7     A.  I haven't, to the best of my
8  remembrance, worked on any projects for a
9  local agency.
10    Q.  What is the largest levee system
11 project that you worked on?
12    A.  Well, I remember when I was at the
13 SP we have large operations through
14 California, and several -- some of those are
15 right along -- you know, in the bay area.
16 There -- Well, San Francisco Bay and the South
17 bay; and down in southern California along the
18 Sacramento River, we got a large -- It's UP
19 now, but they got a large yard in Sacramento
20 along the American River. They have got --
21 And I worked for the government in the '80s,
22 so I was responsible for environmental
23 projects in -- in -- you know, for facilities
24 like Naval Weapons Facility Concord, Naval
25 Shipyard Mare Island, and in the Bay itself

Page 25

1  there was a Naval Air Station Moffett. I
2  worked on projects in the east coast; worked
3  on projects overseas.
4     Q.  What percentage of the projects have
5  you worked on in the course of your activity
6  as a civil engineer involving hydrology?
7     A.  You're saying what percentage of my
8  work is on --
9     Q.  Yes. Yes.
10    A.  I -- I don't know, I have never
11 thought of trying to categories -- categorize
12 it in that fashion.
13    Q.  You also do work involving
14 environmental contamination issues; correct?
15    A.  Yes, sir.
16    Q.  You do work on Super Fund sites;
17 correct?
18    A.  Yes, sir.
19    Q.  A good deal of the work that you
20 have done over your career has involved
21 remediation activity; correct?
22    A.  A fair amount of it.
23    Q.  From looking at your C.V., I got the
24 sense that perhaps 80 to 90 percent of your
25 work does not involve hydrology. Would that

Page 26

1  be a fair statement?
2    A.  No, not even close.
3    Q.  What percentage of your work do you
4  think then involves hydrology?
5    A.  Well, like I said, I can't tell you
6  specifically, but what -- what you apparently
7  don't understand is that environmental
8  contamination problems are most often
9  multimedia so they involve surface -- may
10 involve surface water, groundwater, perhaps
11 air transport, soil distribution, what we call
12 the unsaturated soils.  So as a consequence, a
13 multi-dimensional environmental project may
14 have aspects of hydraulics, hydrology, as well
15 as physical processes.
16   Q.  Let me narrow the field then.  Let's
17 talk about flood control projects.  What
18 percentage of your professional activity over
19 your career has involved flood control
20 projects?
21   A.  Again, I couldn't give you a
22 percentage.
23   Q.  Over the past five years, can you
24 identify for me any flood control projects
25 that you worked on?

Page 27

1    A.  None.
2    Q.  None?
3    A.  That I recall off the top of my
4  head.
5    Q.  Over the past ten years, what
6  percentage of the work have you been involved
7  in that deals with flood control projects?
8    A.  Well, that, I can't answer.  I don't
9  know.
10   Q.  Can you think of any?  If you were
11 to look -- Can you think of any?
12   A.  Oh, sure.
13   Q.  Okay.
14   A.  I have done work in Brunei and --
15   Q.  What year was that?
16   A.  That would be in the late '90s.
17 Let's see.  And --
18   Q.  Was there a flood control project in
19 Brunei that you dealt with?
20   A.  It was actually affiliated with the
21 environmental project that it was associated
22 with, refining operations in the country.
23   Q.  And what was your responsibility in
24 Brunei?
25   A.  Well, the essence, we were to

Page 28

1  evaluate the blow-down ponds that were near
2  the ocean that were creating a contaminant
3  problem locally on land as well as in the
4  ocean and the -- Shell was looking for support
5  in remediating the ponds, changing the
6  dynamics of the ponds so that it minimized the
7  run-on, run off and pollution.  So that
8  project would have had, you know, a
9  hydraulics, hydrology component that
10 integrated with the sea, for instance, the
11 ocean.
12   Q.  Would you classify that type of
13 project, though, as a flood control project?
14   A.  It was -- It included levees, dikes,
15 run-off, run-on control, which would be akin
16 to the same type of fundamental processes
17 that, you know, flood control would impart.
18   Q.  Professionally, do you consider
19 yourself to be a modeler?
20   A.  A modeler?
21   Q.  A modeler.  In other words, do you
22 have expertise in handling hydraulic and
23 hydrologic models?
24   A.  I do.
25   Q.  And how long have you been doing

