Page 34

1  that model? Is that correct?
2     A. Sir, I believe my answer was no,
3  because it's a proprietary code. You don't
4  have access to it.
5     Q. Objection, non-responsive.
6         Have you used the Slosh model?
7     A. No.
8     Q. Any other models that you have used
9  that are for the purpose of determining flow
10 rates or surface elevations of water?
11    A. Yes.
12    Q. Okay. Could you identify them,
13 please?
14    A. Well, I used the precursors to the
15 HEC-HMS and RAS models, HEC-1, HEC-2, and
16 HEC-6. 6 is sediment transport. And I have
17 also utilized analytical equations for
18 evaluation of surface profiles.
19    Q. Have you ever developed any codes
20 for any hydrologic or hydraulic models?
21    A. Well, that's a really broad
22 statement. It depends on what you mean by
23 "code". My answer could be yes or no
24 depending on what your definition of --
25    Q. Have you ever published any papers

Page 35

1  on models?
2     A. That involve models?
3     Q. Yes.
4     A. Yes.
5     Q. Okay. Can you identify the papers
6  and give me a short synopsis of the content of
7  those papers?
8     A. Let's see. I remember writing one
9  in the early -- mid '80s on surface water
10 transport run-off from surface mining
11 activity. My Ph.D. dissertation utilizes HEC,
12 HEC-2 -- HEC-1, HEC-2 and HEC-6.
13    Q. Other than --
14    A. Those are two that come right off
15 the top of my head.
16    Q. Other than your Ph.D. dissertation
17 and the one paper that you just mentioned --
18 and can you tell me what the reference is for
19 that paper? Is it on your C.V.?
20    A. I don't know.
21    Q. It's right there.
22    A. Oh, I'm sorry.
23        No, it doesn't go back far
24 enough. It looks like I list papers through
25 -- back through 1989.

Page 36

1     Q. Would you agree that the models have
2  changed dramatically over the years?
3     A. How so?
4     Q. Haven't they improved the ability to
5  calculate flow rates or to determine water
6  surface elevations from a given set of
7  inputs? Hasn't the accuracy of modeling
8  improved significantly from the '70s through
9  the present time?
10    A. Well, you know, the fundamental
11 equations that are the underlying basis for
12 models, you know, Newton's Law, Bernoulli's
13 Law, they haven't changed.
14    Q. Okay.
15    A. Now, with our ability and increasing
16 computer power and sophistication, we're in a
17 position to make more calculations more
18 efficiently and, you know, time -- timely
19 fashion. And so in that sense. I am not sure
20 I am answering your question, but I am not
21 sure I know how to answer it actually, you
22 know.
23    Q. So do you believe that basically the
24 guts of these models, the equations that
25 underlie the models, or algorithms, have they

Page 37

1  remained pretty much the same over the years
2  --
3     A. Yes.
4     Q. -- since you began working with
5  models?
6     A. Yes.
7     Q. Where do the refinements come then?
8     A. In large measure in the, as I just
9  mentioned, the, you know, the increased
10 computing power has allowed us to develop, you
11 know, finite difference and finite element
12 mesh models that run on computers and, as a
13 consequence, it's able -- we're able to
14 produce results in a more timely manner than
15 what, you know, in the past would have taken
16 you a very long time, you know, to produce the
17 same type of output.
18    Q. So what are your favorite models
19 today?
20    A. Well, I drive a Toyota.
21    Q. Well, --
22        MR. BRUNO:
23        Let's go off the record for a
24 second.
25        VIDEO OPERATOR:

Page 38

1  Off the record.
2  (Whereupon a discussion was held
3  off the record.)
4  VIDEO OPERATOR:
5  We're now back on the record.
6  EXAMINATION BY MR. REICH:
7  Q. What models do you like to use when
8  you do your hydraulic or hydrologic modeling?
9  A. Well, I believe that the HEC-HMS and
10 HEC-RAS models are state of the art for this
11 type of use.
12 Q. Are there any other models that are
13 deemed by any authoritative source as
14 appropriate for performing functions similar
15 to the HEC-RAS and the HEC-HMS models?
16 A. Here in the United States, to the
17 best of my knowledge, that's the primary, you
18 know, model that's used.
19 Q. I have seen some references from
20 reading materials involved in this litigation
21 to the Slosh model. You indicated you have
22 never used that one before; is that correct?
23 A. Well, the Slosh model is a wave
24 model. That's not -- That's completely
25 different from the HEC-RAS, HEC-HMS model.

