Page 150

1  Oh, okay. All right.
2  MR. BRUNO:
3  It's between I-10 and Canal
4  Street.
5  THE WITNESS:
6  Okay.
7  MR. BRUNO:
8  This is all Jesuit? This is
9  Jesuit. This is Jesuit. Yes. These
10 are all pictures of the same
11 building. Okay?
12 THE WITNESS:
13 Okay.
14 MR. BRUNO:
15 And I don't know -- Where is our
16 picture of the Delft guy? Is that
17 them? I'm just looking for the
18 nearest coordinate.
19 THE WITNESS:
20 Yeah.
21 MR. REICH:
22 Oh, you want the Delft?
23 MR. BRUNO:
24 He wants to know if there's a
25 Delft location nearby as well.

Page 151

1  MR. REICH:
2  Right, right, right, right.
3  MR. BRUNO:
4  See if we can help.
5  MR. REICH:
6  Right here. Here it is, Joe.
7  MR. MAYEAUX:
8  No guesses. If they can't tell
9  you what basin it's in, don't guess.
10 THE WITNESS:
11 Okay.
12 MR. BRUNO:
13 No, I am telling you what basin
14 it's in.
15 MR. ZWAIN:
16 What basin is it in?
17 MR. BRUNO:
18 It's in --
19 MR. MAYEAUX:
20 Which one of Paul's basins is it
21 in?
22 MR. BRUNO:
23 Which one of your basins?
24 MR. REICH:
25 That was my question.

Page 152

1  THE WITNESS:
2  Here's Delft's and here's mine
3  (indicating).
4  MR. BRUNO:
5  Okay. It's in here somewhere,
6  right.
7  THE WITNESS:
8  It's in here somewhere, right?
9  MR. REICH:
10 We can go off the record for a
11 moment.
12 VIDEO OPERATOR:
13 Off the record.
14 (Whereupon a discussion was held
15 off the record.)
16 VIDEO OPERATOR:
17 We're now back on the record.
18 MR. ZWAIN:
19 Are you marking this?
20 MR. REICH:
21 Yes. We will.
22 MR. ZWAIN:
23 I think you're on 7, I think.
24 MR. REICH:
25 Well, we have 10. So this will

Page 153

1  be 11.
2  EXAMINATION BY MR. REICH:
3    Q. I hand you what has been marked for
4  identification as Exhibit Number 11. Dr.
5  Kuhlmeier, you already pointed out to me the
6  Mid City area that's referenced, and Counsel
7  has pointed out to you an area where this
8  Jesuit --
9  MR. ZWAIN:
10 High School.
11 EXAMINATION BY MR. REICH:
12   Q. -- High School is located.
13   A. Uh-huh (affirmatively).
14   Q. Can you tell me if commingling of
15 waters from different sources occurred at that
16 location?
17 MR. MAYEAUX:
18 Object to the form when you ask
19 this witness to assume which of his
20 sub-basins that location is in.
21 MR. REICH:
22 I'm not talking about his
23 particular sub-basins.
24 MR. MAYEAUX:
25 Then I object to the form.

Page 154

1  EXAMINATION BY MR. REICH:
2    Q. Can you answer the question?
3    A. My modeling shows that there's
4  commingling in all 20 sub-basins. So as a
5  consequence, any one that you pick, any
6  location that you pick, there is commingling
7  of various waters, source waters to different
8  degrees at different times.
9    Q. That's one type of commingling that
10 we had discussed earlier. The other type of
11 commingling is commingling that may result
12 from compartment to compartment. Did you
13 determine whether or not equilibrium had been
14 achieved as a result of the capacities of
15 these sub-basins that you have developed had
16 been exceeded?
17        MR. MAYEAUX:
18            Object to the form of the
19        question.
20 EXAMINATION BY MR. REICH:
21   Q. Do you understand the question?
22   A. Yes.
23   Q. Okay. Then answer.
24   A. That depends on which basin. As we
25 get out towards the fringe, which you now are

