Page 194

```
 1    don't believe that it was. But if you're, you
 2    know, near the levees or the, you know, the
 3    perimeter where you have water, then that's
 4    where the contribution of under-seepage will
 5    occur.
 6        Q. You would agree --
 7        MR. ANZELMO:
 8            Can he finish has answer,
 9        please?
10    EXAMINATION BY MR. REICH:
11        Q. All right. Sorry. You would agree
12    that on a macro level, and I think that was a
13    phrase you used in your report, under-seepage
14    was not a significant factor with respect to
15    quantity of water that entered through that
16    mechanism into east bank. Correct?
17        A. Yes, that's correct.
18        Q. And only when you get into local
19    effects does it become a matter of concern?
20        A. Potentially.
21        Q. But when you look at, on a macro
22    level, the entire east bank, under-seepage was
23    not a significant factor?
24        MR. ZWAIN:
25            Asked and answered.
```

Page 195

```
 1    THE WITNESS:
 2        That's correct. That's my
 3    opinion, yes.
 4    EXAMINATION BY MR. REICH:
 5        Q. Would you agree that the largest
 6    source of water that entered into east bank
 7    came through the breaches at 17th Street and
 8    London Avenue?
 9        MR. MAYEAUX:
10            Asked and answered for like four
11        times. I object to the form.
12    EXAMINATION BY MR. REICH:
13        Q. You can answer the question.
14        MR. MAYEAUX:
15            Predominant was once, you went
16        through his models once. I object.
17        MR. REICH:
18            I hear your objection.
19    EXAMINATION BY MR. REICH:
20        Q. Go ahead. I am just laying a
21    predicate. Go ahead.
22        MR. MAYEAUX:
23            Ask him again.
24        THE WITNESS:
25            Your question is, in total, the
```

Page 196

```
 1    sum of the three interior breaches
 2    constituted the largest volumetric
 3    contribution to the Orleans east bank?
 4    EXAMINATION BY MR. REICH:
 5        Q. Yes.
 6        A. I believe that is the case, yes.
 7        Q. All right. Did you make any
 8    determination regarding what level of
 9    protection the Lake Pontchartrain and vicinity
10    hurricane protection system was to be built
11    to? What level of protection was the Lake
12    Pontchartrain and vicinity hurricane
13    protection project designed for?
14        A. Okay. I can only answer that from
15    just anecdotally from what I have read in the
16    literature, and my understanding is it's a
17    Category 3 hurricane.
18        Q. And was it supposed to protect
19    against a storm event or hurricane event with
20    a return frequency of one in 200 years?
21        A. That, I don't know.
22        Q. Would you agree that the impacts
23    that caused the breaches, the interior canal
24    breaches occurred with a storm event that had
25    a frequency at the time of the impact of less
```

Page 197

```
 1    than one in 100?
 2        A. Again, I -- I haven't looked into
 3    that specifically so I couldn't answer that
 4    one way or the other.
 5        Q. Is that an area beyond your
 6    expertise?
 7        A. No.
 8        Q. Okay. Did you review the standard
 9    project hurricane that was formulated in
10    1959?
11        A. No.
12        Q. Are you familiar with the parameters
13    of the standard project hurricane that was
14    formulated in 1959 in terms of wind speed,
15    central pressure, index, and wave surge?
16        A. I have read literature to that
17    effect. I have no specific remembrance of
18    what those numbers may be.
19        Q. Do you know whether the standard
20    project hurricane parameters were changed over
21    time, particularly following Hurricane --
22        A. Betsy.
23        Q. -- Camille?
24        A. Camille?
25        Q. Yes. In '69.
```

Page 198

1   A. Hmm. Now, that, I don't know.
2   Q. Do you know whether the design of
3   the hurricane protection system for the east
4   bank, which is part of the Lake Pontchartrain
5   and vicinity hurricane protection project, was
6   built using an outdated -- was designed using
7   -- designed and built using an outdated
8   standard project hurricane in setting the
9   level of protection?
10  A. I haven't investigated that so I'm
11  not going to comment.
12  Q. All right. Did you investigate the
13  impact that dredging of the 17th Street Canal
14  had on the cross-sectional integrity of the
15  levee, of the 17th Street levee?
16  A. No.
17  Q. Did you make any determination
18  whether off-center dredging had taken place at
19  17th Street?
20  A. Did I make any observation?
21  Q. Any determination whether any type
22  of off-center dredging had taken place at 17th
23  Street.
24  A. I've read information in regards to
25  dredging of the 17th Street Canal. That's

