jr1003007

118

```
 1   on when you believe the diminution of the
 2   real estate, I guess, or how long the real
 3   estate would have a diminished value as a
 4   result of the flooding?
 5       A.   Well, I guess we first have to
 6   note, you're talking about every piece of
 7   real estate in common around the
 8   neighborhood?  No.  That's an incorrect
 9   aggregation.  If you are talking about a
10   particular piece of property in a particular
11   neighborhood, we perhaps could make some
12   judgment, but talking about the aggregate,
13   no.
14       Q.   Okay.  So, first of all, just to
15   make sure I'm clear, you cannot give an
16   opinion on an aggregate how long you believe
17   there would be a diminished real estate
18   aspect to the class?
19       A.   Because I don't believe there is a
20   diminished real estate value to all pieces of
21   property in New Orleans.
22       Q.   Okay.  Do you believe that there is
23   a diminished real estate value to all the
24   pieces of property that were substantially
25   flooded?
```

119

jr1003007

1    A.   ==As of right now, some may be fully==
2    ==recovered, depending on where they are in==
3    ==terms of their ability to build back and==
4    ==things of that nature==.
5    Q.   Okay. You say some may be fully
6    recovered.
7    A.   Some may, right.
8    Q.   And the fact they are fully
9    recovered, are you using that term
10   interchangeable with they have no diminished
11   value?
12   A.   At this point in time, yes. I am
13   using that -- they are back in their homes,
14   they are living there. They are providing
15   the services they are supposed to provide.
16   Q.   Okay. And just because they are
17   back in their home and they are living there,
18   if that is true, do you believe that they
19   would have no diminished property value?
20   A.   No. There are certain places where
21   they may have certain neighborhoods they
22   could have diminished property values even
23   with that.
24   Q.   Have you formed an opinion on, and
25   I don't know if you've covered this before or

120

1   not, on how long you believe generally the
2   diminished value of the property would exist?
3   Because I thought you testified earlier
4   something about five years at least.

Page 106

```
22    marketplace.                      jr1003007
23        Q.   Okay.  And you believe that you
24    could quantify an individual's diminution of
25    property value that suffered flood damage as
```
                                                    126

```
 1    a result of the hurricane?
 2        A.   Yes.
 3        Q.   Okay.  But it is just your opinion,
 4    you don't believe that you can do it on a
 5    mass basis?
 6        A.   I don't believe you can do it as
 7    accurately.
 8        Q.   I keep forgetting that.
 9             MR. ZWAIN:
10             Yeah, I know.
11    EXAMINATION BY MR. HONEYCUTT:
12        Q.   All right.  Then just to cover
13    briefly on the last paragraph, I believe it
14    is true that you state that "any distribution
15    of damages would be complicated," that's the
16    beginning of the second line, the second
17    sentence --
18        A.   Okay.
19        Q.   " -- unless one actually creates a
20    method of first determining what each
21    individual unit lost."
22             Let me ask you, is that -- are you
23    talking about evaluating each individual's
24    damages or creating a method to determine
25    that?
```
                                   Page 112

jr1003007

19  say that certainly based on looking at the
20  numbers, looking at this particular area,
21  certainly you have a great deal of variety
22  within a very small space.
23      Q.  Okay.  And is that an economic term
24  of art?
25      A.  Heterogeneity is used in economics,

134

1   but there is not a definition they write in
2   the books that this is what we mean by
3   heterogeneity, no.
4       Q.  And earlier when you testified that
5   it is your opinion that the neighborhoods in
6   New Orleans are heterogenous -- first of all,
7   that was your testimony, correct?
8       A.  Yes.
9       Q.  And what was that opinion based on?
10      A.  It is based on if you look at the
11  communities themselves in terms of the values
12  of homes that vary rather substantially.  You
13  look at the income levels.  In fact, if you
14  go down a whole list of variables, you can
15  look at everything, family structure, persons
16  per household, the source of their income.
17  You find a tremendous variety within this
18  interesting little city.
19      Q.  Okay.  I guess the factors that you
20  use to determine whether or not it is
21  heterogenous or homogeneous, but is there a

Page 119

```
                                    jr1003007
22   written list somewhere that you can go look
23   at or is it just a subjective term of art?
24        A.   No.  It is not a written list.  It
25   is obviously a matter of judgment.
```

                                                            135


```
 1        Q.   Okay.  And it is my understanding
 2   you have made that judgment in this case that
 3   the neighborhoods are too heterogenous to use
 4   a mass appraisal system?
 5        A.   I made that judgment, but also that
 6   judgment has been supported by the fact that
 7   Road Home used it, AVM, and were not very
 8   pleased with the results and had to turn to
 9   other methods.
10        Q.   Okay.  I guess that's what I want
11   to make sure I understand.  Is it the reason
12   that you believe that the New Orleans
13   neighborhoods are heterogenous is because the
14   Road Home Program decided to use a different
15   method?
16        A.   I think you can show the
17   heterogeneity without that, but I think that
18   only reinforces the argument of the
19   heterogeneity.
20        Q.   And did you independently make a
21   determination that the neighborhoods were
22   heterogenous?
23        A.   Yes.
24        Q.   And did you do that based upon
25   personal observations or review of certain
```

jr1003007

136

1  information other than the Road Home Program
2  which you said supported it?
3       A.   No.  My knowledge of this area and
4  then review of the data that described
5  various neighborhoods.
6       Q.   And what data did you review?
7       A.   That was all the data concerning
8  the demographics, the income, the employment,
9  the household, educational.  All that data
10 that is available.
11      Q.   Okay.  Did you look to determine
12 whether or not any neighborhoods in the New
13 Orleans area are homogeneous?
14      A.   Well, again, we have to be --
15 certain neighborhoods may be very small
16 neighborhoods, but not part of that larger
17 class or subclasses.  You might have a block
18 or a neighborhood that might have some, be
19 homogeneous, but again you're talking about,
20 you have five subclasses or you have a class.
21 So you're looking at it from that angle.
22      Q.   Well, my question is is there any
23 way in your opinion that you could segregate
24 a portion of the class and consider it
25 homogeneous?

137

Page 121

jr1003007
22  would be less than nearly impossible then,
23  correct, to calculate the --
24      A.  I'm sorry.  I didn't understand the
25  first part of the question, what you're

                                            153


1   getting at.
2       Q.  In the statement you indicate that
3   if you are calculating an aggregate amount of
4   damages on an in globo basis, net damages,
5   okay, instead of gross damages --
6       A.  Uh-huh.
7       Q.  -- as we discussed earlier, if you
8   use gross damages instead of net damages,
9   that would make it a little bit easier,
10  correct?
11      A.  It will be nearly impossible, but
12  it would be easier than the other, yes.
13      Q.  Okay.  On page 20 of your report,
14  in the second paragraph, the last sentence,
15  you reference that Dr. Kilpatrick's report is
16  focused on the very broad theme of his
17  perception of an overall reduction in
18  property values.  I wanted to ask you, is it
19  your opinion that the structures that
20  sustained substantial flooding, did all of
21  those have an overall reduction in property
22  value?
23      A.  Again, looking at what time.  All
24  of them obviously have a reduction in
25  property value at the point in which they
                    Page 136

jr1003007

154

1   were damaged.
2       Q.   Okay.
3       A.   If they are rebuilt to the same
4   level, it's not necessarily true they have an
5   overall diminution in property value as of
6   this time.
7       Q.   Okay.
8       A.   So the matter of timing is very
9   important.
10      Q.   Okay.  But you haven't rendered any
11  opinion one way or the other whether or not
12  at present, even if a structure was rebuilt,
13  it had any diminished property value?
14      A.   No, I have not.
15      Q.   All right.  I want you to go down
16  on page 20, I will ask you a little more
17  about the AVMs and the mass appraisal
18  techniques.  First of all, that is an
19  acceptable practice within that area of
20  expertise, appraisals, on certain, in certain
21  situations, correct, using AVMs to
22  determine --
23      A.   As I said, my report does not
24  attack AVMs in general.  It merely objects or
25  questions the use of them in this situation.

155

jr1003007

```
 5              to make sure.
 6      EXAMINATION BY MR. HONEYCUTT:
 7          Q.  An AVM.  If you were going to
 8      prepare an AVM.
 9          A.  I would have to -- if I were
10      preparing an AVM, I would have to use some
11      sales data, pricing data, other information
12      like that.  Yes, it would be some information
13      that could be comparable to or similar to or
14      the same as you would do an individual
15      appraisal.
16          Q.  Do you think it would comprise at
17      least 50 percent of the individual
18      characteristics that you would use to perform
19      an individual valuation?
20          A.  Oh, I imagine, yeah.  I have no
21      problem with that, uh-huh.
22          Q.  And we talked about AVMs with
23      property tax earlier.  It is my understanding
24      that AVMs are used to determine assessments
25      for property?
```

157

```
 1          A.  In some areas.  I think in
 2      Louisiana I don't believe that's true, except
 3      maybe in one or two parishes possibly, but I
 4      think in most parishes in the State they
 5      don't use AVMs, as I understand it.
 6          Q.  On page 21 underneath the section
 7      "Mass Appraisal Techniques and Property Tax
```

jr1003007

19   much do you as an individual value
20   that. Well, you are taking that
21   same type of model and you are then
22   saying, okay, within this larger
23   framework, we know that houses are
24   different, can we come out with
25   some number, some estimate of what

161

1   it really means. And that can be
2   done.
3   Now, diminution of value, and this
4   is an element where again as I read
5   Dr. Kilpatrick's report, it's his
6   idea that the whole area has been
7   diminished in value because of the
8   flooding. Hedonic model is going
9   to help you get a value at a point
10  in time such as pre-Katrina
11  assessments or fair market values.
12  It's not going to give you the
13  difference there unless you then
14  have to do it for post-Katrina. I
15  don't think he suggests using that
16  for post-Katrina.
17  EXAMINATION BY MR. HONEYCUTT:
18      Q.   Let me just ask you. If you are
19  saying you had a base point to start with,
20  for example, pre-Katrina, would a hedonic
21  model be appropriate to use to determine the

Page 143