## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO:  BARGE | * * * * | NO. 05-4182 and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*        05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 | * | |
| *Parfait Family v. USA*     07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*            08-4459 | * | |

### ORDER TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

Considering the above and foregoing, it is hereby Ordered that Brian A. Gilbert, Law Office of Brian A. Gilbert, P.L.C., be and is hereby enrolled and substituted as counsel of record for *Benoit* plaintiffs Marie Short Benoit, Henry Adams, Gwendolyn Adams, John Alford, Jerry Alford, Michael Watts, Robert Green, Sr., Jonathan Green, David Green in his individual capacity and as the representative of the Estate of Joyce H. Green, Everidge Green in his individual capacity and as the representative of the Estate of Shanai Green, and as the natural tutor of Shaniya Green and Shamiya Green, Hyman Sheppard, Earl Matthew Daniels, Sr., Joyce B. Matthews, Mildred Delores Dean, Karen Leon, Ethel Leon, Joyce Daniels, Myrna Daniels in her individual capacity and as natural

tutrix of Keiana Daniels, Keiara Cartwright, Tom Browder, Albertine Browder, and Gaynell Browder in the Barge Litigation Track of this matter.

New Orleans, Louisiana, this  10th  day of      December     , 200 8    .

```
                                    _____
                                         Stanwood R. Duval, Jr.
                                         United States District Judge
```