UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164,  *Connie Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Lynn Honore regarding 2629 Robert E. Lee Blvd., New Orleans, LA 70122; Lois Seraile regarding 4600 Perelli Dr., New Orleans, LA 70127; Lerconga Roberts, Herman Roberts regarding 2701 Higgins Blvd., New Orleans, LA 70126; Henry Bonds regarding 1620 Schnell Dr., Arabi, LA 70032; Wanda Jones regarding 3321 Clermont Dr., New Orleans, LA 70122; Christina Green regarding 6962 DeAnne St., New Orleans, LA 70126; Kathleen Tortorich, R. Tamburo regarding 3718 Cleveland Ave., New Orleans, LA 70119; Rosetta Irons regarding 1812 Lamanche St., New Orleans, LA 70117; Lillie Polk, David J. Polk regarding 219 Liberty Terrance Dr., New Orleans, LA 70126; Gregory Degruy regarding 4758 Bundy Rd., New Orleans, LA 70127; Myra Edwards regarding 2630 Gladiolus St., New Orleans, LA 70122; Marie Rose regarding 4610 Coronado Dr., New Orleans, LA 70127; Beverly Blunt, Ford James Blunt Jr. regarding 2722 Mithra St., New Orleans, LA 70122; Joyce Numan, Rafeeg Numan regarding 4920 Magnolia St., New Orleans, LA 70115; Thelma Winchester regarding 4601 Annette st., New Orleans, LA 70122; Linda Elwood regarding 5510 Rickert Drive, New Orleans, LA 70126; Carlette Smith, Gary Smith regarding 7851 Sun Street, New Orleans, LA 70128; Hazel Castanel, Joycelyn A. Fortune regarding 4638 Annette St., New Orleans, LA 70122; Kim Tumminello, Tim Tumminello regarding 7001/03 Belairie dr., New Orleans, LA 70124; Lisa Hymel regarding 5301 Memphis St., New Orleans, LA 70124; Sylvia Morgan regarding 1512 Tennessee St., New Orleans, LA 70117; Marguerite Gibson regarding 5450 Burgundy St., New |

Orleans, LA 70117; S Thomas regarding 4816 N. Derbigny St., New Orleans, LA 70117; Elias Cottrell regarding 5131 Sandhurst Dr, New Orleans, LA 70126; Robert Carter, Patricia G. Carter regarding 5518 Pasteur Blvd., New Orleans, LA 70122; Lynn James regarding 1470 Milthra St., New Orleans, LA 70122; Mary Jackson regarding 4875 Wilson Ave., New Orleans, LA 70126; Julius Alverez, Edna Alverez regarding 4700 Papania Dr., New Orleans, LA 70127; Myrna LaCour, Leonard LaCour regarding 13045 Leval St., New Orleans, LA 70129; Eric Anderson, Angela Anderson regarding 6600 Bamberry St., New Orleans, LA 70126

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Lynn Honore regarding 2629 Robert E. Lee Blvd., New Orleans, LA 70122; Lois Seraile regarding 4600 Perelli Dr., New Orleans, LA 70127; Lerconga Roberts, Herman Roberts regarding 2701 Higgins Blvd., New Orleans, LA 70126; Henry Bonds regarding 1620 Schnell Dr., Arabi, LA 70032; Wanda Jones regarding 3321 Clermont Dr., New Orleans, LA 70122; Christina Green regarding 6962 DeAnne St., New Orleans, LA 70126; Kathleen Tortorich, R. Tamburo regarding 3718 Cleveland Ave., New Orleans, LA 70119; Rosetta Irons regarding 1812 Lamanche St., New Orleans, LA 70117; Lillie Polk, David J. Polk regarding 219 Liberty Terrance Dr., New Orleans, LA 70126; Gregory Degruy regarding 4758 Bundy Rd., New Orleans, LA 70127; Myra Edwards regarding 2630 Gladiolus St., New Orleans, LA 70122; Marie Rose regarding 4610 Coronado Dr., New Orleans, LA 70127; Beverly Blunt, Ford James Blunt Jr. regarding 2722 Mithra St., New Orleans, LA 70122; Joyce Numan, Rafeeg Numan regarding 4920 Magnolia St., New Orleans, LA 70115; Thelma Winchester regarding 4601

Annette st., New Orleans, LA 70122; Linda Elwood regarding 5510 Rickert Drive, New Orleans, LA 70126; Carlette Smith, Gary Smith regarding 7851 Sun Street, New Orleans, LA 70128; Hazel Castanel, Joycelyn A. Fortune regarding 4638 Annette St., New Orleans, LA 70122; Kim Tumminello, Tim Tumminello regarding 7001/03 Belairie dr., New Orleans, LA 70124; Lisa Hymel regarding 5301 Memphis St., New Orleans, LA 70124; Sylvia Morgan regarding 1512 Tennessee St., New Orleans, LA 70117; Marguerite Gibson regarding 5450 Burgundy St., New Orleans, LA 70117; S Thomas regarding 4816 N. Derbigny St., New Orleans, LA 70117; Elias Cottrell regarding 5131 Sandhurst Dr, New Orleans, LA 70126; Robert Carter, Patricia G. Carter regarding 5518 Pasteur Blvd., New Orleans, LA 70122; Lynn James regarding 1470 Milthra St., New Orleans, LA 70122; Mary Jackson regarding 4875 Wilson Ave., New Orleans, LA 70126; Julius Alverez, Edna Alverez regarding 4700 Papania Dr., New Orleans, LA 70127; Myrna LaCour, Leonard LaCour regarding 13045 Leval St., New Orleans, LA 70129; Eric Anderson, Angela Anderson regarding 6600 Bamberry St., New Orleans, LA 70126 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  10th  day of   December  , 2008.

_____
United States District Judge