## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>No.:  05-4182 |

**FILED IN:**
05-4181, 05-4182, 05-4191, 05-4568,
05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346,  06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471,  06-5771, 06-5786,
06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288,
07-1289.

**PERTAINS TO: LEVEE AND MR-GO**

## ORDER

Considering the *Ex Parte* Motion to Enroll Additional Counsel of Record (the "Motion") filed herein by St. Paul Fire and Marine Insurance Company ("St. Paul"), and finding good cause for the relief requested therein;

**IT IS ORDERED** that the Motion is granted, and that S. Ault Hootsell III of the firm Phelps Dunbar LLP be permitted to enroll as additional counsel of record for St. Paul.

Signed this __10th__ day of __December__, 2008 in New Orleans, Louisiana.

_____
United States District Court Judge
Eastern District of Louisiana

NO.99914088.1