UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: Insurance  No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Gloria Veal, Jessie B. Jeale, Jr. regarding 5429 Providence Pl., New Orleans, LA 70126; Donna Carter regarding 1301 Independence, New Orleans, LA 70117; Marilyn Sino regarding 2325 Delta Queen Dr., Violet, LA 70092; Carol Clark regarding 2025 Fernando Ct, Marrero, LA 70072; Faye Jernigan regarding 2132 Constantine Dr., Marrero, LA 70072; Henrietta Washington-Marrero regarding 4907 Laine Ave., New Orleans, LA 70126; Willie Leonard regarding 5150 Franklin Ave., New Orleans, LA 70122; CHARLES JACKSON regarding 8021 DWYER RD., NEW ORLEANS, LA 70126; KATINA PRICE, Katina T Breaud regarding 7454 KENYON RD., NEW ORLEANS, LA 70127; Beverly Christophe-Hitts, Freeman Christophe regarding 4515-13 Eden St., New Orleans, LA 70125; Beverly Leverette regarding 6963 Salem Dr., Lafayette, LA 70586; Laura Sanders regarding 616 Andry St., New Orleans, LA 70117; David Gaudin, Donald J. Gaudin regarding 5315 Wilton Dr., New Orleans, LA 70122; La Jean Green, Gerald Green regarding 5430 N. Rochblave St., New Orleans, LA 70117; Charles Newman regarding 5318 & 5320 Painters St., New Orleans, LA 70122; Beth Coupel, Wayne Coupel regarding 2220 Torres Dr., New Orleans, LA 70085; Albert Hawthorne, Albert Hawthorne regarding 7330 Willowbrae, New Orleans, LA 70127; Leroy Carrere regarding 3112 St. Bernard Ave., New Orleans, LA 70119; Keith Mascaro, Nicole Mascaro regarding 2404 Bobolink Dr., St. Bernard, LA 70085; Vendetta Walker, Dorothy Lewis regarding 6556 Rue Louis Phillip, Marrero, LA 70072; Joseph Barnes, Henry, Vincent Barnes regarding 9231 |

Fig St., New Orleans, LA 70118; Helen Johnson regarding 3317 Louisiana Avenue Pkwy., New Orleans, LA 70125; Catherine Glorioso regarding 3517 Kent Ave., New Orleans, LA 70006; Curtis Ramee, Sherry C. Ramee regarding 4721 Painters St., New Orleans, LA 70122; Juanita Williams, Nekitha Johnson regarding 14707 Emory Rd., New Orleans, LA 70128; Frank Harris regarding 5521 Patioway, New Orleans, LA 70129; Frank Harris regarding 4821 N. Tonti St., New Orleans, LA 70117; Joyce Boudousquie regarding 1900 Schnell Dr., Arabi, LA 70032; Jim Rattley, Sybil D. Rattley regarding 1804 Mandeville St., New Orleans, LA 70117; Glenda Fulton regarding 4741 Camelot Dr., New Orleans, LA 70127; Hannah Benjamin regarding 20 N. Blue Ridge Ct., New Orleans, LA 70128; Lisa Jackson-Adams regarding 4945 Montegut St., New Orleans, LA 70126; Terri Sears regarding 5530 Bentley Dr., New Orleans, LA 70126; Sidney Bertrand regarding 2300 New York St., New Orleans, LA 70122; Wayne Cordova regarding 7618 Scottwood Dr., New Orleans, LA 70128; Lionel Jones, Miriam C. Jones regarding 7801 Trapier Ave., New Orleans, LA 70127; Leonard Johnson, Laura M. Johnson regarding 4826 Lancelot Dr., New Orleans, LA 70127; Davis Decareaux, Carmen Decareaux regarding 7017 Kenison St., New Orleans, LA 70124; Rosie Bias, Leonard Bias regarding 6211 & 6213 N. Rocheblave St., New Orleans, LA 70125; Tracy Taylor, Chryl Batiste regarding 6025 Provedence Place, New Orleans, LA 70126; June Dowden regarding 6110-6112 Lafaye Ave., New Orleans, LA 70122; Vanessa Richburg, William Richburg regarding 8930 Lake Forest Blvd, New Orleans, LA 70127; Glayds Phillip regarding 1918 & 1920 Law St., New Orleans, LA 70119; Michelle Ancar, Ernest Ancar regarding 5012 Warrington Dr., New Orleans, LA 70122; Irma Dixon regarding 7191 Ridgefield Dr., New Orleans, LA 70128; Roy Singh, Doreen Singh regarding 3601 Kings Dr., Chalmette, LA 70043; John Jackson regarding 5300 Stillwater Dr., New Orleans, LA 70128; Brian Woods, Karen Woods regarding 3000-02 Serantine St., New Orleans, LA 70119; Charles Harris

regarding 5235 Paris Ave., New Orleans, LA 70122; Veronica Rillieux, Bruce P Rillieux Sr. regarding 7301 Edward St., New Orleans, LA 70126; Darlene Jefferson regarding 4416-18 Gen. Pershing St., New Orleans, LA 70125; Jeannie Lanaux regarding 12180 Wales St., New Orleans, LA 70128; Eleridge James regarding 7400 Farwood Dr., New Orleans, LA 70126; Myrna Moline regarding 6900 Curran Rd, New Orleans, LA 70126; Evelyn Williams regarding 3116-18 General Taylor St., New Orleans, LA 70125

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Gloria Veal, Jessie B. Jeale, Jr. regarding 5429 Providence Pl., New Orleans, LA 70126; Donna Carter regarding 1301 Independence, New Orleans, LA 70117; Marilyn Sino regarding 2325 Delta Queen Dr., Violet, LA 70092; Carol Clark regarding 2025 Fernando Ct, Marrero, LA 70072; Faye Jernigan regarding 2132 Constantine Dr., Marrero, LA 70072; Henrietta Washington-Marrero regarding 4907 Laine Ave., New Orleans, LA 70126; Willie Leonard regarding 5150 Franklin Ave., New Orleans, LA 70122; CHARLES JACKSON regarding 8021 DWYER RD., NEW ORLEANS, LA 70126; KATINA PRICE, Katina T Breaud regarding 7454 KENYON RD., NEW ORLEANS, LA 70127; Beverly Christophe-Hitts, Freeman Christophe regarding 4515-13 Eden St., New Orleans, LA 70125; Beverly Leverette regarding 6963 Salem Dr., Lafayette, LA 70586; Laura Sanders regarding 616 Andry St., New Orleans, LA 70117; David Gaudin, Donald J. Gaudin regarding 5315 Wilton Dr., New Orleans, LA 70122; La Jean Green, Gerald Green regarding 5430 N. Rochblave St., New Orleans, LA

70117; Charles Newman regarding 5318 & 5320 Painters St., New Orleans, LA 70122; Beth Coupel, Wayne Coupel regarding 2220 Torres Dr., New Orleans, LA 70085; Albert Hawthorne, Albert Hawthorne regarding 7330 Willowbrae, New Orleans, LA 70127; Leroy Carrere regarding 3112 St. Bernard Ave., New Orleans, LA 70119; Keith Mascaro, Nicole Mascaro regarding 2404 Bobolink Dr., St. Bernard, LA 70085; Vendetta Walker, Dorothy Lewis regarding 6556 Rue Louis Phillip, Marrero, LA 70072; Joseph Barnes, Henry, Vincent Barnes regarding 9231 Fig St., New Orleans, LA 70118; Helen Johnson regarding 3317 Louisiana Avenue Pkwy., New Orleans, LA 70125; Catherine Glorioso regarding 3517 Kent Ave., New Orleans, LA 70006; Curtis Ramee, Sherry C. Ramee regarding 4721 Painters St., New Orleans, LA 70122; Juanita Williams, Nekitha Johnson regarding 14707 Emory Rd., New Orleans, LA 70128; Frank Harris regarding 5521 Patioway, New Orleans, LA 70129; Frank Harris regarding 4821 N. Tonti St., New Orleans, LA 70117; Joyce Boudousquie regarding 1900 Schnell Dr., Arabi, LA 70032; Jim Rattley, Sybil D. Rattley regarding 1804 Mandeville St., New Orleans, LA 70117; Glenda Fulton regarding 4741 Camelot Dr., New Orleans, LA 70127; Hannah Benjamin regarding 20 N. Blue Ridge Ct., New Orleans, LA 70128; Lisa Jackson-Adams regarding 4945 Montegut St., New Orleans, LA 70126; Terri Sears regarding 5530 Bentley Dr., New Orleans, LA 70126; Sidney Bertrand regarding 2300 New York St., New Orleans, LA 70122; Wayne Cordova regarding 7618 Scottwood Dr., New Orleans, LA 70128; Lionel Jones, Miriam C. Jones regarding 7801 Trapier Ave., New Orleans, LA 70127; Leonard Johnson, Laura M. Johnson regarding 4826 Lancelot Dr., New Orleans, LA 70127; Davis Decareaux, Carmen Decareaux regarding 7017 Kenison St., New Orleans, LA 70124; Rosie Bias, Leonard Bias regarding 6211 & 6213 N. Rocheblave St., New Orleans, LA 70125; Tracy Taylor, Chryl Batiste regarding 6025 Providence Place, New Orleans, LA 70126; June Dowden regarding 6110-6112 Lafaye Ave., New Orleans, LA 70122; Vanessa Richburg, William Richburg regarding 8930 Lake Forest

Blvd, New Orleans, LA 70127; Glayds Phillip regarding 1918 & 1920 Law St., New Orleans, LA 70119; Michelle Ancar, Ernest Ancar regarding 5012 Warrington Dr., New Orleans, LA 70122; Irma Dixon regarding 7191 Ridgefield Dr., New Orleans, LA 70128; Roy Singh, Doreen Singh regarding 3601 Kings Dr., Chalmette, LA 70043; John Jackson regarding 5300 Stillwater Dr., New Orleans, LA 70128; Brian Woods, Karen Woods regarding 3000-02 Serantine St., New Orleans, LA 70119; Charles Harris regarding 5235 Paris Ave., New Orleans, LA 70122; Veronica Rillieux, Bruce P Rillieux Sr. regarding 7301 Edward St., New Orleans, LA 70126; Darlene Jefferson regarding 4416-18 Gen. Pershing St., New Orleans, LA 70125; Jeannie Lanaux regarding 12180 Wales St., New Orleans, LA 70128; Eleridge James regarding 7400 Farwood Dr., New Orleans, LA 70126; Myrna Moline regarding 6900 Curran Rd, New Orleans, LA 70126; Evelyn Williams regarding 3116-18 General Taylor St., New Orleans, LA 70125 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this 10th day of December, 2008.

                                               United States District Judge