UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Palumbo,* C.A. No. 06-9990 | | |

*   *   *   *   *   *   *   *

### JOINT MOTION TO EXTEND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the plaintiff, ANDREW PALUMBO and defendant, STATE FARM FIRE AND CASUALTY COMPANY, and on suggesting to the Court that the parties to this action have firmly agreed upon a compromise; however, plaintiff is a recipient of a grant from the Louisiana Road Home Program which has implemented a review proceeding requiring that Louisiana Road Home approve compromises by claimants against their homeowner carriers; and on further suggesting to the Court that a ninety day order of dismissal was entered in this matter on September 23, 2008, which will result in the dismissal of the matter on or about December 23, 2008; and on further suggesting to the Court that the parties will require an additional ninety days on the Order of Dismissal, or until the 23rd day of March 2008, in order to complete the Request for Consent by Louisiana Road Home.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST     (Bar Roll #10420)
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464

s/ Patrick D. DeRouen
PATRICK D. DeROUEN  (Bar Roll #20535)
704 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3838
Facsimile:  (504) 581-4069

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 11th day of December 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**