UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | |
| | * | NO.   05-4182 |
| | | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Palumbo,* **C.A. No. 06-9990** | | |
| *     *     *     *     *     *     *     * | * | |

### ORDER

Considering the foregoing:

IT IS ORDERED that the Order of Dismissal entered in this matter on September 23, 2008, be and the same is hereby extended until the 23rd day of March 2009.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of December 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**