FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 NOV 24  PM 4:48

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION NO.: 05-4182 <br> * <br> *  JUDGE: DUVAL <br> * <br> *  MAGISTRATE: WILKINSON |
| PERTAINS TO: | * <br> * |
| INSURANCE:  *Aaron*, 06-4746 | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE
### AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, Mrs. Raymond Ambrose, Paul and Lynette Bertrand, Joseph, Jr. and Diana Binder, Irma Breaux, Dan Danflous, Shandon and Tabitha Davis, Leona and Ruffin Dawson, Barrett and Mary T. Duplessis, Dianne Ford, Julius and Dianne Ford, Janice Hunter, Lee and Lynn Johnson, Renee Johnson, Mrs. Waldren C. Joseph, William and Edna Lockett, Chanel Mack, Ana Marshall, Leola Newton, Earnest Patterson, Jr., James and Judy Ramsey, Doris Recasner, Lawrence and Merita Rodrique, Betty Singleton, Thelma Starwood, Joseph and Naomi Stephenson, Sharlene and Kevin Sterling, David Stirgus, Rita Taylor, Ida Townsend, Mary Ellen VanZandt, Don and Kendra Harding Washington, Shirley and Arthur Williams, and

____ Fee_____
____ /Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____    123009

Verther Woods respectfully request that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that any claims on any homeowners' policies issued by Allstate to these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

JIM S. HALL & ASSOCIATES

_____
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorney for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the _____ day of November, 2008.

_____

123009