FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 DEC 10 PM 12: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 *  * JUDGE: DUVAL *  * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * |
| INSURANCE:   *Aaron*, 06-4746 | * * |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Mrs. Raymond Ambrose, Paul and Lynette Bertrand, Joseph, Jr. and Diana Binder, Irma Breaux, Dan Danflous, Shandon and Tabitha Davis, Leona and Ruffin Dawson, Barrett and Mary T. Duplessis, Dianne Ford, Julius and Dianne Ford, Janice Hunter, Lee and Lynn Johnson, Renee Johnson, Mrs. Waldren C. Joseph, William and Edna Lockett, Chanel Mack, Ana

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____
T23009

Marshall, Leola Newton, Earnest Patterson, Jr., James and Judy Ramsey, Doris Recasner, Lawrence and Merita Rodrique, Betty Singleton, Thelma Starwood, Joseph and Naomi Stephenson, Sharlene and Kevin Sterling, David Stirgus, Rita Taylor, Ida Townsend, Mary Ellen VanZandt, Don and Kendra Harding Washington, Shirley and Arthur Williams, and Verther Woods on any homeowners' insurance policies issued by defendants Allstate Insurance Company or Allstate Indemnity Company as to any of tehse plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 9th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

2

123009