UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERALD M. ALEXANDER SR. ET AL.** | **CIVIL ACTION 07-CV-04538 SRD-JCW (consolidated with 05-4182)** |
| **VERSUS** | |
| **AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, ET AL.** | **Section K- Magistrate 2** |

## MOTION TO ENROLL AS ATTORNEY OF RECORD

On Motion of Lillian M. Thornton, attorney at law, and on suggesting to the court that she has been employed by Laura Dent, one of the named plaintiffs herein, (See attached affidavit) and that she desires to have her name entered of record as attorney for Laura Dent

## ORDER

Let Lillian M. Thornton be entered on record as attorney for Laura Dent in the above entitled and numbered action.

New Orleans, Louisiana, this 4th day of December, 2008.

_____
JUDGE

_____
Lillian M. Thornton LSB#25525
Attorney for Laura Dent
48 Heritage Lane
New Orleans, LA 70114
(504) 364-9472

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Enroll was sent to all counsel of record by first class mail postage prepaid and fax this 4th day of December, 2008.

_____
Lillian M. Thornton

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

STATE OF LOUISIANA
PARISH OF ORLEANS

### AFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

LAURA DENT, who after being duly sworn, did attest to the following:

1. I am currently residing at 1354 Mandolin Street, New Orleans, LA 70122.
2. My property at 1334 Mandolin Street suffered extensive damage as a result of Hurricane Katrina.
3. I am in litigation with AAA Insurance Company to recover money owed to me as a result of damage sustained during Hurricane Katrina.
4. I signed an agreement to be represented by the law firm of Daniel E. Becnel, Jr. to recover money owed to me by AAA Insurance Company.
5. I did not receive any communication from Mr. Becnel as to the status of my matter and I sent him a letter around May of 2008 advising him that I did not want him to represent me in any litigation.
6. I filed a lawsuit in the Orleans Parish Civil District Court against AAA Insurance Company on August 29, 2007 No. 2007-11885 Div. B-15 in Forma Pauperis.
7. I retained Attorney Lillian M. Thornton in June of 2008 to represent me in my action against AAA Insurance Company. Ms. Thornton enrolled as counsel of record in the aforementioned State Court action on October 10, 2008.
8. I recently learned from Ms. Thornton that Mr. Becnel had filed an action in Federal Court under the title JERALD M. ALEXANDER, SR, ET AL VS. AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, ET AL Case Number 07-CV-04538-SRD-JCW, (consolidated with 05-4182), wherein I am listed as one of the plaintiffs.
9. I also learned that the Federal Law Suit was filed prior to my State Court action.
10. I have agreed to withdraw my State Court Action, so that I can proceed with my Federal Court Action.
11. I have agreed to have Lillian M. Thornton represent me in the aforementioned Federal Lawsuit.

SWORN TO AND SUBSCRIBED

THIS 4th Day of December, 2008.

_____
Lillian M. Thornton LSB#25525
Notary Public

_____
LAURA DENT