UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK AND NETTA HAHN** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO.   08-0122 |
| | * | |
| **AUTO CLUB FAMILY INSURANCE** | * | SECT. K |
| **COMPANY** | * | MAG. 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Joint Motion to Dismiss:

**IT IS ORDERED** that the above entitled and numbered cause be and the same hereby is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

G:\DOCS\9000's\9900-9999\9921\Mt-Dismiss.Joint..Hahn.doc