# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO.   05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Jones,* **C.A. No. 06-9874** | | |

* * * * * * * *

## ORDER

Considering the foregoing:

IT IS ORDERED that the Order of Dismissal entered in this matter on September 23, 2008, be and the same is hereby extended until the 23rd day of March 2009.

NEW ORLEANS, LOUISIANA this _____ day of _____, 20___.

_____
**JUDGE, UNITED STATES DISTRICT COURT**