PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FWS | 002 | FWS-002-000000001 | FWS-002-000000132 | United States Department of Agriculture; US Forest Service | Samuel Lambert | KC988 | 12/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plot Aerial Imagery, St Bernard Parish |
| NED | 275 | NED-275-000000001 | NED-275-000000814 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC989 | 12/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Dredging Photos - Selected Photos Originally Produced on 7/20/07 in Container NED102 |