MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 11, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
       CONSOLIDATED LITIGATION
                                            NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K" (2)
               Jones, 06-9151


       Pursuant to my previous order, a conference to discuss settlement possibilities was

conducted in the referenced case on this date.  Participating via telephone were Jeannie

O'Boyle, representing plaintiff; and Alan Zaunbrecher, counsel for defendant, State

Farm.  It appears that settlement is not reachable at this time.  A deconsolidation order

concerning further proceedings in this matter will be separately entered.


                                         JOSEPH C. WILKINSON, JR.
                         UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.


MJSTAR:  **0  : 20**