UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　　　CIVIL ACTION
　　　　CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO: INSURANCE　　　　　　　　　　　　SECTION "K" (2)
　　　　　Jones, 06-9151

**ORDER**

On December 11, 2008, I conducted a second telephone conference in the referenced Jones case concerning settlement as part of the process required by the court's "Post-Sher Insurance Umbrella Case Management Order." Record Doc. No. 13521. It appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Jones case only is terminated. In addition, plaintiffs' "Second Supplemental and Amended Complaint," Record Doc. Nos. 16187 and 16188 at p.1, which provides that it "should replace in its entirety the original Complaint of plaintiffs," coupled with the Order and Amended Judgment entered by Judge Duval, Record Doc. No. 42 and 43, make it clear that all levee/floodwall breach claims that prompted transfer of this matter to Section "K" and inclusion of the referenced Jones case in the captioned consolidated litigation are no longer part of plaintiff's claim.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-9151 on the docket of C.A. No. 06-9151, and not on the docket of C.A. No. 05-4182.  The Clerk is also directed to docket a copy of plaintiffs' "Second Supplemental and Amended Complaint," Record Doc. No. 16188, in the record of C.A. No. 06-9151.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "F", where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "F"(2).

New Orleans, Louisiana, this ___11th___ day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. MARTIN L.C. FELDMAN**