## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** \* | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | |
| | \* | NO.    05-4182 |
| **PERTAINS TO:** | \* | SECTION "K" (2) |
| *Palumbo,* **C.A. No. 06-7922** | | |
| \*   \*   \*   \*   \*   \*   \*   \* | | |

### ORDER

Considering the foregoing:

IT IS ORDERED that the Order of Dismissal entered in this matter on September 18, 2008, be and the same is hereby extended until the 18th day of March 2009.

New Orleans, Louisiana, this ___12th___ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge