UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO.   05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Cooper,* **C.A. No. 07-5793** | | |

## ORDER

Considering the foregoing:

IT IS ORDERED that the Order of Dismissal entered in this matter on September 30, 2008, be and the same is hereby extended until the 30th day of March 2009.

New Orleans, Louisiana, this __12th__ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge