UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Dear Mother's, C.A. No. 06-5890 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The referenced case of "Dear Mother's Taste of New Orleans, L.L.C. et al v. M.A. Hayes Company et al," C.A. No. 06-5890, is a "mixed" case in which plaintiffs asserted claims both against their insurance defendants and the United States and others related to flood wall breaches during Hurricane Katrina. Although these claims were misjoined, no severance order separating the various plaintiffs' individual claims against Travelers and Hayes ("the insurance defendants") was entered after the case was transferred and consolidated in the captioned proceeding.

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, and in response to my previous order, Record Doc. No. 16527, I conducted conferences via telephone and in person regarding settlement possibilities. It appears that settlement of the insurance claims is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process

provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Dear Mother's case only is terminated.

**IT IS FURTHER ORDERED** that, no later than **January 15, 2009**, Paul Miniclier, plaintiffs' counsel, must file an amended complaint concerning the insurance claims against Hayes and Travelers only. This pleading shall be filed with the Clerk on paper, not electronically. The caption of the Amended Complaint shall contain only the plaintiff(s) and defendant(s) which are properly the subject of those specific insurance claims. It shall also be accompanied by a copy of the original complaint and a copy of this order. Upon filing, the Clerk will assign a new docket number and allot it at random among the judges of the court. All pleadings regarding those claims shall thereafter bear the new title, docket number and section of the new case. Those claims will then be dismissed without prejudice from 06-5890, which will be maintained in the consolidated litigation as to the levee/floodwall breach claims remaining in the original case.

**IT IS FURTHER ORDERED** that plaintiffs shall serve the new amended complaint, a copy of the original complaint and a copy of this order on opposing counsel and on each defendant not yet having appeared in the litigation.

Any substantive motion still pending in the original case must be refiled in this newly assigned case if it pertains to that case.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice.

The Clerk is directed to file and docket a copy of this order in <u>both</u> C.A. No. 05-4182 and 06-5890.

New Orleans, Louisiana, this ___12th___ day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Paul Miniclier; pcm@minilaw.net
Gus Fritchie; gfritchie@irwinllc.com
Michael Lemoine; mlemoine@lrfirm.com