**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, NO. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br>& Consolidated Cases<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**MEMORANDUM OF THIRD-PARTY DEFENDANT, ORLEANS
LEVEE DISTRICT, IN OPPOSITION TO BARGE PLAINTIFFS' MOTION FOR
LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED
<u>CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES</u>**

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Memorandum in Opposition, adopting the Memorandum in Opposition of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans (the "Port's Memorandum") (Doc. 16661), filed with this Honorable Court on December 9, 2008, in connection with the above-captioned matters and

concerning the Barge Plaintiffs' Motion for Leave to File a Revised Seventh Amended Consolidated Class Action Complaint for Damages.

The OLD further reasserts and incorporates by reference the arguments contained in the OLD's previously-filed opposition memoranda to the Barge Plaintiffs' earlier attempt to amend their Class Action Complaint.  See, Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages (Doc. 15817) (attached as Exhibit A): Sur-Reply Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages (Doc. 15901) (attached as Exhibit B).

More specifically, the OLD adopts the arguments advanced and discussed in detail in the Port's Memorandum that:  (1) circumstances have not changed since the Barge Plaintiffs' earlier attempt at amending their Complaint; (2) the OLD currently has a motion for summary judgment (Doc. 15059) pending before this Honorable Court regarding the third-party claims being asserted against the OLD by Lafarge North America, Inc.; and (3) allowing the Barge Plaintiffs to amend their Complaint could ultimately undermine the OLD's pending summary judgment motion as if the Barge Plaintiffs had specifically made a Rule 9(h) election to proceed in admiralty.

**WHEREFORE,** for all of the reasons set forth in the Port's Memorandum, which the Orleans Levee District adopts *in extenso* herein, as well as the reasons stated by both the Port and the Orleans Levee District in their earlier oppositions to the Barge Plaintiffs' previous attempt at amending their Complaint, the Orleans Levee District respectfully requests that this Honorable Court deny the Barge Plaintiffs' leave to amend their Complaint.

Dated:  December 12, 2008                             Respectfully submitted,

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2008, a copy of the above and foregoing **Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Barge Plaintiffs' Motion for Leave to Their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

    s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com