UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, NO. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br>& Consolidated Cases<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**MEMORANDUM OF THIRD-PARTY DEFENDANT, ORLEANS
LEVEE DISTRICT, IN OPPOSITION TO MOTION FOR LEAVE
TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED
<u>CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES</u>**

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Memorandum in Opposition, adopting the Memorandum in Opposition of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans (the "Port's Memorandum") (Doc. 15767), filed with this Honorable Court on October 6, 2008, in connection with the above-captioned matters and

- 1 -



concerning the Barge Plaintiffs' Motion for Leave to File a Seventh Amended Consolidated Class Action Complaint for Damages.

More specifically, the OLD adopts the arguments advanced and discussed in detail in the Port's Memorandum that (1) the Barge Plaintiffs, in their original and six amended Complaints filed in *Mumford*, elected to proceed under this Honorable Court's diversity jurisdiction by alleging multiple grounds for federal subject matter jurisdiction, requesting a jury trial, and failing to designate their claims as admiralty or maritime claims; (2) relying upon the Barge Plaintiffs' assertions in their original and six amended Complaints, the [OLD] timely filed a Motion for Summary Judgment seeking to dismiss Lafarge's meritless third-party claims; (3) the Barge Plaintiffs' proposed Seventh Amended Complaint – filed nearly a month after the [OLD]'s summary judgment motion and containing new assertions designed to thwart the [OLD]'s motion – is a belated and highly prejudicial attempt at resuscitating and legitimizing Lafarge's improper and invalid Rule 14(c) claims against the [OLD], and, as such, the Barge Plaintiffs should be denied leave to file their Seventh Amended Complaint; and (4) the fact that substantive admiralty and maritime law might apply to Barge Plaintiffs' claims against Lafarge does not determine whether the action proceeds as an admiralty action under Rule 9(h).

**WHEREFORE,** for all of the reasons set forth in the Port's Memorandum, which the Orleans Levee District adopts *in extenso* herein, the Orleans Levee District respectfully requests that this Honorable Court deny the Barge Plaintiffs' leave to amend their Complaint.

Dated: October 7, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
 HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2008, a copy of the above and foregoing **Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

```
                              s/ Thomas P. Anzelmo
                              McCRANIE, SISTRUNK, ANZELMO,
                                 HARDY, MAXWELL & McDANIEL
                              3445 N. Causeway Boulevard, Ste. 800
                              Metairie, Louisiana 70002
                              TELEPHONE: (504) 831-0946
                              FACSIMILE: (504) 831-2492
                              E-MAIL: tpa@mcsalaw.com
```