**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Jones,* C.A. No. 06-9874 | | |

\*     \*     \*     \*     \*     \*     \*     \*

**JOINT MOTION TO EXTEND ORDER OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, GEINA E. JONES, wife of/and TOMMIE LEE JONES, JR., and defendant, STATE FARM GENERAL INSURANCE COMPANY, and on suggesting to the Court that the parties to this action have firmly agreed upon a compromise; however, plaintiffs are a recipient of a grant from the Louisiana Road Home Program which has implemented a review proceeding requiring that Louisiana Road Home approve compromises by claimants against their homeowner carriers; and on further suggesting to the Court that a ninety day order of dismissal was entered in this matter on September 23, 2008, which will result in the dismissal of the matter on or about December 23, 2008; and on further suggesting to the Court that the parties will require an additional ninety days on the Order of Dismissal, or until the 23rd day of March 2009, in order to complete the Request for Consent by Louisiana Road Home.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST     (Bar Roll #10420)
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464

s/ Heather Cheesbro
HEATHER CHEESBRO (Bar Roll #30437)
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: (504) 586-9292
Facsimile:  (504) 589-1290

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 12th day of December 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**