UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.  05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * * | |
| Penny and Henry Alexander (07-4455) | * | |
| Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455) | * * | |
| L.J. and Eva Dell Aucoin (07-4458) | * | |
| Santiago and Lucina Avila (07-5206) | * | |
| Debra Bennett (07-5206) | * | |
| Elaine Berry (07-5206) | * | |
| Ronald and Orbadella Browder (07-4458) | * | |
| Ivory and Shirley Chopin (07-5206 & 07-5769) | * | |
| Bonnie Condor (07-4458 & 07-5206) | * | |
| Thomas Coston (07-4455) | * | |
| Lewis Crosby, Jr. (07-4458) | * | |
| Alice Dabney (07-5206) | * | |
| Geneva Dorsey (07-4455 & 07-5206) | * | |
| Betty Duplessis (07-4458) | * | |
| Sandra Ebbs (07-4455) | * | |
| Gladys Encalade (07-5206) | * | |
| Ronald and Donna Fournier (07-5206) | * | |
| Betty Crosby Francis (07-4455) | * | |
| Brenda V. Gibson (07-5206) | * | |
| Lisa and Anthony Grimble (07-4455) | * | |
| Deborah Jackson (07-4458) | * | |
| Gregory Lassair, Sr. (07-4455) | * | |
| Thomas Lavigne (07-5206) | * | |

1

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ALLSTATE'S MOTION FOR LEAVE TO FILE A SUPPLEMENT TO ITS MOTION TO DISMISS DUPLICATE CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Defendant, Allstate Insurance Company ("Allstate"), and files this Motion for Leave to File a Supplement to its Motion to Dismiss Duplicate Claims ("Supplement") and would show the following:

## I.
## INTRODUCTION

On November 25, 2008 pursuant to the Court's November 6, 2008 directives pertaining to the Court's October 6, 2008 Call Docket/Show Cause Order (Doc. 15783) and those from the November 18, 2008 Status Conference, Allstate filed a Motion to Dismiss Duplicate Claims ("Motion to Dismiss"). (Doc. 16539). Since filing that motion, Allstate

2

has become aware of new information regarding the status of several plaintiffs' duplicate suits. Allstate, therefore, moves for leave to file a supplement to its Motion to Dismiss.

None of the plaintiffs named in Allstate's Motion to Dismiss will be prejudiced by this Court's granting Allstate leave to file its Supplement because Allstate is merely seeking to make the Court fully aware of the status of each plaintiff's duplicate suits.

## II.
## CONCLUSION

For these reasons, Allstate respectfully requests the Court to grant leave to file its Motion for Leave to File a Supplement to its Motion to Dismiss Duplicate Claims.

Respectfully submitted,

*/s/ Arthur J. Lentini*

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

***Attorney-In-Charge for Defendant***

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 15th day of December, 2008.

Stuart Barasch
Lawrence Centola
Hurricane Legal Center
910 Julia Street
New Orleans, Louisiana 70113

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
Post Office Drawer H
Reserve, Louisiana 70084

Joseph Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Richard Fernandez
One Lakeway Center, Suite 605
3900 N. Causeway Boulevard
Metairie, Louisiana 700002

Jim Hall
Jim Hall & Associates
800 N. Causeway Boulevard
Metairie, Louisiana 70001

John Houghtaling
Gauthier, Houghtaling & Williams, LLP
3500 N. Hullen Street
Metairie, Louisiana 70002

Patrick Kehoe
833 Baronne Street
New Orleans, Louisiana 70113

Jack Edward Morris
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002

Edwin Shorty
Shorty, Dooley & Hall, LLC
650 Poydras Street, Suite 2230
New Orleans, Louisiana 70130

Dale Williams
212 Park Place
Covington, Louisiana 70433

Judy Barrasso
Minor Pipes
Barrasso, Usdin, Kupperman, Freeman & Sarver LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112

Scott G. Jones
Inabnet & Jones, LLC
1331 W. Causeway Approach
Mandeville, Louisiana 70471

Christopher Lawler
Donovan & Lawler
4640 Rye Street
Metairie, Louisiana 70006

Jeffrey P. Lozes
Lozes & Ponder
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112

Frank Neuner
Melissa Lutgring Theriot
Laborde & Neuner
Post Office Drawer 52828
Lafayette, Louisiana 70505

Glenn B. Adams
Michael W. Collins
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, Louisiana 70130

Danna Schwab
The Schwab Law Firm
P.O. Box 7095
Houma, Louisiana 70361

/s/ *Arthur J. Lentini*
Arthur J. Lentini