## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Bernadette Butler regarding 11259 Waverly Dr., New Orleans, LA 70128; Jeffrey Ned regarding 4627 Redwood St., New Orleans, LA 70127; Joanie Cummings regarding 5741 Wilton Dr., New Orleans, LA 70122; Phyllis Johnston regarding 7601 Martin Dr., New Orleans, LA 70126; Tom Lejeune regarding 1942 Moss St., New Orleans, LA 70119; Florence Harris regarding 4947 Stephen Girard Ave., New Orleans, LA 70126; Karen Paul regarding 6919 Virgilian St., New Orleans, LA 70126; James Troxclair, Margaret S. Troxclair regarding 1502 Alexander St., Arabi, LA 70032; Errol Johnson, Deirdre M. Johnson regarding 14800 Curran Rd., New Orleans, LA 70128; Ganh Nguyen, Hon Nguyen regarding 6444 Milne Blvd., New Orleans, LA 70124; Carlene Williams regarding 2055 Carnot St., New Orleans, LA 70122; Alice Polk, Charles A. Polk regarding 5330 Bullard Ave., New Orleans, LA 70128; Alice Polk, Charles A. Polk regarding 2009 Squania St., New Orleans, LA 70117; Hampton Sydney Gail Reuther regarding 122 Polk St., New Orleans, LA 70124; Michelle Camero, Luis F. Camero regarding 120 Elliott St., Pass Christian, MS 39251; Melvina Moliere regarding 4500 East View Rear, New Orleans, LA 70126; Hanna Heary, Jessnel Heary, Wanda Jacobs regarding 1817 Clouet St., New Orleans, LA 70117; Bradford Butler, Darilyn Butler, |

## EXHIBIT "B"

Darilyn Butler regarding 1428 Athis St., New Orleans, LA 70122; Brenda Reilly regarding 6043 Louisville St., New Orleans, LA 70124; Raymond Lee, Betty Lee, Betty Lee regarding 5650 Clements Dr., New Orleans, LA 70126; Felecia Crier, Kenneth Crier, Kenneth regarding 4614 Owens Blvd, New Orleans, LA 70122; Phillip Cooper, Olivia Cooper, Linda Cooper regarding 2805 Paris Ave., New Orleans, LA 70119; Marion Smith regarding 7620 Daniel Dr., New Orleans, LA 70127; Doretha Kitchens, Roy Kitchen regarding 1210 Egania St., New Orleans, LA 70117; Lawrence Maranto regarding 937 Tavel Dr., Kenner, LA 70065

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Bernadette Butler regarding 11259 Waverly Dr., New Orleans, LA 70128; Jeffrey Ned regarding 4627 Redwood St., New Orleans, LA 70127; Joanie Cummings regarding 5741 Wilton Dr., New Orleans, LA 70122; Phyllis Johnston regarding 7601 Martin Dr., New Orleans, LA 70126; Tom Lejeune regarding 1942 Moss St., New Orleans, LA 70119; Florence Harris regarding 4947 Stephen Girard Ave., New Orleans, LA 70126; Karen Paul regarding 6919 Virgilian St., New Orleans, LA 70126; James Troxclair, Margaret S. Troxclair regarding 1502 Alexander St., Arabi, LA 70032; Errol Johnson, Deirdre M. Johnson regarding 14800 Curran Rd., New Orleans, LA 70128; Ganh Nguyen, Hon Nguyen regarding 6444 Milne Blvd., New Orleans, LA 70124; Carlene Williams regarding 2055 Carnot St., New Orleans, LA 70122; Alice Polk, Charles A. Polk regarding 5330 Bullard Ave., New Orleans, LA 70128; Alice Polk,

Charles A. Polk regarding 2009 Squania St., New Orleans, LA 70117; Hampton Sydney Gail Reuther regarding 122 Polk St., New Orleans, LA 70124; Michelle Camero, Luis F. Camero regarding 120 Elliott St., Pass Christian, MS 39251; Melvina Moliere regarding 4500 East View Rear, New Orleans, LA 70126; Hanna Heary, Jessnel Heary, Wanda Jacobs regarding 1817 Clouet St., New Orleans, LA 70117; Bradford Butler, Darilyn Butler, Darilyn Butler regarding 1428 Athis St., New Orleans, LA 70122; Brenda Reilly regarding 6043 Louisville St., New Orleans, LA 70124; Raymond Lee, Betty Lee, Betty Lee regarding 5650 Clements Dr., New Orleans, LA 70126; Felecia Crier, Kenneth Crier, Kenneth regarding 4614 Owens Blvd, New Orleans, LA 70122; Phillip Cooper, Olivia Cooper, Linda Cooper regarding 2805 Paris Ave., New Orleans, LA 70119; Marion Smith regarding 7620 Daniel Dr., New Orleans, LA 70127; Doretha Kitchens, Roy Kitchen regarding 1210 Egania St., New Orleans, LA 70117; Lawrence Maranto regarding 937 Tavel Dr., Kenner, LA 70065 against Defendants Allstate Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 26th day of June, 2008.

_____
United States District Judge