UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Brian Hardouin, Kathleen Hardouin regarding 3613 Hazel Dr., Meraux, LA 70075; Amelia Donald regarding 4844 Shalmar Dr., New Orleans, LA 70126; Betty Pierce regarding 1336 St. Maurice St., New Orleans, LA 70017; Raymond Lesene, Penny Penn regarding 7411 Farwood Dr., New Orleans, LA 70126; James Elliot regarding 4320 Eastern St., New Orleans, LA 70122; Denise Hornsby regarding 2253 Milton St., New Orleans, LA 70122; Emil Mallaun, Rita Mallaun, Kathy Owsley regarding 6057 Louisville St., New Orleans, LA 70124; Callie Davis regarding 1131 & 1133 Simon Bolivar Ave., New Orleans, LA 70113; Deborah Duncan regarding 3628 Joliet St., New Orleans, LA 70118; Florence Williams regarding 2049 Ellington Dr., Marrero, LA 70072; Paulette Duplessis regarding 4500 Wright Rd., New Orleans, LA 70128; Veronica Williams regarding 5741 Windgate Dr., New Orleans, LA 70122; Sybil Ellis regarding 4675 Werner Dr., New Orleans, LA 70126; Kirk Berry regarding 13830 Pierries Ct, New Orleans, LA 70129; Carolyn Fryson regarding 3296 Poitevent Rd., Slidell, LA 70460; Nora Walker regarding 4971 Congress Dr., New Orleans, LA 70127; Dorthy Ziegler regarding 809 Pontalba St, New Orleans, LA 70124; James Everson regarding 3327 Liveoak St., New Orleans, LA 70118; Eloise Blunt |

**EXHIBIT "C"**

regarding 7410 Bullard Blvd., New Orleans, LA 70128; Sandra Brooks regarding 7216 Thornley Dr., New Orleans, LA 70126; Hazel Jones regarding 6020 Dauphine St., New Orleans, LA 70117; Mary-Beth Bonin regarding 6628 General Diaz St., New Orleans, LA 70124; Sharon Daigle, Barbara Catalanotto regarding 3813 Norwood Dr., Chalmette, LA 70043; Yvette Pool-Wallace regarding 1908 Wellington Ln, Slidell, LA 70461; Clara Green regarding 1336 St. Maurice Ave., New Orleans, LA 70117

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Brian Hardouin, Kathleen Hardouin regarding 3613 Hazel Dr., Meraux, LA 70075; Amelia Donald regarding 4844 Shalmar Dr., New Orleans, LA 70126; Betty Pierce regarding 1336 St. Maurice St., New Orleans, LA 70017; Raymond Lesene, Penny Penn regarding 7411 Farwood Dr., New Orleans, LA 70126; James Elliot regarding 4320 Eastern St., New Orleans, LA 70122; Denise Hornsby regarding 2253 Milton St., New Orleans, LA 70122; Emil Mallaun, Rita Mallaun, Kathy Owsley regarding 6057 Louisville St., New Orleans, LA 70124; Callie Davis regarding 1131 & 1133 Simon Bolivar Ave., New Orleans, LA 70113; Deborah Duncan regarding 3628 Joliet St., New Orleans, LA 70118; Florence Williams regarding 2049 Ellington Dr., Marrero, LA 70072; Paulette Duplessis regarding 4500 Wright Rd., New Orleans, LA 70128; Veronica Williams regarding 5741 Windgate Dr., New Orleans, LA 70122; Sybil Ellis regarding 4675 Werner Dr., New Orleans, LA 70126; Kirk Berry regarding 13830 Pierries Ct, New Orleans, LA 70129; Carolyn Fryson regarding 3296 Poitevent Rd., Slidell, LA 70460; Nora

Walker regarding 4971 Congress Dr., New Orleans, LA 70127; Dorthy Ziegler regarding 809 Pontalba St, New Orleans, LA 70124; James Everson regarding 3327 Liveoak St., New Orleans, LA 70118; Eloise Blunt regarding 7410 Bullard Blvd., New Orleans, LA 70128; Sandra Brooks regarding 7216 Thornley Dr., New Orleans, LA 70126; Hazel Jones regarding 6020 Dauphine St., New Orleans, LA 70117; Mary-Beth Bonin regarding 6628 General Diaz St., New Orleans, LA 70124; Sharon Daigle, Barbara Catalanotto regarding 3813 Norwood Dr., Chalmette, LA 70043; Yvette Pool-Wallace regarding 1908 Wellington Ln, Slidell, LA 70461; Clara Green regarding 1336 St. Maurice Ave., New Orleans, LA 70117against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 17th day of June, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge