UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' EX PARTE CONSENT MOTION FOR LEAVE TO FILE A MEMORANDUM IN OPPOSITION TO DEFENDANT UNITED STATES' RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, EXCEEDING TWENTY-FIVE PAGES IN LENGTH**

Plaintiffs hereby respectfully request leave to file a memoranda not exceeding forty-five pages in length in support of its opposition to Defendant's Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment, filed concurrently herewith, in light of the significance of this motion, Defendant's forty-seven page supporting memorandum, and the number of issues it raises, and Defendant's consent to filing an over length memorandum.

Pursuant to Local Rule 7.3E, a Proposed Order is provided.

Dated: December 15, 2008                             Respectfully submitted,


                                                    **O'Donnell & Associates P.C.**

                                                    By: s/ Pierce O'Donnell

                                                    Pierce O'Donnell (*pro hac vice*)
                                                    550 S. Hope St., Suite 1000
                                                    Los Angeles, California 90071
                                                    Phone: (213) 347-0290
                                                    Fax: (213) 347-0298

1

**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**Domengeaux Wright Roy & Edwards LLC**
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

| | |
|---|---|
| **Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation** <br> Elwood C. Stevens, Jr.  (LSBA No. 12459) <br> 1205 Victor II Boulevard <br> P.O. Box 2626 <br> Morgan City, Louisiana 70381 <br> Telephone: (985) 384-8611 <br> Facsimile:  (985) 385-4861 | **Cotchett, Pitre, Simon & McCarthy** <br> Joseph W. Cotchett  (*pro hac vice*) <br> 840 Malcolm Road, Suite 200 <br> Burlingame, California 94010 <br> Telephone:  (650) 697-6000 <br> Facsimile:  (650) 697-0577 |
| **Law Office of Frank J. D'Amico, Jr. APLC** <br> Frank J. D'Amico, Jr. (LSBA No. 17519) <br> Richard M. Exnicios, Esq. (LSBA No. 25666) <br> 622 Baronne Street <br> New Orleans, LA 70113 <br> Telephone: (504) 525-9561 <br> Fax: 504-525-9522 | **Robinson, Calcagnie & Robinson, Inc.** <br> Mark Robinson (Cal State Bar No. 54426 <br> 620 Newport Center Drive – 7th Floor <br> Newport Beach, CA 92660 <br> 1-888-701-1288 |

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on December 15, 2008, I caused to be served **PLAINTIFFS' EX PARTE CONSENT MOTION FOR LEAVE TO FILE A MEMORANDUM IN OPPOSITION TO DEFENDANT UNITED STATES' RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, EXCEEDING TWENTY-FIVE PAGES IN LENGTH**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell