UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**ORDER**

Having considered the Plaintiffs' Ex Parte Consent Motion for Leave to File a Memorandum in Support of their Opposition to Defendant United States' Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment, Exceeding Twenty-Five Pages in Length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. Plaintiffs may file a Memorandum not exceeding forty-five pages in length.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana

1

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on December 15, 2008, I caused to be served **ORDER**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

<u>/s/ Pierce O'Donnell</u>