MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>   Abadie I, C.A. No. 06-5164<br>   Abadie II, C. A. No. 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

In response to the report of counsel pursuant to my previous order, Record Doc. No. 16525, a telephone conference was conducted on this date concerning the status of "forced place" claims in the Abadie I and Abadie II "Insurance Mass Joinder" cases in this consolidated litigation. Participating were Joseph M. Bruno, plaintiffs' Liaison Counsel, and Wendy Hickok Robinson, counsel for Safeco whom I have asked to serve as informal Liaison Counsel to the mortgage insurers. Ms. Robinson will poll the members of her group concerning plaintiffs' counsel's proposal for further proceedings and advise plaintiffs' counsel and me of the result, following which plaintiffs will file an appropriate motion.

JOSEPH C. WILKINSON, JR.<br>UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **0 : 20**