

FILED '08 DEC 09 15:11 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *
CONSOLIDATED LITIGATION     *  CIVIL ACTION NO.: 05-4182
            *
            *  JUDGE: DUVAL
_____ *
            *  MAGISTRATE: WILKINSON
PERTAINS TO:     07-4852   *
            *
INSURANCE:    Aguilar, 06-4660   *
            *

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE
### AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

    Plaintiffs, Don and Patricia Aperwhite, Algy Irvin, Algy and Mary Irvin, Muriel

Jarrell, Carl and Toni Keller, William and Sandra Klock, Ralph X., Jr. and Brenda L'Herisse,

Lillie Mudd, Beverly A. Bouligny Powell, Gregory and Kathy Ross and Pamela J., Tyrone J.

Sigur and Wallace Simpson have resolved their disputes with defendants Allstate Insurance

Company and Allstate Indemnity Company (collectively, "Allstate") related to their

homeowners' insurance policies.  As a result of these settlements, these plaintiffs respectfully

request that this Court reopen this case with respect to Allstate for the sole purpose of addressing

this motion, and that any claims on any homeowners' insurance policies issued by Allstate be

_____ Fee_____
_____ Process_____
__X__ Dktd _____
_____ CtRmDep_____
_____ Doc. No_____
Aguilar with prejudice

dismissed, with prejudice, as to these plaintiffs, each party to bear its own costs.  All claims by all remaining plaintiffs are reserved.

      **WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

_____

Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the _____ day of September, 2008.

_____

Aguilar with prejudice