FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 DEC 12  AM 2: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON <br> * |
| PERTAINS TO: <br> 07-4352 <br> INSURANCE: Aguilar, 06-4660 | * <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Don and Patricia Aperwhite, Algy Irvin, Algy and Mary Irvin, Muriel Jarrell, Carl and Toni Keller, William and Sandra Klock, Ralph X., Jr. and Brenda L'Herisse, Lillie Mudd, Beverly A. Bouligny Powell, Gregory and Kathy Ross and Pamela J., Tyrone J. Sigur and Wallace Simpson on any homeowners' insurance policies issued by Allstate Insurance Company

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____
Aguilar with prejudice

or Allstate Indemnity Company to any of these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 11th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

Aguilar with prejudice