

RECEIVED

DEC 11 2008

CHAMBERS OF
U. S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

FILED '08 DEC 09 15:18 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | JUDGE:  DUVAL |
| | * | |
| | * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE:        *Aaron*, 06-4746 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE
### AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Christopher and Courtney Allen, Alvin and Elaine Blouin, Helen

Bridges, Collins and Linda Fernandez, Joseph and Michelle Gibbs, Freda and Robert Harris,

Wilma Golden and Jessie Huggins, Anna Marie Hughes, Edward and Flora Sorina and Elma and

Eugene Williams have resolved their disputes with defendants Allstate Insurance Company and

Allstate Indemnity Company (collectively, "Allstate") related to their homeowners' insurance

policies.  As a result of these settlements, these plaintiffs respectfully request that this Court

reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that

any claims on any homeowners' insurance policies issued by Allstate be dismissed, with

_____ Fee_____
_____ Process_____
X Dktd_____
✓ CtRmDep_____
_____ Doc. No_____ 123020

prejudice, as to these plaintiffs, each party to bear its own costs.  All claims by all remaining plaintiffs are reserved.

WHEREFORE, Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

JIM S. HALL & ASSOCIATES

_____
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the _____ day of November, 2008.

_____

- 2 -

123020