UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION:  "K" |
| | * | |
| PERTAINS TO:  INSURANCE | * | MAGISTRATE: 2 |
| Master Consolidated Class Action | * | |
| Complaint | * | JUDGE DUVAL |
| | * | MAGISTRATE JUDGE WILKINSON |
| (Record Doc. No. 3413) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants will bring its Motion to Strike Class Action Allegations From Insurance Master Complaint for hearing pursuant to Rec. Doc. 16253, before the Honorable Stanwood R. Duval, Jr.  on February 13, 2009 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Ralph S. Hubbard*
Ralph S. Hubbard, III, 7040
Seth A. Schmeeckle, 27076
    Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
And
Stephen E. Goldman
Wystan M. Ackerman
    Of
ROBINSON & COLE LLP

1

280 Trumbull Street
Hartford, Connecticut  06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299
*Attorneys for The Standard Fire Insurance Company, improperly named as Travelers Casualty and Surety Company, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company, Travelers Insurance Company, Travelers Property Casualty Insurance Company and as Counsel for Travelers Property Casualty Company of America*

And


*/s/ John W. Waters, Jr.*
JOHN W. WATERS, JR. (#13258)
GREGORY J. McDONALD (#1933)
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
(504) 310-1500
Fax:  (504) 310-1501
jwaters@bfrob.com
*Counsel for Louisiana Citizens Property Insurance Corporation*

And


*/s/ Seth A. Schmeeckle*
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
      RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195

and

Alan S. Gilbert (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000

Facsimile: (312) 876-7934
*Attorneys for Defendant Horace Mann Insurance Company*

And

*/s/ Seth A. Schmeeckle*
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

And

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
Alan S. Gilbert (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
*Attorneys for Defendants The Hanover Insurance Company and The Hanover American Insurance Company*

And

*/s/ Steven W. Usdin*
Steven W. Usdin, 12986
Edward R. Wicker, Jr., 27138
    Of
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

And

H. Christopher Bartolomucci
Christopher T. Handman
    Of
HOGAN & HARTSON, LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5600
*Attorneys for Great Northern Insurance Company (erroneously sued as Chubb Group of Insurance Companies, a non-entity, incapable of being sued)*

And

*/s/ John P. Wolff*
John P. Wolff, III, Bar #14504
Nancy B. Gilbert, Bar #23095
Christopher K. Jones #28101
**KEOGH, COX & WILSON, LTD.**
701 Main Street (P. O. Box 1151)
Baton Rouge, Louisiana  70821
Telephone:  225.383.3796
Facsimile: 225.343.9612
*Attorneys for Amica Mutual Insurance Co.*

And


*/s/ Alan J. Yacoubian*
ALAN J. YACOUBIAN (#17213)
NEAL J. FAVRET (#24412)
RACHAEL P. CATALANOTTO (#31095)
JOHNSON, JOHNSON, BARRIOS
    & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone:  (504) 528-3001
*Attorneys for defendant, Auto Club Family Insurance Company*

And

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
Of

4

BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

And

Richard L. Fenton
SONNENSCHEIN NATH &
 ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
*Attorneys for Allstate Indemnity Company, Allstate Insurance Company, Encompass Indemnity Company, Encompass Insurance Company of America and Encompass Property & Casualty Company*

And

*/s/ Lawrence J. Duplass*
Lawrence J. Duplass (#5199)
C. Michael Pfister (#14317)
Kelly Cambre Bogart (#22985)
Jaime M. Cambre (#29116)
DUPLASS, ZWAIN, BOURGEOIS,
       PFISTER & WEINSTOCK
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
*Attorneys for The American Insurance Company and Fireman's Fund Insurance Company*

And

*/s/ Marshall M. Redmon*
Marshall M. Redmon, 18398
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285

Facsimile: (225) 381-9197

And

*/s/ Amy R. Sabrin*
Amy R. Sabrin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
*Attorneys for Farmers Insurance Exchange*

And

*/s/ Robert I. Siegel*
Robert I. Siegel
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras St., Suite 4800
New Orleans, Louisiana 70139-4800
(504) 654-1307

And

Richard J. Doren
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
(213) 229-7038

And

Daniel W. Nelson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500
*Attorneys for Lexington Insurance Company*

And

6

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
*Attorneys for Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company*

And

*s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
*Attorneys for Metropolitan Property and Casualty Insurance Company*

And

*/s/ Wayne J. Lee*
Wayne J. Lee, 7916
 wlee@stonepigman.com
Stephen G. Bullock, 3648
 sbullock@stonepigman.com
Andrea L. Fannin, 26280
 afannin@stonepigman.com
    Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
*Attorneys for State Farm Fire and Casualty Company*

And

  /s/ Sean P. Mount     
DOMINIC J. OVELLA, #15030 – T.A.
dovella@hmhlp.com
SEAN P. MOUNT, #27584
smount@hmhlp.com
ANNE E. MEDO, #24556
amedo@hmhlp.com
JUSTIN E. ALSTERBERG, #31015
jalsterberg@hmhlp.com
JASON M. BAER, #31609
 jbaer@hmhlp.com
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone: (504) 836-6500
Counsel for Defendants, *Fidelity and Deposit Company of Maryland, Empire Fire & Marine Insurance Company, Empire Indemnity Insurance Company, ZC Sterling Insurance Agency, Inc., ZC Sterling Corporation*

And

 /s/ Christopher R. Pennison   
JAY M. LONERO, T.A. (No. 20642)
  jlonero@lwp-law.com
CHRISTOPHER R. PENNISON (No. 22584)
  cpennison@lwp-law.com
ANGIE ARCENEAUX AKERS (No. 26786)
  aakers@lwp-law.com
LARZELERE PICOU WELLS
  SIMPSON LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565
*Attorneys For Republic Fire And Casualty Insurance Company*

And

*/s/ Seth A. Schmeeckle*
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
    Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
And
Christopher W. Martin,
Texas Bar No. 13057620
Martin R. Sadler,
Texas Bar No. 00788842
    Of
MARTIN, DISIERE, JEFFERSON &
  WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101
*Attorneys for USAA Casualty Insurance Company*

And

*/s/ Maura Z. Pelleteri*
Maura Z. Pelleteri (8463)
Amy S. Malish (28992)
Krebs, Farley & Pelleteri, L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
*Attorneys for Aegis Security Insurance Company*

And

*/s/ Richard E. King*
Richard E. King (#25128)
David M. Moragas (#29633)
Matthew J. Lindsay (#30599)
Galloway, Johnson, Tompkins,
    Burr & Smith
701 Poydras Street, Suite 4040

New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456
*Counsel For Defendant,*
*Zurich American Insurance Company*

And

_s/Laurie L. DeArmond_
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
PORTEOUS, HAINKEL, & JOHNSON
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone: (504) 581-3838
pderouen@phjlaw.com
ldearmond@phjlaw.com
*Attorneys for Armed Forces Ins. Exchange*

And

*/s/ Wendy Hickok Robinson*
Wendy Hickok Robinson, La. Bar No. 25225
   whrobinson@gordonarata.com
Nina Wessel English, La. Bar No. 29176
   nenglish@gordonarata.com
GORDON, ARATA, MCCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

And

Cari K. Dawson, Georgia Bar No. 213490
   Cari.dawson@alston.com
Daniel F. Diffley, Georgia Bar No. 221703
   Dan.diffley@alston.com
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Fax: (404) 881-7777
*Attorneys for Safeco Insurance Company*

And

10

*/s/ A. Jacob Culotta, Jr.*
DAVID P. SALLEY T.A. (#19770)
 A. JACOB CULOTTA, JR.  (#26856)
Salley, Hite & Mercer, LLC
 365 Canal Street, Suite 1710
 New Orleans, LA 70130
 Telephone: 504/566-8800
 Facsimile:  504/566-8828
*Attorneys For American Bankers Insurance Company Of Florida*

And

*/s/ Harry Rosenberg*
Harry Rosenberg (Bar #11465)
Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
*Attorneys for Defendants Fidelity National Insurance Company And Fidelity National Property And Casualty Insurance Company*

And

*/s/ Harry Rosenberg*
Harry Rosenberg (Bar #11465)
Jay R. Sever (Bar #23935)
Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
*Attorneys For Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company*

And

*/s/   Jacqueline M. Brettner*
George B. Hall, Jr. (Bar #6432)

Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
*Attorneys for American Empire Insurance Company*

And

*/s/   Jacqueline M. Brettner*
Neil C. Abramson (Bar #21436)
Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

and

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197
*Attorneys for Defendants The Involved Lloyd's Underwriters*

And

*/s/   Jacqueline M. Brettner*
Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

And

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197
*Attorneys for Defendant Homesite Insurance Company*

And

*/s/ Howard B. Kaplan*
HOWARD B. KAPLAN (#14414)
BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation
1615 Metairie Road
P.O. Box 55490
Metairie, LA  70055-5490
Telephone:  (504) 834-2612

And

WILLIAM J. WEGMANN, JR. (#13317)
110 Veterans Memorial Blvd., Suite 440
Metairie Louisiana 70005
Telephone: (504) 833-3800
*Counsel for Lafayette Insurance Company,*
*United Fire and Casualty Company*
*and United Fire and Indemnity Company*

And

*/s/ Anthony Rollo*
ANTHONY ROLLO (La. #01133)
STEPHEN W. RIDER, T.A. (La. #02071)
McGLINCHEY STAFFORD, PLLC
12th Floor, 601 Poydras St.
New Orleans, LA  70130
Telephone: 504-586-1200
Facsimile: 504-596-2800
*Attorneys for Defendants Meritplan Insurance*
*Company and Balboa Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 15th day of December 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Ralph S. Hubbard_____
Ralph S. Hubbard