FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 DEC 12 AM 2:16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE: *Aaron*, 06-4746 | |

## ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Christopher and Courtney Allen, Alvin and Elaine Blouin, Helen Bridges, Collins and Linda Fernandez, Joseph and Michelle Gibbs, Freda and Robert Harris, Wilma Golden and Jessie Huggins, Anna Marie Hughes, Edward and Flora Sorina and Elma and Eugene Williams on any

Fee_____
Process_____
X /Dktd_____
__/CtRmDep_____
__ Doc. No_____

123020

homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 11th day of December , 2008.

_____
UNITED STATES DISTRICT JUDGE

2

123020