# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: INSURANCE * <br> Master Consolidated Class Action * <br> Complaint * <br> * <br> (Record Doc. No. 3413) * <br> * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 <br><br> SECTION: "K" <br><br> MAGISTRATE: 2 <br><br> JUDGE DUVAL <br> MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Request for Oral Arguments filed by Defendants;

**IT IS HEREBY ORDERED** that the Request for Oral Argument on Defendants' Motion to Strike Class Action Allegations From Insurance Master Complaint is hereby granted.

New Orleans, Louisiana this _____ day of December, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

1