# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | C.A. NO. 05-4182; "K" (2) JUDGE: DUVAL MAG.: WILKINSON |
| PERTAINS TO: INSURANCE (Ancar, No. 07-4853) | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **CHERYL BRYANT**, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 15th day of December, 2008

_____
UNITED STATES DISTRICT JUDGE