UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  *  | CIVIL ACTION |
| CONSOLIDATED LITIGATION  * | |
| * | NO. 05-4182 |
| * | and consolidated cases |
| PERTAINS TO: BARGE  * | |
| * | SECTION "K" (2) |
| * | JUDGE: DUVAL |
| * | MAG: WILKINSON |
| *Parfait Family v. USA*    07-3500    * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION OF THIRD-PARTY DEFENDANTS, ORLEANS LEVEE DISTRICT AND LAKE BORGNE BASIN LEVEE DISTRICT FOR FRCP 59 RECONSIDERATION OF MOTION TO DISMISS

**NOW INTO TOCOURT**, through undersigned counsel, comes the Lake Borgne Basin Levee District and Orleans Levee District ("levee districts"), third-party defendants in these proceedings, who respectfully request the Court grant their FRCP 59 Motion to Reconsider the Order and Reasons on the Motion to Dismiss (Record Document 14411) the third-party demands of Lafarge North America, Inc. ("LNA") for the reasons as are more fully stated in the attached Memorandum hereto.

Thus, for all of the above and foregoing reasons, it is respectfully requested that this Motion be granted.

Respectfully submitted,

*/s/ Mark E. Hana*

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)

1

ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR THIRD PARTY
DEFENDANT

/s/ Jay Bearden

_____
JAY BEARDEN (26188)
GARY M. ZWAIN (13809)
DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
ATTORNEYS FOR THE LAKE BORGNE
BASIN LEVEE DISTRICT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December ___15___, 2008 a copy of the above and foregoing documents was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

/s/ Mark E. Hanna

_____
MARK E. HANNA (#19336)
mhanna@mcsalaw.com