## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| | * | JUDGE: DUVAL |
| | * | MAG: WILKINSON |
| *Parfait Family v. USA*     07-3500 | * | |

*********************************************************************

### NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Lake Borgne Basin Levee District and Orleans Levee District's Rule 59 Reconsideration of Motion to Dismiss be set for hearing on the 7th day of January, 2009 at 9:30 a.m.

Respectfully submitted,

*/s/ Mark E. Hanna*

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002

Telephone: (504) 831-0946
Facsimile: (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR THIRD PARTY DEFENDANT

/s/ Jay Bearden
_____
JAY BEARDEN (26188)
GARY M. ZWAIN (13809)
DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
ATTORNEYS FOR THE LAKE BORGNE
BASIN LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 15 day of December, 2008, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Mark E. Hanna
_____
MARK E. HANNA (#19336)
mhanna@mcsalaw.com