15-6735

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO:  08-71 PLAINTIFF:  EUGENE L. DUDENHEFER | MAGISTRATE WILKINSON |

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiffs, Eugene L. Dudenhefer, Eugene A. Dudenhefer, Sr., Warren J. Dudenhefer, Diane D. Volpe and Roy E. Dudenhefer, and of defendant, Allstate Insurance Company, all parties appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and, therefore, should be dismissed, with full prejudice as to all of plaintiffs' rights therein, each party to bear its own costs.

Respectfully submitted,

/s/ Chadwick W. Collings
CHADWICK W. COLLINGS
THORNHILL & COLLINGS
1308 Ninth Street
Slidell, LA 70458
(985) 641-5010

Attorneys for plaintiffs

-1-

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
(504) 454-6808

Attorneys for defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Chadwick William Collings**
  cwc@thornhillcollings.com,cdf@thornhillcollings.com,kbd@thornhillcollings.com,chadwickcollings@charter.net,twt@thornhillcollings.com

- **James L. Donovan, Jr.**
  jdonovan@donovanlawler.com,jtaulli@donovanlawler.com

- **Larry Dewayne Dyess**
  dyessl@aol.com,dyessl@bellsouth.net

- **Drew A. Ranier**
  dranier@rgelaw.com,marnold@rgelaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

/s/ James L. Donovan, Jr.

-2-