UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. JUDGE |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |

# ORDER GRANTING BARGE PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

This matter comes before the Court on Barge Plaintiffs' *Ex Parte* / Consent Motion for Leave to File their Reply in support of their Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages.  Upon consideration of the Motion, Memorandum in support, proposed Reply Memorandum, and the responses of Defendants, it appears that Motion is well taken.  It is therefore hereby

ORDERED, that the Clerk shall file Plaintiffs' Reply Memorandum with its attachments and revised form of proposed Order.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**