From: Dylan Pollard
Sent: Monday, November 03, 2008 9:14 AM
To: 'Walker, Derek'
Cc: Matt Bailey
Subject: 7th Amended Complaint/Barge Plaintiffs

Derek:

Attached please find a revised draft of the Proposed 7th Amended Complaint.
It removes the inclusion of Arcola Sutton, per your client's request.  After you have a chance to review this pleading, please let me know and we'll move forward from there.  I would like to try and have this resolved by mid-week if at all possible.  Thanks.

Dylan

Dylan Pollard
Khorrami Pollard & Abir LLP
(213) 596-6000

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of Khorrami, Pollard & Abir, LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.