From: Walker, Derek [mailto:walker@chaffe.com]
Sent: Tuesday, November 11, 2008 1:34 PM
To: Dylan Pollard
Subject: RE: Barge Plaintiff's 7th Amended Complaint

i thought you also dropped 9H to appease the dock board.