From: Dylan Pollard [mailto:DPollard@kpalawyers.com]
Sent: Tuesday, November 11, 2008 6:25 PM
To: Walker, Derek
Subject: RE: Barge Plaintiff's 7th Amended Complaint Derek,

Yes.  That is correct.  However, based on my understanding, that should not be problematic to your client insofar as the 9(h) allegation was not made in the previous complaint versions, and regardless, your client recently withdrew its assertions relating to Rule 14(c) in its opposition to the Port's MSJ.

Dylan