From: Walker, Derek [mailto:walker@chaffe.com]
Sent: Tuesday, November 11, 2008 1:28 PM
To: Dylan Pollard
Subject: RE: Barge Plaintiff's 7th Amended Complaint

Will look at it again today. However, the inclination was not to agree to a stip. unless you simply omit Arcola Sutton.


[cid:~WRD000.jpg]


Derek Walker
Attorney

Chaffe McCall, L.L.P.
Attorneys at Law
2300 Energy Centre 1100 Poydras Street
New Orleans, Louisiana 70163

Direct: 504-585-7044
Direct Fax: 504-544-6066

Main: 504-585-7000  Fax: 504-585-7075
walker@chaffe.com   www.chaffe.com<http://www.chaffe.com/>


_____
Chaffe McCall L.L.P. IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties, or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
_____
Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.
_____

_____

From: Dylan Pollard [mailto:DPollard@kpalawyers.com]
Sent: Tuesday, November 11, 2008 3:20 PM
To: Walker, Derek
Subject: Barge Plaintiff's 7th Amended Complaint Derek-Further to my email of last week which contained the revised proposed 7th amended complaint, are you in a position to let us know whether this addressed your objections and is now, otherwise ready to be filed pursuant to stipulation. Please advise. Thanks.

Dylan

[cid:719302521@11112008-224B]

CONFIDENTIALITY NOTICE:

This e-mail and any attachments contain information from

the law firm of Khorrami, Pollard & Abir, LLP, and are

intended solely for the use of the named recipient or

recipients. This e-mail may contain privileged

attorney/client communications or work product. Any

dissemination of this e-mail by anyone other than an

intended recipient is strictly prohibited. If you are not a

named recipient, you are prohibited from any further

viewing of the e-mail or any attachments or from making any

use of the e-mail or attachments. If you believe you have

received this e-mail in error, notify the sender

immediately and permanently delete the e-mail, any

attachments, and all copies thereof from any drives or

storage media and destroy any printouts of the e-mail or

attachments.

CONFIDENTIALITY NOTICE:

This e-mail and any attachments contain information from the law firm of Khorrami, Pollard & Abir, LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.