From: Dylan Pollard [mailto:DPollard@kpalawyers.com]
Sent: Tuesday, November 11, 2008 3:29 PM
To: Walker, Derek
Subject: RE: Barge Plaintiff's 7th Amended Complaint Exactly.

We have removed Arcola Sutton.