From: Walker, Derek [mailto:walker@chaffe.com]
Sent: Wednesday, November 12, 2008 3:11 PM
To: Dylan Pollard
Subject: RE: Barge Plaintiff's 7th Amended Complaint

Dylan:

We cannot agree to an amendment now.  The amendment was interesting when it was an attempt to clarify what we were dealing with; we have  now written our class cert. opposition based on the pleadings as they exist.

Derek


[cid:236530623@12112008-2260]


Derek  Walker
Attorney

Chaffe McCall, L.L.P.
Attorneys at Law
2300 Energy Centre 1100 Poydras Street
New Orleans, Louisiana 70163

Direct: 504-585-7044
Direct Fax: 504-544-6066

Main: 504-585-7000  Fax: 504-585-7075
walker@chaffe.com   www.chaffe.com<http://www.chaffe.com/>