From: Dylan Pollard [mailto:DPollard@kpalawyers.com]
Sent: Tuesday, November 04, 2008 3:04 PM
To: kaurandt@daiglefisse.com; mhanna@mcsalaw.com
Subject: 7th Amended Complaint: Barge Plaintiffs

Counsel:

Attached is a revised version of Plaintiffs' 7th Amended complaint which addresses the issues of concern to the Port Commission/Levy District regarding the 9(h) election.  Please review this draft and let me know if you will be prepared to sign a stipulation to allow for this Complaint's filing or if you have additional comments-we are always available to discuss them.  We would ideally like to have this issue conclusively resolved by the end of the week. Regards,

Dylan

Dylan Pollard
Khorrami Pollard & Abir LLP
(213) 596-6000

CONFIDENTIALITY NOTICE:  This e-mail and any attachments contain information from  the law firm of Khorrami, Pollard & Abir, LLP, and are  intended solely for the use of the named recipient or  recipients. This e-mail may contain privileged  attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an  intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further  viewing of the e-mail or any attachments or from making any  use of the e-mail or attachments. If you believe you have  received this e-mail in error, notify the sender  immediately and permanently delete the e-mail, any  attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or  attachments.

CONFIDENTIALITY NOTICE:

This e-mail and any attachments contain information from

the law firm of Khorrami, Pollard & Abir, LLP, and are

intended solely for the use of the named recipient or

recipients. This e-mail may contain privileged

attorney/client communications or work product. Any

dissemination of this e-mail by anyone other than an

intended recipient is strictly prohibited. If you are not a

named recipient, you are prohibited from any further

viewing of the e-mail or any attachments or from making any

use of the e-mail or attachments. If you believe you have

received this e-mail in error, notify the sender

immediately and permanently delete the e-mail, any

attachments, and all copies thereof from any drives or

storage media and destroy any printouts of the e-mail or

attachments.

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of Khorrami, Pollard & Abir, LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.