From: Kirk Aurandt <kaurandt@daiglefisse.com>
Date: Fri, 7 Nov 2008 07:18:55 -0800
To: Dylan Pollard<DPollard@kpalawyers.com>;
mhanna@mcsalaw.com<mhanna@mcsalaw.com>
Subject: RE: 7th Amended Complaint: Barge Plaintiffs

Dylan:

We are weary of consenting to the filing of any amended Complaint while our summary-judgment motion against Lafarge is still pending. I am taking this cautious stand in order to prevent us from agreeing to something that may inadvertently undermine the basic theory of our motion or a later argument on appeal. That was the whole basis for our opposition to the previous attempt to amend the Complaint. Consequently, we would object to the filing of an amended Complaint at this time.

Sincerely,

Kirk N. Aurandt
Daigle Fisse & Kessenich, PLC
P. O. Box 5350
Covington, LA 70434-5350
(985) 871-0800 (Telephone)
(985) 871-0899 (Fax)
www.daiglefisse.com<http://www.daiglefisse.com/>

_____
From: Dylan Pollard [mailto:DPollard@kpalawyers.com]
Sent: Tuesday, November 04, 2008 3:04 PM
To: kaurandt@daiglefisse.com; mhanna@mcsalaw.com
Subject: 7th Amended Complaint: Barge Plaintiffs

Counsel:

Attached is a revised version of Plaintiffs' 7th Amended complaint which addresses the issues of concern to the Port Commission/Levy District regarding the 9(h) election. Please review this draft and let me know if you will be prepared to sign a stipulation to allow for this Complaint's filing or if you have additional comments-we are always available to discuss them. We would ideally like to have this issue conclusively resolved by the end of the week. Regards,

Dylan

Dylan Pollard
Khorrami Pollard & Abir LLP
(213) 596-6000