From: Mark E. Hanna [mailto:mhanna@mcsalaw.com]
Sent: Friday, November 07, 2008 7:27 AM
To: Kirk Aurandt; Dylan Pollard
Subject: RE: 7th Amended Complaint: Barge Plaintiffs

As would the OLD

Mark E. Hanna, Esq.
McCranie, Sistrunk, Anzelmo,
Hardy, Maxwell & McDaniel pc
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002

Direct: 504-846-8436
Fax: 504-831-2492
E-mail: mhanna@mcsalaw.com<mailto:mhanna@mcsalaw.com>

-----Original Message-----
From: Kirk Aurandt [mailto:kaurandt@daiglefisse.com]
Sent: Friday, November 07, 2008 9:19 AM
To: 'Dylan Pollard'; Mark E. Hanna
Subject: RE: 7th Amended Complaint: Barge Plaintiffs

Dylan:

We are weary of consenting to the filing of any amended Complaint while our summary-judgment motion against Lafarge is still pending.  I am taking this cautious stand in order to prevent us from agreeing to something that may inadvertently undermine the basic theory of our motion or a later argument on appeal.  That was the whole basis for our opposition to the previous attempt to amend the Complaint.  Consequently, we would object to the filing of an amended Complaint at this time.

Sincerely,

Kirk N. Aurandt
Daigle Fisse & Kessenich, PLC
P. O. Box 5350
Covington, LA 70434-5350
(985) 871-0800 (Telephone)
(985) 871-0899 (Fax)
www.daiglefisse.com<http://www.daiglefisse.com/>

_____
From: Dylan Pollard [mailto:DPollard@kpalawyers.com]
Sent: Tuesday, November 04, 2008 3:04 PM
To: kaurandt@daiglefisse.com; mhanna@mcsalaw.com

Subject: 7th Amended Complaint: Barge Plaintiffs

Counsel:

Attached is a revised version of Plaintiffs' 7th Amended complaint which addresses the issues of concern to the Port Commission/Levy District regarding the 9(h) election.  Please review this draft and let me know if you will be prepared to sign a stipulation to allow for this Complaint's filing or if you have additional comments-we are always available to discuss them.  We would ideally like to have this issue conclusively resolved by the end of the week. Regards,

Dylan

Dylan Pollard
Khorrami Pollard & Abir LLP
(213) 596-6000

CONFIDENTIALITY NOTICE:

This e-mail and any attachments contain information from

the law firm of Khorrami, Pollard & Abir, LLP, and are

intended solely for the use of the named recipient or

recipients. This e-mail may contain privileged

attorney/client communications or work product. Any

dissemination of this e-mail by anyone other than an

intended recipient is strictly prohibited. If you are not a

named recipient, you are prohibited from any further

viewing of the e-mail or any attachments or from making any

use of the e-mail or attachments. If you believe you have

received this e-mail in error, notify the sender

immediately and permanently delete the e-mail, any

attachments, and all copies thereof from any drives or

storage media and destroy any printouts of the e-mail or

attachments.

MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL, PC

CONFIDENTIALITY NOTE

The information contained in this e-mail message is legally privileged and

confidential information intended only for the use of the individual or entity

named above. If the reader of this message is not the intended recipient, you

are hereby notified that any dissemination, distribution or copy of this e-mail

is strictly prohibited. If you have received this e-mail in error, please

immediately notify us by telephone (504) 831-0946 and return the original

message to us via e-mail. Thank you

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of Khorrami, Pollard & Abir, LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.