UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>  <u>Allen</u>  07-5111<br>     (DUPLICATE REPRESENTATION) | JUDGE DUVAL<br>MAG. WILKINSON |

\* \* \*

| | |
|---|---|
| CHARLES L. PECOT | CIVIL ACTION |
| VERSUS | NO. 07-6250 |
| STATE FARM FIRE AND<br>CASUALTY COMPANY | SECTION "B" (2) |

### ORDER

In response to the court's order, Record Doc. No. 16553 in 05-4182 and Record Doc. No. 20 in 07-6250, plaintiff's counsel, Joseph M. Bruno, has advised the court, by letter filed separately in the record of both 05-4182 and 07-6250, that the claims of Charles L. Pecot have been settled. Accordingly,

**IT IS ORDERED** that the call docket previously set in this matter before me in the referenced <u>Allen</u> and <u>Pecot</u> cases on December 15, 2008, is hereby marked SATISFIED. By copy of this order, Judge Lemelle is advised so that he may enter an appropriate conditional dismissal order in the referenced <u>Pecot</u> case, 07-6250 "B"(2). In

addition, Judge Duval is hereby advised so that he may enter appropriate conditional dismissal order as to the claims of plaintiff Charles L. Pecot in <u>Allen</u>, C.A. No. 07-5111.

New Orleans, Louisiana, this \_\_\_\_15th\_\_\_ day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. IVAN L.R. LEMELLE**