UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>    <u>Abadie</u>  07-5112<br>         (DUPLICATE REPRESENTATION) | JUDGE DUVAL<br>MAG. WILKINSON |

\*   \*   \*

| | |
|---|---|
| VIVIAN WATSON | CIVIL ACTION |
| VERSUS | NO. 07-3462 |
| ALLSTATE INSURANCE COMPANY | SECTION "K" (2) |

**ORDER**

In response to my previous order, Record Doc. No. 16454 in 05-4182 and Record Doc. No. 9 in 07-3462, plaintiff's counsel, Joseph M. Bruno, has advised the court, by letter filed separately in the record of both 05-4182 and 07-3462, that plaintiff Vivian Watson has been located, that she has decided not to settle her claims and that she has "elected to continue her efforts in her individual case, C.A. No. 07-3462 "K"(2), with Bruce Feingerts" as her attorney. Accordingly,

**IT IS ORDERED** that the call docket previously set in this matter before me in the referenced <u>Abadie</u> and <u>Watson</u> cases on December 17, 2008, is hereby marked SATISFIED.

By copy of this order, Judge Duval is advised so that he may issue an order that Vivian Watson's claims in <u>Abadie</u> <u>II</u>, C.A. No. 07-5112, be dismissed without prejudice as duplicative of her claims in <u>Vivian Watson v. Allstate Insurance Company</u>, C.A. No. 07-3462, so that plaintiff's claims may proceed in C.A. No. 07-3462.

New Orleans, Louisiana, this 15th day of December, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.