UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Woytonelee DiPiazza regarding #6 Pamela Pl., Arabi, LA 70032; Eric Day, Geisel Day regarding 7510 Anne Marie Ct., New Orleans, LA 70128** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Woytonelee DiPiazza regarding #6 Pamela Pl., Arabi, LA 70032; Eric Day, Geisel Day regarding 7510 Anne Marie Ct., New Orleans, LA 70128, who wish to voluntarily dismiss the claims against Defendant(s) Liberty Mutual Insurance Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                        Respectfully submitted:

                        BY:  /s/ Joseph M. Bruno
                        JOSEPH M. BRUNO (# 3604)
                        L. SCOTT JOANEN (# 21431)
                        The Law Offices of Joseph M. Bruno
                        855 Baronne Street
                        New Orleans, Louisiana 70113
                        Telephone: (504) 525-1335
                        Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 16th day of December, 2008.

                          /s/ Joseph M. Bruno
                        Joseph M. Bruno