UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO.   05-4182 |
| PERTAINS TO:   INSURANCE<br>Hahn, 08-122 | * <br> * <br> * | SECT. "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS

NOW INTO COURT, come plaintiffs Fredrick and Netta Hahn, and defendant Auto Club Family Insurance Company, through undersigned counsel, who suggest to this Honorable Court that the above entitled and numbered matter has been settled as of compromise. Plaintiffs further suggest that they therefore desire to dismiss this action, with prejudice, each party to bear their own costs.

Respectfully submitted:

ROBICHAUX LAW FIRM

_____
J. Van Robichaux (Bar No. 11338)
Brian Page (Bar No. 30941)
Robichaux Law Firm
P.O. Box 792500
New Orleans, Louisiana 70179
Telephone: (985) 809-0620
Facsimile: (985) 892-5085
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ Albert D. Giraud
UNGARINO & ECKERT, LLC
3850 N. Causeway Boulevard, Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7559
Fax: (504) 836-7566
agiraudo@ungarino-eckert.com

**UNGARINO & ECKERT L.L.C.**

ALBERT D. GIRAUD (Bar No. 18911)
3850 N. Causeway Boulevard, Suite 1280
Metairie, Louisiana  70002
Telephone:   504/836-7559
Fax:         504/836-7566
agiraud@ungarino-eckert.com
*Attorney for Defendant*