UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO:  INSURANCE CASES | SECTION "K" (2) |
| *Aguilar*, No. 07-4852 | JUDGE DUVAL |
| | MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiff Ann Washington With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is Granted and that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiff Ann Washington With Prejudice;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff Ann Washington asserted against Homesite Insurance Company in the consolidated proceeding entitled *Aguilar, III, et al. vs. Alea London Ltd., et al.* No. 07-4852, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising

NO.99886136.1

out of the handling, investigation and/or adjustment of Plaintiff's claim, are hereby **DISMISSED**, with prejudice and with each party to bear its own costs.

New Orleans, Louisiana, this __16th__ day of ___December___, 2008.

_____
UNITED STATES DISTRICT JUDGE