```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: KATRINA CANAL BREACHES       *    CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION             *
PERTAINS TO SEVERED MASS            *    SECTION K (2)
JOINDER CASES                       *
                                    *
Severed from Ailes 06-7822          *
                                    *
ANTHONY ENGOLIA                     *    CIVIL ACTION NO. 07-1561
                                    *
VERSUS                              *
                                    *    SECTION   K (2)
STATE FARM FIRE AND                 *
CASUALTY COMPANY                    *
*********************************************
```

## MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Anthony Engolia, and defendant, State Farm Fire and Casualty Insurance Company, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost;

Respectfully submitted,

_____
Patrick G. Kehoe, Jr., Esq. (# )4)4) 3
833 Baronne St.
New Orleans, La. 70113
Telephone: 504-588-1110
ATTORNEY FOR PLAINTIFF

_____
ROY C. BEARD, ESQ. (17461)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: 504-831-2492
ATTORNEY FOR DEFENDANT