UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE | SECTION "K"(2) |

### ORDER

Considering Allstate Insurance Company's Motion for Leave to File a Supplement to Its Motion to Dismiss Duplicate Claims (Rec. Doc. 16705), accordingly,

**IT IS ORDERED** that the Motion for Leave is **GRANTED.**

New Orleans, Louisiana, this ___16th___ day of December, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**