UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182 "K" (2)<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO: INSURANCE | |
| Penny and Henry Alexander (07-4455) | |
| Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455) | |
| L.J. and Eva Dell Aucoin (07-4458) | |
| Santiago and Lucina Avila (07-5206) | |
| Debra Bennett (07-5206) | |
| Elaine Berry (07-5206) | |
| Ronald and Orbadella Browder (07-4458) | |
| Ivory and Shirley Chopin (07-5206 & 07-5769) | |
| Bonnie Condor (07-4458 & 07-5206) | |
| Thomas Coston (07-4455) | |
| Lewis Crosby, Jr. (07-4458) | |
| Alice Dabney (07-5206) | |
| Geneva Dorsey (07-4455 & 07-5206) | |
| Betty Duplessis (07-4458) | |
| Sandra Ebbs (07-4455) | |
| Gladys Encalade (07-5206) | |
| Ronald and Donna Fournier (07-5206) | |
| Betty Crosby Francis (07-4455) | |
| Brenda V. Gibson (07-5206) | |
| Lisa and Anthony Grimble (07-4455) | |
| Deborah Jackson (07-4458) | |
| Gregory Lassair, Sr. (07-4455) | |
| Thomas Lavigne (07-5206) | |

1

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

* * * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * *

## ALLSTATE'S SUPPLEMENT TO ITS
## MOTION TO DISMISS DUPLICATE CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Defendant, Allstate Insurance Company ("Allstate"), through its undersigned counsel of record, and files this Supplement to its Motion to Dismiss under Federal Rule of Civil Procedure 41 and would show unto the Court as follows:

1. In its Motion to Dismiss Duplicate Claims ("Motion to Dismiss") (Doc. 16539), Allstate sought the dismissal, without prejudice, of the following later-filed duplicate suits:

   a. Santiago and Lucina Avila: Adams – 07-5206 (HLC);
   b. Elaine Berry: Adams – 07-5206 (HLC);
   c. Lewis Crosby Jr.: Aucoin – 07-4458 (HLC);
   d. James Troxclair: Adams – 07-5206 (HLC); and
   e. Carlene Williams: P. Alexander – 07-4455 (HLC).

2. Since filing the Motion to Dismiss, Allstate has learned that these plaintiffs' <u>Abadie I</u> duplicate suits have already been dismissed without prejudice on July 24, 2008; June 26, 2008; and June 17, 2008. *See In re Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 (Order (Doc. 13959) dismissing without prejudice Santiago and Lucina Avila's and Lewis Crosby Jr.'s <u>Abadie I</u> suits) (attached hereto as Ex. A); (Order (Doc. 13637) dismissing without prejudice Carlene Williams' and James Troxclair's <u>Abadie I</u> suit) (attached hereto as Ex. B); (Order (Doc. 13549) dismissing without prejudice Elaine Berry's <u>Abadie I</u> suit) (attached hereto as Ex. C). Thus each plaintiff's later-filed suit, filed through the Hurricane Legal Center (the "HLC"), is no longer duplicative of his or her <u>Abadie I</u> suit, and Allstate withdraws its Motion to Dismiss as to these plaintiffs' HLC suits.

3. Allstate also sought the dismissal of Betty Crosby Francis' later-filed <u>Abadie II</u> suit as duplicative of her suit filed through the HLC.

4. Since filing the Motion to Dismiss, Allstate has learned that Ms. Francis' <u>Abadie II</u> duplicate suit has already been dismissed without prejudice on July 28, 2008. *See In re Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 (Order (Doc. 14069) dismissing without prejudice Betty Francis' <u>Abadie II</u> suit) (attached hereto as Ex. D). Thus, her HLC suit (Alexander, P. – 07-4455) is no longer duplicative of her <u>Abadie II</u> suit, and Allstate withdraws its Motion to Dismiss as to this plaintiff.

5. Also in its Motion to Dismiss, Allstate stated that a settlement was pending in Penny and Henry Alexander's earlier-filed <u>Abadie I</u> suit and sought the dismissal of their duplicate suit filed through the HLC.

6. Since filing that Motion to Dismiss, Allstate has learned that Penny and Henry Alexander's pending settlement has been finalized. Thus, Allstate reasserts its request that Penny and Henry Alexander's duplicate suit filed through the HLC be dismissed without prejudice.

DATED: December 15, 2008.

                Respectfully submitted,

                */s/ Arthur J. Lentini*

                Arthur J. Lentini, APLC (#8520)
                6620 Riverside Drive, Suite 312
                Metairie, Louisiana 70003
                (504) 780-8700 Telephone

                ***Attorney-In-Charge for Defendant***

**OF COUNSEL:**
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 15th day of December, 2008.

        Stuart Barasch
        Lawrence Centola
        Hurricane Legal Center
        910 Julia Street
        New Orleans, Louisiana 70113

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
Post Office Drawer H
Reserve, Louisiana 70084

Joseph Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Richard Fernandez
One Lakeway Center, Suite 605
3900 N. Causeway Boulevard
Metairie, Louisiana 70002

Jim Hall
Jim Hall & Associates
800 N. Causeway Boulevard
Metairie, Louisiana 70001

John Houghtaling
Gauthier, Houghtaling & Williams, LLP
3500 N. Hullen Street
Metairie, Louisiana 70002

Patrick Kehoe
833 Baronne Street
New Orleans, Louisiana 70113

Jack Edward Morris
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002

Edwin Shorty
Shorty, Dooley & Hall, LLC
650 Poydras Street, Suite 2230
New Orleans, Louisiana 70130

Dale Williams
212 Park Place
Covington, Louisiana 70433

Judy Barrasso
Minor Pipes
Barrasso, Usdin, Kupperman, Freeman & Sarver LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112

Scott G. Jones
Inabnet & Jones, LLC
1331 W. Causeway Approach
Mandeville, Louisiana 70471

Christopher Lawler
Donovan & Lawler
4640 Rye Street
Metairie, Louisiana 70006

Jeffrey P. Lozes
Lozes & Ponder
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112

Frank Neuner
Melissa Lutgring Theriot
Laborde & Neuner
Post Office Drawer 52828
Lafayette, Louisiana 70505

Glenn B. Adams
Michael W. Collins
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, Louisiana 70130

Danna Schwab
The Schwab Law Firm
P.O. Box 7095
Houma, Louisiana 70361

/s/ Arthur J. Lentini
Arthur J. Lentini

6