UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * NO. 05-4182 "K" (2) * JUDGE DUVAL * MAG. WILKINSON |
| PERTAINS TO: INSURANCE | |
| Penny and Henry Alexander (07-4455) | |
| Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455) | |
| L.J. and Eva Dell Aucoin (07-4458) | |
| Santiago and Lucina Avila (07-5206) | |
| Debra Bennett (07-5206) | |
| Elaine Berry (07-5206) | |
| Ronald and Orbadella Browder (07-4458) | |
| Ivory and Shirley Chopin (07-5206 & 07-5769) | |
| Bonnie Condor (07-4458 & 07-5206) | |
| Thomas Coston (07-4455) | |
| Lewis Crosby, Jr. (07-4458) | |
| Alice Dabney (07-5206) | |
| Geneva Dorsey (07-4455 & 07-5206) | |
| Betty Duplessis (07-4458) | |
| Sandra Ebbs (07-4455) | |
| Gladys Encalade (07-5206) | |
| Ronald and Donna Fournier (07-5206) | |
| Betty Crosby Francis (07-4455) | |
| Brenda V. Gibson (07-5206) | |
| Lisa and Anthony Grimble (07-4455) | |
| Deborah Jackson (07-4458) | |
| Gregory Lassair, Sr. (07-4455) | |
| Thomas Lavigne (07-5206) | |

1

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

CONSIDERING the above and foregoing Motion to Dismiss Duplicate Claims;

IT IS ORDERED, ADJUDGED, and DECREED that the following later filed cases are hereby dismissed without prejudice, each party to bear its own attorneys' fees, costs, and other litigation expenses:

  a. Penny and Henry Alexander: P. Alexander – 07-4455 (HLC);
  b. L.J. and Eva Dell Aucoin: Aguilar – 07-4852 (Hall);
  c. Debra Bennett: Adams – 07-5206 (HLC);
  d. Ronald and Orbadella Browder: Aucoin – 07-4458 (HLC);
  e. Bonnie Condor: Aucoin – 07-4458 (HLC) & Adams – 07-5206 (HLC);
  f. Alice Dabney: Adams – 07-5206 (HLC);
  g. Geneva Dorsey: P. Alexander – 07-4455 (HLC) & Adams – 07-5206 (HLC);
  h. Betty Duplessis: Aucoin – 07-4458 (HLC);
  i. Gladys Encalade: Adams – 07-5206 (HLC);
  j. Ronald and Donna Fournier: Adams – 07-5206 (HLC);
  k. Betty Crosby Francis: Abadie II – 07-5112 (Bruno);
  l. Brenda V. Gibson: Adams – 07-5206 (HLC);
  m. Lisa and Anthony Grimble: Alexander – 07-4538 (Becnel);
  n. Thomas Lavigne: Adams – 07-5206 (HLC);

  o. Betty Lundy: Adams – 07-5206 (HLC) & Aucoin – 07-4458 (HLC);
  p. Vera McGuire: Aucoin – 07-4458 (HLC);
  q. Kenneth Mitchell: Adams – 07-5206 (HLC);
  r. Christine Moten: Adams – 07-5206 (HLC);
  s. Geraldine Norman: Adams – 07-5206 (HLC);
  t. Joyce Olsen: Adams – 07-5206 (HLC);
  u. Annie Richburg: Aucoin – 07-4458 (HLC);
  v. Preston Smith: Aucoin – 07-4458 (HLC) & Alexander – 07-4538 (Becnel);
  w. Thelma Starwood: Aucoin – 07-4458 (HLC);
  x. Cecile Vigee: Adams – 07-5206 (HLC);
  y. Edward Weber: Acevedo – 07-5199 & Alexander – 07-4538 (Becnel);
  z. Herman and Brenda Williams: Adams – 07-5206 (HLC); and
  aa. Lois Williams: P. Alexander – 07-4455 (HLC).

IT IS ORDERED, ADJUDGED, and DECREED that the following earlier filed cases are hereby dismissed without prejudice, each party to bear its own attorneys' fees, costs, and other litigation expenses because settlement is pending in the later filed cases:

  a. Irwin Anderson, Sr. by Gail Anderson Wharton: P. Alexander – 07-4455 (HLC);
  b. Thomas Coston: P. Alexander – 07-4455 (HLC);
  c. Sandra Ebbs: P. Alexander – 07-4455 (HLC);
  d. Deborah Jackson: Aucoin – 07-4458 (HLC);
  e. Gregory Lassair, Sr.: P. Alexander – 07-4455 (HLC);
  f. Kim and Robert Price: P. Alexander – 07-4455 (HLC);
  g. Lashandra Russ: P. Alexander – 07-4455 (HLC);
  h. Joseph and Gwendolyn Smith: P. Alexander – 07-4455 (HLC); and
  i. Ivory Belle Walker: P. Alexander – 07-4455 (HLC).

IT IS ORDERED, ADJUDGED, and DECREED that the Ivory and Shirley Chopin's Adams and Call cases, both filed through the Hurricane Legal Center, be dismissed without prejudice because a settlement is pending in their Abadie II case.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE