UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO: 08-71<br>PLAINTIFF: EUGENE L. DUDENHEFER | MAGISTRATE WILKINSON |

## ORDER OF DISMISSAL

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 16th day of December, 2008.

_____
**J U D G E**