**MINUTE ENTRY**
**DUVAL, J.**
**December 10, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                    **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                     **NO. 05-4182**

**PERTAINS TO:**                                     **SECTION "K"(2)**
        **INSURANCE**

        Attending a status conference held this day were:

        Joseph M. Bruno, Calvin Fayard and Frank Dudenhefer  for Plaintiffs
        Tey Phillips for the Attorney General for the State of Louisiana and
        Ralph Hubbard, Seth Schmeeckle and David McDowell for Travelers.

At the parties request, a status conference to report to the Court concerning settlement

possibilities was held this day.

        **IT IS ORDERED** that these parties shall attend a status conference on January 27, 2009

at 1:00 p.m. to report on their further progress.

JS-10 - 1 Hour