**MINUTE ENTRY**
**DUVAL, J.**
**December 15, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182** |
| **PERTAINS TO:**<br>**LEVEE** | **SECTION "K"(2)** |

Attending a status conference held this day were:

Ralph Hubbard, Rachel A. Meese, Ault Hootsell and Joe Guichet for St. Paul/Travelers;
Thomas P. Anzelmo and Ben Mayeaux for OLD;
Robin Smith (by phone)
Gary Zwain for EJLD/Lake Borgne Levee Districts; and
Joseph M. Bruno and James Roy for Plaintiffs.

The parties presented the Settlement Documents with Joint Motion for Entry of Preliminary Approval Order and Joint Memorandum in Support thereof to the Court.

Discussions were had concerning the Government's objection to the use of Form 95 Database. The Court determined that it would order the use of the existing Form 95 data base solely for purposes of augmenting those other data bases available to plaintiffs for purposes of giving the best possible notice to all potential class members.

A few revisions were agreed to with respect to the Preliminary Approval Order, and the parties agreed to provide the Court with an order which would incorporate them by the end of the day for signature and entry.

JS-10 - 30 Mins.