UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>    <u>Abadie</u>  07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

Plaintiff's counsel, Joseph M. Bruno, has advised the court that plaintiff Vivian Watson has decided not to settle her claims and has "elected to continue her efforts in her individual case, C.A. No. 07-3462 "K"(2), with Bruce Feingerts" as her attorney. Accordingly,

**IT IS ORDERED** that Vivian Watson's claims in <u>Abadie</u> <u>II</u>, C.A. No. 07-5112, are hereby DISMISSED WITHOUT PREJUDICE as duplicative of her claims in <u>Vivian Watson v. Allstate Insurance Company</u>, C.A. No. 07-3462, so that plaintiff's claims may proceed in C.A. No. 07-3462.

New Orleans, Louisiana, this __16th__ day of December, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE