UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>    Abadie I, 06-5164<br>    Road Home, Louisiana State, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of Eric C. Walton, counsel for Lexington Insurance Company, by letter filed separately in the record, **IT IS ORDERED** that a settlement conference will be conducted before me on **January 6, 2009 at 2:00 p.m.** in the referenced matters concerning the 27 claims referenced in defense counsel's letter of December 15, 2008.

Joseph Bruno, plaintiffs' Liaison Counsel, Eric C. Walton, counsel for Lexington Insurance Company, and Dan Rees, counsel for the State of Louisiana, must participate in the conference in person.

New Orleans, Louisiana, this   16th   day of December, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**and via email:**
**Joseph Bruno; jbruno@jbrunolaw.com**
**Dan Rees; Dan.Rees@LA.GOV**
**Eric Walton; ewalton@glllaw.com**