**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Joseph Aguilar, III, et al.* | * | |
| Civil Action No.: 07-4852 | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF TIMOTHY AND STACY BREWER WITH PREJUDICE**

**NOW INTO COURT**, come United Services Automobile Association ("USAA"), improperly named as USAA Casualty Insurance Company ("USAA CIC") in the Complaint, and plaintiffs, Timothy and Stacy Brewer ("Brewers") who aver that they have amicably resolved their disputes and that the Brewers acknowledge receipt of adequate settlement funds from USAA. Accordingly, the Brewers and USAA jointly move this Court for entry of an order to (1) reopen *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 with respect to USAA solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by the Brewers against USAA, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, the Brewers and USAA pray that this Court enter an order which (1) reopens *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 with respect to USAA solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each

party's cost all of the Brewers claims asserted in the captioned matter, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

Respectfully submitted,

/s/ Joseph W. Rausch
**Jim S. Hall, T.A., La. Bar # 21644**
**Joseph W. Rausch, La. Bar # 11394**
Jim S. Hall & Associates
800 N. Causeway, Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000

**And**

/s/ Seth A. Schmeeckle
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar # 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:          rhubbard@lawla.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 16th day of December 2008, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF TIMOTHY AND STACY BREWER WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Seth A. Schmeeckle