**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Joseph Aguilar, III, et al.* | * | |
| *Civil Action No.:  07-4852* | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose

of Dismissing the Claims of Timothy and Stacy Brewer With Prejudice by Timothy and Stacy

Brewer and USAA Casualty Insurance Company;

**IT IS ORDERED ADJUDGED AND DECREED** that *Aguilar, et al vs. Alea London*

*Limited, et al.*, No. 07-4852 is temporarily reopened with respect to USAA for the limited

purpose of addressing this motion filed by Timothy and Stacy Brewer and USAA Casualty

Insurance Company and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of

the claims of Timothy and Stacy Brewer asserted in the Complaint for Damages, including

without limitation their claims arising under their respective policy of insurance for damages

sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling

are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

_____
UNITED STATES DISTRICT COURT JUDGE