UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: MRGO | SECTION "K"(2) |

## ORDER

Before the Court is the Motion of the MRGO PSLC to Admit Demonstrative Exhibits (Doc. 16440). The Court has reviewed the materials and finds that it will allow the exhibits to be admitted. Prior to using this demonstrative evidence, the Court will make a determination whether it is admissible.

New Orleans, Louisiana, this  16th  day of December, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE