

FILED'08 DEC 09 15:19 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| | * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE: *07-4852* Aguilar, ~~06-4660~~ | * | |

## MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS, WITHOUT PREJUDICE

Plaintiffs, Cory and Shannon Bergeron, Gloria Bickford, Patricia Browne, Yvette Cambridge, William and Annie Clausell, Dan Danflous, Shandon and Tabitha Davis, Warren Ernest, Joseph Ferdinand/RHEA, Georgia Guillot, Vivien A. and Oliver W. Harris, Shirley Hence, Angela Holmes, Shelita A. Jenkins, Lee and Lynn Johnson, Renee Johnson, Rosetta and Felix Joseph, William and Edna Lockett, Donald A., Jr. and Gail M. Lyons, Chanel Mack, Ana Marshall, Cornell and Adrienne Mathieu, Aliene o/b/o Melerine, Dale J. and John A. Messina, Earnest Patterson, Jr., James and Judy Ramsey, Carlos Rivera, Linda Roberts Richardson, Lawrence and Merita Rodrique, Nelly Rome, Eugene Shedrick, Benton and Bessie Simmons,

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No____ ~~123015~~

- 2 -

Betty Singleton, Mark and Troylynne Stahl, Sharlene and Kevin Sterling, David Stirgus, Betty and Huey Walker, Don and Kendra Harding Washington, Shirley and Arthur Williams, and Kim and Kerry Winder respectfully request that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that all any claims on any homeowners' insurance policies against Allstate by any of these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

_____
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of December, 2008.

_____