UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | JUDGE: DUVAL |
| | * | |
| | * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * | |
|                 07-4352 | * | |
| INSURANCE:     *Aguilar*, ~~06-4660~~ | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Cory and Shannon Bergeron, Gloria Bickford, Patricia Browne, Yvette Cambridge, William and Annie Clausell, Dan Danflous, Shandon and Tabitha Davis, Warren Ernest, Joseph Ferdinand/RHEA, Georgia Guillot, Vivien A. and Oliver W. Harris, Shirley Hence, Angela Holmes, Shelita A. Jenkins, Lee and Lynn Johnson, Renee Johnson, Rosetta and Felix Joseph,

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____

123015

William and Edna Lockett, Donald A., Jr. and Gail M. Lyons, Chanel Mack, Ana Marshall, Cornell and Adrienne Mathieu, Aliene o/b/o Melerine, Dale J. and John A. Messina, Earnest Patterson, Jr., James and Judy Ramsey, Carlos Rivera, Linda Roberts Richardson, Lawrence and Merita Rodrique, Nelly Rome, Eugene Shedrick, Benton and Bessie Simmons, Betty Singleton, Mark and Troylynne Stahl, Sharlene and Kevin Sterling, David Stirgus, Betty and Huey Walker, Don and Kendra Harding Washington, Shirley and Arthur Williams, and Kim and Kerry Winder on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 11th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE