UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO INSURANCE<br>(Alfonso/Cerise No. 06-8801) | MAGISTRATE WILKINSON |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Ann Cerise and Victor Cerise (collectively, "Cerise"), plaintiffs in Docket No. 06-8801 (consolidated with Docket No. 05-4182), and defendant, The Standard Fire Insurance Company, on behalf of itself and the incorrectly named entities, Travelers Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, The Travelers Insurance Company (Accident Dept.), Travelers Property Casualty Company of America and Travelers Property

1

Casualty Insurance Company (hereinafter "Standard Fire"), who suggest to the Court that Cerise's claims against Standard Fire have been compromised, and the parties desire to dismiss Cerise's claims against Standard Fire in Docket No. 06-8801, with prejudice, while specifically reserving the rights of all other plaintiffs in the suit.

WHEREFORE, plaintiffs, Ann Cerise and Victor Cerise, and defendant, The Standard Fire Insurance Company, pray that this motion to dismiss be granted, dismissing the claims of Ann and Victor Cerise asserted in Docket No. 06-8801 against defendant, The Standard Fire Insurance Company, and the incorrectly named entities listed above, with prejudice, while specifically reserving the rights of all other plaintiffs in the above-captioned suit.

Respectfully submitted:

_____
Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110

Bruce L. Feingerts
Feingerts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, LA 70130
504-568-1515
bfeingerts@aol.com

Michael C. Darnell (#4554)
Murray, Darnell & Associates
1540 N. Broad St.
New Orleans, LA 70119
504-945-0042

John Van Robichaux, Jr.
Robichaux Law Firm
6305 Elysian Fields Ave., Suite 406
P.O. Box 792500
New Orleans, LA 70122
504-286-2022

Roy F. Amedee, Jr.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222

Allan Berger
Allan Berger & Associates, APLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777

Michael Hingle
Michael Hingle & Associates, LLC
220 Gause Boulevard
Slidell, LA 70458
985-641-6800

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Stuckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224

Randy J. Ungar
Ungar & Byrne, APLC
365 Canal Street, Suite 2520
New Orleans, LA 70130
504-566-1616

Paul Hesse
Law Offices of Frank J. D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113
504-525-7272

ATTORNEYS FOR PLAINTIFFS, ANN AND VICTOR CERISE

/s/Gary J. Russo
Gary J. Russo (#10828)
Douglas C. Longman, Jr. (#8719)
LONGMAN RUSSO, APLC
P. O. Drawer 3408
Lafayette, LA 70503-3408
337-262-9000

ATTORNEYS FOR THE STANDARD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.

/s/ Gary J.. Russo