UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  BARGE | Case No.:  05-4182 and consolidated cases |
| | SECTION "K" (2) |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAG. |
| *Lafarge v. USA* | 07-5178 | JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S
RESPONSE TO MOTION FOR RETURN OF
TIMEPIECE AND FOR ATTORNEY FEES**

Pursuant to Magistrate Wilkinson's Order (Doc 15206), Adam Perkins Rose, III

has filed a motion seeking return of the timepiece that Centanni Investigative Agency

removed from the property located at 2216 Deslonde Street after Hurricane Katrina

(Doc. 16639).

Lafarge North America Inc. ("Lafarge") is not aware of any facts that refute Mr.

Rose's claimed ownership of the timepiece.  Thus, Lafarge does not oppose Mr. Rose's

1218448-1

1

motion.  If the Court grants the motion, Lafarge will make arrangements to promptly

return the timepiece to Adam Perkins Rose, III.

Respectfully submitted,


/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*


**Certificate of Service**

I hereby certify that I have on this 16th day of December, 2008 served a copy of the

foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.


/s/ Derek A. Walker


1218448-1                                         2