UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br><br>*Boutte v. Lafarge*  05-5531<br>*Mumford v. Ingram*  05-5724<br>*Lagarde v. Lafarge*  06-5342<br>*Perry v. Ingram*  06-6299<br>*Benoit v. Lafarge*  06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*  07-5178 | CIVIL ACTION<br><br>Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S
RESPONSE TO MOTION FOR RETURN OF
<u>TIMEPIECE AND FOR ATTORNEY FEES</u>**

Pursuant to Magistrate Wilkinson's Order (Doc 15206), Alice Mae Haney Davis Harris has filed a motion seeking return of the timepiece that Centanni Investigative Agency removed from the property located at 2231 Deslonde Street after Hurricane Katrina (Doc. 16640).

Lafarge North America Inc. ("Lafarge") is not aware of any facts that refute Alice Mae Haney Davis Harris' claimed ownership of the timepiece. Thus, Lafarge

1218445-1

1

does not oppose Ms. Harris' motion.  If the Court grants the motion, Lafarge will make arrangements to promptly return the timepiece to Alice Mae Haney Davis Harris.

        Respectfully submitted,

        /s/ Derek A. Walker
        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA  70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC  20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA  70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 16th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ Derek A. Walker

1218445-1        2