UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| Virgil and Brenda Sorina, 06-9885 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HANOVER CLAIMANTS WITH PREJUDICE

**NOW INTO COURT**, comes The Hanover Insurance Company, (collectively "Hanover") and the following plaintiffs:

1. Virgil Sorina

2. Brenda Sorina

(collectively "Certain Plaintiffs") who aver that they have entered into a settlement agreement settling a portion of the claims filed by the Certain Plaintiffs in the captioned litigation, and that the Certain Plaintiffs are no longer pursuing their remaining claims. Accordingly, the Certain Plaintiffs and Hanover jointly move this Court for entry of an order to (1) reopen *Sorina, et al. vs. Hanover et al.*, No. 06-9885, with respect to Hanover for the limited purpose of addressing this motion, and (2) dismiss with prejudice and at each party's cost all of the claims asserted by the Certain Plaintiffs against Hanover, including without limitation their claims arising under any property insurance policies for damages sustained either in Hurricanes Katrina and/or Rita, and/or claims based on the subsequent claim handling thereof.

**WHEREFORE**, Virgil Sorina, Brenda Sorina and Hanover pray that this Court enter an order which (1) reopens *Sorina et al. vs. Hanover et al.*, No. 06-9885, with respect to Hanover for the limited purpose of addressing this motion, and (2) dismisses with prejudice and at each party's cost any and all of the claims of Virgil Sorina and Brenda Sorina against Hanover,

including without limitation their claims arising under any property insurance policies for damages sustained in Hurricanes Katrina and/or Rita, and/or claims based on the subsequent claim handling thereof.

        /s/ Katherine L. Osborne
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Katherine L. Osborne, La. Bar # 29503**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:          rhubbard@lawla.com


        /s/ Harold V. Dutton, Jr.
**Harold V. Dutton, Jr., TX Bar No. 06293050**
**One Thousand Houston Building**
**2323 Caroline Street**
**Houston, Texas  77004**
Telephone: (713) 659-5998
Facsimile: (713) 659-2812
**Attorneys for Plaintiffs Virgil and Brenda Sorina**


## CERTIFICATE OF SERVICE

I hereby certify that, on the __17th___ day of December 2008, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HANOVER CLAIMANTS WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

        /s/ Katherine L. Osborne
        Katherine L. Osborne