UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIRGIL AND BRENDA SORINA**<br><br>VS.<br><br>**HANOVER INSURANCE COMPANY** | CIVIL ACTION NO. 08-2713<br><br>SECTION: J<br>JUDGE CARL BARBIER<br><br>MAGISTRATE: 5<br>JUDGE ALMA CHASEZ |

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Certain Hanover Claimants With Prejudice;

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Hanover;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Virgil Sorina and Brenda Sorena including without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against The Hanover Insurance Company are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

_____
UNITED STATES DISTRICT COURT JUDGE

1