UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO.   05-4182 |
| PERTAINS TO:    INSURANCE<br>                            Hahn, 08-122 | * <br> * <br> * | SECT. "K" (2) |

******************************************

### ORDER

Considering the Joint Motion to Dismiss:

**IT IS ORDERED** that the above entitled and numbered cause be and the same hereby is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___17th___ day of ___December___, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE