# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*        05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. JUDGE |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING BARGE PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

This matter comes before the court on Barge Plaintiffs' *Ex Parte* / Consent Motion for Leave to File their Reply in support of their Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages.  Upon consideration of the motion, Record Doc. No. 16724,

IT IS HEREBY ORDERED that the Clerk shall file Plaintiffs' Reply Memorandum with its attachments and revised form of proposed Order.

New Orleans, Louisiana, this ____17th____ day of December, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE