UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL |
| *Mumford v. Ingram*  C.A. No. 05-5724 | MAG. WILKINSON |
| *Boutte v. Lafarge*  C.A. No. 05-5531 | |
| *Lagarde v. Lafarge*  C.A. No. 06-5342 | |
| *Perry v. Ingram Barge*  C.A. No. 06-6299 | |
| *Benoit v. Lafarge*  C.A. No. 06-7516 | |
| *Parfait Family v. USA*  C.A. No. 07-3500 | |
| *Lafarge v. USA*  C.A. No. 07-5178 | |

## ORDER ON MOTIONS

APPEARANCES:   None (on the briefs)

MOTIONS:   (1)   Motion to Have Timepiece Returned and for Attorney Fees, Record Doc. No. 16555
(2)   Barge Plaintiffs' Motion for Leave to File Their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages, Record Doc. No. 16572

O R D E R E D:

 (1) : GRANTED.  **IT IS ORDERED** that defendant, Lafarge North America, Inc., must, within ten (10) days of entry of this order, (1) return the clock to the heirs of its rightful owner, Ella Jean Shaw Watson, William Shaw, Jr., and Annette Shaw Mosby, and (2) pay to plaintiffs' counsel $300.00 in attorney fees and costs.

 (2) : DENIED, for the same reasons that I previously denied plaintiff's previous Motion for Leave to File a Seventh Amended Complaint.  "Good cause" has not been shown and this motion is grossly untimely in all respects.  See Record Doc. No. 15902.

New Orleans, Louisiana, this   17th   day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE