UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO SEVERED MASS | * | SECTION K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| ANTHONY ENGOLIA | * | CIVIL ACTION NO. 07-1561 |
| | * | |
| VERSUS | * | |
| | * | SECTION   K (2) |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | |

*******************************************

## O R D E R

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in New Orleans, Louisiana this __17th__ day of __December__, 2008.

_____
JUDGE