UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Joseph Aguilar, III, et al.* | * | |
| Civil Action No.:  07-4852 | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing the Claims of Timothy and Stacy Brewer With Prejudice by Timothy and Stacy Brewer and USAA Casualty Insurance Company;

**IT IS ORDERED ADJUDGED AND DECREED** that *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 is temporarily reopened with respect to USAA for the limited purpose of addressing this motion filed by Timothy and Stacy Brewer and USAA Casualty Insurance Company and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Timothy and Stacy Brewer asserted in the Complaint for Damages, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this __17th__ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge