## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME** | |
| *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR EXTENSION OF TIME TO RESPOND

**NOW INTO COURT,** comes Plaintiff State of Louisiana, who respectfully moves this Honorable Court for an Order extending the time to file its Memorandum in Opposition to Defendant's 12(b)(6) Motion to Dismiss, as well as to extend Defendants' time to file their Reply Memorandum.

In an October 28, 2008 Minute Entry, this Court set scheduling deadlines relating to the filing of certain Motions and Memoranda. Plaintiff's deadline for filing its Memorandum in Opposition to Defendants' Motion to Dismiss was set for December 19, 2008, and Defendants' deadline for filing their Reply briefs was set for January 9, 2009. Recently, settlement negotiations have been initiated, and Plaintiff is hopeful that this matter may be resolved without further proceedings. Therefore,

Plaintiff requests that the time to file its response to Defendant's Motion to Dismiss be extended. Defense Liaison Counsel, Ralph Hubbard, has been contacted and Defendants have no opposition to the extension of time on they condition that they are also permitted an equal extension of time to file their Reply Brief.

Upon consideration of the above, we respectfully request that the Plaintiff, the State of Louisiana, be allowed to file its Opposition to Defendants' Motion to Dismiss on or before December 29, 2008, and that Defendants be allowed to file their Reply Brief on or before January 19, 2009.

WHEREFORE, Plaintiff moves for an order extending the time to file its Memorandum in Opposition to Defendants' Motion to Dismiss until December 29, 2008 and extending the time for Defendants to file their Reply Brief until January 19, 2009.

Respectfully submitted,

**JAMES D. CALDWELL**
**ATTORNEY GENERAL**

   s/Sallie J. Sanders
Sallie J. Sanders (Bar Roll # 11703)
James Trey Phillips (Bar Roll # 19978)
Stacie L. deBlieux (Bar Roll # 29142)
Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
Telephone: (225) 326-6400
Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                                    /s/ Sallie J. Sanders
                                                      Sallie J. Sanders