UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROOD HOME** | |
| *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO CONTINUE WITHOUT DATE**

**NOW INTO COURT,** comes Plaintiff State of Louisiana, who respectfully moves this Honorable Court for an Order continuing the hearing on Defendants' Rule 12(b)(6) Motion to Dismiss without date, along with all deadlines corresponding to the Motion, and to stay all other proceedings in this matter for the following reasons:

1. A hearing is set for January 30, 2009 on Plaintiff State of Louisiana's Motion to Sever and Defendants' Motion to Dismiss.

2. The State of Louisiana through Attorney General James D. "Buddy" Caldwell, is currently in settlement talks with defendants Travelers Insurance Company and St. Paul Insurance Company, and wishes to continue the argument in this matter pending the outcome

1

of the settlement talks.

**WHEREFORE**, The State of Louisiana through its Attorney General James "Buddy" Caldwell prays the oral arguments set for January 30, 2009 be continued without date, and that all corresponding deadlines related to the Motion to Dismiss be continued without date.  Plaintiff prays that this Motion be set for expedited hearing.

                                            Respectfully submitted,

                                            **JAMES D. CALDWELL**
                                            **ATTORNEY GENERAL**

                                            ___s/Sallie J. Sanders_____
                                            Sallie J. Sanders (Bar Roll # 11703)
                                            James Trey Phillips (Bar Roll # 19978)
                                            Stacie L. deBlieux (Bar Roll # 29142)
                                            Assistant Attorney General
                               **LOUISIANA DEPARTMENT OF JUSTICE**
                                            1885 North Third Street
                                            Post Office Box 94005
                                            Baton Rouge, Louisiana  70804-9005
                                            Telephone: (225) 326-6400
                                            Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                             /s/ Sallie J. Sanders
                                               Sallie J. Sanders