UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME**<br>*State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL**<br>**MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Continue Without Date and for good cause shown,

**IT IS HEREBY ORDERED** that the deadlines related to Defendants' Motion to Dismiss be continued without date, the hearing on the Motion to Dismiss be continued without date, and that all other proceedings in this matter be stayed.

It is further ordered that the hearing on this Motion be expedited and set for _____.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**