UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES   *   CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION        *
                               *   SECTION "K"(2)
PERTAINS TO:    Aaron, 06-4746 *
                Aguilar, 07-4852 *
* * * * * * * * * * * * * * * * * * * * * * * *

JOINT MOTION FOR LIMITED REOPENING OF CASE
FOR THE PURPOSE OF DISMISSING CERTAIN STANDARD FIRE PLAINTIFFS

**NOW INTO COURT**, The Standard Fire Insurance Company, also improperly identified as Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of Connecticut, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Fidelity and Guaranty Insurance Company and Fidelity and Guaranty Insurance Underwriters, Inc. (collectively "Standard Fire") and the following plaintiffs:

1. Alexander, Ronald

2. Alexis, Audrey

3. Alexis, Nolan & Dorothy

4. Bastian, Janice

5. Battiste, Jackie

1

6. Bierria, Wayne & Denise

7. Caprera, Anthony & Cheryl

8. Chaney, Lawrence & Leola

9. Charbonnet, Armand

10. Cook, Blanche

11. Dorsey, Christine

12. Dunams, Barbara

13. Eaton, Jeanne & MacDonald

14. Fleming, Paulette

15. Gaines, Russel (except as to any NFIP claim)

16. Gilyot, Andrew & Barbara

17. Glover, Johnny & Magdaline

18. Green, Betty Ann

19. Hill, Michael D.

20. Jolla, Everlean T. & Richard

21. Lanaux, Lorraine

22. Lee, Darren J. Sr. & Rhonda M.

23. Lockett, Lloyd Mae

24. Marsh, Elaine

25. McCallon, Arnold (except as to any NFIP claim)

26. McCallon, Arnold Sr.

27. Mesley, Kelly

28. Morris, Willie

29. Nash, Rosanna Washington

30. Perrette, Yvonne

31. Price, Hardy Jr.

32. Rondend, Colleen

33. Sholes, Evelyn

34. Simon, Paul

35. Smith, Anthony W.

36. Taylor, Gwendolyn

37. Thomas, Gail & Armand

38. Thomas, Wayne

39. Ugoji, Annie

40. Vendum, Patrick Jr.

41. Vendum, Patrick & Trinell

42. Williams, Gloria

43. Wrines, Wilbert & Charlene

44. Young, Raymond

45. Young, Raymond & Hilda

(collectively "Settled Standard Fire Plaintiffs")

who aver that they have amicably resolved their disputes and that the Settled Standard Fire Plaintiffs acknowledge receipt of adequate settlement funds from Standard Fire. The Settled Standard Fire Plaintiffs are named plaintiffs in either *Aaron, et al v. AIG Centennial Insurance*

*Company, et al.*, No. 06-4746 or *Aguilar, et al. v. ALEA London Limited*, No. 07-4852, and in some cases are named plaintiffs in both suits. The Settled Standard Fire Plaintiffs and Standard Fire jointly move this Court for entry of an order (1) reopening *Aaron, et al v. AIG Centennial Insurance Company, et al.*, No. 06-4746 and *Aguilar, et al. v. ALEA London Limited*, No. 07-4852 for the purpose of addressing this motion and (2) dismissing with prejudice and at each party's cost all of the claims asserted by each of the respective Settled Standard Fire Plaintiffs against Standard Fire from the respective lawsuit in which each Settled Standard Fire Plaintiff is a named plaintiff, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, Settled Standard Fire Plaintiffs and Standard Fire pray that this Court enter an order which (1) reopening *Aaron, et al v. AIG Centennial Insurance Company, et al.*, No. 06-4746 and *Aguilar, et al. v. ALEA London Limited*, No. 07-4852 for the purpose of addressing this motion and (2) dismissing with prejudice and at each party's cost all of the claims asserted by each of the respective Settled Standard Fire Plaintiffs against Standard Fire from the respective lawsuit in which each Settled Standard Fire Plaintiff is a named plaintiff, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

Respectfully submitted,

**JIM S. HALL & ASSOCIATES**

S/Joseph W. Rausch
**Jim S. Hall, T.A., La. Bar # 21644**
**Joseph W. Rausch, La. Bar # 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, LA  70001
Telephone:  504-832-3000
**Attorneys for Plaintiffs**

**And**

s/Seth A. Schmeeckle
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar #27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail: rhubbard@lawla.com
sschmeeckle@lawla.com
**Attorneys for The Standard Fire Insurance Company, also improperly identified as Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of Connecticut, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Fidelity and Guaranty Insurance Company and Fidelity and Guaranty Insurance Underwriters, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the _15th___ day of _December__, 2008 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

                                         /s/ Seth A. Schmeeckle_____