UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES               CIVIL ACTION
        CONSOLIDATED LITIGATION
                                            NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE                       JUDGE DUVAL
                                                MAG. WILKINSON

| | |
|---|---|
| Road Home, Louisiana State, | 07-5528 |
| Aaron | 06-4746 |
| Aguilar | 07-4852 |
| Abadie I | 06-5164 |
| Abadie II | 07-5112 |
| Kiefer | 06-5370 |
| Austin | 06-5383 |
| Allen | 07-5111 |
| Alexander | 07-4455 |
| Alexander | 07-5768 |
| Call | 07-5769 |
| Ansardi | 07-5767 |
| Aucoin | 07-4458 |
| Adams | 07-5206 |
| Abram | 07-5205 |
| Acevedo II | 07-5199 |

## ORDER

The court intends to determine with finality the settlement status of all claims asserted in these cases at the call docket set in the referenced matters on **January 8, 2009**. The court anticipates that many of the claims have been settled, conditioned upon approval of the Road Home Program. Many such claims appear also to form the basis of the claims asserted by the State of Louisiana in a representative capacity in the above-referenced putative class action Road Home case. Accordingly,

**IT IS ORDERED** that Daniel A. Rees, Legal Counsel, Office of Community Development, Disaster Recovery Unit, Division of Administration, for the State of Louisiana, together with counsel of record for the State of Louisiana in the above-referenced Road Home case, C. A. No. 07-5528, must appear in person **on January 8, 2009 at both the 10:00 a.m. and 2:00 p.m. sessions, and remain throughout the day for each scheduled case.**

New Orleans, Louisiana, this  17th  day of December, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**and via email:**
**Daniel Rees;** **Dan.Rees@LA.GOV**
**James Trey Phillips**; phillipst@ag.state.la.us