UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME** | |
| *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE WITHOUT DATE

NOW INTO COURT, through undersigned counsel, comes STATE OF LOUISIANA, Plaintiffs in the above-captioned matter, who, in support of the Motion to Continue Without Date, respectfully represent:

**Factual and Procedural Background**

A Motion to Dismiss, filed by the Defendants, is scheduled for hearing on January 30, 2009. Also to be heard on that date is Plaintiffs' Motion to Sever and Remand. Several deadlines relating to the hearing precede that date. Settlement talks between Plaintiffs and at least two Defendants, Travelers Insurance Company and St. Paul Insurance Company, have been initiated and are ongoing. A status conference regarding the progress of settlement negotiations has been scheduled for January 27, 2009. [See Exhibit A].

**Law and Argument**

Federal Rule of Civil Procedure 23 deals with Class Actions. Rule 23(d) states, in part:

> "In the conduct of actions to which this rule applies, the court may make appropriate orders: (1) determining the course of proceedings or prescribing measures to prevent undue repetition or complication in

1

the presentation of evidence or argument."

A successful settlement agreement would dispose of at least some of Plaintiffs' claims, and could render some of the issues to be determined by the Court in the January 30, 2009 hearing moot. Rule 23 gives the Court the authority to make orders that enable it to operate with more judicial efficiency. Clearly, the settlement of some or all of Plaintiff's claims in advance of the hearing, which deals with highly complex and contested issues, would be judicially efficient and would prevent undue repetition and complication of this matter. Moreover, Plaintiff believes that nothing should impinge upon the parties' attention to these settlement negotiations, and that going forward with the January 30th hearing would provide unnecessary distraction from these discussions.

Plaintiff also requests that the hearing on its Motion to Continue be expedited. Failure to determine the course of this proceeding as soon as possible would impair the parties' abilities to successfully negotiate a settlement and could result in undue repetition and judicial inefficiency.

Respectfully submitted,

**JAMES D. CALDWELL**
**ATTORNEY GENERAL**

   s/Sallie J. Sanders       
Sallie J. Sanders (Bar Roll # 11703)
James Trey Phillips (Bar Roll # 19978)
Stacie L. deBlieux (Bar Roll # 29142)
Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
Telephone: (225) 326-6400
Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                                    /s/ Sallie J. Sanders
                                                    Sallie J. Sanders