**MINUTE ENTRY**
**DUVAL, J.**
**December 10, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| **INSURANCE** | |

Attending a status conference held this day were:

Joseph M. Bruno, Calvin Fayard and Frank Dudenhefer for Plaintiffs
Tey Phillips for the Attorney General for the State of Louisiana and
Ralph Hubbard, Seth Schmeeckle and David McDowell for Travelers.

At the parties request, a status conference to report to the Court concerning settlement possibilities was held this day.

**IT IS ORDERED** that these parties shall attend a status conference on January 27, 2009 at 1:00 p.m. to report on their further progress.

JS-10 - 1 Hour