**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"(2)** |
| **PERTAINS TO:** | * | |
| **SUSAN ABADIE, 07-5112** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION FOR STATUS CONFERENCE

Now Into Court, comes defendant, Hartford Insurance Company of the Midwest ("Hartford"), which respectfully requests this Honorable Court host a status conference between counsel for Hartford (Seth Schmeeckle), Helen Honore (Joseph Bruno) and The Road Home Program (Dan Rees) to discuss the settlement of the claims of Helen Honore. The claims of Helen Honore were settled between the parties several months ago and, upon information and belief, all proper documentation was submitted to The Road Home Program for its consideration months ago. However, as of the date of this filing, there has been no approval or rejection of the settlement by Road Home.

Wherefore, Hartford prays that this Court hosts a status conference between counsel for Hartford, Helen Honore and The Road Home Program in an effort to resolve the issues surrounding the settlement of the claims of Helen Honore.

Respectfully submitted,

s/ Seth A. Schmeeckle
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar # 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 17th day of December 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Seth A. Schmeeckle