**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"(2)** |
| **PERTAINS TO:** | * | |
| **SUSAN ABADIE, 07-5112** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion for Status Conference filed by Hartford Insurance Company of the Midwest;

IT IS HEREBY ORDERED that counsel for Hartford (Seth Schmeeckle), Helen Honore (Joseph Bruno) and The Road Home Program (Dan Rees) shall attend a status conference on the ___ day of _____, 2008 at ____:____.

_____
JUDGE JOSEPH WILKINSON, JR.