UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  　　　CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　SEC. K, MAG. 2

PERTAINS TO: 07-4538 (ALEXANDER)
**********************************************************************

### ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Complaint of Carol Chevalier against Auto Club Family Insurance Company be and is hereby **DISMISSED**, with prejudice.

New Orleans, Louisiana this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**JUDGE**