UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531,
05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389,
06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937,
06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284,
07-1286, 07-1288, 07-1289, 07-3500

PERTAINS TO LEVEE, MRGO and BARGE

## JOINT MOTION TO ENTER ORDER CONFIRMING
## STAY OF CERTAIN CLAIMS

NOW INTO COURT, come the proposed Class Representatives, Kenneth & Jeannine Armstrong, Thurman R. Kaiser, and Donna Augustine, individually and on behalf of the proposed Class (the "Plaintiffs"), and the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Southeast Louisiana Flood Protection Authority – East, the Southeast Louisiana Flood Protection Authority – East, and St. Paul Fire and Marine Insurance Company, in its capacity as the insurer for any and/or all of the Levee Defendants, who jointly move the Court to enter the attached proposed Order Confirming Stay of Certain Claims for the purpose of effectuating the Stay Order found at Paragraph 12 in this Court's Order of Preliminary Certification of a Settlement

Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions (Document #16721, filed December 15, 2008).

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

By: *s/ Joseph Bruno*
Joseph M. Bruno (#3604)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
E-Mail: jbruno@jbrunolaw.com

ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

By: *s/ Gerald E. Meunier*
Gerald E. Meunier (#9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

By: _S/ James P. Roy_
James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana 70502
Telephone: (337) 593-4190
Facsimile: (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE


McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL

By: _S/ Thomas P. Anzelmo_
Thomas P. Anzelmo, (#2533)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT


DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK

By: _____
Gary M. Zwain, (#13809)
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST

JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

By: *S/ Ralph S. Hubbard*
Ralph S. Hubbard III (#7040)
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

PHELPS DUNBAR, L.L.P.

By: *S/ S. Ault Hootsell*
S/Ault Hootsell III (#17630)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing Joint Motion to Enter Order Confirming Stay of Certain Claims has been served upon all counsel of record via electronic mail on this 18th day of December, 2008.

Gary M. Zwain