UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531,
05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389,
06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937,
06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284,
07-1286, 07-1288, 07-1289, 07-3500

**PERTAINS TO LEVEE, MRGO and BARGE**

## ORDER CONFIRMING STAY OF CERTAIN CLAIMS

In furtherance of the stay of claims set forth in this Court's Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions (Document #16721, filed December 15, 2008),

IT IS HEREBY ORDERED THAT the Clerk of Court is directed to enter this Order into the record of each of the actions described in the list appended hereto (the captioned actions and the actions described in the list appended hereto are hereafter collectively referred to as the "Federal Pending Actions");

IT IS FURTHER ORDERED THAT,

All claims asserted against the Orleans Levee District, Board of Commissioners, Orleans Levee District, East Jefferson Levee District, Board of Commissioners, East Jefferson Levee District, Lake Borgne Basin Levee District, Board of Commissioners, Lake Borgne Basin Levee District, and St. Paul Fire & Marine Insurance Company ("Stayed Defendants") in the Federal Pending Actions are stayed (including discovery). All parties are enjoined from pursuing any claims

asserted in the Federal Pending Actions (including discovery) against said Stayed Defendants absent further order of this Court. No finding, judgment, adjudication or verdict rendered in the Federal Pending Actions after December 15, 2008, shall be binding or have any precedential effect on the Stayed Defendants.

New Orleans, Louisiana, this _____ day of December 2008.

_____
United States District Court Judge
Eastern District of Louisiana