UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO:<br>LEVEE (07-4544)<br>MRGO (07-4544) | MAG. 2 (WILKINSON) |

**MOTION TO DISMISS**

NOW COMES plaintiff, Church Mutual Insurance Company, and moves this Honorable Court for an Order dismissing only the claims brought in the action entitled *Church Mutual Insurance Company v. The United States of America and The United States Army Corps of Engineers*, and bearing civil action no. 07-4544, currently pending in this Honorable Court, without prejudice, each party bearing its own costs.

Plaintiff filed the aforementioned suit to protect its right to seek reimbursement from defendants should the Louisiana or United States Supreme Court definitively determine that the ISO flood exclusion contained in its policy was ambiguous, and that its policies covered flood/rising water associated with Hurricane Katrina.

The Louisiana Supreme Court and the United States Fifth Circuit Court of Appeals have determined that the ISO flood exclusion validly excluded coverage for flood/rising water

1

associated with Hurricane Katrina.  As the deadlines to appeal such judgments to the United States Supreme Court have passed, such decisions are final.

    THEREFORE, plaintiff, Church Mutual Insurance Company, requests that this Honorable Court issue an Order dismissing its claims against the United States of America and the United States Army Corps of Engineers in the action entitled *Church Mutual Insurance Company v. The United States of America and The United States Army Corps of Engineers*, and bearing civil action no. 07-4544, only, without prejudice and each party bearing its own costs.  Church Mutual Insurance Company specifically reserves its rights with respect to its other case pending in this Honorable Court, similarly captioned and consolidated with the Katrina Canal Breaches Litigation, but bearing civil action number 07-4543.

    Respectfully submitted:

/s/ James R. Sutterfield
JAMES R. SUTTERFIELD, T.A. (#12597)
jsutterfield@swslaw.com
JOHN J. DANNA, JR. (#28894)
jdanna@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:   (504) 598-2715
Facsimile:   (504) 529-7197
ATTORNEYS FOR CHURCH MUTUAL INSURANCE COMPANY

**OF COUNSEL**

**SUTTERFIELD & WEBB, L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2008, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have chosen to be notified via electronic mail.

/s/ James R. Sutterfield
JAMES R. SUTTERFIELD