UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO:<br>LEVEE (07-4544)<br>MRGO (07-4544) | MAG. 2 (WILKINSON) |

### ORDER

CONSIDERING the foregoing Motion to Dismiss filed by Church Mutual Insurance Company;

IT IS HEREBY ORDERED that Church Mutual Insurance Company's claims brought in the action currently pending in this Honorable Court and entitled *Church Mutual Insurance Company v. The United States of America and The United States Army Corps of Engineers*, and bearing civil action no. 07-4544, only, are hereby DISMISSED without prejudice, each party bearing its own costs.

IT IS FURTHER ORDERED that Church Mutual Insurance Company specifically reserves its rights with respect to its other case pending in this Honorable Court, similarly captioned and consolidated with the Katrina Canal Breaches Litigation, but bearing civil action number 07-4543.

_____
UNITED STATES DISTRICT JUDGE