UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Joseph Aguilar, III, et al.* | * | |
| Civil Action No.:  07-4852 | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF FRANK BRITTON WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiff, Frank Britton ("Britton") who aver that they have amicably resolved their disputes and that Britton acknowledges receipt of adequate settlement funds from Hanover.  Accordingly, Britton and Hanover jointly move this Court for entry of an order to (1) reopen *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by Britton against Hanover, including without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, Britton and Hanover pray that this Court enter an order which  (1) reopens *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of Britton's claims asserted in the captioned matter, including without

1

limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

        Respectfully submitted,

**/s/ Jim S. Hall**
**Jim S. Hall, T.A., La. Bar # 21644**
**Joseph W. Rausch, La. Bar # 11394**
Jim S. Hall & Associates
800 N. Causeway, Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000

**And**

**/s/ Seth Schmeeckle**
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar # 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:  rhubbard@lawla.com

### CERTIFICATE OF SERVICE

I hereby certify that, on the 18th day of December 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

        **/s/ Seth Schmeeckle**