UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Winston and Donna Aaron, Sr., et al.* | * | |
| Civil Action No.:  06-4746 | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF BRENDA AND GARY THIBODEAUX WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiffs, Brenda and Gary Thibodeaux ("the Thibodeauxs") who aver that they have amicably resolved their disputes and that the Thibodeauxs acknowledge receipt of adequate settlement funds from Hanover.  Accordingly, the Thibodeauxs and Hanover jointly move this Court for entry of an order to (1) reopen *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by the Thibodeauxs against Hanover, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, the Thibodeauxs and Hanover pray that this Court enter an order which (1) reopens *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with

1

prejudice and at each party's cost all of the Thibodeauxs' claims asserted in the captioned matter, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

        Respectfully submitted,

        **/s/ Jim S. Hall**
        **Jim S. Hall, T.A., La. Bar # 21644**
        **Joseph W. Rausch, La. Bar # 11394**
        Jim S. Hall & Associates
        800 N. Causeway, Suite 100
        Metairie, LA 70001
        Telephone: (504) 832-3000

        **And**

        **/s/ Seth Schmeeckle**
        **Ralph S. Hubbard, III, T.A., La. Bar #7040**
        **Seth A. Schmeeckle, La. Bar # 27076**
        Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
        601 Poydras Street, Suite 2775
        New Orleans, LA 70130
        Telephone:  (504) 568-1990
        Facsimile:  (504) 310-9195
        E-Mail:        rhubbard@lawla.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 18th day of December 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

        **/s/ Seth Schmeeckle**