UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:  BARGE                   JUDGE DUVAL
                                      MAG. WILKINSON

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Renewed Motion of Lafarge North America, Inc. for Rule 37 Sanctions Against Plaintiffs, Record Doc. No. 16660

O R D E R E D:

 XXX : CONTINUED: Brian Gilbert, counsel for plaintiffs, and Robert Fisher, counsel for movant (by letter filed separately in the record), have advised the court that they are attempting to resolve the subject discovery issue, and that they therefore wish to continue the referenced motion for two weeks until January 7, 2009. Accordingly, **IT IS ORDERED** that the referenced motion, previously set for hearing on December 24, 2008, before the undersigned magistrate judge, is hereby continued to **JANUARY 7, 2009**, without oral argument.

New Orleans, Louisiana, this   17th   day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE