UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  *  CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION       *
                              *  SECTION "K"(2)
PERTAINS TO:   Aaron, 06-4746 *
               Aguilar, 07-4852 *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case For the Purpose of Dismissing Certain Standard Fire Plaintiffs filed by Ronald Alexander, Audrey Alexis, Nolan & Dorothy Alexis, Janice Bastian, Jackie Battiste, Wayne & Denise Bierria, Anthony & Cheryl Caprera, Lawrence & Leola Chaney, Armand Charbonnet, Blanche Cook, Christine Dorsey, Barbara Dunams, Jeanne & MacDonald Eaton, Paulette Fleming, Russel Gaines, Andrew & Barbara Gilyot, Johnny & Magdaline Glover, Betty Ann Green, Michael D. Hill, Everlean T. & Richard Jolla, Lorraine Lanaux, Rhonda M. & Darren J. Lee, Sr., Lloyd Mae Lockett, Elaine Marsh, Arnold McCallon, Arnold McCallon, Sr., Kelly Mesley, Willie Morris, Rosanna Washington Nash, Yvonne Perrette, Hardy Price, Jr., Colleen Rondend, Evelyn Sholes, Paul Simon, Anthony W. Smith, Gwendolyn Taylor, Gail & Armand Thomas, Wayne Thomas, Annie Ugoji, Patrick Vendum, Jr., Patrick & Trinell Vendum, Gloria Williams, Wilbert & Charlene Wrines, Raymond Young, Raymond & Hilda Young and The Standard Fire Insurance Company, also improperly identified as Travelers Casualty and Surety Company, Travelers Casualty and

1

Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of Connecticut, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Fidelity and Guaranty Insurance Company and Fidelity and Guaranty Insurance Underwriters, Inc. ("Standard Fire");

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order is temporarily lifted for the sole purpose of addressing the instant motion;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that, all of the claims of Ronald Alexander, Audrey Alexis, Nolan & Dorothy Alexis, Janice Bastian, Jackie Battiste, Wayne & Denise Bierria, Anthony & Cheryl Caprera, Lawrence & Leola Chaney, Armand Charbonnet, Blanche Cook, Christine Dorsey, Barbara Dunams, Jeanne & MacDonald Eaton, Paulette Fleming, Russel Gaines (but not Mr. Gaines' claims under his NFIP policy), Andrew & Barbara Gilyot, Johnny & Magdaline Glover, Betty Ann Green, Michael D. Hill, Everlean T. & Richard Jolla, Lorraine Lanaux, Rhonda M. & Darren J. Lee, Sr., Lloyd Mae Lockett, Elaine Marsh, Arnold McCallon, Arnold McCallon (but not Mr. McCallon's claims under his NFIP policy), Sr., Kelly Mesley, Willie Morris, Rosanna Washington Nash, Yvonne Perrette, Hardy Price, Jr., Colleen Rondend, Evelyn Sholes, Paul Simon, Anthony W. Smith, Gwendolyn Taylor, Gail & Armand Thomas, Wayne Thomas, Annie Ugoji, Patrick Vendum, Jr., Patrick & Trinell Vendum, Gloria Williams, Wilbert & Charlene Wrines, Raymond Young and Raymond & Hilda Young against The Standard Fire Insurance Company, also improperly identified as Travelers Casualty and Surety Company, Travelers Casualty and Surety Company

of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of Connecticut, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Fidelity and Guaranty Insurance Company and Fidelity and Guaranty Insurance Underwriters, Inc. are hereby **DISMISSED WITH PREJUDICE** at each party's own cost from both the *Aaron, et al v. AIG Centennial Insurance Company, et al.*, No. 06-4746 and *Aguilar, et al. v. ALEA London Limited*, No. 07-4852 lawsuits.

New Orleans, Louisiana, this __18th__ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge