UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: INSURANCE                           SECTION "K"(2)
      ALEXANDER, 07-4538

## ORDER

Considering the parties' Joint Motion to Dismiss with Prejudice (Rec. Doc. 16765), accordingly

**IT IS ORDERED** that the Complaint of Bessie McKnight, against Auto Club Family Insurance Company, be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this   18th   day of December, 2008

                              _____
                                   STANWOOD R. DUVAL, JR.
                              UNITED STATES DISTRICT JUDGE