UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                       CIVIL ACTION
    CONSOLIDATED LITIGATION
                                                    NO. 05-4182

PERTAINS TO: INSURANCE                              SECTION "K"(2)
    ALEXANDER, 07-4538

## ORDER

Considering the parties' Joint Motion to Dismiss with Prejudice (Rec. Doc. 16766), accordingly

**IT IS ORDERED** that the Complaint of Carol Chevalier, against Auto Club Family Insurance Company, be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this __18th__ day of December, 2008

                                    _____
                                    STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT JUDGE