MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 18, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, ROAD HOME<br>Louisiana State, 07-5528<br>Cooper, 07-5793<br>Gomez, 06-8274<br>Jones, 06-9874<br>Auzenne, 07-8447<br>Palumbo, 06-9990<br>Palumbo, 06-7922 | JUDGE DUVAL<br>MAG. WILKINSON |

At the request of Gary M. Pendergast, counsel for plaintiffs in the referenced cases (except 07-5528), a telephone conference was conducted on this date to discuss the status of various cases which have settled, pending approval by the Road Home Program. Participating were: Gary M. Pendergast, representing plaintiffs; Dan Rees, counsel for the State of Louisiana. Counsel discussed and will proceed to resolve the settlement consummation issues that have arisen in these matters.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 25**