UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| Virgil and Brenda Sorina, 06-9885 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Certain Hanover Claimants With Prejudice;

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Hanover;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Virgil Sorina and Brenda Sorena including without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against The Hanover Insurance Company are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this __18th__ day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

1