UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>      Plaintiffs | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>      Defendant | |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Aramburo Alden regarding claim no. 18-R339-199, Michele Alfred regarding claim no. 18-R245-021, Elizabeth & Anastasios Anastasiadis regarding claim no. 18-R264-980, Betty Anglin regarding claim no. 18-R530-645, Douglas Arceneaux regarding claim no. 18-R532-552, Anthony & Velma Barcia regarding claim no. 18-R343-317, Alvin & Thais Barnes regarding claim no. 18-R253-654, Warren A. Bastian regarding claim no. 18-R492-555, Richetta Becknel regarding claim no. 18-R332-814, Carol Bell regarding claim no. 18-R479-058, Wanda & Henry Berry regarding claim no. 18-R254-298, Leroy & Thelma

Bridgewater regarding claim no. 18-R250-792, Elaine Broussard regarding claim no. 18-R326-825, Gary Brown regarding claim no. 18-R342-913, Keith & Monica Buras regarding claim no. 18-R245-531, St. Clair Carr regarding claim no. 18-R498-191, Gelamcio & Ernest Charbonnet regarding claim no. 18-R495-430, Stephanie & Derek Chatelain regarding claim no. 18-R247-917, D'Antonio Claude regarding claim no. 18-R487-332, Robert & Deborah Clayton regarding claim no. 18-R247-653, Lori Clements regarding claim no. 18-R309-878, Elcentric Coffey & Hilda Godfrey regarding claim no. 18-R234-988, William & Emma Conerly regarding claim no. 18-R172-197, Cheryl Conrad regarding claim no. 18-R259-155, Dwayne Cooper regarding claim no. 18-R350-059, Crystal Cox regarding claim no. 18-R236-056, Deloris Cullier regarding claim no. 18-R509-526, Hassann Curry & Karl Haney regarding claim no. 18-R358-885, Gail Davalle & Carnavius M. Davalie regarding claim no. 18-R240-142, Terry & Donna Davis regarding claim no. 18-R344-562, Darren & Michelle Demas regarding claim no. 18-R477-808, Cynthia Derbyshire regarding claim no. 18-R351-037, Carol & Donald Dimiggio regarding claim no. 18-R358-302, Holly Donnelly regarding claim no. 18-R250-591, Holly Donnelly regarding claim no. 18-R250-586, Anna Dourrieu regarding claim no. 18-R269-028, Raymond & Belinda Ducote regarding claim no. 18-R243-977, Ivory Elmore regarding claim no. 18-R260-494, Marion Enclarde regarding claim no. 18-R163-779, Jane & Blane Fisher regarding claim no. 18-R262-813, Cynthia Franklin regarding claim no. 18-R244-888, Sondra Freds regarding claim no. 18-R346-116, Mildred Ganheart regarding claim no. 18-R238-248, Mary Garnett regarding claim no. 18-R330-906, O'Neal Golden regarding claim no. 18-R236-110, Edward & Mildred Goodwin regarding claim no. 18-R533-477, Carol Griffin regarding claim no. 18-R497-451, Sylvia & Alex Hamilton regarding claim no. 18-R330-558, Donald Harrison regarding claim no. 18-R532-922, Harold & Stacie Hebert regarding claim no. 18-R240-156, John Henderson

regarding claim no. 18-R508-334, Catherine Henley regarding claim no. 18-R167-817, Willie Hickman regarding claim no. 18-R332-289, Betty Higgins regarding claim no. 18-R504-363, Verline Holmes regarding claim no. 18-R332-770, Kim Hudson regarding claim no. 18-R256-193, Gregory & Shirley Jackson regarding claim no. 18-A225-201, Treeva Jacques regarding claim no. 18-R499-043, Nancy Jaeger regarding claim no. 18-R331-461, Matthew & Brenda Jefferson regarding claim no. 18-R488-772, Charles & Daisey Johnson regarding claim no. 18-R482-445, Edna Jones regarding claim no. 18-R493-196, Henrietta & Dave Jones regarding claim no. 18-R170-335, Judy Jones regarding claim no. 18-R355-472, Stephanie & Wayne Jones regarding claim no. 18-R479-901, Nedra Joseph regarding claim no. 18-R357-837, Rebecca Kennedy regarding claim no. 18-R239-286, Virginia & Thomas Lacy regarding claim no. 18-R356-079, Nicole Duchane-Langford & James Langford regarding claim no. 18-R233-395, April & Troy Lawrence regarding claim no. 18-R251-677, Andrew & Mary Lecoq regarding claim no. 18-R250-225, Jacques Legrand regarding claim no. 18-R338-867, Irma Lopez regarding claim no. 18-R485-210, Barbara Lyons regarding claim no. 18-R337-880, Carlo & Jan Maltese regarding claim no. 18-R491-871, Mary Mccadel regarding claim no. 18-R240-354, Carrie Parker regarding claim no. 18-R357-758, Karbin & Dorothy Paul regarding claim no. 18-R484-618, Wendell & Clara Payne regarding claim no. 18-R338-070, Stacey Polk regarding claim no. 18-R486-935, Ilene Powell & Earl Lizana regarding claim no. 18-R330-759, Louis Marascalco regarding claim no. 18-R345-886, Salvatore Marascalco regarding claim no. 18-R346-033, JoAnn Murrell regarding claim no. 18-R170-935, Georgia Ramsey-Jackson regarding claim no. 18-R348-328, Noel & Shaleevonn Reimonenq regarding claim no. 18-R264-481, Barbara Reine regarding claim no. 18-R237-746, Darrell Rhodies regarding claim no. 18-R173-174, Lydia & Leon Riley regarding claim no. 18-R327-302, Douglas Robertson & Toya Brown-Robertson

regarding claim no. 18-R241-230, Rhonda Robertson regarding claim no. 18-R483-543, James Robinson regarding claim no. 18-R331-839, Katherine Russell regarding claim no. 18-R350-166, Katherine Russell regarding claim no. 18-R350-172, Agatha Sanchez regarding claim no. 18-R480-526, Jane Sanchez regarding claim no. 18-R347-591, Robert Sanchez regarding claim no. 18-R267-542, Jay & Ann Marie Sequeira regarding claim no. 18-R330-054, Anwarunnisa & Mohammed Sharief regarding claim no. 18-R351-594, Barbara Shelby regarding claim no. 18-R247-825, Willie Skinner regarding claim no. 18-R244-144, Janice & Darryl Staves regarding claim no. 18-R359-668, Shirley & Ervin Taylor regarding claim no. 18-R531-288, Deborah Tero regarding claim no. 18-R243-721, Isabell Thomas regarding claim no. 18-R340-499, Kim Thomas regarding claim no. 18-R236-993, Brent Tigler regarding claim no. 18-R376-845, Gerald & Patricia Tolpi regarding claim no. 18-R326-081, Troylynn Toney regarding claim no. 18-R357-634, Jeffery Trepagnier regarding claim no. 18-R168-072, Lynell Turner regarding claim no. 18-R489-212, Lynell Turner regarding claim no. 18-R351-928, Christin Valteau regarding claim no. 18-R262-561, Russell Vappie regarding claim no. 18-R329-224, Abraham & Martha Venson regarding claim no. 18-R254-286, Thelma Verbeek regarding claim no. 18-R337-813, Eric & Troi Vigne regarding claim no. 18-R351-025, Howard Walker regarding claim no. 18-R213-519, Robert & Verlina Washington regarding claim no. 18-R479-251, Harold Weber & Sylvia Lazard regarding claim no. 18-R478-275, Yolanda White regarding claim no. 18-R336-265 and Diedre Williams regarding claim no. 18-R344-601, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

{N0155924}

New Orleans, Louisiana, this ____ day of _____, 2008.

                                                         _____
                                                         USDC JUDGE STANWOOD R. DUVAL, JR.
                                                         Section "K," Magistrate: 2