UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**MRGO, NO. 06-2268 (Robinson)**

### MOTION FOR LEAVE TO FILE *AMICUS* OPPOSITION TO UNITED STATES' RENEWED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Universal Health Services, Inc. ("UHS"), a plaintiff in individual suits consolidated with this matter,[1] moves for leave of Court to file an *amicus* opposition to the Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment filed by the United States of America ("Defendant"). The outcome of Defendant's motion will have a substantial

---

[1] *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5350 (E.D. La. filed Sept. 4, 2007).

effect on UHS's claims in its individual suits in the MRGO category of cases, and UHS seeks to protect its interests by filing an *amicus* opposition.

UHS's *amicus* brief will not unnecessarily delay the disposition of this litigation, and the issues and law presented therein will aid the Court in analyzing the memoranda filed by the parties and the pertinent law and jurisprudence. UHS's *amicus* brief also is not duplicative of other briefs filed in opposition to Defendant's motion. While other oppositions focus on the first prong of the discretionary function exception, UHS's proposed opposition addresses the second prong. As such, UHS's Motion for Leave to File *Amicus* Opposition to United States' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment should be granted.

s/ James M. Garner
_____
JAMES M. GARNER #19589
DARNELL BLUDWORTH #18801
JOHN T. BALHOFF, II #24288
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR UNIVERSAL HEALTH SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2008 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  s/ James M. Garner
                                                  _____
                                                  JAMES M. GARNER