UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

### O R D E R

Considering the Motion for Leave to File Amicus Opposition filed by Plaintiff in consolidated matters, Universal Health Services, Inc.:

      IT IS ORDERED that the Motion for Leave to File Amicus Opposition to the United States's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment be and hereby is GRANTED.

      New Orleans, Louisiana, this _____ day of December, 2008.

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              STANWOOD R. DUVAL, JR.