UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | |

## UNOPPOSED MOTION OF THE AT&T ENTITIES FOR LEAVE TO APPEAR AND FILE BRIEF AS *AMICI CURIAE*

COMES NOW BellSouth Telecommunications, Inc., BellSouth Advertising & Publishing Corporation, BellSouth Long Distance, Inc., Gateway Rivers Insurance Company f/k/a Campanile Assurance Line Limited, New Cingular Wireless PCS, LLC, Acadiana Cellular General Partnership, Houma-Thibodaux Cellular Partnership, Lafayette MSA Limited Partnership, Louisiana RSA No. 7 Cellular General Partnership, and Louisiana RSA No. 8 Limited Partnership (collectively, the "AT&T entities")[*] and, for their motion to appear as *amici curiae* and to file the brief attached hereto in opposition to the Defendant United States'

---

[*] The term "AT&T entities" is used to describe *amici* collectively. The term includes Gateway Rivers Insurance Company f/k/a Campanile Assurance Line Limited, a captive insurance company that provides property and casualty insurance to BellSouth Corporation and related entities. Gateway Rivers Insurance Company f/k/a Campanile Assurance Line Limited

{N1914348.1} 1

Renewed Motion To Dismiss or, in the Alternative, for Summary Judgment (filed Nov. 20, 2008) (Doc. No. 16511), state the following to the Court:

1.  The AT&T entities provide and/or own, among other things, communications, telecommunications, and Internet services and infrastructure throughout the United States, including in and around the Greater New Orleans metropolitan area. Many of the AT&T entities owned properties and other assets and/or provided services in the Greater New Orleans metropolitan area on or about August 29, 2005, when New Orleans suffered catastrophic losses as a result of the negligence of the United States Army Corps of Engineers ("Corps").

2.  The AT&T entities' interests may be directly affected by this proceeding. In connection with Hurricane Katrina, and as a result of the negligence of the Corps with respect to, among other things, the Mississippi River Gulf Outlet, the AT&T entities have suffered, and some will continue to suffer, substantial damages, including, but not limited to, damages to property and lost business and revenues. Accordingly, pursuant to 28 U.S.C. § 2675(a) and 28 C.F.R. § 14.1 *et seq.*, the AT&T entities filed Form 95s with the Corps in August 2007, the last of which was filed on August 28, 2007. On November 26, 2008, the AT&T entities filed a civil action in the United States District Court for the Eastern District of Louisiana. *See* Compl., No. 08-5024 (E.D. La. filed Nov. 26, 2008).

3.  The AT&T entities previously filed an unopposed motion to participate as *amici* in opposition to the United States' Renewed Motion To Dismiss or, in the Alternative, for Summary Judgment on Flood Control Act immunity grounds. *See* Doc. Nos. 11009, 11010.

4.  Both plaintiffs and the United States have consented to the proposed *amici* filing.

---

made substantial payments to various BellSouth (now AT&T) entities in connection with damages arising in the Greater New Orleans metropolitan area in connection with Hurricane Katrina.

WHEREFORE, the AT&T entities pray that this Court enter its Order granting them permission to appear as *amici curiae* in this action and to file the attached brief. A proposed order is attached.

Respectfully submitted,

/s/ R. Patrick Vance
R. PATRICK VANCE, T.A. (LA BAR 13008)
EDWARD H. BERGIN (LA BAR 2992)
MARK A. MINTZ (LA BAR 31878)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
(504) 582-8000
(504) 582-8011 (facsimile)
E-mail: pvance@joneswalker.com
        nbergin@joneswalker.com
        mmintz@joneswalker.com

Pending admission pro hac vice
MICHAEL K. KELLOGG
SCOTT H. ANGSTREICH
KELLY P. DUNBAR
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
(202) 326-7999 (facsimile)

JAVIER AGUILAR (TX BAR 00936300)
AT&T SERVICES, INC.
208 South Akard Street, # 3115
Dallas, Texas 75202
(214) 757-3377

MARK F. MCINTOSH (MS BAR 2646)
AT&T SOUTHEAST
675 West Peachtree Street, N.W., Suite 4300
Atlanta, Georgia 30375-0001
(404) 927-2870

*Counsel for the AT&T Entities*

December 18, 2008

## CERTIFICATE OF SERVICE

I, R. Patrick Vance, hereby certify that, on December 18, 2008, I served a true and correct copy of the Unopposed Motion of the AT&T Entities for Leave To Appear and File Brief as *Amici Curiae* upon all counsel of record by ECF or first-class mail.

                                                */s/ R. Patrick Vance*
                                                R. Patrick Vance, T.A. (La. Bar. 13008)