UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

### *EX PARTE* MOTION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO FILE AMICUS OPPOSITION

Universal Health Services, Inc. ("UHS"), a plaintiff in individual suits consolidated with this matter,[1] moves this Court to set for expedited hearing their Motion for Leave to File an Amicus Opposition to United States' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction

---

[1] *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5350 (E.D. La. filed Sept. 4, 2007).

or, in the Alternative, for Summary Judgment.  UHS asks for an expedited hearing on the Motion for Leave to File an Amicus Opposition, so that its *amicus* brief will be considered at the January 8, 2008 hearing.

          s/ James M. Garner
          _____
          JAMES M. GARNER #19589
          DARNELL BLUDWORTH #18801
          JOHN T. BALHOFF, II #24288
          ASHLEY G. COKER #30446
          **SHER GARNER CAHILL RICHTER KLEIN &**
            **HILBERT, L.L.C.**
          909 Poydras Street, Twenty-eighth Floor
          New Orleans, Louisiana  70112
          Telephone: (504) 299-2100
          Facsimile: (504) 299-2300
          **ATTORNEYS FOR UNIVERSAL HEALTH SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2008 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

          s/ James M. Garner
          _____
          JAMES M. GARNER