UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

**O R D E R**

Considering the *Ex Parte* Motion for Expedited Hearing on Motion for Leave to File Amicus Opposition filed by Plaintiff in consolidated matters, Universal Health Services, Inc.:

IT IS ORDERED that the *Ex Parte* Motion for Expedited Hearing is GRANTED and that Universal Health Services, Inc.'s Motion for Leave to File Amicus Opposition will be heard on the _____ day of _____, 2008.

New Orleans, Louisiana, this ____ day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE
STANWOOD R. DUVAL, JR.