## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: ROAD HOME *Louisiana State* C.A. No. 07-5528 | | |

### DEFENDANTS' OPPOSITION TO
### THE STATE'S MOTION TO CONTINUE WITHOUT DATE

The State of Louisiana ("State") has moved to continue Defendants' Motion to Dismiss indefinitely on the grounds that it is engaged in settlement talks with Travelers. [1] Defendants object to any such continuance. (Docs. 16760, 16763.) The Court properly concluded at the October 28, 2008 status conference that the time has come to determine whether the State has asserted viable claims. The State's representation that it is in settlement talks with Travelers defendant insurers provides no basis for deferring consideration of the viability of the State's claims against the remaining approximately 200 Defendants.

This case has been subject to lengthy delays while threshold issues relating to jurisdiction and the State's counsel were being resolved. The jurisdictional issue was finally resolved in April, and the counsel issue was resolved in early October.[2] With those issues

---

[1] The State refers to "Travelers Insurance Company" and "St. Paul Insurance Company." Counsel for the Travelers Defendants provides the following clarification: Neither of two entities named by the State is an existing legal entity. The former "Travelers" and "St. Paul" entities merged in 2004. The "Travelers" and "St. Paul" entities that are defendants in this case are all direct or indirect subsidiaries of The Travelers Companies, Inc.

[2] The State filed its initial Petition and Amended Petition in August 2007 in state court, and the case was removed to federal court on September 11, 2007. The State filed a motion to remand. Responsive pleadings or motions and other proceedings, with limited exceptions, were stayed pending the ruling on the remand motion and the State's appeal of its denial. (Docs. 8873, 11213.) On April 11, 2008, the Fifth Circuit affirmed this Court's ruling that federal jurisdiction exists in this case. One exception to the stay was Defendants' motion to disqualify, which questioned whether the private counsel retained by the State could properly represent the State in these proceedings. The Court ruled on most of the issues raised by the motion to disqualify on August 13, 2008, but stayed further proceedings in the case pending its final ruling. (Docs. 14450, 14500.) Prior to a final ruling, private counsel filed a

resolved, it is now in the interests of all concerned that this case move forward, as was discussed at the status conference on October 28, 2008. At that time, with the jurisdictional and counsel issues resolved, the Court turned to the subject of Defendants' response to the Amended Petition and ordered the following schedule:

November 20, 2008    Motion(s) to Dismiss shall be filed.

December 19, 2008    Opposition(s) to Motion(s) to Dismiss shall be filed.

January 9, 2009      Reply brief(s) shall be filed.

January 30, 2009     Hearing on Motion(s) to Dismiss shall be had at 9:30am.

(Doc. 16194.) At the status conference, the State requested that any motions to dismiss be deferred until after a ruling on a second motion to remand that the State intended to file. The Court concluded that there was "no reason to delay further the filing of the Motion(s) to Dismiss since the United States Court of Appeals for the Fifth Circuit has found that this Court has jurisdiction over this matter." (*Id.* at 1.)

In accordance with the ordered schedule, Defendants filed their Motion to Dismiss on November 20, 2008, explaining why, for multiple reasons, the State's claims are not viable as a matter of law. (Doc. 16493.) Yesterday, the State filed a motion to continue indefinitely the remainder of the briefing schedule and the January 30, 2009 hearing, based solely on the fact that the State "is currently in settlement talks with defendants Travelers Insurance Company and St. Paul Insurance Company. . . ."[3] (Doc. 16760.)

In support of its motion, the State asserts that "[a] successful settlement agreement would

---

motion to withdraw, which the Court granted on October 9, 2008. (Doc. 15857.)

[3] The State filed a separate motion for an extension to December 29, 2008 to respond to Defendant's Motion to Dismiss. (Doc. 16759.) The State's motion correctly notes that Defendants' non-opposition to this request was contingent on Defendants' obtaining a similar extension, to January 19, 2009, for their Reply. However, at all times, the Defendants made clear that they would oppose any motion to continue the hearing date on their Motion to Dismiss.

dispose of at least some of Plaintiffs' claims, and could render some of the issues to be determined by the Court in the January 30, 2009 hearing moot." (Doc. 16763 at 2.) The State makes no attempt to explain its assertion that a settlement with Travelers would somehow moot any issues raised in Defendants' Motion to Dismiss. The reason for this omission is obvious. There is no basis for the assertion. Defendants' Motion to Dismiss sets forth grounds applicable in most cases to all insurers but in all cases to multiple insurers. None of Defendants' grounds would become moot in the event of a settlement between the State and Travelers.

The only other argument offered by the State for staying all proceedings is that it "believes that nothing should impinge upon the parties' attention to these settlement negotiations . . ." (Doc. 16763 at 2.) This argument ignores the fact, however, that there are approximately 200 other insurers who remain in this case and who should have the opportunity to test the legal viability of the State's claims against them. The settlement negotiations of a few parties provide no basis for deferring a ruling on the viability of the claims against the many other Defendants. The State's request to continue the Motion to Dismiss briefing and hearing should be denied.[1]

---

[1] The State's Motion to Continue asks for a stay of all other proceedings as well, including its Motion to Sever and Remand. (Doc. 16760-2.) An indefinite stay of any sort is not appropriate, but it would be appropriate to defer consideration of the Motion to Sever and Remand until after a ruling on the Motion to Dismiss. As will be explained more fully in Defendants' opposition to the Motion to Sever and Remand (due tomorrow), if the State has no valid rights under the homeowners policies as a matter of law, as Defendants' Motion to Dismiss urges, then there is no need to address severance. *See, e.g., State ex rel. Caldwell v. Allstate Ins. Co.*, et al., No. 07-9409 at Doc. 98 (E.D. La. Dec. 17, 2008) (Zainey, J.) (deciding and granting defendants' motion to dismiss first, denying State's motion to sever as moot).

Respectfully submitted,

/s/ Wayne J. Lee
Wayne J. Lee, 7916
 wlee@stonepigman.com
Stephen G. Bullock, 3648
 sbullock@stonepigman.com
Mary L. Dumestre, 18873
 mdumestre@stonepigman.com
Andrea L. Fannin, 26280
 afannin@stonepigman.com
                    Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

And

Charles L. Chassaignac IV, 20746
 cchassaignac@phjlaw.com
                    Of
PORTEOUS, HAINKEL & JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801
Telephone: (225)383-8900
Facsimile: (225) 383-7900
*Attorneys for State Farm Fire and Casualty
Company and State Farm General Insurance
Company*

And

/s/ Maura Z. Pelleteri
Maura Z. Pelleteri, 8463
Amy S. Malish, 28992
                    Of
KREBS, FARLEY & PELLETERI, L.L.C.
Texaco, Center, Suite 2500
400 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
*Attorneys for Aegis Security Insurance Company*

And

- 4 -

*/s/ Howard B. Kaplan*
Howard B. Kaplan, 14414
Of
BERNARD CASSISA ELLIOTT & DAVIS
1615 Metairie Road
P.O. Box 55490
Metairie, Louisiana 70055-5490
Telephone: (504) 834-2612
*Attorneys for Lafayette Insurance Company, United Fire and Casualty Company and United Fire and Indemnity Company*

And

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
*Attorneys for America First Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Mutual Insurance Company*

And

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
        Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
*Attorneys for Metlife, Inc., Economy Premier*
*Assurance Company, Metropolitan Casualty*
*Insurance Company, and Metropolitan Property &*
*Casualty Insurance Company*

And

*/s/ Seth A. Schmeeckle*

Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
        Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

And

Christopher W. Martin,
Texas Bar No. 13057620
Martin R. Sadler,
Texas Bar No. 00788842
        Of
MARTIN, DISIERE, JEFFERSON &
  WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
*Attorneys for United Services Automobile*
*Association, also separately named by plaintiffs as*
*USAA, USAA Casualty Insurance Company and*
*USAA General Indemnity Company*

And

- 6 -

*/s/ Seth A. Schmeeckle*
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
      Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

And

Of Counsel:
Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
      Of
SONNENSCHEIN NATH &
 ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000
*Attorneys for The Hanover Insurance Company,*
*The Hanover American Insurance Company, and*
*Massachusetts Bay Insurance Company*

And

*/s/ Deborah B. Rouen*
Deborah B. Rouen, 2084
Chris A. D'Amour, 26252
      Of
ADAMS AND REESE LLP
4500 One Shell Square
New Orleans, Louisiana  70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
*Attorneys for Union National Fire Insurance*
*Company*

And

/s/ *Dominic J. Ovella*
Dominic J. Ovella, 15030
Anne E. Medo, 24556
Sean P. Mount, 27584
              Of
HAILEY, MCNAMARA, HALL,
  LARMANN & PAPALE, L.L.P.
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500

*Attorneys for Fidelity and Deposit Company of
Maryland, Empire Fire and Marine Insurance
Company, Empire Indemnity Insurance Company,
Centre Insurance Company, ZC Sterling Insurance
Agency, Inc., and ZC Sterling Corporation*

And

/s/ *Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
              Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, LLC
LL&E Tower
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (5040 589-9701

And

Of Counsel
Richard L. Fenton
Steven M. Levy
Anthony T. Eliseuson
Sonnesnchein Nath & Rosenthal LLP
7800 Sears Tower
Chicago IL 60606

Telephone: (312) 876-8000
*Attorneys for Allstate Insurance Company, Allstate
Indemnity Company, Encompass Insurance
Company, Encompass Insurance Company of
America, and Encompass Property and Casualty
Company*

And

*/s/ Seth A. Schmeeckle*
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
        Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

And

Of Counsel:
Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
        Of
SONNENSCHEIN NATH &
  ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
*Attorneys for Horace Mann Insurance Company,
Teachers Insurance Company, and Horace Mann
Property & Casualty Insurance Company*

And

/s/ Alan J. Yacoubian
Alan J. Yacoubian, 17213
Neal J. Favret, 24412
Rachel P. Catalanotto, 31095
            Of
JOHNSON, JOHNSON, BARRIOS &
  YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
*Attorneys for Auto Club Family Insurance Company*

And

/s/ Neil C. Abramson
Neil C. Abramson, 21436
Nora B. Bilbro, 22955
Jacqueline M. Brettner, 30412
            Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130


And

Marshall M. Redmon, 18398
            Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197
*Attorneys for Homesite Insurance Company*

And

*/s/ Harry Rosenberg*
Harry Rosenberg, 11465
Jacqueline M. Brettner, 30412
      Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
*Attorneys for Fidelity National Insurance Company*
*and Fidelity National Property and Casualty*
*Insurance Company*

And

*/s/ Marshall M. Redmon*
Marshall M. Redmon, 18398
      Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197

And

Amy R. Sabrin
      Of
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
*Attorneys for Farmers Insurance Exchange,*
*Foremost Insurance Company, Foremost Property*
*and Casualty Company, and Foremost Signature*
*Insurance Company*

And

_/s/ Neil C. Abramson_
Neil C. Abramson, 21436
Jacqueline M. Brettner, 30412
   Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
_Attorneys for American Manufacturers Mutual_
_Insurance Company, Lumbermens Mutual Casualty_
_Company, Merastar Insurance Company, Unitrin_
_Preferred Insurance Company, Unitrin Auto and_
_Home Insurance Company, Trinity Universal_
_Insurance Company, and Trinity Universal_
_Insurance Company of Kansas, Inc._

And

_/s/ Ralph S. Hubbard_
Ralph S. Hubbard, III, 7040
Seth A. Schmeeckle, 27076
   Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

And

Stephen E. Goldman
Wystan M. Ackerman
   Of
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut  06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299

*Attorneys for The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity), St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Insurance Company (a non-existent entity), Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, The Automobile Insurance Company of Hartford, Connecticut, Hartford Accident & Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, "Hartford Insurance Group" (a non-existent entity), Hartford Underwriters Insurance Company, Property and Casualty Insurance Company of Hartford, and Twin City Fire Insurance Company*

And

/s/ Christopher R. Pennison
Jay M. Lonero, 20642
Christopher R. Pennison, 22584
Angie Arceneaux Akers, 26786
         Of
LARZELERE PICOU WELLS SIMPSON
   LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA  70002
Telephone:  (504) 834-6500
Fax:  (504) 834-6565
*Attorneys for Republic Fire and Casualty Insurance Company,  American National Property and Casualty Company, American National General Insurance Company, and ANPAC Louisiana*

*Insurance Company*

And

/ *s/Gerard Wimberly, Jr.*
GERARD E. WIMBERLY, JR. (#13584) (T.A.)
ANTHONY ROLLO ( # 01133)
DANIEL T. PLUNKETT (# 21822)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-0377

STEPHANIE G. JOHN (# 25111)
1001 McKinney St. Suite 1500
Houston, TX 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025
*ATTORNEYS FOR BALBOA INSURANCE
COMPANY ANDMERITPLAN INSURANCE
COMPANY*

And

*/s/ John E. Unsworth*
JOHN E. UNSWORTH, JR., #09477
W. GLENN BURNS, #3698
LAUREN E. BRISBI, #29778
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.
One Galleria Blvd, Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
*Counsel for Defendant,
Clarendon National Insurance Company*

And

*/s/ Richard J. Doren*
Richard J. Doren
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7038

Daniel W. Nelson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

Robert I. Siegel, La. Bar No. 12063.
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras St., Suite 4800
New Orleans, Louisiana 70139-4800
(504) 654-1307
*Attorneys for Lexington Insurance Company,*
*Audubon Insurance Company, and AIU Insurance*
*Company*

And

*/s/ Laurie L. DeArmond*
Patrick D. DeRouen
Laurie L. DeArmond
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA 70130
504-581-3838
*Counsel for Armed Forces Insurance*

*/s/ Andrew L. Plauche, Jr.*
ANDREW L. PLAUCHÉ, JR. (11023)
JAMES K. ORDENEAUX (28179)
PLAUCHÉ MASELLI PARKERSON, L.L.P.
701 Poydras Street, Suite 3800
New Orleans, LA 70139-3800
Office: 504.582.1142; Fax: 504.582.1172

And

H. ALSTON JOHNSON III (7293)
PHELPS DUNBAR, L.L.P.
445 North Blvd., Suite 701
Baton Rouge, LA 70802
Office: 225.346.0285; Fax: 225.381.9197
*ATTORNEYS FOR LOUISIANA FARM*

*BUREAU MUTUAL INSURANCE COMPANY AND*
*LOUISIANA FARM BUREAU CASUALTY*
*INSURANCE COMPANY AND SOUTHERN FARM*
*BUREAU CASUALTY INSURANCE COMPANY*

And

*/s/ Gordon P. Serou, Jr.*
Gordon P. Serou, Jr., 14432
    Of
LAW OFFICES OF
GORDON P. SEROU, JR., LLC
650 Poydras Street, Suite 1420
New Orleans, Louisiana 70130
Telephone: (504) 299-3421

And

Walter D. Willson
    Of
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 605-6944
*Attorneys for American Bankers Insurance*
*Company of Florida, American Security Insurance*
*Company, American Reliable Insurance Company,*
*Standard Guaranty Insurance Company, Voyager*
*Indemnity Insurance Company, and Voyager*
*Property and Casualty Insurance Company*

And

*/s/ John R. Walker*
John R. Walker, 02165
    Of
ALLEN & GOOCH
3900 N. Causeway Boulevard
Suite 1450
Metairie, Louisiana 70002
Telephone: (504) 836-5210
*Attorneys for American Summit Insurance*
*Company and National Lloyds Insurance*
*Company*

And

- 16 -

*/s/ Julia A. Dietz*
Sidney W. Degan, III (#4804)
Julia A. Dietz (#18866)
Maryann G. Hoskins (#20869)
Degan, Blanchard & Nash
400 Poydras St., Suite 2600
New Orleans, LA 70130
(504) 529-3333 phone
(504) 529-3337 fax
*Attorneys for National Security Fire*
*and Casualty Company and Omega*
*One Insurance Company*

And

*/s/   Matthew A. Woolf*
Matthew A. Woolf, 27146
mwoolf@bakerdonelson.com
       Of
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
*Attorneys   for   G.U.I.C.   Insurance   Company,*
*American   Family   Home   Insurance   Company,*
*American   Modern   Home   Insurance   Company,*
*American Southern Home Insurance Company, and*
*American Western Home Insurance Company*
And

*/s/ Nancy B. Gilbert*
John P. Wolff, III, Bar #14504
Nancy B. Gilbert, Bar #23095
Christopher K. Jones #28101
**KEOGH, COX & WILSON, LTD.**
701 Main Street (P. O. Box 1151)
Baton Rouge, Louisiana 70821
Telephone: 225.383.3796
Facsimile: 225.343.9612
*Attorneys for Amica Mutual Insurance Co.*

And

- 17 -

*/s/ Matthew J. Lindsay*
RICHARD E. KING (#25128)
DAVID M. MORAGAS (#29633)
MATTHEW J. LINDSAY (#30599)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
*Counsel for Defendants,*
*Assurance Company of America, Zurich American*
*Insurance Company, and Zurich North America*

And

*/s/ Thomas R. Blum*
Thomas R. Blum, 3170
M. Davis Ready, 24616
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569 - 2030
Facsimile: (504) 569 - 2999
*Attorneys for Shelter Mutual Insurance Company*
*and Shelter General Insurance Company*

And

*/s/ Steven W. Usdin*
Steven W. Usdin, 12986
Stephen L. Miles, 31263
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700
*Attorney for Chubb Indemnity Insurance Company,*
*Chubb Custom Insurance Company, Chubb*
*National Insurance Company, Federal Insurance*
*Company, Great Northern Insurance Company, (for*
*itself and as erroneously sued as Chubb Insurance*
*Group, a non-entity, incapable of being sued), and*
*Vigilant Insurance Company*

And

*/s/Kelly Cambre Bogart*
KELLY CAMBRE BOGART (#22985)
LAWRENCE J. DUPLASS (#5199)
C. MICHAEL PFISTER (#14317)
JAIME M. CAMBRE (#29116)
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Tel.:   (504) 832-3700
kbogart@duplass.com
lduplass@duplass.com
mpfister@duplass.com
jcambre@duplass.com
*Attorneys for Fireman's Fund Insurance*
*Company, and The American*
*Insurance Company*

And

*/s/ Jacqueline M. Brettner*
Neil C. Abramson (Bar #21436)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

And

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197
*Attorneys for Defendants*
*The Involved Lloyd's Underwriters*

And

- 19 -

/s/ Harry Rosenberg
Harry Rosenberg (Bar #11465)
Jay R. Sever (Bar #23935)
Jacqueline M. Brettner (Bar #30412)
Canal Place
**PHELPS DUNBAR LLP**
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
*Attorneys for Defendant Scottsdale Insurance
Company*

And

/s/ Edward J. Lilly
EDWARD J. LILLY, LSBA #8571
CRULL, CASTAING & LILLY
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Tel. (504)581-7700
Fax (504)581-5523
*Attorneys for Southwest Business Corporation*

And

/s/ Thomas H. Huval
Thomas H. Huval (Bar #21725)
Huval Veazey Felder & Aertker, L.L.C.
532 East Boston Street
Covington, LA 70433
(985) 809-3800 (telephone)
(985) 809-3801 (facsimile)
*Counsel for Security Plan Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Memorandum in Support of

Motion to Dismiss has been served upon all counsel of record by electronic notice from the

Court's CM/EC Filing System, this 18th day of December, 2008.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle