# Exhibit 38

Page 1

```
          UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION           NO. 05-4182 K2

                                  JUDGE DUVAL

PERTAINS TO:                      MAG. WILKINSON

Robinson, No. 06-2286
```

        Deposition of G. PAUL KEMP, PH.D.,
given at the offices of Lambert & Nelson,
P.L.C., 701 Magazine Street, New Orleans,
Louisiana 70130, on November 27th, 2007.

REPORTED BY:
        JOSEPH A. FAIRBANKS, JR., CCR, RPR
        CERTIFIED COURT REPORTER #75005

74e5afb9-993b-4883-b6db-c86ceee423f2

1    attenuation that is used as part of the

2    justification for setting levee crown

3    elevations where they were.  This is in 19 --

4        Q.   It's not reflected on this page.

5        A.   I'm guessing 1971, maybe?  Or --

6        Q.   I think this is '63, if I remember --

7        A.   Well, this diagram I can tell you

8    comes from 1963.  The original version of it is

9    1963.  And then the Corps people periodically

10    added dots to it later.  So there's -- you

11    know, you can see the latest storm that's on

12    here is -- well, you can't.

13        Q.   No.

14        A.   If you could see it, I think it might

15    be around 1967.

16        Q.   Maybe we can read it.  What page is it

17    in the --

18        A.   Okay.

19        Q.   In the Team Louisiana report?

20        A.   Okay.  It's on Page 109 in the Team

21    Louisiana report, and I regret that it's not

22    much better there either.

23        I think that the -- you know, it was

24    taken from a pdf of this GDM, and it was a

25    little bit smudgy in that --

1    Q.    Sure.

2    A.    Okay.

3    Q.    I guess --

4    MR. O'DONNELL:

5        This is a Corps document, you're

6  saying?

7    THE WITNESS:

8        Yes.

9  EXAMINATION BY MR. SMITH:

10    Q.    Storm surge modelers don't rely on

11  this Figure 14 analysis anymore, do they?

12    A.    No.

13    Q.    And isn't that because it's overly

14  simplistic?

15    A.    Yes.

16    Q.    It does not consider a number of

17  factors that are presently understood to

18  influence storm surge; isn't that correct?  For

19  instance, it doesn't take wind stress into

20  account, does it?

21    A.    Storm surge doesn't take wind

22  stress -- I mean, storm surge is a -- I mean,

23  wind stress causes storm surge, which -- and

24  then storm surge interacts with wetlands to

25  cause, um -- elevation change, dropoff of

KEMP, PH D, G. PAUL

11/27/2007

Page 198

1  elevation for the most part.  This does not
2  take into consideration unique characteristics
3  of every storm.  So this is kind of a
4  generalized view.  What it says is that --
5  something that everybody has noticed for a long
6  time, and that is that when you propagate surge
7  over wetlands this surge elevation drops.
8  Okay?
9      Q.   But it's not a reliable indicator of
10  how much, is it?
11     A.   It doesn't tell you -- it doesn't tell
12  you how much it's going to drop for a
13  particular storm.
14     Q.   All right.
15     A.   So it's not a good predictive tool.
16     Q.   All right.  And so you couldn't
17  extrapolate from this table to the impact of
18  wetlands during Hurricane Katrina, could you?
19     A.   No.  Dr. Mashriqui has taken data from
20  Hurricane Rita and tried to extrapolate that,
21  and that's -- I suspect that a lot of folks at
22  the Corps have done that, as well.  And, you
23  know, because they have certainly modified
24  ADCIRC to reflect higher Manning's coefficients
25  for the wetlands.

KEMP, PH D, G. PAUL

11/27/2007

Page 199

1      Q.   Right.  And I'm not -- I don't quarrel
2  with your basic conclusion that wetlands has an
3  ameliorating effect on storm surge, or a
4  dissipating effect, but simply that the
5  empirical relationship which is set forth in
6  Figure 14 in your report is not an accurate
7  predictor --
8      A.   Absolutely.
9      Q.   -- of the extent to which storm surge
10 will be attenuated or diminished by wetlands in
11 a given situation.
12     A.   That's very true.  It also doesn't
13 take into account the opposite effect that
14 channels have.
15     Q.   Right.  It doesn't purport to do that,
16 though.  It does purport to do the other.
17     A.   Right.  Channels are like the opposite
18 of the wetlands.  Wetlands act to take energy
19 out of the surge and reduce the velocity.
20 Channels do the opposite.
21     Q.   But of course the important question
22 for purposes of analysis here is how much?
23     A.   True.
24     Q.   And I understand your opinion on Page
25 35 -- which I interrupted you, if you will go

KEMP, PH D, G. PAUL

11/27/2007

Page 200

1    to that analysis --
2        A.   Okay.
3        Q.   The attenuating effect of wetlands on
4    storm surge cannot be calculated using present
5    surge models such as ADCIRC S08; is that your
6    opinion?
7        A.   Okay.  I would say yes but, if that's
8    okay.
9        Q.   Yes, please, and explain, yeah.  Sure.
10       A.   I'm not trying to -- and the but is
11   that S08 is an obsolete tool.  Okay?
12       Q.   But you don't have access to a tool
13   that allows you to model --
14       A.   I don't know whether I do or not.  I
15   think they've been requested, but I'm not sure
16   whether we've gotten them or not.
17       Q.   Request by whom?
18       A.   Through the, um -- discovery process.
19       Q.   So you believe there might be a model
20   that's available that would allow modeling of
21   storm surge attenuation by wetlands?
22       A.   I would have -- I mean, the latest
23   versions that Dr. Westerink has developed do
24   have variable Manning's in them.  Now whether
25   that's a good physical approach I don't know,

74e5afb9-993b-4883-b6db-c86ceee423f2

1    but apparently that's what's being used to
2    calculate FEMA 100-year surge elevation and
3    things like that.  So there's some reliance on
4    that.
5         Q.   But at the present time,
6    notwithstanding anything else that may be in
7    your report, you don't have an ability --
8         A.   That's correct.
9         Q.   Let me finish my sentence -- you don't
10   have an ability to calculate the attenuating
11   effect of wetlands on storm surge in the throat
12   of the hurricane protection system at Lake
13   Borgne during Hurricane Katrina.
14        A.   That's right.  I know it's there, I
15   just can't --
16        Q.   Quantify it.
17        A.   -- put a number on it.
18        Q.   At the present time you're unable to
19   quantify the effect.
20        A.   That's correct.
21             MR. O'DONNELL:
22                  That doesn't mean you won't try,
23             though, right?
24   EXAMINATION BY MR. SMITH:
25        Q.   No, you want to try.