# Exhibit 39
# Part A

ARCHIVES

*File Copy — Return to Miss Mallory*

6597

# MISSISSIPPI RIVER
# GULF OUTLET

## RECORD OF PUBLIC HEARING



HELD AT ROOSEVELT HOTEL, NEW ORLEANS, LA.,
ON 5 AUGUST 1943, BY BRIG. GEN. M.C. TYLER,
DIVISION ENGINEER, LOWER MISSISSIPPI
VALLEY DIVISION.

## PUBLIC HEARING

HELD AT ROOSEVELT HOTEL, NEW ORLEANS, LA.,
ON 5 AUGUST 1943, BY BRIG. GEN. M. C. TYLER,
DIVISION ENGINEER, LOWER MISSISSIPPI VALLEY
DIVISION.

SUBJECT:   MISSISSIPPI RIVER – GULF OUTLET.

10:00 a.m. to 4:15 p.m.

### PRESENT

BRIG. GEN. M. C. TYLER, Division Engineer, Lower Mississippi Valley Division,
    Vicksburg, Miss.  –  PRESIDING.
Colonel Milo P. Fox, Corps of Engineers, Mississippi River Commission,
    Vicksburg, Miss.
Lt. Col. George H. Hudson, Corps of Engineers, District Engineer, U. S.
    Engineer Office, New Orleans, La.
Lt. Col. F. C. Carey, Corps of Engineers, U. S. Engineer Office, New
    Orleans, La.
Major A. H. McRae, Corps of Engineers, U. S. Engineer Office, New Orleans,
    La.
Lt. Col. Dalton B. Shourds, Engineer, New Orleans, La.
Comdr. A. M. Zibilich, U. S. Coast Guard, New Orleans, La.
Comdr. George Volck, U.S.N.R. (Ret) Hq. Eighth Naval District, New
    Orleans, La.
Lt. Comdr. T. C. Bruns, U. S. Navy, New Orleans, La.
Mr. R. M. McCrone, Mississippi River Commission, Vicksburg, Miss.

### SPEAKERS

Hon. Sam H. Jones, Governor of Louisiana, Baton Rouge, La.
Hon. John H. Overton, U. S. Senator, Alexandria, La.
Hon. Allen J. Ellender, U. S. Senator, Houma, La.
Hon. Paul H. Maloney, U. S. Representative, New Orleans, LA.
Hon. F. Edw. Hebert, U. S. Representative, New Orleans, La.
Mr. Lester F. Alexander, Lester F. Alexander Co., New Orleans, La.
Mr. John Berni, Plumbers & Steamfitters Union, Local #60, New Orleans, La.
Mr. K. W. Berry, Whitney National Bank, New Orleans, La.
Mr. Frank E. Bourgeois, Foreign Commerce Committee, Association of Commerce
Mr. A. M. Cowen, New Orleans Toastmasters Club, New Orleans, La.
Mr. Rene F. Clerc, Board of Port Commissioners, New Orleans, La.
Mr. O. D. Cloakey, President, Advertising Club of New Orleans, La.
Mr. Severn T. Darden, Orleans Levee Board, New Orleans, La.
Mr. John E. Fleury, District Attorney, Jefferson Parish, La.
Mr. Alvin M. Fromherz, President, Louisiana Section, American Society of
    Civil Engineers, New Orleans, La.
Dr. Chas. F. Gelbke, Mayor of Gretna, La.
Mr. Carl Giessow, St. Louis Chamber of Commerce, St. Louis, Mo.
Mr. W. H. Grant, Secretary, Exchange Club of New Orleans, La.
Mr. Alvin E. Johnson, President, Real Estate Board, New Orleans, La.
Mr. R. S. Hecht, Hibernia National Bank, New Orleans, La.
Mr. A. W. Herrmann, Kiwanis Club, New Orleans, La.
Mr. J. J. Holtgreve, Jefferson Parish Police Jury, Metairie, La.
Mr. H. R. Iley, Propeller Club of New Orleans, La.
Mr. Paul F. Jahncke, Jahncke Service Inc., New Orleans, La.
Mr. Charles M. Kerr, Louisiana Engineering Society, New Orleans, La.
Mr. A. S. Kroeger, The Kroeger Store, Inc., New Orleans, La.
Dr. Lloyd J. Landry, President, Young Men's Business Club, New Orleans, La.
Mr. S. Gordon Lee, General Contractor, New Orleans, La.
Mr. Thos. E. Lyons, U. S. Department of Commerce, Washington, D. C.
Mr. H. A. Mathieson, Pennsylvania Shipping Co., Philadelphia, Pa.
Mr. Lachlan Macleay, Mississippi Valley Assn., St. Louis, Mo.
Mr. Bill McEnerny, New Orleans Insurance Exchange, New Orleans, La.
Mr. John McKay, Misc. Warehouse Assn., New Orleans, La.
Mr. H. E. Meade, Chairman, Members Council, Association of Commerce, New
    Orleans, La.
Mr. Warren V. Miller, President, Council of Civic Clubs, New Orleans, La.

REPRODUCED AT THE NATIONAL ARCHIVES

    I. O. Monasterio, St. Louis Chamber of Commerce, St. Louis, Mo.
    K. Olson, Ole K. Olson, Inc., New Orleans, La.
Mr. Walter Parker, Int. Bureau of Economics, New Orleans, La.
Mr. F. Pieper, C.I.O., New Orleans, La.
Mr. A. E. Pradillo, New Orleans Association of Commerce, New Orleans, La.
Mr. D. L. Pyburn, Director, Dept. of Public Works, Baton Rouge, La.
Mr. Steve Quarles, A. F. of L., New Orleans, La.
Mr. Geo. W. Rappleyea, Higgins Industries, Inc., New Orleans, La.
Mr. Hampton Reynolds, New Orleans, La.
Mr. George E. Schneider, New Orleans Assn. of Commerce, New Orleans, La.
Mr. W. W. Schroeder, President, Rotary Club, New Orleans, La.
Mr. Stuart A. Seelye, Pres., New Orleans Assn. of Commerce, New Orleans, La.
Mr. Geo. Soule, Soule College and Cooperative Club, New Orleans, La.
Mr. Chester C. Thompson, Inland Waterways Corp. (Federal Barge Lines) St.
    Louis, Mo.
Mr. W. R. Tolodano, Jefferson Parish Police Jury, Kenner, La.
Mr. Solon B. Turman, Lykes Bros. Steamship Co. Inc., New Orleans, La.
Mr. C. C. Walther, Walther Bros. Co., New Orleans, La.
Mr. Francis Williams, City of New Orleans, New Orleans, La.
Mr. Wm. Zetzmann, Chairman, State Board of Public Works, New Orleans, La.


RECORDERS  -  Miss Edna Englert, Mrs. Jennie D. Charlton, Mrs. Dora A.
          Levy and Miss Mildred R. Wild.


MISCELLANEOUS -

Mr. G. Abaunza, Jr., Steamship Agent, New Orleans, La.
Mr. M. C. Abrahm, New Orleans Public Service, Inc., New Orleans, La.
Mr. Michael Aguzin, Cement Finishers Union, New Orleans, La.
Mr. J. A. Allain, Alcoa Steamship Co. Inc., New Orleans, La.
Mr. J. W. Allen, Forwarding Agents & Foreign Freight Brokers Assn., New
    Orleans, La.
Mr. Harry Allsman, Engineer and Contractor, New Orleans, La.
Mr. M. W. Amos, Federal Public Housing Authority, Fort Worth, Texas.
Mr. Leo Paul Aridux, Marine Pipe Fitters Local #574, New Orleans, La.
Mr. H. S. Armstrong, City of New Orleans, Nat'l. Defense Director, New
    Orleans, La.
Mr. Ford J. Artigues, Southern Motor Express, Inc., New Orleans, La.
Mr. A. W. Aylin, Missouri Pacific R.R. Co., New Orleans, La.
Mr. C. Babin, Hibernia Nat'l. Bank, New Orleans, La.
Mr. Albert X. Bador, Geo. F. Driscoll & Co., New Orleans, La.
Mr. Wm. H. Baetch, American Brewery Co., New Orleans, La.
Dr. Chas. A. Bahn, New Orleans, La.
Mr. W. G. Baker, Gas Appliance Co., Inc., New Orleans, La.
Mr. Jno. U. Barr, Federal Fibre Mills, New Orleans, La.
Mr. E. H. Barrios, Woodward-Wight & Co. Ltd., New Orleans, La.
Mr. N. J. Barrios, R. E. E. deMontluzin, New Orleans, La.
Mr. J. F. Barrow, Southern Railway, Hattiesburg, Miss.
Mr. Roy Bartlett, Hotel Roosevelt, New Orleans, La.
Mr. L. Henry Beaudean, Beaudean, Inc., New Orleans, La.
Mr. Frank H. Baxter, Times-Picayune, New Orleans, La.
Mr. T. H. Bean, New Orleans Public Service, Inc., New Orleans, La.
Mr. George J. Becker, Jahncke Service Inc., New Orleans, La.
Mr. A. J. Belanger, Western Union Telegraph Co., New Orleans, La.
Mr. W. Stanley Bender, Lettor & Blum, Inc., New Orleans, La.
Mr. Clem I. Bernard, Beaudean, Inc., New Orleans, La.
Mr. Gerard H. Bernard, New Orleans Assn. of Commerce, New Orleans, La.
Mr. C. A. Bertel, Board of Commissioners, Port of New Orleans.
Mr. E. J. Bieger, Jung Hotel, New Orleans, La.
Capt. C. E. Biggers, Lykes Bros. Steamship Co., New Orleans, La.
Mr. F. N. Billingsley, Billingsley Engineering Co., New Orleans, La.
Mr. R. N. Binnings, Times-Picayune, New Orleans, La.
Mr. Ernest Blattmann, Blattmann & Beeser Co., New Orleans, La.
Mr. Moise Bloch, Wetzels, Inc., New Orleans, La.
Mr. B. M. Bloomfield, Lykes Steamship Company, New Orleans, La.
Mr. K. F. Blue, Foundation Plan, Inc., New Orleans, La.
Mr. Ashton Blum, New Orleans, La.
Mr. J. H. Bodenheimer, J. H. Bodenheimer & Son, New Orleans, La.
Mr. Harold Bomboy, Railway Audit & Insurance Co., New Orleans, La.
Mr. Wm. J. Bovard, Bovard Ins. Agency, New Orleans, La.

REPRODUCED AT THE NATIONAL ARCHIVES

F. Bond, Vories Baking Co., New Orleans, La.
nce Bonnecaze, Jr., Best Electric Co., New Orleans, La.
Mr. Lewis I. Bourgeois, Federal Barge Lines, New Orleans, La.
Mr. I. E. Boyett, Land owner, Avoyelles Parish, La.
Mr. Theodore Brent, Mississippi Shipping Co., New Orleans, La.
Mr. J. E. Bridges, Haverty Furniture Co., New Orleans, La.
Mr. Gene Brierre, Paul Brierre's Sons., New Orleans, La.
Mr. J. S. Brodie, Inland Waterways Corp., New Orleans, La.
Mr. Jas. P. Brodtmann, Gulf States Creosoting Co., New Orleans, La.
Mr. W. F. Burbank, Metropolitan Life Ins. Co., New Orleans, La.
Mr. M. Brunet, Jr., N. O. Ribbon & Carbon Supply, New Orleans, La.
Mr. Francis P. Burns, City Attorney, New Orleans, La.
Mr. H. I. Brennan, Freeport Sulphur Co., New Orleans, La.
Mr. B. C. Brown, Brown's Velvet Ice Cream Co., New Orleans, La.
Mr. I. L. Bultman, Great Sou. Box Co. Inc., New Orleans, La.
Mr. V. E. Burrow, New Orleans, La.
Mr. R. A. Carleton, R. E. E. deMontluzin, New Orleans, La.
Mr. J. J. Carty, Isthmian Steamship Co., New Orleans, La.
Mr. Jess S. Cave, City of New Orleans, New Orleans, La.
Mr. F. F. Chapman, Chapman-Storm Lumber Co. Inc., Covington, La.
Mr. F. H. Chisholm, New Orleans, La.
Mr. A. C. Cocke, Lykes Bros. Steamship Co. Inc., New Orleans, La.
Mr. Adolph Cohn, Western Union Tel. Co., New Orleans, La.
Mr. E. G. Collins, Auto Electric & Radiator Co., New Orleans, La.
Mr. J. H. Collins, New Orleans Public Service, New Orleans, La.
Mr. C. Earl Colomb, New Orleans, La.
Mr. James M. Colomb, Godchaux & Mayer, New Orleans, La.
Mr. J. O. Combe, Fairbanks Morse & Co., New Orleans, La.
Mr. A. M. Cowen, Graham Paper Co., New Orleans, La.
Mr. L. J. Cucullu, American Society of Mechanical Engineers, New Orleans, La.
Mr. J. A. Cummins, Colonial Sugars Co., New Orleans, La.
Mr. Linden Dalferes, New Orleans, La.
Mr. John T. Daly, W. R. Grace & Co., New Orleans, La.
Mr. John Dane, John Dane Investments, New Orleans, La.
Mr. F. D. Danford, Texas & Pacific Rwy., New Orleans, La.
Mrs. Geraldine R. Dardon, New Orleans, La.
Mr. A. M. Dardis, Treas., Forwarding Agents & Foreign Freight Brokers Assn.
     New Orleans, La.
Mr. Henry P. Dart, Jr., Dart & Dart, New Orleans, La.
Dr. E. L. deBrueys, Roosevelt Turkish Baths, New Orleans, La.
Mr. L. C. Deckbar, Woodward, Wight & Co. Ltd., New Orleans, La.
Mr. J. J. Delherde, Sr., Alcoa Steamship Co., New Orleans, La.
Mr. Maurice J. Delord, Maurice J. Delorde Ins. Agency, New Orleans, La.
Mr. E. L. Demmon, U. S. Forest Service, New Orleans, La.
Mr. R. E. E. deMontluzin, New Orleans, La.
Mr. D. J. Devlin, Marine Paint & Varnish Co. Inc., New Orleans, La.
Mr. Alfred D. Donnaud, General Outdoor Adv. Co., New Orleans, La.
Mr. R. G. Drown, Jr., Wembley, Inc., New Orleans, La.
Mr. San B. Dunbar, Louisiana Mfrs. Assn., New Orleans, La.
Mr. Leo L. Dubourg, New Orleans, La.
Mr. R. G. Duncan, Dun & Bradstreet, Inc.
Mr. Charles F. Durr, Fern Supply Co., New Orleans, La.
Mr. Robert Harold Durr, Fern Supply Co., New Orleans, La.
Mr. Manuel Duvic, Arthur Duvic's Sons, New Orleans, La.
Mr. F. J. Dwyer, Vories Baking Co., New Orleans, La.
Mr. Fred A. Earhart, Comm. Public Utilities, New Orleans, La.
Mr. W. A. Eberts, W. R. Grace & Co., New Orleans, La.
Mr. Arnold L. Edmonds, Bureau of Governmental Research, New Orleans, La.
Mr. Marquez P. Ehlinger, Gillis Winkler Ins. Agency, New Orleans, La.
Mr. Crawford H. Ellis, United Fruit Co. and Pan American Life Ins. Co.,
     New Orleans, La.
Mr. W. P. Ermon, New Orleans, La.
Mr. J. E. Farrell, Gulf Forwarding Co., New Orleans, La.
Mr. Daniel Federoff, U. S. Maritime Commission, War Shipping Administration,
     New Orleans, La.
Mr. John B. Ferchaud, United Laboratory Co. Inc., Shreveport, La.
Mr. John B. Ferran, Board of Commissioners, New Orleans, La.
Mr. George E. Fisher, U-Drive-It Car Co. Inc., New Orleans, La.
Mr. J. E. Fitzwilson, New Orleans, La.
Mr. John L. Flettrich, New Orleans Steamship Assn., New Orleans, La.
Mr. James J. A. Fortier, Official Historian-City of New Orleans, La.
Mr. Waldo B. Francois, Pan American Life Ins. Co., New Orleans, La.
Mr. Chas. L. Franck, Photo Co., New Orleans, La.
Mr. A. B. Freeman, La. Coca-Cola Bot. Co., New Orleans, La.
Mr. John M. Fush, Office Defense Transportation, New Orleans, La.

-3-

REPRODUCED AT THE NATIONAL ARCHIVES

Mr. Gallagher, J.P. Coleman Engineering Co., New Orleans, La.
. Garmie, Texas & Pacific Ry., New Orleans, La.
...el Garsaud, U. S. Army, New Orleans, La.
Mr. Roy Gedney, Southern Stevedoring Co., New Orleans, La.
Mr. C. B. George, Brotherhood of Railway & Steamship Clerks, New Orleans, La.
Mr. Carl Geyer, Orleans Mfg. Co., New Orleans, La.
Mr. David Goldstein, Pan American Exporters, Inc., New Orleans, La.
Mr. P. N. Grems, Jr., Foundation Plan, Inc., New Orleans, La.
Mrs. Grace C. Gravois, D. H. Holmes Co. Ltd., New Orleans, La.
Mr. Carlo F. Groene, Dun & Bradstreet Inc., New Orleans, La.
Mr. George Griswold, Grace Line, Inc., New Orleans, La.
Mr. Allen S. Hackett, Consulting Engineer, New Orleans, La.
Mr. James Hanemann, General Tire Co., New Orleans, La.
Mr. F. Carl Hanson, F. Carl Hanson Co., New Orleans, La.
Mr. Charles Harrington, Kerr Steamship Co. Inc., New Orleans, La.
Mr. J. L. Harrington, Lykes Bros. Steamship Co. Inc., New Orleans, La.
Mr. Augustus B. Harris, Augustus B. Harris & Son, New Orleans, La.
Capt. J. E. Hart, Mississippi Shipping Co., New Orleans, La.
Mr. M. J. Hartson, Jr., M.J. Hartson Ins. Agency, New Orleans, La.
Mr. L. N. Hatry, Secty. Freight Brokers Assn., New Orleans, La.
Mr. A. E. Hogewisett, New Orleans, La.
Mr. M. V. Higbee, Geo. S. Kausler, Ltd., New Orleans, La.
Mr. Herbert Hiller, New Orleans, La.
Mr. Milton F. Hilbert, Woodward-Wight & Co. Ltd., New Orleans, La.
Mr. Peter Hoffarth, Jr., Pan American Life Ins. Co., New Orleans, La.
Mr. Chas. Hoffmann, Emery & Kaufmann, Ltd., New Orleans, La.
Mr. John F. Holmes, New Orleans Public Service Inc., New Orleans, La.
Mr. W. W. Holmes, Sutp. of Methodist Church, New Orleans, La.
Mr. Wm. J. Howard, New Orleans, La.
Mr. G. H. Ireland, Mississippi Shipping Co., New Orleans, La.
Mr. Harold C. Jackson, U.S. Dept. of Commerce, New Orleans, La.
Mr. J. C. Jackson, Western Union, New Orleans, La.
Mr. L. H. Jacobs, Lions Club, New Orleans, La.
Mr. Paul F. Jahncke, Jr., Jahncke Service Inc., New Orleans, La.
Mr. E. O. Jewell, Board of Commissioners, Port of New Orleans, La.
Mr. J. G. Jones, Jackson Brewing Co., New Orleans, La.
Mr. Harry B. Jordan, Canal Barge Co., New Orleans, La.
Mr. A. L. Jung, Crescent Bed Co. Inc., New Orleans, La.
Mr. K. P. Kammer, New Orleans Public Service Inc., New Orleans, La.
Mr. S. W. Keate, New Orleans, La.
Mr. Harry X. Kelly, Mississippi Shipping Co., Inc., New Orleans, La.
Mr. James P. Kenny, Inland Water Carriers Frt. Assn., New Orleans, La.
Mr. T. N. Kinsley, Southern Rwy. System, New Orleans, La.
Mr. Russ Kintzley, New Orleans States, New Orleans, La.
Mr. A. W. Kitto, Office of Defense Transportation, New Orleans, La.
Mr. W. H. Klinesmit, Globe Indemnity Co., New Orleans, La.
Mr. John Klorer, Defense Plant Corp., New Orleans, La.
Mr. J. J. Kramer, Board of Commissioners, Port of New Orleans, La.
Mr. James C. Kraus, Secty. Kiwanis Club, New Orleans, La.
Mr. Robert J. Kuhn, Consulting Engineer, New Orleans, La.
Mr. Lloyd L. Lacher, Jackson Brewing Co., New Orleans, La.
Mr. Joseph Lallande, Southern Pacific Lines, New Orleans, La.
Mr. Henry D. Larcade, Jr., Member of Congress, 7th La. District.
Mr. W. Larkin, Office Defense Transportation, New Orleans, La.
Mr. Eldon S. Lazarus, Board of Commissioners, Port of New Orleans, La.
Mr. Rufus W. Lea, Woodward Wight & Co. Ltd., New Orleans, La.
Mr. Edgar Lee, Jr., Coast Transportation Co. Inc., New Orleans, La.
Mr. A. S. Legendre, New Orleans Public Service Inc., New Orleans, La.
Mr. Leonce L. Lemarie, Dunn & Bradstreet, Inc., New Orleans, La.
Mr. Robert Lienhard, D. H. Holmes Co. Ltd., New Orleans, La.
Mr. Harvey L. Lingstrom, Harvey Lingstrom Co., New Orleans, La.
Mr. E. H. Lockenberg, Office of Defense Transportation, New Orleans, La.
Mr. R. K. Longino, Longino & Collins, Inc., New Orleans, La.
Mr. Ernest J. Lorch, Eastman Kodak Stores Inc., New Orleans, La.
Mr. P. B. Lusk, Lusk Shipping Co., New Orleans, La.
Mr. A. J. McCall, Graybar Electric Co., New Orleans, La.
Mr. E. J. McGuirk, Pres., New Orleans Steamship Assn., New Orleans, La.
Mr. R. W. McKinney, Dixie Machine & Welding Wks., New Orleans, La.
Mr. M. M. McMillan, Missouri Pacific Railroad, New Orleans, La.
Mr. J. A. McNiven, Dock Board, New Orleans, La.
Mr. G. A. McWilliams, McWilliams Dredging Co., New Orleans, La.
Mr. Wm. L. Macassin, Inland Waterways Corp., New Orleans, La.
Mr. Edward L. Maier, United Fruit Co., New Orleans, La.
Mr. William Maier, State Dept. Public Works, New Orleans, La.
Mr. Stephen C. Manning, Sr., Crescent Bed Co. Inc., New Orleans, La.

REPRODUCED AT THE NATIONAL ARCHIVES

. Marks, Jr., City Engineer, New Orleans, La.
. Marshall, U. S. Maritime Commission, New Orleans, La.
Mr. Geo. Elmer May, New Orleans Public Service Inc. - Representing American
    Society of Heating & Ventilating Engineers, New Orleans, La.
Mr. Guy Mendes, Arthur Mendes & Co., New Orleans, La.
Mr. C. Layton Merritt, Francis I. duPont & Co., New Orleans, La.
Mr. D. H. Mitchel, Southern Construction Co., New Orleans, La.
Mr. L. L. Moah, Bureau of Govt. Research, New Orleans, La.
Mr. Joseph H. Monies, Jefferson Parish, Gretna, La.
Mr. Rolf Monsen, Todd-Johnson Dry Docks, Inc., New Orleans, La.
Mr. Jos. W. Montgomery, United Fruit Co., New Orleans, La.
Mr. J. W. Moore, New Orleans, La.
Mr. Ralph Morse, Lykes Bros. Steamship Co. Inc., New Orleans, La.
Mr. Emile L. Morvant, Realty Operators Inc., New Orleans, La.
Mr. J. H. Moss, Jahncke Service Inc., New Orleans, La.
Mr. J. J. Mulligan, Crescent Bed Co., New Orleans, La.
Mr. A. Mundy, Times Picayune Pub. Co., New Orleans, La.
Mr. Malcolm G. Mundy, The Great A. & P. Tea Co., New Orleans, La.
Mr. P. J. Naquin, Jr., Longino & Collins, New Orleans, La.
Mr. A. N. Nelson, Monte & Co., New Orleans, La.
Mr. C. A. Nelson, Economic Development Company of La., New Orleans, La.
Mr. L. K. Nicholson, Times-Picayune and New Orleans States, New Orleans, La.
Mr. A. Sidney Nunez, Pres., Chamber of Commerce, St. Bernard Parish, La.
Mr. Leo M. Odon, State Dept. of Public Works, Baton Rouge, La.
Mr. W. G. Oliphant, Federal Barge Line, New Orleans, La.
Mr. Kenneth D. Oliver, O.D.T., New Orleans, La.
Mr. Diego Patron, Inter-Maritime Forwarding Co., New Orleans, La.
Mr. F. Patron, Jr., H. T. Cottam & Co., New Orleans, La.
Mr. A. G. Patterson, Interstate Commerce Comm., New Orleans, La.
Mr. Furman B. Pearce, Norton Lilly & Co., New Orleans, La.
Mr. W. A. Pellerin, Pellerin Laundry Machinery Sales Co., New Orleans, La.
Mr. Forrest C. Pendleton, Natl. Corp. Service, Inc., New Orleans, La.
Mr. E. S. Pennebaker, T.P.-M.P. Term. R.R. of N.O., New Orleans, La.
Mr. Clem Perrin, Lafitte, La.
Mr. J. S. Powell, Federal Barge Lines, New Orleans, La.
Mr. Philip J. Piro, N.O. Building & Construction Trades Council, New Orleans,
    La.
Mr. George Plant, Plant Shipping Co., New Orleans, La.
Mr. Ralph M. Pons, Godchaux & Mayor Ltd., New Orleans, La.
Mr. G. Chas. Porpora, Asst. Executive Secty to Gov. Jones, New Orleans, La.
Mr. J. E. Pottharst, Mechanical Equipment Co., New Orleans, La.
Mr. F. W. Raggio, Lake Charles, La.
Mr. E. M. Rea, Municipal Auditorium, New Orleans, La.
Mr. George Renaubin, Gulf Forwarding Co., New Orleans, La.
Mr. I. B. Rennyson, New Orleans, La.
Mr. W. J. Ryan, Standard Oil Co., Baton Rouge, La.
Mr. Louis G. Riecke, Tulane Hardwood Lbr. Co. Inc., New Orleans, La.
Mr. John Riess, New Orleans, La.
Mr. R. B. Roasch, Pres., Louisiana Architect Assn., New Orleans, La.
Mr. F. M. Rohm, New Orleans, La.
Mr. F. J. Rolfes, Standard Fruit & Steamship Co., New Orleans, La.
Mr. Elkin Rubenstein, Rubenstein Bros., New Orleans, La.
Mr. Robt. E. Roursay, Searcy & Trafft, New Orleans, La.
Mr. Clarke Salmon, New Orleans, La.
Mr. W. F. Bill Sancho, National Food Prod. Co., New Orleans, La.
Mr. H. A. Sawyer, Lone Star Cement Corp., New Orleans, La.
Mr. W. H. Scales, New Orleans, La.
Mr. G. S. Schober, Exchange Club of New Orleans, La.
Mr. Fred E. Schroeder, Coyle Lines, New Orleans, La.
Mr. Roy Schroder, Pacific Mutual, New Orleans, La.
Mr. W. W. Schroeder, V.P., National Bank of Commerce, New Orleans, La.
Mr. Otto Schwartz, Schwartz Supply Co. Inc., New Orleans, La.
Mr. Jas. E. Scott, United Fruit Co., New Orleans, La.
Mr. Lawrence C. Seybold, Crane Co., New Orleans, La.
Mr. Ernest Simones, Simones Radio Store, New Orleans, La.
Mr. George R. Simno, War Shipping Administration, New Orleans, La.
Mr. C. A. Simpson, New Orleans, La.
Mr. W. A. Shuler, Shuler Supply Co., New Orleans, La.
Mr. Alvin Shepherd, New Orleans, La.
Mr. Frank R. Smith, Coordinator Ship Repair & Conversion, New Orleans, La.
Mr. Earl H. Smith, La. Assn. of Young Men's Business Clubs, New Orleans, La.
Mr. Geo. F. Sounders, Woodward-Wight & Co., New Orleans, La.

REPRODUCED AT THE NATIONAL ARCHIVES

ph Spear, Southern Pacific Lines, New Orleans, La.
P. Singi, Wm. F. Singi Equip. Co., New Orleans, La.
Mr. Raymond P. Starr, Mundit Cork Corp., New Orleans, La.
Mr. George C. Stohenman, Missouri Pacific Lines
Mr. Clarence H. Strauss, Chalmette Oil Dist. Co. Inc., New Orleans, La.
Mr. R. P. Strong, Robt. Gottschalk Inc., New Orleans, La.
Mr. James L. Stulb, Gulf Shipping Co., New Orleans, La.
Mr. Alvin T. Stumpf, John Stumpf Sons, Gretna, La.
Mr. A. C. Suhrens, A. C. Suhrens Co., New Orleans, La.
Mr. W. W. Sutcliffe, Jr., National Bank of Commerce, New Orleans, La.
Mr. F. J. Swann, Hibernia Natl. Bank, New Orleans, La.
Mr. A. H. Talbot, Jr., Times-Picayune, New Orleans, La.
Mr. B. H. Talbot, Jr., Klinesmith Laudeman & Talbot, New Orleans, La.
Mr. F. C. Taylor, Taylor-Sudenbach, Inc., New Orleans, La.
Mr. A. L. Terrebonne, Armour & Co., New Orleans, La.
Mr. J. A. Thomas, New Orleans, La.
Mr. Ray M. Thompson, Jefferson Parish, La.
Mr. John I. Tims, Jr., Times-Picayune, New Orleans, La.
Mr. H. L. Todd, Dicke & Co., New Orleans, La.
Mr. E. J. Trahant, Brotherhood of Maintenance of Way, New Orleans, La.
Mr. F. J. Treuting, Anderson Clayton & Co., New Orleans, La.
Mr. Robert G. Urch, Sears, Roebuck & Co., New Orleans, La.
Mr. E. C. Upton, Sr., E. C. Upton Printing Co., New Orleans, La.
Mr. Walter A. Valois, New Orleans States, New Orleans, La.
Mr. Oliver H. VanHorn, VanHorn & Son, New Orleans, La.
Mr. Eraste Vidrine, New Orleans, La.
Mr. Rudolph O. Vorbusch, New Orleans, La.
Mr. Gilbert H. Vorhoff, International Lubricant Corp., Southport, La.
Mr. H. W. Waguespack, R. E. E. deMontluzin, New Orleans, La.
Mr. C. L. Wairne, New Orleans Public Service Inc., New Orleans, La.
Mr. F. E. Wallace, I. C. R.R., New Orleans, La.
Mr. William Wallace, General Contractor, New Orleans, La.
Mr. J. H. Wallmann, Freeland & Olschner, Inc., New Orleans, La.
Mr. E. C. Walker, Assn. of Commerce, New Orleans, La.
Mr. S. Pierce Walmsley, Jr., Whitney Natl. Bank, New Orleans, La.
Mr. D. M. Ward, Waterman Steamship Corp., New Orleans, La.
Mr. H. C. Warwick, U.S. Coast & Geodetic Survey, New Orleans, La.
Mr. E. H. Watermeier, Cirginia Dare Extract Co., New Orleans, La.
Mr. Alfred Wellborn, Alfred Wellborn Inc., New Orleans, La.
Mr. George J. Wetzel, Wetzel Printing Inc., New Orleans, La.
Mr. D. L. White, U. S. Engineer Office, New Orleans, La.
Mr. H. E. White, Teamsters A.F.L., New Orleans, La.
Mr. W. Richard White, Police Jury Parish of Jefferson, La.
Mr. Nelson Whitney, Whitney Natl. Bank, New Orleans, La.
Mr. W. G. Wiegand, New Orleans Item, New Orleans, La.
Mr. W. S. Wilcox, W. S. Wilcox Co. Inc., New Orleans, La.
Mr. Ben J. Williams, Pape, Williams & Co., New Orleans, La.
Mr. A. L. Willoz, Orleans Levee Board, New Orleans, La.
Mr. J. P. Wright, Armour & Co., New Orleans, La.
Mr. Jos. B. Wynne, United Fruit Co., New Orleans, La.

REPRODUCED AT THE NATIONAL ARCHIVES

GEN. TYLER:   The meeting will come to order.   This hearing is held in accordance with the following notice of public hearing:

WAR DEPARTMENT
MISSISSIPPI RIVER COMMISSION
and
LOWER MISSISSIPPI VALLEY DIVISION
Vicksburg, Mississippi

7 June 1943

Notice of Public Hearing
Mississippi River - Gulf Outlet

A resolution of the Committee on Commerce, United States Senate, adopted 19 April 1943, authorized a review of reports on "Mississippi River - Gulf Outlet" published in Committee on Rivers and Harbors, House of Representatives, Document No. 46, Seventy-first Congress, Second Session, and previous reports; and of the reports on the "Intracoastal Waterway from Mobile to New Orleans" submitted by the Chief of Engineers 27 April 1942, and previous reports, " * * * with a view to determining whether any modifications of recommendations contained in those reports is advisable at this time, particularly with respect to providing an emergency outlet from the Mississippi River in the interest of national defense and general commerce by construction of a permanent deep draft channel 40 feet deep or of such lesser depth as may be determined to be an economical ship channel from the Industrial Canal, New Orleans, Louisiana, eastward along the authorized route of the Intracoastal Waterway to a point at or near the Mississippi Sound mouth of the Rigolets, thence to the 40-foot contour in the vicinity of the government light at the northern extremity of the Chandeleur Islands."

The character and extent of improvements desired by interested parties and reasons therefor  will be considered at a Public Hearing to be held by the undersigned at New Orleans, Louisiana, at 10:00 A.M. on Thursday, 5 August 1943 in the Grand Ballroom, Roosevelt Hotel.

All interested persons are invited to be present or to be represented at the above time and place, particularly navigation interests and officials of any parish, city, state agency or local association whose interests may be affected by the proposed improvement of the waterway.   They will be given an opportunity to express their views and to make suggestions of desired improvements in the interest of navigation and general commerce.

Oral statements will be heard, but for accuracy of record all important facts and arguments should be submitted in writing IN QUADRUPLICATE, as the records of the hearing will be forwarded for consideration by the War Department.  Written statements may be handed to the undersigned at the hearing, or may be mailed to him beforehand.

(S) M. C. TYLER
M. C. Tyler
Brig. Gen., Corps of Engineers
Division Engineer.

It is desired to have a frank and full discussion of the views of all interested persons and as complete a statement as possible of all information bearing upon the question at issue.

If your discussion is reduced to writing, I would like to suggest that you submit your written report and only hit the high spots in your remarks since the details will be covered in your report.

-7-

REPRODUCED AT THE NATIONAL ARCHIVES

The Department will give full weight to all of this
and all pertinent material should be brought out at this hearing.

Later ex-parte evidence and arguments are not desired by the reviewing
authorities unless it is clearly shown that the matter is new and material
and that there are good reasons why it could not have been presented at
the hearing. Such matter will be called to the attention of opposing
interests, if any, and they will be given an opportunity to reply if the
decision of the Department is otherwise likely to differ from their wishes.

The object of the meeting is to determine whether or not any proposed
improvement will provide benefits equal to or in excess of the estimated
cost of those improvements. Consequently, it is your problem to give us
all facts bearing on the benefits which will accrue from any such improve-
ments you might suggest.

It is requested that each speaker come to the front and give his name
to the reporter before proceeding.

It is customary at these hearings to allow the proponents of the im-
provement to make their case first, and then give anyone who has opposing
views or has any other plan to suggest to put forward his views. Before
proceeding with that portion of the hearing where the proponents will make
their case, I would like to ask the Senior Senator of Louisiana, Senator
Overton, whether he has any statement to make at this time.

SENATOR OVERTON, SENATOR OF LOUISIANA:  General Tyler, gentlemen:
(READS EXHIBIT I).

GEN. TYLER:  Senator Ellender, would you care to make any remarks at
this time?

SENATOR ELLENDER, SENATOR OF LOUISIANA:  General Tyler, ladies and
gentlemen:  I desire to state that I have not prepared a statement, but I
am here as a most interested spectator.  I want to say that as long as I
remain a Senator of Louisiana I propose to keep on working for this seaway
until it is an accomplished fact.  I have been listening with a great deal
of interest to the statements made by my distinguished colleague, Senator
Overton, and I want to say he has worked unceasingly on this project as well
as on the recent developments of the Intracoastal Canal.  I know that in the
past six months he was instrumental in obtaining the necessary funds to
widen the Intracoastal Canal from New Orleans west far into Texas, and all
of this will fit in admirably when the proposed seaway has been accomplished.

I am not going to argue the reasons for this proposed seaway, but I do

-8-

REPRODUCED AT THE NATIONAL ARCHIVES

iquated; the river hazards are great, the cost of bringing cargoes up the river is of course far more expensive that if we had a tidewater canal from the Gulf to the port. New Orleans is the gateway to North, to Central and South America. It is the gateway to the great valleys of the rivers Mississippi, Missouri, Ohio, Arkansas and Red, and I have often dreamed of establishing here at New Orleans a great mart where the people of South and Central America could send their goods, and the people of this country could send their goods to this mart and trade could be carried on between our great country and the countries to the South of us. Now, this cannot be accomplished unless we have cheaper port rates and unless we have ample and adequate facilities for handling ships. I sincerely believe, Gen. Tyler, that the only way that can be accomplished is for the Government to build at this time this canal.

Two years ago when we began to propose a 7-ocean navy and a 2-ocean navy, being on the Naval Affairs Committee of the Senate, I began to advocate New Orleans as a suitable place at which to build a great drydocks in order not only to repair ships, but also to build them. I felt that the United States Government should recognize the Gulf of Mexico as our lake in which to harbor if necessary this 7-ocean navy. The proposition was looked upon with favor by many admirals at that time. When an investigation was made, they said, Senator, you have fine properties on which these facilities could be built, but you have no outlet to the sea. You can establish at present only a land-locked harbor, and should you repair these destroyers and battle ships, etc., in a land-locked harbor, the enemy may bomb the method by which you could take them out of the river, so, with this condition staring us in the face, the proposition was dropped. But I want to tell you, ladies and gentlemen, that if and when this seaway is established I have no doubt that the Federal Government will see fit to adopt New Orleans as the logical place in which to establish this great drydocks. Now, I do hope, and I ask all present interested in the establishment of this seaway not to fight as to the location, but let the location be decided upon by the engineers of the U. S. Army. I thank you very much.

GEN. TYLER:  Is the Hon. Paul H. Maloney, Representative of the Second Congressional District, present?  Or the Hon. F. Edw. Hebert of the First Congressional District?

I have communications from two Federal Agencies which I think should be read into the records at this time. A letter from the Inland Waterways

Corporation addressed to me.  (READS EXHIBIT II).  I also have a letter

from the Naval Department, Gulf Area Headquarters.  (READS EXHIBIT III).

GEN. TYLER:  Is a Mr. Lyons of the Department of Commerce present?

MR. THOS. E. LYONS, EXECUTIVE SECRETARY, FOREIGN-TRADE ZONES BOARD,

U. S. DEPARTMENT OF COMMERCE:  (READS EXHIBIT IV).

GEN. TYLER:  I understand the Governor of Louisiana, the Hon. Sam

Jones, is in the hall, and I would like to ask him if he would care to

make a statement at this time?

GOV. JONES:  General Tyler, gentlemen:  I appear here on behalf of the

State of Louisiana which, in all of its departments and agencies, urges the

approval of the project which we are discussing this morning, popularly and

locally known here as the Alexander Seaway.  I do this not only because I

consider it of vital interest to the entire State of Louisiana, but because

I consider it of vital interest to the entire Mississippi Valley, of the

entire mid-continent area of the United States, and of the entire southern

portion of this nation.  Embraced within the confines of the Mississippi

Valley and the mid-continent area is approximately two-thirds of the geo-

graphic area of the United States and approximately one-half of the total

population of this entire country.  I believe that other speakers will bear

out my statement when I say that not only we at this end of the valley are

interested in this improvement, but that those at the other end of the valley

are likewise vitally interested in it.  In recent months, those of us inter-

ested in this end of the valley have been conducting a series of meetings

in the upper end of the valley extending almost to the Canadian border and

I think I can say without any exaggeration that that entire section of

America is vitally interested in this proposed development.  I think,

General, that the entire section of the country known as the "South" is

likewise interested in it because we believe that we are entering a new era

in the development of the whole south.

By reason of artificial barriers and obstacles and discriminations, this

section of America has been held back industrially over a long period of

years.  It is now awakening from the lethargy and is showing a fighting

spirit to develop an industrialized south that has never been before ex-

hibited.  And with the abundant resources of raw materials and natural re-

sources, there is no sensible or logical reason why the dreams of the hard-

headed, sensible business people of the south should not be realized and

this section should not become a great industrial section.  It is a little

bit difficult for some people to realize that right here within the confines

REPRODUCED AT THE NATIONAL ARCHIVES

City of New Orleans is the largest industrial plant in all America with exception of the Willow Run Plant of the Ford Motor Company. That is the thing that typifies, in my opinion, the new south; the awakening south, the south that has over three hundred basic minerals with which to develop into a tremendous manufacturing center. And even with the ordinary obstacles which have held us back so far as domestic manufacture is concerned, you can no more prevent this southern portion of the United States becoming a great manufacturing center for foreign export than you could stop the flow of Niagara Falls. It is inevitable and, in my opinion, the world events of today are bringing this around far more quickly than many of us had anticipated. The progress that has been made in this city and this state in the development of new airlines, particularly those connecting us with the outside world, is likewise a harbinger of greater development because I think all of us realize that cargo follows passenger traffic and that we are, therefore, on the verge of a greater development of Latin American commerce. And when I talk about Latin American commerce, I think it is legitimate to argue that of the six continents of the world, four of them are today the battlefields of this great world conflagration. North America, the fifth continent, is going to bear a considerable portion of the burden of paying the bill after the war is over, and only Latin America, the sixth and final continent, will be left to a great extent unaffected by world events, unaffected - that is in a detrimental way. It is the thought of the economists of the country that that section of the world will come out of this conflict with higher levels of living standards, higher purchasing power, and, therefore, with a greater opportunity to take a part in world commerce that they have not had before.

The people of the Upper Mississippi Valley realize this. They are preparing today to convert their already-existing industrial plants into peacetime productions and they realize full well that this country cannot recede from its position as a great manufacturer of articles and that whenever they receded and failed to export at least ten percent of its production, we have always had some sort of a depression, and at the present time they seek in the Upper Valley to avoid this. They know of the advantageous export-import rates that they pay as a result of the existing structure and they are prepared, in my opinion, from personal contact in the principal cities of the mid-west, to seek outlets along the Gulf and particularly this outlet here.

And so it seems to me that in addition to all the other things that we ought here to have the conveniences that are contemplated by this seaway.

-11-

REPRODUCED AT THE NATIONAL ARCHIVES

*I say "conveniences"*, General, and while we might not be able to argue with as great a force that it is a necessity, I am one of those who believes that it is a necessity, because in my contacts with the industrialists, both those who are here and who contemplate coming here, an absolute necessity in the industrialization of this city is a tidewater at our back door. It seems to me, General, that when we consider that possibly considerably better than one-half of all the population of the United States is vitally interested in this project - when you take into consideration the mid-continent area and the Gulf Coast area of this country - that we are asking very little in the way of expenditures by the Federal Government. We are asking very little because we know that the project which was, in my opinion, of considerably less importance to the nation as a whole than this, was recommended by no less an authority than the President of the United States himself in the form of the St. Lawrence Waterway, which would have cost this nation, I am told, some two or three hundred million dollars, and I am told that this particular waterway would involve an expenditure, so far as the construction or excavation of the channel is concerned, of only around $25,000,000. When you compare the expenditures in other ports, even in this section of the United States, what we are asking is very modest when it is considered that this is the greatest port in the Gulf and when you consider that it is the outlet by natural waterways to almost two-thirds of the geographic area of the United States. So, when we ask that you consider it, when we ask that you act upon it faborably, we believe that we are asking nothing more than simple justice; and if this is done, it will help two sections of America that are entitled to this outlet - the south and the great mid-west section of this country. Thank you very much.

GEN. TYLER:  I would like to ask the Hon. F. Edward Hebert, Representative of the First Congressional District, if he would like to say something to us.

HON. F. EDW. HEBERT, REPRESENTATIVE OF THE FIRST CONGRESSIONAL DISTRICT:  General Tyler, gentlemen:  Of course I am interested in the Alexander Seaway, naturally because it is in the district I happen to represent, the First Congressional District. However, laying aside my own personal feelings in the matter, it is a matter that affects some 300,000 people I have the honor of representing. Looking at the proposition in a far-sighted manner, I am moved by the facts of the handicaps we have suffered in this present conflict because of the lack of adequately developed waterway facilities, in contrast to our natural waterway systems. I am mindful of the

-12-

REPRODUCED AT THE NATIONAL ARCHIVES

t if our inland waterway system had been properly developed, we would not have had the acute gasoline shortage which we have in some sections of the country today. It is a known fact that had our inland waterway system been properly developed at the proper time, barges loaded with fuel oil and gasoline would have been able to move to strategic points on the Atlantic coast. Instead of that, the tax payers are paying some $900,000 a day for the movement of fuel because our inland waterway system was not properly developed for use in war time.

So, looking far into the future, I would say that this proposed seaway gives an adequate new outlet to our natural waterway system in times of great crisis such as we are passing through now, and it does not take a great deal of imagination to imagin what would happen to the traffic on the Mississippi River if passage were blocked, and it certainly could have been by the enemy. I believe this seaway is practical, it is needed, and it is desirable. As the Governor has told you, located within New Orleans is the second largest industrial plant next to the Willow Run Plant of Mr. Ford, and that plant is located right on the site of this proposed tidewater canal. Future development lies to the South; nobody can deny that. The country to the south is all virgin territory. Our development has to be to the south, and we as far-sighted citizens should enter into any movement which directs the far-sighted policy for the industrial development of the south and particularly New Orleans and Louisiana.

I cannot speak of course for the entire Louisiana delegation, I can only speak for myself. I think the presence and remarks of our two senators from Louisiana, Senator Overton and Senator Ellender, have already given evidence of their interest. Senator Overton introduced the measure which authorized the appropriation for this hearing. He initiated it in the Senate, and I had the privilege of following him and introducing a similar resolution in the House of Representatives, and that is the reason we have this meeting here today. I think, General, you can see from the attendance, which is the finest I have ever seen at a hearing of this kind, it is evidence of the interest of the people of this community. I shall not go into any technical details, but I wish to say that not only are the people of New Orleans and Louisiana interested in this seaway, but only last night I returned from Tennessee and the people of the Mississippi Valley are as vitally interested as we are because they realize that their industrial life depends on the development of the South. I am sure the whole valley will join with us

-13-

REPRODUCED AT THE NATIONAL ARCHIVES

the port of New Orleans and the mouth of the Mississippi is no less a gateway to the commerce of North and South America today than it was when first purchased by Jefferson.

GEN. TYLER:  I received a telegram from the Upper Mississippi Waterways Association.  (READS EXHIBIT V).

I also have a letter from Mr. Donald T. Wright, Editor of the Waterways Journal, asking me to include in the record an editorial which appeared in the Journal of July 17th advocating this project.  (READS EXHIBIT VI).

Mr. Alexander, I would like to turn the proceedings over to you.

MR. LESTER F. ALEXANDER:  I would like to ask Mr. R. S. Hecht if he would like to make a statement at this time.

MR. R. S. HECHT, PRESIDENT, HIBERNIA NATIONAL BANK:  (READS EXHIBIT VII).

GEN. TYLER:  Mr. Alexander, will you please present your speakers?

MR. ALEXANDER:  General Tyler, Members of the Board, ladies and gentlemen:  In the inauguration of this present move for a tidewater channel, I did not reach into the air, nor have to hunt around for the project.  Forty years ago, the 1st of November, I went to Southwest Pass with the first government men to start the construction of the jetties.  Twenty-five years ago, I started first to talk about a tidewater channel to the sea.  We have had troubles, trials and tribulations on this project, and sometimes very little interest.  Presently, we have an unusual amount of interest, and that interest proves conclusively that the channel is needed.  We are deeply grateful to you, Gen. Tyler, for the privilege of expressing our views on this subject and our need for the tidewater channel.  We propose to show in no uncertain manner that the Mississippi Valley is a part of the Port of New Orleans — that the Mississippi Valley equally depends upon this tidewater channel as does the Port of New Orleans.  We propose to show that the channels presently used by a long life line are becoming inadequate and have been inadequate for a number of years.  We propose to show that for 100 years New Orleans has never had an adequate channel to the sea in keeping with its strategic and geographic location as a port.  We have a brief that I propose to submit on behalf of the Board of Port Commissioners, but I will defer that to a later time because we have 49 resolutions approving this project and 59 speakers to hear from.

I would like to ask now if Mayor Maestri or a representative of the commission council is here to speak on behalf of the City of New Orleans.

MR. FRANCIS WILLIAMS, CITY OF NEW ORLEANS:  General Tyler, Hampton Reynolds and I will represent the City of New Orleans.  (READS EXHIBIT VIII).

-14-

REPRODUCED AT THE NATIONAL ARCHIVES

MR. ALEXANDER:  I would like to present Mr. Hampton Reynolds, an engineer who needs no introduction to the City of New Orleans, who is particularly versed on this type of work.

MR. HAMPTON REYNOLDS, CITY OF NEW ORLEANS:  (READS EXHIBIT IX).

MR. ALEXANDER:  General Tyler, we have an Association of Commerce of New Orleans of which we are proud.  They are aggressive, active, energetic in all civic matters, and I take pleasure in presenting Mr. Stuart A. Seelye, President of the Association of Commerce.

MR. STUART A. SEELYE, PRESIDENT, NEW ORLEANS ASSOCIATION OF COMMERCE: I am here as President of the New Orleans Association of Commerce, which through its membership of almost 4500 represents the business interests of the City of New Orleans.  I am here to register for the Association our complete and unreserved approval and recommendation of the proposed tidewater seaway.  This approval is evidenced by the resolution unanimously adopted by the Board of Directors of the New Orleans Association of Commerce at a meeting held Tuesday, July 27th, which I will read to you.  (READS EXHIBIT X).

MR. ALEXANDER:  Gen. Tyler, I have the pleasure of presenting next New Orleans' foremost citizen, a man who has just this week received the Times-Picayune loving cup for rendering the greatest civic service during the year 1942.  Mr. Bill Zetzmann, Chairman of Public Works of the State of Louisiana.

MR. WILLIAM ZETZMANN, CHAIRMAN OF STATE BOARD OF PUBLIC WORKS:  Thank you, Mr. Alexander.  Gen. Tyler, ladies and gentlemen:  I am going to ask permission just to file my brief, I am not going to read it.  However, I would like to say it is in favor of the immediate construction of the Alexander Seaway.  I would like to take 30 seconds to say that as Chairman of the Pan American Fiesta Committee, we were to hold this exhibition in 1942, but due to world conditions it has been delayed until after the present conflict.  I don't know of anything that would be finer than to celebrate the victory with the Pan American Fiesta at New Orleans and dedicate this channel at the same time.  Thank you very much.  (PRESENTS EXHIBIT XI).

MR. ALEXANDER:  Our next speaker is Mr. DeWitt L. Pyburn, Director of Public Works, State of Louisiana.

MR. DEWITT L. PYBURN, DIRECTOR OF PUBLIC WORKS, STATE OF LOUISIANA: General Tyler, gentlemen:  (READS EXHIBIT XII).

MR. ALEXANDER:  Is Mr. Steve Quarles in the audience?  Gen. Tyler, I desire to present Mr. Steve Quarles, President of the Central Trades and Labor Council.

-15-

REPRODUCED AT THE NATIONAL ARCHIVES

..... STEVE QUARLES, PRESIDENT OF THE CENTRAL TRADES AND LABOR COUNCIL:

Mr. Chairman, Ladies and Gentlemen:  As President of the Central Trades and Labor Council, I am here today representing some 75,000 members of the American Federation of Labor in the City of New Orleans, advocating and urging that this proposed seaway be completed at the earliest possible moment.  I would like to call the attention of the committee that this is not a local proposition, but a proposition that carries with it throughout the central part of this nation — an outlet for the goods that are raised in this country.  This seaway should have been built many, many years ago.  We believe that now is the time that we should ask this government to complete a project that will give us an outlet to the sea.  In doing this, we would only be carrying out the policy of our President in that Good Neighbor Policy with our friends in the southern countries.  I am here today to have read into the record a resolution adopted by the Central Trade Labor Council of New Orleans, urging your committee to give it your serious consideration. Mr. Chairman, I want to thank you for the opportunity to appear before your meeting.  (PRESENTS EXHIBIT XIII).

MR. ALEXANDER:  Hon. Paul Maloney, Representative of the Second District.

HON. PAUL H. MALONEY, REPRESENTATIVE OF THE SECOND CONGRESSIONAL DISTRICT:  General Tyler, I didn't know I was going to be called on to say anything, I thought I was going to do my work in Washington.  There are two important things to be done in Washington before we can succeed in what we recommend.  One is the authorization.  I think we can got that through, and the next is the main thing, the thing that makes the mare go — money, the appropriation.  Gentlemen, I think this is a fine project, a meritorious project.  It means a lot to the city, it means a lot for Louisiana and New Orleans, and I want to say if there is anything I can do to further it, you can count on my fullest and heartiest support.  Thank you.

MR. ALEXANDER:  Gen. Tyler, I would like to present Mr. Bourgeois, Chairman of the Waterways Committee of the Association of Commerce.

MR. FRANK E. BOURGEOIS, FOREIGN COMMERCE COMMITTEE, ASSOCIATION OF COMMERCE:  General Tyler and Members of the Board:  It has been my pleasure to work with Gen. Tyler as a civilian on the Intracoastal Canal between the Industrial Canal and the Rigolets.  General, I would like to offer my services in any way if I can be of help in the plans you may have on the channel to the sea which we are proposing today.  (READS EXHIBIT XIV).

MR. ALEXANDER:  Is Mr. Fred Pieper in the audience?  General Tyler, may I present Mr. Pieper.

REPRODUCED AT THE NATIONAL ARCHIVES

MR. FRED PIEPER, PRESIDENT OF THE INDUSTRIAL UNION OF THE COUNCIL COM-
MITTEE OF INDUSTRIAL ORGANIZATIONS:  General Tyler, Members of the Board,
ladies and gentlemen:  I am here this morning to represent the workers of
the State of Louisiana who are affiliated with the Congress of Industrial
Organizations.  I am here to speak in favor of and in support of the pro-
posed seaway.  This question has been given very careful and thorough con-
sideration by our several organizations and has received the unanimous support
of each organization, including the New Orleans Industrial Union Council, which
is the central body speaking for all of the organizations in the Parish of
Orleans and surrounding parishes.  I don't believe that any good purpose can
be served in stating  our reasons in support of this project because I be-
lieve in the main they would be repetitious, and I think it will suffice to
say that our people are pledged to support this project and are so pledged
without qualifications.  Thank you, sir.   (PRESENTS EXHIBIT XV).

MR. ALEXANDER:  I would like to call Mr. Chester Thompson.  Mr. Thompson,
Gen. Tyler, as you well know, is President of the Inland Waterways Corpora-
tion, the largest user of inland waterways in the nation.

MR. CHESTER C. THOMPSON, PRESIDENT, INLAND WATERWAYS CORPORATION:
General Tyler, gentlemen:  The Inland Waterways Corporation, operating the
Federal Barge Line, is very much in favor of the new seaway, and use that
outlet and inlet for traffic into New Orleans harbor.  You read my letter
into the record at the beginning of the proceedings, in which the Inland
Waterways Corp. heartily indorsed the idea of the new seaway.  However,
General, I do want to reiterate the position taken in that letter referred
to about the question of the locks on the Industrial Canal.  The Inland Water-
ways Corporation is charged by the Act of June 3, 1924, with developing and
conserving traffic on the inland water system of the country.  Traffic on the
Gulf Intracoastal Canal is regarded as inland waterway traffic, and we feel
that some consideration must be given to enlarging the locks of the Industrial
Canal, otherwise a serious bottleneck will occur which will impede not only
deep water traffic, but traffic on the Intracoastal Canal in a manner that
will operate to the detriment of the port of New Orleans as well as to the
Inland Waterway.  I know your Corps is very familiar with this situation,
and I feel certain in the full consideration of the seaway that the Indus-
trial Canal situation, the locks of the Industrial Canal, will not fail to
have your consideration.  It is the belief of the Inland Waterways Corpora-
tion as operators of the Federal Barge Line, and I believe that concern is