# Exhibit 40

- Expert Report -

# Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana

Submitted by:

John W. Day, Jr.[1] and Gary P. Shaffer[2]

[1]Department of Oceanography and Coastal Sciences
Louisiana State University, Baton Rouge, LA  70803
[2]Department of Biological Sciences, SLU-10736
Southeastern Louisiana University, Hammond, LA  70402

Prepared for: Plaintiffs in *Robinson v. United States*

July 11, 2008

The following tables are the results of an USACE study for the Environmental Subcommittee of the Technical Committee convened by EPA (1999) in response to the St. Bernard Parish Council Resolution 12-98 titled "Habitat Impacts of the Construction of the MRGO."

**SUMMARY TABLE**

| Converted to Open Water (Acres) | |
|---|---|
| Fresh/intermediate Marsh | 3,400 |
| Brackish Marsh | 10,300 |
| Saline Marsh | 4,200 |
| Cypress swamp destroyed as disposal area | 1,500 |
| Shallow open water to deep water/ disposal area | 4,800 |
| **Total Construction and Erosion Habitat Loss** | **24,200** |
| | |
| **Habitat Shifts** | |
| Fresh/ intermediate marsh to brackish marsh | 3,350 |
| Cypress swamps to brackish marsh | 8,000 |
| Swamp to intermediate marsh | 7,500 |
| Brackish marsh/ swamp to saline marsh | 19,170 |
| **Total Acreage Affected by Habitat Shifts** | **38,020** |
| | |
| **TOTAL ACREAGE AFFECTED BY THE MRGO** | **62,220** |

(compiled from USACE 1999)

46

| Summary of Estimated Habitat Loss From MRGO Construction and Erosion by Mapping Unit | | | | | |
|---|---|---|---|---|---|
| **Spoil** | Fresh/ Intermediate Marsh | Brackish Marsh | Saline Marsh | Forest | Water |
| Central Wetlands | 3080 | 5530 | | 1110 | 1700 |
| South Lake Borgne | | | | | |
| Eloi Bay | | 1880 | 1950 | 300 | 2220 |
| **Total Spoil** | **3080** | **7410** | **1950** | **1410** | **3920** |
| **Channel** | Fresh/ Intermediate Marsh | Brackish Marsh | Saline Marsh | Forest | Water |
| Central Wetlands | | | | | |
| South Lake Borgne | 290 | 1550 | 490 | 40 | 345 |
| Eloi Bay | | 460 | 360 | 60 | 485 |
| **Total Channel** | **290** | **2010** | **850** | **100** | **830** |
| **Erosion (1990)** | Fresh/ Intermediate Marsh | Brackish Marsh | Saline Marsh | Forest | Water |
| Central Wetlands | | | | | |
| South Lake Borgne | | 790 | 620 | | |
| Eloi Bay | 0 | 100 | 790 | 0 | 0 |
| **Total Erosion** | **0** | **890** | **1410** | **0** | **0** |
| **Grand Total per Wetland type** | **3370** | **10310** | **4210** | **1510** | **4750** |
| **Grand Total of Habitat Loss** | | | | | **24,150** |

(USACE 1999)