# Exhibit 41



EXHIBIT

_3_

PENGAD 800-631-6989

*MAIN FILE*

*1517-14 (Environmental Statements - 7100) w/ltr 9 Jan 75*

DRAFT

ENVIRONMENTAL STATEMENT

COMPOSITE DRAFT ENVIRONMENTAL
STATEMENT FOR OPERATION AND
MAINTENANCE WORK ON THREE
NAVIGATION CHANNELS IN
THE LAKE BORGNE VICINITY
LOUISIANA

<u>REVIEW DRAFT</u>

PREPARED FOR

U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

BY

STANLEY CONSULTANTS, INC.
MUSCATINE, IOWA

DECEMBER, 1974

*Enclosure*

VRG-038-000000371

(3) <u>Present utilization of the MR-GO and navigation restraints</u>. Present utilization of the MR-GO is on the order of three vessels per day average. Considerable limitations presently inhibit maximum development of Port facilities in this area. These include the following (Port of New Orleans, 1974):

1. Limited navigation aids in the MR-GO channel inhibit traffic, especially nighttime passages. The Coast Guard is presently working on a program to improve the navigational aids situation.

2. The rate of shoaling in the MR-GO has previously been cited as a major operation and maintenance expense item. It is anticipated that the shoaling rate will decrease in the future as a result of stabilization of the channel side slopes. However, the future rate of shoaling is difficult to project at present.

3. The obsolete and limiting locks in the IHNC are carrying the maximum traffic volume possible. Increased development in the Tidewater Port Area will rely on ocean-going turnaround traffic into and out of the Tidewater Port, improvement of the existing locks, or construction of a new channel and lock to the Mississippi River as outlined in the master plan development.

g. <u>Water resources development</u>. Surface waters are utilized for navigation, resource extraction, recreation, and wastewater disposal as described in Section 2.03f. Use for navigation is dependent upon periodic dredging of channels whey they fill with sediment. Use for recreation and for extraction of biotic resources is dependent upon maintenance of good water quality. Use for wastewater disposal without decrease in water quality depends on adequate treatment and sufficient flow for dispersion of pollutants. Protection from wind induced tides associated with storms is accomplished by levee construction. Flood gates and provisions for internal drainage are required. Traditional methods of marshland drainage are employed to drain land and make it available for urban development. All of these uses of water resources or methods for minimizing hazards from presence of water affect the hydrologic regime. Salinity of groundwater limits the availability of water for human consumption in the majority of the land area in St. Bernard Parish. Intrusion of salt water into fresh groundwater sources is a concern in the New Orleans SMSA. Changes in both fishing and shellfishing harvest areas in Lake Pontchartrain and Lake Borgne and changes in the vegetational communities in the area reflect changing salinity of waters. Construction of locks at Rigolets and at the Seabrook Lock on the IHNC are expected to control salinity changes in Lake Pontchartrain and to provide hurricane protection.

VRG-038-000000111