# Exhibit 42



# DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

CELMN-PD-FC                                                       February 1988

# MISSISSIPPI RIVER-GULF OUTLET,

# ST. BERNARD PARISH, LOUISIANA

# RECONNAISSANCE REPORT

# ON

# CHANNEL BANK EROSION

MR-GO have usually exceeded the criteria, indicating a widespread area of water and wetlands that are subject to bacterial pollution.

Toxic substances, including heavy metals and synthetic organics have occasionally been measured above EPA criteria levels but no patterns of consistently exceeding the criteria for particular substances have been observed. Tidal currents promote mixing and dispersion in the upper water column of the MR-GO, but density stratification as a result of the migrating saltwater wedge in the deep channel produces oxygen deficits and other associated water quality problems at deeper levels. These waters ordinarily remain confined to the MR-GO channel, and only directly influence the adjacent relatively shallow areas during periods of intense mixing.

Bayou Bienvenue crosses the MR-GO at mile 60 near the GIWW. It carries pumped stormwater from New Orleans, and contributes to intermittent periods of lowered DO levels in the MR-GO and adjacent water bodies, including Lake Borgne. Bacterial contamination risks generally increase in the northernmost reaches of the MR-GO following storm periods, but normal tidal circulation helps to restore more desirable conditions within reasonable time periods.

Land Resources

Most of the Mississippi River-Gulf Outlet is experiencing severe erosion along its unleveed banks. The erosion is a result of both man-induced and natural forces, including combinations of channelization, ship and wind generated waves, storm activity, and subsidence. Associated with subsidence is eustatic sea level rise that has been estimated at 0.5 feet per century (Nummendal, 1983). Subsidence and sea level rise intensify saltwater intrusion and erosion.

The marshes along the north bank of the Mississippi River-Gulf Outlet have been especially hard hit by these forces and are disappearing at an alarming rate. Because erosion is steadily widening the MR-GO, the east

10

The project also provides for replacement of the existing IHNC lock or an additional lock with suitable connections when economically justified by obsolescence of the existing IHNC lock or by increased traffic.

The project was modified in August 1969 under the discretionary authority of the Chief of Engineers. The project modification provided for, as a mitigation measure, protecting a portion of the foreshore lying between the Lake Pontchartrain and Vicinity Hurricane Protection project levees and the MR-GO. This included six miles along the north bank of the MR-GO in the reach which is part of the GIWW and 18 miles along the south shore of the MR-GO.

Construction of the deep-draft channel was initiated in March 1958. An interim channel 36 by 250 feet (bottom width) was opened to traffic in July 1963. Enlargement to project dimensions was completed in January 1968. The turning basin at the intersection of the MR-GO with the IHNC and a high level bridge at Paris Road have been completed. Jetties extending from the seaward end of the land cut to the six-foot contour in Chandeleur Sound and a south jetty extension to mile 20.2 in Chandeleur Sound have been completed also.

A study is in progress to determine the feasibility of replacing the existing IHNC lock.

Foreshore protection along the north bank of the MR-GO and for 13 miles along the south bank from Bayou Bienvenue to the end of the leveed reach, as authorized by the August 1969 project modification, has been completed. Foreshore protection on the south bank from Bayou Bienvenue to the IHNC is indefinitely deferred until the need arises.

Of the 66 miles of waterway between Chandeleur Island and the IHNC approximately 25 miles are through the shallow bay of Chandeleur Sound. About 41 miles are through land and water area. Along the south/southwest shore of the MR-GO the 18 miles of leveed area have been provided foreshore protection. A dredged material disposal area

14

Water Resources

Water Quality

Future improvements in the treatment of wastewater before discharge to receiving waters are expected to more than compensate for anticipated increases in wastewater discharge rates. Consequently, future improvements to general water quality in the MR-GO are expected.

Land Resources

Based on recent trends, the study area will continue to experience drastic losses due to erosion. The MR-GO east bank along Lake Borgne is dangerously close to being breached. Once the bank is breached, sediment from Lake Borgne will flow into the channel resulting in large increases in dredging costs to maintain the channel. These increases will amount to about six times what they are today.

As the marsh within the project area diminishes, significant losses to marsh dependent fish and wildlife species will also occur. Increases in water levels, resulting from the general rise in sea level and subsidence of the land will enlarge land/water interface, and accelerate saltwater intrusion.

Economy And Human Resources

The Port of New Orleans has been a dominant factor in the economy of the New Orleans area and that of the state as a whole. The Port has added millions of dollars annually to the state's treasury and provided thousands of jobs through the many services needed to carry on domestic and foreign trade. Economic growth and employment within the study area is expected to continue in domestic and foreign trade activities. Fish and wildlife harvests and recreational activities are expected to decline as a result of habitat losses. Without the buffering effect of the marsh, developed areas adjacent to the study area would be more

23

channel is required to assure that these needs of the shipping industry and the national defense continue to be satisfied. Unabated bank erosion will substantially increase channel maintenance requirements. Controlling bank erosion will provide an opportunity to minimize channel maintenance requirements and allow the channel's purpose and function to remain unimpaired.

The most easily quantified biological resource problem resulting from bank erosion is the continuing loss of highly productive habitat. The diminution of fish and wildlife resources is a less easily quantifiable, but equally important, consequence of unabated bank erosion. Such losses, in an area where many depend on these resources for their livelihood, suggest a problem requiring urgent attention. Erosion of the channel banks has caused an average loss of 211 acres of marsh per year during the 20 year period between 1968 and 1987. Most of the lost acreage is in the marsh/estuarine area along the northeast bank. Undeniably, overall fish and wildlife productivity and recreational hunting in the study area have been diminished by the loss of this approximate 4,220 acres of marsh.

Saltwater intrusion also contributes significantly to marsh loss in the study area. Subsidence and lack of sediment deposition affect marsh loss to a lesser degree. Erosion and disintegration of the banks of the MR-GO has created many additional routes for saltwater to intrude into formerly less saline interior marshes. Consequently, salinity in the marshes has increased significantly in the last 20 years. High salinity levels of recent years have reduced the amount of three-cornered grass and, thus, muskrat populations in the marshes adjacent to the MR-GO. Other wildlife species that prefer less saline conditions have declined as well. Winter waterfowl populations within the marshes have also declined because of increased salinities. The less saline vegetation which is most attractive to waterfowl has been greatly reduced by saltwater intrusion. Thus, the recreational value of the overall area for waterfowl hunting has diminished.

MANAGEMENT MEASURES

Both structural and non-structural measures are available to arrest bank erosion on the MR-GO.

Structural measures include enlarging the MR-GO channel to minimize effects of wave activity, constructing temporary earthen retention dikes and depositing maintenance dredged material on the unprotected channel banks, and constructing a bank protection structure along selected reaches or the entire inland length of the waterway. Although widening and deepening the MR-GO would make it a less restrictive channel and thus reduce bank erosion, this measure was not evaluated in this study. Additionally, the concept of disposal of maintenance dredged material on the unprotected channel banks is only qualitatively assessed in the present study.

Non-structural measures include restricting vessel size and/or transit speed in the MR-GO. The authority to implement and enforce such restrictions is vested with the U.S. Coast Guard.[1]

PRESENTATION AND ECONOMIC EVALUATION OF ALTERNATIVE PLANS

No Action

The unleveed banks of the MR-GO will continue to erode in the absence of remedial action. Currently, banks of the unleveed reaches are retreating at rates varying from five to over 40 feet per year. The average rate of retreat of the north bank in the 41-mile land cut portion of the waterway is about 15 feet per year.

---

[1] A group of land owners, and others, filed a petition with the U.S. Coast Guard in October 1987 requesting that some restrictions be imposed on the waterway. The petition requested that safety zone regulations be imposed on that portion of the MR-GO in St. Bernard Parish. Action on the petition was pending at the date of this report. A copy of the petition is shown in Appendix B.

**MRGO BANK EROSION**
**Mar 87**
**Congressional Delegation**

Hon. Lindy (Mrs. Hale) Boggs
2353 Rayburn House Ofc. Bldg.
Washington, D.C.  20515

MRGO 8

Honorable Jerry Huckaby
Washington Square Building
211 N. Third Street
Monroe, Louisiana  71201

MRGO 15

Honorable J. Bennett Johnston
United States Senate
Washington, D.C.  20510

MRGO 1

Hon. Lindy (Mrs. Hale) Boggs
1012 Hale Boggs Federal Bldg.
500 Camp Street
New Orleans, LA  70130

MRGO 9

Honorable Richard Baker
House of Representatives
Washington, D.C.  20515

MRGO 16

Honorable J. Bennett Johnston
1010 Hale Boggs Federal Bldg.
500 Camp Street
New Orleans, LA  70130

MRGO 3

Hon. William "Billy" Tauzin
House of Representatives
Washington, D.C.  20515

MRGO 10

Honorable Richard Baker
404 Europe Street
Baton Rouge, Louisiana  7080(

MRGO 17

Honorable John B. Breaux
United States Senate
Washington, D.C.  20510

MRGO 4

Hon. William "Billy" Tauzin
2439 Manhattan Blvd.
Suite 304
Harvey, Louisiana  70058

MRGO 11

Honorable Jimmy A. Hayes
House of Representatives
Washington, D.C.  20515

MRGO 18

Honorable John B. Breaux
Hale Boggs Federal Bldg.
New Orleans, LA  70130

MRGO 5

Hon. Charles "Buddy" Roemer
House of Representatives
Washington, D.C.  20515

MRGO 12

Honorable Jimmy A. Hayes
P.O. Box 30476
Lafayette, Louisiana  70503

MRGO 19

Honorable Robert L. Livingston
House of Representatives
Washington, D.C.  20515

MRGO 6

Hon. Charles "Buddy" Roemer
228 Spring Street, Suite 100
Shreveport, Louisiana  71101

MRGO 13

Honorable Clyde Holloway
House of Representatives
Washington, D.C.  20515

MRGO 20

Honorable Robert L. Livingston
111 Veterans Blvd.
Suite 700
Metairie, Louisiana  70005

MRGO 7

Honorable Jerry Huckaby
House of Representatives
Washington, D.C.  20515

MRGO 14

Honorable Clyde Holloway
2310 MacArthur Drive
Alexandria, Louisiana  71301

MRGO 21