UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## NOTICE OF MANUAL ATTACHMENT

Unless otherwise noted, all pinpoint citations in the United States' Memorandum of Law In Support of Defendant's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction Or, in the Alternative, for Summary Judgment have been submitted by ECF. For purposes of completeness, the following exhibits are manually submitted herewith in their entirety:

1975 Draft Environmental Impact Statement (Ex. 43)

This Notice of Manual Attachment is respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>THOMAS DUPREE
>Principal Deputy Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR
>Assistant Director, Torts Branch
>
> s/ Kara K. Miller
>KARA K. MILLER
>JEFFREY P. EHRLICH
>PAUL LEVINE
>Trial Attorneys
>ROBIN SMITH
>Senior Trial Counsel
>Civil Division, Torts Branch
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C.  20044
>(202) 353-2574 / (202) 616-5200 (Fax)
>
>Attorneys for the United States of America

December 18, 2008