UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NUMBER:  05-4182 "K"(2)
JUDGE DUVAL
MAG. WILKINSON

PERTAINS TO:  *Robinson*
(No. 06-2268)

## DECLARATION OF PIERCE O'DONNELL

1.      I am a member of the California State Bar in good standing, am admitted to

appear before this Court *pro hac vice,* and a partner in O'Donnell & Associates PC, counsel of

record for Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith,

Anthony Franz, Jr., and Lucille Franz (collectively, "Plaintiffs").  I have personal knowledge of

the following facts and, if called and sworn, would competently testify as follows:

2.      Attached hereto as Exhibit 95 is a true and correct copy of excerpts of the Annual

Report of the Secretary of the Army on Civil Works Activities, Fiscal Year 2005.

3.      Attached hereto as Exhibit 96 is a true and correct copy of the excerpts of the

Seabrook Lock Design Memorandum No. 1, General, April 1970.

4.      Attached hereto as Exhibit 97 is a true and correct copy of excerpts of the General

Design Memorandum No. 2, Supplement No. 4, Foreshore Protection, April 1968.

5.      Attached hereto as Exhibit 98 is a true and correct copy of excerpts of the General

Design Memorandum No. 2, Supplement No. 4, Foreshore Protection, April 1968, with different

endorsements than Exhibit 97.

6.        Attached hereto as Exhibit 99 is a true and correct copy of a letter from Don T. Riley to Peter Savoy dated June 17, 2004.

7.        Attached hereto as Exhibit 100 is a true and correct copy of excerpts of the Expert Report of G. Paul Kemp, July 11, 2008.

8.        Attached hereto as Exhibit 101 is a true and correct copy of House of House Doc. No. 245, September 25, 1951.

9.        Attached hereto as Exhibit 102 is a true and correct copy of Appendix "B" to the Expert Report of G. Paul Kemp, July 11, 2008.

10.        Attached hereto as Exhibit 103 is a true and correct copy of excerpts from the Army Corps publication, Water Resources Policies and Authorities, EP 1165-2-1, July 30, 1999.

11.        Attached hereto as Exhibit 104 is a true and correct copy of excerpts from Harold Ickes, Foreword, Arthur Maas, *Muddy Waters: The Army Engineers and The Nation's Rivers* (Da Capo Press 1951).

12.        Attached hereto as Exhibit 105 is a true and correct copy of a draft letter from the Army Corps Civil Function to Hon. G. Fallon, VRG-014-000000108-109.

13.        Attached hereto as Exhibit 106 is a true and correct copy of a draft letter from Alfred G. Fitt to Hon. Charles Schultze, VRG-014-000000107.

14.        Attached hereto as Exhibit 107 is a true and correct copy of excerpts from a Draft Recon Report, MR-GO Bank Erosion Study, NED-192-000000969-970.

15.        Attached hereto as Exhibit 108 is a true and correct copy of a draft letter from Alfred G. Fitt to Hon. Charles Schultze, VRG-014-000000094.

16.     Attached hereto as Exhibit 109 is a true and correct copy of a memorandum concerning  the Mississippi River Gulf Outlet, St. Bernard Parish, La. (bank erosion), dated September 8, 1980, VRG-032-000002615-17.

17.     Attached hereto as Exhibit 110 is a true and correct copy of excerpts from the Army Corps's Digest of Water Resources Policies and Activities, EP 1165-2-1, Dec. 1972.

18.     Attached hereto as Exhibit 111 is a true and correct copy of a chart concerning Data for Testifying Officers on FY 1983 Civil Works Budget, Lake Pontchartrain, Louisiana, and Vicinity, January 1, 1982.

19.     Attached hereto as Exhibit 112 is a true and correct copy of an Army Corps memorandum concerning the Review of Reports on Mississippi River-Gulf Outlet, Louisiana, Preliminary Evaluation, Feb. 24, 1972.

20.     Attached hereto as Exhibit 113 is a true and correct copy of a draft memorandum for the Assistant Secretary of the Army (Civil Works) concerning Lake Pontchartrain, LA, and Vicinity Hurricane Protection Project, Aug. 29, 1984.

21.     Attached hereto as Exhibit 114 is a true and correct copy of excerpts from the 30(b)(6) Deposition of John Saia, October 1, 2008.

22.     Attached hereto as Exhibit 115 is a true and correct copy of a chart concerning Data for Testifying Officers on FY 1993 Civil Works Budget, Lake Pontchartrain, Louisiana, and Vicinity, January 1, 1992.

23.     Attached hereto as Exhibit 116 is a true and correct copy of a Change in Scope Authorization, January 1, 1982.

24.     Attached hereto as Exhibit 117 is a true and correct copy of Data for Testifying Officers on FY 1986 Civil Works Budget, Lake Pontchartrain, Louisiana, and Vicinity, January 1, 1985.

25.     Attached as Exhibit 118 is a true and correct copy of selected portions of a document entitled "Decision-Making Chronology For The Lake Pontchartrain & Vicinity Hurricane Protection Project," dated  March 2008.

26.     Attached as Exhibit 119 is a true and correct copy of the Supplemental Brief of the United States in support of the United States in the *Indian Towing Co., Inc. v. United States* case, United States Supreme Court Case No. 8, October Term, 1955, available at 1955 WL 72515.

Executed on December 18, 2008, in Los Angeles, California.

 s/ Pierce O'Donnell
PIERCE O'DONNELL

4

5

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on December 18, 2008, I caused to be served

**DECLARATION OF PIERCE O'DONNELL**, upon Defendants' counsel, Robin D. Smith,

George Carter, Keith Liddle, and Richard Stone by ECF and email at

robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and

richard.stone@usdoj.gov.

/s/ Pierce O'Donnell