UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' NOTICE OF MANUAL ATTACHMENT**

NOW INTO COURT, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz, through their attorneys of record respectfully submit this Notice of Manual Attachment referencing Exhibit 102 which is a DVD containing a hyper linked version of Appendix B to the Expert Report of Dr. Paul Kemp, the MRGO Chronology, which exhibit have been filed manually into the record of the above captioned litigation.

Dated: December 18, 2008                                              Respectfully submitted,


**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298


**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)

1

855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

**Domengeaux Wright Roy & Edwards LLC**
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile:  (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile:  (213) 481-1554

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

| | |
|---|---|
| **Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation** <br> Elwood C. Stevens, Jr.  (LSBA No. 12459) <br> 1205 Victor II Boulevard <br> P.O. Box 2626 <br> Morgan City, Louisiana 70381 <br> Telephone: (985) 384-8611 <br> Facsimile:  (985) 385-4861 | **Cotchett, Pitre, Simon & McCarthy** <br> Joseph W. Cotchett  (*pro hac vice*) <br> 840 Malcolm Road, Suite 200 <br> Burlingame, California 94010 <br> Telephone:  (650) 697-6000 <br> Facsimile:  (650) 697-0577 |
| **Law Office of Frank J. D'Amico, Jr. APLC** <br> Frank J. D'Amico, Jr. (LSBA No. 17519) <br> Richard M. Exnicios, Esq. (LSBA No. 25666) <br> 622 Baronne Street <br> New Orleans, LA 70113 <br> Telephone: (504) 525-9561 <br> Fax: 504-525-9522 | **Robinson, Calcagnie & Robinson, Inc.** <br> Mark Robinson (Cal State Bar No. 54426 <br> 620 Newport Center Drive – 7th Floor <br> Newport Beach, CA 92660 <br> 1-888-701-1288 |

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on December 18, 2008, I caused to be served **PLAINTIFFS' NOTICE OF MANUAL ATTACHMENT**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell