Case 2:05-cv-04182-SRD-JCW   Document 16790-5   Filed 12/18/08   Page 1 of 3



# Annual Report
# Fiscal Year 2005

## Of the Secretary of the Army
## On Civil Works Activities
## (1 October 2004 - 30 September 2005)

**(Part 1 of 2)**

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

1. INNER HARBOR NAVIGATION CANAL LOCK, LA

**Location.** The project is located within the city of New Orleans, Louisiana. It is a deep and shallow draft canal extending northward from the Mississippi River to Lake Pontchartrain.

**Existing project.** The existing Inner Harbor Navigation Canal Lock, built in 1920 by the Port of New Orleans, has dimensions of 31.5 feet deep, 75 feet wide, and 640 feet long (usable length). It passes barge traffic between the Mississippi River and the Gulf Intracoastal Waterway and is a vital link in the nation's Inland Waterway System. Delays to the navigation traffic average about 11 hours, with 24-36 hour delays common. The average yearly tonnage through the lock is about 22 million tons, 2/3 of which is coal, petroleum products, and crude petroleum. Other major commodities include metallic ores, industrial chemicals and non-metallic minerals. Two major vehicular roadway bridges (Claiborne and St. Claude Avenues) and one railroad/roadway bridge (Florida Avenue) cross the canal in the vicinity of the existing lock. The Corps of Engineers bought the lock from the Port of New Orleans in 1985.

**Local cooperation.** The cost sharing for the replacement lock is specified in the Water Resources Development Act of 1986. The costs of the new lock were apportioned between general cargo navigation and inland navigation. Costs assigned to inland navigation are shared 50 percent from the Inland Waterway Trust Fund and 50 percent from regular Corps of Engineer's appropriations. Those costs assigned to general cargo navigation, will be cost shared 65 percent Federal and 35 percent non-Federal, with the Port of New Orleans, who signed a non-Federal Project Cooperation Agreement (PCA) in Sep. 2001. The Recommended Plan is 40 feet deep by 110 feet wide by 1,200 feet long (usable length) and is estimated to cost $716,000,000.

**Terminal facilities.** Two container ship berths and one other ship wharf are located on the canal in the vicinity of the existing lock.

**Operations and results during the fiscal year.** Detailed engineering and design for the replacement lock and Community Impact Mitigation Plan has continued. The demolition of East Side Industrial Area (TERC construction contract) has been completed.

**Condition as of Sep 30.** The AE contract awarded in February 2003 for the lock design is ongoing. Neighborhoods on both sides of the lock were severely damaged by Hurricane Katrina, causing a temporary hold on mitigation work as part of the Community Impact Plan.

2. MISSISSIPPI RIVER-GULF OUTLET, LA

**Location.** In State of Louisiana and the territorial waters of the United States and extends from existing Inner Harbor Navigation Canal at a point 7,500 feet north of existing IHNC lock and about 11,000 feet from Mississippi River, to a turning basin south of Michoud, LA, and then as a land and water cut from turning basin south of Michoud, LA, southeasterly to and along south shore of Lake Borgne and through marshes to and through Chandeleur Sound to 38-foot contour in Gulf of Mexico. (Refer to NOAA Coast Charts Nos. 11340, 11360, 11363, 11369, 11371, and 11373. Also see MRC 1989 (57th edition) folio of maps, Mississippi River-Cairo, IL, to Gulf of Mexico, LA.)

**Existing project.** Provides for a seaway canal, 36 by 500 feet, extending 76 miles as a land and water cut from Michoud southeasterly to and along south shore of Lake Borgne (completed), and across Chandeleur Sound to Chandeleur Island and increasing gradually to 38 by 600 feet in Gulf of Mexico (completed), with protective jetties at entrance (completed), a permanent retention dike through Chandeleur Sound (authorized but not yet constructed), and a wing dike along islands as required (authorized but not yet constructed). It also provides for an inner tidewater harbor consisting of 1,000- by 2,000-foot turning basin 36 feet deep at landward end of seaway canal (completed), and a connecting channel 36 by 500 feet wide extending easterly along Gulf Intracoastal Waterway from turning basin (completed), including construction of a suitable highway bridge with approaches to carry Louisiana State Highway 47 (formerly 61) over channel. Plan further provides for future construction of a channel and lock in the vicinity of the existing lock to furnish an additional connection between tidewater harbor and Mississippi River (construction started). (See "Inner Harbor Navigation Canal Lock, LA" for more details).

A reevaluation study to determine the economic feasibility of continuing to maintain the 36-foot depth in the channel was initiated in FY99, at Federal expense. Concerns about increased maintenance dredging costs and ecosystem deterioration prompted the study. Hurricane Katrina struck Louisiana prior to completion of the reevaluation effort. Katrina significantly impacted the economic factors used in developing the economic analysis portion of the reevaluation study. Findings of the Interagency Performance Evaluation Task Force (IPET), formed to analyze the impacts

of MRGO on storm surge, and the State's and sponsor's intents will have to be considered before continuing the reevaluation study.

**Local cooperation.** Requirements of local cooperation are fully described on page 11-4 of FY 1986 Annual Report.

**Terminal facilities.** A public facility on the waterway is the Public Bulk Terminal of New Orleans constructed by Board of Commissioners, Port of New Orleans, on left descending bank at Mile 63. One container ship berth is in operation at the Industrial Canal end of the seaway.

**Operations and results during fiscal year.** Five dredging contracts for removal of material from the channel at a cost of $27,879,276 were awarded in FY 05. In addition, Articulated Concrete Mattress (ACM) bank protection was placed at a cost of $1,095,000.

**Condition as of Sep. 30.** Construction was initiated March 1958. The channel unit is 90 percent complete and the shiplock unit is 8 percent complete. The total project is 76 percent complete. The channel was opened to navigation Jul. 25, 1963, and completed Jan. 20, 1968. Paris Road Bridge was completed Nov. 14, 1967. The foreshore protection, south bank, Chalmette Area, Station 367+00 to Station 1007+00 is complete.

3. **MISSISSIPPI RIVER SHIP CHANNEL, GULF TO BATON ROUGE, LA**

**Location.** The project is located in the southeastern portion of Louisiana below Baton Rouge, and consists of the Mississippi River and its major outlet to the Gulf of Mexico, Southwest Pass.

**Existing project.** Provides more efficient deep-draft navigation access to the New Orleans and Baton Rouge reaches of the Mississippi River via Southwest Pass by enlarging the existing channel to a project depth of 55 feet and enlarging the adjacent channel along the left descending bank in New Orleans Harbor to a 40-foot depth, a turning basin at Baton Rouge, and training works in the passes to reduce maintenance.

Estimated cost of existing project (Oct. 1, 2002) is $196,200,000 Federal and $492,000,000 non-Federal. In addition, the Coast Guard is to provide navigation aids at an estimated cost of $1,200,000.

**Local cooperation.** Requirements are described in full on pages 11-2 and 11-3 of the FY 92 Annual Report.

A third supplement to the LCA addressing the Permanent Saltwater Intrusion Mitigation Plan was executed on May 28, 1993.

A Project Cooperation Agreement (PCA) between the Government and the State of Louisiana was executed on Sep. 3, 1993 which provides for the dredging of a 45-foot channel from Mile 181 AHP to Baton Rouge.

**Operations and results during fiscal year.** Construction is underway on the permanent mitigation plan. The permanent mitigation plan consists of the Government constructing an underwater sill, when needed, at Mile 64 AHP to prevent the intrusion of saltwater into water supplies of the metropolitan New Orleans area. The plan also provided for upgrading the Plaquemines Parish water distribution system which has been completed, providing fresh water to water treatment plants impacted by increased saltwater intrusion caused by the deeper channel. The underwater sill was constructed during FY 99 due to extremely low flows in the river which allowed salt water to threaten up river water supplies. The sill was successful in preventing impacts to these facilities.

Work has been initiated on the General Design Memorandum for the remaining authorized features of the project. This includes the deepening of the Mississippi River to 55 feet from the Gulf of Mexico to Baton Rouge. The State of Louisiana requested that the Corps not complete the report until clarifying language relative to cost sharing is included in a future Water Resources Development Act.

**Condition as of Sep. 30.** The 45-foot channel is completed from the Gulf to Baton Rouge. Construction of the permanent mitigation plan is underway. Work on the General Design Memorandum for the remaining authorized features continues.

**Flood Control**

4. **COMITE RIVER (DIVERSION), LA**

**Location.** In East Baton Rouge Parish, LA, between the Comite River and the Profit Island Chute of the Mississippi River, north of the town of Baker, LA, and south of the town of Zachary, LA.

**Existing project.** The project will provide protection for residents of the Comite River Basin by reducing stages in the river below the diversion point for events up to the 100-year flood event, and containing within banks events up to the 10-year flood event. The authorized project consists of construction of an