DEPARTMENT OF THE ARMY



LAKE PONTCHARTRAIN, LOUISIANA
AND VICINITY
AND
MISSISSIPPI RIVER - GULF OUTLET

SEABROOK LOCK
Design Memorandum No. 1, General

Prepared by
Buffalo District Corps of Engineers
for
New Orleans District Corps of Engineers
New Orleans Louisiana
April 1970

NPM-014-000000276

LAKE PONTCHARTRAIN, LOUISIANA AND VICINITY
AND
MISSISSIPPI RIVER - GULF OUTLET, LOUISIANA
DESIGN MEMORANDUM NO. 1 - GENERAL
SEABROOK LOCK

## PROJECT AUTHORIZATION

1. Authority. The Flood Control Act approved 27 October 1965 (Public Law 89-298) authorized a project for hurricane-flood protection on Lake Pontchartrain, Louisiana, substantially in accordance with the recommendations of the Chief of Engineers in House Document No. 231, 89th Congress, 1st session, except that the recommendations of the Secretary of the Army in that document shall apply with respect to the Seabrook Lock feature of the project.

2. The total project as so authorized comprises two individual plans of improvement:

    a. The Lake Pontchartrain Barrier Plan, of which the Seabrook Lock unit is a part; and

    b. The Chalmette Area Plan.

3. With specific respect to Seabrook Lock, the authorization provides for construction, operation and maintenance of a dual-purpose (navigation and hurricane protection) structure at the lakeward terminus of the IHNC (Inner Harbor Navigation Canal) in the vicinity of Seabrook Bridge in New Orleans, Louisiana. It contemplates that first costs for the lock be apportioned equally to the two purposes, and shared accordingly between the United States and non-Federal interests. It contemplates that annual costs for operation and maintenance of the lock be borne entirely by the United States.

4. The Secretary of the Army, in his letter dated 28 June 1965, noted that the "...Bureau (of the Budget) also discusses cost sharing for the Seabrook facility, and expresses the opinion that under existing circumstances standard methods of cost sharing are inapplicable; consequently, the viewpoint of the Bureau of the Budget is to allocate the cost of the Seabrook feature equally between navigation and hurricane protection. This allocation of costs would result in the additional cost of $687,000 to the local interests and a corresponding reduction in the cost to the United States for the Seabrook Lock. With the understanding that this apportionment of costs would not unduly delay construction, I concur in the views of the Bureau of the Budget..." As previously pointed out, the project was authorized

1

NPM-014-000000287

Par 22 d.

d. <u>Change in type of lock walls</u>.  In the project document
plan it was contemplated that lock walls (between gate bays) would
be cantilever structures, constructed of prestressed concrete piles.
Based on preliminary studies of alternative designs, discussed sub-
sequently in paragraph 39, it is now contemplated that the walls
will be gravity structures, of parallel steel sheet pile wall con-
struction.  The change is proposed in consideration of cost savings
that are expected to be realized, and the functional superiority
of the parallel wall structure.

## HYDROLOGY AND HYDRAULICS

23.  <u>Climatology</u>.  The climatology and hydrology for the entire
Lake Pontchartrain, Louisiana and Vicinity project area were pre-
sented in Design Memorandum No. 1 - Hydrology and Hydraulic Analysis,
Part I - Chalmette, approved 27 October 1966.

24.  <u>Flow regimen</u>.  The Lake Pontchartrain Barrier Plan is based
upon limiting the entry of hurricane-driven waters into Lake
Pontchartrain and, in order that this may be accomplished, the
MR-GO--IHNC link must be controlled.  The barrier plan also pro-
vides means for controlling flow from Lake Pontchartrain into the
IHNC during hurricanes which produce conditions critical to the
south shore of Lake Pontchartrain.  Hurricane surges cause suf-
ficient inflow into Lake Pontchartrain through the MR-GO and IHNC
connection, and the Chef Menteur and Rigolets Passes to raise the
lake level 4 to 6 feet, depending on the stage and duration of the
surge in Breton Sound and Lake Borgne.  Hurricane generated wind
tides combine with these increased lake levels to produce high
stages at the lock site.  With Seabrook Lock and related structures
at Chef Menteur and Rigolets Passes in place, hurricane overflow
will increase lake levels less than 0.6 foot.  Wind tides combining
with the 0.6-foot rise, rainfall, and stream runoff will produce a
much lower maximum stage in Lake Pontchartrain.

25.  Prior to construction of the MR-GO, the salinity regimen in
Lake Pontchartrain was largely controlled by the interaction be-
tween surface runoff entering it and tidal inflows from Lake Borgne
via the Rigolets and Chef Menteur Pass.  The 30-foot deep IHNC
channel was connected to Lake Borgne by the GIWW through the Rigolets
and Chef Menteur Pass, but, because of the relatively small, shallow
cross section (12 feet by 125 feet) of the waterway, this connection
exerted little influence on salinities in Lake Pontchartrain.  Con-
struction of the MR-GO established a large, deep (36 feet by 500
feet) direct connection with the highly saline waters of Breton Sound.
Tidal flow in the MR-GO reaches Lake Pontchartrain via the IHNC,

8

NPM-014-000000294

and salinities in the lake and in the marsh adjacent to the MR-GO
have increased significantly since its completion.  Unless means
are provided to restore a favorable salinity regimen, major damage
to marine life in the lake and in the marsh traversed by the MR-GO
may be anticipated.

26.  A related problem deriving from the construction of the MR-GO
is the generation of excessive tidal currents in the IHNC.  The
increased currents produce navigation difficulties and aggravate
scour problems at bridges and along harbor developments.

27.  An outlet structure was necessitated to assure that the flow
regimen, agreed to by riparian users located along the IHNC and
the U. S. Fish and Wildlife Service, is attained without interrup-
tion (see Appendix A).  This structure will be installed on the
east flank of the lock along the alignment of the rock dike.

28.  Study of various alternatives leads to the conclusion that
control of salinity in Lake Pontchartrain, and control of flow from
the canal to Lake Pontchartrain during normal and hurricane periods
can be best achieved by an outlet structure at Seabrook.  Inasmuch
as navigation between Lake Pontchartrain and the IHNC must be pre-
served, a lock is essential.

29.  Hydraulics of lock and outlet structure.  Development of
hydraulic details of Seabrook Lock will be guided by EM 1110-2-1604,
"Hydraulic Design, Navigation Locks," and reports on lock model
studies.  New model tests for the lock are not contemplated;
reasonable assumptions for design of this lock can be made based
on results of past model studies of locks of similar size and
lift.  All hydraulic criteria, including wave data, determined
pertinent to the design of the lock and outlet structure are
presented in Appendix A.  Principal considerations are outlined
below:

   a.  Navigation lift variations.  When lock chamber velocities
are less than three feet per second the gates will be held open.
When they reach three feet per second, in either direction, the
lock will be placed in operation.  Lifts in the normal range will
vary from 0 to 4 feet.

   b.  Design stages.  The normal tidal range is about 1.0 foot
in the IHNC and 0.5 foot in Lake Pontchartrain, however, south
winds raising tides in Breton Sound can produce higher tides in
the IHNC or northwest winds can raise the stage on the lake side
of the lock.  Also, hurricanes on various tracks create greater
design heads for certain conditions.

NPM-014-000000295