1507-03    (Miss. River-Gulf Outlet)  Gen. Design Memo

U. S. ARMY CORPS OF ENGINEERS

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA

GENERAL DESIGN MEMORANDUM NO. 2
SUPPLEMENT NO. 4
FORESHORE PROTECTION

Prepared in the Office of the District Engineer
New Orleans District, Corps of Engineers

April 1968

18

AFW-341-000000609



1507-03   (Miss.River-Gulf Outlet)
Gen.Design Memo

# DEPARTMENT OF THE ARMY
### NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA 70160

Mr.Broussard/jlf/430

IN REPLY REFER TO

LMNED-PP                                    29 April 1968

SUBJECT:  Mississippi River-Gulf Outlet, La., General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

Division Engineer, Lower Mississippi Valley
ATTN:  LMVED-TD

1.  The subject Supplement No. 4 is submitted herewith for review
and approval in accordance with the provisions of ER 1110-2-1150
dated 1 July 1966.

2.  Approval of Supplement No. 4 is recommended.

1 Incl (16 cys)          THOMAS J. BOWEN
Supp. No. 4              Colonel, CE
                        District Engineer

Seale

Mask

Franklin

Hudson

Exe Ofc

AFW-341-000000610

MISSISSIPPI RIVER-GULF OUTLET, LA.,
GENERAL DESIGN MEMORANDUM NO. 2
SUPPLEMENT NO. 4
FORESHORE PROTECTION

STATUS OF DESIGN MEMORANDA

Design Memo No.

| | | |
|---|---|---|
| 1-A | Channels, mile 63.77-mile 68.85 | Approved 11 Sep 57 |
| 1-B | Channels, mile 39.01-mile 63.77 | Approved 27 Jan 59 |
| 1-C | Channels, mile 0-mile 36.43, mile 0-mile -9.75 | Approved 2 Feb 60 |
| 1-C | Supplement No. 1, Stone Retention Dike Extension | Approved 31 Jan 66 |
| 2 | Mississippi River-Gulf Outlet, La. GDM | Approved 16 Sep 59 |
| 2 | Supplement No. 2, Relocation and Modification of Turning Basin | Approved 17 Mar 64 |
| 2 | Supplement No. 3, Bayou La Loutre Reservation | Submitted 29 Feb 68 |
| 2 | Supplement No. 4, Foreshore Protection | Submitted 29 Apr 68 |

AFW-341-000000611

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
GENERAL DESIGN MEMORANDUM NO. 2
SUPPLEMENT NO. 4
FORESHORE PROTECTION

## TABLE OF CONTENTS

| Paragraph | Title | Page |
|---|---|---|
| 1 | Authority | 1 |
| 2 | Purpose | 1 |
| 3 | Plan | 1 |
| 4 | Location of foreshore protection | 2 |
| 6 | Cost estimates | 3 |
| 9 | Recommendations | 6 |

## TABLES

| No. | Title | Page |
|---|---|---|
| 1 | Estimate of first cost | 4 |
| 2 | Recapitulation of estimate for MR-GO project | 5 |

## PLATES

### Title

| | |
|---|---|
| 1 | General map |
| 2 | Foreshore protection north and south banks |

## APPENDIXES

APPENDIX A - Report on modification of the Chalmette Area Plan to include larger area

APPENDIX B - Intraagency correspondence

i

MISSISSIPPI RIVER-GULF OUTLET
LOUISIANA
DESIGN MEMORANDUM NO. 2, GENERAL
SUPPLEMENT NO. 4
FORESHORE PROTECTION

1.   <u>Authority</u>.  The Mississippi River-Gulf Outlet, La., a
navigation improvement, was authorized by the River and Harbor Act,
approved 29 March 1956, Public Law 455, 84th Congress, 2d Session.
The act and description of the project, as recommended by the Chief
of Engineers in House Document No. 245, 81st Congress, 1st Session,
are given in detail in Mississippi River-Gulf Outlet, La., Design
Memorandum No. 2, General Design, dated 30 June 1959 and approved
16 September 1959.

2.   <u>Purpose</u>.  This supplement was prepared in accordance with
ENGCW-EZ 6th Indorsement dated 12 April 1967 to LMNED-PR letter
dated 29 November 1966, subject "Lake Pontchartrain, Louisiana and
Vicinity - Modification of the Chalmette Area Plan to Include Larger
Area."  Its purposes are to present the bases for inclusion of fore-
shore protection in the Mississippi River-Gulf Outlet (MR-GO) project,
the location of such protection, and a revised cost estimate for the
overall MR-GO project.  Copies of the above indorsement and all
prior and subsequent elements of the chain of correspondence are
included herein as appendix A.  Location of the authorized MR-GO
project and limits of the foreshore protection discussed herein are
shown on plate 1.

3.   <u>Plan</u>.  In House Document No. 231, 89th Congress, the project
document for the "Lake Pontchartrain, La. and Vicinity," hurricane
protection project, the cost for levee foreshore protection along the
MR-GO and the Gulf Intracoastal Waterway (GIWW) was included with
the portion of the project costs to be distributed in accordance with
the 70%-30% formula specified in the authorization.  Local interests
expressed concern that the project for the Chalmette area included
charges to local interests for foreshore protection along the MR-GO
required to protect the levee berm from wind-generated and vessel-
generated waves during high tide periods.  Since the existence of the
MR-GO dictates the location of that part of the Chalmette levee
paralleling the south bank of the MR-GO and adds to the exposure
of the levee, local interests considered that the foreshore protection
work was not a cost of the hurricane protection project, but a
navigation cost to protect the levee against wavewash.  In addition,
at the time that the MR-GO was authorized, a levee of substantial
dimensions existed within the City of New Orleans for a distance of
about 6 miles along what was to become the north bank of the outlet.
The MR-GO exposes the foreshore fronting this levee to direct attack
by waves generated by oceangoing vessels.  Therefore, providing the

AFW-341-000000613

Par 3

means for achieving the necessary erosion control for those areas, where such control is essential, is considered to be a function of the MR-GO project.  By ENGCW-OM 1st Indorsement dated 15 April 1966 to LMVED-A letter dated 21 March 1966, subject "Hurricane Protection - Lake Pontchartrain, La. and Vicinity - Chalmette Area," the Chief of Engineers directed that the costs for foreshore protection contiguous to the levee plan for the Chalmette area along the MR-GO be charged to the navigation project.  This directive was amplified and clarified by OCE in 1st Indorsement to LMVBC letter of 24 April 1967, subject "Hurricane Protection - Lake Pontchartrain and Vicinity." Specifically, OCE concluded that the levee foreshore protection along the MR-GO is properly a feature of the Mississippi River-Gulf Outlet project, and the costs for such protection are, in their entirety, chargeable to that project.  OCE concluded further that the levee fore-shore protection required along the GIWW is properly a feature of the Lake Pontchartrain, La. and Vicinity, project, and hence, is subject to the 70%-30% cost sharing.  It should be noted that this decision was based on those facts pertaining to the specific projects involved and was not to be considered a precedent with the principles thereof applicable to other projects.  The PB-3's for the two projects have been revised to reflect appropriate costs for foreshore protection, and by ENGCW-OM letter dated 27 November 1967, the Appropriations Committees of the Congress were notified of the most recent estimates of total project costs for the MR-GO and Lake Pontchartrain, La. and Vicinity projects.  Copies of the above correspondence and indorse-ments thereto are included herein as appendix B.

4.    <u>Location of foreshore protection</u>.  Foreshore protection to be provided along the north bank of the MR-GO is contiguous to the Citrus Back Levee, a portion of the Lake Pontchartrain, La. and Vicinity project, which extends from a junction with flood protective works on the east bank of the Inner Harbor Navigation Canal to and through the site occupied by the Michoud Assembly Facility of the National Aeronautics and Space Administration.  The Citrus Back Levee alignment, as shown on plate 2, is adjacent to and on the north bank of the MR-GO from approximate Mile 65 to approximate Mile 60.  The design for all fore-shore protection required in connection with the Citrus Back Levee was developed in Lake Pontchartrain, La. and Vicinity, Design Memorandum No. 2, General Design, approved 29 December 1967.  A typical design section presented therein is shown on plate 2 of this memorandum.

5.    The foreshore protection required along the south bank of the MR-GO is contiguous to a reach of the modified Chalmette Area Plan Levee, an independent element of the Lake Pontchartrain, La. and Vicinity project, which extends northward from a junction with flood protective works on the east bank of the Inner Harbor Navigation Canal, thence adjacent and parallel to the MR-GO to a point approximately 5.5 miles southeast of Bayou Dupre.  This reach of the modified Chalmette

AFW-341-000000614

Par 5

Area Plan Levee, shown on plate 2, is adjacent to the MR-GO from approximate Mile 66 to approximate Mile 47.  The design for all foreshore protection required in connection with the modified Chalmette Area Plan was developed in Lake Pontchartrain, La. and Vicinity, Design Memorandum No. 3, General Design, approved 31 January 1967, and is being continued accordingly in Supplement No. 1 to General Design Memorandum No. 3, scheduled for submission in May 1968.  Typical design sections are shown on plate 2.

6.    Cost estimates.  In accordance with Lake Pontchartrain, La. and Vicinity, General Design Memorandum No. 2, the estimated cost, based on July 1967 price levels, for foreshore protection to be provided along the north bank of the MR-GO is $653,000.  This estimate consists of $566,000 for Levees and Floodwalls, $48,000 for Engineering and Design and $39,000 for Supervision and Administration.  A cost estimate to design memorandum scope for foreshore protection to be provided along the south bank of the MR-GO is available only for that portion of the foreshore protection contiguous to the Chalmette Area Plan (Lake Pontchartrain, La. and Vicinity, Design Memorandum No. 3, General Design, approved 31 January 1967) prior to modification.  The cost estimate for the remainder of the foreshore protection on the south bank of the MR-GO was presented in LMNED-PR letter dated 29 November 1966 subject, "Lake Pontchartrain, La. and Vicinity - Modification of the Chalmette Area Plan to Include Larger Area" (appendix A).  Therefore, the cost estimate for foreshore protection to be provided along the south bank of the MR-GO is comprised of the two aforementioned estimates updated to July 1967 price levels and consists of $3,941,000 for Levees and Floodwalls, $429,000 for Engineering and Design and $315,000 for Supervision and Administration.

7.    The aggregate estimated cost for the foreshore protection along the MR-GO, as previously defined, based on July 1967 price levels, is $5,338,000 which consists of $4,507,000 for Levees and Floodwalls, $477,000 for Engineering and Design and $354,000 for Supervision and Administration.  The estimate of first cost is shown in table 1 and a recapitulation of the total Corps of Engineers cost for the MR-GO project is shown in table 2.

8.    The percentages of the construction cost used herein to arrive at the Engineering and Design, and Supervision and Administration costs are the same percentages used in determining the E&D and S&A costs for the project features of the Lake Pontchartrain, La. and Vicinity project which contain the design of the foreshore protection. Further, the variation in riprap unit prices is due to the different degrees of accessibility to the construction sites.  The lesser unit price is for riprap placed on the bank directly from the supplier's barge.  The larger unit price is for riprap which must be loaded onto trucks, transported to the construction site, then placed on the bank.

3

AFW-341-000000615

TABLE 1

ESTIMATE OF FIRST COST
(Foreshore Protection, MR-GO)

| Item No. | | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| NORTH BANK (Citrus Back Levee)[1] | | | | | |
| | | | | | |
| 11 | Levees and Floodwalls | | | | |
| | Excavation | 42,000 | c.y. | $0.40 | $ 16,800 |
| | Shell | 18,500 | c.y. | 3.50 | 64,750 |
| | Riprap | 60,000 | ton | 6.50 | 390,000 |
| | Subtotal | | | | $471,550 |
| | Contingencies, 20% ± | | | | 94,450 |
| | Subtotal | | | | $566,000 |
| 30 | Engineering and Design, 8.5% ± | | | | 48,000 |
| 31 | Supervision & Administration, 6.9% ± | | | | 39,000 |
| | Total Cost Levees & Floodwalls (Foreshore Protection North Bank) | | | | $653,000 |
| SOUTH BANK (Chalmette Area Plan Excluding Chalmette Extension)[2] | | | | | |
| | | | | | |
| 11 | Levees and Floodwalls | | | | |
| | Excavation | 201,400 | c.y. | $1.00 | $201,400 |
| | Shell | 57,500 | c.y. | 3.50 | 201,250 |
| | Riprap | 206,300 | ton | 10.00 | 2,063,000 |
| | Subtotal | | | | $2,465,650 |
| | Price level increase (Aug '66 to July '67) | | | | 91,229 |
| | Subtotal | | | | $2,556,879 |
| | Contingencies, 20%, ± | | | | 511,121 |
| | Subtotal | | | | $3,068,000 |
| 30 | Engineering & Design, 10.9% ± | | | | 334,000 |
| 31 | Supervision & Administration, 8.0% ± | | | | 245,000 |
| | Subtotal | | | | $3,647,000 |
| (Chalmette Area Extension)[3] | | | | | |
| | | | | | |
| 11 | Levees and Floodwalls | | | | |
| | Excavation | 121,000 | c.y. | $1.00 | $ 121,000 |
| | Shell | 12,000 | c.y. | 3.50 | 42,000 |
| | Riprap | 54,000 | ton | 10.00 | 540,000 |
| | Subtotal | | | | $703,000 |
| | Price level increase (Nov '66 to July '67) | | | | 24,603 |
| | Subtotal | | | | $727,605 |
| | Contingencies, 20% ± | | | | 145,395 |
| | Subtotal | | | | $873,000 |
| 30 | Engineering & Design, 10.9% ± | | | | 95,000 |
| 31 | Supervision & Administration, 8.0% ± | | | | 70,000 |
| | Subtotal | | | | $1,038,000 |
| | Total Cost Levees & Floodwalls (Foreshore Protection South Bank) | | | | $4,685,000 |

4

AFW-341-000000616

TABLE 1 (cont'd)

1/ Cost (July 1967 price levels) in "Lake Pontchartrain, La. & Vicinity, GDM No. 2, Citrus Back Levee."

2/ Cost (Aug 1966 price levels) in "Lake Pontchartrain, La. & Vicinity, GDM No. 3, Chalmette Area Plan" escalated to July 1967 price levels.

3/ Cost (Nov 1966 price levels) in LMNED-PR letter dated 29 November 1966, 1966, subject, "Lake Pontchartrain, La. and Vicinity - Modification of the Chalmette Area Plan to Include Larger Area" escalated to July 1967 price levels.

TABLE 2

RECAPITULATION OF ESTIMATE FOR MR-GO PROJECT 4/

| | | |
|---|---|---|
| 02 | Relocations | $11,290,900 |
| 05 | Locks | 50,000,000 |
| 09 | Channels & Canals | 40,160,000 |
| 10 | Breakwaters & Seawalls | 41,762,800 |
| 11 | Levees & Floodwalls (foreshore protection) | 4,507,300 |
| 20 | Permanent Operating Equipment | 6,900 |
| 30 | Engineering and Design | 6,204,600 |
| 31 | Supervision and Administration | 9,067,500 |
| | TOTAL COST | $163,000,000 |

4/ Total Corps of Engineers cost as shown in PB-3 effective 1 July 1967.

9.   <u>Recommendations.</u>  Approval of the bases for inclusion of foreshore protection in the Mississippi River-Gulf Outlet project, the location of such protection, and the revised cost estimate for the overall project is recommended.

6

AFW-341-000000618



AFW-341-000000619



AFW-341-000000620

APPENDIX A


REPORT ON MODIFICATION OF THE
CHALMETTE AREA PLAN TO INCLUDE
LARGER AREA

AFW-341-000000621



# DEPARTMENT OF THE ARMY

## NEW ORLEANS DISTRICT. CORPS OF ENGINEERS
### P. O. BOX 60267
### NEW ORLEANS, LOUISIANA 70160

IN REPLY REFER TO
LMNED-PR                                             29 November 1966

SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
the Chalmette Area Plan to Include Larger Area


TO:     Acting Division Engineer, Lower Mississippi Valley
        ATTN:  LMVED-TD and LMVPD-F


1.   Reference is made to the following:

   a.  Flood Control Act of 1965 authorizing subject project.

   b.  Project document for subject project (H.Doc. 231/89th
Congress).

   c.  Design Memorandum No. 3, General Design for Lake
Pontchartrain, La. and Vicinity, Chalmette Area Plan, submitted 1
November 1966.

   d.  Flood Control Act of 1962 authorizing hurricane protection
for the Mississippi River Delta Area at and below New Orleans, Louisiana,
and Reach E, Violet to Verret, in particular.

   e.  Project document for Mississippi River Delta at and below
New Orleans, La. (New Orleans to Venice, La.) (H.Doc. 550/87th Congress).

   f.  Resolution adopted 8 May 1964 by the House Public Works
Committee authorizing a restudy of hurricane protection in St. Bernard
Parish.

   g.  Paragraph 2 of 1st Ind file LMVED-PR dated 25 February
1966 to NOD letter of 21 February 1966 subject "Review of St. Bernard
Parish, Louisiana - Plan of Survey."

   h.  Paragraph 9.b. of ER 1110-2-1150 dated 1 July 1966.

2.   Hurricane protection for the Chalmette area was authorized as
an item of the "Lake Pontchartrain, Louisiana and Vicinity," project by
the Flood Control Act of 1965 (page 5 of PL 89-298) "...substantially
in accordance with the recommendations of the Chief of Engineers in
House Document Numbered 231, Eighty-Ninth Congress, except that the
recommendations of the Secretary of the Army in that document shall
apply with respect to the Seabrook Lock feature of the project...."

AFW-341-000000622

LMNED-PR                                    29 November 1966
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity – Modification of
          the Chalmette Area Plan to Include Larger Area

3.  The recommendations of the Board as stated in paragraph 4 of
the report are as follows:

> "Subject to re-examination of the levee alignment in
> the preconstruction stage with a view to protecting addi-
> tional lands, and to certain requirements of local cooperation,
> the Board recommends authorization for construction of the
> improvements, essentially as planned by the reporting
> officers, provided...."

The Chief of Engineers concurred in the recommendations of the Board
subject to certain modifications pertaining to the Rigolets lock as a
result of a change in the interest rates.

4.  The present plan of improvement for the Chalmette area is
shown in Design Memorandum No. 3, General Design (reference 1.c.).  This
plan, also shown on the attached map, provides for protection of the
Chalmette area against a standard project hurricane (described in
paragraph 14 of the DM) having an estimated frequency of about once in
200 years.

5.  Protection for the Reach E area, Violet to Verret, against a
hurricane having a frequency of about once in 100 years was authorized as
a feature of the project "New Orleans to Venice, La.," by the Flood
Control Act of 1962.  The plan of improvement provided for raising
existing back levees from the Mississippi River at Violet to the
highway at Verret (see attached map).

6.  St. Bernard Parish interests were dissatisfied with this plan
and secured authorization for a restudy (reference 1.f.) which was
initiated in FY 1966 and is being continued in FY 1967.  At the public
hearing in Chalmette on 15 December 1965, the Parish Police Jury,
State of Louisiana, Department of Public Works, and others requested
hurricane protection for a much larger area in St. Bernard Parish
including the settlements of Caernarvon, Reggio, Delacroix, Yscloskey,
and Hopedale.  The locations of the levees proposed by the sponsors at
the public hearing are shown on the attached map.

7.  After preliminary examination of the requested levee alignment,
previous studies, and damages caused by hurricane "Betsy" (9 September
1965), it was deemed advisable to move the levee about halfway between
the requested location and the highway from Poydras to Verret because
of better levee construction conditions (Reach A-B on the inclosed map).
The area thus deleted from the proposed protected area is entirely
undeveloped marsh in which only minor enhancement benefits would be

2

AFW-341-000000623

LMNED-PR                                   29 November 1966
SUBJECT:   Lake Pontchartrain, Louisiana and Vicinity - Modification of
           the Chalmette Area Plan to Include Larger Area

obtained from hurricane protection.  It was also deemed advisable to
consider the initial plan as protection for the Poydras to Verret area
which, if added to the Chalmette area, would eliminate the need for the
return levee between the Mississippi River-Gulf Outlet spoil bank and the
Mississippi River levee at Violet, a very expensive section of levee
to construct and maintain (see reference l.c.).  The remainder of the
requested levees would be considered as increments thereto.  The plan of
survey recommending this approach was submitted 21 February 1966 and
approved 25 February 1966 (see reference l.g.).

    8.   Initial studies of the additional protection requested for St.
Bernard Parish have been essentially completed.  Maximum utilization has
been made of the data developed during preparation of the design memoran-
dum for the Chalmette area.  The levee sections and estimated con-
struction requirements and unit prices for comparable areas in the
Chalmette plan have been used for cost estimates.  Hydraulic studies
have been made to estimate levee grades.  Field reconnaissance and
hydraulic studies have been made for benefit estimates.

    9.   The net levee grade for the Chalmette area plan levee along
the spoil banks of the Mississippi River-Gulf Outlet gulfward of Paris
Road is 17.5 feet m.s.l. (plates 10 through 15 of design memorandum,
reference l.c.).  Hydraulic studies have been made and levee grades
established for the additional area under study as follows:  along the
entire spoil bank, 17.5 feet m.s.l.; Caernarvon to the highway at
Verret, 16.5 feet; Verret to spoil bank, 17.5 feet; and Verret to
Reggio, and thence along Bayou LaLoutre to the Mississippi River-Gulf
Outlet spoil bank, 17.0 feet.  Levees to these grades would provide the
same degree of protection for the entire area as that under the existing
Chalmette area plan.

    10.  The estimated cost of modifying the Chalmette area plan to
include the settlements of Caernarvon, Poydras, and Verret (by levees
A, B, C, D) in the protected area is as shown below.  A detailed
estimate of the costs is inclosed.

3

AFW-341-000000624

LMNED-PR                                    29 November 1966
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

| Item | Estimated cost |
|------|---------------|
| Levee construction | $ 9,548,500 |
| Foreshore protection along MR-GO | 703,000 |
| Drainage structure | 146,000 |
| Relocations | |
|   Highway crossings(2) | 93,800 |
|   Pipelines(7) | 295,000 |
|     Subtotal | $10,786,300 |
| Contingencies (20%+) | 2,157,700 |
|     Subtotal | $12,944,000 |
| Engineering and design | 776,000 |
| Supervision and administration | 1,099,000 |
|    Total construction cost | $14,819,000 |
| Rights-of-way | 537,000 |
| Total estimated cost of additional levees | $15,356,000(1) |
|   Less levee from Bayou Lawler (Point D) to Violet made unnecessary | 7,212,000(2) |
|    Total increased cost for additional protection | $ 8,144,000(1) |

(1) Includes $966,000 for foreshore protection along Mississippi River-
    Gulf Outlet, Reach C-D on the inclosed map.
(2) Section IV, pages 52-53 of D.M. reference 1.c.

   11.  The estimated annual charges based on the increased costs in
the preceding paragraph, a 100-year life, and an interest rate of
3-1/8% are:

| Item | | Amount |
|------|---|--------|
| Interest | | $255,000 |
| Amortization | | 12,000 |
| Maintenance and operation | | |
|   16 miles levee @ $5,000/mile | 80,000 | |
| Less: maintenance levee--Bayou Lawler | | |
|     to Violet(par. 65 D.M. ref. 1) | 42,000 | |
|    Increased levee maintenance | | 38,000 |
|    Increased annual charges | | $305,000 |

4

AFW-341-000000625

LMNED-PR                                             29 November 1966
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          The Chalmette Area Plan to Include Larger Area

12.  The benefits from the additional protection are estimated at
$359,200 average annually, consisting of $13,100 crop, $178,600 non-
crop, and $167,500 land enhancement.  A detailed computation of the
benefits is inclosed.

13.  Based on annual charges in paragraph 11 and annual benefits
in paragraph 12, the benefit-cost ratio for the protection of the addi-
tional area is 1.2.

14.  Consideration was given to extending the protection eastward
and southward of Verret generally as requested by the local sponsors
and shown on the attached map.  However, these studies indicate protection
for a larger area cannot be justified in the foreseeable future.  The
length of levee required would be relatively large in relation to the
levee eliminated and the increased area protected.  The area is
sparsely inhabited and the improvements are of low value.  Reconnaissance
scope studies show that the estimated incremental first costs and annual
charges for extending the hurricane protection from the Poydras-Verret
area to include Yscloskey (excludes Hopedale and Delacroix), generally as
shown on the inclosed map (levees B, E, F, I, C), are $18,000,000 and
$670,000, respectively.  The estimated incremental first costs and
annual charges for extending the hurricane protection from Verret to
Hopedale (levees F, G, H, I) are $28,000,000 and $1,000,000, respectively.
The average annual benefits for extending the hurricane protection
from Verret to Hopedale are only $195,000 (exclusive of Delacroix)
($5,000 crop, $140,000 non-crop,and $50,000 land enhancement).  In view
of the very small benefit-cost ratio for the area from Verret to
Yscloskey (less than 0.2), no studies were made of the levees along
Bayou Terre aux Boeufs to include Delacroix in the protected area.

15.  A survey of the highway from Poydras to Verret shows the
controlling elevation to be about 5 feet mean sea level.  Over two miles
of the highway have a controlling elevation of less than 6.0 feet m.s.l.
Hurricane "Betsy" produced stillwater elevations in excess of 10.0 feet
m.s.l. in the Poydras-Verret-Hopedale area.  The protection to be
provided under the authorized project "Reach E" is obviously inadequate
for a residential area.  In recognition of this, the State of
Louisiana, Department of Public Works, at the request of the Board of
Commissioners of the Lake Borgne Levee District, has recently (about
1 November 1966) initiated the construction of a small levee to elevation
10.0 feet m.s.l. (by dragline) from Caernarvon to Verret generally along
the alignment proposed herein and shown on the attached map.  The
alignment and levee section have been examined in this office.  The
work being accomplished, unless enlarged and raised, will soon settle

5

LMNED-PR
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

29 November 1966

until it would provide only a small amount of additional protection.
However, it will be of substantial value in expediting the construction
of the levee to the full grade and section recommended herein.  Local
interests  should be given credit for the work accomplished on their
Caernarvon to Verret levee.

16.  It is recommended that the presently approved plan of hurricane
protection for the Chalmette area contained in the general design
memorandum (reference l.c.) be modified under the authority quoted in
paragraphs 2 and 3 to provide for the construction of the levee from
Caernarvon via Verret and the Mississippi River-Gulf Outlet spoil bank
to the approved plan levee at Bayou Lawler (Point D) generally along
the alignment shown on the attached map and for the elimination of the
levee in the approved plan from Bayou Lawler to Violet ( Section IV in
reference l.c.).  This modification will increase the total estimated
cost of the Chalmette area plan from $29,552,200 to $37,697,000, which
includes $4,337,400 for foreshore protection along the Mississippi River-
Gulf Outlet (an increase of $966,000).  The estimated Federal cost will
be increased from $21,697,952 to $27,689,000 and the estimated non-
Federal cost from $7,854,236 to $10,008,000.

17.  It is further recommended that, when the modification in the
authorized plan is approved, this District be authorized to proceed
with work necessary to prepare a supplement to the general design
memorandum for the Chalmette area (reference l.c.) on the modified plan.

4 Incl (quint)
  1. Map
  2. Cost est.
  3. Benefit est.
  4. Apportionment of costs

THOMAS J. BOWEN
Colonel, CE
District Engineer

6

LMVED-TD (NOD 29 Nov 66)      1st Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  13 Dec 66

TO:  Chief of Engineers, ATTN:  ENGCW-V/ENGCW-E

1.  The recommendations of the District Engineer in paras 16 and
17 of basic communication are concurred in, subject to the comments
below.  General Design Memorandum No. 3 (reference 1c) was forwarded
to OCE by our 1st Ind, LMVED-TD, dated 1 Dec 66, on NOD letter, dated
1 Nov 66, subject:  Lake Pontchartrain, La. and Vicinity, General Design
Memorandum No. 3, Chalmette Area Plan.

2.  Para 1f, basic letter.  In connection with studies being made
in response to referenced resolution, present indications are that the
part of the area below Verret will probably have a very low B/C ratio.

3.  Para 16, basic letter.  The estimate of $29,552,200 is that
shown in General Design Memorandum No. 3 and has not been approved in
a Project Cost Estimate (PB-3).  The estimate of $37,697,000 should be
designated as approximate in view of the comment in para 5 below.

4.  Incl 1.  a.  Location of drainage structure should be shown.

b.  Upon approval of enlarged Chalmette Area, consideration
should be given to locating the east-west portion of levee A-B approximately
2,000 feet north of the recommended alignment in order to provide a
slightly better foundation and to place the levee on somewhat higher
ground.

5.  Incl 2.  It should be noted that levee fill volumes and costs
are based on data furnished in General Design Memorandum No. 3.  As
pointed out in para 5 of our 1st Ind dated 1 Dec 66, cited in para 1
above, the data and analyses presented in the GDM are not completely
adequate to permit the levee to be constructed in stages to final grade
without additional studies.  As a result, at this time we do not actually
know the volume of levee fill required to construct the levee to an
ultimate grade taking into account all future settlement and displacement.
Thus, the cost estimate for the levee is based on the best information
available at this time.

6.  Incl 4.  Upon approval of the modified plan, local interests
should be apprised of the plan including the increase in required

7

AFW-341-000000628

LMVED-TD (NOD 29 Nov 66)      1st Ind                    13 Dec 66
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity — Modification of
          the Chalmette Area Plan to Include Larger Area

non-Federal contribution and their views discussed in the proposed
supplement to the general design memorandum.

    FOR THE DIVISION ENGINEER:

4 Incl (quad)                      A. J. DAVIS
   wd 1 cy ea                      Chief, Engineering Division

Copy furnished:
   NOD, ATTN:  LMNED-PR

8

AFW-341-000000629

ENGCW-EZ                    2nd Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

Da, CofEngrs, Washington, D.C. 20315, 31 January 1967

TO:  Division Engineer, Lower Mississippi Valley Division

    1.  References:

        a.  2nd Indorsement, ENGCW-EZ, 27 October 1966, on letter LMNED-PP,
18 August 1966, subject:  "Lake Pontchartrain, Louisiana and Vicinity,
Design Memorandum No. 1, Hydrology and Hydraulic Analysis, Part I -
Chalmette."

        b.  2nd Indorsement, ENGCW-EZ, 31 January 1967 on letter LMNED-PP,
1 November 1966, subject:  "Lake Pontchartrain, Louisiana and Vicinity,
General Design Memorandum No. 3, Chalmette Area Plan."

    2.  The modification recommended by the District Engineer in
paragraph 16 of the basic letter is approved subject to the comments of
the Division Engineer, the comments in OCE 2nd indorsement referenced
in paragraph 1a above, and the following additional comment.

    3.  Since the modification involves a significant increase in the
project cost, the Appropriations Committees of Congress will have to be
notified by this office.  For this  purpose the views of local interests
on the plan and the increase in the non-Federal contribution is necessary.
It is requested that the modification be discussed with  local interests
and this office be advised of the results thereof.

    4.  Cost for Reach E, shown in orange on Inclosure No. 1, should
be stated in the supplement mentioned below, since the levee ABCD will
replace this authorized levee as well as that shown in green.

    5.  Preparation of the supplement recommended in paragraph 17 of
the basic letter  is approved.

    FOR THE CHIEF OF ENGINEERS:

wd incl
                              DANIEL D. HALL
                              Major, Corps of Engineers
                              Assistant Director of Civil Works
                                 for Mississippi Valley

AFW-341-000000630

LMVED-TD (NOD 29 Nov 66)          3d Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification
          of the Chalmette Area Plan to Include Larger Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  9 Feb 67

TO:  District Engineer, New Orleans District, ATTN:  LMNED-PR

     1.  Referred to note approval, subject to comments of 1st and
2d Indorsements.

     2.  Early action should be taken in regard to para 3, 2d Ind so
that OCE may be furnished required information prior to impending
Appropriations Hearings.  In addition to a statement setting forth
the views of local interests on the proposed modification and the
increase in local costs, the submittal should clearly show that the
modification of the Chalmette Area levee plan will obviate the need
for the "Reach E" feature of the New Orleans to Venice hurricane
protection project at a saving of $_____ to that project.
Furthermore, the modified levee plan will eliminate the Bayou Lawler
to Violet segment of the Chalmette Area as now planned at a saving
of $_____.  This proposed addition to the Chalmette Area will
provide protection to all areas in St. Bernard Parish that can be
economically justified at this time.

          FOR THE DIVISION ENGINEER:


                              A. J. DAVIS
                              Chief, Engineering Division

10

AFW-341-000000631

LMNED-PP (NOD 29 Nov 66)          4th Ind
SUBJECT: Lake Pontchartrain, Louisiana and Vicinity - Modification
          of the Chalmette Area Plan to Include Larger Area

DA, New Orleans District, CE, New Orleans, La.  70160     23 Feb 67

TO:  Division Engineer, Lower Miss. Valley, CE, ATTN:  LMVED-TD

     1.   In accordance with paragraph 3 of the 2d Indorsement, the
State of Louisiana, Department of Public Works, which was designated by
the Governor of Louisiana on 2 November 1965 as "...the agency to
coordinate the efforts of local interests and to see that the local
commitments are carried cut promptly....," was requested to comment on
the acceptability of the subject modification to local interests and
their willingness to provide an additional local contribution therefor
of approximately $2,150,000, inclusive of the value of lands, damages,
relocations, and a cash contribution (or equivalent work) amounting to
$1,080,000.  A copy of our telegraphic request is inclosed.

     2.   By letter dated 13 February 1967, the Department of Public
Works concurred in the modification and gave assurance  that "...the
requirements made of local interests will be carried out by the appro-
priate local governmental units."  A copy of this response is inclosed.

     3.   The modified Chalmette Area Plan will extend hurricane pro-
tection to all areas in St. Bernard Parish for which such protection
can be economically justified at this time.  Since the entire Reach "E"
feature of the "New Orleans to Venice, La.," project is located within
the protected area of the modified Chalmette Area Plan, construction of
this plan will, in addition to producing other benefits, generate all of
the benefits realizable through construction of the Reach "E" feature,
thus obviating the need for construction of the feature at a saving of
$1,316,000 ($921,900 Federal, $394,100 non-Federal, based on PB-3
approved 2 June 1966).  In addition, the return levee along Bayou Dupre,
a segment of the Chalmette Area Plan as originally authorized, is not
required with the modified plan, and its elimination results in an addi-
tional saving of $7,212,000 ($5,048,400 Federal and $2,163,600 non-
Federal, based on DM No. 3, 1 November 1966).

2 Incl (dupe)                          THOMAS J. BOWEN
  5. NOD telegram LMNED-PP-6,          Colonel, CE
     7 Feb 67                          District Engineer
  6. DPW ltr dtd 13 Feb 67

11

AFW-341-000000632

LMVED-TD (NOD 29 Nov 66)          5th Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity – Modification of
          the Chalmette Area Plan to Include Larger Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  27 Feb 67

TO:  Chief of Engineers, ATTN:  ENGCW-EZ

    Information requested by OCE 2d Ind is forwarded for your
information.  To avoid misinterpretation of the last sentence of
para 3, 4th Ind, and to correct minor discrepancies, a summary of
costs rounded to nearest $1,000 is furnished below.

### Cost of Modifying Chalmette Area Plan

| | |
|---|---|
| Total Const. Cost | $14,819,000 |
| Right of Way | 537,000 |
| Total Cost | $15,356,000 |
| Less Levee Violet to Point D | 7,212,000 |
| Total Cost of Modifying Plan | $ 8,144,000 |

### Cost of Chalmette Area Plan as Modified

| | |
|---|---|
| Total Cost of Modified Plan | $37,697,000 |
| Previous Estimate | 29,553,000 |
| Increase | $ 8,144,000 |
| Federal Cost of Modified Plan | $27,689,000 |
| Previous Estimate | 21,698,000 |
| Increase | $ 5,991,000 |
| Non-Federal Cost of Modified Plan | $10,008,000 |
| Previous Estimate | 7,854,000 |
| Increase | $ 2,154,000 |

### Additional Saving

Elimination of Reach E of New Orleans to Venice
Hurricane Protection Project

| | |
|---|---|
| Total Savings | $ 1,316,000 |
| Federal Cost | $   922,000 |
| Non-Federal Cost | $   394,000 |

    FOR THE DIVISION ENGINEER:

2 Incl
  Dupe cy wd

Copy furnished:
  NOD, ATTN:  LMNED-PP

                              GEORGE B. DAVIS
                              Acting Chief, Engineering Division

AFW-341-000000633

ENGCW-EZ (LMNED-PR, 29 Nov 66)   6th Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

DA, CofEngrs, Washington, D.C. 20315, 12 April 1967

TO:  Division Engineer, Lower Mississippi Valley Division

    1.  Reference is made to letter, LMVED-A, 21 March 1966, subject:
"Hurricane Protection - Lake Ponchartrain and Vicinity - Chalmette
Area" and 1st indorsement, ENGCW-OM, 15 April 1966 thereon.

    2.  The construction costs presented in the 4th and 5th indorsements
and in the GDM (DM #3) include costs for riprap foreshore protection along
the Mississippi River - Gulf Outlet reach of the project.  1st indorsement
ENGCW-OM, 15 April 1966, referenced in paragraph 1 above, directed that
these costs be charged to the navigation project (MR-GO) as a Federal cost
for wave protection.  These costs, including the modified plan, are in
excess of $4,000,000.  The estimated costs should be adjusted by the District
and revised estimates submitted to OCE, together with draft of letters to
Congressional Committees. Since the riprap should be included in the Gulf
Outlet (MR-GO) project, the necessary revisions to the design memorandum
for the Gulf Outlet project should be made, or a supplement be prepared,
and furnished OCE.

    FOR THE CHIEF OF ENGINEERS:


wd incl                                 WENDELL E. JOHNSON
                                        Chief, Engineering Division
                                        Civil Works

13

AFW-341-000000634

LMVED-TD (NOD 29 Nov 66)          7th Ind
SUBJECT:   Lake Pontchartrain, Louisiana and Vicinity - Modification of
           the Chalmette Area Plan to Include Larger Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  2 May 67

TO:  District Engineer, New Orleans, ATTN:  LMNED-PR

    1.  Referred for necessary action.

    2.  The question of charging the cost of riprap protection along
the GIWW has been submitted to OCE by letter, LMVBC, SUBJECT:   Hurricane
Protection, Lake Pontchartrain and Vicinity, 24 Apr 67  for guidance.
You will be advised when a decision is reached.

       FOR THE ACTING DIVISION ENGINEER:


                                   George B. Davis
                                   GEORGE B. DAVIS
                                   Acting Chief, Engineering Division

14

AFW-341-000000635

LMNED-PP (NOD 29 Nov 66)          8th Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

DA, New Orleans District, CE, New Orleans, La.  70160   14 Jul 67

TO:  Division Engineer, Lower Miss. Valley, CE, ATTN:  LMVED-TD & LMVBC

     1.   In addition to the prior elements of this chain, reference is
made to LMVBC letter dated 24 April 1967, subject "Hurricane Protection -
Lake Pontchartrain and Vicinity," and 1st through 3d Indorsements thereto.

     2.   Forwarded herewith are the following:

          a.   Draft of proposed letter from the Chief of Engineers
to the Special Assistant to the Secretary of the Army for Civil
Functions explaining the inclusion of foreshore protection costs in the
"Mississippi River-Gulf Outlet, La.,"project.

          b.   Draft of proposed letter from the Special Assistant to
the Director, Bureau of the Budget, transmitting a draft of proposed
letters to the Public Works and Appropriations Committees of the
United States Congress notifying them of the increase in cost of the
"Mississippi River-Gulf Outlet, La.," project as a result of including
foreshore protection in the plan of improvement, and requesting
information as to whether there is any objection by the Bureau to the
submission of the proposed letters to the respective committees.

          c.   Draft of proposed letter to the Committees.

     3.   Design for a portion of the foreshore protection has been
covered in the general design memorandum (No. 3) for the Chalmette Area
Plan.  Inasmuch as the foreshore protection is more or less integral
to and must be coordinated with the levee construction, it is planned
to cover the design of the remaining foreshore protection in the general
design memorandum for the Lake Pontchartrain Barrier Plan (No. 2) and in
Supplement No. 1 to the general design memorandum for the Chalmette Area
Plan.  In addition a very brief letter-type supplement to the general
design memorandum for the Mississippi River-Gulf Outlet (MR-GO) will
be prepared and submitted for approval.  This supplement, which will
present the bases for inclusion of foreshore protection in the MR-GO
project, the location of such protection, and a revised cost estimate
for the overall project, will be prepared and submitted for approval
after the notification of the Congressional Committees has been
effected.

15

AFW-341-000000636

LMNED-PP (NOD 29 Nov 66)          8th Ind (contd)          14 Jul 67
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity – Modification of
          the Chalmette Area Plan to Include Larger Area

    4.   Approval of the course of action outlined in paragraph 3.
above is recommended.

3 Incl (dupe)                        GEORGE H. HUDSON
  7, 8, & 9  as listed  w/i      Acting District Engineer

16

AFW-341-000000637

LMVED-TD (NOD 29 Nov 66)          9th Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  14 Aug 67

TO:  Chief of Engineers, ATTN:  ENGCW-EZ

1.  In our opinion the drafts of letters as prepared by the New
Orleans District, mentioned in paragraph 2, 8th Ind, are not fully
responsive to the request of the Chief of Engineers in his 2d and 6th
Ind.  Actually there are 3 projects being modified under the discretionary
authority of the Chief of Engineers.  Modification of the Chalmette Area
affects both the Lake Pontchartrain and Vicinity project and the New
Orleans to Venice project.  Modification of the Mississippi River-Gulf
Outlet project includes levee protection affecting the Lake Pontchartrain
and Vicinity project.  In addition the New Orleans to Venice project is
being modified because of need to change net levee grade and construct
levees on modified alignments.  Thus, it is our opinion that each of
these projects should be covered separately but concurrently.  For this
reason we are forwarding for each of the three projects the following:

a.  Draft of proposed letter from the Chief of Engineers to the
Special Assistant to the Secretary of the Army for Civil Functions.

b.  Draft of proposed letter from the Special Assistant to the
Director, Bureau of the Budget.

c.  Draft of proposed letter to the Committees.

2.  The course of action outlined in paragraph 3 of 8th Ind is
concurred in except we recommend proceeding with preparation of the
supplement to the general design memorandum for the Mississippi River-
Gulf Outlet project without waiting for notification of the Congressional
Committee.
                    ACTING
          FOR THE/DIVISION ENGINEER:


                              A. J. DAVIS
9 Incl (dupe)                 Chief, Engineering Division
   wd Incl 7, 8, and 9
   Added:  10 thru 18, as listed

Copy furnished:
   NOD, ATTN:  LMNED-PP

17

AFW-341-000000638

ENGCW-EZ (LMNED-PR, 29 Nov 66)        10th Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity - Modification of
          the Chalmette Area Plan to Include Larger Area

DA, CofEngrs, Washington, D. C., 20315, 16 November 1967

TO:  Division Engineer, Lower Mississippi Valley Division

     1.  The action indicated in paragraph 2 of the 9th indorsement
is satisfactory.

     2.  It is proposed to notify the Committees of Congress at an
early date of the modifications of the projects, indicated in para-
graph 1 of the 9th indorsement, which are considered to be within
the discretionary authority of the Chief of Engineers.

     FOR THE CHIEF OF ENGINEERS:


wd  Incls                         WENDELL E. JOHNSON
                                  Chief, Engineering Division
                                  Civil Works


18

AFW-341-000000639

LMVED-TD (NOD 29 Nov 66)                11th Ind
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity — Modification of
          the Chalmette Area Plan to Include Larger Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  22 Nov 67

TO:  District Engineer, New Orleans, ATTN:  LMNED-PP

     Referred to note approval of action indicated in 9th Indorsement.

     FOR THE DIVISION ENGINEER:


                                   A. J. DAVIS
                                   Chief, Engineering Division

19

AFW-341-000000640



**DEPARTMENT OF THE ARMY**

**LOWER MISSISSIPPI VALLEY DIVISION**

**CORPS OF ENGINEERS**

VICKSBURG, MISSISSIPPI 39180

IN REPLY REFER TO:    LMVED-A                                              21 March 1966

SUBJECT:   Hurricane Protection - Lake Pontchartrain and Vicinity -
           Chalmette Area


TO:     Chief of Engineers
        ATTN:  ENGCW-V




    1.  In telephone conversation 3 March 1966, Colonel Kristoferson
informed me that Judge Perez, in discussion with General Cassidy and
him on 2 March, expressed concern that the project for the Chalmette
area includes charges to local interests for bank protection work.
Judge Perez felt that this was not a cost of hurricane protection, but
a navigation cost to protect the levees against wave wash.

    2.  Although the protection is referred to as "bank protection"
and "foreshore protection" in the authorizing document (HD/231/89/1),
the work to which Judge Perez refers consists of riprap slope protec-
tion on the hurricane protection levee.  The riprap protection will be
placed on the channelside of a Mississippi River-Gulf Outlet retaining
dike which will become the channelward edge of the stability berm of
the hurricane levee.

    3.  The foreshore distance between the Gulf Outlet Channel and the
retaining dike is some 500 feet, and the intervening area is covered
with a thick growth of marsh grass.  Therefore, no foreshore protection
or slope paving is required or included in the Outlet project to prevent
silting of the Outlet Channel due to wave action on the retaining dike.

    4.  The riprap paving is required to protect the levee berm from
wind-generated and vessel-generated waves during high tide periods.
Similar slope protection is provided for all other channel and lakeside
levees in the hurricane protection project.  The existence of the
Mississippi River-Gulf Outlet dictates the location of that part of the
Chalmette hurricane levee paralleling the Outlet and adds to the
exposure of the levee.  It is understandable that local interests would
contend that the Outlet project should bear some part of the cost of
the riprap protection.  However, the benefits from the hurricane levee
will include the prevention of flood damages and will allow considerable

AFW-341-000000641

LMVED-A
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity -
          Chalmette Area

21 March 1966

enhancement in the protected area.  No benefits will accrue to the Gulf
Outlet Channel because of the levee construction other than those that
might stem from industrial development which could conceivably take
place within the Chalmette area after it is afforded a higher degree of
protection by the levee.

    5.  In light of the conditions discussed above, it is my belief
that the levee slope protection along the Mississippi River-Gulf Outlet
Channel is properly chargeable to the Lake Pontchartrain, La., and
Vicinity hurricane protection project.  However, in view of the
divergent views expressed by local interests in direct contacts with
your office, your ruling on this matter is requested.

ELLSWORTH I. DAVIS
Major General, USA
Division Engineer

Copy furnished:
    New Orleans District

2

AFW-341-000000642

ENGCW-OM (21 Mar 66)                    1st Ind
SUBJECT:  Hurricane Protection - Lake Pontchartrain & Vicinity-Chalmette Area

DA, CofEngrs, Washington, D. C.      15 April 1966

TO:  Division Engineer, Lower Mississippi Valley

    As indicated in the authorizing document, riprap foreshore protection
against erosion by wave wash from shipping was included as a part of the
levee plan for the Chalmette Area.  It is considered that the portion of
the riprap costs that is required for such purposes should be charged to
the navigation project as a Federal cost for wave protection.

    FOR THE CHIEF OF ENGINEERS:


                          JACKSON GRAHAM
                          Major General, USA
                          Director of Civil Works

Copy furnished:
  New Orleans District

3

AFW-341-000000643

S-27 May 66

LMVED-T (LMVD 21 Mar 66)          2d Ind
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity -
          Chalmette Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  25 Apr 66

TO:  District Engineer, New Orleans District, ATTN:  LMNED

    1.  Reference is made to letter, ENGCW-OM, OCE, 15 April 1966, to
the Honorable Allen J. Ellender, United States Senate.

    2.  The Chief of Engineers has stated in the referenced letter and
has ruled in the preceding 1st Ind that the portion of riprap costs
required to protect against erosion by wave wash from shipping should
be charged to the navigation project.  You should prepare and submit
for approval by 27 May 1966 a breakdown of the riprap foreshore and
levee slope protection costs, proportioned between the hurricane-flood
protection project and the navigation project.

                              ELLSWORTH I. DAVIS
                              Major General, USA
                              Division Engineer

4

AFW-341-000000644

LMNED-PP (LMVD 21 Mar 66)          3d Ind
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity -
          Chalmette Area

DA, New Orleans District, CE, New Orleans, La.  70160   26 May 66

TO:  Division Engineer, Lower Miss. Valley Division, CE, ATTN:  LMVED-T

   1.   Estimates requested in 2d Ind are forwarded herewith.

   2.   The decision of the Chief of Engineers in the 1st Ind is noted
and understood.  We note a number of implications of interest insofar as
the decision is concerned and offer the following observations thereon.

   3.   The Mississippi River-Gulf Outlet was authorized long before
the Chalmette levee was even planned; hence, it seems strange that the
Outlet should be burdened with any construction which is subsequently
planned.  The levee could have been planned at a more remote location
where no wavewash hazard would be involved; however, the optimum benefits
and costs are derived from a location close to the outlet channel.  At this
location, the maximum protected area is made available and the considerable
benefit of utilizing the spoil bank from the outlet channel is enjoyed,
despite the possible hazard of wavewash.

   4.   The principle of having a project assume the financial burden
of a subsequently authorized project may result in many of our marginal
projects being forced into a category of less than unity benefit-cost
ratio by virtue of factors that could not possibly have been evaluated
when the project was presented to the Congress.  The application of the
principle is equivalent to making the Mississippi River navigation project
bear the cost of levee slope paving in the MR&T project, or of the Gulf
Intracoastal Waterway bearing the cost of the locks which were required in
previously authorized waterways in order to permit the levees to be extended
to protect additional land areas.

   5.   This principle is in no wise comparable to that of taking action
to correct an unforeseen condition which has been brought on by the
functioning of a project.  In the subject instance, no action would be
required until the Chalmette levee is constructed, hence the levee proj-
ect should be complete within itself.  The application of the cost shifting
principle violates the cardinal principle of incremental justification and
could be utilized to bring an unfavorable benefit-cost ratio to above
unity by having a completed project bear a part of the cost; however, such
action would bring up many awkward funding problems, particularly where
fully completed projects are involved.

1 Incl
   Table I (dupe)

THOMAS J. BOWEN
Colonel, CE
District Engineer

5

TABLE I

### LAKE PONTCHARTRAIN, LA. & VICINITY
### COSTS FOR WAVEWASH AND FORESHORE PROTECTION

**I.   NAVIGATION PURPOSE**

    1.   Citrus back levee

| | |
|---|---:|
| Construction | $1,555,365.00 |
| E&D | 115,720.00 |
| S&A | 99,100.00 |
| | $1,770,185.00 |

    2.   New Orleans East Back levee

| | |
|---|---:|
| Construction | $ 783,130.00 |
| E&D | 58,265.00 |
| S&A | 49,885.00 |
| | $ 891,280.00 |

    3.   Chalmette back levee

| | |
|---|---:|
| Construction | $1,949,430.00 |
| E&D | 212,490.00 |
| S&A | 155,950.00 |
| | $2,317,870.00 |

TOTAL, NAVIGATION PURPOSE      $4,979,335.00

**II.  HURRICANE PROTECTION PURPOSE**

    1.   St. Charles Parish

| | |
|---|---:|
| Construction | $2,184,130.00 |
| E&D | 238,070.00 |
| S&A | 174,730.00 |
| | $2,596,930.00 |

    2.   Jefferson Parish

| | |
|---|---:|
| Construction | $ 552,400.00 |
| E&D | 57,400.00 |
| S&A | 43,800.00 |
| | $ 653,600.00 |

    3.   Citrus lakefront levee

| | |
|---|---:|
| Construction | $1,409,800.00 |
| E&D | 104,890.00 |
| S&A | 89,800.00 |
| | $1,604,490.00 |

AFW-341-000000646

TABLE I (cont'd)

II.  HURRICANE PROTECTION PURPOSE (cont'd)

    4.  N.O. East lakefront levee
        Construction                    $2,368,270.00
        E&D                                176,200.00
        S&A                                150,860.00
                                        $2,695,330.00

    5.  Rigolets levees & closure dams
        Construction                    $1,834,880.00
        E&D                                165,140.00
        S&A                                135,780.00
                                        $2,135,800.00

    6.  Chef Menteur levees & closure dam
        Construction                    $  428,340.00
        E&D                                 38,550.00
        S&A                                 31,700.00
                                        $  498,590.00

TOTAL, HURRICANE PROTECTION PURPOSE     $10,184,740.00

TOTAL, WAVEWASH AND FORESHORE PROTECTION $15,164,075.00

LMVDE (LMVD 21 Mar 66)            4th Ind
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity -
          Chalmette Area

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  15 Jun 66

TO:  Chief of Engineers, ATTN:  ENGCW

    1.  I concur in the concern of the District Engineer.

    2.  This item was discussed with Major General R. G. MacDonnell
during the recent Command Inspection of LMVD.

    3.  No further action is contemplated by this office.

                                ELLSWORTH I. DAVIS
1 Incl                          Major General, USA
   wd 1 cy                      Division Engineer


Copy furnished:
   NOD, ATTN:  LMNED-PP

6

AFW-341-000000648

1507-03 (Lake Pontchartrain)  18 Jul 66

ENGCW-OM (21 Mar 66)                    5th Ind
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity -
          Chalmette Area

DA, CofEngrs, Washington, D. C. 20315, 6 July 1966

TO:  Division Engineer, Lower Mississippi Valley Division

     The concern of the Division and District Engineers that the decision
made in this case may have serious implications if applied to other projects
in the future, is appreciated.  However, this particular decision was
based on those facts pertaining to the specific projects involved and it
was not intended that it be considered a precedent with the principles
thereof applicable to other projects.  If any similar cases develop they
will be treated independently and without regard to this decision.

     FOR THE CHIEF OF ENGINEERS:

1 Incl
  w/d
                                        W. G. WOODBURY, JR.
                                        Brigadier General, USA
                                        Acting Director of Civil Works

CC:  NEW ORLEANS DISTRICT

LMVED (LMV 21 Mar 66)                   6th Ind

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  18 July 66

TO:  District Engineer, New Orleans District, ATTN:  LMNED

                                        A.S.D.

7

AFW-341-000000649



# DEPARTMENT OF THE ARMY

## LOWER MISSISSIPPI VALLEY DIVISION, CORPS OF ENGINEERS
### VICKSBURG, MISSISSIPPI 39180

IN REPLY REFER TO: LMVBC                                    24 April 1967

SUBJECT: Hurricane Protection - Lake Pontchartrain and Vicinity

TO:       Chief of Engineers
          ATTN: ENGCW-V & ENGCW-PR

1. Reference is made to the following:

   a. Lower Mississippi Valley Division letter of 21 March 1966,
subject: Hurricane Protection - Lake Pontchartrain and Vicinity - **Chalmette**
Area.

   b. New Orleans District letter of 29 November 1966, subject:
Lake Pontchartrain, La., and Vicinity - Modification of the Chalmette
Area Plan to Include Larger Area.

   c. House Document No. 231, 89th Congress, 1st Session, Lake
Pontchartrain and Vicinity, La.

2. In first indorsement to Reference a. the Chief of Engineers
considers that the portion of the cost that is required for riprap fore-
shore protection against erosion from wavewash from shipping should be
charged to the navigation project as a Federal cost for wavewash pro-
tection. Obviously, the navigation project referred to is the
Mississippi River-Gulf Outlet project.

3. In third indorsement to Reference a. the New Orleans District
Engineer furnished an estimate of the costs for wavewash and foreshore
protection chargeable to the navigation purpose. This estimate includes
wavewash and foreshore protection for the Citrus back levee, the New
Orleans East back levee, and the Chalmette back levee which are identified
as the levees paralleling and adjacent to the Gulf Intracoastal Waterway
and the Mississippi River-Gulf Outlet project as shown on Plate 3 of
Reference c. In fifth indorsement to Reference a. the Chief of Engineers
states that this particular decision (i.e., the decision in first indorse-
ment) was based on those facts pertaining to the specific projects involved.
Thus, the projects involved are the Lake Pontchartrain and Vicinity
Hurricane Protection project, the Mississippi River-Gulf Outlet project,
and the Gulf Intracoastal Waterway project.

AFW-341-000000650

LMVBC                                                24 April 1967
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity

4.  Reference b. discusses enlargement of the Chalmette area and in paragraph 10 sets forth an additional cost of $966,000 for foreshore protection along the Mississippi River-Gulf Outlet in Reach C-D.  Paragraph 16 of Reference b. states that the modification of the Chalmette area will increase the total estimated cost of the Chalmette area plan from $29,555,200 to $37,697,000, which includes $4,377,400 for foreshore protection along the Mississippi River-Gulf Outlet.

5.  The sixth indorsement to Reference b. indicates that the costs for riprap foreshore protection along the Mississippi River-Gulf Outlet reach of the project are in excess of $4 million.

6.  It is our opinion, based on the above correspondence, that the costs of foreshore and wavewash protection to be provided along the north side of the Mississippi River-Gulf Outlet and the Gulf Intracoastal Waterway in the Citrus and New Orleans East areas and along the south side of the Mississippi River-Gulf Outlet in the Chalmette area are to be borne by the Federal government and are chargeable to the navigation projects.

7.  There will be no difficulty in charging the cost of riprap protection to be placed adjacent to the Mississippi River-Gulf Outlet Navigation project to that project since it is still in a construction status.  However, the remaining riprap in the Citrus area, and that in the New Orleans East area are adjacent to the Gulf Intracoastal Waterway which is a completed project and for which construction funds are not available.  The cost of this protection cannot be charged to the Gulf Intracoastal Waterway without reopening the project, and since there are no other navigation projects in the area to bear the cost, your guidance is needed as to the funding of this portion of the riprap protection.

8.  In summary, the cost of the riprap protection is approximately $7 million at January 1966 price levels and ordinarily would be charged to the navigation projects as shown below:

|  | Cost | Charge to |
|---|---|---|
| Citrus Back Levee | $1,770,185 | Miss. R.-Gulf Outlet and G.I.W.W. |
| New Orleans East Back Levee | 891,280 | G.I.W.W. |
| Expanded Chalmette Area | 4,337,400 | Miss. R.-Gulf Outlet |
| Total | $6,998,865 (Say $7 million) | |

2

AFW-341-000000651

LMVBC                                               24 April 1967
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity

9.  It is proposed to increase the cost of the Mississippi
River-Gulf Outlet project by $6 million (rounded) to provide for the
riprap protection.  Your concurrence in this action and in our opinion
expressed in paragraph 6 above is requested, as well as guidance on
the procedure to be followed in charging the costs of riprap protection
for part of the Citrus area back levee and all of the New Orleans East
back levee.

       FOR THE DIVISION ENGINEER:


Copy furnished:                   MARSHALL E. BUSH
  New Orleans Dist               Chief, Program Development Office

3

AFW-341-000000652

ENGCW-B (24 Apr 67)          1st Ind
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity

DA, OCofEngrs, Washington, D. C. 20315, 26 May 1967

TO:  Division Engineer
     Lower Mississippi Valley Division

     1.  Based on discussions between the Division Engineer and members
of the OCE staff, it has been determined that the costs of the riprap
foreshore protection indicated below should be charged to the Mississippi
River-Gulf Outlet project and included as part of the Federal cost of
that project:

          a.  For the entire portion of the levee of the Chalmette Unit
fronting the Mississippi River-Gulf Outlet project.

          b.  For the back levee of the Citrus Unit from the S.W. corner
to Station 507+44.6.

     2.  The balance of the back levee of the Citrus Unit and the back
levee of the New Orleans East Unit are not affected by wavewash from the
Mississippi River-Gulf Outlet.

     3.  The above decision should be reflected in your reply to the 6th
Indorsement of 12 April 1967, subject:  "Lake Pontchartrain, Louisiana
and Vicinity, Modification of the Chalmette Area Plan to Include Larger
Area," which should be submitted promptly so that the appropriate
Committees of Congress can be notified.  In addition, the drafts of the
letters to the Committees should give the amount of the increase in the
Gulf Outlet project cost as a result of the above decision.

          FOR THE CHIEF OF ENGINEERS:

                              H. G. WOODBURY, JR.
                              Brigadier General, USA
                              Director of Civil Works

                              4

LMVBC (24 Apr 67)                    2nd Ind
SUBJECT:  Hurricane Protection - Lake Pontchartrain and Vicinity

DA, Lower Miss. Valley Div, CE, Vicksburg, Miss.  39180  9 June 1967

TO:  District Engineer, New Orleans

    1.  The determination made in paragraph 1 of the Chief of Engineers
1st Indorsement will require a revision in the PB-3 now being prepared
for the Mississippi River-Gulf Outlet project.  You should include the
cost of riprap protection in accordance with that determination.

    2.  The statement in paragraph 2 of the preceding indorsement
concerning the balance of the back levee of the Citrus unit and the
back levee of the New Orleans East unit was further discussed with the
Chief of Engineers on this date.  It is the intent of the Chief of
Engineers to require funding for this work within the Lake Pontchartrain
project.

    3.  Based on the determinations made, and as further clarified by
this indorsement, you should comply with the instructions issued in
paragraph 3 of the Chief's indorsement.

        FOR THE DIVISION ENGINEER:

                                    MARSHALL E. BUSH
                                    Chief, Program Development Office

Copy furnished:
  OCE, ATTN:  ENGCW-B

5

AFW-341-000000654

1507-03    (Lake Pontchartrain)

LMNED-PP (24 Apr 67)            3d Ind                           19 Jul 67
SUBJECT: Hurricane Protection - Lake Pontchartrain and Vicinity   Chatry/kn/239

DA, New Orleans District, CE, New Orleans, La.  70160   19 Jul 67

TO: Division Engineer, Lower Miss. Valley, CE, ATTN: LMVBC

    Action directed in paragraph 3 of 1st Ind of this chain was taken

in 8th Ind dated 14 Jul 67 to LMNED-PR ltr dtd 29 Nov 1966 subject

"Lake Pontchartrain, La. and Vicinity - Modification of the Chalmette

Area Plan to Include Larger Area."

    FOR THE DISTRICT ENGINEER:

                                                          Mask

                         GEORGE H. HUDSON
                         Chief, Engineering Division       Hudson

                                                          67-1132

AFW-341-000000655

4507-03 (Projects & Programs)   27 Nov 67

ENGCW-OM                                    2 7 November 1967

Honorable Carl Hayden
**Chairman, Committee on Appropriations**
**United States Senate**
Washington, D. C.  20510

Dear Mr. Chairman:

This letter is to advise you of an increase in estimated Federal
costs for three closely related projects in the New Orleans, Louisiana
area, namely the Lake Pontchartrain and Vicinity Hurricane Protection
project; the New Orleans to Venice Hurricane Protection project; and the
Mississippi River-Gulf Outlet Navigation project.  These increases result
primarily from approval of project modifications by the Chief of Engineers.

The Lake Pontchartrain and Vicinity, Louisiana, Hurricane Protection
project was authorized by the Flood Control Act of 1965 (H. Doc. 231,
89th Congress, 1st Session).  This project, which will provide protection
from hurricane generated floods, consists of two units, the Lake Pont-
chartrain barrier plan and the Chalmette area plan.  The authorizing
document provides for reexamination of the levee alignment during the
preconstruction planning stage with a view to protecting additional lands.
The preliminary results of the study for hurricane protection in St. Bernard
Parish initiated under a resolution for the review of hurricane protection
in that parish indicated conclusively that expansion of the Chalmette area
plan to encompass additional areas including the area between Violet and
Verret (Reach E of the New Orleans to Venice project) were fully justified
and should be incorporated into the project plan for the Chalmette area.
Conditions experienced during hurricane Betsy in 1965 resulted in the
development of new hurricane parameters with the result that net levee
grades have been increased.  The increased levee height requirement has
necessitated the realignment of levees and other structural modifications.
The most recent estimate of the Federal cost of the modified project for
Lake Pontchartrain and Vicinity Hurricane Protection is $92,598,000, an
increase of $20,927,500 over the amount previously reported to Congress in
connection with the Fiscal Year 1968 Budget.   The B/C ratio is 13.5 to 1.

AFW-341-000000656

ENGCW-OM                                                    27 November 1967
Honorable Carl Hayden

    The New Orleans to Venice, Louisiana, Hurricane Protection project
was authorized by the Flood Control Act of 1962 (H. Doc. 550, 87th
Congress, 2d Session).  This project will provide for hurricane protection
on four reaches of the Mississippi River below New Orleans by increasing
the height and section of the existing back levees and other improvements.
Conditions experienced during Hurricane Betsy in 1965 resulted in the
development of new hurricane parameters with the result that the net levee
grades have been increased from about 13.5 feet to 15.0 feet.  In certain
reaches, the increased levee height requirement made necessary the realign-
ment of levees and other structural modifications.  As indicated heretofore,
Reach E was eliminated from this project and incorporated into the Lake
Pontchartrain and Vicinity Project.  As a result of the above changes, the
estimate of the Federal cost of the modified project for New Orleans to
Venice Hurricane project is $24,064,000, an increase of $15,014,000 over
the amount previously reported to Congress in connection with the Fiscal
Year 1968 Budget.  The B/C ratio is 2.5 to 1.

    The Mississippi River-Gulf Outlet project was authorized by Public
Law 455, 84th Congress, approved 29 March 1956 (H. Doc. 245, 82d Congress,
1st Session).  At the time this project was authorized there existed,
within the city of New Orleans, levees of substantial dimensions extending
along both banks of the project navigation canal.  Construction of the
navigation project exposed these levees and the foreshore between them
and the channel to direct attack with resultant damage from waves generated
by seagoing vessels utilizing the waterway.  The navigation project should
have included adequate provisions for protecting these levees and their
foreshore from this damage.  In addition, this protection will be necessary
to protect the new levees which will be constructed for sections of the
Lake Pontchartrain and Vicinity Hurricane Protection project located
adjacent to this ship channel.  In view of this, as a mitigating measure,
the plan for Mississippi River-Gulf Outlet project has been modified to
provide wave wash protection for approximately 6 miles of levees and
foreshore on the north bank of the channel and about 18 miles of levees
and foreshore along the south bank.  The authorization provided that
replacement of the existing Industrial Canal lock or an additional lock
be constructed when economically justified by obsolescence of the existing
lock or by increased traffic.  Recent studies have shown that replacement
of the lock will apparently be justified and therefore it is being included

<center>2</center>

AFW-341-000000657

ENGCW-OM                                          27 November 19__
Honorable Carl Hayden

in the project. The most recent estimate of the Federal cost of the
modified project for Mississippi River-Gulf Outlet navigation is $1_3,000,000
an increase of $_4,_00,000 over the amount previously reported to Congress
in connection with the Fiscal Year 19__ Budget. Included in this increase
is $5,3_7,000 for wave wash protection and $5_,_00,000 for planning and
construction of the additional lock. The B/C ratio is 1.5 to 1.

        A similar letter is being sent to the Chairman of the House Committee
on Appropriations.

                             Sincerely yours,




                             H. G. WOODBURY, JR.
                             Brigadier General, USA
                             Director of Civil Works




Copy furnished:
  Lower Mississippi Valley Division
  New Orleans District




                                  3

AFW-341-000000658