U. S. ARMY CORPS OF ENGINEERS

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA

GENERAL DESIGN MEMORANDUM NO. 2
SUPPLEMENT NO. 4
FORESHORE PROTECTION

Prepared in the Office of the District Engineer
New Orleans District, Corps of Engineers

April 1968

7

NED-095-000000321

LMNED-PP (NOD 29 Apr 68)  4th Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, New Orleans District, Corps of Engineers, PO Box 60267, New Orleans, La. 70160   27 Nov 68

TO:  Division Engineer, Lower Mississippi Valley, ATTN:  LMVED-TD

1. The proposed disposition of comments contained in the 1st Ind of this chain of correspondence is as follows:

    a. <u>Par. 2.a.</u>  Whether or not the current study of channel size results in the MR-GO being enlarged to 50 feet by 750 feet, the foreshore protection can be placed as recommended in paragraph 1.c. below. Construction of the foreshore protection will not commence until the study is completed.

    b. <u>Par. 2.b.</u>  In view of the thickness of the organic material along the MR-GO, it is impracticable to extend the foreshore protection to firm material. However, construction of the foreshore protection dike which will consist of 1.75 feet of riprap on 0.75 feet of shell placed on a 1 on 3 slope between elevations -3.0 and 3.0 is based on experience along the Mississippi River below New Orleans and recent observations of the magnitude of erosion along the MR-GO. Accordingly, a foreshore protection dike with a bottom elevation of -3.0 will adequately serve to prevent erosion of the foreshore area located between the levee and the alignment of the dike, and therefore, preserve the structural integrity of the levee.

    c. <u>Par. 3.</u>  A detailed study was made in order to determine the most practical and economical location for construction of the south bank foreshore protection. The study consisted of comparing the two following alignments:

    (1) <u>Alignment No. 1.</u>  Foreshore protection placed approximately 80 feet landside of the -5 foot m.s.l. contour. For this alignment, the riprap is placed on the bank directly from the supplier's barge.

    (2) <u>Alignment No. 2.</u>  Foreshore protection placed on the existing spoil retaining dike which is approximately located on the MR-GO right-of-way line. For this alignment, two methods of construction were considered. The first method is as described in the subject supplement No. 4 which states that the riprap will be loaded onto trucks, transported to the construction site, then placed on the bank. The second method is to excavate a flotation channel parallel and adjacent to the dike alignment; thus providing access in order to place the riprap on the bank directly from the supplier's barge.

5

NED-095-000000337