June 17, 2004

Executive Office

Mr. Pete Savoy
Coastal Zone Management
St. Bernard Parish
2727 Fenelon St.
Chalmette, LA 70043

Dear Mr. Savoy:

Thank you for your comments before the Mississippi River Commission during the public meeting in New Orleans, Louisiana, on April 23, 2004. In your statement, you discussed several concerns about the Mississippi River-Gulf Outlet (MRGO) and Bayou La Loutre channels, and recommended construction of a floodgate in the MRGO near Bayou La Loutre.

The Commission is aware of the many issues that have surrounded the MRGO since its construction and that bank erosion from passing vessels continues to be a problem along the waterway. Since 1990, the Corps has constructed and maintained about 8.3 miles of foreshore rock bank protection along the MRGO. This armoring substantially abates bank erosion; reduces channel sedimentation and associated cyclic dredging; and preserves valued wetlands, land features, and infrastructure along the channel. Planning is underway for installation of about 20.8 miles of Articulated Concrete Mattress (ACM) bank stabilization. Testing of six ACM designs was conducted in FY 2003 to identify the best values for wider implementation. The Corps aims to install about two miles of ACM bank stabilization in FY 2004/2005 in the vicinity of Hopedale, and will continue this practice in the future until ACM bank stabilization is complete.

Bank-armoring measures to date are being built and maintained within the project's annual Operation and Maintenance (O&M) budget, which also includes a significant requirement for accomplishing channel maintenance-dredging. One reach of channel is part of a larger foreshore rock protection project in the area, authorized under the Coastal Wetlands Planning, Protection, and Restoration Act (CWPPRA). This project is in the design stage for a possible FY 2006 construction start. This CWPPRA

project would work in concert with wetland protection and restoration features being planned under the O&M program.

Bank armoring will curtail erosion and cyclic O&M dredging requirements along the inland reach of the MRGO. The project's O&M budget, indexed for inflation, has been relatively constant over the last decade. This has limited the rate of construction of bank armoring in favor of dredging to sustain the critical function of providing serviceable dimensions for shipping. There is capability to accomplish bank armoring at a higher rate with increased O&M funding levels, as well as through other authorizations and funding streams, should they materialize.

Also since about 1990, the Corps has implemented beneficial use of dredged materials in connection with MRGO channel maintenance. During FY 2004, the Corps is in the process of creating about 300 acres of emergent wetlands in the vicinity of the MRGO using channel-maintenance materials. Hundreds of additional acres of wetlands will receive or have already received nourishment as a result of indirect placement. Some of this work is already complete and more work is being conducted under two ongoing contracts.

The annual cost for channel maintenance from 1966 to 1985 was about $11.6 million, indexed to FY 2002 dollars (base year for MRGO reevaluation). This work consisted primarily of dredged materials disposal in open water or in upland confined sites. The annual cost for maintaining the waterway between 1985 and 2002, considering using dredged materials beneficially as a cost to the O&M program, is about $13.8 million (FY 2002 dollars). These costs reflect a full inventory of channel-maintenance needs, such as years of both below- and above-average dredging years, jetty repairs, and bank armoring.

While the number of vessels on the MRGO has decreased, the average size has increased. Therefore, considering only numbers of vessels is not an accurate measure of the amount of cargo being transported. The increased vessel size translates into the amount of cargo throughput on the waterway remaining relatively constant.

Generally, businesses that have located in the MRGO tidewater area have done so because the area meets their specific needs. For example, the concrete and aggregate plant near the Michoud Canal requires large lay-down areas for its products, whereas the refrigeration facility near Jourdan Road has ready access to numerous rail lines and an interstate

highway. Requiring facilities to move to the Napoleon Ave. wharf facility is not within the Corps purview.

In the long term, we believe that proceeding with the Louisiana Coastal Area (LCA) program and the authorized ecosystem restoration study offer the best available opportunities to address the environmental issues. The MRGO and Central Wetlands are being addressed in the Draft LCA Ecosystem Restoration Plan scheduled for public release in July 2004, and the ecosystem restoration study is scheduled to begin in September 2004. The LCA Plan identifies several possible restoration features in the vicinity of the MRGO. These include stabilization of the MRGO banks, evaluation of freshwater reintroductions into the Central Wetlands and possible channel-depth modification. As noted earlier, the Corps is addressing bank erosion in its ongoing O&M program to the maximum extent that funding permits.

Dredging below the authorized channel depth of -36 ft. Mean Low Gulf (MLG) can and does occur. Advanced maintenance and allowable over-depth are authorized during channel maintenance. Advanced maintenance is conducted on channels subject to significant siltation. It is performed to increase the potential that the channel remains at its authorized grade for a period of time between maintenance events. Allowable over-depth is conducted as a practical matter to account for the inaccuracies in the dredging process. These are standard practices for maintaining navigation channels.

Another instance of dredging below -36 ft. MLG occurred during construction of the hurricane protection levee along the MRGO in St. Bernard and Orleans Parishes. During the 1960s to 1980s, the Corps dredged the MRGO between miles 66 and 46 to obtain borrow material for construction of the hurricane protection levees. Borrow-dredging was conducted to as deep as -70 ft MLG. Currently, portions of the channel in these limits remain deeper than -36 ft. MLG.

Levee protection to prevent flooding from hurricane storm surge is a high priority for the Corps of Engineers. Modeling efforts conducted in conjunction with the MRGO re-evaluation study showed that no Federal hurricane system that is at design grade would be overtopped for the nine hurricane scenarios analyzed. These scenarios included storms up to a Category 3. Some reaches of the Chalmette Loop hurricane protection levee system are not currently to design grade. However, there are no funds available at this time to improve those reaches. Parish

and Levee Board officials are aware of the areas in question. The model studies also determined that a closure structure on the MRGO, such as one at Bayou La Loutre, would slightly slow the storm surge, but once the surge overtopped the structure and surrounding wetlands, the resulting surge elevations would be virtually the same as without the closure structure.

Land loss throughout the area due to subsidence and erosion is acknowledged. At Bayou La Loutre there may be some localized effects of land loss near the MRGO, but as one moves away from the waterway, natural processes predominate.

The Commission appreciates receiving your comments and will be pleased to hear from you at our future public meetings.

>Sincerely,
>
>Don T. Riley
>Brigadier General, U. S. Army
>President Designee, Mississippi
>  River Commission