# MISSISSIPPI RIVER GULF OUTLET EFFECTS ON STORM SURGE, WAVES AND FLOODING DURING HURRICANE KATRINA

## EXPERT REPORT

### BY

### G. PAUL KEMP, Ph.D.

*ROBINSON V. UNITED STATES*

JULY 11, 2008



**Figure 5.4 MRGO Reaches 1 and 2 with important LPV and other flood protection structures modeled.**

MRGO Reach 2 Channel
This portion of the MRGO project was modeled in three configurations (**Table 5.2**). The greatly expanded channel 2,000 to 3,000 feet wide and more than 40 feet deep that existed in front of the Reach 2 EBSBs before Katrina -- and persists today despite all the talk of remediation – occurs only in Scenario 1, the Katrina As-Is Scenario (**Figure 5.4**). This MRGO channel reach is completely absent in all scenario 2 runs (2A, 2B, 2C, 2D). It reappears in Scenario 3 at its much diminished "authorized" width and depth (650 feet by 36 feet).

MRGO Reach 1 Channel
This portion of the MRGO project was modeled in three configurations (**Table 5.2**). The 1,000 foot wide channel that provided the outlet from the funnel to the IHNC during Katrina occurs only in Scenario 1, the Katrina As-Is Scenario (**Figure 5.4**). This MRGO channel reach is reduced to the pre-MRGO dimensions of the antecedent GIWW barge channel in all Scenario 2 runs (2A, 2B, 2C, 2D), about ten percent of its current cross-section. It reappears in Scenario 3 at its "authorized" width and depth (650 feet by 36 feet), a still considerable, but smaller channel than exists in this location today.

Reach 2 EBSBs
Bretschneider and Collins (1966) discussed in the NESCO report how placing barriers parallel to the GIWW and MRGO channels that define the Lake Borgne funnel affects the time to arrival of surge and its elevation for storms tracking at different speeds. We have tried to gain a greater understanding of the synergistic relationship between the pile-up of



**Figure 8.4. Pre Katrina crown deviation from design elevation relative to mean sea level for the Chalmette levee loop (white = at design el., green=1 ft low, yellow=2 ft low, red>2 ft low) (Morris expert report 2008).**

explaining the necessarily early onset of flooding of the Robinson plaintiffs homes and communities that was described in Chapter 4 (See Figure 4.23). The critical point here is that the size of the waves is related to the size of the channel out front. We will show that MRGO Reach 2, now up to 3,000 feet across in places, and more than 40 feet deep at low tide, is a powerful wave magnifier (**Figure 8.5**). Anything that magnifies waves breaking on an unprotected earthen structure increases the likelihood of early failure. This battle between grass-covered earth structures and crashing waves was enacted foot by foot, and second by second, along more than 10 miles of MRGO EBSBs, and on more than four miles adjacent to the GIWW (**Figure 8.1**). The earth lost. We will return to this question using the SWAN model as a way of quantifying the wave energy that the channel, in its expanded form, contributed to the destruction process.

One question appears to have captivated the IPET investigators (Ebersole USACE Presentation 2007). Really, the big question to all of us has been "Were the EBSBs destroyed by water eroding the back side after overtopping or by front side wave attack prior to overtopping?" While this may seem like quibbling to those not associated with this case, it is actually important to know the answer because it will have implications for

Finally, looking even closer specifically at transitions near the surge peak in the channel immediately south of the eastern lobe of Lake Borgne, it is apparent that significant wave heights build in the channel up to a maximum of about 9 feet along the whole of Reach 2 in front of the EBSBs (**Figure 8.13a, 8.13b**). Significant wave heights drop significantly as the surge maximum passes, as can be seen in the 09:00 image (**Figure 8.13b**). The growth of the waves as they cross the 2,000 to 3,000 foot wide channel is much more apparent in these close-up views. Similar things are also happening in front of the New Orleans East Back Levee on the GIWW, but the significant wave heights there range from 6 to 8 feet.

These waves are all locally generated within Lake Borgne, as can be seen in the distribution of predominant wave period (**Figure 8.14**). At the surge peak, the 8 to 9 foot waves in the MRGO channel have periods of between 4 and 6 seconds, and periods are even shorter in the GIWW, from 3 to 5 seconds. As an oceanographer prone to take risks, I imagine myself in a tower at Bayou Dupre watching these very large, short-crested seas crashing on to the north face of the EBSBs. While I can just make out a very chaotic situation in Lake Borgne, the seas are filtered, reformed and refracted as a more organized sequence of closely-spaced crest rolling toward the shoreline within the MRGO Reach 2 channel.



Figure 3.1.b: SWAN results Hs [ft] and wave direction, 6:00 am and 7:00 am LT on grid A

**Figure 8.11 SWAN simulation of the distribution of significant wave height, Hs, in the study area at 07:00 (Gautier et al. expert report 2008). While waves with Hs of more than 40 feet are offshore of the Chandeleur Island chain, waves inland of this feature are locally generated wind waves with significant heights of 6 to 12 feet, and less over the marshes. The deeper MRGO channel is visible as a line with waves up to about 9 feet.**