| CECW-AG | Department of the Army<br>U.S. Army Corps of Engineers<br>Washington, DC 20314-1000 | EP 1165-2-1 |
|---|---|---|
| Engineer Pamphlet<br>1165-2-1 | | 30 July 1999 |
| | Water Resources Policies and Authorities<br><br>DIGEST OF WATER RESOURCES<br>POLICIES AND AUTHORITIES | |
| | **Distribution Restriction Statement**<br>Approved for public release; distribution is unlimited. | |



**US Army Corps of Engineers**®

# DIGEST OF WATER RESOURCES POLICIES AND AUTHORITIES

EP 1165-2-1
30 July 1999

credit will depend upon documentation that the expenses were incurred during the PED period in accordance with the audit and other financial standards established in model PCAs language.

9-3. <u>Project Modifications</u>.  Congressional authorizations of Corps projects normally include a provision for implementation of the recommended plan with such modifications as the Chief of Engineers may deem advisable, in the interest of the purposes specified.  However, for projects authorized or amended in WRDA 1986 (or in any law enacted after WRDA 1986 or amendment thereto) the total modified project cost, exclusive of price level changes, may not exceed 120 percent of the cost authorized in that Act without further congressional approval.  Procedures for adoption of proposed project changes differ depending on whether they may be approved by the Chief of Engineers using such delegated discretionary authority or must be submitted to Congress for consideration and legislative modification of the existing authorization.  To a limited extent, approval authority for some changes which are within the Chief's discretion has been redelegated to the division  commanders.  Where proposed changes are more significant, they are documented in a Post Authorization Change (PAC) Notification Report submitted to HQUSACE (unless timely coverage can be provided in a design memorandum or other routine preconstruction planning document submitted to HQUSACE).  If it is determined, after review, that the proposed changes are not within delegated authority but are of sufficient importance to warrant a recommendation for modification of the project authorization, procedures and further reporting requirements for processing such a recommendation to the Congress will be selected as best suits that specific case.  Occasionally, a project may warrant modification because its original development was inherently deficient.  Given certain conditions, measures to correct such deficiencies may be undertaken (see paragraph 11-4).  (ER 1165-2-119)

   a.  <u>Modification Authority Delegated to the Chief of Engineers</u>.  Modifications and changes of a project necessary for engineering or construction reasons to produce the degree and extent of flood protection or the extent of navigation improvement or other purpose intended by the Congress are within the latitude delegated to the Chief of Engineers.  Examples of such changes are shift of a dam to a nearby better foundation location; changes in channel alignment and dimensions indicated by more detailed studies; changes from a concrete to an earth structure because of lack of proper concrete aggregate; or moderate extensions of project scope, such as necessary to provide flood protection to adjacent urban areas developed since the project was authorized.  The Chief of Engineers recognizes that this latitude for changes and modifications of authorized projects is an important delegation of authority which must be exercised carefully.  Changes involving the addition of project purposes, significant changes in project cost, scale, features, benefit, location, and costs allocated to reimbursable project purposes require notification of OMB.

   b.  <u>Modifications Beyond Delegated Authority.</u>  A proposed modification of an authorized project is brought to the attention of Congress if study after authorization shows that: the scope of functions of the project will be changed materially; the plan of improvement will be materially changed from that originally authorized by Congress; special circumstances exist which were not known to the Corps or recognized by Congress when the project was authorized; or, for projects authorized or amended in  WRDA  1986 (or in any law enacted after WRDA 1986 or amendment thereto), the updated estimate of total project costs exceeds the limitation on increases set in that

Act.  Decisions regarding project modifications are made on an individual case basis.  Questionable cases are reported to HQUSACE in a PAC report (if not as one subject in a routine precontruction planning document of broader project coverage) with the views and recommendations of the division and district commander.  Recommendations for modifications beyond the authority delegated to the Chief of Engineers are submitted to the ASA(CW) with supporting documentation suitable to the case, for review and subsequent transmittal to Congress for authorization.

9-4.  <u>Design Sizing of Projects</u>.  The basic scope of projects is established in the project authorization and, if necessary, reaffirmed in a subsequent Design Memorandum or other post-authorization report.  Modification of the project from authorized dimensions may require additional authorization in accordance with paragraph 9-3.

    a.  <u>Flood Control</u>.  Flood damage reduction projects are authorized to provide a specific "degree of protection" with a given "degree of certainty".  The "degree of protection" and the certainty with which it is provided for a particular project is the measure of flood severity and the certainty for its elimination of detrimental flood effects downstream from a reservoir or within the confines of a local flood protection project.  This type of presentation gives the decision makers the opportunity to assess the degree of protection and the costs associated with increasing the certainty of obtaining the degree of protection desired.  Risk based analysis is an approach to evaluation and decision making that explicitly, and to the extent practical, analytically, incorporates considerations of risk and uncertainty in the engineering and economic analysis of a project.  Such analyses are particularly useful in evaluating levees and floodwalls, where the consequences of an overtopping may be severe and the benefits of increasing the certainty of protection may make such action desirable.

    b.  <u>Navigation</u>.  Navigation projects are generally authorized to provide a channel of specific dimensions.  In accordance with Section 5 of the River and Harbor Act of 1915 channel depths generally signify the depth at mean low water in tidal waters tributary to the Atlantic and Gulf coasts, at mean lower low water in tidal waters tributary to the Pacific coast, and the mean depth for a continuous period of 15 days of the lowest water in the navigation season of any year in rivers and non-tidal channels.  Authorized channel dimensions are understood to permit increase at entrances, bends, sidings and turning places to allow free movement of vessels.  Authorized channel depths include allowances for vessel draft, squat, roll, pitch, yaw and underkeel clearance.  (EM 1110-2-1607, ER 1110-2-1403, 1457, 1458)

9-5.  <u>Aesthetic Treatment and Environmental Design</u>.  All project features are designed so that the visual and human-cultural values associated with the project will be protected, preserved, or maintained to the maximum extent practicable.  Specific ecological considerations include actions to preserve critical habitats of fish and wildlife; accomplish sedimentation and erosion control; maintain water quality; regulate streamflow, runoff and groundwater supplies; and avoidance or mitigation of actions whose effect would be to reduce scarce biota, ecosystems, or basic resources.  In the development of individual project features, consideration is given to the needs for architectural design, land treatment or other resource conservation measures.  Emphasis is given to developing measures for realizing the full scenic potential of the project feature as it affects the overall project.  This is accomplished by providing for cover reforestation,