LMVD DRAFT

Honorable George H. Fallon
Chairman, Committee on Public Works
House of Representatives
Washington, D. C. 20510

Dear Mr. Chairman:

Information is submitted herewith concerning modification of the authorized project, "Mississippi River-Gulf Outlet, Louisiana" to provide for the protection of 24 miles of levee and its foreshore from wave damage generated on the navigation projects by seagoing vessels. The modification is within the discretionary authority of the Chief of Engineers but is being brought to your attention because of its significant cost.

Formulation of the Mississippi River-Gulf Outlet, Louisiana project was deficient in that it did not contain provision for protecting the adjacent lands and structures against erosion damage. The modification will cure this deficiency. The protection measures will serve to mitigate the adverse effects of the Mississippi River-Gulf Outlet project and are properly a part of that project. The Federal cost of the erosion protection measures is estimated to be $5,377,000 (1967 prices). The revised Federal cost of the project is $163,000,000. The B/C ratio is 1.5 to 1.

The Bureau of the Budget advises that from the standpoint of the

LMVD DRAFT

administration's program there is no objection to the presentation of this report to the Committee.

            Sincerely yours,

            Special Assistant
            Civil Functions

Same letter to:
 Chairman, Public Works Committee
 U. S. Senate
 Chairmen, Appropriations Committee
 House of Representatives
 U. S. Senate

VRG-014-000000109