LMVD DRAFT

Honorable Charles L. Schultze
Director, Bureau of the Budget
Washington, D. C. 20523

Dear Mr. Schultze:

Forwarded herewith is a draft of a proposed letter, notifying each Chairman of the House and Senate Public Works and Appropriations Committees of an increase in the cost of the Mississippi River-Gulf Outlet project, resulting from the inclusion under the discretionary authority of the Chief of Engineers of protective works for controlling wave wash erosion generated by ships in areas adjacent and parallel to the navigation channel.

The Department of the Army requests advice as to whether there is any objection to the submission of the proposed letter to the respective Committees.

                              Sincerely yours,

                              ALFRED G. FITT
                              Special Assistant
                              Civil Functions