approaches was to be provided to carry Louisiana Highway No. 47 over the channel.

The project also provides for replacement of the existing IHNC lock or an additional lock with suitable connections when economically justified by obsolescence of the existing IHNC lock or by increased traffic.

The project was modified in August 1969 under the discretionary authority of the Chief of Engineers. The project modification provided for, as a mitigation measure, protecting a portion of the foreshore lying between the Lake Pontchartrain and Vicinity Hurricane Protection project levees and the MR-GO. This included six miles along the north bank of the MR-GO in the reach which is part of the GIWW and 18 miles along the south shore of the MR-GO.

Construction of the deep-draft channel was initiated in March 1958. An interim channel 36 by 250 feet (bottom width) was opened to traffic in July 1963. Enlargement to project dimensions was completed in January 1968. The turning basin at the intersection of the MR-GO with the IHNC and a high level bridge at Paris Road have been completed. Jetties extending from the seaward end of the land cut to the six-foot contour in Chandeleur Sound and a south jetty extension to mile 20.2 in Chandeleur Sound have been completed also.

A study is in progress to determine the feasibility of replacing the existing IHNC lock.

Foreshore protection along the leveed reaches of the MR-GO, as authorized by the August 1969 project modification, has been completed.

Of the 66 miles of waterway between Chandeleur Island and the IHNC approximately 25 miles are through the shallow bay of Chandeleur Sound. About 41 miles are through land and water area. Along the south/southwest shore of the MR-GO the 18 miles of leveed area have been provided foreshore protection. A dredged material disposal area approximately 0.5 miles wide extends along the remaining 23 miles of the MR-GO south bank.

Current MR-GO Channel Maintenance Requirements

Although some project features were still under construction until 1968, maintenance of the MR-GO channel was initiated in 1965. On average, at least one reach of the inland portion of the waterway, selected on the basis of annual reconnaissance surveys, is dredged for maintenance purposes every two years. The most frequently dredged reaches of the inland portion of the waterway since inception of channel maintenance are as follows:

☐ mile 24 to mile 27, dredged four times, 6.0 million cubic yards total,

☐ mile 38 to mile 42, dredged four times, 4.2 million cubic yards total, and

☐ mile 33 to mile 38, dredged three times, 3.6 million cubic yards total.

Most of the the other reaches of the inland portion of the MR-GO have been dredged once for maintenance since 1970. Reaches of the waterway corresponding to mile 30 to 32, mile 43 to mile 50, and mile 53 to mile 60 have never been dredged for maintenance purposes.

Where the MR-GO traverses marsh areas in the land cut reaches (mile 23 to mile 60), the average shoaling rate is approximately 40,000 cubic yards per mile per year (cu yd/mi/yr). Required maintenance dredging in these reaches results almost exclusively from erosion of the channel banks. Little sediment enters the system from other sources.

Erosion along both the north and south banks of the land cut portion of the channel is significant. The average rate of bank retreat is about 15 feet per year for each bank. The south bank of the MR-GO along the Chalmette loop of the Lake Pontchartrain Hurricane Protection levee (mile 47 to mile 60) is protected with a rock foreshore dike. However, no erosion protection measures exist along the MR-GO north bank or on the south bank between mile 23 and mile 47.

Shoaling rates in the land cut reaches are significantly less than in the open water area of Breton Sound where maintenance dredging can vary between 350,000 cu yd/mi/yr and 1 million cu yd/mi/yr. Records from the first and second maintenance dredging periods after the channel was completed indicate that shoaling varied between 700,000 and one million cu yd/mi/yr in Breton Sound. However, a large percentage of the shoaling was attributed to recirculation of dredged material from disposal areas that were located too close to the channel.

Substantially more dredging in the inland reaches of the MR-GO has been performed for other purposes than for channel maintenance. A significant amount of dredging has been performed to obtain construction material for the Lake Pontchartrain and Vicinity Hurricane Protection levees. Between 1968 and 1983 an estimated 100 million cubic yards of dredged material (33 million cubic yards of in-place material) was removed from the MR-GO for use in levee construction. The extraction of this quantity of fill material has reduced maintenance dredging requirements between mile 47 and mile 60.