D R A F T

Honorable Charles L. Schultze
Director, Bureau of the Budget
Washington, D. C.  20503

Dear Mr. Schultze:

Forwarded herewith are drafts of proposed letters notifying the
Chairmen, Public Works and Appropriations Committees of an increase in
the cost of the "Mississippi River-Gulf Outlet, La.," project, resulting
from the inclusion, under the discretionary authority of the Chief of
Engineers, of protective works for controlling ship-wave erosion along
the channel in areas protected by existing levees and areas to be
protected by authorized levees of the "Lake Pontchartrain, La. and
Vicinity," project.

The Department of the Army requests advice as to whether there
is any objection to the submission of the proposed letters to the
respective committees.

                    ALFRED B. FITT
                    Special Assistant (Civil Functions)

VRG-014-000000094