

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA 70160

MAIN FILES

IN REPLY REFER TO
LMNPD-F

8 September 1980

Pitts/mda/5829
PD-F

SUBJECT: Mississippi River Gulf Outlet, St. Bernard Parish, La.
(bank erosion)

Cole
PD-F

THRU: ~~Division Engineer, Lower Mississippi Valley~~

8 Oct 80

Campbell
PD

TO: HQDA (DAEN-CWP-C)

1. This is in response to DAEN-CWP-C letter dated 11 August 1980, inclosing copy of Docket No. 2191, requesting information on the advisability of proceeding with a survey scope study on the above subject. The requested information is given below.

   a. **Description.** The Mississippi River Gulf Outlet (MRGO) project, located in southeastern Louisiana in Orleans, St. Bernard and Plaquemines Parishes, was authorized in March 1956 by Public Law 455, 84th Congress, 2d Session, as amended, to provide a safer and shorter outlet to the Gulf of Mexico.

      (1) The project comprises construction of a seaway canal 36 feet deep and 500 feet wide extending 70 miles as a land and water cut from a point south of the Gulf Intracoastal Waterway (GIWW) at Michoud southeasterly to Chandeleur Island, thence gradually increasing to a width of 600 feet and a depth of 38 feet in the Gulf of Mexico, with protective jetties at the entrance; a permanent retention dike through Chandeleur Sound and a wing dike along Breton Island as required; a turning basin at the landward end of the seaway canal, 36 feet deep, 1,000 feet wide and 2,000 feet long with a connecting channel 36 feet deep and 500 feet wide extending along the GIWW; and a suitable highway bridge with approaches to carry Louisiana State Highway No. 47 over the channel. The project also provides for a replacement for the existing lock or an additional lock with suitable connections when economically justified by obsolescence of the existing industrial canal lock or by increased traffic.

      (2) The project was modified under the discretionary authority of the Chief of Engineers to include, as a mitigation measure, the cost of protecting a portion of the foreshore lying between the Lake Pontchartrain

LMNPD-F  8 September 1980
SUBJECT: Mississippi River Gulf Outlet, St. Bernard Parish, La.
(bank erosion)

and Vicinity Hurricane Protection projected levees and the MRGO, including 6 miles along the reach of the MRGO which is a part of the GIWW and 18 miles along the south shore of the MRGO.

(3) Construction of the deep draft channel was initiated in March 1958. An interim channel 36 by 250 feet was opened to traffic in July 1963 and enlargement to project dimensions was completed in January 1968. Also completed are the turning basin at the intersection of the MRGO with the Inner Harbor Navigation Canal (IHNC), a high level highway bridge at Paris Road, and jetties to the 6-foot contour with a south jetty extension to mile 20.2. A study is in progress to determine the feasibility of replacing the existing IHNC lock. Foreshore protection along the leveed reaches of the north bank of the GIWW has also been completed. However, because of the settlement problems encountered here and the poor foundation along the leveed south shore of the MRGO, a letter report is being prepared to recommend alternate foreshore dike configurations which will not be as susceptible to the effects of poor foundation conditions as is the case for conventional rock dike structures. It will be recommended that test sections be constructed and monitored over an approximate one-year period to evaluate the design's effectiveness in resisting settlement. The result of these tests would serve as useful design aid to the proposed study.

b. _Desires of Local Interests._ Within the past three years, numerous letters have been received from the St. Bernard Parish Police Jury, St. Bernard Parish Planning Commission and Congressional interests relative to the erosion problems occurring in the unleveed reaches of the MRGO. Of primary local concern is the erosion of the banks in the unleveed reaches and the subsidence of the marshes, particularly those located on the north bank. In response to these inquiries, New Orleans District has offered to provide technical assistance to local interests in the development of measures for erosion control, in accordance with Section 55 of Public Law 93-251. In addition, the district has reviewed the possibility of placing dredge material in diked areas along the north bank of the MRGO when maintenance dredging is performed. In this regard, we have informed the Parish Planning Commission that prior to implementation of this disposal method, the assuring agency for the MRGO project, Board of Commissioners of the Port of New Orleans, would have to provide, at no cost to the Government, easements and rights-of-way for the new disposal areas, technical data necessary for revision of the project environmental impact statement (EIS), the incremental cost of placing dredge material along the unleveed reaches and any retaining works required for containment of the dredge material. Finally, the possibilities of a state-funded demonstration project for control of erosion on the MRGO was considered and the Corps offered technical assistance in the development and implementation of an appropriate demonstration project.

c. _Desirability of a Study._ Except for emergency bank protection to threatened public works, the Federal interest in remedial or corrective measures for streambank erosion is limited to economically justified measures required

VRG-032-000002616

LMNPD-F                                                              8 September 1980
SUBJECT: Mississippi River Gulf Outlet, St. Bernard Parish, La.
         (bank erosion)

as components of navigation and other water resource developments. Because of the high cost of providing bank protection measures and little benefits that could be derived from preventing the loss of mostly unimproved marshlands, it is not likely that an economically justified plan can be developed for protection of the unleveed reaches of the MRGO.

    d. **Study Scope.** The proposed survey study should be confined to investigating erosion problems along the unleveed reaches of the MRGO located between Chandeleur Sound and its intersection with the GIWW as shown on inclosure 2. It is not considered advisable to combine this review with any outstanding report, because of the unique nature of the problems which are associated with a manmade deep draft channel.

    e. **Study Resolution.** It is suggested that the proposed draft resolution be modified to read as follows:

"Resolved by the Committee on Public Works and Transportation of the House of Representatives, United States, that the Board of Engineers for Rivers and Harbors is hereby requested to review the report of the Chief of Engineers on the Mississippi River Gulf Outlet, Louisiana, published as House Document No. 245, 82d Congress, 1st Session, and other pertinent reports with a view to determining whether, in light of extensive erosion which has been occuring in St. Bernard Parish along the unleveed banks of the Outlet channel, any modifications to the recommendations contained therein are advisable at this time with reference to the feasibility of bank protection measures."

    f. **Time and Study Cost.** The estimated cost for completing a survey scope study and report is $550,000. It is estimated that the study could be completed in 42 months. A PB-6 is attached as inclosure 3.

2. Inclosure 1 is returned as requested.

FOR THE DISTRICT ENGINEER:


3 Incl                                              JAMES F. ROY
as                                                  Chief, Planning Division

3

VRG-032-000002617