**DEPARTMENT OF THE ARMY**

EP 1165-2-1
DEC. 1972



# DIGEST

*of* **WATER RESOURCES**

*POLICIES*

*and*

*ACTIVITIES*

**CIVIL WORKS**

OFFICE OF THE CHIEF OF ENGINEERS

AFW-180-000002249

CHAPTER 8 - Engineering Design

8-1. Project Modifications.

   a. Modification Authority Delegated to the Chief of Engineers. Modifications and changes of a project, necessary for engineering or construction reasons to produce the degree and extent of flood protection or the extent of navigation improvement or other purpose intended by the Congress, are within the latitude delegated to the Chief of Engineers. Examples of such changes are shift of a dam to a nearby better foundation location; changes in channel alignment and dimensions indicated by more detailed studies; changes from a concrete to an earth structure because of lack of proper concrete aggregate; or moderate extensions of project scope, such as necessary to provide flood protection to adjacent urban areas developed since the project was authorized. The Chief of Engineers recognizes that this latitude for changes and modifications of authorized projects is an important delegation of authority which must be exercised carefully. Proposed modifications are described and justified in the post-authorization planning and engineering design, Phase I and Phase II of the General Design Memorandum submitted for approval of the Chief of Engineers.

   b. Modifications Beyond Delegated Authority. A proposed modification of an authorized project is brought to the attention of Congress if study after authorization shows that: the scope of functions of the project will be changed materially; the plan of improvement will be materially changed from that originally authorized by Congress; or special circumstances exist which were not known to the Corps of Engineers or recognized by Congress when the project was authorized. Decisions regarding project modifications are made on an individual case basis. Questionable cases are reported to the Chief of Engineers with the views and recommendations of the Division and District Engineer. Modifications beyond the authority delegated to the Chief of Engineers are referred to Congress for consideration and possible authorization. Borderline cases are resolved by informing the Public Works Committees of the Congress of the change proposed, and, with their concurrence, proceeding to make the change administratively. The Office of Management and Budget and the Appropriations Committees of the Congress are informed of such modifications when construction funds are requested. (ER 1110-2-1150; ER 1110-2-1200; and ER 1165-2-305)

8-2. Design Sizing of Projects. Except as discussed below, a project generally is sized to obtain the maximum excess of tangible annual benefits (from all purposes) over annual project costs.

AFW-180-000002319