1 January 1982
New Orleans District

DTS

DATA FOR TESTIFYING OFFICERS ON FY 1983 CIVIL WORKS BUDGET
LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY

## WHITE SECTION

### Data that is Updated and Changed Annually

| Item | Page |
|---|---|
| BENEFIT COST RATIO | 1 |
| Comparison of B/C Ratio | 1 |
| Annual Benefits | 1 |
| ALLOCATION AND APPORTIONMENT OF FIRST COST | 3 |
| FINANCIAL DATA | 5 |
| Comparison of Fed. Cost Est. | 5 |
| Comp. of Non-Fed. Cost Est. | 5 |
| Comp. of construction Cost Est. | 5 |
| Comp. of Proj. | 5 |
| Contingencies | 8 |
| Firmness of Fed. Cost Est. | 8 |
| Appropriation History | 9 |
| Capability | 9 |
| Transfers | 9 |
| Unobligated & Unexpended Bal. | 10 |
| Comparison of Bids | 10 |
| Maintenance | 10 |
| STATUS AND SCHEDULE | 11 |
| Scheduled Completion Dates | 11 |
| Performance FY 1982 | 11 |
| Construction Difficulties | 12 |
| PHYSICAL DATA CHANGES | 12 |
| OTHER DATA CHANGES | 12 |
| LOCAL COOPERATION | 13 |
| Rights-of-way Schedules | 13 |
| PROBLEMS | 13 |
| ADDITIONAL INFORMATION | 14 |
| Inner Harbor Nav. Canal Flooding | 14 |
| Florida Ave. Complex | 15 |
| St. Charles Parish Lakefront levee | 15 |
| Mandeville Seawall | 15 |
| Report of Significant Post-Authorization Changes | 15 |
| Save Our Wetlands Suit | 16 |
| ENVIRONMENTAL INFORMATION | 17 |
| Status of EIS | 17 |
| Changes in EIS Scheduling | 17 |
| Environmental Opposition | 18 |
| Other Environmental Opinions | 19 |
| Environmental Studies | 20 |
| Status of Impact of Compl. with Section 404 | 21 |

## YELLOW SECTION

### Data that is not changed or on which Minor Changes are made Annually

| Item | Page |
|---|---|
| AUTHORIZATION | 1 |
| Authorizing Documents | 1 |
| Monetary Authorization | 1 |
| NEED FOR THE PROJECT | 3 |
| PLAN OF IMPROVEMENT | 3 |
| CHANGE IN SCOPE | 4 |
| MAJOR CHANGES IN DESIGN | 5 |
| BENEFIT-COST RATIO | 5 |
| Period of Economic Analysis | 5 |
| Derivation of B/C Ratio | 5 |
| Composite B/C Ratio | 6 |
| STATUS AND SCHEDULE, PLANNING | 6 |
| Design Memorandums | 6 |
| Plans and Specifications | 7 |
| PHYSICAL DATA | 8 |
| Land Requirements | 8 |
| Recreation Facilities | 8 |
| Disposal Areas | 8 |
| Operator's Quarters | 8 |
| JUSTIFICATION | 8 |
| Flood Damages | 8 |
| Flood History | 10 |
| LOCAL COOPERATION | 11 |
| Requirements | 11 |
| Modification to Authorizing Law | 12 |
| Requirements of PL 91-611 & 646 | 12 |
| Current Status of Assurances | 12 |
| Action Taken by Local Interests | 14 |
| Status of Relocations | 14 |
| SUPPORT AND OPPOSITION | 14 |
| Interested Sens & Reps | 15 |
| Support/Oppos - Loc Int | 15 |
| Attitude of Property Owners | 15 |
| Adverse Affects | 15 |

REFERENCE ER 11-2-240 WHICH STATES THAT BUDGETARY INFORMATION IS NOT TO BE RELEASED OUTSIDE THE DEPARTMENT OF THE ARMY

LAKE PONTCHARTRAIN, LA., AND VICINITY