

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA 70160

LMNED-PR                                                24 February 1972

SUBJECT: Review of Reports on Mississippi River-Gulf Outlet,
Louisiana - Preliminary Evaluation

Division Engineer, Lower Mississippi Valley
ATTN: LMVPD-F

1. This preliminary evaluation is submitted in response to paragraph 7 of DIVR 1120-2-6 dated 1 September 1970 and as provided in the plan of survey dated 20 March 1969.

2. Authorization and scope.

    a. This study was authorized by two similar resolutions sponsored by Senator Allen J. Ellender and Congressman F. Edward Hebert, adopted 12 June 1967 and 19 October 1967 by the Committees on Public Works of the United States Senate and House of Representatives, respectively, and a third resolution sponsored by Senators Allen J. Ellender and Russell B. Long adopted 13 December 1971 by the Committee on Public Works of the United States Senate. The similar resolutions request that the report of the Chief of Engineers on the MR-GO (Mississippi River-Gulf Outlet), published as House Document Numbered 245, Eighty-second Congress, be reviewed to determine whether the existing project should be modified in any way at the present time. The Senate resolution adopted 19 October 1967 makes particular reference to the possibility of providing a channel having a minimum depth of 50 feet and a minimum bottom width of 750 feet. The latter Senate resolution requested that the report of the Chief of Engineers on Mississippi River, Baton Rouge to the Gulf of Mexico, Louisiana, published as Senate Document Numbered 36, Eighty-seventh Congress, and other pertinent reports, be reviewed with a view to determining whether the existing project should be modified in any way at this time, with particular reference to providing a continuous channel 50 feet deep by 500 feet wide from Baton Rouge to the Gulf of Mexico.

    b. Preliminary studies have been made on the requested enlargement of the MR-GO and the Mississippi River from the gulf to New Orleans as an alternate. The study of a 50-foot channel from Baton Rouge to the gulf now combined with the study of the enlargement of the MR-GO, has recently been initiated.

LMNED-PR                                                    24 February 1972
SUBJECT: Review of Reports on Mississippi River-Gulf Outlet,
         Louisiana - Preliminary Evaluation

    d.  **GIWW between Apalachee Bay, Florida, and the Mexican Border** project, authorized by the River and Harbor Act of 1946, Senate Document 242, 79th Congress, and prior River and Harbor Acts, provides for a barge channel generally paralleling the Gulf of Mexico shoreline from Florida to Brownsville, Texas. Only that part of the waterway between the Barataria Bay Waterway and The Rigolets is of major importance to this study. The channel east of the Mississippi River has been completed to its authorized dimensions of 12 by 150 feet. Connections with the Mississippi River are provided by the 31.5- by 75- by 640-foot IHNC lock (state-owned), under lease to the U. S. Army Corps of Engineers. The waterways west of the Mississippi River have been completed to 12 by 125 feet. Enlargement of the Mississippi-Atchafalaya Rivers section via the alternate connection through the Algiers lock to 16 by 150 feet was authorized by the River and Harbor Act of 1962. Work on the enlargement has not been initiated due to the lack of local cooperation. The Harvey lock is 12 by 75 by 425 feet and the Algiers lock is 13 by 75 by 760 feet. For further information on this project, see Annual Reports of the Chief of Engineers, U. S. Army, on Civil Works Activities.

    e.  **Lake Pontchartrain and Vicinity, Louisiana (hurricane protection)** project, authorized by the Flood Control Act of 1965 (House Document 231, 89th Congress), provides for control of hurricane tides by construction of two independent units, the Lake Pontchartrain barrier plan and the Chalmette Area Plan.

    (1) The Lake Pontchartrain barrier plan involves construction of a barrier embankment along the eastern boundary of the lake with navigation and hurricane tide control gates and/or locks in Chef Menteur Pass and The Rigolets. These protective works, together with strengthening and extension of existing protective works, new levees, and the construction of the Seabrook Lock, will afford full protection to the south shore of Lake Pontchartrain from Bonnet Carre' Spillway to the eastern limit of the Orleans Parish levee along the GIWW and the IHNC.

    (2) The Chalmette Area Plan, as modified under the discretionary authority of the Chief of Engineers, provides for a levee along the MR-GO from the IHNC to approximately 6 miles southeast of Bayou Dupre, thence southwest to Verret, thence west to Caernarvon; the improvement of the existing levee along the IHNC; and navigable floodgates in the levee alinement at Bayous Bienvenue and Dupre and a drainage structure in the vicinity of the Whitehall Canal.

    (3) Detailed planning of the project is now in progress. Construction has been initiated on both plans. As of June 1971 the overall project was approximately 17 percent complete.

3