29 August 1984

DRAFT MEMORANDUM FOR THE ASSISTANT SECRETARY OF THE ARMY
(CIVIL WORKS)

SUBJECT: Lake Pontchartrain, LA, and Vicinity Hurricane Protection Project

PURPOSE: To proceed with accomplishment of High Level Plan Work in FY 1985

DISCUSSION:

A reevaluation of the subject project has been completed comparing the authorized Barrier Plan of protection to the High Level Plan. Agreement has been reached that the change to the High Level Plan is within the discretionary authority of the Chief of Engineers. The Draft Reevaluation Report recommending the High Level Plan was reviewed by LMVD and OCE. The final report was submitted to LMVD on 8 August 1984. Based on normal review procedures, approval of the report and filing of the final EIS would be expected by the end of September 1984 (or early October).

Although approval of the High Level Plan is within the discretionary authority of the Chief of Engineers, regulation requires that any change to the project cost estimate, for uncompleted authorized projects, greater than 25 percent must be documented in a Post-Authorization Change (PAC) report. Upon approval of the Reevaluation Report, the completed PAC will be forwarded to Congress. This would satisfy the need to inform Congress of the changes to the project prior to construction.

The Citrus Lakefront Levee, I.H.N.C to Paris Road, Foreshore Protection is the first High Level item scheduled for award in January 1985, well after the anticipated approval of the report and submission of the PAC to Congress. This item is required for both the Barrier and the High Level Plans. However, plans and specifications provide for a higher degree of protection under the High Level Plan. The plans and specifications are completed and approval is anticipated in September 1984. Rights-of-way for construction under the Barrier Plan were requested in May 1983. At that time, the local assurers (Orleans Levee District) requested that the foreshore protection be accomplished only one time and to the High Level Plan of protection. The Orleans Levee District has agreed to provide the required rights-of-way in October 1984. Currently the local assurer has entered into a contract with an architect-engineer to design high-level floodwalls that will be credited to their share of project cost when completed.

Prosecution of the High Level Plan beginning in FY 1985 will require a total Federal program of $16 million. To continue with an efficient progression of work, the FY 1986 program would total $29 million. Details of these programs and currently projected funding levels are shown on the attached Detailed Project Schedule (PB-2a).

RECOMMENDATIONS: Considering the potential benefits to be gained from the early provisions of hurricane protection to the New Orleans area, it is recommended that prosecution of the High Level Plan begin in FY 1985 with construction of the Citrus Lakefront Levee (I.H.N.C. to Paris Road) Foreshore Protection, as previously described.

**FACSIMILE HEADER SHEET**
(ER 105-1-5)

| FROM (Name) | OFFICE SYMBOL | TELEPHONE NO. | RELEASER'S SIGNATURE |
|---|---|---|---|
| Johnson | LMVBC-D | 5800 | |
| TP (Name) | OFFICE SYMBOL | | |

MVD-001-000000501