LAKE PONTCHARTRAIN, LA. AND VICINITY

1 January 1982
New Orleans District

CHANGE IN SCOPE:

| Year | Change in Scope since Authoriztion | Estimated Cost |
|---|---|---|
| 1967 | The authorized alinement of protective works in the vicinity of Chef Menteur Pass was modified and the New Orleans East Levee was extended to Chef Menteur Pass under the discretionary authority of the Chief of Engineers to provide protection for an additional 1,533 acres. The letter report recommending this modification was submitted to OCE 28 March 1967. | $4,775,600 |
| 1967 | The project was also modified under the discretionary authority of the Chief of Engineers to delete from the Lake Pontchartrain project as a mitigating measure the costs of protecting a portion of the foreshore along the Mississippi River-Gulf Outlet project. Construction of the Mississippi River-Gulf Outlet project exposed levees of substantial size and the foreshore between them and the project channel along both banks of the project navigation canal in the City of New Orleans to direct attack with resultant damages from waves generated by seagoing vessels utilizing the waterway. The navigation project should have included adequate provisions for protecting these levees and their foreshore from damage. The new levees in this project located adjacent to the ship channel will also require protection. The costs deleted from this project have been added to the Mississippi River-Gulf Outlet project. (There are about 6 miles along the north bank and 18 miles along the south bank of the navigation project that require protection.) GDM No. 2, Supplement No. 4, Mississippi River-Gulf Outlet, La., Foreshore Protection was submitted to OCE 29 May 1968. | -3,495,000 |
| 1967 | In accordance with the desires of local interests the project was again modified under the discretionary authority of the Chief of Engineers to provide protection to a larger area in the vicinity of New Orleans known as the Chalmette area. This change incorporated the need to increase levee heights to accomodate the new hurricane parameters. This modification will provide protection for an additional 18,800 acres. The letter report recommending this modification was submitted to OCE on 12 December 1966. | $12,938,700 |
|  | The Director of Civil Works by letter of 27 November 1967 informed the Chairmen of the Committees on Appropriations of the House and Senate that the above changes in scope had been approved by the Chief of Engineers. |  |

4

LAKE PONTCHARTRAIN, LA AND VICINITY