# DATA FOR TESTIFYING OFFICERS ON FY 1986 CIVIL WORKS BUDGET
## LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY

### WHITE SECTION
**Data that is Updated and Changed Annually**

| Item | Page |
|---|---|
| BENEFIT COST RATIO | |
| Comparison of B/C Ratio | 1 |
| Annual Benefits | 1 |
| ALLOCATION AND APPORTIONMENT OF FIRST COSTS | 4 |
| FINANCIAL DATA | |
| Comparison of Fed. Cost Est. | 6 |
| Comp. of Non-Fed. Cost Est. | 6 |
| Comp. of Preconstruction Cost Est. | 6 |
| Comp. of Proj. Cost Estimate | 6 |
| Contingencies | 8 |
| Firmness of Fed. Cost Est. | 9 |
| Appropriation History | 9 |
| Capability | 9 |
| Transfers | 10 |
| Unobligated & Unexpended Bal. | 11 |
| Comparison of Bids | 11 |
| Maintenance | 11 |
| STATUS AND SCHEDULE | 12 |
| Scheduled Completion Dates | 12 |
| Performance FY 1985 | 12 |
| Construction Difficulties | 13 |
| PHYSICAL DATA CHANGES | 13 |
| OTHER DATA CHANGES | 13 |
| LOCAL COOPERATION | 14 |
| Rights-of-way Schedules | 14 |
| PROBLEMS | 15 |
| ADDITIONAL INFORMATION | 15 |
| Florida Ave. Complex | 15 |

| Item | Page |
|---|---|
| St. Charles Parish Lake-front levee | 15 |
| Mandeville Seawall | 15 |
| Report of Significant Post-Authorization Changes | 15 |
| Save Our Wetlands Suit | 16 |
| St. Tammany Parish Police Jury Suit | 16 |
| St. Charles Parish Suit | 16 |
| Deferred Payment Plan | 16 |
| General | 16 |
| Chalmette Unit Economic Analysis | 17 |
| High Level Plan | 17 |
| ENVIRONMENTAL INFORMATION | 17 |
| Status of EIS | 17 |
| Changes in EIS Scheduling | 17 |
| Environmental Opposition | 18 |
| Other Environmental Opinions | 19 |
| Environmental Studies | 19 |
| Status & Impact Compliance with Section 404 Clean Water Act of 1977 | 20 |

### YELLOW SECTION
**Data that is not changed or on which Minor Changes are made Annually**

| Item | Page |
|---|---|
| AUTHORIZATION | 1 |
| Authorizing Documents | 1 |
| Monetary Authorization | 1 |
| NEED FOR THE PROJECT | 1 |
| PLAN OF IMPROVEMENT | 3 |
| CHANGE IN SCOPE | 4 |
| MAJOR CHANGES IN DESIGN | 5 |
| BENEFIT-COST RATIO | 5 |
| Period of Economic Analysis | 5 |
| Derivation of B/C Ratio | 5 |
| Composite B/C Ratio | 5 |
| STATUS AND SCHEDULE, PLANNING | 6 |
| Design Memorandums | 6 |
| Plans and Specifications | 7 |
| PHYSICAL DATA | 7 |
| Land Requirements | 7 |
| Recreation Facilities | 7 |
| Disposal Areas | 7 |
| Operator's Quarters | 7 |
| JUSTIFICATION | 8 |
| Flood Damages | 8 |
| Flood History | 9 |
| Power | 9 |
| LOCAL COOPERATION | 10 |
| Requirements | 10 |
| Modification to Authorizing Law | 11 |
| Requirements of PL 91-611 & 646 | 11 |
| Current Status of Assurances | 11 |
| Action Taken by Local Interests | 13 |
| Status of Relocations | 13 |
| Repayment Contracts | 14 |
| Other Difficulties | 14 |
| SUPPORT AND OPPOSITION | 14 |
| Interested Sens & Reps | 14 |
| Support/Oppos - Loc Int | 14 |
| Attitude of Property Owners | 14 |
| Adverse Effects | 15 |

LAKE PONTCHARTRAIN, LA, AND VICINITY

NPM-033-000000556