UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| SUSAN ABADIE, 07-5112 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion for Status Conference filed by Hartford Insurance Company of the Midwest, Record Doc. No. 16764,

**IT IS HEREBY ORDERED** that the matter of the conditional settlement of the claims of Helen Honore will be addressed as part of the call docket set on **January 8, 2009 at 10:00 a.m.**

New Orleans, Louisiana, this ___18th___ day of December, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE