UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME**<br>*State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL**<br>**MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing unopposed Motion for Extension of Time and for good cause shown,

**IT IS HEREBY ORDERED** that the time for Plaintiff State of Louisiana to file its Memorandum in Opposition to Defendants' Motion to Dismiss shall be set for December 29, 2008 and that the time for Defendants to file their Reply Memorandum shall be set for January 19, 2009.

New Orleans, Louisiana this __19th__ day of __December__, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**