PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000049 | EFP-026-000000049 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000055 | EFP-026-000000055 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000070 | EFP-026-000000070 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000072 | EFP-026-000000072 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000079 | EFP-026-000000080 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000087 | EFP-026-000000087 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000103 | EFP-026-000000103 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000106 | EFP-026-000000107 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000114 | EFP-026-000000114 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000116 | EFP-026-000000116 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000119 | EFP-026-000000119 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000121 | EFP-026-000000121 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000146 | EFP-026-000000147 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000152 | EFP-026-000000155 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000158 | EFP-026-000000158 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000162 | EFP-026-000000162 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000167 | EFP-026-000000168 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000174 | EFP-026-000000174 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000180 | EFP-026-000000180 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000203 | EFP-026-000000203 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000220 | EFP-026-000000220 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000223 | EFP-026-000000223 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000226 | EFP-026-000000226 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000235 | EFP-026-000000235 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000251 | EFP-026-000000251 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000257 | EFP-026-000000257 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000282 | EFP-026-000000282 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000285 | EFP-026-000000290 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000312 | EFP-026-000000312 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000324 | EFP-026-000000324 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000330 | EFP-026-000000330 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000380 | EFP-026-000000384 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000405 | EFP-026-000000406 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000408 | EFP-026-000000413 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000416 | EFP-026-000000422 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000429 | EFP-026-000000429 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000431 | EFP-026-000000431 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000440 | EFP-026-000000441 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000445 | EFP-026-000000446 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000458 | EFP-026-000000460 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000462 | EFP-026-000000466 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000472 | EFP-026-000000472 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000474 | EFP-026-000000474 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000481 | EFP-026-000000481 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000489 | EFP-026-000000489 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000506 | EFP-026-000000517 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000519 | EFP-026-000000521 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000523 | EFP-026-000000525 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000527 | EFP-026-000000527 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000533 | EFP-026-000000535 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000537 | EFP-026-000000540 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000548 | EFP-026-000000548 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000555 | EFP-026-000000557 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000567 | EFP-026-000000567 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000571 | EFP-026-000000571 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 026 | EFP-026-000000573 | EFP-026-000000573 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 026 | EFP-026-000000585 | EFP-026-000000586 | USACE; ERDC; EL | Daniel Farrar | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 028 | EFP-028-000000026 | EFP-028-000000026 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000044 | EFP-028-000000044 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000048 | EFP-028-000000048 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000050 | EFP-028-000000050 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000051 | EFP-028-000000051 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000052 | EFP-028-000000052 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000060 | EFP-028-000000060 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 028 | EFP-028-000000079 | EFP-028-000000079 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000081 | EFP-028-000000082 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000089 | EFP-028-000000090 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000092 | EFP-028-000000093 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000098 | EFP-028-000000098 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000106 | EFP-028-000000106 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000111 | EFP-028-000000111 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000118 | EFP-028-000000118 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 028 | EFP-028-000000122 | EFP-028-000000122 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000130 | EFP-028-000000130 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000138 | EFP-028-000000138 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000141 | EFP-028-000000141 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000150 | EFP-028-000000152 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000156 | EFP-028-000000156 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000160 | EFP-028-000000160 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000162 | EFP-028-000000162 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 028 | EFP-028-000000170 | EFP-028-000000171 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000184 | EFP-028-000000184 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000191 | EFP-028-000000192 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000194 | EFP-028-000000194 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000199 | EFP-028-000000204 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000217 | EFP-028-000000217 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000223 | EFP-028-000000223 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000226 | EFP-028-000000226 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 028 | EFP-028-000000228 | EFP-028-000000228 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000233 | EFP-028-000000234 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000252 | EFP-028-000000262 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000266 | EFP-028-000000266 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000271 | EFP-028-000000288 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000290 | EFP-028-000000290 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000293 | EFP-028-000000293 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000296 | EFP-028-000000296 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 028 | EFP-028-000000299 | EFP-028-000000300 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000302 | EFP-028-000000302 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000311 | EFP-028-000000319 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000326 | EFP-028-000000326 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000339 | EFP-028-000000339 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000340 | EFP-028-000000340 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000352 | EFP-028-000000352 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 028 | EFP-028-000000355 | EFP-028-000000355 | USACE; ERDC; GSL | Joseph Padula | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000001 | EFP-043-000000002 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000008 | EFP-043-000000029 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000031 | EFP-043-000000031 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000044 | EFP-043-000000048 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000057 | EFP-043-000000057 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000066 | EFP-043-000000067 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000069 | EFP-043-000000070 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000119 | EFP-043-000000120 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000126 | EFP-043-000000127 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000129 | EFP-043-000000129 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000131 | EFP-043-000000136 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000138 | EFP-043-000000138 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000146 | EFP-043-000000146 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000149 | EFP-043-000000149 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000153 | EFP-043-000000153 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000167 | EFP-043-000000167 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000171 | EFP-043-000000172 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000178 | EFP-043-000000180 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000196 | EFP-043-000000196 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000200 | EFP-043-000000219 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000222 | EFP-043-000000235 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000238 | EFP-043-000000240 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000242 | EFP-043-000000245 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000247 | EFP-043-000000248 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000250 | EFP-043-000000251 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000254 | EFP-043-000000254 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000256 | EFP-043-000000270 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000279 | EFP-043-000000279 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000289 | EFP-043-000000289 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000293 | EFP-043-000000293 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000300 | EFP-043-000000300 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000303 | EFP-043-000000303 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000306 | EFP-043-000000311 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000313 | EFP-043-000000313 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000315 | EFP-043-000000317 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000319 | EFP-043-000000321 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000323 | EFP-043-000000324 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000327 | EFP-043-000000327 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000330 | EFP-043-000000331 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000344 | EFP-043-000000344 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000356 | EFP-043-000000356 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000366 | EFP-043-000000366 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000370 | EFP-043-000000371 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000376 | EFP-043-000000376 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000378 | EFP-043-000000379 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000384 | EFP-043-000000385 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000387 | EFP-043-000000387 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000396 | EFP-043-000000396 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000404 | EFP-043-000000404 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000413 | EFP-043-000000413 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000417 | EFP-043-000000417 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000429 | EFP-043-000000429 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000431 | EFP-043-000000431 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000433 | EFP-043-000000433 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000441 | EFP-043-000000441 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000444 | EFP-043-000000444 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |

12/19/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 043 | EFP-043-000000446 | EFP-043-000000458 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 043 | EFP-043-000000467 | EFP-043-000000467 | USACE; ERDC; EL | Robert Jones | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Environmental Lab |
| EFP | 137 | EFP-137-000000001 | EFP-137-000000003 | USACE; ERDC; ITL | Nancy Greeley | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |
| EFP | 137 | EFP-137-000000005 | EFP-137-000000011 | USACE; ERDC; ITL | Nancy Greeley | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |
| EFP | 137 | EFP-137-000000013 | EFP-137-000000033 | USACE; ERDC; ITL | Nancy Greeley | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |
| EFP | 137 | EFP-137-000000035 | EFP-137-000000036 | USACE; ERDC; ITL | Nancy Greeley | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |
| EFP | 626 | EFP-626-000000001 | EFP-626-000000009 | USACE; ERDC; GSL | Reed Mosher | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Geotechnical and Structures Lab |
| EFP | 632 | EFP-632-000000001 | EFP-632-000000006 | USACE; ERDC; ITL | Robert Ebeling | KC990 | 12/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC - Information Technology Lab |

12/19/2008