UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:**<br>Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Brenda Larmeu, Edward Larmeu regarding 215 W. D'Amour, Chalmette, LA 70043; Ethel Fletcher regarding 1637 Tennessee Street, New Orleans, LA 70117; Joanne Kapesis regarding 5313 Warrington Dr, New Orleans, LA 70122; Shelly Martello, Samuel A. Martello, Jr. regarding 2808 Regal Dr., Chalmette, LA 70043; Ida Poillion regarding 200 Old Hammond Hwy, Metairie, LA 70005; Annie Wright regarding 2350 Tennessee St., New Orleans, LA 70117; Stephanie Jupiter regarding 116 S. Jefferson Davis Pkwy., New Orleans, LA 70119; Maureen Preau regarding 850 Lemoyne St, New Orleans, LA 70124; Florence Hopkins, Paula H. Young and Brenda H. Alexander regarding 5520 Providence Place, New Orleans, LA 70126; Monica Wise regarding 120 Alden Pl, New Orleans, LA 70119; Ronald Marshall, Terry A. Marshall regarding 104 Portage Pl, New Orleans, LA 70119; Cynthia Robertson-Carroll regarding 61 Morrison Ct., New Orleans, LA 70127; Betty Quintini regarding 6730 Douglas St., Arabi, LA 70032; Reese Harold, Dorothy Reese regarding 8923 Belfast St., New Orleans, LA 70118; Constance Spencer regarding 5018 Prentiss Ave., New Orleans, LA 70126; Woods Burch, Doris Burch regarding 4961 N. Claiborne Ave., New Orleans, LA 70117; Barbara Navarro regarding 347 & 349 Spencer Ave., New Orleans, LA 70124; Paul Weilbaecher, Genevieve S. Weilbaecher regarding 6320 Riverside Dr., Unit 154, Metairie, LA 70003; Thomas James, Jessie M. Thomas regarding 2215 Alvar St., New Orleans, LA 70117; Cheryl Duplessis-Howard regarding 4822 Cerise Ave, New Orleans, LA 70127; Dorothy Lee** |

regarding 1414 Tennesse St., New Orleans, LA 70117; Clarence Wilderson, Cynthia Wilkerson regarding 7806 Briarwood Dr., New Orleans, LA 70128; Cindy Williams regarding 4726 Demontluzin, New Orleans, LA 70122; Marx Williams, Joseph Williams regarding 3001 Orleans Ave., New Orleans, LA 70119; Rosilind Thomas, Warren Thomas regarding 4618 Longfellow Dr., New Orleans, LA 70127; Louis Galbreth, Juanita P. Galbreth regarding 1736 Congress St., New Orleans, LA 70117; Jean Mariani regarding 7611 Weaver Ave., New Orleans, LA 70127; Ezelia Minor regarding 1207 France St., New Orleans, LA 70117; Howard Partmon regarding 3323 Hollygrove St., New Orleans, LA 70118; Jessie Galloway regarding 2011 Charbonnet, New Orleans, LA 70117; Rita Vitano regarding 2400 Delittle St., Chalmette, LA 70043; Charles Rodriguez regarding 6642 Lamb Rd., New Orleans, LA 70126; Pearl Henley regarding 1517 Clouet St., New Orleans, LA 70117; Aleta Diaz, Aleta Diaz regarding 2445 & 2447 Jonquil St., New Orleans, LA 70122; Gerald Borne regarding 3743 Bayou Rd., New Orleans, LA 70085; Melvina Winchester regarding 1638 Delery St., New Orleans, LA 70117; Gerald Spellman, Denise Spellman regarding 1403 Behrman Ave., New Orleans, LA 70114

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Brenda Larmeu, Edward Larmeu regarding 215 W. D'Amour, Chalmette, LA 70043; Ethel Fletcher regarding 1637 Tennessee Street, New Orleans, LA 70117; Joanne Kapesis regarding 5313 Warrington Dr, New Orleans, LA 70122; Shelly Martello, Samuel A. Martello, Jr. regarding 2808 Regal Dr., Chalmette, LA 70043; Ida Poillion regarding 200 Old Hammond Hwy, Metairie, LA 70005; Annie Wright regarding 2350 Tennessee St., New Orleans, LA 70117; Stephanie Jupiter regarding 116 S. Jefferson Davis Pkwy., New Orleans, LA 70119; Maureen Preau regarding 850 Lemoyne St, New Orleans, LA 70124; Florence Hopkins , Paula H. Young and Brenda H. Alexander regarding 5520 Providence Place, New Orleans, LA 70126; Monica Wise regarding 120 Alden Pl, New Orleans, LA 70119; Ronald Marshall, Terry A. Marshall regarding 104 Portage Pl, New Orleans, LA 70119; Cynthia Robertson-Carroll regarding 61 Morrison Ct., New Orleans, LA 70127; Betty Quintini regarding 6730 Douglas St., Arabi, LA 70032; Reese Harold, Dorothy Reese regarding 8923 Belfast St., New Orleans, LA 70118; Constance Spencer regarding 5018 Prentiss Ave., New Orleans, LA 70126; Woods Burch, Doris Burch regarding 4961 N. Claiborne Ave., New Orleans, LA 70117; Barbara Navarro regarding 347 & 349 Spencer Ave., New Orleans, LA 70124; Paul Weilbaecher, Genevieve S. Weilbaecher regarding 6320 Riverside Dr., Unit 154, Metairie, LA 70003; Thomas James, Jessie M. Thomas regarding 2215 Alvar St., New Orleans, LA 70117; Cheryl Duplessis-Howard regarding 4822 Cerise Ave, New Orleans, LA 70127; Dorothy Lee regarding 1414 Tennesse St., New Orleans, LA 70117; Clarence Wilderson, Cynthia Wilkerson regarding 7806 Briarwood Dr., New Orleans, LA 70128; Cindy Williams regarding 4726 Demontluzin, New Orleans, LA 70122; Marx Williams,

Joseph Williams regarding 3001 Orleans Ave., New Orleans, LA 70119; Rosilind Thomas, Warren Thomas regarding 4618 Longfellow Dr., New Orleans, LA 70127; Louis Galbreth, Juanita P. Galbreth regarding 1736 Congress St., New Orleans, LA 70117; Jean Mariani regarding 7611 Weaver Ave., New Orleans, LA 70127; Ezelia Minor regarding 1207 France St., New Orleans, LA 70117; Howard Partmon regarding 3323 Hollygrove St., New Orleans, LA 70118; Jessie Galloway regarding 2011 Charbonnet, New Orleans, LA 70117; Rita Vitano regarding 2400 Delittle St., Chalmette, LA 70043; Charles Rodriguez regarding 6642 Lamb Rd., New Orleans, LA 70126; Pearl Henley regarding 1517 Clouet St., New Orleans, LA 70117; Aleta Diaz, Aleta Diaz regarding 2445 & 2447 Jonquil St., New Orleans, LA 70122; Gerald Borne regarding 3743 Bayou Rd., New Orleans, LA 70085; Melvina Winchester regarding 1638 Delery St., New Orleans, LA 70117; Gerald Spellman, Denise Spellman regarding 1403 Behrman Ave., New Orleans, LA 70114, who wish to voluntarily dismiss the claims against Defendant(s) Lafayette Insurance Company, United Fire and Indemnity Company and United Fire and Casualty Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs. Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 19th day of December, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno