UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * * * * * * * * * * * | CIVIL ACTION NO.<br><br>NO. 05-4182<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br><br>INSURANCE (Smith, No. 07-3833) | | |

## JOINT MOTION TO DISMISS

COME NOW, plaintiffs, Ada and Anthony Smith, and defendant, The Standard Fire Insurance Company ("Standard Fire"), and the incorrectly referred to entities, St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies, appearing herein through undersigned counsel, and on suggesting to the Court that the above consolidated matter bearing Docket No. 07-3833 has been compromised in full and that the parties desire to dismiss, with prejudice, the consolidated cause bearing Docket No. 07-3833, with each party to bear its own court costs.

1

Respectfully submitted:

*[signature]*

Roy F. Amedee, Jr.
Brent A. Klibert
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222
Email: remedeejr@aol.com

Allan Berger
Allan Berger & Associates, APLC
4173 Canal Street
New Orleans, LA  70119
504-486-9481
Email: aberger@allan-berger.com

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA  70001
504-838-8777
Fax: 504-838-9903
Email: pconnick@connicklaw.com

Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA  70113
504-588-1110
Email: pgkehoejr@kehoejr.com

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery b. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA  70002-3726
504-828-1224
Email: alestelle@lestellelaw.com

John Van Robichaux, Jr.
Robichaux Law Firm
6305 Elysian Fields Ave., Suite 304
P.O. Box 792500
New Orleans, LA 70122
985-809-0620
info@robichauxlaw.com

ATTORNEYS FOR PLAINTIFFS,
ADA AND ANTHONY SMITH


LONGMAN RUSSO,
A Professional Law Corporation


s/Gary J. Russo
GARY J. RUSSO (#10828)
CAMILLE BIENVENU POCHÉ (#22597)
DOUGLAS C. LONGMAN, JR. (#8719)
P. O. Drawer 3408
Lafayette, LA 70503-3408
337-262-9000

ATTORNEYS FOR DEFENDANT,
THE STANDARD FIRE INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


/s/ Gary J. Russo