UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

### O R D E R

Considering the *Ex Parte* Motion for Expedited Hearing on Motion for Leave to File Amicus Opposition filed by Plaintiff in consolidated matters, Universal Health Services, Inc.:

IT IS ORDERED that the *Ex Parte* Motion for Expedited Hearing is GRANTED and that Universal Health Services, Inc.'s Motion for Leave to File Amicus Opposition will be heard on the _____ day of _____, 2008.

~~MOOT~~

New Orleans, Louisiana, this 19th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE
STANWOOD R. DUVAL, JR.