# THE LAW OFFICE OF
# JOSEPH M. BRUNO APLC
### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED TO U.S. FEDERAL COURTS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 DEC 16 AM 8:21
LORETTA G. WHYTE
CLERK

December 11, 2008

**VIA ELECTRONIC TRANSMISSION**
Honorable Magistrate Joseph C Wilkinson, Jr
US District Court - Eastern District of LA
500 Camp Street, Room B409
New Orleans, LA 70130

RE:   In Re: Katrina Canal Levee Breaches Litigation,
      USDC, EDLA, Case No. 05-4182 "K" (2)
      Pertains to: *Insurance*

Dear Magistrate Wilkinson:

By way of this letter and in accordance with the Courts Order of December 1, 2008, (Record Doc. No. 16553), the Law Office of Joseph M. Bruno would like to provide an update on the status of the dual representations regarding Charles L. Pecot.

Our office was able work out a resolution with the Alvendia Law Firm. The client has advised our office that he would like to accept the current settlement of $26,000.00 and that he would like the Law Office of Joseph M. Bruno to handle the disbursement of his funds; Ms. Demarest has confirmed the same. The Law Office of Joseph M. Bruno will then compensate the Alvendi firm for their work. Accordingly, the Court may dismiss the Alvendi filed suit C.A. 07-6250.

If you have any further questions, please feel free to contact our office at (504)525-1335.

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

855 BARONNE ST., NEW ORLEANS, LA 70113 • WWW.JBRUNOLAW.COM • TEL 504-525-1335 • TOLL FREE 1-800-966-1335 • FAX 504-561-6775

Charles Pecot-Dual Representation
Page 2

With kindest regards, I remain.

Very truly yours,

The Law Office of Joseph M. Bruno

Joseph M. Bruno

JMB
Enclosure

cc: Jeanne Demarest