# THE LAW OFFICE OF
# JOSEPH M. BRUNO APLC
### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN



December 12, 2008

**VIA ELECTRONIC TRANSMISSION**
Honorable Magistrate Joseph C Wilkinson, Jr
US District Court - Eastern District of LA
500 Camp Street, Room B409
New Orleans, LA 70130

      RE:   In Re: Katrina Canal Levee Breaches Litigation,
               USDC, EDLA, Case No. 05-4182 "K" (2)
               Pertains to: *Insurance*

Dear Magistrate Wilkinson:

    By way of this letter and in accordance with the Courts' Order of November 19, 2008, (Record Doc. No. 16454), the Law Office of Joseph M. Bruno would like to provide an update on the status of the dual representation regarding Vivian Watson.

    Our office was able to locate Ms. Watson and she has declined the current settlement of $25,000.00 for her Katrina wind damage, and elected to continue her efforts in her individual case C.A. 07-3462 with Bruce Feingerts. In regards to this decision, our office has spoken to Mr. Feingerts and we have agreed to resolve our cost issue with Mr. Feingerts at a later time.

    If you have any further questions, please feel free to contact our office at (504)525-1335.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___
```

Vivian Watson dual Representation
Page 2

With kindest regards, I remain.

Very truly yours,

The Law Office of Joseph M. Bruno

Joseph M. Bruno

JMB
Enclosure