# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI
TARA E. CLEMENT
KELLEY S. COLLINS

CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
STEPHEN C. KOGOS, JR.
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

OF COUNSEL
ALISTAIR M. WARD
HEATHER M. VALLIANT
CONNIE L. HAWKINS[6]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

December 15, 2008

Writer's E-mail Address:
EWALTON@GLLLAW.COM
Direct Dial: (504) 654-1378

Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

BY FACSIMILE 504-589-7633

Re:   *Connie Abadie, et al v. Aegis, et al*
      USDC EDLa., No.: 06-5164, Sec. R, M5
      In re Katrina/Insurance Cases
      Our File No.:  0092-81-6

Dear Judge Wilkinson:

On October 24, 2008, you forwarded the attached letter to Mr. Rees of the Road Home Program and asked him to look into 27 claims that have been resolved and are pending Road Home approval. We have not received a response from Mr. Rees's office. We have been unable to ascertain the status of these claims despite numerous requests for a status update.

Please assist us in resolving these claims. We hope that this matter can be resolved without the need to schedule a formal status conference.

Sincerely,

Eric C. Walton

ECW/lcw
Attachments
cc:   Joseph M. Bruno, Esq. (via fax)
      Phillip Lee, Esq. (via fax)
      Mr. Dan Rees (email)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**Eric Walton - Abadie Cases, 06-5164**

| | |
|---|---|
| **From:** | <Jay_Wilkinson@laed.uscourts.gov> |
| **To:** | Dan Rees <Dan.Rees@LA.GOV> |
| **Date:** | 10/24/2008 3:25 PM |
| **Subject:** | Abadie Cases, 06-5164 |
| **CC:** | <EWALTON@GLLLAW.COM> |
| **Attachments:** | AbadieCasesLtr.pdf |

Dan:

Please review the attached. Thanks very much.

Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court, Eastern District of Louisiana
504-589-7630

October 22, 2008

Writer's E-mail Address:
FWALTON@GLLLAW.COM
Direct Dial (504) 654-1378

Honorable Joseph C. Wilkinson, Jr.                     BY FACSIMILE 504-589-7633
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

      Re:    *Connie Abadie, et al v. Aegis, et al*
              *USDC EDLa*., No.: 06-5164, Sec. R,  M5
              In re Katrina/Insurance Cases
              Our File No.:  0092-81-6

Dear Judge Wilkinson:

      Plaintiffs' counsel and counsel for Lexington agreed to settle 27 of the plaintiffs' claims in the above referenced case.  On June 11, 2008, we submitted these to Road Home for its approval of the settlements.  To date, despite our efforts to communicate with Dan Rees, we have not received notice that our submissions were deficient and we have not received approval from the Road Home for these claims.

      We are requesting the Court's assistance in obtaining Road Home approval of the following settlements:

      1. Andry, Mark
      2. Banks, Herbert
      3. Cannatella, Salvatore
      4. Elzy, Glenda
      5. Fontenot, Carlton & Olivia
      6. Foots, Tyrone

Honorable Joseph C. Wilkinson, Jr.
October 24, 2008
Page 2

7. Galmon, Hosea
8. Gettridge, Glenda
9. Guter, Regina
10. Hamilton/McGuire
11. Haywood, Janice
12. Hunt, Shelita
13. James, Mark
14. McCollum, Lisa
15. McKey, Alton
16. Moore, Shandell
17. Morgan, Andre
18. Naveedunnisa, Ahmed
19. Parker, Oscar
20. Rolland, Audrey & lionel
21. Smith, Levada
22. Smith, Judy (a/k/a Lesley Smith)
23. Smith / Herring, Howard & Flo
24. Tillman / Quinn
25. Tramontana, Joseph
26. Turner, Joseph
27. Williams, Pernell

Sincerely,


Eric C. Walton



ECW/aat

cc:   Joseph M. Bruno, Esq.
      Phillip Lee, Esq.
      Dan Rees, Esq.