**MINUTE ENTRY**
**DUVAL, J.**
**DECEMBER 18, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| **PERTAINS TO:  MRGO, Robinson (06-2268)** | **NO. 05-4182** |
| | **SECTION "K"(2)** |

**MOTION for summary judgment by the United States, doc. 15317**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  CATHY PEPPER**

**APPEARANCES:  Robin Smith, Joseph Bruno, Elwood Stevens, John Andry**
**                       Calvin Fayard, Jr., & Pierce O'Donnell**

**Court begins at 10:41 a.m.**
**Case called and all present and ready.**
**Oral argument by parties.**
**Deft,  United States demonstrative power point exhibits shown.**
**Pltfs' offer exhibit, supplement on wave modeling N.O (Gautier), admitted 12/18/08.**
**Court DENIED, the motion for oral reasons stated on the record.  A written order shall be**
**prepared and entered into the record.**
**Court adjourns at  12:07 p.m.**

JS-10 (1:25)

AO 187(Rev. 4/82)            EXHIBIT AND WITNESS LIST

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | VS. | PERTAINS TO MRGO, Robinson 06-2268 | DISTRICT COURT — EASTERN DISTRICT OF LOUISIANA |
|---|---|---|---|

| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | |
|---|---|---|
| Joseph Bruno, Elwood Stevens, John Andry, Calvin Fayard, Jr. & Pierce O'Donnell | Robin Smith | **DOCKET NUMBER** — CA 05-4182 K(2) — **MOTION DATE(S)** — December 18, 2008 |

| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| STANWOOD R. DUVAL, JR. | CATHY PEPPER | SHEENA DEMAS |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 12/18/08 | X | | Power point presentation exhibits |
| 1 | | * | X | X | Supplement on wave modeling N.O. (Gautier, 2008) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages