# CHAFFE  McCALL
L. L. P.

**ROBERT B. FISHER, JR.**
General Partner

Direct Dial No: (504) 585-7049
Direct Fax No: (504) 544-6046
E-mail: fisher@chaffe.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 DEC 17 PM 4:32
LORETTA G. WHYTE
CLERK

RECEIVED
DEC 17 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

December 17, 2008

**VIA FACSIMILE: 504 589-7633**
The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Div. 2, U.S. District Court
Eastern District of La.
Room B409, Hale Boggs Bldg.
500 Poydras Street
New Orleans LA 70130

Re:   KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
      C.A. No. 05-4182 "K" (2), Applies to "Barge"
      *Boutte V. Lafarge* C.A. No. 05-5531
      *Mumford V. Ingram* C.A. No. 05-5724
      *Lagarde V. Lafarge* C.A. No. 06-5342
      *Perry V. Ingram Barge* C.A. No. 06-6299
      *Benoit V. Lafarge* C.A. No. 06-7516
      *Parfait V. USA* C.A. No. 07-3500
      *LNA v. USA* C.A. No. 07-5178
      *Weber v. Lafarge* C.A. No. 08-4459
      U.S. District Court, E.D. of La.
      Our Ref: 99675/28821

Dear Magistrate Judge Wilkinson:

This will confirm my secretary's conversation with your office last evening and also acknowledge receipt of the "Barge Plaintiffs' Memorandum in Opposition to Renewed Motion of Lafarge North America Inc. for Rule 37 Sanctions Against Plaintiffs", which we received overnight.

On behalf of our client, Lafarge North America, we confirm our client's consent to a two week continuance of the hearing of LNA's motion. Our clients would accept dismissal without prejudice as to the thirteen plaintiffs named in Mr. Gilbert's Memorandum of December 16, 2008, as well as the remaining *Parfait* plaintiffs.

It is our further understanding that Mr. Gilbert will draft a Stipulation with respect to voluntary dismissal of certain plaintiffs in this matter for our review, input and approval. In the meantime, we do not object to the proposed extension of time, to January 7, 2009, with respect to the hearing date.

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 815 Walker Street, Suite 953 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806
www.chaffe.com
1218898-1

___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

December 17, 2008
Page 2

                                    Respectfully submitted,

                                    CHAFFE McCALL, L.L.P.

                                    Derek A. Walker
                                    Robert B. Fisher, Jr.

DAW/RBFJr:kh

cc: Mr. Brian Gilbert (via e-mail – bgilbert@briangilbertlaw.com)

1218898-1