UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

UNITED STATES OF AMERICA'S EX PARTE MOTION
TO STRIKE RECORD NUMBER 16788 FROM THE COURT'S DOCKET

On December 18, 2008, the United States filed its "Motion to Strike the Declaration of Nicholas C. Yost and Related Legal Memoranda Filed By Plaintiffs and Their Amici" (Doc. 16788).  After filing that motion, the United States learned that an attachment to the supporting memorandum may have been produced in violation of a protective order in another case, *Adams v. United States*, CV-03-049-E-BLW (D. Idaho).

Accordingly, the United States moves to strike its motion and supporting materials (Doc. 16788) from the Court Docket.  Additionally, the United States respectfully requests

that the Court order any party that has accessed the stricken documents via PACER or otherwise to destroy any copies in their possession.

              Respectfully submitted,

              GREGORY G. KATSAS
              Assistant Attorney General

              THOMAS DUPREE
              Principal Deputy Assistant Attorney General

              PHYLLIS J. PYLES
              Director, Torts Branch

              JAMES G. TOUHEY, JR.
              Assistant Director, Torts Branch

              /s/ Paul Levine
              PAUL LEVINE
              JEFFREY P. EHRLICH
              Trial Attorneys
              ROBIN SMITH
              Senior Trial Counsel
              Torts Branch, Civil Division
              U.S. Department of Justice
              Benjamin Franklin Station, P.O. Box 888
              Washington, D.C.  20044
              (202) 616-4448/(202) 616-5200 (Fax)
              Attorneys for the United States

December 19, 2008

<u>CERTIFICATE OF SERVICE</u>

I, Paul Levine, hereby certify that on December 19, 2008, I served a true copy of the foregoing upon all counsel of record by ECF.

<u>/s/ Paul Levine</u>
Paul Levine