UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

ORDER

Having considered the United States of America's Ex Parte Motion to Strike Record Number 16788 and associated memoranda, exhibits, and other documents, it is hereby ORDERED that the Motion to Strike is GRANTED.  Docket Number 16788 associated memoranda, exhibits, and other documents are hereby STRICKEN from the record.  All

parties who have downloaded or otherwise obtained these documents are hereby ORDERED to destroy those documents forthwith.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Judge Joseph C. Wilkinson, Jr.
Eastern District of Louisiana