UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: *Held*, 07-1610 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

### JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Edward J. Held, Jr., and defendant, Republic Fire And Casualty Insurance Company, who respectfully submit to this Honorable Court that a settlement of all claims has been reached in this matter, and that plaintiff wishes to dismiss any and all claims against defendant, Republic Fire And Casualty Insurance Company, with prejudice, with each party to bear its own costs.

Respectfully submitted:

**ROBICHAUX LAW FIRM**
Mailing Address:  P. O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Avenue
Suite 304
New Orleans, LA 70122
Telephone: (504) 286-2022
Facsimile:  (504) 282-6298


BY:     _/s/ Brian D. Page_
       **J. VAN ROBICHAUX, JR. (No. 11338)**
       **BRIAN D. PAGE (No. 30941)**

       **ATTORNEYS FOR PLAINTIFF,**
       **EDWARD J. HELD, JR.**

       **-AND-**

       **LARZELERE PICOU WELLS**
           **SIMPSON LONERO, LLC**
       Two Lakeway Center - Suite 1100
       3850 North Causeway Boulevard
       Metairie, LA  70002
       Telephone: (504) 834-6500
       Facsimile:  (504) 834-6565

BY:      _/s/ Scot P. Koloski_
       **JAY M. LONERO, T.A. (No. 20642)**
           **jlonero@lpwsl.com**
       **CHRISTOPHER R. PENNISON (No. 22584)**
           **cpennison@lpwsl.com**
       **ANGIE ARCENEAUX AKERS (No. 26786)**
           **aakers@lpwsl.com**
       **SCOT P. KOLOSKI (#27537)**
           **skoloski@lpwsl.com**

       **ATTORNEYS FOR REPUBLIC FIRE AND**
       **CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

_/s/ Scot P. Koloski_____