# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | **COURT CASE NUMBER** 05-4182-K |
| **DEFENDANT** PERTAINS TO: insurance, Watson, 07-5462 | **TYPE OF PROCESS** ORDER TO SHOW CAUSE |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
VIVIAN WATSON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~2438 CONGRESS STREET~~ 2444 Congress St.
NEW ORLEANS, LA 70117

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 DEC 18 PM 4: 26
LORETTA G. WHYTE
CLERK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BY ORDER OF U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

**PHONE:** 504-606-7110     Court date 12/17/08

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 34 | Joanne Waite | 11/19/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
Fema trailer, 2444 congress Street

Date of Service: 12-4-08   Time: 10:45 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $5.00 | 5.50 | | 50.50 | | | |

**REMARKS:** Left at trailer per Watson's request

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

| **PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)** |