UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | |
| | JUDGE DUVAL |
| *Alexander,* No. 07-4538<br>*This document relates to Plaintiff Corinne Elloie* | |
| | MAG. WILKINSON |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, Corinne Elloie, and defendant, Great American Insurance Company, and upon suggesting to this Honorable Court that all differences have been settled and compromised, jointly move this Honorable Court for a final order dismissing all claims and demands of the plaintiff against defendants, with prejudice and with each party to bear its own costs and attorney's fees.

WHEREFORE, plaintiff, Corinne Elloie, and defendant, Great American Insurance Company, respectfully move this Court for an order dismissing this case with prejudice, with each party to bear its own costs.

NO.99914228.1

Respectfully submitted:

BY: /s/ Daniel E. Becnel, Jr
   Daniel E. Becnel, Jr. (La. 2926)
   **BECNEL LAW FIRM**
   106 W. 7th St., P.O. Drawer H
   Reserve, LA 70084

**COUNSEL FOR PLAINTIFF**

BY: /s/ Jacqueline M. Brettner
   George B. Hall, Jr. (Bar #6432)
   Jacqueline M. Brettner (Bar #30412)
   **Phelps Dunbar LLP**
   Canal Place
   365 Canal Street • Suite 2000
   New Orleans, Louisiana 70130-6534
   Telephone: (504) 566-1311
   Telecopier: (504) 568-9130

**ATTORNEYS FOR GREAT AMERICAN INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 22th day of December, 2008.

/s/Daniel E. Becnel, Jr.