UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

| | |
|---|---|
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

**ORDER ON MOTION**

APPEARANCES:   None (on the briefs)

MOTION:   Motion on Behalf of Adam Perkins Rose, III for Return of Property and for Attorney Fees, Record Doc. No. 16639

O R D E R E D:

 XXX : GRANTED.  **IT IS ORDERED** that defendant, Lafarge North America, Inc., must, within ten (10) days of entry of this order, (1) return the clock to its rightful owner, Adam Perkins Rose, III, and (2) pay to plaintiffs' counsel $450.00 in attorney fees and costs.

New Orleans, Louisiana, this   22nd   day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE