MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| Alexander, 07-4538 | MAG. WILKINSON |
| Ancar, 07-4853 | |

A conference concerning the status of settlement was conducted on this date in the referenced Alexander and Ancar cases. Participating were Kevin Klibert and Joseph Rausch, representing plaintiffs; Seth Schmeeckle, Chase Chassaignac, Chris Pennison and Jim Donovan, representing defendants.

Settlement efforts have been proceeding satisfactorily in these "Insurance Mass Joinder" cases. However, the court intends to determine the settlement status of the various claims asserted in these cases with finality so that those misjoined claims that will not settle in the short term without further court action may proceed to resolution. Accordingly,

**IT IS ORDERED** that a call docket in the Alexander and Ancar cases will be conducted before me on **January 8, 2009 at 10:00 a.m.** At that call docket, counsel for

MJSTAR: 0 : 45

both sides must report to me plaintiff-by-plaintiff, on an individual basis, the status of the claims of each plaintiff whose claims have not yet formally been dismissed, so that I may determine whether each claim should immediately be severed and reallotted for trial scheduling purposes. No later than **January 5, 2009**, plaintiffs' counsel must provide me with an updated, detailed, plaintiff-by-plaintiff status report for all claims that have not by that date been formally dismissed. Plaintiffs' counsel, Defense Liaison Counsel and counsel for Allstate and State Farm must appear in person. Counsel for any defendant against whom claims are asserted in the Alexander and Ancar cases may also attend.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Joseph M. Bruno; jbruno@jbrunolaw.com
Ralph Hubbard; rhubbard@lawla.com
Seth Schmeeckle; sschmeeckle@lawla.com
Charles Chassaignac; cchassaignac@phjlaw.com
Christopher Pennison; cpennison@lpwsl.com
James L. Donovan, Jr.; jdonovan@donovanlawler.com
Kevin Klibert; kklibert@becnellaw.com
Joseph W. Rausch; joe@jimshall.com