MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE     JUDGE DUVAL
        Hurricane Legal Center     MAG. WILKINSON
        Mass Joinder Cases

| | |
|---|---|
| Alexander 07-4455 | Anderson 07-6737 |
| Alexander 07-5768 | Adams 07-4459 |
| Call 07-5769 | Aguda 07-4457 |
| Ansardi 07-5767 | Allen-Perkins 07-5204 |
| Aucoin 07-4458 | |
| Adams 07-5206 | |
| Abram 07-5205 | |
| Acevedo 07-5199 | |

      Pursuant to my previous order, a status conference was conducted today concerning settlement efforts in the referenced "Insurance Mass Joinder" cases filed on behalf of plaintiffs by the Hurricane Legal Center. Participating in person was Seth Schmeeckle, Liaison Counsel for insurance company defendants, and representing

MJSTAR:  0 : 20

Hanover and Travelers.  Participating by telephone were Sassoon Sales and Lawrence Centola, representing the Hurricane Legal Center ("HLC") plaintiffs; David Strauss, representing State Farm; Trey Henderson, representing Allstate and Encompass; and Wendy Hickok Robinson, representing Safeco.

Counsel reported on the status of settlement negotiations in the HLC mass joinder cases.  While some claims have settled and some settlement discussions are ongoing, settlements have not been reached as to most of these claims.  Accordingly, the final call docket concerning settlement status for these cases remains set for **January 8, 2009 at 2:00 p.m.**  At that time, any individual claims asserted in these cases that have not been or are not then ready to be dismissed will be subject to a deconsolidation, severance and reallotment order.

I conclude based on the oral representations of counsel that the HLC cases in which Allstate is a defendant are making virtually no settlement progress.  Accordingly, a separate order severing those cases and establishing the procedure by which those severances must be accomplished, including a **January 30, 2009** deadline for plaintiffs to file amended complaints accomplishing the severances, will be entered separately as soon as possible.

Counsel for State Farm reported that the United States Court of Appeals for the Fifth Circuit has scheduled oral argument in <u>Harrington v. State Farm</u>, No. 08-30339, on

February 2, 2009.  Settlement discussions involving State Farm are not occurring while this appeal progresses.  I will confer with Judge Duval to determine what action, if any, will be taken concerning the above-referenced cases in which State Farm is a defendant, in light of the status of this appeal.

Counsel for Safeco reported concerning HLC cases involving forced place insurance policies issued by Balboa, Lloyd's, Newport, Merit Plan and Safeco.  Counsel for the HLC will provide her with the name of the plaintiff, the policy number and the property address for those claimants with forced place insurance polices, so that a full report identifying those cases may be provided to me at the **January 8, 2009** call docket.

Counsel for Allstate and Encompass reported that those defendants have filed a motion to dismiss duplicative claims, which is set for hearing before Judge Duval on January 7, 2009.  Record Doc. No. 16539.

                                            JOSEPH C. WILKINSON, JR.
                                            UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.