UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES            CIVIL ACTION
        CONSOLIDATED LITIGATION
        NO. 05-4182 "K" (2)

PERTAINS TO:  BARGE                              JUDGE DUVAL
*Mumford v. Ingram*       C.A. No. 05-5724       MAG. WILKINSON
*Boutte v. Lafarge*       C.A. No. 05-5531
*Lagarde v. Lafarge*      C.A. No. 06-5342
*Perry v. Ingram Barge*   C.A. No. 06-6299
*Benoit v. Lafarge*       C.A. No. 06-7516
*Parfait Family v. USA*   C.A. No. 07-3500
*Lafarge v. USA*          C.A. No. 07-5178

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Motion on Behalf of Alice Mae Haney Davis Harris for Return of Property and for Attorney Fees, Record Doc. No. 16640

O R D E R E D:

 XXX : GRANTED.  **IT IS ORDERED** that defendant, Lafarge North America, Inc., must, within ten (10) days of entry of this order, (1) return the clock to its rightful owner, Alice Mae Haney Davis Harris, and (2) pay to plaintiffs' counsel $337.50 in attorney fees and costs.

New Orleans, Louisiana, this  22nd  day of December, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE