UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                                                 NO. 05-4182

PERTAINS TO: *Robinson* (06-2268)           SECTION "K"(2)

## ORDER

Having considered the United States of America's Ex Parte Motion to Strike Record Number 16788 and associated memoranda, exhibits, and other documents, it is hereby **ORDERED** that the Motion to Strike is **GRANTED**. Docket Number 16788 associated memoranda, exhibits, and other documents are hereby **STRICKEN** from the record. All parties who have downloaded or otherwise obtained these documents are hereby **ORDERED** to destroy those documents forthwith.

New Orleans, Louisiana, this \_\_\_22nd\_\_\_ day of December, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**