UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>No.:  05-4182 |
| **FILED IN:**  05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346,  06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471,  06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | |

**PERTAINS TO: LEVEE AND MR-GO**

## JOINT MOTION FOR LIMITED
## AMENDMENT TO MASTER PROTECTIVE ORDER

In furtherance of this Courts consideration on the 15th day of December, 2008, of the request of Class Counsel and counsel for the Settling Defendants that the Master Protective Order (Doc. Rec. No. 5393) be modified on a to allow the review and use in a limited fashion in connection with the notice to be provided to Class Members the information contained in the Hurricane Katrina claims database produced per Court Order (Doc. Rec. No. 6299) by the United States, Class Counsel and counsel for the Settling Defendants respectfully request that the Court

NO.99916264.1

- 2 -

enter an Order in the form attached hereto.  The attached form of order has been approved by the United States.

        Respectfully submitted,

        LAW OFFICES OF JOSEPH M. BRUNO

        By:   /s/ Joseph M. Bruno
              Joseph M. Bruno (#3604)
              855 Baronne Street
              New Orleans, Louisiana  70113
              Telephone:  (504) 525-1335
              Telecopier:  (504) 561-6775
              E-mail:  jbruno@jbrunolaw.com

ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

        By:   /s/ Gerald E. Meunier
              Gerald E. Meunier (#9471)
              2800 Energy Centre
              1100 Poydras Street
              New Orleans, Louisiana 70163-2800
              Telephone:  (504) 522-2304
              Facsimile:  (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

- 3 -

DOMENGEAUX WRIGHT ROY & EDWARDS

By: /s/ James P. Roy
    James P. Roy (#11511)
    556 Jefferson Street
    Lafayette, LA 70502
    Telephone: (337) 593-4190
    Facsimile: (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL

BY: /s/ Thomas P. Anzelmo
    Thomas P. Anzelmo, (#2533)
    3445 N. Causeway Boulevard, Suite 800
    Metairie, Louisiana 70002
    Telephone: (504) 831-0946
    Facsimile: (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT

- 3 -

        DUPLASS, ZWAIN, BOURGEOIS, MORTON
        PFISTER & WEINSTOCK

BY:   /s/ Gary M. Zwain
        Gary M. Zwain (#13809)
        Three Lakeway Center, Suite 2900
        3838 North Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone No.: (504) 832-3700
        Facsimile No.: (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT


LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD


By:   /s/ Ralph S. Hubbard III
        Ralph S. Hubbard III (#7040)
        601 Poydras Street, Suite 2775
        New Orleans, LA 70130
        Telephone: (504) 568-1990
        Telecopier: (504) 310-9195

AND

NO.99916264.1

- 5 -

PHELPS DUNBAR LLP


By: /s/ S. Ault Hootsell III
S. Ault Hootsell III (#17630)
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2008, I electronically filed the foregoing Joint Motion with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CMECF participants:

Michael Ginart, Jr
Tonry & Ginart
2114 Paris Rd.
P. O. Box 32
Chalmette, LA 70044-0032

Michael O. Carey
108 New Rhone Village
Crowley, LA 70526


/s/ S. Ault Hootsell III

- 5 -

NO.99916264.1