UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| *************************************************** | | |
| PERTAINS TO: INSURANCE 07-3393 (Garrison v. Allstate) | * * * | |
| *************************************************** | | |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the plaintiff herein, Suzanne M. Garrison, and defendant herein, Allstate Insurance Company, who respectfully submit to this Court that all of their claims have been settled and they desire for all of their claims against defendant, Allstate Insurance Company, be withdrawn and/or dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

*Andrea S. Lestelle*
ANDREA S. LESTELLE # 08539
LESTELLE & LESTELLE
3421 N. Causeway Boulevard
Suite 602
Metairie, LA 70002
Telephone: 504-828-1224
Facsimile: 504-828-1229

**Counsel for Plaintiff,**
**Suzanne Garrison**

*Raymon G. Jones*
SCOTT G. JONES #14408
RAYMON G. JONES #07504
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940

**Counsel for Defendant,**
**Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22nd, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

*Raymon G. Jones*
Raymon G. Jones (Bar No. 07504)