UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Stephen Wever regarding 740 Navarre Ave, New Orleans, LA 70124; Christopher Williams regarding 13632 N. Cavalier Dr., New Orleans, LA 7012; Delores Augustin regarding 5752 Basin View Dr., New Orleans, LA 70126; Marion Young regarding 3223 Hamilton St., New Orleans, LA 70118; Rita Williams regarding 532 S Cortez, New Orleans, LA 70119; Lynn Batson regarding 4705 Iberville St, New Orleans, LA 70119; Deborah Johnston regarding 201 Portland St., New Orleans, LA 70124; Mel Roy regarding 1508 Tennessee St., New Orleans, LA 70117; Ronnie LaCabe regarding 1902 Mirabeau Ave., New Orleans, LA 70122; Rae Lemon regarding 3908 Wanda Lynn Dr., Metairie, LA 70002; Andre & Sheila Aguillard regarding 1712 Admiral Nelson Dr., Slidell, LA 70461; Dorothy Birdsall regarding 500-502 Caffin Ave., New Orleans, LA 70117; Natalie Lockett regarding 7848 Sum St., New Orleans, LA 70128; Lucille Peoples regarding 13537 Trappers Ct., New Orleans, LA 70129; Ema Andrews regarding 2612 Arts St., New Orleans, LA 70117; Roger Brown regarding 4842 Knight Dr., New Orleans, LA 70127; Cynthia Shaheed, David Shaheed regarding 6234 Curran Rd., New Orleans, LA 70126; Mattie Walker regarding 2524 Dabadie St., New Orleans, LA 70119; Patrice Yards regarding 4634 Lain Ave., New Orleans, LA 70126; Yvonne Busch regarding 1229 Lamanche St., New Orleans, LA 70117; Alvin Johnson regarding 1215 Bartholomew St., New Orleans, LA 70117; Marion Greenwood regarding 4619 Mendez St., New Orleans, LA 70126; Sandra Porter regarding 3115-17 Toledano Street, New Orleans, LA |

        70125; Marguerite Harris regarding 2016 Deslonde St, New Orleans, LA 70117; Shirnetta Parker, Yvonne Parker regarding 4740 Wenner Dr, New Orleans, LA 70126; Janice Jackson regarding 2031 Independence St, New Orleans, LA 70117; Melanie Williams, Saul J. Williams regarding 4605 Tulip St., New Orleans, LA 70115; Cora Mae Shy regarding 820 8th St., New Orleans, LA 70115; Patricia Johnson regarding 2118 New Orleans St., New Orleans, LA 70119; Loretta Brown, Roy K. Brown regarding 7500 Wave Dr., New Orleans, LA 70128, Jessica Taylor, Roderick Taylor regarding, 10122 Dreux Avenue, New Orleans, La 70127

# UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Stephen Wever regarding 740 Navarre Ave, New Orleans, LA 70124; Christopher Williams regarding 13632 N. Cavalier Dr., New Orleans, LA 7012; Delores Augustin regarding 5752 Basin View Dr., New Orleans, LA 70126; Marion Young regarding 3223 Hamilton St., New Orleans, LA 70118; Rita Williams regarding 532 S Cortez, New Orleans, LA 70119; Lynn Batson regarding 4705 Iberville St, New Orleans, LA 70119; Deborah Johnston regarding 201 Portland St., New Orleans, LA 70124; Mel Roy regarding 1508 Tennessee St., New Orleans, LA 70117; Ronnie LaCabe regarding 1902 Mirabeau Ave., New Orleans, LA 70122; Rae Lemon regarding 3908 Wanda Lynn Dr., Metairie, LA 70002; Andre & Sheila Aguillard regarding 1712 Admiral Nelson Dr., Slidell, LA 70461; Dorothy Birdsall regarding 500-502 Caffin Ave., New Orleans, LA 70117; Natalie Lockett regarding 7848 Sum St., New Orleans, LA 70128; Lucille Peoples regarding 13537 Trappers Ct., New Orleans, LA 70129; Ema Andrews regarding 2612 Arts St., New Orleans, LA 70117; Roger Brown regarding 4842 Knight Dr., New Orleans, LA 70127; Cynthia Shaheed, David Shaheed regarding 6234 Curran

Rd., New Orleans, LA 70126; Mattie Walker regarding 2524 Dabadie St., New Orleans, LA 70119; Patrice Yards regarding 4634 Lain Ave., New Orleans, LA 70126; Yvonne Busch regarding 1229 Lamanche St., New Orleans, LA 70117; Alvin Johnson regarding 1215 Bartholomew St., New Orleans, LA 70117; Marion Greenwood regarding 4619 Mendez St., New Orleans, LA 70126; Sandra Porter regarding 3115-17 Toledano Street, New Orleans, LA 70125; Marguerite Harris regarding 2016 Deslonde St, New Orleans, LA 70117; Shirnetta Parker, Yvonne Parker regarding 4740 Wenner Dr, New Orleans, LA 70126; Janice Jackson regarding 2031 Independence St, New Orleans, LA 70117; Melanie Williams, Saul J. Williams regarding 4605 Tulip St., New Orleans, LA 70115; Cora Mae Shy regarding 820 8th St., New Orleans, LA 70115; Patricia Johnson regarding 2118 New Orleans St., New Orleans, LA 70119; Loretta Brown, Roy K. Brown regarding 7500 Wave Dr., New Orleans, LA 70128, who wish to voluntarily dismiss the claims against Defendant(s) Lafayette Insurance Company, United Fire and Indemnity Company and United Fire and Casualty Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 22nd day of December, 2008.

 /s/ Joseph M. Bruno
Joseph M. Bruno