UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION _K_ MAG _2_ |
| PERTAINS TO: ROAD HOME *State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

**************************************************************************

**MOTION FOR EXTENSION OF TIME TO RESPOND**

**NOW INTO COURT,** comes Plaintiff State of Louisiana, who respectfully moves this Honorable Court for an Order extending the time to file its Memorandum in Opposition to Defendant's 12(b)(6) Motion to Dismiss, as well as to extend Defendants' time to file their Reply Memorandum.

In a December 19, 2008, Telephone Hearing, this Court set scheduling deadlines relating to the filing of certain Motions and Memoranda. Plaintiff's deadline for filing its Memorandum in Opposition to Defendants' Motion to Dismiss was set for December 29, 2008, and Defendants' deadline for filing their Reply briefs was set for January19, 2009. Due to the length of defendants Motion to Dismiss and attached Memorandum in support, as well as Holiday scheduling issues, the

1

Plaintiff requests that the time to file its response to Defendant's Motion to Dismiss be extended. Upon consideration of the above, we respectfully request that the Plaintiff, the State of Louisiana, be allowed to file its Opposition to Defendants' Motion to Dismiss on or before January 9, 2009, and that Defendants be allowed to file their Reply Brief on or before January 23, 2009.

WHEREFORE, Plaintiff moves for an order extending the time to file its Memorandum in Opposition to Defendants' Motion to Dismiss until December 29, 2008 and extending the time for Defendants to file their Reply Brief until January 19, 2009.

        Respectfully submitted,

        **JAMES D. CALDWELL**
        **ATTORNEY GENERAL**

        ___s/Sallie J. Sanders_____
        Sallie J. Sanders (Bar Roll # 11703)
        James Trey Phillips (Bar Roll # 19978)
        Stacie L. deBlieux (Bar Roll # 29142)
        Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
        1885 North Third Street
        Post Office Box 94005
        Baton Rouge, Louisiana  70804-9005
        Telephone: (225) 326-6400
        Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                                                  /s/ Sallie J. Sanders
                                                                   Sallie J. Sanders