UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION_K_MAG_2_ |
| PERTAINS TO:  ROAD HOME State of Louisiana, C.A. No. 07-5528 | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER**

**CONSIDERING** the foregoing Motion for Extension of Time to Respond filed by the State of Louisiana:

**IT IS HEREBY ORDERED** that the State's Motion for Extension of Time to file its Memorandum in Opposition to Defendants' Motion to Dismiss until January 9, 2009 and extending the time for Defendants to file their Reply Brief until January 23, 2009 be granted.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE