UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECION _K_  MAG _2_ |
| PERTAINS TO: ROAD HOME | |
| *State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

*************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes STATE OF LOUISIANA, Plaintiffs in the above-captioned matter, who, in support of the Motion For Extension of Time, respectfully represent:

**Factual and Procedural Background**

A Motion to Dismiss, filed by the Defendants, is scheduled for hearing on January 30, 2009. Also to be heard on that date is Plaintiffs' Motion to Sever and Remand. Several deadlines relating to the hearing precede that date. Due to the great length of defendant's Motion to Dismiss and Holiday scheduling issues with state government, Plaintiff, the State of Louisiana respectfully requests an extension of time to respond until January 9, 2009.

**Law and Argument**

Federal Rule of Civil Procedure 6 deals with Computing and Extending Time states, in part:

> **(b) Extending Time.**
> **(1)** *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> **(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

1

Due to the great length of Defendant's Motion to Dismiss, as well as the Holiday scheduling issues within state government, Plaintiff, the State of Louisiana, respectfully requests an Extension of Time to file its Opposition to Defendants' Motion to Dismiss.

        Respectfully submitted,

        **JAMES D. CALDWELL**
        **ATTORNEY GENERAL**

        ___s/Sallie J. Sanders_____
        Sallie J. Sanders (Bar Roll # 11703)
        James Trey Phillips (Bar Roll # 19978)
        Stacie L. deBlieux (Bar Roll # 29142)
        Assistant Attorney General
    **LOUISIANA DEPARTMENT OF JUSTICE**
        1885 North Third Street
        Post Office Box 94005
        Baton Rouge, Louisiana  70804-9005
        Telephone: (225) 326-6400
        Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

          ___/s/ Sallie J. Sanders___
           Sallie J. Sanders