UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), has ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008.  Accordingly, the United States is producing to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts:  John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff.

The expert reports do not contain computer generated evidence that the experts relied upon when drafting their reports because the evidence is voluminous.  If the Plaintiffs require any of the evidence once they have reviewed the expert reports, they are instructed to contact United States counsel to obtain the required evidence.  Moreover, the expert reports are not Bates-stamped.  However, the United States will produce Bates-stamped copies of the expert

reports to the Plaintiffs at a later date.

      Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          PHYLLIS J. PYLES
                                          Director, Torts Branch

                                          JAMES G. TOUHEY, JR.
                                          Assistant Director, Torts Branch

                                           s/ James F. McConnon, Jr.
                                          JAMES F. McCONNON, JR.
                                          Trial Attorney, Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          Benjamin Franklin Station, P.O. Box 888
                                          Washington, D.C.  20044
                                          (202) 616-4400 / (202) 616-5200 (Fax)
                                          Attorneys for the United States

Dated: December 22, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on December 22, 2008, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                              s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.