PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|
| Brian Jarvinen | KC991 | 12/22/2008 | Robinson | Expert Report and Related Documents from Brian Jarvinen |
| Reed Mosher | KC992 | 12/22/2008 | Robinson | Expert Report and Related Documents from Reed Mosher |
| Louis Britsch III | KC993 | 12/22/2008 | Robinson | Expert Report and Related Documents from Louis Britsch III |
| Stephen Deloach | KC994 | 12/22/2008 | Robinson | Expert Report and Related Documents from Stephen Deloach |
| Thomas Wolff | KC995 | 12/22/2008 | Robinson | Expert Report and Related Documents from Thomas Wolff |
| Bruce Ebersole | KC996 | 12/22/2008 | Robinson | Expert Report and Related Documents from Bruce Ebersole |
| Steven Fitzgerald | KC997 | 12/22/2008 | Robinson | Expert Report and Related Documents from Steven Fitzgerald |
| John Barras | KC998 | 12/22/2008 | Robinson | Expert Report and Related Documents from John Barras |
| Donald Resio | KC999 | 12/22/2008 | Robinson | Expert Report and Related Documents from Donald Resio |
| Joannes Westerink | KC1000 | 12/22/2008 | Robinson | Expert Report and Related Documents from Joannes Westerink |