UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K"(2) |
| | * | JUDGE: DUVAL SECTION: "K" |
| FILED IN: 06-8674 | * | MAGISTRATE: 2 JUDGE: WILKINSON |
| PERTAINS TO: INSURANCE LICIA DUFFY, wife of/and TERRENCE DUFFY, SR. v. LARRY ORLANDO and ALLSTATE INSURANCE COMPANY | * * | |

## JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Licia Duffy and Terrance Duffy, Sr., and Defendant, Allstate Insurance Company, and on suggesting to the court that all issues and claims which have arisen in connection with the above entitled and numbered cause have been amicably settled and compromised, who jointly move the court to dismiss all claims that were or may have been asserted herein by the Plaintiffs, Licia Duffy and Terrance Duffy, Sr., with full prejudice, and with each party to bear their own costs.

1

Respectfully submitted,

| | |
|---|---|
| _/s/_ | LABORDE & NEUNER |
| | _/s/_ |
| GARY M. PENDERGAST- #10420 | FRANK X. NEUNER, JR. - #07674 |
| 1515 Poydras Street, Suite 2260 | MELISSA LUTGRING THERIOT - #22628 |
| New Orleans, LA 70112 | GREGORY A. KOURY - #26364 |
| Phone: (504) 523-0454 | JEREMY N. MORROW - #29358 |
| **ATTORNEY FOR PLAINTIFFS** | DANIEL J. POOLSON, JR. - #30676 |
| | One Petroleum Center, Suite 200 |
| | 1001 West Pinhook Road |
| | Lafayette, Louisiana 70503 |
| | P.O. Box 52828 (70505-2828) |
| | Phone: (337) 237-7000 |
| | Fax: (337) 233-9450 |
| | **ATTORNEYS FOR ALLSTATE** |

## CERTIFICATE OF SERVICE

I hereby certify that on ~~August~~ DECEMBER 23, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

_/s/_
COUNSEL