UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"**<br><br>**MAGISTRATE (2)** |
| **THIS DOCUMENT RELATES TO:**<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Reginald Smith regarding 2528/30 Laurel St., New Orleans, LA 70130; Robert Stewart regarding 2916 Baronne St., New Orleans, LA 70113; Richerd Hebert regarding 13518 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13520 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13558 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13560 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13601 N. Nemours, New Orleans, LA 70129; Richerd Hebert regarding 2584 Longbranch Dr., New Orleans, LA 70129; Linda Washington regarding 4841 Piety Dr, New Orleans, LA 70126; Steinley Vance regarding 6613 Dwyer Rd., New Orleans, LA 70126; Janet Lopez regarding 4818 Luraine St, New Orleans, LA 70127; Willie Hubert regarding 7607 Vanderkolotte Ave., New Orleans, LA 70127; James Mistretta regarding 812 Lyndell Ct, Chalmette, LA 70043; Lolita Davis regarding 4821 Piety Dr, New Orleans, LA 70126; Harold Young regarding 1234 Temin St, New Orleans, LA 70117; Rosa Marie Butler regarding 9029 Quince St, New Orleans, LA 70118; Keisha Pendleton regarding 2831 Spain St, New Orleans, LA 70122; Alvin Livers regarding 930 Caffen Ave, New Orleans, LA 70117; Veronica Price regarding 5656 6th St., Violet, LA 70092; Gloria Crowell regarding 3665 Tiedmont Dr., New Orleans, LA 70122; Gloria Crowell regarding 4718 Hickerson Dr., New Orleans, LA 70127; Sheila Prevost regarding 1926 Pauline St., New Orleans, LA 70117; Malana Newmen regarding 1325 & 1327 Tricou St., New Orleans, LA 70117; Patricia Freeman regarding 2026 Charbonnet St., New** |

Orleans, LA 70117; Annette Robertson regarding 405 Warrington Dr., New Orleans, LA 70122; Loretta Boutin regarding 1929 Brutus St., New Orleans, LA 70122; Sherrie McGee regarding 5960 N Johnson St, New Orleans, LA 70117; Tyrone Green regarding 2140 Louisa St., New Orleans, LA 70117; Edgar Lowe regarding 2319 Spain St., New Orleans, LA 70117; Debra Mills regarding 39332 McKendall Dr., Slidell, LA 70461; Torin Hall regarding 7908 Pompeno St., New Orleans, LA 70127; Willie Milton regarding 3306 N. Claiborne Ave, New Orleans, LA 70117; Audrey Palmer regarding 8527 Stroelitz, New Orleans, LA 70118; Opal Tyler regarding 2333 Port St., New Orleans, LA 70117; Janis Fraise regarding 4523 Dreux Ave., New Orleans, LA 70126; Rolanda Frank regarding 7870 Means Ave., New Orleans, LA 70127; Rosalind Sevalia regarding 1812 Westminister Blvd., Marrero, LA 70072; Zena Urby regarding 14771 Beekman Rd., New Orleans, LA 70128; Audrey Jeanmarie regarding 4626 Derelli Dr., New Orleans, LA 70127; Kristin Rhodes, Andrew Sceau regarding 5122 Cartier Ave., New Orleans, LA 70122; Aaron Jackson regarding 4907 Meadowbank Dr, New Orleans, LA 70128; Richard Hilliard regarding 1315 Gallier St, New Orleans, LA 70117; Patricia Hartmann regarding 4139 Cleveland St, New Orleans, LA 70119; Lloyd Roberson regarding 4718 Louisa Dr., New Orleans, LA 70126; Patrice Sanchez regarding 5018 Pasteur St, New Orleans, LA 70122; Princess Allel regarding 7707 Reindeer St., New Orleans, LA 70128; Floyd Preston regarding 3814 Louisiana Avenue Pkwy., New Orleans, LA 70125; Mary Bridges regarding 2513 Jasmine St., New Orleans, LA 70122; Mary Bridges regarding 2640-42 Jasmine St., New Orleans, LA 70122; Linda Gentry regarding 5651 Red Maple Dr., New Orleans, LA 70129; Linda Gentry regarding 2125/2127 Elysian Fields, New Orleans, LA 70117; Larry Buffington regarding 2300 Maureen Lane, Meraux, LA 70075; Andria Milton regarding 2820 & 2822 Banks St., New Orleans, LA 70119; Marlene Randall regarding 1760 N. Miro, New Orleans, LA 70119; Jessie

Rodgers regarding 2927 Metropolitan St., New Orleans, LA 70126; Pauline Kelly regarding 4634 Reed Blvd., New Olreans, LA 70127; George Curtis regarding 7701 Means Ave., New Orleans, LA 70127; Morris Williams regarding 9308 Colapissa St., New Orleans, LA 70118; Morris Williams regarding 5530 Elysian Fields Ave., New Orleans, LA 70122; Shannon Bush regarding 3401 Mandeville St, New Orleans, LA 70122; Yvonne Charles regarding 9339 Stroelitz St., New Orleans, LA 70118; Carl Tasker regarding 1326 St. Dennis St., New Orleans, LA 70122; Leslie Parker regarding 6075 Wales St., New Orleans, LA 70126; Tiffany Briscoe regarding 2124 Lafreniere St., New Orleans, LA 70122; Wanda Firman regarding 5101 Pauline Dr., New Orleans, LA 70126; Tia Paul regarding 4701 Spain St., New Orleans, LA 70122; Sherman Calize regarding 4917 St. Claude Avenue, New Orleans, LA 70117; Joan Cardriche regarding 1709 Tupelo St., New Orleans, LA 70117; Annie Jackson regarding 4509 Skyview Dr., New Orleans, LA 70126; Joseph Boyd regarding 4912 Hydel St., New Orleans, LA 70126; Austra Zapata regarding 1541 Owens St., New Orleans, LA 70122; Martin Millsaps regarding 6027 Lafayette St., New Orleans, LA 70126; Lilly Wilson regarding 2222 Clouet St, New Orleans, LA 70117; Delvin Bickham regarding 1310 N. Galvez St., New Orleans, LA 70119; Pattie McRae regarding 7160 E. Tamaron Blvd., New Orleans, LA 70128; Terry Landry regarding 4949 Viola St., New Orleans, LA 70126; Deborah Phillips regarding 7320 Symmes Ave., New Orleans, LA 70127; Cynthia Bell regarding 4750 Bundy Rd., New Orleans, LA 70127; Gura DiMarco regarding 70 Old Hickery Ave., Chalmette, LA 70043; Kerry McKenny regarding 2621 Filmore Ave., New Orleans, LA 70122; Gladys Clark regarding 1920-22 Terpsicorp Dr., New Orleans, LA 70113; Darlene Cummings regarding 4843 Night Hart St., New Orleans, LA 70127; Emmanuel Spann regarding 2024 Forstall St., New Orleans, LA 70117; Emmanuel Spann regarding 2139 Forstall St., New

Orleans, LA 70117; Joseph Recasner regarding 1422 Reynes St., New Orleans, LA 70117; Rosa Becnel regarding 2447 Odin St., New Orleans, LA 70122; Walter Thomas regarding 2201 Flood St., New Orleans, LA 70117; Mark Talbert regarding 2648 Max Dr., Harvey, LA 70058; Sandy Cyres regarding 7630 Tricia Ct., New Orleans, LA 70128; Tyrone Comeaux regarding 4019 Fairmont Dr., New Orleans, LA 70122; Darrell Mellion regarding 3065/67 Chartres St., New Orleans, LA 70117; Darrell Mellion regarding 1023/25 Piety St., New Orleans, LA 70117; Darrell Mellion regarding 1561/63 N. Galvez St., New Orleans, LA 70119; Evelyn Gilmore regarding 2804 Broadway St., New Orleans, LA 70125; Dana Harris regarding 7550 Pebble St., New Orleans, LA 70128; Leslie Butler regarding 5326/28 Pasteur Blvd., New Orleans, LA 70122; Velda Johnson regarding 3050 Florida Ave., New Orleans, LA 70117; Dessadra Khaton regarding 2477 Drew Ave., New Orleans, LA 70122; Freddie Gilbert regarding 6001 Congress Dr., New Orleans, LA 70126; Melvina Turk regarding 2832 St. Bernard Ave., New Orleans, LA 70119; Toya Braud regarding 1742 Lesseps St., New Orleans, LA 70117; Barbara Sims regarding 6931 Bamberry St., New Orleans, LA 70126; George Connelly regarding 1640 Poland Ave., New Orleans, LA 70117; Brenda Pleming regarding 5242 Sandhurst Dr., New Orleans, LA 70126; Veronica Cooper regarding 4843 Hickerson Dr., New Orleans, LA 70127; Leon Francois regarding 924 Lizardi Street, New Orleans, LA 70117; Henderson Hughes regarding 2313 Tennessee St., New Orleans, LA 70117; Maple Storey regarding 2516 Laharpe St., New Orleans, LA 70115; Betty Barnes, Donnie Barnes regarding 7511 Sandy Cove Dr., Nerw Orleans, LA 70128; Oliver Marcell regarding 7508 Dogwood Dr., New Orleans, LA 70126; Tomika Chatman regarding 7922 Lehigh St., New Orleans, LA 70127; Lucinda Pablo, Franklin Pabalo regarding 6038 St. Roch Ave., New Orleans, LA 70122; Shelia Gullette regarding #9 Brown Lee Ct., New Orleans, LA 70128; Merlin Kincey

regarding 4729 Nighthart St., New Orleans, LA 70127; George Yeager, Lydia Yeager regarding Lot 13, Block B, Hwy. 1, 147 Gormely Ln., Grand Isle, LA 70358; Carolyn Stewart regarding 2418 Touro St., New Orleans, LA 70119; Sorretta Berfect regarding 6701 E. Hermes St., New Orelans, LA 70126; Tayari Parker, Terry Joseph regarding 2161 Wellington LN., Slidell, LA 70461; Alice Polk, Charles A. Polk regarding 2905 Marigny St., New Orleans, LA 70122; Christell Elmore, Henry Elmore regarding 13024 Biscay Street, New Orleans, LA 70129; Eddison Collins, Eunice Collins regarding 1213 Independence Street, New Orleans, LA 70117; Farnesiha Celestain regarding 4942 Gallier St., New Orleans, LA 70126; Vonda Simmons, Irene Simmons regarding 6231-33 Dauphine St., New Orleans, LA 70117; Bertell Landry, Laura S. Landry regarding 5442 Providence Place., New Orleans, LA 70126; Joyce Scott regarding 7635 Shorewood Blvd., New Orleans, LA 70128; Dachonda Hankton regarding 5728 Baccich St., New Orleans, LA 70122; Ebony Turner regarding 7241 Voyageur Dr., New Orleans, LA 70129; Dorethea Kitchen, Roy Kitchen regarding 1213 Egania St., New Orleans, LA 70117; Gloria Monconduit, Solis Monconduit regarding 2301 Gentilly Blvd., New Orleans, LA 70122; Gloria Monconduit regarding 7430 Camverley Dr., New Orleans, LA 70128; Hollis Irving regarding 5161 Baccich St., New Orleans, LA 70122; CHERYL GARCIA, WILLIE NELSON regarding 4828 DODT AVE, NEW ORLEANS, LA 70126; Joyce Rouser regarding 4634 Lowerline, New Orleans, LA 70126; Frances Jones regarding 4113 Bissonet Dr., Metarie, LA 70003; Marie Fatheree regarding 2562 N. Rocheblave, New Orleans, LA 70117; Royal Jones regarding 7500 Ann Marie Ct., New Orleans, LA 70128; Patricia Bickham regarding 7330 Symmes Ave., New Orleans, LA 70127; Mary Stewart regarding 3144-3146 Florida Ave., New Orleans, LA 70117; Shelley Collins-Tank regarding 2203 Reunion Dr., Violet, LA 70092; Eunice Taylor regarding 2459/2457 Jonquil st., New Orleans, LA 70122; Norman Landry regarding 3012

Lloyds Ave., Chalmette, LA 70043; Morris Francis regarding 4828 Bonita Dr., New Orleans, LA 0; Deirdre Jackson regarding 8181 Lakeforest Blvd. Apt. 25419, New Orleans, LA 70126; Lollie Doss regarding 2320-2322 Second St., New Orleans, LA 70113; Robin Thomas regarding 5325 Wickfield Dr., Apt. B, New Orleans, LA 70122; Matthew Roby regarding 1226 Egania St., New Orleans, LA 70117; Pamela Day regarding 7504 Creightin Pl., New Orleans, LA 70126; Paul Gilmore, Hidden Riches, LLC regarding 3804/06 Terrie Ct., Metairie, LA 70003; Henry Kubicki regarding 2826/28 Burgundy St., New Orleans, LA 70117; Gloria Washington regarding 2318 St. ferdinand St., New Orleans, LA 70117; Alan Boisdore regarding 5801 Lewis Rd., New orleans, LA 70126; Bruce Roussell regarding 5327 Lafaye St., New Orleans, LA 70122; Misty Marshall regarding 73 Jupiter Circle, Violet, LA 70092; Octave Weber regarding 3925 Fourth Street, New Orleans, LA 70125; Kenneth Thompson regarding 10123 Hammond St., New Orleans, LA 70127; Alice Braves regarding 2826 N. Dergenois St., New orleans, LA 70117; Brenda Ashford regarding 6425 N. Prier St., New Orleans, LA 70117; Percy Nocentelli regarding 7500 Malvern Dr., New Orleans, LA 70126; La'Shanda Ambrose regarding 2221 Richland Ave #162, Metairie, LA 70001; Alex Harrison regarding 2258-2260 N. Johnson St., New Orleans, LA 70117; Charles Davis regarding 7117 E Hermes St., New Orleans, LA 70126; Marshall Carter regarding 5431 Law St, New Orleans, LA 70117; Chris Ferrand regarding 2500/2502 N. Prieur St., New Orleans, LA 70117; Gean Daniilidis regarding 2128 Glouster Pl., Gretna, LA 70056; Charles Bailey regarding 6700 Dorian St., New Orleans, LA 70126; Deborah Green regarding 5541 Maple Ridge Dr., New Orleans, LA 70129; Janet Benjamin regarding 5620 N. Tonti St., New Orleans, LA 70117; Loretta Morehead regarding 2511 Vienna St., New Orleans, LA 70122; Alice Porter regarding 2315 Clouet St, New Orleans, LA 70117; Don Palmer, Troylyn Billew Palmer regarding 10133 Bulevard Way, New Orleans, LA

70127; Sharon Hillard regarding 7017 Wildair Dr, New Orleans, LA 70122; Augustine Jones regarding 2412/14 Lamanche St., New Orleans, LA 70117; Barbara Adams regarding 5101 Elysian Fields Ave, New Orleans, LA 70122; Sylvanus Borders regarding 3655-57 Piedmont Dr, New Orleans, LA 70122; Kendrick Grant, Gail M Grant regarding 4231-33 Tulane Ave, New Orleans, LA 70119; Kim Daniel, Willie Daniel regarding 4820 Marque Dr, New Orleans, LA 70127; Alicia Ayo regarding 2480 Dreaux Ave, New Orleans, LA 70122; Lynn Buchanan, Serda Buchanan regarding 4779 Donna Dr, New Orleans, LA 70127; Rosalind Boykins regarding 5224 Vermillion Blvd, New Orleans, LA 70122; Augustine Jones regarding 2412-14 Lamanche St, New Orleans, LA 70117; Sandra Shelby regarding 7814 N Coronet Ct, New Orleans, LA 70126; Annie Carter, Marshall Carter regarding 6431 Law St, New Orleans, LA 70117; Christsandra Holmes, Charles A. Holmes regarding 2530 Sage St., New Orleans, LA 70122; Massie Ledet, Walter O. Ledet regarding 3016 Peoples Ave, New Orleans, LA 70122; Evelyn Glover, Elroy Glover regarding 4934 Moore Dr., New Orleans, LA 70122; Della Gisclair regarding 142 Beverly St., Grand Isle, LA 70358; Shirley Coleman, Clive H. Coleman regarding 2316 Reynes St., New Orleans, LA 70117; Shirley Coleman, Clive H. Coleman regarding 2644 Tennessee St., New Orleans, LA 70117; Mark Smith, Samona Smith regarding 1709 Eagle St., New Orleans, LA 70118; Nettie Chappel regarding 2908/10 Cleveland Ave., New Orleans, LA 70119; Ella Blou, Ersel Bogan regarding 468 Flood St., New Orleans, LA 70117; Ernest Owney, Kim Owney regarding 6115 N. Claiborne Ave., New Orleans, LA 70117; Frankie Malveo regarding 2605 Washington Ave., New Orleans, LA 70113; Lisa Robertson regarding 4432 Duplessis St., New Orleans, LA 70122; Dominique Batiste, Vaugh Batiste Sr regarding 6219 Craigie Road, New Orleans, LA 70126; Glenda Chambliss, Lewis James Johnson regarding 3116 Monroe Street, New Orleans, LA 70118; Clara White regarding 3305 Montegut St., New

Orleans, LA 70126; Joseph Grenner regarding 613 Perrin, Arabi, LA 70032; THERESA PELTIER, CHARLES EDDY II regarding 2817 RIVERBEND DR, VIOLET, LA 70092; Shirley Moliere regarding 3005 Press Ct., New Orleans, LA 70126; Joyce Edwards regarding 7606 Briarwood Dr., New Orleans, LA 70128; Roslyn Holmes regarding 2303 Louisiana Ave., New Orleans, LA 70105; Michelle Moore, Lionel Moore, Jr regarding 7442 Read Blvd., New Orleans, LA 70127; Ernestine Brock, A.R. Brock regarding 5160 Feliciana Dr., New Orleans, LA 70126; Wilbert Roche, Shirley L. Roche regarding 1762 Abundance St., New Orleans, LA 70119; Richonda Bridges regarding 4225 Van Ave., New Orelans, LA 70122; Patricia Edwards regarding 5607 Third St, Violet, LA 70092; Jeanette Smith, Melvin Smith regarding 4974 Gallier Dr., New Orleans, LA 70126; Enola Daranda, Anthony Daranda regarding 2613 Caffin Ave., New Orleans, LA 70117

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Reginald Smith regarding 2528/30 Laurel St., New Orleans, LA 70130; Robert Stewart regarding 2916 Baronne St., New Orleans, LA 70113; Richerd Hebert regarding 13518 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13520 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13558 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13560 Granville, New Orleans, LA 70129; Richerd Hebert regarding 13601 N. Nemours, New Orleans, LA 70129; Richerd Hebert regarding 2584 Longbranch Dr., New Orleans, LA 70129; Linda Washington regarding 4841 Piety Dr, New Orleans, LA 70126; Steinley Vance regarding 6613 Dwyer

Rd., New Orleans, LA 70126; Janet Lopez regarding 4818 Luraine St, New Orleans, LA 70127; Willie Hubert regarding 7607 Vanderkolotte Ave., New Orleans, LA 70127; James Mistretta regarding 812 Lyndell Ct, Chalmette, LA 70043; Lolita Davis regarding 4821 Piety Dr, New Orleans, LA 70126; Harold Young regarding 1234 Temin St, New Orleans, LA 70117; Rosa Marie Butler regarding 9029 Quince St, New Orleans, LA 70118; Keisha Pendleton regarding 2831 Spain St, New Orleans, LA 70122; Alvin Livers regarding 930 Caffen Ave, New Orleans, LA 70117; Veronica Price regarding 5656 6th St., Violet, LA 70092; Gloria Crowell regarding 3665 Tiedmont Dr., New Orleans, LA 70122; Gloria Crowell regarding 4718 Hickerson Dr., New Orleans, LA 70127; Sheila Prevost regarding 1926 Pauline St., New Orleans, LA 70117; Malana Newmen regarding 1325 & 1327 Tricou St., New Orleans, LA 70117; Patricia Freeman regarding 2026 Charbonnet St., New Orleans, LA 70117; Annette Robertson regarding 405 Warrington Dr., New Orleans, LA 70122; Loretta Boutin regarding 1929 Brutus St., New Orleans, LA 70122; Sherrie McGee regarding 5960 N Johnson St, New Orleans, LA 70117; Tyrone Green regarding 2140 Louisa St., New Orleans, LA 70117; Edgar Lowe regarding 2319 Spain St., New Orleans, LA 70117; Debra Mills regarding 39332 McKendall Dr., Slidell, LA 70461; Torin Hall regarding 7908 Pompeno St., New Orleans, LA 70127; Willie Milton regarding 3306 N. Claiborne Ave, New Orleans, LA 70117; Audrey Palmer regarding 8527 Stroelitz, New Orleans, LA 70118; Opal Tyler regarding 2333 Port St., New Orleans, LA 70117; Janis Fraise regarding 4523 Dreux Ave., New Orleans, LA 70126; Rolanda Frank regarding 7870 Means Ave., New Orleans, LA 70127; Rosalind Sevalia regarding 1812 Westminister Blvd., Marrero, LA 70072; Zena Urby regarding 14771 Beekman Rd., New Orleans, LA 70128; Audrey

Jeanmarie regarding 4626 Derelli Dr., New Orleans, LA 70127; Kristin Rhodes, Andrew Sceau regarding 5122 Cartier Ave., New Orleans, LA 70122; Aaron Jackson regarding 4907 Meadowbank Dr, New Orleans, LA 70128; Richard Hilliard regarding 1315 Gallier St, New Orleans, LA 70117; Patricia Hartmann regarding 4139 Cleveland St, New Orleans, LA 70119; Lloyd Roberson regarding 4718 Louisa Dr., New Orleans, LA 70126; Patrice Sanchez regarding 5018 Pasteur St, New Orleans, LA 70122; Princess Allel regarding 7707 Reindeer St., New Orleans, LA 70128; Floyd Preston regarding 3814 Louisiana Avenue Pkwy., New Orleans, LA 70125; Mary Bridges regarding 2513 Jasmine St., New Orleans, LA 70122; Mary Bridges regarding 2640-42 Jasmine St., New Orleans, LA 70122; Linda Gentry regarding 5651 Red Maple Dr., New Orleans, LA 70129; Linda Gentry regarding 2125/2127 Elysian Fields, New Orleans, LA 70117; Larry Buffington regarding 2300 Maureen Lane, Meraux, LA 70075; Andria Milton regarding 2820 & 2822 Banks St., New Orleans, LA 70119; Marlene Randall regarding 1760 N. Miro, New Orleans, LA 70119; Jessie Rodgers regarding 2927 Metropolitan St., New Orleans, LA 70126; Pauline Kelly regarding 4634 Reed Blvd., New Olreans, LA 70127; George Curtis regarding 7701 Means Ave., New Orleans, LA 70127; Morris Williams regarding 9308 Colapissa St., New Orleans, LA 70118; Morris Williams regarding 5530 Elysian Fields Ave., New Orleans, LA 70122; Shannon Bush regarding 3401 Mandeville St, New Orleans, LA 70122; Yvonne Charles regarding 9339 Stroelitz St., New Orleans, LA 70118; Carl Tasker regarding 1326 St. Dennis St., New Orleans, LA 70122; Leslie Parker regarding 6075 Wales St., New Orleans, LA 70126; Tiffany Briscoe regarding 2124 Lafreniere St., New Orleans, LA 70122; Wanda Firman regarding 5101 Pauline Dr., New Orleans, LA 70126; Tia Paul regarding 4701 Spain St.,

New Orleans, LA 70122; Sherman Calize regarding 4917 St. Claude Avenue, New Orleans, LA 70117; Joan Cardriche regarding 1709 Tupelo St., New Orleans, LA 70117; Annie Jackson regarding 4509 Skyview Dr., New Orleans, LA 70126; Joseph Boyd regarding 4912 Hydel St., New Orleans, LA 70126; Austra Zapata regarding 1541 Owens St., New Orleans, LA 70122; Martin Millsaps regarding 6027 Lafayette St., New Orleans, LA 70126; Lilly Wilson regarding 2222 Clouet St, New Orleans, LA 70117; Delvin Bickham regarding 1310 N. Galvez St., New Orleans, LA 70119; Pattie McRae regarding 7160 E. Tamaron Blvd., New Orleans, LA 70128; Terry Landry regarding 4949 Viola St., New Orleans, LA 70126; Deborah Phillips regarding 7320 Symmes Ave., New Orleans, LA 70127; Cynthia Bell regarding 4750 Bundy Rd., New Orleans, LA 70127; Gura DiMarco regarding 70 Old Hickery Ave., Chalmette, LA 70043; Kerry McKenny regarding 2621 Filmore Ave., New Orleans, LA 70122; Gladys Clark regarding 1920-22 Terpsicorp Dr., New Orleans, LA 70113; Darlene Cummings regarding 4843 Night Hart St., New Orleans, LA 70127; Emmanuel Spann regarding 2024 Forstall St., New Orleans, LA 70117; Emmanuel Spann regarding 2139 Forstall St., New Orleans, LA 70117; Joseph Recasner regarding 1422 Reynes St., New Orleans, LA 70117; Rosa Becnel regarding 2447 Odin St., New Orleans, LA 70122; Walter Thomas regarding 2201 Flood St., New Orleans, LA 70117; Mark Talbert regarding 2648 Max Dr., Harvey, LA 70058; Sandy Cyres regarding 7630 Tricia Ct., New Orleans, LA 70128; Tyrone Comeaux regarding 4019 Fairmont Dr., New Orleans, LA 70122; Darrell Mellion regarding 3065/67 Chartres St., New Orleans, LA 70117; Darrell Mellion regarding 1023/25 Piety St., New Orleans, LA 70117; Darrell Mellion regarding 1561/63 N. Galvez St., New Orleans, LA 70119; Evelyn Gilmore regarding 2804 Broadway St., New

Orleans, LA 70125; Dana Harris regarding 7550 Pebble St., New Orleans, LA 70128; Leslie Butler regarding 5326/28 Pasteur Blvd., New Orleans, LA 70122; Velda Johnson regarding 3050 Florida Ave., New Orleans, LA 70117; Dessadra Khaton regarding 2477 Drew Ave., New Orleans, LA 70122; Freddie Gilbert regarding 6001 Congress Dr., New Orleans, LA 70126; Melvina Turk regarding 2832 St. Bernard Ave., New Orleans, LA 70119; Toya Braud regarding 1742 Lesseps St., New Orleans, LA 70117; Barbara Sims regarding 6931 Bamberry St., New Orleans, LA 70126; George Connelly regarding 1640 Poland Ave., New Orleans, LA 70117; Brenda Pleming regarding 5242 Sandhurst Dr., New Orleans, LA 70126; Veronica Cooper regarding 4843 Hickerson Dr., New Orleans, LA 70127; Leon Francois regarding 924 Lizardi Street, New Orleans, LA 70117; Henderson Hughes regarding 2313 Tennessee St., New Orleans, LA 70117; Maple Storey regarding 2516 Laharpe St., New Orleans, LA 70115; Betty Barnes, Donnie Barnes regarding 7511 Sandy Cove Dr., Nerw Orleans, LA 70128; Oliver Marcell regarding 7508 Dogwood Dr., New Orleans, LA 70126; Tomika Chatman regarding 7922 Lehigh St., New Orleans, LA 70127; Lucinda Pablo, Franklin Pabalo regarding 6038 St. Roch Ave., New Orleans, LA 70122; Shelia Gullette regarding #9 Brown Lee Ct., New Orleans, LA 70128; Merlin Kincey regarding 4729 Nighthart St., New Orleans, LA 70127; George Yeager, Lydia Yeager regarding Lot 13, Block B, Hwy. 1, 147 Gormely Ln., Grand Isle, LA 70358; Carolyn Stewart regarding 2418 Touro St., New Orleans, LA 70119; Sorretta Berfect regarding 6701 E. Hermes St., New Orelans, LA 70126; Tayari Parker, Terry Joseph regarding 2161 Wellington LN., Slidell, LA 70461; Alice Polk, Charles A. Polk regarding 2905 Marigny St., New Orleans, LA 70122; Christell Elmore, Henry Elmore regarding 13024 Biscay Street, New Orleans, LA 70129; Eddison Collins,

Eunice Collins regarding 1213 Independence Street, New Orleans, LA 70117; Farnesiha Celestain regarding 4942 Gallier St., New Orleans, LA 70126; Vonda Simmons, Irene Simmons regarding 6231-33 Dauphine St., New Orleans, LA 70117; Bertell Landry, Laura S. Landry regarding 5442 Providence Place., New Orleans, LA 70126; Joyce Scott regarding 7635 Shorewood Blvd., New Orleans, LA 70128; Dachonda Hankton regarding 5728 Baccich St., New Orleans, LA 70122; Ebony Turner regarding 7241 Voyageur Dr., New Orleans, LA 70129; Dorethea Kitchen, Roy Kitchen regarding 1213 Egania St., New Orleans, LA 70117; Gloria Monconduit, Solis Monconduit regarding 2301 Gentilly Blvd., New Orleans, LA 70122; Gloria Monconduit regarding 7430 Camverley Dr., New Orleans, LA 70128; Hollis Irving regarding 5161 Baccich St., New Orleans, LA 70122; CHERYL GARCIA, WILLIE NELSON regarding 4828 DODT AVE, NEW ORLEANS, LA 70126; Joyce Rouser regarding 4634 Lowerline, New Orleans, LA 70126; Frances Jones regarding 4113 Bissonet Dr., Metarie, LA 70003; Marie Fatheree regarding 2562 N. Rocheblave, New Orleans, LA 70117; Royal Jones regarding 7500 Ann Marie Ct., New Orleans, LA 70128; Patricia Bickham regarding 7330 Symmes Ave., New Orleans, LA 70127; Mary Stewart regarding 3144-3146 Florida Ave., New Orleans, LA 70117; Shelley Collins-Tank regarding 2203 Reunion Dr., Violet, LA 70092; Eunice Taylor regarding 2459/2457 Jonquil st., New Orleans, LA 70122; Norman Landry regarding 3012 Lloyds Ave., Chalmette, LA 70043; Morris Francis regarding 4828 Bonita Dr., New Orleans, LA 0; Deirdre Jackson regarding 8181 Lakeforest Blvd. Apt. 25419, New Orleans, LA 70126; Lollie Doss regarding 2320-2322 Second St., New Orleans, LA 70113; Robin Thomas regarding 5325 Wickfield Dr., Apt. B, New Orleans, LA 70122; Matthew Roby regarding 1226 Egania St., New Orleans, LA

70117; Pamela Day regarding 7504 Creightin Pl., New Orleans, LA 70126; Paul Gilmore, Hidden Riches, LLC regarding 3804/06 Terrie Ct., Metairie, LA 70003; Henry Kubicki regarding 2826/28 Burgundy St., New Orleans, LA 70117; Gloria Washington regarding 2318 St. ferdinand St., New Orleans, LA 70117; Alan Boisdore regarding 5801 Lewis Rd., New orleans, LA 70126; Bruce Roussell regarding 5327 Lafaye St., New Orleans, LA 70122; Misty Marshall regarding 73 Jupiter Circle, Violet, LA 70092; Octave Weber regarding 3925 Fourth Street, New Orleans, LA 70125; Kenneth Thompson regarding 10123 Hammond St., New Orleans, LA 70127; Alice Braves regarding 2826 N. Dergenois St., New orleans, LA 70117; Brenda Ashford regarding 6425 N. Prier St., New Orleans, LA 70117; Percy Nocentelli regarding 7500 Malvern Dr., New Orleans, LA 70126; La'Shanda Ambrose regarding 2221 Richland Ave #162, Metairie, LA 70001; Alex Harrison regarding 2258-2260 N. Johnson St., New Orleans, LA 70117; Charles Davis regarding 7117 E Hermes St., New Orleans, LA 70126; Marshall Carter regarding 5431 Law St, New Orleans, LA 70117; Chris Ferrand regarding 2500/2502 N. Prieur St., New Orleans, LA 70117; Gean Daniilidis regarding 2128 Glouster Pl., Gretna, LA 70056; Charles Bailey regarding 6700 Dorian St., New Orleans, LA 70126; Deborah Green regarding 5541 Maple Ridge Dr., New Orleans, LA 70129; Janet Benjamin regarding 5620 N. Tonti St., New Orleans, LA 70117; Loretta Morehead regarding 2511 Vienna St., New Orleans, LA 70122; Alice Porter regarding 2315 Clouet St, New Orleans, LA 70117; Don Palmer, Troylyn Billew Palmer regarding 10133 Bulevard Way, New Orleans, LA 70127; Sharon Hillard regarding 7017 Wildair Dr, New Orleans, LA 70122; Augustine Jones regarding 2412/14 Lamanche St., New Orleans, LA 70117; Barbara Adams regarding 5101 Elysian Fields Ave, New Orleans,

LA 70122; Sylvanus Borders regarding 3655-57 Piedmont Dr, New Orleans, LA 70122; Kendrick Grant, Gail M Grant regarding 4231-33 Tulane Ave, New Orleans, LA 70119; Kim Daniel, Willie Daniel regarding 4820 Marque Dr, New Orleans, LA 70127; Alicia Ayo regarding 2480 Dreaux Ave, New Orleans, LA 70122; Lynn Buchanan, Serda Buchanan regarding 4779 Donna Dr, New Orleans, LA 70127; Rosalind Boykins regarding 5224 Vermillion Blvd, New Orleans, LA 70122; Augustine Jones regarding 2412-14 Lamanche St, New Orleans, LA 70117; Sandra Shelby regarding 7814 N Coronet Ct, New Orleans, LA 70126; Annie Carter, Marshall Carter regarding 6431 Law St, New Orleans, LA 70117; Christsandra Holmes, Charles A. Holmes regarding 2530 Sage St., New Orleans, LA 70122; Massie Ledet, Walter O. Ledet regarding 3016 Peoples Ave, New Orleans, LA 70122; Evelyn Glover, Elroy Glover regarding 4934 Moore Dr., New Orleans, LA 70122; Della Gisclair regarding 142 Beverly St., Grand Isle, LA 70358; Shirley Coleman, Clive H. Coleman regarding 2316 Reynes St., New Orleans, LA 70117; Shirley Coleman, Clive H. Coleman regarding 2644 Tennessee St., New Orleans, LA 70117; Mark Smith, Samona Smith regarding 1709 Eagle St., New Orleans, LA 70118; Nettie Chappel regarding 2908/10 Cleveland Ave., New Orleans, LA 70119; Ella Blou, Ersel Bogan regarding 468 Flood St., New Orleans, LA 70117; Ernest Owney, Kim Owney regarding 6115 N. Claiborne Ave., New Orleans, LA 70117; Frankie Malveo regarding 2605 Washington Ave., New Orleans, LA 70113; Lisa Robertson regarding 4432 Duplessis St., New Orleans, LA 70122; Dominique Batiste, Vaugh Batiste Sr regarding 6219 Craigie Road, New Orleans, LA 70126; Glenda Chambliss, Lewis James Johnson regarding 3116 Monroe Street, New Orleans, LA 70118; Clara White regarding 3305 Montegut St., New Orleans, LA 70126; Joseph

Grenner regarding 613 Perrin, Arabi, LA 70032; THERESA PELTIER, CHARLES EDDY II regarding 2817 RIVERBEND DR, VIOLET, LA 70092; Shirley Moliere regarding 3005 Press Ct., New Orleans, LA 70126; Joyce Edwards regarding 7606 Briarwood Dr., New Orleans, LA 70128; Roslyn Holmes regarding 2303 Louisiana Ave., New Orleans, LA 70105; Michelle Moore, Lionel Moore, Jr regarding 7442 Read Blvd., New Orleans, LA 70127; Ernestine Brock, A.R. Brock regarding 5160 Feliciana Dr., New Orleans, LA 70126; Wilbert Roche, Shirley L. Roche regarding 1762 Abundance St., New Orleans, LA 70119; Richonda Bridges regarding 4225 Van Ave., New Orelans, LA 70122; Patricia Edwards regarding 5607 Third St, Violet, LA 70092; Jeanette Smith, Melvin Smith regarding 4974 Gallier Dr., New Orleans, LA 70126; Enola Daranda, Anthony Daranda regarding 2613 Caffin Ave., New Orleans, LA 70117 against Defendant Louisiana Citizens Property Insurance Corporation, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge