UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * * | |
| **CONSOLIDATED LITIGATION** | * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| **PERTAINS TO: BARGE** | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | **JUDGE** |
| *Perry v. Ingram*           06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * * | **MAGISTRATE JOSEPH C. WILKINSON, JR.** |
| | * | |

### MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE TO FILE REPLY MEMORANDUM IN RESPONSE TO THE BARGE PLAINTIFFS' OPPOSITION MEMORANDUM

Lafarge North America Inc. ("LNA") hereby moves for leave to file the accompanying short, two-page reply to the opposition memorandum submitted by the Barge Plaintiffs (Doc. 16748) in order to respond to the arguments advanced in plaintiffs' opposition, which memorandum is partially misleading, particularly as to the chronology and nature of the stay

1220972-1

order which was already in place when the Court ordered plaintiffs to provide discovery or face sanctions.

        Respectfully submitted,

        /s/ Robert B. Fisher, Jr.
        Robert B. Fisher, Jr. (#5587)
        Derek A. Walker (#13175)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre, 1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        Facsimile: (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone: (504) 598-2715
        *Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 23rd day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ Robert B. Fisher, Jr.

1220972-1        2