UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER GRANTING MOTION TO FILE REPLY MEMORANDUM

Upon consideration of the motIon of Lafarge North America Inc. to file a reply memorandum in response to Barge Plaintiffs' Opposition Memorandum, it is hereby ORDERED that the motion is GRANTED.  The Clerk is directed to file Lafarge North America Inc.'s Reply Memorandum in response to Barge Plaintiffs' Opposition Memorandum to Renewed Motion of Lafarge North America Inc. for Rule 37 Sanctions Against Plaintiffs (Doc. 16748).

New Orleans, Louisiana, this _____ day of December, 2008.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

1221000-1