UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>No.:  05-4182 |
| **FILED IN:**   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346,  06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471,  06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | |

**PERTAINS TO: LEVEE AND MR-GO**

### ORDER

On the 15th day of December, 2008, came on for consideration by this Court the request of Class Counsel and counsel for the Settling Defendants that the Master Protective Order (Doc. Rec. No. 5393) be modified to allow the review and use in a limited fashion of the information contained in the Hurricane Katrina claims database produced per Court Order (Doc. Rec. No. 6299) by the United States in connection with the notice to be provided to Class Members.  Upon consideration of the objection of the United States to the request, the argument of counsel, and the record in this matter, it is the opinion of this Court that the request should be granted, and the Master Protective Order modified, in a limited fashion as set forth in this Order below. Accordingly,

- 1 -

- 2 -

IT IS HEREBY ORDERED that the objection of the United States is overruled;

IT IS FURTHER ORDERED that the Master Protective Order (Doc. Rec. No. 5393) is hereby modified to the extent necessary to allow the Parties, Class Counsel, Counsel for the Settling Defendants, and the experts/professionals hired by all or any of the foregoing to assist in providing the Class Notice to the Class Members (together with the clerical, stenographic and other assistants/employees of each of the foregoing), to review and use the information contained in the Hurricane Katrina claims database produced per Court Order (Doc. Rec. No. 6299) by the United States in furtherance of providing Class Notice to the Class Members. Absent further order of this Court, the only information from the claims database that may be used are those claimant addresses that are not available from other sources identified in the Class Notice Plan. The claimant addresses may be used for any notice(s) that may be sent to the Class Members pursuant to the Class Notice Plan approved by the Court in connection with the proposed certification of the Settlement Class and approval of the Class Settlement in the Litigation, or such other notice to Class Members as may be ordered by the Court. The notice(s) sent under the Class Notice Plan to the Class Members will not contain any personally identifiable information (i.e. name, date of birth, social security number, nature of claim or claimed amount) from any claimant.

IT IS FINALLY ORDERED that, except as modified herein, the Master Protective Order will remain in full force and effect with regard to the information contained within the Hurricane Katrina claims database, including but not limited to the requirements of Paragraph 9 thereof that disclosure of this information not be made to certain persons unless they have first been provided a copy of the Master Protective Order and shall have executed a copy of the acknowledgment attached thereto as Exhibit A. The use of any information otherwise legitimately obtained apart

- 3 -

from the Hurricane Katrina claims database is not restricted or prohibited by the Master Protective Order or this Order.

New Orleans, Louisiana, this 23rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

**United States:**

By: /s/ Jim McConnon

**Movants:**

By: /s/ S. Ault Hootsell III