## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES  * <br> CONSOLIDATED LITIGATION        * <br>                                * <br>                                * <br> PERTAINS TO:                   * <br> INSURANCE (Jackson, No. 06-8952) * | C.A. NO. 05-4182; "K" (2) <br> JUDGE: DUVAL <br> MAG.: WILKINSON |

### JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **TIMOTHY H AND NANCY G. JACKSON**, and Defendants, State Farm Fire and Casualty Company and Marie Clesi, through their undersigned counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with settlement and accordingly, should be dismissed, with prejudice, each party to bear their own costs of court.

Respectfully submitted,

| | |
|---|---|
| ANDREW A. LEMMON (#18302) <br> Lemmon Law Firm, L.L.C. <br> Attorney for Plaintiffs <br> 15058 River Road <br> P.O. box 904 <br> Hahnville, LA 70057 | CHARLES L. CHASSAIGNAC, IV (#20746) <br> ELEANOR WEEKS WALL (#29695) <br> PORTEOUS, HAINKEL & JOHNSON <br> Attorneys for Defendant State Farm Fire and Casualty Company in its capacity as homeowner;s insurer <br> 343 Third Street, Ste. 202 <br> Baton Rouge, LA 70801 |

JOSEPH J. AGUDA, JR. (#27762)
NIELSEN LAW FIRM, L.L.C.
Attorney for State Farm Fire and Casualty
Company (in its capacity as WYO Program carrier)
and Marie Clesi.
Three Lakeway Center
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 23rd day of December, 2008.

ELEANOR WEEKS WALL (#29695)