UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF EXPERT REPORT AMENDMENT

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008. Accordingly, the United States produced its expert reports to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, on that date which included an expert report from Steven Fitzgerald. *See* Doc. Rec. No. 16833. Unfortunately, Mr. Fitzgerald inadvertantly omitted listing a document under the Delft reports provided on page 7 of his report that he relied upon when preparing his report. Accordingly, the United States is hereby providing notice that page 7 of Mr. Fitzgerald's expert report is being amended to include under the Delft reports a November 29, 2007 memorandum from Maaskant and Kok, Delft, to Joe Bruno regarding water level changes.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: December 23, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on December 23, 2008, I served a true copy of the United States' Notice of Expert Report Amendment upon the Plaintiffs by ECF.

                                                s/ James F. McConnon, Jr.
                                                JAMES F. McCONNON, JR.