**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  KATRINA CANAL BREACHES**　　　　　**CIVIL ACTION**
**CONSOLIDATED LITIGATION**

　　　　　　　　　　　　　　　　　　　　　　　**NO.:  05-4182**

　　　　　　　　　　　　　　　　　　　　　　　**SECTION "K"(2)**

**FILED IN:**　　**05-4181, 05-4182, 05-4191, 05-4568, 05-5237,**
　　　　　　　　**05-6073, 05-6314, 05-6324, 05-6327, 05-6359,**
　　　　　　　　**06-0020, 06-1885, 06-0225, 06-0886, 06-11208,**
　　　　　　　　**06-2278, 06-2287, 06-2346, 06-2545, 06-3529,**
　　　　　　　　**06-4065, 06-4389, 06-4634, 06-4931, 06-5032,**
　　　　　　　　**06-5042, 06-5159, 06-5163, 06-5367, 06-5471,**
　　　　　　　　**06-5771, 06-5786, 06-5937, 06-7682, 07-0206,**
　　　　　　　　**07-0647, 07-0993, 07-1284, 07-1286, 07-1288,**
　　　　　　　　**07-1289**

**PERTAINS TO:  LEVEE**

_____

## STATEMENT OF UNCONTESTED MATERIAL FACTS

MAY IT PLEASE THE COURT:

　　　Defendant Sewerage and Water Board of New Orleans ("SWB) submits this statement of uncontested material facts in support of its motion for summary judgment pursuant to LR 56.1.

　　　1. The Sewerage and Water Board of New Orleans is a creature of Louisiana legislation which empowered the SWB to construct, control, maintain and operate the public water system, the public sewerage system, and the public drainage system of the City of New Orleans.  LSA—R.S. 33:4071A.

2. The legislature vested the full right, jurisdiction, power and authority to construct, maintain and improve levees surrounding New Orleans exclusively in the Board of Commissioners of the Orleans Levee District ("OLD"). LSA—R.S. 38:307.

3. In 1965, Congress authorized the Lake Pontchartrain and Vicinity Hurricane Protection Project ("LPVHPP"). Flood Control Act of 1965, 29 Stat. 1073, 1077 (42 U.S.C. §1962d-5).

4. In 1974, due to flooding caused by heavy rains, the SWB first sought a permit from the United States Army Corps of Engineers ("Corps of Engineers") to redredge the 17th Street Canal to improve its hydraulic characteristics.

5. In 1977, SWB favors the Barrier Plan (at the Rigolets and Chef) citing possibility of overtopping of back levees.

6. December 30, 1977, United States District Court enjoins the Barrier Plan. *Save Our Wetlands v. Rush*, Civ. A. No. 75-3710 (E.D. La. Dec. 30, 1977)

7. August 22, 1978, SWB contracts with Modjeski and Masters to design the re-excavation of 17th Street Canal.

8. In 1980, the Corps of Engineers studies alternatives to the Barrier Plan, including the High Level plan, for the LPVHPP.

9. On December 20, 1982, Corps of Engineers advises SWB the levees along the 17th Street Canal are in the alignment of the LPVHPP.

10. On July 27, 1983, Eustis Engineering suggests sheet pile tip elevation of -17.1 C.D. for levees on the 17th Street Canal at or near the site of the levee breach.

11. On January 12, 1984, Eustis advises current sedimentation suggests 17th Street Canal may have been as deep, or deeper, than current proposed design.

12. On March 9, 1984, Orleans Levee District contracts with Modjeski and Masters to upgrade 17th Street Canal levees.

13. On July 13, 1984, SWB receives permit from Corps of Engineers to proceed with the dredging plan.

14. In 1985, the Corps of Engineers decides to proceed with High Level Plan.

15. In June, 1988, Corps of Engineers' E-99 test leads to shortening of sheet pile.

16. Based upon new design criteria, on August 31, 1988, Eustis issues revised analysis and suggested a tip elevation of -12.8 ft. NGVD at location of breach.

17. On October 20, 1989, Corps of Engineers imposes change in design criteria and sheet pile tip elevation at Sta. 560+00 to -9.75 ft. below sea level.

18. In March, 1990, Corps of Engineers issues General Design Memorandum No. 20, recommending parallel protection plan for 17th Street Canal due to similarity in cost with fronting protection plan and fact debris could hinder operation of gates.

19. On May 9, 1990, OLD contracts with Boh Bros. for levee improvements and canal dredging. OLB Contract No. 24306

20. On March 11, 1992, Boh's canal dredging and levee work is substantially complete

21. On May 15, 1992, East Jefferson Levee District ("EJLD") contracts with Professional Construction Services, Inc., for levee work and dredging on west side of the 17th Street Canal.

22. On August 20, 1992, OLD accepts Boh's work.

23. On December 2, 1992, Modjeski completes plans for concrete capping and re-driving of sheet piles.

24. On June 28, 1993, Corps contracts with Pittman Construction. for wall capping and sheet pile work

25. On March 24, 1994, EJLD accepts Professional's levee and dredging work.

26. On April 25, 1995, Corps of Engineers accepts Pittman's work.

27. In December, 2004, the SWB was notified of a leak in the street at 6800 Bellaire Drive.

28. After inspection, a leak was detected in a ¾" inlet service line under the driveway at 6800 Bellaire Drive.

29. On February 11, 2005, the leak in the inlet service line was repaired.

30. On Februray 23, 2005, Boh Brothers repaved the driveway.

31. The SWB received no further complaints of leaks in the area after the repair was made.

32. The SWB received no complaints that water was leaking from the 17th Street

Canal into the backyard of residences in the area on Bellaire Drive.

Respectfully submitted,

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 23rd day of December, 2008, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all participating counsel of record.  I also certify that I have mailed the

foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER**