UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO.: 05-4182

                                          SECTION "K"(2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
            05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
            06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
            06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
            06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
            06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
            07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
            07-1289

PERTAINS TO:  LEVEE

## NOTICE OF MOTION

Please take notice that defendant Sewerage and Water Board of New Orleans will bring on for hearing its Motion for Summary Judgment before the Honorable Stanwood R. Duval, Jr., on the 7th day of January, 2009, at 9:30 a.m., at the United States District Court House for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

You are invited to participate as you may deem necessary.

Respectfully submitted,

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR.#18299,T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF
NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 23rd day of December, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
CHARLES M. LANIER,JR

CK_DOCS 412081v1