# EXHIBIT 6



**US Army Corps of Engineers**
New Orleans District

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

*REEVALUATION STUDY*

JULY 1984

VOLUME I

MAIN REPORT AND
FINAL SUPPLEMENT I TO THE
ENVIRONMENTAL IMPACT STATEMENT



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA   70160

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

## SYLLABUS

The purpose of this study is to review the ongoing Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project to determine if the plan of improvement originally proposed and currently being constructed is still the most feasible method to achieve hurricane protection for the Metropolitan New Orleans area, and if not, what modifications to the plan are necessary to provide the most feasible hurricane protection project.

This study was conducted in response to a 1977 Federal court injunction which stopped construction of portions of the project on the basis that the 1975 final environmental impact statement (EIS) for the project was inadequate. The court directed that the EIS be rectified to include adequate development and analysis of alternatives to the proposed action. The results of the studies presented herein are considered to be of sufficient scope and detail to adequately supplement the existing EIS.

Various solutions to the problems and needs relating to existing low level hurricane protection for the Metropolitan New Orleans area were analyzed. These solutions were developed using two basic design concepts. One design concept would provide barrier structures at Lake Pontchartrain's main tidal passes in conjunction with levee and floodwall protection. The barrier structures would be closed during the approach of hurricanes from the Gulf of Mexico to reduce the build-up of lake levels, thereby reducing the extent of levee and floodwall construction which otherwise would be necessary. Plans incorporating the use of barrier structures in their designs were designated as barrier plans. The other design concept would provide hurricane protection solely by means of raising and strengthening levees and floodwalls; these plans were designated as high level plans.

As presented herein, the most feasible plan for providing hurricane protection was determined to be a high level plan. The plan would provide for improving the existing hurricane protection levee systems in Orleans Parish and the east bank of Jefferson Parish, improving existing levees and constructing new ones in St. Bernard Parish, repairing and rehabilitating the Mandeville Seawall in St. Tammany Parish, building a new mainline hurricane levee on the east bank of St. Charles Parish just north of US Highway 61 (Airline Highway), raising and strengthening the existing levee which extends along the Jefferson-St. Charles Parish boundary between Lake Pontchartrain and Airline Highway, and defering construction of the proposed Seabrook lock until its feasibility as a feature of the Mississippi River-Gulf Outlet navigation project can be determined. Areas which would be inclosed by the proposed levee and floodwall construction would be provided protection against tidal surge flooding resulting from the Standard Project Hurricane (SPH). The SPH is defined as the most severe hurricane which can be reasonably expected to occur from a combination of meteorological and hydrologic events reasonably characteristic of the area. The first cost (completion cost) of the recommended plan is estimated at $627,714,000 and annual costs would average $22,769,000. Annual benefits (remaining benefits) which would accrue to the recommended plan are estimated at $95,771,000, the bulk of which, $88,430,000, relate to reduction of flood damages to existing development. The benefit-to-cost ratio is 4.2 to 1, and the average annual excess benefits over costs are $73,002,000. These costs are at 1981 price levels and use an interest rate of 3 1/8 percent.

Implementation of the recommended plan would provide protection to the Metropolitan New Orleans area, but also would result in short term turbidity along the Jefferson Parish lakefront, require conversion of 54 acres of marsh and 411 acres of lake bottoms to project works, result in deep and potentially anoxic deep holes in Lake Pontchartrain, and temporarily disrupt esthetics and recreational values along the Orleans Parish and Jefferson Parish lakefronts.

2

LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY
HURRICANE PROTECTION PROJECT
REEVALUATION STUDY

**ERRATA SHEET**

COST UPDATE

Costs and benefits presented in the report have been updated to October 1983 price levels. The summary tables below present this information at the authorized interest rate of 3 1/8 percent and at the current interest rate of 8 1/8 percent. The plans are justified at either interest rate, and the High Level Plan remains the NED plan.

PLAN COMPARISON AT 3 1/8 PERCENT

October 1983 Price Levels

($ 1,000,000s)

| ITEM | High Level Plan Base Year 1988 | Barrier Plan Base Year 1988 | Barrier Plan Base Year 1993 |
|---|---|---|---|
| Total First Cost | 680.0 | 806.0 | 806.0 |
| Gross Investment | 712.0 | 816.0 | 952.0 |
| Annual Benefits | 104.0 | 94.7 | 110.0 |
| Annual Charges | 24.8 | 28.4 | 33.2 |
| Benefit-Cost Ratio | 4.2 to 1 | 3.3 to 1 | 3.3 to 1 |
| Excess Benefits | 79.2 | 66.3 | 76.8 |

## PLAN COMPARISON AT 8 1/8 PERCENT

### October 1983 Price Levels
($ 1,000,000s)

|  | High Level Plan | Barrier Plan | |
| --- | --- | --- | --- |
| ITEM | Base Year 1988 | Base Year 1988 | Base Year 1993 |
| Total First Cost | 680.0 | 806.0 | 806.0 |
| Gross Investment | 768.0 | 841.0 | 1,242.0 |
| Annual Benefits | 102.0 | 73.5 | 109.0 |
| Annual Charges | 63.9 | 69.7 | 103.0 |
| Benefit-Cost Ratio | 1.6 to 1 | 1.05 to 1 | 1.05 to 1 |
| Excess Benefits | 38.1 | 3.8 | 6.0 |

### OUTFALL CANALS

Since completion of this report, plans to provide protection at the three main outfall canals in New Orleans have been further investigated. It appears likely that protection could be provided at a cost of approximately $60,000,000 for the Barrier Plan and about 2 percent greater for the High Level Plan. Although this figure is less than the estimate used in the reevaluation report ($124,000,000), since it is substantially the same for either plan, it does not affect plan selection.

## VOLUME 1

MAIN REPORT AND FINAL SUPPLEMENT I TO THE ENVIRONMENTAL IMPACT STATEMENT

## VOLUME 2

APPENDIX A - ENGINEERING INVESTIGATIONS

APPENDIX B - ECONOMIC ANALYSIS

APPENDIX C - ENVIRONMENTAL RESOURCES

## VOLUME 3

APPENDIX D - PUBLIC VIEWS AND RESPONSES

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

## TABLE OF CONTENTS

| Title | Page |
|---|---|
| **INTRODUCTION** | |
| STUDY AUTHORITY | 1 |
| STUDY PURPOSE AND SCOPE | 2 |
| PRIOR STUDIES AND REPORTS | 3 |
| **PLAN FORMULATION** | |
| PROBLEM IDENTIFICATION | 5 |
|   EXISTING CONDITIONS | 5 |
|   AUTHORIZED AND EXISTING HURRICANE PROTECTION WORKS | 33 |
|   CONDITIONS IF NO FEDERAL ACTION TAKEN | 43 |
|   ENVIRONMENTAL RESOURCES | 48 |
|   PROBLEMS, NEEDS, AND OPPORTUNITIES | 52 |
|   PLANNING CONSTRAINTS | 54 |
|   PLANNING OBJECTIVES | 54 |
|   MANAGEMENT MEASURES | 55 |
|   PLAN FORMULATION RATIONALE | 56 |
|   PLANS CONSIDERED IN PRELIMINARY PLANNING | 58 |
| PLAN ASSESSMENT AND EVALUATION | 92 |
|   THE BARRIER PLAN | 93 |
|   THE HIGH LEVEL PLAN | 109 |
|   MITIGATION PLANS | 120 |
| COMPARISON OF DETAILED PLANS | 121 |
|   INTRODUCTION | 121 |
|   NATIONAL ECONOMIC DEVELOPMENT | 121 |
|   DETERMINATION OF RECOMMENDED PLAN | 125 |
| SENSITIVITY ANALYSIS | 128 |

TABLE OF CONTENTS (Continued)

| Title | Page |
|---|---|
| **DESCRIPTION OF RECOMMENDED PLAN** | |
| PLAN FEATURES | 132 |
| ST. CHARLES PARISH AREA | 132 |
| JEFFERSON PARISH AREA | 133 |
| NEW ORLEANS AREA | 133 |
| CITRUS-NEW ORLEANS EAST AREA | 134 |
| CHALMETTE AREA PLAN | 135 |
| MANDEVILLE SEAWALL | 135 |
| DESIGN AND COST CONSIDERATIONS | 135 |
| ST. CHARLES PARISH AREA | 135 |
| JEFFERSON PARISH AREA | 136 |
| NEW ORLEANS AREA | 136 |
| CITRUS-NEW ORLEANS EAST AREA | 136 |
| RELOCATIONS | 138 |
| OPERATION AND MAINTENANCE CONSIDERATIONS | 138 |
| PLAN ACCOMPLISHMENTS | 139 |
| SUMMARY OF ECONOMIC, ENVIRONMENTAL, AND SOCIAL EFFECTS | 139 |
| ECONOMIC EFFECTS | 139 |
| ENVIRONMENTAL EFFECTS | 141 |
| SOCIAL EFFECTS | 142 |
| **PLAN IMPLEMENTATION** | |
| INTRODUCTION | 143 |
| DIVISION OF RESPONSIBILITIES | 143 |
| FEDERAL RESPONSIBILITIES | 143 |
| NON-FEDERAL RESPONSIBILITIES | 143 |
| **STUDY PARTICIPANTS AND COORDINATION** | |
| **RECOMMENDATIONS** | |