TABLE OF CONTENTS (Continued)

## LIST OF FIGURES

| Number | Title | Page |
|--------|-------|------|
| 1 | EFFECT OF BARRIER STRUCTURES ON LAKE LEVELS | 35 |
| 2 | SEABROOK COMPLEX | 63 |
| 3 | CHEF MENTEUR COMPLEX | 65 |
| 4 | RIGOLETS COMPLEX | 67 |

## LIST OF TABLES

| Number | Title | Page |
|--------|-------|------|
| 1 | POPULATION OF ECONOMIC STUDY AREA 1950-1980 | 7 |
| 2 | COMPARATIVE TRAFFIC PATTERNS OF PORTS | 8 |
| 3 | ECONOMIC TRENDS IN THE STUDY AREA | 10 |
| 4 | EMPLOYMENT AND PER CAPITA PERSONAL INCOME | 11 |
| 5 | EMPLOYMENT BY INDUSTRY, 1979 | 12 |
| 6 | SUMMARY OF LAND USE CATEGORIES | 14 |
| 7 | URBAN LAND USE | 15 |
| 8 | NONURBAN LAND USE | 16 |
| 9 | POPULATION PROJECTION: NEW ORLEANS SMSA AND LAKE PONTCHARTRAIN ECONOMIC STUDY AREA | 44 |
| 10 | NEW ORLEANS SMSA - POPULATION, PERSONAL INCOME, AND LABOR AND PROPRIETOR'S INCOME, 1969 AND 1978, AND PROJECTED, 1985-2030 | 46 |
| 11 | NEW ORLEANS SMSA - EMPLOYMENT BY INDUSTRY BY PLACE OF WORK, 1969 AND 1978, AND PROJECTED, 1985-2030 | 47 |
| 12 | ESTIMATES OF FIRST COSTS TO COMPLETE BARRIER COMPLEXES | 61 |
| 13 | DESCRIPTION OF PRELIMINARY PLANS | 73 |

TABLE OF CONTENTS (Continued)

LIST OF TABLES (Continued)

| Number | Title | Page |
|---|---|---|
| 14 | SUMMARY ESTIMATES OF FIRST COSTS TO COMPLETE | 74 |
| 15 | SUMMARY OF FIRST COSTS FOR ST. CHARLES PARISH LEVEE ALINEMENTS, BARRIER PLANS | 81 |
| 16 | SUMMARY OF FIRST COSTS FOR ST. CHARLES PARISH LEVEE ALINEMENTS, HIGH LEVEL PLANS | 84 |
| 17 | SUMMARY COMPARISON OF IMPACTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE NEW ORLEANS EAST LAKEFRONT LEVEE REACH FOR HIGH LEVEL PLANS | 86 |
| 18 | SUMMARY COMPARISON OF FIRST COSTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE CITRUS LAKEFRONT LEVEE REACH FOR HIGH LEVEL PLANS | 88 |
| 19 | SUMMARY COMPARISON OF FIRST COSTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE NEW ORLEANS LAKEFRONT LEVEE REACH FOR HIGH LEVEL PLANS | 89 |
| 20 | SUMMARY COMPARISON OF FIRST COSTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE JEFFERSON PARISH LAKEFRONT REACH FOR HIGH LEVEL PLANS | 91 |
| 21 | SUMMARY OF COSTS TO COMPLETE THE BARRIER PLAN | 101 |
| 22 | SUMMARY OF COSTS TO COMPLETE THE HIGH LEVEL PLAN | 114 |
| 23 | SUMMARY COMPARISON OF PLANS | 122 |
| 24 | PLAN COMPARISON NATIONAL ECONOMIC DEVELOPMENT DETERMINATION | 124 |
| 25 | SEPARABLE AREAS FOR INCREMENTAL ANALYSIS | 130 |
| 26 | INCREMENTAL ANALYSIS OF SEPARABLE AREAS FOR THE HIGH LEVEL PLAN | 131 |
| 27 | SUMMARY OF COSTS TO COMPLETE THE HIGH LEVEL PLAN | 140 |
| 28 | SUMMARY OF LOCAL COSTS | 147 |

TABLE OF CONTENTS (Continued)

LIST OF PLATES

| Number | Title |
|--------|-------|
| 1 | GENERAL MAP |
| 2 | LIMITS OF SPH OVERFLOW |
| 3 | AUTHORIZED PLAN |
| 4 | SEPARABLE PROJECT AREAS |
| 5 | NEW ORLEANS LAKEFRONT OUTFALL CANALS |
| 6 | ALTERNATIVE NEW ORLEANS EAST ALINEMENT |
| 7 | ST. CHARLES PARISH ALINEMENTS |
| 8 | THE BARRIER PLAN |
| 9 | THE HIGH LEVEL PLAN |
| 10 | BARRIER VS. HIGH LEVEL PLAN-DIFFERENCE IN SPH OVERFLOW |
| 11 | PROJECT AREA FOR ENVIRONMENTAL IMPACT ANALYSIS |
| 12 | ENVIRONMENTAL RESOURCES MAP |
| 13 | CULTURAL RESOURCES LOCATION MAP |

# INTRODUCTION

This report has been arranged in three volumes. The first volume, the Main Report, is a nontechnical presentation of the study results, including the overall project formulation processes, the environmental impact statement (EIS), and study recommendations. The second volume, a set of technical appendixes, contains technical data in support of information presented in the Main Report. These appendixes are primarily an aid to the technical reviewer. Volume III is the Public Views and Responses appendix containing the comments received on the draft EIS.

## STUDY AUTHORITY

The Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project, as presently being constructed, was authorized by Public Law 89-298, 27 October 1965, House Document 231, 89th Congress, 1st Session (the Flood Control Act of 1965) generally in accordance with recommendations contained within a report of the Chief of Engineers. Upon receipt of funds in 1966, construction of the hurricane protection project began.

In response to the National Environmental Policy Act of 1969, the US Army Corps of Engineers prepared an EIS in August 1974, and filed it with the Council on Environmental Quality in January 1975. Shortly thereafter, the adequacy of the EIS was challenged in court, and, on 30 December 1977, major portions of the project were enjoined from further construction by United States District Court, Eastern District of Louisiana, New Orleans Division. Subsequently, in March 1978, the injunction was modified to allow continued construction of all portions of the project, except the barrier complexes at Chef Menteur Pass and The Rigolets. Pertinent portions of the court's opinion are as follows.

> "It is clear from the evidence in this case that the final environmental impact study for the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project prepared by the United States Army Corps of Engineers dated August 1974 does not comply with the requirements of Title 43 United States Code Section 4332 which provides in pertinent part: ... all agencies in the federal government shall - utilize a systematic, interdisciplinary approach in decision making ... include in every recommendation or report or proposals for legislation ... a detailed statement by the responsible official on the environmental impact of the proposed action ... alternatives to the proposed action ... As written the EIS actually precludes both public and governmental parties from the opportunity to fairly and adequately analyze ... the proposed plan and any alternatives to it ... the court's opinion is limited strictly to the finding that the environmental impact statement of August, 1974 for the project was legally inadequate. Upon proper compliance with the law with regard to the impact statement this injunction will be dissolved and any hurricane plan thus properly presented will be allowed to proceed ..."

This report has been prepared as a response to that injunction.

## STUDY PURPOSE AND SCOPE

Upon issuance of the court injunction, studies which could adequately support a legally sufficient supplement to the EIS were initiated. The results of those studies are contained in this report.

Considered in the investigation were the immediate and future needs for providing hurricane protection to the Metropolitan New Orleans area;

2

and the economic, social, and environmental impacts and implications of the alternatives. This report is considered a final response to the requirements set forth in the court injunction.

## PRIOR STUDIES AND REPORTS

There have been numerous prior reports concerned with navigation and flood control in the area. A summary of pertinent reports is contained in this section.

House Document No. 90, 70th Congress, 1st Session, submitted 8 December 1927, is the basis for the Flood Control, Mississippi River and Tributaries project adopted by the Flood Control Act of 15 May 1928. The Mississippi River levee system is included in this general plan.

For over a century, the Corps of Engineers has conducted studies concerning deep-draft navigation on the Mississippi River below Baton Rouge, Louisiana. House Document No. 215, 76th Congress, 1st Session, submitted 15 March 1939, resulted in authorization by the River and Harbor Act of 2 March 1945 to combine and modify existing deep-draft projects on the river in a single project, "Mississippi River, Baton Rouge to the Gulf of Mexico, Louisiana." Subsequently modified by the River and Harbor Act of 23 October 1962, the project currently provides the following channel dimensions:

| | |
|---|---|
| Baton Rouge to New Orleans | 40 by 500 feet |
| Port of New Orleans | 35 by 1,500 feet |
| New Orleans to Head of Passes | 40 by 1,000 feet |
| Southwest Pass | 40 by 800 feet |
| Southwest Pass Bar Channel | 40 by 600 feet |
| South Pass | 30 by 450 feet |
| South Pass Bar Channel | 30 by 600 feet |

3

A report entitled "Deep-Draft Access to the Ports of New Orleans and Baton Rouge, Louisiana," recently prepared by the New Orleans District, recommended enlarging the navigation channel from Baton Rouge to the Gulf of Mexico to dimensions of 55 by 750 feet. The Board of Engineers for Rivers and Harbors has approved the report, and it has been sent to the Secretary of the Army.

House Document No. 96, 79th Congress, 1st Session, submitted 19 May 1942, provides the basis for the existing project on the Gulf Intracoastal Waterway (GIWW) east of New Orleans.

Senate Document No. 139, 81st Congress, 2nd Session, submitted 20 February 1950, provides the basis for the existing Lake Pontchartrain, Louisiana, levee project along the Jefferson Parish lakefront.

House Document No. 245, 82nd Congress, 1st Session, submitted 25 September 1951, resulted in authorization of the Mississippi River-Gulf Outlet (MR-GO) project by the River and Harbor Act of 29 March 1956. The project provides for a 36- by 500-foot ship channel between the Inner Harbor Navigation Canal (IHNC) in New Orleans and the Gulf of Mexico, a 1,000- by 2,000- by 36-foot deep turning basin and a high level bridge over the channel at Louisiana Highway 47. Project authorization also provides for a lock and connecting channel between the Mississippi River and the new ship channel when economically justified.

# PLAN FORMULATION

## PROBLEM INDENTIFICATION

To determine the problems and needs of the study area as related to hurricane protection, it is necessary to understand the present and projected future conditions. This section contains a summary of information related to human, economic, and environmental resources of the study area, thus providing a basis for determining the potential social and economic effect of hurricane-induced flooding.

**EXISTING CONDITIONS**

LOCATION. The study area, shown on Plate 1, is located in southeastern Louisiana in the vicinity of New Orleans, and includes all or a portion of five parishes: Jefferson, Orleans, St. Bernard, St. Charles, and St. Tammany. It consists of the low land and water areas between the Mississippi River alluvial ridge and the Pleistocene escarpment to the north and west. The dominant topographic feature is Lake Pontchartrain, a shallow land-locked tidal basin approximately 640 square miles in area and averaging 12 feet in depth. It connects with Lake Maurepas to the west, through Pass Manchac and North Pass, and with the Gulf of Mexico to the east through Lake Borgne and Mississippi Sound. The lake drains approximately 4,700 square miles of tributary area.

The study area is bounded by water bodies posing potential flood threats. The Metropolitan New Orleans area is protected against riverine flooding by the project works of the Flood Control, Mississippi River and Tributaries project. On the east bank of the Mississippi River within this area, populated sections are threatened by flooding

5

resulting from hurricane-induced tidal surges from Lake Pontchartrain and/or the interconnected Lakes Borgne and Maurepas.

Residential and commercial development along the shores of Lake Pontchartrain is extensive, being most dense along the south shore, which is occupied by portions of Orleans, Jefferson, and St. Charles Parishes to the east of the Bonnet Carre' Spillway. The populated areas located within the portions of Orleans and St. Bernard Parishes, inclosed by the Chalmette Area Plan levee system, are concentrated along the Mississippi River to the south of the GIWW. Along the north shore of Lake Pontchartrain in St. Tammany Parish, population density is less, but the area is rapidly developing. Slidell, located to the northeast, is the major population center. Also, located along the north shore are the communities of Lacombe, Mandeville, and Madisonville.

HUMAN RESOURCES. Residential developments and population growth adjacent to the Central Business District of New Orleans historically have been dependent on the construction and maintenance of levees along the lakes and waterways of the area. The earliest developments took place along the natural ridges, with later residential growth occurring where the greatest levee protection was available. In recent years, residential development in the Lake Pontchartrain area has followed the pattern of many other urban centers with a growing number of multiple-family dwelling units and several mid-rise level apartment buildings.

Table 1 shows the significant population increases which occurred in the economic study area between 1950 to 1980. The 2.5 percent compound annual growth rate between 1950 to 1960 declined to 1.5 percent during the 1960's and 1.3 percent during the 1970's. Of special significance has been the changing distribution of the population. While the city of New Orleans experienced a net decline from 1950 to 1980, the total population of the surrounding parishes (Jefferson, St. Bernard, St. Tammany, and St. Charles) increased by more than

6

300 percent. The most dramatic growth has taken place in Jefferson Parish, on the East Bank of the Mississippi River, increasing from 19,000 in 1940 to 275,000 in 1980, or more than 1,300 percent. The west bank of the Mississippi River in Jefferson has grown rapidly as well, from 32,000 in 1940 to 180,000 in 1980--an increase of almost 500 percent.

### TABLE 1

### POPULATION OF ECONOMIC STUDY AREA
### 1950-1980

| Parish | Land Area (Sq. Mi.) | Populations | | | |
|---|---|---|---|---|---|
| | | 1950 | 1960 | 1970 | 1980 |
| Jefferson | 372 | 103,873 | 208,769 | 338,229 | 454,592 |
| Orleans | 203 | 570,443 | 627,525 | 593,471 | 557,482 |
| St. Bernard | 521 | 11,087 | 32,186 | 51,185 | 64,097 |
| St. Charles | 291 | 13,363 | 21,219 | 29,550 | 37,259 |
| St. Tammany | 882 | 26,988 | 38,643 | 63,585 | 110,554 |
| TOTALS | 2,269 | 725,754 | 928,342 | 1,076,020 | 1,223,984 |

SOURCE: US Department of Commerce, Bureau of the Census, Census of Population, "Number of Inhabitants, Louisiana".

ECONOMIC RESOURCES. A period of extremely rapid growth occurred in the New Orleans area during the 1950's and mid-1960's, largely as a result of increased mineral production in surrounding areas, the development of petro-chemical industries, National Aeronautic and Space Administration programs, marine construction, the continued growth of the Port of New Orleans and, to a somewhat lesser degree, the continued development of the tourist industries. However, during the late 1960's and 1970's economic growth rates returned to those more in line with national trends.

While the competition of other ports appears to have increased, the total volume of tonnage reported for the Port of New Orleans has continued to grow, and by 1979, surpassed the total reported for the Port of New York, previously the Nation's most active port. Table 2 compares the traffic patterns of the Port of New Orleans with New York and several ports along the gulf coast. In addition to waterborne commerce, connecting truck and rail lines have helped maintain the Metropolitan New Orleans area as a major international as well as regional market. Based on figures reported by the Louisiana Department of Labor, transportation employment in the study area in 1979 accounted for 44 percent of the state's total.

TABLE 2

COMPARATIVE TRAFFIC PATTERNS OF PORTS

| Year | Total Volume of Tonnage Reported | | | | | |
|------|-------------|----------|---------|--------|--------|---------|
|      | New Orleans | New York | Miami[1]| Tampa  | Mobile | Houston |
| 1970 | 123,674     | 174,008  | 12,371  | 31,357 | 23,830 | 64,654  |
| 1971 | 120,067     | 181,025  | 12,709  | 34,975 | 24,919 | 68,424  |
| 1972 | 125,719     | 196,843  | 15,667  | 43,230 | 27,291 | 71,431  |
| 1973 | 136,104     | 216,896  | 18,111  | 41,923 | 30,518 | 88,518  |
| 1974 | 144,189     | 195,096  | 15,698  | 40,919 | 33,154 | 89,106  |
| 1975 | 140,409     | 177,815  | 14,107  | 39,858 | 32,453 | 83,674  |
| 1976 | 155,990     | 179,587  | 15,729  | 39,904 | 35,379 | 89,898  |
| 1977 | 162,992     | 185,292  | 15,333  | 45,620 | 35,944 | 104,291 |
| 1978 | 160,612     | 186,733  | 15,631  | 47,077 | 36,261 | 111,936 |
| 1979 | 167,135     | 163,621  | 16,607  | 47,885 | 35,245 | 117,551 |

[1] Includes Port Everglades and Miami Harbors.

SOURCE: US Army Corps of Engineers, Waterborne Commerce of the United States, 1979.

Construction of the New Orleans Superdome, several large commercial buildings, and a number of major hotels have helped keep the area's

economy active. The changing skyline of the New Orleans Central Business District reflects this growth, as well as the significance which construction industries have had on the area's economic development in recent years.

Table 3 indicates business and manufacturing trends in the five-parish economic study area as reported by the Bureau of the Census. While the data indicate that commercial and manufacturing activities have increased in other areas of the state, the figures for wholesale trade and service industries exemplify New Orleans' continued strength as a regional commercial center. For example, the 1977 Census of Wholesale Trade shows that sales in the Lake Pontchartrain economic study area (Jefferson, Orleans, St. Bernard, St. Charles, and St. Tammany Parishes) accounted for 46 percent of the state total, while the area's population in 1977 was estimated at approximately 30 percent of the state total. The growing importance of tourism is reflected by the increasing number of hotels constructed in recent years and by hotel and motel receipts. In 1958, hotel and motel receipts in the Lake Pontchartrain economic study area accounted for 42 percent of the state total. By 1977 they made up 65 percent of the state total.

The fluctuation in manufacturing employment, on the other hand, could reflect the need for greater balance in the area's economy as suggested by some local analysts. Data for 1979, as reported by the State Department of Labor, indicated that manufacturing accounted for approximately 11 percent of total employment in the Lake Pontchartrain economic study area. Manufacturing accounted for 15 percent of the total employment reported for the rest of the state. City planners, in cooperation with the Board of Commissioners of the Port of New Orleans (Dock Board), are promoting port facilities and industrial expansion in the development of an Almonaster-Michoud Industrial District, a largely undeveloped 7,000-acre portion of the Citrus-New Orleans East area which will be protected by the plan. Developers hope to relocate certain port

TABLE 3

ECONOMIC TRENDS IN THE STUDY AREA

|  | 1958 | 1963 | 1967 | 1972 | 1977 |
|---|---|---|---|---|---|
| **Retail Trade** | | | | | |
| Number of Establishments | 8,134 | 6,342 | 7,958 | 8,703 | 8,121 |
| Sales ($1,000's) | 1,001,527 | 1,133,089 | 1,591,015 | 2,395,141 | 3,985,704 |
| Percent of State | 34 | 33 | 33 | 33 | 32 |
| **Wholesale Trade** | | | | | |
| Number of Establishments | 1,749 | 1,816 | 1,935 | 2,103 | 2,250 |
| Sales ($1,000's) | 2,371,046 | 2,673,483 | 3,606,681 | 4,768,954 | 9,065,065 |
| Percent of State | 60 | 58 | 54 | 49 | 46 |
| **Selected Service Industries** | | | | | |
| Number of Establishments | 4,731 | 4,408 | 5,938 | 8,593 | 9,172 |
| Sales ($1,000's) | 186,032 | 228,389 | 323,897 | 718,982 | 1,282,818 |
| Percent of State | 48 | 48 | 47 | 48 | 44 |
| **Manufacturing** | | | | | |
| Number of Establishments | 963 | 924 | 921 | 955 | 1,056 |
| Number of Employees | 49,000 | 50,600 | 57,800 | 57,600 | 51,300 |
| Percent of State | 36 | 36 | 35 | 32 | 26 |
| Value Added by Manufacture ($1,000's) | 513,503 | 618,363 | 976,700 | 1,218,700 | 2,368,500 |
| Percent of State | 36 | 32 | 35 | 28 | 25 |

SOURCE: US Department of Commerce, Bureau of the Census.

facilities and expand industrial development in this tidewater area, and eventually broaden the metropolitan area's economic base. Two related projects are currently under study; one would modify lockage capacity through the MR-GO and IHNC, and the other would enlarge the Mississippi River navigation channel from Baton Rouge, Louisiana, located upstream of New Orleans, to the Gulf of Mexico.

EMPLOYMENT AND INCOME. Table 4 illustrates establishment-based employment covered by the Louisiana Employment Security Law and per capita personal income in the study area for 1977, 1978, and 1979. The high employment and above average incomes generated in the study area reflect its historic economic growth.

TABLE 4

EMPLOYMENT AND PER CAPITA PERSONAL INCOME

| Parish | 1977 | | 1978 | | 1979 | |
|---|---|---|---|---|---|---|
| | Employment | Income | Employment | Income | Employment | Income |
| | | ($) | | ($) | | ($) |
| Jefferson | 107,139 | 7,039 | 133,062 | 7,850 | 144,951 | 8,867 |
| Orleans | 275,687 | 6,987 | 300,439 | 7,744 | 303,973 | 8,707 |
| St. Bernard | 11,579 | 6,596 | 13,428 | 7,172 | 13,948 | 8,135 |
| St. Charles | 12,993 | 6,199 | 15,561 | 7,167 | 17,407 | 8,030 |
| St. Tammany | 12,395 | 5,576 | 17,812 | 6,440 | 20,111 | 7,191 |
| Total/per capita | 419,793 | 6,870 | 480,302 | 7,626 | 500,390 | 8,588 |
| % of State | 36 | 115 | 35 | 113 | 35 | 113 |

SOURCE: State of Louisiana, Department of Labor, Office of Management and Finance; Employment Wages, November 1980, US Department of Commerce, Bureau of Economic Analysis, Survey of Current Business, April 1981.

Table 5 shows an employment distribution for 1979. Like a number of large metropolitan areas in recent years, New Orleans and the Lake

11

TABLE 5

EMPLOYMENT BY INDUSTRY, 1979

| | Mining | Construction | Transportation | Wholesale | Retail | Finance | Service | Public Administration |
|---|---|---|---|---|---|---|---|---|
| State of Louisiana | 77,547 | 144,123 | 130,336 | 101,503 | 255,267 | 72,234 | 402,982 | 77,606 |
| LAKE PONTCHARTRAIN ECONOMIC STUDY AREA | | | | | | | | |
| Jefferson Parish | 4,050 | 15,785 | 14,383 | 11,752 | 33,615 | 5,640 | 36,136 | 4,249 |
| Orleans Parish | 12,052 | 13,455 | 38,688 | 23,819 | 49,155 | 22,744 | 97,383 | 20,500 |
| St. Bernard Parish | 174 | 982 | 993 | 175 | 2,315 | 408 | 2,936 | 740 |
| St. Charles Parish | 202 | 5,364 | 1,684 | 1,294 | 1,215 | 252 | 2,488 | 176 |
| St. Tammany Parish | 211 | 2,288 | 971 | 638 | 4,366 | 1,091 | 7,163 | 761 |
| TOTAL | 16,689 | 37,874 | 56,719 | 37,678 | 90,666 | 30,135 | 146,106 | 26,426 |
| Allocated to Parishes[1] | 71,516 | 135,746 | 127,802 | 91,937 | 248,799 | 70,799 | 399,340 | 76,612 |
| Percent of State[1] | 23 | 28 | 44 | 41 | 36 | 42 | 37 | 34 |

[1] Firms operating in two or more parishes with no available breakdown by area are included only in the totals; therefore, the percent of the state is computed using only the figures specifically allocated to the parished in the study area.

SOURCE: State of Louisiana, Department of Labor, Office of Management and Finance, Employment Wages, November 1980.

12