Pontchartrain economic study area in general have suffered from
unemployment and underemployment problems.  Some of these problems have
been attributed to the immediate area's dependency on the port and
tourist industries, the latter requiring labor intensive services but
generating lower levels of income.  However, information provided by the
Louisiana Department of Labor indicates that other portions of the state
have experienced more severe effects from the recent economic recession
than the New Orleans area.  Preliminary estimates indicate that
unemployment in the New Orleans Standard Metropolitan Statistical Area
(SMSA) was 10.6 percent in June of 1982, while the figure for the state
was 11.5 percent.

Land Use.  Land use in the five-parish study area ranges from
2.5 percent urban (St. Bernard Parish) to 34.3 percent urban (Orleans
Parish). A summary of urban versus nonurban land use by parish is shown
in Table 6.   Considering the five-parish area as a unit, and not
including Lakes Pontchartrain and Maurepas, approximately 12.7 percent
is urban.   A review of the data in Table 7 indicates that about
41 percent of the urbanized area is residential.   Table 8 contains a
breakdown of nonurban use into five categories.  Over 70 percent of the
nonurban land use is water and wetlands, and the depicted acreages do
not include the areas of Lakes Pontchartrain and Maurepas.  If the areas
for these bodies of water are included in the land use calculations,
over 98 percent of the study area would be water and wetlands, and only
0.6 percent would be considered urban.   The extremely high amount of
water and wetlands indicates the potential for damage from flooding due
to storm-related high water.

ENVIRONMENTAL SETTING AND NATURAL RESOURCES.  The project area, located
in southeastern Louisiana, is of mostly low relief and characteristic of
an alluvial plain.  The area is within the Pontchartrain Basin, which is
situated near the center of the Gulf Coastal Plain in the lower reaches
of the Mississippi Embayment.   The basin is in a shallow depression

13

TABLE 6

SUMMARY OF LAND USE CATEGORIES
(Acres)

| PARISH | TOTAL[1] | URBAN | PERCENT URBAN | NONURBAN | PERCENT NONURBAN |
|--------|----------|-------|---------------|----------|------------------|
| Jefferson | 230,420 | 69,253 | 30.1 | 161,167 | 69.9 |
| Orleans | 134,036 | 45,937 | 34.3 | 88,099 | 65.7 |
| St. Bernard | 335,355 | 8,391 | 2.5 | 326,964 | 97.5 |
| St. Charles | 187,343 | 31,780 | 17.0 | 155,563 | 83.0 |
| St. Tammany | 571,467 | 30,116 | 5.3 | 541,351 | 94.7 |
| TOTAL | 1,458,621 | 185,477 | 12.7 | 1,273,144 | 72.8 |

[1] Does not include Lakes Pontchartrain and Maurepas, parish boundaries are indefinite.

SOURCE: Land Use Maps published in the Inventory of Basic Environmental Data, New Orleans—
Baton Rouge Metropolitan Area 1980.

## TABLE 7

### URBAN LAND USE
### (Acres)

| PARISH | RESIDENTIAL | COMMERCIAL SERVICES | INDUSTRIAL | EXTRACTIVE | TRANSPORTATION | INSTITUTIONAL | STRIP AND CLUSTERED SETTLEMENT | OPEN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Jefferson | 23,616 | 4,237 | 4,659 | 27,917 | 576 | 865 | 2,980 | 4,403 | 69,253 |
| Orleans | 27,950 | 3,645 | 4,157 | 947 | 2,348 | 1,055 | 1,270 | 4,565 | 45,937 |
| St. Bernard | 5,079 | 376 | 1,300 | 402 | 230 | 159 | 666 | 179 | 8,391 |
| St. Charles | 3,592 | 223 | 3,556 | 21,660 | 26 | 166 | 2,007 | 550 | 31,780 |
| St. Tammany | 16,467 | 1,042 | 429 | 2,574 | 723 | 888 | 6,326 | 1,667 | 30,116 |
| TOTAL | 76,704 | 9,523 | 14,101 | 53,500 | 3,903 | 3,133 | 13,249 | 11,364 | 185,477 |

SOURCE: Land Use Maps published in the Inventory of Basic Environmental Data, New Orleans-Baton Rouge Metropolitan Area 1980.

TABLE 8

NONURBAN LAND USE
(Acres)

| PARISH | AGRICULTURE | FOREST | WATER[1] | WETLANDS | BARREN LANDS | TOTAL |
|---|---|---|---|---|---|---|
| Jefferson | 3,354 | 3,415 | 79,851 | 74,342 | 205 | 161,167 |
| Orleans | 755 | 36 | 18,314 | 68,994 | 0 | 88,099 |
| St. Bernard | 18,691 | 0 | 53,942 | 254,331 | 0 | 326,964 |
| St. Charles | 22,436 | 535 | 11,261 | 120,942 | 389 | 155,563 |
| St. Tammany | 98,383 | 209,285 | 6,677 | 226,907 | 99 | 541,351 |
| TOTAL | 143,619 | 213,271 | 170,045 | 745,516 | 693 | 1,273,144 |

[1] Does not include Lakes Pontchartrain and Maurepas, which are bordered by several parishes, where definite parish boundaries into these water bodies have not been defined.   The total area of these lakes is about 720 square miles, or 31,363,200 acres.

SOURCE:  Land Use Maps published in the Inventory of Basic Environmental Data, New Orleans-Baton Rouge Metropolitan Area 1980.

16

lying between the alluvial ridge of the Mississippi River to the south and sloping uplands to the north and west. Lake Pontchartrain, a brackish embayment of the Gulf of Mexico some 640 square miles in area, is connected to Lake Borgne to the east via The Rigolets, Chef Menteur Pass, and the IHNC. To the west, Lake Pontchartrain is connected by Pass Manchac and North Pass to Lake Maurepas, a freshwater lake about 90 square miles in area. The south shore area from the Bonnet Carre' Spillway to Lake Borgne is essentially uniform in topography. The land slopes gently downward from an average elevation of about 12 feet National Geodetic Vertical Datum (NGVD)[1] along the natural banks of the Mississippi River to approximately sea level near the lake shores.

All of this area is protected from Mississippi River overflows by the mainline levee system. Minimum elevations as low as minus 9 feet are found in the artificially drained low-lying marsh and swamp areas (the area is subject to subsidence). A ridge at an elevation of approximately 4 feet, is located about 2 to 3 miles from the lake, and runs generally parallel to the lakeshore in eastern Jefferson Parish and throughout Orleans Parish. This ridge, known as the Metairie-Gentilly Ridge, is the remains of the natural levee of an ancient distributary of the Mississippi River, and forms a natural drainage divide between the river and the south shore of Lake Pontchartrain. US Highway 90 generally traverses this ridge in the eastern part of Orleans Parish.

The north shore of Lake Pontchartrain, located in St. Tammany Parish, is composed of low-lying marsh and swamp at an elevation of about 1.5 feet. The land rises inland to the adjacent higher Pleistocene escarpment forming the northern boundary of the study area, except in the vicinity of the town of Mandeville where the shoreline abuts the uplands.

---

[1] Unless otherwise noted, all elevations in this report are expressed in feet referenced to National Geodetic Vertical Datum, formerly referred to as mean sea level.

The portions of the physical study area to the west in Tangipahoa, Livingston, Ascension, St. James, and St. John the Baptist Parishes are essentially low-lying marsh and swamp with an average elevation of 1.5 feet. The feasibility of providing hurricane protection to this area is being investigated under the Lake Pontchartrain-West Shore, Louisiana project. Where the shoreline is not protected by erosion control works, a general shoreline retreat is the present dominant process within Lake Pontchartrain. A map of the physical study area, the area within the Standard Project Hurricane overflow limits, is shown on Plate 2. The designated study area for environmental analysis is delineated differently (Plate 11). The project study area boundaries are based on limits of flooding, while the study area for environmental land use analysis is based on habitats directly and indirectly impacted by construction activities associated with the project. The impacts of hurricane flooding are also discussed in the EIS.

Climate. The study area has a subtropical marine climate. Located in a subtropical latitude, its climate is influenced by the many water surfaces of the lake, streams, and the Gulf of Mexico. Throughout the year, these water areas modify the relative humidity and temperature conditions, decreasing the range between the extremes. When southern winds prevail, these effects are increased, imparting the characteristics of a marine climate.

The area has mild winters and hot, humid summers. During the summer, prevailing southerly winds produce conditions favorable for afternoon thundershowers. In the colder seasons, the area is subjected to frontal movements which produce squalls and sudden temperature drops. River fogs are prevalent in the winter and spring when the temperature of the Mississippi River is somewhat colder than the air temperature.

In the New Orleans area, the mean average temperature is about 70 degrees Fahrenheit (°F). The monthly mean temperatures vary from

53°F to 82°F. Record high temperatures of 102°F occurred in June 1954 and August 1951 at Belle Chasse and New Orleans, respectively. The record low temperatures of 7°F and 13°F occurred in January 1963 at Belle Chasse and New Orleans, respectively.

Precipitation generally is heavy in two fairly definite rainy periods. Summer showers last from about mid-June to mid-September, and heavy winter rains generally occur from mid-December to mid-March. The annual normal precipitation for New Orleans (Citrus station) is 58.22 inches, with annual variations of plus or minus 50 percent. Extreme monthly rainfalls exceeding 12 inches are not uncommon, and as much as 25 inches have been recorded in a single month. The greatest 24-hour amount of precipitation since 1871 was 14.01 inches on 15 and 16 April 1927. Snowfall amounts are generally insignificant, and hail of a damaging nature seldom occurs.

Average wind velocity is about 9 miles per hour (mph), based on historic anemometer coverage at the New Orleans International Airport. The predominant wind directions are south to southeast from March to June and north to northeast from September to February.

From early June until late November, the study area is subject to the threat of hurricanes. A hurricane is defined as a well-developed cyclonic storm, usually of tropical origin, that occurs in the North Atlantic Ocean, Gulf of Mexico, Caribbean Sea, and Eastern and Southern Pacific Oceans. Hurricane storm characteristics are violent winds, tremendous waves and surges, and torrential rainfall. (Average wind speeds must be at or above 75 mph in order for a storm to be classified as a hurricane.) Size and duration vary with each hurricane, but they generally extend over thousands of square miles, reach heights of 30,000 feet or more, and last from 9 to 12 days.

19

Hurricanes pose a dual threat to life and property because of high winds and associated flooding. Winds can be damaging in themselves, but it is also a matter of record that wind patterns may cause changes in lake levels. Hurricane winds in the study area can increase the volume of water in Lakes Pontchartrain and Maurepas, increasing the average still water lake elevations. Further, wind can "tilt" the water in the lakes towards shore, depending upon wind direction. The wave action generated by wind forces further increases surge elevations. Rainfall associated with hurricanes poses an additional flood threat.

The study area has experienced many severe hurricanes, as well as lesser tropical storms which caused loss of life and/or damage to property. Official meteorological records are not available prior to 1893, but historic accounts are available. Because a large portion of the study area was relatively uninhabited prior to 1893, the extent of the flooding often went unobserved.

Prior to 1800, New Orleans had little protection from flooding caused by lake waters entering the city. Bienville's newly established capital city of New Orleans was severely damaged by a hurricane in 1722. The church, crops, stores, and 35 huts were destroyed, and the city was reduced to a state of famine. A 1723 hurricane caused similar damage. Other storms in 1776, 1779, 1780, 1781, 1793, and 1794 struck the area. Severe crop damage was reported from some of these storms. The lack of storm reports during the mid-century is thought to be primarily a lack of records rather than the absence of storms.

Historic data indicate that storms struck the area in 1800, 1811, 1812, and 1821. A particularly severe storm in 1831 devastated the area near the gulf and caused considerable damage in the study area. Several lives were lost, and all the buildings fronting the lake in the vicinity of New Orleans were washed away. The hurricane of 1837 inundated the city of New Orleans for a distance of approximately 2 miles inland from

20

the shoreline of the lake, and several lives were lost. In 1860, another severe hurricane struck the area. Heavy damage was reported in Mandeville, and several deaths occurred in New Orleans where approximately two-thirds of the city was inundated. In 1887, a storm which had paralleled the entire coast of Texas passed inland near New Orleans. Flooding occurred in the portion of the city nearest Lake Pontchartrain, as well as in some interior localities through levee breaks along drainage canals. In October 1893, an extremely violent hurricane devastated the coastal region of Louisiana west of the Mississippi River. The loss of life was estimated to be 2,000 persons, and heavy damage in other areas in Louisiana are noted in most of the storm records. It was reported that the rate of forward motion of this storm decreased to nearly zero in the vicinity of the Mississippi River. As a result of this stalling, the winds in the area were of long duration, and great volumes of gulf waters were forced from Lake Borgne into Lake Pontchartrain. Other 19th century storms which resulted in lesser damage occurred in 1886, 1888, 1892, 1894, and 1897.

As development increased in the study area in the 20th century, the amount of damage from storms increased. Additionally, refinements in the procedures of damage assessments, improved communications, and better record keeping have provided much better information on the duration and impact of these storms. Hurricanes or tropical storms occurred in 1900, 1901, 1902, 1904, 1905, 1906, 1907, 1909, 1914, 1915, 1917, 1919, 1920, 1936, 1940, 1943, 1945, 1946, 1947, 1948, 1955, 1956, 1961, 1964, 1965, 1969, 1971, and 1974. Some of these were major hurricanes which caused extensive damage and loss of life.

The storm of 4-16 August 1901 passed just east of New Orleans causing considerable property damage and the loss of 10 lives. Approximately 3 square miles of the city were inundated to depths of 1 to 4 feet. The hurricane of 10-22 September 1909 caused damage exceeding $6 million, and a loss of 353 lives. The railroad was washed

21

out between Frenier and Ruddock along the west shore of the lake, and the western portion of the city was flooded to depths of 1 to 2 feet.

From 22 September to 2 October 1915, a storm with winds of 75 mph at New Orleans caused considerable damage. Torrential rains accompanied the storm, causing severe flooding in the southeastern portion of Louisiana. New Orleans reported a total of 8.2 inches of rain with a maximum of 1.59 inches in 1 hour. Failure of the drainage pumps caused the impounded water to remain for several hours. In New Orleans, 25,000 buildings were destroyed or damaged, and the city was flooded to depths of 1 to 8 feet. Total property losses exceeded $13 million and the death toll was 275.

The hurricane of 4-21 September 1947 ranked as one of the greatest on record. It struck the Louisiana coast south of Lake Borgne and continued westward south of Lake Pontchartrain. The path of the storm center in relation to the converging coasts of Mississippi and southeastern Louisiana was conducive to the generation of a very high tidal surge. Water flowed over the seawall at the New Orleans lake-front, inundating approximately 8.9 square miles of lakefront area, of which 2.7 square miles were covered by sheet flow 2 feet or more in depth. Flow over the low protective embankment along the lakeshore caused flooding of approximately 31 square miles in Jefferson Parish, making the drainage pumps inoperative for a considerable period of time. Water was 6 feet deep in some sections. New Orleans International Airport had 6 inches of water on the runways and could not operate. Wind speeds at the airport were reported as high as 98 mph with gusts to 112 mph. Total storm damage was estimated at $110 million with 51 lives lost, 12 of which were in Louisiana.

Hurricane Flossy (21-30 September 1956), passed over the mouth of the Mississippi River on a northeasterly track. Heavy rains, varying from 4 to 10 inches, fell along the path of the storm from Florida to

Grand Isle.  The seawall along the New Orleans lakefront was overtopped
by waves, flooding an area of approximately 2.5 square miles in the
eastern part of the city; however, Jefferson Parish was protected by a
levee built after the 1947 storm.  Total deaths reported on the coast
were 15 and damage was estimated at $20 million.

In late September 1964, Hurricane Hilda developed off the southern
coast of western Cuba and attained a surface wind velocity of 150 mph on
1 October while the hurricane was located 350 miles south of New
Orleans.  Hilda crossed the Louisiana coast west of New Orleans during
the evening of 3 October.  At that time, maximum winds were 98 mph.
Offshore and coastal oil installations suffered heavy damage and camps
located along the south shore of Lake Pontchartrain in the Eastern New
Orleans area were severely damaged by high waves in the lake.  The
hurricane resulted in the flooding of more than 3,000,000 acres of land,
damages estimated in excess of $53,000,000, and the death of 39 people.

The most destructive storm of record on the Louisiana coast, and
one of the great hurricanes of this century, was Betsy, which entered
the Gulf of Mexico on 8 September 1965.  At that time, wind velocities
were estimated at 150 mph.  When the storm entered the Louisiana coast
at Grand Isle on 9 September, winds were reported at 105 mph, with gusts
to 160 mph.  The eastern portion of New Orleans and the adjacent
Chalmette area of St. Bernard Parish suffered severe damage from
floodwaters and winds.  The waters overtopped and poured through breaks
in the IHNC levees and the Chalmette back levee.  The Citrus and New
Orleans East back levees, located along the GIWW, also were
overtopped.  Many camps and homes located along Chef Menteur, The
Rigolets, Lake St. Catherine, and the south shore of Lake Pontchartrain
in the Citrus-Little Woods area were completely demolished or heavily
damaged by the combination of floodwaters, wind and waves.  Serious
flooding occurred in these areas with the depths ranging up to 9 feet.
Waves  caused  overtopping  of  the  New  Orleans  seawall  on  Lake

23

Pontchartrain, but a secondary levee constructed by the local levee board prevented serious overflow into the city. Damages and expenditures related to this hurricane were estimated at over $2 billion. More than 2 1/2 million acres of land were flooded, approximately 300,000 persons were evacuated or changed living quarters, and more than 27,000 homes were destroyed or flooded. In addition, offshore and coastal oil installations and public utilities reported unprecedented damage. Fall crops were heavily damaged and much livestock drowned. Deaths in Louisiana resulting from Hurricane Betsy are listed at 81 persons, including over 50 deaths in the New Orleans area.

Hurricane Camille, which occurred in August 1969, was one of the most intense and destructive hurricanes ever recorded. By the 17th, Camille had winds estimated at 190 mph, and was located southeast of New Orleans and south of the gulf coast of Mississippi. Just before midnight, Camille hit the gulf coast with winds estimated at 160 mph and gusts up to 200 mph. Maximum tidal surges exceeded 20 feet. While Camille was in the Gulf of Mexico, a central barometric pressure of 26.61 inches was recorded, second only to the 26.35 inches recorded by the Labor Day hurricane of 1935. (Central barometric pressure is an important parameter affecting a storm's intensity.)

While the Mississippi coast received the brunt of Camille, the study area also suffered damages. Heavy damages were sustained by all types of facilities in and near The Rigolets/Chef Menteur/Lake St. Catherine area. Camps and homes located on both the north and south shores of Lake Pontchartrain were heavily damaged. Total monetary damages as a result of Camille exceeded $1 billion, while at least 262 lives were lost.

The geographical location of the New Orleans area, combined with the low terrain and nearby bodies of water, make this densely populated section of the state highly susceptable to hurricane-induced damages.

24

Hydrology.   The study area lies within the Lake Pontchartrain Basin.
This drainage basin is bounded by the Pearl River Basin on the east,
Mississippi Sound to the south (via Lake Borgne), and the Mississippi
River to the west.   The Pearl River Basin, whose western boundary
generally follows the Louisiana-Mississippi state boundary in the
vicinity of Lake Pontchartrain, does not directly interface with the
Pontchartrain Basin.   It does provide about one-half of the freshwater
inflows to Lake Borgne.

Lake Borgne is an estuarine area which connects to the east with
Mississippi Sound (an embayment of the Gulf of Mexico) and to the west
with Lake Pontchartrain via Chef Menteur Pass and The Rigolets, two
natural tidal passes.

The Mississippi River is separated from the study area by the left
descending bank mainline levees, but is connected with the Pontchartrain
system at two locations.   The Bonnet Carre' Spillway, located on the
east bank of the Mississippi River in St. Charles Parish about 26 miles
north of New Orleans, is a feature of the Mississippi River and
Tributaries Flood Control project.   The spillway is designed to operate
as a relief valve for the Mississippi River; that is, when floodflows on
the Mississippi River below the spillway reach 1,250,000 cubic feet per
second, a portion of the river's flows are diverted to Lake
Pontchartrain.   Studies indicate that previous operations of the
spillway have produced only small lake variations, varying from 0.7 feet
to 1.5 feet measured at or near the design diversion capacity of 250,000
cfs.   Along the south shore, Lake Pontchartrain is connected with the
Mississippi River, MR-GO, and GIWW via the IHNC, a manmade channel.   The
IHNC is connected to the Mississippi River via a lock.   The Mississippi
is a source of freshwater inflows for Lake Pontchartrain via the
Industrial Lock and during limited periods when the Bonnet Carre'
Spillway operates.   Conversely, the MR-GO, which connects with the Gulf
of Mexico, is a source of saline waters for Lake Pontchartrain.

25

Lake Pontchartrain is an oval-shaped low salinity estuary formed from a remnant of an arm of the Gulf of Mexico, which was impounded by deltaic deposits of the Mississippi River and gradually freshened. It is about 25 miles wide along its north-south axis and 40 miles long along its east-west axis. In addition to its tidal passes at Chef Menteur, The Rigolets, and at the IHNC (Seabrook), Lake Pontchartrain has two inland passes to the west, North Pass and Pass Manchac, which connect to Lake Maurepas. Lake Maurepas has a surface area of about 90 square miles and an average depth of 10 feet. The total drainage area having significant effect on the lake system covers approximately 4,700 square miles.

The northern portions of the Lake Pontchartrain Basin are drained by numerous streams and rivers which flow in a predominantly southerly direction to Lakes Maurepas and Pontchartrain. Portions of Ascension, St. James, St. John the Baptist, St. Charles, Orleans, and Jefferson Parishes which lie east of the Mississippi River and north of St. Bernard Parish, are all drained by a series of natural and manmade streams and canals which flow away from the Mississippi River to Lakes Maurepas and Pontchartrain. In Orleans, Jefferson, and St. Bernard Parishes, pumping stations are required to lift the water through the levees which protect the New Orleans metropolitan area from flooding to the lake level. Pumping station discharge locations include Lake Pontchartrain, the IHNC, the MR-GO, and Lake Borgne.

Within Lake Pontchartrain and adjoining Lake Maurepas, water circulation patterns and lake levels are controlled by tidal action at the tidal passes, freshwater inflows from upstream drainage areas, and the wind. The lake generally has diurnal tides, that is, one high tide and one low tide in a day. Records indicate that normal wave crests range from 0.1 to 5.3 feet; whereas, normal tides in Lake Pontchartrain average 0.6 feet. This indicates that wind effects usually mask diurnal tidal fluctuations. Estimation of wind energy effects indicates that

26

tidal effects predominate over wind at wind speeds less than 4.5 mph, winds and tides are about equal when wind speeds range between 4.5 and 6.5 mph, and wind effects predominant when they are greater than 6.5 mph. Since wind speeds average more than 6.5 mph, winds generally dominate tides in the lake. Maximum stages occur in Lake Pontchartrain during hurricane activity in the vicinity. A maximum recorded stage of 13.1 feet occurred at Frenier Beach on 29 September 1915, while a minimum recorded stage of minus 2.2 feet occurred at New Orleans on 26–27 January 1938.

Except in the immediate vicinity of the tidal passes, the direction and speed of water circulation in Lake Pontchartrain is controlled by winds. Currents average 0.4 feet per second (fps) in the lake, while mean flood current speeds in the tidal passes average 1.2 to 1.6 fps.

The bulk of inflows received by Lake Pontchartrain comes from its tidal passes. Headwater flows account for only 4.5 percent of Lake Pontchartrain's inflow, while The Rigolets, Chef Menteur Pass, and the IHNC contribute 57, 32, and 6.5 percent, respectively, of the lake's total inflow volume.

The salinities of Lakes Pontchartrain and Maurepas normally range from fresh to brackish [brackish waters have a salinity of 1.0 to 5.0 parts per thousand (ppt)]. At times of extreme low flows, Lake Maurepas can become brackish. Salinities average less than 0.2 ppt in Lake Maurepas while averaging about 1.5 ppt in Lake Pontchartrain. Lake Pontchartrain salinities range seasonally from a low of about 0.45 ppt in the late spring to a high of about 5.3 ppt in the late fall, reflecting seasonal variations in freshwater inflow. The salinity regime is subject to drastic change during hurricanes.

Because the lake system receives its salt input from the tidal passes located to the east, the salinity of the lake is fresher towards

27

the west.   The lake system receives about half of its freshwater input
from headwater inflows and about half from the tidal passes.   The
Rigolets transports freshwater from the Pearl River Basin, and the IHNC
transports   freshwater   from   the   Mississippi   River.   Salt   budget
calculations indicate that The Rigolets supplies about 40 percent; the
Chef Menteur Pass supplies about 40 percent; and the IHNC supplies about
20 percent of the total salt entering the lake.

Water Quality.   Lake Pontchartrain, the IHNC, GIWW, and MR-GO are all
classified as "water quality limited."   The water quality limited
classification is given a stream segment where it is known that water
quality does not meet all applicable standards and/or is not expected to
meet all applicable standards, even after application of the effluent
limitations required by the Federal Water Pollution Control Act.   Each
of these surface waters is subjected to sewage contaminated storm water,
and domestic and industrial wastewater discharges from the New Orleans
metropolitan area.

     Rivers and streams draining into Lake Pontchartrain along the north
shore carry pollutants from the basin uplands.   Residential development
on the north shore, particularly in the Slidell and Mandeville areas,
also has increased storm water runoff to the lake.   Untreated domestic
wastewater discharges from camps along the shoreline and on immediate
tributaries are an additional source of pollution.   Primary contact
recreation (swimming, skiing, etc.) is one of the designated uses of the
lake.   However, a recent (1982) bacterial pollution survey prompted
state health officials to recommend that primary contact recreation
activities not be conducted within 1/4-mile of the shoreline along the
south shore west of US Highway 11.   State health officials also
discourage primary contact activities along the north shore within a
200-yard radius of the mouth of streams which flow into the lake.

Urban storm water, industries, and vessels are sources of pollution in the IHNC, GIWW, and MR-GO. None of these waters has been designated as suitable for primary contact recreation. Because of the manufacture, handling, use, and transport of toxic materials in the project area, these water bodies are subject to periodic spills, some of which have caused acute environmental perturbations.

Heavy industrialization of the area ensures a generally low level, but essentially constant, input of known toxic and potentially toxic substances to local water bodies from atmospheric fallout, washout and direct discharges.

Botanical Resources.    The vegetation north of Lake Pontchartrain consists of swamp and marshland, with pinewoods on the prairie terrace to the north and west.    Within the area of study, there are various types of marshlands, cypress-tupelo swamps, bottomland hardwood forests, and submerged grass beds (see Plate 12). The marshes in the study area can be described as two basic types. Fresh-intermediate marshes contain a variety of plant species such as bulltongue, deerpea, maidencane, and wiregrass.    The most common forms of vegetation associated with the brackish-saline marshes are wiregrass, oystergrass, and black rush.

The cypress-tupelo swamp is dominated by baldcypress, tupelogum, Drummond red maple, ash, and black willow. Most of this association is confined to St. Charles Parish.    Bottomland hardwoods are located on higher, less frequently flooded areas .    Common vegetation includes hackberry, various species of oaks, cottonwood, sycamore, and American elm. The dredged material disposal areas and levees located within the marsh system are vegetated with a scrub shrub type of plant association, consisting mainly of marsh elder and eastern baccharis .

The prairie terraces to the north and west of Lake Pontchartrain are covered primarily with longleaf, slash, spruce and loblolly pines,

29

oaks (several species), magnolias, tulip tree, flowering dogwood, and sweetgum.

The submerged vegetation within the lake and associated inlets (primarily wild celery, naiad, widgeongrass, and spikerush) provide cover, nursery, and spawning benefits to the local recreational and commercial fishery.

Zoological Resources. The biota of the study area can be divided into two categories: organisms having a land-based habitat and those utilizing aquatic habitat.

Lake Pontchartrain and the extensive marsh, swamplands, and bottomland in the project area contribute to an important seafood industry. The marsh and open waters provide varied and highly productive habitat for game and furbearing animals, as well as waterfowl. There are two wildlife management areas (Manchac and Joyce) and one refuge (St. Tammany) in the project area.

The aquatic life of Lake Pontchartrain is composed of typical brackish water species. The low salinity allows the invasion of freshwater species but excludes some of the typical high salinity forms. As is typical of the biota of estuaries, there is an abundance of a few species which can tolerate brackish conditions. Lake Pontchartrain is considered a nursery area for many marine species of the Gulf of Mexico, with the eastern portion being of exceptional importance to such species as menhaden and white shrimp.

The fishes of the lake are primarily marine and estuarine with the Atlantic croaker, gulf menhaden, anchovy, and silverside being particularly abundant. Other common species include spot, sand seatrout, sea catfish, and striped mullet. Freshwater species such as blue catfish, channel catfish, largemouth bass, and other sunfish occur in less saline water near incoming river mouths.

Lake Pontchartrain supports a sport and commercial fishery for many species including blue crab, white shrimp, spotted seatrout, black drum, red drum, sheepshead, and flounder. Western Lake Pontchartrain and the interconnecting Lake Maurepas also provide a sufficient density of brackish water clams to support a viable commercial shell harvesting industry.

The bald eagle is the only endangered or threatened species that might be impacted by a project alternative. For further discussion, see Appendix C, Section 1.

Additional information concerning zoological resources can be found in the EIS.

Cultural Resources. Located within the present and proposed levee system protecting Orleans, St. Bernard, Jefferson, and St. Charles Parishes are 104 historic properties and eight historic districts listed in the National Register of Historic Places. These properties include Big Oak and Little Oak Islands archeological sites, the Chalmette National Historical Park, Destrehan Plantation, Camp Parapet Powder Magazine, and the many historic buildings and districts in New Orleans.

The remainder of the Lake Pontchartrain study area also contains many significant cultural resources listed in the National Register. Forts Pike and Macomb are massive brick fortifications built in the early 1800's to guard the two natural passes into Lake Pontchartrain, The Rigolets, and Chef Menteur Pass. The historic town of Mandeville, which contains three structures listed in the Register and a proposed historic district, is located on the north shore of the lake. Three of the lighthouses which dot the lake's shoreline; Pass Manchac, New Canal, and Tchefuncte River Rear Range; have recently been listed in the National Register. Also listed in the Register are two archeological sites located in the marshes and swamps which constitute the lake's

31

shoreline. The Tchefuncte type site (16ST1) is composed of two Rangia shell middens in the marsh east of Mandeville. The Bayou Jasmine site (16SJB2) is a deeply buried cultural deposit dating to the Poverty Point period and is located in St. John the Baptist Parish between Lakes Maurepas and Pontchartrain. Plate 13 is a cultural resources location map.

Numerous other archeological sites are located throughout the study area. These sites are characteristically Rangia shell middens located on relict natural levee ridges, beaches, and shorelines. The archeological record of the Lake Pontchartrain Basin documents the presence of man from the late Archaic period [ca. 4,000 – 2,500 Before Present (B.P.)], with an economic strategy largely based on exploitation of Rangia.

Navigation through Lake Pontchartrain has existed since the early exploration of Louisiana. In fact, the shorter route to the gulf provided by the Bayou St. John/Lake Pontchartrain/Rigolets or Chef Menteur Pass route was a primary consideration in the founding of New Orleans. Commercial navigation in the lake continued throughout the 18th and 19th century first with extension of Bayou St. John by construction of the Carondelet Canal, and later by construction of the New Basin Canal into the growing city of New Orleans. Numerous historic shipwrecks are reported in Lake Pontchartrain.

Historic cultural resources in the study area also include approximately 150 recreational camps located along the Orleans Parish shoreline east of Lakefront Airport. Most of these structures are built on pilings some distance out in the lake with piers providing access to the shore. Some of the camps are reported to date from the late 19th century. Prior to the development of the New Orleans Lakefront between West End and the Lakefront Airport in the late 1920's, similar structures dotted the entire lakeshore of Orleans Parish from West End to South Point.

Recreational Resources. A linear recreational environment exists adjacent to the Lake Pontchartrain shoreline. Many recreational areas are currently existing and several are planned for future development. The Jefferson Parish Department of Recreation has developed a recreation master plan, dated March 1982, which encompasses all facilities to date and identifies additional area development. Increased demand for water-oriented recreation will continue until met via additional development such as that contained in the above mentioned master plan. Also contained in the Jefferson Parish Master Plan is a multi-million dollar recreational development which includes several boat launching areas, improvement of a 10.5-mile long National Recreation Trail, yacht harbors, marinas, private camps, and significant nodes of public/private neighborhood recreational developments with ancillary features. These recreational features are located exclusively on the narrow strip of land between the levee crown and the lakeshore. Activities occurring on existing facilities or in the vicinity of the project area include: boating, boat and bank fishing, crabbing, shrimping, skiing, sailing, picnicking, jogging, horseback riding, biking, walking for pleasure, field sports, sightseeing, and observation of wildlife. The existing facilities are adjacent to large residential areas, and attract heavy usage year round.

## AUTHORIZED AND EXISTING HURRICANE PROTECTION WORKS

The Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project has been under construction since 1966. Portions of the plan incorporate features which previously had been constructed under other Federal authorities (Jefferson Parish Lakefront Levee), an unconstructed feature of the MR-GO project (Seabrook lock), and several features constructed by local interests. The authorized plan consists of two basic elements; barrier complexes at Lake Pontchartrain's three main tidal entrances and levees/floodwalls. Features of the plan are shown on Plate 3. Completion of this plan would provide protection

33

against the Standard Project Hurricane (SPH), defined as the most severe hurricane which can be reasonably expected to occur from a combination of meteorological and hydrological events reasonably characteristic of the area.

AUTHORIZED BARRIER COMPLEXES. The purpose of the barrier complexes is to allow closure of Lake Pontchartrain's main tidal passes during the approach of a hurricane from the Gulf of Mexico. The water levels in the lake thus can be kept at lower levels than that which normally would occur, thereby reducing required levees or floodwall heights. Figure 1 shows the planned effects of the barrier complexes upon Lake Pontchartrain's water levels during a hurricane occurrence. The proposed barrier complexes would be located at The Rigolets, Chef Menteur Pass, and at Seabrook (at the lakeside mouth of the IHNC). The only feature of any of these proposed complexes yet constructed is the GIWW navigation channel bypass feature of the Chef Menteur Pass complex. The modified 1977 court injunction precludes construction of either The Rigolets complex or Chef Menteur complex until such time a legally adequate supplement to the existing EIS is filed with the Environmental Protection Agency (EPA).

The Seabrook complex is a feature of the MR-GO navigation project, however, it also can serve as a barrier feature for hurricane protection. Thus, the authorization of the hurricane protection project provides for the construction costs of the Seabrook complex to be shared on a 50/50 basis between the MR-GO project and the hurricane protection project. The court injunction does not preclude work on the Seabrook complex, but physical construction of this feature has not been initiated.

LEVEES/FLOODWALLS. The levee/floodwall features of the current plan of improvement (exclusive of the tie-in levees associated with the barrier complexes) encompass six distinct areas of protection: the Chalmette Area, the Citrus-New Orleans East Area, the New Orleans Area, the



EXISTING - WITHOUT PROJECT CONDITIONS



WITH LEVEES RAISED TO BARRIER PLAN HEIGHTS, NO BARRIERS



LEVEES RAISED TO BARRIER PLAN HEIGHTS WITH BARRIER COMPLEXES IN PLACE

EFFECTS OF BARRIER STRUCTURES ON LAKE LEVELS
FIGURE I

Jefferson Parish Area, the St. Charles Parish Area, and the Mandeville Seawall, located on the north shore of Lake Pontchartrain along the lakefront of the town of Mandeville. Plate 4 shows the separable areas of protection.

Chalmette Area Plan. This ring levee system encompasses the populated area of St. Bernard Parish, a large portion of St. Bernard wetlands, and a portion of Orleans Parish located to the south of the GIWW. The levee system makes use of the existing Mississippi River levee to the west. The northern and eastern portions of the system utilize a dredged material disposal bank along the MR-GO as a levee base. There are navigable floodgates at Bayou Bienvenue and at Bayou Dupre, along the eastern portion of the levee system. These floodgates normally remain open and allow for navigation, gravity drainage, and tidal exchange to the inclosed wetlands. A gravity drainage structure is under construction at Creedmore Canal in the southern portion of the levee system. The levee system, designed to have net grades ranging from 17.5 feet to 14.0 feet, currently is under construction. The area protected by the Chalmette Area Plan is subject to a hurricane flood threat from Lake Borgne rather than Lake Pontchartrain; therefore, construction of the proposed barrier complexes are not related to this portion of the project.

Citrus-New Orleans East Area. The levee system follows an alinement of the levee system which was in place at the time of project authorization. The system encompasses two distinct areas, the Citrus area to the west and the New Orleans East area to the east. The line of demarkation between the two areas runs generally north from the Michoud Canal and along Paris Road, following an existing low level non-Federal levee. Comprised mostly of nonwetland areas, the Citrus area was partially developed at the time of project authorization and has experienced significant growth. Much of the New Orleans East area is wetlands and has remained basically undeveloped; however, there has been

increasing pressure for large scale development of the area in recent years.

To the west, preproject earthen levees along the IHNC, which had a grade of 8.6 feet, have been raised to 13-14 feet by floodwalls with some short sections of earthen levees. This floodwall work is essentially complete. Along the lakefront from the IHNC to South Point, preproject protection was provided by a floodwall built around the lakefront of the New Orleans Airport to an elevation of 10.5 feet. This floodwall ties into the Southern Railroad embankment which parallels the lakefront and has an elevation of 8.3 feet. Neither the airport floodwall nor the railroad embankment was adequate to meet the Corps design criteria.

Project protection along the lakefront consists of an earthen levee located just to the landside of the railroad embankment with net design grades ranging from 13.5 to 14 feet, with two exceptions; about 1/2-mile of floodwall in front (to the landside) of the airport, and about 1/4-mile of floodwall to an elevation of 11 feet on the landside of the area known as Lincoln Beach.

Along the eastern boundary of the Citrus-New Orleans East area, from the lakefront at South Point to the GIWW, project protection is provided by the South Point-to-GIWW levee which is built upon an existing locally constructed levee. The preproject grade of the levee was 10.6 feet and the project design grade varies from 12.5 to 14 feet. The southern portion of the Citrus-New Orleans East levee system is built upon a locally constructed levee paralleling the GIWW. The preproject grade of the levee varied from 8.6 to 13 feet. The grade of the project levee varies from 14 to 17.5 feet, with the exception of floodwalls surrounding the Michoud Canal which range in grade from 20 to 22 feet. The lakefront levees, South Point-to-GIWW levee and levees paralleling the GIWW (back levees) are nearing completion. It should be

37

noted that because the back levees and IHNC floodwalls do not front Lake Pontchartrain, their designs are not affected by construction of the barrier complexes.

New Orleans Area. This area is protected on the south by the existing Mississippi River levee, a feature of the Flood Control, Mississippi River and Tributaries project. To the east, the area is protected by levees and floodwalls on the west bank of the IHNC. The west bank of the IHNC originally had an earthen levee built to an elevation of 8.6 feet. Subsequently, this was raised to a design grade of 13 to 14 feet by means of a floodwall, with the exception of some short reaches consisting of levees.

Preproject protection along the New Orleans lakefront consisted of a seawall backed by a low levee from the Jefferson Parish line to the IHNC. The first 1/2-mile adjacent to Jefferson Parish is a seawall having a vertical crown of 6.5 feet protected by a breakwater at an elevation of 5.0 feet, forming the Orleans Marina. It is backed by a levee with an elevation of 9 feet. To the east of the harbor area, a stepped-type seawall with a crown elevation of 7.2 to 8.0 feet extended along the lakefront to the IHNC. Several hundred feet landward of the seawall, a small levee with a crown elevation of 8.6 feet provided secondary protection. The western boundary of the western New Orleans area was protected by a return levee paralleling the western bank of the Metairie (17th Street) Outfall Canal, and the lakefront protection system tied into the Jefferson Parish lakefront protection system.

The current plan of improvement would increase the net grade of the preproject earthen levee to 12 feet, with the exception of about 1,300 feet of floodwall built around the Orleans Marina and approximately 550 feet adjacent to the marina. This section would have a net grade of 10.5 feet, and would tie into the earthen levee system. The floodwall is complete, while the levee is presently at a net grade

of about 11.5 feet. Portions of the levee system have been raised to 16 feet by local authorities as a means of interim protection; however, the levee cross-section is not built to Corps criteria. Additionally, gaps in the levee system exist at road crossings.

New Orleans has three outfall canals for pumping stations at 17th Street (Metairie Outfall Canal), Orleans Avenue, and London Avenue which provide the major drainage for the city. These are shown on Plate 5. The pumping stations are set back 1 to 3 miles from the lakefront. Additionally, Bayou St. John, formerly a navigable channel, is now closed by floodgates about 1/2-mile inland from the lakefront. At the time of project authorization, the return levees paralleling the outfall canals to the pumping stations and Bayou St. John to its floodgates were considered adequate. Subsequently, they were determined to be inadequate in terms of grade and stability. Some of the return levees (of varying elevations) have been improved by local interests since the initial authorization, but still are considered inadequate under current design criteria. A number of solutions have been considered to correct these deficiencies in New Orleans' levee system, but no final decision has been reached.

The 17th Street Outfall Canal runs along the Jefferson/Orleans Parish line. It not only provides drainage for Orleans Parish, but also for a portion of Jefferson Parish. A return levee paralleling the west bank of the canal extends from the Mississippi River to Lake Pontchartrain. The return levee is considered inadequate in terms of preventing canal overflow during an SPH event, and there are two highway crossing gaps in the return levee; however, the levee is considered an effective enough barrier to prevent major flood exchange between East Jefferson Parish and the west New Orleans area to render the two areas independent when considering hurricane flood protection.

39

<u>Jefferson Parish</u>.  This area lies on the east side of the Mississippi
River, protected on the south by the existing Mississippi River levee.
To the north, the area is protected by a lakefront levee constructed
during the early 1950's under the authority of the Flood Control,
Mississippi River and Tributaries project.  The levee, with a net grade
of 10 feet, is considered adequate to provide protection in tandem with
barrier structures, with the exception of requiring additional foreshore
protection (rip rap).  The area is bounded on the east by the west bank
return levee of the 17th Street Outfall Canal, and on the west by a
return levee paralleling an outfall canal at the St. Charles Parish
line.

There are four main pumping stations located along the Jefferson
Parish lakefront levee which form an integral part of the mainline
protection.  The stability of the pumping stations was not considered to
be either a problem or Federal responsibility at the time of project
authorization; however, they were later determined to be structurally
inadequate in terms of ability to withstand hurricane tidal surges from
the lake.   Local interests are in the process of providing adequate
frontage protection for the four stations.  It has been determined that
this locally performed frontage protection work will meet Corps
criteria, and that the work falls within the purview of the project,
i.e., can be cost-shared as part of hurricane protection project related
work.  Local interests also have raised the lakefront levee by means of
levee work and steel sheet piling to 14 feet for interim protection.
Because the work did not affect the stability of the Federal levee, it
was permitted; however, the Corps does not consider the parish to have
design protection to 14 feet because the designs do not meet Corps
criteria.

<u>St. Charles Parish</u>.  From the standpoint of hurricane protection, the
present condition of this area east of the Mississippi River is the same
as it was prior to authorization of the hurricane protection project.

The area is bounded to the east by a levee along the St. Charles/Jefferson Parish line, to the south by the Mississippi River levee, and to the west by the east guide levee of the Bonnet Carre' Spillway. Although a small strip of St. Charles Parish is located just to the west of and parallel to the Bonnet Carre' Spillway, there is little development in that portion of the parish. The area to the north of US Highway 61 (known locally as the Airline Highway) is primarily wetlands, with most development being located south of the highway. No mainline levee to protect the area against flooding from Lake Pontchartrain exists. Drainage is by gravity, although some of the developments in the area are protected by a combination of ring levees and interior pumping.

It was originally planned to provide this portion of St. Charles Parish with hurricane protection by means of an earthen lakefront levee. The levee would connect the Jefferson Parish Lakefront levee to the east with the Bonnet Carre' Spillway east guide levee to the west. The levee would be built to a net grade of 12.5 feet and have a gravity drainage structure located at its approximate midpoint. Subsequent to detailed studies of the proposed St. Charles Lakefront levee (1973), the New Orleans District decided to defer indefinitely construction of the fenture as it had been originally proposed.

The decision was based on environmental considerations. The levee would alter the existing hydrology (overflow patterns) of a large area of wetlands, and thus reduce the biological productivity of these areas. Subsequent to this decision, Bayou La Branche and Bayou Trepagnier were designated as natural and scenic streams by the State of Louisiana. (See Plate 11.) Construction of the levee as originally proposed would block these two streams and contravene the State's Natural and Scenic Rivers Act. It should be noted that construction of barrier structures would provide some degree of hurricane protection for the area even if no mainline levee is constructed in St. Charles Parish.

A Federal levee, actually part of the Jefferson Parish levee,
extends along the St. Charles/Jefferson Parish line for a distance of
5.0 miles. The levee has a grade of 10 feet at the lakefront and 7 feet
at its inland terminus.     Since the levee does not tie into the
Mississippi River levee, there presently exists a substantial gap in the
levee system. Additionally, the levee itself is deficient in grade and
section to withstand overtopping from an SPH event. Without additional
work in St. Charles Parish, the boundary levee could be flanked around
its southern terminus by floodwaters in St. Charles Parish, or topped--
or both.   This would result in flooding of the East Bank of Jefferson
Parish.  The deficiencies of the return levee are such that improvement
of the levee must be considered in any plan for providing adequate
hurricane protection for the eastern portion of Jefferson Parish.

Mandeville Seawall. The Mandeville seawall runs along the lakefront of
the town of Mandeville, located on the north shore of Lake Pontchar-
train, for a distance of 1.5 miles, and has a net grade of 6 feet.
Rehabilitation of the seawall, which is in a poor state of repair, is a
feature of the current plan of improvement.   However, the Corps has
never received satisfactory assurances of local cooperation, and further
study is being held in abeyance pending resolution of this issue by the
Corps and local officials. Mandeville, as well as the rest of the north
shore of Lake Pontchartrain, would receive some protection from
hurricanes by construction of the barrier structures.

It should be noted that many of the elevations given for preproject
improvements are different from those quoted in the project's
authorizing document.   That is because an error in the vertical datum
used to determine these elevations was discovered.   The discrepancies
between the quoted elevations of the authorizing document and this
document reflect corrections acknowledging the datum error.