The Citrus Back Levee is built upon a locally constructed levee paralleling the GIWW. The all earthen levee is currently under construction by means of hydraulic fill and hauled clay fill. The levee is about 4.1 miles long, and will have a final grade of 14.0 feet and a base width of 300 feet.

The New Orleans East Back levee is also built upon a locally constructed levee paralleling the GIWW. This levee incorporates floodwalls surrounding the Michoud Canal which vary in net grade from 20 to 22 feet. With the exception of these floodwalls, the levee is all earthen and is currently under construction by means of hydraulic fill. Total levee length is 4.5 miles and the net design grade is 17.5 feet. The levee will have a final width of 500 feet for a length of 2.2 miles, and a final base width of 300 feet for a length of 2.5 miles.

South Point-to-GIWW Levee. The South Point-to-GIWW Levee is built upon a low locally constructed levee and is complete except for the Highway 90 crossing. The levee is an all earthen design built by means of hauled clay fill. Total levee length is 8.3 miles, and final net grades will vary from 12.5 to 14.0 feet. The base widths vary from 70 to 146 feet. There are four small gravity drainage structures located within the levee. These structures normally are controlled on the lakeside by flapgates which only allow drainage from the inclosed area to the lake. These flapgates are usually kept in the closed position. Each drainage structure has a vertical sluice gate to insure adequate control during times of hurricane occurrences.

Lakefront Levees. The New Orleans East Lakefront levee parallels the south shore of Lake Pontchartrain, connecting the South Point-to-GIWW levee with the Citrus Lakefront levee. It is located just to the landside of the Southern Railroad embankment. The levee, which is

97

complete except for foreshore protection, is an all earthen embankment constructed by the method of hydraulically placed sand core with a hauled clay fill cover. The levee length is 6.2 miles, the final net levee grade will be 14.0 feet and the final base width will be 190 feet.

The Citrus Lakefront levee parallels the south shore of Lake Pontchartrain between the New Orleans East Lakefront levee and the IHNC East levee. It also lies on the landside of the Southern Railroad embankment. The levee, which is complete except for foreshore protection, has a total length of 5.0 miles; about 0.7 miles of which consists of completed floodwalls and 4.3 miles of earthen levee embankment. The completed floodwall work consists of about 1/2-mile of floodwall located to the landside of the New Orleans Lakefront Airport, which is at the western terminus of the levee reach, and about 1/4 mile of floodwall located in front of Lincoln Beach, a once popular recreational area located near the eastern terminus of the levee reach. The net grade of the floodwalls (I-walls) is 11.0 feet. The remaining 4.3 miles of uncompleted earthen embankment will have a final design grade of 13.5 feet and a base width of 85 feet.

The New Orleans Lakefront levee extends from the IHNC West levee to the Jefferson/Orleans Parish line. This feature is a combination of earthen levee and floodwall (I-wall). Five sections of floodwall, ranging in length from 550 feet to 5,000 feet, would be constructed at various locations. The rest of the 6.9-mile long levee system, will consist of an all earthen section, having a final net design grade of 12 feet and a base width of 60 feet. Local interests have decided to raise portions of the levee to 16 feet as a means of interim protection. As previously discussed, the main outfall canals for New Orleans Parish constitute a weak link in the levee system. An acceptable solution to this problem has not been finalized; however, a solution representing the upper limit of reasonable cost ($124,000,000) has been included in analysis of this levee reach.

98

The existing Jefferson Parish Lakefront levee, which extends from the Orleans Parish line to the St. Charles Parish line, is adequate in terms of height and section, if barrier structures are in place. Cost estimates for this item include the costs for frontage (rip rap) protection along the 10.3-mile levee reach. Local interests presently are correcting structural inadequacies at pumping stations located within the levee itself (frontage protection), and will be given cost-sharing credit for this work.

To complete the hurricane protection works for Jefferson Parish, it would be necessary to construct a levee along the Jefferson/ St. Charles Parish boundary. This levee would extend from the Jefferson Parish Lakefront levee to the North of Airline Highway levee in St. Charles Parish. This feature is necessary to protect highly developed Jefferson Parish from hurricane-induced flooding of the St. Charles Parish wetlands north of Airline Highway.

St. Charles Parish Levee. This plan includes providing protection to existing developed areas on the east bank of St. Charles Parish to the Bonnet Carre' Spillway. Protection would be accomplished by a combination of levees and floodwalls, which would extend from the Jefferson-St. Charles Parish boundary levee, and basically parallel the Airline Highway to the north, terminating at the east guide levee of the Bonnet Carre' Spillway. The levee/floodwall system will have an average elevation of about 11.5 feet, vary between 147 and 180 feet in base width, and be approximately 9.9 miles long.

Mandeville Seawall. The Mandeville seawall has a net grade of 6 feet, and runs along the lakefront of the town of Mandeville, located on the north shore of Lake Pontchartrain, for a distance of 1.5 miles. The seawall originally was constructed in 1915 and improved under a Works Progress Administration project in the late 1930's. Presently it is in a poor state of repair. Repair and rehabilitation of the seawall was

part of the original plan of protection, but no legal assurances of local cooperation ever have been executed. To insure proper consideration in the event such assurances are received, a cost for repair of the seawall is included in the cost estimate for the Barrier Plan.

OTHER CONSIDERATIONS. Although no construction is currently being performed on the barrier complexes, all other project features are being constructed to be compatible with those complexes. However, once it was determined that under present conditions a high level design might be competitive with a barrier design, a decision was made by the New Orleans District not to pursue any work which would not be compatible with either a barrier or high level plan. This policy will continue until a decision is made regarding final plan selection.

COST ESTIMATES OF PLAN FEATURES. Summary listings and cost estimates of the Barrier Plan's features are presented in Table 21. Detailed cost estimates of each feature are contained in Appendix A, Engineering Investigations.

ECONOMIC ANALYSIS. Details of the economic analysis of the Barrier Plan are contained in Appendix B, Economic Analysis, and only will be summarized herein. The gross investment necessary to complete construction of the plan is estimated to be $874,238,000. Based on a 3 1/8 percent rate of return and a 100-year project life, the average annual charges for this amount are $28,640,000. Estimated annual operation, maintenance, and replacement costs are $1,764,000. Other costs which are included are annualized fish and wildlife losses estimated to be $75,000. The total of these annual charges is $30,479,000, with 1993 used as base year (the year the project is substantially completed).

TABLE 21

SUMMARY OF COSTS TO COMPLETE THE BARRIER PLAN
($1,000's, October 1981 Price Levels
3 1/8 Percent Annual Discount Rate and a 100-Year Project Life)[1]

| FEATURE | FIRST COST | ANNUAL OPERATION AND MAINTENANCE COSTS[2] |
|---|---|---|
| CHALMETTE AREA PLAN | 65,925 | 249 |
| CITRUS-NEW ORLEANS EAST AREA | | |
| Citrus Back Levee | 5,050 | 27 |
| New Orleans East Back Levee | 17,087 | 17 |
| South Point to GIWW levee | 585 | 24 |
| New Orleans East Lakefront Levee | 12,185 | 15 |
| Citrus Lakefront Levee | 8,571 | 57 |
| IHNC East Bank Levee | 3,423 | 30 |
| WEST NEW ORLEANS AREA | | |
| IHNC West Bank Levee | 33,324 | 30 |
| New Orleans Lakefront Levee[3] | 188,150 | 256 |
| EAST BANK OF JEFFERSON PARISH AREA | | |
| Jefferson Parish Lakefront Levee | 8,871 | 39 |
| JEFFERSON-ST. CHARLES PARISH BOUNDARY LEVEE | 9,248 | 8 |
| EAST BANK OF ST. CHARLES PARISH AREA | | |
| North of Airline Highway Levee | 37,498 | 34 |
| MANDEVILLE SEAWALL | 2,378 | 1 |
| BARRIER COMPLEXES | | |
| Seabrook (50% of First Costs) | 45,725 | N/A |
| Chef Menteur Pass | 109,301 | 135 |
| The Rigolets | 195,501 | 842 |
| TOTAL CONSTRUCTION COST | 742,822 | 1,764 |

TABLE 21 (Continued)

SUMMARY OF COSTS TO COMPLETE THE BARRIER PLAN

| FEATURE | FIRST COST |
|---|---|
| GROSS INVESTMENT COST—BASE YEAR 1993[4] | 874,238 |

Annual Costs ($1,000's)

Interest and Amortization on Investment Costs (I&A) =

$874,238 X 0.03276 = $28,640

| | |
|---|---|
| I&A | $28,640 |
| O&M | 1,764 |
| TOTAL | $30,404 |

[1] Costs to complete from 1 October 1979.

[2] Includes annualized costs of replacements and O&M on completed work.

[3] Includes $124,000,000 for solution to outfall canals' problems.

[4] Present worth of all expenditures expressed at the base year.

The benefits attributable to completion of the project under the Barrier Plan are estimated to average $101,407,000 annually, and include benefits to existing and future development. Benefits also accrue from a reduction in the cost of emergency operations required during hurricane-induced flooding. A breakdown of these benefits shows $93,303,000 would accrue to existing development, $6,699,000 to future development, and $1,405,000 to reduction in costs of emergency operations.

The average annual net benefits (benefits less costs) are $70,928,000, and the ratio of average annual benefits to average annual

102

costs is 3.3 to 1.   If only benefits to existing developments are considered, average annual net benefits are $62,824,000 and the average annual benefits to average annual cost ratio is 3.1 to 1.   Thus, the project is economically justified on the basis of protection to existing development.

IMPACT ASSESSMENT.   This section summarizes the impacts projected to occur if this alternative is selected.   More detailed discussions are contained in the EIS.

Environmental Impacts.   The following paragraphs discuss impacts for various environmental concerns.   These impacts are those projected to occur (or acreages of habitats affected) by completion of the Barrier Plan.

Biological Resources.   Constructing the Barrier Plan would result in the direct loss or alteration of approximately 2,363 acres of brackish/saline marsh, 28 acres of lake bottom, 870 acres of river/canal bottoms, 41 acres of bottomland hardwoods, and 164 acres of cypress tupelo forest. The loss of this marsh area and lake and canal bottoms would result in a moderate reduction of fish and wildlife resources within the project area.   The importance of these habitats as nursery and feeding areas for both fish and wildlife must not be overlooked or underrated.

The direct impact of the placement and operation of the barriers is difficult to quantify.   Recent research has shown that the tidal passes are utilized as migration routes by many adult, juvenile, and larval estuarine and marine organisms.   While it is difficult to quantify biological and nutrient transport through these passes, it can be reasonably assumed that some of this transport would be interrupted, altered or reduced through the placement of barrier structures.   Changes in bottom hydrography due to sill heights, along with reduction in the

size of the natural opening of the passes, would be factors affecting such biological and nutrient transport.

The Seabrook outlet structure could be operated as a control structure to regulate salinities in certain portions of the lake or adjacent marshes, as appropriate to manage fish and wildlife resources. This would help mitigate the salinity effects of the MR-GO to Lake Pontchartrain.

If the Barrier Plan is implemented, the construction of proposed levees in St. Tammany Parish near White Kitchen could result in disturbance of endangered species habitat, i.e., eagle nesting areas.

In summary, conversion of natural habitats including marshes, swamps, and lake bottoms to levees, borrow sites, or structures would occur as a result of the project. Barrier construction in the tidal passes of Lake Pontchartrain would induce additional but unquantifiable impacts through reduction of detrital and biological transport into the lake from adjacent marshes and coastal waters. Additional discussion of impacts is given in Appendix C, Section V.

Cultural Resources. The Chef Menteur and Rigolets barrier structures, as designed in 1978, and associated levees in St. Tammany Parish have been surveyed to inventory cultural resources. No cultural resources listed on or eligible for inclusion on the National Register are located in the direct construction impact areas. However, Forts Pike and Macomb, properties listed on the National Register of Historic Places, are located adjacent to the Rigolets and Chef Menteur complexes, respectively, and visual impacts are therefore possible.

Numerous cultural resource surveys of the Chalmette area have revealed two archeological sites of possible National Register significance located near the levee rights-of-way. Both sites, 16OR40

and 16OR41, were reported as deeply buried shell middens located during dredging operations. In conjunction with the proposed construction of a dock facility adjacent to the levee rights-of-way, the Port of New Orleans recently (1982) conducted a deep coring study in an attempt to locate site 16OR40. No in situ cultural stratum was located, and it was concluded that the site probably was destroyed during construction of the MR-CO in 1960-1962. The New Orleans District undertook a similar study to assess the impacts of the project on site 16OR41 in early 1983. Again, no in situ cultural stratum was located and it was calculated that the site was probably destroyed when dredged in 1964.

Except for the completed floodwalls along the IHNC, the Citrus-New Orleans East levee system has been covered by cultural resource surveys. The surveys included architectural evaluations of the pier camps and other standing structures located on and within 120 feet of the shoreline along the Citrus and New Orleans East Lakefront levees. The evaluations found none of the structures eligible for inclusion in the National Register. No other significant cultural resources were located in the area.

The New Orleans Lakefront levee is located almost entirely on post-1930 land fill and no cultural resources are affected. The possible impacts of the Bayou St. John closure on significant cultural resources were addressed through the permit process. No National Register or Register-eligible property will be adversely affected by the Bayou St. John closure. As no solution to the New Orleans outfall canal problems has been determined, possible impacts can not be fully addressed. However, no properties currently listed on the National Register or determined eligible for listing would be impacted by the alternative solutions under consideration. However, the three pumping stations associated with the outfall canals have the potential for National Register significance. A cultural resources survey of the Jefferson Parish Lakefront levee and the Jefferson Parish/St. Charles

Parish return levee was recently completed, and located no significant cultural resources.

As the tentatively recommended St. Charles Parish levee is only in a preliminary level of design, there has been no cultural resources survey conducted. There are no cultural resources presently recorded in the area of the proposed North of Airline Highway levee alinement.

The proposed renovation of the Mandeville seawall is presently under study to determine possible impacts to buried cultural remains and to the historic buildings and proposed district along the lakefront. Although the study is not yet complete, current data indicate no significant remains would be impacted.

A remote sensing survey of the Howze Beach offshore borrow area has been conducted. A magnetometer and sub-bottom profiler were used to locate possible historic shipwrecks and prehistoric sites which might be affected by the borrow area. Three anomaly clusters were located in the Howze Beach borrow area which may represent significant historic remains. The feasibility of avoiding project impacts to these clusters by delineation of avoidance areas in the proposed borrow area is under study. If avoidance is not feasible, the anomalies will be tested to determine whether they are significant and require further mitigative effort.

Recreational Resources. Implementation of the Barrier Plan would adversely affect water-oriented recreation in the vicinity of The Rigolets and Chef Menteur barrier complexes. Short term localized turbidity would be evident in the vicinity of each barrier complex during construction, adversely affecting the fisheries resource. Within the vicinity of the structures, recreational boaters would at times encounter a possible delay in passage due to narrow openings in the barrier structures and heavy boat traffic. These obstructions would

106

impact the ease of boat movement between Lake Pontchartrain and Lake Borgne. In addition, tidal exchange would be decreased. As a result, sport fishing, shrimping, and crabbing in Lake Pontchartrain would not maintain its current level. A reduction of 16,793 man-days of sport fishing valued at $65,493 and of 922 man-days of sport hunting valued at $9,526 would result from implementation of this plan. See the USFWS Final Coordination Act Report Volume II, Section XIV, Table 8.

Water Quality. The Barrier Plan's potential water quality impacts primarily relate to Lake Pontchartrain. Lake Pontchartrain's water quality is essentially controlled by three factors; input from tributary area runoff and municipal and industrial discharges, tidal flux, and water circulation primarily caused by wind. Some increased development could be expected to accompany the plan, resulting in increases in runoff and discharges. Conversely, it is anticipated that over the project life there would be improvements in wastewater treatment methods, continuation of the Clean Water Act, adoption of more stringent regulations, development of better enforcement procedures, and a resultant long term improvement of the quality of runoff and discharges received by Lake Pontchartrain.

Construction of The Rigolets closure dam feature would result in increased turbidity during its construction. The operation of both The Rigolets complex and Chef Menteur complex would result in a slight decrease in the normal tidal flux (prism) on the order of 5 percent. Operation of the Seabrook complex would be expected to decrease salinities in the lake. The large scale water circulation patterns within Lake Pontchartrain are primarily controlled by winds, and would not be affected by the project. However, operation of the barrier complexes would have localized effects on water velocities in the tidal passes, thereby affecting water quality in those areas. Operation of The Rigolets complex and the Chef Menteur complex would increase water velocities whereas operation of the Seabrook complex would decrease

water velocities. Water quality in the deep borrow pits remaining after
construction generally would be poor.

Water Conservation. The implementation of the Barrier Plan would not
have any significant effects on water conservation.

Social Impacts. A primary impact of the Barrier Plan on social well-
being would be to assure adequate protection against SPH flooding to
residents of the Metropolitan New Orleans area residing within the
existing levee system, and residents living on the East Bank of
St. Charles Parish south of Airline Highway. This plan would protect
human lives and property and provide a sense of security. The plan also
would provide a lesser degree of protection to populated areas along the
north shore of Lake Pontchartrain. Some induced development throughout
the study area would result in a minor increase in property values in
the study area. No relocations of residences would be necessary.
Project construction would result in minor short term reductions of
land-based recreational and esthetic values, especially along the New
Orleans Lakefront and Jefferson Lakefront levee reaches. Reductions in
the long term environmental values of Lake Pontchartrain would result in
a similar reduction of commercial and sports fisheries values in the
lake. The barrier complexes at The Rigolets and Chef Menteur Pass would
have some adverse impacts upon navigation interests, whereas the
Seabrook complex would have beneficial impacts on navigation interests.

SUMMARY EVALUATION. This plan fulfills the primary planning objective
of providing more adequate hurricane protection for the Metropolitan New
Orleans area. The plan is complete for implementation and is not
reversible. In terms of completion, the plan is estimated to have a
cost of $874,238,000, a benefit-to-cost ratio of 3.3 to 1 and would have
annual excess benefits over costs of $70,928,000.

The plan's net impacts on the environment would be negative.  The potential adverse long term environmental impacts of the barrier complexes on Lake Pontchartrain are an area of widespread public concern.

IMPLEMENTATION RESPONSIBILITIES.   This section sets forth the cost allocations and apportionment required assuming this plan is implemented.

Cost Allocation.  With the exception of the Seabrook complex, all costs for the construction and operation and maintenance of the Barrier Plan would be allocated to hurricane protection.   As set forth in the authorizing legislation, 50 percent of the first costs of the Seabrook complex are allocated to the hurricane protection project. Fifty percent of the first costs of the Seabrook complex and all of this feature's operation and maintenance costs are allocated to the MR-GO navigation project.

Cost Apportionment.  Under the cost-sharing policies which apply to the project as a result of legislative authority, the estimated first cost (construction cost) of $742,822,000 to complete the project would be apportioned $519,976,000 to the Federal Government, and $222,846,000 to non-Federal interests.   All of the estimated average annual operation and maintenance costs of $1,760,000 (including operation and maintenance costs for completed work) would be borne by non-Federal interests.

**THE HIGH LEVEL PLAN**

PLAN DESCRIPTION.  This plan would provide SPH protection for the major urban areas in and immediately adjacent to New Orleans.   The main features of the plan would consist of improvement of the existing system of levees and floodwalls, and extension of the existing levee system to encompass the populated portion of the east bank of St. Charles

109

Parish. The general locations of the plan's proposed features are shown on Plate 9. Details of individual plan features are discussed in subsequent paragraphs.

Mutual Features of the High Level Plan and the Barrier Plan. The High Level Plan incorporates six features which are identical in design to those contained in the Barrier Plan. These are: the Chalmette Area Plan, the IHNC East Bank levee, the IHNC West Bank levee, the Citrus Back levee, the New Orleans East Back levee, and the Mandeville seawall. These features are identical under either plan because they would function independently of barrier structures. A description of each is found under the Plan Description discussion of the Barrier Plan.

Levees. Features of the High Level Plan which are not identical to those provided by the Barrier Plan are levee reaches which are similar in alinement, but not the same in terms of grade, section, or in some cases, construction method. These levee reaches include: the South Point-to-GIWW levee, the New Orleans East Lakefront levee, the Citrus Lakefront levee, the New Orleans Lakefront levee, the Jefferson Parish Lakefront levee, and the St. Charles Parish levee. Details of these individual features are discussed in subsequent paragraphs.

The South Point-to-GIWW levee is complete to barrier plan specifications except for the Highway 90 crossing. The levee design is an all earthen design built by means of hauled clay fill upon a locally constructed levee. The High Level Plan provides for completing the levee utilizing a similar type design as the Barrier Plan; however, the High Level Plan design calls for greater levee grades and widths. The 8.3 miles of levee would be increased to final elevations varying from 13.5 to 15.0 feet and final base widths varying from 130 to 176 feet. It is anticipated that only minimal modifications of the existing drainage structures would be necessary.

The New Orleans East Lakefront levee is complete to barrier plan
specifications except for foreshore protection.  The current levee
design is an all earthen design built by means of hauled clay fill.  The
High Level Plan provides for completing the levee utilizing a similar
type design as the Barrier Plan; however, the High Level Plan design
calls for a greater levee elevation and width.  The design requires
improving the 6.2 miles of levee to attain a final levee elevation of
16.5 feet and a final base width of 272 feet.

The Citrus Lakefront levee is also complete to barrier plan
specifications except for foreshore protection.  The current levee
design is 0.7 miles of I-wall (completed) and 4.3 miles of all earthen
levee using hauled clay fill.  The High Level Plan provides for
completing the levee utilizing 0.7 miles of I-wall only, and 4.3 miles
of I-wall driven atop the existing earthen levee, with a barge berm to
the lakeside of the railroad embankment.  The existing 0.7 miles of
I-walls would not be overtopped during an SPH event with barrier
structures in place, but some overtopping could be expected to occur
during an SPH event without the barrier structures in place.  While
overtopping of the existing I-walls would not cause failure, they are
not structurally sufficient to allow raising to prevent overtopping.
The cost estimate for completing the Citrus Lakefront levee feature of
the High Level Plan includes costs for removing the existing I-walls and
replacing them with higher I-walls which would not be subject to
overtopping or failure during SPH events.  The existing I-wall
elevations are 11.0 feet and the new I-wall elevations would be
13.5 feet.  More detailed studies may show that overtopping of the
existing I-walls would result in such small volumes of inflows to the
protected area that the overtopping can be tolerated, and the I-walls
would not be replaced.  The remaining 4.3 miles of levee would be
completed by building I-walls atop an earthen embankment having a net
grade of 12.0 feet and base width of 70 feet.  The net grade of the
I-wall would be 15.0 feet.  The levee would be located to the landside

111

of the Southern Railroad embankment.  At the lakeside of the railroad
embankment, paralleling the levee/floodwall section, a barge berm would
be constructed to a net grade of 12.0 feet and a base width of
53 feet.  The barge berm would be constructed with a shell core covered
with derrick stone.

     The proposed New Orleans Lakefront levee design provides for about
1,300 feet of I-wall floodwall to the landside of the Orleans Marina,
which is located at the western terminus of the levee reach.  The
floodwall is completed to barrier plan specifications and has a net
grade of 10.5 feet.  The rest of the reach's basic design is an all
earthen levee section (hauled clay) to be built upon an existing levee
to a net grade of 12 feet.  Local interests have raised portions of the
levee to a grade of 16.0 feet as a means of higher interim protection.
A similar situation exists for this feature as does for the existing
I-wall section along the Citrus Lakefront levee reach.  The cost
estimate includes costs to remove the existing I-wall and replace it
with an I-wall with a net grade of 13.5 feet, although there is the
possibility that the existing I-wall might be left in place if potential
overtopping is determined to be minor in terms of water (inflow)
volume.  The remainder of the 6.9-mile levee system basically would
utilize a design section consisting of a hauled clay fill levee base
with a 12.0-foot grade and 140-foot base width, and an I-wall driven
into the levee base to a net grade of 14.5 feet.  (Because the levee
design section and barge berm are contiguous, the levee would have a
very wide crown.)  As is the case for the Barrier Plan cost estimate for
this feature, the High Level Plan cost estimate includes $124,000,000
for a solution to New Orlean's outfall canal problems.  This amount is
considered the upper limit of reasonable costs required for this
feature.

     Although the existing Jefferson Parish Lakefront levee is adequate
in terms of grade and cross section for barrier designs, it is

112

inadequate for the High Level Plan. This plan would use hydraulic fill to raise and widen the existing 10.3 miles of earthen levee to a net grade of 14.0 feet and a base width of 686 feet. The existing Federal levee has a net design grade of 10.0 feet; however, work by local interests, not to Corps standards in terms of design integrity, has raised the levee grade to 14.0 feet. Frontage protection at four new pumping stations (two completed, two under construction) is being provided to high level design standards by local interests. Existing stations would need new frontage protection.

The High Level Plan provides for extending protection to existing developed areas on the east bank of St. Charles Parish to the Bonnet Carre' Spillway. Protection would be accomplished by a combination of levees and floodwalls which would extend from the St. Charles-Jefferson Parish line basically paralleling Airline Highway just to the north, terminating at the east guide levee of the Bonnet Carre' Spillway. The levee/floodwall system will average 13.5 to 14.0 feet in final elevation, vary between 188 and 238 feet in base width, and total 9.9 miles in length.

SUMMARY OF PLAN FEATURES. Summary listings and cost estimates of the High Level Plan's features are presented in Table 22. Detailed cost estimates of each feature are contained in Appendix A, Engineering Investigations.

ECONOMIC ANALYSIS. The economic analysis of the High Level Plan is discussed in detail in Appendix B, Economic Analysis, and only a summary of that data is contained in this section. Completion of construction to the level considered in this plan would require a gross investment of $653,958,000. Using a project life of 100 years and a rate of return of 3 1/8 percent, the average annual charges for this amount would be $21,423,000. Estimated annual operation, maintenance and replacement costs are $964,000. Annual fish and wildlife losses and recreation

TABLE 22

SUMMARY OF COSTS TO COMPLETE THE HIGH LEVEL PLAN
($1,000's, October 1981 Price Levels,
3 1/8 Percent Annual Discount Rate and a 100-Year Project Life)[1]

| FEATURE | FIRST COST | ANNUAL OPERATION AND MAINTENANCE COSTS[2] |
|---|---|---|
| CHALMETTE AREA PLAN | 65,925 | 249 |
| CITRUS-NEW ORLEANS EAST AREA | | |
| Citrus Back Levee | 5,050 | 27 |
| New Orleans East Back Levee | 17,087 | 17 |
| South Point to GIWW levee | 5,182 | 25 |
| New Orleans East Lakefront Levee | 34,843 | 22 |
| Citrus Lakefront Levee | 46,854 | 95 |
| IHNC East Bank Levee | 3,423 | 30 |
| WEST NEW ORLEANS AREA | | |
| IHNC West Bank Levee | 33,324 | 30 |
| New Orleans Lakefront Levee[3] | 215,813 | 324 |
| EAST BANK OF JEFFERSON PARISH AREA | | |
| Jefferson Parish Lakefront Levee | 123,173 | 92 |
| Jefferson-St. Charles Parish Boundary Levee | 18,941 | 13 |
| EAST BANK OF ST. CHARLES PARISH AREA | | |
| North of Airline Highway Levee | 55,721 | 39 |
| MANDEVILLE SEAWALL | 2,378 | 1 |
| TOTAL | 627,714 [4] | 964 |
| GROSS INVESTMENT COST - BASE YEAR 1988 [5] | 653,958 | |

Annual Costs ($1,000's)

Interest and Amortization on Investment Costs (I&A) =

$653,958 X 0.03276 = $21,423

I&A    $21,423
O&M       964
TOTAL  $22,387

[1] Cost to complete from 1 October 1979.
[2] Includes annualized costs of replacements and O&M on completed work.
[3] Includes $124,000,000 for solution to outfall canals' problems.
[4] Does not include mitigation costs.  Fish and wildlife mitigation will be addressed in a separate document.
[5] Present worth of expenditures expressed at base year.

114

losses are estimated to be $6,000 and $376,000, respectively.   These charges total $22,769,000, with 1988 as the base year.

Annual benefits attributable to this plan are estimated to be $95,771,000.   Of this amount, $88,430,000 would accrue to existing development, $6,002,000 to future development, and $1,339,000 to reduction in costs of emergency operations.

The average annual net benefits (benefits less costs) are $73,002,000, and the ratio of average annual benefits to average annual costs is 4.2 to 1.   Considering only benefits to existing developments, average annual net benefits are $65,661,000, and the benefit to cost ratio is 3.9 to 1.   This project is economically justified on the basis of protection to existing development.

IMPACT ASSESSMENT.

Environmental Impacts.   The impacts discussed in the following paragraphs are those which occur as a result of completing the project.

Biological Resources.   Construction of the High Level Plan would result in deposition of additional dredged or fill material on previously existing levee alinement.   Thus, direct impacts to marsh are expected to be minimized.   Primary impacts of this plan would be loss of water bottom within Lake Pontchartrain from dredged material deposition and hydraulic dredging.   Approximately 573 acres of lake bottom would be impacted by the hydraulic dredging operations to obtain material for the Jefferson Parish Levee.   The borrow sites would be located approximately 2,500 feet off the shoreline with an orientation basically parallel to the shore.   The dimensions of the borrow site vary from approximately 500 feet at the top to 250 feet at the bottom.   The extent of the borrow site would be about 9 miles paralleling the shoreline.   The approximately 60-foot deep borrow area would not receive proper water

115

circulation, and even in this shallow, wind-controlled lake, could become an anoxic sump. These could chemically and/or physically stratify, rendering them unsuitable for benthic organisms for long periods of time. However, these borrow areas represent only about 0.2 percent of the offshore water in Lake Pontchartrian, and approximately 0.1 percent of the total lake bottom habitat. During the colder months of the year, the deep holes probably would act as fish attractors. It is highly unlikely that the unsuitable water at the bottom of the pits would mix with adjacent lake waters, even during hurricane events.

Direct loss or alteration of habitat as a result of implementing the High Level Plan would be as follows: 54 acres brackish/saline marsh, 984 acres of lake bottom (573 borrow and 411 levee), and 213 acres of cypress tupelo swamp and 88 acres of scrub-shrub. Implementation of the High Level Plan instead of the barrier structures would result in a savings of approximately 814 acres of brackish/ saline marsh by the end of project life (2100). No endangered species nor their habitat would be affected by the High Level Plan. Temporary interruption of commercial and recreational fishery could occur in portions of the project area during construction. Without barriers to prevent flooding of forests, the impacts of a hurricane would be similar to those discussed in the Environmental Resources section.

The major impact under the High Level Plan would be the loss of 984 acres of lake bottom through lakefront levee construction and associated borrow in Jefferson Parish. It is expected that the borrow sites would become more shallow with time and become repopulated by benthic organisms, although probably of different species.

Cultural Resources. The impacts are the same as the Barrier Plan with two exceptions. The Jefferson Parish offshore borrow area required for the High Level Plan increases the possibility of impacting historic shipwrecks. Remote sensing survey of the borrow area located four

116

anomaly clusters which may represent significant historic remains.  The
*feasibility of avoiding project impacts to these clusters by delineation*
of avoidance areas in the proposed borrow area is under study.   If
avoidance is not feasible, the anomalies will be tested to determine
whether they are significant and require further mitigative effort.
Secondly, absence of the barrier complexes eliminates the possibility of
*visual impacts on Forts Pike and Macomb.*

    Recreational Resources.  The High Level Plan would impact an area
much larger in acreage than the Barrier Plan due to the nature of the
project.   The linear impact zone would disrupt land based recreational
features in proximity to the shoreline.   Short term localized turbidity
would be evident during construction, impeding the fisheries resource
within the work area.    The entire lakefront areas of Orleans and
Jefferson Parishes will experience some direct impacts due to
construction of the High Level Plan.   These impacts are not confined to
any single recreational activity but will be widespread.   Some
construction impacts will be long term and others will be short term.
Construction modifications are intended to minimize effects i.e.,
I—walls around Williams and Bonnabel boat launch complexes.   Some
esthetic losses would occur during construction due to the close
proximity of trees and grass play fields to the work area.   No known
private recreational camps in New Orleans East would require relocation.

    The High Level Plan will reduce the number of recreation man—days
now present on the south shore of Lake Pontchartrain.   Specific
facilities impacted and their associated losses are:

| Facility | Man-Day Loss |
|---|---|
| 2-lane boat ramp (Kenner Race Track) | 23,100 |
| 10.5-mile National Recreation Trail (Jefferson Parish) | 75,799 |
| 3 children's play areas (Orleans Parish) | 16,785 |
| Hunting Small Game | 77 |
| Hunting Large Game | 15 |
| Hunting Waterfowl | 173 |
| Sport Fishing | 1,712 |

These man-day losses are approximate and are conservative estimates. They do not include man-day estimates for passive recreation such as walking, driving for pleasure, bird watching, etc. Also not included in the estimates are the proposed recreation developments at Bucktown and Causeway Blvd. The National Recreation Trail and children's play areas will be replaced after construction. The Kenner Race Track boat ramp will not be replaced due to its limited use now and its current state of disrepair. Hunting and fishing man-day losses will not be replaced.

Water Quality. The High Level Plan's potential water quality impacts primarily relate to Lake Pontchartrain. During construction of the first two lifts of the Jefferson Parish Lakefront levee by means of hydraulic dredge and fill techniques, there would be a large amount of turbidity along the Jefferson Parish Lakefront. Some increased development could be expected to accompany the plan, resulting in increased runoff and discharges into Lake Pontchartrain. Conversely, it is anticipated that over the project life, there would be improvements in wastewater treatment methods, continuation of the Clean Water Act, adoption of more stringent regulations, development of better enforcement procedures, and a resultant long term improvement of water quality of runoff and discharges received by Lake Pontchartrain.

Water Conservation. The implementation of the High Level Plan would have no significant effects on water conservation.

Social Impacts. The primary social impact would be insuring adequate protection against hurricane flooding to residents of the Metropolitan New Orleans area residing within the existing levee system and residents living on the East Bank of St. Charles Parish south of Airline Highway. This plan would protect human lives and property and provide a sense of security. Some induced development throughout the study area would result in a minor increase in property values in the study area.

118

No relocations of residences would be necessary. During project construction, land-based recreational and esthetic values would be reduced, especially along the New Orleans Lakefront and Jefferson Parish Lakefront levee reaches.

SUMMARY EVALUATION. This plan fulfills the primary planning objective of providing more adequate hurricane protection for the Metropolitan New Orleans area. The plan is complete for implementation, and it is not reversible. In terms of completion, the plan is estimated to have a cost of $653,958,000, a benefit-to-cost ratio of 4.2 to 1 and would have annual excess benefits over costs of $73,009,000.

The plan's net impacts on the environment would be negative. However, the cumulative impacts would be less than those under the Barrier Plan.

IMPLEMENTATION RESPONSIBILITIES. This section provides information regarding the allocation and apportionment of costs required if this plan is selected.

Cost Allocation. All costs for the construction and operation and maintenance of the High Level Plan would be allocated to hurricane protection.

Cost Apportionment. Under the cost-sharing policies which apply to the project due to legislative authority, the first cost to complete the project of $627,714,000 would be apportioned $439,400,000 to the Federal Government and $188,314,000 to non-Federal interests. All of the estimated average annual operation and maintenance costs of $964,000 (including operation and maintenance costs for completed work) would be borne by non-Federal interests.

## MITIGATION PLANS

Project-induced losses of either the Barrier Plan or the High Level Plan would be mitigated.   At the present time, various mitigation concepts have been developed.   These include:  aiding in implementation of St. Bernard Parish marsh management plans; provision of shoreline stabilization in St. Charles Parish lakefront, eastern Orleans Parish, and/or the Manchac Wildlife Management Area; wetland management in St. Charles Parish; restoration of tidal exchange in New Orleans East; and filling of the Chef Menteur By-Pass channel.   For a more detailed description of these mitigation features, see paragraphs 4.4.2.3 to 4.4.2.7 in the EIS.   Since impacts of the Barrier Plan are far more extensive than those for the High Level Plan, mitigation costs would be doubled or tripled for the Barrier Plan.   A separate Mitigation Plan/EIS is being prepared.   During mid-1984, a series of public meetings and workshops will be held to get input into the plan.   The plan should be tentatively selected and ready for review within the Corps of Engineers by early 1985 and the Final EIS on mitigation should be filed with EPA early in 1986.

# COMPARISON OF DETAILED PLANS

**INTRODUCTION**

Comparative information on the detailed plans is presented herein, along with the rationale for determining which of the plans is the national economic development (NED) plan and which is the recommended plan.

Both of the plans considered in detail fulfill the primary planning objective by providing more adequate hurricane protection for the east bank Metropolitan New Orleans area. Both are structural plans. Practical nonstructural measures such as zoning and building regulations, flood-forecasting and warning, and flood-fighting and evacuation plans, are currently in place within the study area and will remain in use as features of any plan, including the No Action Plan.

All of the plans are economically justified; however, the High Level Plan is the least costly plan and provides the highest annual excess benefits over costs. Although neither of the plans would result in net positive environmental quality benefits, the High Level Plan has the fewest environmental damages.

A summary comparison of the plans is shown in Table 23.

**NATIONAL ECONOMIC DEVELOPMENT**

The NED plan is that plan which maximizes the difference between average annual benefits and average annual charges. A review of economic data related to the benefits accruing from completion of both plans shows the Barrier Plan would provide the maximum total benefits, as it would provide SPH protection to all areas benefited by the High Level Plan, as well as to additional areas along the north shore of Lake Pontchartrain (as shown on Plate 10). However, the Barrier Plan would be more expensive to construct, more than offsetting the increase in benefits.

121

TABLE 23

SUMMARY COMPARISON OF PLANS

| ITEM | THE BARRIER PLAN | THE HIGH LEVEL PLAN | NO ADDITIONAL FEDERAL ACTION |
|---|---|---|---|
| I. PLAN DESCRIPTION | Completion of the existing system of levees and floodwalls, construction of two new levees, one running generally north of and parallel to Airline Highway in St. Charles Parish between the Jefferson Parish line and the east guide levee of the Bonnet Carre' Spillway, the other running along the Jefferson-St. Charles Parish boundary from Lake Pontchartrain to Airline Highway. This also includes construction of barrier complexes at Seabrook, Chef Menteur Pass, and The Rigolets such that all plan elements can be operated in tandem to provide SPH protection to those areas enclosed by the system of levees and floodwalls and provide a lesser degree of protection to areas bordering the north shore of Lake Pontchartrain. | Completion of the existing system of levees and floodwalls, construction of two levees, one running generally north of and parallel to the Airline Highway in St. Charles Parish between the Jefferson Parish line and the east guide levee of the Bonnet Carre' Spillway, the other running along the Jefferson-St. Charles Parish boundary from Lake Pontchartrain to Airline Highway such that the area enclosed by the system of levees and floodwalls will enjoy SPH protection. | Maintenance of the existing system and its continuing operation (construction funding through Fiscal Year (FY) 1979 and environmental impacts through FY84 were assumed). |
| II. SIGNIFICANT IMPACTS | | | |
| 1. National Economic Development (NED) | | | |
| a. Total Average Annual Benefits | $101,407,000 | $ 95,771,000 | Not applicable. |
| 1) Inundation Reduction | $100,002,000 | $ 94,432,000 | |
| 2) Employment Operations | $ 1,405,000 | $ 1,339,000 | |
| b. Total Average Annual Cost | $ 30,441,000 | $ 22,792,000 | |
| 1) Interest and Amortization | $ 28,648,000 | $ 21,425,000 | |
| 2) Operation and Maintenance | $ 1,764,000 | $ 994,000 | |
| 3) Fish and Wildlife Losses | $ 28,000 | $ 2,000 | |
| 4) Recreation Losses | $ 9,000 | $ 373,000 | |
| c. First Cost | $742,822,000 | $637,714,000 | |
| d. Net Annual NED Benefits | $ 70,966,000 | $ 72,979,000 | |
| e. Benefit/Cost Ratio | 3.3 to 1 | 4.2 to 1 | |
| 2. Environmental Quality | | | |
| a. Aquatic and Terrestrial Habitat | Direct loss or alteration of an estimated 2,365 acres of brackish-saline marsh, 28 acres of lake bottom, 870 acres of bayou/canal bottoms, 41 acres of bottomland hardwoods, and 82 acres of cypress-tupelo forest. By the year 2100, it is estimated that the following acreages would exist within the area of potential construction impact: brackish-saline marsh, 20; lake bottom, 1,091; bayou/canal, 867; bottomland hardwoods, 0; cypress-tupelo, 0; scrub shrub, 2,160; and upland developed, 1,017. | Direct loss or alteration of an estimated 54 acres of brackish-saline marsh, 984 acres of lake bottom, 88 acres of scrub-shrub, and 105 acres of cypress-tupelo forest. By the year 2100, it is estimated that the following acres would exist within the area of potential construction impact: brackish-saline marsh, 834; lake bottom, 1,091; bayou/canal, 442; bottomland hardwoods, 3; cypress-tupelo, 0; scrub shrub, 706; and upland developed, 1,295. | Development activities, subsidence, and erosion actions are projected to continue and would result in a change in habitat types in wetlands within the study area over the project life. Shoreline retreat (erosion) could be expected to continue within Lake Pontchartrain resulting in an increase in lake bottom acreage. By the year 2100, it is estimated that the following acreages would exist within the area of potential construction impacts: brackish-saline marsh, 857; lake bottom, 1,532; bayou/canal, 996; bottomland hardwoods, 3; cypress-tupelo, 28; scrub shrub, 830; and upland developed, 841. |
| b. Aquatic Resources | The barrier structures would restrict the transport of biota through the tidal passes, resulting in a long term reduction of the biological productivity and quality of the Lake Pontchartrain system. Excavation for fill material would result in holes in the lake 40 to 50 feet deep, creating a potential for anoxic conditions to develop in the holes resulting in localized areas deleterious to aquatic life. Operation of the Seabrook Lock complex could reduce salinity levels in Lake Pontchartrain. Marsh loss due to construction would slightly reduce fisheries in the lake. Project construction would result in short term increases in turbidity in the vicinity of Lake Pontchartrain's three main tidal passes. The barrier complexes would alter water circulation and water quality in the immediate vicinity of the barrier complexes. | Excavation of material for lakefront levees would result in deep holes in the lake, 60 feet deep. Water stratification (physically and chemically) probably would occur. Anoxic conditions would probably develop in these holes, resulting in localized conditions deleterious to aquatic life. Project construction would result in increases in turbidity along the Jefferson Parish lakefront levee during levee construction. | Development within the study area would continue and result in increased runoff and discharges into Lake Pontchartrain; however, improvements in wastewater treatment, continued implementation of the Clean Water Act. Adoption of more stringent regulations, and development of better enforcement procedures would result in a net increase in water quality in the study area. (These impacts also are applicable to the Barrier Plan and the High Level Plan.) |
| c. Endangered Species | Potential disturbance of eagle nesting sites as a result of construction or a reach of the barrier closure levee system. | None. | None. |
| d. National Register of Historic Places | No impacts, with the exception that a Chefuncte-era shell midden located near the Paris Road bridge where it crosses the Chalmette Area Plan levee system has not yet been evaluated. Also, all studies are not yet completed. | Same as the Barrier Plan. | No impacts. |
| e. Natural and Scenic Rivers | No impacts. | No impacts. | No impacts. |
| 3. Social Well-Being | | | |
| a. Community Cohesion | Community cohesion may be adversely affected to a minor extent during construction, but no businesses or residences near project construction sites would be physically affected. The impact is not considered significant. | Similar to the Barrier Plan, but slightly greater due to the greater amount of construction which would occur near populated areas. The impact is not considered significant. | No impacts. |

127

TABLE 23 (Continued)

SUMMARY COMPARISON OF PLANS

| ITEM | THE BARRIER PLAN | THE HIGH LEVEL PLAN | NO ADDITIONAL FEDERAL ACTION |
|---|---|---|---|
| b. Displacement of People | None. | None. | None. |
| c. Noise | Residents near levee/floodwall construction would be adversely affected by construction activities. | Similar to, but slightly greater than the Barrier Plan. | No change. |
| d. Leisure Opportunities | A reduction of an estimated 284 man-days of hunting annually would result. This loss would not be mitigated and will be considered a loss due to this plan. | Would result in a reduction of an estimated 115,979 man-days of recreation usage annually. Included in the 115,979 man-days lost are 295 annual man-days of hunting. Recreation facility losses of 115,684 man-days will be replaced in kind as a project mitigation feature, however, 295 man-days of sport hunting will not be mitigated and will be considered a loss due to this plan. | No impact. |
| e. Security of Life, Health, Safety | Standard Project Hurricane protection would be provided to areas within the levee system; lesser degree of hurricane protection would be provided to residents of the North Shore Area of Lake Pontchartrain. The Seabrook Complex feature would reduce the possibility of navigation accidents for traffic between Lake Pontchartrain and the IHNC. | Similar to the Barrier Plan, except that there would be no additional hurricane protection provided to the North Shore Area. | No change. |
| f. Property Values | Minor increase in property values in areas experiencing protection from project completion. | Similar to but slightly less than the Barrier Plan because no protection is provided to the North Shore Area. | No impacts. |
| 4. Regional Development | | | |
| a. Effects on Employment and Income | The induced development caused by the Barrier Plan would result in a minor increase in employment opportunities. Project construction would provide increases in real income and income distribution. Although not included in the benefit analysis, average annual employment benefits attributable to project construction are estimated at $5,360,000. | Similar to but slightly less than the Barrier Plan. Although not included in the benefit analysis, average annual employment benefits attributable to project construction are estimated at $4,240,000. | Insignificant. |
| b. Land Use | There would be an increase in induced development (industrial and residential) as a result of project construction. | Similar to but slightly less than the Barrier Plan. | Continued urban growth. |
| III. OTHER FACTORS IN PLAN EVALUATION | | | |
| 1. Plan Response to Associated Evaluation Criteria | | | |
| a. Acceptability | Widespread environmental opposition to plan as a result of concerns about potential adverse long term impacts in Lake Pontchartrain and the potential development of the New Orleans East Area. North Shore Area residents are concerned that part of the plan might add to the existing potential for hurricane flooding. Navigation interests oppose the plan because of potential adverse impacts to navigation as Chef Menteur Pass and at The Rigolets. The State of Louisiana, Office of Public Works, is of the opinion that the Barrier Plan offers the greatest opportunity for future regional developments. | The plan is generally acceptable to all parties, however, environmental groups are concerned about potential future development of the New Orleans East Area. Some opposition from residents immediately adjacent to future levee work along the New Orleans Lakefront and Jefferson Lakefront levee reaches may be expected during construction. | Greater protection against hurricane flooding is desired by residents of the Metropolitan New Orleans Area. |
| b. Efficiency (Based on level and areal extent of hurricane protection provided) | Most efficient plan. | Slightly less efficient, as no protection is provided to North Shore Area. | Least efficient. |
| c. Reversibility | Irreversible. | Irreversible. | Not applicable. |
| 2. Ranking of Plans | | | |
| a. NED Objective | (2) | (1) NED Plan | |
| b. EQ Objective | (2) | (1) EQ Plan | |
| c. Social Well-being | (1) | (2) | |
| d. Regional Development | (1) | (2) | |
| IV. IMPLEMENTATION RESPONSIBILITIES | | | |
| 1. First Cost | | | |
| a. Federal | $520,000,000 | $439,400,000 | |
| b. Non-Federal | $222,800,000 | $188,300,000 | |
| c. Total | $742,800,000 | $627,700,000 | |
| 2. Annual Cost | | | |
| a. Federal | $ 17,100,000 | $ 14,400,000 | |
| b. Non-Federal | $ 9,000,000 | $ 7,100,000 | |
| c. Total | $ 26,100,000 | $ 21,500,000 | |

125

Table 24 shows a comparison of average annual benefits and charges for both plans providing SPH protection. A review of that data shows the Barrier Plan would have net benefits of $60,813,000 while the net benefits attributable to the High Level Plan are $73,002,000. Of the two, the High Level Plan is more acceptable considering national economic development.

A High Level Plan providing a 100-year level of protection was then compared to that providing protection from the SPH. Net benefits from the levees/floodwalls providing a 100-year level of protection were $68,173,000, or $4,829,0000 less than would accrue under SPH levels. Thus, the High Level Plan providing SPH level of protection was designated the NED plan.

## TABLE 24

### PLAN COMPARISON[1]/
### NATIONAL ECONOMIC DEVELOPMENT DETERMINATION

| ITEM | BARRIER PLAN SPH | HIGH LEVEL PLAN | |
|------|------------------|-----------------|-----------------|
| | | SPH | 100-YEAR |
| Annual Benefits | $86,946 | $95,771 | $87,134 |
| Annual Charges | 26,132 | 22,769 | 18,961 |
| Net Benefits | 60,813 | 73,002 | 68,173 |
| Benefit-Cost Ratio | 3.3 to 1 | 4.2 to 1 | 4.6 to 1 |

[1]/1981 Price levels; values in $1,000's; comparison at base year of 1988.

## DETERMINATION OF RECOMMENDED PLAN

The recommended plan was determined after a review of economic, environmental, social, engineering, and public interest considerations. A summary of effects on various specific items of concern is shown on Table 23, and a comparison of major effects of the plans considered in detail is contained in this section.

ECONOMIC CONSIDERATIONS. As discussed in the section regarding designation of the NED plan, the High Level Plan providing protection against the SPH provided the maximum net benefits. The difference in net benefits of this plan over the Barrier Plan is $12,189,000.

ENVIRONMENTAL CONSIDERATIONS. Construction of the features included in either of the plans considered in detail would result in net adverse environmental impacts. The Barrier Plan would cause extensive but unquantifiable adverse impacts to the biology of Lake Pontchartrain and destroy 2,363 acres of marsh. The impact to the lake primarily results from the reduction in the lake's productivity, and a reduction in export to other systems. The Barrier Plan also would directly impact 164 acres of cypress tupelo swamp, 28 acres of lake bottom, 870 acres of bayou/canal, and 41 acres of bottomland hardwoods. Additionally, it would have potential adverse impacts on an endangered species, the bald eagle.

Completion of the project as considered in the High Level Plan would directly impact 213 acres of cypress tupelo swamp, 54 acres of brackish/saline marsh and 984 acres of lake bottom. The additional 49 acres of cypress tupelo swamp impacted by the High Level Plan would be more than offset by the 41 acres of bottomland hardwoods impacted by the Barrier Plan. The High Level Plan would immediately impact 2,309 less acres of brackish/saline marsh, and no river/canal or bottomland hardwood areas. It would directly impact 956 more acres of lake bottom.

This increase in lake bottom acreage impact results primarily from the area of lake bottom required by borrow and construction of levees along the lakefront, especially in Jefferson Parish. Raising and strengthening the levee would require the excavation of a borrow trench approximately 60 feet below the existing lake bottom. The water in this trench could chemically and physically stratify, and probably would become anoxic. Comparing this loss of lake bottom (about 0.1 percent of the total) with the potential impact to the lake from the barrier complexes, the High Level Plan was considered to be significantly less detrimental.

Of the two plans, the High Level Plan is considered to have the least environmental damage. Additional discussions on environmental impacts are contained in the EIS supplement, which is contained in this volume.

SOCIAL CONSIDERATIONS. There are short and long term social impacts associated with both plans. Short term impacts of the two plans relate primarily to construction activities within or immediately adjacent to highly developed, urbanized areas. During construction, social disruptions would be caused by noise, dust, and movement of equipment. Because the amount of levee construction in urban areas would be greater for the High Level Plan, the short term social impacts also would be greater.

Long term social impacts associated with the plans relate to permanent changes in land use as a result of constructing project works. During construction of the High Level Plan's Jefferson Parish Lakefront levee and New Orleans Lakefront levee features, recreational and esthetic values would be significantly reduced, whereas construction of the same features under the Barrier Plan would have fewer impacts upon these values. However, once construction is complete, the High Level Plan's Jefferson Parish Lakefront levee would provide a wide, sloping grassy berm suitable for landscaping and recreational redevelopment at a relatively modest cost. The High Level Plan's New

126