4.3  TABLE - COMPARATIVE IMPACTS OF ALTERNATIVES

| ITEM | BASE (1978) [1] | FUTURE WITH NO ADDITIONAL FEDERAL ACTION (2100) | FUTURE WITH HIGH LEVEL PLAN (2100) | FUTURE WITH BARRIER PLAN (2100) |
|---|---|---|---|---|
| CYPRESS-TUPELO | Present in area of potential construction. Impact: 213 acres. | Remaining[1]: 56 acres. 157-acre loss from base due to nonproject-induced conversion to upland developed. | Remaining: 0 acres. 213-acre loss from base due to levee construction and nonproject-induced conversion to upland developed. 56-acre loss from future with no additional Federal action due to levee construction. | Remaining: 7 acres. 206-acre loss from base due to levee construction and nonproject-induced conversion to upland developed. 49-acre loss from future with no additional Federal action due to levee construction. |
| BOTTOMLAND HARDWOODS | Present in area of potential construction. Impact: 41 acres. | Remaining: 3 acres. 38-acre loss from base due to nonproject-induced conversion to upland developed. | Same as future with no additional Federal action. | Remaining: 0 acres. 41-acre loss from base due to levee construction. 3-acre loss from future with no additional Federal action due to levee construction. |
| AGRICULTURAL LANDS | Present in area of potential construction. Impact: 0 acres. | No impact. | No impact. | No impact. |
| MARSH | Present in area of potential construction. Impact: 2,417 acres. | Remaining: 257 acres. 1,160-acre loss from base due to nonproject-induced conversion to scrub shrub, lake bottom, bayou/canal, and developed. | Remaining: 934 acres. 1,483-acre loss from base; 34 acres to project levee and 1,529 acres to nonproject-induced conversion to scrub shrub, lake bottom, bayou/canal and developed. 677-acre loss from future with no additional Federal action due to conversion to project levees. | Remaining: 20 acres. 2,397-acre loss from base; 2,139 acres to project disposal areas and levees, 178 acres to nonproject-induced conversion to scrub shrub, lake bottom, bayou/canal and developed. 937-acre loss from future with no additional Federal action due to project disposal and levees. |
| LAKE PONTCHARTRAIN AND ADJACENT WATERS | Present in area of potential construction. Impact: 870 acres of bayou/canal and 1,012 acres of lake bottom. Lake Pontchartrain, MRGO, IHNC, and GIWW are all hydraulically connected and experience similar water quality problems. Each is subject to contaminated stormwater and domestic and industrial wastewater discharges from the New Orleans metropolitan area. Each is subject to low-level impacts of toxic contaminates from atmospheric washout and failure, and periodic accidental spills of hazardous wastes. | Present in 2100: 993 acres of bayou/canal and 1,528 acres of lake bottom. 116-acre gain in bayou/canal from base due to oil and gas development. 516-acre gain in lake bottoms due to nonproject-induced marsh erosion and subsidence. Water quality same as base. | Present in 2100: 993 acres of bayou/canal and 1,051 acres of lake bottom. 116-acre gain of bayou/canal and 39-acre gain of lake bottom from base due to nonproject-induced marsh erosion and subsidence. No additional Federal action of bayou/canal due to less marsh being available to convert to this habitat. Potential water quality impacts relate to elevation of suspended solid and turbidity levels resulting primarily from construction of Jefferson Parish levee. There would also be runoff from fill materials in other areas; it is probable that anoxic water would occur in the borrow pits adjacent to Jefferson Parish during the summer months. However, due to the lack of mixing with adjacent waters, little effect on local water quality is expected. | Present in 2100: 667 acres of bayou/canal and 1,051 acres of lake bottom. 203-acre loss of bayou/canal from base due to project-induced disposal and lack of marsh to convert to this habitat type. 39-acre gain of lake bottom from base. 327-acre loss of bayou/canal and 477-acre loss of lake bottom from future with no additional Federal action because marsh that would have become water without the barriers was used for disposal. Short-term increased suspended solids and turbidity levels in the tidal passes and adjacent to levees. High potential for dispersion of any contaminates present in fill material. Potential for long-term impacts due to stacking of sediments from the levees and the closure of Chef Menteur Pass. Modification of circulation and flow patterns in the passes could potentially produce regimes of localized poor water circulation and reduced flushing. |
| FISHERIES [2] | Fisheries resources are commensurate with the extent of habitat within the study area. The estimated commercial catch in 1978 is approximated at a total value of $76,329 for the Lake Pontchartrain/Borgne system. | Marsh loss would reduce catch to 239,065 pounds valued at $65,341 by 2100. | Marsh remaining would produce 232,702 pounds of fish valued at $56,710. Approximately 0.1 percent of the lake bottom would become 60-foot holes which would effectively remove the area from benthic productivity. | Remaining marsh acreage would produce 4,060 pounds of catch valued at $9,934. |
| WILDLIFE | The wildlife resources are commensurate with the extent of marsh, intermediate hardwood, cypress tupelo, scrub shrub, and open water habitat in the area of potential construction impact. Wildlife rich and varied in study area. | Wildlife populations would decline due to reduced amount of habitat available. | This plan would result in the average annual loss of 883 habitat units which would reduce habitats for nutria, muskrat, raccoon, alligator, deer, and diving ducks. | This plan would result in the average annualized loss of 2,127 habitat units. |

4-3 TABLE - (CONTINUED)

| ITEM | PAST (1986) 1/ | FUTURE WITH NO ADDITIONAL FEDERAL ACTION (2100) | FUTURE WITH HIGH/LOW LEVEL PLAN (2100) | FUTURE WITH BARRIER PLAN (2100) |
|---|---|---|---|---|
| ENDANGERED SPECIES | The only endangered species likely to occur in the project area is the bald eagle. | Cypress swamp in possible nesting area in St. Charles Parish could be covered by development when Cypress swamp near St. Tammany may be protected in a game management area. | The active eagle nest located in St. Charles Parish would not be negatively impacted by this project. | Implementation of this plan would disturb or possibly destroy an active nesting site through project associated construction. |
| BALD IBIS | About 15 of the 28 "Blue listed" species are relatively common in the project area. | Reduction in marsh and increased habitats for additional marsh species could decline in abundance of most species. | The impacts would be similar to future with no additional Federal action, but could be slightly impacted. | Moderate impact to species utilizing marsh habitat due to large marsh losses. Other species impacted similar to future with no additional Federal action. |
| RECREATION | The principal recreational activities existing in the base condition are swimming, bicycling, jogging, boating, picnicking, field sports, hunting, and fishing. It is estimated that 783,471 annual man-days of recreation are valued at $3,453,799 annually. Included in the 783,471 man-days are 2,539 man-days of sport hunting and 15,122 man-days of sport fishing valued at $13,951 and $74,516, respectively. These wildlife management areas are in the project area, some are in areas of potential construction impact. | The increased population and shrinking recreational resource base would intensify days of recreational demand for the same existing recreational facilities in the Orleans and Jefferson Parishes study area. The Jefferson Parish Department of Recreation has planned new recreational sites along the shoreline. Wildlife management areas would experience marsh loss at the present utilizing rate with subsequent construction in fish and wildlife value. In Orleans Parish, construction is currently underway on the new 80-acre South Shore Harbor. Lakefront, planned improvements include hiking and jogging trails, trees and shrubs, benches, and fountain reservation. | This plan would impact facility based recreation. Of the existing 783,471 man-days of recreational use, a potential loss of 318,554 man-days exists ($15,661 man-days are located within the construction right-of-way). However, 301,216 man-days would be protected by design modification (i.e., floodwall). At a cost of $115,683 man-days valued at $375,559. No impact on wildlife management areas. | This plan would impact the hunting and fishing resource. A potential loss of 318,621 man-days of sport hunting valued at $5,236 and a loss of 16,293 man-days of sport fishing valued at $65,693 would occur. Total man-day losses attributed to this plan are 17,713 valued at $55,019. Facility based recreation would not be affected with development of the Barrier Plan. No impact on wildlife management areas. |
| NATIONAL REGISTER or HISTORIC PLACES | Numerous study area historic properties and districts, as well as significant cultural resources, are listed in the National Register of Historic Places. | Future construction and related actions should identify additional cultural resources that may be eligible for listing. However, planned development, industrialization, development, shoreline retreat, subsidence and erosion would continue to adversely affect these resources. | No adverse impacts on presently listed National Register-eligible properties. However, all cultural resource studies are not yet complete. | Possible visual impacts of the Rigolets and Chef Menteur Barrier Complexes on Forts Pike and Macomb, respectively. |
| MINERALS | Mineral production of petroleum and natural gas and is a major economic asset, extractable clay and sand fill materials are found within the project area. | Petroleum based production would probably be reduced. | Minor disruption in transportation of natural gas pipelines. | Same as future with High Level Plan but to a greater extent due to the number of pipeline relocations involved. |
| AIR QUALITY | Air quality is relatively good. No violations of National Ambient Air Quality Standards except ozone in urban New Orleans area. | Quality would decrease as industrialization and urbanization spread. | Minor, temporary degradation during construction. | Same as future with High Level Plan. |
| NOISE | Noise pollution normally associated with urban life, including traffic and construction, as well noise generated by shipping, oil exploration, and fishing in rural areas. | The continued economic growth of the New Orleans area would result in increased noise pollution. | Completion of the High Level Plan would require construction activities causing temporary noise pollution. | Impacts would be similar to future with High Level Plan. |
| FLOOD CONTROL | The New Orleans metropolitan area is subject to the threat of flood damage caused by frequent hurricanes which pass through the area. | Without completion of the project, the potential for flood damage caused by the surge of a project hurricane would continue. | Completion of the plan is expected to prevent flood damage caused by the surge at project hurricanes. | Impacts would be similar to the High Level Plan. However, this plan would provide protection to the north shore area. |
| PROPERTY VALUES | The value of property protected from flooding is relatively high, the value of unprotected property is lower. | If the project is not completed, areas without adequate protection would be of less value. | Minor increases in property value in areas experiencing project protection. | Similar to future with High Level Plan, but greater because of protection furnished to North Shore area. |

EL-79

4-3 TABLE - (CONTINUED)

| ITEM | BASE (1978) [1] | FUTURE WITH NO ADDITIONAL FEDERAL ACTION (2100) | FUTURE WITH HIGH LEVEL PLAN (2100) | FUTURE WITH BARRIER PLAN (2100) |
|------|------|------|------|------|
| BUSINESS AND INDUSTRIAL ACTIVITY | The economic base is centered around the port, transportation, and related commercial activities. | The economic base of the area would probably remain the same, with an increasing trend toward tourist trade, and industrial development in the Almonaster-Michoud Industrial District (A-MID). | Additional flood protection provided to business and industry, A-MID development accelerated. | Impacts would be similar in nature to future with High Level Plan with possible additional development incentive as the match shore-zone provides that this plan would potentially foreclose water-based development on the north shore. |
| EMPLOYMENT | More than 65 percent of the total employment of the economic area is in services, retail trade, manufacturing, transportation, communications and utilities, and construction. | Employment conditions would generally follow recent trends. | Completion of the project would generate an estimated $4,260,000 in benefits. | Construction-related employment benefits are estimated at $5,260,000. |
| HOUSING | The limited amount of protected land in the New Orleans area has resulted in relatively high housing densities. Pockets of low quality housing, renovation in older neighborhoods. Rapid construction in suburbs. | The without-project condition would probably follow existing trends. | Additional flood protection would benefit approximately 165,000 dwelling units. | About 167,000 dwelling units would receive additional flood protection. |
| AESTHETICS | The aesthetics of the study area are generally high. | Aesthetics would generally continue to be high. | During construction, aesthetics along lakefront would be greatly reduced. After construction, more open space would exist. | Aesthetics in areas would be temporarily altered during construction. |
| COMMUNITY COHESION | Community generally supports plans for improved flood protection. | Without completion of the project, social stresses created by a project hurricane could be more significant. | Community cohesion would be adversely impacted to some degree by construction in highly populated area. Environmental community concerned over potential for project-induced development in New Orleans East. | Community cohesion would be adversely affected to a minor extent during construction. Environmental opposition to plan is strong. |
| FIRST COSTS | N/A | 0 | $627.7 million | $742.8 million |
| AVERAGE ANNUAL COSTS | N/A | 0 | $ 23.8 million | $ 26.4 million |
| BENEFIT-COST RATIO | N/A | 0 | 4.2 | 3.3 |
| NET BENEFITS | N/A | 0 | $ 73.0 million | $ 60.6 million |

[1] For the purpose of the EIS, only environmental impacts to complete the project will be assessed. 1978 is the base year since this is the year for which habitat acreage losses were computed. The earliest construction could be initiated to complete the project is 1994. Since some Federal action has taken place, the without-project condition is referred to future with no additional Federal action. The area of potential construction impact is the 4,921 acres that would be directly impacted by any project feature.

[2] Remaining refers to the number of acres of a particular habitat remaining in the area of potential construction impact at the end of project life (2100).

[3] Open water is classified into two categories: bayou/canal and lake bottoms.

[4] It is assumed, based on recent studies, that the estuarine dependent fisheries resources are currently being produced and harvested at maximum rate and any loss in marsh habitat would cause a corresponding loss in fishery products. Basis for fishery economics is the average appraisal price of the landings (as provided by National Marine Fisheries Service) for the dryest period 1969-1978. The net profit to the fisherman was calculated from appraisal prices adjusted for the cost of harvest.

EIS-30

# 5. AFFECTED ENVIRONMENT

## 5.1. ENVIRONMENTAL CONDITIONS

5.1.1.   The project area is located in southeastern Louisiana in the vicinity of New Orleans. It encompasses Lake Pontchartrain and adjacent wetlands to the north and west, the western third of Lake Borgne, and the wetland areas between Lakes Pontchartrain and Borgne (see Plate 11). Climatic conditions within the area are subtropical marine. The dominant topographic feature is Lake Pontchartrain, a shallow body of water (average depth 12 feet) with an area of approximately 640 square miles, lying in the middle of a large estuarine complex with a diurnal tidal regime. The lake drains approximately 4,700 square miles of tributary area. The area to be inclosed by the proposed levee includes all of the east bank of Orleans Parish and portions of St. Bernard, Jefferson, and St. Charles Parishes. The area of potential construction impact includes those acres directly affected by post-1984 project features for either plan. These acreages will be utilized in the impact analysis in the subsequent section.

5.1.2.   The major vegetative communities in the study area are fresh-intermediate marsh, brackish-saline marsh, bottomland hardwoods, and cypress-tupelo swamp. These vegetative communities comprise valuable habitat for wildlife including waterfowl, small game, commercially-utilized furbearers, and the American alligator. The waters of Lakes Pontchartrain and Borgne, their shallow shorelines, embayments, and associated marshes provide valuable nursery, spawning, and feeding areas for various species of marine, estuarine, and freshwater fish and shellfish. These open water areas and associated tidal passes are heavily utilized for sport and commercial fishing. Lake Pontchartrain also supports large populations of bottom dwellers and free-floating planktonic forms that are important in the aquatic food chain. Detritus and nutrients from surrounding areas also are important components of this aquatic food web.

5.1.3.   The human population of the project area is multi-ethnic and urban. Extensive residential and commercial development exists along the shores of Lake Pontchartrain. Highest population densities are located along the south shore in portions of Orleans, Jefferson, and St. Charles Parishes. Employment in the area is primarily in the manufacturing and transportation industries while communications, utilities, and construction jobs are becoming increasingly important.

5.1.4.   Numerous archeological sites and historic districts and properties are located within the present and proposed protective levee system. Because of the heavy utilization of Lake Pontchartrain for transportation by early settlers, numerous shipwrecks are located in the lake.

5.1.5.   Many recreational areas currently exist and several are planned for future development.  Increasing population will place a heavy demand on such facilities.

5.1.6.   Water quality problems within the project area are similar to those experienced in most urban centers.   Discharges of process and storm waters from industries, and sanitary waste and storm waters from municipalities have occasionally resulted in degradation of local surface waters used for recreation.

5.1.7.   Under future with no additional Federal action conditions, the project area would undergo various changes.  Land loss resulting from subsidence and erosion would effectively change or reduce vegetative types along with their associated wildlife habitats.  Cultural resources within the levee system would be more vulnerable to hurricane-related flood damage.  Archeological sites in the marshes would continue to be adversely affected.  Demand for recreational resources would continue to increase.  Should the project not be completed, land-use densities would probably increase in the more protected areas of the project and growth would be stimulated in adjacent areas.

## 5.2.   SIGNIFICANT RESOURCES

### 5.2.1.   GENERAL

A resource is considered to be significant if it is identified in the laws, regulations, guidelines, or other institutional standards of national, regional, and local public agencies; it is specifically identified as a concern by local public interests; or it is judged by the responsible Federal agency to be of sufficient importance to be designated as significant (see Table 5.1).  This section discusses each significant resource previously listed in Table 4.3.  Appendix C-XIII describes the land-use methodology used in calculating the future with no additional Federal action acreage discussed below.

### 5.2.2.   CYPRESS-TUPELO SWAMP

This habitat is typically found at slightly lower elevations than the bottomland hardwoods, and is located primarily in St. Charles Parish.   The   common   vegetation   in   the   wooded   swamps   includes baldcypress, tupelogum, pumpkin ash, red maple, swamp privet, water hyacinth, and duckweed.   This habitat is of moderate value to both wildlife and fish.  Fish and crawfish spawn in the swamps and utilize them as a nursery.  A total of 181,608 acres of cypress-tupelo swamp occurs in the entire project area, while only 213 acres are in the area of potential construction impact.  Under the future with no additional Federal action condition, drainage and subsequent development would reduce this habitat by an estimated 157 acres in the area of potential construction impact.  Projections of future gains and losses in habitat were calculated by projecting into the future the actual habitat changes

5.1 TABLE - EIS RESOURCES

| RESOURCE | BIOLOGICAL ATTRIBUTES | CULTURAL ATTRIBUTES | AESTHETIC ATTRIBUTES | INSTITUTIONAL RECOGNITION | TECHNICAL RECOGNITION | PUBLIC RECOGNITION | RESOURCE SIGNIFICANT? | LIKELY TO BE AFFECTED | TO BE EVALUATED IN EIS |
|---|---|---|---|---|---|---|---|---|---|
| CYPRESS STANDS | Valuable habitat for fish and wildlife, especially wading birds and furbearers. Nursery area for fish. | Supports the traditional extractive economy of the Pontchartrain basin. Also protects archaeological and historic sites located within these areas. | Typical Louisiana scenery includes moss-draped cypress. | Coastal Zone Mgmt. Act of 1972, i.e. flora and fauna; Local Coastal Resources Mgmt. Act of 1978, EO 11990, EO 11988; Protection of Cypress Trees (LA RS 1380-3). | Habitat for 5 species of Special Emphasis (USFWS) | Environmental groups desire preservation of this habitat. | Yes | Yes | Yes |
| BOTTOMLAND HARDWOODS | Very valuable habitat for wildlife including game and nongame species. | Supports the traditional extractive economy of the Pontchartrain basin. Also protects archaeological and historic sites located within these areas. | --- | EO 11990, EO 11988. | Habitat for 5 species of Special Emphasis being lost at rate of 100,000 acres per year in lower Miss. Valley. Fairly rare around Lake Pontchartrain. | Environmental groups desire preservation of this habitat. | Yes | Yes | Yes |
| AGRICULTURAL LAND | --- | --- | None | CEQ Memorandum of Aug. 11, 1980. | Rare around Pontchartrain Lake | --- | Yes | No | No |
| MARSH | Habitat for fish and wildlife, especially waterfowl, wading birds and furbearers. Nursery area for marine dependent fish and shellfish. | Supports the traditional extractive economy of the Pontchartrain basin. Also protects archaeological and historic sites located within these areas. | Typical Louisiana scenery includes ducks in a marsh. | Coastal Zone Mgmt. Act of 1972, i.e. flora and fauna; Local Coastal Resources Mgmt. Act of 1978, EO 11990, EO 11988; Estuary Protection Act. | Habitat for 14 Special species of Special Emphasis; 40 square miles lost per year in coastal Louisiana | Environmental groups and members of the public desire preservation of marsh. | Yes | Yes | Yes |
| SCRUB-SHRUB | Minor wildlife value. | None | None | None | Minor wildlife value. | None | No | Yes | No |
| UPLAND DEVELOPED | Very minor wildlife value. | None | None | None | Very minor wildlife value. | None | No | No | No |
| LAKE PONTCHARTRAIN AND ADJACENT WATERS | Habitat for fish and wildlife. Major nursery area for estuarine dependent fish and shellfish. | --- | Expansive open space in New Orleans metropolitan area. Expansive waterfront vistas provided around shoreline. | Clean Water Act of 1977, La. Water Control Law, Estuary Protection Act, EO 11988; proposed as a special mgmt. area. | Major nursery area. Habitat for 6 Species of Special Emphasis. | Environmental groups and general public desire preservation of Lake Pontchartrain. | Yes | Yes | Yes |
| FISHERIES | Numerous species of fish and shellfish utilize project area. | --- | --- | Fish and Wildlife Coordination Act | 1 Species of Special Emphasis in project area | Extensive recreational fishing occurs in project area. | Yes | Yes | Yes |
| WILDLIFE | Numerous species of wildlife utilize project area. | --- | --- | Fish and Wildlife Coordination Act | 23 Species of Special Emphasis in project area | Some recreational hunting occurs in project area. | Yes | Yes | Yes |
| ENDANGERED SPECIES | Bald eagle nests in project area. | --- | --- | Endangered Species Act. Bald Eagle Act. | 1 Species on Blue list is a Species of Special Emphasis | --- | Yes | Yes | Yes |
| BIRDS OR AUDUBON SOCIETY BLUE LIST | Showing a decline in numbers or decrease in range. | --- | --- | Audubon Society | 1 Species on Blue list is a Species of Special Emphasis | --- | Yes | Yes | Yes |
| RECREATION | Habitat for wildlife, potential for steamside and interacting with nature, also conducive to recreational hunting and fishing. | Historic areas: i.e. Fort Pike, Old Spanish Fort, Fort Pike, and Fort Macomb provide non-consumptive recreational opportunities. | Existing vegetation and landscaping enhance the visual park land adjacent to the urban area. Structure treatments in the project area are evident. | Land and Water Conservation Fund Act of 1965 | Various facilities exist which currently satisfy 783,431 mandays of recreation annually. | Public desires expansion of lakefront recreation opportunities for recreation and expansion of facilities, development of new marinas, and additional boat ramp development. Also, public desire to develop recreational building enhancement to lakeshore development. | Yes | Yes | Yes |
| SCENIC STREAMS | --- | Serves as the Nation's official list of properties worthy of preservation for their significance in American history, architecture, archaeology, and culture. | Streams generally chosen for scenic attributes. | La. Scenic Streams Act includes 8 streams in project area | Minor wildlife value. | Public acknowledges importance of scenic streams. | Yes | No | No |
| NATIONAL REGISTER OF HISTORIC PLACES | None | None | Many National Register properties in project area, such as Fort Pike, lighthouses, Mandeville, have high aesthetic value. | National Historic Preservation Act of 1966, as amended; Historic Sites Act of 1935, as amended; EO 11593; Archaeological Resources Protection Act of 1979. | 20 of the National Register properties are recognized for their national significance by designation as National Historic Landmarks. | Public recognition and support for their preservation is strong, reflecting national trends. | Yes | No | Yes |

that occurred in the 1956-1978 period. It was assumed that the 1956-1978 change rates would remain constant for the project life. These rates were applied to the area of potential construction impact to determine the loss therein. See Appendix C, Section XIII, for more details. All these assumptions are speculative at best, but do allow comparison of impacts. Hurricane flooding will increase salinities in the swamps to a point that impacts from slight damage to mortality could occur depending on range of salinity and duration of flooding.

## 5.2.3. BOTTOMLAND HARDWOODS

The bottomland hardwoods are located on the higher, less frequently flooded areas generally found on the natural levees. Common vegetation includes black willow, bitter pecan, hackberry, American elm, Drummond red maple, sycamore, cottonwood, water oak, and Nuttall oak. This habitat is one of the most productive for game animals, and is equally important for numerous nongame birds. Bottomland hardwoods are being lost at a steadily increasing rate, thus reducing the recreational opportunities this habitat provides. A total of 29,082 acres of bottomland hardwood forest occurs in the project area, of which approximately 41 acres are in the area of potential construction impact. Under the future with no additional Federal action condition, bottomland hardwoods would be reduced by an estimated 38 acres in the area of potential construction impact, primarily as a result of urban development. Based on the expected limits of hurricane induced overflow (Plate 2), there would be a substantial portion of bottomland hardwood inundated north and west of Lakes Pontchartrain and Maurepas. Depending on the salinity of floodwaters and duration of flooding, these habitats could sustain significant damage or at least reduction in growth. Aside from these impacts, the area would be isolated from most wildlife uses until floodwaters have subsided.

## 5.2.4. MARSH

5.2.4.1. The marshes of the study area are classified according to the salinity regime and vegetation. Fresh-intermediate marsh has salinity ranging from 0 to 6.7 parts per thousand (ppt). Brackish-saline marsh has salinity ranging from 8.1 to 15.9 ppt. For the purposes of this study, marsh types are combined because the habitat values of these marsh types are similar in the project area.

5.2.4.2. The predominant vegetation in the fresh-intermediate marshes is bulltongue, deerpea, maidencane, and wiregrass. This fresh-intermediate marsh type covers approximately 64,469 acres in the project area. None of this type of marsh exists in the area of potential construction impact.

5.2.4.3. The most common vegetation associated with the brackish-saline marsh type is wiregrass, oystergrass, blackrush, saltwort, leafy three-square, and saltgrass. A total of 260,377 acres of brackish-saline

marsh occurs in the study area while approximately 2,417 acres are located in the area of potential construction impact.

5.2.4.4. These marshes provide habitats for fish and wildlife, act as storm buffers between the Gulf of Mexico and developed areas of the coastal zone, have the capacity to absorb water pollutants, and provide nutrients and detritus to the productive inland coastal waters.

5.2.4.5. The fresher marsh types function as valuable habitat for waterfowl, furbearers, and the American alligator. Migratory waterfowl heavily utilize the more vegetatively diverse fresher marshes for food, cover, and nesting.   The higher salinity marshes provide spawning, feeding, and nursery areas for many commercial and sport fish and shellfish species. Most of the fishery (offshore as well as inshore) is linked to these marshes at some point through dependency on the food base or spawning habitat.   In general, the brackish-saline marshes surrounding Lake Pontchartrain exhibit higher biomass and lower species diversity than do the fresh-intermediate marshes (Stone et al, 1980). Nutrient levels are generally higher in the marshes of St. Charles Parish and the impounded marsh of New Orleans East than in other marsh areas surrounding Lake Pontchartrain (Stone et al., 1980).   Under the future with no additional Federal action condition, brackish-saline marsh in the area of potential construction impact would be reduced by an estimated 1,560 acres through subsidence, erosion, urban development, and oil exploration activities.   Of this lost marsh, approximately 50 percent would become scrub shrub; 33 percent, lake bottoms; 8 percent, bayou/canal; and 9 percent, developed.   It is possible that continued subsidence and erosion could cause a higher percentage of the marsh to become aquatic habitat and less to convert to scrub shrub than indicated above.   Hurricane flooding could produce either beneficial or detrimental effects on marshes depending on marsh type and duration and salinity of flood waters.   It could be expected that moderately saline water (18 ppt) flooding a fresh marsh for a week could probably significantly impact the marsh.   The marshes most likely to be affected by an SPH storm surge would be the fresh marshes around the western shore of Lake Pontchartrain and Lake Maurepas.

## 5.2.5.   LAKE PONTCHARTRAIN AND ADJACENT WATERS

5.2.5.1. Many saline, brackish, and freshwater bodies of various sizes, depths, and morphology are located within the project area.   These include lakes, ponds, canals, and bayous.   All are warm, shallow, turbid systems, normally high in nutrients. The major open-water bodies within the project area are Lakes Pontchartrain, Borgne, and Maurepas, which comprise 1,526,807 acres of lake bottom habitat. However, only 1,012 of these acres are located in the area of potential construction impact. The remainder of the water bodies are bayous and man-made canals which are interspersed within the adjacent marshes and have salinities which correspond   to   the   salinities   associated   with   these   marshes. Approximately 21,470 acres of these water bodies occur in the study area and 870 acres are in the area of potential construction impact.

5.2.5.2. Lake Pontchartrain is a shallow saucer-shaped estuary which covers approximately 640 square miles and has a natural maximum depth of 15 feet. Depths of up to 90 feet occur in localized areas as a result of man's activities. Dredging to depths greater than 15 feet for Federal levee construction has occurred as follows:

| Date | Location | Area (acres) |
|------|----------|--------------|
| 1950 | Jefferson Parish | 67 |
| 1956 | Jefferson Parish | 230 |
| 1974 | New Orleans East Lakefront | 48 |

Extensive quantities of borrow have been taken from the lake in the New Orleans Lakefront area for land reclamation in the 1930's and for the recent New Orleans Airport runway extension. The acreage of lake bottom affected is not known, and recent surveys indicate that the borrow holes have almost completely filled in.

5.2.5.3. Salinity within the lake increases from west to east, varying from less than 0.5 ppt to nearly 18 ppt near Lake Borgne. The majority of the freshwater input is from the Tickfaw, Amite-Comite, and Tangipahoa Rivers located in the western portion. Lake temperatures closely follow the air temperature throughout the year (Stone et al., 1980). Circulation and tidal influences are wind-induced.

5.2.5.4. The principal submerged aquatics in these lakes consist of wild celery, spikerush, widgeongrass, water primrose, and naiad. These plants are important as a food source for wintering waterfowl. Lake Pontchartrain has approximately 2,000 areas of grass bed dominated by wild celery and widgeon grass. The lake, with its associated grass beds, marshes, food base, and access to the open gulf, provides a crucial link in sustaining the coastal fishery of Louisiana. Important commercial and recreational species dependent on the Pontchartrain complex include shrimp, crab, redfish, spotted sea trout, menhaden, and the brackish water clam. Nutrient transport through the tidal passes assists in providing the input needed to sustain the food base in the deeper, nearshore gulf waters.

5.2.5.5. In addition to being an important natural resource, the lake is a significant recreational resource. It provides flat-water recreation such as swimming, water skiing, pleasure boating, sailing, and fishing for the New Orleans metropolitan area, as well as for many other communities adjacent to the lake.

5.2.5.6. Lake Pontchartrain is an important source of clam shells which are used mainly in road construction. Shell dredging has been, and is still, permitted over approximately one-half of the 403,000-acre area of the lake. Dredging leaves a strip approximately 2 feet deep and 4 to 5 feet wide. This hole generally fills with sediments having a low bulk density. It is possible that shell dredging releases heavy metals to

the water column.    It is estimated that dredging could affect
approximately 54,000 acres of the lake annually.

5.2.5.7.  The future with no additional Federal action condition would
result in an estimated 516-acre increase in lake bottom habitat in the
area of potential construction impact due to marsh subsidence and
erosion.    Additionally,  an  estimated  124-acre  increase  in  the
bayou/canal habitat in the area of potential construction impact would
occur as a result of oil exploration activity.

5.2.5.8.  Major surface waters which might be impacted by construction
include Lake Pontchartrain, the Inner Harbor Navigation Canal (IHNC),
Mississippi River-Gulf Outlet, and the Gulf Intracoastal Waterway.    The
significance of these water bodies is generally reflected by the
designated uses assigned to them by the Louisiana Department of Natural
Resources (LDNR).  Designated use classifications, based on present and
anticipated future uses, are shown in Table 5.2.  Water quality in Lake
Pontchartrain, the MR-GO, GIWW, and IHNC must be protected because of
high actual and potential recreational use, and the important role of
these waters in fish and shellfish productivity.    General criteria
(desirable attributes) and numerical standards (enforceable limits)
applicable to the ambient quality of state waters have been published by
the Water Pollution Control Division of the LDNR.    The general criteria
and numerical standards are designed to protect surface waters from
degradation  resulting  from  nonquality-dependent  beneficial  uses.
Numerical standards applicable to the ambient quality of water bodies
potentially affected by the project are shown in Table 5.3.

### TABLE 5.2

DESIGNATED USES FOR SURFACE WATERS
POTENTIALLY IMPACTED BY THE PROJECT

| | WATER USES | | |
| | A Primary Contact Recreation | B Secondary Contact Recreation | C Propagation of Fish and Wildlife |
| SEGMENT DESCRIPTION | | | |
|---|---|---|---|
| MR-GO/IHNC (Tidal) | | X | X |
| IHNC (Tidal) | | X | X |
| Lake Pontchartrain (Tidal) | X | X | X |

SOURCE:  Louisiana Stream Control Commission (1977)

TABLE EIS-5.3

NUMERICAL WATER QUALITY CRITERIA

| | Chloride mg/l | Sulfate mg/l | DO mg/l | pH Range S.U. | Bacterial Standard 1/ | Temperature °C | Total Dissolved Solids mg/l |
|---|---|---|---|---|---|---|---|
| Lake Pontchartrain-West of Highway 11 | - | - | 4.0 | 6.5-9.0 | #1 | 35 | - |
| Lake Pontchartrain-East of Highway 11 | - | - | 4.0 | 6.5-9.0 | #4 | 35 | - |
| MR-GO | - | - | 4.0 | 6.5-9.0 | #4 | 35 | - |
| IHNC/GIWW | - | - | 4.0 | 6.5-9.0 | #1 | 35 | - |

1/ #1 = Primary Contact Recreation - Based on a minimum of five samples taken over not more than a 30-day period, the fecal coliform content shall not exceed a log mean of 200/100 ml nor shall more than 10 percent of the total samples during any 30-day period exceed 400/100 ml.

#4 = Shellfish Propagation - The monthly total coliform median most probably number shall not exceed 70/100 ml and not more than 10 percent of the samples ordinarily exceed a MPN of 230/100 ml.

SOURCE: Louisiana Stream Control Commission (1977)

EIS-38

5.2.5.9.  Occasional water quality problems in the project area have been dramatically signalled by fish kills, and by measurements of high concentrations of heavy metals, pesticides, and fecal coliform bacteria.  Indications of acute environmental perturbations such as the reported existence of "dead zones" in Lake Pontchartrain have been noted.  Inferences of potential water quality problems also have arisen from reports of toxic chemical spills and detection of toxic substances in some project area waters.

5.2.5.10.  Beneficial uses of project area water bodies such as navigation, shell dredging, and oil and gas exploration and production often have produced side effects which clash with quality-dependent uses.  Recently (1982), notable conflicting beneficial uses, waste and storm water disposal versus primary contact recreation, were brought to public attention through publication of a bacteriological survey of Lake Pontchartrain.  This survey prompted state health officials to recommend that primary contact recreational activities not be conducted within 1/4-mile of the lake's southern shoreline, west of US Highway 11.  The high bacteria levels noted in the lake were attributed by state health officials to discharges of storm and municipal wastewater.  In spite of this and other known exceptions, the quality of the project area waters has generally remained adequate to sustain quality-dependent uses while supporting nonquality-dependent uses as well.  Additional discussions of ambient surface water quality are contained in Appendix C, Sections VI through IX.

5.2.5.11.  Groundwaters in the project area are a significant source of good quality water for some industries, municipalities, and individual consumers.  Groundwaters will not be impacted by the project and are not addressed in this study.

5.2.5.12.  Under future with no additional Federal action conditions, significant improvement in the overall quality of project area surface waters is not anticipated.  Some reduction in the concentration of conventional pollutants (COD, BOD, suspended and dissolved solids, nitrogen, and phosphorus) might result from increased efficiencies of upgraded and new wastewater treatment facilities.  However, industrialization of the area will continue, and total mass loading of conventional and nonconventional pollutants to area surface waters is likely to increase.  Significant efforts toward treatment of urban and industrial stormwater discharges are unlikely to be initiated in the foreseeable future.  Transport of hazardous materials and the attendant inevitable occasional toxic material spills will continue.

5.2.5.13.  Hurricane tides would elevate salinities of inland waters and could result in depressed dissolved oxygen levels due to the increased nutrient loads and suspended solids in the incoming waters.  Prolonged ponding of storm water and the associated street drainage could result in further deterioration of water quality due to increased levels of coliforms and other bacteria.

## 5.2.6.   FISHERIES

5.2.6.1.  Lake Pontchartrain, with its varying habitats and adjacent marshes, is used at various times by numerous species of fish and crustaceans.  At least part of this diversity is due to the availability of submerged vegetation and varying ranges of salinity available in the lake.  Habitats consist of the open lake, grass beds, and beach areas. The fish fauna is comprised of 85 known species, 55 of which are lake species, 22 marsh species, and eight species resident to both areas (Stone et al., 1980).   Four species dominate the fish population: anchovy, croaker, menhaden, and silverside.  Eight of the most abundant species are primarily marsh dwellers:   sheepshead minnow, rainwater killifish, sailfin molly, mosquitofish, spotted sunfish, bluegill, redear sunfish, and least killifish.   The fish populations within the lake are very seasonal, with the largest number of fish occurring during spring/summer with a peak in July, followed by gradual decreases during late summer and fall.  Anchovies do not follow the seasonal patterns and are found within the lake and surrounding marsh throughout the year. Young croaker heavily utilize the open water of the lake and avoid vegetated areas.  Juvenile menhaden use inshore beach and marsh as their primary habitat; but as they reach subadult to adult size, they use the open water in the lake (Stone et al., 1980).  Juvenile spot utilize the shoreline grass beds as primary habitat during summer months and move to the open water of the lake as they become adults.

5.2.6.2.  The Lake Pontchartrain/Borgne estuarine complex supports a significant commercial fishery.  Preliminary 1981 estimates prepared by the National Marine Fisheries Service (NMFS) show that the commercial catch from Lakes Borgne and Pontchartrain was 3,351,621 pounds with an exvessel value of $3,271,372 (see Appendix C-III, pages 7 through 12 for discussion of historical data).  This represents 16 percent of the total value of the 1981 commercial fishery for the State of Louisiana.   In Lake Pontchartrain, blue crab dominates the commercial fishery and comprises two-thirds of the value and four-fifths of the total volume (Thompson and Stone, et al., 1980).  Brown and white shrimp, catfish, and seatrout account for about 33 percent of the total catch value. Estimates of shrimp catches are conservative because they do not reflect the harvest of the recreational shrimper.   A moderate amount of recreational crabbing is also done in the lake which is not noted in the above figures.  It has been estimated by the USFWS that the shrimp and crab poundages reported (400,000 pounds and 2,700,000 pounds, respectively) should be increased by a factor of two to account for this recreational fishing.   While no commercial fishing for menhaden is allowed in Lake Pontchartrain, the lake is vital as nursery and feeding habitat for this species.  Based on personal communication (Chapoton, 1982) with NMFS, approximately 63,000 metric tons of menhaden were attributable to the Lakes Borgne-Pontchartrain estuarine complex during a 5-year period (1977-1981).   Of this amount, approximately 47,250 metric tons ($4,167,400) were attributable to Lake Pontchartrain.

5.2.6.3. Sportfishing in Lake Pontchartrain is very important. The lake is utilized by the densely populated areas of Metropolitan New Orleans, Baton Rouge, and the adjacent north shore communities of Slidell, Covington, and Mandeville and provides an estimated 227 man-days of sportfishing (U. S. Fish and Wildlife Service, 1962). Most of the sport fish are euryhaline species and are dependent on the entire estuarine complex to complete their life cycle. This explains the transient, migratory behavior of most sport species in the lake. Because of this behavior, some sportfishing occurs in the lake throughout the year. The most sought after species include seatrout, croaker, black drum, red drum, largemouth bass, various sunfish, sheepshead, southern flounder and crevalle fish. The sportfish standing crop is estimated to be 11,084,393 pounds. Approximately 83 pounds/acre are estimated for areas less than 8 feet in depth (approximately 76,066 acres) and 14.57 pounds/acre for areas over 8 feet deep (approximately 318,061 acres) (Rogillio and Brassette, 1977). Fifty-seven percent of the sport fish standing crop is attributable to water less than 8 feet in depth.

5.2.6.4. The fishes of Lake Pontchartrain feed primarily within a benthic or planktonic-nektonic food web nourished by numerous detritivores. Mullet and menhaden feed directly on detritus. The phytoplankton population of Lake Pontchartrain is seasonal in its species composition. Variations in habitat preferences also occur. Some species prefer marsh habitat, while others occur primarily or solely in the lake (Stone et al., 1980).

5.2.6.5. Lake Pontchartrain has a substantial resident population of nonmotile bottom-dwelling organisms. Bahr et al. (1980) found 24 macrobenthic species in Lake Pontchartrain. Of these, the six dominant species were chironomids which comprised 93 percent of the total abundance. The various groups of macrobenthic organisms were found in different habitats due to salinity regime and sediment characteristics influenced by urban runoff and dredging activities. While oysters are present in Lake Pontchartrain, they presently are not harvestable due to excessive fecal coliform counts found in the oyster producing areas of the lake. The brackish water clam, (Rangia cuneata), is the most economically important benthic species in Lake Pontchartrain, and the oyster is most important in Lake Borgne. The larger size Rangia populations were found to be restricted to the shallow waters along the north shore, with smaller individuals in the open lake. Under future with no additional Federal action conditions, an approximate 58,736,965-pound reduction in fisheries is estimated in the Lakes Pontchartrain/Borgne area based on pounds per acre from Appendix C, Section 3, and acres from Table 6.3. This would be a result of marsh loss.

5.2.6.6. Since most of the fish populations in Lake Pontchartrain are euryhaline, any hurricane-induced salinity changes should not signif-icantly affect them. However, since the limit of flooding (Plate 2)

would reach a large portion of the freshwater fish community in Lake Maurepas and the surrounding wetlands, much of this freshwater fishery could potentially be adversely affected by the higher salinity floodwaters. Some of the less salt tolerant species could be killed by the incoming floodwaters. Further impacts would be associated with the destruction of spawning habitat, loss of shoreline and marsh vegetation as well as displacement of various species. Severe changes in salinities could alter the production of certain benthos such as the Rangia clam utilized as a food base in the lake. For some species, the flooded marshes would expand spawning habitat temporarily, depending on time and duration of flooding.

### 5.2.7. WILDLIFE

5.2.7.1. Because of extensive marshes and moderate amount of forested habitat, the project area supports a variety of wildlife. There are few deer in the area; however, small game such as squirrels and rabbits are common. Furbearers occur in fairly large numbers in the marshes, especially muskrat, nutria, and raccoons. Nongame animals such as rats and mice are also common.

5.2.7.2. Migratory waterfowl are present in large numbers in the area. Large concentrations of dabbling ducks such as the mallard, blue-and green-winged teal, gadwall, American widgeon, and pintail are often common in the marshes of New Orleans East in the winter. An estimated 500,000 lesser scaup winter on Lakes Pontchartrain and Maurepas. The mottled duck nests in the marshes and the wood duck in wooded swamps. Other common game birds in the area include rails, coots, and common snipes. Wading birds such as great, snowy, and cattle egrets; great blue, green, and Louisiana herons; and white-faced and white ibis are abundant in the wooded swamps and marshes. Seabirds present include the white pelican; ring-billed, herring and laughing gulls; Forester's, common, and least terns; and the black skimmer. Numerous active seabird and wading bird nesting concentrations occur in the project area. Shorebirds such as willets, killdeers, and greater and lesser yellowlegs are common. Several species of raptors present include the marsh hawk, red-tailed hawk, Mississippi kite, and turkey vulture. Song birds such as cardinals, wrens, blackbirds, sparrows, warblers, and mockingbirds are present in various habitats. Blue jays and various woodpeckers also occur.

5.2.7.3. Amphibians are generally restricted to freshwater habitats in the project area; frogs, toads, and salamanders are present. Reptiles common in the marshes and swamps include the American alligator, turtles, anoles, water snakes, and the cottonmouth.

5.2.7.4. Numerous terrestrial and aquatic insects are present in the project area. Some, such as mosquitoes, gnats, and deer flies, are nuisances and/or carriers of disease.

5.2.7.5. Under future with no additional Federal action conditions, there would be a significant decline in wildlife species and abundance throughout the project area. This would result from natural and man-induced deterioration of marshes, and clearing of bottomland hardwoods and wooded swamps for residential, industrial, and agricultural purposes. Hurricane-induced flooding could not only drown animals but isolate their food sources. In addition, increased salinities could damage cypress trees and thereby adversely affect wildlife.

## 5.2.8. ENDANGERED SPECIES

The only endangered species that potentially could be impacted would be the bald eagle. There are two nests in the project area, one at White Kitchen in St. Tammany Parish and another in St. Charles Parish (see Plate 12). For more information, see the Endangered Species Assessment in Appendix C, Section I. Under future with no additional Federal action conditions, the cypress-tupelo assemblages that could possibly be utilized as nesting habitat in St. Charles Parish could undergo a transition to urban development. This would reduce possible nesting areas. The cypress-tupelo habitat near the eagle nest in St. Tammany Parish would remain because the nest is near the Pearl River Wildlife Management Area. Hurricane-induced flooding could result in some vegetation changes that may limit habitat of prey species.

## 5.2.9. BLUE LIST

5.2.9.1. This is a listing of birds that are not yet considered threatened by the US Fish and Wildlife Service, but that are showing a noncyclical decline in numbers or a significant decrease in range. This is basically an "early warning system." Table 5.4 lists such birds, describes their numbers in the project area, and indicates the habitats each utilizes.

5.2.9.2. Under future with no additional Federal action conditions, there would be a decline in abundance of most of these species as marsh and forested habitat declines.

## 5.2.10. RECREATION

5.2.10.1. The south shoreline of Lake Pontchartrain offers many open parkland areas and numerous associated public recreational developments which are used extensively by residents of the New Orleans metropolitan area. The types of existing recreational facilities along the linear configuration of the lakefront area provide for a variety of urban day-use activities.

TABLE 5.4

AUDUBON SOCIETY BLUE LIST (1982)

| BIRD | OCCURRENCE [1] Study Area | State | HABITAT[2] |
|------|------|------|------|
| Western Grebe | e | e | 6 |
| American Bittern | c | c | 5 |
| Sharp-shinned Hawk | c | c | 1,2 |
| Red-shouldered Hawk | c | c | 1,2,3,4,5 |
| Swainson's Hawk | u | e | 5 |
| Marsh Hawk | c | c | 4,5 |
| King Rail | c | c | 5 |
| Piping Plover | c | r | 8,10 |
| Snowy Plover | r | r | 8 |
| Long-billed Curlew | r | r | 4,5,9,10 |
| Upland Sandpiper | c | c | 4 |
| Least Tern | c | c | 6,8,9 |
| Black Tern | c | c | 5,6,8,9 |
| Short-eared Owl | u | r | 5 |
| Ruby-throated Hummingbird | c | c | 1,2,3 |
| Hairy Woodpecker | c | c | 1,2 |
| Willow Flycatcher | u | r | 3,4 |
| Bewick's Wren | r | r | 3,4 |
| Eastern Bluebird | r | r | 1 |
| Loggerhead Shrike | c | c | 4 |
| Bell's Vireo | u | r | 2,3 |
| Golden-winged Warbler | r | r | 1,2,3 |
| Yellow Warbler | r | c | 1,2,3,9 |
| Dickcissel | c | c | 4 |
| Grasshopper Sparrow | r | r | 3,4 |
| Bachman's Sparrow | r | c | 4 |

[1] c = relatively common     r = rare     e = extremely rare
    u = unknown

[2] 1 = Upland forest              6 = Bays or ponds
    2 = Bottomland hardwood        7 = Buildings
    3 = Brush                      8 = Beaches
    4 = Fields                     9 = Islands
    5 = Marsh                     10 = Mudflats

5.2.10.2.  In general, there are three categories of recreational use areas along the urbanized portions of Lake Pontchartrain: (1) open maintained areas which provide for unstructured outdoor games and passive recreational use; (2) developed facilities for individual and group activities; and (3) developed facilities for water access. Unurbanized areas, such as the St. Charles Parish marsh and areas in the vicinity of Chef Menteur Pass and The Rigolets, attract sport hunters and sport fisherman.

5.2.10.3.  There are five public boat launch sites, two fishing piers, a marina, a yacht harbor, and two potential swimming areas located along the lakefront.  Swimmers also may use other parts of the lakefront at their own discretion.  Pollution caused by storm water runoff and leakage from sewer lines often forces the closure of swimming areas.

5.2.10.4.  The Orleans Parish lakefront area contains three children's playgrounds. These areas include: swings, see-saws, slides, and merry-go-rounds; four group picnic shelters; and restroom facilities. Additional park furniture includes portable picnic tables, portable trash cans, and drinking fountains.  Public telephones and fountains, including the Mardi Gras Fountain, are also located along Lakefront Drive.  At times, existing restroom facilities do not adequately serve the number of people using the lakefront.  Portable toilets have been placed along the lakefront by the Levee Board to provide additional sanitation.

5.2.10.5.  Many private recreational and fishing camps are located in eastern Orleans Parish.  Most of these structures serve as recreational second homes for residents living in the metropolitan areas of New Orleans.

5.2.10.6.  In Jefferson Parish, the lakeshore recreational development is more clustered than that of Orleans Parish.  Jefferson Parish contains several major recreational developments along its linear lakefront park, which extends along the entire parish.  The major feature of the park is a 10.5-mile National Recreation Trail which provides an area for walking, jogging, biking, and horseback riding. Bank and wade fishing are common activities along the linear park, and several areas are used as bird sanctuaries.  Water access facilities have been developed in three locations.  Two of these locations, Williams and Bonnabel, have undergone extensive facility expansions with each currently providing eight-lane boat launches with courtesy docks, fishing piers, slack-water harbor areas, sailboat launches and moorings, rest areas, parking areas, sanitation facilities and graded open areas with plans for future developments. Walter's Park, an informal park of unusual character, is located at one point along the linear system. This park was constructed over a period of many years by a local resident.  It is primarily used as a resting area for those using the National Recreation Trail.

5.2.10.7. A significant fishing and waterfowl hunting resource exists along the Lake Pontchartrian portion of St. Charles Parish. This area is primarily a brackish marsh/cypress-tupelo swamp environment used by private clubs for waterfowl hunting, and, to some degree, for deer and alligator hunting. Fishing also is popular in this area. Numerous canals bisecting the area provide excellent access for fisherman and hunters. Within the study area, several scattered primitive hunting and fishing camps have been erected in prime user locations. Recreational fishing currently satisfies 19,122 man-days valued at $74,576 and sport hunting satisfies 2,039 man-days valued at $18,991. Consult the US Fish and Wildlife Coordination Act Report, Volume II, Section XIV, Table 8.

5.2.10.8. Recreational usage along the south shore of the lake during the summer season is substantial due to the lake's ease of access to large adjacent populations. There are no substitutes for lakefront water-oriented outdoor recreation in the area. The Lake Pontchartrain shoreline is unique in itself; and the activities which are intensely pursued in its vicinity are indicative of the current demand for water-oriented outdoor recreation in highly urbanized areas.

5.2.10.9. Recreational use along the south shore of the Lake Pontchartrain area would not be impaired under future with no additional Federal action conditions. Existing recreational facilities would not be affected; demands on these facilities would continue to increase as the population of the metropolitan area grows. Hunting would decrease due to habitat loss. The Jefferson Parish Department of Recreation has prepared a Master Plan for recreational development along the shoreline, which contains proposals for future additional recreational areas at the Bucktown lakeshore and Causeway Boulevard lakeshore, as well as for increased development of the National Recreation Trail. These proposals, if developed, would assist in filling increased recreational demands. As the water quality of the lake deteriorates, the associated water-based recreational resources would be reduced.

5.2.10.10. There are three sites in the project area designated as either a Wildlife Management Area (WMA) or refuge. Manchac WMA, located in the northeastern corner of St. John the Baptist Parish, is an 8,325-acre area owned and operated by the Louisiana Department of Wildlife and Fisheries (LDWF). Habitat types include intermediate marsh and cypress tupelo swamp. This area is open to the public for deer, small game, and waterfowl hunting, but receives its highest usage from waterfowl hunters. The 13,659-acre Joyce WMA is located in Tangipahoa Parish to the north of the Manchac WMA. It is owned and operated by the LDWF and is heavily utilized by waterfowl hunters. The St. Tammany Refuge is in St. Tammany Parish and consists of 1,300 acres of brackish marsh habitat; it is also managed by the LDWF. No hunting is allowed on this refuge. No Federal refuges are located in the project area; however, a large tract of marsh and wooded swamp in St. Charles Parish has been considered for inclusion into the National Wildlife Refuge System. Under future with no additional Federal action conditions, the

quality of these areas would decrease as a result of habitat degradation. The Manchac State Wildlife Management Area would encounter at least temporary flooding from hurricane winds, and, depending on salinity and duration of flood waters, irreversible habitat and vegetative changes could occur.

### 5.2.11. NATIONAL REGISTER OF HISTORIC PLACES

5.2.11.1. The National Register of Historic Places, as published in the "Federal Register" through 1 May 1984, was reviewed for sites within the project area. Located within the present and proposed levee system protecting Orleans, St. Bernard, Jefferson, and St. Charles Parishes are 104 historic properties and eight historic districts listed in the National Register of Historic Places. These properties include Big Oak and Little Oak Islands archeological sites, the Chalmette National Historical Park, Destrehan Plantation, Camp Parapet Powder Magazine, and the many historic buildings and districts in New Orleans. Of these historic properties and districts, 20 are further recognized by being designated as National Historic Landmarks.

5.2.11.2. The area outside the levee system also contains many significant cultural resources listed in the National Register. Forts Pike and Macomb are massive brick fortifications built in the early 1800's to protect the two natural passes into Lake Pontchartrain--The Rigolets and Chef Menteur Pass. The historic Town of Mandeville, including three structures listed in the Register and a proposed historic district facing the lake, is located on the north shore of the lake. Three lighthouses located on the lake's shoreline (Pass Manchac, New Canal, and Tchefuncte River Range Rear) have recently been listed in the National Register. Also listed in the Register are two archeological sites located in the marshes and swamps which constitute the lake's shoreline. The Tchefuncte type site (16ST1) is composed of two Rangia shell middens in the marsh east of Mandeville. The Bayou Jasmine site (16SJB2), a deeply buried cultural deposit dating to the Poverty Point period, is located in St. John the Baptist Parish between Lakes Maurepas and Pontchartrain.

5.2.11.3. Cultural resources studies, designed to identify National Register and Register-eligible properties in the project area, have been completed for the majority of the project's impact area. These surveys have identified two National Register properties in the potential impact area of the project. These two properties are Forts Pike and Macomb located immediately adjacent to the Rigolets and Chef Menteur Complexes, respectively, of the Barrier Plan. Potential visual impacts have not yet been fully addressed. In addition, a remote sensing survey of the offshore borrow areas in Lake Pontchartrain located numerous magnetic anomalies which could represent significant historic shipwrecks.

5.2.11.4. Cultural resource studies have not yet been completed for the Mandeville seawall, the St. Charles Parish levee, and the New Orleans

Outfall Canals alternative. No known properties currently listed in, or determined eligible for, the National Register are located in the possible impact areas of these project features.

5.2.11.5. Under future with no additional Federal action conditions, the National Register properties and districts located within and outside of the present and proposed levee system would be vulnerable to hurricane-related flood damage. Other historic properties not presently listed in the National Register would be subject to the same effects. The Mandeville seawall would be subject to collapse during hurricane or other storm-generated wave action. Such a collapse would lead to erosion and flood damages to the historic Town of Mandeville. In particular, the three National Register properties located on Lakeshore Drive and the proposed National Register district would be adversely affected by failure of the seawall. The many archeological sites located throughout the marshes and swamps of the project area will continue to be adversely affected. This results from urban growth, industrialization, and related development which will continue to expand into presently undeveloped low-lying areas. The destructive natural forces of marsh subsidence and shoreline erosion will continue also.

## 5.3.  SECTION 122 ITEMS

The following are those Section 122 items deemed to be signifi-cantly impacted by the project. For a discussion of all Section 122 items, see Appendix B, Exhibit 2, Socioeconomic Assessment.

### 5.3.1.  MINERALS

The mineral resources of the area consist primarily of petroleum which represented 96 percent of mineral production in 1975. There are also several active gas wells located in Lakes Pontchartrain and Borgne. Several submarine gas pipelines are located in the various levee reaches. These pipelines are primarily used to transport gas from well sites to users. Clay deposits are located on the north shore of Lake Pontchartrain at Howze Beach. Under the future with no additional Federal action conditions, the extraction of oil, gas, and minerals would continue, but eventually would decrease in importance as resources dwindle.

### 5.3.2.  AIR QUALITY

Air quality is relatively good compared to other urban areas. Of the six pollutants for which the US Environmental Protection Agency has set National Ambient Air Quality Standards, New Orleans violates only one, ozone (Office of Analysis and Planning, City of New Orleans, 1981). The Clean Air Act also provides for maintaining or improving existing air quality in areas already meeting current standards. For this purpose, various classes of areas have been designated with certain allowable levels of emissions. Under this classification, New Orleans

areas would be in the Class II category, which allows moderate emissions
for some economic growth.  Under future with no additional Federal
action conditions, air quality in the area would change to some degree
due to continual development of residential, commercial, and light
industrial development.

### 5.3.3.   NOISE

The project area ranges from urban to isolated, sparsely populated
out-lying coastal communities.  The urban portion of the project is
subjected to traffic noise and ongoing construction works.  The rural,
isolated areas are relatively noise free.  However, noise caused by the
activities of the oil and gas industry, shipping, and sport and
commercial fishing occurs throughout the area.  Under future with no
additional Federal action conditions, the noise levels would increase
due to continuing urban and industrial development.

### 5.3.4.   FLOOD CONTROL

Historically, land development in the New Orleans area has involved
the construction of levees with drainage through a system of pumps.
Local officials recognize these procedures as a trade-off, balancing the
needs for hurricane protection and land development against reducing a
certain amount of the adjacent wetland acreage which is also considered
a valuable resource.  Flood control programs have been involved in the
development of a multiplicity of the area's water, land, mineral, and
human resources.  Under future with no additional Federal action
conditions, some local flood protection possibly could be implemented,
but probably not to the extent needed to protect developing areas.

### 5.3.5.   PROPERTY VALUES

The value of protected property is relatively high compared to
unprotected property.  Under future with no additional Federal action
conditions, properties without adequate protection would be of less
value.

### 5.3.6.   BUSINESS AND INDUSTRIAL ACTIVITY

The economic base of the New Orleans area is centered around
transportation and related commercial activities.  Port operations at
New Orleans are among the world's most active.  Consequently, related
businesses and industries in the area are heavily dependent on port
activities.  Existing facilities along the riverfront have become dated
by current standards.  At the same time, other commercial interests,
including tourism and convention activities, have been attracted to the
riverfront.  A number of commercial and light industrial establishments
are located along the IHNC.  Under future with no additional Federal
action conditions, trends would be toward increasing tourist trade and
commercial development, with industrial activities increasing in the
Almonaster-Michoud Industrial District.

5.3.7.   **EMPLOYMENT**

Historically, over 65 percent of the people employed in the project area have been engaged in services, retail trade, manufacturing, transportation, communications and utilities, and construction. Under future with no additional Federal action conditions, employment would be expected to increase, but not as much as if the area were protected.

5.3.8.   **HOUSING**

The limited amount of protected land in the New Orleans area has resulted in relatively high density housing. As in other urban centers, low incomes in the inner city have resulted in pockets of low quality housing. Construction has grown rapidly in suburban areas. A gradual pattern of renovation is occurring in older neighborhoods. Under future with no additional Federal action conditions, protected land available for housing would be reduced, which would result in the construction of more high density housing.

5.3.9.   **ESTHETICS**

Esthetic values are high in many parts of the study area, although poorly planned urban and commercial expansion has caused a decrease in some areas. Lake Pontchartrain, the shoreline and associated parks, the marshes of St. Bernard and St. Charles Parishes, historic sites and parks all contribute to these values. Under future with no additional Federal action conditions, esthetics probably would remain similar to the present.

5.3.10.   **COMMUNITY COHESION**

Community opinion generally favors additional flood protection. Under future with no additional Federal action conditions, public opinion would continue to favor a solution to the problem of hurricane-induced flooding.

# 6. ENVIRONMENTAL EFFECTS

## 6.1. SIGNIFICANT RESOURCES

This section discusses the impacts projected to result from completion of the project by utilizing either the High Level (Plan 10) or Barrier (Plan 2) Plans. Impacts addressed in the existing EIS that have or will have occurred up to 1984 and are considered common to both plans will not be discussed in this section, but will be addressed for mitigation purposes only. (See Paragraph 4.4.2.4.) Habitat conversion (by feature) due to direct construction is shown in Table 6.1. Habitat acreages impacted by direct construction of the two plans are presented in Table 6.2. The area of potential construction impact referred to in the table is the total acres impacted by either plan. This area is then analyzed to compute future scenarios. Table 6.3 compares acres available in 1978 with acres expected to be available in 2100 for three scenarios: future with no additional Federal action, future with Barrier Plan, and future with High Level Plan. The methodology for calculating these projections is explained in Appendix C, Section XIII. These projections are rough estimates and are only of value in comparing plans. In the following paragraphs, the acres lost to direct construction will be stated. Then the net increase or decrease in habitat type will be discussed. This net change is the difference between the future with no additional Federal action and the future with the plan.

### 6.1.1. CYPRESS-TUPELO SWAMPS

6.1.1.1. HIGH LEVEL PLAN. Levee construction would destroy 213 acres of swamp. By 2100, the net decrease in the area of potential construction impact would be 56 acres. Cypress tupelo habitat is more abundant in the study area and is generally of less value to wildlife than bottomland hardwoods. Approximately 4,000 acres of swamp in St. Charles Parish would be impounded by the levee, but culverts would maintain the existing water exchange.

6.1.1.2. BARRIER PLAN. Approximately 164 acres would be lost due to levee construction. By 2100, the net decrease in the area of potential construction impact would be 49 acres. The operation of the barrier structure could provide protection to the cypress-tupelo habitats along the northwestern shoreline of Lake Pontchartrain. With the gates of the barrier structure closed, the amount of floodwater reaching the cypress tupelo habitat would be minimized along with the adverse effects of elevated salinities.

### 6.1.2. BOTTOMLAND HARDWOOD

6.1.2.1. HIGH LEVEL PLAN. This habitat type would not be impacted by direct construction. Thus, there would be no net loss by 2100.

TABLE 6.1

HABITAT CONVERSION DUE TO POST-1984 CONSTRUCTION BY FEATURE
(acres)

BARRIER PLAN

| Feature | Habitat Impacted | Scrub Shrub | Levee and Structure | Bayou/ Canal | Lake Bottoms |
|---|---|---|---|---|---|
| Chef Menteur Area | 1,943 marsh | 1,681 | 146 | 116 | |
| | 28 lake bottoms | 28 | | | |
| | 359 bayou/canal | | 120 | 239 | |
| Rigolets Area | 420 marsh | 331 | 61 | 28 | |
| | 37 levee | | 37 | | |
| | 41 bottomland hardwood | | 29 | 12 | |
| | 511 bayou/canal | | 238 | 273 | |
| St. Charles Area | 164 cypress-tupelo | | 164 | | |
| TOTALS | 3,503 | 2,040 | 795 | 668 | |

HIGH LEVEL PLAN

| Feature | Habitat Impacted | Scrub Shrub | Levee and Structure | Bayou/ Canal | Lake Bottoms |
|---|---|---|---|---|---|
| GIWW to South Point | 28 marsh | | 28 | | |
| | 36 levee | | 36 | | |
| New Orleans East-Back | 3 lake bottoms | | 3 | | |
| New Orleans East-Lakefront | 26 marsh | | 26 | | |
| | 50 levee | | 50 | | |
| Jefferson Parish Lakefront | 88 scrub shrub | | 88 | | |
| | 408 lake bottoms | | 408 | | |
| | 265 levee | | 265 | | |
| | 573 lake bottoms | | | | 573 |
| St. Charles | 213 cypress-tupelo | | 213 | | |
| TOTALS | 1,690 | | 1,117 | | 573 |

TABLE 6.2

ACRES IMPACTED IN AREAS OF POTENTIAL CONSTRUCTION IMPACT (BY HABITAT)
IN 1978

| HABITAT TYPE | BARRIER PLAN | HIGH LEVEL PLAN | AREA OF POTENTIAL[1] CONSTRUCTION IMPACT |
|---|---|---|---|
| Cypress-tupelo | 164 | 213 | 213 |
| Brackish/saline marsh | 2,363 | 54 | 2,417 |
| Lake bottoms | 28 | 984 | 1,012 |
| Bayou/canal | 870 | 0 | 870 |
| Bottomland hardwoods | 41 | 0 | 41 |
| Levee | 37 | 351 | 388 |
| Scrub shrub | | 88 | 88 |
| TOTAL | 3,503 | 1,690 | 5,029 |

[1]The area of potential construction impacts consists of the total
construction right-of-way which would be either totally or partially
affected by project construction.

TABLE 6.3

FUTURE ACREAGE WITHIN AREA OF POTENTIAL CONSTRUCTION IMPACT

| Habitat Type | Base Conditions (1978) | Future with no additional Federal action[1] | Future with High Level Plan[1] | Future with Barrier Plan[1] |
|---|---|---|---|---|
| Cypress-tupelo | 213 | 56 | 0 | 7 |
| Brackish/saline marsh | 2,417 | 857 | 834 | 20 |
| Lake bottoms | 1,012 | 1,528 | 1,091 | 1,051 |
| Bayou/canal | 870 | 994 | 992 | 667 |
| Bottomland hardwoods | 41 | 3 | 3 | 0 |
| Scrub shrub | 88 | 870 | 706 | 2,160 |
| Levee | 388 | 641 | 1,295 | 1,017 |
| TOTAL | 5,029 | 4,949 | 4,921 | 4,922 |

[1]Future is year 2100.

6.1.2.2. BARRIER PLAN. The entire 41 acres in the area of direct impact would be converted to levee or borrow. By 2100, the net decrease in the area of potential construction impact would be 4 acres.

6.1.3.  MARSHES

6.1.3.1. HIGH LEVEL PLAN. Levee construction would destroy 54 acres of marsh. By 2100, there would be a net decrease of 23 acres in the area of potential construction impact. Levee construction would result in the burial of existing marsh; the higher ground elevations would preclude repopulation by marsh plants.

6.1.3.2. BARRIER PLAN. Construction of levees would destroy 2,363 acres of brackish-saline marsh. By 2100, there would be a net decrease of 837 acres in the area of potential construction impact. The majority of the marsh loss is the result of burial by dredged material associated with the barrier complexes. This material raises ground elevations and encourages succession to scrub shrub habitat. Some marsh would become levee and some would become bayou/canal.

6.1.4.  LAKE PONTCHARTRAIN AND ADJACENT WATERS

6.1.4.1. HIGH LEVEL PLAN. Approximately 411 acres of lake bottom would be filled for levee construction (mostly in Jefferson Parish) and an additional 573 acres of lake bottom (0.1 percent of the total lake bottoms) off Jefferson Parish would be deepened. By 2100, there would be approximately 1,091 acres of lake bottom in the area of direct impact. This would be 437 acres less than would exist under future with no additional Federal action conditions. No bayou/canal habitat would be impacted by this plan.

6.1.4.2. Both short- and long-term water quality impacts could result from construction of the Jefferson Parish levee with hydraulic fill. Short-term impacts, primarily related to solids lost to adjacent waters, would occur during the multi-lift levee construction periods, each approximately 18 months long. Data from analyses of the proposed borrow material, and elutriates prepared from that material indicate relatively low to moderate potential for release of contaminants from dredged materials. However, localized dissolved oxygen depletion due to chemical and biochemical oxygen demands might occur. Minor modification of local water chemistry might result from the fill material discharges. Generally, sufficient mixing and dilution should be available to retard radical changes in water chemistry in the immediate discharge area. Since these levees would be built in successive lifts, it is probable that leaching of the fill material would occur between each lift. These leachates could contain contaminants along with the mineral solids which would enter Lake Pontchartrain through the runoff. Although the quality of runoff could be very poor at times, the quantities of runoff would generally be insignificant in relation to the dilution potential of the receiving waters; however, during the

placement of the first lift, erosion control measures would be implemented, and therefore, the leaching of the fill material would be moderated.

6.1.4.3.   To obtain fill for Jefferson Parish Lakefront levees, dredging to depths approaching 60 feet below existing lake bottom levels would be required.   Evaluation of water quality in deep borrow pits located in the New Orleans District indicates that the quality of the upper oxygenated waters generally reflects conditions in adjacent waters. However, the deeper waters are subjected to oxygen depletion by bacterial action on accumulated organic matter. Deprived of atmospheric reaeration, they become anoxic during a portion of the year.   Anoxic conditions tend to increase the rate of release of some bound contaminants from the bottom muds. However, current research (Gambreil, Khalid, Verloo, and Patrick, 1977) indicates that low pH and redox-potential in sediment-water systems tend to favor formation of soluble species of metals; whereas, in oxidized non-acid systems, slightly soluble or insoluble forms tend to predominate.   Thus, a reducing environment may immobilize metals.   Based on available literature and limited data from an existing 65-foot hole in Lake Pontchartrain, it does not appear that conditions conducive to toxic material release would exist in the holes because of the neutral pH water and reduced sediments which will exist in the holes.   Dense highly saline water tends to occupy the lower depths of the deep borrow pits.   Consequently, deep borrow pits often exhibit strong density gradients due to dissolved solids differentials between the surface and deep waters.   If toxic materials were released from bottom sediments, the density gradient that would be established would not permit mixing with the adjacent water of Lake Pontchartrain.   The mild climate of the project area generally precludes thermally-induced seasonal exchange (overturn) of surface and bottom waters.   In addition, hydraulic analyses of water movements in Lake Pontchartrain, as related to horizontal and vertical displacement in deep water for typical and extreme tidal occurrences, indicate that, even during extreme conditions (hurricanes), the bottom waters of a 60-foot borrow pit would not mix with adjacent Lake Pontchartrain waters.

6.1.4.4.   Most of the water quality impacts attributable to constructing levees which follow existing levee alinements would result from solids contained in runoff from levee-fill areas.   Such impacts are normally intermittent, highly localized, and relatively short-term.   The quality of runoff could be very poor at times, but runoff quantities generally would be insignificant in relation to the quantity of water available for mixing and dilution.

6.1.4.5.   Fill-material discharges associated with constructing the new St. Charles Parish levee would also cause intermittent and relatively short-term water quality impacts.   This levee reach would be constructed using dry-hauled fill.   Dissolved oxygen depletion could occur in shallow marsh waters at the fringes of the levee-fill areas.   Also,

locally intensified nitrogen and phosphorus levels might occur as a result of the fill-material discharges.

6.1.4.6. Water quality impacts attributable to fill-material discharges are addressed in detail in the Section 404(b)(1) Evaluation Reports (Appendix C).

6.1.4.7. BARRIER PLAN. Levee construction would fill approximately 28 acres of lake bottoms. By 2100, an estimated 1,051 acres would exist in the area of potential construction impact. This is approximately 477 acres less than would accrue through normal marsh loss in the future with no additional Federal action. This is because the marsh that would become lake bottom without the barriers would be utilized for disposal.

6.1.4.8. Construction of the barrier complex would cause 359 acres of bayou/canal habitat to be converted to levee/structure; an additional 512 acres (0.1 percent of the total lake bottoms) would be deepened to 20-40 feet below existing bottoms. By 2100, an estimated 467 acres of this habitat would remain in the area of direct impact. This is 327 acres less than would occur under future with no additional Federal action conditions.

6.1.4.9. Hydraulic dredging to depths approaching 40-50 feet below existing lake bottom levels would be required to obtain fill for construction relating to the barrier complexes. Consequently, essentially permanent water quality impacts related to deep borrow pits, as discussed for the High Level Plan, also are applicable to this plan. For additional information on effects of barrier construction on water quality, refer to report entitled "Effects of Flood Control Barriers in Passes of Lake Pontchartrain, Louisiana," included in the Environmental Resources Appendix of this report. Further, water quality impacts associated with constructing the St. Charles Parish levee would be the same as described for the High Level Plan.

6.1.4.10. Constructing the barrier complexes could result in both short- and long-term water quality impacts. The most readily identi-fiable effects relate to hydraulic dredging to obtain an estimated 36 million cubic yards for in-place construction fill. Excess dredged material in an amount approximately equal to the required in-place quantity could be lost to adjacent surface waters. Contaminants bound to hydraulically-dredged sediments could be dispersed over a relatively large area adjacent to the construction sites. Potentially, long-term contaminant leaching from the earthern structures could occur, producing trace levels of pollutants in adjacent waters. Subtle, essentially permanent, modification of local current and flow patterns near the barrier structures could potentially cause areas of poor water circulation and reduced flushing with attendant water quality problems.

### 6.1.5.    **FISHERIES**

6.1.5.1.  HIGH LEVEL PLAN.  The reduction in marsh acreage discussed in paragraph 6.1.3.1. would result in the loss of productive nursery habitat for shrimp, menhaden, and other commercial species including blue crab, red drum, seatrout, Atlantic croaker, and spot.  Turner (1979) reported that the Louisiana commercial inshore shrimp catch is directly proportional to the area of intertidal wetlands, and that the area of inshore water does not seem to be associated with the average shrimp yields.  An analysis by Cavit (1979) determined that yields of menhaden increase in proportion to the ratio of marsh to open water. Marshes contribute vast amounts of organic detritus to adjacent estuarine water (Odum et al., 1973).

6.1.5.2.  As shown in Table 6.4, the annual commercial catch attributable to Lakes Pontchartrain and Borgne in the year 2100 under the High Level Plan would be an estimated 10,296 pounds less than the expected catch under the future with no additional Federal action condition.  This would be approximately $2,644 less compared to the future with no additional Federal action.  The greatest losses would be to the commercial catches of menhaden and shrimp.  The data in Table 6.4 was computed by using commercial landing data for Hydrologic Unit I collected by the NMFS to estimate the average annual estuarine-dependent commercial fishery harvest from the period 1963 to 1978.  The estimates were based on the following assumptions:  (1) fish and shellfish production is attributable to the marshes in the project area currently being harvested at or near maximum sustained yield, and (2) that marsh losses associated with project construction would cause a proportional loss in fisheries production.

TABLE 6.4

ESTIMATED HARVEST (POUNDS) PRODUCED FROM AREA OF POTENTIAL
CONSTRUCTION IMPACT AND HARVESTED FROM LAKES PONTCHARTRAIN AND BORGNE
AND OFFSHORE OF VARIOUS COMMERCIAL SPECIES IN 2100

| FUTURE WITH NO ADDITIONAL FEDERAL ACTION | HIGH LEVEL PLAN | BARRIER PLAN |
|---|---|---|
| 442,103 | 431,807 | 53,295 |

Additional information concerning commercial fishery benefits can be found in Appendix C, Natural Resources, and Appendix B, Economics.

6.1.5.3.  In the 573 acres along the Jefferson Parish lakefront where hydraulic dredging is to be utilized, existing benthic populations would be destroyed.  An additional 411 acres of lake bottoms would be permanently removed from benthic production by burial during fill placement for levee construction.  During fill placement, epibenthic organisms such as shrimp and crab would be able to escape burial, while most sessile or slow-moving organisms such as molluscs would be lost. Turbidities would be increased in the vicinity of the fill, and the major impact would be a reduction in primary production.  The various estuarine fish species inhabiting these water bodies would be mobile enough to avoid direct adverse impacts; however, the localized benthic and planktonic food supplies would be reduced or lost.  Due to construction of levees in successive lifts, the impacts could persist for as long as 12 months in some locations.  As explained in paragraph 6.1.4.4., erosion control measures would be implemented to reduce leaching of the fill material.

6.1.5.4.  The proposed 60-foot NGVD depths of the Jefferson Parish borrow areas would create areas that would not receive proper circulation and could become anoxic nutrient sumps.  These could chemically or physically stratify, rendering them unsuitable for benthic organisms for an extremely long time.  These deep holes would possibly attract fish due to the cooler or warmer temperatures, (depending on seasons) and, as a result of these anoxic conditions, could cause fish kills (Pisapia, 1974).

6.1.5.5.  While this deeply dredged lake bottom would be removed from benthic production for an extended period of time, it represents only 0.2 percent of the offshore water in Lake Pontchartrain and approximately 0.1 percent of the total lake bottom habitat.  The total abundance of benthic macrofauna in this area is moderate (see benthic distribution map, Appendix C); however, numbers and species diversity is low in comparison to more productive areas in the lake (Bahr and Sikora, 1980).  Levine (in Stone et al., 1980) noted the benthic food web is composed primarily of worms, molluscs, crabs, insect larvae, amphipods and isopods, each of which is utilized by at least 10 fish species within Lake Pontchartrain.  However, this benthic food source is utilized directly by only 12 percent of the fish species in Lake Pontchartrain.  Because the types of benthic macrofauna found in the area of impact are not heavily utilized by the majority of the fish species, and because the area comprises a small amount of the habitat available, the lake bottom excavation is not expected to significantly affect long-term fishery resources; however, localized short-term effects would occur as described in paragraph 6.1.5.4.

6.1.5.6.  The  onstruction activity would cause some decline in the freshwater sport and commercial fishery.  Since the area of suitable freshwater habitat within the area of direct impact is small and usage difficult to reliably quantify, no numeric estimate of impacts on freshwater fish populations or fisherman usage was attempted.

6.1.5.7. The USFWS estimates that the marsh and swamp lost due to the High Level Plan would cause an annual loss of 200 man-days of sport fishing valued at $2,800 (see Appendix C, Section XIV). The most likely sportfish habitat subject to direct construction impact would be found in the nearshore areas where fill activity would occur. As reported by Rogillio and Brassette (1977), the standing crop for sportfish in the nearshore area averaged approximately 83 pounds per acre. However, the eastern stations around Highway 11, South Shore, and Bayou Lacombe produced approximately three times as many fish per acre as the western portion of the lake where the fill would occur. The loss of 408 acres of lake bottom and 54 acres of marsh would slightly decrease the sport fishery. Aside from the long-term impacts associated with direct loss of lake bottoms, there are the less presistent impacts associated with turbidity and runoff. In some locations where levee construction is done in successive lifts, the turbidity and runoff are minimal but constant due to leaching until the last lift is in place and erosion control measures are implemented. Foreshore protection and associated floatation channels could result in temporary degradation of water quality, displacement or elimination of benthic organisms and changes in composition of nearshore fish species. There could be a slight reduction of bottom feeders and an increase in hard surface feeders (sheepshead). The benthic organisms which prefer hard surface and wave wash zones would be provided additional habitat by the riprap placement.

6.1.5.8. BARRIER PLAN. The Barrier Plan would have much more severe impact on the fishery resources as a result of the loss of 2,363 acres of marsh and 870 acres of bayou/canal habitat due to construction. The fishery value of the impacted marsh is much higher than that affected by the High Level Plan. The peripheral location of these marshes makes them easily accessible to migratory species.

6.1.5.9. The importance of the loss of these marshes can be shown by the projected decline in commercial catch by the year 2100. While the High Level Plan reduces the estimated commercial catch for the year 2100 by 10,300 pounds, this plan would reduce this catch by an estimated 388,800 pounds and $100,000 compared to the future with no additional Federal action conditions.

6.1.5.10. The USFWS estimates that loss of marsh and swamp attributed to the Barrier Plan would cause an annual reduction of 16,793 man-days of sport fishing valued at $65,493. In a survey of the sportfishing of Lake Pontchartrain, Rogillio and Brassett (1977) noted that the most productive areas were located near Highway 11 and Bayou Lacombe, with production ranging from 127 to 88 pounds per acre, respectively. The large amount of turbidity associated with dredging and fill placement which would occur in the construction areas would result in a potential for significant impact on this fishery. In addition, access to some of the area might be limited to some fishermen for the short term. More detailed estimates of commercial and sport fishery values can be found in "Effects of Flood Control Barriers in Passes of Lake Pontchartrain,

Louisiana," Appendix C, Environmental Resources. Other than these economic impacts, various unquantifiable biological impacts would also result from the implementation of this plan. The creation of 20- to 50-foot deep holes by dredging would have impacts similar to those discussed in paragraph 6.1.5.4. New benthic substrates would be created on the riprap on the pass approaches, rock dikes at Seabrook, and unconsolidated sediments. All of these would support some type of benthic fauna, but might cause changes in fish species in the area as a result of this change in food base. Reductions would occur in biological, detrital, and nutrient transport through the passes and would limit the populations of pass-dependent commercial and sportfish utilizing Lake Pontchartrain. Approximately 96 percent of the commercial species are pass dependent (Thompson and Verret, 1980). Approximately 80 percent of the commercial harvest poundage for Lake Pontchartrain is blue crab, which is pass dependent. Shoal areas of value to various fish and shellfish might be lost by channel deepening or construction of the closure dam. Migration routes for species limited to the shallow water areas would be blocked by the dam (Davis et al., 1970). While the quantity cannot be accurately estimated, active migration of fresh crabs, shrimp, and other macro-organisms might also be reduced. There could be potential adverse fishery impacts associated with the actual operation of the gated barrier structures. While these impacts cannot be readily quantified, it is probable that they would result in short-term, localized changes in the fishery. During closure, marine and estuarine species would be isolated from their feeding and nursery areas within the lake. A drop in lake salinity would be initiated by structure closure (Tallant and Simmons, 1963). This salinity change could displace those less adaptable fish species which have preferences for higher salinities. The more freshwater tolerant species could expand their foraging range, and as a result, an overlap of feeding niches could occur; thus, this would increase competition for the existing food base. This impact should be only short-term unless the structures are closed for long periods of time. Additionally, some anadromous fish species utilizing the lake during structure closure would be trapped in the lake and migratory runs would be delayed.

6.1.5.11. Generally, there would be reductions in the standing crops of forage fish, thus reducing quantity of food available for predator species. Nursery support for planktonic feeders, such as menhaden, and food for ocean spwners like croaker, seatrout, and drum would be reduced. Resulting lower salinities in the lake might be less favorable to some molluscs dependent on brackish water. Opportunistic feeders who feed in waters of higher salinity would find their range compressed within the lake.

6.1.6. **WILDLIFE**

6.1.6.1. HIGH LEVEL PLAN. By 2100, there would be essentially no bottomland hardwoods and very little wooded swamp remaining in the area

of potential construction impact under the future with no additional Federal action conditions, the High Level Plan, or the Barrier Plan; therefore, wildlife dependent on these forested areas would decline, but very little of the decline would be project-induced. Various habitats (54 acres of marsh and 213 acres of cypress-tupelo) would be immediately lost due to construction, instead of slowly disappearing as they would under future with no additional Federal action conditions. Therefore, the decrease in wildlife numbers and diversity would be slightly more rapid under the High Level Plan than it would with no additional Federal action.

6.1.6.2. Construction activities would kill some young or slow-moving wildlife and would force other animals to move to adjacent areas. The majority of these displaced animals would die because of competition with existing residents of the nearby areas.

6.1.6.3. BARRIER PLAN. The Barrier Plan would have a moderate adverse impact on marsh wildlife because of the net loss of 837 acres of marsh. The marsh that would be impacted is extremely valuable for muskrat and waterfowl. Approximately 41 acres of bottomland hardwoods and 164 acres of cypress-tupelo would be lost immediately due to construction. As discussed above, this would cause the minor project-induced wildlife decline to occur slightly more rapidly. Other impacts would occur as discussed in paragraph 6.1.6.2. above. In terms of hurricane-induced flooding, the Barrier Plan would prevent some drowning of wildlife and isolation from feeding areas.

6.1.7. ENDANGERED SPECIES

6.1.7.1. HIGH LEVEL PLAN. As described in Appendix C, Section I, there would be no impact on the St. Charles Parish eagle nest since it is 1.5 miles from the nearest levee construction. The loss of 213 acres of cypress-tupelo would not adversely impact the eagle.

6.1.7.2. BARRIER PLAN. This plan, as presently constituted, would disturb or possibly destroy active bald eagle nesting sites as a result of associated levee construction. For a further discussion, see Appendix C, Section I.

6.1.8. "BLUE LIST"

6.1.8.1. HIGH LEVEL PLAN. Species that utilize the marsh (see Table 5.4) would lose some habitat, but the net loss of 55 acres of marsh by year 2100 would not significantly impact these marsh utilizing species. The timing of the marsh loss could have minor impacts on species numbers. With the High Level Plan, several acres of marsh would be immediately lost due to construction; without the project, there would be a steady decline in marsh acres due to natural and man-made uses. By the end of project life, there would be very little forested habitat left in the project area with the High Level Plan, the Barrier

EIS-61