# EXHIBIT 13



DEPARTMENT OF THE ARMY
MISSISSIPPI RIVER COMMISSION, CORPS OF ENGINEERS
VICKSBURG, MISSISSIPPI 39180

ADDRESS REPLY TO:
PRESIDENT, MISSISSIPPI RIVER COMMISSION
CORPS OF ENGINEERS
P. O. BOX 80
VICKSBURG, MISSISSIPPI 39180

CEMRC-ED-GS 28 DEC '87

MEMORANDUM FOR: Commander, New Orleans District, ATTN: CELMV-ED-F

SUBJECT: Sheet Pile Wall Design Criteria

1. The final "E-99 Sheet Pile Wall Load Test Report (ref 5c, encl 3)" is enclosed along with our responses (ref 5b, encl 2) to the CELMN-ED comments in the 1st End to ref 5a (encl 1).

2. Also enclosed is a CEWES-GE memorandum which summarizes the results of a finite element study (see 2d and 3d endorsements to ref 5a). In short, this study indicates that, for a sheet pile wall driven into a levee founded on very soft to soft clays, the majority of lateral sheet pile movement during flood loading will likely be due to deep seated foundation movement and not due to sheet pile flexural deflection. Driving the sheet pile deeper has little effect on overall levee stability, or after some limiting depth, on flexural deflection at the top of the wall. This data reinforces the conclusions reached in the E-99 report that excessive sheet pile penetrations are not warranted.

3. Based on the E-99 report and the CEWES-GE study, the following design criteria have been developed and should be followed to determine the required penetration for sheet pile floodwalls founded in soft clays.

Q Case

EE 032216

✓ F.S. = 1.0 w/ SWL + 3.0 (Gross Grade)

✓ F.S. = 1.5 with water to flowline or SWL

✓ F.S. = 1.25 with water to freeboard (net levee grade) for river levees or with SWL and waveload for hurricane protection levees

F.S. = 1.0 SWL + 2.0'

~~To FORCE @ 1.25 Q CASE~~
~~WAVE ... 1.2 S-CASE~~

S-Case

✓ F.S. = 1.2 with water to flowline or SWL + waveload (if applicable) for hurricane protection levees

F.S. = 1.0 with water to freeboard (net levee grade) for river levees MRT

~~F.S. 1.5 SWL~~

Select the maximum penetration from the above analyses. Since the E-99 test section, at maximum head, had about a 3:1 penetration to head ratio,* the above design procedure should primarily be applied to this or greater penetration to head ratios. The primary intent of this revised criteria is to prevent excessive sheet pile penetrations which do not improve either sheet pile or overall levee stability. If the penetration to head ratio is less than about 3:1, increase it to 3:1 or to that required by the S-case, F.S. = 1.5, SWL whichever results in the least penetration. Further study may allow this restriction to be eliminated.

* use SWL or FLOW LINE TO GET HEAD/PEN RATIO

# EXHIBIT 14



US Army Corps
of Engineers
Lower Mississippi Valley
Division

TECHNICAL REPORT NO. 1

# E-99 SHEET PILE WALL
# FIELD LOAD TEST REPORT

U.S. ARMY ENGINEER DIVISION
LOWER MISSISSIPPI VALLEY
P.O. BOX 80, VICKSBURG, MS 39180

Unclassified
SECURITY CLASSIFICATION OF THIS PAGE

# REPORT DOCUMENTATION PAGE

Form Approved
OMB No. 0704-0188
Exp. Date: Jun 30, 1986

1a. REPORT SECURITY CLASSIFICATION: Unclassified

1b. RESTRICTIVE MARKINGS

2a. SECURITY CLASSIFICATION AUTHORITY

2b. DECLASSIFICATION/DOWNGRADING SCHEDULE

3. DISTRIBUTION/AVAILABILITY OF REPORT: Approved for public release; distribution unlimited.

4. PERFORMING ORGANIZATION REPORT NUMBER(S): Technical Report No. 1

5. MONITORING ORGANIZATION REPORT NUMBER(S)

6a. NAME OF PERFORMING ORGANIZATION: US Army Engineer Division, Lower Mississippi Valley

6b. OFFICE SYMBOL (If applicable)

7a. NAME OF MONITORING ORGANIZATION

6c. ADDRESS (City, State, and ZIP Code): PO Box 80, Vicksburg, MS 39180-0080

7b. ADDRESS (City, State, and ZIP Code)

8a. NAME OF FUNDING/SPONSORING ORGANIZATION: US Army Corps of Engineers

8b. OFFICE SYMBOL (If applicable)

9. PROCUREMENT INSTRUMENT IDENTIFICATION NUMBER

8c. ADDRESS (City, State, and ZIP Code): Washington, DC 20314-1000

10. SOURCE OF FUNDING NUMBERS

| PROGRAM ELEMENT NO. | PROJECT NO. | TASK NO. | WORK UNIT ACCESSION NO. |
|---|---|---|---|
| | | | |

11. TITLE (Include Security Classification): E-99 Sheet Pile Wall, Field Load Test Report

12. PERSONAL AUTHOR(S): Jackson, Richard B.

13a. TYPE OF REPORT: Final report

13b. TIME COVERED: FROM ______ TO ______

14. DATE OF REPORT (Year, Month, Day): June 1988

15. PAGE COUNT: 85

16. SUPPLEMENTARY NOTATION

17. COSATI CODES

| FIELD | GROUP | SUB-GROUP |
|---|---|---|
| | | |
| | | |

18. SUBJECT TERMS (Continue on reverse if necessary and identify by block number)
Field load test
Floodwall
Penetration design
Steel sheet piling

19. ABSTRACT (Continue on reverse if necessary and identify by block number)

This technical report presents the results of a field load test that was performed on a PZ-27 sheet pile wall located in the Atchafalaya Basin south of Morgan City, LA. Flood loading was simulated by ponding water against the wall, which was founded in soft clays, at levels up to 8 ft for a period of 60 days. Instrumentation consisted of inclinometers, strain gages, and piezometers. Instrumentation data are plotted and analyzed. Sheet pile performance is compared to that predicted by conventional limit equilibrium analyses and soil-structure interaction analyses. Conclusions are presented regarding the applicability of current sheet pile wall design criteria to the test wall.

20. DISTRIBUTION/AVAILABILITY OF ABSTRACT: ☒ UNCLASSIFIED/UNLIMITED ☐ SAME AS RPT. ☐ DTIC USERS

21. ABSTRACT SECURITY CLASSIFICATION: Unclassified

22a. NAME OF RESPONSIBLE INDIVIDUAL

22b. TELEPHONE (Include Area Code)

22c. OFFICE SYMBOL

DD FORM 1473, 84 MAR — 83 APR edition may be used until exhausted. All other editions are obsolete.

SECURITY CLASSIFICATION OF THIS PAGE
Unclassified

# PREFACE

This report describes a field load test that was performed on a sheet pile wall and presents the data that were obtained in the test. This test was initiated by the US Army Engineer Division, Lower Mississippi Valley (LMVD), in a letter to US Army Engineer District, New Orleans (NOD), dated 29 Oct 84. The load test was performed during the period May through September 1985 as part of the E-99, East Atchafalaya Basin Protection Levee Sheet Pile Floodwall construction contract.

The test was coordinated in the field by Mr. William Caver of the NOD under the general supervision of Mr. Rodney Picciola, Chief, Foundation and Materials Branch, Engineering Division, and under the direct supervision of Mr. Gerard Satterlee, Chief, Dams, Levees, and Channels Section. This report was prepared at the LMVD office by Mr. Richard Jackson under the general supervision of Mr. Frank Weaver, Chief of the Geotechnical and Materials Branch, Engineering Division, and under the direct supervision of Mr. Lawrence Cave, Chief of the Soils Section. Mr. Frank Johnson of Technical Engineering Branch at LMVD provided assistance with the structural engineering aspects of the load test design and report preparation. Instrumentation support was provided by the US Army Engineer Waterways Experiment Station, Instrumentation Division, supervised by Mr. Leiland Duke, Chief of the Operations Branch.

Commander of the NOD during the test was COL Eugene Witherspoon, CE. Commander of the LMVD was BG Thomas Sands.

CONTENTS

| | Page |
|---|---|
| PREFACE | i |
| CONVERSION FACTORS, NON-SI TO SI (METRIC) UNITS OF MEASUREMENT | iii |
| I. Introduction | 1 |
| Background | 1 |
| Purpose of Test | 1 |
| II. Test Site | 2 |
| Site Selection | 2 |
| Foundation Conditions | 2 |
| III. Test Section Design and Construction | 3 |
| Design | 3 |
| Instrumentation | 3 |
| Construction | 4 |
| Loading | 4 |
| IV. Test Wall Performance | 5 |
| Lateral Deflection | 5 |
| Strain Gage Measurements | 6 |
| Piezometer Readings | 7 |
| V. Analysis of Test Data | 7 |
| VI. Conclusions | 9 |
| PLATES 1-45 | |
| APPENDIX A: Computer Analysis Printouts | A1 |

# CONVERSION FACTORS, NON-SI TO SI (METRIC) UNITS OF MEASUREMENT

Non-SI units of measurement used in this report can be converted to SI (metric) units as follows:

| Multiply | By | To Obtain |
|---|---|---|
| feet | 0.3048 | metres |
| foot-pounds (force) | 1.355818 | metre-newtons or joules |
| inches | 25.4 | millimetres |
| pounds (force) per square inch | 6,894.757 | pascals |
| pounds (mass) per square foot | 4.882428 | kilograms per square metre |

# E-99 SHEET PILE WALL
# FIELD LOAD TEST REPORT

## I. Introduction

### Background

Within the New Orleans District (NOD) cantilever sheet pile walls, often capped with concrete and called I-walls, are utilized to provide flood protection along the Mississippi and Atchafalaya Rivers, as well as hurricane protection. Over the next few years, construction of many miles of these I-type floodwalls is proposed at an estimated cost of over $100,000,000. The cost of these walls is obviously highly dependent on the sheet pile penetration required for stability.

### Purpose of Test

The most appropriate method of analysis for determining the optimum depth of penetration for cantilever sheet pile walls has been the subject of considerable discussion among design engineers for many years. The method of analysis currently used within the Lower Mississippi Valley Division to determine sheet pile penetration is the conventional limit equilibrium fixed-end method with a minimum factor of safety of 1.5 using "S" shear strengths. This method, however, is somewhat conservative in order to account for uncertainties in sheet pile and soil behavior. There are also no known existing field load test data that could be used to verify analysis of I-type floodwalls and little performance data is available on existing floodwalls since these walls have seldom been loaded to any degree by floodwaters. Therefore, it was considered advisable to pond water against a test section of floodwall, collect performance data, and use this data to reevaluate current design procedures for sheet pile walls.

## II. Test Site

### Site Selection

A 200-ft-long* floodwall section was constructed on the landside berm of the Item E-99 East Atchafalaya Basin Protection Levee (EABPL) which is located on Avoca Island just south of Morgan City, LA. (See Plate 1 for an area map showing the test site.) Plates 2 through 5 show plan and section drawings for the test section, which was located between levee Stations 100+00 and 102+00. This site was selected for the following reasons:

1) The foundation soils are relatively poor, consisting of soft, highly plastic clays, and would be representative of a near worst case condition in the NOD.

2) The test section results could be used in the determination of floodwall sheet pile penetration for adjacent levee Items E-96 and E-105.

3) The cost of the test section could be minimized by constructing the test wall as part of the Item E-99 floodwall contract.

### Foundation Conditions

Two undisturbed borings (C-U and F-U) and two general borings (C-A and F-A) were made along the test wall alignment (see Plate 2 for the boring locations and Plates 6, 7, and 8 for the boring logs). These borings indicated that the test wall would be founded in normally consolidated highly plastic clays with liquid limits of between 76 and 114, and natural water contents varying from 40 to 80. Unconsolidated-undrained triaxial (Q) tests were performed on selected soil samples to determine the undrained shear strength of the foundation clays.

Plate 9 shows the Q and unconfined compression test results and the selected design strengths and densities for the test wall foundation clays, which varied from 200 to 500 psf.

---

* A table of factors for converting non-SI units of measurement to SI (metric) units is presented on page iii.

## III. Test Section Design and Construction

### Design

Water was ponded against the test wall in such a manner as to simulate project flood conditions. The top 8 ft of the project flood hydrograph was used to determine the actual ponding levels and sequence. The water would be retained within an enclosure formed by the sheet pile test wall, sheet pile side walls, and the levee (see Plates 2-5). To eliminate end effects, the ends of the test wall were not connected to the side wall. A rubber seal was used to prevent leakage between the test wall and the side walls, and vinyl sheeting was placed against the floodside of the wall to reduce leakage through the PZ-27 sheet pile interlocks.

It has long been debated whether or not the S-case (long-term) sheet pile penetration analysis, which usually governs sheet pile floodwall penetration, is applicable to floodwall design with relatively short loading periods. Therefore, in order to ascertain whether sheet pile penetrations determined using "Q" (undrained) shear strengths are adequate, a test wall penetration of 23 ft was selected for an 8-ft maximum head using the conventional limit equilibrium Q-case (undrained) analysis and a factor of safety of 1.25 (see Analysis 1, Appendix A for a CANWAL computer analysis printout). This penetration was much less than the 44-ft penetration that would be required by our normal design criteria using the S-case strengths and a 1.50 factor of safety (see Analysis 2). In fact, the computed S-case factor of safety for the 23-ft penetration test wall at an 8-ft head was less than 1.0 (see Analysis 3). In order to ensure that the test section did not adversely affect levee stability, a landside stability analysis was performed (see Plate 10). Plate 11 shows the ground surface profile, soil stratification, and design strengths used in the test wall penetration analyses.

### Instrumentation

In order to measure wall deflections and strains, steel inclinometer tubes and bonded electrical strain gages were attached to four of the sheet piles. Plate 2 shows the location of the instrumented piles, designated A, B, C,

and D and spaced 50 ft apart along the wall. Inclinometer tube and strain gage details are shown in Plates 12, 13, 14, and 15. In addition to the wall inclinometer tubes, four soil inclinometer tubes with tip elevations at -100 ft, NGVD* were installed 4 ft landside of the instrumented piles. The purpose of these inclinometers was to measure soil deflections in front of the wall and also to determine if the test caused a landward soil movement below the tip of the sheet pile wall. Surveys were periodically made along the top of the wall during the test, and ground surface elevations were also recorded. Open piezometers were installed to measure landside and floodside piezometric levels. See Plate 2 for piezometer locations and tip elevations.

## Construction

The area along the wall alignment was cleared and graded to approximate el +6.5 as shown in Plate 2 and the PZ-27 sheet pile wall was driven in May of 1985. Based on initial inclinometer measurements, the as-driven inclination of the instrumented piles from the vertical on 29 May 1985 is as shown in Plate 16. Between the driving of the sheet piling and filling of the test section with water, 2 ft of excess fill was inadvertently placed on the levee section behind the test wall on 27 June 1985. This excess fill, which lowered the theoretical factor of safety of the levee at the wall well below the 1.30 allowable, was removed after a few days.

## Loading

Filling of the test section with water began on 15 July 1985. The inclinometer and strain gage readings made just prior to filling were used as "zero" readings for the test. The filling and emptying schedule that was followed during the test is presented in Plate 17. Although it was intended to empty the test section in such a manner as to more closely match the flood hydrograph, the test section was emptied within a few hours on 9 September 1985 as a result of a leak beneath one of the rubber end seals. No attempt was made to refill the test section, since the test schedule called for lowering of the

* All elevations (el) cited herein are in feet referred to the National Geodetic Vertical Datum (NGVD).

head to 6 ft on 9 September, and only rebound wall measurements would have been affected.

## IV. Test Wall Performance

### Lateral Deflection

Small deflections (0.3 in. maximum) were recorded at the top of test piles A and B when the 2 ft of excess fill was placed on the levee prior to filling the test section. See Plate 18 for a comparison of deflections measured by inclinometer at pile A after placement of the excess fill to initial as-driven inclination. Little or no movement was recorded at test piles C and D. Test piles A and B rebounded somewhat after the excess fill was removed and it is doubtful that this excess fill had any significant effect on the test results.

Plates 19-22 show the final test pile deflections for each test pile at each head as related to their pre-load inclinations measured on 15 July 1985. These heads were computed using the actual ground surface elevation at each test pile. Although the heads shown in Plate 18 were based on an assumed ground surface elevation of 6.5, the ground surface varied from el 6.2 at test pile A, to el 6.7 at test pile D. The inclinometer data in Plates 19-22 suggest that the test wall sheet piling behaved as assumed in the "free earth" method of analysis, and did not rotate as a rigid body about a point somewhere in its embedded depth as assumed in the "fixed earth" method of analysis. For an example of "fixed earth" sheet pile behavior, see Plate 18. Plate 23 was developed utilizing the data in Plates 19-22 to show lateral deflections at the top (el 14.5) of the wall (with respect to the tip) for various heads. Final (4 September 1985) inclinations from the vertical for each test pile at the maximum head (±8 ft) are shown in Plate 24. A review of Plates 16, 23, and 24 indicates that pile A at the upstream end of the test wall may have deflected more at a given head in order to achieve a similar inclination from the vertical as the piles at the downstream end.

The deflections of the soil inclinometers (designated AP, BP, CP, and DP) installed 4 ft landside of each test pile are compared to adjacent wall deflections in Plates 25-28. These plates indicate that soil movements at the

ground surface 4 ft landside of the wall varied from 60 to 100 percent of the wall movement recorded at the ground surface on 29 August 1985 (7-ft head). The soil inclinometers showed no significant deflection below the tip of the sheet pile wall which infers that the tip of the test wall was relatively stable. The wall alignment surveys through 9 September 1985, which are shown in Plate 29, generally indicate lateral deflections at the top of the wall of the same magnitude as those indicated by the wall inclinometers. These surveys provide further evidence of minimal wall tip movement. The 16, 23, and 30 September 1985 readings shown in Plate 29 are assumed to be in error since the inclinometer data indicate that the wall rebounded toward the floodside after the water was drained from the test section.

A plot of the measured lateral deflection at the top (el +14.5) of each test pile versus elapsed time is presented in Plates 30-33. It is apparent that at each constant head the amount of deflection increases with time. However, the rate of increase in deflection decreases with time and is near zero after about a 2-week period.

## Strain Gage Measurements

Strain gage readings were made at the heads on the dates shown in Plate 17. Generally, readings were made just after a raise in head and just before raising to the next head. Based on the strain gage data, stresses and moments were computed in the steel sheet piling. Alignment surveys made along the top of the test wall (see Plate 29 for survey results) indicate that the deflection of the test piles and the adjacent sheet piling are approximately equal. Therefore, it can be assumed that the strains and stresses measured in the test sheet piling are representative of the entire wall. Moment-versus-elevation diagrams for the test piles for various heads are shown in Plates 34-37. The maximum moment along the sheet piles generally occurred near el -5 (11 to 12 ft below the ground surface) and the maximum stresses measured did not exceed 10,000 psi or about half the allowable. The strain gages installed on the floodside flange of the instrumented piles (see Plate 14) indicated strain approximately equal to the strain measured at the same elevation on the landside flange. The neutral axis of each loaded test pile was therefore near the geometric axis of the sheet pile section. Some

horizontal strain (and therefore bending) was also recorded by the F6H strain gages (see Plate 14 for locations of the F6H gages).

## Piezometer Readings

All of the floodside and some of the landside piezometric data obtained by contract surveyor during the test are considered unreliable. However, utilizing some reliable landside readings and independent Government piezometer readings made at Sta 100+75 on 3 September 1985, the landside piezometric level likely varied from el 4.0 to 5.0 during the test. The floodside piezometer readings made at Sta 100+75 on 3 September 1985 indicated that the floodside piezometric level in the foundation above the tip of the sheet pile was near the ponded water level (el 14.5). Therefore, for test wall analysis purposes, it was assumed that the floodside piezometric level was equal to the ponded water level (head) and that the landside piezometric level was between el 4.0 and 5.0.

## V. Analysis of Test Data

Although the test wall was not loaded to "failure," i.e., structural failure of the steel sheet piling or overturning of the wall, the plot in Plate 23 indicates failure may have been imminent as the head on the wall approached and exceeded 8 ft. The deflection and rebound data in Plate 23, which are similar to a bearing pile load settlement curve, indicate that beyond 6 ft of head, the wall deflections are "plastic" and nonrecoverable. Table 1 below summarizes the maximum lateral deflections at the top of the pile and moments experienced in the test piles before the test section was drained.

Table 1

| Test Pile | Head (ft) | Lateral Deflection (in.) | Maximum Stress (psi) | Maximum Moment (ft-lb) | El of Maximum Moment (ft, NGVD) |
|---|---|---|---|---|---|
| A | 8.3 | 8 | 9,800 | 25,100 | -5.5 |
| B | 8.1 | 6 | 7,200 | 18,400 | -5.5 |
| C | 7.8 | 4 | 6,500 | 16,500 | -5.5 |
| D | 7.8 | 4 | 7,500 | 19,200 | -3.5 |

Even though variations in foundation soil stress-strain properties and as-driven plumbness of the test piles may have contributed to some variations in lateral deflections along the wall alignment, the test wall appeared most sensitive to changes in head. The fact that little additional wall deflection occurs after about 2 weeks at a constant head (see Plates 30-33) indicates that undrained creep was essentially complete.

Prior to testing, both conventional limit-equilibrium sheet pile penetration analyses and soil-structure interaction analyses were performed to establish the test wall penetration. As shown in Plate 38, the test data indicate that at 7 ft of head the lateral wall deflection of test pile B actually experienced was about twice that predicted by conventional analyses (see Analyses 4 and 5, Appendix A) and about half of that predicted using the Waterways Experiment Station (WES) "Computer Program for Soil-Structure Interaction Analyses of Sheet Pile Retaining Walls (CSHTSSI)" and the soil modulus guidelines therein (see Analysis 6, Appendix A). The maximum stresses measured in the instrumented piles were roughly half the allowable, and either method of analysis predicted these stresses as accurately as necessary. This indicates that moments and stresses are not too sensitive to values of subgrade modulus ($E_{s/d}$). See Plate 39 for a comparison of predicted and actual moments for an 8-ft head.

Additional CSHTSSI analyses were performed after testing, and the soil moduli $E_s$ and interaction distances d were revised from the pretest values so that the deflections predicted by CSHTSSI matched test pile B deflections at 4-, 6-, and 7-ft heads and test pile A deflections at an 8.3-ft head as closely as possible (see Analyses 7, 8, 9, and 10, Appendix A). It is interesting to note from Analyses 7-10 that as the head on the wall increased, larger interaction distances and thus smaller values of subgrade modulus $E_{s/d}$ were necessary in order for the CSHTSSI predictions to match the measured values. CSHTSSI analyses were then performed for various heads and tip elevations, using the values of subgrade modulus calculated after testing to determine the predicted effect of penetration on wall deflection. Plates 40-43 show plots of predicted lateral wall deflection versus sheet pile penetration for 4-, 6-, 7-, and 8.3-ft heads. Using Plate 42 as an example, it can be seen that by increasing the sheet pile penetration beyond that of the test wall (23 ft)

only a slight decrease in wall deflection would theoretically result for the test conditions. The minimum required sheet pile penetrations necessary to avoid excessive wall deflections and possible failure were selected from Plates 40-43 and plotted in Plate 44 for various heads. In addition, the required sheet pile penetrations based on CANWAL (S-case, FS = 1.0 and Q-case, FS = 1.5) have been plotted in Plate 44. From Plate 44 it can be seen that there is surprisingly good agreement between the minimum penetrations required to avoid excessive wall deflections and possible wall failure based on CSHTSSI and CANWAL (S-case, FS = 1.0).

## VI. Conclusions

The test data indicate that the current sheet pile penetration design procedure, which is based on the S-case analysis and a factor of safety of 1.50, would be too conservative for design of the test section wall. The computed S-case factor of safety of the test wall at a 7-ft head was 1.0 and the wall performed satisfactorily at that level. Based on the data shown in Plate 44, sheet pile penetrations determined using the S-case analysis (FS = 1.2) should be adequate to provide satisfactory limit equilibrium stability and to avoid excessive deflections. From Plates 40-43, it is evident that no significant decrease in wall deflection would result from increasing sheet pile penetration beyond that required to achieve an S-case of FS = 1.2. For example, from Plates 42 and 44, it can be seen that no significant decrease in deflection would result from increasing the sheet pile penetration beyond 28 ft, which is required to achieve FS = 1.2 for a 7-ft head.

It should be noted, however, that most floodwalls in the NOD are founded in the levee crown, while the E-99 test section was founded at the levee toe due to cost constraints (see Plate 45). In order to better utilize the E-99 test data to study the design of sheet pile walls driven in the levee crown, WES has been contracted to perform a finite element model study. WES will first model the E-99 test wall, adjusting the soil strength parameters so that the model performs similarly to the test wall. Then, using the soil strength/modulus relationships derived from the E-99 model, a model of a typical sheet pile wall driven into a levee crown with very soft foundation soils will be developed. This levee/sheet pile wall model will be utilized to predict the

effect of sheet pile penetration on deflections and overall levee/sheet pile stability.

# EXHIBIT 15



Perm 10214

**EUSTIS ENGINEERING**
GEOTECHNICAL ENGINEERS
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157

31 August 1988

Modjeski and Masters
Consulting Engineers
Room 510
1055 St. Charles Avenue
New Orleans, Louisiana 70113

Attention Mr. Barney T. Martin, Jr.

Gentlemen:

Geotechnical Analyses
Metairie Relief Canal
(17th Street Canal)
OLB Project No. 2043-0222
New Orleans, Louisiana

This report contains the results of revised cantilever floodwall analyses and revised slope stability analyses for the proposed modifications along the Orleans side of the Metairie Relief Canal between Stations 553+70 and 670+00. These analyses were authorized by letter dated 23 March 1988 from Mr. Alan J. Francingues, Assistant Chief Engineer for the Board of Levee Commissioners of the Orleans Levee District. The analyses were based on the following information.

1) Soil stratification and parameters contained in Eustis Engineering's report for the subject project dated 2 November 1981.

2) Cross-sections of the proposed modifications furnished by Modjeski and Masters.

3) Revised design criteria for cantilever sheetpile analyses furnished in a copy of a letter dated 4 January 1988 from the Department of the Army, Mississippi River Commission to the New Orleans District, Corps of Engineers.

4) A minimum acceptable factor of safety of 1.3 for landside and floodside slope stability analyses.

Based on soil parameters, cross-sections and flowline elevation, the project alignment was divided into eight (8) reaches for performance of the analyses, and these are shown on Enclosures 1 through 8 along with the results of the computations. Results of the cantilever sheetpile analyses are tabulated below.

| Reach | Recommended Tip Elevation NGVD | Maximum Bending Moment Ft-Kips/Linear Foot Factor of Safety = 1.5 |
|---|---|---|
| 553+70 to 568+00 | -12.8 | 13.1 |
| 568+00 to 589+00 | -12.8 | 13.1 |
| 589+00 to 614+00 | -7.9 | 7.3 |
| 614+00 to 625+00 | -6.8 | 5.1 |
| 625+00 to 635+00 | -4.9 | 5.2 |
| 635+00 to 643+00 | 0.6 | 1.9 |
| 643+00 to 663+00 | 0.0* | ** |
| 663+00 to 670+00 | 0.0* | ** |

*Based on seepage.
**Negligible.

It should be noted that a very small penetration and bending moment would be required in the reaches extending between Stations 643+00 to 663+00 and Stations 663+00 to 670+00 due to a flowline at el 12.6 and a levee crown at el 12.5. However, information furnished by the Corps of Engineers indicates that a minimum penetration to el 0.0 will be required for seepage.

According to Mr. George Romero of the Corps of Engineers during a recent meeting, sheetpile stress must be determined using the maximum bending moment computed from the loading condition resulting in the deepest sheetpile tip embedment. After the sheetpile has been selected to satisfy the bending moment criteria, it should be checked for deflection using the lateral pressure diagram resulting from a factor of safety of 1.0 applied to the Q-case soil strengths and a high water level 2 feet above SWL.

Analyses utilizing the Method of Planes analysis indicate a minimum factor of safety of at least 1.3 against potential landside and floodside slope stability failures in all eight reaches.

Critical active and passive wedge locations and typical computations are shown on the enclosures.

If you have any questions regarding these analyses, please call us.

Yours very truly,

EUSTIS ENGINEERING

Lloyd A. Held, Jr.

L. J. Napolitano:bh

Enclosures 1 through 8

EE 10214



FLOOD SIDE
PROTECTED SIDE
ELEVATION IN FEET NGVD
20
10
0
-10
-20
-30
-40
EL. 13.5
11.5'
8.5'
FLOWLINE EL. 11.6
EL. 5.5
EL. 3.6
EL. 2.0
EL. 0.0
EL. -3.0
EL. -4.5
C = 500
γ = 120 (φ = 23)
C = 500
γ = 103 (φ = 23)
C = 280
γ' = 41 (φ = 23)
FLOODWALL
1V ON 3H
LOW WATER LEVEL EL. -5.0
EL. -10.4
EL. -12.8 *
$C_A$ = 330 $C_{NB}$ = 380
γ' = 41 (φ = 23)
EL. -20.4
C = 380
γ' = 38 (φ = 23)
EL. -18.5
EL. -36.5
1
A
B
2
γ' = 60 φ = 30
HOR. SCALE: 1"=10'
FLOODWALL ANALYSES
F.S. = 1.5 (S-CASE)
381 PSF
87 PSF
101 PSF
275 PSF
420 PSF
418 PSF
$M_{MAX}$ = 13.1 FT-K/LF
353 PSF
EL. -13.5
1225 PSF
SEE ENCLOSURE 2
* RECOMMENED PENETRATION BASED ON 3 ON 1 RATIO

STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 76551 | 31977 | 22902 | 12920 | 22140 | 1.300 |
| B - 2 | 48482 | 8134 | 23133 | 20330 | 13490 | 1.412 |

LEGEND

SEE ENCLOSURE 7

EE 032127

STA. 553+70 TO 568+00

METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 1



PROTECTED SIDE
FLOOD SIDE
ELEVATION IN FEET NGVD
EL. 13.5
10'
10'
FLOWLINE EL. 11.6
EL. 5.5
EL. 3.6
EL. 0.0
EL. 2.0
EL. -4.0
EL. -10.4
EL. -12.8 *
EL. -20.4
EL. -36.5
EL. -18.5
LOW WATER LEVEL EL. -5.0
1V ON 3H
C = 500
C = 500
C = 280
C = 380
HOR. SCALE: 1"=10'
FLOODWALL ANALYSES
F.S. = 1.5 (S-CASE)
FS = 1.0 (Q-CASE)
381 PSF
101 PSF
87 PSF
275 PSF
371 PSF
259 PSF
1204 PSF
EL. -14.3
500 PSF
757 PSF
317 PSF
429 PSF
1445 PSF
EL. -4.47
* RECOMMENED PENETRATION BASED ON 3 ON 1 RATIO

STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 76784 | 32884 | 22479 | 12920 | 22420 | 1.317 |
| B - 2 | 46802 | 8134 | 23190 | 20900 | 13490 | 1.489 |

LEGEND

SEE ENCLOSURE 7

EE 032128

STA. 568+00 TO. 589+00

METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 2



PROTECTED SIDE
FLOOD SIDE
ELEVATION IN FEET NGVD
20
10
0
-10
-20
-30
-40
EL. 13.5
12'
15.5'
FLOWLINE EL. 11.6
EL. 6.5
EL. 3.6
EL. 3.5
EL. 0.0
EL. -3.0
EL. -2.5
C = 500
γ = 120 (φ = 23)
C = 500
γ = 103 (φ = 23)
C = 280
γ' = 41 (φ = 23)
EL. -7.9
1V ON 3H
LOW LINE WATER EL. -5.0
EL. -10.4
C_A = 330 C_RB = 380
γ' = 41 (φ = 23)
EL. -20.4
C = 360 γ' = 38
(φ = 23)
EL. -18.5
EL. -32.0
1
A
B
2
γ' = 60 φ = 30
HOR. SCALE: 1" = 10'
FLOODWALL ANALYSES
F.S. = 1.5 (S-CASE)
319 PSF
109 PSF
390 PSF
487 PSF
510 PSF
M_MAX = 7.3 FT-K/LF
EL. -7.9
1125 PSF
SEE ENCLOSURE 4

STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 69206 | 28940 | 22261 | 11780 | 19560 | 1.331 |
| B - 2 | 46555 | 5367 | 21733 | 24700 | 10570 | 1.384 |

LEGEND
SEE ENCLOSURE 7

EE 032129

STA. 589+00 TO 614+00

METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 3

EUSTIS ENGINEERING

STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FARTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 47018 | 16859 | 17824 | 9500 | 13100 | 1.340 |
| B - 2 | 34626 | 735 | 18640 | 25402 | 3774 | 1.411 |

LEGEND

SEE ENCLOSURE 7

EE 032130

STA. 614+00 TO 625+00

METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 4