MORGESKI & MASTERS

17th St. Canal – OLB   MS/WBC 1/7/91
Conc. I wall         Exhibit 7
Revised Constr. Cost Estimate   1 of 1

| Item | Unit | Quantity | Unit Price | Est. Cost |
|---|---|---|---|---|
| 1. Mobilization & Demobilization | Lump | Lump | 60,000 | 60,000 |
| 2. Redrive Sheet Pile | S.F | 50,969 | 4.50 | 229,360 |
| 3. Vibration Monitoring | hr. | 300 | 35 | 10,500 |
| 4. Trim Sheet Pile | lf | 4780 | 5 | 23,900 |
| 5. Shear Studs | ea. | 22,660 | 2 | 45,320 |
| 6. Conc. I wall | cy | 6,473 | 450 | 2,912,850 |
| 7. Struct. Excavation | cy | 4,430 | 5 | 22,150 |
| 8. Compacted Backfill | cy | 3,190 | 10 | 31,900 |
| 9. Waterproof finish | S.F. | 234,190 | 1 | 234,190 |
| 10. Turfing | Acre | 4 | 1500 | 6,000 |
| | | Subtotal | | 3,576,170 |
| | | 10% Contingency | | 357,620 |
| | | Total | | 3,933,790 |

17ᵀᴴ ST. CANAL - OLD
CONC I-WALL

## SUMMARY

| | | |
|---|---|---|
| ① | MOB & DEMOB | 60,000 |
| ② | REDRIVE SHEET PILE | 229,360 |
| ③ | VIBRATION MONITORING | 10,500 |
| ④ | TRIM SHEET PILE | 23,900 |
| ⑤ | SHEAR STUDS | 45,320 |
| ⑥ | CONCRETE I-WALL | 2,912,850 |
| ⑦ | STR. EXCAVATION | 22,150 |
| ⑧ | COMP. BACKFILL | 31,900 |
| ⑨ | WATERPROOF FINISH | 234,190 |
| ⑩ | TURFING | 6,000 |
| | | $ 3,576,170 |

7TH ST. CANAL - OLB
OZK. I - WALL

① MOTILIZATION & DEMOB.  $60,000
   2' X 3M

② REDRIVE SHEET PILE

| | Length | Phase IB Top EL. | Req'd Top EL. | Length to Drive | Quantity SF |
|---|---|---|---|---|---|
| 553+12  TO  614+00 | 6088 | 13.5 | 6.25 | 7.25 | 44,138 |
| 614+00  TO  624+93 | 1093 | 13.5 | 7.25 | 6.25 | 6,831 |
| | 7181' | | | | 50,969 |

50,969 SF  x  $4.50/SF  =  $229,360

③ VIBRATION MONITORING    300 HRS x $35/HR = $10,500

④ TRIM SHEET PILE

| | Length |
|---|---|
| East. West Return Levee | 72' |
| 545+83 TO 552+15 | 632' |
| 626+65 TO 639+13 | 1248' |
| 642+35 TO 670+63 | 2828' |
| | 4,780' |

4,780 LF  x  $5.00/LF  =  $23,900

⑤ SHEAR STUDS

632' (12/22.64) (4)  =  1,340
6088 (12/22) (5)  =  16,604
(1093 + 835)(12/19.625) (4)  =  4,716
                                  22,660

22,660 STUDS  x  $2/STUD  =  $45,320

44

17TH ST. CANAL - OLB
CONC. I WALL                z

(6) CONCRETE

| | Length | | CY |
|---|---|---|---|
| East - West Ret. Lever | 72' | cut | 25.00 |
| 545+83 To 552+15 | 632' (Rip-Rap on Conc. Side) | | 317.46 |
| 553+12 To 614+00 | 6088' (Reg'd conc. Trenerches.) | | 3917.74 |
| 614+00 To 624+93 | 1093' | | 624.09 |
| 626+65 To 635+00 | 835' | | 460.02 |
| 635+00 To 639+13 | 413' | | 169.54 |
| 642+35 To 646+57 | 422' | | 123.08 |
| 646+57 To 662+00 | 1543' | | 500.05 |
| 662+00 To 670+63 | 863' | | 335.61 |
| | 11,961' | | 6,473 CY |

$$6473 \, CY \times \$ 450 / CY = \boxed{\$ 2,912,850}$$

(7) STRUCTURAL EXCAVATION

$$(2'-6'' \times 2' \times 2)(11961/27) = 4430 \, CY$$

$$4430 \, CY \times \$5/CY = \boxed{\$ 22,150}$$

(8) COMPACTED BACKFILL

$$(1'-6'' \times 2' \times 2)(1.2)(11961/27) = 3,190 \, CY$$

$$3190 \, CY \times \$10/CY = \boxed{\$ 31,900}$$

(9) WATERPROOF FINISH (DM 20)

$$234,190^{SF} \times \$1.00/SF = \boxed{\$ 234,190}$$

45

17TH ST. CANAL - OLS
CONC. I. WALL

3

(10) TURFING

$20' (72 + 1093 + 885 + 913 + 922 + 1543 + 863) = 104,820$ SF

$10' (632 + 6088) = 67,200$

$172,020$

$172,020 \div 43,560 = 4$ ACRES

$4_{AC} \times \$1,500/_{AC} = \boxed{\$ 6,000}$



*JN 1412*                246-4000

# The Board of Commissioners
### OF THE
## Orleans Levee District
#### SUITE 202 — ADMINISTRATION BUILDING
#### NEW ORLEANS LAKEFRONT AIRPORT



### New Orleans, La.
##### 70126

PROTECTING <u>YOU</u>
AND <u>YOUR</u> FAMILY

January 17, 1991

Mr. William Conway
Modjeski and Masters
1055  St. Charles Avenue
New Orleans, LA  70130

RE:  17TH STREET CANAL FLOOD PROTECTION SYSTEM
     CAPPING OF FLOODWALLS
     <u>OLB PROJECT NO. 2043-0207</u>

Dear Mr. Conway:

I  am in receipt of your January 7, 1991 letter outlining the increase in the cost estimate of the captioned project from $2,876,840 to $3,933,790 due to a necessary change in the estimated unit cost of driving sheet piling, increased forming costs and  pouring  of concrete.  The increase in unit cost is based on the inability of the contractor to remove more than 100 feet at a time of existing sheet pile flood protection during  construction.  This office agrees in the increased estimate of construction cost  and approves the revised lump sum fee for engineering services in  the  amount of $255,645.00.  This fee is based on 6.5% of construction cost as per our agreement for Engineering Services dated December 12, 1986.

It  is  expected  that  the Corps of Engineers will administer the construction of this project and will provide the necessary Engineering Services.  Please consider this  letter  your notice to proceed to the preliminary phase with the expectation that your services will be required through the Final Design Phase.

If you have any questions please call.

Sincerely,

Frederic M. Chatry
Chief Engineer

FMC:AJF:drb

xc:  Mr. H.B. Lansden
     Mr. John Holtgreve

AJF2:capping

MODJESKI
EXHIBIT 8



**U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS**
**CORPS OF ENGINEERS**
**NEW ORLEANS, LOUISIANA**

MODJESKI & MASTERS Inc.
NEW ORLEANS, LOUISIANA

BOARD OF LEVEE COMMISSIONERS
ORLEANS LEVEE DISTRICT

LAKE PONTCHARTRAIN, LA. AND VICINITY
HIGH LEVEL PLAN

17TH STREET CANAL
EXCAVATION AND FLOODWALL PROTECTION
CAPPING OF FLOODWALLS
EAST SIDE LEVEE IMPROVEMENTS

## TITLE SHEET

| | | |
|---|---|---|
| DESIGNED BY: | | |
| DRAWN BY: | | |
| CHECKED BY: | | |
| DATE: NOV. 1992 | | |
| SUBMITTED BY: MODJESKI & MASTERS Inc. | | |
| APPROVED BY: | | |

APPROVED BY:

CHIEF, DESIGN BRANCH

APPROVED BY:

CHIEF, ENGINEERING DIVISION

APPROVED BY:

COLONEL, C. E. DISTRICT ENGINEER

CADD DWG. ACCESSION NO.
PLAT DATE: | PLAT SCALE
NOV. 1992
SOLICITATION NO.
DACW29- 93-B-0025
FILE NO.
H-4-40208   1 OF 18

MODJESKI
EXHIBIT 9

BOARD OF COMMISSIONERS
ORLEANS LEVEE DISTRICT
SUITE 202 - ADMINISTRATION BUILDING
NEW ORLEANS, LOUISIANA  70126

FEBRUARY 28, 1993
CAPPING OF FLOODWALLS
17TH STREET CANAL
INVOICE NO. 24
PAGE 1 OF 2
JN1412

## Modjeski and Masters, Inc.
### Consulting Engineers
P. O. Box 2345

Federal ID 23-2638914          Harrisburg, PA  17105          Telephone:  (717) 790-9565

For Engineering Services in connection with the Capping of
Floodwalls along the 17th Street Canal.
OLB Project No. 2043-0207 as authorized by letter of January
17, 1991.


LUMP SUM FEE - $255,645.00

  75.0% Complete as of February 28, 1993                    191,733.75


LESS PREVIOUSLY BILLED                                       190,838.99


        AMOUNT DUE (Carried Forward)                                        894.76

MODJESKI
EXHIBIT 10

BOARD OF COMMISSIONERS
ORLEANS LEVEE DISTRICT
SUITE 202 - ADMINISTRATION BUILDING
NEW ORLEANS, LOUISIANA  70126

FEBRUARY 28, 1993
CAPPING OF FLOODWALLS
17TH STREET CANAL
INVOICE NO. 24
PAGE 2 OF 2
JN1412

## Modjeski and Masters, Inc.
### Consulting Engineers
P. O. Box 2345
Harrisburg, PA  17105

Federal ID 23-2638914

Telephone:  (717) 790-9565

To prepare Four Large Blow-ups for U.S. Corps of Engineers.

LUMP SUM FEE - $500.00

  100% Complete

      500.00

LESS PREVIOUSLY BILLED

      500.00      -0-

Excess Reproductions (35 Copies) of Preliminary Plans and
Specifications as required by U.S. Corps of Engineers.

      700.40

LESS PREVIOUSLY BILLED

      700.40      -0-

           AMOUNT DUE         -0-

     TOTAL AMOUNT DUE AS OF FEBRUARY 28, 1993      894.76

PROGRESS SCHEDULE

BOARD OF LEVEE COMMISSIONERS
ORLEANS LEVEE DISTRICT

SCHEDULED PROGRESS
ACTUAL PROGRESS

O.L.B. PROJECT 2043-0207
AGREEMENT DATED: JAN 17, 1991
ORDER TO PROCEED: JAN 27, 1991

CAPPING OF FLOODWALLS
17TH STREET CANAL
FLOOD PROTECTION SYSTEM
ORLEANS PARISH

MODJESKI AND MASTERS
CONSULTING ENGINEERS
1055 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130

REPORT NO. 26
SHEET 1 OF 1
MONTH FEB., 1993

ITEM COMPLETION

| Item | Percent | 1991 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 1992 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 1993 Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRELIMINARY DESIGN PHASE | (30) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. PREL. DESIGN | 15 | 2 | 5 | 10 | 40 | 30 | 60 | 70 | 70 | 70 | 60 | 40 | 85 | 95 | 100 | | | | | | | | | | | | | | | | |
| 2. PREL. DRAWINGS | 10 | | 2 | 10 | 30 | 40 | 50 | 60 | 40 | 40 | 60 | 60 | 70 | 80 | 80 | 88 | 94 | 100 | | | | | | | | | | | | | |
| 3. OUTLINE SPEC. | 3 | | | | | | 10 | 10 | 40 | 40 | 40 | 50 | 60 | 70 | 80 | 94 | 94 | 100 | | | | | | | | | | | | | |
| 4. PREL. COST ESTIMATE | 2 | | | | | | | 20 | 40 | 40 | 40 | 40 | 40 | 60 | 80 | 70 | 95 | 100 | | | | | | | | | | | | | |
| FINAL DESIGN PHASE | (45) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. FINAL DESIGN | 15 | | | | | | | | | | | | | | | | 15 | 40 | 70 | 80 | 85 | 100 | | | | | | | | | |
| 2. FINAL CONTRACT DWG. | 20 | | | | | | | | | | | | | | | | 5 | 30 | 35 | 60 | 90 | 85 | 87 | 94 | 98 | 100 | | | | | |
| 3. PERMIT APPLICATIONS | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. FINAL COST ESTIMATES | 5 | | | | | | | | | | | | | | | | | | | 40 | 50 | 50 | 70 | 70 | 80 | 88 | 100 | | | | |
| 5. SPECS. & DOCUMENTS | 5 | | | | | | | | | | | | | | | | | | 10 | 30 | 60 | 60 | 80 | 90 | 94 | 94 | 100 | | | | |
| BIDDING PHASE | (5) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONSTRUCTION PHASE | (15) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RECORD DRAWINGS PHASE | (5) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHTED COMPLETION | 100 | 0.30 | 0.95 | 2.70 | 8.40 | 11.30 | 15.10 | 16.20 | 18.90 | 16.80 | 20.00 | 20.40 | 22.35 | 25.33 | 27.60 | 29.11 | 32.50 | 43.00 | 52.50 | 64.00 | 67.75 | 70.50 | 72.40 | 73.00 | 73.55 | 74.64 | 75.00 | | | | |

STATE OF LOUISIANA

PARISH OF ORLEANS

## CERTIFICATE OF AUTHENTICITY

BEFORE ME, the undersigned Notary Public in and for the parish and State hereinabove set forth, personally came and appeared Dianne Allen, who declared that she is the Chief of Policy Branch, Contracting Division for the New Orleans District of the U. S. Army Corps of Engineers; and in that capacity she is the legal custodian for the below described documents as follows:

1. Page 1 of DD Form 2626 for Contract Number DACW-29-93-C-0081 with Block 11 redacted*;
2. Memo For C/Contracting Division, dated 23 Apr 99, Regarding 12/3/97 completion of Contract Number DACW-29-95-C-0093.

Dianne Allen further declared that on the 11th day of May, 2006, she personally reviewed the above described documents and hereby certifies that the copies attached hereto are true and correct copies of the documents that now appear on file and of record in this office.

Thus sworn to and subscribed before me in my office in New Orleans, Louisiana in the presence of the two undersigned witnesses this 11th day of May, 2006.

Dianne Allen, Chief of Policy Branch,
Contracting Division for the New Orleans District
U. S. Army Corps of Engineers

WITNESSES:

Robert Morris

FREDERICK W WALLACE

Notary Public
My commission expires at death.

DARYL G. GLORIOSO
NOTARY PUBLIC
(LA BAR ROLL 17956)
PARISH OF JEFFERSON - STATE OF LOUISIANA
My Commission is Issued For Life

---

* Block 11 of Form 2626 contains the overall rating of the company being evaluated. This information is confidential and can only be released to the company being evaluated. The redacted information is not required for these proceedings.

MODJESKI
EXHIBIT 11

FOR OFFICIAL USE ONLY
(WHEN COMPLETED)

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. Contract Number DACW2993C0081 |
|---|---|
| | 2. CEC/DUNS Number 00921086F |

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

### PART I - GENERAL CONTRACT DATA

| 3. TYPE OF EVALUATION    [ ] INTERIM    [X] FINAL    [ ] AMENDED    | 4. TERMINATED FOR DEFAULT [ ] |
|---|---|

| 5. Contractor (Name, address and ZIP code) | 6A. PROCUREMENT METHOD |
|---|---|
| F TTMAN CONSTRUCTION COMPANY, INC. POST OFFICE BOX 3116 NEW ORLEANS, LA 70182   US Prime Contractor | [X] SEALED BID [ ] NEGOTIATED |
| | 6B. TYPE OF CONTRACT [X] FFP    [ ] COST REIM    [ ] OTHER |

7. Description and Location of Work

Lake Pontchartrain and Vicinity, Hurricane Protection Project, High Level Plan, 17th Street Outfall Canal, Flood Protection Improvement Project, Capping of Floodwall, East Side, Orleans Parish, Louisiana

8. Type and Percent of Subcontracting

SEE ATTACHED

| 9. Fiscal Data | A. Amount of Basic Contract | B. Total Amount of Modifications | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor |
|---|---|---|---|---|
| | $ 2,564,264.00 | $ 17,693.44 | $ 29,440.00 | $ 2,552,517.44 |

| 10. Significant Dates | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
|---|---|---|---|---|
| | 28 JUN 93 | 03 SEP 94 | 02 APR 95 | 25 APR 95 |

### PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

11. Overall Rating

[blacked out]

### 12. EVALUATED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NCD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - (504) 862-1200 Autovon - |
|---|---|
| C. Name and Title CHESTER ASHLEY, AREA ENGR, NEW ORLEANS AREA OFFICE | D. Signature *[signature]* | E. Date 23 MAY 95 |

### 13. EVALUATION REVIEWED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NCD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - (504) 862-2235 Autovon - |
|---|---|
| C. Name and Title ASSD ... CHIEF, CONSTRUCTION DIVISION | D. Signature *[signature]* William R. Marsala | E. Date 30 May 95 |

14. Current Use (Distribution, etc.)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)    DD FORM 2626

CEMVN-CD-CS (1180-1-1a)                                                          23 Apr 99

MEMORANDUM THRU District Counsel

FOR C/Contracting Division, ATTN:   CEMVN-CT-R

SUBJECT:  Contract Number DACW29-95C0093, Lake Pontchartrain, Louisiana
and Vicinity, Floodproofing Veterans Boulevard Bridges over 17th Street Canal, Orleans and Jefferson Parishes,
Louisiana

1.    Enclosed is the 30th and final payment estimate. The contract was physically completed 12/3/97. Total
earnings are $4,114,473.73.  A copy of the contractor's Release of Claims is attached.

2.  There was no Government furnished property to the contractor.

3.  The official pay estimate file is attached for the inclusion in Contracting Division's official file.

4.  POC is      Judith Ulm, ext. 2944.


Encls                                                   Bruce A. Terrell
1. Final Pay Estimate                                   Acting Chief, Construction Division
2. Release of Claims


CF: w/end 2
CEMVD-ET-CC                                             CEMVD-CT-R (D.Pecoul) w/Pay Est File
CEMVN-CD-Q                                              CEMVD-CD (Basurto) w/Encl 1
CEMVN-CD-QS                                             CEMVN-PM-P (Demma)
CEMVN-CD-C (B. Windham)                                 CEMVN-PM-E (Carr) w/Encl 1
CEMVN-CD- NO                                            CEMVN-OD (Breerwood )w/Encl 1

Account No.        BEC21  $2,052,933.38
                   BEC23  $753,540.35
                   FWC23  $1,308,000.00
                   Total:   $4,114,473.73


TO   C/F&A Br                     FROM  Counsel              DATE   4 May 99

All payrolls on subject contract have been reviewed by personnel of
the New Orleans Area Office and final review has been made by the
Office of Counsel.  It appears that the contractor has satisfactorily
complied with the contract labor standards provisions.  No labor
complaints are known to exist insofar as this office is concerned.
Accordingly, final payment to the contractor appears to be in order.

                                   DENISE D. FREDERICK
                                   Deputy District Counsel

FINANCIALLY
COMPLETE
MAY 04 1999


54

PRINCIPALS
W. B. CONWAY, P.E.
H. H. SNYDER, P.E.
C. F. COMSTOCK, P.E.
J. J. SCHERRER, P.E.
J. M. KULICKI, PH.D., P.E.
H. E. WALDNER, P.E.
O. F. SORGENFREI, P.E.

# MODJESKI AND MASTERS, INC.
## CONSULTING ENGINEERS
### Since 1893

ASSOCIATES
T. Y. SOONG, P.E.
J. E. PRICKETT, P.E.
B. P. STRAIN, JR., P.E.
B. T. MARTIN, JR., P.E.
J. L. McKENNEY, P.E.
G. A. MURRAY, P.E.
D. H. LEROY, P.E.
R. A. LITTLE, P.E.
L. V. BORDEN, P.E.
L. K. HUANG, P.E.
D. R. MERTZ, PH.D., P.E.
M. C. IRWIN, P.E.
B. E. PETERSON, P.E.
Z.   PRUCZ, PH.D., P.E.
E. W. ROHRBAUGH

1055 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
TELEPHONE 504 · 524-4344
FAX NO. 504 · 561-1228

March 23, 1993

JN 1412

Mr. John Evanco,
District Administrator – District 02
Louisiana Department of Transportation
   and Development
P.O. Box 9180
Bridge City, LA  70094

ATTN:  Mr. Emile Kuepferle

RE:  REQUEST FOR EXTENSION OF PERMIT NO. 02002001

Dear Mr. Evanco:

On behalf of the Orleans Levee Board, I am writing you to request a six-month extension of Permit Number 02002001.  The permit allows for construction and access within State Right-of-Way at the Interstate-10 crossings of the 17th Street Canal on the Orleans Parish side of the Canal.  The permit was granted on October 1, 1992 and will expire April 10, 1993.  An extension of six months through October 10, 1993 should allow for completion of the work, which should start in May of 1993.

If you require further information, please call.

                              Very truly yours,

                              MODJESKI AND MASTERS, INC.
                              Consulting Engineers


                              Felton Suthon
                              Felton Suthon

FS:gls:0023

cc:  Mr. F. Mineo, Orleans Levee Board

HARRISBURG, PA.          NEW ORLEANS, LA.          POUGHKEEPSIE, N.Y.          BORDENTOWN, N.J.

MODJESKI
EXHIBIT 12

PRINCIPALS
W. B. CONWAY, P.E.
H. H. SNYDER, P.E.
C. F. COMSTOCK, P.E.
J. J. SCHERRER, P.E.
J. M. KULICKI, PH.D., P.E.
H. E. WALDNER, P.E.
O. F. SORGENFREI, P.E.

ASSOCIATES
T. Y. SOONG, P.E.
J. E. PRICKETT, P.E.
B. P. STRAIN, JR., P.E.
B. T. MARTIN, JR., P.E.
J. L. MCKENNEY, P.E.
G. A. MURRAY, P.E.
D. H. LEROY, P.E.
R. A. LITTLE, P.E.
L. V. BORDEN, P.E.
L. K. HUANG, P.E.
D. R. MERTZ, PH.D., P.E.
M. C. IRWIN, P.E.
B. E. PETERSON, P.E.
Z.    PRUCZ, PH.D., P.E.
E. W. ROHRBAUGH

## MODJESKI AND MASTERS, INC.
### CONSULTING ENGINEERS
*Since 1893*

1055 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
TELEPHONE 504-524-4344
FAX NO. 504-581-1220

November 8, 1993

JN 1412

Mr. John Evanco,
District Administrator – District 02
Louisiana Department of Transportation
    and Development
P.O. Box 9180
Bridge City, LA  70094

ATTN:  Mr. Emile Kuepferle

RE:  REQUEST FOR EXTENSION OF PERMIT NO. 02002001

Dear Mr. Evanco:

~~On behalf of the Orleans Levee Board, I am writing you to request~~ *By means of this letter, the Orleans Levee Board is* a six-month extension of Permit Number 02002001. *requesting*

Permit Number 02002001 allows for construction and access within State Right-of-Way at the Interstate-10 crossings of the 17th Street Canal on the Orleans Parish side of the Canal for placement of a concrete cap on the steel sheet pile floodwall for the Orleans Levee Board.  The permit was granted on October 1, 1992 and was extended from April 10, 1993 through October 10, 1993.  Work has started at this site, and a further extension of six months through April 10, 1994 should allow for completion of the work.

If you require further information, please call.

Very truly yours,

MODJESKI AND MASTERS, INC.
Consulting Engineers

*Felton Suthon*
Felton Suthon

FS:gls:0024

cc:  Mr. E. Medina, Orleans Levee Board

HARRISBURG, PA.        NEW ORLEANS, LA.        POUGHKEEPSIE, N.Y.        BORDENTOWN, N.J.

56

MODJESKI
EXHIBIT 13

57

RECEIVED

NOV 16 1993

MODJESKI AND MASTERS, INC.
NEW ORLEANS OFFICE

**PRINCIPALS**

W. B. CONWAY, P.E.
H. H. SNYDER, P.E.
C. F. COMSTOCK, P.E.
J. J. SCHERRER, P.E.
J. M. KULICKI, PH.D., P.E.
H. E. WALDNER, P.E.
D. F. SORGENFREI, P.E.

MODJESKI AND MASTERS, INC.

CONSULTING ENGINEERS

*Since 1893*

**ASSOCIATES**

T. Y. SOONG, P.E.
J. E. PRICKETT, P.E.
B. P. STMAIN, JR., P.E.
B. T. MARTIN, JR., P.E.
J. L. MCKENNEY, P.E.
G. A. MURRAY, P.E.
D. H. LEROY, P.E.
R. A. LITTLE, P.E.
L. V. BORDEN, P.E.
L. K. HUANG, P.E.
D. R. MERTZ, PH.D., P.E.
M. C. IRWIN, P.E.
B. E. PETERSON, P.E.
Z   PRUCZ, PH.D., P.E.
E. W. ROHRBAUGH

1055 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
TELEPHONE 504 - 524-4344
FAX NO. 504 - 381-1228

November 8, 1993

JN 1412

Mr. John Evanco,
District Administrator – District 02
Louisiana Department of Transportation
   and Development
P.O. Box 9180
Bridge City, LA  70094

ATTN:  Mr. Emile Kuepferle

RE:  REQUEST FOR EXTENSION OF PERMIT NO. 02002001

Dear Mr. Evanco:

~~On behalf of the Orleans Levee Board, I am writing you to request~~ *By means of this letter, the Orleans Levee Board is requesting* a six-month extension of Permit Number 02002001.

Permit Number 02002001 allows for construction and access within State Right-of-Way at the Interstate-10 crossings of the 17th Street Canal on the Orleans Parish side of the Canal for placement of a concrete cap on the steel sheet pile floodwall for the Orleans Levee Board.  The permit was granted on October 1, 1992 and was extended from April 10, 1993 through October 10, 1993.  Work has started at this site, and a further extension of six months through April 10, 1994 should allow for completion of the work.

If you require further information, please call.

                    Very truly yours,

                    MODJESKI AND MASTERS, INC.
                    Consulting Engineers

                    *Felton Suthon*
                    Felton Suthon

FS:gls:0024

cc:  Mr. E. Medina, Orleans Levee Board

HARRISBURG, PA.          NEW ORLEANS, LA.          POUGHKEEPSIE, N.Y.          BORDENTOWN, N.J.

MODJESKI
EXHIBIT 13





**STATE OF LOUISIANA**
**DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT**
Post Office Box 9180 Bridge City, LA  70096
(504) 436-9100  Fax (504) 436-0307

EDWIN W. EDWARDS
GOVERNOR

JUDE W. P. PATIN
SECRETARY

November 15, 1993

Modjeski and Master, Inc.
1055 St. Charles Avenue
New Orleans, LA  70130

Attention:  Felton Suthon

RE:  Extension for permit number 02002001

Dear Sir:

Your request for an extension cannot be approved at this time.
Orleans Levee Board needs to write to letter, please make proper
corrections and return to us for processing.

Yours truly,

JOHN E. EVANCO
DISTRICT ENGINEER ADMINISTRATOR

BY:

EMILE P. KUEPFERLE
DISTRICT PERMIT SPECIALIST

JEE/EPK/lkp
Attachments

xx:  Files

RECEIVED

AN EQUAL OPPORTUNITY EMPLOYER
A DRUG FREE WORKPLACE

**PRINCIPALS**

W. B. CONWAY, P.E.
H. H. SNYDER, P.E.
C. F. COMSTOCK, P.E.
J. J. SCHERRER, P.E.
J. M. KULICKI, PH.D., P.E.
H. E. WALDNER, P.E.
D. F. SORGENFREI, P.E.

## MODJESKI AND MASTERS, INC.
### CONSULTING ENGINEERS
#### *Since 1893*

**ASSOCIATES**

T. Y. SOONG, P.E.
J. E. PRICKETT, P.E.
B. P. STRAIN, JR., P.E.
B. T. MARTIN, JR., P.E.
J. L. McKENNEY, P.E.
G. A. MURRAY, P.E.
D. H. LEROY, P.E.
R. A. LITTLE, P.E.
L. V. BORDEN, P.E.
L. K. HUANG, P.E.
D. R. MERTZ, PH.D., P.E.
M. C. IRWIN, P.E.
B. E. PETERSON, P.E.
Z.    PRUCZ, PH.D., P.E.
E. W. ROHRBAUGH

1055 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
TELEPHONE 504 - 524-4344
FAX NO. 504-561-1229

FAX NO. (504) 561-1229

### TRANSMITTAL COVER SHEET

JN **1412**

DATE: _Nov 16 1993_

SEND TO FAX NUMBER: _246 - 6762_

NAME: _Mr. Medina_

FIRM: _Lvee Board_

ADDRESS: _____

TELEPHONE: _____

SENT BY: _Felton Suthon_

TRANSMITTING _3_ PAGES (INCLUDING COVER SHEET)

HARD COPY TO BE MAILED: YES _____ NO _X_

MESSAGE: _____

_Mel — You need to write a letter from the Chief Engineer to request this extension. I don't know why — I'll be back in the office on Friday Nov. 18_

_Felton_

If you did not receive all pages, please contact us at (504) 524-4344.

HARRISBURG, PA.          NEW ORLEANS, LA.          POUGHKEEPSIE, N.Y.          BORDENTOWN, N.J.

59

STATE OF LOUISIANA
PARISH OF ORLEANS

I, **Stephen P. Bruno**, Custodian of Notarial Records.
Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true
and correct copy of **ACCEPTANCE OF CONTRACT**

NA# 797614
consisting of ___1___ pages
dated the        13th              day of        Apr-89                            executed before

Richard J. McGinity                        a Notary Public of the

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.

New Orleans, Louisiana, this        19th        day of        Apr-89

No. C 3146

**Stephen P. Bruno**
CUSTODIAN OF NOTARIAL RECORDS
PARISH OF ORLEANS
Room B-4, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana

MODJESKI
EXHIBIT 14

**VERIFIED**
*BAB*

STATE OF LOUISIANA

PARISH OF ORLEANS

ACCEPTANCE
OF
CONTRACT
2043-0439

BEFORE ME, the undersigned authority, duly commissioned and certified in and for the Parish of Orleans, personally came and appeared the Board of Commissioners of the Orleans Levee District, through  Steven O. Medo, Jr.  , President, duly authorized, who, being by us sworn, deposes and says: That it entered into contract with  T. L. James and Company, Inc.,  for Excavation and Flood Protection at 17th Street Canal, Phase IIC, Toe Wall at Pump Station No. 6, New Orleans, Louisiana, under date of  October 31, 1988  , by act before  Richard J. McGinity  , Notary Public, which contract was recorded in the Parish of Orleans, in Instrument #  42629, N.A.# 777501  , MOB  ---  , folio  ---  ; that the Contractor has apparently substantially completed all work required by the contract as of  March 29, 1989  , and that the Board of Commissioners of the Orleans Levee District hereby accepts work done under said contract, and authorizes and directs the Recorder of Mortgages for the Parish of Orleans, to note this Acceptance thereof in the margin of said records.

Sworn to and subscribed before me this  APR. 13 1989

_____
NOTARY PUBLIC

RICHARD J. McGINITY
Notary Public, Parish of Orleans, State of Louisiana
My commission is issued for life

Recommended Approval:

_____
J. B. Bailey  , Chief Engineer

THE BOARD OF COMMISSIONERS OF
THE ORLEANS LEVEE DISTRICT

BY: _____
Steven O. Medo, Jr., President

59037

PARISH OF ORLEANS

61

STATE OF LOUISIANA
PARISH OF ORLEANS



I, **Stephen P. Bruno**, Custodian of Notarial Records,

Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true

and correct copy of        **CONTRACT 4117**

NA#        829609

consisting of ____1____ pages

dated the        13th                day of        Dec-89                        executed before

John D. Lambert, Jr.                        a Notary Public of the

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.

New Orleans, Louisiana, this        19th        day of        Apr-06

No. 0 : 3 1 4 3

_____
**Stephen P. Bruno**
CUSTODIAN OF NOTARIAL RECORDS
PARISH OF ORLEANS
Room B-4, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana

MODJESKI
EXHIBIT 15



VERIFIED

SIDNEY J. BARTHELEMY, President
WILLIAM A. HOLTON, JR., President Pro-Tem.

# *Sewerage & Water Board* OF NEW ORLEANS

ADMINISTRATIVE SERVICES
Matt J. H. Barnard
Or. Chief Administrator

625 ST. JOSEPH ST., ROOM 247
NEW ORLEANS, LA., 70165  ·  585-2232

December 13, 1989

Recorder of Mortgages
Parish of Orleans
New Orleans, LA

RE: Contract 4117 – Solvation Services, Inc.
Excavation and Flood Protection of the 17th Street
Canal – Phase III Lake Pontchartrain to Hammond
Highway Bridge

## TO WHOM IT MAY CONCERN:

Please be advised that the Sewerage and Water Board of New Orleans, at
its regular monthly meeting, today accepted as satisfactorily complete
all work on the above referenced contract.  Said contract was duly
recorded on July 6, 1988 as N.A. #761444, Instrument #30135.

Should you have any further questions or concerns regarding this
matter, please contact Ann Zimmerman of my office at 585-2254.

Thank you for your assistance.

Sincerely,

Harold J. Gorman
Executive Director

Sworn to and subscribed before me this ___13th___ day of

DECEMBER ___, 1989

(NOTARY PUBLIC JOHN D. LAMBERT, JR.)

INST. No. 84754

MORTGAGE OFFICE

MEMBERS: SIDNEY J. BARTHELEMY · HENRY A. DILLON, JR. · BENJAMIN L. EDWARDS, SR. · JOSEPH J. GIARRUSSO · RODNEY A. HARRIS · WILLIAM A. HOLTON, JR.
JOSEPH V. DIROSA · ARCADE  KATHERINE RUSSO NARALDO · JOHN MEGHRIAN · JAMES M. SINGLETON · JAMES W. STROUGHTER · DOROTHY MAE TAYLOR
"An Equal Opportunity Employer"

STATE OF LOUISIANA
PARISH OF ORLEANS

    I, **Stephen P. Bruno**, Custodian of Notarial Records.
Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true
and correct copy of     **ACCEPTANCE OF CONTRACT**

NA#      952375
consisting of \_\_\_\_\_1_____ pages
dated the         9TH         day of     Oct-92          executed before

            Richard J. McGinity           a Notary Public of the

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.

    New Orleans, Louisiana, this         day of
                  19th         Apr-06

    No. 3 · 3144

           **Stephen P. Bruno**
           CUSTODIAN OF NOTARIAL RECORDS
           PARISH OF ORLEANS
           Room B-4, Civil Courts Building
           421 Loyola Avenue
           New Orleans, Louisiana

**MODJESKI
EXHIBIT 16**

VERIFIED

INSTR. No. _182887_

MORTGAGE OFFICE
PARISH OF ORLEANS

ACCEPTANCE OF
CONTRACT
NO. _24313_

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, duly commissioned and cert f ed in and for the Parish of Orleans, personally came and appe red the Board of Commissioners of the Orleans Levee District, throug Robert G. Harvey, President, duly authorized, who being by is sworn, deposed and said: that it entered into contract with _Liberty Somerset, Inc.____ for _West End Drainage Improvements_ New Orleans, Louisiana, under date of __11/15/91_____, by act befor e Richard J. McGinity, Notary Public, which contract was recorded in the Parish of Orleans, In Instrument No. _150741_ N.A No. _912513___, MOB _____, FOLIO _____ that the con ractor has apparently substantially completed all work required by the contract as of __8/26/92____, and that the Board of Commissioners of the Orleans Levee District hereby accepts the work done under said contract, and authorizes and directs the Recorder of Mortgages for the Parish of Orleans to note this Acceptance thereof in the margin of said records.

Sworn to and subscribed before me this __9__ day of _October_, 1992.

_____
NOTARY PUBLIC
RICHARD J. McGINITY
Notary Public, Parish of Orleans, State of Louisiana
My commission is issued for life.

Recommended Approval:

_____
Frank P. Mineo
Interim Chief Engineer

THE BOARD OF COMMISSIONERS OF
THE ORLEANS LEVEE DISTRICT

_____
PRESIDENT

9/12-92#950300001    ACCEPT    * 15.00

# Jon A. Gegenheimer
## CLERK OF COURT
### FOR THE PARISH OF JEFFERSON
### STATE OF LOUISIANA
www.clerkofcourt.co.jefferson.la.us

# Acceptance of Contract Receipt

I, MELISSA Y RUSSELL         , Deputy Clerk of Court for the Parish of Jefferson,

do hereby certify that there is an  Acceptance                 noted in the margin of a

certain contract dated        05/15/1992      , by  BOARD COMMISSIONERS LEVE

recorded in Mortgage Office Book      3251    Folio      239

by virtue of Acceptance of Contract.

Filed on the  29th  day of      March      1994

_M Russell_
Deputy Clerk of Court

DATE: 5/1/2006

MODJESKI
EXHIBIT 17

66

STATE OF LOUISIANA

PARISH OF JEFFERSON

## ACCEPTANCE OF CONSTRUCTION CONTRACT

BEFORE ME, T. ROBERT LACOUR, duly commissioned and qualified within and for the State of Louisiana, Parish of Jefferson, personally came and appeared:

P. "JAY" ST. AMANT
President, Board of Levee Commissioners
of The East Jefferson Levee District ("Owner")

who, being by me first duly sworn, deposed and said:

That Owner entered into a certain construction contract, Contract No. 92-1, with Professional Construction Services, Inc., ("Contractor") on May 15, 1992 in the amount of $4,697,137.25, which contract was recorded in the mortgage office for the Parish of Jefferson in MOB 3251, folio 239; that whereas the Contractor has satisfactorily performed the work required of it by the contract, that Owner hereby accepts the work done under the contract; and that Owner authorizes and directs the Clerk of Court, Ex-Officio, Recorder of Mortgages for the Parish of Jefferson to note this acceptance on the margin of the inscription of the contract in MOB 3251, folio 239.

BOARD OF LEVEE COMMISSIONERS
OF THE EAST JEFFERSON LEVEE
DISTRICT

BY: _____
President

Sworn to and subscribed before
me this _24th_ day of _march_, 1994.

_____
T. ROBERT LACOUR
Notary Public



VICINITY MAP

NEW ORLEANS

PONTCHARTRAIN EXPWY.

MISSISSIPPI RIVER

AIRLINE

FOLIO ONE SCALE

68

S, INC.
ENGINEERS,
OF INDIVIDUALS
PE OF THEIR

C.A.D.

MODJESKI
EXHIBIT 18

| SYMBOL | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| | REVISIONS | | |

U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS
NEW ORLEANS, LOUISIANA

| BOARD OF LEVEE COMMISSIONERS | BOARD OF LEVEE COMMISSIONERS |
|---|---|
| ORLEANS LEVEE DISTRICT | EAST JEFFERSON LEVEE DISTRICT |
| NEW ORLEANS, LOUISIANA | EAST JEFFERSON, LOUISIANA |

MODJESKI & MASTERS INC.    NEW ORLEANS, LOUISIANA

LAKE PONTCHARTRAIN, LA. AND VICINITY
HIGH LEVEL PLAN
17TH STREET OUTFALL CANAL
METAIRIE RELIEF
ORLEANS PARISH-JEFFERSON PARISH
LOUISIANA

VETERANS BLVD. BRIDGES
TITLE SHEET

| DESIGNED BY: | | APPROVED BY: | | CADD FILE: MMG4.DGN |
|---|---|---|---|---|
| DRAWN BY: | B.A.M.N. | | | PLOT DATE: PLOT SCALE: |
| CHECKED BY: | A.L.M. | | | JUNE 95 |
| DATE: | JUNE 95 | | | SOLICITATION NO. |
| SUBMITTED BY: | | APPROVED BY: | | DACW29- |
| | W.B. CONWAY | | P.E. | FILE NO. |
| APPROVED BY: | | APPROVED BY: | | H-4-40359 |
| | W.B. CONWAY | | | DWG. 1 OF 79 |

A

# The Board of Commissioners

OF THE,

## Orleans Levee District

SUITE 202 — ADMINISTRATION BUILDING
6001 SOUTH SHORE HARBOR BLVD.

### New Orleans, La.

70126-8006

August 10, 1995

TEL: 504-243-4000

PROTECTING YOU
AND YOUR FAMILY



Mr. W. B. Conway
Modjeski & Masters, Inc.
1055 St. Charles Avenue
New Orleans LA 70130

RE:   OLB Project No. 24301
       17th Street Canal
       Floodproofing Veterans Bridge

Dear Mr. Conway:

Receipt is acknowledged of your August 7, 1995 letter requesting authorization to proceed with services through the construction phase.   The construction contract has been awarded by the USACE and the USACE will continue to provide construction management.

Due to the USACE involvement, we feel that Modjeski & Masters will not be required to perform all the tasks as outlined in the December 12, 1986 Engineering Agreement.  However, it is apparent that some of your services may be required during the construction management phase.

In lieu of authorizing the remaining percentage of the lump sum to provide all the required services, compensation for your effort for both the completed bidding phase and ongoing construction management phase will be as specified in Paragraph 4.18 of the contract.  Actual time, times a multiplier of 2.5, plus reimbursable expenses should be acceptable.

This letter shall serve as authorization to provide any services necessary for the bidding phase and construction management phase for the subject project. Compensation will be made monthly in accordance with the terms and conditions of the December 12, 1986 Agreement and as modified herein.  When invoicing, please include time sheets to justify actual hours spent.

Sincerely,

Stevan G. Spencer, P. E.
Chief Engineer

SGS:GE:pns

xc:   Finance

MODJESKI
EXHIBIT 19



**PRINCIPALS**
W. B. CONWAY, P.E.
J. M. KULICKI, PH.D., P.E.
H. E. WALDNER, P.E.
C. F. SORGENFREI, P.E.
C. H. LEROY, P.E.

**SENIOR ASSOCIATES**
T. Y. SOONG, P.E.
J. E. PRICKETT, P.E.
B. T. MARTIN, JR., PH.D., P.E.
L. V. BORDEN, P.E.
L. K. HUANG, P.E.

**CONSULTANT**
C. F. COMSTOCK, P.E.

**MODJESKI and MASTERS**
Consulting Engineers

SINCE 1893

December 16, 1997

**ASSOCIATES**
B. P. STRAIN, JR., P.E.
J. L. MCKENNEY, P.E.
G. A. MURRAY, P.E.
R. A. LITTLE, P.E.
M. C. IRWIN, P.E.
B. E. PETERSON, P.E.
Z.    PRUCZ, PH.D., P.E.
T. B. MCMEANS, P.E.
R. A. MARTINO, P.E.
S. R. ESHENAUR, P.E.
M. P. FREEMAN, P.E.
R. J. EPPEHIMER, P.E.
W. N. MARIANOS, JR., PH.D., P.E.
N. E. KAUHL, P.E.
P. O. OTTENS, P.E.
Q. P. JOHNSON, P.E.

**PROJECT DEVELOPMENT**
M. F. BRITT, P.E.

**CONTROLLER**
D. C. KAMSLER, JR., C.P.A.

Mr. Stevan G. Spencer, Chief Engineer
Board of Commissioners
Orleans Levee District
Suite 202 - Administration Building
6001 Stars and Stripes Boulevard
New Orleans, Louisiana 70126

RE:   FLOODPROOFING VETERANS HIGHWAY BRIDGE                    JN1413
      OLB Project No. 24312, 23401 and 24301

Dear Mr. Spencer:

      Transmitted, herewith, is our Invoice No. 36 for engineering services
provided in connection with the above-referenced project through November 30,
1997.

      If this invoice is found to be in order, please place it in line for
payment.

                                      Very truly yours,

                                      H. EUGENE WALDNER,
                                      Senior Vice-President

HEW:jlb

encl.
as

cc:   Modjeski and Masters, Inc., New Orleans, Louisiana

**MODJESKI and MASTERS, INC.**
Rossmoyne Business Center · 4909 Louise Drive · Mechanicsburg, PA 17055
Mailing Address: P. O. Box 2345 · Harrisburg, PA 17105 · Telephone (717) 790-9565 · FAX No. (717) 790-9664
http://www2.eplx.net/~modjeski/ · E-Mail: modjeski@eplx.net

HARRISBURG, PA          NEW ORLEANS, LA          POUGHKEEPSIE, NY          BORDENTOWN, NJ          ST. LOUIS, MO

MODJESKI
EXHIBIT 20

BOARD OF COMMISSIONERS
ORLEANS LEVEE DISTRICT
SUITE 202 - ADMINISTRATION BUILDING
6001 STARS AND STRIPES BOULEVARD
NEW ORLEANS, LOUISIANA 70126

NOVEMBER 30, 1997
FLOODPROOFING VETERANS
HIGHWAY BRIDGE - PHASE II
PAGE 1 OF 4
INVOICE NO. 36
JN1413

## Modjeski and Masters, Inc.
### Consulting Engineers
### P. O. Box 2345
### Harrisburg, PA 17105

Federal ID 23-2638914

Telephone: (717) 790-9565

For Engineering Services provided for the Preliminary and
Final Design and Contract Plans for the Floodproofing of the
Veterans Boulevard Twin Bridges as authorized by the Orleans
Levee Board Project No. 24312.

DESIGN ENGINEERING SERVICES - FEE - $164,828.00

  75.00% Complete as of July 31, 1995

123,621.00

FIELD SURVEYING - FEE - $12,500.00

  100% Complete as of April 30, 1993

12,500.00

GEOTECHNICAL INVESTIGATION - FEE - $20,000.00

  100% Complete as of April 30, 1993

20,000.00
156,121.00

LESS PREVIOUSLY BILLED

156,121.00

AMOUNT DUE

-0-

TOTAL AMOUNT DUE AS OF NOVEMBER 30, 1997

1,488.25

DBE PARTICIPATION:

| | AMOUNT | PERCENT |
|---|---|---|
| Previously Invoiced | $17,988.00 | 9.25% |
| Included with Current Invoice | -0- | 0% |
| TOTAL DBE PARTICIPATION TO DATE | $17,988.00 | 9.25% |

BOARD OF COMMISSIONERS
ORLEANS LEVEE DISTRICT
SUITE 202 - ADMINISTRATION BUILDING
6001 STARS AND STRIPES BOULEVARD
NEW ORLEANS, LOUISIANA  70126

NOVEMBER 30, 1997
FLOODGATES
PAGE 2 OF 4
INVOICE NO. 36
JN1413

## Modjeski and Masters, Inc.
### Consulting Engineers
P. O. Box 2345

Federal ID 23-2638914                     Harrisburg, PA  17105              Telephone:  (717) 790-9565

To provide engineering services for the design of vehicular
and pedestrian floodgates, Orleans Levee Board
Project No. 24301.

LJMP SUM FEE -    $10,600.00

  100% Complete as of April 30, 1994                          10,600.00


LESS PREVIOUSLY BILLED                                        10,600.00


                    AMOUNT DUE                                              -0-

72

BOARD OF COMMISSIONERS
ORLEANS LEVEE DISTRICT
SUITE 202 - ADMINISTRATION BUILDING
6001 STARS AND STRIPES BOULEVARD
NEW ORLEANS, LOUISIANA  70126

NOVEMBER 30, 1997
FLOODPROOFING VETERANS
BOULEVARD BRIDGES
PAGE 3 OF 4
INVOICE NO. 36
JN1413

## Modjeski and Masters, Inc.
### Consulting Engineers
### P. O. Box 2345

Federal ID 23-2638914             Harrisburg, PA  17105          Telephone:  (717) 790-9565

To provide engineering services for the Bidding Phase and
Construction Phase of the Floodproofing of Veterans
Boulevard Twin Bridges, OLD Project No. 24301, as per Letter
of Authorization August 10, 1995.

BIDDING ASSISTANCE

PAYROLL COSTS
Previously Billed                          $10,346.02
November, 1997 - See Attached Listing          595.30
                                           $10,941.32

Multiplier of 2.5 Times $10,941.32                              27,353.30

DIRECT EXPENSES
Previously Billed                                                 375.61
                                                               27,728.91

LESS PREVIOUSLY BILLED                                          26,240.66

                    AMOUNT DUE                                              1,488.25

BOARD OF COMMISSIONERS
ORLEANS LEVEE DISTRICT
SUITE 202 - ADMINISTRATION BUILDING
6001 STARS AND STRIPES BOULEVARD
NEW ORLEANS, LOUISIANA  70126

NOVEMBER 30, 1997
REVISIONS TO FLOOD GATES
PAGE 4 OF 4
INVOICE NO. 36
JN1413

## Modjeski and Masters, Inc.
### Consulting Engineers
P. O. Box 2345
Harrisburg, PA  17105

Federal ID 23-2638914

Telephone:  (717) 790-9565

To provide engineering services for the Redetailing of the
Vehicular and Pedestrian Floodgates.


LUMP SUM FEE - $10,625.00

 100% Complete as of December 31, 1995                10,625.00

LESS PREVIOUSLY BILLED                                10,625.00

                    AMOUNT DUE                                        -0-

74

Date:12/05/97          MODJESKI and MASTERS, ENGINEERS          Page 1

DIRECT LABOR COSTS for Month Ending 11/30/97

Job No:    1413      Bill No: 03
Client:    ORLEANS LEVEE BOARD
Project:   RAISING BRIDGES - HAMMOND AND VETERANS
           CONSTRUCTION SERVICES

| Employee | Class | Rate | MAN-HOURS | | | DIRECT LABOR COST | | |
| | | | Reg | Ovt | Prem | Std | Prem | Total |
|---|---|---|---|---|---|---|---|---|
| SOONG, T | SA | $45.00 | 8.0 | 2.0 | 0.0 | $450.00 | $0.00 | $450.00 |
| STERNITZKE, M L | E3 | $29.06 | 5.0 | 0.0 | 0.0 | $145.30 | $0.00 | $145.30 |
| Total Direct Labor: | | | 13.0 | 2.0 | 0.0 | $595.30 | $0.00 | $595.30 |

75