# EXHIBIT 25

PARTNERS

J. BRES EUSTIS
REG. C. E

CHARLES A. BRAGG (1916-1979)
REG. C. E.

JOHN W. ROACH, JR.
REG. C. E

GERALD A. BRAGG
REG. C. E.

LLOYD A. HELO, JR.
REG. C. E.

# EUSTIS ENGINEERING COMPANY

SOIL AND FOUNDATION CONSULTANTS

BORINGS • TESTS • ANALYSES
3011 2ND STREET
METAIRIE, LOUISIANA 70002
P. O. BOX 8706
METAIRIE, LOUISIANA 70011
PHONE (504) 834-0157

OFFICERS

EUSTIS ENGINEERING CO.,INC.
ASSOCIATED WITH
EUSTIS ENGINEERING CO
CHAIRMAN OF THE BOARD
   J. BRES EUSTIS
PRESIDENT
   JOHN W. ROACH, JR
CORP. VICE-PRESIDENT AND
CHIEF ADMINISTRATIVE OFFICER
   GERALD A. BRAGG
VICE PRESIDENT AND
CHIEF ENGINEER
   LLOYD A. HELO, JR.

12 January 1984

Modjeski and Masters
Consulting Engineers
John Hancock Building
1055 St. Charles Avenue
New Orleans, Louisiana   70113

Attention Mr. Barney Martin

Gentlemen:

Piezometric Data - Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

This report contains piezometric data obtained before, during
and after excavation of a test section in the Metairie Relief
Canal located in Orleans and Jefferson Parishes, Louisiana.
Verbal authorization to obtain piezometric data was received
from Mr. Barney Martin of Modjeski and Masters, Consulting
Engineers for the project.   Excavation of a test section was
recommended by Eustis Engineering Company to assist the
Sewerage and Water Board in obtaining a permit from the Corps
of Engineers for the planned improvements to the Metairie
Relief Canal between Station 617+50 and Station 663+00.

The purpose of a test section is to develop more definitive
information regarding the potential for a blow-out at the

- 1 -

SWB-ED-F0040-001365

,landside toe of the levee during high water conditions in the canal.
Subsoil information indicated that an underlying sand stratum may be
uncovered by the planned improvement along the subject reach allowing
the possible development of excessive hydrostatic pressure.    To
obtain this information, excavation of a test section was recommended
to the proposed design grades in order to observe changes in hydro-
static pressures on the landside of the levee.    The recommended
location of a test section is shown on Enclosure 1 and a typical
cross-section is shown on Enclosure 2.

Six (6) piezometers were installed on the Jefferson Parish side of
the canal at the locations shown on Enclosure 1 to closely monitor
changes in the hydrostatic pressures before, during and after
completion of the excavation.    All of the piezometers were installed
in accordance with the diagram shown on Enclosure 3.    The ground
surface elevation and the elevation of the bottom of each screen is
shown in the following tabulation.

| No. | Station | Offset | Elevations - Cairo Datum | |
| | | | Ground Surface | Bottom of Screen |
|-----|---------|--------|-------|--------|
| P-1 | 642+77 | Ȼ of Levee | 32.41 | 7.91 |
| P-2 | 642+69 | Toe of Levee | 20.96 | 7.96 |
| P-3 | 642+91 | Toe of Levee | 20.31 | 8.81 |
| P-4 | 642+61 | 50' from Levee Toe | 18.54 | 8.04 |
| P-5 | 642+91 | 50' from Levee Toe | 19.06 | 8.56 |
| P-6 | 642+61 | 145' from Levee Toe | 18.80 | 4.30 |

- 2 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE LOUISIANA

SWB-ED-F0040-001366

information also indicates that excavation operations during the period 15 to 16 December consisted of cleaning and/or shaping of the test section to final grade and, during this sweeping operation, sand was excavated from the bottom of the test section. It is further understood that the final sweeping operation was completed in a period of approximately four hours and soundings were subsequently taken to verify the configuration of the test section. All excavation operations terminated at approximately 4:00 p.m. on 16 December.

Twelve (12) sets (a total of 72) of readings were obtained in the piezometers during the construction period. The maximum variation in the water elevation was 1.41 feet which occurred at P-6 located 145 feet from the toe of the levee. At P-2 and P-3 (located at the toe of the levee) and at P-4 and P-5 (located 50 feet from the toe) the maximum variation in the water elevation was approximately 1 foot.

After excavation operations terminated, three (3) borings designated E-1 through E-3 were drilled on 19 December 1983 in the bottom of the test section to verify exposure of the underlying sand stratum. However, these borings encountered 2.7 to 4 feet of sediment at the canal bottom which was apparently deposited after excavation operations terminated on 16 December. This sediment is underlain by medium dense gray fine sand at all three boring locations.

Nine (9) sets (a total of 54) of readings were obtained in the piezometers after completion of excavation operations. Except in P-1, the water elevation in the piezometers ranged between 13.29 and 13.59 C.D. while the water elevation in the canal ranged between

- 4 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE LOUISIANA

SWB-ED-F0040-001367

information also indicates that excavation operations during the period 15 to 16 December consisted of cleaning and/or shaping of the test section to final grade and, during this sweeping operation, sand was excavated from the bottom of the test section. It is further understood that the final sweeping operation was completed in a period of approximately four hours and soundings were subsequently taken to verify the configuration of the test section. All excavation operations terminated at approximately 4:00 p.m. on 16 December.

Twelve (12) sets (a total of 72) of readings were obtained in the piezometers during the construction period. The maximum variation in the water elevation was 1.41 feet which occurred at P-6 located 145 feet from the toe of the levee. At P-2 and P-3 (located at the toe of the levee) and at P-4 and P-5 (located 50 feet from the toe) the maximum variation in the water elevation was approximately 1 foot.

After excavation operations terminated, three (3) borings designated E-1 through E-3 were drilled on 19 December 1983 in the bottom of the test section to verify exposure of the underlying sand stratum. However, these borings encountered 2.7 to 4 feet of sediment at the canal bottom which was apparently deposited after excavation operations terminated on 16 December. This sediment is underlain by medium dense gray fine sand at all three boring locations.

Nine (9) sets (a total of 54) of readings were obtained in the piezometers after completion of excavation operations. Except in P-1, the water elevation in the piezometers ranged between 13.29 and 13.59 C.D. while the water elevation in the canal ranged between

- 4 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

SWB-ED-F0040-001368

21.43 and 22.59 C.D.  The water elevation in P-1 ranged between 17.59 and 17.72 C.D. during this period.

Based on the water elevations obtained in the piezometers and canal, information furnished by Modjeski and Masters, and rainfall data furnished by the Sewerage and Water Board, the following observations appear reasonable:

1)  All six (6) piezometers functioned throughout the test period.

2)  Variations of the water elevation in the piezometers before, during and after excavation did not respond to the variations of the water elevation in the canal but, instead, responded to the amount of rainfall in the area.

3)  The underlying sand stratum was exposed over some portion if not over the entire bottom area of the test section on 16 December.

4)  During the period when the underlying sand stratum was exposed on 16 December, the water elevation in the canal rose 0.41 of a foot but the water elevation in the piezometers fell slightly or remained unchanged.

5)  Sedimentation deposits covered the bottom of the test section in a relatively short period of time.

Based on the foregoing observations, the following conclusions may be reasonable.

- 5 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE LOUISIANA

SWB-ED-F0040-001369

1) The water elevation in the piezometers was not
affected by the water level in the canal because
the surface of the underlying sand has become
intermixed with fines to some depth below design
grade (el 4.0 C.D.). This layer of contaminated
sand acts as a seal preventing the water in the
canal from influencing the hydrostatic head at
and beyond the levee toe.

2) Upon completion of the proposed dredging to
design grade in the canal, sedimentation will
probably deposit on the bottom in a relatively
short period of time further sealing off the
water pressure in the canal from the surrounding
ground water.

The preceding conclusions may be supported by the present thickness
of sedimentation on the canal bottom which suggest that at one time
the bottom of the canal was as deep if not deeper than the proposed
design grade. Such a situation could account for the layer of
contaminated sand at the surface of this stratum, and confirm that
sedimentation will deposit on the canal bottom after excavation to
design grade. It should also be noted that the location of the
test section was selected where the surface of the underlying sand
is at the highest elevation based on borings in the canal. If the
surface of the sand was deeper than the design grade, there will be
many areas in which the sand stratum will not be exposed by the
proposed dredging.

- 6 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE LOUISIANA

SWB-ED-F0040-001370

The foregoing observations and conclusions appear to be reasonable and, therefore, it is believed that the possibility of a blow-out during high water conditions in the canal is probably slight. However, sound engineering judgment would indicate that piezometers should be installed along the entire reach in which the sand stratum may be exposed at the bottom of the canal. Readings should be taken during and subsequent to excavation operations to more definitively define the reaction of the sand strata to the water level in the canal.

Yours very truly,

EUSTIS ENGINEERING COMPANY

By Lloyd A. Held, Jr.

L. J. Napolitano:kdl

Enclosures

- 7 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

SWB-ED-F0040-001371



Piezometric Data-Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Enc. 1

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE LOUISIANA

SWB-ED-F0040-001372



DISTANCE FROM BASELINE IN FEET

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Piezometric Data - Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

Enc. 2

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA

NOTES: BOTTOM WIDTH OF TEST SECTION ALONG CENTERLINE OF CANAL TO BE 100 FEET
(BETWEEN APPROXIMATELY STATIONS 642 + 50 AND 643 + 50). SIDE SLOPES
TO BE 1 VERTICAL ON 2 HORIZONTAL.

STA. 643 + 00

SWB-ED-F0040-001373



## TYPICAL PIEZOMETER INSTALLATION

NGS

2" dia. PVC pipe

Min. 6" Dia. Hole

Aquagel Cement Grout

Surface of Sand

15" Bentonite Pellets

15" Very Fine Sand

Filter Sand

2' Long, 2" Dia. Slotted (01) Screen

NOT TO SCALE

Piezometric Data—Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Enc. 3

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA

SWB-ED-F0040-001374

## LOG OF BORING

**EUSTIS ENGINEERING COMPANY**
SOIL AND FOUNDATION CONSULTANTS
METAIRIE LA

Name of Project _____ Sewerage & Water Board of New Orleans

_____ Metairie Relief Canal, Station 554+00 to Station 670+00

_____ Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Inc., Consulting Engineers, New Orleans, Louisiana

Boring No. _17_ Soil Technician _A. J. Mayeux_ Date _26 May 1981_

Ground Elev _31 (Est.)_ Datum _Cairo_ Gr Water Depth _See Text_

| Sample No | Sample Depth — Feet From | Sample Depth — Feet To | Depth Stratum Feet From | Depth Stratum Feet To | Visual Classification | Standard Penetration Test | Standard Penetration Test |
|---|---|---|---|---|---|---|---|
| | | | 0.0 | 0.3 | Asphalt | | |
| | | | 0.3 | 1.0 | Fill | | |
| 1 | 2.0 | 2.5 | 1.0 | 4.0 | Medium stiff gray & tan clay w/sand | | |
| | | | | | lenses, pockets & roots | | |
| 2 | 5.0 | 5.5 | 4.0 | 7.5 | Stiff gray & tan silty clay w/shell | | |
| | | | | | fragments | | |
| 3 | 8.0 | 8.5 | 7.5 | 10.0 | Miscellaneous fill (clay, sandy clay, | | |
| | | | | | sand, gravel, bricks & etc.) | | |
| 4 | 11.5 | 13.0 | 10.0 | 15.5 | Loose tan silty sand | 2 | 5 |
| 5 | 15.0 | 16.5 | 15.5 | 16.5 | Loose tan sand w/clay & wood | 2 | 4 |
| 6 | 17.5 | 18.0 | 16.5 | 18.5 | Medium stiff gray clay w/wood, organic | | |
| | | | | | matter & roots | | |
| 7 | 18.5 | 20.0 | 18.5 | 21.0 | Medium dense gray sand w/wood | 3 | 19 |
| 8 | 21.0 | 22.5 | 21.0 | 23.5 | Dense gray sand w/shell fragments | 8 | 37 |
| 9 | 23.5 | 25.0 | 23.5 | 27.0 | Very dense gray sand w/shell fragments | 10 | 50=8" |
| 10 | 28.5 | 30.0 | 27.0 | 33.5 | Dense gray sand | 5 | 42 |
| 11 | 33.5 | 35.0 | 33.5 | 38.0 | Very dense gray sand | 7 | 50=8" |
| 12 | 38.5 | 40.0 | 38.0 | | Medium dense gray sand w/shell | 5 | 12 |
| | | | | | fragments & clay layers | | |
| 13 | 43.5 | 45.0 | | | Ditto | 6 | 17 |
| 14 | 48.5 | 50.0 | | 50.0 | Ditto | 7 | 22 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Number in first column indicates number of blows of 140-lb. hammer dropped 30 in. required to seat 2-in. O.D. splitspoon sampler 6 in. Number in second column indicates number of blows of 140-lb. hammer dropped 30 in. required to drive 2-in. O.D. splitspoon sampler 1 ft. after seating 6 in.

WHILE THIS LOG OF BORING IS CONSIDERED TO BE REPRESENTATIVE OF SUBSURFACE CONDITIONS AT ITS RESPECTIVE LOCATION ON THE DATE SHOWN, IT IS NOT WARRANTED THAT IT IS REPRESENTATIVE OF SUBSURFACE CONDITIONS AT OTHER LOCATIONS AND TIMES.

Remarks: _Boring located on Westside of canal @ Sta._

_No. 642+00 in crown of levee._

CLAY    SILT    SAND    HUMUS

Predominant type shown heavy. Modifying type shown light.

Enc. 4

SWB-ED-F0040-001375

# LOG OF BORING

## EUSTIS ENGINEERING COMPANY
### SOIL AND FOUNDATION CONSULTANTS
#### METAIRIE LA

0 B-100

Name of Project: _____ Sewerage and Water Board of New Orleans _____

_____ Metairie Relief Canal, Station 617+50 to Station 663+00 _____

_____ Orleans and Jefferson Parishes, Louisiana _____

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Boring No. _____ Soil Technician _ G. Hardee & R. Courtiade _ Date _ 7 & 10 May 1982

Ground Elev. _____ Datum _____ Cairo _ Gr. Water Depth _____

| Sample No | SAMPLE Depth — Feet | | DEPTH STRATUM Feet | | VISUAL CLASSIFICATION | *STANDARD PENETRATION TEST |
|---|---|---|---|---|---|---|
| | From | To | From | To | | |
| | | | | | BORING 100    (Water Surface @ el. 21.6) | |
| | | | 0.0 | 8.0 | Water | |
| 1 | 8.5 | 9.0 | 8.0 | | Loose black sand w/oil (Sediment) | |
| 2 | 10.5 | 11.0 | | 12.5 | Ditto | |
| 3 | 13.5 | 14.0 | 12.5 | 14.0 | Loose dark gray clayey sand (Sediment) | |
| 4 | 15.0 | 15.5 | 14.0 | | Soft gray clay w/organic matter | |
| 5 | 16.5 | 17.0 | | | Soft gray clay w/organic matter & wood | |
| 6 | 17.0 | 17.5 | | 17.5 | Soft gray clay w/trace of sand | |
| 7 | 17.5 | 18.0 | 17.5 | 18.0 | Medium dense gray sand w/clay layers | |
| | | | | | . | |
| | | | NOTE: | | Boring located near ₵ of canal. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | BORING 101    (Ground Surface @ el. 19.2) | |
| | | | 0.5 | 1.5 | Miscellaneous fill | |
| 1 | 2.5 | 3.0 | 1.5 | 4.0 | Medium stiff tan & gray clay w/roots & | |
| | | | | | wood | |
| 2 | 5.0 | 5.5 | 4.0 | 5.5 | Medium stiff gray clay w/roots | |
| 3 | 7.0 | 7.5 | 5.5 | 7.5 | Soft gray sandy clay | |
| | | | 7.5 | 10.0 | Medium dense gray fine sand | |
| | | | | | | |
| | | | NOTE: | | Boring located at landside toe of west side levee. | |
| | | | | | | |
| | | | | | | |

DEPTH IN FT

0 B-101

*Number in first column indicates number of blows of 140-lb hammer dropped 30 in required to seat 2-in. O.D. splitspoon sampler 6 in.  Number in second column indicates number of blows of 140-lb hammer dropped 30 in required to drive 2-in. O.D. splitspoon sampler 1 ft after seating 6 in.

WHILE THIS LOG OF BORING IS CONSIDERED TO BE REPRESENTATIVE OF SUBSURFACE CONDITIONS AT ITS RESPECTIVE LOCATION ON THE DATE SHOWN, IT IS NOT WARRANTED THAT IT IS REPRESENTATIVE OF SUBSURFACE CONDITIONS AT OTHER LOCATIONS AND TIMES.

CLAY    SILT    SAND    HUMUS

Remarks: Borings located @ Sta. 642+50.

Predominant type shown heavy. Modifying type shown light.

ENC. 5

SWB-ED-F0040-001376

LOG

## EUSTIS ENGINEERING COMPANY
### SOIL AND FOUNDATION CONSULTANTS
#### METAIRIE, LA

Name of Project _____ Sewerage and Water Board of New Orleans _____

_____ Metairie Relief Canal, Station 617+50 to Station 663+00 _____

_____ Orleans and Jefferson Parishes, Louisiana _____

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Boring No. _____ Soil Technician ____ G. Hardee _____ Date ___7 May 1982__

Ground Elev _____ Datum _____ Cairo ____ Gr Water Depth _____

| Sample No | SAMPLE Depth — Feet From | To | DEPTH STRATUM Feet From | To | VISUAL CLASSIFICATION | *STANDARD PENETRATION TEST |
|---|---|---|---|---|---|---|
| | | | | | BORING 102    (Ground Surface @ el. 18.6) | |
| | | | 0.0 | 1.0 | Miscellaneous fill | |
| 1 | 2.5 | 3.0 | 1.0 | 5.5 | Medium stiff gray clay w/organic matter | |
| | | | | | & roots | |
| 2 | 5.5 | 6.0 | 5.5 | 6.5 | Soft gray clay w/roots & sand pockets | |
| 3 | 9.5 | 10.0 | 6.5 | 10.0 | Medium dense gray fine sand | |
| | | | | | | |
| | | | NOTE: | | Boring located 50' from landside toe of west side | |
| | | | | | levee. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | BORING 103    (Ground Surface @ el. 18.4) | |
| | | | 0.0 | 1.0 | Medium dense gray & tan sand w/shells & | |
| | | | | | clay pockets | |
| 1 | 2.5 | 3.0 | 1.0 | 5.0 | Medium stiff gray clay w/organic matter | |
| | | | | | & roots | |
| 2 | 5.5 | 6.0 | 5.0 | 6.0 | Soft gray clay w/roots & sand pockets | |
| 3 | 9.5 | 10.0 | 6.0 | 10.0 | Medium dense gray fine sand | |
| | | | | | | |
| | | | NOTE: | | Boring located 100' from landside toe of west side | |
| | | | | | levee. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Number in first column indicates number of blows of 140-lb hammer dropped 30 in. required to seat 2-in O.D. splitspoon sampler 6 in.  Number in second column indicates number of blows of 140 lb. hammer dropped 30 in. required to drive 2-in. O.D. splitspoon sampler 1 ft. after seating 6 in.
WHILE THIS LOG OF BORING IS CONSIDERED TO BE REPRESENTATIVE OF SUBSURFACE CONDITIONS AT ITS RESPECTIVE LOCATION ON THE DATE SHOWN, IT IS NOT WARRANTED THAT IT IS REPRESENTATIVE OF SUBSURFACE CONDITIONS AT OTHER LOCATIONS AND TIMES.

Remarks.  Borings located @ Sta. 642+50.

CLAY    SILT    SAND    HUMUS

Predominant type shown heavy.  Modifying type shown light.

Enc. 6

SWB-ED-F0040-001377

**LOG OF BORING**

E. STIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.

Name of Project: ___Sewerage & Water Board of New Orleans___

___Metairie Relief Canal,  Station 617+50 to Station 663+00___

___Orleans and Jefferson Parishes, Louisiana___

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Boring No. _A-17_  Soil Technician ___Bruce Gerosa___  Date _20 July 1983_

Ground Elev. _23.75 (est.)_  Datum _C.D._  Gr. Water Depth _20.75 (est.)_

| Sample No. | SAMPLE Depth — Feet | | DEPTH STRATUM Feet | | VISUAL CLASSIFICATION | *STANDARD PENETRATION TEST | |
|---|---|---|---|---|---|---|---|
| | From | To | From | To | | | |
| 1 | 0.0 | 1.0 | 0.0 | 1.0 | Stiff brown & gray silty clay w/clayey | | |
| | | | | | silt layers | | |
| 2 | 1.0 | 2.0 | 1.0 | 2.0 | Soft brown & gray clay w/silt & decayed | | |
| | | | | | roots | | |
| 3 | 2.0 | 3.0 | 2.0 | | Soft gray sandy clay | | |
| 4 | 3.0 | 3.5 | | 3.5 | Soft gray sandy clay w/sand layers | | |
| 5 | 3.5 | 4.0 | 3.5 | 4.0 | Medium stiff gray clay | | |
| 6 | 4.0 | 4.5 | 4.0 | 4.5 | Soft gray & brown clay w/sand layers | | |
| | | | | | & organic matter | | |
| 7 | 4.5 | 5.0 | 4.5 | 5.0 | Soft brown humus | | |

DEPTH IN FT

*Number in first column indicates number of blows of 140-lb. hammer dropped 30 in. required to seat 2-in. O.D. splitspoon sampler 6 in. Number in second column indicates number of blows of 140-lb. hammer dropped 30 in. required to drive 2-in. O.D. splitspoon sampler 1 ft. after seating 6 in.
WHILE THIS LOG OF BORING IS CONSIDERED TO BE REPRESENTATIVE OF SUBSURFACE CONDITIONS AT ITS RESPECTIVE LOCATION ON THE DATE SHOWN, IT IS NOT WARRANTED THAT IT IS REPRESENTATIVE OF SUBSURFACE CONDITIONS AT OTHER LOCATIONS AND TIMES.

|  CLAY  |  SILT  |  SAND  |  HUMUS  |

Remarks: Boring located on Jefferson Side at
Approximately Station 643+00, Approximately 35'
from ₵ of Levee on the Canal Side

Predominant type shown heavy. Modifying type shown light.

Fig. 7

SWB-ED-F0040-001378

# LOG OF BORING

**EUSTIS ENGINEERING COMPANY**
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.

Name of Project: _____ Sewerage & Water Board of New Orleans

_____ Metairie Relief Canal, Station 617+50 to Station 663+00

_____ Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Boring No._____ Soil Technician ___ Richard K. Blum _____ Date 27 September 1983

Ground Elev.____ See Text _____ Datum _____ Gr. Water Depth_____

| Sample No. | SAMPLE Depth — Feet | | DEPTH STRATUM Feet | | VISUAL CLASSIFICATION | *STANDARD PENETRATION TEST |
|---|---|---|---|---|---|---|
| | From | To | From | To | | |
| | | | 0.0 | 0.2 | BORING P-1 | |
| | | | | | Asphalt | |
| 1 | 1.0 | 1.5 | 0.2 | 7.5 | Medium stiff tan & brown silty clay | |
| 2 | 8.0 | 8.5 | 7.5 | 15.0 | Medium dense tan sand w/clay & gravel | |
| 3 | 16.0 | 16.5 | 15.0 | 20.0 | Medium stiff gray & tan clay w/wood | |
| 4 | 21.0 | 21.5 | 20.0 | 24.5 | Medium dense to dense tan & gray silty | |
| | | | | | sand | |
| | | | | | | |
| | | | | | BORING P-2 | |
| 1 | 1.5 | 2.0 | 0.0 | 5.0 | Soft to medium stiff brown silty clay | |
| | | | | | w/roots | |
| 2 | 5.0 | 5.5 | 5.0 | 6.5 | Soft to medium stiff gray & tan clay | |
| 3 | 7.0 | 7.5 | 6.5 | 8.5 | Soft to medium stiff gray clay | |
| 4 | 11.0 | 11.5 | 8.5 | 13.0 | Medium dense to dense gray silty sand | |
| | | | | | | |
| | | | | | BORING P-3 | |
| 1 | 1.5 | 2.0 | 0.0 | 4.0 | Soft to medium stiff brown silty clay | |
| | | | | | w/roots | |
| 2 | 4.5 | 5.0 | 4.0 | 5.5 | Soft to medium stiff gray & tan clay | |
| | | | | | w/roots & sand pockets | |
| 3 | 6.5 | 7.0 | 5.5 | 7.0 | Soft gray clay w/roots & organic matter | |
| 4 | 8.0 | 8.5 | 7.0 | 11.5 | Medium dense to dense gray silty sand | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Number in first column indicates number of blows of 140-lb. hammer dropped 30 in. required to seat 2-in. O.D. splitspoon sampler 6 in. Number in second column indicates number of blows of 140-lb. hammer dropped 30 in. required to drive 2-in. O.D. splitspoon sampler 1 ft. after seating 6 in.

WHILE THIS LOG OF BORING IS CONSIDERED TO BE REPRESENTATIVE OF SUBSURFACE CONDITIONS AT ITS RESPECTIVE LOCATION ON THE DATE SHOWN, IT IS NOT WARRANTED THAT IT IS REPRESENTATIVE OF SUBSURFACE CONDITIONS AT OTHER LOCATIONS AND TIMES.

CLAY   SILT   SAND   HUMUS

Remarks: _____

_____

Predominant type shown heavy. Modifying type shown light.

DEPTH IN FT.

P-1
0
10
20
30

P-2
0
10
20

P-3
0
10
20

Enc. 8

SWB-ED-F0040-001379

# LOG OF BORING

### EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.

Name of Project: _____ Sewerage & Water Board of New Orleans _____

_____ Metairie Relief Canal,  Station 617+50 to Station 663+00 _____

_____ Orleans and Jefferson Parishes, Louisiana _____

For:  Modjeski and Masters,  Consulting Engineers,  New Orleans, Louisiana

Boring No._____ Soil Technician ___ R. K. Blum & A. Croal, Jr. _____ Date 27-28 September 1983

Ground Elev.____ See Text _____ Datum. _____ Gr. Water Depth_____

| Sample No. | SAMPLE Depth — Feet | | DEPTH STRATUM Feet | | VISUAL CLASSIFICATION | "STANDARD PENETRATION TEST |
|---|---|---|---|---|---|---|
| | From | To | From | To | | |
| | | | | | BORING P-4 | |
| 1 | 0.0 | 0.5 | 0.0 | 1.5 | Soft to medium stiff brown clay w/roots | |
| 2 | 2.5 | 3.0 | 1.5 | 4.0 | Soft to medium stiff gray & tan clay | |
| 3 | 5.0 | 5.5 | 4.0 | 6.0 | Soft to medium stiff gray clay | |
| 4 | 6.0 | 6.5 | 6.0 | 10.5 | Medium dense to dense gray silty sand | |
| | | | | | | |
| | | | | | BORING P-5 | |
| 1 | 1.5 | 2.0 | 0.0 | 3.5 | Medium stiff to stiff brown & gray clay | |
| | | | | | w/fine sand & shells | |
| 2 | 3.5 | 4.0 | 3.5 | 6.0 | Medium stiff gray clay w/organic matter | |
| 3 | 6.0 | 6.5 | 6.0 | 10.5 | Loose gray fine sand | |
| | | | | | | |
| | | | | | BORING P-6 | |
| 1 | 1.5 | 2.0 | 0.0 | 3.0 | Stiff brown & gray clay w/fine sand & | |
| | | | | | shells | |
| 2 | 3.5 | 4.0 | 3.0 | 5.5 | Soft gray sandy clay w/shells & clayey | |
| | | | | | sand layers | |
| 3 | 6.5 | 7.0 | 5.5 | 10.0 | Very loose gray clayey sand w/shells | |
| | | | | | & clay pockets | |
| 4 | 11.0 | 11.5 | 10.0 | 14.5 | Loose gray fine sand | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Number in first column indicates number of blows of 140-lb. hammer dropped 30 in. required to seat 2-in. O D. splitspoon sampler 6 in. Number in second column indicates number of blows of 140-lb. hammer dropped 30 in. required to drive 2-in. O D. splitspoon sampler 1 ft. after seating 6 in

WHILE THIS LOG OF BORING IS CONSIDERED TO BE REPRESENTATIVE OF SUBSURFACE CONDITIONS AT ITS RESPECTIVE LOCATION ON THE DATE SHOWN, IT IS NOT WARRANTED THAT IT IS REPRESENTATIVE OF SUBSURFACE CONDITIONS AT OTHER LOCATIONS AND TIMES.

CLAY     SILT     SAND     HUMUS

Remarks: _____

Predominant type shown heavy.  Modifying type shown light.

P-4
0
10

P-5
0
10
20

DEPTH IN FT.

P-6
0
10
20

Enc. 9

SWB-ED-F0040-001380

## LOG OF BORING

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.

Name of Project: _____ Sewerage & Water Board of New Orleans _____

_____ Metairie Relief Canal, Station 617+50 to Station 663+00 _____

_____ Orleans and Jefferson Parishes, Louisiana _____

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Boring No. _____ Soil Technician _____ A. J. Mayeux _____ Date 19 December 1983

Ground Elev. _____ Datum _____ C.D. _____ Gr. Water Depth _____ 22.55 _____

| Sample No. | SAMPLE Depth — Feet | | DEPTH STRATUM Feet | | VISUAL CLASSIFICATION | *STANDARD PENETRATION TEST | |
|---|---|---|---|---|---|---|---|
| | From | To | From | To | | | |
| | | | | | BORING E-1 | | |
| | | | 0.0 | 15.5 | Water | | |
| 1 | 16.0 | 16.5 | 15.5 | | Extremely soft black muck | | |
| 2 | 17.5 | 18.0 | | 18.5 | Ditto | | |
| 3 | 18.5 | 19.0 | 18.5 | 19.0 | Very soft black clay w/sand | | |
| 4 | 19.0 | 19.3 | 19.0 | 19.3 | Medium dense gray fine sand | | |
| | | | | | | | |
| | | | | | BORING E-2 | | |
| | | | 0.0 | 15.8 | Water | | |
| 1 | 16.3 | 16.8 | 15.8 | | Extremely soft black muck | | |
| 2 | 17.5 | 18.0 | | 18.9 | Ditto | | |
| 3 | 18.9 | 19.2 | 18.9 | 19.2 | Medium dense gray fine sand | | |
| | | | | | | | |
| | | | | | BORING E-3 | | |
| | | | 0.0 | 14.5 | Water | | |
| 1 | 15.5 | 16.0 | 14.5 | 18.5 | Extremely soft black muck | | |
| 2 | 18.5 | 19.0 | 18.5 | 19.0 | Medium dense gray fine sand | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Number in first column indicates number of blows of 140-lb hammer dropped 30 in. required to seat 2-in. O. D. splitspoon sampler 6 in. Number in second column indicates number of blows of 140-lb. hammer dropped 30 in. required to drive 2-in. O. D. splitspoon sampler 1 ft. after seating 6 in.

WHILE THIS LOG OF BORING IS CONSIDERED TO BE REPRESENTATIVE OF SUBSURFACE CONDITIONS AT ITS RESPECTIVE LOCATION ON THE DATE SHOWN, IT IS NOT WARRANTED THAT IT IS REPRESENTATIVE OF SUBSURFACE CONDITIONS AT OTHER LOCATIONS AND TIMES.

CLAY    SILT    SAND    HUMUS

Remarks: _____

_____

Predominant type shown heavy. Modifying type shown light.



P-1

Piezometric Data–Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Enc. 11

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA

SWB-ED-F0040-001382



P-2

Piezometric Data—Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana
Enc. 12

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.



P-3

Piezometric Data-Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Enc. 13

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.

SWB-ED-F0040-001384



ELEVATIONS IN 1

Piezometric Data-Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For:  Modjeski and Masters,  Consulting Engineers,  New Orleans, Louisiana

Enc. 14

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.



P-5

Piezometric Data–Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For: Modjeski and Masters, Consulting Engineers, New Orleans, Louisiana

Enc. 15

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.

Piezometric Data—Test Section
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

For:  Modjeski and Masters,  Consulting Engineers,  New Orleans, Louisiana

Enc. 16

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LA.