# EXHIBIT 26



BOARD OF COMMISSIONERS
ORLEANS LEVEE DISTRICT

STEVEN O. MEDO, JR.          PRESIDENT
JOHN A. ROSS                 VICE-PRESIDENT
LAMBERT C. BOISSIERE, JR.    COMMISSIONER
JEROME P. RICHAUD            COMMISSIONER
ROBERT S. MALONEY            COMMISSIONER
JANET T. PHILPOTT            COMMISSIONER
ROBERT C. RAMELLI            COMMISSIONER
JAMES E. SMITH, JR.          COMMISSIONER

# THE BOARD OF COMMISSIONERS
## OF THE
## ORLEANS LEVEE DISTRICT

CONTRACT 2043-0489

## EXCAVATION AND FLOOD PROTECTION - 17TH STREET CANAL

## PHASE IB

## HAMMOND HWY. TO SOUTHERN RAILWAY

AS-BUILT

PROJECT LOCATION

PROJECT LOCATION

INDEX

| SHEET NO. | DESCRIPTION |
|---|---|
| 1 | TITLE SHEET |
| 2 | GENERAL PLAN |
| 3 | GENERAL NOTES |
| 4-5 | TYPICAL SECTIONS |
| 6-9 | PLAN AND PROFILE |
| 10 | RELOCATION OF FIBER OPTIC LINE |
| 20 | MISCELLANEOUS DETAILS |
| 21-25 | CROSS SECTIONS |









# EXHIBIT 27



U.S. Engs.

SIDNEY J. BARTHELEMY, President
HENRY A. DILLON, JR., President Pro-Tem.

# Sewerage & Water Board OF NEW ORLEANS

G. JOSEPH SULLIVAN
General Superintendent

625 ST. JOSEPH STREET
NEW ORLEANS, LA., 70165 · 585-2365

May 27, 1992

Mr. Ron Ventola
Chief of Regulatory Functions
New Orleans District
U. S. Army Corps of Engineers
Post Office Box 60167
New Orleans, LA  70160

Re:  Permit No. LMNOD-SP (17th Street Canal)2
     Dated June 13, 1984

Dear Mr. Ventola:

When I last wrote you on February 4, 1987, I outlined the way
work was to progress under the above referenced permit.  Phase I,
from DPS #6 to I-10, had been completed and as a result of not
effecting an Agreement with the East Jefferson Levee District to
go forward with Phase II from I-10 to Hammond Hwy. Bridge, the
Board elected to proceed with Phase III from Hammond Hwy. Bridge
to Lake Pontchartrain.  Phase III was expected to be completed in
June of 1988.  Unfortunately the best laid plans ran afoul of
obtaining an amicable solution to the unauthorized occupancy of
Board property by Bucktown residents.  We finally reached
agreement on the purchase of the buildings, obtained demolition
contracts and permits, all of this going on while our consultant
was completing plans and specifications and waiting to advertise
the contract for Phase III.  The work order was finally issued on
August 11, 1988 and construction was completed on December 6,
1989, a year and a half later than expected.

While construction was underway on Phase III, efforts restarted
on trying to effect a three way agreement between East Jefferson
Levee District, Orleans Levee District and the Sewerage and Water
Board to construct Phase II.  This would combine flood protection
work with our dredging operation thereby reducing costs to
everyone.  Orleans agreed early on, but it became evident that
East Jefferson was content to wait for the Corps to do the work.
Realizing that time was still running on the permit, the Board
initiated work on design plans and specifications on Phase IIA
for a joint flood protection project with the Orleans Levee
District and as much of the channel work as possible without
causing any stability problems on the west side.  It turned out
that we were able to do about 60% of the channel under that
contract.  An Agreement was signed with the OLB on January 29,
1990 and the Work Order for the contract was issued July 4, 1990.

Members of the Board  SIDNEY J. BARTHELEMY · HENRY A. DILLON, JR. · BENJAMIN L. EDWARDS, SR. · JOSEPH I. GIARRUSSO · CAROLYN J. HARRIS · WILLIAM A. HOLTON, JR.
CLARENCE J. JUPITER · ALDEN J. LABORDE · KATHERINE RUSSO MARALDO · JOHN MEGHRIAN · JAMES M. SINGLETON · JAMES W. STROUGHTER · DOROTHY MAE TAYLOR
"An Equal Opportunity Employer"

Mr. Ron Ventola
Permit No. LMNOD-SP (17th Street Canal)2
Page 2 of 3

Some time after work began on Phase IIA, discussions got back on
track with East Jefferson Levee District.  I am sure that this
happened only because C. J. Nettles retired from the Corps and
went to work for the East Jefferson Levee District.  Our initial
meeting with Mr. Nettles was on November 20, 1990 and a little
less than a year later (November 15, 1991), an Agreement was
signed with them for construction of Phase IIB.  Work on the
plans and specs began immediately and the contract was advertised
at the end of February, 1992, bids being received March 31, 1992,
the low bid in the amount of $2,522,092.00.  After approvals by
both Boards, Contract 92-1 of the East Jefferson Levee District
for work on Phase IIB was signed May 15, 1992 and a Work Order
was issued May 26, 1992.  Steel is expected by June 1, 1992 and
work will be well underway in the first week of June.

Which brings us to the permit expiration date of June 13, 1992.
Mr. Schorr had written the Board on February 20, 1987 granting us
an extension of 5 years in lieu of the three we had requested in
our letter to you but Mr. Schorr advised us that this would be
the final extension.  With a project as complex as the 17th
Street Canal which actually lies in Jefferson Parish and has
levees on both sides under the administration of different levee
districts, the work ceases to be just a matter of preparing plans
and specifications and going out to bid to construct the work.
As I have tried to outline above, there has been as much
administrative work coaxing involved parties to cooperate as
there has been construction time.  In spite of what seems like
delays, work progressed continuously.

As a side issue and what was not included in the above recounting
of time sequences is the five year effort to obtain an agreement
with Jefferson Parish to get their 23.5% participation in
construction and O & M costs as well as their support to break
the impasse in Bucktown.  When the 17th Street Canal Program was
first developed in 1984, it was expected to cost over 70 million
dollars.  The S&WB began serious negotiations with Jefferson
Parish for an agreement since over 2500 acres of Jefferson Parish
is drained through the 17th St. Canal.  The Agreement was finally
signed January 10, 1989.  Most of the same team was involved in
all of the discussions that resulted in agreements with Jefferson
Parish, the Orleans Levee District and the East Jefferson Levee
District.  Other projects are still being constructed or are
being planned that are upstream of this discharge canal.  By the
time work is completed on all projects within the Drainage
Pumping Station No. 6 Basin Area there will have been spent over
100 million dollars.

In the permit area the Board has spent $11,274,656.00 on three
major projects and various other expenditures including property
acquisition, demoliton, surveying, engineering services and a
Test Section Contract that proved the Board did not have to
install relief wells as had been proposed by the New Orleans
District.  This saved hundreds of thousands of dollars for the

Mr. Ron Ventola
Permit No. LMNOD-SP (17th Street Canal)2
Page 3 of 3

project. The final contract would add $2,522,092.00 to the
amount expended in the permit area for a total of
$13,796,748.00.

This project is extremely important to the well being of both
Orleans and Jefferson Parishes and has been done in a way to
effect cost savings for the citizens of both parishes.
Unfortunately the saving of money has had a reversal effect on
time. Because of all of the above complications in the
prosecution of the work on the 17th Street Canal in accordance
with Permit No. LMNOD-SP (17th Street Canal)2, I respectfully
request an extension of eighteen (18) months, or until December
13, 1993, to complete the work about to start on Phase IIB. The
contract time is 455 days which would mean an expected completion
date of August 22, 1993. The 18 months would allow for
unforeseen delays.

It would be a disfavor to the citizens of Orleans and Jefferson
Parishes to have a delay in completing the final work in the
discharge canal when so much money and effort has been expended
on the entire project. Please consider the many diverse aspects
of the project in making your decision on the permit extension
request.

Very truly yours,

G. Joseph Sullivan
General Superintendent

GJS/LGB/pmt
Attachments

cc:  Harold J. Gorman, Executive Director - S&WB
     Sal D'Angelo, President - EJLD
     Robert G. Harvey, President - OLD
     B. K. Sneed, Director of Public Works - Jefferson Parish
     Modjeski & Masters
670G+

Bcc: Jim Parker

# EXHIBIT 28

# THE BOARD OF LEVEE COMMISSIONERS
## OF THE
# EAST JEFFERSON LEVEE DISTRICT

CONTRACT 92-1

# 17TH STREET CANAL

# WEST SIDE LEVEE IMPROVEMENTS

BOARD OF LEVEE COMMISSIONERS
EAST JEFFERSON LEVEE DISTRICT

SAL J. D'ANGELO          PRESIDENT
ANTHONY J. GIAMBELLUCA   VICE-PRESIDENT
PATRICK W. BURKE, SR.    SECRETARY
ROBERT WOODS             TREASURER.

APPROVED BY:

SUBMITTED BY:

PROJECT LOCATION

VICINITY MAP

TITLE SHEET

The Board of Levee Commissioners
of the
East Jefferson Levee District

AS-BUILT

PROJECT LOCATION

SCALE IN FEET

BEGIN PROJECT

END PROJECT

| | INDEX |
|---|---|
| SHEET NO. | DESCRIPTION |
| 1 | TITLE SHEET |
| 2 | GENERAL PLAN |
| 3 | GENERAL NOTES |
| 4-16 | PLAN & PROFILE 1-13 |
| 17-20 | LEVEE TYPICAL SECTIONS 1-5 |
| 22 | FLOODWALL TYPICAL SECTIONS |
| 23-28 | FLOODWALL PANEL LAYOUT AND DETAILS 1-4 |
| 27 | FLOODWALL JOINT DETAILS |
| 28, 28A | REBAR QUANTITIES |
| 29 | CONCRETE STEPS |
| 30, 30A, 31 | UTILITY RELOCATIONS |
| 32 | ORPHEUM AVENUE |
| 33-40 | CROSS SECTIONS 1-27 |
| 41 | DRAINAGE PIPES |
| DPC1-DPC5 | JEFFERSON PARISH STANDARD DETAILS - SEWER AND WATER PIPES |



AS BUILT
The Board of Levee Commissioners of the East Jefferson Levee District
17TH STREET CANAL
GENERAL PLAN
NOTES:
FOR GENERAL NOTES, SEE DWG NO. 3
BENCHMARK DATA
U.S.C.E. MON. 14 : STA. 550+22.11 ~ ELEV. 8.77 N.G.V.D.
LAKE PONTCHARTRAIN
PUMP STATION NO. 6
SOUTHERN RR
MATCH LINE A-A
MATCH LINE B-B
ORLEANS PARISH
JEFFERSON PARISH
17TH ST. CANAL
BELLAIRE DR.
HAMMOND HWY.
VETERANS HWY.
LAKE AVE.
FLOW
BASELINE

AS BUILT





# EXHIBIT 29

ORDINANCE

CITY OF NEW ORLEANS

CITY HALL____ April 21, 1988

CALENDAR NO. ___14,774___

NO.____12450____ COUNCIL SERIES

BY:  COUNCILMEMBERS GIARRUSSO, TAYLOR AND SINGLETON

AN ORDINANCE authorizing the Mayor of the City of New
Orleans and the President Pro Tem of the Sewerage and Water
Board of New Orleans to enter into an agreement with Jefferson
Parish relative to the drainage improvements to the Seventeenth
Street Canal and Drainage Pumping Station No. 6.

1.     WHEREAS, the Sewerage and Water Board of New
2.  Orleans has long been aware of the need to
3.  improve the drainage in the Seventeenth Street
4.  Canal Drainage Basin, including the pumping
5.  capacity of Drainage Pumping Station No. 6, and
6.  after a series of devastating rainstorms left
7.  many homes in Orleans and Jefferson Parishes
8.  flooded, a study of the Seventeenth Street
9.  Canal Drainage Basin was funded by the State
10.  of Louisiana at the request of New Orleans and
11.  Jefferson Parish officials and carried out by the
12.  engineering firm of Lindfield, Hunter and Junius;
13.  and

SWB-ED-F0001-000760

- 2 -

14.      WHEREAS, the Sewerage and Water Board of New
15.  Orleans approved and endorsed the concept
16.  relative to the Seventeenth Street Canal
17.  Drainage Basin as set forth in the Lindfield
18.  Hunter and Junius study and both Orleans Parish
19.  and Jefferson Parish approved the concept of the
20.  Lindfield, Hunter and Junius report in 1983; and
21.      WHEREAS, the Sewerage and Water Board
22.  directed the staff to negotiate with officials
23.  of Jefferson Parish to determine an equitable
24.  agreement for sharing of the cost of the
25.  improvements and operation and maintenance of
26.  the Seventeenth Street Canal and Drainage
27.  Pumping Station No. 6 and the staffs of the
28.  Sewerage and Water Board and the Jefferson
29.  Parish Department of Public Works have come to a
30.  satisfactory agreement relative to the construc-
31.  tion and continued operation of the Seventeenth
32.  Street Canal and Drainage Pumping Station No. 6
33.  along with the concurrent cost sharing pro-
34.  visions.

SWB-ED-F0001-000761

1.   SECTION 1.  THE COUNCIL OF THE CITY OF NEW

2.   ORLEANS HEREBY ORDAINS, that the Mayor of the

3.   City of New Orleans and the President Pro Tem of

4.   the Sewerage and Water Board of New Orleans are

5.   hereby authorized to enter into an agreement, a

6.   copy of which is attached hereto with Jefferson

7.   Parish in accordance with the terms and condi-

8.   conditions as agreed to by the staffs of both

9.   Jefferson Parish Public Works Department and the

10.  Sewerage and Water Board of New Orleans.

ADOPTED BY THE COUNCIL OF THE CITY OF NEW ORLEANS ___MAY 0 5 1988___

JOSEPH I. GIARRUSSO
PRESIDENT OF COUNCIL

Delivered to the Mayor

on _____MAY 06 1988_____

Approved: ____MAY 09 1988____

SIDNEY J. BARTHELEMY
M A Y O R

Returned by the Mayor

on ___MAY 09 1988___ at ___-11 20 AM___

EMMA J. WILLIAMS
CLERK OF COUNCIL

7325L

THE FOREGOING IS CERTIFIED
TO BE A TRUE AND CORRECT COPY

*Emma J. Williams*

CLERK OF COUNCIL

# EXHIBIT 30

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION<br>*<br>*   NUMBER 05-4182<br>*   & CONSOLIDATED CASES<br>* |
| THIS DOCUMENT RELATES TO<br>LEVEE:  06-5116 (Sims)<br>         06-5127 (DePass)<br>         06-5131 (Bourgeois) | *   SECTION "K"<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *   *

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS


Before me, personally came and appeared, Chris Fontan, who after being first duly sworn did depose and state:

      1.      I retired from the Sewerage & Water Board on January 11, 2008'

      2.      Prior to retirement I was Zone Manager for the Sewerage & Water Board and have personal knowledge of the work done by the Sewerage & Water Board in 2004 and 2005 at 6780 and 6800 Bellaire Drive in New Orleans, Louisiana;

      3.      Further, I have reviewed all of the business records of the Sewerage & Water Board relating to the work performed by the Sewerage & Water Board at the above-mentioned locations;

4.      On December 6, 2004 the Sewerage & Water Board received a call from Mrs. Marcello at 6800 Bellaire Drive to investigate a leak in the street.  The inspector found no leak but did find standing water in the street;

5.      On December 7, 2004 Mrs. Marcello at 6800 Bellaire Drive lodged another complaint of a leak in the street and asked to be contacted upon arrival.  A further inspection was made that day and the inspector issued a Work Order to examine for a leak on the water main between the sidewalk and the street;

6.      On December 7, 2004 the Sewerage & Water Board inspector issued a Work Order for 6780 Bellaire Drive to repair an inlet service leak between curb and street;

7.      On December 10, 2004 Mrs. Marcello at 6800 Bellaire Drive called for a status update on the repair of a leak which she claimed was causing her driveway to sink;

8.      On December 13, 2004 Mrs. Mignon at 6800 Bellaire Drive asked for an update on the Work Order for the repair of a leak on the water main in front of 6800 Bellaire Drive;

9.      On February 2, 2005 Mrs. LeBlanc at 6780 Bellaire Drive called about leak in the street since December 7, 2004;

10.     On February 7, 2005 Ronald Winford, a Sewerage & Water Board Supervisor, went out to inspect for a leak in the street at 6780 Bellaire Drive;

11.     On February 7, 2005 Ronald Winford and his crew excavate to repair a leak on the water main in front of 6780 Bellaire Drive.  He and his crew did not loocate a leak and issued a job continuance Work Order.

12.    On February 8, 2005 Ronald Winford returned to 6780 Bellaire Drive with his crew. They further excavated to find a water main leak and found none. He noted that a further investigation to find source of leak was needed;

13.    On February 8, 2005 a Work Order was issued to environmental. Chris Fontan contacted Earth Tech to assist in locating the source of the leak;

14.    A leak was located by Earth Tech on February 10, 2005 at 6800 Bellaire Drive;

15.    On February 11, 2005 Sewerage & Water Board sent Ronald Winford and his crew back out to locate and repair the leak found by Earth Tech. Excavation was done in the concrete driveway at 6800 Bellaire Drive and a ¾" inlet service line was repaired at the water main. To do this a 4′ x 15′ concrete driveway cut was made, as well as a 3′ x 11′ shell cut in the street was made. Following the repair the cuts were back-filled and dressed up. Another Work Order was issued to the paving department to restore the driveway;

16.    On February 14, 2005 Ronald Cambridge, another Sewerage & Water Board employee, inspected the areas of excavation and referred the matter to the paving department which requested Boh Bros to make the repairs;

17.    On February 23, 2005 Boh Bros went to the site and repaved the areas that had been excavated;

18.    Following the above-mentioned repairs there were no further calls or complaint of standing water in the street in the vicinity of either property, soggy lawns or grass or leaks of any kind reported to the Sewerage & Water Board by either property owner.

19.     At no time was the Sewerage & Water Board given information by anyone that there was a leak in the property owners' backyards and has no record of any such report. Further, there is nothing on a Service Request or Work Order suggesting such a leak in the property owners' backyards;

20.     Sewerage & Water Board's jurisdiction stops at the property owner's front property line and further would not go on private property to make any kind of inspection or repair.

**FURTHER AFFIANT SAYETH NOT**

_____
CHRIS FONTAN

Sworn to and subscribed before me,
this **23**ʳᵈ day of December, 2008.

_____
NOTARY PUBLIC

LAWRENCE J. ERNST
Notary Public, Parish of Orleans, State of La.
My Commission is issued for life.