UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### REPLY MEMORANDUM IN SUPPORT OF THE RENEWED MOTION OF LAFARGE NORTH AMERICA INC. FOR RULE 37 SANCTIONS AGAINST PLAINTIFFS

Plaintiffs' opposition memorandum (Doc. 16748) concedes that the remaining *Parfait* plaintiffs have provided no discovery in the three years that these cases have been pending, despite multiple orders to do so including this Court's order on LNA's prior motion for sanctions (Rec. Doc. 14300). Plaintiffs' opposition memorandum contends only that the claims of the *Parfait* plaintiffs are stayed (Opp. at 2-3), and that the *Parfait* plaintiffs lack effective representation because their counsel is subject to the Court's discipline (Opp. at 3-4). But the

1221016-1

stay was in place and their counsel was subject to discipline when the Court entered its prior order requiring them to provide discovery or face sanctions.[1]  Unless the Court acts, these cases will pend forever in a state of limbo, with no movement and no resolution, and with LNA unable to secure even the most basic discovery needed to defend itself against these plaintiffs' claims. That these plaintiffs hired the wrong lawyer to represent them is not a basis to penalize and prejudice LNA.

In the circumstances, LNA is prepared to accept a dismissal of these plaintiffs' claims without prejudice, which is the same relief to which the plaintiffs represented by Mr. Gilbert have agreed in resolution of this motion.[2]

Respectfully submitted,

/s/  Robert B. Fisher, Jr.
Robert B. Fisher, Jr. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**

---

[1] As LNA showed previously, the entry of a stay as a sanction against their counsel for unrelated conduct should not inure to the further prejudice of LNA by excusing these claimants' total failure to comply with their discovery obligations, particularly as it prejudices LNA and the Court's schedule.

[2] The parties will present the Court with a stipulation of dismissal without prejudice shortly in resolution of this motion as to the six *Benoit* plaintiffs and the seven *Parfait* plaintiffs whom Mr. Gilbert represents.

Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 23rd day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.


/s/  Robert B. Fisher, Jr.