UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

UNITED STATES' MOTION TO STRIKE
THE DECLARATION OF NICHOLAS C. YOST
AND RELATED LEGAL MEMORANDA FILED BY PLAINTIFFS AND THEIR AMICI

The United States moves to strike the Declaration of Nicholas C. Yost, submitted by amici to Plaintiffs in support of Plaintiffs' Motion for Partial Summary Adjudication on Discretionary Function. *See* Doc. 16507-4 (re-filed as Docs. 16533-2 & 16587-3). The United States also moves to strike, in whole or in part, three additional documents: (1) the amicus memorandum that is based entirely on the Yost declaration (Doc. 16507-3; refiled as Docs. 16533 & 16587-2); (2) those portions of Plaintiffs' memorandum in support of their motion for summary judgment (Doc. 16510-2) that adopt the amicus memorandum; and (3) those portions of Plaintiffs' memorandum filed in opposition to the United States' renewed

1

motion to dismiss (Doc. 16790) that refer to or rely on either the amicus memorandum or the Yost declaration, itself.

In support of this motion, the United States respectfully submits the attached memorandum of law.

                    Respectfully submitted,

                    GREGORY G. KATSAS
                    Assistant Attorney General

                    THOMAS DUPREE
                    Principal Deputy Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch

                    JAMES G. TOUHEY, JR.
                    Assistant Director, Torts Branch

                    /s/ Jeffrey P. Ehrlich
                    JEFFREY P. EHRLICH
                    PAUL LEVINE
                    Trial Attorneys

                    ROBIN SMITH
                    Senior Trial Counsel
                    Torts Branch, Civil Division
                    U.S. Department of Justice
                    Benjamin Franklin Station, P.O. Box 888
                    Washington, D.C.  20044
                    (202) 616-4448/(202) 616-5200 (Fax)
                    Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Jeffrey P. Ehrlich, hereby certify that on December 24, 2008, I served a true copy of the foregoing upon all counsel of record by ECF.

/s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH