# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## NOTICE OF HEARING

TO:    All Counsel of Record.

PLEASE TAKE NOTICE THAT the undersigned will hear the United States of America's Motion to Strike the Declaration of Nicholas C. Yost and the Related Legal Memoranda Filed by Plaintiffs and Their Amici at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 8th day of January, 2009 at 10:30 a.m.

New Orleans, Louisiana, this ____ day of _____, 2008.


_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana