UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

ORDER

Having considered the United States' Motion to Strike the Declaration of Nicholas C. Yost and the Related Legal Memoranda Filed by Plaintiffs and Their Amici, and for good cause shown, it is hereby ORDERED that the Motion to Strike is GRANTED. The following are STRICKEN from the record:

1. Declaration of Nicholas C. Yost (Docs. 16507-4, 16533-2 & 16587-3);

2. the amicus memorandum filed in support of Plaintiffs' motion for summary judgment (Docs. 16507-3, 16533 & 16587-2);

3. those portions of Plaintiffs' memorandum in support of their motion for summary judgment (Doc. 16510-2) that refer to or rely on the Yost declaration; and

2

4.  those portions of Plaintiffs' memorandum filed in opposition to the United States' renewed motion to dismiss (Doc. 16790) that refer to or rely on the Yost declaration.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana