# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO.: 05-4182 <br><br> SECTION "K" |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359<br>06-0020, 06-1885, 06-0225, 06-0886, 06-11208<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206<br>07-0647, 07-0993, 07-1284, 07-1286, 07-1288<br>07-1289 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADDITIONAL TIME TO RESPOND TO <u>MOTION FOR SUMMARY JUDGMENT</u>

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above captioned matter, and request this Court to issue an order granting plaintiffs an additional 30 days, until January 31, 2009, to respond to the Summary Judgment filed by the Sewerage and Water Board of New Orleans on December 23, 2008, for the reasons given in the attached memorandum in support.

Respectfully submitted,

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, bar # 7208
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th Day of December 2008 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to opposing counsel.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS