## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | * | |
| | | * | **NO.: 05-4182** |
| | | * | |
| | | * | **SECTION "K"** |
| **FILED IN:** | **05-4181, 05-4182, 05-4191, 05-4568, 05-5237** | * | |
| | 05-6073, 05-6314, 05-6324, 05-6327, 05-6359 | * | |
| | 06-0020, 06-1885, 06-0225, 06-0886, 06-11208 | * | |
| | 06-2278, 06-2287, 06-2346, 06-2545, 06-3529 | * | |
| | 06-4065, 06-4389, 06-4634, 06-4931, 06-5032 | * | |
| | 06-5042, 06-5159, 06-5163, 06-5367, 06-5471 | * | |
| | 06-5771, 06-5786, 06-5937, 06-7682, 07-0206 | * | |
| | 07-0647, 07-0993, 07-1284, 07-1286, 07-1288 | * | |
| | 07-1289 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR ADDITIONAL TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above captioned matter, and request that this Court issue an order extending the time in which plaintiffs' must respond to the Summary Judgment filed by the Sewerage and Water Board of New Orleans for an additional 30 days.

The Sewerage and Water Board of New Orleans has filed a Motion for Summary Judgment with a 25 page Memorandum in Support with 532 pages of exhibits.  The Motion has been set for hearing on January 7th before this Honorable Court at 9:30 a.m.  Under the Court rules, plaintiffs must have their response filed 8 days before the hearing, which would be December 31, 2008. Plaintiffs respectfully suggest that in light of the complex nature of this case and the timing of the motion that plaintiffs be granted an additional 30 days until, January 31st, 2009, to respond to defendant's motion.  Many of plaintiffs' counsel will be on vacation between December 24 and

December 31 and there simply is not enough time to draft and file a proper response to this Honorable Court.

For the foregoing reasons, Plaintiffs' respectfully request a 30 day extension to respond to the Sewerage and Water Board's Motion for Summary Judgment.

                Respectfully submitted,

                *S/Darleen M. Jacobs*
                DARLEEN M. JACOBS, bar # 7208
                JACOBS & SARRAT
                823 ST. LOUIS STREET
                NEW ORLEANS, LOUISIANA 70112
                (504) 522-3287 & 522-0155
                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th Day of December 2008 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to opposing counsel.

                *S/Darleen M. Jacobs*
                JACOBS, SARRAT & LOVELACE
                An Association for the Practice of Law