## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO.: 05-4182 |
| | * | |
| | * | SECTION "K" |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237 | * | |
| 05-6073, 05-6314, 05-6324, 05-6327, 05-6359 | * | |
| 06-0020, 06-1885, 06-0225, 06-0886, 06-11208 | * | |
| 06-2278, 06-2287, 06-2346, 06-2545, 06-3529 | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, 06-5032 | * | |
| 06-5042, 06-5159, 06-5163, 06-5367, 06-5471 | * | |
| 06-5771, 06-5786, 06-5937, 06-7682, 07-0206 | * | |
| 07-0647, 07-0993, 07-1284, 07-1286, 07-1288 | * | |
| 07-1289 | * | |

**************************************************************************

## ORDER

Considering the above and foregoing:

IT IS ORDERED that plaintiffs are granted an extension of 30 days, until January 31, 2009, to respond to the Motion for Summary Judgment filed by the Sewerage and Water Board.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE STANWOOD R. DUVAL, JR.