## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO.: 05-4182** |
| | * | |
| | * | **SECTION "K"** |
| **FILED IN:** 05-4181, 05-4182, 05-4191, 05-4568, 05-5237 | * | |
| 05-6073, 05-6314, 05-6324, 05-6327, 05-6359 | * | |
| 06-0020, 06-1885, 06-0225, 06-0886, 06-11208 | * | |
| 06-2278, 06-2287, 06-2346, 06-2545, 06-3529 | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, 06-5032 | * | |
| 06-5042, 06-5159, 06-5163, 06-5367, 06-5471 | * | |
| 06-5771, 06-5786, 06-5937, 06-7682, 07-0206 | * | |
| 07-0647, 07-0993, 07-1284, 07-1286, 07-1288 | * | |
| 07-1289 | * | |

**************************************************************************

### RULE 7.6(E) CERTIFICATE

ON MOTION OF PLAINTIFFS and upon suggesting to the Court that plaintiffs need an additional 30 days to respond to the defendant, Sewerage and Water Board's Motion for Summary Judgment that plaintiffs be granted until January 31, 2009, to file their response.  In accordance with Rule 7.6(E) plaintiff has contacted defense counsel, who have not responded.

WHEREFORE, PLAINTIFFS, move this Honorable Court to grant them an additional 30 days to respond defendant, Sewerage and Water Board's Motion for Summary Judgment.

                                                  Respectfully submitted,

                                                  *S/Darleen M. Jacobs*
                                                  DARLEEN M. JACOBS (#7208)
                                                  *A Professional Law Corporation*
                                                  823 St. Louis Street
                                                  New Orleans, Louisiana 70112
                                                  (504) 522-0155 and (504) 522-3287
                                                  Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this 24th day of December, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to opposing counsel.

                                               */s/  Darleen M. Jacobs*
                                               DARLEEN M. JACOBS