UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | Case No.:  05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*             06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*             07-5178 | Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Barge PSLC and Lafarge North America, Inc., for the purposes of promoting resolution of Lafarge North America, Inc.'s pending **Renewed Motion Of Lafarge North America, Inc.  For Rule 37 Sanctions Against Plaintiffs,** hereby agree and stipulate to dismissal without prejudice allegations brought in the Barge Litigation Track of this litigation by the following persons, each party to bear its own costs:

*Benoit* Plaintiffs (Civil Action No. 06-7516):

Albertine Browder
Gaynell Browder
Tom Browder
Myrna Daniels, individually and as natural tutrix of Keina Daniels
Joyce B. Matthews
Hyman Sheppard
Michael Watts

*Parfait* Plaintiffs (Civil Action No. 07-3500) dually represented by the Barge PSLC:

    Wilson Simmons
    Daniel Davis
    Tammy McFarland
    Artis Ulmer, Jr.
    William Hunter
    Charles Harris

December 15, 2008

                                             Respectfully Submitted,

| | |
|---|---|
| /s/Robert B. Fisher | /s/Brian A. Gilbert |
| Robert B. Fisher, Jr.., TA (5587) | Brian A. Gilbert, Esq.(21297) |
| Derek A. Walker (13175) | LAW OFFICE OF BRIAN A. GILBERT, P.L.C. |
| CHAFFE MCCALL, L.L.P. | 821 Baronne Street |
| 2300 Energy Centre | New Orleans, Louisiana 70113 |
| 1100 Poydras Street |     Telephone: (504) 885-7700 |
| New Orleans, Louisiana 70163-2300 |     Telephone: (504) 581-6180 |
| Telephone: (504) 585-7000 |     Facsimile: (504) 581-4336 |
| Facsimile: (504) 585-7075 |     e-mail: bgilbert@briangilbertlaw.com |
| Fisher@chaffe.com | |
| Walker@chaffe.com | Lawrence D. Wiedemann.(13457) |
| | Karl Wiedemann (18502) |
| John D. Aldock | Karen Wiedemann (21151) |
| Mark S. Raffman | WIEDEMANN & WIEDEMANN |
| GOODWIN PROCER, L.L.P. | 821 Baronne Street |
| 901 New York Avenue, N.W. | New Orleans, Louisiana 70113 |
| Washington, D.C. 20001 | Telephone: (504) 581-6180 |
| Telephone: (202) 346-4240 | Facsimile: (504) 581-4336 |
| |     e-mail: lawrence@wiedemannlaw.com, |
| Daniel A. Webb (13294) | karl@wiedemannlaw.com |
| SUTTERFIELD & WEBB, LLC | karen@wiedemannlaw.com, |
| Poydras Center, Ste. 2715 | |
| 650 Poydras Street | Patrick J. Sanders (18741) |
| New Orleans, LA 70130 | 3316 Ridgelake Drive |
| Telephone: (504) 598-2715 | Suite 100 |
| | Metairie, LA 70002 |
| |     Telephone: 504-834-0646 |
| |     e-mail: pistols42@aol.com |
| | |
| | Richard T. Seymour (D.C. Bar #28100) |
| | Law Office of Richard T. Seymour, P.L.L.C. |
| | 1150 Connecticut Avenue N.W., Suite 900 |

        Washington, D.C.  20036-4129
            Voice: 202-862-4320
            Cell:    202-549-1454
            Facsimile:  800-805-1065
            and 202-828-4130
            e-mail: rick@rickseymourlaw.net,

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com,
        ddruker@wgdnlaw1.com


/s/Shawn Khorrami
Shawn Khorrami (CA SBN #14011)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
        Telephone: (213) 596-6000
        Facsimilie: (213) 596-6010
        e-mail:  Skhorrami@kpalawyers.com;
        Mbailey@kpalawyers.com


## **CERTIFICATE OF SERVICE**

      I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload,

this 26th day of December, 2008.

\s\Brian A. Gilbert