UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | Case No.: 05-4182 and consolidated cases |
| **PERTAINS TO: BARGE** | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*            07-5178 | Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the attached and foregoing Stipulation, it is hereby ORDERED that the allegations brought in the Barge Litigation Track by the following persons are hereby dismissed without prejudice, each party to bear its own costs, fully reserving any and all rights, remedies and causes of action held by persons not named herein, and expressly reserving unto all persons named herein all rights, remedies and causes of action held by persons presently putative Barge class members in the Barge Litigation Track.

*Benoit* Plaintiffs (Civil Action No. 06-7516):

Albertine Browder
Gaynell Browder
Tom Browder
Myrna Daniels, individually and as natural tutrix of Keina Daniels
Joyce B. Matthews
Hyman Sheppard
Michael Watts

*Parfait* Plaintiffs (Civil Action No. 07-3500) dually represented by the Barge PSLC:

    Wilson Simmons
    Daniel Davis
    Tammy McFarland
    Artis Ulmer, Jr.
    William Hunter
    Charles Harris

    New Orleans, Louisiana, this ___ day of _____, 2008.

                                                                      _____
                                                                    **HON. STANWOOD R. DUVAL, JR**.


## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 26th day of December, 2008.

                                \s\Brian A. Gilbert