UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"** |
| **THIS DOCUMENT RELATES TO:**<br>Insurance<br><br>**No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **MAGISTRATE (2)**<br><br>**This pleading applies only to the claim of Davis Decareaux, Carmen Decareaux regarding 7011 Kenison St., New Orleans, LA 70124; Glayds Phillip regarding 1914 & 1916 Law St., New Orleans, LA 70119** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Davis Decareaux, Carmen Decareaux regarding 7011 Kenison St., New Orleans, LA 70124; Glayds Phillip regarding 1914 & 1916 Law St., New Orleans, LA 70119 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
United States District Judge