# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Frank Nelson, Mary Nelson regarding 3317 Napolean Ave., New Orleans, LA 70125; Anthony Gladstone, Gloriadine Gladstone regarding 12001 E. Barrington, New Orleans, LA 70128; Anthony Gladstone, Gloriadine Gladstone regarding 1724 N. Robertson, New Orleans, LA 70116; Mary Alexander regarding 5620 Florida Ave., New Orleans, LA 70117; Amy Oliver, Bryan Oliver regarding 1215 Friscoville Ave., Arabi, LA 70032; Richard Chapital regarding 3700/02 S. Rocheblave St., New Orleans, LA 70125; Lillie Cummings regarding 8923 Apple St., New Orleans, LA 70118; Lucy Stewart regarding 4231 America St., New Orleans, LA 70126; Shirley Jackson regarding 6403/05 Franklin Ave., New Orleans, LA 70122; Sheila Duvernay, Otis Duvernay regarding 2508/10 Marais St., New Orleans, LA 70117; Perry Edward regarding 8023 Devine St., New Orleans, LA 70127; Evelyn Sentino regarding 5113 N. Rampart St., New Orleans, LA 70117; Brenda Sumler regarding 2512 Choctaw St., New Orleans, LA 70117; Mary Jones regarding 5023 & 5021 Royal St., Ne Orleans, LA 70117; Lawrence Williams, Belinda Miller-Williams regarding 3701 Metropolitan St., New Orleans, LA 70126; Rosalind Scales regarding 4555 Bonita Dr., New ORleans, LA 70126; Lee Hill regarding 8522 Dixon St, New Orleans, LA 70118; Barbara Bailey, Johnny Bailey regarding 2033 Fernando Ct, Marrero, LA 70072; Carretha Ginyard regarding 2910 Paris Ave., New Orleans, LA 70119; Carolyn Martin regarding 1716 Family Ct, Marrero, LA 70072; W Johnson, Nabtil Naturalist Theiolgical Order of N.O. regarding 1645 Gentilly Blvd., New Orleans, LA 70119; Oliver Jackson, Arlette |

Jackson regarding 4755 Deanne St., New Orleans, LA 70126; Orelia Vance regarding 329 Layman St, Avondale, LA 70094; Clarence Bolden regarding 1656 Marine St, Marrero, LA 70072; Kenneth grooms, Alice Grooms regarding 7601 Scottwood Dr., New Orleans, LA 70128; Mary Monteleone regarding 1338 Madrid St, New Orleans, LA 70124; Lorenza Cage regarding 7640 Lehigh Street, New Orleans, LA 70127; Wanda Jones, Ginique Jones regarding 2013 N Roman, New Orleans, LA 70116; Elvia Autry regarding 2412 Soniat St., New Orleans, LA 70115; Rodney Morgan regarding 7720 Pebble Drive, New Orleans, LA 70128; Susie Lacey, EJ Lacey regarding 2533 Hamilton Street, New Orleans, LA 70118; Charles Elam regarding 1309 & 1319 Flood, New Orleans, LA 70117; Debra Porche, Walter Cooper regarding 1536 ROMAN ST 1534 North Roman Street, New Orleans, LA 70116; Clarence Williams, Cynthia A. Givens regarding 13751 Pierre's Court, New Orleans, LA 70129; Mark Braud regarding 6003 & 6001 Mandeville Street, New Orleans, LA 70122; Jessie Dupart regarding 3760 Pauger Street, New Orleans, LA 70122; Daren Hubbard, Deborah M. Hubbard regarding 13700 N. Cavalier Dr., New Orleans, LA 70124; Shirley Stiller regarding 2025 Yscloskey Hwy., St. Bernard, LA 70085; Lion Lagarde regarding 1921 Hope St., New Olreans, LA 70119; Willie Denson, Kathy M. Olsen regarding 2454/56 N. Miro St., New Orleans, LA 70117; Willie Denson, Kathy M. Olsen regarding 2308-10 New Orleans St, New Orleans, LA 70119; Linda Doughty-White regarding 6761 Lake Willow Dr., New Orleans, LA 70126; Rayford Simmons regarding 2645 Myrtle St., New Orleans, LA 70122; Joan Eggerson-Isaac regarding 2441 Gallier St., New Orleans, LA 70117; Charles Luke, JoAnn Luke regarding 421-423 Josephine St, Chalmette, LA 70443; Dionne Spenser, Dionne Spenser regarding 2832 Hiawatha Street, New Orleans, LA 70126; Jeanette Dale regarding 1234 Egania Street, New Orleans, LA 70117; Lee Isaac, Ammie Isaac regarding 409 South Cortez Street, New Orleans, LA 70119; Melvin Polite, Julia Polite regarding 1443 Piety Street, New Orleans, LA 70117; Hermand

Bennette, Hermand Bennette, Jr. regarding 2609-11 Fourth Street, New Orleans, LA 70115; Ceralann Jiles-Williams, Joaquin Williams regarding 6300 KUEBEL DR., NEW ORLEANS, LA 70126; JACINTA HAWKINS regarding 2118/2116 BENEFIT ST., NEW ORLEANS, LA 70122; STEVEN WILLIAMS regarding 2118 TRICOU ST, NEW ORLEANS, LA 70117; Yvonne Miles, Yvonne Miles regarding 1463 Senate Street, New Orleans, LA 70122; BERTHA HANKTON regarding 4546 GALLIER DR, NEW ORLEANS, LA 70126; WILLIAM WINCHESTER, SHERRY C. WINCHESTER regarding 2455 N. MIRO ST., NEW ORLEANS, LA 70117; TROY NARCISSE regarding 5309 CAMERON BLVD., NEW ORLEANS, LA 70122; TROY BURRELL, SHAUNNA B. BURRELL regarding 3023 EADS ST., NEW ORLEANS, LA 70122; WANDA PLEASANT-BOLEY, DEQUNICYT BOLEY regarding 2775-2777 GLADIOLUS, NEW ORLEANS, LA 70122; KIMBERLIN YOUNG regarding 3613 ALMONASTER AVE, NEW ORLEANS, LA 70126; JEANNETTE SCOTT, GERALD SCOTT regarding 4328 DALE ST., NEW ORLEANS, LA 70126; John Sears regarding 5924 Peoples Ave, New Orleans, LA 70122; John Sears regarding 1850 Lizardi, New Orleans, LA 70117; DIEDRE MIRE, FELIX E. BOURGEOIS regarding 3405 FRANKLIN AVE., NEW ORLEANS, LA 70122; JANICE JAMES, TYRONE JAMES regarding 7500 EDWARD ST, NEW ORLEANS, LA 70126; EVA WOODS regarding 5739 BACCICH ST., NEW ORLEANS, LA 70122; JACQUELYN SCHEXNAYDER regarding 5217-19 VERMILLION BLVD., NEW ORLEANS, LA 70122; ROSE ORFANELLO regarding 235 BAZILE DR., BRAITHWAITE, LA 70040; Edna Beach regarding 10139 Dreux Ave., New Orleans, LA 70127; Katherine Russell regarding 6306 N. Miro St, New Orleans, LA 70117; STANLEY JOURDAN regarding 5008 N. PIEUR ST., NEW ORLEANS, LA 70117; Lisa Melder, Charles Melder Sr regarding 7711 Butterfield Road, New Orleans, LA 70126; AUDREY ROLLAND regarding 13010 MAPLEWOOD DR., NEW ORLEANS, LA 70129; Robert Danner regarding 10961 Roger Drive, New Orleans, LA 70127; Neal Williams

regarding 173 Blanche Dr., Avondale, LA 70094; Donna Barber, Rosemary Smith regarding 4630 Mendez St., New Orleans, LA 70126; Jonathan Green regarding 1504 Filmore Ave., New Orleans, LA 70122; Marcel Regnier, Leonea Regnier regarding 1945 Beachead Ln., Violet, LA 70092; Desiree Lewis, Raymond D. Lewis regarding 8632 Dinkins St., New Orleans, LA 70127; Mary Davis, Mary Davis-Williams regarding 6218 N. Galvez, New Orleans, LA 70117; Edna Lewis regarding 1639 Arts St., New Orleans, LA 70117; JULES FRISARD regarding 3209 CAMPAGNA DR., CHALMETTE, LA 70043; ERNEST WELLS regarding 1200 - 02 ELYSIAN FIELDS AVE., NEW ORLEANS, LA 70117; WARNETTA HOWARD regarding 5083 ST. FERDINAND DR., NEW ORLEANS, LA 70126; KENNETH PINKNEY, MONA M. PINKNEY regarding 4959 PERELLI DR, NEW ORLEANS, LA 70127; Calvin Parker regarding 2165 St. Denis St., New Orleans, LA 70122; Jessie Darden regarding 2219 Delery St., New Orleans, LA 70117; Tyrone Cliff, Bertha L. Williams regarding 4729/31 Shalimar Dr., New Orleans, LA 70126; MELVIN RAYFORD, RICKELLE NOEL RAYFORD regarding 5633 NORGATE DR., NEW ORLEANS, LA 70127; YVONNE JOHNSON regarding 5406-08 URQUHART ST., NEW ORLEANS, LA 70117; YVONNE JOHNSON regarding 4113-15 CLAIBORNE AVE., NEW ORLEANS, LA 70117; YVONNE JOHNSON regarding 1517 - 19 FLOOD ST., NEW ORLEANS, LA 70117; Betty Ford, Wesley Ford regarding 2411 Laharpe St., New Orleans, LA 70119; ANDREE SUMMERS regarding 4499 BACCICH ST., NEW ORLEANS, LA 70122; Elaine Fox regarding 6155 S. Laverne St., New Orleans, LA 70126; Rosie Bowie, George A. Bowie regarding 3418 St. Ferdinand St., New Orleans, LA 70126; Keith Joseph, Wanda Joseph regarding 1308 Flanders St., New Orleans, LA 70114; Debra Lucas regarding 2629 W. Catawba Dr., Harvey, LA 70058; Jessie Lepree, Henrietta J. Lepree regarding 2018 Tricou St., New Orleans, LA 70117; Helen Irving, Irving Howard regarding 2316 St. Ferdinand St., New Orleans, LA 70117; Ivy Chester regarding 1810 Louisa St., New Orleans, LA 70127; Keith Johnson

regarding 1205 Tupelo St., New Orleans, LA 70117; Anna Goldsmith, Allen Ladd Goldsmith regarding 7070 E. Renaissance Ct., New Orleans, LA 70058; Troy McGowan, Jennifer Davillier McGowan regarding 2037 Tennessee St., New Orleans, LA 70117; Troy McGowan, Jennifer Davillier McGowan regarding 5006/08 Burgundy St., New Orleans, LA 70117; OSCAR JOHNSON, GLORIA JOHNSON regarding 6428 N. PRIECA, NEW ORLEANS, LA 70117; OSCAR JOHNSON, GLORIA JOHNSON regarding 6120-22 Urquart St, NEW ORLEANS, LA 70117; CHARLES GAUSHA regarding 1625 N. GALVEZ ST., NEW ORLEANS, LA 70119; Michael White, Oilynthia L Miller-white regarding 1817 Reynes St, New Orleans, LA 70117; Yohance Gilmore, Teinasha Gilmore regarding 4868/4870 Francis Dr, New Orleans, LA 70126; Lillian Bell, Havan Bell regarding 1625 Egania St, New Orleans, LA 70117; Sonji Magee regarding 1853 Flood St, New Orleans, LA 70117; Sharon Dimarco regarding 7606 Kingsport Blvd., New Orleans, LA 70128; ERICKA BROWN regarding 931 FORSTALL ST, NEW ORLEANS, LA 70117; Donald Oliver, Kathleen K. Oliver regarding 1935 Benjamin Street, Arabi, LA 70032; John Parker, Jr., Paulette C. Parker regarding 1708 Tricou Street, New Orleans, LA 70117; John Hammurabi regarding 8715 Stroelitz Street, New Orleans, LA 70118; Alicia Johnson, Bryant Johnson regarding 1761-63 Jackson Avenue, New Orleans, LA 70113; Mary Thompson regarding 3617-19 Lowerline St., New Orleans, LA 70125; Michael Robinson, Rose Robinson regarding 2040 Congress Street, New Orleans, LA 70117; Chucky Calhoun, Gladys Calhoun regarding 4517 St. Ferdinand Dr., New Orleans, LA 70126; Candace Vance regarding 2338 Independence St., New Orleans, LA 70117; TRENISE JACKSON regarding 5010 FRANKFORT ST., NEW ORLEANS, LA 70126; Rahim Muhammad, Gracie Muhammad regarding 3059 St. Ann St., New Orleans, LA 70119; Morris Jackson regarding 3739/41 Clara St., New Orleans, LA 70115; BRENDA STEPTORE regarding 3017 ALBANY ST., KENNER, LA 70065; DONALD ATKINSON, KATRINA L. ATKINSON regarding 11350 PRENTISS

AVE., NEW ORLEANS, LA 70128; STEPHEN CORLEY regarding 2653-55 REPUBLIC ST., NEW ORLEANS, LA 70119; WENDELL WASHINGTON, SHELIA WASHINGTON regarding 8401 ABERDEEN RD., NEW ORLEANS, LA 70127; OLLIE TATE regarding 2127 Reynes St, NEW ORLEANS, LA 70117; RONALD LANDRY regarding 1430 SPAIN ST, NEW ORLEANS, LA 70117; SHAWN HARRIS regarding 2521 ST. ROCH AVE, NEW ORLEANS, LA 70117; ELOISE WILSON, JOHN L. WILSON regarding 6709 GILLEN ST., METAIRE, LA 70003; EVA GRIFFIN regarding 5401 FRANKLIN AVE, NEW ORLEANS, LA 70117; CATHERINE WILSON, JUNIOUS WILSON regarding 7013 BARRINGTON CT., NEW ORLEANS, LA 70128; June Evans regarding 3301 Touro St., New Orleans, LA 70122; Pamela Bornes regarding 5204 N. Claiborne Ave., New Orleans, LA 70117; Damon Daussat regarding 962 N. Carrollton Ave., New Orleans, LA 70119; Emily Williams-Russell, Joseph Williams IV regarding 1000 Morticello Ave., Jefferson, LA 70121; Clarence Dalcour, Sandra P. Dalcour regarding 14230-32 Peltier Dr, New Orleans, LA 70129; Rose Nicholas regarding 6930/32 Yorktown Dr., New Orleans, LA 70127; Gamal Elbahrawi, Patricia Ann Elbahrawi regarding 10131 Hammond, New Orleans, LA 70127; Stanley Sauliny regarding 1700 Clouet St., New Orleans, LA 70117; Tiffany Pritchett, Charles Williams, Sr. regarding 1935 Piety St., New Orleans, LA 70117; Ruth Kennedy, John M. Green regarding 8826 Forshey St., New Orleans, LA 70118; Johnnie Scott, Greneva regarding 3417 Bruxelles St., New Orleans, LA 70122; Helen Gooden regarding 6101 N. Rampart St., New Orleans, LA 70117; Robert Barrios regarding 4638 Chrysler St., New Orleans, LA 70127; Belinda Lacey regarding 4729 Bright St., New Orleans, LA 70127; James Suggs regarding 2700 Guerra, Violet, LA 70092; Laura Williams, Cecilia Young regarding 5423/25 N. Roman St., New Orleans, LA 70117; Percy Nolan, Inez Nolan regarding 8521/23 Curran Blvd., New Orleans, LA 70127; ROSALIE AMBROSE regarding 7631 SCOTTWOOD DR., NEW ORLEANS, LA 70128; BEATRICE WARREN regarding

1430 STRAND COURT, NEW ORLEANS, LA 70117; SYLVIA PARR regarding 4518 MAJESTIC OAKS DR., NEW ORLEANS, LA 70126; BETTY MORGAN regarding 814 EGANIA ST., NEW ORLEANS, LA 70117; Gustavo Arzu, Martha Arzu regarding 7550 Trapier Ave., New Orleans, LA 70127; Orie Smith regarding 1608 & 1608 1/2 Mirabeau Ave., New Orleans, LA 70122; Shelia Jones regarding 6054 Dorothea St., New Orleans, LA 70126; Robert Thompson, Joyce Ann Thompson regarding 2047 Delery St., New Orleans, LA 70117; Evelyn Edward regarding 2522 N. Roman St., New Orleans, LA 70117; Delores Christmas, Charles Christmas regarding 8437 Oleander St., New Orleans, LA 70118; Raulston Johnson regarding 4910 Stephen Girod Ave., New Orleans, LA 70126; Wayne Morris, Angela T. Morris regarding 2031 St. Maurice Ave., New Orleans, LA 70117; Clarence Lombard, Clarence S. Lombard regarding 4600 Nighthart St., New Orleans, LA 70127; Frank Clark, Peggy J. Clark regarding 4400 Kennon Ave., New Orleans, LA 70122; Tommie Mango regarding 1116/18 Lizardi St., New Orleans, LA 70117; Glen Wilson, Martha Wilson regarding 6953 E. Laverne St., New Orleans, LA 70126; Angelita Williams regarding 6820 Coventry St., New Orleans, LA 70126; Barbara Adams regarding 1916 Brutus St., New Orleans, LA 70122; Rose Mary Cowart regarding 3631 N. Robertson St., New Orleans, LA 70117; Miriam Magee-Williams, Henry Lionel Williams regarding 4022 Prentiss St., New Orleans, LA 70126; Shelly LaCroix, Kirk A. LaCroix regarding 4810 Major Dr., New Orleans, LA 70128; Shelly LaCroix, Kirk A. LaCroix regarding 7580 Rochon Ave., New Orleans, LA 70128; Richard Gasper, Marva H. Gasper regarding 7710 Allison Rd., New Orleans, LA 70126; Carl Dillard regarding 6505 Millender Dr., Marrero, LA 70072; Delores Harris regarding 530 Thayer St., Algiers, LA 70114; Lillie Smith, Cort Smith regarding 3345 Normandy Ct., Marrero, LA 70072; Malissa Davis regarding 2048 Lincolnshire Dr., Marrero, LA 70072; Loriain White regarding 332 Profit St., Marrero, LA 70072; Lois Powell regarding 5801 Bienvenue Ave., Marrero, LA 70072;

Gwendolyn Keller regarding 2048 Waters Dr., Marrero, LA 70072; Claudette Simmons, James Simmons regarding 143 Grambling Ct., Westwego, LA 70094; Beth Coupel, Wayne Coupel regarding 805 St. Bernard Hwy., Chalmette, LA 70043; Tonya Hill, Tonya Hill regarding 2025 Sere Street Apts A-D, New Orleans, LA 70122; PEARLINE DAVIS regarding 2429/2431 TOURO ST., NEW ORLEANS, LA 70119; Monica Wilson regarding 903 St. Maurice Ave., New Orleans, LA 70117; Michael Jackson regarding 13939 Intrepid St., New Orleans, LA 70129; Wanna Howard regarding 2732 & 2734 Gladiolus St., New ORleans, LA 70122; Stella LeJeune regarding 4761 Bonita Dr., New Orleans, LA 70126; Melissa Chaney, Eddie Lee Chaney, Jr. regarding 2105 Clouet St., New Orleans, LA 70117; Cheryl Nabor, Smith Nabor regarding 5410 N. Villere St., New Orleans, LA 70117; Kithel Marson, Melissa P. Marson regarding 1915-17 Columbus St., New Orleans, LA 70116; Loma-Linda Boutney regarding 1928 Brutus St., New Orleans, LA 70122; Elizabeth Ceasar regarding 4913 Nighthart, New Orleans, LA 70127; Carl Marcelin regarding 4724 Mark Twain Dr., New Orleans, LA 70126; Sylvia Galleguillos regarding 8717 Oleander St., New Orleans, LA 70118; Matthew Parham regarding 344 Deacon St., Avondale, LA 70094; Patricia Turner regarding 2040 Ellington Dr., Marrero, LA 70072; Rhonda Armond regarding 1640 Wakefield Dr., Marrero, LA 70072; Jefferson Phipps regarding 5200-5206 Derbigny St., New Orleans, LA 70117; Jefferson Phipps regarding 5945 N. Claiborne Ave., New Orleans, LA 70117; Jefferson Phipps regarding 1943 Lamanche St., New Orleans, LA 70117; Roosevelt Houston regarding 1330 Alabo, New Orleans, LA 70117; Morsie Porter, Betty Porter regarding 2325 Eastmere St., Harvey, LA 70058; James Alexander regarding 2458 & 2460 N. Miro St., New Orleans, LA 70117; Bernadine Nunnery regarding 7618 Michigan St., New Orleans, LA 70128; Louis Dennis regarding 5740 Wildair Dr., New Orleans, LA 70122; Lee Johnson, Michelle M. Johnson regarding 7714 Means Ave., New Orleans, LA 70127; Francine Smith, Ronald S. Smith

regarding 3121 Angelique Dr., Violet, LA 70092; Alex Rogers regarding 1201 Clay St., Kenner, LA 70062; Corless Wheeler regarding 710 Delery St., New Orleans, LA 70117; Tom Bradford, Rose Marie Bradford regarding 1619 & 1621 Desire St., New Orleans, LA 70113; Louise Randall regarding 1422 Tricou St., New Orleans, LA 70117; Carolyn Jasmine, Leonard Jasmine regarding 2016 N. 7TH St., New Orleans, LA 70115; Thyra Griffin regarding 914 Valence St., New Orleans, LA 70115; Roland Major, Doreen B. Major regarding 2304 Riverbend Dr., Violet, LA 70092; Giselle Allen, Tyrus Allen regarding 7513 Endeavors Ct., New Orleans, LA 70129; Ernie Jones, Linda Jones regarding 1527 Bartholomew St., New Orleans, LA 70117; Leagenesia Causey regarding 5030 Mexico St., New Orleans, LA 70126; John Winston regarding 3317 N. Miro St., New Orleans, LA 70117; Tara Calloway regarding 2811 Bacchus Dr, New Orleans, LA 70114; Hervin Gasper regarding 3116 Angelique Dr, Violet, LA 70092; Leo Franklin, Trenise Franklin regarding 2308 Centanni Dr, St Bernard, LA 70085; Leo Franklin, Trenise Franklin regarding 3312 Angelique Dr, Violet, LA 70092; Joseph Banks regarding 2313 Walkers Ln, Meraux, LA 70075; Ralph Bryan regarding 7525 Kingsport Blvd, New Orleans, LA 70128; Lillian Sherman regarding 2909 Metropolitan, New Orleans, LA 70126; Rita Sparks regarding 5748 Elysian Fields, New Orleans, LA 70122; Artine Johnson regarding 339 Glen Della, Avondale, LA 70094; Argue Foley regarding 6620 Rue Lewis Philipps, Marrero, LA 70072; Gerald Daniels regarding 2017 Betty Blvd, Marrero, LA 70072; Scott Hester regarding 1213 King Dr, Marrero, LA 70072; Denise Williams regarding 2805 Tara Dr, Violet, LA 70092; Albertha Dison, Charles Dison, Jr. regarding 2013 Egret Dr, St. Bernard, LA 70085; Shalonda Duplessis regarding 2500 Guerra Dr, Violet, LA 70092; Trudy Hill regarding 1924 Beachhead Ln, Violet, LA 70092; Alice Sullivan regarding 532 Wagner St, New Orleans, LA 70114; Geraldine Hill regarding 1913 Beachead Ln, Violet, LA 70092; Freddie Johnson, Ada Johnson regarding 2645 Delores St, Marrero, LA 70072; Rose Howard

regarding 1148 Cohen St, Marrero, LA 70072; Briddie Couto regarding 7877 Dolly St, Westwego, LA 70094; Althea Francois regarding 2057 Betty Blvd, Marrero, LA 70072; Minnie Denson regarding 2662 Law St, New Orleans, LA 70117; Denise Gasquet regarding 7851 Buffalo Rd., New Orleans, LA 70128; Rosalyn Smith regarding 1917 Bridgehead Ln., Violet, LA 70092; Carol Hill regarding 4000 Nathan Kornman Dr, Harvey, LA 70058; Adrian Domino regarding 1300 Independence St., New Orleans, LA 70117; Pamela Johnson regarding 1304 & 1306 Congress St., New Orleans, LA 70117; Theresa Blakely regarding 3804 Sue Ker Dr., Harvey, LA 70058; Martha Massey regarding 6141 Adam Dr., Marrero, LA 70072; Samuel Meredith, Father regarding 1236 Sliver Lilly Dr., Marrero, LA 70072; Ethel Myles, Robert Myles regarding 1216 King Dr., Marrero, LA 70072; Andrew Johnson regarding 272 Chad B. Baker St., Reserve, LA 70084; Wilfred Bourgeois, Evelyn Bourgeois regarding 238 Chad B. Baker St., Reserve, LA 70084; Landa Bunch regarding 4649 Knight St., New Orleans, LA 70127; Landa Bunch regarding 2336-2336 1/2 Bienville Ave., New Orleans, LA 70119; Landa Bunch regarding 2616-18 Bienville, New Orleans, LA 70119; Gregory Harding regarding 1125-27 Bienville St., New Orleans, LA 70114; Gloria Allison regarding 104 Brunswick Ct., New Orleans, LA 70131; Mayana Hockett, Raynard A. Hockett regarding 210 Tumblebrook St., Slidell, LA 70461; Brandon Scioneaux regarding 149 Clara Dr., Avondale, LA 70094; Agnes Herbert regarding 1645 Murl St., New Orleans, LA 70114; Jose Laboy, Samantha Starr Smith regarding 3315 Pakenham Dr., Chalmette, LA 70043; Aubrey Lacy regarding 3439 Palmyra St., New Orleans, LA 70119; Mary Murray regarding 1435 & 1437 France St., New Orleans, LA 70117; Terry Nelson, Nelson Melbin, Terry Frazier regarding 8000 Gus St., New Orleans, LA 70127; Doris Craig regarding 1429 & 1431 Desire St., New Orleans, LA 70117; Stephanie Blaise, Jamerson Blaise regarding 3012 Tara Dr., Violet, LA 70092; Olga Magee regarding 4650 Knight Dr., New Orleans, LA 70127; Louis Mascaro, Frances

Mascaro regarding 2400 Bobolink Dr., St. Bernard, LA 70085; Catherine Tircuit, Raymond Tircuit regarding 2412 Warbler St., St. Bernard, LA 70085; Gregory Dandridge, Valita M. Gibson-Dandridge regarding 2352 New York St., New Orleans, LA 70122; Sheryl McBride regarding 4564 Piety Dr., New Orleans, LA 70126; Clarnette Johnson regarding 4801 W. Adams Ct., New Orleans, LA 70128; Darnell Lawrence, succession in process regarding 2414 Valmont St., New Orleans, LA 70115; Bridget Gay regarding 40 Old Hickory Ave., Chalmette, LA 70043; Mary Ward regarding 83 E. Claiborne Sq., Chalmette, LA 70043; Rebecca Peralla regarding 72 E. Claiborne Sq., Chalmette, LA 70043; Karen Hodges, Ervin Hodges, Sr. regarding 2437 Walkers Ln., Meraux, LA 70075; Donna Stokes, Jill Davis regarding 2300 & 2302 Liccardi Ln., Violet, LA 70092; Ilene Pell regarding 2017 Egret Dr., St. Bernard, LA 70085; Jean Menard, Kevin Menard regarding 2708 Chalona Dr., Chalmette, LA 70043; Delinda Adam, Donald regarding 276 Senate Dr., Avondale, LA 70094; Gwendolyn Lafrance, Vance Lafrance regarding 2049 Armstrong Dr., Marrero, LA 70072; Micheal Lewis regarding 3740 Cimwood, Harvey, LA 70058; Ricky Rose, Courtney regarding 3736 Cimwood, Harvey, LA 70058; Tanya Jones, William Jones regarding 1725 Lesseps St., New Orleans, LA 70117; Rowena Robinson regarding 1647-49 Caton Ct., New Orleans, LA 70122; Lydia Alexander, Samuel Alexander, Sr regarding 1721 Alvar St., New Orleans, LA 70117; Arthurine Antoine regarding 6000 Pasteur Blvd., New Orleans, LA 70122; Albert Ducombs, Carla Ducombs regarding 3201 Jackson Blvd., Chalmette, LA 70043; Albert Ducombs, Bryan A Ducombs regarding 713 Derbigney St., Chalmette, LA 70043; Adline Jacobs, Juanita Thomas Giles regarding 5016 Chartres St., New Orleans, LA 70117; Anita Dumas regarding 4118 N. Miro St., New Orleans, LA 70117; Ava Mackey regarding 2630 Painters, New Orleans, LA 70117; Detter Jenkins regarding 2359 Mendez St., New Orleans, LA 70122; Marva Lewis regarding 4769 Plauche Cir., New Orleans, LA 70126; Cecile Ferrand regarding 2013 Lamanche,

New Orleans, LA 70117; Mose Johnson regarding 4700 Eastview Dr., New Orleans, LA 70126; Joycelyn Tircuit, Glenn Tircuit regarding 3533 Blanchard Dr., Chalmette, LA 70043; Goldie Wilkens, Clarence Wilkins regarding 156 East 26th St., Reserve, LA 70084; Marsha Smith, Malcolm G. Smith regarding 5549 Pasteur Blvd., New Orleans, LA 70122; Loretta Thomas, Amy J. Thomas regarding 541 S. Olympia St., New Orleans, LA 70119; Brenda Brown, Jasper Brown regarding 4327 Perlita St., New Orleans, LA 70122; Linda Papania regarding 612 & 614 S. Hennessey St., New Orleans, LA 70119; Sebastian Krieger regarding 1801 Green Ave., St. Bernard, LA 70085; Dorothy Ellis regarding 713 Medford St., LaPlace, LA 70068; Mary Hampton regarding 155 East 24th St., Reserve, LA 70084; Mary Howard, James Howard regarding 2212 Centanni Dr., St. Bernard, LA 70085; Monja Kelson, Jefferi Kelson regarding 14140 Kingswood Dr., New Orleans, LA 70128; Andrew Collins regarding 3234 Pauger St., New Orleans, LA 70119; Audrey Davis regarding 2200 Centannie Dr., Bernard, LA 70085; Victory Harris regarding 2733 Bayou L'ours, Marrero, LA 70072; Kim Williams regarding 3213 Ashley Dr., Violet, LA 70092; Belovia Grant regarding 6002 Mandeville St., New Orleans, LA 70122; Durinda Nealy regarding 7011 Salem Dr., New Orleans, LA 70127; Jeanette Bullock regarding 6961 Salem Dr., New Orleans, LA 70127; Perry Washington, Estelle Washington regarding 2309 Tupelo St., New Orleans, LA 70117; Regina Jockson-Beal regarding 2501 Elizabeth Ct., Violet, LA 70092; Timmie Crossgrow regarding 3301 Stacie Dr., Violet, LA 70092; Timmie Crossgrow regarding 3313 & 3315 Stacie Dr., Violet, LA 70092; Donna Daniel-Myers regarding 3417 General Taylor St., New Orleans, LA 70125; Valencia Jarrow regarding 1825 Sinclair Loop, LaPlace, LA 70068; Emanuel Brumfield regarding 1925 Hope St., New Orleans, LA 70119; Bernadette Williams regarding 4542 Longfellow Dr., New Orleans, LA 70127; Rowdy Donnelly, Michelle Donnelly regarding 2409 Kingbird Dr., St. Bernard, LA 70085; James Jackson regarding 7523 Wayfarer St., New Orleans, LA 70129; Premilee

Turner-Reed regarding 2915 & 2917 General Ogden St., New Orleans, LA 70118; Clara Beamon, Wilson Beamon regarding 9102 Forshey St., New Orleans, LA 70118; Lance Rodney regarding 3201 Angelique Dr., Violet, LA 70092; Roslyn Flot regarding 8 S. Oak Ridge Ct., New Orleans, LA 70128; Arthur Brown regarding 5633 E. St. Bernard, St. Bernard, LA 70092; Odessa Crouch regarding 1812 Oak Grove Ct., La Place, LA 70068; Arlene Marshall regarding 1904 Cambridge Dr., La Place, LA 70068; Jacqueline Watkins regarding 2509 Amy Dr., La Place, LA 70068; Roylene Levett-Johnson regarding 6512 4th St., Violet, LA 70092; Glenn Saucier, Carolyn Saucier regarding 2217 Creedmore Dr., St. Bernard, LA 70085; Miles Spann, Cheryl C. Spann regarding 4742 Gawain St., New Orleans, LA 70127; Mary Hughes regarding 5572 Norgate Dr., New Orleans, LA 70127; Matthew Smith, Florence W. Smith regarding 2439 Governor Nicholls St., New Orleans, LA 70119; Matthew Smith, Florence W. Smith regarding 2613 & 2615 St. Peter St., New Orleans, LA 70119; Matthew Smith, Florence W. Smith regarding 2500 & 2502 Governor Nicholls St., New Orleans, LA 70119; Glenda Williams regarding 7400 Scottsdale Dr., New Orleans, LA 70127; Dorothy Banks, Gerald Banks regarding 2512 Walkers Ln., Meraux, LA 70075; Morris Gould regarding 2530 & 2532 Franklin Ave., New Orleans, LA 70117; Joseph Lehrisse, Francia Lehrisse regarding 5121 St. Anthony Ave., New Orleans, LA 70122; Gwendolyn Sincere regarding 3630 Piedmont Dr, New Orleans, LA 70122; Renard Boissiere, Antoinette Boissiere regarding 3407 Marigny St, New Orleans, LA 70122; Tirrell Johnson regarding 1429 Alvar St, New Orleans, LA 70117; Otis Davenport, Gwendolyn Davenport regarding 10830 Guildford rd., New Orleans, LA 70127; James Bickham, Barbara Bickham regarding 4745 Sierra Madre Dr, New Orleans, LA 70127; Jill Davis regarding 2400 Highland Drive, Violet, LA 70092; Eve Katz, John Katz regarding 2125 Jacob Dr, Chalmette, LA 70043; Rhonda Couture regarding 2401 River Queen Dr, Violet, LA 70092; Hebert Williams regarding 1809 Wellington Drive,

Marrero, LA 70072; James Robinson, Yolanda Robinson regarding 4937 Virgilian St., New Orleans, LA 70126; Lilian Simmons, Roscoe Simmons, Sr regarding 2001 Alvar St., New Orleans, LA 70117; Wayne Franklin regarding 4818 Stephen Girard Dr., New Orleans, LA 70126; Jake Bivona, Dorothy Bivonon regarding 7508 Saturn Dr., Violet, LA 70092; Rhonda Hannan, Frank Hannon, III regarding 7505 Saturn Dr., Violet, LA 70092; Andrew Neal, Carrie Neal regarding 2053 Armstrong Dr., Marrero, LA 70092; Ronald Summers, Shawn Summers regarding 4816-18 N. Johnson St., New Orleans, LA 70117; Rosetta Jones regarding 3956 & 3958 Louisiana Avenue Pkwy., New Orleans, LA 70125; Cathy Honore regarding 7734-36 Alabama, New Orleans, LA 70126; Cathy Honore regarding 2137 & 2139 Filmore Ave., New Orleans, LA 70126; Linadine Luc regarding 3304 Plaza Dr., Chalmette, LA 70043; Eugene Quillens regarding 4025 N. Villere St., New Orleans, LA 70117; Harold Robinson regarding 3625 Patterson Dr., New Orleans, LA 70114; Joyce Douglas regarding 2209 Canal St., Violet, LA 70092; Willie Watson regarding 2048 Ellington Dr., Marrero, LA 70072; Sharilyna Weber, Randolph Weber regarding 7335 & 7337 Alabama, New Orleans, LA 70127; Dorene Garcia regarding 77 & 79 Phillip Court, Chalmette, LA 70043; Dorene Garcia regarding 8437 Creole dr., Chalmette, LA 70043; Sherry Pepperman regarding 3204 Judy Dr., Meraux, LA 70075; Charles Marquez regarding 3418 Monroe St., New Orleans, LA 70118; Lena Flint, Eddie Flint regarding 3315 Allen St., New Orleans, LA 70122; Lorena Sellers regarding 16 N. Oakridge, New Orleans, LA 70128; Deborah McCurtis regarding 4309 Hamilton St., New Orleans, LA 70118; Sedgrick Mitchell, Gaynail Mitchell regarding 5920 Jamison St., New Orleans, LA 70126; Glenn Higgins, Brenda Higgins regarding 2237 & 2239 Ursulines, New Orleans, LA 70119; Glenn Higgins, Brenda Higgins regarding 1108, 1110, & 1112 N. Miro St., New Orleans, LA 70119; Regina Green regarding 3420 Shannon Dr., Violet, LA 70092; Mary Jones regarding 4894 Cerise Ave., New Orleans, LA 70127;

Kevin Milton regarding 8825 S. Claiborne Ave., New Orleans, LA 70118; Connie Washington, Kevin J. Washington regarding 7049 Whitmore Pl., New Orleans, LA 70128; Kerry Roby, Mignonette L. Roby regarding 11021 Yardley Rd., New Orleans, LA 70127; Darren Rodgers, Mary Mills, Effie Parker regarding 4744 Reynes St., New Orleans, LA 70126; Horace Blanks, Karen Blanks regarding 1606 Mirabeau Ave., New Orleans, LA 70122; Jules Dabon, Gaddian Dabon regarding 5922 N. Robertson St., New Orleans, LA 70117; Jules Dabon, Gaddian Dabon regarding 1418 Gordon St., New Orleans, LA 70117; Jules Dabon, Gaddian Dabon regarding 1130 Tupelo St., New Orleans, LA 70117; Jules Dabon, Gaddian Dabon regarding 1208 Tupelo St., New Orleans, LA 70117; Merlin Ben regarding 2746 Verbena St., New Orleans, LA 70122; William Washington, Rogerwene D. Washington regarding 7501 Sheffield St., New Orleans, LA 70126; James Goodwin regarding 2036 Paine Dr., Marrero, LA 70072; Dedra Simpson regarding 5334 Tullis Dr., New Orleans, LA 70114; Chatherine Abrams regarding 4678 MIrabeau Ave., New Orleans, LA 70126; Ronata Melancon regarding 3511 Frenchmen St., New Orleans, LA 70122; Ronata Melancon regarding 5916 & 5918 Spain St., New Orleans, LA 70122; Barry Payton regarding 4700 Haydell, New Orleans, LA 70126; Barbara Boguille regarding 4925 Feliciana Dr., New Orleans, LA 70126; Stephanie Ford regarding 5439 N. Johnson, New Orleans, LA 70117; Natosha Brown regarding 926 Charbonnet, New Orleans, LA 70117; Antoinette Alexander regarding 2515 Benton St., New Orleans, LA 70017; Elson Arzu regarding 7410 Symmes Ave., New Orleans, LA 70127; Wilmot Washington regarding 2604 Palmyra St., New Orleans, LA 70119; Wilmot Washington regarding 2625 & 2627 Charbonnet St., New Orleans, LA 70117; Joseph Muscarello, Mable Muscarello regarding 2921 Lyndell Dr., Chalmette, LA 70043; Ebony Turner regarding 7707 Belcrest Pl., New Orleans, LA 70126; Jeffery Willford regarding 5420 Edenboro Rd., New Orleans, LA 70127; Alberta Floyd-Brooks regarding 1226 & 1228 St. Maurice Ave., New Orleans, LA

70117; Mary Floyd regarding 1305 Delery St., New Orleans, LA 70117; Velma Renard, Robin LeBranch regarding 4538 Stemway Dr., New Orleans, LA 70126; Eva Gilbert regarding 10100 Flossmoor Dr., New Orleans, LA 70127; Carlo Maltese, Jan Maltese regarding 23 Gibbs Dr., Chalmette, LA 70043; Arthemease Bloxson-Melancon regarding 4224 & 4226 Eagle St., New Orleans, LA 70118; Arthemease Bloxson-Melancon, Arthur Meloncon regarding 9312 Olive St., New Orleans, LA 70118; Susan Abadie regarding 3019 Touro St., New Orleans, LA 70122; Louis Smith, Kimberly Smith regarding 1221 Sister St., New Orleans, LA 70032; Adrian Sims, Adrian Sims regarding 1625 Heights Dr., St. Bernard, LA 70085; Clarence Phoenix, Darlene Phoenix regarding 1735 & 1737 Piety St., New Orleans, LA 70117; Laura Jackson regarding 4644 Dreux Ave., New Orleans, LA 70126; Donald Moore, Sharon Moore regarding 7800 S. Coronet Ct., New Orleans, LA 70126; Donald Moore, Sharon Moore regarding 7802 N. Coronet Ct., New Orleans, LA 70126; Donald Moore, Sharon Moore regarding 1317 & 1319 S. Genois, New Orleans, LA 70118; Donald Moore, Sharon Moore regarding 3512 & 3514 Lasalle St., New Orleans, LA 70119; Donald Moore, Sharon Moore regarding 2121-23 Delachaise, New Orleans, LA 70115; Donald Moore, Sharon Moore regarding 2129-2131 Delachaise, New Orleans, LA 70115; Donald Moore, Sharon Moore regarding 2125-2127 Delachaise, New Orleans, LA 70115; Rodney Sholes, Gwendolyn Sholes regarding 3022 Live Oak St., New Orleans, LA 70118; Roy Mehrtens regarding 2125 Beachhead Ln., Violet, LA 70092; Roy Mehrtens regarding 3404 & 3406 Pauger St., New Orleans, LA 70119; Henrietta Madison, Tiffany Madison regarding 13651-53 N. Lamans Dr., New Orleans, LA 70129; Natasha Lawrence, Ricky Lawrence regarding 4941 Gallier Dr., New Orleans, LA 70126; Dave Johnson, Sherilyn Johnson regarding 5610 Bundy Rd., New Orleans, LA 70127; Tyrone Jennings, Brenda, Summer, Tyrone Jennings, II regarding 11425 S. Easterlyn Cir., New Orleans, LA 70128; Debbie Herrin regarding 2125 Benjamin Dr., Arabi, LA 70032; Kathryn

Foley regarding 7119 & 7121 Marshal Foch St., New Orleans, LA 70124; Joseph Dichiara regarding 108 Nutria Dr., Arabi, LA 70032; Millcent Cotton regarding 2564 Acacia St., New Orleans, LA 70122; Joyce Aguillard regarding 9501 Springwood St., New Orleans, LA 70127; Paul Clark, Rhonda Clark, Paul Clark, III regarding 7637 Forum Blvd., New Orleans, LA 70128; Clementine Carter regarding 5169 Basinview Dr., New Orleans, LA 70126; Helen Calice regarding 7711 Symmes Ave., New Orleans, LA 70127; Evelyn Adams, Chrisell Adams regarding 1722-24 Joliet St., New Orleans, LA 70118; Geraldine Arnolie regarding 7509 Forest Glen Rd., New Orleans, LA 70127; Aline Sprunk regarding 2912 Lloyds Ave., Chalmette, LA 70043; Glenda Porter regarding 2513 Amelia St., New Orleans, LA 70115; Nancy Harrison regarding 7708 Means Ave., New Orleans, LA 70127; Ronald Davis, Victoria S. Davis regarding 2056-58 N. Miro, New Orleans, LA 70119; Anthony Roland, Denise A. Roland regarding 4724 Bonita Dr., New Orleans, LA 70126; Gretchen Reed regarding 716 & 714 Foucher St., New Orleans, LA 70115; Valjon Lyons, Antoine Lyons regarding 2706 Acacia St., New Orleans, LA 70122; Henry Smith, Fay O. Smith regarding 6030 Baccich St., New Orleans, LA 70122; Charles McCrary regarding 1921 & 1923 Alabo St., New Orleans, LA 70117; Charles McCrary regarding 5422 N. Rampart St., New Orleans, LA 70114; Charles McCrary regarding 5422 1/2 N. Rampart St., New Orleans, LA 70117; Charles McCrary regarding 5463 & 5465 Marais St., New Orleans, LA 70117; Charles McCrary regarding 4944-49 Mandeville St., New Orleans, LA 70117; Martina Conerly, Martina Conerly regarding 3515 Livingston St., New Orleans, LA 70118; Cleveland Stockman regarding 1630 & 1632 Lizardi St., New Orleans, LA 70117; Emelda Williams regarding 3126 N. Miro St., New Orleans, LA 70117; Glenn Sambrone regarding 3811 Hamburg St., New Orleans, LA 70122; Manuel Berries regarding 10 & 12 Phillip Ct., Chalmette, LA 70043; Ivory Tansiel, Corine Tansiel regarding 1326 Mazant St., New Orleans, LA 70117; Michelle Green regarding 2322 Treasure

St., New Orleans, LA 70119; Yolanda Ratcliff regarding 8521 Olive St., New Orleans, LA 70118; Forrest Austin, Patricia Tracey, Karen Austin regarding 5727 Chatham Dr., New Orleans, LA 70122; Rita Bailey regarding 4737 St. Ferdinand Dr., New Orleans, LA 70126; Jessica Barton, Tony Barton regarding 4518 N. Robertson St., New Orleans, LA 70117; Daniel Fisher regarding 2604 & 2606 Tupelo St., New Orleans, LA 70117; Daniel Fisher regarding 2315 Fourth St., New Orleans, LA 70113; Greg Fisher regarding 1519 Desire St., New Orleans, LA 70117; Alvin Gauff, Doris V. Gauff regarding 7732 Vanderkloot Ave., New Orleans, LA 70127; Patricia Green-Metz regarding 2524 General Pershing, New Orleans, LA 70115; Karen Gustave regarding 5116 Sandhurst Dr., New Orleans, LA 70126; Latina Jolivett, Dwayne Joseph, Ingrid F. Joseph regarding 7509 Lafourche St., New Orleans, LA 70127; William McClain, Audrey McClain regarding 7648 Avon Park Blvd., New Orleans, LA 70128; Lucinda Monroe regarding 4600 & 4602 Francis Dr., New Orleans, LA 70126; Agreta Patterson regarding 1805 & 1807 Frenchmen St., New Orleans, LA 70117; Dawn Reed regarding 2701 Guerra Dr., Violet, LA 70092; Terina Walker, Kenneth Johnson regarding 4845 Tullip St., New Orleans, LA 70126; Monalisa White regarding 8711 Lomond Rd., New Orleans, LA 70127; Dorothy Zimmer regarding 4523 Feliciana Dr., New Orleans, LA 70126; Alma Barnes, Lee Marvin Barnes regarding 14538 Tillbury Rd., New Orleans, LA 70128; Alma Barnes, Lee Marvin Barnes regarding 14598 Beekman Rd., New Orleans, LA 70128; Larry Funches regarding 4313 Sybil St., New Orleans, LA 70122; Rondeshia Nelson regarding 3113 Press St., New Orleans, LA 70126; Keith Blazio regarding 1918 Flood St., New Orleans, LA 70117; Janice Staves, Darryl Staves regarding 2216 & 2218 S. Robertson St., New Orleans, LA 70113; Cornelius Garner, Genevieve Bellow regarding 5650 Norgate Dr., New Orleans, LA 70127; Mike McKendall, Denise S. McKendall regarding 13087 Chateau Ct., New Orleans, LA 70129; Chandra Torry-

Chapman regarding 5321 Wildair Dr., New Orleans, LA 70122; Carla Cloud regarding 15049 Emory Rd, New Orleans, LA 70128; Percy Bingham, Priscilla Bingham regarding 4667 Gawain Dr., New Orleans, LA 70127; Diana Williams regarding 1237 Tricou, New Orleans, LA 70117; Benjamin Warren regarding 600-602 S. Pierce St., New Orleans, LA 70119; Robert Forsythe regarding 1629 Heights Dr., St. Bernard, LA 70085; Loretta Servary regarding 4 Old Hickory Ave, Chalmette, LA 70043; Karen Howze regarding 4541 General Early Dr., New Orleans, LA 70126; Nicole Pigott regarding 1708 Feliciana St., New Orleans, LA 70117; Michael Woods, Rachael L. Woods regarding 2634 St. Phillip St., New Orleans, LA 70119; Antoine Prince regarding 5150 Mandeville St., New Orleans, LA 70122; Lawrence Cuiellette regarding 1976 N. Rocheblave St., New Orleans, LA 70119; Kent Scott regarding 2413-15 St. Roch Ave., New Orleans, LA 70117; Kent Scott regarding 2708-25 Thalia St., New Orelans, LA 70113; Gwendolyn Smith regarding 1117 & 1119 St. Ferdinand St., New Orleans, LA 70117; Gregory Williams regarding 6912 Foch Rd., New Orleans, LA 70126; Felton Dyer, Doris Dyer regarding 2828-30 Eagle St., New Orleans, LA 70118; Derrick Nutter regarding 2528 Gladiolus St., New Orleans, LA 70122; Raeschelle Dawson regarding 2535-2537 Republic St., New Orleans, LA 70119; Denise Franklin regarding 4738 Good Dr., New Orleans, LA 70127; Barbara Shields regarding 2218 Cambronne St., New Orleans, LA 70118; Shanette Dozier regarding 14020 Intrepid St., New Orleans, LA 70129; Shanette Dozier regarding 4725 & 4727 Viola St., New Orleans, LA 70126; Ollie Hargrove regarding 2416 & 2418 Columbus St., New Orleans, LA 70119; Karen Brown regarding 8 Curtis Dr., New Orleans, LA 70126; Lola Perkins regarding 6315 N. Galvez, New Orleans, LA 70117; Joseph Isles regarding 8541 Gervais St., New Orleans, LA 70127; Veronica Magee regarding 5050 Westlake Dr., New Orleans, LA 70126; Ann Parker, Irving W. Parker regarding 1001 S. Telemachus St., New Orleans, LA 70125; Elsie Clark regarding 2535 Eads St., New Orleans, LA 70126; Deborah Evans, Freddie Johnson,

Jr. regarding 1315 Alvar St., New Orleans, LA 70117; Gina Cobette regarding 4741 Congress Dr., New Orleans, LA 70126; Willie McCrary regarding 5408 N. Galvez St., New Orleans, LA 70117; Willie McCrary regarding 1726 & 1728 Flood St., New Orleans, LA 70117; Betty Martin regarding 4849 East View Dr., New Orleans, LA 70126; Thomas Henry regarding 7611 Michigan St., New Orleans, LA 70128; Corice Saunders regarding 5431 Norgate Dr., New Orleans, LA 70127; Joe Reed, Rosa H. Reed regarding 2533 General Ogden St., New Orleans, LA 70118; Bridget Clark, Cathy J. Washington regarding 1465-67 N. Villere St., New Orleans, LA 70116; Bridget Clark, Cathy J. Washington regarding 4706-4708B Clio, New Orleans, LA 70125; Ross Karpelman, Melissa McGoey-Karpelman regarding 997 Mouton St., New Orleans, LA 70124; Doris Pollard regarding 3707 & 3709 Louisiana Avenue Pkwy., New Orleans, LA 70125; Elaine Johnson regarding 4911 Montegut St., New Orleans, LA 70126; Olia Rodney, I regarding 1817 N. Johnson St., New Orleans, LA 70116; Terry Catherine, Marcia S. Catherine regarding 5042 Dreux Ave., New Orleans, LA 70126; Penny Bijou regarding 2938 Hiawatha St., New Orleans, LA 70126; Joycelyn Landry, Iziel Landry regarding 5142 Toulon St., New Orleans, LA 70129; Frann Robertson regarding 9122 Apple St., New Orleans, LA 70118; Zeina Sartin, Castell Sartin regarding 2630-32 Laharpe St., New Orleans, LA 70119; Melda Clark regarding 2911 St. Roch Ave., New Orleans, LA 70122; Wilbert Ellis regarding 4 Acadiana Pl., New Orleans, LA 70129; Charles Sumrall, Evelyn M. Sumrall regarding 6552 Virgilian St., New Orleans, LA 70126; Tommye Myrick, Michael M. Moore regarding 4108 Mithra St., New Orleans, LA 70126; Tommye Myrick, Michael M. Moore regarding 5100 Baccich, New Orleans, LA 70122; Louise Conner, Betty, Carol and Willie Connor regarding 1809-11 St. Roch Ave., New Orleans, LA 70117; Jonathan Bloom, Monique F. Bloom regarding 6700 Pauline Dr., New Orleans, LA 70126; Myrna Jackson regarding 2934 New Orleans St., New Orleans, LA 70119; Reginald Sheppard regarding 7727 Means

Ave., New Orleans, LA 70127; Ellen Matthews, Bernadette McLeod regarding 8931 Olive St., New Orleans, LA 70118; Russles Simms regarding 3624 Cadillac St., New Orleans, LA 70122; Gregory Smith regarding 3033 Louisiana Avenue Pkwy., New Orleans, LA 70125; Toni Gaeta, Daniel J. Gaeta, Jr regarding 3719 Shangri-la Dr., Chalmette, LA 70043; Ellis Edwards regarding 1300 Alabo St., New Orleans, LA 70117; Udell Barriere, Clara Barriere regarding 4134 Duplessis, New Orleans, LA 70122; Adrian McLaughlin regarding 4618 Babylon St., New Orleans, LA 70126; Kevin Jones, Tara N. Jones regarding 6969 Deanne St., New Orleans, LA 70126; Deborah Gaines regarding 10241 Deer Park Blvd., New Orleans, LA 70127; Paul Weiser regarding 2815 Jackson Blvd., Chalmette, LA 70043; Joyce Taylor, Gerome Taylor regarding 7454 Horizon Dr., New Orleans, LA 70129; Dwight Powell, Dionne J. Powell regarding 8511 Cohn St., New Orleans, LA 70118; Yolanda Boutin regarding 465-54 Camelia St., New Orleans, LA 70126; Carrie Williams regarding 7690 Shorewood Dr., New Orleans, LA 70128; Darnell Millon, Aaron B. Millon regarding 2510 Vienna St., New Orleans, LA 70122; Stanley Sinegal regarding 2408 Wisteria St., New Orleans, LA 70122; Lillie Butler regarding 2337-39 St. Roch Ave., New Orleans, LA 70117; Brian Langford regarding 9113 Apricot St., New Orleans, LA 70118; Warren Recasner, Irene M. Recasner regarding 4047 Franklin Ave., New Orleans, LA 70122; Melvin Thornabar, Olga M. Thornabar regarding 6101-03 Pauline St., New Orleans, LA 70117; Carolyn Jackson regarding 4729 Marjorie Ln, New Orleans, LA 70122; Vivian Stewart regarding 3235 Banks St., New Orleans, LA 70119; Marshall Foxworth regarding 5238 Westlake Dr., New Orleans, LA 70126; Marc Jefferson regarding 3208/3210 Pauger St., New Orleans, LA 70129; Geraldine St. Amant regarding 1423 N. Claiborne Ave., New Orleans, LA 70116; Melinda Wright regarding 3323 N. Dorgenois St., New Orleans, LA 70117; Richard Shelling regarding 4646 Papania Dr., New Orleans, LA 70127; Mary Fefie regarding 4710, 4712, 4710.5, 4712.5 N. Villere St., New

Orleans, LA 70117; Vernon Davillier regarding 2531 Robert E. Lee Blvd., New Orleans, LA 70122; Martha Scott regarding 9001 Pritchard Pl., New Orleans, LA 70118; Gary Netter regarding 3318 Clematis St., New Orleans, LA 70122; Kenneth Henderson regarding 3317-19 Spain St., New Orleans, LA 70122; James Austin regarding 4805 Miles Dr., New Orleans, LA 70122; Albert Combre regarding 4954 Metropolitan Dr., New Orleans, LA 70126; Lisa Mcneal regarding 1531 Murl St., New Orleans, LA 70114; Muriel Lewis regarding 4610 Camelot Dr., New Orleans, LA 70127; Mary Valcour regarding 4125 N. Tonti, New Orleans, LA 70117; Brenda Caufield regarding 6147 So. Laverne St., New Orleans, LA 70126; Joyce Maldon regarding 4675 Evangeline Dr., New Orleans, LA 70127; Edward Bournes regarding 1650 Sere St., New Orleans, LA 70122; Merlin Ben regarding 4530 Laine Ave, New Orleans, LA 70126; Angus Warren regarding 4408 American St., New Orleans, LA 70126; Irvin Washington regarding 7341 Crestmont Rd., New Orleans, LA 70126; Seanna Tate regarding 7311 Read Blvd., New Orleans, LA 70127; Patricia Williams regarding 4818 Sierra Madre Dr., New Orleans, LA 70127; Delee Smith regarding 1805 Music St., New Orleans, LA 70117; Dana Keys regarding 5619 N. Prieur st, New Orleans, LA 70117; Dana Keys regarding 1809-11 Benton St., New Orleans, LA 70117; Dana Keys regarding 4963-65 N. Rampart St., New Orleans, LA 70117; Eugene Murphy regarding 7810-12 Shubert St., New Orleans, LA 70126; Vera Goeloe regarding 1482 N. Galvez St., New Orleans, LA 70119; Delerna Labostrie regarding 2004 Phillip St., New Orleans, LA 70113; Mildred Christmas regarding 4918 Good Dr., New Orleans, LA 70127; Alverina Dudley regarding 7060-7062 Salem Dr., New Orleans, LA 70127; Lasandra Dudley regarding 7801-7807 Blvd., New Orleans, LA 70127; Malcolm Willie regarding 1018 Reynes St., New Orleans, LA 70117; Brigitte Holden regarding 4750 & 4752 Francis Dr., New Orleans, LA 70126; Sidney Lacour regarding 4728 Bonita Dr., New Orleans, LA 70126; Kate Wilson regarding 2478 Jasmine St., New Orleans, LA 70122; Kate Wilson regarding 2476

Jasmine St., New Orleans, LA 70122; Kate Wilson regarding 2523 Jasmine St., New Orleans, LA 70122; John Garner, Alma L. Garner regarding 1141 Deslonde St., New Orleans, LA 70117; Melanie Williams regarding 2413 Bartholomew St., New Orleans, LA 70117; Mary Robinson regarding 14013 Explorers Ave., New Orleans, LA 70129; Jessie Sherman, Debra P. Winfield regarding 16 Curtis Dr., New Orleans, LA 70126; Martha Harris regarding 2305 Beachhead Ln., Violet, LA 70092; Mary Jones regarding 1821 & 1823 Piety St., New Orleans, LA 70117; Mark Reine, Natalie B. Reine regarding 2263-65 N. Galvez, New Orleans, LA 70117; Franklin Edgecombe regarding 3112 Ivy Pl., Chalmette, LA 70043; Sheila Everidge, Ernest Everidge regarding 936 Caffin Ave., New Orleans, LA 70117; Vivian Barquet regarding 7813 Mackenzie St., New Orleans, LA 70128; Marion Everage regarding 2312-14 7th St., New Orleans, LA 70115; Corrine Byrd regarding 6410 Franklin Ave., New Orleans, LA 70122; Candida Gonzales regarding 14 & 16 Phillip Ct., Chalmette, LA 70043; Gerald Brady regarding 1700 Center St., Arabi, LA 70032; Wanda Boudreaux regarding 2100 Napoleon Ave., New Orleans, LA 70115; Monique Merrick regarding 10814 Curran Blvd., New Orleans, LA 70127; Patricia Clark regarding 6959 E. Hermes St., New Orleans, LA 70126; Germaine Battiste, Kenneth J. Battiste regarding 4701 Redwood St., New Orleans, LA 70127; Geraldine Singleton regarding 2302 Agriculture St., New Orleans, LA 70122; Angelene Davis, L.C. Davis regarding 2501 Joliet St., New Orleans, LA 70118; Debra Thomas regarding 5905 Painters St., New Orleans, LA 70122; Hulette Hankton regarding 1726 Lafreniere St., New Orleans, LA 70122; Audrey Williams regarding 2031 & 2033 Almonaster Ave., New Orleans, LA 70117; Sybil Meggs, Sidney Meggs, Jr. regarding 1300-02 Deslonde St., New Orleans, LA 70117; Joel Isidore, Maxine M. Isidore regarding 1920-22 S. Rendon St., New Orleans, LA 70125; Dilton Robinson, Sherlene Robinson regarding 1015 Egania St., New Orleans, LA 70117; Debra Washington regarding 3017-3019 1/2 Loyola Ave., New Orleans, LA 70115;

Esther Porche regarding 5854 Florida, New Orleans, LA 70117; Connie Woods, Errol Woods regarding 1522 Port St., New Orleans, LA 70117; Shantrell Talton regarding 4751 Gabriel Dr., New Orleans, LA 70127; Wilbert Alexander, Juanita Alexander regarding 4422 Kennon Ave., New Orleans, LA 70122; Valerie Kees regarding 6112 Warwick Ct., New Orleans, LA 70131; Lisa Lobre regarding 2408 Meadowlark Dr., St. Bernard, LA 70085; Alvin Poole regarding 8920 Morrison Rd., New Orleans, LA 70127; Tammy Glapion regarding 2706 Saint Anthony St., New Orleans, LA 70119; Charles Stevens regarding 2530-2532 1/2 N. Galvez St., New Orleans, LA 70122; Jerry Sanders, Janice Sanders regarding 15001 Emory Rd., New Orleans, LA 70128; Gloria Mitchell regarding 4119 & 4121 St. Bernard Ave., New Orleans, LA 70122; Deonte Richard regarding 6907 Barrington Ct., New Orleans, LA 70128; Doris Joseph regarding 4921 & 4923 S. Derbigny St., New Orleans, LA 70125; Karen Martin regarding 5610 Rickert Dr., New Orleans, LA 70126; Charles Watts regarding 2258-60 Pleasure St., New Orleans, LA 70122; Anthony Hunt regarding 2340-42 Feliciana St., New Orleans, LA 70117; Jerome Edwards regarding 8801-03 Dinkins St., New Orleans, LA 70127; Patricia Green regarding 715 Egania St., New Orleans, LA 70117; Albert Frances, Lester Francis regarding 2820 St. Philip, New Orleans, LA 70765; Nichelle Mark regarding 7620 Read Blvd., New Orleans, LA 70127; Lucy Hall, Edward Hopkinson regarding 5511 Music St., New Orleans, LA 70122; Bartholomew Dike, Chrisiana Dike regarding 6028 Pines Blvd., New Orleans, LA 70126; Paula Wilson, Glenn Wilson Jr regarding 1912 Piety St., New Orleans, LA 70117; Davis Decareaux, Carmen Decareaux regarding 7007A Kenison St., New Orleans, LA 70124; Lillie Dillworth, Rose Dillworth regarding 5824 Rue Montespan St., Marrero, LA 70072; Albert Barriere, Glenda Barriere regarding 2216 & 2218 Lamanche St., New Orleans, LA 70117; James Spears, James Spears Jr. regarding 2029 Mandeville St., New Orleans, LA 70117; Angela Shelton regarding 6041 Franklin Ave., New

Orleans, LA 70122; Ronald Boykins regarding 1720 Martin Luther King, New Orleans, LA 70113; Kedrick Wilson regarding 4800 Wright Rd., New Orleans, LA 70128; Olga Tennorio, Hector Tenorio regarding 3232-34 Palmyra St., New Orleans, LA 70119; Bessie Smith, Robert Smith regarding 5323 St. Anthony Ave., New Orleans, LA 70122; Verna Wallace, Charles Wallace regarding 2425-27 Franklin Ave., New Orleans, LA 70117; Hortencia Rodriguez, Lazaro Rodrigues regarding 6209 Spain St., New Orleans, LA 70122; Marcellus Esteves, Nicole Anna Miller regarding 2405-07 Benton St., New Orleans, LA 70117; Joyce Falls, Joyce Falls regarding 1631 Jourdan St., New Orleans, LA 70117; Kelley Williams regarding 5507 Wilton Dr., New Orleans, LA 70122; Celestine Brousseau, Lenard Brousseau regarding 2504 Dubreuil St., New Orleans, LA 70117; Sheila Wilson regarding 2039-41 Marigny St., New Orleans, LA 70117; Bertha Lucas, Russell Lucas regarding 3241 Magellan St., New Orleans, LA 70114; Tracy Perkins regarding 6211 Dorothea St., New Orleans, LA 70126; Grace Spencer regarding 4653 Kendall Dr., New Orleans, LA 70126; Germaine Nolan, Dennis Nolan Sr. regarding 4910 Montegut Dr., New Orleans, LA 70126; Shantell Whittington regarding 4743 Galahad Dr., New Orleans, LA 70127; Harriet Green regarding 4173 W. Loyola Dr., Kenner, LA 70065; Shelia Wilson, shelby regarding 9308 Olive St., New Orleans, LA 70118; Mary Harris regarding 4759 Lancelot Dr., New Orleanss, LA 70127; Catherine Lacour-Dominique regarding 7126 Virgilian St., New Orleans, LA 70126; Cecilia Holmes regarding 5101 Gallier Dr., New Orleans, LA 70126; Deidre Chapman regarding 5172 Wildair Dr., New Orleans, LA 70122; Aaron Washington regarding 1529 N. Dergenois St., New Orleans, LA 70119; Ella Wilson, Mikel Wilson II regarding 6217 & 6219 Wales St., New Orleans, LA 70126; Thelma Packnett-Paul regarding 4601 Sandalwood Street, New Orleans, LA 70127; Jocelyn Doucet regarding 4721 Papania Dr., New Orleans, LA 70127; Clarence Everage, Gwen Everage regarding 4901 St. Bernard Ave, New Orleans, LA 70122; Tracey Poydras

regarding 3432-34 Livingston St., New Orleans, LA 70122; Tracey Poydras, Oscar Poydras regarding 4722 Frenchmen St., New Orleans, LA 70118; Steve Vayda regarding 2148 & 2150 Robin St., New Orleans, LA 70122; Yolanda Brown regarding 2412 Spain St., New Orleans, LA 70117; Deborah Jasper regarding 5928 St. Roch St., New Orleans, LA 70112; Lloyd Clark regarding 7810 Mackenzie St., New Orleans, LA 70128; Sam Wilson regarding 2462 Prentiss Avenue, New Orleans, LA 70122; Sharron Fletcher regarding 2025 & 2027 Almonaster Ave., New Orleans, LA 70117; Candice Cobette regarding 5745 Wickfield Dr., New Orleans, LA 70122; Barbara Walker regarding 2829 Painters St., New Orleans, LA 70122; Lucille Abbott regarding 10700 Vienna St., New Orleans, LA 70127; Karen Landry regarding 5173 Warrington Dr., New Orleans, LA 70122; Kermit Roberson regarding 1637 &1639 N. Broad St., New Orleans, LA 70119; Williette Crawford regarding 614 East 5th St., Bogalusa, LA 70427; Donald Hoffmann regarding 5001 & 5003 N. Rampart St., New Orleans, LA 70117; Germaine Carter regarding 4931 Virgilian St., New Orleans, LA 70126; Ella Wilson, Mikel Wilson regarding 6209 Wales St., New Orleans, LA 70126; Harold Doucet regarding 4412 St. Anthony, New Orleans, LA 70122; Brenda Hange regarding 5737 Wilton Dr., New Orleans, LA 70122; Antonia Cager regarding 1735 Deslonde St., New Orleans, LA 70117; Damara Williams regarding 10139 Springwood St., New Orleans, LA 70126; Colette Dede, Harold Dede regarding 5019 Pauger St., New Orleans, LA 70122; Eugene Costello regarding 1300 Reynes St., New Orleans, LA 70117; Nelda Antoine regarding 2915 Pauger St., New Orleans, LA 70119; Annie Paul, Mack Paul regarding 3104 Toledano St., New Orleans, LA 70125; Tyrone McGowan regarding 5505 Burgundy St., New Orleans, LA 70117; Hugh Wilson regarding 2631 Tennessee St., New Orleans, LA 70117; William Hubbard, Jacqueline Trim, Lela Turner regarding 2127 A, B, C Egania St., New Orleans, LA 70117; Walter Gabriel, Deborah M. Gabriel regarding 7120 Hayne Blvd., New Orleans, LA 70126; Mario Bertrand, Adalina R

Bertrand regarding 2908 Decomine Dr., Chalmette, LA 70043; Herman Thomas, Valice Thomas regarding 2215 Joliet St., New Orleans, LA 70118; Laverne Johnson regarding 3824 Melissa Dr., Harvey, LA 70058; Claudia Washington regarding 4221-23 Elba St., New Orleans, LA 70125; Roy Singh regarding 23 Coffee Dr., Chalmette, LA 70043; John Henderson regarding 818-20 Lamarque St., New Orleans, LA 70114; Demaries Penn regarding 2827 Metropolitan St., New Orleans, LA 70126; Clara Ricard regarding 2072 Sauvage Ave., Marrero, LA 70072; Kathleen Langford, James Langford regarding 2211 Onzaga St., New Orleans, LA 70119; Karleen Noel, Kevin Noel regarding 2417 Torres Dr., St. Bernard, LA 70085; Norma McCormick regarding 4447 Cartier Ave., New Orleans, LA 70122; Denise Nunnery regarding 7620 Trapier Ave., New Orleans, LA 70127; Octave Rouege, Jeanie Curtright; Dianne Funk regarding 4736 Majestic Oaks, New Orleans, LA ; Terry Brumfield regarding 2206 St. Ann St., New Orleans, LA 70119; James Robert regarding 1838-40 Industry St., New Orleans, LA 70119; Jacqueline Thibodaux regarding 4652 Press Dr., New Orleans, LA 70126; John Henderson regarding 2721 Clover St., New Orleans, LA 70122; Noel Reimonenq, Shaleevonn Reimonenq regarding 2802-04 Spain St., New Orleans, LA 70126; Dianna Davis, Ruth Givens regarding 5836 N. Dorgenois St., New Orleans, LA 70117; Angela Richardson regarding 4790 Knight Dr., New Orleans, LA 70127; John Hart, Patsy Hart regarding 1239-41 N. Johnson St., New Orleans, LA 70119; Joe Butera, Rosa Butera regarding 3508 Elysian Fields Ave., New Orleans, LA 70122; Thomas King regarding 1021 S. Sarrett Rd., Metairie, LA 70003; Brian Morris regarding 10121 Deerfield Dr., New Orleans, LA 70127; Erskine Magee, Donna Magee regarding 7720 Windward Ct., New Orleans, LA 70128; Patricia Campbell regarding 4544 Mithra St., New Orleans, LA 70126; Donna Marshall regarding 1342 Forstall St., New Orleans, LA 70117; Margaret Tabb, Noel Tabb regarding 2365 Mendez St., New Orleans, LA 70122; Ching Yip, Mr. Men Kwen Chan, Jiujiang Yu regarding 236 12th St., New Orleans,

LA 70124; Kimberly Haydel regarding 3109 St. Anthony Ave, New Orleans, LA 70122; Glenda Turner regarding 4514-16 Bonita Dr., New Orleans, LA 70126; Georgia Mayfield regarding 601 S. Scott St./3900-02 D'Hemecourt St., New Orleans, LA 70119; Georgia Henderson-Mayfield regarding 5703 Chartres St., New Orleans, LA 70117; Carolyn Small regarding 336 Sugarpine Dr., Gretna, LA 70056; Joy Collins regarding 2424-2426 D'Abadie, New Orleans, LA 70119; Jessie Veal regarding 5301 Pauline Dr., New Orleans, LA 70126; Larry Biquist, Mary Bilquist regarding 213 Doerr Dr., Arabi, LA 70032; Lauren Brown regarding 1737-39 Duels St., New Orleans, LA 70119; Truman Butler, Mary Ann Butler regarding 2 Morrison Ct., New Orleans, LA 70127; Sharon Bright regarding 2331- 2333 Pauger St., New Orleans, LA 70116; Virgie Caston regarding 5900 Providence Pl., New Orleans, LA 70126; Frances Carter regarding 7721 N. Coronet Ct., New Orleans, LA 70126; Trasa Coffil regarding 1726 Congress, New Orleans, LA 70117; Ethel Henderson regarding 1512 Pratt St., Gretna, LA 70053; Lois Dalgo regarding 3002-04 1/2 Annette St., New Orleans, LA 70122; Sharon Pepperman, Kelly A. Pepperman regarding 2800 Charles Dr., Chalmette, LA 70043; Rosie Claiborne regarding 4101-4103 Clara St., New Orleans, LA 70115; Joseph Russo-Tiesse, Dorothy Russo-Tiesse regarding 404 Doerr Dr., Arabi, LA 70032; Betty Ann Dunn, Diexco LLC, Thomas D Dunn Sr. regarding 200-202 South Miro St., New Orleans, LA 70119; Betty Ann Dunn, Diexco LLC, Thomas Dunn regarding 206-208 South Miro St., New Orleans, LA 70119; Marion Everage, Lawrence Everage regarding 727 Philip St., New Orleans, LA 70130; Charles Biondo regarding 2222-24 Frenchmen St, New Orleans, LA 70119; Lolita Ordogne regarding 3028 A, B Deers St., New Orleans, LA 70122; Arian Parker regarding 5773 E. Louis Prima Dr, New Orleans, LA 70128; Marion Theodore regarding 2903 Benefit St., New Orleans, LA 70124; Lionel Washington, Michelle Washington regarding 7801-03 Shubert St., New Orleans, LA 70126; Terri Torregano regarding 2721 Mandeville St, New

Orleans, LA 70122; Deborah Thompson regarding 7900 Mercier St, New Orleans, LA 70128; Valander Steele regarding 2005 St. Roch Ave., New Orleans, LA 70117; Barbara Tervalon regarding 5730 Vermillion Blvd, New Orleans, LA 70122; Alberta McCall, Nathaniel McCall regarding 3824 Red Cedar Ln, Harvey, LA 70058; Cornelia Domino regarding 2233 Bartholomew St., New Orleans, LA 70117; Neron North regarding 6527 Coveview Ct, New Orleans, LA 70126; Gilda Porche regarding 5809 Hamlin St, New Orleans, LA 70117; Lionel Randall regarding 6551 Morrison Rd, New Orleans, LA 70126; Linda Rosselli regarding 3923 Cleveland Ave, New Orleans, LA 70119; Donna Wolfe regarding 1667-67 1/2 N Rocheblave Ave, New Orleans, LA 70119; Willie Smith, Effie Smith regarding 2214 Gallier St, New Orleans, LA 70117; Marcus Watson regarding 5772 Wingate Dr, New Orleans, LA 70122; Eleana Thomas regarding 13800 Pierres Ct, New Orleans, LA 70129; Terrance Vincent regarding 8621 Birch St, New Orleans, LA 70118

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Frank Nelson, Mary Nelson regarding 3317 Napolean Ave., New Orleans, LA 70125; Anthony Gladstone, Gloriadine Gladstone regarding 12001 E. Barrington, New Orleans, LA 70128; Anthony Gladstone, Gloriadine Gladstone regarding 1724 N. Robertson, New Orleans, LA 70116; Mary Alexander regarding 5620 Florida Ave., New Orleans, LA 70117; Amy Oliver, Bryan Oliver regarding 1215 Friscoville Ave., Arabi, LA 70032; Richard Chapital regarding 3700/02 S. Rocheblave St., New Orleans, LA 70125; Lillie Cummings regarding 8923 Apple St., New Orleans, LA 70118; Lucy Stewart regarding 4231 America St., New Orleans, LA 70126; Shirley Jackson regarding 6403/05 Franklin Ave., New Orleans, LA 70122; Sheila Duvernay, Otis Duvernay regarding 2508/10 Marais St., New Orleans,

LA 70117; Perry Edward regarding 8023 Devine St., New Orleans, LA 70127; Evelyn Sentino regarding 5113 N. Rampart St., New Orleans, LA 70117; Brenda Sumler regarding 2512 Choctaw St., New Orleans, LA 70117; Mary Jones regarding 5023 & 5021 Royal St., Ne Orleans, LA 70117; Lawrence Williams, Belinda Miller-Williams regarding 3701 Metropolitan St., New Orleans, LA 70126; Rosalind Scales regarding 4555 Bonita Dr., New ORleans, LA 70126; Lee Hill regarding 8522 Dixon St, New Orleans, LA 70118; Barbara Bailey, Johnny Bailey regarding 2033 Fernando Ct, Marrero, LA 70072; Carretha Ginyard regarding 2910 Paris Ave., New Orleans, LA 70119; Carolyn Martin regarding 1716 Family Ct, Marrero, LA 70072; W Johnson, Nabtil Naturalist Theiolgical Order of N.O. regarding 1645 Gentilly Blvd., New Orleans, LA 70119; Oliver Jackson, Arlette Jackson regarding 4755 Deanne St., New Orleans, LA 70126; Orelia Vance regarding 329 Layman St, Avondale, LA 70094; Clarence Bolden regarding 1656 Marine St, Marrero, LA 70072; Kenneth grooms, Alice Grooms regarding 7601 Scottwood Dr., New Orleans, LA 70128; Mary Monteleone regarding 1338 Madrid St, New Orleans, LA 70124; Lorenza Cage regarding 7640 Lehigh Street, New Orleans, LA 70127; Wanda Jones, Ginique Jones regarding 2013 N Roman, New Orleans, LA 70116; Elvia Autry regarding 2412 Soniat St., New Orleans, LA 70115; Rodney Morgan regarding 7720 Pebble Drive, New Orleans, LA 70128; Susie Lacey, EJ Lacey regarding 2533 Hamilton Street, New Orleans, LA 70118; Charles Elam regarding 1309 & 1319 Flood, New Orleans, LA 70117; Debra Porche, Walter Cooper regarding 1536 ROMAN ST 1534 North Roman Street, New Orleans, LA 70116; Clarence Williams, Cynthia A. Givens regarding 13751 Pierre's Court, New Orleans, LA 70129; Mark Braud regarding 6003 & 6001 Mandeville Street, New Orleans, LA 70122; Jessie Dupart regarding 3760 Pauger Street, New Orleans, LA 70122; Daren Hubbard, Deborah M. Hubbard regarding 13700 N. Cavalier Dr., New Orleans, LA 70124; Shirley Stiller regarding 2025 Yscloskey Hwy., St. Bernard, LA 70085; Lion Lagarde regarding 1921 Hope

St., New Olreans, LA 70119; Willie Denson, Kathy M. Olsen regarding 2454/56 N. Miro St., New Orleans, LA 70117; Willie Denson, Kathy M. Olsen regarding 2308-10 New Orleans St, New Orleans, LA 70119; Linda Doughty-White regarding 6761 Lake Willow Dr., New Orleans, LA 70126; Rayford Simmons regarding 2645 Myrtle St., New Orleans, LA 70122; Joan Eggerson-Isaac regarding 2441 Gallier St., New Orleans, LA 70117; Charles Luke, JoAnn Luke regarding 421-423 Josephine St, Chalmette, LA 70443; Dionne Spenser, Dionne Spenser regarding 2832 Hiawatha Street, New Orleans, LA 70126; Jeanette Dale regarding 1234 Egania Street, New Orleans, LA 70117; Lee Isaac, Ammie Isaac regarding 409 South Cortez Street, New Orleans, LA 70119; Melvin Polite, Julia Polite regarding 1443 Piety Street, New Orleans, LA 70117; Hermand Bennette, Hermand Bennette, Jr. regarding 2609-11 Fourth Street, New Orleans, LA 70115; Ceralunn Jiles-Williams, Joaquin Williams regarding 6300 KUEBEL DR., NEW ORLEANS, LA 70126; JACINTA HAWKINS regarding 2118/2116 BENEFIT ST., NEW ORLEANS, LA 70122; STEVEN WILLIAMS regarding 2118 TRICOU ST, NEW ORLEANS, LA 70117; Yvonne Miles, Yvonne Miles regarding 1463 Senate Street, New Orleans, LA 70122; BERTHA HANKTON regarding 4546 GALLIER DR, NEW ORLEANS, LA 70126; WILLIAM WINCHESTER, SHERRY C. WINCHESTER regarding 2455 N. MIRO ST., NEW ORLEANS, LA 70117; TROY NARCISSE regarding 5309 CAMERON BLVD., NEW ORLEANS, LA 70122; TROY BURRELL, SHAUNNA B. BURRELL regarding 3023 EADS ST., NEW ORLEANS, LA 70122; WANDA PLEASANT-BOLEY, DEQUNICYT BOLEY regarding 2775-2777 GLADIOLUS, NEW ORLEANS, LA 70122; KIMBERLIN YOUNG regarding 3613 ALMONASTER AVE, NEW ORLEANS, LA 70126; JEANNETTE SCOTT, GERALD SCOTT regarding 4328 DALE ST., NEW ORLEANS, LA 70126; John Sears regarding 5924 Peoples Ave, New Orleans, LA 70122; John Sears regarding 1850 Lizardi, New Orleans, LA 70117; DIEDRE MIRE, FELIX E. BOURGEOIS regarding 3405

FRANKLIN AVE., NEW ORLEANS, LA 70122; JANICE JAMES, TYRONE JAMES regarding 7500 EDWARD ST, NEW ORLEANS, LA 70126; EVA WOODS regarding 5739 BACCICH ST., NEW ORLEANS, LA 70122; JACQUELYN SCHEXNAYDER regarding 5217-19 VERMILLION BLVD., NEW ORLEANS, LA 70122; ROSE ORFANELLO regarding 235 BAZILE DR., BRAITHWAITE, LA 70040; Edna Beach regarding 10139 Dreux Ave., New Orleans, LA 70127; Katherine Russell regarding 6306 N. Miro St, New Orleans, LA 70117; STANLEY JOURDAN regarding 5008 N. PIEUR ST., NEW ORLEANS, LA 70117; Lisa Melder, Charles Melder Sr regarding 7711 Butterfield Road, New Orleans, LA 70126; AUDREY ROLLAND regarding 13010 MAPLEWOOD DR., NEW ORLEANS, LA 70129; Robert Danner regarding 10961 Roger Drive, New Orleans, LA 70127; Neal Williams regarding 173 Blanche Dr., Avondale, LA 70094; Donna Barber, Rosemary Smith regarding 4630 Mendez St., New Orleans, LA 70126; Jonathan Green regarding 1504 Filmore Ave., New Orleans, LA 70122; Marcel Regnier, Leonea Regnier regarding 1945 Beachead Ln., Violet, LA 70092; Desiree Lewis, Raymond D. Lewis regarding 8632 Dinkins St., New Orleans, LA 70127; Mary Davis, Mary Davis-Williams regarding 6218 N. Galvez, New Orleans, LA 70117; Edna Lewis regarding 1639 Arts St., New Orleans, LA 70117; JULES FRISARD regarding 3209 CAMPAGNA DR., CHALMETTE, LA 70043; ERNEST WELLS regarding 1200 - 02 ELYSIAN FIELDS AVE., NEW ORLEANS, LA 70117; WARNETTA HOWARD regarding 5083 ST. FERDINAND DR., NEW ORLEANS, LA 70126; KENNETH PINKNEY, MONA M. PINKNEY regarding 4959 PERELLI DR, NEW ORLEANS, LA 70127; Calvin Parker regarding 2165 St. Denis St., New Orleans, LA 70122; Jessie Darden regarding 2219 Delery St., New Orleans, LA 70117; Tyrone Cliff, Bertha L. Williams regarding 4729/31 Shalimar Dr., New Orleans, LA 70126; MELVIN RAYFORD, RICKELLE NOEL RAYFORD regarding 5633 NORGATE DR., NEW ORLEANS, LA 70127; YVONNE JOHNSON regarding 5406-08

URQUHART ST., NEW ORLEANS, LA 70117; YVONNE JOHNSON regarding 4113-15 CLAIBORNE AVE., NEW ORLEANS, LA 70117; YVONNE JOHNSON regarding 1517 - 19 FLOOD ST., NEW ORLEANS, LA 70117; Betty Ford, Wesley Ford regarding 2411 Laharpe St., New Orleans, LA 70119; ANDREE SUMMERS regarding 4499 BACCICH ST., NEW ORLEANS, LA 70122; Elaine Fox regarding 6155 S. Laverne St., New Orleans, LA 70126; Rosie Bowie, George A. Bowie regarding 3418 St. Ferdinand St., New Orleans, LA 70126; Keith Joseph, Wanda Joseph regarding 1308 Flanders St., New Orleans, LA 70114; Debra Lucas regarding 2629 W. Catawba Dr., Harvey, LA 70058; Jessie Lepree, Henrietta J. Lepree regarding 2018 Tricou St., New Orleans, LA 70117; Helen Irving, Irving Howard regarding 2316 St. Ferdinand St., New Orleans, LA 70117; Ivy Chester regarding 1810 Louisa St., New Orleans, LA 70127; Keith Johnson regarding 1205 Tupelo St., New Orleans, LA 70117; Anna Goldsmith, Allen Ladd Goldsmith regarding 7070 E. Renaissance Ct., New Orleans, LA 70058; Troy McGowan, Jennifer Davillier McGowan regarding 2037 Tennessee St., New Orleans, LA 70117; Troy McGowan, Jennifer Davillier McGowan regarding 5006/08 Burgundy St., New Orleans, LA 70117; OSCAR JOHNSON, GLORIA JOHNSON regarding 6428 N. PRIECA, NEW ORLEANS, LA 70117; OSCAR JOHNSON, GLORIA JOHNSON regarding 6120-22 Urquart St, NEW ORLEANS, LA 70117; CHARLES GAUSHA regarding 1625 N. GALVEZ ST., NEW ORLEANS, LA 70119; Michael White, Oilynthia L Miller-white regarding 1817 Reynes St, New Orleans, LA 70117; Yohance Gilmore, Teinasha Gilmore regarding 4868/4870 Francis Dr, New Orleans, LA 70126; Lillian Bell, Havan Bell regarding 1625 Egania St, New Orleans, LA 70117; Sonji Magee regarding 1853 Flood St, New Orleans, LA 70117; Sharon Dimarco regarding 7606 Kingsport Blvd., New Orleans, LA 70128; ERICKA BROWN regarding 931 FORSTALL ST, NEW ORLEANS, LA 70117; Donald Oliver, Kathleen K. Oliver regarding 1935 Benjamin Street, Arabi, LA 70032; John Parker, Jr., Paulette C.

Parker regarding 1708 Tricou Street, New Orleans, LA 70117; John Hammurabi regarding 8715 Stroelitz Street, New Orleans, LA 70118; Alicia Johnson, Bryant Johnson regarding 1761-63 Jackson Avenue, New Orleans, LA 70113; Mary Thompson regarding 3617-19 Lowerline St., New Orleans, LA 70125; Michael Robinson, Rose Robinson regarding 2040 Congress Street, New Orleans, LA 70117; Chucky Calhoun, Gladys Calhoun regarding 4517 St. Ferdinand Dr., New Orleans, LA 70126; Candace Vance regarding 2338 Independence St., New Orleans, LA 70117; TRENISE JACKSON regarding 5010 FRANKFORT ST., NEW ORLEANS, LA 70126; Rahim Muhammad, Gracie Muhammad regarding 3059 St. Ann St., New Orleans, LA 70119; Morris Jackson regarding 3739/41 Clara St., New Orleans, LA 70115; BRENDA STEPTORE regarding 3017 ALBANY ST., KENNER, LA 70065; DONALD ATKINSON, KATRINA L. ATKINSON regarding 11350 PRENTISS AVE., NEW ORLEANS, LA 70128; STEPHEN CORLEY regarding 2653-55 REPUBLIC ST., NEW ORLEANS, LA 70119; WENDELL WASHINGTON, SHELIA WASHINGTON regarding 8401 ABERDEEN RD., NEW ORLEANS, LA 70127; OLLIE TATE regarding 2127 Reynes St, NEW ORLEANS, LA 70117; RONALD LANDRY regarding 1430 SPAIN ST, NEW ORLEANS, LA 70117; SHAWN HARRIS regarding 2521 ST. ROCH AVE, NEW ORLEANS, LA 70117; ELOISE WILSON, JOHN L. WILSON regarding 6709 GILLEN ST., METAIRE, LA 70003; EVA GRIFFIN regarding 5401 FRANKLIN AVE, NEW ORLEANS, LA 70117; CATHERINE WILSON, JUNIOUS WILSON regarding 7013 BARRINGTON CT., NEW ORLEANS, LA 70128; June Evans regarding 3301 Touro St., New Orleans, LA 70122; Pamela Bornes regarding 5204 N. Claiborne Ave., New Orleans, LA 70117; Damon Daussat regarding 962 N. Carrollton Ave., New Orleans, LA 70119; Emily Williams-Russell, Joseph Williams IV regarding 1000 Morticello Ave., Jefferson, LA 70121; Clarence Dalcour, Sandra P. Dalcour regarding 14230-32 Peltier Dr, New Orleans, LA 70129; Rose Nicholas regarding 6930/32 Yorktown Dr., New

Orleans, LA 70127; Gamal Elbahrawi, Patricia Ann Elbahrawi regarding 10131 Hammond, New Orleans, LA 70127; Stanley Sauliny regarding 1700 Clouet St., New Orleans, LA 70117; Tiffany Pritchett, Charles Williams, Sr. regarding 1935 Piety St., New Orleans, LA 70117; Ruth Kennedy, John M. Green regarding 8826 Forshey St., New Orleans, LA 70118; Johnnie Scott, Greneva regarding 3417 Bruxelles St., New Orleans, LA 70122; Helen Gooden regarding 6101 N. Rampart St., New Orleans, LA 70117; Robert Barrios regarding 4638 Chrysler St., New Orleans, LA 70127; Belinda Lacey regarding 4729 Bright St., New Orleans, LA 70127; James Suggs regarding 2700 Guerra, Violet, LA 70092; Laura Williams, Cecilia Young regarding 5423/25 N. Roman St., New Orleans, LA 70117; Percy Nolan, Inez Nolan regarding 8521/23 Curran Blvd., New Orleans, LA 70127; ROSALIE AMBROSE regarding 7631 SCOTTWOOD DR., NEW ORLEANS, LA 70128; BEATRICE WARREN regarding 1430 STRAND COURT, NEW ORLEANS, LA 70117; SYLVIA PARR regarding 4518 MAJESTIC OAKS DR., NEW ORLEANS, LA 70126; BETTY MORGAN regarding 814 EGANIA ST., NEW ORLEANS, LA 70117; Gustavo Arzu, Martha Arzu regarding 7550 Trapier Ave., New Orleans, LA 70127; Orie Smith regarding 1608 & 1608 1/2 Mirabeau Ave., New Orleans, LA 70122; Shelia Jones regarding 6054 Dorothea St., New Orleans, LA 70126; Robert Thompson, Joyce Ann Thompson regarding 2047 Delery St., New Orleans, LA 70117; Evelyn Edward regarding 2522 N. Roman St., New Orleans, LA 70117; Delores Christmas, Charles Christmas regarding 8437 Oleander St., New Orleans, LA 70118; Raulston Johnson regarding 4910 Stephen Girod Ave., New Orleans, LA 70126; Wayne Morris, Angela T. Morris regarding 2031 St. Maurice Ave., New Orleans, LA 70117; Clarence Lombard, Clarence S. Lombard regarding 4600 Nighthart St., New Orleans, LA 70127; Frank Clark, Peggy J. Clark regarding 4400 Kennon Ave., New Orleans, LA 70122; Tommie Mango regarding 1116/18 Lizardi St., New Orleans, LA 70117; Glen Wilson, Martha Wilson regarding 6953 E. Laverne St., New Orleans, LA 70126; Angelita

Williams regarding 6820 Coventry St., New Orleans, LA 70126; Barbara Adams regarding 1916 Brutus St., New Orleans, LA 70122; Rose Mary Cowart regarding 3631 N. Robertson St., New Orleans, LA 70117; Miriam Magee-Williams, Henry Lionel Williams regarding 4022 Prentiss St., New Orleans, LA 70126; Shelly LaCroix, Kirk A. LaCroix regarding 4810 Major Dr., New Orleans, LA 70128; Shelly LaCroix, Kirk A. LaCroix regarding 7580 Rochon Ave, New Orleans, LA 70128; Richard Gasper, Marva H. Gasper regarding 7710 Allison Rd., New Orleans, LA 70126; Carl Dillard regarding 6505 Millender Dr., Marrero, LA 70072; Delores Harris regarding 530 Thayer St., Algiers, LA 70114; Lillie Smith, Cort Smith regarding 3345 Normandy Ct., Marrero, LA 70072; Malissa Davis regarding 2048 Lincolnshire Dr., Marrero, LA 70072; Loriain White regarding 332 Profit St., Marrero, LA 70072; Lois Powell regarding 5801 Bienvenue Ave., Marrero, LA 70072; Gwendolyn Keller regarding 2048 Waters Dr., Marrero, LA 70072; Claudette Simmons, James Simmons regarding 143 Grambling Ct., Westwego, LA 70094; Beth Coupel, Wayne Coupel regarding 805 St. Bernard Hwy., Chalmette, LA 70043; Tonya Hill, Tonya Hill regarding 2025 Sere Street Apts A-D, New Orleans, LA 70122; PEARLINE DAVIS regarding 2429/2431 TOURO ST., NEW ORLEANS, LA 70119; Monica Wilson regarding 903 St. Maurice Ave., New Orleans, LA 70117; Michael Jackson regarding 13939 Intrepid St., New Orleans, LA 70129; Wanna Howard regarding 2732 & 2734 Gladiolus St., New ORleans, LA 70122; Stella LeJeune regarding 4761 Bonita Dr., New Orleans, LA 70126; Melissa Chaney, Eddie Lee Chaney, Jr. regarding 2105 Clouet St., New Orleans, LA 70117; Cheryl Nabor, Smith Nabor regarding 5410 N. Villere St., New Orleans, LA 70117; Kithel Marson, Melissa P. Marson regarding 1915-17 Columbus St., New Orleans, LA 70116; Loma-Linda Boutney regarding 1928 Brutus St., New Orleans, LA 70122; Elizabeth Ceasar regarding 4913 Nighthart, New Orleans, LA 70127; Carl Marcelin regarding 4724 Mark Twain Dr., New Orleans, LA 70126; Sylvia Galleguillos regarding 8717 Oleander St., New Orleans, LA 70118;

Matthew Parham regarding 344 Deacon St., Avondale, LA 70094; Patricia Turner regarding 2040 Ellington Dr., Marrero, LA 70072; Rhonda Armond regarding 1640 Wakefield Dr., Marrero, LA 70072; Jefferson Phipps regarding 5200-5206 Derbigny St., New Orleans, LA 70117; Jefferson Phipps regarding 5945 N. Claiborne Ave., New Orleans, LA 70117; Jefferson Phipps regarding 1943 Lamanche St., New Orleans, LA 70117; Roosevelt Houston regarding 1330 Alabo, New Orleans, LA 70117; Morsie Porter, Betty Porter regarding 2325 Eastmere St., Harvey, LA 70058; James Alexander regarding 2458 & 2460 N. Miro St., New Orleans, LA 70117; Bernadine Nunnery regarding 7618 Michigan St., New Orleans, LA 70128; Louis Dennis regarding 5740 Wildair Dr., New Orleans, LA 70122; Lee Johnson, Michelle M. Johnson regarding 7714 Means Ave., New Orleans, LA 70127; Francine Smith, Ronald S. Smith regarding 3121 Angelique Dr., Violet, LA 70092; Alex Rogers regarding 1201 Clay St., Kenner, LA 70062; Corless Wheeler regarding 710 Delery St., New Orleans, LA 70117; Tom Bradford, Rose Marie Bradford regarding 1619 & 1621 Desire St., New Orleans, LA 70113; Louise Randall regarding 1422 Tricou St., New Orleans, LA 70117; Carolyn Jasmine, Leonard Jasmine regarding 2016 N. 7TH St., New Orleans, LA 70115; Thyra Griffin regarding 914 Valence St., New Orleans, LA 70115; Roland Major, Doreen B. Major regarding 2304 Riverbend Dr., Violet, LA 70092; Giselle Allen, Tyrus Allen regarding 7513 Endeavors Ct., New Orleans, LA 70129; Ernie Jones, Linda Jones regarding 1527 Bartholomew St., New Orleans, LA 70117; Leagenesia Causey regarding 5030 Mexico St., New Orleans, LA 70126; John Winston regarding 3317 N. Miro St., New Orleans, LA 70117; Tara Calloway regarding 2811 Bacchus Dr, New Orleans, LA 70114; Hervin Gasper regarding 3116 Angelique Dr, Violet, LA 70092; Leo Franklin, Trenise Franklin regarding 2308 Centanni Dr, St Bernard, LA 70085; Leo Franklin, Trenise Franklin regarding 3312 Angelique Dr, Violet, LA 70092; Joseph Banks regarding 2313 Walkers Ln, Meraux, LA 70075; Ralph Bryan regarding 7525 Kingsport Blvd, New Orleans,

LA 70128; Lillian Sherman regarding 2909 Metropolitan, New Orleans, LA 70126; Rita Sparks regarding 5748 Elysian Fields, New Orleans, LA 70122; Artine Johnson regarding 339 Glen Della, Avondale, LA 70094; Argue Foley regarding 6620 Rue Lewis Philipps, Marrero, LA 70072; Gerald Daniels regarding 2017 Betty Blvd, Marrero, LA 70072; Scott Hester regarding 1213 King Dr, Marrero, LA 70072; Denise Williams regarding 2805 Tara Dr, Violet, LA 70092; Albertha Dison, Charles Dison, Jr. regarding 2013 Egret Dr, St. Bernard, LA 70085; Shalonda Duplessis regarding 2500 Guerra Dr, Violet, LA 70092; Trudy Hill regarding 1924 Beachhead Ln, Violet, LA 70092; Alice Sullivan regarding 532 Wagner St, New Orleans, LA 70114; Geraldine Hill regarding 1913 Beachead Ln, Violet, LA 70092; Freddie Johnson, Ada Johnson regarding 2645 Delores St, Marrero, LA 70072; Rose Howard regarding 1148 Cohen St, Marrero, LA 70072; Briddie Couto regarding 7877 Dolly St, Westwego, LA 70094; Althea Francois regarding 2057 Betty Blvd, Marrero, LA 70072; Minnie Denson regarding 2662 Law St, New Orleans, LA 70117; Denise Gasquet regarding 7851 Buffalo Rd., New Orleans, LA 70128; Rosalyn Smith regarding 1917 Bridgehead Ln., Violet, LA 70092; Carol Hill regarding 4000 Nathan Kornman Dr, Harvey, LA 70058; Adrian Domino regarding 1300 Independence St., New Orleans, LA 70117; Pamela Johnson regarding 1304 & 1306 Congress St., New Orleans, LA 70117; Theresa Blakely regarding 3804 Sue Ker Dr., Harvey, LA 70058; Martha Massey regarding 6141 Adam Dr., Marrero, LA 70072; Samuel Meredith, Father regarding 1236 Sliver Lilly Dr., Marrero, LA 70072; Ethel Myles, Robert Myles regarding 1216 King Dr., Marrero, LA 70072; Andrew Johnson regarding 272 Chad B. Baker St., Reserve, LA 70084; Wilfred Bourgeois, Evelyn Bourgeois regarding 238 Chad B. Baker St., Reserve, LA 70084; Landa Bunch regarding 4649 Knight St., New Orleans, LA 70127; Landa Bunch regarding 2336-2336 1/2 Bienville Ave., New Orleans, LA 70119; Landa Bunch regarding 2616-18 Bienville, New Orleans, LA 70119; Gregory Harding regarding 1125-27 Bienville St., New Orleans, LA 70114;

Gloria Allison regarding 104 Brunswick Ct., New Orleans, LA 70131; Mayana Hockett, Raynard A. Hockett regarding 210 Tumblebrook St., Slidell, LA 70461; Brandon Scioneaux regarding 149 Clara Dr., Avondale, LA 70094; Agnes Herbert regarding 1645 Murl St., New Orleans, LA 70114; Jose Laboy, Samantha Starr Smith regarding 3315 Pakenham Dr., Chalmette, LA 70043; Aubrey Lacy regarding 3439 Palmyra St., New Orleans, LA 70119; Mary Murray regarding 1435 & 1437 France St., New Orleans, LA 70117; Terry Nelson, Nelson Melbin, Terry Frazier regarding 8000 Gus St., New Orleans, LA 70127; Doris Craig regarding 1429 & 1431 Desire St., New Orleans, LA 70117; Stephanie Blaise, Jamerson Blaise regarding 3012 Tara Dr., Violet, LA 70092; Olga Magee regarding 4650 Knight Dr., New Orleans, LA 70127; Louis Mascaro, Frances Mascaro regarding 2400 Bobolink Dr., St. Bernard, LA 70085; Catherine Tircuit, Raymond Tircuit regarding 2412 Warbler St., St. Bernard, LA 70085; Gregory Dandridge, Valita M. Gibson-Dandridge regarding 2352 New York St., New Orleans, LA 70122; Sheryl McBride regarding 4564 Piety Dr., New Orleans, LA 70126; Clarnette Johnson regarding 4801 W. Adams Ct., New Orleans, LA 70128; Darnell Lawrence, succession in process regarding 2414 Valmont St., New Orleans, LA 70115; Bridget Gay regarding 40 Old Hickory Ave., Chalmette, LA 70043; Mary Ward regarding 83 E. Claiborne Sq., Chalmette, LA 70043; Rebecca Peralla regarding 72 E. Claiborne Sq., Chalmette, LA 70043; Karen Hodges, Ervin Hodges, Sr. regarding 2437 Walkers Ln., Meraux, LA 70075; Donna Stokes, Jill Davis regarding 2300 & 2302 Liccardi Ln., Violet, LA 70092; Ilene Pell regarding 2017 Egret Dr., St. Bernard, LA 70085; Jean Menard, Kevin Menard regarding 2708 Chalona Dr., Chalmette, LA 70043; Delinda Adam, Donald regarding 276 Senate Dr., Avondale, LA 70094; Gwendolyn Lafrance, Vance Lafrance regarding 2049 Armstrong Dr., Marrero, LA 70072; Micheal Lewis regarding 3740 Cimwood, Harvey, LA 70058; Ricky Rose, Courtney regarding 3736 Cimwood, Harvey, LA 70058; Tanya Jones, William Jones regarding 1725 Lesseps St., New

Orleans, LA 70117; Rowena Robinson regarding 1647-49 Caton Ct., New Orleans, LA 70122; Lydia Alexander, Samuel Alexander, Sr regarding 1721 Alvar St., New Orleans, LA 70117; Arthurine Antoine regarding 6000 Pasteur Blvd., New Orleans, LA 70122; Albert Ducombs, Carla Ducombs regarding 3201 Jackson Blvd., Chalmette, LA 70043; Albert Ducombs, Bryan A Ducombs regarding 713 Derbigney St., Chalmette, LA 70043; Adline Jacobs, Juanita Thomas Giles regarding 5016 Chartres St., New Orleans, LA 70117; Anita Dumas regarding 4118 N. Miro St., New Orleans, LA 70117; Ava Mackey regarding 2630 Painters, New Orleans, LA 70117; Detter Jenkins regarding 2359 Mendez St., New Orleans, LA 70122; Marva Lewis regarding 4769 Plauche Cir., New Orleans, LA 70126; Cecile Ferrand regarding 2013 Lamanche, New Orleans, LA 70117; Mose Johnson regarding 4700 Eastview Dr., New Orleans, LA 70126; Joycelyn Tircuit, Glenn Tircuit regarding 3533 Blanchard Dr., Chalmette, LA 70043; Goldie Wilkens, Clarence Wilkins regarding 156 East 26th St., Reserve, LA 70084; Marsha Smith, Malcolm G. Smith regarding 5549 Pasteur Blvd., New Orleans, LA 70122; Loretta Thomas, Amy J. Thomas regarding 541 S. Olympia St., New Orleans, LA 70119; Brenda Brown, Jasper Brown regarding 4327 Perlita St., New Orleans, LA 70122; Linda Papania regarding 612 & 614 S. Hennessey St., New Orleans, LA 70119; Sebastian Krieger regarding 1801 Green Ave., St. Bernard, LA 70085; Dorothy Ellis regarding 713 Medford St., LaPlace, LA 70068; Mary Hampton regarding 155 East 24th St., Reserve, LA 70084; Mary Howard, James Howard regarding 2212 Centanni Dr., St. Bernard, LA 70085; Monja Kelson, Jefferi Kelson regarding 14140 Kingswood Dr., New Orleans, LA 70128; Andrew Collins regarding 3234 Pauger St., New Orleans, LA 70119; Audrey Davis regarding 2200 Centannie Dr., Bernard, LA 70085; Victory Harris regarding 2733 Bayou L'ours, Marrero, LA 70072; Kim Williams regarding 3213 Ashley Dr., Violet, LA 70092; Belovia Grant regarding 6002 Mandeville St., New Orleans, LA 70122; Durinda Nealy regarding 7011 Salem Dr., New Orleans, LA 70127; Jeanette Bullock

regarding 6961 Salem Dr., New Orleans, LA 70127; Perry Washington, Estelle Washington regarding 2309 Tupelo St., New Orleans, LA 70117; Regina Jockson-Beal regarding 2501 Elizabeth Ct., Violet, LA 70092; Timmie Crossgrow regarding 3301 Stacie Dr., Violet, LA 70092; Timmie Crossgrow regarding 3313 & 3315 Stacie Dr., Violet, LA 70092; Donna Daniel-Myers regarding 3417 General Taylor St., New Orleans, LA 70125; Valencia Jarrow regarding 1825 Sinclair Loop, LaPlace, LA 70068; Emanuel Brumfield regarding 1925 Hope St., New Orleans, LA 70119; Bernadette WIlliams regarding 4542 Longfellow Dr., New Orleans, LA 70127; Rowdy Donnelly, Michelle Donnelly regarding 2409 Kingbird Dr., St. Bernard, LA 70085; James Jackson regarding 7523 Wayfarer St., New Orleans, LA 70129; Premilee Turner-Reed regarding 2915 & 2917 General Ogden St., New Orleans, LA 70118; Clara Beamon, Wilson Beamon regarding 9102 Forshey St., New Orleans, LA 70118; Lance Rodney regarding 3201 Angelique Dr., Violet, LA 70092; Roslyn Flot regarding 8 S. Oak Ridge Ct., New Orleans, LA 70128; Arthur Brown regarding 5633 E. St. Bernard, St. Bernard, LA 70092; Odessa Crouch regarding 1812 Oak Grove Ct., La Place, LA 70068; Arlene Marshall regarding 1904 Cambridge Dr., La Place, LA 70068; Jacqueline Watkins regarding 2509 Amy Dr., La Place, LA 70068; Roylene Levett-Johnson regarding 6512 4th St., Violet, LA 70092; Glenn Saucier, Carolyn Saucier regarding 2217 Creedmore Dr., St. Bernard, LA 70085; Miles Spann, Cheryl C. Spann regarding 4742 Gawain St., New Orleans, LA 70127; Mary Hughes regarding 5572 Norgate Dr., New Orleans, LA 70127; Matthew Smith, Florence W. Smith regarding 2439 Governor Nicholls St., New Orleans, LA 70119; Matthew Smith, Florence W. Smith regarding 2613 & 2615 St. Peter St., New Orleans, LA 70119; Matthew Smith, Florence W. Smith regarding 2500 & 2502 Governor Nicholls St., New Orleans, LA 70119; Glenda Williams regarding 7400 Scottsdale Dr., New Orleans, LA 70127; Dorothy Banks, Gerald Banks regarding 2512 Walkers Ln., Meraux, LA 70075; Morris Gould regarding 2530 & 2532 Franklin Ave., New Orleans,

LA 70117; Joseph Lehrisse, Francia Lehrisse regarding 5121 St. Anthony Ave., New Orleans, LA 70122; Gwendolyn Sincere regarding 3630 Piedmont Dr, New Orleans, LA 70122; Renard Boissiere, Antoinette Boissiere regarding 3407 Marigny St, New Orleans, LA 70122; Tirrell Johnson regarding 1429 Alvar St, New Orleans, LA 70117; Otis Davenport, Gwendolyn Davenport regarding 10830 Guildford rd., New Orleans, LA 70127; James Bickham, Barbara Bickham regarding 4745 Sierra Madre Dr, New Orleans, LA 70127; Jill Davis regarding 2400 Highland Drive, Violet, LA 70092; Eve Katz, John Katz regarding 2125 Jacob Dr, Chalmette, LA 70043; Rhonda Couture regarding 2401 River Queen Dr, Violet, LA 70092; Hebert Williams regarding 1809 Wellington Drive, Marrero, LA 70072; James Robinson, Yolanda Robinson regarding 4937 Virgilian St., New Orleans, LA 70126; Lilian Simmons, Roscoe Simmons, Sr regarding 2001 Alvar St., New Orleans, LA 70117; Wayne Franklin regarding 4818 Stephen Girard Dr., New Orleans, LA 70126; Jake Bivona, Dorothy Bivonon regarding 7508 Saturn Dr., Violet, LA 70092; Rhonda Hannan, Frank Hannon, III regarding 7505 Saturn Dr., Violet, LA 70092; Andrew Neal, Carrie Neal regarding 2053 Armstrong Dr., Marrero, LA 70092; Ronald Summers, Shawn Summers regarding 4816-18 N. Johnson St., New Orleans, LA 70117; Rosetta Jones regarding 3956 & 3958 Louisiana Avenue Pkwy., New Orleans, LA 70125; Cathy Honore regarding 7734-36 Alabama, New Orleans, LA 70126; Cathy Honore regarding 2137 & 2139 Filmore Ave., New Orleans, LA 70126; Linadine Luc regarding 3304 Plaza Dr., Chalmette, LA 70043; Eugene Quillens regarding 4025 N. Villere St., New Orleans, LA 70117; Harold Robinson regarding 3625 Patterson Dr., New Orleans, LA 70114; Joyce Douglas regarding 2209 Canal St., Violet, LA 70092; Willie Watson regarding 2048 Ellington Dr., Marrero, LA 70072; Sharilyna Weber, Randolph Weber regarding 7335 & 7337 Alabama, New Orleans, LA 70127; Dorene Garcia regarding 77 & 79 Phillip Court, Chalmette, LA 70043; Dorene Garcia regarding 8437 Creole dr., Chalmette, LA 70043; Sherry Pepperman regarding 3204 Judy Dr., Meraux, LA

70075; Charles Marquez regarding 3418 Monroe St., New Orleans, LA 70118; Lena Flint, Eddie Flint regarding 3315 Allen St., New Orleans, LA 70122; Lorena Sellers regarding 16 N. Oakridge, New Orleans, LA 70128; Deborah McCurtis regarding 4309 Hamilton St., New Orleans, LA 70118; Sedgrick Mitchell, Gaynail Mitchell regarding 5920 Jamison St., New Orleans, LA 70126; Glenn Higgins, Brenda Higgins regarding 2237 & 2239 Ursulines, New Orleans, LA 70119; Glenn Higgins, Brenda Higgins regarding 1108, 1110, & 1112 N. Miro St., New Orleans, LA 70119; Regina Green regarding 3420 Shannon Dr., Violet, LA 70092; Mary Jones regarding 4894 Cerise Ave., New Orleans, LA 70127; Kevin Milton regarding 8825 S. Claiborne Ave., New Orleans, LA 70118; Connie Washington, Kevin J. Washington regarding 7049 Whitmore Pl., New Orleans, LA 70128; Kerry Roby, Mignonette L. Roby regarding 11021 Yardley Rd., New Orleans, LA 70127; Darren Rodgers, Mary Mills, Effie Parker regarding 4744 Reynes St., New Orleans, LA 70126; Horace Blanks, Karen Blanks regarding 1606 Mirabeau Ave., New Orleans, LA 70122; Jules Dabon, Gaddian Dabon regarding 5922 N. Robertson St., New Orleans, LA 70117; Jules Dabon, Gaddian Dabon regarding 1418 Gordon St., New Orleans, LA 70117; Jules Dabon, Gaddian Dabon regarding 1130 Tupelo St., New Orleans, LA 70117; Jules Dabon, Gaddian Dabon regarding 1208 Tupelo St., New Orleans, LA 70117; Merlin Ben regarding 2746 Verbena St., New Orleans, LA 70122; William Washington, Rogerwene D. Washington regarding 7501 Sheffield St., New Orleans, LA 70126; James Goodwin regarding 2036 Paine Dr., Marrero, LA 70072; Dedra Simpson regarding 5334 Tullis Dr., New Orleans, LA 70114; Chatherine Abrams regarding 4678 MIrabeau Ave., New Orleans, LA 70126; Ronata Melancon regarding 3511 Frenchmen St., New Orleans, LA 70122; Ronata Melancon regarding 5916 & 5918 Spain St., New Orleans, LA 70122; Barry Payton regarding 4700 Haydell, New Orleans, LA 70126; Barbara Boguille regarding 4925 Feliciana Dr., New Orleans, LA 70126; Stephanie Ford regarding 5439 N. Johnson, New Orleans, LA 70117;

Natosha Brown regarding 926 Charbonnet, New Orleans, LA 70117; Antoinette Alexander regarding 2515 Benton St., New Orleans, LA 70017; Elson Arzu regarding 7410 Symmes Ave., New Orleans, LA 70127; Wilmot Washington regarding 2604 Palmyra St., New Orleans, LA 70119; Wilmot Washington regarding 2625 & 2627 Charbonnet St., New Orleans, LA 70117; Joseph Muscarello, Mable Muscarello regarding 2921 Lyndell Dr., Chalmette, LA 70043; Ebony Turner regarding 7707 Belcrest Pl., New Orleans, LA 70126; Jeffery Willford regarding 5420 Edenboro Rd., New Orleans, LA 70127; Alberta Floyd-Brooks regarding 1226 & 1228 St. Maurice Ave., New Orleans, LA 70117; Mary Floyd regarding 1305 Delery St., New Orleans, LA 70117; Velma Renard, Robin LeBranch regarding 4538 Stemway Dr., New Orleans, LA 70126; Eva Gilbert regarding 10100 Flossmoor Dr., New Orleans, LA 70127; Carlo Maltese, Jan Maltese regarding 23 Gibbs Dr., Chalmette, LA 70043; Arthemease Bloxson-Melancon regarding 4224 & 4226 Eagle St., New Orleans, LA 70118; Arthemease Bloxson-Melancon, Arthur Meloncon regarding 9312 Olive St., New Orleans, LA 70118; Susan Abadie regarding 3019 Touro St., New Orleans, LA 70122; Louis Smith, Kimberly Smith regarding 1221 Sister St., New Orleans, LA 70032; Adrian Sims, Adrian Sims regarding 1625 Heights Dr., St. Bernard, LA 70085; Clarence Phoenix, Darlene Phoenix regarding 1735 & 1737 Piety St., New Orleans, LA 70117; Laura Jackson regarding 4644 Dreux Ave., New Orleans, LA 70126; Donald Moore, Sharon Moore regarding 7800 S. Coronet Ct., New Orleans, LA 70126; Donald Moore, Sharon Moore regarding 7802 N. Coronet Ct., New Orleans, LA 70126; Donald Moore, Sharon Moore regarding 1317 & 1319 S. Genois, New Orleans, LA 70118; Donald Moore, Sharon Moore regarding 3512 & 3514 Lasalle St., New Orleans, LA 70119; Donald Moore, Sharon Moore regarding 2121-23 Delachaise, New Orleans, LA 70115; Donald Moore, Sharon Moore regarding 2129-2131 Delachaise, New Orleans, LA 70115; Donald Moore, Sharon Moore regarding 2125-2127 Delachaise, New Orleans, LA 70115; Rodney Sholes, Gwendolyn

Sholes regarding 3022 Live Oak St., New Orleans, LA 70118; Roy Mehrtens regarding 2125

Beachhead Ln., Violet, LA 70092; Roy Mehrtens regarding 3404 & 3406 Pauger St., New Orleans,

LA 70119; Henrietta Madison, Tiffany Madison regarding 13651-53 N. Lamans Dr., New Orleans,

LA 70129; Natasha Lawrence, Ricky Lawrence regarding 4941 Gallier Dr., New Orleans, LA 70126;

Dave Johnson, Sherilyn Johnson regarding 5610 Bundy Rd., New Orleans, LA 70127; Tyrone

Jennings, Brenda, Summer, Tyrone Jennings, II regarding 11425 S. Easterlyn Cir., New Orleans, LA

70128; Debbie Herrin regarding 2125 Benjamin Dr., Arabi, LA 70032; Kathryn Foley regarding

7119 & 7121 Marshal Foch St., New Orleans, LA 70124; Joseph Dichiara regarding 108 Nutria Dr.,

Arabi, LA 70032; Millcent Cotton regarding 2564 Acacia St., New Orleans, LA 70122; Joyce

Aguillard regarding 9501 Springwood St., New Orleans, LA 70127; Paul Clark, Rhonda Clark, Paul

Clark, III regarding 7637 Forum Blvd., New Orleans, LA 70128; Clementine Carter regarding 5169

Basinview Dr., New Orleans, LA 70126; Helen Calice regarding 7711 Symmes Ave., New Orleans,

LA 70127; Evelyn Adams, Chrisell Adams regarding 1722-24 Joliet St., New Orleans, LA 70118;

Geraldine Arnolie regarding 7509 Forest Glen Rd., New Orleans, LA 70127; Aline Sprunk regarding

2912 Lloyds Ave., Chalmette, LA 70043; Glenda Porter regarding 2513 Amelia St., New Orleans,

LA 70115; Nancy Harrison regarding 7708 Means Ave., New Orleans, LA 70127; Ronald Davis,

Victoria S. Davis regarding 2056-58 N. Miro, New Orleans, LA 70119; Anthony Roland, Denise A.

Roland regarding 4724 Bonita Dr., New Orleans, LA 70126; Gretchen Reed regarding 716 & 714

Foucher St., New Orleans, LA 70115; Valjon Lyons, Antoine Lyons regarding 2706 Acacia St., New

Orleans, LA 70122; Henry Smith, Fay O. Smith regarding 6030 Baccich St., New Orleans, LA

70122; Charles McCrary regarding 1921 & 1923 Alabo St., New Orleans, LA 70117; Charles

McCrary regarding 5422 N. Rampart St., New Orleans, LA 70114; Charles McCrary regarding 5422

1/2 N. Rampart St., New Orleans, LA 70117; Charles McCrary regarding 5463 & 5465 Marais St.,

New Orleans, LA 70117; Charles McCrary regarding 4944-49 Mandeville St., New Orleans, LA 70117; Martina Conerly, Martina Conerly regarding 3515 Livingston St., New Orleans, LA 70118; Cleveland Stockman regarding 1630 & 1632 Lizardi St., New Orleans, LA 70117; Emelda Williams regarding 3126 N. Miro St., New Orleans, LA 70117; Glenn Sambrone regarding 3811 Hamburg St., New Orleans, LA 70122; Manuel Berries regarding 10 & 12 Phillip Ct., Chalmette, LA 70043; Ivory Tansiel, Corine Tansiel regarding 1326 Mazant St., New Orleans, LA 70117; Michelle Green regarding 2322 Treasure St., New Orleans, LA 70119; Yolanda Ratcliff regarding 8521 Olive St., New Orleans, LA 70118; Forrest Austin, Patricia Tracey, Karen Austin regarding 5727 Chatham Dr., New Orleans, LA 70122; Rita Bailey regarding 4737 St. Ferdinand Dr., New Orleans, LA 70126; Jessica Barton, Tony Barton regarding 4518 N. Robertson St., New Orleans, LA 70117; Daniel Fisher regarding 2604 & 2606 Tupelo St., New Orleans, LA 70117; Daniel Fisher regarding 2315 Fourth St., New Orleans, LA 70113; Greg Fisher regarding 1519 Desire St., New Orleans, LA 70117; Alvin Gauff, Doris V. Gauff regarding 7732 Vanderkloot Ave., New Orleans, LA 70127; Patricia Green-Metz regarding 2524 General Pershing, New Orleans, LA 70115; Karen Gustave regarding 5116 Sandhurst Dr., New Orleans, LA 70126; Latina Jolivett, Dwayne Joseph, Ingrid F. Joseph regarding 7509 Lafourche St., New Orleans, LA 70127; William McClain, Audrey McClain regarding 7648 Avon Park Blvd., New Orleans, LA 70128; Lucinda Monroe regarding 4600 & 4602 Francis Dr., New Orleans, LA 70126; Agreta Patterson regarding 1805 & 1807 Frenchmen St., New Orleans, LA 70117; Dawn Reed regarding 2701 Guerra Dr., Violet, LA 70092; Terina Walker, Kenneth Johnson regarding 4845 Tullip St., New Orleans, LA 70126; Monalisa White regarding 8711 Lomond Rd., New Orleans, LA 70127; Dorothy Zimmer regarding 4523 Feliciana Dr., New Orleans, LA 70126; Alma Barnes, Lee Marvin Barnes regarding 14538 Tillbury Rd., New Orleans, LA 70128; Alma Barnes, Lee Marvin Barnes regarding 14598 Beekman Rd., New Orleans, LA

70128; Larry Funches regarding 4313 Sybil St., New Orleans, LA 70122; Rondeshia Nelson regarding 3113 Press St., New Orleans, LA 70126; Keith Blazio regarding 1918 Flood St., New Orleans, LA 70117; Janice Staves, Darryl Staves regarding 2216 & 2218 S. Robertson St., New Orleans, LA 70113; Cornelius Garner, Genevieve Bellow regarding 5650 Norgate Dr., New Orleans, LA 70127; Mike McKendall, Denise S. McKendall regarding 13087 Chateau Ct., New Orleans, LA 70129; Chandra Torry-Chapman regarding 5321 Wildair Dr., New Orleans, LA 70122; Carla Cloud regarding 15049 Emory Rd, New Orleans, LA 70128; Percy Bingham, Priscilla Bingham regarding 4667 Gawain Dr., New Orleans, LA 70127; Diana Williams regarding 1237 Tricou, New Orleans, LA 70117; Benjamin Warren regarding 600-602 S. Pierce St., New Orleans, LA 70119; Robert Forsythe regarding 1629 Heights Dr., St. Bernard, LA 70085; Loretta Servary regarding 4 Old Hickory Ave, Chalmette, LA 70043; Karen Howze regarding 4541 General Early Dr., New Orleans, LA 70126; Nicole Pigott regarding 1708 Feliciana St., New Orleans, LA 70117; Michael Woods, Rachael L. Woods regarding 2634 St. Phillip St., New Orleans, LA 70119; Antoine Prince regarding 5150 Mandeville St., New Orleans, LA 70122; Lawrence Cuiellette regarding 1976 N. Rocheblave St., New Orleans, LA 70119; Kent Scott regarding 2413-15 St. Roch Ave., New Orleans, LA 70117; Kent Scott regarding 2708-25 Thalia St., New Orelans, LA 70113; Gwendolyn Smith regarding 1117 & 1119 St. Ferdinand St., New Orleans, LA 70117; Gregory Williams regarding 6912 Foch Rd., New Orleans, LA 70126; Felton Dyer, Doris Dyer regarding 2828-30 Eagle St., New Orleans, LA 70118; Derrick Nutter regarding 2528 Gladiolus St., New Orleans, LA 70122; Raeschelle Dawson regarding 2535-2537 Republic St., New Orleans, LA 70119; Denise Franklin regarding 4738 Good Dr., New Orleans, LA 70127; Barbara Shields regarding 2218 Cambronne St., New Orleans, LA 70118; Shanette Dozier regarding 14020 Intrepid St., New Orleans, LA 70129; Shanette Dozier regarding 4725 & 4727 Viola St., New Orleans, LA 70126; Ollie Hargrove regarding 2416 & 2418

Columbus St., New Orleans, LA 70119; Karen Brown regarding 8 Curtis Dr., New Orleans, LA 70126; Lola Perkins regarding 6315 N. Galvez, New Orleans, LA 70117; Joseph Isles regarding 8541 Gervais St., New Orleans, LA 70127; Veronica Magee regarding 5050 Westlake Dr., New Orleans, LA 70126; Ann Parker, Irving W. Parker regarding 1001 S. Telemachus St., New Orleans, LA 70125; Elsie Clark regarding 2535 Eads St., New Orleans, LA 70126; Deborah Evans, Freddie Johnson, Jr. regarding 1315 Alvar St., New Orleans, LA 70117; Gina Cobette regarding 4741 Congress Dr., New Orleans, LA 70126; Willie McCrary regarding 5408 N. Galvez St., New Orleans, LA 70117; Willie McCrary regarding 1726 & 1728 Flood St., New Orleans, LA 70117; Betty Martin regarding 4849 East View Dr., New Orleans, LA 70126; Thomas Henry regarding 7611 Michigan St., New Orleans, LA 70128; Corice Saunders regarding 5431 Norgate Dr., New Orleans, LA 70127; Joe Reed, Rosa H. Reed regarding 2533 General Ogden St., New Orleans, LA 70118; Bridget Clark, Cathy J. Washington regarding 1465-67 N. Villere St., New Orleans, LA 70116; Bridget Clark, Cathy J. Washington regarding 4706-4708B Clio, New Orleans, LA 70125; Ross Karpelman, Melissa McGoey-Karpelman regarding 997 Mouton St., New Orleans, LA 70124; Doris Pollard regarding 3707 & 3709 Louisiana Avenue Pkwy., New Orleans, LA 70125; Elaine Johnson regarding 4911 Montegut St., New Orleans, LA 70126; Olia Rodney, l regarding 1817 N. Johnson St., New Orleans, LA 70116; Terry Catherine, Marcia S. Catherine regarding 5042 Dreux Ave., New Orleans, LA 70126; Penny Bijou regarding 2938 Hiawatha St., New Orleans, LA 70126; Joycelyn Landry, Iziel Landry regarding 5142 Toulon St., New Orleans, LA 70129; Frann Robertson regarding 9122 Apple St., New Orleans, LA 70118; Zeina Sartin, Castell Sartin regarding 2630-32 Laharpe St., New Orleans, LA 70119; Melda Clark regarding 2911 St. Roch Ave., New Orleans, LA 70122; Wilbert Ellis regarding 4 Acadiana Pl., New Orleans, LA 70129; Charles Sumrall, Evelyn M. Sumrall regarding 6552 Virgilian St., New Orleans, LA 70126; Tommye Myrick, Michael M. Moore

regarding 4108 Mithra St., New Orleans, LA 70126; Tommye Myrick, Michael M. Moore regarding 5100 Baccich, New Orleans, LA 70122; Louise Conner, Betty, Carol and Willie Connor regarding 1809-11 St. Roch Ave., New Orleans, LA 70117; Jonathan Bloom, Monique F. Bloom regarding 6700 Pauline Dr., New Orleans, LA 70126; Myrna Jackson regarding 2934 New Orleans St., New Orleans, LA 70119; Reginald Sheppard regarding 7727 Means Ave., New Orleans, LA 70127; Ellen Matthews, Bernadette McLeod regarding 8931 Olive St., New Orleans, LA 70118; Russles Simms regarding 3624 Cadillac St., New Orleans, LA 70122; Gregory Smith regarding 3033 Louisiana Avenue Pkwy., New Orleans, LA 70125; Toni Gaeta, Daniel J. Gaeta, Jr regarding 3719 Shangri-la Dr., Chalmette, LA 70043; Ellis Edwards regarding 1300 Alabo St., New Orleans, LA 70117; Udell Barriere, Clara Barriere regarding 4134 Duplessis, New Orleans, LA 70122; Adrian McLaughlin regarding 4618 Babylon St., New Orleans, LA 70126; Kevin Jones, Tara N. Jones regarding 6969 Deanne St., New Orleans, LA 70126; Deborah Gaines regarding 10241 Deer Park Blvd., New Orleans, LA 70127; Paul Weiser regarding 2815 Jackson Blvd., Chalmette, LA 70043; Joyce Taylor, Gerome Taylor regarding 7454 Horizon Dr., New Orleans, LA 70129; Dwight Powell, Dionne J. Powell regarding 8511 Cohn St., New Orleans, LA 70118; Yolanda Boutin regarding 465-54 Camelia St., New Orleans, LA 70126; Carrie Williams regarding 7690 Shorewood Dr., New Orleans, LA 70128; Darnell Millon, Aaron B. Millon regarding 2510 Vienna St., New Orleans, LA 70122; Stanley Sinegal regarding 2408 Wisteria St., New Orleans, LA 70122; Lillie Butler regarding 2337-39 St. Roch Ave., New Orleans, LA 70117; Brian Langford regarding 9113 Apricot St., New Orleans, LA 70118; Warren Recasner, Irene M. Recasner regarding 4047 Franklin Ave., New Orleans, LA 70122; Melvin Thornabar, Olga M. Thornabar regarding 6101-03 Pauline St., New Orleans, LA 70117; Carolyn Jackson regarding 4729 Marjorie Ln, New Orleans, LA 70122; Vivian Stewart regarding 3235 Banks St., New Orleans, LA 70119; Marshall Foxworth regarding 5238

Westlake Dr., New Orleans, LA 70126; Marc Jefferson regarding 3208/3210 Pauger St., New Orleans, LA 70129; Geraldine St. Amant regarding 1423 N. Claiborne Ave., New Orleans, LA 70116; Melinda Wright regarding 3323 N. Dorgenois St., New Orleans, LA 70117; Richard Shelling regarding 4646 Papania Dr., New Orleans, LA 70127; Mary Fefie regarding 4710, 4712, 4710.5, 4712.5 N. Villere St., New Orleans, LA 70117; Vernon Davillier regarding 2531 Robert E. Lee Blvd., New Orleans, LA 70122; Martha Scott regarding 9001 Pritchard Pl., New Orleans, LA 70118; Gary Netter regarding 3318 Clematis St., New Orleans, LA 70122; Kenneth Henderson regarding 3317-19 Spain St., New Orleans, LA 70122; James Austin regarding 4805 Miles Dr., New Orleans, LA 70122; Albert Combre regarding 4954 Metropolitan Dr., New Orleans, LA 70126; Lisa Mcneal regarding 1531 Murl St., New Orleans, LA 70114; Muriel Lewis regarding 4610 Camelot Dr., New Orleans, LA 70127; Mary Valcour regarding 4125 N. Tonti, New Orleans, LA 70117; Brenda Caufield regarding 6147 So. Laverne St., New Orleans, LA 70126; Joyce Maldon regarding 4675 Evangeline Dr., New Orleans, LA 70127; Edward Bournes regarding 1650 Sere St., New Orleans, LA 70122; Merlin Ben regarding 4530 Laine Ave, New Orleans, LA 70126; Angus Warren regarding 4408 American St., New Orleans, LA 70126; Irvin Washington regarding 7341 Crestmont Rd., New Orleans, LA 70126; Seanna Tate regarding 7311 Read Blvd., New Orleans, LA 70127; Patricia Williams regarding 4818 Sierra Madre Dr., New Orleans, LA 70127; Delee Smith regarding 1805 Music St., New Orleans, LA 70117; Dana Keys regarding 5619 N. Prieur st, New Orleans, LA 70117; Dana Keys regarding 1809-11 Benton St., New Orleans, LA 70117; Dana Keys regarding 4963-65 N. Rampart St., New Orleans, LA 70117; Eugene Murphy regarding 7810-12 Shubert St., New Orleans, LA 70126; Vera Goeloe regarding 1482 N. Galvez St., New Orleans, LA 70119; Delerna Labostrie regarding 2004 Phillip St., New Orleans, LA 70113; Mildred Christmas regarding 4918 Good Dr., New Orleans, LA 70127; Alverina Dudley regarding 7060-7062 Salem Dr., New

Orleans, LA 70127; Lasandra Dudley regarding 7801-7807 Blvd., New Orleans, LA 70127; Malcolm

Willie regarding 1018 Reynes St., New Orleans, LA 70117; Brigitte Holden regarding 4750 & 4752

Francis Dr., New Orleans, LA 70126; Sidney Lacour regarding 4728 Bonita Dr., New Orleans, LA

70126; Kate Wilson regarding 2478 Jasmine St., New Orleans, LA 70122; Kate Wilson regarding

2476 Jasmine St., New Orleans, LA 70122; Kate Wilson regarding 2523 Jasmine St., New Orleans,

LA 70122; John Garner, Alma L. Garner regarding 1141 Deslonde St., New Orleans, LA 70117;

Melanie Williams regarding 2413 Bartholomew St., New Orleans, LA 70117; Mary Robinson

regarding 14013 Explorers Ave., New Orleans, LA 70129; Jessie Sherman, Debra P. Winfield

regarding 16 Curtis Dr., New Orleans, LA 70126; Martha Harris regarding 2305 Beachhead Ln.,

Violet, LA 70092; Mary Jones regarding 1821 & 1823 Piety St., New Orleans, LA 70117; Mark

Reine, Natalie B. Reine regarding 2263-65 N. Galvez, New Orleans, LA 70117; Franklin

Edgecombe regarding 3112 Ivy Pl., Chalmette, LA 70043; Sheila Everidge, Ernest Everidge

regarding 936 Caffin Ave., New Orleans, LA 70117; Vivian Barquet regarding 7813 Mackenzie St.,

New Orleans, LA 70128; Marion Everage regarding 2312-14 7th St., New Orleans, LA 70115;

Corrine Byrd regarding 6410 Franklin Ave., New Orleans, LA 70122; Candida Gonzales regarding

14 & 16 Phillip Ct., Chalmette, LA 70043; Gerald Brady regarding 1700 Center St., Arabi, LA

70032; Wanda Boudreaux regarding 2100 Napoleon Ave., New Orleans, LA 70115; Monique

Merrick regarding 10814 Curran Blvd., New Orleans, LA 70127; Patricia Clark regarding 6959 E.

Hermes St., New Orleans, LA 70126; Germaine Battiste, Kenneth J. Battiste regarding 4701

Redwood St., New Orleans, LA 70127; Geraldine Singleton regarding 2302 Agriculture St., New

Orleans, LA 70122; Angelene Davis, L.C. Davis regarding 2501 Joliet St., New Orleans, LA 70118;

Debra Thomas regarding 5905 Painters St., New Orleans, LA 70122; Hulette Hankton regarding

1726 Lafreniere St., New Orleans, LA 70122; Audrey Williams regarding 2031 & 2033 Almonaster

Ave., New Orleans, LA 70117; Sybil Meggs, Sidney Meggs, Jr. regarding 1300-02 Deslonde St., New Orleans, LA 70117; Joel Isidore, Maxine M. Isidore regarding 1920-22 S. Rendon St., New Orleans, LA 70125; Dilton Robinson, Sherlene Robinson regarding 1015 Egania St., New Orleans, LA 70117; Debra Washington regarding 3017-3019 1/2 Loyola Ave., New Orleans, LA 70115; Esther Porche regarding 5854 Florida, New Orleans, LA 70117; Connie Woods, Errol Woods regarding 1522 Port St., New Orleans, LA 70117; Shantrell Talton regarding 4751 Gabriel Dr., New Orleans, LA 70127; Wilbert Alexander, Juanita Alexander regarding 4422 Kennon Ave., New Orleans, LA 70122; Valerie Kees regarding 6112 Warwick Ct., New Orleans, LA 70131; Lisa Lobre regarding 2408 Meadowlark Dr., St. Bernard, LA 70085; Alvin Poole regarding 8920 Morrison Rd., New Orleans, LA 70127; Tammy Glapion regarding 2706 Saint Anthony St., New Orleans, LA 70119; Charles Stevens regarding 2530-2532 1/2 N. Galvez St., New Orleans, LA 70122; Jerry Sanders, Janice Sanders regarding 15001 Emory Rd., New Orleans, LA 70128; Gloria Mitchell regarding 4119 & 4121 St. Bernard Ave., New Orleans, LA 70122; Deonte Richard regarding 6907 Barrington Ct., New Orleans, LA 70128; Doris Joseph regarding 4921 & 4923 S. Derbigny St., New Orleans, LA 70125; Karen Martin regarding 5610 Rickert Dr., New Orleans, LA 70126; Charles Watts regarding 2258-60 Pleasure St., New Orleans, LA 70122; Anthony Hunt regarding 2340-42 Feliciana St., New Orleans, LA 70117; Jerome Edwards regarding 8801-03 Dinkins St., New Orleans, LA 70127; Patricia Green regarding 715 Egania St., New Orleans, LA 70117; Albert Frances, Lester Francis regarding 2820 St. Philip, New Orleans, LA 70765; Nichelle Mark regarding 7620 Read Blvd., New Orleans, LA 70127; Lucy Hall, Edward Hopkinson regarding 5511 Music St., New Orleans, LA 70122; Bartholomew Dike, Chrisiana Dike regarding 6028 Pines Blvd., New Orleans, LA 70126; Paula Wilson, Glenn Wilson Jr regarding 1912 Piety St., New Orleans, LA 70117; Davis Decareaux, Carmen Decareaux regarding 7007A Kenison St., New Orleans, LA

70124; Lillie Dillworth, Rose Dillworth regarding 5824 Rue Montespan St., Marrero, LA 70072;

Albert Barriere, Glenda Barriere regarding 2216 & 2218 Lamanche St., New Orleans, LA 70117;

James Spears, James Spears Jr. regarding 2029 Mandeville St., New Orleans, LA 70117; Angela

Shelton regarding 6041 Franklin Ave., New Orleans, LA 70122; Ronald Boykins regarding 1720

Martin Luther King, New Orleans, LA 70113; Kedrick Wilson regarding 4800 Wright Rd., New

Orleans, LA 70128; Olga Tennorio, Hector Tenorio regarding 3232-34 Palmyra St., New Orleans,

LA 70119; Bessie Smith, Robert Smith regarding 5323 St. Anthony Ave., New Orleans, LA 70122;

Verna Wallace, Charles Wallace regarding 2425-27 Franklin Ave., New Orleans, LA 70117;

Hortencia Rodriguez, Lazaro Rodrigues regarding 6209 Spain St., New Orleans, LA 70122;

Marcellus Esteves, Nicole Anna Miller regarding 2405-07 Benton St., New Orleans, LA 70117;

Joyce Falls, Joyce Falls regarding 1631 Jourdan St., New Orleans, LA 70117; Kelley Williams

regarding 5507 Wilton Dr., New Orleans, LA 70122; Celestine Brousseau, Lenard Brousseau

regarding 2504 Dubreuil St., New Orleans, LA 70117; Sheila Wilson regarding 2039-41 Marigny

St., New Orleans, LA 70117; Bertha Lucas, Russell Lucas regarding 3241 Magellan St., New

Orleans, LA 70114; Tracy Perkins regarding 6211 Dorothea St., New Orleans, LA 70126; Grace

Spencer regarding 4653 Kendall Dr., New Orleans, LA 70126; Germaine Nolan, Dennis Nolan Sr.

regarding 4910 Montegut Dr., New Orleans, LA 70126; Shantell Whittington regarding 4743

Galahad Dr., New Orleans, LA 70127; Harriet Green regarding 4173 W. Loyola Dr., Kenner, LA

70065; Shelia Wilson, shelby regarding 9308 Olive St., New Orleans, LA 70118; Mary Harris

regarding 4759 Lancelot Dr., New Orleanss, LA 70127; Catherine Lacour-Dominique regarding

7126 Virgilian St., New Orleans, LA 70126; Cecilia Holmes regarding 5101 Gallier Dr., New

Orleans, LA 70126; Deidre Chapman regarding 5172 Wildair Dr., New Orleans, LA 70122; Aaron

Washington regarding 1529 N. Dergenois St., New Orleans, LA 70119; Ella Wilson, Mikel Wilson II

regarding 6217 & 6219 Wales St., New Orleans, LA 70126; Thelma Packnett-Paul regarding 4601 Sandalwood Street, New Orleans, LA 70127; Jocelyn Doucet regarding 4721 Papania Dr., New Orleans, LA 70127; Clarence Everage, Gwen Everage regarding 4901 St. Bernard Ave, New Orleans, LA 70122; Tracey Poydras regarding 3432-34 Livingston St., New Orleans, LA 70122; Tracey Poydras, Oscar Poydras regarding 4722 Frenchmen St., New Orleans, LA 70118; Steve Vayda regarding 2148 & 2150 Robin St., New Orleans, LA 70122; Yolanda Brown regarding 2412 Spain St., New Orleans, LA 70117; Deborah Jasper regarding 5928 St. Roch St., New Orleans, LA 70112; Lloyd Clark regarding 7810 Mackenzie St., New Orleans, LA 70128; Sam Wilson regarding 2462 Prentiss Avenue, New Orleans, LA 70122; Sharron Fletcher regarding 2025 & 2027 Almonaster Ave., New Orleans, LA 70117; Candice Cobette regarding 5745 Wickfield Dr., New Orleans, LA 70122; Barbara Walker regarding 2829 Painters St., New Orleans, LA 70122; Lucille Abbott regarding 10700 Vienna St., New Orleans, LA 70127; Karen Landry regarding 5173 Warrington Dr., New Orleans, LA 70122; Kermit Roberson regarding 1637 &1639 N. Broad St., New Orleans, LA 70119; Williette Crawford regarding 614 East 5th St., Bogalusa, LA 70427; Donald Hoffmann regarding 5001 & 5003 N. Rampart St., New Orleans, LA 70117; Germaine Carter regarding 4931 Virgilian St., New Orleans, LA 70126; Ella Wilson, Mikel Wilson regarding 6209 Wales St., New Orleans, LA 70126; Harold Doucet regarding 4412 St. Anthony, New Orleans, LA 70122; Brenda Hange regarding 5737 Wilton Dr., New Orleans, LA 70122; Antonia Cager regarding 1735 Deslonde St., New Orleans, LA 70117; Damara Williams regarding 10139 Springwood St., New Orleans, LA 70126; Colette Dede, Harold Dede regarding 5019 Pauger St., New Orleans, LA 70122; Eugene Costello regarding 1300 Reynes St., New Orleans, LA 70117; Nelda Antoine regarding 2915 Pauger St., New Orleans, LA 70119; Annie Paul, Mack Paul regarding 3104 Toledano St., New Orleans, LA 70125; Tyrone McGowan regarding 5505 Burgundy

St., New Orleans, LA 70117; Hugh Wilson regarding 2631 Tennessee St., New Orleans, LA 70117;

William Hubbard, Jacqueline Trim, Lela Turner regarding 2127 A, B, C Egania St., New Orleans,

LA 70117; Walter Gabriel, Deborah M. Gabriel regarding 7120 Hayne Blvd., New Orleans, LA

70126; Mario Bertrand, Adalina R Bertrand regarding 2908 Decomine Dr., Chalmette, LA 70043;

Herman Thomas, Valice Thomas regarding 2215 Joliet St., New Orleans, LA 70118; Laverne

Johnson regarding 3824 Melissa Dr., Harvey, LA 70058; Claudia Washington regarding 4221-23

Elba St., New Orleans, LA 70125; Roy Singh regarding 23 Coffee Dr., Chalmette, LA 70043; John

Henderson regarding 818-20 Lamarque St., New Orleans, LA 70114; Demaries Penn regarding 2827

Metropolitan St., New Orleans, LA 70126; Clara Ricard regarding 2172 Sauvage Ave., Marrero, LA

70072; Kathleen Langford, James Langford regarding 2211 Onzaga St., New Orleans, LA 70119;

Karleen Noel, Kevin Noel regarding 2417 Torres Dr., St. Bernard, LA 70085; Norma McCormick

regarding 4447 Cartier Ave., New Orleans, LA 70122; Denise Nunnery regarding 7620 Trapier Ave.,

New Orleans, LA 70127; Octave Rouege, Jeanie Curtright; Dianne Funk regarding 4736 Majestic

Oaks, New Orleans, LA ; Terry Brumfield regarding 2206 St. Ann St., New Orleans, LA 70119;

James Robert regarding 1838-40 Industry St., New Orleans, LA 70119; Jacqueline Thibodaux

regarding 4652 Press Dr., New Orleans, LA 70126; John Henderson regarding 2721 Clover St., New

Orleans, LA 70122; Noel Reimonenq, Shaleevonn Reimonenq regarding 2802-04 Spain St., New

Orleans, LA 70126; Dianna Davis, Ruth Givens regarding 5836 N. Dorgenois St., New Orleans, LA

70117; Angela Richardson regarding 4790 Knight Dr., New Orleans, LA 70127; John Hart, Patsy

Hart regarding 1239-41 N. Johnson St., New Orleans, LA 70119; Joe Butera, Rosa Butera regarding

3508 Elysian Fields Ave., New Orleans, LA 70122; Thomas King regarding 1021 S. Sarrett Rd.,

Metairie, LA 70003; Brian Morris regarding 10121 Deerfield Dr., New Orleans, LA 70127; Erskine

Magee, Donna Magee regarding 7720 Windward Ct., New Orleans, LA 70128; Patricia Campbell

regarding 4544 Mithra St., New Orleans, LA 70126; Donna Marshall regarding 1342 Forstall St., New Orleans, LA 70117; Margaret Tabb, Noel Tabb regarding 2365 Mendez St., New Orleans, LA 70122; Ching Yip, Mr. Men Kwen Chan, Jiujiang Yu regarding 236 12th St., New Orleans, LA 70124; Kimberly Haydel regarding 3109 St. Anthony Ave, New Orleans, LA 70122; Glenda Turner regarding 4514-16 Bonita Dr., New Orleans, LA 70126; Georgia Mayfield regarding 601 S. Scott St./3900-02 D'Hemecourt St., New Orleans, LA 70119; Georgia Henderson-Mayfield regarding 5703 Chartres St., New Orleans, LA 70117; Carolyn Small regarding 336 Sugarpine Dr., Gretna, LA 70056; Joy Collins regarding 2424-2426 D'Abadie, New Orleans, LA 70119; Jessie Veal regarding 5301 Pauline Dr., New Orleans, LA 70126; Larry Biquist, Mary Bilquist regarding 213 Doerr Dr., Arabi, LA 70032; Lauren Brown regarding 1737-39 Duels St., New Orleans, LA 70119; Truman Butler, Mary Ann Butler regarding 2 Morrison Ct., New Orleans, LA 70127; Sharon Bright regarding 2331- 2333 Pauger St., New Orleans, LA 70116; Virgie Caston regarding 5900 Providence Pl., New Orleans, LA 70126; Frances Carter regarding 7721 N. Coronet Ct., New Orleans, LA 70126; Trasa Coffil regarding 1726 Congress, New Orleans, LA 70117; Ethel Henderson regarding 1512 Pratt St., Gretna, LA 70053; Lois Dalgo regarding 3002-04 1/2 Annette St., New Orleans, LA 70122; Sharon Pepperman, Kelly A. Pepperman regarding 2800 Charles Dr., Chalmette, LA 70043; Rosie Claiborne regarding 4101-4103 Clara St., New Orleans, LA 70115; Joseph Russo-Tiesse, Dorothy Russo-Tiesse regarding 404 Doerr Dr., Arabi, LA 70032; Betty Ann Dunn, Diexco LLC, Thomas D Dunn Sr. regarding 200-202 South Miro St., New Orleans, LA 70119; Betty Ann Dunn, Diexco LLC, Thomas Dunn regarding 206-208 South Miro St., New Orleans, LA 70119; Marion Everage, Lawrence Everage regarding 727 Philip St., New Orleans, LA 70130; Charles Biondo regarding 2222-24 Frenchmen St, New Orleans, LA 70119; Lolita Ordogne regarding 3028 A, B Deers St., New Orleans, LA 70122; Arian Parker regarding 5773 E. Louis Prima Dr, New Orleans,

LA 70128; Marion Theodore regarding 2903 Benefit St., New Orleans, LA 70124; Lionel Washington, Michelle Washington regarding 7801-03 Shubert St., New Orleans, LA 70126; Terri Torregano regarding 2721 Mandeville St, New Orleans, LA 70122; Deborah Thompson regarding 7900 Mercier St, New Orleans, LA 70128; Valander Steele regarding 2005 St. Roch Ave., New Orleans, LA 70117; Barbara Tervalon regarding 5730 Vermillion Blvd, New Orleans, LA 70122; Alberta McCall, Nathaniel McCall regarding 3824 Red Cedar Ln, Harvey, LA 70058; Cornelia Domino regarding 2233 Bartholomew St., New Orleans, LA 70117; Neron North regarding 6527 Coveview Ct, New Orleans, LA 70126; Gilda Porche regarding 5809 Hamlin St, New Orleans, LA 70117; Lionel Randall regarding 6551 Morrison Rd, New Orleans, LA 70126; Linda Rosselli regarding 3923 Cleveland Ave, New Orleans, LA 70119; Donna Wolfe regarding 1667-67 1/2 N Rocheblave Ave, New Orleans, LA 70119; Willie Smith, Effie Smith regarding 2214 Gallier St, New Orleans, LA 70117; Marcus Watson regarding 5772 Wingate Dr, New Orleans, LA 70122; Eleana Thomas regarding 13800 Pierres Ct, New Orleans, LA 70129; Terrance Vincent regarding 8621 Birch St, New Orleans, LA 70118, who wish to voluntarily dismiss the claims against Defendant(s) Louisiana Citizens Property Insurance Corporation, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:___/s/ Joseph M. Bruno_____
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 29th day of December, 2008.

___/s/ Joseph M. Bruno_____
Joseph M. Bruno