UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION VERSUS | § § § § § § § | CIVIL ACTION NO.: 05-4182  SECTION "K"  MAGISTRATE (2) CONS. KATRINA CANAL |
| JAMES ALLEN, ET AL         Plaintiffs VS. STATE FARM FIRE AND CASUALTY COMPANY         Defendant | § § § § § § § | CIVIL ACTION No. 07-5111 SECTION "K" (2) |

**VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE**

**NOW INTO COURT,** through undersigned counsel comes plaintiff,  LOUIS BROWN REGARDING 5611 NORGATE , NEW ORLEANS, LA 70127,  upon suggesting to the Court that plaintiff wishes to voluntarily dismiss his claim against defendant State Farm Fire and Casualty Company, witouth prejudice, reserving his rights against all other parties in any other litigation, each party to bear their own costs.

-1-

**WHEREFORE,** plaintiff prays the Court allow plaintiff to voluntarily dismiss his claim against defendant State Farm Fire and Casualty Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted,

**LAW OFFICES OF JOSEPH M. BRUNO**

**/s/ Joseph M. Bruno**
**Joseph M. Bruno (3604)**
**L. Scott Joanen (21431)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 30th day of December, 2008.

**/s/ Joseph M. Bruno**