UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES § | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION § | | |
| VERSUS § | | SECTION "K" |
| § | | |
| § | | MAGISTRATE (2) |
| § | | CONS. KATRINA CANAL |
| § | | |
| JAMES ALLEN, ET AL § | | |
|     Plaintiffs § | | CIVIL ACTION |
| VS. § | | No. 07-5111 |
| STATE FARM FIRE AND CASUALTY § | | SECTION "K" (2) |
| COMPANY § | | |
|     Defendant § | | |
| _____§ | | |

**<u>ORDER</u>**

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted by plaintiff, Louis Brown regarding 5611 Norgate, New Orleans, La 70127, shall be and are hereby dismissed, without prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____ ,2009.

_____
UNITED STATES DISTRICT JUDGE