UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' AND DEFENDANT'S JOINT EX PARTE CONSENT MOTION FOR LEAVE TO FILE REPLY MEMORANDA IN RESPONSE TO THE PARTIES' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT CONCERNING DISCRETIONARY FUNCTION IMMUNITY, EXCEEDING TEN PAGES IN LENGTH**

Plaintiffs and Defendant hereby respectfully request leave to file reply memoranda not exceeding twenty-five pages in length in support of their respective motions concerning the discretionary function exception (Plaintiffs' Motion for Partial Summary Judgment [Doc No. 16510-2]; and Defendant's Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment [Doc No. 16552-4]), in light of the significance of the respective motions and the number of issues raised.

Pursuant to Local Rule 7.3E, a Proposed Order is provided.

Dated: December 29, 2008                                    Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

1

2

                    **Law Offices of Joseph M. Bruno**
                    By: s/ Joseph M. Bruno
                    Joseph M. Bruno (LSBA No. 3604)
                    855 Baronne Street
                    New Orleans, Louisiana 70133
                    Telephone: (504) 525-1335
                    Facsimile:  (504) 581-1493


                    **U.S. Department of Justice**

s/ Robin D. Smith
ROBIN DOYLE SMITH
Senior Trial Counsel
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorney for the Defendant United States

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on December 29, 2008, I caused to be served **PLAINTIFFS' AND DEFENDANT'S JOINT EX PARTE CONSENT MOTION FOR LEAVE TO FILE REPLY MEMORANDA IN RESPONSE TO THE PARTIES' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT CONCERNING DISCRETIONARY FUNCTION IMMUNITY, EXCEEDING TEN PAGES IN LENGTH**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell