UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

## ORDER

Having considered the Plaintiffs' and Defendant's Joint Ex Parte Consent Motion for Leave to File Reply Memoranda in Response to the Parties' Respective Motions for Summary Judgment Concerning Discretionary Function Immunity, Exceeding Ten Pages In Length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. Plaintiffs and Defendant may file Reply Memoranda not exceeding twenty-five pages in length.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana

1