MINUTE ENTRY
DUVAL, J.
DECEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                                                                           NO. 05-4182

PERTAINS TO: ROAD HOME                                SECTION "K"(2)
              INSURANCE

Attending a telephonic status conference held this day were:

Ralph Hubbard for Travelers Insurance Company
Calvin Fayard for Insurance Plaintiffs

This status conference was called to discuss the possibility of remand of Road Home claims to state court in the event that the class allegations were dismissed by the State of Louisiana. The Court inquired as to whether remand of Road Home claims would impede the on-going settlement negotiations with Travelers. Counsel for both parties stated that their settlement will not be impacted by the forum of the Road Home case.

*[signature]*

JS10(00:10)