MINUTE ENTRY
DUVAL, J.
DECEMBER 22, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME | SECTION "K"(2) |

Attending a telephonic status conference held this day were:

Trey Phillips, Sallie Sanders, and Stacie deBlieux  for State of Louisiana;
Judy Barasso for Insurance Defendants;
Ralph Hubbard and Seth Schmeeckle for Insurance Defendants; and
Wayne Lee for Insurance Defendants.

This status conference was called to discuss a Motion to Continue Without Date the Defendants' Rule 12(b)(6) Motion to Dismiss. (Doc. 16760). The motion seeks to continue both the Defendants' Motion to Dismiss (Doc. 16493) and the State's Motion to Sever and Remand (Doc. 16480). Counsel for Louisiana explained that it believes that be virtue of the Fifth Circuit's decision with regard to the affirmance of this Court's denial of the State's Motion to Remand,  the appellate court has indicated that the severance and remand of those settled and assigned Road Home claims

would be proper. Thus, it seeks additional time to finalize those claims that it considers susceptible of severance and remand.

The Defendants stated their opposition to the motion on the grounds that it is premature.

The Court inquired as to what the status would be of the claims remaining in federal court, i.e., the class action claims. Counsel for the State suggested the possibility of dismissal. Counsel for the State informed the Court that they will notify the Court of the State's position regarding dismissal of the class action by Tuesday, December 23, 2008.

JS10(00:12)