**MINUTE ENTRY**
**DUVAL, J.**
**DECEMBER 22, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br> **NO. 05-4182** |
| **PERTAINS TO: ROAD HOME** | **SECTION "K"(2)** |

Attending a telephonic status conference held this day were:

Trey Phillips and  Sallie Sanders for State of Louisiana
Judy Barasso for Insurance Defendants
Ralph Hubbard  for Insurance Defendants

This status conference was by the State of Louisiana to request a further extension of time to report its decision as to whether to dismiss the class allegations in the Road Home suit. After discussion, the Court informed all counsel that there would be no continuances, and in the event the

State chooses to file a motion to dismiss the class allegations, it must be done as soon as possible and in no event later than January 13, 2009. Accordingly,

**IT IS ORDERED** that the Motion to Continue Without Date (Doc. 16760) is **DENIED**.

JS10(00:12)