UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE/PROTECTION LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No. 5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| BFP-011-000000001 | to | BFP-011-000000001; |
| EFP-012-000000552 | to | EFP-012-000000552; |
| EFP-015-000000126 | to | EFP-015-000000126; |
| EFP-015-000000127 | to | EFP-015-000000127; |
| EFP-015-000000128 | to | EFP-015-000000128; |
| EFP-015-000000129 | to | EFP-015-000000129; |
| EFP-015-000000132 | to | EFP-015-000000132; |
| EFP-015-000000188 | to | EFP-015-000000188; |
| EFP-015-000000258 | to | EFP-015-000000258; |
| EFP-015-000000259 | to | EFP-015-000000259; |
| EFP-015-000000326 | to | EFP-015-000000326; |
| EFP-015-000000341 | to | EFP-015-000000341; |
| EFP-015-000000387 | to | EFP-015-000000387; |

| | | |
|---|---|---|
| EFP-015-000000419 | to | EFP-015-000000419; |
| EFP-015-000000420 | to | EFP-015-000000420; |
| EFP-015-000000421 | to | EFP-015-000000421; |
| EFP-015-000000422 | to | EFP-015-000000422; |
| EFP-015-000000492 | to | EFP-015-000000492; |
| EFP-015-000000493 | to | EFP-015-000000493; |
| EFP-015-000000494 | to | EFP-015-000000494; |
| EFP-015-000000586 | to | EFP-015-000000586; |
| EFP-015-000000591 | to | EFP-015-000000591; |
| EFP-015-000000603 | to | EFP-015-000000603; |
| EFP-015-000000655 | to | EFP-015-000000655; |
| EFP-015-000000656 | to | EFP-015-000000656; |
| EFP-015-000000749 | to | EFP-015-000000749; |
| EFP-040-000000177 | to | EFP-040-000000177; |
| EFP-042-000000848 | to | EFP-042-000000848; |
| EFP-043-000000006 | to | EFP-043-000000006; |
| EFP-043-000000042 | to | EFP-043-000000042; |
| EFP-043-000000061 | to | EFP-043-000000061; |
| EFP-043-000000221 | to | EFP-043-000000221; |
| EFP-043-000000236 | to | EFP-043-000000236; |
| EFP-043-000000440 | to | EFP-043-000000440; |
| EFP-043-000000468 | to | EFP-043-000000468; |
| EFP-622-000000001 | to | EFP-622-000000001; |
| EFP-622-000000002 | to | EFP-622-000000002; |
| EFP-622-000000003 | to | EFP-622-000000003; |
| EFP-622-000000004 | to | EFP-622-000000004; |
| EFP-622-000000005 | to | EFP-622-000000005; |
| GEP-005-000000001 | to | GEP-005-000000449; |
| GEP-006-000000001 | to | GEP-006-000000122; |
| JFP-006-000000005 | to | JFP-006-000000005; |
| JFP-006-000000006 | to | JFP-006-000000006; |
| QFP-008-000000001 | to | QFP-008-000000001; |
| QFP-009-000000001 | to | QFP-009-000000001; |
| ZFP-023-000000029 | to | ZFP-023-000000029. |

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

| | | |
|---|---|---|
| EFP-026-000000530 | to | EFP-026-000000530; |
| EFP-632-000000007 | to | EFP-632-000000007; |
| ENF-014-000000004 | to | ENF-014-000000004; |
| ENF-014-000000005 | to | ENF-014-000000005; |
| ENF-014-000000006 | to | ENF-014-000000006; |
| ENF-014-000000007 | to | ENF-014-000000007; |
| ENF-014-000000008 | to | ENF-014-000000008; |
| ZFP-022-000000024 | to | ZFP-022-000000024; |
| ZFP-022-000000025 | to | ZFP-022-000000025; |
| ZFP-022-000000026 | to | ZFP-022-000000026; |
| ZFP-022-000000027 | to | ZFP-022-000000027; |
| ZFP-022-000000028 | to | ZFP-022-000000028; |
| ZFP-022-000000029 | to | ZFP-022-000000029. |

The United States is not producing or placing on a privilege log those documents created on or after September 19, 2005 (the filing date of *Maureen O'Dwyer, et al. v. United States*, No. 05-4181) that contain attorney-work product or attorney-client communications between United States attorneys, to include agency counsel, or between their clients for matters involving the *In Re: Katrina Canal Breaches Consolidated Litigation.*

The United States' privilege log is attached.

                Respectfully submitted,

                GREGORY G. KATSAS
                Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                 s/ James F. McConnon, Jr.
                JAMES F. McCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400/ (202) 616-5200 (Fax)
                Attorneys for the United States

Dated: December 30, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on December 30, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.