Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| BFP-011-000000001 | BFP-011-000000001 | Deliberative Process | 20070725 | Wilkinson, Laura Lee | USACE NOD | Angela | | 20070427 and 20070725 e-mails regarding Interim Protection of IHNC Conceptual Design Pre-Decisional Document. |
| | | | | Hartman, Richard | NOAA | Wilkinson, Laura Lee | USACE NOD | |
| | | | | | | Balkum, Kyle | | |
| | | | | | | Lezina, Brian | | |
| | | | | | | Marcks, Brian | | |
| | | | | | | McDonald, Vaughn | | |
| | | | | | | Bush, Howard R | | |
| | | | | | | Daniell | dnr.state.la.us | |
| | | | | | | Muth, David | nps.gov | |
| | | | | | | Walther, David | | |
| | | | | | | Boggs, Jim | fws.gov | |
| | | | | | | Harris, Jeff | la.gov | |
| | | | | | | Keeler, Barbara | epa.gov | |
| | | | | | | Williams, Patrick | noaa.gov | |
| | | | | | | Ruiz, Manuel | wlf.louisiana.gov | |
| | | | | | | Griggs, Tom | la.gov | |
| | | | | | | Breaux, Pam | | |
| | | | | | | Cole, Frank | | |
| | | | | | | Carloss, Mike | | |
| | | | | | | Ettinger, John | epa.gov | |
| | | | | | | Rives, Jim | | |
| | | | | | | Phillippe, Jamie | | |
| | | | | | | Du, Greg | dnr.state.la.us | |
| EFP-012-000000552 | EFP-012-000000552 | Deliberative Process | XXXXXXXX | | | | | Draft White Paper regarding Performance Evaluation: Impacts of Hurricanes Katrina and Rita on the Louisiana Costal Area Ecosystem and Their Impacts on Flood Protection for New Orleans and Southeast Louisiana. |
| EFP-015-000000126 | EFP-015-000000126 | Attorney-Client | 20050620 | Northey, Robert D | USACE CEMVN-OC | Burdine, Carol S | USACE MVN | E-mails dated 06/17/2005 to 06/20/2005 regarding HCNA v USACE. |
| | | | | O'Donnell, Jessica | USDOJ | Mathies, Linda G | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Sorgente, Natalia | USDOJ | |
| | | | | | | O'Donnell, Jessica | USDOJ | |
| EFP-015-000000127 | EFP-015-000000127 | Attorney-Client | 20050714 | Northey, Robert D | USACE CEMVN-OC | O'Donnell, Jessica | USDOJ | E-mails dated 07/11/2005 to 07/14/2005 regarding Holy Cross, Revised Table 2 for SAP, SAP Changes; Report regarding Danny Wiegand E-mail Address; Report regarding Table 2 Sampling Sites and Composition Plan. |
| | | | | Wiegand, Danny L | USACE MVN | Wiegand, Danny L | USACE MVN | |
| | | | | Mathies, Linda G | USACE MVN | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | O'Donnell, Jessica | USDOJ | Mach, Rodney F | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Northey, Robert D | USACE CEMVN-OC | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| EFP-015-000000128 | EFP-015-000000128 | Attorney-Client | 20050712 | Northey, Robert D | USACE CEMVN-OC | Wiegand, Danny L | USACE MVN | E-mails dated 07/11/2005 to 07/12/2005 regarding Holy Cross. |
| | | | | O'Donnell, Jessica | USDOJ | Mach, Rodney F | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Northey, Robert D | USACE CEMVN-OC | |
| EFP-015-000000129 | EFP-015-000000129 | Attorney-Client | 20050630 | Northey, Robert D | USACE CEMVN-OC | Mathies, Linda G | USACE MVN | E-mails dated 06/29/2005 to 06/30/2005 regarding Holy Cross Exhibits To Motion To Lift Stay with attached Motion dated 6/28/2005 with Exhibits. |
| | | | | O'Donnell, Jessica | USDOJ | Wiegand, Danny L | USACE MVN | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Babich, Adam | Tulane Law Clinic | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Jordan, Lisa | | Mach, Rodney F | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Sloan, Rogers | USACE MVD | |
| | | | | | | Northey, Robert D | USACE CEMVN-OC | |
| | | | | | | Fallon, Eldon | US District Court Eastern District of Louisiana | |
| EFP-015-000000132 | EFP-015-000000132 | Attorney-Client | 20050714 | Northey, Robert D | USACE CEMVN-OC | Wiegand, Danny L | USACE MVN | E-mails dated 07/12/2005 to 07/14/2005 regarding Holy Cross v USACE; Draft Motion dated 07/15/2005 regarding Holy Cross v USACE Memorandum In Opposition To Plaintiffs' Motion To Stay with attached Draft Order. |
| | | | | O'Donnell, Jessica | USDOJ | Mach, Rodney F | USACE MVN | |
| | | | | Wiegand, Danny L | USACE MVN | Burdine, Carol S | USACE MVN | |
| | | | | Sansonetti, Thomas L | USDOJ | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Letten, Jim | USDOJ | Mathies, Linda G | USACE MVN | |
| | | | | Groome, Margaret | USDOJ | Northey, Robert D | USACE CEMVN-OC | |
| | | | | Fallon, Eldon | US District Court Eastern District of Louisiana | Sorgente, Natalia | USDOJ | |
| EFP-015-000000188 | EFP-015-000000188 | Attorney-Client | 20050630 | Northey, Robert D | USACE CEMVN-OC | Mathies, Linda G | USACE MVN | E-mails dated 06/29/2005 to 06/30/2005 regarding New Holy Cross Motion with attachments; Motions dated 06/28/2005 regarding Plaintiff's Motion To Lift Stay, Memorandum In Support, Ex Parte Request. |
| | | | | O'Donnell, Jessica | USDOJ | Wiegand, Danny L | USACE MVN | |
| | | | | Babich, Adam | Tulane Law Clinic | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Jordan, Lisa | Tulane Law Clinic | Mach, Rodney F | USACE MVN | |
| | | | | Spencer, Tyra | Tulane Law Clinic | Burdine, Carol S | USACE MVN | |
| | | | | | | Sloan, Rogers | USACE MVD | |
| | | | | | | Sorgente, Natalia | USDOJ | |
| | | | | | | Frederick, Denise D | USACE MVN | |
| EFP-015-000000258 | EFP-015-000000258 | Attorney-Client | 20050713 | Northey, Robert D | USACE CEMVN-OC | Burdine, Carol S | USACE MVN | E-mail regarding HCNA v USACE Hearing Date. |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Bacuta, George C | USACE MVN | |
| EFP-015-000000259 | EFP-015-000000259 | Attorney-Client | 20050630 | Northey, Robert D | USACE CEMVN-OC | Mathies, Linda G | USACE MVN | E-mail regarding Barry Kohl's Allegations concerning HCNA v USACE. |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Bacuta, George C | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| EFP-015-000000326 | EFP-015-000000326 | Attorney-Client | 20050415 | Northey, Robert D | USACE CEMVN-OC | Burdine, Carol S | USACE MVN | E-mail regarding IHNC v USACE Sampling and Analysis Plan. |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | O'Donnell, Jessica | USDOJ | |
| | | | | | | Sorgente, Natalia | USDOJ | |
| EFP-015-000000341 | EFP-015-000000341 | Attorney-Client | 20050712 | Mach, Rodney F | USACE MVN | Mathies, Linda G | USACE MVN | E-mail regarding Leave. |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Jones, Robert P | USACE ERDC-EL-MS | |
| EFP-015-000000387 | EFP-015-000000387 | Attorney-Client | 20050714 | O'Donnell, Jessica | USDOJ | Wiegand, Danny L | USACE MVN | E-mail regarding Plaintiff's Brief; Motions dated 06/28/2005 regarding Holy Cross v USACE Plaintiffs' Motion To Lift Stay, Memorandum In Support of Plaintiffs' Motion To Lift Stay. |
| | | | | Babich, Adam | Tulane Law Clinic | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Jordan, Lisa | Tulane Law Clinic | Northey, Robert D | USACE MVN | |
| | | | | Spencer, Tyra | Tulane Law Clinic | Fallon, Eldon | US District Court Eastern District of Louisiana | |
| EFP-015-000000419 | EFP-015-000000419 | Attorney-Client | 20050609 | Steevens, Jeffery A | USACE ERDC-EL-MS | Steevens, Jeffery A | USACE ERDC-EL-MS | E-mails dated 06/07/2005 to 06/09/2005 regarding Award to Weston Solutions with attached IHNC Agenda Items. |
| | | | | Mathies, Linda G | USACE MVN | Mathies, Linda G | USACE MVN | |
| | | | | Burdine, Carol S | USACE MVN | Burdine, Carol S | USACE MVN | |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mach, Rodney F | USACE MVN | |
| | | | | Dalmado, Michelle R | USACE CEMVN-CT-E | Agan, John A | USACE MVN | |
| | | | | | | Mabry, Reuben C | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Bacuta, George C | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| EFP-015-000000420 | EFP-015-000000420 | Attorney-Client | 20050609 | Mathies, Linda G | USACE MVN | Steevens, Jeffery A | USACE ERDC-EL-MS | E-mails dated 06/07/2005 to 06/09/2005 regarding Award to Weston Solutions. |
| | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | Mathies, Linda G | USACE MVN | |
| | | | | Burdine, Carol S | USACE MVN | Burdine, Carol S | USACE MVN | |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mach, Rodney F | USACE MVN | |
| | | | | Dalmado, Michelle R | USACE CEMVN-CT-E | Agan, John A | USACE MVN | |
| | | | | | | Mabry, Reuben C | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Northey, Robert D | USACE CEMVN-OC | |
| | | | | | | Bacuta, George C | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| EFP-015-000000421 | EFP-015-000000421 | Attorney-Client | 20050608 | Northey, Robert D | USACE CEMVN-OC | Burdine, Carol S | USACE MVN | E-mails dated 06/07/2005 to 06/08/2005 regarding Award to Weston Solutions. |
| | | | | Burdine, Carol S | USACE MVN | Mathies, Linda G | USACE MVN | |
| | | | | Dalmado, Michelle R | USACE CEMVN-CT-E | Mach, Rodney F | USACE MVN | |
| | | | | | | Agan, John A | USACE MVN | |
| | | | | | | Mabry, Reuben C | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Northey, Robert D | USACE CEMVN-OC | |
| | | | | | | Bacuta, George C | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| EFP-015-000000422 | EFP-015-000000422 | Attorney-Client | 20050608 | Burdine, Carol S | USACE MVN | Mach, Rodney F | USACE MVN | E-mails dated 06/07/2005 to 06/08/2005 regarding Award to Weston Solutions. |
| | | | | Northey, Robert D | USACE CEMVN-OC | Wiegand, Danny L | USACE MVN | |
| | | | | Dalmado, Michelle R | USACE CEMVN-CT-E | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Northey, Robert D | USACE CEMVN-OC | |
| EFP-015-000000492 | EFP-015-000000492 | Attorney-Client | 20050714 | Wiegand, Danny L | USACE MVN | Northey, Robert D | USACE CEMVN-OC | E-mails dated 11/12/2004 to 07/14/2005 regarding Holy Cross, Revised Table 2 for SAP, SAP Changes with attachments; Report regarding Danny Wiegand E-mail Address; Report regarding Table 2 Sampling Sites and Compositing Plan. |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mach, Rodney F | USACE MVN | |
| | | | | O'Donnell, Jessica | USDOJ | Burdine, Carol S | USACE MVN | |
| | | | | Mathies, Linda G | USACE MVN | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Mathies, Linda G | USACE MVN | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Bacuta, George C | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| EFP-015-000000493 | EFP-015-000000493 | Attorney-Client | 20050712 | Wiegand, Danny L | USACE MVN | Northey, Robert D | USACE CEMVN-OC | E-mails dated 07/11/2005 to 07/12/2005 regarding Holy Cross with attachment; Report regarding Danny Wiegand E-mail Address. |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mach, Rodney F | USACE MVN | |
| | | | | O'Donnell, Jessica | USDOJ | Burdine, Carol S | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| EFP-015-000000494 | EFP-015-000000494 | Attorney-Client; Attorney Work Product | 20050714 | O'Donnell, Jessica | USDOJ | Northey, Robert D | USACE CEMVN-OC | E-mails dated 07/11/2005 to 07/14/2005 regarding Holy Cross with attachments; Draft Motion dated 7/15/2005 regarding Holy Cross v USACE Memorandum In Opposition To Plaintiffs' Motion To Lift Stay with attached Draft Order. |
| | | | | Northey, Robert D | USACE CEMVN-OC | Sorgente, Natalia | USDOJ | |
| | | | | Wiegand, Danny L | USACE MVN | Wiegand, Danny L | USACE MVN | |
| | | | | Sansonetti, Thomas L | USDOJ | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Letten, Jim | USDOJ | O'Donnell, Jessica | USDOJ | |
| | | | | Groome, Margaret | USDOJ | Mach, Rodney F | USACE MVN | |
| | | | | Sorgente, Natalia T | USDOJ | Burdine, Carol S | USACE MVN | |
| | | | | O'Donnell, Jessica | USDOJ | Mathies, Linda G | USACE MVN | |
| | | | | Fallon, Eldon | US District Court Eastern District of Louisiana | | | |
| EFP-015-000000586 | EFP-015-000000586 | Attorney-Client | 20050805 | Wiegand, Danny L | USACE MVN | Northey, Robert D | USACE MVN | E-mails dated 03/17/2005 to 08/05/2005 regarding Location of Split Samples with attachment; Report regarding Danny Wiegand E-mail Address. |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mathies, Linda G | USACE MVN | |
| | | | | Bourgeois-Calvin, Andrea | Save Our Lake | Jones, Robert P | USACE ERDC-EL-MS | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Moore, David | Weston Solutions Inc | |
| | | | | | | Riley, Brian | Weston Solutions Inc | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Bourgeois-Calvin, Andrea | Save Our Lake | |
| | | | | | | Dufrechou, Carlton | | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| EFP-015-000000591 | EFP-015-000000591 | Attorney-Client | 20050808 | Jones, Robert P | USACE ERDC-EL-MS | Wiegand, Danny L | USACE MVN | E-mails dated 03/17/2005 to 08/08/2005 regarding Location of Split Samples. |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mathies, Linda G | USACE MVN | |
| | | | | Wiegand, Danny L | USACE MVN | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Bourgeois-Calvin, Andrea | Save Our Lake | Northey, Robert D | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Moore, David | | |
| | | | | | | Riley, Brian | | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Jones, Robert P | USACE ERDC-EL-MS | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Dufrechou, Carlton | | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| EFP-015-000000603 | EFP-015-000000603 | Attorney-Client | 20050623 | Bacuta, George C | USACE MVN | Wiegand, Danny L | USACE MVN | E-mails dated 06/22/2005 to 06/23/2005 regarding Meeting to Discuss Status of Sampling and Analysis of Proposed Dredged Material for IHNC Lock Replacement Project. |
| | | | | Mabry, Reuben C | USACE MVN | Mach, Rodney F | USACE MVN | |
| | | | | Mathies, Linda G | USACE MVN | Mathies, Linda G | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Agan, John A | USACE MVN | |
| | | | | | | Mabry, Reuben C | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Guillory, Lee A | USACE MVN | |
| | | | | | | Brooks, Robert L | USACE MVN | |
| | | | | | | Britsch, Louis D | USACE MVN | |
| | | | | | | Estes, Trudy J | USACE ERDC-EL-MS | |
| | | | | | | Jones, Robert P | USACE ERDC-EL-MS | |
| | | | | | | Price, Richard A | USACE ERDC-EL-MS | |
| | | | | | | Bacuta, George C | USACE MVN | |
| EFP-015-000000655 | EFP-015-000000655 | Attorney-Client | 20050714 | Wiegand, Danny L | USACE MVN | O'Donnell, Jessica | USDOJ | E-mails dated 07/13/2005 to 07/14/2005 regarding Quiz; Report regarding Danny Wiegand E-mail Address. |
| | | | | O'Donnell, Jessica | USDOJ | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | Northey, Robert D | USACE MVN | |
| | | | | Northey, Robert D | USACE CEMVN-OC | Wiegand, Danny L | USACE MVN | |
| | | | | Sorgente, Natalia T | USDOJ | Sorgente, Natalia | USDOJ | |
| EFP-015-000000656 | EFP-015-000000656 | Attorney-Client | 20050713 | Northey, Robert D | USACE CEMVN-OC | O'Donnell, Jessica | USDOJ | E-mails dated 07/13/2005 regarding Quiz. |
| | | | | O'Donnell, Jessica | USDOJ | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Sorgente, Natalia T | USDOJ | Wiegand, Danny L | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Sorgente, Natalia | USDOJ | |
| EFP-015-000000749 | EFP-015-000000749 | Attorney-Client | 20050714 | O'Donnell, Jessica | USDOJ | Wiegand, Danny L | USACE MVN | E-mail regarding Referenced Documents with attachment; Motion dated 06/28/2005 regarding Plaintiffs' Exhibits In Support Of Their Motion To Lift Stay with enclosed Exhibits. |
| | | | | Babich, Adam | Tulane Environmental Law Clinic | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Jordan, Lisa | Tulane Environmental Law Clinic | Northey, Robert D | USACE MVN | |
| | | | | | | Fallon, Eldon | US District Court Eastern District of Louisiana | |
| EFP-026-000000530 | EFP-026-000000530 | Privacy Act | 20071001 | Bouldin, Jennifer N | Arkansas State University | Kennedy, Alan J | USACE ERDC-EL-MS | E-mail dated 10/01/2007 regarding Clams. |
| | | | | | | Farrar, Daniel | USACE ERDC-EL-MS | |
| EFP-040-000000177 | EFP-040-000000177 | Deliberative Process | XXXXXXXX | Jane | | Bruce | | E-mails regarding New Orleans Area Wave Measurements. |
| | | | | Bruce | | Jane | | |
| EFP-042-000000848 | EFP-042-000000848 | Deliberative Process | XXXXXXXX | Jane | | Bruce | | E-mails regarding New Orleans Area Wave Measurements. |
| | | | | Bruce | | Jane | | |
| EFP-043-000000006 | EFP-043-000000006 | Attorney-Client | 20050808 | Suedel, Burton | USACE ERDC-EL-MS | Jones, Robert P | USACE ERDC-EL-MS | E-mails dated 03/17/2005 to 08/08/2005 regarding Location of Split Samples with attachment; Report regarding QAPP Validation and Verification. |
| | | | | Jones, Robert P | USACE ERDC-EL-MS | Suedel, Burton | USACE ERDC-EL-MS | |
| | | | | Wiegand, Danny L | USACE MVN | Northey, Robert D | USACE MVN | |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mathies, Linda G | USACE MVN | |
| | | | | Bourgeois-Calvin, Andrea | saveourlake.org | Steevens, Jeffery A | USACE ERDC-EL-MS | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Bourgeois-Calvin, Andrea | saveourlake.org | |
| | | | | | | Dufrechou, Carlton | | |
| EFP-043-000000042 | EFP-043-000000042 | Attorney-Client | 20050808 | Suedel, Burton | USACE ERDC-EL-MS | Jones, Robert P | USACE ERDC-EL-MS | E-mails dated 03/17/2005 to 08/08/2005 Location of Split Samples with attached QAPP Validation Text. |
| | | | | Jones, Robert P | USACE ERDC-EL-MS | Suedel, Burton | USACE ERDC-EL-MS | |
| | | | | Wiegand, Danny L | USACE MVN | Northey, Robert D | USACE MVN | |
| | | | | Northey, Robert D | USACE CEMVN-OC | Mathies, Linda G | USACE MVN | |
| | | | | Bourgeois-Calvin, Andrea | saveourlake.org | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Bourgeois-Calvin, Andrea | saveourlake.org | |
| | | | | | | Dufrechou, Carlton | | |
| EFP-043-000000061 | EFP-043-000000061 | Attorney-Client | 20050609 | Steevens, Jeffery A | USACE ERDC-EL-MS | Taggart, Douglas B | USACE NOW | E-mails dated 06/08/2005 to 06/09/2005 regarding Award to Weston Solutions. |
| | | | | Mathies, Linda G | USACE MVN | Jones, Robert P | USACE ERDC-EL-MS | |
| | | | | Burdine, Carol S | USACE MVN | Burdine, Carol S | USACE MVN | |
| | | | | Dalmado, Michelle R | USACE MVN | Wiegand, Danny L | USACE MVN | |
| | | | | Northey, Robert D | USACE CEMVN-OC | Agan, John A | USACE MVN | |
| | | | | | | Mabry, Reuben C | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Bacuta, George C | USACE MVN | |
| | | | | | | Dalmado, Michelle | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| EFP-043-000000221 | EFP-043-000000221 | Attorney-Client | 20050629 | Martz, Tara | STL Inc | Martz, Tara | STL Inc | E-mails dated 05/23/2005 to 06/29/2005 regarding Revised Draft Final SOW for Dredged Material Evaluation for IHNC Lock Replacement Project. |
| | | | | Jones, Robert P | USACE ERDC-EL-MS | Jones, Robert P | USACE ERDC-EL-MS | |
| | | | | Burdine, Carol S | USACE MVN | Burdine, Carol S | USACE MVN | |
| | | | | Mach, Rodney F | USACE MVN | Mach, Rodney F | USACE MVN | |
| | | | | Mathies, Linda G | USACE MVN | Mathies, Linda G | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Bacuta, George C | USACE MVN | |
| | | | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| EFP-043-000000236 | EFP-043-000000236 | Attorney-Client | 20050719 | Martz, Tara | STL Inc | Martz, Tara | STL Inc | E-mails dated 06/13/2005 to 07/19/2005 regarding Team Tasks for IHNC Dredged Material Evaluation with attachment; Report regarding STL Pricing for IHNC. |
| | | | | Jones, Robert P | USACE ERDC-EL-MS | Jones, Robert P | USACE ERDC-EL-MS | |
| | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Mathies, Linda G | USACE MVN | Mathies, Linda G | USACE MVN | |
| | | | | | | Reynolds, John D | STL Inc | |
| | | | | | | Moore, David | Weston Solutions Inc | |
| | | | | | | Agan, John A | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Estes, Trudy J | USACE MVN | |
| | | | | | | Mabry, Reuben C | USACE MVN | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| | | | | | | Price, Richard A | USACE ERDC-EL-MS | |
| | | | | | | | STL Inc | |
| EFP-043-000000440 | EFP-043-000000440 | Attorney-Client | 20050707 | Jones, Robert P | USACE ERDC-EL-MS | Jones, Robert P | USACE ERDC-EL-MS | E-mails dated 07/06/2005 to 07/07/2005 regarding Revised STL On-Site and Sample Management Estimate with attachment; Report regarding STL Cost Estimation for a Sample Management Officer and Sample Shipping Duties. |
| | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Martz, Tara | STL Inc | Mathies, Linda G | USACE MVN | |
| | | | | | | Agan, John A | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Estes, Trudy J | USACE ERDC-EL-MS | |
| | | | | | | Mabry, Reuben C | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Price, Richard A | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| EFP-043-000000468 | EFP-043-000000468 | Attorney-Client | 20050719 | Jones, Robert P | USACE ERDC-EL-MS | Jones, Robert P | USACE ERDC-EL-MS | E-mails dated 06/13/2005 to 07/19/2005 regarding Team Tasks for IHNC Dredged Material Evaluation. |
| | | | | Martz, Tara | STL Inc | Martz, Tara | STL Inc | |
| | | | | Steevens, Jeffery A | USACE ERDC-EL-MS | Steevens, Jeffery A | USACE ERDC-EL-MS | |
| | | | | Mathies, Linda G | USACE MVN | Mathies, Linda G | USACE MVN | |
| | | | | | | Reynolds, John D | STL Inc | |
| | | | | | | Moore, David | Weston Solutions Inc | |
| | | | | | | Agan, John A | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Corbino, Jeffrey M | USACE MVN | |
| | | | | | | Estes, Trudy J | USACE MVN | |
| | | | | | | Mabry, Reuben C | USACE MVN | |
| | | | | | | Mach, Rodney F | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Price, Richard A | USACE MVN | |
| | | | | | | Wiegand, Danny L | USACE MVN | |
| EFP-622-000000001 | EFP-622-000000001 | Deliberative Process | 200711XX | Letter, Joseph V | USACE ERDC-CHL-MS | | | Draft Report dated 11/XX/2007 regarding River Diversions and Shoaling. |
| | | | | Pinkard, Fred | USACE ERDC-CHL-MS | | | |
| | | | | Raphelt, Nolan K | USACE ERDC-CHL-MS | | | |
| EFP-622-000000002 | EFP-622-000000002 | Deliberative Process | 20071203 | Pinkard, Fred | USACE ERDC-CHL-MS | McAdory, Robert T | USACE ERDC-CHL-MS | E-mail dated 12/03/2007 regarding River Diversions and Shoaling Tech Note Revised Due to Peer Review. |
| | | | | | | Letter, Joseph V | USACE ERDC-CHL-MS | |
| | | | | | | Raphelt, Nolan K | USACE ERDC-CHL-MS | |
| | | | | | | Heath, Ronald E | USACE ERDC-CHL-MS | |
| EFP-622-000000003 | EFP-622-000000003 | Deliberative Process | 200711XX | Letter, Joseph V | USACE ERDC-CHL-MS | | | Draft Report dated 11/XX/2007 regarding River Diversions and Shoaling. |
| | | | | Pinkard, Fred | USACE ERDC-CHL-MS | | | |
| | | | | Raphelt, Nolan K | USACE ERDC-CHL-MS | | | |
| EFP-622-000000004 | EFP-622-000000004 | Deliberative Process | XXXXXXXX | Wamsley, Ty V | USACE ERDC-CHL-MS | | | Draft Report regarding Proposed Interim Protection Structure Surge Modeling Study. |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Cialone, Mary A | USACE ERDC-CHL-MS | | | |
| | | | | McAlpin, Tate | USACE ERDC-CHL-MS | | | |
| EFP-622-000000005 | EFP-622-000000005 | Deliberative Process | XXXXXXXX | Wamsley, Ty V | USACE ERDC-CHL-MS | | | Draft Report regarding Proposed Interim Protection Structure Surge Modeling Study. |
| | | | | Cialone, Mary A | USACE ERDC-CHL-MS | | | |
| | | | | McAlpin, Tate | USACE ERDC-CHL-MS | | | |
| EFP-632-000000007 | EFP-632-000000007 | Privacy Act | XXXXXXXX | | | | | Report regarding IPET Tasks, Contact Person, Organization. |
| ENF-014-000000004 | ENF-014-000000004 | Privacy Act | 20040714 | | | | | Report dated 07/14/2004 regarding Status of Real Estate of Shoreline Protection in Lake Borgne at Shell Beach and Bayou Dupre Project PO-30 St Bernard Parish, LA. |
| ENF-014-000000005 | ENF-014-000000005 | Privacy Act | 20040818 | | | | | Report dated 08/18/2004 regarding Status of Shoreline Protection in Lake Borgne at Shell Beach and Bayou Dupre Project PO-30, St Bernard Parish, LA. |
| ENF-014-000000006 | ENF-014-000000006 | Privacy Act | 20040908 | | | | | Report dated 09/08/2004 regarding Status of Shoreline Protection in Lake Borgne at Shell Beach and Bayou Dupre Project PO-30, St Bernard Parish, LA. |
| ENF-014-000000007 | ENF-014-000000007 | Privacy Act | 20050504 | | | | | Report dated 05/04/2005 regarding Status of Shoreline Protection in Lake Borgne at Shell Beach and Bayou Dupre Project PO-30 St Bernard Paris, LA Status Report. |
| ENF-014-000000008 | ENF-014-000000008 | Privacy Act | 20070712 | Duszynski, Gerald M | Office of Coastal Restoration and Management (OCRM) | Hoffpauir, Helen | LDNR-CRD | Letter dated 06/29/2007, stamp dated 07/12/2007, regarding Notice of Acquisition and Compensation regarding Oyster Lease Number 2818401. |
| | | | | Torres, Lena R | Parish of St Bernard LA | Roussel, John | Louisiana Department Wildlife and Fisheries | |
| | | | | | | Assevado, Malcolm J | St Bernard Parish | |
| GEP-005-000000001 | GEP-005-000000449 | Deliberative Process | 2006XXXX | DeWitt, Nancy T | US Geological Survey, Florida Integrated Science Center, St. Petersburg, FL | | | Bathymetry data files. |
| GEP-006-000000001 | GEP-006-000000122 | Deliberative Process | 2006XXXX | Wilson, Scott | US Geological Survey, National Wetlands Research Center, Lafayette, LA | | | Electronic geographic information system data not yet processed through peer review and publication. |
| JFP-006-000000005 | JFP-006-000000005 | Deliberative Process | XXXXXXXX | | USACE MVS | | | Report regarding Louisiana Coastal Protection and Restoration Interior Flood Hydrology Study for New Orleans East Area. |
| JFP-006-000000006 | JFP-006-000000006 | Deliberative Process | 20071018 | Wamsley, Ty V | USACE CEERD-HV-T | | | Draft Report regarding Minutes of Hydrodynamic Modeling Brief for LACPR and MSCIP for MG Riley by Ty Wamsley and Barbara Kleiss. |
| | | | | Kleiss, Barbara | USACE CEERD-HV-T | | | |
| | | | | Riley, M G | | | | |
| | | | | Rogers, Michael B | | | | |
| | | | | Gambrell, Steve | | | | |
| | | | | Wilbanks, Rayford E | | | | |
| | | | | Brooks, Eddie | | | | |
| | | | | Richardson, Tom | | | | |
| | | | | Fleming, Beth | | | | |
| | | | | Bridges, Todd | | | | |
| | | | | Jenkins, Richard | | | | |
| | | | | Ebersole, Bruce | | | | |
| | | | | Tazik, Dave | | | | |
| | | | | Rees, Susan | | | | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Russo, Edmond J | USACE ERDC-CHL-MS | | | |
| | | | | Powell, Nancy | | | | |
| | | | | Stutts, Vann | | | | |
| QFP-008-000000001 | QFP-008-000000001 | 46 USC 6308 | XXXXXXXX | | US Coast Guard | | | Report regarding Investigative Report Grounding of Hopper Barge ING 4727 USCG MISLE Incident Investigation Activity No. 2516389. |
| QFP-009-000000001 | QFP-009-000000001 | 46 USC 6308 | XXXXXXXX | | US Coast Guard | | US Coast Guard | Report regarding Investigation into Circumstances Surrounding the Incident Involving Hurricane Katrina ING4727/Breakaway-Grounding/JAH. |
| ZFP-022-000000024 | ZFP-022-000000024 | Privacy Act | 20060602 | Rankin, Laetitia | FEMA | Wittum, David | FEMA | E-mails dated 06/02/2006 regarding Collapsed Buildings Notification pursuant to the Secondary Programmatic Agreement with attachment; Letters dated 05/25/2006 to 06/02/2006 regarding Section 106 Review Hurricane Katrina Demolition of 2,177 Private Properties in Orleans Parish with enclosed Property Listings. |
| | | | | Grisham, Michael | FEMA | Schriber, Donald | FEMA | |
| | | | | Durio, Lori | FEMA | Centineo, Mike | City of New Orleans | |
| | | | | Emery, Jason A | FEMA | Breaux, B | City of New Orleans | |
| | | | | Aiches, Alan | FEMA | Aiches, Alan | FEMA | |
| | | | | | | Ketchum, John | | |
| | | | | | | Breaux, Pam | State of Louisiana | |
| ZFP-022-000000025 | ZFP-022-000000025 | Privacy Act | 20051220 | Sanchez, Carlos | FEMA | Schriber, Donald | FEMA | Email regarding DOE for Lower 9th Ward 118 Structures with attachments; Letters dated 12/14/2005 to 12/16/2005 regarding Determinations of National Register Eligibility for Residences and Portions of Residenses Carried by Floodwaters into Public Rights of Way; Location Map regarding Right of Way Debris in 9th Ward; Report regarding 9th Ward GPS. |
| | | | | Breaux, Pam | State of Louisiana | Neustadter, Mary | | |
| | | | | Sessa, Ken | FEMA | Doeden, Mary | | |
| | | | | | | Livingstone, David | | |
| | | | | | | Sessa, Ken | FEMA | |
| | | | | | | Breaux, Pam | State of Louisiana | |
| ZFP-022-000000026 | ZFP-022-000000026 | Privacy Act | 20060312 | Falk, Maurice S | USACE MVN | Park, Michael F | USACE MVN | E-mails dated 03/11/2006 to 03/12/2006 regarding Private Properties In Danger of Collapse with attachment; Report regarding Private Properties in Danger of Collapse; Report dated 03/11/2006 regarding Locations of Planned Demolitions For Orleans Parish. |
| | | | | Zager, Matthew S | USACE MVR | Lowe, Michael H | USACE MVN | |
| | | | | O'Neal, Loretta | USACE LA-RFO | Pearson, Dwight W | USACE LA-RFO | |
| | | | | | | Todd, Jean F | USACE MVM | |
| | | | | | | Hofstetter, Charlotte G | USACE NAO | |
| | | | | | | Frank, Daniel D | USACE LRL | |
| | | | | | | McKillip, Doris J | USACE NWP | |
| | | | | | | Sills, David W | USACE MVD | |
| | | | | | | Schriber, Donald | FEMA | |
| | | | | | | Fogarty, John G | USACE MVN | |
| | | | | | | Ashley, Chester | USACE LA-RFO | |
| | | | | | | Bergez, Richard A | USACE MVN | |
| | | | | | | Schaefer, Joe | USACE NAB02 | |
| | | | | | | Beltran, Edward D | USACE SPK | |
| | | | | | | O'Neal, Loretta | USACE LA-RFO | |
| | | | | | | Falk, Maurice S | USACE MVN | |
| | | | | | | Steagall, Michael | USACE MVN | |
| | | | | | | Zager, Matthew S | USACE MVR | |

Privilege/Protected Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
December 30, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| ZFP-022-000000027 | ZFP-022-000000027 | Privacy Act | 20060316 | Cecone, J I | FEMA | Schriber, Donald | FEMA | E-mail regarding ROW 9th Ward Removal Progress with attachment; Report regarding Orleans Parish ROW Demolition Progress. |
| | | | | | | Goodroad, Steven | FEMA | |
| | | | | | | Hatfield, Michael | | |
| | | | | | | Demoss, Larry | amec.com | |
| | | | | | | Fogolino, Annette | | |
| ZFP-022-000000028 | ZFP-022-000000028 | Privacy Act | 20060508 | Fogarty, John G | USACE MVN | Frank, Daniel D | USACE LRL | Email regarding ROW Structure Clearances with attachments; Letters dated 12/14/2005 to 12/16/2005 regarding Determinations of National Register Eligibility for Residences and Portions of Residences Carried by Floodwaters into Public Rights of Way; Report regarding 9th Ward GPS. |
| | | | | Breaux, Pam | State of Louisiana | Steagall, Michael | USACE MVN | |
| | | | | Sessa, Ken | FEMA | Falk, Maurice S | USACE MVN | |
| | | | | | | Schriber, Donald | FEMA | |
| | | | | | | Ashley, Chester | USACE LA-RFO | |
| | | | | | | Thorne, Russell K | USACE SPK | |
| | | | | | | Sessa, Ken | FEMA | |
| | | | | | | Breaux, Pam | State of Louisiana | |
| ZFP-022-000000029 | ZFP-022-000000029 | Privacy Act | 20060509 | Aiches, Alan | FEMA | Schriber, Donald | FEMA | E-mails dated 05/09/2006 regarding attached 9th Ward ROW Spreadsheet; Report regarding Lower 9th Secondary ROW Removal. |
| | | | | Gomez, Valerie | FEMA | Fairley, David | | |
| | | | | | | Wittum, David | FEMA | |
| | | | | | | Ketchum, John | | |
| ZFP-023-000000029 | ZFP-023-000000029 | Attorney-Client | 20050912 | Hepler, Megs | | Williams, Andrea | FEMA | E-mails dated 09/09/2005 to 09/12/2005 regarding Oversight Testimony on Hurricane Prediction. |
| | | | | Williams, Andrea | FEMA | Earman, Margie | | |
| | | | | Blank, Karen | Department of Homeland Security | Schumann, James | | |
| | | | | | | Koshgarian, Susan | | |
| | | | | | | Miller, Raymond | | |
| | | | | | | Nelson, Jason | | |
| | | | | | | Rule, Natalie | | |
| | | | | | | Sevier, Adrian | | |
| | | | | | | Hepler, Megs | | |
| | | | | | | Earman, Margie | | |
| | | | | | | Gray, Patricia | | |
| | | | | | | Herman, Michael | | |
| | | | | | | Williams, Pamela | | |
| | | | | | | Trissell, David | | |
| | | | | | | Davis, Linda M | | |
| | | | | | | Smith, Gary | | |
| | | | | | | Kearney, Patrick | FEMA | |
| | | | | | | Schumann, James | | |
| | | | | | | Carr | | |
| | | | | | | Friedman, Nancy | | |
| | | | | | | Goad, Michael | | |
| | | | | | | Kaplan, Randall | | |
| | | | | | | Koenig, George | | |
| | | | | | | Maher, Joseph | | |
| | | | | | | Murphy, S | | |