# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| PERTAINS TO: INSURANCE | * * | MAGISTRATE: WILKINSON |
| Penny and Henry Alexander (07-4455) | * | |
| Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455) | * * | |
| L.J. and Eva Dell Aucoin (07-4458 | * | |
| Santiago and Lucina Avila (07-5206) | * | |
| Debra Bennett (07-5206) | * | |
| Elaine Berry (07-5206) | * | |
| Ronald and Orbadella Browder (07-4458) | * | |
| Ivory & Shirley Chopin (07-5206 & 07-5769) | * | |
| Bonnie Condor (07-4458 & 07-5206) | * | |
| Thomas Coston (07-4455) | * | |
| Lewis Crosby, Jr. (07-4458) | * | |
| Alice Dabney (07-5206) | * | |
| Geneva Dorsey (07-4455 & 07-5206) | * | |
| Betty Duplessis (07-4458) | * | |
| Sandra Ebbs (07-4455) | * | |
| Gladys Encalade (07-5206) | * | |
| Ronald and Donna Fournier (07-5206) | * | |
| Betty Crosby Francis (07-4455) | * | |
| Brenda V. Gibson (07-5206) | * | |
| Lisa and Anthony Grimble (07-4455) | * | |
| Deborah Jackson (07-4458) | * | |
| Gregory Lassair, Sr. (07-4455) | * | |
| Thomas Lavigne (07-5206) | * | |

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

* * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO ALLSTATE'S MOTION TO DISMISS DUPLICATE CLAIMS & SUPPLEMENT

### ARGUMENT

Regarding the category of earlier filed lawsuits (Allstate's motion, paragraph 11), any clients who have expressed a preference to have Hurricane Legal Center handle their claim should not suffer a dismissal simply because another law firm filed an earlier lawsuit. Rather, that other lawsuit, even though filed earlier, should be dismissed.

As to those clients who have not expressed a preference for either law firm, Hurricane Legal Center leaves it up to the court to make that decision.

Regarding the category where settlements are claimed to have been reached (Allstate's motion, paragraph 12), where the client has indicated a preference to have Hurricane Legal Center represent them it is the other lawsuit (on this occasion later filed) which should be dismissed. As to those clients who have not expressed a preference one way or the other, there is no reason to dismiss prior to the client signing a settlement agreement. Should the client do so any time in the future, Hurricane Legal Center would obviously have no objection to dismissal of its lawsuit.

DATED: December 30, 2008.

Respectfully submitted,

/s/ Stuart T. Barasch
STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Telephone: (504) 525-1944
Facsimile:  (504) 525-1279

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiffs' Memorandum in Opposition to Allstate's Motion to Dismiss Duplicate Claims & Supplement has been served upon all counsel of record, via electronic filing, this 30th day of December, 2008.

/s/ Stuart T. Barasch
STUART T. BARASCH