UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES     * <br>            CONSOLIDATED LITIGATION     * <br>                * <br> _____ * <br>     * <br> PERTAINS TO: INSURANCE     * | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE: DUVAL <br><br> MAGISTRATE: WILKINSON |

Penny and Henry Alexander (07-4455)   *
Irwin Anderson, Sr. by Gail Anderson Wharton   *
(07-4455)   *
L.J. and Eva Dell Aucoin (07-4458)   *
Santiago and Lucina Avila (07-5206)   *
Debra Bennett (07-5206)   *
Elaine Berry (07-5206)   *
Ronald and Orbadella Browder (07-4458)   *
Ivory & Shirley Chopin (07-5206 & 07-5769)   *
Bonnie Condor (07-4458 & 07-5206)   *
Thomas Coston (07-4455)   *
Lewis Crosby, Jr. (07-4458)   *
Alice Dabney (07-5206)   *
Geneva Dorsey (07-4455 & 07-5206)   *
Betty Duplessis (07-4458)   *
Sandra Ebbs (07-4455)   *
Gladys Encalade (07-5206)   *
Ronald and Donna Fournier (07-5206)   *
Betty Crosby Francis (07-4455)   *
Brenda V. Gibson (07-5206)   *
Lisa and Anthony Grimble (07-4455)   *
Deborah Jackson (07-4458)   *
Gregory Lassair, Sr. (07-4455)   *
Thomas Lavigne (07-5206)   *
Betty Lundy (07-4458 & 07-5206)   *
Vera McGuire (07-4458)   *
Kenneth Mitchell (07-5206)   *
Christine Moten (07-5206)   *
Geraldine Norman (07-5206)   *
Joyce Olsen (07-5206)   *
Kim and Robert Price (07-4455)   *
Annie Richburg (07-4458)   *
Lashandra Russ (07-4455)   *

| | |
|---|---|
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF SASSOON SALES IN OPPOSITION TO ALLSTATE'S MOTION TO DISMISS DUPLICATE CLAIMS & SUPPLEMENT

## DECLARATION OF SASSOON SALES

I, SASSOON SALES, declare as follows:

1.  I am a member of the Louisiana law firm known as Hurricane Legal Center although I am not admitted in Louisiana. I have been an attorney in California for 34 years. I make this declaration in opposition to Allstate's Motion to Dismiss Duplicate Claims & Supplement.

2.  Beginning in December of 2007, once Hurricane Legal Center learned of dual representation of clients, we began to contact those clients to ascertain who the client desired to handle their claim. Accordingly, from December 2007 to April 2008 we obtained signed letters from those clients who wished to have Hurricane Legal Center handle their claim. These letters were sent to Allstate's attorneys herein.

3.  Earlier this month we received from the law office of Joseph Bruno a listing of clients who now wish Mr. Bruno's office to handle their claim. This listing was accompanied by signed

letters from the clients. A copy of this listing is attached hereto as Exhibit "1" and made a part hereof.

     4.     Based upon this listing Hurricane Legal Center has no objection to the following earlier filed actions described in paragraph 11 of Allstate's motion:

     Debra Bennett

     Betty Duplessis (not in Bruno list but independently communicated by client to HLC)

     Ronald and Donna Fournier

     Brenda V. Gibson

     Betty Lundy (not in Bruno list but independently communicated by client to HLC)

     Vera McGuire

     Kenneth Mitchell

     Geraldine Norman

     Joyce Olsen

     Preston Smith

     Cecile Vigee

    Herman and Brenda Williams (not in Bruno list but independently communicated by

      client to HLC)

  5.  As to the remaining names in paragraph 11, attached hereto as Exhibit "2" and made a part hereof are copies of letters previously signed by clients indicating their preference to have Hurricane Legal Center represent them.  There are several names identified in Allstate's paragraph 11 that are neither in Exhibit "1" nor "2" because the client has not stated a preference for either law firm.  For the convenience of the court the listing of names in Exhibit "2" is as follows:

    Penny and Henry Alexander

    Santiago and Lucina Avila

    Elaine Berry

    Ronald and Orbadella Browder

    Bonnie Condor

    Lewis Crosby, Jr.

    Alice Dabney

    Geneva Dorsey

    Gladys Encalade

    Thomas Lavigne

    Christine Motem

      Annie Richburg

      James Troxclair

      Edward Weber

      Carlene Williams

6.    Regarding the category contained in paragraph 12 of Allstate's motion - where settlements are claimed to be pending - within the last three months Hurricane Legal Center has received several phone calls from clients stating that they were informed that a settlement had been reached but they did not wish to accept that settlement. I personally spoke to all these clients and informed them that, if that was how they felt, they simply need not sign any settlement papers.

7.    Regarding this category (paragraph 12), based upon Exhibit "1", Hurricane Legal Center has no objection to the following clients claims being dismissed:

      Irwin Anderson

      Thomas Coston

      Joseph and Gwendolyn Smith

8.    Exhibit "2" discloses that the following clients have not rescinded their earlier preference to have Hurricane Legal Center handle their claim:

      Sandra Ebbs

      Kim and Robert Price

   Lashandra Russ

  9. Again regarding paragraph 12, as to those clients whose names are not contained in either Exhibit "1" or "2", Hurricane Legal Center, of course, has no objection to any client signing a settlement agreement through another law firm. However, the signing of a settlement agreement should occur before dismissal rather than vice versa since several clients have indicated their reluctance to accept a settlement that may have been arranged between Allstate and another law firm.

  The above facts are personally known to me and, if called as a witness, I would testify in conformity thereto.

  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of December, 2008 at New Orleans, Louisiana.


                 ***/S/ Sassoon Sales***
                 SASSOON SALES