# Exhibit 1

| Client Name | Main HO Ins | Dwelling | Contents | ALE | Dam. Prop. Street |
|---|---|---|---|---|---|
| Preston Smith | Allstate | 5,000.00 | 5,000.00 | 5,000.00 | 14106 Coveney Dr |
| Gloria Christopher | Allstate | 8,000.00 | 6,000.00 | 6,000.00 | 3805 Havana Pl. |
| Cecile Vigee | Allstate | 4,000.00 | 8,000.00 | 8,000.00 | 11311 Mid Point Dr |
| Vera McGuire | Allstate | 15,000.00 | 8,000.00 | 8,000.00 | 4540 Chantilly Dr. |
| Irving Anderson | Allstate | 8,000.00 | 6,000.00 | 6,000.00 | 2023 St. Maurice Ave |
| Gwendolyn Smith | Allstate | 12,000.00 | 6,000.00 | 4,000.00 | 4229 Mendez St. |
| Debra Wheeler-Bennett | Allstate | 5,000.00 | 5,000.00 | 5,000.00 | 5913 Lafaye St. |
| Diana Fizer | Allstate | 10,000.00 | 6,000.00 | 4,000.00 | 7818 Mayo Blvd. |
| Geraldine Norman | Allstate | 2,000.00 | 6,000.00 | 4,000.00 | 2211 St. Roch Ave. |
| Ivory Chopin | Allstate | 3,000.00 | 5,000.00 | 5,000.00 | 2049 Carver Dr. |
| Brenda Gibson | Allstate | 14,000.00 | 6,000.00 | 6,000.00 | 3431 Mandeville St. |
| Janice Coston | Allstate | 7,000.00 | 6,000.00 | 6,000.00 | 4965 Chrysler St. |
| Tonya Seager | Allstate | 10,000.00 | 8,000.00 | 4,000.00 | 1815 Alexander Ave. |
| Donna Fournier | Allstate | 12,000.00 | 6,000.00 | 6,000.00 | 6936 E. Laverne St. |
| Ivory Walker | Allstate | 12,000.00 | 6,000.00 | 6,000.00 | 8619 & 8621 Belfast St. |
| Kenneth Mitchell | Allstate | 13,000.00 | 6,000.00 | 6,000.00 | 1102 Crete St. |
| Joyce Olsen | Allstate | 18,000.00 | 6,000.00 | 6,000.00 | 409 Stafford Place |
| Ozzie Ball | LA Citizens | 24,742.51 | 5,000.00 | 4,500.00 | 6235 Doretha |
| Annette Macklin | Lloyds of London | 4,386.94 | 0.00 | 0.00 | 1923-25 Allen St. |
| James Shephard | State Farm | 14,000.00 | 4,000.00 | 4,000.00 | 3905 Ventura Dr |

## Endorsement Authorization
## Waiver of Attorneys' Fees and Costs

I authorize the Law Office of Joseph M. Bruno to endorse, deposit and distribute the check(s) referenced above. In addition, I agree to dismiss the above referenced client(s) in any and all suits that the Hurricane Legal Center may have filed pertaining to insurance claims stemming from Hurricane Katrina. Further, Hurricane Legal Center has not incurred any costs associated with duplicative litigation pertaining to the above-referenced claims and Hurricane Legal Center waives any portion of these proceeds identified as attorneys' fees.

_____

Hurricane Legal Center
Sassoon Sales