# Exhibit 2

**HURRICANE LEGAL CENTER, LLC**
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

March 7, 2008

Mr. Henry & Mrs. Penny Alexander
4968 Pauline Drive
New Orleans, Louisiana 70126

Dear Mr. & Mrs. Alexander;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

*[signature]*

Sassoon Sales

    I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

*[signature]*                            *[signature]*
Name                                         Name

SS/ap

HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

December 12, 2007

Mr. Santiago & Mrs. Lucina Avila
7596 Roehon Drive
New Orleans, Louisiana 70128

Re: Representation of your Homeowner's Insurance claim

Dear Mr. & Mrs. Avila,

Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.

_____
Mr. Santiago & Mrs. Lucina Avila

Yours very truly,

Stuart T. Barasch,

SB/bt

## HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
Admitted in Louisiana

Attorney, Sassoon Sales
Admitted in California

February 21, 2008

Ms. Elaine Berry
13830 Pierre's Court
New Orleans, Louisiana 70129

Dear Ms. Berry;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

*[signature]*

Sassoon Sales

    I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

*Elaine B. Berry*
Name

*[signature]*
Name

SS/ap

## HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

February 21, 2008

Mr. Ronald & Mrs. Orbadella Browder
1525 Station Center Blvd.
Apt. 1515
Suwanee, Georgia 30024

Dear Mr. & Mrs. Browder;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

*[signature]*

Sassoon Sales

    I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

*[signature]*
Name

*[signature]*
Name

## HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
  Admitted in Louisiana

Attorney, Sassoon Sales
  Admitted in California

February 21, 2008

Ms. Bonnie L. Condor
131 Aldine Blvd.
Apt. 5103
Houston, Texas 77060-3825

Dear Ms. Condor;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

Sassoon Sales

    I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

_Bonnie L. Condor_
Name
Feb. 25, 2008

_____
Name



**HURRICANE LEGAL CENTER, LLC**
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

February 22, 2008

Mr. Lewis Crosby
37030 Rivergate Avenue
Geismar, Louisiana 70734

Dear Mr. Crosby;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

*[signature]*

Sassoon Sales

    I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

_Lewis Crosby Jr._                      _Jeanette B. Crosby_
Name                                             Name

SS/ap



# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

December 12, 2007

Ms. Alice Dabney
5736 Alfred Street
New Orleans, Louisiana 70122

                Re: Representation of your Homeowner's Insurance claim

Dear Ms. Dabney,

    Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

    Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.

_____
Ms. Alice Dabney

Yours very truly,

Stuart T. Barasch

SB/bt

**HURRICANE LEGAL CENTER, LLC**
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California


December 12, 2007


Ms. Geneva Dorsey
2918 Audubon Street
New Orleans, Louisiana 70125


Re: Representation of your Homeowner's Insurance claim


Dear Ms. Dorsey,

Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.


*[signed] Geneva T. Dorsey*
_____
Ms. Geneva Dorsey



Yours very truly,



Stuart T. Barasch,



SB/bt

# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
   Admitted in Louisiana

Attorney, Sassoon Sales
   Admitted in California

February 22, 2008

Ms. Gladys Enclade
1922 Brookter Street
Slidell, Louisiana 70461

Dear Ms. Enclade;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

*[signature]*

Sassoon Sales

---

I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

*[signature: Gladys Enclade]*
_____            _____
Name                                    Name

SS/ap

# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944 Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

December 12, 2007

Mr. Thomas & Mrs. Octavia Lavigne
4511 Coronado Drive
New Orleans, Louisiana 70126

Re: Representation of your Homeowner's Insurance claim

Dear Mr. & Mrs. Lavigne,

Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.

_____
Mr. Thomas & Mrs. Octavia Lavigne

Yours very truly,

Stuart T. Barasch,

SB/bt

**HURRICANE LEGAL CENTER, LLC**
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

February 22, 2008

Ms. Christine Moten
3822 Dhemecourt Street
New Orleans, Louisiana 70119

Dear Ms. Moten:

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

*[signature]*

Sassoon Sales

---

    I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

*[signature: Mrs. B. Moten  02-25-2008]*
Name

CHRISTINE MOTEN
Name

SS/ap

## HURRICANE LEGAL CENTER LLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Office: (504) 525-1944   Toll Free: (888) 717-2078
Fax: (504) 525-1279

Attorney, Stuart T. Barasch
　　　Admitted in Louisiana

Attorney, Sassoon Sales
　　　Admitted in California

October 31, 2007

Dear Ms. Richburg,

This is in response to our conversation in regards to Attorney Tilton Hunter representing you in your Katrina claim. We have not received a letter back from you stating your decision in reference to who will pursue your homeowners claim.

Please sign below indicating if your desire is to have Hurricane Legal Center represent you.

_Mrs. Annie K. Richburg_
Ms. Annie Richburg

Yours very truly

Stuart T. Barasch,
Attorney

bt

Rec'd 11/13/07

# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

December 12, 2007

Mr. James Troxclair
10133 North Kelly Lane
Waggaman, Louisiana 70094

Re: Representation of your Homeowner's Insurance claim

Dear Mr. Troxclair,

Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.

_____
Mr. James Troxclair

Yours very truly,

Stuart T. Barasch,

SB/bt

RECEIVED
DEC 19 2007
BY: _____

# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
Admitted in Louisiana

Attorney, Sassoon Sales
Admitted in California

December 12, 2007

Mr. Edward Weber, Sr.
7151 Wayside Drive
New Orleans, Louisiana 70128

Re: Representation of your Homeowner's Insurance claim

Dear Mr. Weber,

Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.

_Deborah A. Weber, executor_
Mr. Edward Weber, Sr.

Yours very truly,

Stuart T. Barasch,

SB/bt

# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

February 22, 2008

Ms. Carlene Williams
2055 Carnot Street
New Orleans, Louisiana 70122

Dear Ms. Williams;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

Sassoon Sales

    I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

_Carlene Williams_            _____
Name                                           Name

SS/ap



received 2/27/08

# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
    Admitted in Louisiana

Attorney, Sassoon Sales
    Admitted in California

December 12, 2007

Mrs. Sandra Ebbs
2112 Gallier
New Orleans, Louisiana 70117

                  Re: Representation of your Homeowner's Insurance claim

Dear Mrs. Ebbs,

    Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

    Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.

*[signed]* Sandra Ebbs
Mrs. Sandra Ebbs

Yours very truly,

Stuart T. Barasch,

SB/bt



RECEIVED
DEC 19 2007
BY: _____

## HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
   Admitted in Louisiana

Attorney, Sassoon Sales
   Admitted in California


December 12, 2007


Mr. Robert & Mrs. Kim Price
4871 Rosalia Drive
New Orleans, Louisiana 70127


Re: Representation of your Homeowner's Insurance claim


Dear Mr. & Mrs. Price,

Please be advised that this law firm represents you in action against your homeowner's insurance company, Allstate. Allstate has advised us that another attorney claims to represent you in this matter as well.

Please sign below if you wish to have Hurricane Legal Center continue to pursue your claim.


_Mrs. Kim B. Price_
Mr. Robert & Mrs. Kim Price


Yours very truly,



Stuart T. Barasch,




SB/bt

**HURRICANE LEGAL CENTER, LLC**
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
  Admitted in Louisiana

Attorney, Sassoon Sales
  Admitted in California

March 7, 2008

Ms. Lashanda Russ
3415 General Taylor Street
New Orleans, Louisiana 70125

Dear Ms. Russ;

This is to confirm our conversation wherein you indicated that you would like our office to pursue your homeowner's insurance claim against Allstate Insurance Company, rather than any other law firm.

Therefore, please sign this letter below when indicated and we will inform Allstate.

Sincerely,

*[signature]*

Sassoon Sales

  I would like Hurricane Legal Center to pursue any claims against Allstate Insurance Company for homeowner's insurance benefits.

_Lashanda Russ_          _Lashanda Russ_
Name                  Name

SS/ap