UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | * NO. 05-4182 |
| | * and consolidated cases |
| PERTAINS TO: BARGE | * |
| | * SECTION "K"  (2) |
| | * |
| *Boutte v. Lafarge*          05-5531 | * |
| *Mumford v. Ingram*       05-5724 | * |
| *Lagarde v. Lafarge*       06-5342 | * JUDGE |
| *Perry v. Ingram*            06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * |
| *Parfait Family v. USA*   07-3500 | * MAG. |
| *Lafarge v. USA*             07-5178 | * JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 | * |

NOTICE OF DEPOSITIONS

TO: ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure:

| Name of Deponent: | Date and Time: |
|---|---|
| Alfred McRoyal | January 6, 2009 – 10:30 a.m. |
| Don Davis, Jr. | January 6, 2009 – 2:00 p.m. |
| Darrell Raymond | January 7, 2009 – 9:30 a.m. |

| Rita Raymond | January 7, 2009 – 10:30 a.m. |
| Aaron Lee | January 8, 2009 – 9:30 a.m. |
| Donna Buford | January 8, 2009 – 10:30 a.m. |
| Sarah Price | January 9, 2009 – 2:00 p.m. |
| Darian Hunter | January 9, 2009 – 3:00 p.m. |

before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,

**CHAFFE McCALL, L.L.P.**

/s/ Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr. (#5587)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
walker@chaffe.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 346-4240

**ATTORNEYS FOR**
**LAFARGE NORTH AMERICA INC.**

**<u>Certificate of Service</u>**

I do hereby certify that I have on this 30th day of December, 2008 served a copy of the

foregoing pleading on counsel for all parties to this proceeding, by electronic notification.


<u>./s/ Derek A. Walker                        </u>