UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:    INSURANCE
                Soto, 07-3079                SECTION "K"(2)

### JOINT MOTION FOR EXTENSION OF DISMISSAL DATE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff in the above captioned matter who respectfully request an extension of the dismissal date currently set for December 30th pending settlement approval from the Road Home.  Plaintiff has informed undersigned counsel that he did not fully understand the Road Home Subrogation agreement and the net recovery that he would receive because of the subrogation agreement.  Counsel for both parties request this extension for the sake of filing motions concerning issues involving settlement and/or Road Home mandate for allocation of settlement proceeds.

Respectfully submitted,

**Robichaux Law Firm**

_____/s/ J. Van Robichaux, Jr._____
**J. Van Robichaux, Jr. - 11338**
**Brian D. Page - 30941**
Mailing Address:  P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Ave
Suite 304
New Orleans, LA 70122
Telephone:  504-286-2022
Facsimile:  504-282-6298

## CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2008 I electronically filed the forgoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically.

                                          /s/ J. Van Robichaux, Jr  
                                            J. Van Robichaux, Jr