**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO:        INSURANCE
                    Soto, 07-3079                SECTION "K"(2)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>**ORDER**</u>

    Considering Plaintiff's foregoing Motion for Extension of Dismissal date, it is hereby

    **ORDERED** that plaintiff's motion is **GRANTED** and the parties have an additional 90

days to allow the Road Home to review the proposed settlement.

    New Orleans, Louisiana, this _____ day of _____, 2008.


_____
**UNITED STATES DISTRICT JUDGE**