UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO.:  05-4182

                                          SECTION "K"(2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
             05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
             06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
             06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
             06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
             06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
             06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
             07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
             07-1289

PERTAINS TO:  LEVEE

## EX PARTE MOTION TO SUBSTITUTE EXHIBIT

Defendant Sewerage and Water Board of New Orleans filed a Motion for Summary Judgment (document number 16843) on December 23, 2008. Exhibit 3 to the Memorandum in Support of Summary Judgment failed to scan properly and the first page was missing from the exhibit filed with the Court.  To correct this error, defendant attaches the correct exhibit and asks the court to replace the current version in the record.

Wherefore, Sewerage and Water Board of New Orleans moves the Court for an order allowing the attached exhibit to be substituted for Exhibit 3 to the Memorandum in Support of Summary Judgment.

Respectfully submitted,

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR.#18299,T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF
NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 30th day of December, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
CHARLES M. LANIER,JR

CK_DOCS 412439v1