UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.:  05-4182<br><br>SECTION "K"(2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

PERTAINS TO:  LEVEE

## O R D E R

Considering the foregoing Ex Parte Motion to Substitute Exhibit:

IT IS ORDERED that Sewerage and Water Board of New Orleans' motion to substitute is granted and that the full copy of Exhibit 3 to the Memorandum in Support of Summary Judgment (doc. 16843), attached to the motion to substitute, be substituted in the record for the incomplete copy originally filed with the memorandum.

New Orleans, Louisiana, this _____ day of December, 2008.

**U.S. DISTRICT JUDGE**

CK_DOCS 412439v2