# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | NUMBER: 05-4182 "K"(2) |
| * | | JUDGE DUVAL |
| * | | MAG. WILKINSON |
| PERTAINS TO: LEVEE, MRGO, * | | |
| and BARGE * | | |

**************************************************************************

## EX PARTE MOTION TO SET STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Liaison Counsel in the above captioned matter, who move this Honorable Court to set a Status Conference in accordance with Case Management Order No. 7 (Rec Doc. 12935) "to discuss the scope and contours of any trial(s) on the merits" for January 13, 2009 at 10:30 AM.

Dated: December 30, 2008

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

　/s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the above and foregoing Motion to Set Status Conference upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of December, 2008.

                /s/ Joseph M. Bruno
                Joseph M. Bruno