UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: LEVEE, MRGO, | * | |
| and BARGE | * | |

*************************************************************************

## ORDER

Upon consideration of the EX PARTE MOTION TO SET STATUS CONFERENCE and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and Status Conference is set for January 13, 2009 at 10:30 AM

_____
UNITED STATES DISTRICT COURT JUDGE