UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE
             Hurricane Legal Center
             Mass Joinder Cases

JUDGE DUVAL
MAG. WILKINSON

      Anderson 07-6737
      R. Adams 07-4459
      Aguda 07-4457
      Allen-Perkins 07-5204
      D.Adams 07-5206
      Abram 07-5205
      Acevedo 07-5199

## HLC / STATE FARM SEVERANCE ORDER

The captioned cases were filed by the Hurricane Legal Center on behalf of

hundreds of plaintiffs and consolidated with the Katrina Canal Breaches Consolidated

Litigation.  Although the various claims asserted in these cases were misjoined, no

severance order separating plaintiffs' individual claims was entered in these cases so that

(a) the flood exclusion issue addressed in Sher v. Lafayette Ins. Co., 988 So. 2d 186 (La.

2008), and In re Katrina Canal Breaches Litig., 495 F.3d 191, 214 (5th Cir. 2007), could

be resolved, and (b) mass settlement efforts could be undertaken.

State Farm Insurance Company is a defendant in each of the cases.  Following the last of a series of conferences I have conducted with counsel for plaintiffs and for State Farm concerning the status of certain appeals to the Fifth Circuit and settlement possibilities in these cases, the court has determined that settlement of plaintiffs' claims against State Farm is not achievable in the short term without further court proceedings. The effect of the pending appeals on these cases is entirely unclear.  Accordingly, having conferred with Judge Duval, I conclude that plaintiffs' individual claims against State Farm in the above-referenced mass joinder cases must be deconsolidated from the captioned cases and severed from each other.  Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order, Record Doc. No. 13521, in the above referenced mass joinder cases is terminated.

**IT IS FURTHER ORDERED** that plaintiffs' counsel must, **no later than January 30, 2009**, file an individualized amended complaint for each plaintiff or set of related plaintiffs asserting claims as to particular property allegedly insured by State Farm.  This pleading shall be filed with the Clerk of Court on paper, not electronically. The caption of the amended complaint must contain only the plaintiff(s) and defendant that are the subject of that specific claim.  It shall also be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order.  Upon filing, the Clerk

2

will assign a new docket number and will allot the case at random among the judges of

the court.  All pleadings regarding that claim shall thereafter bear the new title, docket

number and section of the new case.

**IT IS FURTHER ORDERED** that plaintiffs shall serve the new amended

complaint, a copy of the original complaint or Notice of Removal, and a copy of this

order on opposing counsel.

Any substantive motion still pending in the original case must be refiled in the

newly assigned case if it pertains to that case.

The newly filed cases will proceed separately and will <u>not</u> be consolidated with

the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182

"K" (2), so that they may proceed to resolution independently.

Any claims not timely brought before the court by amended complaint as ordered

herein will be dismissed without further notice.  Specifically, by separate order on or

after **February 2, 2009**, Judge Duval will dismiss the cases specifically referenced

above, so that the newly filed severed cases may proceed.

New Orleans, Louisiana, this _____30th_____ day of December, 2008.

JOSEPH C. WILKINSON, JR.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**            UNITED STATES MAGISTRATE JUDGE

3