UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>**No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Shirley Payton, Lovell Payton, Jr. regarding 11330 King Richard Dr., New Orleans, LA 70128; Charlotte Lewis, Ronald Lewis regarding 1317 Tupelo St, New Orleans, LA 70117; Shakir Hameed, Advanced Mortgage regarding 2040-42 Desire St, New Orleans, LA 70117; Granville Summers, Mattie Summers regarding 1938 St. Maurice Ave., New Orleans, LA 70117; Sharmaine James regarding 8312 Pritchard Pl., New Orleans, LA 70118; Mercedes Lombardino regarding 2033 Yscloskey Hwy, St. Bernard, LA 70085; Tammy Johnson, Daniel K. Johnson regarding 3828 W. Loyola Dr., Kenner, LA 70065; Barbara Kellum regarding 3328 Rosetta Drive, Chalmette, LA 70043; SONIA RANDALL regarding 7325 RUE LOUIS PHILLIPPE, MARRERO, LA 70072; MADELINE PHARR regarding 7221-23 SALEM DR., NEW ORLEANS, LA 70128; BILLIE ROMANO regarding 2309 BLANCHARD ST., CHALMETTE, LA 70043; CARLENE WILLIAMS, JOHN L. WILLIAMS III regarding 7409 DOGWOOD DR., NEW ORLEANS, LA 70126; CHRISTINE COLLINS regarding 6920 BUNDY RD, NEW ORLEANS, LA 70127; Gena Dequir, George J. Dequir regarding 3037 Music St., New Orleans, LA 70122; Eyvonne Hurst, Charlotte Hurst regarding 211 Warrington Dr., New Orleans, LA 70122; BEVERLY WILLIAMS regarding 4660 EASTVIEW DR., NEW ORLEANS, LA 70126; Elysia Burgess regarding 1344 Aviators St., New Orleans, LA 70122; ASELINE CURTIS regarding 1217 S. SALCEDO ST., NEW ORLEANS, LA 70125; Curtis Jenkins, Mary Jenkins regarding 2038 Egania St., New Orleans, LA 70117; Clarence Richardson, Robert D. |

Richardson regarding 2433/35 George Nick Connor Blvd, New Orleans, LA 70119; Dianne Barriere, D'lara M. Barriere regarding 7742 Briarwood Dr., New Orleans, LA 70128; Terry Lee regarding 4691 Lancelot Dr., New Orleans, LA 70127; DAVID LEONARD regarding 10920 WALES ST., NEW ORLEANS, LA 70127; GINA MORANTINE, STEPHEN ALLEN MORANTINE regarding 3321 SHANNON DR., VIOLET, LA 70092; Earl Ellsworth, Vanessa Ellsworth regarding 7557 Mercier St, New Orleans, LA 70128; Alec Phoenix, a.k.a. Alexander Phoenix regarding 612 Forstall St, New Orleans, LA 70117; Ronelle Collins regarding 7006 Northgate Drive, New Orleans, LA 70128; Thomas Hyde regarding 4212 South Derbigny Street, New Orleans, LA 70125; Berma Brown regarding 6314 North Roman Street, New Orleans, LA 70117; Alva Dawson regarding 4963 Eastern Street, New Orleans, LA 70122; DON THOMAS, GERALDINE FERDINAND regarding 2271 SERE ST., NEW ORLEANS, LA 70122; Delron Garrett regarding 155 Trafalgar Square, Slidell, LA 70461; Beulah Smith, Beulah S. Anderson regarding 1911/13 Gordon St., New Orleans, LA 70119; OLLIE TATE regarding 2127 REYNES ST., NEW ORLEANS, LA 70117; VERNON FULTON, NATASHA regarding 1133 CASA CALVO, NEW ORLEANS, LA 70114; Pamela Kennedy regarding 6318 Eads St., New Orleans, LA 70122; Derrick Rattler regarding 520 Lizardi St., New Orleans, LA 70117; MARIO CALDERINI regarding 317-319 GERMAIN, NEW ORLEANS, LA 70124; John Brooks regarding 4801 Cerise Ave., New Orleans, LA 70127; Alicia Baldderramos, Cirilo Wilfredo Balderramos regarding 2773 Verbena St., New Orleans, LA 70122; Stephen Boundy, Daphnie Neman Boudy regarding 1925 Deslonde St., New Orleans, LA 70117; Sherlyn Galle regarding 4642 Virgilian St., New Orleans, LA 70126; Dolores Robertson regarding 2421 Spain St., New Orleans, LA 70117; Paulette Dupart regarding 4219 N. Villere St., New Orleans, LA 70117; Amy Hicks, James A. Hicks regarding 1417 & 1419 Ursulines Ave., New Orleans, LA 70116; Kevin Major regarding 2417 St. Paul Ct., Violet, LA 70092; Vernie Brock, Clemel Brock

regarding 2017 Mandolin St., New Orleans, LA 70122; King Hagan, Naomi J. Hagan regarding 9638 Apricot St., New Orleans, LA 70118; Cora Mae Puckett, Daniel Puckett regarding 3222 N. Galvez St., New Orleans, LA 70117; Sophie Mitchell regarding 283 Chad B. Baker St., Reserve, LA 70084; Ramon Laboy regarding 3400 Montesquieu St., Chalmette, LA 70043; Larry Gast regarding 6069 Canal Blvd., New Orleans, LA 70124; Linda Wilson, Bobby J. Wilson regarding 6140 Erin Dr., New Orleans, LA 70126; Roger Lee regarding 2405 Bobolink Dr., St. Bernard, LA 70085; Alma Pecot, Floyd Pecot regarding 4910 Congress Dr., New Orleans, LA 70126; Charlene Harvey regarding 1622 Deslonde St., New Orleans, LA 70117; Charlene Harvey regarding 1624 Deslonde St., New Orleans, LA 70117; Christina Luc, Jeffrey C. Luc, Sr. regarding 3004 Gallo Dr., Chalmette, LA 70043; Keenan McDaniels regarding 338-40 Elmira Ave., New Orleans, LA 70114; Kesha Stokes regarding 2056 N. Prieur St., New Orleans, LA 70116; Denise Gregoire regarding 2336 Yorktown Dr., LaPlace, LA 70068; John Taylor regarding 4046 Iroquois St., New Orleans, LA 70126; Denise Gregoire regarding 2336 Yorktown Dr., LaPlace, LA 70068; Seron Joseph regarding 1404 Tiffany Dr., LaPlace, LA 70068; Geneva Chandler regarding 1629 & 1631 Pauline St., New Orleans, LA 70117; Florel Washington regarding 437 South Rendon, New Orleans, LA 70119; Brenda Brown regarding 4433 Flite St., New Orleans, LA 70126; Mildred Rockett regarding 2129 Forstall St., New ORleans, LA 70117; Brenda Frazier, Brenda P. Little regarding 1164 Sandalwood Dr, Harvey, LA 70058; Patricia Trosclair regarding 2408 Packenham St., Violet, LA 70092; Jacklean Davis regarding 4743 Knight Dr., New Orleans, LA 70127; Joyce Reed regarding 1933 France St., New Orleans, LA 70117; Yolanda Johnson regarding 4966 Marigny St., New Orleans, LA 70122; Lynn Robin regarding 2227 & 2229 Reynes St., New Orleans, LA 70117; Gregory Briant, Anita Briant regarding 13820 Pierres Ct., New ORleans, LA 70129; William Yetter, Diane Yetter regarding 2909 Blanchard Dr., Chalmette,

LA 70043; Dawn Williams regarding 5100 Chartres St., New Orleans, LA 70117; Vincent Rogers regarding 2039 Clouet St., New Orleans, LA 70117; John Pierce, Peggy P. Jackson regarding 4934 Citrus Dr., New Orleans, LA 70127; David Mule regarding 3808 Norwood Dr., Chalmette, LA 70043; Kimberly McNeil regarding 4600 Gawain Dr., New Orleans, LA 70127; Stella Lockett regarding 4712 Crowder Blvd., New Orleans, LA 70127; Christie Duplessis, Shelton Duplessis regarding 2921 Shannon Dr., Violet, LA 70092; Hope Duplechain regarding 6436 Music St., New Orleans, LA 70122; Kelana Cager regarding 2811 Bruxelles St., New Orleans, LA 70119; Danielle Bartley regarding 4649 Virgillian, New Orleans, LA 70126; Herman Hogues, Theresa J. Hogues regarding 8430 Curran Blvd., New Orleans, LA 70127; Marjorie Porter regarding 2414 & 2416 Laharpe St., New Orleans, LA 70119; Jessica James regarding 6302 Ransom St., New Orleans, LA 70126; Morris Barras, Debbie Joe G. Barras regarding 2312 Fable Dr., Meraux, LA 70075; Ethel Castine, Audrey Gates, George M. Gates, Jr. regarding 2738 General Ogden, New Orleans, LA 70118; Bruce Connell, Bruce Connell regarding 2820 Farmsite Rd., Violet, LA 70092; Debra Gilmore regarding 4128 D'Hemecourt St., New Orleans, LA 70119; Dianne Hicks regarding 4228 Paris Ave., New Orleans, LA 70122; Brenda Lackings regarding 8819 S. Claiborne Ave., New Orleans, LA 70118; Nicole Mollow regarding 4310 Plum Orchard Ave., New Orleans, LA 70126; Vanessa Papion regarding 5217 Lakeview Ct., New Orleans, LA 70126; Miles Vamvoras, Denis Vamvoras regarding 6950 & 6952 Milne Blvd., New Orleans, LA 70124; Carolyn Whitfield regarding 2221 S. Robertson St., New Orleans, LA 70113; Lucille Simmons, Ronald G. Simmons regarding 7100 Ransom St., New Orleans, LA 70126; Oliver Alexander, Marion M. Nixon regarding 2731 Jonquil St., New Orleans, LA 70122; David Johnson, Rhonda M. Johnson regarding 2428 & 2430 Stann St., New Orleans, LA 70119; Michelle Williams regarding 4938 Maid Marian Dr., New Orleans, LA 70128; Femiko Smith regarding 3236 Banks St., New Orleans,

LA 70119; Keith Blazio regarding 2470 Gladious St., New Orleans, LA 70122; George Lea, Slyvonne J. Lea regarding 1736 Charbonnet St., New Orleans, LA 70117; Ieasha White regarding 8215 Apple St., New Orleans, LA 70118; James Taylor regarding 958 S. Telemachus St., New Orleans, LA 70125; Cora Holden regarding 4922 Marseille Dr., New Orleans, LA 70129; Kim Navarre-Rudon, Andrew E. Rudon regarding 8411 Oleander St., New Orleans, LA 70118; Albert Broussard regarding 2358 & 2360 N. Galvez St., New Orleans, LA 70117; Blanche Broyard, Ronald Broyard regarding 1440 N. Galvez St., New Orleans, LA 70119; Tali Karriem regarding 7850 N. Coronet Ct., New Orleans, LA 70126; Helena Johnson regarding 1421 Tennessee St., New Orleans, LA 70117; Bernadine Dwyer regarding 4809 Dale St., New Orleans, LA 70126; Helena Burrell regarding 2305 Louisiana Avenue, New Orleans, LA 70115; Joyce Falls regarding 10130 Deerfield Dr., New Orleans, LA 70127; Jacqueline Bates, Milton Bates, Sr regarding 2225 Cadiz St., New Orleans, LA 70115; Candatha Bland regarding 4823 Urquehart St., New Orleans, LA 70117; Reynaud Alexander, Joan L. Alexander regarding 7917 & 7919 Hammond St., New Orleans, LA 70124; Susan Smith regarding 9015 Belfast St., New Orleans, LA 70118; Norma Anderson regarding 7534 Elysian Fields Ave., New Orleans, LA 70117; Wardell Lewis regarding 2121 Toledano St., New Orleans, LA 70115; Sheron Mimitte regarding 4012 Annunciation St., New Orleans, LA 70115; Mercedes LeBlanc regarding 1135 & 1137 Deslonde St., New Orleans, LA 70117; Paris Lewis, Frances M. Lewis regarding 4980 Brittany Ct., New Orleans, LA 70129; Edna Coneely regarding 4775 Lancelot Dr., New Orleans, LA 70127; Barbara Smith regarding 1315 Lizardi St., New Orleans, LA 70117; Gilda Lee, Aubrey Lee regarding 7100 Lake Barrington, New Orleans, LA 70128; Francis DeGruy regarding 2533 Allen St., New Orleans, LA 70119; Lewis Antoine, Cleo Antoine regarding 2323-2325 Lamanche St., New Orleans, LA 70117; Jane Wallace-Coleman regarding 9026 Colapissa St., New Orleans, LA 70118; Emelia Chapman

regarding 5018 Good Dr., New Orleans, LA 70127; Gloria Bachemin regarding 6800 Lake Willow Dr., New Orleans, LA 70126; Michael Goil regarding 305 - 307 W. Magnolia, Chalmette, LA 70043; Glendale Dean, Thomas Dean regarding 8917 Apricot St., New Orleans, LA 70118; John Dupart regarding 4323-25 N. Derbigny St., New Orleans, LA 70117; Patricin Fernandez regarding 1863 N. Rendon St., New Orleans, LA 70119; Wanda Simmons regarding 2534 Verbena St., New Orleans, LA 70122; Robert Wilson regarding 4859 Evangeline Dr., New Orleans, LA 70127; Carol Nix, Joe A. Nix regarding 4309 General Pershing, New Orleans, LA 70125; Shelia Rolland regarding 2318 George N. Connor Dr., New Orleans, LA 70119; Shirley Brown regarding 3921 Nathan Kornman Dr., Harvey, LA 70058; Bobbie Banks, Litania A. Banks regarding 2518 Charbonnet St., New Orleans, LA 70117; Enez Baldwin regarding 11284 Winrock Dr., New Orleans, LA 70128; Elridge Frey regarding 4728 Fransisco Verrett, New Orleans, LA 70126; Dave Madison, Monica A. Melancon regarding 4907 Tynecastle Dr., New Orleans, LA 70128; Joseph Jones regarding 2612 & 2614 Frenchmen St., New Orleans, LA 70119; Sobzin Taylor regarding 2901 & 2903 Piety St., New Orleans, LA 70126; Joseph Borne regarding 7545 Marquis St., New Orleans, LA 70128; Wilfus Ratliff, Flowzell Ratliff regarding 2766 Edge St., New Orleans, LA 70122; Geralda Finney regarding 7106 Northgate Dr., New Orleans, LA 70128; Viola Russell regarding 3116 Toulouse St., New Orleans, LA 70119; Kendra Alexis, Veronica Badon regarding 2309 Milan St., New Orleans, LA 70115; Solomon Carter regarding 1930/1932 Arks St., New Orleans, LA 70117; Gail Cavett regarding 607 Filmore Ave., New Orleans, LA 70124; Preston Hawkins regarding 2933/2935 College Ct., New Orleans, LA 70125; Rochelle Carr regarding 3109 TaraDr., Violet, LA 70092; Viola Hall regarding 2310 Agriculture St., New Orleans, LA 70122; Marion Morris regarding 4618 Press Dr., New Orleans, LA 70126; Walter Hasty regarding 2681 Lavender, New Orleans, LA 70122; Shelita Brimmer regarding 729 Soraparu, New

Orleans, LA 70130; Clarence McKay regarding 3145 Clouet St., New Orleans, LA 70126; Donnie Williams regarding 61667 Spurce Dr., Pearl River, LA 70452; Donnie Williams regarding 2416 S. Saratoga, New Orleans, LA 70113; Thomas Robinson regarding 2635-2637 N. Rocheblave St., New Orleans, LA 70117; Timothy Brown regarding 5424 St. Roch Ave., New Orleans, LA 70122; Frieda Lacaze regarding 3514 Camphor, New Orleans, LA 70118; Lucinda Anderson regarding 4748-4750 Viola St., New Orleans, LA 70128; Veronica Badon regarding 2307 Milan St., New Orleans, LA 70115; Trishell Taylor regarding 7466 Horizon Dr., New Orleans, LA 70129; Raymond Calice regarding 6417 Lafaye St., New Orleans, LA 70122; Peter George regarding 2718 Hollygrove St., New orleans, LA 70118; Tonie Thibodeaux regarding 1419-1421 Music St., New Orleans, LA 70117; Clara Jones regarding 4011 Clematis St., New Orleans, LA 70122; Taylor Lillie regarding 5047 Good Driver, New Orleans, LA 70127; Marc Stampley regarding 4519 Bundy Rd., New Orleans, LA 70127; Kevin Winfield regarding 5352 Pasteur Blvd., New Orleans, LA 70122; Tracy Henry regarding 7732 Dorsett Dr., New Orleans, LA 70128; Henrietta Navarre regarding 3318 Toledano St., New Orleans, LA 70125; Barbara Grosse regarding 732 S. Lopez St., New Orleans, LA 70119; Lou Santee, Marie Santee regarding 1805 Louisa St., New Orleans, LA 70117; Theodore Thomas, Carol Scott regarding 1739 Feliciana, New Orleans, LA 70117; Diedra Christoval regarding 7571 Rochon Dr., New Orleans, LA 70128; Nadine Jones, Waymon Jones regarding 3614 Frenchmen St., New Orleans, LA 70122; Sherice Clark, Alfred Clark regarding 4943 Arthur Dr., New Orleans, LA 70127; Rosalind Major regarding 4934 Eastern St., New Orleans, LA 70122; Harrison Parker, Parker Mary McGee regarding 11300 N. Parkwood Court, New Orleans, LA 70128; Barry Kubiak, Jamie Kubiak regarding 425-427 Pierre St., Chalmette, LA 70043; Larry Maxent, Deatrice Maxent regarding 13217 St. Helena Pl, New Orleans, LA 70129; Veronica Ball regarding 10921 Yordley Rd., New Orleans, LA 70127; Henry

Martin, Mary Martin regarding 4612 Kendall Dr., New Orleans, LA 70126; Rusty Brown, Rose Brown regarding 10230 Deerfield Dr., New Orleans, LA 70127; Jacqueline Johnson regarding 2653 A P Tureaud Ave, New Orleans, LA 70119; Vallery McCormick regarding 1520 Desire St., New Orleans, LA 70117; Germaine Nolan, Dennis Nolan Sr. regarding 5114 Montegut Dr., New Orleans, LA 70126; Kathleen Gardere regarding 1648 Alabo St., New Orleans, LA 70117; Troy Allen, Jesstina Allen regarding 2176 Pinehurst Dr., Laplace, LA 70068; Lawrence Jackson, Carolyn Jackson regarding 7101 Virgilian St., New Orleans, LA 70126; Lawrence Jackson, Carolyn Jackson regarding 1824 & 1826 Lizardi St., New Orleans, LA 70117; Lawrence Jackson, Carolyn Jackson regarding 5015 N. Villere St., New Orleans, LA 70117; Lawrence Jackson, Carolyn Jackson regarding 1841 & 1843 Forstall St., New Orleans, LA 70117; Charles Fanz regarding 2100 West Fanz Rd, St. Bernard, LA 70085; David Richardson regarding 2721 Decatur St., New Orleans, LA 70117; Tanesha Abdin regarding 3224 Frey Pl, New Orleans, LA 70119; Gary Lucineo, Jeanette Lucineo regarding 2600 & 2602 Music St., New Orleans, LA 70117; Helen Legier regarding 2326 Gallier St., New Orleans, LA 70117; Sharon Eugene regarding 1508 Lafrieniere Dr., LaPlace, LA 70068; Deidre Pateu, John Pateu regarding 2721 Lavender St., New Orleans, LA 70122; Lizzy Webster, Addie Mack regarding 7705 Concord Pl, New Orleans, LA 70126; Patrick Costello, Erica Costello regarding 2409 Lena Dr., Chalmette, LA 70043; Tyrone McGowan, Chequita McGowan regarding 5433 & 5435 Burgundy St, New Orleans, LA 70117; Faye McCarty regarding 1032 Lizardi St., New Orleans, LA 70117; Lydia Bigard regarding 2464 N. Villere St., New Orleans, LA 70117; Latoshia Hayes regarding 4662 Tulip St., New Orleans, LA 70126; Leona Grandison regarding 1544 N. Roman St., New Orleans, LA 70116; Lee Williams regarding 4808 Mithra St., New Orleans, LA 70126; Mark Sims, Shelena Simms regarding 9810 Lake Forest Blvd. #31, New Orleans, LA 70127; Robert Wilson

regarding 6030 Boeing St., New Orleans, LA 70126; Girard Mouton regarding ; Lea Freeman regarding 5801 Baucroft Dr., New Orleans, LA 70122; John Clark regarding 368 Brocato Ln, Raceland, LA 70394; Mary Brown regarding 1915 Caffin Ave., New Orleans, LA 70118; Sandra Everfield, Shirley Everfield regarding 13691 & 13693 N. Nemours St., New Orleans, LA 70129; Kimely Bickham, Thadeus regarding 4819 Cardenas, New Orleans, LA 70127; Judy Borne regarding 3813A Bayou Rd., St. Bernard, LA 70085; Carolyn Tilton regarding 3900 Paris Ave., New Orleans, LA 70130; Cheryl Conway, Sean Conway regarding 4730 Spain St., New Orleans, LA 70122; Sebastain Bermudez regarding 9851 Rockton Circle East, New Orleans, LA 70127; Ronnie Owens regarding 4031 Panama St., New Orleans, LA 70123; Diann Sanborn regarding 23 Queens Ct., Chalmette, LA 70043; Claudette Lee regarding 3808 Coolidge St., Baker, LA 70717; Charles Fos, Nancy E Fos regarding 400 E Liberaux St., Chalmette, LA 70043; William Tricuit regarding 1636-1638 Music St., New Orleans, LA 70127; Gray Winston regarding 1117-1119 Bourbon St., New Orleans, LA 70116; Josephine Journee regarding 926 Tricou, New Orleans, LA 70117; Ridgeno Williams regarding 2818 Mandeville St., New Orleans, LA 70122; Lynn Dupont regarding 6635 A & B West End Blvd, New Orleans, LA 70124; Ronald Laporte, Marianne Laporte regarding 5489 & 5491 Hawthorne Pl, New Orleans, LA 70124; Wayne Savoy regarding 2001 Kenil Worth Dr., St. Bernard, LA 70085; Vivian Smith regarding 2518 Gen Ogden, New Orleans, LA 70118; Margaret Honore regarding 3121 Law St., New Orleans, LA 70117; Gladys Fletcher regarding 7061-63 Boston, New Orleans, LA 70127; Joan Corne, Traina Jess regarding 215 W. Josephine St., Chalmette, LA 70043; Gregory Jenkins regarding 4629 Crowder Blvd., New Orleans, LA 70127; Zita Hines regarding 13028 Dwyer Blvd, New Orleans, LA 70129; Robert White regarding 4543 Lancelot Dr, New Orleans, LA 70127; Robert White regarding 4543 Lancelot Dr, New Orleans, LA 70127

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Shirley Payton, Lovell Payton, Jr. regarding 11330 King Richard Dr., New Orleans, LA 70128; Charlotte Lewis, Ronald Lewis regarding 1317 Tupelo St, New Orleans, LA 70117; Shakir Hameed, Advanced Mortgage regarding 2040-42 Desire St, New Orleans, LA 70117; Granville Summers, Mattie Summers regarding 1938 St. Maurice Ave., New Orleans, LA 70117; Sharmaine James regarding 8312 Pritchard Pl., New Orleans, LA 70118; Mercedes Lombardino regarding 2033 Yscloskey Hwy, St. Bernard, LA 70085; Tammy Johnson, Daniel K. Johnson regarding 3828 W. Loyola Dr., Kenner, LA 70065; Barbara Kellum regarding 3328 Rosetta Drive, Chalmette, LA 70043; SONIA RANDALL regarding 7325 RUE LOUIS PHILLIPPE, MARRERO, LA 70072; MADELINE PHARR regarding 7221-23 SALEM DR., NEW ORLEANS, LA 70128; BILLIE ROMANO regarding 2309 BLANCHARD ST., CHALMETTE, LA 70043; CARLENE WILLIAMS, JOHN L. WILLIAMS III regarding 7409 DOGWOOD DR., NEW ORLEANS, LA 70126; CHRISTINE COLLINS regarding 6920 BUNDY RD, NEW ORLEANS, LA 70127; Gena Dequir, George J. Dequir regarding 3037 Music St., New Orleans, LA 70122; Eyvonne Hurst, Charlotte Hurst regarding 211 Warrington Dr., New Orleans, LA 70122; BEVERLY WILLIAMS regarding 4660 EASTVIEW DR., NEW ORLEANS, LA 70126; Elysia Burgess regarding 1344 Aviators St., New Orleans, LA 70122; ASELINE CURTIS regarding 1217 S. SALCEDO ST., NEW ORLEANS, LA 70125; Curtis Jenkins, Mary Jenkins regarding 2038 Egania St., New Orleans, LA 70117; Clarence Richardson, Robert D. Richardson regarding 2433/35 George Nick Connor Blvd, New Orleans, LA 70119; Dianne Barriere, D'lara M. Barriere regarding 7742 Briarwood Dr., New Orleans, LA 70128; Terry Lee regarding

4691 Lancelot Dr., New Orleans, LA 70127; DAVID LEONARD regarding 10920 WALES ST., NEW ORLEANS, LA 70127; GINA MORANTINE, STEPHEN ALLEN MORANTINE regarding 3321 SHANNON DR., VIOLET, LA 70092; Earl Ellsworth, Vanessa Ellsworth regarding 7557 Mercier St, New Orleans, LA 70128; Alec Phoenix, a.k.a. Alexander Phoenix regarding 612 Forstall St, New Orleans, LA 70117; Ronelle Collins regarding 7006 Northgate Drive, New Orleans, LA 70128; Thomas Hyde regarding 4212 South Derbigny Street, New Orleans, LA 70125; Berma Brown regarding 6314 North Roman Street, New Orleans, LA 70117; Alva Dawson regarding 4963 Eastern Street, New Orleans, LA 70122; DON THOMAS, GERALDINE FERDINAND regarding 2271 SERE ST., NEW ORLEANS, LA 70122; Delron Garrett regarding 155 Trafalgar Square, Slidell, LA 70461; Beulah Smith, Beulah S. Anderson regarding 1911/13 Gordon St., New Orleans, LA 70119; OLLIE TATE regarding 2127 REYNES ST., NEW ORLEANS, LA 70117; VERNON FULTON, NATASHA regarding 1133 CASA CALVO, NEW ORLEANS, LA 70114; Pamela Kennedy regarding 6318 Eads St., New Orleans, LA 70122; Derrick Rattler regarding 520 Lizardi St., New Orleans, LA 70117; MARIO CALDERINI regarding 317-319 GERMAIN, NEW ORLEANS, LA 70124; John Brooks regarding 4801 Cerise Ave., New Orleans, LA 70127; Alicia Baldderramos, Cirilo Wilfredo Balderramos regarding 2773 Verbena St., New Orleans, LA 70122; Stephen Boundy, Daphnie Neman Boudy regarding 1925 Deslonde St., New Orleans, LA 70117; Sherlyn Galle regarding 4642 Virgilian St., New Orleans, LA 70126; Dolores Robertson regarding 2421 Spain St., New Orleans, LA 70117; Paulette Dupart regarding 4219 N. Villere St., New Orleans, LA 70117; Amy Hicks, James A. Hicks regarding 1417 & 1419 Ursulines Ave., New Orleans, LA 70116; Kevin Major regarding 2417 St. Paul Ct., Violet, LA 70092; Vernie Brock, Clemel Brock regarding 2017 Mandolin St., New Orleans, LA 70122; King Hagan, Naomi J. Hagan regarding 9638 Apricot St., New Orleans, LA 70118; Cora Mae Puckett, Daniel Puckett regarding 3222 N. Galvez St., New

Orleans, LA 70117; Sophie Mitchell regarding 283 Chad B. Baker St., Reserve, LA 70084; Ramon Laboy regarding 3400 Montesquieu St., Chalmette, LA 70043; Larry Gast regarding 6069 Canal Blvd., New Orleans, LA 70124; Linda Wilson, Bobby J. Wilson regarding 6140 Erin Dr., New Orleans, LA 70126; Roger Lee regarding 2405 Bobolink Dr., St. Bernard, LA 70085; Alma Pecot, Floyd Pecot regarding 4910 Congress Dr., New Orleans, LA 70126; Charlene Harvey regarding 1622 Deslonde St., New Orleans, LA 70117; Charlene Harvey regarding 1624 Deslonde St., New Orleans, LA 70117; Christina Luc, Jeffrey C. Luc, Sr. regarding 3004 Gallo Dr., Chalmette, LA 70043; Keenan McDaniels regarding 338-40 Elmira Ave., New Orleans, LA 70114; Kesha Stokes regarding 2056 N. Prieur St., New Orleans, LA 70116; Denise Gregoire regarding 2336 Yorktown Dr., LaPlace, LA 70068; John Taylor regarding 4046 Iroquois St., New Orleans, LA 70126; Denise Gregoire regarding 2336 Yorktown Dr., LaPlace, LA 70068; Seron Joseph regarding 1404 Tiffany Dr., LaPlace, LA 70068; Geneva Chandler regarding 1629 & 1631 Pauline St., New Orleans, LA 70117; Florel Washington regarding 437 South Rendon, New Orleans, LA 70119; Brenda Brown regarding 4433 Flite St., New Orleans, LA 70126; Mildred Rockett regarding 2129 Forstall St., New ORleans, LA 70117; Brenda Frazier, Brenda P. Little regarding 1164 Sandalwood Dr, Harvey, LA 70058; Patricia Trosclair regarding 2408 Packenham St., Violet, LA 70092; Jacklean Davis regarding 4743 Knight Dr., New Orleans, LA 70127; Joyce Reed regarding 1933 France St., New Orleans, LA 70117; Yolanda Johnson regarding 4966 Marigny St., New Orleans, LA 70122; Lynn Robin regarding 2227 & 2229 Reynes St., New Orleans, LA 70117; Gregory Briant, Anita Briant regarding 13820 Pierres Ct., New ORleans, LA 70129; William Yetter, Diane Yetter regarding 2909 Blanchard Dr., Chalmette, LA 70043; Dawn Williams regarding 5100 Chartres St., New Orleans, LA 70117; Vincent Rogers regarding 2039 Clouet St., New Orleans, LA 70117; John Pierce, Peggy P. Jackson regarding 4934 Citrus Dr., New Orleans, LA 70127; David Mule regarding 3808 Norwood

Dr., Chalmette, LA 70043; Kimberly McNeil regarding 4600 Gawain Dr., New Orleans, LA 70127; Stella Lockett regarding 4712 Crowder Blvd., New Orleans, LA 70127; Christie Duplessis, Shelton Duplessis regarding 2921 Shannon Dr., Violet, LA 70092; Hope Duplechain regarding 6436 Music St., New Orleans, LA 70122; Kelana Cager regarding 2811 Bruxelles St., New Orleans, LA 70119; Danielle Bartley regarding 4649 Virgillian, New Orleans, LA 70126; Herman Hogues, Theresa J. Hogues regarding 8430 Curran Blvd., New Orleans, LA 70127; Marjorie Porter regarding 2414 & 2416 Laharpe St., New Orleans, LA 70119; Jessica James regarding 6302 Ransom St., New Orleans, LA 70126; Morris Barras, Debbie Joe G. Barras regarding 2312 Fable Dr., Meraux, LA 70075; Ethel Castine, Audrey Gates, George M. Gates, Jr. regarding 2738 General Ogden, New Orleans, LA 70118; Bruce Connell, Bruce Connell regarding 2820 Farmsite Rd., Violet, LA 70092; Debra Gilmore regarding 4128 D'Hemecourt St., New Orleans, LA 70119; Dianne Hicks regarding 4228 Paris Ave., New Orleans, LA 70122; Brenda Lackings regarding 8819 S. Claiborne Ave., New Orleans, LA 70118; Nicole Mollow regarding 4310 Plum Orchard Ave., New Orleans, LA 70126; Vanessa Papion regarding 5217 Lakeview Ct., New Orleans, LA 70126; Miles Vamvoras, Denis Vamvoras regarding 6950 & 6952 Milne Blvd., New Orleans, LA 70124; Carolyn Whitfield regarding 2221 S. Robertson St., New Orleans, LA 70113; Lucille Simmons, Ronald G. Simmons regarding 7100 Ransom St., New Orleans, LA 70126; Oliver Alexander, Marion M. Nixon regarding 2731 Jonquil St., New Orleans, LA 70122; David Johnson, Rhonda M. Johnson regarding 2428 & 2430 Stann St., New Orleans, LA 70119; Michelle Williams regarding 4938 Maid Marian Dr., New Orleans, LA 70128; Femiko Smith regarding 3236 Banks St., New Orleans, LA 70119; Keith Blazio regarding 2470 Gladious St., New Orleans, LA 70122; George Lea, Slyvonne J. Lea regarding 1736 Charbonnet St., New Orleans, LA 70117; leasha White regarding 8215 Apple St., New Orleans, LA 70118; James Taylor regarding 958 S. Telemachus St., New Orleans, LA 70125; Cora Holden

regarding 4922 Marseille Dr., New Orleans, LA 70129; Kim Navarre-Rudon, Andrew E. Rudon regarding 8411 Oleander St., New Orleans, LA 70118; Albert Broussard regarding 2358 & 2360 N. Galvez St., New Orleans, LA 70117; Blanche Broyard, Ronald Broyard regarding 1440 N. Galvez St., New Orleans, LA 70119; Tali Karriem regarding 7850 N. Coronet Ct., New Orleans, LA 70126; Helena Johnson regarding 1421 Tennessee St., New Orleans, LA 70117; Bernadine Dwyer regarding 4809 Dale St., New Orleans, LA 70126; Helena Burrell regarding 2305 Louisiana Avenue, New Orleans, LA 70115; Joyce Falls regarding 10130 Deerfield Dr., New Orleans, LA 70127; Jacqueline Bates, Milton Bates, Sr regarding 2225 Cadiz St., New Orleans, LA 70115; Candatha Bland regarding 4823 Urquehart St., New Orleans, LA 70117; Reynaud Alexander, Joan L. Alexander regarding 7917 & 7919 Hammond St., New Orleans, LA 70124; Susan Smith regarding 9015 Belfast St., New Orleans, LA 70118; Norma Anderson regarding 7534 Elysian Fields Ave., New Orleans, LA 70117; Wardell Lewis regarding 2121 Toledano St., New Orleans, LA 70115; Sheron Mimitte regarding 4012 Annunciation St., New Orleans, LA 70115; Mercedes LeBlanc regarding 1135 & 1137 Deslonde St., New Orleans, LA 70117; Paris Lewis, Frances M. Lewis regarding 4980 Brittany Ct., New Orleans, LA 70129; Edna Coneely regarding 4775 Lancelot Dr., New Orleans, LA 70127; Barbara Smith regarding 1315 Lizardi St., New Orleans, LA 70117; Gilda Lee, Aubrey Lee regarding 7100 Lake Barrington, New Orleans, LA 70128; Francis DeGruy regarding 2533 Allen St., New Orleans, LA 70119; Lewis Antoine, Cleo Antoine regarding 2323-2325 Lamanche St., New Orleans, LA 70117; Jane Wallace-Coleman regarding 9026 Colapissa St., New Orleans, LA 70118; Emelia Chapman regarding 5018 Good Dr., New Orleans, LA 70127; Gloria Bachemin regarding 6800 Lake Willow Dr., New Orleans, LA 70126; Michael Goil regarding 305 - 307 W. Magnolia, Chalmette, LA 70043; Glendale Dean, Thomas Dean regarding 8917 Apricot St., New Orleans, LA 70118; John Dupart regarding 4323-25 N. Derbigny St., New Orleans, LA 70117; Patricin Fernandez

regarding 1863 N. Rendon St., New Orleans, LA 70119; Wanda Simmons regarding 2534 Verbena St., New Orleans, LA 70122; Robert Wilson regarding 4859 Evangeline Dr., New Orleans, LA 70127; Carol Nix, Joe A. Nix regarding 4309 General Pershing, New Orleans, LA 70125; Shelia Rolland regarding 2318 George N. Connor Dr., New Orleans, LA 70119; Shirley Brown regarding 3921 Nathan Kornman Dr., Harvey, LA 70058; Bobbie Banks, Litania A. Banks regarding 2518 Charbonnet St., New Orleans, LA 70117; Enez Baldwin regarding 11284 Winrock Dr., New Orleans, LA 70128; Elridge Frey regarding 4728 Fransisco Verrett, New Orleans, LA 70126; Dave Madison, Monica A. Melancon regarding 4907 Tynecastle Dr., New Orleans, LA 70128; Joseph Jones regarding 2612 & 2614 Frenchmen St., New Orleans, LA 70119; Sobzin Taylor regarding 2901 & 2903 Piety St., New Orleans, LA 70126; Joseph Borne regarding 7545 Marquis St., New Orleans, LA 70128; Wilfus Ratliff, Flowzell Ratliff regarding 2766 Edge St., New Orleans, LA 70122; Geralda Finney regarding 7106 Northgate Dr., New Orleans, LA 70128; Viola Russell regarding 3116 Toulouse St., New Orleans, LA 70119; Kendra Alexis, Veronica Badon regarding 2309 Milan St., New Orleans, LA 70115; Solomon Carter regarding 1930/1932 Arks St., New Orleans, LA 70117; Gail Cavett regarding 607 Filmore Ave., New Orleans, LA 70124; Preston Hawkins regarding 2933/2935 College Ct., New Orleans, LA 70125; Rochelle Carr regarding 3109 TaraDr., Violet, LA 70092; Viola Hall regarding 2310 Agriculture St., New Orleans, LA 70122; Marion Morris regarding 4618 Press Dr., New Orleans, LA 70126; Walter Hasty regarding 2681 Lavender, New Orleans, LA 70122; Shelita Brimmer regarding 729 Soraparu, New Orleans, LA 70130; Clarence McKay regarding 3145 Clouet St., New Orleans, LA 70126; Donnie Williams regarding 61667 Spurce Dr., Pearl River, LA 70452; Donnie Williams regarding 2416 S. Saratoga, New Orleans, LA 70113; Thomas Robinson regarding 2635-2637 N. Rocheblave St., New Orleans, LA 70117; Timothy Brown regarding 5424 St. Roch Ave., New Orleans, LA 70122; Frieda Lacaze

regarding 3514 Camphor, New Orleans, LA 70118; Lucinda Anderson regarding 4748-4750 Viola St., New Orleans, LA 70128; Veronica Badon regarding 2307 Milan St., New Orleans, LA 70115; Trishell Taylor regarding 7466 Horizon Dr., New Orleans, LA 70129; Raymond Calice regarding 6417 Lafaye St., New Orleans, LA 70122; Peter George regarding 2718 Hollygrove St., New orleans, LA 70118; Tonie Thibodeaux regarding 1419-1421 Music St., New Orleans, LA 70117; Clara Jones regarding 4011 Clematis St., New Orleans, LA 70122; Taylor Lillie regarding 5047 Good Driver, New Orleans, LA 70127; Marc Stampley regarding 4519 Bundy Rd., New Orleans, LA 70127; Kevin Winfield regarding 5352 Pasteur Blvd., New Orleans, LA 70122; Tracy Henry regarding 7732 Dorsett Dr., New Orleans, LA 70128; Henrietta Navarre regarding 3318 Toledano St., New Orleans, LA 70125; Barbara Grosse regarding 732 S. Lopez St., New Orleans, LA 70119; Lou Santee, Marie Santee regarding 1805 Louisa St., New Orleans, LA 70117; Theodore Thomas, Carol Scott regarding 1739 Feliciana, New Orleans, LA 70117; Diedra Christoval regarding 7571 Rochon Dr., New Orleans, LA 70128; Nadine Jones, Waymon Jones regarding 3614 Frenchmen St., New Orleans, LA 70122; Sherice Clark, Alfred Clark regarding 4943 Arthur Dr., New Orleans, LA 70127; Rosalind Major regarding 4934 Eastern St., New Orleans, LA 70122; Harrison Parker, Parker Mary McGee regarding 11300 N. Parkwood Court, New Orleans, LA 70128; Barry Kubiak, Jamie Kubiak regarding 425-427 Pierre St., Chalmette, LA 70043; Larry Maxent, Deatrice Maxent regarding 13217 St. Helena Pl, New Orleans, LA 70129; Veronica Ball regarding 10921 Yordley Rd., New Orleans, LA 70127; Henry Martin, Mary Martin regarding 4612 Kendall Dr., New Orleans, LA 70126; Rusty Brown, Rose Brown regarding 10230 Deerfield Dr., New Orleans, LA 70127; Jacqueline Johnson regarding 2653 A P Tureaud Ave, New Orleans, LA 70119; Vallery McCormick regarding 1520 Desire St., New Orleans, LA 70117; Germaine Nolan, Dennis Nolan Sr. regarding 5114 Montegut Dr., New Orleans, LA 70126; Kathleen Gardere regarding 1648 Alabo St., New Orleans, LA 70117;

Troy Allen, Jesstina Allen regarding 2176 Pinehurst Dr., Laplace, LA 70068; Lawrence Jackson, Carolyn Jackson regarding 7101 Virgilian St., New Orleans, LA 70126; Lawrence Jackson, Carolyn Jackson regarding 1824 & 1826 Lizardi St., New Orleans, LA 70117; Lawrence Jackson, Carolyn Jackson regarding 5015 N. Villere St., New Orleans, LA 70117; Lawrence Jackson, Carolyn Jackson regarding 1841 & 1843 Forstall St., New Orleans, LA 70117; Charles Fanz regarding 2100 West Fanz Rd, St. Bernard, LA 70085; David Richardson regarding 2721 Decatur St., New Orleans, LA 70117; Tanesha Abdin regarding 3224 Frey Pl, New Orleans, LA 70119; Gary Lucineo, Jeanette Lucineo regarding 2600 & 2602 Music St., New Orleans, LA 70117; Helen Legier regarding 2326 Gallier St., New Orleans, LA 70117; Sharon Eugene regarding 1508 Lafrieniere Dr., LaPlace, LA 70068; Deidre Pateu, John Pateu regarding 2721 Lavender St., New Orleans, LA 70122; Lizzy Webster, Addie Mack regarding 7705 Concord Pl, New Orleans, LA 70126; Patrick Costello, Erica Costello regarding 2409 Lena Dr., Chalmette, LA 70043; Tyrone McGowan, Chequita McGowan regarding 5433 & 5435 Burgundy St, New Orleans, LA 70117; Faye McCarty regarding 1032 Lizardi St., New Orleans, LA 70117; Lydia Bigard regarding 2464 N. Villere St., New Orleans, LA 70117; Latoshia Hayes regarding 4662 Tulip St., New Orleans, LA 70126; Leona Grandison regarding 1544 N. Roman St., New Orleans, LA 70116; Lee Williams regarding 4808 Mithra St., New Orleans, LA 70126; Mark Sims, Shelena Simms regarding 9810 Lake Forest Blvd. #31, New Orleans, LA 70127; Robert Wilson regarding 6030 Boeing St., New Orleans, LA 70126; Girard Mouton regarding ; Lea Freeman regarding 5801 Baucroft Dr., New Orleans, LA 70122; John Clark regarding 368 Brocato Ln, Raceland, LA 70394; Mary Brown regarding 1915 Caffin Ave., New Orleans, LA 70118; Sandra Everfield, Shirley Everfield regarding 13691 & 13693 N. Nemours St., New Orleans, LA 70129; Kimely Bickham, Thadeus regarding 4819 Cardenas, New Orleans, LA 70127; Judy Borne regarding 3813A Bayou Rd., St. Bernard, LA 70085; Carolyn Tilton regarding 3900 Paris Ave., New Orleans,

LA 70130; Cheryl Conway, Sean Conway regarding 4730 Spain St., New Orleans, LA 70122; Sebastain Bermudez regarding 9851 Rockton Circle East, New Orleans, LA 70127; Ronnie Owens regarding 4031 Panama St., New Orleans, LA 70123; Diann Sanborn regarding 23 Queens Ct., Chalmette, LA 70043; Claudette Lee regarding 3808 Coolidge St., Baker, LA 70717; Charles Fos, Nancy E Fos regarding 400 E Liberaux St., Chalmette, LA 70043; William Tricuit regarding 1636-1638 Music St., New Orleans, LA 70127; Gray Winston regarding 1117-1119 Bourbon St., New Orleans, LA 70116; Josephine Journee regarding 926 Tricou, New Orleans, LA 70117; Ridgeno Williams regarding 2818 Mandeville St., New Orleans, LA 70122; Lynn Dupont regarding 6635 A & B West End Blvd, New Orleans, LA 70124; Ronald Laporte, Marianne Laporte regarding 5489 & 5491 Hawthorne Pl, New Orleans, LA 70124; Wayne Savoy regarding 2001 Kenil Worth Dr., St. Bernard, LA 70085; Vivian Smith regarding 2518 Gen Ogden, New Orleans, LA 70118; Margaret Honore regarding 3121 Law St., New Orleans, LA 70117; Gladys Fletcher regarding 7061-63 Boston, New Orleans, LA 70127; Joan Corne, Traina Jess regarding 215 W. Josephine St., Chalmette, LA 70043; Gregory Jenkins regarding 4629 Crowder Blvd., New Orleans, LA 70127; Zita Hines regarding 13028 Dwyer Blvd, New Orleans, LA 70129; Robert White regarding 4543 Lancelot Dr, New Orleans, LA 70127; Robert White regarding 4543 Lancelot Dr, New Orleans, LA 70127, who wish to voluntarily dismiss the claims against Defendant(s) Louisiana Citizens Property Insurance Corporation in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each

party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                                        Respectfully submitted:

                                        BY:   /s/ Joseph M. Bruno
                                        JOSEPH M. BRUNO (# 3604)
                                        L. SCOTT JOANEN (# 21431)
                                        The Law Offices of Joseph M. Bruno
                                        855 Baronne Street
                                        New Orleans, Louisiana 70113
                                        Telephone: (504) 525-1335
                                        Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 31st day of December, 2008.

                                            /s/ Joseph M. Bruno
                                          Joseph M. Bruno