UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | SECTION "K" (2) |
| FILED IN:  06-0020, 06-5260, 06-5308, 06-5785, 06-5786, 06-8708, 07-1113, 07-1349, 07-3173, 07-3500, 07-4392, 07-4550, 07-4555, 07-4837, 07-4945, 07-4976, 07-4979, 07-4995, 07-5007, 07-5012, 07-5013, 07-5016, 07-5067, 07-5254, 07-5286, 07-5339, 07-5343, 07-5344, 07-5350, 07-5355, 07-5356, 07-5375, 07-5397 | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MOTION FOR SUMMARY JUDGMENT AND FOR ENTRY OF RULE 54(B) JUDGMENT WITH RESPECT TO CERTAIN INDIVIDUAL ACTIONS**

Pursuant to Rules 56 and 54(b) of the Federal Rules of Civil Procedure, and for the reasons set forth more fully in the accompanying memorandum, Washington Group International, Inc. moves for summery judgment and for entry of a final judgment with respect to certain individual actions.

**WHEREFORE**, Washington Group International, Inc. moves for summary judgment and for entry of a final judgment with respect to certain individual actions.

959692v.1

Dated:  December 31, 2008

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:    (202) 879-4645
Facsimile:    (202) 626-1700

Attorneys for Washington Group International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion For Summary Judgment and for Entry of Rule 54(B) Judgment With Respect To Certain Individual Actions has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 31st day of December, 2008.

/s/Heather S. Lonian

959692v.1