UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * |
| FILED IN: *ALBANO* (07-4837) | * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

**UNOPPOSED EX PARTE MOTION FOR LIMITED RE-OPENING OF
ADMINISTRATIVELY CLOSED MATTER**

Defendant Washington Group International, Inc. ("WGII") respectfully moves the Court to re-open *Albano et al. v. Bd. of Comm'rs for the Orleans Parish Levee Dist.*, Civil Action No. 07-4837, which has been administratively closed per this Court's Order (Civil Action No. 07-4837, Rec. Doc. 5), in order to permit WGII to file its Motion for Summary Judgment and for Entry of Rule 54(b) Judgment (Rec. Doc. 16871). Counsel for the *Albano* plaintiffs has been contacted and has no opposition to the relief sought herein.

**WHEREFORE**, Washington Group International, Inc. moves the Court to re-open *Albano et al. v. Bd. of Comm'rs for the Orleans Parish Levee Dist.*, Civil Action No. 07-4837 for the limited purpose of permitting WGII to file its Motion for Summary Judgment and for Entry of Rule 54(b) Judgment.

959784v.1

Dated:  December 31, 2008

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Unopposed Ex Parte Motion for Limited Re-Opening of Administratively Closed Matter has been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 31st day of December, 2008.

/s/Heather S. Lonian

959784v.1