UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  MRGO | |
| FILED IN:  05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0866, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5937, 07-1271 | |

**MOTION FOR**
**ENTRY OF A RULE 54(B) JUDGMENT**

For the reasons stated more fully in the accompanying memorandum, Defendant Washington Group International, Inc. ("WGII") hereby respectfully moves, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, for entry of a final judgment in favor of WGII because all issues against WGII have been fully resolved by the Court and there exists no just reason for delay.

959625v.1

2

**WHEREFORE**, Washington Group International, Inc. hereby respectfully moves, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, for entry of a final judgment in its favor.

959625v.1

Dated:  December 31, 2008

Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Julia E. McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Entry of a Rule 54(b) has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 31st day of December, 2008.

__/s/ Heather S. Lonian_____

959625v.1