UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO

JUDGE DUVAL
MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-
6073, 05-6314, 05-6324, 05-6327, 06-0225,
06-0866, 06-2278, 06-2287, 06-4065, 06-4389,
06-4634, 06-4931, 06-5032, 06-5159, 06-5161,
06-5937, 07-1271

## MEMORANDUM IN SUPPORT OF MOTION
## FOR ENTRY OF A RULE 54(B) JUDGMENT

Defendant Washington Group International, Inc. ("WGII") respectfully submits this memorandum in support of its Motion for Entry a Rule 54(b) Judgment in favor of WGII. The Court should direct the entry of a final judgment as to its December 15, 2008 Order (Rec. Doc. 16723) granting WGII's Motion for Summary Judgment (Rec. Doc. 15681) because all claims asserted against WGII in the Master Complaint have been resolved and there exists no just reason for delay.

In the aftermath of Hurricane Katrina, more than thirty class-action complaints were filed against Defendant Washington Group International, Inc. ("WGII") and other Defendants.   These class-action complaints ultimately were consolidated into a Plaintiffs' Amended MRGO Master Consolidated Class Action Complaint (Doc. No. 11450) ("Master Complaint").   On October 9, 2008, following years of discovery, WGII moved for summary judgment on all claims alleged against it in the Master Complaint based on the government contractor defense.[1]  After extensive briefing and oral argument, on December 15, 2008, this Court granted WGII's motion for summary judgment in its entirety.[2]   The Court's Order resolved all claims asserted against WGII in the Master Complaint.

Rule 54(b) expressly allows parties involved in multi-party litigation to obtain an entry of judgment as to fewer than all of the parties.  A district court may direct the entry of a final judgment as to fewer than all of the claims or parties in a case "only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." F.R.C.P. 54(b).  Thus, entry of a final judgment is authorized as to less then all of the parties if the judgment is "final," in the sense that it constitutes the court's ultimate determination on all of the claims asserted against that party, and there is no just reason to delay the entry of final judgment on those claims.  *See Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 7-8 (1980); *Gulf Belting & Gasket Co. v. Select Ins. Co.,* , 2005 WL 3543785, at *1 (E.D.La. Nov.15, 2005).

---

[1] *See* Memorandum of Law In Support of WGII's Motion for Summ. J. (Doc. No. 15861-2) ("Summ. J. Br."); Statement of Undisputed Material Facts in Support of WGII's Motion for Summ. J. (Doc. No. 15861-3) ("Stmt. of Undisputed Facts").

[2] *See* MRGO PSLC's Opp. to WGII's Motion for Summ. J. (Doc. No. 16216); Response of the MRGO PSLC to the Statement of Undisputed Material Facts In Support of WGII's Motion for Summ. J. (Doc. No. 16216-3); Reply Mem. of Law In Support of WGII's Motion for Summ. J (Doc. No. 16303) ("Reply Br."); Sur Reply of the MRGO PSLC to the Reply Mem. of Law (Doc. No. 16345); Hearing Tr. on Motion for Summ. J. (Doc. No. 16522); Order and Reasons (Duval, J.) (Doc. No. 16723).

The interests of judicial economy lend support to a court's conclusion that no just reason for delay exists.  If the court finds that final judgment as to a particular party will serve the interests of judicial economy, it may enter a final judgment dismissing that party with prejudice.  *See Gibson v. ABC Ins. Co.*, 2005 WL 943673, at *1 (E.D. La. April 14, 2005) (weighing judicial economy and ruling in favor of Rule 54(b) certification); *McGee v. Hunter*, 2004 WL 422576, at *1 (E.D. La., March 03, 2004) (granting dismissal as to one of several defendants pursuant to Rule 54(b)).  The resolution of Plaintiffs' claims against the remaining defendants will have no impact upon WGII, and, granting the relief sought herein will prevent the unnecessarily delay of closure and finality with regard to the claims asserted against WGII.

For the foregoing reasons, the Court should grant WGII's motion and direct the entry of a final judgment  entry as to its December 15, 2008 Order (Rec. Doc. 16723) granting WGII's Motion for Summary Judgment (Rec. Doc. 15681).

959629v.1

Dated:  December 31, 2008               Respectfully submitted,


                                        /s/ Heather S. Lonian_____
                                        William D. Treeby, 12901
                                        Carmelite M. Bertaut, 3054
                                        Heather S. Lonian, 29956
                                                Of
                                        Stone Pigman Walther Wittmann L.L.C.
                                        546 Carondelet Street
                                        New Orleans, Louisiana  70130
                                        Telephone:  (504) 581-3200
                                        Facsimile:   (504) 581-3361

                                        Attorneys for Washington Group
                                        International, Inc.

                                        Of counsel
                                        Adrian Wager-Zito
                                        Debra S. Clayman
                                        Julia E. McEvoy
                                        Jones Day
                                        51 Louisiana Avenue, N.W.
                                        Washington, D.C. 20001-2113
                                        Telephone:  (202) 879-4645
                                        Facsimile:  (202) 626-1700


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Entry of a Rule 54(b) has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 31st day of December, 2008.


                                        /s/ Heather S. Lonian_____

959629v.1