- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONDOLIDATED LITIGATION | * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE | * | SECTION "K" 2 *Lomax*, 08-1651 |

## MOTION TO DISMISS

**ON MOTION** of plaintiffs, John and Johnnie Lomax, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled as to State Farm Fire and Casualty Company, and therefore should be dismissed, with full prejudice, each party to bear their own costs.

Respectfully Submitted:

_____
BRENT A. KLIBERT (29296)
228 St. Charles Avenue, Suite 801
New Orleans, La 70130
(504) 592-3222
(504) 592-8783

- 1 -

DRD 895.1013

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 31 day of December, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
BRENT A. KLIBERT

DRD 895.1013