- 3 -

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONDOLIDATED LITIGATION | * | NO. 05-4182 |
| PERTAINS TO : INSURANCE | * | SECTION "K" 2 *Lomax*, 08-1651 |

## ORDER

Considering the foregoing, Motion to Dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above and foregoing matter has been settled and comprised as to all parties and is hereby dismissed with prejudice each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**JUDGE**
**UNITED STATES DISTRICT COURT**