## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION NO.: 05-4182** |
| | * | **JUDGE:** |
| **Pertains to: Road Home** | * | **STANWOOD R. DUVAL, JR.** |
| *Louisiana State*, C.A. No. 07-5528; | * | |
| and | * | **SECTION "K"** |
| | * | |
| *CONNIE ABADIE, ET AL.,* | * | **MAGISTRATE:** |
| *VERSUS* | * | **JOSEPH C. WILKINSON, JR.** |
| *AEGIS SECURITY INSURANCE* | * | |
| *COMPANY, ET AL.* | * | **MAG.: (2)** |
| **CIVIL ACTION NO.: 06-5162** | * | |
| and | * | |
| **CIVIL ACTION NO.: 07-5112** | * | |
| ************************************** | | |

### JOINT MOTION AND STIPULATION FOR HANDLING OF SETTLEMENT FUNDS

**NOW INTO COURT**, through their respective undersigned counsel, come:

1. Various plaintiffs in the cases of *Connie Abadie, et al v. Aegis Security Ins. Co., Allstate, et al.,* United States District Court for the Eastern District of Louisiana, Civil Action No. 06-5164, and *Susan Abadie, et al. v. Aegis Security Ins. Co., Allstate, et al.*, United States District Court for the Eastern District of Louisiana, Civil Action No. 07-5112, represented by Joseph Bruno of the Law Office of Joseph Bruno and limited to those plaintiffs in each case having both a claim against either Lafayette Insurance Company, and/or United Fire and Indemnity Company and/or United Fire and Casualty Company, and having closed on his or her Road Home Grant with the Louisiana Road Home Program (collectively "Plaintiffs");

2. State of Louisiana, Division of Administration, Office of Community Development ("State"), which expressly acknowledges that its undersigned counsel has authority to file the Joint Motion and Stipulation for Handling of Settlement Funds; and

3. Lafayette Insurance Company, and/or United Fire and Indemnity Company and/or United Fire and Casualty Company (collectively "Lafayette");

and who upon suggesting to this Honorable Court that:

1. The various Plaintiffs have amicably resolved their claims asserted against Lafayette;

2. That the Plaintiffs were recipients of grants under the Louisiana Road Home Program;

3. That the State has been notified of pending settlements between each of these Plaintiffs and Lafayette;

4. That the State has by a separate confidential document executed a release of its alleged claims against Lafayette stemming from the Plaintiffs' execution of the Limited Assignment/Subrogation Agreement in which certain rights were allegedly transferred from the Plaintiffs to the State ("Release of Certain Subrogation Claims");

5. The State also recognizes that certain of the insurance policies issued to the Plaintiffs are subject to loss payee provisions and/or legal subrogation rights and therefore require the naming of certain lienholders or other loss payees on the insurance settlement payments;

6. To provide for a more efficient distribution of settlement funds, as to the payments made to the Plaintiffs and to which the State has consented, the State expressly directs and instructs Lafayette not to include the State as a loss payee on any settlement checks with the Plaintiffs once a "Release of Certain Subrogation Claims" is signed by the State for the particular Plaintiff, and Lafayette shall list only the individual Plaintiffs for each settlement and the Law Offices of Joseph Bruno and any required loss payee (but not the State) for each claim;

7. And the parties agree, and undersigned counsel for Plaintiffs is ordered by this Court to, upon the negotiation of any of the settlement checks issued by Lafayette for dwelling damages, place in Mr. Bruno's trust account the amount claimed by the State as its recovery of benefits, which amounts are to be held in trust pursuant to Rule 1.15 of the Louisiana Rules of Professional Responsibility and shall not be distributed by undersigned counsel for the plaintiffs without the State's written agreement signed by a duly authorized representative of the State of Louisiana;

8. The undersigned counsel for the Plaintiffs shall not surrender to any other person any unnegotiated settlement check for dwelling damages paid in accordance herewith without the State's written agreement signed by a duly authorized representative of the State of Louisiana, unless in accordance with a written settlement protocol signed by a duly authorized representative of the State of Louisiana;

9. The undersigned counsel for the plaintiffs shall provide a monthly accounting and reconciliation to the State of the trust account reflecting the status of funds held pursuant to this stipulation and order and the status of any uncashed checks, and

10. The State hereby releases, acquits and forever discharges Lafayette from any and all claims arising from, related to, or in any way connected with Lafayette's failure to include the State as a payee on any check subject to this stipulation and order.

**WHEREFORE**, the parties request that the Court adopt the attached order making this Stipulation the order of this Court.

Respectfully submitted,

BY: *s/Joseph M. Bruno*
**JOSEPH M. BRUNO, (#3604)**
**BRUNO & BRUNO**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:    (504) 525-1335

**COUNSEL FOR:    PLAINTIFFS**

BY: *s/Howard B. Kaplan*
**HOWARD B. KAPLAN (#14414)**
**BERNARD, CASSISA, ELLIOTT & DAVIS, A.P.L.C.**
1615 Metairie Road
P.O. Box 55490
Metairie, LA  70055-5490
Telephone:  (504) 834-2612

**COUNSEL FOR:**
**LAFAYETTE INSURANCE COMPANY;**
**UNITED FIRE AND INDEMNITY COMPANY AND;**
**UNITED FIRE AND CASUALTY COMPANY**

S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\ABADIE\Pleadings\Lafayette\joint motion and stipulation for handling of settlement funds 01 02 09 (F).wpd

3

BY: *s/James Trey Phillips*
**HONORABLE JAMES D "BUDDY" CALDWELL (#2211)**
Attorney General, State of Louisiana
**JAMES TREY PHILLIPS (#199778)**
Assistant Attorney General, State of Louisiana
1885 North Third Street, 6th Floor
Baton Rouge, Louisiana 70802
Telephone:    (225) 326-6040

**COUNSEL FOR:**
**STATE OF LOUISIANA, DIVISION OF ADMINISTRATION OFFICE OF COMMUNITY DEVELOPMENT**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 2nd day of January, 2009.

*s/Howard B. Kaplan*
**HOWARD B. KAPLAN (#14414)**

S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\ABADIE\Pleadings\Lafayette\joint motion and stipulation for handling of settlement funds 01 02 09 (F).wpd

4