

**US Army Corps
of Engineers.**
New Orleans District

# Mississippi River-Gulf Outlet, Louisiana

# North Bank Foreshore Protection

# EVALUATION REPORT

October 1996

NED-188-000000764

## FUTURE WITHOUT-PROJECT CONDITIONS

The most probable future conditions if no Federal action is taken are estimated by projecting conditions that will prevail in the study area over the planning horizon, 1997 through 2050. The composite of these scenarios serves as the base condition to which all action plans were compared to assess the effects of each plan.

### WATER RESOURCES

Future improvements in the treatment of wastewater before discharge to receiving waters are expected to more than compensate for anticipated increases in wastewater discharge rates. Consequently, future improvements to general water quality in the MR-GO are expected.

### LAND RESOURCES

The buffering marsh between the MR-GO and Lake Borgne is eroding at approximately 15 feet per year, and this reach of the MR-GO north bank is very close to being breached. However, only a 3.5-mile section of the MR-GO north bank includes erosion protection measures. Consequently, the vast majority of bank continues to erode rapidly. At the current average rate of bank retreat, approximately 55 acres of intermediate/brackish marsh, adjacent to the north bank of the MR-GO, are being converted to open water annually. MR-GO bank erosion, if left unchecked, will result in the loss of approximately 2,700 acres of coastal marsh between the years 2000 and 2050. The projected location of the MR-GO north bank by the year 2050 is shown on Plate 2.

As the marsh within the project area diminishes, significant losses to marsh dependent fish and wildlife species will also occur. Increases in water levels, resulting from the general rise in sea level and subsidence of the land will enlarge land/water interface, and accelerate saltwater intrusion. The

26

precise effects of vessel traffic on channel erosion were not considered in this study.

ECONOMY AND HUMAN RESOURCES

In the future, the Port of New Orleans will likely continue to be a dominant factor in the economy of the New Orleans area and that of the state as a whole. The Port has added millions of dollars annually to the state's treasury and provided thousands of jobs through the many services needed to carry on domestic and foreign trade. Overall economic and employment growth in domestic and foreign trade activities in the study area are expected to continue. Fish and wildlife harvests and recreational activities are expected to decline as a result of habitat losses. Without the buffering effect of the marsh, developed areas adjacent to the study area would be more susceptible to flooding. The increased flood hazards would restrict growth in the affected area.

TRAFFIC PROJECTIONS

Deep-draft traffic using the MR-GO is expected to increase at a 1.8 percent rate between 1995 and the year 2000 (from Mississippi River-Gulf Outlet, New Lock and Connecting Channels, Draft Evaluation Report, 1996). Deep-draft vessels, in the case of the MR-GO, are considered to be vessels with drafts greater than 18 feet.

FUTURE MR-GO CHANNEL MAINTENANCE

Future channel shoaling rates are related to future land loss rates and would increase significantly following a breakthrough. The land loss rates were discussed on page 26 under LAND RESOURCES.

27

Three segments (mile 56 to mile 54.1; mile 44.5 to mile 39; and mile 29.8 to mile 26.3) of the north bank have been identified as having critical erosion trends. These segments were then broken into six reaches. If erosion continues in these reaches without corrective action, loss of the buffering marsh will allow the open water areas of Lake Borgne and Breton Sound to merge with the MR-GO. Once the buffering marshes are lost, dredging frequency and quantities in the vicinity of the breached bank area will increase significantly. The navigation channel will be exposed to storms, currents, and less attenuated tidal action from the north and northeast. Attendant sedimentation and shoaling problems are expected to occur.

A similar situation currently exists in the Breton Sound reach between mile 15 and mile 20. This reach of the channel is exposed on the north and northeast and has an existing jetty on the south side only. Maintenance dredging records for this reach show a current average shoaling rate of 350,000 cu yd/mi/yr. Reaches where no jetties exist have shoaling rates that are considerably higher and average approximately 500,000 cu yd/mi/yr.

Analyses of the shoaling rates indicate that future without project maintenance dredging quantities between mile 23 and mile 60 are approximately 50 percent greater than the present average annual quantity. Past average annual maintenance dredging requirements have between 2.6 and 2.7 million cubic yards per year. However, with the loss of the marsh buffer between the MR-GO and the open waters of Lake Borgne and Breton Sound, the average annual maintenance requirements are expected to reach approximately 4.0 million cubic yards per year by the year 2000.

ENVIRONMENTAL RESOURCES

MR-GO bank erosion, if left unchecked, will result in the loss of approximately 5,600 acres of coastal marsh between 1996 and

28

the year 2040. This will represent a significant loss of habitat to those species utilizing these marshes. Marsh creatures will move to adjacent areas as bank erode, but carrying capacities and territoriality will most likely result in population reductions for most species affected. The reduction of marsh acreage will also cause a reduction, through habitat loss and reduced detrital input, in productivity of the overall area for both finfish and shellfish. The breaches through the marsh between Lake Borgne and the MR-GO and the greater amplitude of Breton Sound influences in the Lake Borgne area will result in more rapid change of the adjacent marshes from a brackish to a saline vegetation type. Correspondingly, creatures utilizing the predominant vegetation of these brackish marshes will be deprived of their natural food sources as these changes occur. Therefore, the change in marsh fauna will be accelerated, also.

**PROBLEMS AND OPPORTUNITIES**

Since its completion in 1968, the top width of the 41 mile long land cut increased from 650 feet to an average of 1,500 feet, in 1987, due to erosion. This erosion results in significant increases in the maintenance dredging cost of the MR-GO navigation channel and in significant adverse environmental effects associated with marsh loss. Much of the bank erosion is caused by wave-wash and drawdown from large displacement vessel traffic. The MR-GO channel was designed for a relatively small general cargo vessel (freighter). However, ship sizes have increased and larger container vessels move over the MR-GO. As the vessels pass, the tremendous forces exerted by rapid and extreme water level fluctuations cause the relatively soft marsh adjacent to the channel to break up and be swept into the waterway. In some areas the banks have eroded beyond the limits of the channel right-of-way.

NED-188-000000800

The MR-GO was constructed in recognition of the need for a shorter and safer outlet from the Mississippi River to the Gulf of Mexico and for the potential benefit of national defense. Maintenance of the outlet channel is required to assure that these needs of the shipping industry and the national defense continue to be satisfied. Unabated bank erosion will substantially increase channel maintenance requirements. Controlling bank erosion will provide an opportunity to minimize channel maintenance requirements and allow the channel's purpose and function to remain unimpaired.

Marshes in the study area provide nursery grounds for many species of fishes; these marshes are also utilized by numerous species of wildlife. The most easily quantified biological resource problem resulting from bank erosion is the continuing loss of highly productive habitat. The diminution of fish and wildlife resources is a less easily quantifiable, but equally important, consequence of unabated bank erosion. Such losses, in an area where many depend on these resources for their livelihood, suggest a problem requiring urgent attention. Erosion of the channel banks caused an average loss of 211 acres of marsh per year during the 20 year period between 1968 and 1987. Most of the lost acreage is marsh/estuarine area along the north bank. Overall fish and wildlife productivity and recreational hunting in the study area have been significantly diminished by the loss of this approximate 4,200 acres of marsh. Saltwater intrusion also contributes significantly to marsh loss in the study area. Subsidence and lack of sediment deposition affect marsh loss to a lesser degree. Erosion and break up of the banks of the MR-GO has created many additional routes for saltwater to intrude into formerly less saline interior marshes. Consequently, salinity in the marshes has increased significantly in the last 20 years. High salinity levels of recent years have reduced the amount of three-cornered grass and, thus, muskrat populations in the marshes adjacent to the MR-GO. Other wildlife species that prefer less saline

NED-188-000000801

conditions have declined as well. Winter waterfowl populations within the marshes have also declined because of increased salinities. The less saline vegetation which is most attractive to waterfowl and the recreational value of the overall area for waterfowl hunting has been greatly reduced by saltwater intrusion.

Measures to reduce bank erosion to the extent practicable would in turn somewhat reduce the rate of saltwater intrusion and the rate which marsh adjacent to the channel would be lost. The reduction in marsh loss would contribute to the preservation of fish and wildlife species that rely on wetlands habitat during at least part of their respective life cycles. Similarly, structural measures that include the creation of new vegetated wetlands would contribute to the restoration of fish and wildlife species that have experienced attrition due to the eroding marshes.

Measures to minimize the rate of marsh loss and, in some areas, create marsh afford an opportunity to preserve and also partially restore fish and wildlife outputs in the study area.

Minimizing bank erosion and marsh loss affords an opportunity to avoid the potential disturbance and loss of known and yet unidentified sites of historic significance. Much of the immediate study area is considered to have high probability for cultural resource site occurrence. The exposure of significant sites by the eroding away of marsh allows wave battering and the elements to exact a potentially heavy toll in terms of irretrievable cultural resources losses. The desirability of preventing such losses is apparent.

The loss of recreation opportunities is not easily quantified, but is nonetheless an important and apparent consequence of unabated bank erosion. Minimizing bank erosion and marsh loss affords an opportunity to limit the loss of recreational opportunities. Controlling bank erosion and marsh loss will

NED-188-000000802