

US Army Corps
of Engineers
New Orleans District

# FEASIBILITY REPORT

## Wetlands Creation and Protection Project

## MISSISSIPPI RIVER - GULF OUTLET, MILE 14 TO MILE 11, MARSH CREATION, ST. BERNARD AND PLAQUEMINES PARISHES, LOUISIANA

SECTION 204
FEBRUARY 1997

Enc 1

NOP-018-000000546

New Orleans, must provide the lands, easements, and rights of way necessary for the disposal of material dredged during project maintenance.

PLAN FORMULATION

Resource Problems and Opportunities.

Coastal wetlands in Louisiana are being converted to open water due to natural phenomena and human activities. Between 1956 and 1978, wetlands were lost at a rate of approximately 42 square miles per year approximately 560,000 acres of wetlands were lost along Louisiana's coast, mostly by conversion to open water. Another 790,000 acres of wetlands were converted to agricultural, urban, and industrial uses. The New Orleans District estimates that between now and the year 2040 nearly one million additional acres of wetlands will be lost. These wetlands provide nursery habitat for numerous species of fish and shellfish and are wintering habitat for millions of waterfowl and other migratory bird species.

Long-term changes in world-wide sea level cause significant changes to coastal land areas. The average rate of sea level rise during the twentieth century has ranged between 1 and 1.5 mm/yr (0.003 to 0.005 ft/yr). The apparent sea level rise along the Louisiana coast typically occurs at a rate of about 8 mm/yr (0.03 ft/yr) and may exceed 40 mm/yr (0.13 ft/yr) at the mouth of the present Mississippi River delta.

Marshes are a vital link in sustaining the current level of fishery production in the area. They provide essential food to microorganisms which constitute the base trophic level of the food web for commercial and recreational fishery species. These marshes also provide shelter to migrating larval species and nursery habitat for juvenile life stages of many estuarine and marine species. Recreational activities associated with marshes include fishing, hunting, camping, and studying nature. Marshes also reduce the flooding effects of storm tides by absorbing and dissipating wave energy.

Local, state, and federal interests are attempting to reduce erosion rates within the Pontchartrain basin, where the study is located, through various projects, such as hydrological restoration, freshwater diversion, and shoreline and bank protection projects.

Approximately 41 miles of the 66 mile long channel consist of a land cut through unstable marsh and shallow water areas. Initial construction of the channel resulted in the loss of over 3000 acres of marsh. Since 1968, bank erosion due to the passage of large displacement vessel traffic has resulted in the additional loss of approximately 4,200 acres of highly productive marsh adjacent to the channel. Recent geomorphological studies show that the mean erosion rate along the MR-GO is approximately 15 feet per year.

The rock jetty on the south side of the channel extends to mile 14.8. The 36 feet x 500 feet channel is dredged to a depth of 40 feet

NOP-018-000000550