UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: *Robinson* (No. 06-2268) | |

**DECLARATION OF PIERCE O'DONNELL**

1. I am a member of the California State Bar in good standing, am admitted to appear before this Court *pro hac vice,* and a partner in O'Donnell & Associates PC, counsel of record for Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz (collectively, "Plaintiffs"). I have personal knowledge of the following facts and, if called and sworn, would competently testify as follows:

2. Attached hereto as Exhibit 120 is a true and correct copy of excerpts of House Document No. 231, Lake Pontchartrain and Vicinity, Louisiana (July 6, 1965).

3. Attached hereto as Exhibit 121 is a true and correct copy of excerpts from the Annual Reports of the Chief of Engineers on Civil Works Activities from 1958 through 2006.

4. Attached hereto as Exhibit 122 is a true and correct copy of the transcripts of the Hearings Before the Committee on Agriculture House of Representatives, 79th Congress, Second Session on H.R. 3821 and H.R. 6097 (Feb. 13 and April 15, 1946).

5. Attached hereto as Exhibit 123 is a true and correct copy of the transcripts of the Hearings before the Committee on Agriculture and Forestry on H.R. 6097, (July 19, 1946).

1

6. Attached hereto as Exhibit 124 is a true and correct copy of excerpts from the 1996 Mississippi River-Gulf Outlet North Bank Foreshore Protection Evaluation Report, October 1996.

7. Attached hereto as Exhibit 125 is a true and correct copy of the 1997 Feasibility Report Wetlands Creation and Protection Project Mississippi River - Gulf Outlet, Mile 14 to Mile 11, Marsh Creation, St. Bernard and Plaquemines Parishes, Louisiana, February 1997.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 2, 2009, in Los Angeles, California.

s/ Pierce O'Donnell  
PIERCE O'DONNELL

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on January 2, 2009, I caused to be served

**DECLARATION OF PIERCE O'DONNELL**, upon Defendants' counsel, Robin D. Smith,

George Carter, Keith Liddle, and Richard Stone by ECF and email at

robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and

richard.stone@usdoj.gov.

/s/ Pierce O'Donnell