UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*   08-4459 | * | |

**BARGE PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO WITHDRAW THEIR INCOMPLETE APPEAL FROM THE DENIAL OF THEIR RENEWED MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES**

Barge Plaintiffs' filed an incomplete Appeal on January 2, 2009 (Doc. # 16887), from the December 17, 2008 Order (Doc. # 16755) denying their December 1, 2008 Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 16572).

The Appeal was incomplete because it lacked all but one of the Exhibits, it lacked a Notice of Hearing, it lacked a proposed Order, and the ECF filing set forth an inaccurate hearing date. These deficiencies occurred because Richard Seymour, the filing attorney, had incorrectly understood that the deadline was January 2, 2009, and had planned to file the Appeal on the evening of January 2 after returning from New Orleans. However, the AirTran connecting flight

from Atlanta to Washington Reagan National Airport was delayed, and the undersigned attorney had approximately twenty minutes, rather than an hour and 27 minutes, to make the filing. When the plane arrived, airport security informed the undersigned that that secure part of the airport was being closed, and he had to move to the baggage claim area. The undersigned was able to log onto the Court's web site from the baggage claim area, but the connection to the Court's server was slow. All that could be uploaded before 1:00 AM Eastern time, midnight Central time, was the Appeal and the list of exhibits. There was no time to check the Court's web site for motion days and times.

After making this limited and incomplete filing, the undersigned checked Rule 6, Fed. R. Civ. Pro., and confirmed that the closing of the Court on January 2, 2009, was not an event that would affect the calculation of time. The undersigned then went back onto the Court's web site and learned that January 2, 2009 was listed as part of a collective New Year's Day holiday, making the deadline for filing the Appeal Monday, January 5.

Plaintiffs are today filing a complete Appeal, and the withdrawal of the incomplete filing will avoid confusion.

WHEREFORE, Plaintiffs pray that the Motion be granted.

        Respectfully submitted,

        /s/_____
        SHAWN KHORRAMI  (CA Bar #180411)
        DYLAN POLLARD  (CA Bar #180306)
        MATT BAILEY  (CA Bar #218685)
        444 S. Flower St., Thirty-Third Floor
        Los Angeles, California 90071
            Telephone:    (213) 596-6000
            Facsimile:     (213) 596-6010
            skhorrami@kpalawyers.com
            dpollard@kpalawyers.com
            mbailey@kpalawyers.com

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq. (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net

        Attorneys for Barge Plaintiffs

Dated: January 4, 2009