UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | * |
| *Mumford v. Ingram* | 05-5724 | * |
| *Lagarde v. Lafarge* | 06-5342 | *   JUDGE |
| *Perry v. Ingram* | 06-6299 | *   STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * |
| *Parfait Family v. USA* | 07-3500 | *   MAG. |
| *Lafarge v. USA* | 07-5178 | *   JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* | 08-4459 | * |

## ORDER GRANTING BARGE PLAINTIFFS' MOTION TO WITHDRAW THEIR INCOMPLETE APPEAL FROM THE DENIAL OF THEIR RENEWED MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

This matter comes before the Court on Barge Plaintiffs' Motion to Withdraw their incomplete Appeal filed on January 2, 2009 (Doc. # 16887), from the December 17, 2008 Order (Doc. # 16755) denying their December 1, 2008 Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 16572), to avoid confusion with a technically complete Appeal timely filed on January 4, 2009.

Upon consideration of the Motion and the responses of Defendants, it appears that the Motion is well taken. It is therefore hereby

ORDERED, that Plaintiffs' January 2, 2009, incomplete Appeal (Doc. # 16887) is hereby withdrawn.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE