## List of Exhibits

| Exhibit No. | Description |
|---|---|
| 1 | List of Exhibits |
| 2 | Decision in *Anderson v. U.S. Dept. of Housing and Urban Development*, __ F.3d __, 2008 WL 5412870 (5th Cir. Dec. 31, 2008) |
| 3 | September 25, 2008, proposed Seventh Amended Complaint |
| 4 | October 7, 2008, Memorandum of Lafarge North America Inc. in Opposition to Motion for Leave to File Seventh Amended Complaint (Doc. # 15813) |
| 5 | October 6, 2008, Memorandum of Third-Party Defendant, Board of Commissioners of the Port of New Orleans, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint For Damages (Doc. # 15767) |
| 6 | October 10, 2008, Dock Board Sur-Reply in Opposition (Doc. # 15898) |
| 7 | October 7, 2008, Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 15817) |
| 8 | October 14, 2008, Sur-Reply of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 15901) |
| 9 | October 15, 2008, Order on Motion (Doc. # 15902) |
| 10 | Redacted copy of the November 4, 2008, Memorandum of Lafarge North America Inc. in Opposition to the Motion for Summary Judgment Filed by the Board of Commissioners of the Port of New Orleans and Adopted by the Orleans Levee District |
| 11 | November 3, 2008, Plaintiffs' e-mail to counsel for Lafarge requesting consent for filing a revised form of the Seventh Amended Complaint omitting Arcola Sutton as a named Plaintiff |
| 12 | Copy of the draft proposed revised Seventh Amended Complaint sent to counsel for Lafarge on Nov. 3, 2008 |

| | |
|---|---|
| 13 | Final version of the Revised Proposed Seventh Amended Complaint submitted to the Court as Exhibit 15 to Plaintiffs' December 17, 2008, Reply Memorandum of Points and Authorities in Support of Their Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 16754) |
| 14 | Black-line comparison of the draft Seventh Amended Complaints in Exhibits 12 and 13 |
| 15 | November 11, 2008, 3:20 P.M. Central time, e-mail from Plaintiffs' counsel to counsel for Lafarge; Response from counsel or Lafarge at 1:28 P.M. Pacific time (3:28 P.M. Central time) |
| 16 | Plaintiffs' November 11, 2008 3:29 P.M. Central time e-mail response to Lafarge's e-mail |
| 17 | Lafarge's November 11, 2008 e-mail to plaintiffs' counsel at 1:34 P.M. Pacific time (3:34 P.M. Pacific time) |
| 18 | Plaintiffs' November 11, 2008, e-mail response to Lafarge's e-mail at 6:25 P.M. Pacific time (8:25 P.M. Central time) |
| 19 | Lafarge's November 12, 2008, e-mail to Plaintiffs Denying Consent |
| 20 | Plaintiffs' November 4, 2008, e-mail to third-party defendants |
| 21 | Dock Board's November 7, 2008, e-mail to Plaintiffs |
| 22 | OLD's November 7, 2008, e-mail to Plaintiffs |
| 23 | Plaintiffs' December 1, 2008, Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 16572) |
| 24 | Plaintiffs' Memorandum in Support of their December 1, 2008, Motion |
| 25 | January 25, 2008, Order Amending CMO 5 (Doc. # 10881) |
| 26 | December 9, 2008, Memorandum of Lafarge North America Inc. in Opposition to Barge Plaintiffs' Motion for Leave to File Their Revised Proposed Seventh Amended Complaint (Doc. # 16649) |
| 27 | Redacted Copy of Lafarge's November 17, 2008, Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Doc. # 16405) |
| 28 | Lafarge's December 9 Opposition to Plaintiffs' December 1 Motion for Leave to File their Revised Proposed Seventh Amended Complaint |

| | |
|---|---|
| 29 | Dock Board's December 9, 2008, Opposition to Plaintiffs' December 1, 2008, Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 16661) |
| 30 | OLD's December 12, 2008, Opposition to Plaintiffs' December 1, 2008, Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 16702) |
| 31 | December 1, 2008, Minute Entry |