**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL |
| Boutte, No. 05-5531 | |
| Mumford, No. 05-5724 | MAG. WILKINSON |
| Lagarde, No. 06-5342 | |
| Perry, No. 06-6299 | |
| Benoit, No. 06-7516 | |
| Parfait Family, No. 07-3500 | |
| Lafarge, No. 07-5178 | |

**SUR-REPLY MEMORANDUM OF THIRD-PARTY DEFENDANT, ORLEANS LEVEE DISTRICT, IN OPPOSITION TO MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Sur-Reply Memorandum in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages, adopting the proposed Sur-Reply Memorandum of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh

- 1 -

Amended Consolidated Class Action Complaint for Damages ("PNO's Proposed Memorandum") (Doc. 15881-4), filed with this Honorable Court on October 10, 2008 in connection with the above-captioned matters.

More specifically, the OLD adopts the arguments advanced and discussed in detail in the PNO's Proposed Memorandum that (1) the cases upon which Barge Plaintiffs rely are distinguishable; and (2) if the Barge Plaintiffs' claims against defendants arise under General Maritime Law, then substantive admiralty law would govern their claims regardless of whether a Rule 9(h) election is now allowed.

**WHEREFORE,** for all of the reasons set forth in the PNO's Proposed Memorandum, which the Orleans Levee District adopts *in extenso* herein, the Orleans Levee District respectfully requests that this Honorable Court deny the Barge Plaintiffs' motion for leave to amend their Complaint.

Dated:  October 13, 2008               Respectfully submitted,

                                       s/ Thomas P. Anzelmo_____
                                       McCRANIE, SISTRUNK, ANZELMO,
                                          HARDY, MAXWELL & McDANIEL
                                       Thomas P. Anzelmo, P.A. - #2533
                                       Mark E. Hanna - #19336
                                       Kyle P. Kirsch - #26363
                                       Andre J. Lagarde - #28649
                                       3445 N. Causeway Boulevard, Ste. 800
                                       Metairie, Louisiana 70002
                                       TELEPHONE:  (504) 831-0946
                                       FACSIMILE:  (504) 831-2492

                                       and

        LABORDE & NEUNER
        Ben L. Mayeaux - #19042
        James L. Pate - # 10333
        Gregory A. Koury - #26364
        One Petroleum Center, Suite 200
        1001 West Pinhook Road
        Lafayette, Louisiana 70503
        TELEPHONE: (337) 237-7000
        FACSIMILE: (337) 233-9450
        Attorneys for the ORLEANS LEVEE
        DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2008, a copy of the above and foregoing **Sur-Reply Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo
        McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE: (504) 831-0946
        FACSIMILE: (504) 831-2492
        E-MAIL: tpa@mcsalaw.com