UNITED STATION DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO: BARGE | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO. 05-4182** <br> **and consolidated cases** <br><br> **SECTION "K" (2)** |
| *Boutte v. Lafarge*    05-5531 <br> *Mumford v. Ingram*    05-5724 <br> *Lagarde v. Lafarge*    06-5342 <br> *Perry v. Ingram*    06-6299 <br> *Benoit v. Lafarge*    06-7516 <br> *Parfait Family v. USA*    07-3500 <br> *Lafarge v. USA*    07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * | **JUDGE STANWOOD R. DUVAL, JR.** <br><br> **MAG. JOSEPH C. WILKINSON, JR.** |
| * * * * * * | * * * * * * * | |

## ORDER

Considering the Ex Parte Consent Motion to Modify Case Management Order No. 5, it is hereby ORDERED that the motion be, and is hereby, GRANTED, and further, that the schedule contained in Case Management Order No. 5 is hereby modified as follows:

1/31/08      BARGE Plaintiffs must file any Class Certification Motion by January 31, 2008. The motion must describe each proposed class and sub-class and designate proposed class representatives (not to exceed five (5) in number), for each proposed class and/or for each proposed sub-class, and the specific basis in the Federal Rules of Civil Procedure as to which class certification is sought. As to each proposed class representative, the motion must provide his or her full name, current address, occupation and age, and the street address of any property as to which he or she seeks to recover damages in these case, including whether he or she owned or leased the property, a brief description of the size of the property and any buildings or other improvements on it, and whether it was or is used for residential and/or business purposes, and identify for each class representative whether that class rep is making a personal injury or wrongful death claim.

|  |  |
|---|---|
|  | Subsequent deadlines shall govern supporting memoranda and proof. |
| 3/28/08 | All parties to file preliminary Witness and Exhibit Lists by March 28, 2008. |
| 4/15/08 | Plaintiffs shall provide class certification expert reports by April 15, 2008. |
| 6/15/08 | Defendants' and Third Party Defendants' class certification expert reports are due by June 15, 2008. |
| 7/15/08 | All class certification discovery, including expert and fact depositions, to be completed by July 15, 2008. |
| 8/1/08 | Plaintiff's merits expert reports due August 1, 2008. |
| 8/15/08 | Plaintiffs to submit class certification memoranda, affidavits, transcripts, other materials, etc., by August 15, 2008. |
|  | Class certification hearing to be set for a date established by the Court. |
| 9/1/08 | Defendants' and Third Party Defendants' merits expert reports are due September 1, 2008. |
| 10/15/08 | Defendants and/or third-party defendants must file their written opposition to any motion for class certification, fully supported by necessary evidence in the form of affidavits, etc., by October 15, 2008. |
| 11/1/08 | Plaintiffs may reply to any class certification opposition by November 1, 2008. |
| 11/15/08 | All parties to file final Witness and Exhibit Lists by November 15, 2008. |
| 3/1/09 | All depositions and discovery to be completed by March 1, 2009. |
| 3/10/09 | All substantive and/or Daubert motions shall be filed |
| 3/24/09 | All oppositions to substantive and/ or Daubert motions shall be filed |
| 3/31/09 | All reply briefs to substantive and/or Daubert motions shall be filed |
| 4/8/09 | Hearing on all substantive and/or Daubert motions. Please use this date in noticing such motions. |

5/15/09          Final Pre-Trial Conference;

6/15/09          Trial.

New Orleans, Louisiana, the 25th day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE