UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, NO. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br>& Consolidated Cases<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**MEMORANDUM OF THIRD-PARTY DEFENDANT, ORLEANS
LEVEE DISTRICT, IN OPPOSITION TO BARGE PLAINTIFFS' MOTION FOR
LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED
<u>CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES</u>**

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Memorandum in Opposition, adopting the Memorandum in Opposition of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans (the "Port's Memorandum") (Doc. 16661), filed with this Honorable Court on December 9, 2008, in connection with the above-captioned matters and

- 1 -

concerning the Barge Plaintiffs' Motion for Leave to File a Revised Seventh Amended Consolidated Class Action Complaint for Damages.

The OLD further reasserts and incorporates by reference the arguments contained in the OLD's previously-filed opposition memoranda to the Barge Plaintiffs' earlier attempt to amend their Class Action Complaint. See, Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages (Doc. 15817) (attached as Exhibit A): Sur-Reply Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages (Doc. 15901) (attached as Exhibit B).

More specifically, the OLD adopts the arguments advanced and discussed in detail in the Port's Memorandum that: (1) circumstances have not changed since the Barge Plaintiffs' earlier attempt at amending their Complaint; (2) the OLD currently has a motion for summary judgment (Doc. 15059) pending before this Honorable Court regarding the third-party claims being asserted against the OLD by Lafarge North America, Inc.; and (3) allowing the Barge Plaintiffs to amend their Complaint could ultimately undermine the OLD's pending summary judgment motion as if the Barge Plaintiffs had specifically made a Rule 9(h) election to proceed in admiralty.

**WHEREFORE,** for all of the reasons set forth in the Port's Memorandum, which the Orleans Levee District adopts *in extenso* herein, as well as the reasons stated by both the Port and the Orleans Levee District in their earlier oppositions to the Barge Plaintiffs' previous attempt at amending their Complaint, the Orleans Levee District respectfully requests that this Honorable Court deny the Barge Plaintiffs' leave to amend their Complaint.

Dated:  December 12, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2008, a copy of the above and foregoing **Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Barge Plaintiffs' Motion for Leave to Their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                                         s/ Thomas P. Anzelmo_____
                                                         McCRANIE, SISTRUNK, ANZELMO,
                                                            HARDY, MAXWELL & McDANIEL
                                                         3445 N. Causeway Boulevard, Ste. 800
                                                         Metairie, Louisiana 70002
                                                         TELEPHONE: (504) 831-0946
                                                         FACSIMILE: (504) 831-2492
                                                         E-MAIL: tpa@mcsalaw.com

Case 2:05-cv-04182-SRD-JCW   Document 16839-30   Filed 01/04/09   Page 5 of 11
Case 2:05-cv-04182-SRD-JCW   Document 16702-23   Filed 12/12/2008   Page 1 of 4
Case 2:05-cv-04182-SRD-JCW   Document 15817   Filed 10/07/2008   Page 1 of 4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) & Consolidated Cases |
| PERTAINS TO: BARGE | |
| Boutte, No. 05-5531 | JUDGE DUVAL |
| Mumford, No. 05-5724 | |
| Lagarde, No. 06-5342 | MAG. WILKINSON |
| Perry, No. 06-6299 | |
| Benoit, No. 06-7516 | |
| Parfait Family, No. 07-3500 | |
| Lafarge, NO. 07-5178 | |

### MEMORANDUM OF THIRD-PARTY DEFENDANT, ORLEANS LEVEE DISTRICT, IN OPPOSITION TO MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Memorandum in Opposition, adopting the Memorandum in Opposition of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans (the "Port's Memorandum") (Doc. 15767), filed with this Honorable Court on October 6, 2008, in connection with the above-captioned matters and

- 1 -



Case 2:05-cv-04182-SRD-JCW   Document 16839-30   Filed 01/04/09   Page 6 of 11
Case 2:05-cv-04182-SRD-JCW   Document 16702-30   Filed 12/12/2008   Page 2 of 4
Case 2:05-cv-04182-SRD-JCW   Document 15817   Filed 10/07/2008   Page 2 of 4

concerning the Barge Plaintiffs' Motion for Leave to File a Seventh Amended Consolidated Class Action Complaint for Damages.

More specifically, the OLD adopts the arguments advanced and discussed in detail in the Port's Memorandum that (1) the Barge Plaintiffs, in their original and six amended Complaints filed in *Mumford*, elected to proceed under this Honorable Court's diversity jurisdiction by alleging multiple grounds for federal subject matter jurisdiction, requesting a jury trial, and failing to designate their claims as admiralty or maritime claims; (2) relying upon the Barge Plaintiffs' assertions in their original and six amended Complaints, the [OLD] timely filed a Motion for Summary Judgment seeking to dismiss Lafarge's meritless third-party claims; (3) the Barge Plaintiffs' proposed Seventh Amended Complaint – filed nearly a month after the [OLD]'s summary judgment motion and containing new assertions designed to thwart the [OLD]'s motion – is a belated and highly prejudicial attempt at resuscitating and legitimizing Lafarge's improper and invalid Rule 14(c) claims against the [OLD], and, as such, the Barge Plaintiffs should be denied leave to file their Seventh Amended Complaint; and (4) the fact that substantive admiralty and maritime law might apply to Barge Plaintiffs' claims against Lafarge does not determine whether the action proceeds as an admiralty action under Rule 9(h).

**WHEREFORE,** for all of the reasons set forth in the Port's Memorandum, which the Orleans Levee District adopts *in extenso* herein, the Orleans Levee District respectfully requests that this Honorable Court deny the Barge Plaintiffs' leave to amend their Complaint.

Case 2:05-cv-04182-SRD-JCW    Document 16839-30    Filed 01/04/09    Page 7 of 11
Case 2:05-cv-04182-SRD-JCW    Document 16702-2    Filed 12/12/2008    Page 3 of 4
Case 2:05-cv-04182-SRD-JCW    Document 15817    Filed 10/07/2008    Page 3 of 4

Dated: October 7, 2008              Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

3

Case 2:05-cv-04182-SRD-JCW   Document 16839-30   Filed 01/04/09   Page 8 of 11
Case 2:05-cv-04182-SRD-JCW   Document 16702-2   Filed 12/12/2008   Page 4 of 4
Case 2:05-cv-04182-SRD-JCW   Document 15817   Filed 10/07/2008   Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2008, a copy of the above and foregoing **Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com

Case 2:05-cv-04182-SRD-JCW   Document 16889-30   Filed 01/04/09   Page 9 of 11
Case 2:05-cv-04182-SRD-JCW   Document 16702-3   Filed 12/12/2008   Page 1 of 3
Case 2:05-cv-04182-SRD-JCW   Document 15901   Filed 10/14/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, No. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**SUR-REPLY MEMORANDUM OF THIRD-PARTY DEFENDANT,
ORLEANS LEVEE DISTRICT, IN OPPOSITION TO MOTION FOR
LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Sur-Reply Memorandum in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages, adopting the proposed Sur-Reply Memorandum of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh

- 1 -


EXHIBIT B

Case 2:05-cv-04182-SRD-JCW   Document 16789-30   Filed 02/04/09   Page 10 of 11
Case 2:05-cv-04182-SRD-JCW   Document 16702-3   Filed 12/12/2008   Page 2 of 3
Case 2:05-cv-04182-SRD-JCW   Document 15901   Filed 10/14/2008   Page 2 of 3

Amended Consolidated Class Action Complaint for Damages ("PNO's Proposed Memorandum") (Doc. 15881-4), filed with this Honorable Court on October 10, 2008 in connection with the above-captioned matters.

More specifically, the OLD adopts the arguments advanced and discussed in detail in the PNO's Proposed Memorandum that (1) the cases upon which Barge Plaintiffs rely are distinguishable; and (2) if the Barge Plaintiffs' claims against defendants arise under General Maritime Law, then substantive admiralty law would govern their claims regardless of whether a Rule 9(h) election is now allowed.

**WHEREFORE,** for all of the reasons set forth in the PNO's Proposed Memorandum, which the Orleans Levee District adopts *in extenso* herein, the Orleans Levee District respectfully requests that this Honorable Court deny the Barge Plaintiffs' motion for leave to amend their Complaint.

Dated: October 13, 2008                    Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

Case 2:05-cv-04182-SRD-JCW   Document 16789-30   Filed 01/04/09   Page 11 of 11
Case 2:05-cv-04182-SRD-JCW   Document 16702-3   Filed 12/12/2008   Page 3 of 3
Case 2:05-cv-04182-SRD-JCW   Document 15901   Filed 10/14/2008   Page 3 of 3

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2008, a copy of the above and foregoing **Sur-Reply Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
  HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com