UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182<br>and consolidated cases |
| | * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*              07-5178<br>*Weber v. Lafarge*          08-4459 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAG.<br>JOSEPH C. WILKINSON, JR. |

# ORDER GRANTING BARGE PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

This matter comes before the Court on Barge Plaintiffs' Appeal from the December 17, 2008 Order (Doc. # 16755) denying their December 1, 2008 Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages (Doc. # 16572).

After the Magistrate Judge had entered the Order in question, the Fifth Circuit handed down its decision in *Anderson v. U.S. Dept. of Housing and Urban Development*, __ F.3d __, 2008 WL 5412870 (5th Cir. Dec. 31, 2008).  The Magistrate Judge had had no opportunity to consider this decision, which has a significant bearing on the issues involved in the Appeal.

Upon consideration of the Appeal and the responses of Defendants, and in particular this new authority, it appears that the Appeal is well taken.  It is therefore hereby

ORDERED, that Plaintiffs have leave to file the Seventh Amended Consolidated Class Action

Complaint for Damages attached as Exhibit 13 to the Appeal.

    New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                                              _____
                                                                                              STANWOOD R. DUVAL, JR.
                                                                                              UNITED STATES DISTRICT JUDGE