# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K"  (2)<br>* |
| *Boutte v. Lafarge*           05-5531 | * |
| *Mumford v. Ingram*      05-5724 | * |
| *Lagarde v. Lafarge*        06-5342 | * JUDGE |
| *Perry v. Ingram*              06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * |
| *Parfait Family v. USA*   07-3500 | * MAG. |
| *Lafarge v. USA*               07-5178 | * JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 | *<br>* |

### MOTION TO QUASH NOTICE OF DEPOSITIONS AND DEPOSITION SUBPOENAS
(Motion to Expedite Also Filed)

**NOW COME** Barge Plaintiffs, through the Barge Plaintiffs Subgroup Litigation Committee, who, for reasons expressed in the accompanying Memorandum, respectfully move for an Order quashing Lafarge North America's December 30, 2008 Notice of Depositions and Subpoenas relative to the January 6 – 9, 2009 depositions of:

| | |
|---|---|
| Alfred McRoyal | January 6, 2009 - 10:30 a.m |
| Don Davis, Jr. | January 6, 2009 – 2:00 p.m. |
| Darrell Raymond | January 7, 2009 – 9:30 a.m. |
| Rita Raymond | January 7, 2009 – 10:30 a.m. |
| Aaron Lee | January 8, 2009 – 9:30 a.m. |
| Donna Buford | January 8, 2009 – 10:30 a.m. |
| Sarah Price | January 9, 2009 – 2:00 p.m. |

Darian Hunter                                                January 9, 2009 – 3:00 p.m.

January 4, 2009.

                                Respectfully Submitted,

                                /s/Brian A. Gilbert
                                Brian A. Gilbert, Esq.(21297)
                                LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                                821 Baronne Street
                                New Orleans, Louisiana 70113
                                      Telephone: (504) 885-7700
                                      Telephone: (504) 581-6180
                                      Facsimile: (504) 581-4336
                                      e-mail: bgilbert@briangilbertlaw.com

                                /s/ Lawrence D. Wiedemann,
                                Lawrence D. Wiedemann.(13457)
                                Karl Wiedemann (18502)
                                Karen Wiedemann (21151)
                                WIEDEMANN & WIEDEMANN
                                821 Baronne Street
                                New Orleans, Louisiana 70113
                                      Telephone: (504) 581-6180
                                      Facsimile: (504) 581-4336
                                      e-mail: lawrence@wiedemannlaw.com,
                                      karl@wiedemannlaw.com,
                                      karen@wiedemannlaw.com,

                                /s/ Patrick J. Sanders
                                Patrick J. Sanders (18741)
                                3316 Ridgelake Drive
                                Suite 100
                                Metairie, LA 70002
                                      Telephone: 504-834-0646
                                      e-mail: pistols42@aol.com

                                /s/ Richard T. Seymour
                                Richard T. Seymour (D.C. Bar #28100)
                                Law Office of Richard T. Seymour, P.L.L.C.
                                1150 Connecticut Avenue N.W., Suite 900

        Washington, D.C.  20036-4129
           Voice: 202-862-4320
           Cell:    202-549-1454
           Facsimile:  800-805-1065
           and 202-828-4130
           e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com,
        ddruker@wgdnlaw1.com

/s/Shawn Khorrami
Shawn Khorrami (CA SBN #14011)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
        Telephone: (213) 596-6000
        Facsimilie: (213) 596-6010
        e-mail:  Skhorrami@kpalawyers.com;
        Mbailey@kpalawyers.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 4th day of January, 2009.

\s\Brian A. Gilbert