## Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Walker, Derek [walker@chaffe.com] |
| **Sent:** | Wednesday, December 31, 2008 6:18 PM |
| **To:** | bgilbert@briangilbertlaw.com |
| **Subject:** | Re: Katrina Canal Breaches - |

I will call you. This was touched upon w Dylan during our discussions on dates and types of witnesses.
DEREK WALKER

----- Original Message -----
From: Law Office of Brian A. Gilbert <bgilbert@briangilbertlaw.com>
To: Walker, Derek
Sent: Wed Dec 31 15:59:53 2008
Subject: Katrina Canal Breaches -

Derek, we have received hand delivery today of Lafarge's notice of a number of depositions beginning on January 6, 2009 of persons who are nonparties and who are not particularly identified in any of Lafarge's or any other Barge Litigation parties' discovery responses or periodic witness lists.


Alfred McRoyal, Tuesday, January 6, 2009, 10:30 a.m.


Don Davis, Jr., Tuesday, January 6, 2009, 2:00 p.m.


Darrell Raymond, Wednesday, January 7, 2009, 9:30 a.m.


Rita Raymond, Wednesday, January 7, 2009, 10:30 a.m.


Aaron Lee, Thursday, January 8, 2009, 9:30 a.m.


Donna Buford, Thursday, January 8, 2009, 10:30 a.m.


Sarah Price, Friday, January 9, 2009, 2:00 p.m.


Darian Hunter, Friday, January 9, 2009, 3:00 p.m


The Federal Rules require reasonable advance notice of depositions. Jurisprudence holds that five business days do not suffice. Lafarge affords even shorter notice on the eve of a Federal holiday (the USDC is closed Friday, January 2, 2009) and immediately subsequent weekend. This is made more problematic by the fact that these persons' identities are not previously disclosed, and the fact that the notices do not comply with Fed. R. Civ. P. 30(b)(1) which requires the deponent's address.

We object to the occurrence of these deposition without reasonable notice, without disclosure in discovery responses and witness lists, and without inclusion of the deponent's address on the notice. I ask that you contact me for a Rule 37 conference in order to attempt to resolve this matter without Court intervention. I can be reached via cell phone, 504-250-9334.

Brian A. Gilbert, Esq.

Law Office of Brian A. Gilbert, P.L.C.

821 Baronne Street

New Orleans, Louisiana 70113

Phone: 504/885-7700

Phone: 504/581-6180

Facsimile: 504/581-4336

www.bargecase.com

# Law Office of Brian A. Gilbert

**From:** Walker, Derek [walker@chaffe.com]
**Sent:** Thursday, January 01, 2009 11:26 PM
**To:** Law Office of Brian Gilbert; DPollard@kpalawyers.com; bgilbert@briangilbertlaw.com
**Subject:** deps

Brian:

Further to our telecons and rule conferences I confirm that LNA's position is:

You have been aware for several weeks that we intended to take depositions of non-plaintiffs and people not on your witness list- these were 3rd party independent witness. Dylan gave me dates/weeks for your witnesses and I advised other weeks between now and March 2, (including Jan 5 week) would be used for those "other" witnesses. There was agreement to that per our email stream 12/20-12/2:.I suggest you read Dylan's email of 12/2, point 3 in particular.

Furthermore, (as Dylan and I discusesd) we are concerned that discovery will not be concluded by March 2, if we do not use all these weeks, and therefore do not want to delay these already subpoenaed witnesses-I also advised you there were 5-10 more of them.

Although we do not believe these people are subject to your interrogs, I told you they were non class area persons who would testify that they heard "booms" associated with the levee breaches of the 17th st and London Ave canals. There is nothing very complicated or lengthy about their testimony.I told your associate Ed Moreno essentially the same by email earlier this week.

Under the circumstances and time constraints, we intend to proceed with the depositions as scheduled.

Regards,

Derek

1