# CHAFFE McCALL
### L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas & Colorado

Direct Dial No: 504-585-7044
E-mail:walker@chaffe.com

December 8, 2008

*VIA U.S. MAIL* & **Via e-mail:**
bgilbert@briangilbertlaw.com
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans LA 70113

Re: Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Brian:

I confirm our telecom last week. Given the court's schedule and the impending trial, there is much that needs to be done in a short amount of time. Therefore, we need to promptly schedule depositions.

Attached is a list of persons who we want to depose. They are either named plaintiffs or individuals on your witness list. The list includes over 50 individuals. If you intend to drop any as clients or from the witness list, please let us know promptly. You also advised that you will be enrolling for all the *Benoit* plaintiffs, so that will add additional witnesses. There are also many other persons whose depositions we will schedule. The total is probably close to 75 people.

To avoid our noticing depositions or issuing subpoenas on unilaterally selected dates, we suggest that the best procedure is to block out several weeks (and/or days within weeks) for depositions. We assume you will have sufficient attorney staffing so that choosing a range of dates is not a problem. We will have several lawyers available to take depositions.

We do not care particularly about the order of the depositions, but do not want to "waste" any days by not having people present – therefore, we are preliminarily noticing depositions so

1211907-1

**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
**Houston:** 815 Walker Street, Suite 953 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806

www.chaffe.com


EXHIBIT 1

Mr. Brian Gilbert
December 8, 2008
Page 2

you can promptly contact your clients and we can start the ball rolling. However, changing dates and deponents, with the predicted attendance of the other lawyers, creates a mess, so the more we firm this up the better.

If the dates of these notices are not good or a witness different from the noticed witness will attend, we will need to know with plenty of notice ( ie not the same day).

The point is to be able to take depositions, whether of "your" clients or others. We will subpoena the others, as you requested

We are available to start the depositions the week of December 29 and every week thereafter throughout January and February, subject to holidays and Mardi Gras. Please confirm the dates and your team's availability so we can issue more notices and/or try to cooperate with you on the subpoenas.

Sincerely,

CHAFFE McCALL, L.L.P.


Derek A. Walker

DAW:em
Encl.

1211907-1