| Plaintiff Name | Status |
|---|---|
| Koch, Aida | Mumford plaintiff |
| Glaser, Dianne | Mumford plaintiff |
| Sutton, Rico | Mumford plaintiff |
| Adams, Gwendolyn | Benoit plaintiff |
| Adams, Henry | Benoit plaintiff |
| Alford, Jerry | Benoit plaintiff |
| Alford, John | Benoit plaintiff |
| Benoit, Marie | Benoit plaintiff |
| Daniels, Joyce | Benoit plaintiff |
| Daniels, Earl | Benoit plaintiff |
| Dean, Mildred | Benoit plaintiff |
| Green, David | Benoit plaintiff |
| Green, Everidge | Benoit plaintiff |
| Green, Jonathan | Benoit plaintiff |
| Green, Sr., Robert | Benoit plaintiff |
| Leon, Ethel | Benoit plaintiff |
| Leon, Karen | Benoit plaintiff |
| Lagarde, Michael | Lagarde plaintiff |
| Lagarde, Marenthia | Lagarde plaintiff |
| Carter, Joycelyn | Lagarde plaintiff |
| Dunn, Anthony | Lagarde plaintiff |
| Moses, Joycelyn | Lagarde plaintiff |
| Pritchett, Donald | Lagarde plaintiff |
| Boutte, Blair | Boutte plaintiff |
| Shanks, Doris | Boutte plaintiff |
| Warren, Herbert | Boutte plaintiff |
| Weber, Daniel | Weber plaintiff |
| McFarland, Kevin | Weber plaintiff |
| Gibson, Melba | Weber plaintiff |
| Perry, Jimmie | Perry plaintiff |
| Perry, Nellie | Perry plaintiff |
| Luke, Gilbert | plaintiff witness list (11/08) #34) |
| Sutton, Arcola | plaintiff witness list (11/08) #68 |
| Rodriguez, Henry "Junior" | plaintiff witness list (11/08) #69 |
| Warren, Mary | plaintiff witness list (11/08) #81 |
| Goetz, Ernie | plaintiff witness list (11/08) #103 |
| Genovese, Karen | plaintiff witness list (11/08) #104 |
| Bordelon, Clifton | plaintiff witness list (11/08) #105 |
| Bordelon, Sharlet | plaintiff witness list (11/08) #106 |
| Traylor, Darryl | plaintiff witness list (11/08) #108 |
| Camp, Patricia | plaintiff witness list (11/08) #109 |
| Tafaro, Craig | plaintiff witness list (11/08) #107 |
| Lauga, Jr., Ray | plaintiff witness list (11/08) #107 |
| Cavinac, George | plaintiff witness list (11/08) #107 |
| Henderson, Kenneth | plaintiff witness list (11/08) #107 |
| Ginart, Jr., Mike | plaintiff witness list (11/08) #107 |
| Everhardt, Jr., Fred | plaintiff witness list (11/08) #107 |
| Auderer, Jr., Frank | plaintiff witness list (11/08) #107 |
| Boudreaux, Polly | plaintiff witness list (11/08) #107 |
| Gorbaty, Mike | plaintiff witness list (11/08) #107 |
| Payse, David | plaintiff witness list (11/08) #107 |
| Stephens, Jack | plaintiff witness list (11/08) #107 |
| Bertucci, Brian | plaintiff witness list (11/08) #107 |

EXHIBIT 2