**Walker, Derek**

| | |
|---|---|
| **From:** | Dylan Pollard [DPollard@kpalawyers.com] |
| **Sent:** | Monday, December 15, 2008 6:01 PM |
| **To:** | Walker, Derek |
| **Subject:** | RE: LNA depos |

Derek—I will call you as soon as I get off my current call. I have a lot of ideas. Sorry for the delay. Will you be at that number in 20 minutes?

---

**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Monday, December 15, 2008 4:00 PM
**To:** Brian Gilbert
**Cc:** Dylan Pollard
**Subject:** RE: LNA depos

Dylan?????????

My # is-- 504 585 7044.

---

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Thursday, December 11, 2008 4:42 PM
**To:** Walker, Derek
**Subject:** RE: LNA depos

Dylan will call you tomorrow.

---

**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Thursday, December 11, 2008 3:27 PM
**To:** Walker, Derek; Law Office of Brian A. Gilbert
**Subject:** RE: LNA depos

Brian:

Any reply? I need to move this and set/notice others too.

Derek

---

**Derek Walker**
*Attorney*

**Chaffe McCall, L.L.P.**
*Attorneys at Law*
2300 Energy Centre 1100 Poydras Street
New Orleans, Louisiana 70163

Direct: 504-585-7044
Direct Fax: 504-544-6066

Main: 504-585-7000  Fax: 504-585-7075
walker@chaffe.com  www.chaffe.com

EXHIBIT 3

**From:** Walker, Derek
1/2/2009