**Walker, Derek**

---

**From:** Walker, Derek
**Sent:** Monday, December 15, 2008 3:08 PM
**To:** 'Dylan Pollard'
**Cc:** 'Law Office of Brian A. Gilbert'
**Subject:** RE: Barge-- depositions

Dylan:

Brian advises that you are in charge of scheduling. I sent your team a letter a week ago, with attached deposition notices. Given the fact that discovery concludes March 9, and that we jointly have upwards of 50 depositions, we need to start scheduling them NOW. There are other deadlines on the heels of this one. We are trying to be cooperative, but if we don't get a reply from you, we will assume that the first batch is acceptable and will share the dates with all counsel ( which we have not done yet). We are also noticing additional witnesses, and will issue subpoenas for witnesses you do not control on unilaterally selected dates. We do not want to be criticized by the court for not moving this along and do not want to be prejudiced by any delays, unavailability, scheduling issues, etc.

Keep in mind that due to lack of notice, Christmas, New Years, and Mardi Gras we will lose at least 3 weeks out of the next 10 weeks.

I look forward to your immediate response.

Regards,

Derek



EXHIBIT
4

1/2/2009