**Martinez, Elida**

| | |
|---|---|
| **From:** | Walker, Derek |
| **Sent:** | Wednesday, December 17, 2008 9:54 AM |
| **To:** | 'Dylan Pollard' |
| **Cc:** | 'Law Office of Brian A. Gilbert' |
| **Subject:** | Barge depositions |
| **Attachments:** | 28821 D Pollard 12-16-08.DOC |

Dylan:

Per our telecon.

Derek



1/2/2009



# CHAFFE McCALL
L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

December 17, 2008

<u>**Via E-mail:**</u> DPollard@kpalawyers.com
Dylan Pollard, Esq.
Khorrami Pollard & Abir LLP (KP&A)
444 S. Flower Street
33rd Floor
Los Angeles, CA 90071

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
      USDC, E.D. LA., No. 05-4182 "K"
      Our Ref: 99675/28821

Dear Dylan:

I refer to our telephone conference regarding the deposition schedule and understand we have reached the following agreement – if I am mistaken, please let me know promptly:

1.   You will provide me names of "our" witnesses and/or other third party witnesses whose depositions you want to take so that we can make arrangements and/or set aside dates;

2.   You will provide me, before the end of this week, with blocks of weeks and/or specific days between December 26 and March 8 when your team is available (or "not available") for depositions;

3.   The above dates will primarily be for depositions of Barge plaintiffs, Barge "witness list" individuals, and Lafarge witnesses. However, ~~the dates will also have~~ to be used for third party witnesses given the number of total witnesses;

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 2425 West Loop South, Suite 200 • Houston, TX 77056 • Tel: (713) 621-7711 • Fax: (713) 621-4399
www.chaffe.com
1218847-1

January 2, 2009
Page 2

4. We will send out notices of the Barge plaintiffs in random order. You will advise if a different order, time, sequence, etc. is preferable – and if there are any changes you will give us no less than 24 hours notice;

5. <u>We will subpoena Barge witnesses and third parties,</u> also on randomly selected dates. Once issued, subpoenas are difficult to change, so those dates are less flexible;

6. Insofar as the notices for the week of December 28, you have agreed that these depositions will go forward, except the ones noticed on December 31- I will file and circulate the notices to all counsel.

I look forward to working with you in this process, and remain

          Sincerely,

          Chaffe McCall, LLP

          Derek A. Walker

DAW:em
Encls.

cc: Mr. Brian Gilbert

1218847-1