**Walker, Derek**

**Subject:** FW: Depositions: Barge Litigation

---

**From:** Dylan Pollard [mailto:DPollard@kpalawyers.com]
**Sent:** Monday, December 22, 2008 6:49 PM
**To:** Walker, Derek
**Cc:** Brian Gilbert
**Subject:** RE: Depositions: Barge Litigation

1 and 2: Ok, good. We assumed that's what you meant but thanks for the clarification. As an additional thought, my inclination is to assume that you will depose two plaintiffs/day (i.e. that 10 and 2 will be the de rigueur schedule unless and until we decide it is not working and make other arrangements).
3. I agree that we should use the week of 1/5 to get some depositions done, and similarly suggest a Mo-Thursday schedule. If you can get subpoenaed witnesses lined up, all the better. We generally need a little bit of lead time to schedule and confirm plaintiffs around the holiday time as some are traveling or otherwise not at their homes to receive mail.
5 and 6—the sooner you can get me your wish list of deponents, the quicker I can get started trying to confirm them for dates certain.

You have asked me about LNA witnesses that the Barge Plaintiffs want to depose. It is our intention that, notwithstanding any modification of the scheduling that may occur by January 15, 2009 by Judge Duval, depositions of selected persons on your witness list will begin the first part of February 2009. I believe that the majority of the persons we wish to depose will need to be subpoenaed. That does not include the 30(b)(6) depo of LNA's person most knowledgeable, and Arnold (No. 25 on your list) and Stone (No. 26 on your list)—that is to say, that I presume you will be producing these witnesses. You did not identify specific witnesses in Categories No. 27-32 on your witness list. Do you intend to do so? Do you have specific names and contact info for any of these witnesses?

---

**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Monday, December 22, 2008 4:34 PM
**To:** Dylan Pollard
**Cc:** Brian Gilbert
**Subject:** RE: Depositions: Barge Litigation

1. Sorry- we did change the times from the original draft to Brian. We think that the depos will take more than 2 hours, at least at the start. The correct times are 10 and 2pm.
2. 10 and 2pm.
3. Agree to depos the week of Jan. 12 and we will send you notices for that week, but we might use the week of the 5th too. We could notice/subpoena non-plaintiffs ( i.e. 3rd party witnesses) that week.
4. We did not notice her officially but let us know when she's available- we'll renotice for the week of the 12th.
5. ok
6. ok.

---

**From:** Dylan Pollard [mailto:DPollard@kpalawyers.com]
**Sent:** Saturday, December 20, 2008 1:15 PM
**To:** Walker, Derek
**Cc:** Brian Gilbert
**Subject:** RE: Depositions: Barge Litigation

1.  The Adams Depositions will proceed on 12/29/08. There is some confusion however as to the start time because initially your notice said they would begin at 1 and 3 pm but a subsequent email to Brian Gilbert's office indicated a 10

**EXHIBIT 6**

1/2/2009

a.m and 2 p.m as start time. This is one reason why it is essential that all scheduling go through my office so as to eliminate any confusion. I would ask that you verify the start times. If you do wish to go 10 and 2, then let's do that with the understanding that the depositions can also go back to back, if the first one ends on the early side.

2. The Alford Depositions will proceed on 12/30/08. A similar issue exists as to the start times. Please similarly provide clarification
3. The Daniels' depositions for 12/31/08 will need to be rescheduled to the week of 1/12/09. I suggest that 1/12/09 be the first week that we begin a large volume of depositions. I propose a M-Thurs schedule. Please let me know who you wish to depose that week as soon as possible so we can begin verifying availability of deponents and making arrangements for their travel to your office.
4. I do not have Marie Benoit confirmed yet for 12/30/08 but may yet be able to do so before the 48 hour window we discussed closes. I will let you know.
5. 1/19/09 is a federal holiday. Let's schedule depositions 1/20/09 through 1/23/09.
6. 1/26/09 through 1/29/09 is similarly available for depositions. Again, please provide me your wish list for precise deponents at your earliest opportunity.

Dylan

---

**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Friday, December 19, 2008 6:52 PM
**To:** Dylan Pollard
**Subject:** Re: Depositions: Barge Litigation


Any news?
DEREK WALKER

----- Original Message -----
From: Dylan Pollard <DPollard@kpalawyers.com>
To: Walker, Derek
Sent: Fri Dec 19 16:47:20 2008
Subject: Depositions: Barge Litigation

I am preparing a response to your letter and a proposed schedule for depositions which I will transmit to you this evening.

1/2/2009