**Martinez, Elida**

| | |
|---|---|
| **From:** | Walker, Derek |
| **Sent:** | Tuesday, December 30, 2008 4:39 PM |
| **To:** | 'eleemoreno@gmail.com' |
| **Subject:** | depositions |

Edward:

These are independent, non-plaintiff non class cert.area fact witnesses who may have information regarding causes of flooding in various neighborhoods throughout the city (i.e. with no barge).

Derek



EXHIBIT 7

1/2/2009