**Martinez, Elida**

| | |
|---|---|
| **From:** | Martinez, Elida |
| **Sent:** | Tuesday, December 30, 2008 5:39 PM |
| **To:** | 'DPollard@kpalawyers.com' |
| **Cc:** | 'bgilbert@briangilbertlaw.com'; Walker, Derek |
| **Subject:** | Katrina Canal Breaches Litigation - BARGE |
| **Attachments:** | 28821 D. Pollard 12-30-08.DOC; 28821- Depo Notice 12-30-08.DOC |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'DPollard@kpalawyers.com' | |
| | 'bgilbert@briangilbertlaw.com' | |
| | Walker, Derek | Read: 12/30/2008 5:53 PM |
| | 'jaldock@goodwinprocter.com' | |
| | 'Raffman, Mark S' | |
| | 'dwebb@swslaw.com' | |
| | Fisher, Robert | Read: 12/30/2008 6:42 PM |
| | Blanchard, Charles | Read: 12/30/2008 5:40 PM |

Please see attached correspondence and draft Notice of Deposition in the above matter.

*Elida Martinez,*
*Sec. Derek A. Walker, H. Michael Bush,*
*Adelaida J. Ferchmin*
*Chaffe McCall, LLP*
*Tel: (504) 585-7707*
*e-mail: martinez@chaffe.com*


EXHIBIT 9

1/2/2009

# CHAFFE McCALL
L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

December 30, 2008

**Via E-mail:** DPollard@kpalawyers.com
Dylan Pollard, Esq.
Khorrami Pollard & Abir LLP (KP&A)
444 S. Flower Street
33rd Floor
Los Angeles, CA 90071

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
      USDC, E.D. LA., No. 05-4182 "K"
      Our Ref: 99675/28821

Dear Dylan:

Attached is a draft Notice of Deposition listing deponents and dates. Those set for January 6 – 9 have been subpoenaed or noticed, since they are not plaintiffs. On the others, the times are blank, but on days where three are scheduled, the times would probably be 10:00 am. - 1:00 p.m. and 3:00 p.m. In cases where four are scheduled, the times would be 9:30 a.m. - 11:00 a.m. and 1:30 p.m. - 3:00 p.m. We may be too optimistic, in which case we can reduce the number of witnesses per day and/or shift some to the week of February 2, 3009.

If you need to shift any plaintiffs around, please advise as soon as possible. We will send out notices within the next day for the benefit of all counsel. You confirmed you will make arrangements for appearance of your plaintiffs.

We identify below the LNA witnesses (items 27-32) as follows:

25   Jennifer Arnold has already testified;
27   Witnesses from the IPET group – Reed Mosher;
28   Witnesses from the ILIT group – Robert Bea;

**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
**Houston:** 2425 West Loop South, Suite 200 • Houston, TX 77056 • Tel: (713) 621-7711 • Fax: (713) 621-4399
www.chaffe.com

1222480-1

January 2, 2009
Page 2

| | | |
|---|---|---|
| | 29 | Witnesses from the Team Louisiana group – Paul Kemp; |
| | 30 | Witnesses from the ASCE External Review Panel – to be identified; |
| | 31 | Witnesses interviewed by IPET/ILIT or Team Louisiana: Paul Best, Thomas Emery, David Gordon, Freddy Jones, Elgin Robertson; |
| | 32 | Witnesses to authenticate evidence – will be identified. |

I look forward to hearing from you, and remain

                                  Sincerely,

                                  Chaffe McCall, LLP

                                  Derek A. Walker

DAW:em
Encl.

cc: Mr. Brian Gilbert

1222480-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K" (2)<br>* |
| *Boutte v. Lafarge*     05-5531 | * |
| *Mumford v. Ingram*     05-5724 | * |
| *Lagarde v. Lafarge*     06-5342 | * JUDGE |
| *Perry v. Ingram*     06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * |
| *Parfait Family v. USA*     07-3500 | * MAG. |
| *Lafarge v. USA*     07-5178 | * JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*     08-4459 | *<br>* |

## NOTICE OF DEPOSITIONS

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure:

**Name of Deponent:**            **Date and Time:**

<u>January 6 – 9, 2008</u>

Subpoenaed Served & Scheduled:

1222428-2

| | |
|---|---|
| Alfred McRoyal | January 6, 2009 - 10:30 a.m |
| Don Davis, Jr. | January 6, 2009 – 2:00 p.m. |
| Darrell Raymond | January 7, 2009 – 9:30 a.m. |
| Rita Raymond | January 7, 2009 – 10:30 a.m. |
| Aaron Lee | January 8, 2009 – 9:30 a.m. |
| Donna Buford | January 8, 2009 – 10:30 a.m. |
| Sarah Price | January 9, 2009 – 2:00 p.m. |
| Darian Hunter | January 9, 2009 – 3:00 p.m. |

<u>January 12, 2008</u>

Marie Benoit

Mildred Dean

Blaire Boutee

<u>January 13, 2008</u>

Mike Ginart

Fred Everhardt, Jr.

Frank Auderer, Jr.

<u>January 14, 2008</u>

Gilbert Luke

Mary Warren

Emile Goetz

<u>January 15, 2008</u>

Melba Gibson

Jimmie Perry

Nellie Perry

<u>January 19, 2008</u>

Craig Taffaro

Ray Lauga, Jr.

George Cavinac

<u>January 20, 2008</u>

Ethel Leon

Karen Leon

Aida Koch

<u>January 21, 2008</u>

Mike Gorbaty

David Payse

Jack Stephens

<u>January 22, 2008</u>

Doris Shanks

Herbert Warren

Donald Pritchett

<u>January 26, 2008</u>

Michael Lagarde

Marenthia Lagarde

Anthony Dunn

<u>January 27, 2008</u>

Darryl Traylor

Sharlet Bordelon

Clitton Bordelon

**January 28, 2008**

David Green

Everidge Green

Jonathan Green

Robert Green

**January 29, 2008**

Joycelyn Moses

Rico Sutton

Arcola Sutton

**February 2, 2008**

Polly Boudreaux

Patricia Camp

Kenneth Henderson

Brian Bertucci

**February 3, 2008**

Dianne Glaser

Kevin McFarland

Henry "Junior" Rodriguez

**February 4, 2009**

Harris Irvin, III

Richard Reese

**February 9 – 12, 2008**

Any witnesses not previously obtained / Lafarge witnesses taken by plaintiff

1222428-2                                    4

<u>February 16 – 19, 2008</u>

Any witnesses not previously obtained / Lafarge witnesses taken by plaintiff

<u>February 23-26, 2008</u>

MARDI GRAS

before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

        Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 30th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker

1222428-2                                6