UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| **PERTAINS TO: BARGE** | * | and consolidated cases | |
| | * | | |
| | * | SECTION "K" (2) | |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | **JUDGE** |
| *Perry v. Ingram* | 06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | **MAG.** |
| *Lafarge v. USA* | 07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| *Weber v. Lafarge* | 08-4459 | * | |

## MOTION FOR EXPEDITED HEARING

Barge Plaintiffs respectfully move for expedited hearing of their MOTION TO QUASH NOTICE OF DEPOSITIONS AND DEPOSITION SUBPOENAS, filed immediately prior to filing of this motion to expedite. Lafarge North America, Inc. served the deposition notices and subpoenas subject of these motions on December 30 and 31, 2008, only three business days in advance of eight January 6 - 9, 2009 depositions of previously undisclosed and unidentified fact witnesses Lafarge may call at trial to testify concerning causes of flooding. Expedited treatment of the plaintiffs' Motion to Quash is essential to allow disposition before these depositions commence. This Court's earliest regular hearing date is January 21, 2009, fifteen days after the depositions are to begin.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com


/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130

e-mail: rick@rickseymourlaw.net

/s/Shawn Khorrami (CA SBN #14011)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail:  Skhorrami@kpalawyers.com;
          Mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 4th day of January, 2009.

\s\Brian A. Gilbert