UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | **JUDGE** |
| *Perry v. Ingram*    06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | **MAG.** |
| *Lafarge v. USA*    07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| *Weber v. Lafarge*    08-4459 | * | |

## EXPEDITED HEARING ORDER

Considering the Barge Plaintiffs' Motion for Expedited Hearing relative to their Motion to Quash Notice of Depositions and Deposition Subpoenas, it is hereby **ORDERED** that the motion to expedite is **GRANTED**.

**FURTHER ORDERED**, that hearing shall occur at _____ o'clock on the ____ day of January, 2009, and **FURTHER**, that until the Court has ruled, the depositions subject of plaintiffs' Motion to Quash shall be suspended.

New Orleans, Louisiana, this ____ day of January, 2009.

_____
**JOSEPH C. WILKINSON, JR.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 4th day of January, 2009.


                                    \s\Brian A. Gilbert