UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>*Joseph Aguilar, III, et al.*<br>Civil Action No.: 07-4852 | * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing the Claims of Frank Britton With Prejudice by Frank Britton and The Hanover Insurance Company;

**IT IS ORDERED ADJUDGED AND DECREED** that *Aguilar, et al vs. Alea London Limited, et al.*, No. 07-4852 is temporarily reopened with respect to Hanover for the limited purpose of addressing this motion filed by Frank Britton and The Hanover Insurance Company and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Frank Britton asserted in the Complaint for Damages, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this __5th__ day of January, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE