UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>    Plaintiffs<br>VS.<br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>    Defendant | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Aramburo Alden regarding claim no. 18-R339-199, Michele Alfred regarding claim no. 18-R245-021, Elizabeth & Anastasios Anastasiadis regarding claim no. 18-R264-980, Betty Anglin regarding claim no. 18-R530-645, Douglas Arceneaux regarding claim no. 18-R532-552, Anthony & Velma Barcia regarding claim no. 18-R343-317, Alvin & Thais Barnes regarding claim no. 18-R253-654, Warren A. Bastian regarding claim no. 18-R492-555, Richetta Becknel regarding claim no. 18-R332-814, Carol Bell regarding claim no. 18-R479-058, Wanda & Henry Berry regarding claim no. 18-R254-298, Leroy & Thelma

Bridgewater regarding claim no. 18-R250-792, Elaine Broussard regarding claim no. 18-R326-825, Gary Brown regarding claim no. 18-R342-913, Keith & Monica Buras regarding claim no. 18-R245-531, St. Clair Carr regarding claim no. 18-R498-191, Gelamcio & Ernest Charbonnet regarding claim no. 18-R495-430, Stephanie & Derek Chatelain regarding claim no. 18-R247-917, D'Antonio Claude regarding claim no. 18-R487-332, Robert & Deborah Clayton regarding claim no. 18-R247-653, Lori Clements regarding claim no. 18-R309-878, Elcentric Coffey & Hilda Godfrey regarding claim no. 18-R234-988, William & Emma Conerly regarding claim no. 18-R172-197, Cheryl Conrad regarding claim no. 18-R259-155, Dwayne Cooper regarding claim no. 18-R350-059, Crystal Cox regarding claim no. 18-R236-056, Deloris Cullier regarding claim no. 18-R509-526, Hassann Curry & Karl Haney regarding claim no. 18-R358-885, Gail Davalle & Carnavius M. Davalie regarding claim no. 18-R240-142, Terry & Donna Davis regarding claim no. 18-R344-562, Darren & Michelle Demas regarding claim no. 18-R477-808, Cynthia Derbyshire regarding claim no. 18-R351-037, Carol & Donald Dimiggio regarding claim no. 18-R358-302, Holly Donnelly regarding claim no. 18-R250-591, Holly Donnelly regarding claim no. 18-R250-586, Anna Dourrieu regarding claim no. 18-R269-028, Raymond & Belinda Ducote regarding claim no. 18-R243-977, Ivory Elmore regarding claim no. 18-R260-494, Marion Enclarde regarding claim no. 18-R163-779, Jane & Blane Fisher regarding claim no. 18-R262-813, Cynthia Franklin regarding claim no. 18-R244-888, Sondra Freds regarding claim no. 18-R346-116, Mildred Ganheart regarding claim no. 18-R238-248, Mary Garnett regarding claim no. 18-R330-906, O'Neal Golden regarding claim no. 18-R236-110, Edward & Mildred Goodwin regarding claim no. 18-R533-477, Carol Griffin regarding claim no. 18-R497-451, Sylvia & Alex Hamilton regarding claim no. 18-R330-558, Donald Harrison regarding claim no. 18-R532-922, Harold & Stacie Hebert regarding claim no. 18-R240-156, John Henderson

regarding claim no. 18-R508-334, Catherine Henley regarding claim no. 18-R167-817, Willie Hickman regarding claim no. 18-R332-289, Betty Higgins regarding claim no. 18-R504-363, Verline Holmes regarding claim no. 18-R332-770, Kim Hudson regarding claim no. 18-R256-193, Gregory & Shirley Jackson regarding claim no. 18-A225-201, Treeva Jacques regarding claim no. 18-R499-043, Nancy Jaeger regarding claim no. 18-R331-461, Matthew & Brenda Jefferson regarding claim no. 18-R488-772, Charles & Daisey Johnson regarding claim no. 18-R482-445, Edna Jones regarding claim no. 18-R493-196, Henrietta & Dave Jones regarding claim no. 18-R170-335, Judy Jones regarding claim no. 18-R355-472, Stephanie & Wayne Jones regarding claim no. 18-R479-901, Nedra Joseph regarding claim no. 18-R357-837, Rebecca Kennedy regarding claim no. 18-R239-286, Virginia & Thomas Lacy regarding claim no. 18-R356-079, Nicole Duchane-Langford & James Langford regarding claim no. 18-R233-395, April & Troy Lawrence regarding claim no. 18-R251-677, Andrew & Mary Lecoq regarding claim no. 18-R250-225, Jacques Legrand regarding claim no. 18-R338-867, Irma Lopez regarding claim no. 18-R485-210, Barbara Lyons regarding claim no. 18-R337-880, Carlo & Jan Maltese regarding claim no. 18-R491-871, Mary Mccadel regarding claim no. 18-R240-354, Carrie Parker regarding claim no. 18-R357-758, Karbin & Dorothy Paul regarding claim no. 18-R484-618, Wendell & Clara Payne regarding claim no. 18-R338-070, Stacey Polk regarding claim no. 18-R486-935, Ilene Powell & Earl Lizana regarding claim no. 18-R330-759, Louis Marascalco regarding claim no. 18-R345-886, Salvatore Marascalco regarding claim no. 18-R346-033, JoAnn Murrell regarding claim no. 18-R170-935, Georgia Ramsey-Jackson regarding claim no. 18-R348-328, Noel & Shaleevonn Reimonenq regarding claim no. 18-R264-481, Barbara Reine regarding claim no. 18-R237-746, Darrell Rhodies regarding claim no. 18-R173-174, Lydia & Leon Riley regarding claim no. 18-R327-302, Douglas Robertson & Toya Brown-Robertson

regarding claim no. 18-R241-230, Rhonda Robertson regarding claim no. 18-R483-543, James Robinson regarding claim no. 18-R331-839, Katherine Russell regarding claim no. 18-R350-166, Katherine Russell regarding claim no. 18-R350-172, Agatha Sanchez regarding claim no. 18-R480-526, Jane Sanchez regarding claim no. 18-R347-591, Robert Sanchez regarding claim no. 18-R267-542, Jay & Ann Marie Sequeira regarding claim no. 18-R330-054, Anwarunnisa & Mohammed Sharief regarding claim no. 18-R351-594, Barbara Shelby regarding claim no. 18-R247-825, Willie Skinner regarding claim no. 18-R244-144, Janice & Darryl Staves regarding claim no. 18-R359-668, Shirley & Ervin Taylor regarding claim no. 18-R531-288, Deborah Tero regarding claim no. 18-R243-721, Isabell Thomas regarding claim no. 18-R340-499, Kim Thomas regarding claim no. 18-R236-993, Brent Tigler regarding claim no. 18-R376-845, Gerald & Patricia Tolpi regarding claim no. 18-R326-081, Troylynn Toney regarding claim no. 18-R357-634, Jeffery Trepagnier regarding claim no. 18-R168-072, Lynell Turner regarding claim no. 18-R489-212, Lynell Turner regarding claim no. 18-R351-928, Christin Valteau regarding claim no. 18-R262-561, Russell Vappie regarding claim no. 18-R329-224, Abraham & Martha Venson regarding claim no. 18-R254-286, Thelma Verbeek regarding claim no. 18-R337-813, Eric & Troi Vigne regarding claim no. 18-R351-025, Howard Walker regarding claim no. 18-R213-519, Robert & Verlina Washington regarding claim no. 18-R479-251, Harold Weber & Sylvia Lazard regarding claim no. 18-R478-275, Yolanda White regarding claim no. 18-R336-265 and Diedre Williams regarding claim no. 18-R344-601, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this 5th day of January, 2009.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2