UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES            §   CIVIL ACTION
        CONSOLIDATED LITIGATION           §   NO. 05-4182 "K" (2)
                                          §   JUDGE DUVAL
_____§      MAG. WILKINSON
                                          §
PERTAINS TO:                              §
     MRGO, Robinson (No. 06-2268)         §
_____§

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008. Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts:  John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff. *See* Doc. Rec. No. 16833. Pursuant to the Notice of Production filed on December 22, 2008, the United States is now producing Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In Re: Katrina Canal Breaches Consolidated Litigation.*

The expert reports do not contain computer generated evidence that the experts relied upon when drafting their reports because the evidence is voluminous. If the Plaintiffs require any of the evidence once they have reviewed the expert reports, they are instructed to contact United States counsel to obtain the required evidence. Moreover, the United States provided notice of an expert report amendment for Steven Fitzgerald on December 23, 2008. *See* Doc. Rec. No.

16842.

    Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                              s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.
                                              Trial Attorney, Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, D.C.  20044
                                              (202) 616-4400 / (202) 616-5200 (Fax)
                                              Attorneys for the United States

Dated: January 5, 2009

## **CERTIFICATE OF SERVICE**

     I, James F. McConnon, Jr., hereby certify that on January 5, 2009, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                                                                                       s/ James F. McConnon, Jr.
                                                                                                           JAMES F. McCONNON, JR.