PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XBJ | 001 | XBJ-001-000000001 | XBJ-001-000000039 | Expert Witness | Brian Jarvinen | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Brian Jarvinen |
| XRL | 001 | XRL-001-000000001 | XRL-001-000000203 | Expert Witness | Reed Mosher | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Reed Mosher |
| XLB | 001 | XLB-001-000000001 | XLB-001-000000938 | Expert Witness | Louis Britsch III | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Louis Britsch III |
| XSD | 001 | XSD-001-000000001 | XSD-001-000000240 | Expert Witness | Stephen Deloach | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Stephen Deloach |
| XTW | 001 | XTW-001-000000001 | XTW-001-000000849 | Expert Witness | Thomas Wolff | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Thomas Wolff |
| XBE | 001 | XBE-001-000000001 | XBE-001-000000393 | Expert Witness | Bruce Ebersole | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Bruce Ebersole |
| XXF | 001 | XXF-001-000000001 | XXF-001-000000034 | Expert Witness | Steven Fitzgerald | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Steven Fitzgerald |
| XJB | 001 | XJB-001-000000001 | XJB-001-000000127 | Expert Witness | John Barras | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from John Barras |
| XDR | 001 | XDR-001-000000001 | XDR-001-000000062 | Expert Witness | Donald Resio | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Donald Resio |
| XJW | 001 | XJW-001-000000001 | XJW-001-000000273 | Expert Witness | Joannes Westerink | KC1001 | 1/5/2009 | Robinson | Expert Report and Related Documents from Joannes Westerink |