# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES   &ast;     C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION     &ast;     JUDGE: DUVAL
    &ast;     MAG.: WILKINSON
    &ast;

PERTAINS TO:     &ast;
INSURANCE (Sullivan, No. 07-2174)     &ast;

## ORDER

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this _5th_ day of _____January_____, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA