# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |

**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.*

**This pleading applies only to the claim of Karen St. Romain, Steven St. Romain regarding 2716 Bradberry Drive, Meraux, LA 70075; Earl Green regarding 1725 Alabo Street, New Orleans, LA 70117; Carrella McWilliams regarding 5859 N Claiborne Ave, New Orleans, LA 70117; Gayla Rivera-Brown regarding 3919 Virgil Blvd., New Orleans, LA 70122; Alberta Reese regarding 2732 Acada Street, New Orleans, LA 70122; Zandra Davenport regarding 3624 Cambronne St., New Orleans, LA 70118; Rosalie Garrison, James Garrison regarding 7227 Claridge Court, New Orleans, LA 70127; JEFF-CO CONTRACTORS, INC regarding 4238 POCHE CT., NEW ORLEANS, LA 70129; Betty Felton regarding 150 Torrey Pines Dr., New Orleans, LA 70128; Juan Garcia regarding 1504 Owens Blvd., New Orleans, LA 70122; Margaret Haines regarding 3951 Odin St., New Orleans, LA 70126; Edna Harrison regarding 10627 Pressburg St., New Orleans, LA 70127; Annell Grace regarding 4910 Gallier Dr., New Orleans, LA 70126; Olivia Guss regarding 813/15 Dupre St., New Orleans, LA 70119; Arizona Moore regarding 8716 Pear St., New Orleans, LA 70118; Lee Sands regarding 6854 Argonne Blvd., New Orleans, LA 70124; Ardella Bridges regarding 2410 Alabo St., New Orleans, LA 70117; Jacklyn Cupit regarding 906 Main St., LaPlace, LA 70068; Sharon Starks regarding 6325 Pauline Dr., New Orleans, LA 70126; Deborah Stewart regarding 4519 Coronado Dr., New Orleans, LA 70127; Garnet Smith regarding 1829 Pauline St., New Orleans, LA 70117; Evangeline Comeaux regarding 401 Warrington Dr., New Orleans, LA 70122; Deietra Dennis regarding 2419 New York St., New Orleans, LA 70122;**

Ellis Williams regarding 3108 Metropolitian St., New Orleans, LA 70126; Alfred Palmer regarding 9860 Morrison Rd., New Orleans, LA 70127; Felix Chetta, Rosary Chetta regarding 1614 Charlton Dr., New Orleans, LA 70122; Carol Robinson, William Robinson regarding 5150 Desire Dr., New Orleans, LA 70126; David Crawford, Jarlene Crawford regarding 7630 Branch Drive, New Orleans, LA 70128; Carolyn Aronson-Murphy regarding 5874 Bellairest, New Orleans, LA 70124; Tania Jackson, Barrey L. Jackson regarding 3021 Lakewood Dr., Violet, LA 70092; Carrie Klink, George Klink regarding 2500 Cora Ann Street, Violet, LA 70092; Marietta Williams regarding 6116 N. Roman St., New Orleans, LA 70117; Wendell JeanPierre, Connie Jeanpierre regarding 1346 Mendez St., New Orleans, LA 70122; Sarah Lewis-Russell regarding 6331 N. Dorgenois St., New Orleans, LA 70117; Conard James regarding 1626 King Dr., New Orleans, LA 70122; Alicia Rivarde regarding 5312 Warrington Dr., New Orleans, LA 70122; JENIFER JENNINGS, YOUTONG P WILCOX regarding 3311 ELYSIAN FIELDS AVE., NEW ORLEANS, LA 70122; HENRY PRATCHER, LEAH PRATCHER regarding 4337 ANNETTE ST., NEW ORLEANS, LA 70122; Youtong Wilcox, Alicia Brewster Wilcox regarding 4515 Annette St., New Orleans, LA 70122; Avist Martin, Priscilla regarding 4701 Rosalia Dr., New Orleans, LA 70127; Shelia Hebert regarding 11161 S. Iddlewood Ct., New Orleans, LA 70122; Dlaine Thomas regarding 9801 Andover Dr., New Orleans, LA 70127; Ottis Washington regarding 7820-7822 Arcadia Ln., New Orleans, LA 70128; Johnny White regarding 6200 Painters St., New Orleans, LA 70122; Ethel Williams regarding 11140 Morrison, New Orleans, LA 70128; Sylvia Sykes regarding 7632 Read Blvd., New Orleans, LA 70127; Byron Yarls, Joycelyn Cloud Yarls regarding 7311 E. Renaissance Ct., New Orleans, LA 70128; Wesley Anderson, Alice Leblanc Anderson regarding 7640 Armor Dr., New Orleans, LA 70126; Mary Douglas-Goldsmith regarding 6659 Harborview Drive, New Orleans, LA 70126; Willie Barnes regarding 5718 Marais St, New Orleans, LA 70117;

Cornelia Whitlow regarding 6258 Warrington Dr., New Orleans, LA 70122; Errol Diaz regarding 3518 Mandeville St, New Orleans, LA 70122; Mattie Bordere, Harold J Bordere regarding 7540 Pine Ridge St, New Orleans, LA 70128; Gregory Owens regarding 3501 Mandeville St., New Orleans, LA 70122; David Brubaker, Vicki Brubaker regarding 2921 Jackson Blvd., Chalmette, LA 70043; Audrey County, Walter W. County Sr. regarding 2400 Pauline St., New Orleans, LA 70117; Vincent Foster regarding 13730 Pierres Ct., New Orleans, LA 70129; Newell Smith regarding 7314 Ebbtide Dr., New Orleans, LA 70126; Judas Littleton, Bessie Littleton regarding 1531 Feliciana St., New Orleans, LA 70117; Joycelyn Yarls regarding 5131 Parkwood Ct. E., New Orleans, LA 70128; Karen Vinsanau regarding 3801 Laplace St., Chalmette, LA 70043

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Karen St. Romain, Steven St. Romain regarding 2716 Bradberry Drive, Meraux, LA 70075; Earl Green regarding 1725 Alabo Street, New Orleans, LA 70117; Carrella McWilliams regarding 5859 N Claiborne Ave, New Orleans, LA 70117; Gayla Rivera-Brown regarding 3919 Virgil Blvd., New Orleans, LA 70122; Alberta Reese regarding 2732 Acada Street, New Orleans, LA 70122; Zandra Davenport regarding 3624 Cambronne St., New Orleans, LA 70118; Rosalie Garrison, James Garrison regarding 7227 Claridge Court, New Orleans, LA 70127; JEFF-CO CONTRACTORS, INC regarding 4238 POCHE CT., NEW ORLEANS, LA 70129; Betty Felton regarding 150 Torrey Pines Dr., New Orleans, LA 70128; Juan Garcia regarding 1504 Owens Blvd., New Orleans, LA 70122; Margaret Haines regarding 3951 Odin St., New Orleans, LA 70126; Edna Harrison regarding 10627 Pressburg St., New Orleans, LA 70127; Annell Grace regarding 4910 Gallier Dr., New Orleans, LA 70126; Olivia

Guss regarding 813/15 Dupre St., New Orleans, LA 70119; Arizona Moore regarding 8716 Pear St., New Orleans, LA 70118; Lee Sands regarding 6854 Argonne Blvd., New Orleans, LA 70124; Ardella Bridges regarding 2410 Alabo St., New Orleans, LA 70117; Jacklyn Cupit regarding 906 Main St., LaPlace, LA 70068; Sharon Starks regarding 6325 Pauline Dr., New Orleans, LA 70126; Deborah Stewart regarding 4519 Coronado Dr., New Orleans, LA 70127; Garnet Smith regarding 1829 Pauline St., New Orleans, LA 70117; Evangeline Comeaux regarding 401 Warrington Dr., New Orleans, LA 70122; Deietra Dennis regarding 2419 New York St., New Orleans, LA 70122; Ellis Williams regarding 3108 Metropolitian St., New Orleans, LA 70126; Alfred Palmer regarding 9860 Morrison Rd., New Orleans, LA 70127; Felix Chetta, Rosary Chetta regarding 1614 Charlton Dr., New Orleans, LA 70122; Carol Robinson, William Robinson regarding 5150 Desire Dr., New Orleans, LA 70126; David Crawford, Jarlene Crawford regarding 7630 Branch Drive, New Orleans, LA 70128; Carolyn Aronson-Murphy regarding 5874 Bellairest, New Orleans, LA 70124; Tania Jackson, Barrey L. Jackson regarding 3021 Lakewood Dr., Violet, LA 70092; Carrie Klink, George Klink regarding 2500 Cora Ann Street, Violet, LA 70092; Marietta Williams regarding 6116 N. Roman St., New Orleans, LA 70117; Wendell JeanPierre, Connie Jeanpierre regarding 1346 Mendez St., New Orleans, LA 70122; Sarah Lewis-Russell regarding 6331 N. Dorgenois St., New Orleans, LA 70117; Conard James regarding 1626 King Dr., New Orleans, LA 70122; Alicia Rivarde regarding 5312 Warrington Dr., New Orleans, LA 70122; JENIFER JENNINGS, YOUTONG P WILCOX regarding 3311 ELYSIAN FIELDS AVE., NEW ORLEANS, LA 70122; HENRY PRATCHER, LEAH PRATCHER regarding 4337 ANNETTE ST., NEW ORLEANS, LA 70122; Youtong Wilcox, Alicia Brewster Wilcox regarding 4515 Annette St., New Orleans, LA 70122; Avist Martin, Priscilla regarding 4701 Rosalia Dr., New Orleans, LA 70127; Shelia Hebert regarding 11161 S. Iddlewood Ct., New Orleans, LA 70122; Dlaine Thomas regarding 9801 Andover Dr., New

Orleans, LA 70127; Ottis Washington regarding 7820-7822 Arcadia Ln., New Orleans, LA 70128;

Johnny White regarding 6200 Painters St., New Orleans, LA 70122; Ethel Williams regarding 11140

Morrison, New Orleans, LA 70128; Sylvia Sykes regarding 7632 Read Blvd., New Orleans, LA

70127; Byron Yarls, Joycelyn Cloud Yarls regarding 7311 E. Renaissance Ct., New Orleans, LA

70128; Wesley Anderson, Alice Leblanc Anderson regarding 7640 Armor Dr., New Orleans, LA

70126; Mary Douglas-Goldsmith regarding 6659 Harborview Drive, New Orleans, LA 70126; Willie

Barnes regarding 5718 Marais St, New Orleans, LA 70117; Cornelia Whitlow regarding 6258

Warrington Dr., New Orleans, LA 70122; Errol Diaz regarding 3518 Mandeville St, New Orleans,

LA 70122; Mattie Bordere, Harold J Bordere regarding 7540 Pine Ridge St, New Orleans, LA

70128; Gregory Owens regarding 3501 Mandeville St., New Orleans, LA 70122; David Brubaker,

Vicki Brubaker regarding 2921 Jackson Blvd., Chalmette, LA 70043; Audrey County, Walter W.

County Sr. regarding 2400 Pauline St., New Orleans, LA 70117; Vincent Foster regarding 13730

Pierres Ct., New Orleans, LA 70129; Newell Smith regarding 7314 Ebbtide Dr., New Orleans, LA

70126; Judas Littleton, Bessie Littleton regarding 1531 Feliciana St., New Orleans, LA 70117;

Joycelyn Yarls regarding 5131 Parkwood Ct. E., New Orleans, LA 70128; Karen Vinsanau regarding

3801 Laplace St., Chalmette, LA 70043, who wish to voluntarily dismiss the claims against

Defendant(s) Travelers Casualty and Surety Company, Travelers Property Casualty Insurance

Company, Travelers Home and Marine Insurance Company, The Standard Fire Insurance Company,

The Travelers Insurance Company, St. Paul Travelers Insurance, St Paul Fire and Marine Insurance

Company, Travelers Property Casualty Company of America, The Travelers Indemnity Company of

America, in the above captioned matter only, with prejudice, specifically reserving all rights against

all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect

to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs

to voluntarily dismiss the claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to

bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these

defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to

voluntarily dismiss their claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each

party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record
by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other
electronic transmission this 5th day of January, 2009.

   /s/ Joseph M. Bruno
Joseph M. Bruno