UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  BARGE                                   JUDGE DUVAL
*Mumford v. Ingram*  C.A. No. 05-5724                 MAG. WILKINSON
*Boutte v. Lafarge*       C.A. No. 05-5531
*Lagarde v. Lafarge*      C.A. No. 06-5342
*Perry v. Ingram Barge*   C.A. No. 06-6299
*Benoit v. Lafarge*       C.A. No. 06-7516
*Parfait Family v. USA*   C.A. No. 07-3500
*Lafarge v. USA*          C.A. No. 07-5178

## ORDER ON MOTIONS

APPEARANCES:  None (on the briefs)

MOTION:  (1) Barge Plaintiffs' Motion for Expedited Hearing on Motion to Quash Notice of Depositions and Deposition Subpoenas, Record Doc. No. 16891
(2) Barge Plaintiffs' Motion to Quash Notice of Depositions and Deposition Subpoenas, Record Doc. No. 16890

O R D E R E D:

 (1) : GRANTED. My office contacted Derek Walker, counsel for Lafarge North America, to provide an opportunity to file a written opposition memorandum to the Barge Plaintiffs' Motion to Quash or to conduct an expedited oral hearing on the motion. Defense counsel has advised the court that his letter dated January 2, 2009, which I have reviewed and separately filed into the record, contains all of the information and argument that he would include in a written opposition memorandum. Accordingly, the court accepts that letter as Lafarge's opposition to the Barge Plaintiffs' Motion to Quash, and grants the requested expedited hearing. The Motion to Quash will be decided

immediately on the record without oral argument in light of tomorrow's noticed deposition date.

(2) : GRANTED. The notice of depositions filed on December 30, 2008 for depositions to take place on January 6 through January 9, 2008, which are the only subject of this motion, was wholly unreasonable. Fed. R. Civ. P. 32(A)(5) would have prevented the use of the depositions in the absence of this expedited order. Accordingly, the deposition notice and subpoenas are quashed, insofar as they relate to the depositions noticed to take place on January 6 through January 9, 2008.

New Orleans, Louisiana, this   5th   day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2