UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                              CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                           NO. 05-4182

PERTAINS TO: INSURANCE                                     SECTION "K"(2)
             SMITH, 07-3833

## ORDER

Considering the parties' Joint Motion to Dismiss (Rec. Doc. 16802), accordingly

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this __5th__ day of January, 2009.

_____
 STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE