UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Betty Stalbert regarding 3913 Virgil Blvd, New Orleans, LA 70122; Suzanne Mackenroth regarding 5600 Rosemary Pl, New Orleans, LA 70124; Richard Zehner regarding 1809 Cumberland St., Metairie, LA 70003; Georgia Coleman regarding 7571 Pineridge St., New Orleans, LA 70128; Sylvia Lacey regarding 6106 North Meraux St., New Orleans, LA 70117; Jessie Rausom regarding 3908 Louisiana Ave. Pkwy, New Orleans, LA 70125; Rudolph Smith regarding 2430 Onzaga St., New Orleans, LA 70119; Lionel Wilson regarding 1422 Mandolin St., New Orleans, LA 70122; Hilda Williams regarding 5001 Reed Blvd, New Orleans, LA 70127; Pearline Crider regarding 1813 & 1811 Congress St., New Orleans, LA 70117; Linda Williams regarding 11 Avoyelles Pl, New Orleans, LA 70129; Emmanuel Spann regarding 7317 Hickman St., New Orleans, LA 70127; Emmanuel Spann regarding 1734/1736 Flood St., New Orleans, LA 70127; Joseph Kleinpeter, Frances Kleinpeter regarding 4920 Major Dr., New Orleans, LA 70128; Connie Johnson regarding 11643 N. Adam Ct., New Orleans, LA 70128; Nick Harris, Syria Harris regarding 6720 Curren Rd., New Orleans, LA 70126; Michelle Thomas regarding 2613 Touro St., New Orleans, LA 70119; Lloyd Davis regarding 12960 Chanelle Ct., New Orleans, LA 70128; Augustine Cobette regarding 11428 Maxine Dr., New Orleans, LA 70128; Barbara Bridges regarding 2147 Egania St, New Orleans, LA 70117; Cassandra Patterson regarding 7250 Voyageur Ct, New Orleans, LA 70129; Wallace McField, Shirley McField regarding 1819 Piety St., New Orleans, LA 70117; Patricia Zar regarding 138 South St., Slidell, LA 70458; |

|  | Theophile Soulet, Louise D. Soulet regarding 364 Oriole Dr., Slidell, LA 70458 |
|---|---|

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Betty Stalbert regarding 3913 Virgil Blvd, New Orleans, LA 70122; Suzanne Mackenroth regarding 5600 Rosemary Pl, New Orleans, LA 70124; Richard Zehner regarding 1809 Cumberland St., Metairie, LA 70003; Georgia Coleman regarding 7571 Pineridge St., New Orleans, LA 70128; Sylvia Lacey regarding 6106 North Meraux St., New Orleans, LA 70117; Jessie Rausom regarding 3908 Louisiana Ave. Pkwy, New Orleans, LA 70125; Rudolph Smith regarding 2430 Onzaga St., New Orleans, LA 70119; Lionel Wilson regarding 1422 Mandolin St., New Orleans, LA 70122; Hilda Williams regarding 5001 Reed Blvd, New Orleans, LA 70127; Pearline Crider regarding 1813 & 1811 Congress St., New Orleans, LA 70117; Linda Williams regarding 11 Avoyelles Pl, New Orleans, LA 70129; Emmanuel Spann regarding 7317 Hickman St., New Orleans, LA 70127; Emmanuel Spann regarding 1734/1736 Flood St., New Orleans, LA 70127; Joseph Kleinpeter, Frances Kleinpeter regarding 4920 Major Dr., New Orleans, LA 70128; Connie Johnson regarding 11643 N. Adam Ct., New Orleans, LA 70128; Nick Harris, Syria Harris regarding 6720 Curren Rd., New Orleans, LA 70126; Michelle Thomas regarding 2613 Touro St., New Orleans, LA 70119; Lloyd Davis regarding 12960 Chanelle Ct., New Orleans, LA 70128; Augustine Cobette regarding 11428 Maxine Dr., New Orleans, LA 70128; Barbara Bridges regarding 2147 Egania St, New Orleans, LA 70117; Cassandra Patterson regarding 7250 Voyageur Ct, New Orleans, LA 70129; Wallace McField, Shirley McField regarding 1819 Piety St., New Orleans, LA 70117; Patricia Zar regarding 138 South St., Slidell, LA 70458; Theophile Soulet, Louise D. Soulet regarding 364 Oriole Dr., Slidell, LA 70458, who wish to

voluntarily dismiss the claims against Defendant(s) Travelers Casualty and Surety Company, Travelers Property Casualty Insurance Company, Travelers Home and Marine Insurance Company, The Standard Fire Insurance Company, The Travelers Insurance Company, St. Paul Travelers Insurance, St Paul Fire and Marine Insurance Company, Travelers Property Casualty Company of America, The Travelers Indemnity Company of America in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 5th day of January 2009.

                                                                     /s/ Joseph M. Bruno
                                                               Joseph M. Bruno