UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: *Held*, 07-1610 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

**O R D E R**

Considering the foregoing *Joint Motion for Voluntary Dismissal with Prejudice*:

**IT IS HEREBY ORDERED** that all claims of plaintiff, Edward J. Held, Jr., in the above-entitled case, are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this ___5th___ day of January, 2009.

**HONORABLE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**