UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K"  (2)<br>* |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*            07-5178<br>*Weber v. Lafarge*        08-4459 | *<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>* |

## NOTICE OF DEPOSITION

TO: ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of Marie Benoit for all permissible purposes allowed under the Federal Rules of Civil Procedure on January 16, 2009 at 04:00 p.m. before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

1225907-1

        Respectfully submitted,

        **CHAFFE McCALL, L.L.P.**


        /s/ Derek A. Walker
        Derek A. Walker (#13175)
        Robert B. Fisher, Jr. (#5587)
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        walker@chaffe.com

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone: (504) 598-2715

        John D. Aldock
        **GOODWIN PROCTER LLP**
        901 New York Avenue, NW
        Washington, DC 20001
        Tel.: (202) 346-4240

        **ATTORNEYS FOR
        LAFARGE NORTH AMERICA INC.**

## Certificate of Service

I do hereby certify that I have on this 5th day of January, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

        ./s/ Derek A. Walker