Page 29

1  that for?
2    A.  Probably since the beginning of my
3  career to some -- to some degree or another.
4    Q.  Who is your current employer?
5    A.  I work for myself.  I'm a sole --
6  sole proprietor.
7    Q.  How long have you been a sole
8  proprietor?
9    A.  The last six -- six, seven years.
10   Q.  I hand you what has been marked for
11 identification purposes as Kuhlmeier 3.  Is
12 this a current copy of your C.V.?
13   A.  Well, it appears this one was from
14 2005, you know, based on the consulting rate
15 sheet at the back.  So it's fairly current.
16   Q.  Any updates that you would like to
17 make?
18   A.  Not that I am aware of.
19   Q.  Does the C.V. reflect that you are a
20 sole proprietor?
21   A.  It does not specifically state that
22 Paul Kuhlmeier is a sole proprietor.
23   Q.  Do you operate in a corporate
24 capacity?  Do you have a corporation through
25 which you operate your business?

```
                                        Page 30
1    A.  No.
2    Q.  And can you tell me a little bit
3    about the work that you do as a sole
4    proprietor?
5    A.  Well, I'm a practicing civil
6    environmental engineer.
7    Q.  And can you give me some
8    representative clients outside of litigation?
9    A.  Kansas City Southern Railroad.
10   Q.  Did you ever work for a railroad
11   company?
12   A.  Yes, sir.
13   Q.  Which one?
14   A.  Southern Pacific.
15   Q.  Did Southern Pacific absorb your
16   current client?
17   A.  No.
18   Q.  Do you have any other railroad
19   companies that are currently clients?
20   A.  Currently clients?
21   Q.  Yes.
22   A.  No.
23   Q.  And what kind of work do you do for
24   your railroad company --
25   A.  Well, I think I have already --
```

```
                                        Page 31
1    Q.  -- client?
2    A.  -- indicated to you what I have done
3    for -- what I do for the KCS.
4    Q.  Any other clients outside of
5    litigation?
6    A.  Most of my work is with the KCS.  I
7    have an ongoing employment contract with the
8    KCS to serve as its director of environmental
9    remediation.  So the vast majority of my time
10   is spent on railroad projects.
11   Q.  And what percentage of the railroad
12   work involves flood control projects?
13   A.  I would say, you know, specifically
14   as you characterize flood control in the
15   context -- in the context of something akin to
16   the levees here in New Orleans, very little.
17   Q.  Do you currently hold a tenured
18   faculty position with any university?
19   A.  No.
20   Q.  You have, though, taught in the
21   past; correct?
22   A.  Yes, sir.
23   Q.  And what did you actually teach?
24   A.  That's on my C.V., you notice.
25   Q.  When you were at a university, did
```

```
                                        Page 32
1    you use with your students particular types of
2    hydraulic and hydrologic models?
3    A.  Sure.
4    Q.  Which ones did you use?
5    A.  It depends on the course and the
6    focus of the class.
7    Q.  Have you used most of the models
8    prior to this litigation that the Army Corps
9    currently uses?
10   A.  Sure.  Absolutely.
11   Q.  When did you first start using the
12   HAC-HMS model?
13   A.  Right around 1995 when it was first
14   published.
15   Q.  What about the HEC-RAS model?
16   A.  I believe they came out about the
17   same time.
18   Q.  Have you ever used the model used by
19   the Delft team, the SOBEK-1D/2D model?
20   A.  No, sir.  It's a proprietary code.
21   Q.  Have you ever used --
22       MR. BRUNO:
23           That's not responsive.
24       MR. ZWAIN:
25           He said no, it's a proprietary
```

```
                                        Page 33
1    code.
2        MR. BRUNO:
3            It's not responsive.
4        MR. ZWAIN:
5            It is absolutely responsive.
6        MR. BRUNO:
7            The fact that it's proprietary
8    has nothing to do with whether or not
9    he's used it.
10       MR. ZWAIN:
11           He said no, it's a proprietary
12   code.  It's direct --
13       MR. BRUNO:
14           I object.  It's not responsive.
15       MR. ZWAIN:
16           So object.
17   EXAMINATION BY MR. REICH:
18   Q.  In fact, you have not used the
19   SOBEK-1D/2D model.  Is that correct?
20       MR. ZWAIN:
21           Asked and answered.
22   EXAMINATION BY MR. REICH:
23   Q.  You can answer it.
24   A.  I think I answered the question.
25   Q.  Your answer is no, you have not used
```