Page 39

1  Q. Now, the Slosh model, though, was
2  used, what, back in the '80s generally?
3  A. Like I said, I really don't know any
4  -- I have no specific knowledge of the Slosh
5  model.
6  Q. Are you familiar with a model called
7  the -- I believe it's called the WIFM model?
8  A. No.
9  Q. When you were retained in this case,
10 were you told to use specific models to
11 evaluate water flows and water heights?
12 A. No.
13 Q. Tell me a little more about the
14 scope of your assignment.
15 A. For the purposes of the class
16 certification hearing that's coming up, I have
17 two primary objectives. One was to determine
18 the flood water source distribution to the
19 group of plaintiff, what do you call it, class
20 representative properties and then determine
21 whether or not those results were indicative
22 or could be indicative of all of the many tens
23 of thousands of properties within the 28,400
24 acres encompassed in Orleans east bank or,
25 alternatively, within one or more of the five

Page 40

1  plaintiff proposed subclasses. And then the
2  second objective was to review and critique
3  the expert reports by Plaintiff experts.
4  Q. Were you asked to look at the class
5  representatives's properties and make any
6  determination whether those properties were
7  consistent with the types of properties owned
8  by non-class representatives or putative class
9  members? Do you understand the question?
10 A. No, I am not sure.
11 Q. Were you asked to make any
12 determination of whether the properties that
13 were owned by the class representatives, the
14 named Plaintiffs in the class action lawsuit,
15 shared characteristics with the non-named
16 class members?
17 A. That was not a specific task of
18 mine.
19 Q. Have you ever done -- Okay. Have
20 you ever done that in this case?
21 A. To the extent that I have looked
22 through -- you know, driven around the
23 neighborhoods and seen several of these class
24 representative properties and the
25 neighborhoods in which they exist, I have done

Page 41

1  that, you know, in an ad hoc fashion.
2  Q. At the time that you were retained
3  in this case, were there in fact class
4  definitions identified in the Complaint?
5  A. Definition? You mean the five
6  subclasses?
7  Q. Yes.
8  A. There are -- They were in the Master
9  Complaint that I reviewed when I started, yes.
10 Q. And did you take a tour early on to
11 look at these particular subclass areas?
12 A. I have toured around the Orleans
13 east bank, yes.
14 Q. And did you also look at the general
15 class area?
16 A. You mean the 28,400 acres that
17 encompasses the Orleans east bank?
18 Q. No. Yes. Yes. Basically the
19 entire east bank area. You covered the
20 territory pretty much?
21 A. Well, first of all, I consider east
22 bank on the other side of -- on the other side
23 of the Industrial Ship Canal. I consider
24 Orleans east bank as defined by this
25 litigation to be what's west -- an area west

Page 42

1  of the Industrial Ship Canal.
2      Q. That's what I am referring to.
3      A. Okay.
4      Q. If I use the term "Orleans east
5  bank", I am referring to the area between the
6  17th Street Canal on the west and the
7  Industrial Canal or the IHNC on the east, Lake
8  Pontchartrain on the north in general terms,
9  the Mississippi River on the south.
10     A. Right.
11     Q. Okay. So we're on the same
12 wavelength.
13     A. But Orleans east is something
14 different to me.
15     Q. Right. I understand.
16     A. Okay.
17     Q. And do you often call that area
18 which you have just described the Orleans
19 metro bowl? Is that the same thing?
20     A. I have seen it called that, yes.
21     Q. In your mind, does it mean the same
22 thing as Orleans east bank?
23     A. No.
24     Q. All right. What's the distinction?
25     A. I characterize the Orleans metro

Page 43

1  area more as the downtown area.
2      Q. All right. Were you asked to
3  determine whether or not within the Orleans
4  east bank there was hydraulic connectivity
5  between the different geographical areas
6  comprising the east bank?
7      A. Yes.
8      Q. And describe that process that you
9  performed to determine whether you had a
10 single entity or an entity that you were going
11 to break up into many different components.
12     A. It's first and foremost a function
13 of topography. So I utilized the most
14 detailed topographic information that's
15 available and evaluated the definitions of
16 capture areas based on topography.
17         Secondly, I looked at the
18 connections as a function of the drainage
19 systems that were installed for, you know,
20 rainwater transport and removal, and then also
21 the various types of connections associated
22 with highway overpasses or railroad bridges
23 and things of that that would -- of that
24 nature that would create a conduit for surface
25 water flow.

Page 44

1      Q. Did you develop any criteria by
2  which you would determine exactly what the
3  geographical contours would be for these
4  sub-basins?
5      A. They're topography-based
6  fundamentally.
7      Q. And what topographical factors did
8  you look to in order to determine the contours
9  of these discrete areas?
10     A. Well, I think I just mentioned
11 things such as, you know, natural features
12 like the Gentilly Metairie ridge and man-made
13 features such as highway grades, railroad
14 embankments, things of that nature.
15     Q. So is this pretty much an ad hoc
16 process? In other words, you looked at the
17 topography from a map and you started drawing
18 boundaries?
19     A. Ad hoc? No, sir.
20     Q. What guidance did you follow? What
21 authorities did you look to in order to create
22 these discrete units?
23     A. Again, we have gone through that.
24 The topography, both natural features and
25 man-made structures.

Page 45

1      Q. Well, suppose you have basins that
2  are hydraulically connected, where you have
3  water that could flow from one to another. Do
4  you treat that as one unit or do you treat
5  that as two units?
6      A. Well, that would depend on precisely
7  where you're talking about. If you're talking
8  about a conduit from one to the other, there
9  may be -- what you're talking about is a
10 transference point or area from what may be
11 one capture basin into another.
12     Q. And under what conditions would you
13 determine whether the basin or sub-basins were
14 a single entity phenomenon or a multiple
15 entity phenomenon?
16     A. The same thing we talked about.
17 Topography and physical features.
18     Q. Did you consult with others to make
19 the judgment as to how you would carve up the
20 east bank, Orleans east bank?
21     A. No, sir.
22     Q. So it was your own judgment?
23     A. No, sir.
24     Q. Okay. Did you just follow what was
25 done in IPET?

Page 46

1  A. Yes.
2  Q. And IPET had 20 sub-basins
3  essentially; correct?
4  A. 20, yes.
5  Q. And you have just presented me with
6  this morning a diagram which purports to now
7  have 37. Is that correct?
8  A. Yes.
9  Q. Now, is your work superior to what
10 IPET did?
11 A. I think I write in a number of
12 locations within my report that the Orleans
13 east bank can be refined into many dozen
14 basins and that the 37 basin iteration that
15 you have in front of you today is the next
16 evolution of a continuingly developing
17 process.
18 Q. Have you presented your work to the
19 Army Corps or the Orleans Levee District or
20 any other authority?
21 A. Yes.
22 Q. To whom did you present what I have
23 just marked as K-4?
24 A. The attorneys have seen this and the
25 Army Corps has seen this.

Page 47

1  Q. Who at the Army Corps did you
2  present this to?
3  A. The people at Army Corps in
4  Vicksburg.
5  Q. Did you do it in conjunction with
6  this litigation or did you tell them that they
7  need to refine their 20 capture areas and make
8  it 37 capture areas?
9  A. I'm not sure what you mean.
10 Q. You didn't understand the question?
11 A. No, sir.
12 Q. You want it read back?
13    MR. REICH:
14    I'll have it read back, please.
15    (Requested question read back.)
16 EXAMINATION BY MR. REICH:
17 Q. In other words, did you tell them
18 that in connection with the defense of the
19 lawsuit, you took their 20 basin area and
20 changed it into 37 and it would further
21 buttress their defense? Or did you say that
22 they had erred in creating only 20 capture
23 basins and that the IPET report should be
24 amended to reflect 37 capture basins?
25 A. No, I -- as I write in my report, I

Page 48

1  believe that the Orleans east bank can be
2  refined into many more capture basins. It's a
3  process that's ongoing, and what you see here
4  today is one advancement in that process. And
5  there may well be many more, sir.
6  Q. In fact, in your report you suggest
7  that you were working toward getting close to
8  70 capture basins. Is that true?
9  A. Actually, I think the report cites
10 60 or more.
11 Q. And are you going to go for 100?
12 A. The -- The -- The extent of the
13 refinement of this model at this point in time
14 is -- I cannot tell -- I do not know.
15 Q. Have you ever heard the expression
16 sometimes you can't see the forest from the
17 trees?
18 A. I have heard that expression.
19 Q. Do you think if you make so many
20 capture basins, ultimately a time will come
21 where you won't be able to see the forest?
22 A. I don't believe that there is a
23 parallelism between that statement and what I
24 am doing here.
25 Q. After the levees breached,

Page 49

1  particularly the 17th Street and the London
2  Avenue, and with the rainfall and the
3  overtopping, you reached a situation where
4  approximately 80 to 85 percent of all of the
5  ground surface was covered with water. Is
6  that true?
7  A. I think it was 7- -- 75 to 80
8  percent of the --
9  Q. All right.
10 A. -- of the study area contained some
11 water.
12 Q. In fact, you modeled the influence
13 of the levee breaches on the volume of water
14 as measured in acre-feet from different types
15 of events, from overtopping, from rainfall,
16 from levee breaches; correct?
17 A. Yes, sir.
18 Q. All right. And in your report you
19 have a graph that displays the influences of
20 these kinds of events in terms of both flow
21 rate, correct, as measured in cubic feet per
22 second as well as in acre feet? True?
23 A. I'd have to go back and look at my
24 report. It depends on --
25 Q. Just take a look. Let's pull that

Page 54

1  example, I notice it starts out at 8/28, then
2  8/29.
3      A.  Uh-huh (affirmatively).
4      Q.  The flooding began the morning of
5  8/29; correct?
6      A.  Yes.
7      Q.  All right. And then you have 8/29
8  again and then 8/30. So are you depicting 24
9  hour periods between the dates? The beginning
10 of 8/29 and where 8/30 begins?
11     A.  Yeah, the -- I have broken them up
12 into 12 hour blocks. So that's why you have
13 two for 30th, two on the 31st, one on the 28th
14 because it starts in the afternoon. And you
15 notice I think there's 12 little tick marks in
16 between the major lines.
17     Q.  So where 8/29 begins, that would be
18 12:00 A.M.?
19     A.  Uh-huh (affirmatively), midnight.
20     Q.  Right. And then 8/29 again, that
21 would be 12:00 P.M.?
22     A.  Noon.
23     Q.  All right. So it would be, you just
24 count the number of little tick marks, as you
25 called them, one, two, three -- It's

Page 55

1  approximately 9:00 P.M.? Is that when you had
2  peak discharge from the rain?
3      A.  Yes, somewhere in that vicinity, it
4  would appear.
5      Q.  And how did you go about determining
6  the stop and the start times for the different
7  events where you modeled the flow in cubic
8  feet per second? Rainfall in-flow, 17th and
9  London breaches, pumps, IHNC overtopping, and
10 then IHNC breaches. How did you select the
11 start and stop times?
12     A.  Data provided primarily in the Team
13 Louisiana and IPET reports.
14     Q.  So you looked to those reports. You
15 didn't use your own judgment in selecting
16 start and stop times. You used reports that
17 had gone through a peer review process.
18 Correct?
19     A.  Yes, sir.
20     Q.  All right. And you don't challenge
21 the start and stop times from any of those
22 reports, do you?
23     A.  That, I can't -- I may have -- have
24 some concerns over some of those at this point
25 in time. It's -- It's recognized that those

Page 56

1  documents were written in a hurried fashion in
2  the aftermath of Hurricane Katrina and so the
3  information continues to become available; and
4  as that information becomes available, I will
5  endeavor to refine my work to ensure it's the
6  most accurate as possible.
7      Q.  As you sit here today, you do not
8  have any data that contradicts the start and
9  stop times that are identified in the IPET
10 report or the ILIT report, do you?
11     A.  That's not true.
12     Q.  Did you see any start and stop times
13 that you felt were so flawed that you would
14 not incorporate them into your graphic on page
15 3-16 of your report?
16     A.  I believe that there is information
17 that's evolving that could alter these. And
18 in fact, they're articulated in my report.
19     Q.  Right now do you believe that the
20 graphical depiction that you have, figure 43,
21 is the best possible portrayal of stop and
22 start times for the different events that are
23 described in the legend?
24     A.  Not necessarily.
25     Q.  Do you plan on modifying figure 43?

Page 57

1      A.  I may.
2      Q.  Have you undertaken any work to do
3  so at this time?
4      A.  As we sit here today? No.
5      Q.  Do you plan on doing so?
6      A.  That depends on the instructions
7  from Counsel.
8      Q.  And at this point in time has
9  Counsel instructed you to come up with a
10 better graph than figure 43?
11     A.  No.
12     Q.  Rainfall actually went to zero on
13 8/29, did it not?
14     A.  At some point during the day, I
15 believe that's true.
16     Q.  And the overtopping went to zero on
17 the 29th as well; correct?
18     A.  Yes, sir.
19     Q.  And the Industrial Canal or IHNC
20 breaches went to zero on the 29th; correct?
21     A.  I think that's the case.
22     Q.  And the only thing that didn't go to
23 zero on the 29th was the water from the
24 breaches at the 17th Street and London Avenue
25 canals; true?

Page 62

1  the internal levee breaches; correct?
2     A.  Well, the sources of water, other
3  than rainfall, which is spread throughout the
4  many sub-basins in the model are on the
5  perimeter of the model and they're what we
6  call boundary conditions.  So they come into
7  the model, the IHNC from the east side, the
8  17th Street breach in the northwest corner,
9  and so on.
10    Q.  Objection, non-responsive.
11        That wasn't my question.  My
12 question is, you looked at how different water
13 sources such as rainfall, interior levee
14 breaches, overtopping from the IHNC, and pumps
15 influenced flow rates and volumes of water in
16 the east bank.
17    A.  Yes.
18    Q.  Did you determine approximately the
19 timing at which certain depths of water were
20 achieved over varying percentages of the east
21 bank?  Like 50 percent, 75 percent, et
22 cetera?
23    A.  You mean as an aggregate?
24    Q.  Yes.
25    A.  Taken as a --

Page 63

1     Q.  Yes.
2     A.  50 percent at a certain point in
3  time, 50 percent of the entire 28,400 acres,
4  whatever water is there?
5     Q.  Yes.
6     A.  I don't think I did that.
7     Q.  Did you reach any conclusion as to
8  when approximately 80 percent of the east bank
9  was covered with water?
10    A.  Well, you know, actually, let me go
11 back a little bit to your previous question.
12 If we look at my figures --
13    Q.  Well, can you answer that question
14 first?  The one I just asked you.
15    A.  I'm sorry.  I went back to -- I was
16 trying to think of -- Because I -- I didn't
17 actually expressly state, you know, at what
18 time certain percentages were distributed --
19 were inundated, but it's actually -- you can
20 get to that by looking at one of my figures
21 where I basically marry up with the same time
22 frames that the Delft folks came up with to
23 show the distribution of water throughout all
24 of Orleans east bank.  So in that sense, you
25 know, you could get that -- come to that

Page 64

1  conclusion through those graphics.
2     Q.  All right, sir.  Which graphics are
3  you specifically referencing?
4     A.  Yeah, I was looking for those.
5  Let's see.  They're near the back.
6        MR. SCATES:
7        Figure 58, page 8-7.
8        THE WITNESS:
9        58?  Thanks.
10       I don't -- You didn't give me a
11 copy.  Oh, here it is.
12 EXAMINATION BY MR. REICH:
13    Q.  Let me --
14    A.  No, it's here.  It's here.
15    Q.  All right.
16    A.  Yeah, you're right.  It's figure
17 58.
18    Q.  I am going to separately mark it so
19 I have it a K-6 right here.  I think that
20 should be it.  You can refer to either one.
21    A.  Okay.
22    Q.  Are you saying by looking at K-6,
23 which is figure 58 of your report, you are
24 able to determine the extent of inundation as
25 a function of time?

Page 65

1     A.  Yes, sir.
2     Q.  All right.  Why don't you just give
3  me a quick synopsis of what these snapshots
4  demonstrate.  I see that they're all time
5  referenced.
6     A.  Uh-huh (affirmatively).  To match up
7  to those published by Mr. Kok in his report.
8     Q.  I'll get a better picture here.
9        So you tried to harmonize the work
10 that Delft had done with what you were doing;
11 is that correct?
12    A.  I don't think I'd use the word
13 "harmonize".  I just simply took the time of
14 -- the specific times that he published, or
15 they published or whatever wrote the report,
16 in their -- in their report so that, you know,
17 we'd have a direct comparison between the two
18 reports.
19    Q.  And figure 58 involves HEC-RAS runs
20 where you look at water surface profiles over
21 time; is that correct?
22    A.  Yes.
23    Q.  And as time progresses from the
24 early morning of 8/29, you will have
25 depictions that become increasingly colored in

Page 66

1  blue. Is that true?
2     A.  Yes.
3     Q.  And at what point is the maximal
4  areal extent of water inundation depicted
5  here?
6     A.  This particular figure extends out
7  to 11:00 P.M. on August 29th.
8     Q.  Did you attempt to do the same
9  exercise beyond the first day of the flooding?
10    A.  Oh, yes, sir.
11    Q.  All right. But after the first day
12  basically what you were looking at, because
13  all other sources had abated completely, the
14  only thing you were looking at then was the
15  influence of the water from the breaches at
16  17th Street and London Avenue; correct?
17    A.  Yes, sir.
18    Q.  All right. And is that depicted in
19  your report?
20    A.  In the graphics?
21    Q.  Yes.
22    A.  No.
23    Q.  Why did you choose not to depict the
24  continuing influence of the water coming from
25  the breaches at 17th Street and London

Page 67

1  Avenue?
2     A.  Well, actually we went -- just went
3  over that in figure 44, didn't we? So that I
4  did. But with respect to the -- these --
5     Q.  These HEC-RAS runs; right?
6     A.  Yeah, in figure 58, I just selected
7  the ones that for whatever reason Mr. Kok
8  decided he was going to publish and published
9  the same ones.
10    Q.  So you were essentially trying to do
11  a comparison of the same time frames that Kok
12  had utilized?
13    A.  Right.
14    Q.  So you could do a side-by-side
15  comparison?
16    A.  Yes, sir.
17    Q.  All right. And did you note any
18  significant differences in terms of the degree
19  of inundation at specific points in time
20  between what the Delft people had done and
21  what you did?
22    A.  Yes.
23    Q.  All right. And can you describe
24  them, please?
25    A.  My recollection is that the Delft

Page 68

1  model appears to push more water out of the
2  London breaches, and due to the fact it
3  doesn't have any internal drainage system and
4  an unknown methodology for distributing water
5  throughout the system, it appears to
6  over-emphasize the influence of particularly
7  the London breach and underestimate the
8  influence of the Industrial Ship Canal
9  overtopping.
10    Q.  Now, did you indicate in your report
11  that you may have underestimated the extent of
12  the water coming from the London Avenue and
13  the 17th Street breaches because you used the
14  trapezoidal configuration in your model
15  instead of maybe a rectangle?
16    A.  I'm sorry, do you think -- did I
17  write that I may have underestimated the --
18    Q.  Yes. Yes.
19    A.  -- amount of water coming out of
20  London?
21    Q.  Yes.
22    A.  I don't recall making that statement
23  in the report.
24    Q.  Did you in fact underestimate the
25  amount coming from the London and the 17th

Page 69

1  Street breaches because of the way you
2  developed your modeling?
3        MR. ZWAIN:
4           Object to the form of the
5        question.
6        THE WITNESS:
7           No.
8  EXAMINATION BY MR. REICH:
9     Q.  What type of input did you use to
10  configure the breaches, the 17th Street
11  breaches -- one breach, and the two at London
12  Avenue?
13    A.  Information provided in the IPET and
14  Team Louisiana reports.
15    Q.  Was it simply a numerical input or
16  did you have to use some type of graphical
17  input perhaps converted into numerical
18  format?
19    A.  It's a numerical input into the
20  model.
21    Q.  All right. Did you use a
22  trapezoidal configuration to depict the
23  breaches at London Avenue and 17th Street?
24    A.  Yes.
25    Q.  And would a trapezoidal

Page 70

1  configuration tend to underestimate those
2  breaches?
3      A. Why?
4      Q. I am asking you.
5      A. Oh. Not necessarily.
6      Q. How do you go about deciding whether
7  you're going to depict the breach as a
8  trapezoid, a circle, or a rectangle or any
9  other configuration?
10     A. Sure. You want -- You know, you
11 look at the result of the -- you know, of how
12 the breach actually formed physically. You
13 take, hopefully, to the extent you can make
14 observations from aerial photography and after
15 the event, surveyed information, and then you
16 apply that, that data to develop the
17 dimensions for your input into the
18 calculations.
19     Q. At approximately what point in time
20 had an elevation of four feet been achieved in
21 the east bank area for a significant portion
22 of the east bank?
23     MR. ZWAIN:
24         I object to the form of the
25     question. What do you mean by

Page 71

1   "significant portion"?
2   EXAMINATION BY MR. REICH:
3       Q. Do you understand the question?
4       A. Yeah, I understand the question.
5          Without looking at the model
6   specifically, you know, I couldn't -- I
7   couldn't tell you exactly.
8       Q. Are you able to take a look at your
9   HEC-RAS outputs such as --
10      A. Figure 58?
11      Q. -- figure 58 and determine, based on
12  the coloring of the east bank area and the
13  time and date stamp, approximately when four
14  feet was achieved?
15      A. Yes.
16      Q. Okay. So at approximately what time
17  on the 29th was the surface elevation of the
18  water at four feet?
19      A. Well, let's see. Unfortunately,
20  these are reproduced in very small --
21      Q. Why don't you look at your original
22  report.
23      A. This is -- I am looking at the
24  original report.
25      Q. All right.

Page 72

1       A. It's still real small type.
2          By -- Looks like by seven -- in
3   this current ver- -- in this -- in these
4   particular model runs that are depicted here
5   in this report, it appears that one of the
6   sub-basins that's immediately west of the
7   Industrial Ship Canal has hit four feet by
8   7:30 in the morning; and then by 8:00 o'clock,
9   a good portion of a sub-basin immediately to
10  the south of that one, again, along the
11  eastern perimeter of the Orleans east bank
12  appears to have hit four feet; by 8:30, it's
13  continuing to progress to the west to more
14  sub-basins and in the far northwestern corner
15  in what's called the Lakeview area starting to
16  see a good portion of that sub-basin has now
17  hit three to four feet in depth. Et cetera.
18      Q. Was there a point in time when the
19  waters that were flowing from the Industrial
20  Canal and the waters flowing from the breaches
21  at London Avenue and 17th Street achieved
22  equilibrium?
23      A. At some point in time the high water
24  was achieved as there was a balance between,
25  you know, the lake waters and the waters that

Page 73

1   were inside Orleans east bank.
2       Q. So when you say a balance was
3   achieved between the lake waters, are you
4   referring to the water essentially coming from
5   Lake Pontchartrain through the breaches in the
6   canals?
7       A. The high water was coincident with
8   the balance between the elevation in Lake
9   Pontchartrain and the water interior -- in the
10  interior of the Orleans east bank.
11      Q. Is there a time and date that you
12  can give me when that equilibrium was
13  attained?
14      A. I believe it was on September 2nd.
15      Q. And the waters from the Industrial
16  Canal and the waters from the interior
17  breaches, London Avenue and 17th Street, upon
18  achieving equilibrium, in effect would become
19  commingled; correct?
20      A. The waters -- I'm sorry. The waters
21  between --
22      Q. From the interior breaches
23  originating at Lake Pontchartrain --
24      A. Uh-huh (affirmatively).
25      Q. -- and then the waters coming from

Page 74

1  IHNC from overtopping and the breaches from
2  IHNC would ultimately achieve equilibrium and
3  then become commingled.
4      A.  Oh, they were commingling from the
5  very beginning.
6      Q.  But once you have this equilibrium
7  phenomenon, then the sub-basins no longer
8  operate as sub-basins; you have a generalized
9  flow of water; correct?
10     A.  In some of the sub-basins that would
11 be correct.  In others, they would still be
12 acting as sub-basins.
13     Q.  What the Delft people did was
14 identify eight locations where they were able
15 to evaluate water surface elevations resulting
16 from different type of water source
17 intrusions; correct?
18     A.  I don't know.
19     Q.  Well, didn't you draw a picture
20 where you showed the source water
21 distributions in basins containing Delft eight
22 locations?  For example, figure 57?  Take a
23 look at Exhibit 1, which is your report, I
24 believe.  Exhibit -- Figure 57 of Exhibit 1.
25         All right?  Are you there?

Page 75

1      A.  Yes, sir.
2      Q.  Okay.  Do you see the source water
3  distribution in basins containing Delft
4  locations?  You have eight Delft locations
5  that are identified in figure 57; true?
6      A.  To the best that I could estimate
7  their location, yes.
8      Q.  All right.  Now, if you go to figure
9  56 of your report, which is Exhibit 1, you
10 show not only the Delft locations where
11 modeling had been done by Delft at eight
12 different locations within the east bank, but
13 you also have the location of Plaintiffs;
14 correct?
15     A.  Figure 56?
16     Q.  Figure 56, yes.
17     A.  Yes, uh-huh.
18     Q.  And isn't it generally true that you
19 have in most instances Plaintiffs that are in
20 the same sub-basins as Delft locations?  And I
21 guess you could go through each of your 20
22 compartments and determine whether you have a
23 Delft location within the compartment and/or a
24 Plaintiff and do some sort of analysis that
25 way.  Correct?

Page 76

1      A.  Sure.  Like Delft location number 7
2  is in basin what I have depicted as E3-11, but
3  there's no Plaintiff that I am aware of in
4  that one, for instance.  And others, there
5  are.
6      Q.  So let's take, for example, E3-5.
7  You see that?
8      A.  Oh.  Yes, sir.
9      Q.  All right.  That's a Delft location
10 because you have a yellow cross in E3-5; true?
11     A.  Yes.
12     Q.  And you also have both Plaintiffs
13 and what you refer to as Supplemental
14 Plaintiffs in that compartment; correct?
15     A.  Yes.
16     Q.  Now, I noticed you took a picture,
17 or maybe you developed a model of an hors
18 d'oeuvre tray.  That was a model, was it not?
19     A.  I would say it's a figure.
20     Q.  All right.  You call it an hors
21 d'oeuvre tray.  But was it something that you
22 put together?
23     A.  Yes.
24     Q.  All right.  Out of what, plexiglass?
25     A.  That's what it kind of represents,

Page 77

1  yes.
2      Q.  And did you do this thing yourself?
3      A.  Me and my staff.
4      Q.  And then you took a picture of it?
5      A.  A picture?  No, no, that's
6  computer-generated.
7      Q.  Oh, that's computer-generated?
8      A.  Yes.  Yes.
9      Q.  Okay.  I thought it was a picture.
10     A.  No, no, it's on a computer.
11     Q.  And the purpose of that depiction is
12 to show generally what the east bank looks
13 like; correct?
14     A.  Well, it's a gross
15 over-simplification, because, you know, if I
16 had had more time I would have, you know, made
17 dips in the various different -- you know, so
18 the heights of the hors d'oeuvre tray are all
19 not the same.  There would be holes, you know,
20 through some of them.  And the depth of the
21 bottom of each one of those little plastic
22 basins should have been different.  But, you
23 know, it was designed to illustrate that the
24 Orleans east bank is not just one big bowl,
25 but it's many bowls.

Page 78

1    Q. Let's take a look at it. Do you see
2    it in your report?
3         Here it is. It's figure 50, page
4    4-1.
5    A. Okay.
6    Q. Did you use a topographic map to
7    generate figure 50?
8    A. No.
9    Q. What did you do?
10   A. I simply took the 20 sub-basins and
11   represented them as a plexiglass hors d'oeuvre
12   tray.
13   Q. Okay. Could you remove figure 50
14   from your report and then identify for me the
15   compartments where there was transference of
16   water from one compartment to another over the
17   course of the Katrina event?
18   A. Well, that's actually best
19   illustrated by other figures.
20   Q. Well, can you do that?
21   A. With this figure?
22   Q. Yes.
23   A. No.
24   Q. Why not?
25   A. Because that's not what it's

Page 79

1    designed to do.
2    Q. Can you tell me, for example, when
3    you look at figure 50, you'll see this purple
4    compartment in the left upper part of the
5    configuration; did that commute with the
6    compartment next to it at any time over the
7    course of the Katrina event?
8    A. To answer your question, you should
9    -- I'll turn to figure -- Okay. Page 3-5,
10   figure 37. That outlines the connections,
11   major connections. And then figure 38
12   outlines the drainage system.
13   Q. So 3-5 will show the hydraulic
14   connectivity from compartment to compartment?
15   A. In conjunction with figure 38.
16   Q. But are you able to determine which
17   water sources actually commingled from figure
18   37?
19   A. That would -- That's the output from
20   the model that does that.
21   Q. But you can't see it on figure 37,
22   can you?
23   A. No. No, sir.
24   Q. And on figure 38, is figure 38
25   simply a depiction of the drainage pipes?

Page 80

1    A. It is, yes.
2    Q. But the drainage pipes won't
3    necessarily show that once a sub-basin has
4    reached maximum capacity and you have
5    equilibrium with other sub-basins; it tells
6    you nothing about the commingling activity,
7    does it?
8    A. That's part of the output of the
9    model, is to show what water went, where it
10   went.
11   Q. But ultimately, is it not true that
12   once these compartments were completely
13   filled, when maximum flooding had occurred and
14   there was no longer capacity to maintain
15   additional water, you had commingling?
16        MR. ZWAIN:
17            Objection. Asked and answered.
18        THE WITNESS:
19            Sir, the commingling started
20        virtually from the point in time in
21        which these things -- these events
22        occurred. Consider rainfall started,
23        right? And it preceded overtopping.
24        And it preceded the breaches. So the
25        consequence, one has commingling by

Page 81

1         definition from the very beginning of
2         time except to the point in time when
3         you're saying when did it start to
4         rain.
5    EXAMINATION BY MR. REICH:
6    Q. Well, is it possible that we're
7    talking about two different types of
8    commingling? You're talk --
9    A. Maybe we're not -- we're missing
10   each other then.
11   Q. You're talking about commingling of
12   water sources from the outset; correct?
13   A. I'm talking about commingling of
14   different water sources.
15   Q. Right. For example, you had a
16   difference in the timing phenomenon. You had
17   overtopping and you had breaching at the
18   Industrial Canal before you had the interior
19   breaches generally.
20   A. Yes, sir.
21   Q. All right. And you had -- But once
22   -- once you had the interior breaches, then
23   the commingling phenomenon was taking place;
24   correct?
25   A. Well, the interior -- the