Page 155

1  starting to get to with the metro area, --
2    Q. Right?
3    A. -- those basins, some of those
4  basins were not filled up. So the equilibrium
5  which they reached was at high water level
6  with Lake Pontchartrain, but they didn't
7  necessarily actually fill up the capture
8  basins from which my model partitions them.
9    Q. What percentage of east bank
10 achieved a water surface elevation of at least
11 four feet?
12   A. I'd have to go back and look at the
13 output of the model for that.
14   Q. All right.
15   A. I'm not certain whether or not --
16 the -- The specific graphics that I generate,
17 as we discussed, I only picked the ones that
18 Mr. Kok elected to use for whatever reason.
19 And so I don't -- They stop before high water
20 level, so I don't have a graphical -- I don't
21 think I have a graphic that shows high water
22 level in the report.
23   Q. Are you able to determine from any
24 of the work that you have done the basins that
25 obtained the water surface elevation of four

Page 156

1  feet?
2    A. Yes, sir.
3    Q. Can you tell me which ones?
4    A. No, sir.
5    Q. All right. Why not?
6    A. Because I would need the graphical
7  output for high water level.
8    Q. And you don't have it before you.
9  Is that --
10   A. That's correct.
11   Q. -- the answer?
12   A. Yes, sir.
13   Q. But it's something that could be
14 determined?
15   A. Absolutely.
16   Q. All right. What about IPET maximum
17 water levels; are you able to determine for
18 each of your 20 sub-basins the IPET maximum
19 levels?
20   A. Yes.
21   Q. All right. And you have done that
22 already, haven't you?
23   A. Yes.
24   Q. Okay. And you have them referenced
25 in table 9; correct?

Page 157

1    A. Well, in table 9 I present the
2  comparison at the individual class
3  representatives' locations.
4    Q. Now, would the IPET maximum water
5  levels for each of your sub-basins be the
6  same?
7    A. I'm sorry, would the what?
8    Q. The IPET maximum water levels in
9  each sub-basin be the same? So if you're
10 looking at sub-basin 1 and you have two
11 different properties, would each of those
12 properties have a different IPET maximum level
13 or would they have the same maximum level
14 because they're in the same sub-basin?
15   A. They would have the same.
16   Q. So if we were to look at table 9
17 which you prepared, you can go to any property
18 within a particular sub-basin and that IPET
19 level would be applicable to the entire
20 sub-basin. Is that correct?
21   A. At high water level.
22   Q. At high water level?
23   A. Yes, sir.
24   Q. All right. You've written about
25 pumps throughout your report. Did you get

Page 158

1  technical specifications on these pumps?
2     A. Yes.
3     Q. And tell me what information you
4  received and what you did with it.
5     A. Well, I received a lot of the
6  information from the IPET database from which
7  they wrote their analysis of the pump station
8  operation. And then subsequent to that I --
9  my information has been augmented by
10 information provided to me by the New Orleans
11 Sewer and Water Board --
12    Q. And you made --
13    A. -- District.
14    Q. You made no determination, if the
15 pumps had been working as they were supposed
16 to be, what the water surface elevation levels
17 would have been either on an average basis to
18 the east bank or in a sub-basin level, did
19 you?
20    A. I -- I have applied -- In the
21 current state of the model, I have applied
22 what I was largely affiliated with the initial
23 understanding of what IPET thought it was and
24 now I am in -- I have made some modifications
25 and, as I continue to refine this work, will

Page 159

1  make any -- make further modifications to be
2  as accurate as possible as to what the exact
3  operating times and pumping rates were for all
4  the pump stations.
5     Q. You're trying to simulate what the
6  actual conditions were, not what the
7  conditions should have been? You do not ever
8  do any modeling attempting to evaluate what
9  the water surface profile would have looked
10 like either on a sub-basin by sub-basin basis
11 or across the entire east bank with all pumps
12 on go, the way they should have been?
13    A. No, I haven't done that.
14    Q. All right. Do you know if anyone at
15 the Army Corps is attempting to do that?
16    A. Presently?
17    Q. Yes.
18    A. I do not know.
19    Q. Has it been done, to your knowledge
20 by the Army Corps or any of their consultants?
21    A. The -- The -- My understanding is
22 not anything beyond what the IPET reports
23 indicate, which you clearly have copies of.
24    Q. Is there any ongoing work with
25 IPET? The last copy I received I believe

Page 160

1  still says "Final draft". Is there any
2  further work?
3     A. Yeah. They just published final
4  volume 5 a couple of weeks ago, I think. I
5  haven't even had a chance to read it yet.
6     Q. Is it a final-final or is it a final
7  draft?
8     A. I think it's a final-final. I am
9  not certain -- I am still not certain if we
10 got all the volumes final-final yet, but I
11 know 5 just came out.
12    Q. Is it on the Internet?
13    A. Yes, you can get it on the
14 Internet.
15    Q. Have you attempted to evaluate the
16 amount of water that it took for each of the
17 pumps that failed to fail?
18    A. No.
19    Q. Has that been done?
20    A. I don't know.
21    Q. Did the pumps perform as they were
22 designed to?
23    A. I haven't really looked into them in
24 that level of detail at this point in time.
25    Q. Do you know if there was any common

Page 161

1  mechanism of failure for those pumps that
2  failed?
3     A. Again, I haven't looked at that
4  information in enough detail to answer that
5  one way or the other.
6     Q. How many pumps remained 100 percent
7  operational throughout the duration of
8  Katrina?
9     A. I'd have to go back and look at my
10 notes to answer that.
11    Q. What do your notes reflect? Is it
12 in your report?
13    A. It's in the report.
14    Q. Take a look.
15    A. Shall I just pick table 1 in my
16 report? Orleans east bank pumping stations.
17 And I present in pump -- during Katrina my
18 understanding -- my current level of
19 understanding as to what the operational
20 conditions were at the various pump stations.
21    Q. That's on page 1-12?
22    A. Yes, sir.
23    Q. When you say "yes" and then talk
24 about the time period in which it operated,
25 was it operating at 100 percent capacity?

Page 166

1      MR. MAYEAUX:
2         The question has been asked and
3      answered.
4  EXAMINATION BY MR. REICH:
5      Q. Let me ask the question again. With
6  respect to any of the "what if" scenarios done
7  by the Delft Group -- and you understand what
8  I mean by the "what if" scenarios that are
9  referenced in the report?
10     A. Yes.
11     Q. You did not do any "what if"
12 scenarios. Is that correct?
13     A. That is correct.
14     Q. Do you intended to any "what if"
15 scenarios prior to the class certification
16 hearing?
17     A. No, sir.
18     VIDEO OPERATOR:
19        Off the record.
20        (Whereupon a discussion was held
21     off the record.)
22     VIDEO OPERATOR:
23        We're now back on the record.
24 EXAMINATION BY MR. REICH:
25     Q. I want to talk to you for a moment

Page 167

1  about maximum water levels. The maximum water
2  levels would vary throughout the basin
3  depending upon the existing topography;
4  correct?
5      A. The maximum water level?
6      Q. Yes. Would the maximum water levels
7  be affected by topography?
8      A. The maximum water level will rise
9  and will be -- will, you know, will be
10 continuous to a certain elevation throughout
11 the basin of interest.
12     Q. And you so far have developed 20
13 basins and then this morning you presented a
14 depiction of 37 capture basins; correct?
15     A. Right. Right. I just --
16     Q. So you would be able to ascertain
17 maximum water levels for the 37 capture
18 basins?
19     A. Eventually. I just received that
20 from the Corps, you know, yesterday. Or, I'm
21 sorry, a few days ago.
22     Q. But once the maximum water level is
23 achieved in each basin, you would have the
24 effect of spillover and there would be
25 transference from basin to basin to basin?

Page 168

1      A. The transference occurs long before
2  the basins are full. As we discussed this
3  morning, it starts and there's all kinds of
4  drains and canals that are interspersed
5  throughout the Orleans east bank. So
6  transference among these various capture
7  basins starts with rainfall and continues all
8  the way up to the point of maximum water
9  level.
10     Q. Aside from the conveyance of water
11 through culverts and drains, there would be an
12 additional phenomenon -- and this is what I
13 want to focus on -- of transference from basin
14 to basin by simply the fact that each basin
15 becomes filled, reaches capacity and has no
16 place to go and it moves over to another
17 basin.
18     A. Oh, first of all, all 20 of those
19 basins never -- do not get filled. Some of
20 them do.
21     Q. Right.
22     A. And some of them, particularly on
23 the very southern end there, you know, don't
24 get filled. But those that are filled and
25 they have overwhelmed the culverts and the

Page 169

1  pipes and the drains, that then fall over the
2  -- from one basin to another based on
3  topography.
4      Q. So can you generally depict for me,
5  I don't know if you can draw a boundary or
6  some method of identifying those sub-basins
7  that in fact filled?
8      A. I am not sure I can do all of them,
9  but certainly those in the northern half
10 filled up.
11     Q. So you're talking about the Metairie
12 Gentilly ridge?
13     A. North of that.
14     Q. North of that. That whole area --
15     A. Pretty much full.
16     Q. -- was full? So once that area
17 became inundated, you had a lot of commingling
18 and transference of water from one sub-basin
19 to another within that northern half?
20     A. Well, water -- It's much more
21 complex than that, honestly. Because you --
22 The -- We have rainfall that's entering and
23 distributing. We have inputs from the various
24 major sources. And then we have conveyance
25 during the early time that moved water from,

Page 170

1  let's say, up Peoples Canal on the eastern
2  bank from the overtopping to the south moving
3  it to the north then for a period of time, and
4  then -- until it's overwhelmed and the water
5  level gradients reverse and go back to the
6  south.
7       Q.  Well, aside from --
8       A.  So it's -- So it's fairly complex.
9       Q.  I understand.  But aside from the
10 discharges that we have, you know, talked
11 about throughout this deposition from the
12 interior levees, from the IHNC, the rainfall,
13 aside from that, once each of these basins in
14 the northern portion filled, you're going to
15 have additional transfer movement.  How
16 significant is that additional transfer
17 activity by virtue of equilibrium being
18 achieved among all of these sub-basins?
19      A.  Gee whiz.  That would depend on
20 which particular basins you're talking about.
21 I'll give you an example.  Like 17th -- the
22 17th in the Lakeview area, for instance.  That
23 was one of the deeper basins, so it took a lot
24 more water to fill up.  But when it started to
25 fill up, you know, it was later, so there was

Page 171

1  other areas that were blocked so it had a
2  tendency to move towards the east and then the
3  south.  So -- But in other areas, let's say
4  with the London breaches, for instance, the
5  slope on the east side of London has a
6  tendency to move to the north.  So from the
7  south to the north.  So the water out of the
8  south breach initially is running to the north
9  until it can fill up that -- And if you look
10 at my cross-sections in my report, you'll see,
11 you know, it trends back to the north.  So as
12 that bowl starts to fill up, eventually it
13 gets high enough where the water gradient has
14 to turn around and go the opposite direction.
15          And so, I mean, we can make those
16 type of descriptions throughout the entire
17 Orleans east bank.  It's -- It's a complex
18 dynamic that occurred over a many day period
19 of time.
20      Q.  Isn't it true that the commingling
21 in effect became massive, because you even had
22 water that was below the Metairie Gentilly
23 ridge move in a northerly direction, across
24 that ridge; correct?
25      A.  We need to define --

Page 172

1       Q.  Is that true?
2       A.  Yeah.  We need to -- I don't know.
3       Q.  Can you answer that question?
4       A.  Maybe.  We need to define here what
5  we're talking about commingling.  Right?  When
6  I talk about --
7       Q.  Excuse me.  Excuse me.  I am asking
8  the questions.  I don't want a lecture.  Can
9  you answer my question?  Was there water that
10 moved from below the Gentilly Metairie ridge
11 to above it during this Katrina period?
12      A.  Was there water --
13      Q.  Yes.
14      A.  -- that was south of --
15      Q.  Yes.
16      A.  -- Gentilly ridge --
17      Q.  Correct.
18      A.  -- that ended up on the north side
19 of Gentilly ridge?
20      Q.  Yes.
21      A.  Yes, there was.
22      Q.  Can you explain how that happened?
23      A.  Yes.  Well, originally it was due to
24 the drainage system.  And as I think I just
25 gave you an example with Peoples Canal.  All

Page 173

1  right?  Is People Canal transitions across the
2  ridge and water that was introduced south of
3  Gentilly ridge proceeded north, right?  And
4  started to augment water that was coming from
5  the IHNC overtopping further to the north.
6  And then, of course, after, you know, 7:00 or
7  8:00 A.M. in the morning on the 29th we're now
8  getting extra contributions from the London
9  Avenue breaches, so you have water for a
10 period of time on the 29th coming from the
11 south through Gentilly ridge, right?  Peoples
12 Canal.  You have water coming in from the east
13 from overtopping of the IHNC.  And you have
14 got the two breaches that are all dynamically,
15 you know, mixing and to a point in time when
16 those start to basically become overwhelmed
17 and have to now flow backwards to follow, you
18 know, the topographic gradient, you know, from
19 -- the water flows from high to low.  And so
20 that's what happened.
21      Q.  Would you agree that after the 29th,
22 the water from the levee breaches, the
23 interior levee breaches, 17th Street Canal and
24 London Avenue, overwhelmed all other water
25 sources?

Page 174

1  A. Yes.
2  Q. All right. I want to talk about
3  inputs into the development of a good
4  hydrologic model. It's important to be able
5  to do modeling to be able to accurately
6  quantify the amount of rainfall; correct?
7  A. That's an objective.
8  Q. Would you agree that the rainfall
9  data that was available from the Katrina
10 period was sufficiently quantified that it
11 could be used in a reliable fashion in a
12 model?
13 A. To the best of my knowledge, yes.
14 Q. Do you agree that the topography for
15 the east bank has been well-defined, both
16 through aerial photography and mapping?
17 A. Well, I used five meter LIDAR that
18 was for the topography which is the best that
19 I think everyone -- everybody knows is
20 available at the present time.
21 Q. And LIDAR will provide you surface
22 elevations of various physical features;
23 correct?
24 A. Yes.
25 Q. And did you do that for all of your

Page 175

1  work where you needed surface elevations?
2  A. I used the five meter LIDAR for the
3  base of the model, yes.
4  Q. And do you agree that the location
5  of the various residential and commercial
6  properties could be identified in a
7  quantitative sense? In other words, you could
8  determine through GPS coordinates the location
9  of virtually every piece of property within
10 the east bank area?
11 A. You mean could somebody go out and
12 actually survey the long. of every home,
13 structure?
14 Q. Right. Yes.
15 A. That can be done. That would be a
16 Herculean task, but --
17 Q. You didn't do that, did you?
18 A. No.
19 Q. Is it also possible to be able to
20 have an expert look at aerial photographs and
21 use the placement of properties on those
22 photographs for the purpose of spatially
23 locating properties that could then be used
24 for modeling purposes?
25 A. Well, you mean can we zoom in --

Page 176

1  Q. Yes.
2  A. -- on the photography and pick out
3  specific locations?
4  Q. Right.
5  A. Sure, you can do that.
6  Q. And you can calculate flow rates
7  from various basins from a defined rainfall
8  event; correct?
9  A. Yes.
10 Q. All right. And that was done here,
11 was it not?
12 A. Yes.
13 Q. All right. It was done both by you
14 as well as the Delft team; correct?
15 A. Well, it's very difficult to know
16 what the Delft team did because the amount of
17 information I have got from the Delft team is
18 so -- so --
19 Q. Objection, --
20 A. -- sparse, I mean, it's difficult to
21 say.
22 Q. Objection, non-responsive.
23    MR. ZWAIN:
24       You need to let him finish his
25    answer before you state your objection.

Page 177

1     MR. REICH:
2        Well, it became obviously
3     non-responsive.
4     MR. ZWAIN:
5        Well, what's obvious to you and
6     what he is trying to say may be two
7     different things. Just wait until
8     he's finished his answer and then you
9     can say whatever you like.
10 EXAMINATION BY MR. REICH:
11 Q. Location of a breach site can be a
12 factor in determining how a property is
13 impacted by water; correct?
14 A. Yes.
15 Q. Okay. And you are able to determine
16 through the use of maps and aerial photos and
17 perhaps other techniques distances of
18 properties from a breach site; correct?
19 A. Sure.
20 Q. And that can be inputted into a
21 model; true?
22 A. Input into the model?
23 Q. Well, input in developing at least
24 the topographical features of the model.
25 Maybe you might call that your basin model or

Page 178

1  your topographical model that's part of the
2  process.
3        Did you use distance from breach
4  site in determining source contributions in
5  any of the work that you did? Did you look at
6  distance from the breach site?
7     A. By mechanical necessity, the
8  distance -- distance is part and parcel a
9  component of the resultant mixing.
10    Q. Did you attempt to use any
11 techniques that can be done perhaps on a
12 computer where you can measure through maps
13 distances from one location to another and use
14 that type of method to measure distances of a
15 particular property from a breach site? In
16 other words, mapping techniques.
17    A. Mapping techniques were used.
18    Q. Okay. And did you attempt to
19 determine elevations of properties, for
20 example, whether they were on a slab or pier
21 and beam, to determine what the influence of
22 water would be on a given property?
23    A. Specifically with respect to the 22
24 locations, I did.
25    Q. And you determined that those

Page 179

1  properties that were on pier and beam were
2  roughly 3.5 feet above the surface; correct?
3  That's a uniform distance from the surface for
4  pier and beam construction.
5     A. I said that was a rough
6  approximation for the ones that were looked
7  at.
8     Q. Okay.
9     A. That specifically the 22.
10    Q. Is that the best approximation that
11 you're aware of in terms of what the elevation
12 is of a property on pier and beam?
13    A. I can only comment to the effect
14 that I toured the area, you know, the metro
15 area a few times and it -- you know, from just
16 general observation, about, you know, three
17 feet seems to be a rather common super
18 elevation for a pier and beam.
19    Q. Are you familiar with what FEMA uses
20 as a standard for pier and beam properties in
21 any of their work to determine impact of water
22 levels on property?
23    A. I thought they used the amount of
24 water in the structure irrespective of what
25 it's on.

Page 180

1     Q. Are there any models, to your
2  knowledge, that FEMA has used to calculate
3  either property damage, real property damage
4  or personal property damage as a function of
5  the amount of water within the property? By
6  "amount", I'm really not -- not amount, but
7  by the level of the water.
8     A. I haven't looked specifically into
9  what FEMA uses for their work.
10    Q. You have already talked about the
11 pumping rates of the different pumps that were
12 operational during Katrina; correct?
13    A. Yeah. Yes.
14    Q. They're in your table.
15    A. Yes.
16    Q. All right. Was all the data that
17 you have utilized, to your knowledge, data
18 that has been developed to a reasonable degree
19 of engineering certainty?
20    A. Based on my level of knowledge as I
21 sit here today, that would be true.
22    Q. And you can take all of the data
23 that we have talked about, distances from
24 breach sites, height of a given structure,
25 flow rates from a breach and all of these

Page 181

1  other factors that would go into a model, you
2  can determine from that type of data in an
3  appropriate model that has a sophisticated
4  algorithm, you can determine water surface
5  elevations from the kind of data that we have
6  been discussing; correct?
7     A. Yes.
8     Q. All right. And you could do that
9  for a large number of properties; correct? It
10 doesn't matter whether it's 1,000 or 100,000.
11 I mean, you could take these data inputs and
12 calculate water surface elevations using the
13 same algorithm; correct?
14    A. You mean -- I'm not -- Are we
15 talking about on the basin level? At a house
16 level?
17    Q. Say that's in one of these
18 standardized models used by the Army Corps or
19 used by you.
20    A. Uh-huh (affirmatively), yeah.
21    Q. Is that true?
22    A. Well, again, on what level are we
23 talking about? At the house level, at the
24 block level, at the basin or sub-basin level?
25 What's your -- I'm trying to understand what

Page 182

1  your level of sensitivity for it is.
2     Q.  Well, water surface elevations can
3  be computed.  It could be computed for a
4  basin; correct?
5     A.  Correct.
6     Q.  It could be computed for a house;
7  correct?
8     A.  Well, I can compute what the surface
9  water elevation would be in -- where a house
10 exists.
11    Q.  Exists.
12    A.  Yes.
13    Q.  And Delft did that, did they not?
14 They had eight locations and they computed
15 water surface elevations for those eight
16 locations as well as the "what if" scenarios;
17 correct?
18    A.  Look, --
19    Q.  Is that true?  Yes or no?
20    A.  -- I don't think I can answer that
21 given the level of information that was in the
22 report.  They didn't have any internal
23 drainage work.
24    Q.  Excuse me.
25    A.  I mean, you know, there's no -- So

Page 183

1  there's not -- it's not -- What they actually
2  computed is difficult for me to interpret.  So
3  they claim they can -- From the documents, it
4  states I can give you a water level on a 50 by
5  50 meter location.  So basically at a city
6  block level.  But given the lack of knowledge
7  as to how they moved the water around and
8  their lack of internal development, it's --
9  it's impossible to say whether or not if they
10 would pick ten different 50 by 50 meter grids
11 they would get the same number.
12    Q.  Objection, non-responsive.
13        Is your answer to my question
14 whether Delft was able to compute water
15 surface elevations yes or no for those eight
16 locations?
17    MR. ZWAIN:
18        Asked and answered.  Asked and
19 answered.
20 EXAMINATION BY MR. REICH:
21    Q.  Is your answer to my question yes or
22 no?
23    MR. ZWAIN:
24        His answer was what it was.
25    MR. REICH:

Page 184

1        Well, I don't know what the
2  answer meant.  Was it yes or no?
3  MR. ZWAIN:
4        Well, ask him another question.
5  MR. REICH:
6        No.
7  THE WITNESS:
8        Without knowing more detail about
9  their -- how their model was
10 constructed and operated, I can't
11 answer the question.
12 EXAMINATION BY MR. REICH:
13    Q.  Did they purport to compute water
14 surface elevations for different scenarios at
15 those eight locations?
16    A.  I think they only report for one --
17 The graphs, I recall in their report, I think
18 you have it, they're only to one.  I don't
19 know if they -- I don't recall them producing
20 graphs for the hypotheticals.
21    Q.  They have water level location for
22 all of the five scenarios at water location 1
23 in the scenarios with all causes, rain minus
24 available pumps, rain 100 percent pumps,
25 overtopping, no breach, 17th Street.  They do

Page 185

1  that for water level location 1.  They have
2  some of the scenarios for water level location
3  2.  They have four scenarios for water level
4  location 3.  Et cetera.
5     A.  Right.  So it varies.  Okay.
6     Q.  So do they purport to calculate
7  water surface elevations for different
8  scenarios?
9     A.  That's what they report.
10    Q.  And you do not have any expertise in
11 using the SOBEK-1D/2D model; true?
12    MR. ZWAIN:
13        Asked and answered.
14    THE WITNESS:
15        SOBEK-1D/2D, to the best of my
16 knowledge, is fundamentally based on
17 the same Saint Fenod (phonetics)
18 equations as the RAS model.  But
19 absent getting a copy of the user's
20 manual, the mathematics behind it and
21 other relevant documentation to
22 determine how the model works, I can't
23 answer.
24 EXAMINATION BY MR. REICH:
25    Q.  So at this point in time you really

Page 186

1   can't critique the modeling done by Delft
2   because you have not looked at the user's
3   manual, you haven't studied it, and you're not
4   an expert in it; true?
5       A.  Not true.
6       Q.  What part of my question is not
7   true?
8       A.  That I can't critique their model --
9   their report.  I can cri- -- I most definitely
10  can critique their report.
11      Q.  You haven't attempted to do so, have
12  you?
13      A.  Oh, only if you haven't been
14  listening to me.
15      Q.  You haven't attempted to critique
16  their modeling, have you?
17      A.  I have -- We have talked in ad
18  nauseum about the fact they didn't include the
19  internal drainage system.  The fact that they
20  didn't include, you know, some of the -- or
21  several -- most of the pump stations, et
22  cetera, et cetera, all of which in my view
23  constitute a critique of the report.
24      Q.  Did the Delft model show, for
25  example, that at the 17th Street Canal near

Page 187

1   the -- I guess near Lake Pontchartrain where
2   you had that accumulation of debris that the
3   water levels were actually lower because of
4   the debris causing the blockage?  Did their
5   model show that?
6       A.  I don't recall specifically what --
7   what they commented on with respect to the
8   blockage.  They would have had to put in some
9   input that would have adjusted the water
10  levels and the leakage rates.
11      Q.  Did you review any of the external
12  validation that the Delft Group did to see if
13  their modeling activity comported with
14  reality?
15          MR. MAYEAUX:
16              Object to the form.  Presumes
17      that that answer was provided.
18  EXAMINATION BY MR. REICH:
19      Q.  You can answer the question, sir.
20      A.  To the best of my knowledge, I saw
21  -- there's nothing in the report that
22  provides any sensitivity runs or calibration
23  of their model whatsoever.  Are you saying
24  that there are such -- there is such
25  information?

Page 188

1       Q.  I'm asking you the question, sir.
2       A.  I'll be glad to review it.
3       Q.  Sir, my question was, did you
4   attempt to see whether or not there was any
5   external validation done with their modeling
6   activity?  And I gave you an example.  For
7   example, with the 17th Street --
8       A.  Oh, I'm sorry.
9       Q.  -- debris accumulation.
10      A.  So you're not suggesting that they
11  did that validation.
12      Q.  No.  I am asking you --
13      A.  Oh.
14      Q.  -- to answer my questions, not to
15  just B.S. freely.  I want you to respond to my
16  questions as the Federal Rules contemplate,
17  please.
18      A.  Okay.  Well, then, my apologies.
19  I'm not understanding your questions.
20      Q.  Did you understand my question about
21  whether there was evidence of external
22  validation at least with respect to 17th
23  Street?  That's all I am asking you about.
24      A.  Not to my recollection.
25      Q.  Okay.  To determine water surface --

Page 189

1   To determine water surface heights, you simply
2   need to use one model.  You can use a HEC-RAS
3   model or the SOBEK-1D/2D model; true?  You put
4   all of this data in, you have one model that
5   has one algorithm, and you have your output
6   water surface elevation; correct?
7       A.  Well, I mean, in very broad terms,
8   yes.
9       Q.  All right.  Now, one thing that you
10  attempted to do was to apportion the cause of
11  the flooding at specific properties, correct?
12      A.  You talking about my table 9?  Where
13  I draw an evaluation assessment --
14      Q.  Yes.
15      A.  -- of the various source
16  contributions --
17      Q.  Yes.
18      A.  -- at a specific class
19  representative property?  Yes.
20      Q.  Okay.  And you tried to apportion
21  causes.  Did you try to determine whether
22  there were common mechanisms of failure for
23  the levees?
24      A.  What's important in my view for this
25  particular aspect, that is, class

Page 190

1  certification, is not how they failed; it's
2  what -- what actually occurred. In other
3  words, they -- the failure of this size
4  occurred at this time that resulted in the
5  introduction of water at these rates over a
6  certain period of time. So I -- at this point
7  I have not looked into the specific failure
8  modes of any of the breaches.
9       Q. Have you been told that common
10 failure modes is not an issue for class
11 certification?
12      A. No.
13      Q. But you in your judgment don't
14 believe that looking at common failure modes
15 is meaningful to determine whether or not a
16 class should be certified?
17      A. Not to -- to reach the conclusions
18 that I was asked to do, which was to determine
19 the source contribution percentages and then
20 compare and contrast, determine whether or not
21 they could be applied across the entire
22 Orleans east bank or any of these subclasses
23 which I said, as you know, that that cannot be
24 done.
25      Q. But you used one model to arrive at

Page 191

1  all of these different source contributions;
2  correct?
3       A. Yes.
4       Q. With one algorithm.
5       A. Well, I mean, there's many --
6  there's many equations within -- within the --
7  you know, within the model.
8       Q. Or one collection of algorithms.
9       A. Fair.
10      Q. Is that fair?
11      A. True. That's true. Right.
12      Q. Did you evaluate the effect of
13 subsidence on the failures that took place?
14 And by "failures" I'm referring to the
15 interior breaches as well as the overtopping.
16 Did you make any judgment about what role
17 subsidence played in causing water to enter
18 into the east bank through some mechanism
19 other than rainfall?
20      A. No.
21      Q. Okay. Were you specifically told
22 not to consider subsidence in making your
23 analysis?
24      A. No.
25      Q. Do you agree that subsidence was a

Page 192

1  significant factor that led to constructing
2  the London, the 17th Street Canals with crowns
3  that were below design standard?
4       A. I haven't considered that at this
5  time.
6       Q. Were you aware in fact that the
7  levees were built lower than the levels that
8  were specified in the original designs?
9       A. Well, that would depend on -- You
10 would have to tell me exactly where you're
11 pointing to. There's several hundred miles of
12 levees in a hurricane protection system.
13      Q. Well, let's talk about at 17th
14 Street. Do you know if the levee and
15 floodwall configuration was below design
16 standard?
17      A. No, I'd have to go back -- I can't
18 recall whether or not I made mention of that
19 in my report. I'd have to review the report.
20      Q. So it wasn't that significant to
21 you; otherwise, you would remember it as you
22 sit here; correct?
23      A. No, not necessarily, because
24 consider that it wasn't -- you know, that the
25 floodwalls weren't overtopped on the internal

Page 193

1  levees. You know. The 17th Street was -- one
2  section leaned, you know, and ultimately
3  failed, but the water levels did not rise --
4  in any of the three canals did not rise to the
5  constructed heights of the floodwalls.
6       Q. Would you agree that 17th Street and
7  London Avenue resulted in failures that
8  occurred below design capacity?
9       A. Did the failures occur below design
10 capacity?
11      Q. Yes.
12      A. I believe so, yes.
13      Q. Do you agree that the sheet piling
14 at 17th Street was not sufficient, was not
15 sufficient to prevent under-seepage?
16      A. I haven't -- I have not considered
17 that information at this time.
18      Q. You indicated that under-seepage was
19 not a significant contributing factor to the
20 water intrusion into the east bank area. Is
21 that correct?
22      A. I don't believe I said that.
23      Q. Okay. Is that your opinion?
24      A. No. What I think I said is that
25 it's spatially specific. An aggregate, I