Page 199

1   all.
2   Q. Did you look at the issue of whether
3   the dredging at the 17th Street Canal
4   resulting in a deepening of the canal had any
5   influence on the failure of the 17th Street
6   levee during Katrina?
7   A. No.
8   Q. You haven't studied that issue?
9   A. That's correct.
10  Q. Have you studied another mechanism
11  of failure involving something called a
12  tension gap between the inboard side, which is
13  the land side of the levee and the sheet
14  piling, where separation occurs and lateral
15  displacement takes place?
16  A. Uh-huh (affirmatively). I know what
17  you mean.
18  Q. Have you studied that issue?
19  A. No, I have not.
20  Q. You don't know whether that was a
21  failure mechanism for the London Avenue Canal
22  or the 17th Street Canal?
23  A. Like I said, I haven't expressly
24  looked into the failure modes of any of the
25  interior canals as I already testified.

Page 200

1   Q. You say you haven't studied failure
2   mechanisms, but why is it in your report that
3   you talk about the sand boils which in fact
4   are a failure mechanism? Correct?
5   A. The sand boils are a result of a --
6   Q. Failure?
7   A. Of a failure.
8   Q. All right. And the sand boils come
9   about because the pour pressure causes the
10  weak soil to not hold and there is an
11  under-seepage phenomenon and then the sand
12  comes up in the form of boils. Is that
13  correct?
14  A. Well, --
15  Q. Put it in your own words.
16  A. It's a function of a differential
17  pour pressure for which there is a higher pour
18  pressure on the water side than on the inward
19  side and, as a consequence, it create -- it
20  create -- it moves the soil and creates the
21  sand boils, the evolution of what looks like
22  volcanoes of soil due to the transference of
23  pour pressure from one side to the other.
24  Q. And that happens when your sheet
25  piles are not deep enough; true?

Page 201

1   A. Well, it, you know, -- Well, --
2   Q. That could be happen; true?
3   A. That could happen, sure.
4   Q. Did that happen at London Avenue?
5   A. Again, I haven't looked at that
6   specifically.
7   Q. Well, you describe in your report
8   this phenomenon known as sand boils.
9   A. Uh-huh (affirmatively).
10  Q. Were you relating it to a particular
11  failure of one of the canals?
12  A. I wrote that section expressly to
13  describe the unique characteristics the water
14  had on individual structures due to their
15  proximity to a breach. And that they would be
16  unique from structures that would have been in
17  the middle of the basin.
18  Q. But that might be a localized type
19  of phenomenon; true? You're talking about
20  those properties that are very close to the
21  breach site that are directly affected by the
22  sand boils, where you have the splaying of the
23  sand.
24  A. Well, the sand and also just the
25  velocity of the water associated with that.

Page 202

1  You know, in the case that I think we're
2  discussing, the south breach, I think they
3  actually moved one or more structures right
4  off their foundations.
5      Q.  Let's say hypothetically that the
6  sand boils caused the failure of the 17th
7  Street levee.  That you have that pour
8  pressure that drives up I guess on the inboard
9  side and causes in effect a blowout and the
10 wall collapses.  You will have a localized
11 effect, but isn't the predominant effect
12 really the failure that you have and all of
13 the water that is going to flow out of the
14 canal into east bank?
15     A.  Well, first, the sand boil is not a
16 cause.  It's an effect.  And, secondly, the --
17 I think what you're asking, and if I am -- you
18 know, ask again if I don't get it right, the
19 water pressure associated with the hydraulics
20 associated with the failure of the levee will
21 result in a very high energy force that's
22 dispersed into the neighborhood and the
23 structures in close proximity to it will be
24 affected very differently than structures that
25 are distant from the breach.

Page 203

1      Q.  So the reason you put that in your
2  report was to show that there was some
3  localized effects from the sand boils, but
4  there is a general mechanism that causes the
5  sand boils; true?  There's a general mechanism
6  that affects the levee which will not only
7  impact the nearby properties with the splaying
8  of the sand, but you actually have a mechanism
9  that causes a failure.  Before you have the
10 sand boils, you have to have some type of
11 failure in the system where, for example, the
12 sheer strength of the soil is not sufficient
13 to withstand the water pressure, or where you
14 have extreme permeability of the material
15 resulting in the water pressure going through
16 the sand and coming up the other side where
17 you have inadequate depth of sheet piling.
18     MR. ZWAIN:
19        Object to the compound question.
20 EXAMINATION BY MR. REICH:
21     Q.  Do you understand the question?
22     A.  I understand the question.
23     Q.  All right.
24     A.  But the reason that that particular
25 section is written is to demonstrate that

Page 204

1  certainly on -- at specific locations, homes
2  can be affected not only by rushing water, but
3  also can be inundated by sand.
4      VIDEO OPERATOR:
5        Excuse me.  Go off the record to
6  change tapes?
7      MR. REICH:
8        Sure.
9      VIDEO OPERATOR:
10       That's the end of tape 3.  We're
11 now going off the record.
12       (Whereupon a discussion was held
13 off the record.)
14     VIDEO OPERATOR:
15       This is the beginning of tape 4.
16 EXAMINATION BY MR. REICH:
17     Q.  In your report, you talk about the
18 maximum flood levels, correct, for particular
19 properties, the IPET maximum flood levels?
20     A.  Yes.
21     Q.  All right.  Did you study how long
22 it would take for those flood levels to
23 dissipate, to completely drain?
24     A.  The dewatering part?
25     Q.  Yes.  Dewatering.

Page 205

1      A.  No, I didn't look at the dewatering
2  aspect.
3      Q.  How long did it take before the east
4  bank was completely dewatered from the effects
5  of the interior canal breaches?
6      A.  Well, it took several weeks to --
7  for the Orleans east bank to be pumped dry
8  from the collective -- all collective
9  sources.
10     Q.  The rainfall after the 29th, though,
11 as far as contributing to east bank went to
12 zero; true?
13     A.  My recollection is there -- it
14 didn't rain after the 29th.
15     Q.  Right.
16     A.  At least through, you know, the time
17 period in which I was doing the modeling.
18     Q.  Take a look at 3.2 of your report,
19 "Results".
20     A.  You said page 3.2?  3-2?
21     Q.  3-2.
22     A.  Okay.
23     Q.  3.2 results, page 3-14.
24     A.  Oh, page 3-14.
25     Q.  3-14.  Right.

Page 210

1  the other sources of water at all locations on
2  east bank?
3       A.  No, I didn't say that.
4       Q.  All right.  Rainfall commingled with
5  one or more sources of water that was
6  introduced into east bank?
7       A.  I didn't say that either.
8       Q.  All right.  Is there any part of
9  east bank where rainfall occurred, but there
10 was no flooding from breaches or overtopping?
11      A.  Absolutely.
12      Q.  Okay.  Now, can you point out -- Why
13 don't we go to perhaps your 37 basin diagram.
14 Can you put a mark in each basin where there
15 were no effects, zero effects from flooding?
16      A.  Well, it would be easier just to
17 look at figure 58.  And if we -- I didn't -- I
18 don't go out far enough to September 2nd so I
19 can't tell you exactly what it looked like on
20 -- what I published on the 2nd, but
21 conceptually if we look at the areas where we
22 don't show blue, those areas -- and, of
23 course, as I mentioned, 25 percent of the area
24 of Orleans east bank didn't flood, that means
25 the rainwater ran off and there was no -- so

Page 211

1  there would have been no commingling in that
2  25 to -- 20 to 25 percent of Orleans east bank
3  that did not flood.
4       Q.  You have talked about commonality in
5  your report, or you have used I believe that
6  phrase.  You don't talk about numerosity
7  specifically.  But do you know what numerosity
8  means in a class action?
9            MR. ZWAIN:
10               I object to the form of the
11          question.  Calls for a legal
12          conclusion.
13 EXAMINATION BY MR. REICH:
14      Q.  Do you know what numerosity means?
15 Was that issue discussed with you by anybody?
16      A.  No, it was not.
17      Q.  All right.  How many properties were
18 actually flooded in east bank?
19      A.  I believe the IPET report has an
20 estimated summary of that.  I don't remember
21 the specific number off the top of my head.
22      Q.  Was that the 65 percent of 147,000?
23      A.  It could be.  I don't -- You know, I
24 don't know.
25      Q.  Do you have it in your report?

Page 212

1       A.  You know, I might.
2       Q.  I think you do.
3       A.  I might.
4       Q.  Take a look.
5            MR. ZWAIN:
6                If you would cite the page, it
7           would speed things up.
8            THE WITNESS:
9                I think it's at the beginning.  I
10          recall it now.
11 EXAMINATION BY MR. REICH:
12      Q.  I have seen it here.
13      A.  Yes, it's page 1-1, the second
14 paragraph.
15      Q.  1-1?
16      A.  Uh-huh (affirmatively), the second
17 paragraph.
18      Q.  This is according to FEMA?
19      A.  Apparently so.
20      Q.  "65 percent of the 147,000
21 residential properties were flooded, and of
22 these, 95,000 properties, 55 percent,
23 sustained over four feet of water."  Is this
24 data consistent with all the information you
25 have seen concerning the number of properties

Page 213

1  that have flooded as well as the number of
2  properties that have flooded with over four
3  feet of water?
4       A.  That I have seen?
5       Q.  Is this data consistent with any
6  other information you have seen?
7       A.  I would have to go back and look at
8  the IPET report to draw a specific comparison,
9  but IPET in volume 7 of their report, as I
10 recall, discusses home -- you know, structure
11 damages.  But as I sit here without draw- --
12 without looking at the IPET, I can't tell you
13 one way or the other.
14      Q.  Are you aware of any other flooding
15 events in the past decade in the United States
16 that have resulted in as many properties being
17 flooded and as many properties being flooded
18 with over four feet of water?
19      A.  Hmm.  Well, we had the big floods on
20 the rivers in the '90s along the Mississippi
21 and the Missouri.  Of course, Grand Forks
22 flooded badly, what was it, a few years ago,
23 flooded a whole town.  Many, many, many homes
24 flooded there.
25      Q.  Anything of a similar magnitude?  I

Page 214

1  mean 65 percent of 147,000, that's -- what is
2  that, about 90,000?
3     A. Yeah, 95,000.
4     Q. 95,000.
5     A. Yeah.
6     Q. This is the biggest flood event in
7  the United States in modern times, is it not,
8  in terms of impact to properties?
9     A. You mean residential properties?
10    Q. Yes.
11    A. Well, in terms of residential
12 properties --
13    Q. Right.
14    A. -- you may be right.
15    Q. The fastest discharge rates that you
16 report involved the IHNC that occurred during
17 the first day of Katrina; correct?
18    A. No.
19    Q. The 130,000 cubic feet per second,
20 that was on what date?
21    A. That was on the 29th.
22    Q. The 29th?
23    A. Uh-huh (affirmatively).
24    Q. Okay. You're saying the first day
25 was the 28th. Okay.

Page 215

1     A. No, I thought you said the 17th.
2  Did you say the overtopping? I must -- I
3  misunderstood you.
4     Q. I'm talking about the first -- The
5  29th was --
6     A. On the 29th.
7     Q. -- when Katrina occurred, right?
8     A. Right, uh-huh (affirmatively).
9     Q. And you determined that the fastest
10 flow rate that took place was from the IHNC.
11    A. Yes. That's correct. Well, it's --
12 It's not the fastest, but the highest --
13    Q. The highest.
14    A. -- volumetric rate, yes.
15    Q. Right. It was 130,000 --
16    A. Over 130,000.
17    Q. -- cubic feet per second?
18    A. Yes, sir.
19    Q. And that flow rate, was that
20 contributed to by MRGO?
21    A. Who?
22    Q. The acceleration of waters in MRGO?
23    A. Oh, I haven't investigated that.
24    Q. You haven't looked at any issues
25 pertaining to what caused the waters in MRGO

Page 216

1  to accelerate?
2     A. No, sir.
3     Q. And you indicate that 130,000 cubic
4  feet per second is, what, two and a half times
5  the speed of the Missouri River?
6     A. The flow of the Missouri River.
7     Q. The flow of the Missouri River.
8        Did you study the issue of whether
9  the original design, which was a barrier plan,
10 would have mitigated the effects of Katrina
11 such that you would not have had nearly, or
12 perhaps eliminated the impacts resulting from
13 the storm?
14    A. No.
15    Q. Have you studied the differences
16 between the barrier plan and the high level
17 plan?
18    A. No.
19    Q. Have you heard of the barrier plan?
20    A. Yes.
21    Q. If the barrier plan had been
22 implemented and tidal gates were placed at
23 places like the Rigolets, Chef Menteur, and
24 perhaps Seabrook, that would have minimized,
25 if not eliminated, the surge over Lake Borgne

Page 217

1  and would have significantly changed the
2  outcome?
3        MR. ZWAIN:
4           Counsel, he's just told you he
5  hasn't studied it.
6        MR. REICH:
7           Well, he just told me he knew
8  something about it, the barrier plan.
9        MR. MAYEAUX:
10          He told you he heard of it.
11       THE WITNESS:
12          I know of the barrier plan.
13 EXAMINATION BY MR. REICH:
14    Q. Is that all you know? You haven't
15 studied it?
16    A. That's correct. , yes, sir.
17    Q. You haven't looked at whether or not
18 the implementation of the barrier plan would
19 have had a significant difference in the
20 outcome of Katrina?
21    A. No.
22       MR. REICH:
23          Okay. Let me take a quick
24 break.
25       VIDEO OPERATOR: