# Exhibit 49



# DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

CELMN-PD-FC

February 1988

MISSISSIPPI RIVER-GULF OUTLET,

ST. BERNARD PARISH, LOUISIANA

RECONNAISSANCE REPORT

ON

CHANNEL BANK EROSION

## STUDY AUTHORITY

The study was authorized by a resolution adopted 23 September 1982 by the Committee on Public Works and Transportation of the United States House of Representatives at the request of Representative Robert L. Livingston, Jr., Louisiana 1st Congressional District. The resolution is as follows:

> "Resolved by the Committee on Public Works and Transportation of the House of Representatives, United States, that the Board of Engineers for Rivers and Harbors is hereby requested to review the report of the Chief of Engineers on the Mississippi River Gulf Outlet, Louisiana, published as House Document No. 245, 82nd Congress, 1st Session, and other pertinent reports, with a view to determining whether, in light of extensive erosion which has been occurring in St. Bernard Parish along the unleveed banks of the Gulf Outlet Channel, any modifications to the recommendations contained therein are advisable at this time with reference to the feasibility of bank protection measures."

## STUDY PURPOSE AND SCOPE

This report contains the results of reconnaissance phase studies. The purpose of the reconnaissance study is to accomplish the following objectives:

- define the extent of erosion and erosion-related problems occurring in the study area,

- identify opportunities to implement potential solutions to the defined problems,

- appraise the Federal interest in potential solutions to defined problems by evaluating the costs, benefits, and environmental impacts of the potential solutions,

2

**APPENDIX  D**

**STUDY MAILING LIST**

**MRGO BANK EROSION**
**Mar 87**
**Congressional Delegation**

Hon. Lindy (Mrs. Hale) Boggs
2353 Rayburn House Ofc. Bldg.
Washington, D.C.   20515

MRGO 8

Honorable Jerry Huckaby
Washington Square Building
211 N. Third Street
Monroe, Louisiana  71201

MRGO 15

Honorable J. Bennett Johnston
United States Senate
Washington, D.C.   20510

MRGO 1

Hon. Lindy (Mrs. Hale) Boggs
1012 Hale Boggs Federal Bldg.
500 Camp Street
New Orleans, LA  70130

MRGO 9

Honorable Richard Baker
House of Representatives
Washington, D.C.   20515

MRGO 16

Honorable J. Bennett Johnston
1010 Hale Boggs Federal Bldg.
500 Camp Street
New Orleans, LA  70130

MRGO 3

Hon. William "Billy" Tauzin
House of Representatives
Washington, D.C.   20515

MRGO 10

Honorable Richard Baker
404 Europe Street
Baton Rouge, Louisiana   7080(

MRGO 17

Honorable John B. Breaux
United States Senate
Washington, D.C.   20510

MRGO 4

Hon. William "Billy" Tauzin
2439 Manhattan Blvd.
Suite 304
Harvey, Louisiana  70058

MRGO 11

Honorable Jimmy A. Hayes
House of Representatives
Washington, D.C.   20515

MRGO 18

Honorable John B. Breaux
Hale Boggs Federal Bldg.
New Orleans, LA  70130

MRGO 5

Hon. Charles "Buddy" Roemer
House of Representatives
Washington, D.C.   20515

MRGO 12

Honorable Jimmy A. Hayes
P.O. Box 30476
Lafayette, Louisiana   70503

MRGO 19

Honorable Robert L. Livingston
House of Representatives
Washington, D.C.   20515

MRGO 6

Hon. Charles "Buddy" Roemer
228 Spring Street, Suite 100
Shreveport, Louisiana  71101

MRGO 13

Honorable Clyde Holloway
House of Representatives
Washington, D.C.   20515

MRGO 20

Honorable Robert L. Livingston
111 Veterans Blvd.
Suite 700
Metairie, Louisiana  70005

MRGO 7

Honorable Jerry Huckaby
House of Representatives
Washington, D.C.   20515

MRGO 14

Honorable Clyde Holloway
2310 MacArthur Drive
Alexandria, Louisiana  71301

MRGO 21

**FEDERAL AGENCIES**

HQDA (DAEN-CWP-C)
Washington, D.C.  20314

MRGO 22


Board of Engineers for Rivers
  and Harbors
Kingman Building
Fort Belvoir, VA  22060

MRGO 23


Division Engineer
US Army Engineer Division
Lower Mississippi Valley
P.O. Box 80
Vicksburg, MS  39180

MRGO 24

Commanding Officer
New Orleans Army Terminal
4400 Dauphine Street
New Orleans, LA  70117

MRGO 25


Chairman
Environmental Committee
  on Public Works
United States Senate
Washington, D.C.  20510

MRGO 26

Water Resources Coordinator
Office of the Secretary/ORSPC
Room 5898C
Department of Commerce
Washington, D.C.  20230

MRGO 27


Chairman
Committee on Public Works and
Transportation
House of Representatives
Washington, D.C.  20515

MRGO 28

Environmental Section
Department of Justice
2-3-4 Loyola Bldg., 7th Floor
New Orleans, LA  70112

MRGO 29

Asst. Secretary for Economic
  Development
U.S. Department of Commerce
Washington, D.C.  20230

MRGO 30

State Director
Farmers Home Administration
USDA
3737 Government Street
Alexandria, LA  71301

MRGO 31

Department of the Interior
Asst. Secretary for Program
  Development and Budget
Ofc. of Env. Proj. Review
Rm 4241
18th and C Streets, NW
Washington, D.C.  20240

MRGO 32

District Chief, WRD
Geological Survey
U.S. Dept. of the Interior
P.O. Box 66492
Baton Rouge, LA  70896

MRGO 33

Ofc. of Management and Budget
Resources and Civil Works
  Division (Natural Resources)
New Executive Office Building
Room 8026
Washington, D.C.  20503


U.S. Fish and Wildlife Service,
  Field Supervisor, Lafayette
P.O. Box 4305
Lafayette, LA  70502

MRGO 35

Mr. Dennis Jordan
U.S. Fish and Wildlife Service
300 Woodrow Wilson Avenue
Suite 3185
Jackson, MS  39213

MRGO 36

David Cottingham
Actg Director, Ofc of Ecology
  and Conservation (PP/EC)
U.S. Dept. of Comm., Rm 6814
14th and Constitution Avenue
Washington, D.C.  20230

U.S. Dept. of Commerce
National Marine Fisheries Serv.
Southeast Region
9450 Kroger Boulevard
St. Petersburg, FL  33702

MRGO 38

Administrator
U.S. Env. Protection Agency
Waterside Mall
4th & M Streets, SW
Washington, D.C.  20460

MRGO 39

Reg. EIS Coordinator, Reg VI
U.S. Env. Protection Agency
1445 Ross Avenue
Dallas, TX  75270

MRGO 40

Ms. Peggy Keney
Nat'l Marine Fisheries Serv.
University Station
P.O. Box 25106
Baton Rouge, LA  70804

MRGO 41

D-2

**FEDERAL AGENCIES (continued)**

Stephen Margolis, Ph.D.
Chief, Env. Affairs Group
Dept. of Health & Human Svcs.
Centers for Disease Control
Atlanta, GA 30333

MRGO 48

Faye Talbot
Soil Conservation Service
555 Goodhope Street
Narco, LA 70079

MRGO 54

Dr. Peter Smith
Dept. of Agriculture
Room 412A, Admin. Bldg.
14th & Independence Ave.
Washington, D.C. 20250

MRGO 42

Reg. Administrator, Reg. VI
DHUD
P.O. Box 2905
Fort Worth, TX 76113-2905

MRGO 49

Captain of the Port
U.S. Coast Guard
4640 Urquhart Street
New Orleans, LA 70117

MRGO 55

Reg. Forester, Forest Serv.
U.S. Dept. of Agriculture
Southern Region
1720 Peachtree Road, NW
Atlanta, GA 30367

MRGO 43

Executive Director
Advisory Council on Historic
  Preservation
1100 Pennsylvania Ave., N.W.
Suite 809
Washington, D.C. 20004

Director
Office of Env. Compliance
Department of Energy
Room 4G-085
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Division Administrator
Federal Highway Administration
P.O. Box 3929
Baton Rouge, LA 70821

MRGO 51

Mr. Laurence Zensinger
Federal Emergency Management
  Agency
Room 714, 500 C St., S.W.
Washington, D.C. 20472

MRGO 45

Horace J. Austin
State Conservationist
Soil Conservation Service
3737 Government Street
Alexandria, LA 71302

MRGO 52

Division Administrator
Federal Hwy. Administration
P.O. Box 3929
Baton Rouge, LA 70821

MRGO 46

Advisory Council on Historic
  Preservation
730 Simms Street, Room 450
Golden, CO 80401

MRGO 53

Mr. Charles Custard
Dept. of Health & Human Svcs.
Room 537F Humphrey Bldg.
200 Independence Ave., S.W.
Washington, D.C. 20201

MRGO 47

NOAA-NWS-LMRFC
1120 Old Spanish Trail
Slidell, LA 70458

MRGO 54

Governor, etc.

**State Senators**

Honorable M. A. Cross
3805 Epperson
Baker, LA  70714

MRGO 68


Honorable Edwin Edwards
Governor of Louisiana
State Capitol
P.O. Box 94004
Baton Rouge, LA  70804-9004

MRGO 56

Honorable Robert L. Freeman
Lieut. Governor of Louisiana
State Capitol
P.O. Box 44243
Baton Rouge, LA  70804

MRGO 57

Hon. James H. "Jim" Brown
Secretary of State
P.O. Box 94125
Baton Rouge, LA  70804-9125

MRGO 58

Hon. Bob Odom, Commissioner
  of Agriculture
State of Louisiana
P.O. Box 44302
Baton Rouge, LA  70804

William J. Guste, Jr.
Attorney General
State of Louisiana
P.O. Box 44005
Baton Rouge, LA  70804

MRGO 60

Hon. Samuel B. Nunez, Jr.
2016 Packenham Drive
Chalmette, LA  70043

MRGO 61

Honorable Ben Bagert, Jr.
815 Baronne Street
New Orelans, LA  70113

MRGO 62

Honorable Dennis R. Bagneris
4955 Kendall Drive
New Orleans, LA  70126

MRGO 63

Honorable Allen R. Bares
P.O. Box 2400
Lafayette, LA  70502

MRGO 64

Honorable Armand J. Brinkhaus
Drawer E.
Sunset, LA  70584

MRGO 65

Honorable Thomas A. Casey
Suite 201, 2621 Canal Street
New Orleans, LA  70119

MRGO 66

Honorable Leonard J. Chabert
Route 1, Box 135
Chauvin, LA  70344

MRGO 67

Honorable Oswald Decuir
P.O. Box 1466
New Iberia, LA  70560

MRGO 69

Hon. Anthony Guarisco, Jr.
P.O. Box 2727
Morgan City, LA  70380

MRGO 70

Hon. Gerry Earl Hinton
2549 Carey Street
Slidell, LA  70458

MRGO 71

Honorable Ken Hollis, Jr.
P.O. Box 6522
Metairie, LA  70009

MRGO 72

Hon. William J. Jefferson
1001 Howard Ave., Suite 3000
New Orleans, LA  70113

MRGO 73

Honorable J. E. Jumonville
P.O. Box 484
Ventress, LA  70783

MRGO 74

D-4

| State Senators (continued) | Honorable Cecil J. Picard | State Representatives |
|---|---|---|
| | P.O. Box 430 | |
| | Abbeville, LA  70510 | |
| | | |
| | MRGO 81 | |

Honorable Ron R. Landry
P.O. Box 789
LaPlace, LA 70069

MRGO 75

Honorable B. B. Rayburn
Rt. 1, Box 234
Bogalusa, LA 70427

MRGO 82

Hon. Avery C. Alexander
2107 S. Claiborne Avenue
New Orleans, LA 70125

MRGO 85

Hon. Francis E. Lauricella
900 Commerce Road, East
Suite 100, Elmwood Park
Harahan, LA 70123

MRGO 76

Honorable Joe Sevario
Route 1, Box 481C
Prairieville, LA 70769

MRGO 83

Honorable Diane Bajoie
P.O. Box 15168
New Orleans, LA 70175

MRGO 86

Honorable William L. Mcleod
P.O. Box 3006
Lake Charles, LA 70602

MRGO 77

Honorable Fritz Windhorst
P.O. Box 386
Gretna, LA 70054

MRGO 84

Hon. Charles E. Bruneau, Jr.
5534 Canal Blvd.
Suite 4
New Orleans, LA 70124

MRGO 87

Hon. Clifford L. Newman
1005 LaFitte Street
Lake Charles, LA 70601

MRGO 78

Honorable James J. Donelon
P.O. Box 6993
Metairie, LA 70009

MRGO 88

Hon. Elwyn J. Nicholson
7300 Westbank Expressway
Marrero, LA 70072

MRGO 79

Hon. Charles V. Cusimano, II
3636 North Causeway
Suite 100
Metairie, LA 70002

MRGO 89

Hon. Kenneth E. Osterberger
Suite 1A
4874 Constitution Avenue
Baton Rouge, LA 70808

MRGO 80

Honorable Garey J. Forster
4761 Music Street
New Orleans, LA 70122

MRGO 90

State Representatives (cont)

Honorable Mary L. Landrieu
717 Girod Street
New Orleans, LA 70130

MRGO 97

Honorable Nuncio J. Damico
3720 Westbank Expressway
Suite D
Harvey, LA 70058

MRGO 104

Honorable Terry W. Gee
4650 General DeGaulle Drive
Suite 213
New Orleans, LA 70114

MRGO 91

Honorable Arthur A. Morrell
1839 Esplanade Avenue
New Orleans, LA 70116

MRGO 98

Honorable Quentin Dastugue
P.O. Box 10716
Jefferson, LA 70181

MRGO 105

Hon. John J. Hainkel, Jr.
6069 Magazine Street
New Orleans, LA 70118

MRGO 92

Hon. Edward "Bud" Ripoll
4719 Sherwood Drive
New Orleans, LA 70128

MRGO 99

Hon. Edward J. D"Gerolamo
916 Williams Blvd.
Kenner, LA 70062

MRGO 106

Hon. Francis C. Heitmeier
427 Opelousas Avenue
New Orleans, LA 70114

MRGO 93

Hon. Earl J. Schmitt
606 Opelousas Avenue
New Orleans, LA 70114

MRGO 100

Honorable Eddie A. Doucet
8917 Jefferson Highway
River Ridge, LA 70123

MRGO 107

Hon. E. Henry Heaton, Jr.
3323 S. Carrollton Avenue
New Orleans, LA 70118

MRGO 94

Honorable Louis Ivon
6960 Martin Drive, Suite C
New Orleans, LA 70126

MRGO 101

Honorable Kernan A. Hand
2303 Jefferson Highway
New Orleans, LA 70121

MRGO 108

Hon. Johnny Jackson, Jr.
2804 Higgins
New Orleans, LA 70126

MRGO 95

Honorable Charles R. Jones
650 S. Pierce St., Suite 305
New Orleans, LA 70119

MRGO 102

Hon. Jesse K. Hollis, Jr.
3900 N. Causeway, Suite 750
Metairie, LA 70002

MRGO 109

Honorable Jon D. Johnson
2233 DesLonde
New Orleans, LA 70117

MRGO 96

Hon. John A. Alario, Jr.
439 Fourth Street
Westwego, LA 70094

MRGO 103

Hon. Charles D. Lancaster, Jr.
Suite 200
2201 Veterans Blvd.
Metairie, LA 70002

MRGO 110

State Representatives (cont)

Hon. Leon L. Borne, Jr.
P.O. Box 1500
Thibodaux, LA  70302

MRGO 117

Hon. Harry J. Kember, Jr.
Rt. 1, Box 25-A
White Castle, LA  70788

MRGO 124

Honorable Joseph F. Toomy
P.O. Box 163
Gretna, LA  70054

MRGO 111

Hon. Edward J. Deano, Jr.
330 N. New Hampshire
Covington, LA  70433

MRGO 118

Honorable Ralph R. Miller
P.O. Box 190
Norco, LA  70079

MRGO 125

Honorable J. Chris Ullo
4701 Westbank Expressway
Marrero, LA  70072

MRGO 112

Honorable John C. Diez
P.O. Box 608
Gonzales, LA  70737

MRGO 119

Honorable John Siracusa
Star Rt. 5, Box 737
Morgan City, LA  70380

MRGO 126

Honorable Frank J. Patti
P.O. Box 53
Belle Chasse, LA  70037

MRGO 113

Hon. Hunt B. Downer, Jr.
P.O. Box 7015
Houma, LA  70361

MRGO 120

Honorable Edward C. Scogin
2063 Second Street
Slidell, LA  70458

MRGO 127

Hon. Manuel A. Fernandez
P.O. Box 197
Chalmette, LA  70044

MRGO 114

Honorable Jessie P. Guidry
P.O. Box 181
Larose, LA  70373

MRGO 121

Honorable Kathleen B. Blanco
556 Jefferson St., Suite 103
Box 10
Lafayette, LA  70503

MRGO 128

Hon. Joseph Accardo, Jr.
P.O. Drawer F.
LaPlace, LA  70068

MRGO 115

Honorable Murray J. Hebert
Rt. 6, Box 205A
Houma, LA  70363

MRGO 122

Hon. Ronald James Gomez, Sr.
P.O. Box 52046
Lafayette, LA  70505

MRGO 129

Honorable Vincent J. Bella
Room 304, Courthouse Bldg.
Franklin, LA  70538

MRGO 116

Honorable Melvin Irvin, Jr.
P.O. Box 905
Gonzales, LA  70737

MRGO 123

Honorable Mike Thompson
P.O. Box 53597
Lafayette, LA  70505

MRGO 130

**State Representatives (cont)**

Honorable Wilford D. Carter
1025 Mill Street
Lake Charles, LA  70601

MRGO 137

Honorable Raymond Lalonde
P.O. Box 490
Sunset, LA  70584

MRGO 131

Hon. Margaret W. Lowenthal
710 W. Prien Lake Road
Suite 201B
Lake Charles, LA  70601

MRGO 138

Honorable Harry L. Benoit
P.O. Box 1028
Breaux Bridge, LA  70517

MRGO 132

Hon. J. Burton Andrepont
P.O. Box 26
Sulphur, LA  70663

MRGO 139

Honorable Elias Ackal, Jr.
P.O. Box 2398
New Iberia, LA  70560

MRGO 133

Honorable James P. Martin
P.O. Box 516
Welsh, LA  70591

MRGO 140

Honorable Ted Haik, Jr.
P.O. Box 817
New Iberia, LA  70560

MRGO 134

Honorable Conway LeBleu
P.O. Box 266
Cameron, LA  70631

MRGO 141

Honorable Sam Theriot
402 S. Louisiana
Abbeville, LA  70510

MRGO 135

Hon. Donald J. Thibodeaux
P.O. Box 1601
Crowley, LA  70526

MRGO 136

**State Agencies**

Dept. of Environmental
   Quality
Water Pollution Control Div.
Box 44091
Baton Rouge, LA  70804-4091

MRGO 148

Dept. of Environmental Qual.
Water Pollution Control Div
Box 44091
Baton Rouge, LA  70804-4091

MRGO 155

Mr. Robert B. Deblieux
Office of Cultural Dev.
Dept. of Culture, Recreation
   and Tourism
P.O. Box 44247
Baton Rouge, LA  70804

Dept. of Environmental Quality
Inactive & Abandoned
   Sites Div.
William B. DeVille, Admin.
P.O Box 44307
Baton Rouge, LA  70804

Secretary
Dept. of Environmental Qual
P.O. Box 94066
Baton Rouge, LA  70804-4066

MRGO 156

State Hist. Pres. Officer
LA Dept. of Culture,
   Recreation and Tourism
Office of Cultural Dev.
P.O. Box 44247
Baton Rouge, LA  70804

Dept. of Environmental Quality
Office of Water Resources
P.O. Box 44091
Baton Rouge, LA  70804-4091

MRGO 150

Secretary
LA Dept. of Wildlife &
   Fisheries
P.O. Box 15570
Baton Rouge, LA  70895

MRGO 157

Director
State Parks & Recreation Comm.
P.O. Drawer 1111
Baton Rouge, LA  70821

MRGO 144

Chief Engineer
LA Dept. of Trans. & Dev.
Office of Public Works
P.O. Box 94246
Baton Rouge, LA  70804

MRGO 151

Maurice B. Watson
Dept. of Wildlife & Fisherie
Ecological Studies Section
P.O. Box 15570
Baton Rouge, LA  70895

MRGO 158

Chairman
LA State Mineral Board
P.O. Box 2827
Baton Rouge, LA  70821

MRGO 145

DOTD District Design Office
7252 Lakeshore Drive
New Orleans, LA  70124-2498

MRGO 152

William J. "Corky" Perret
Assistant Secretary
Office of Coastal & Marine R
Dept. of Wildlife & Fisherie:
P.O. Box 15570
Baton Rouge, LA  70895

Assistant Secretary
Ofc of Plng and Tech Asst
Department of Urban and
   Community Affairs
P.O. Box 44455
Baton Rouge, LA  70804

Dist. Design, Water Resources
   and Development Engineer
DOTD, Office of Public Works
P.O. Box 9179
Bridge City, LA  70079

MRGO 153

Chief, Oysters, Water Bottom:
   and Seafoods Division
Dept. of Wildlife & Fisheries
400 Royal Street
New Orleans, LA  70130

MRGO 161

Assistant Secretary
Department of Transportation
   and Development
Office of Public Works
P.O. Box 94245
Baton Rouge, LA  70804-9245

Mr. Vincent Pizzalato
Environmental Impact Engineer
DOTD
P.O. Box 94245
Baton Rouge, LA  70804-9245

MRGO 154

D-9

**State Agencies (continued)**

Dept. of Natural Resources
Office of Conservation
P.O. Box 94396
Baton Rouge, LA  70804-9396

MRGO 168

Captain John Duke
LA Advisory Commission on
   Coastal & Marine Resources
1027 Whitney Bldg.
New Orleans, LA  70130

MRGO 175

Office of Wildlife
Dept. of Wildlife & Fisheries
P.O. Box 15570
Baton Rouge, LA  70895

MRGO 162

Division of State Lands
P.O. Box 44124
Baton Rouge, LA  70804

MRGO 169

Mr. Charles E. Broussard
Member Louisiana Coastal
   Commission
Flying J. Ranch
Kaplan, LA  70548

MRGO 176

Bennie J. Fontenot, Jr.
Chief, Fish Division
Dept. of Wildlife & Fisheries
P.O. Box 15570
Baton Rouge, LA  70895

MRGO 163

Dr. C. G. Groat, Director
   and State Geologist
LA Geological Survey
P.O. Box G
University Station
Baton Rouge, LA  70893

Chairman
Jefferson Parish Council
P.O. Box 9
Gretna, LA  70054

MRGO 177

Bob Dennie, Chief
Information & Education Div.
Dept. of Wildlife & Fisheries
2156 Wooddale Blvd, Suite 900
Baton Rouge, LA  70806

MRGO 164

Shea Penland
LA Geological Survey
P.O. Box G, University Station
Baton Rouge, LA  70893

MRGO 171

President
St. Bernard Parish Police Jury
821 W. Judge Perez Drive
Chalmette, LA  70043

MRGO 178

House Committee on Natural
   Res.
P.O. Box 44486, Capitol Sta.
Baton Rouge, LA  70804

MRGO 165

Chairman
State Soil and Water
   Conservation Committee
P.O. Drawer CS
Baton Rouge, LA  70893

MRGO 172

Mr. Luke A. Petrovich
   President
Plaquemines Parish Government
Pointe-A-La-Hache, LA  70082

MRGO 179

Dept. of Natural Resources
Coastal Management Division
P.O. Box 44487
Baton Rouge, LA  70804-4487

MRGO 166

Executive Director
State of Louisiana
Dept. of Commerce
P.O. Box 94185
Baton Rouge, LA  70804

MRGO 173

Office of State Clearinghouse
P.O. Box 44455
Baton Rouge, LA  70804

MRGO 180

Dept. of Natural Resources
Office of Mineral Resources
P.O. Box 94396
Baton Rouge, LA  70804-9396

MRGO 167

Executive Director
LA State Planning Office
P.O. Box 44426
Baton Rouge, LA  70804

MRGO 174

City Planning Commission
Room 9 W, City Hall Civic Ctr.
1300 Perdido Street
New Orleans, LA  70112

MRGO 181

**State Agencies (continued)**          **CHAMBERS OF COMMERCE**

Director
Jefferson Parish Plng. Dept.
3330 N. Causeway
Metairie, LA  70002

MRGO 182

Director/Secretary
St. Bernard Parish Planning
   Commission
8201 W. Judge Perez Drive
Chalmette, LA  70043

MRGO 183

President, Board of Comm.
Orleans Levee District
Suite 202,
Administration Building
New Orleans Lakefront Airport
New Orleans, LA  70126

East Jefferson Levee Dist.
203 Plauche Court
Harahan, LA  70123

MRGO 185

President, Board of Comm.
Lake Borgne Basin Levee Dist.
P.O. Box 216
Violet, LA  70092

MRGO 186

Port Director
Board of Commissioners
Port of New Orleans
P.O. Box 60046
New Orleans, LA  70160

MRGO 187

St. Bernard Area Council
Chamber of Commerce
P.O. Box 30240
New Orleans, LA  70190

MRGO 188

**ENVIRONMENTAL**

National Audubon Society
115 Indian Mound Trail
Tavernier, FL  33070

MRGO 194

President
Marsh Duck Club, Inc.
537 Welham Loop
LaPlace, LA  70068

MRGO 201

Environmental Impact Office
Jefferson Parish
3330 N. Causeway Blvd.
Metairie, LA  70002

MRGO 189

Dr. Barry Kohl
Orleans Audubon Society
1522 Lowerline Street
New Orleans, LA  70118

MRGO 195

Louisiana Wildlife Federation
P.O. Box 16089 LSU
Baton Rouge, LA  70893

MRGO 190

Dr. John C. Moser
Asst. Vice-President, Dist. 8
Louisiana Wildlife Federation
122 Agnes Lane 1
Pineville, LA  71360

MRGO 196

Mr. Sidney Rosenthal, Jr.
Field Agent
The Fund for Animals, Inc.
P.O. Box 10676
Jefferson, LA  70181

MRGO 191

Mr. Jim Lester, President
Louisiana Outdoor Writers Assn.
2217 Barbe Court
Lake Charles, LA  70601

MRGO 197

Environmental Defense Fund
c/o James J. B. Tripp
444 Park Avenue, South
New York, NY  10016

MRGO 192

Mr. C. C. Lockwood
Wildlife Photographer
Cactus Clyde Productions
P.O. Box 14876
Baton Rouge, LA  70898

MRGO 198

National Wildlife Fisheries
Edward Osann
1412 16th Street, NW
Washington, D.C.  20036

MRGO 193

Chairman
Environmental Committee
Bonnet Carre' Rod and Gun
112 Good Hope Street
Norco, LA  70079

MRGO 199

National Audubon Society
115 Indian Mound Trail
Tavernier, FL  33070

MRGO 194

President
Bonnet Carre' Rod & Gun Club
529 Pine Street
Norco, LA  70079

MRGO 200

**LIBRARIES**

St. Bernard Parish Library
1125 East St. Bernard Highway
Chalmette, LA  70043

MRGO 208

Louisiana State University
Library
Baton Rouge, LA  70803

MRGO 215

East Baton Rouge Parish
Library
7711 Goodwood Blvd.
Baton Rouge, LA  70806

MRGO 202

Louisiana Dept. of Public
Works Library – Room 5
P.O. Box 44155
Baton Rouge, LA  70804

MRGO 209

Southern University in
New Orleans Library
6400 Press Drive
New Orleans, LA  70126

MRGO 216

Huey P. Long Memorial Law
Library
Attorney General's Office
P.O. Box 44005
Baton Rouge, LA  70804

MRGO 203

Louisiana Dept. of Commerce &
Industry Library
P.O. Box 94185
Baton Rouge, LA  70804

MRGO 210

Southern University
Southern Branch Post Office
Baton Rouge, LA  70813

MRGO 217

Louisiana Dept. of Urban and
Community Affairs
Office of Planning &
Technical Assistance
P.O. Box 44455
Baton Rouge, LA  70804

Library
Coastal Studies Institute
Coastal Studies Building
LA State University
Baton Rouge, LA  70803

MRGO 211

Tulane University
Howard-Tilton Memorial Libra
7001 Freret Street
New Orleans, LA  70118

MRGO 218

Jefferson Parish Library
P.O. Box 7490
3420 North Causeway Blvd.
Metairie, LA  70010

MRGO 205

Dillard University
Will W. Alexander Library
2601 Gentilly Blvd.
New Orleans, LA  70122

MRGO 212

Delgado Junior College
Moss Memorial Library
615 City Park Avenue
New Orleans, LA  70119

MRGO 219

Plaquemines Parish Library
203 Louisiana Highway 23,
South
Buras, LA  70041

MRGO 206

Loyola University Library
6363 St. Charles Avenue
New Orleans, LA  70118

MRGO 213

Mrs. Roberta A. Scull
Government Documents
Department Library
LA State University
Baton Rouge, LA  70803

MRGO 220

New Orleans Public Library
Business and Science Division
219 Loyola Avenue
New Orleans, LA  70140

MRGO 207

Louisiana Collection
Earl K. Long Library
University of New Orleans
Lakefront
New Orleans, LA  70148

MRGO 214

Mrs. Mina L. Crais
Librarian
World Trade Center of
New Orleans Library
607 Gravier St.
New Orleans, LA  70130

MRGO 221

**NEWSPAPERS**

Gambit
Maison Blanche Bldg.
921 Canal Street
Suite 740
New Orleans, LA  70112

MRGO 228

The City News
Attn:  Annette Naake
1916 Williams Blvd.
Kenner, LA  70062

MRGO 235

Times-Picayune
3800 Howard Avenue
New Orleans, LA  70125

MRGO 222

St. Bernard Guide
P.O. Box 354
Gretna, LA  70054

MRGO 229

St. Tammany Farmer
P.O. Box 269
Covington, LA  70434

MRGO 236

Patrick Botters
Times-Picayune
Covington Bureau
509 E. Boston Street
Covington, LA  70433

MRGO 223

St. Bernard News
3010 Lausat Street
Metairie, LA  70001

MRGO 230

Hammond Vindicator
P.O. Box 2848
Hammond, LA  70404

MRGO 237

State-Times
P.O. Box 588
Baton Rouge, LA  70801

MRGO 224

St. Bernard Voice
P.O. Box 68
Arabi, LA  70032

MRGO 231

Plaquemines Watchman Gazette
P.O. Box 485
Belle Chasse, LA  70037

MRGO 238

Roy Miller
State Editor
Morning Advocate
P.O. Box 588
Baton Rouge, LA  70821

MRGO 225

West Bank Guide
P.O. Box 354
Gretna, LA  70054

MRGO 232

Associated Press
State Capitol
P.O. Box 44395
Baton Rouge, LA  70804

MRGO 239

The Daily Sentry News
P.O. Box 910
Slidell, LA  70459

MRGO 226

Metairie Guide
P.O. Box 354
Gretna, LA  70054

MRGO 233

United Press International
State Capitol
P.O. Box 44132
Baton Rouge, LA  70804

MRGO 240

Slidell Daily Times
P.O. Box 490
Slidell, LA  70459

MRGO 227

Louisiana Weekly
P.O. Box 53008
New Orleans, LA  70153

MRGO 234

United Press International
1440 Canal St.
Suite 811
New Orleans, LA  70112

MRGO 241

Associated Press
1001 Howard Avenue
New Orleans, LA  70113

MRGO 242

| RADIO STATIONS | TV STATIONS | WAFB-TV<br>P.O. Box 2671<br>Baton Rouge, LA  70821<br><br>MRGO 253 |
|---|---|---|
| Southern States Network<br>P.O. Box 496<br>Baton Rouge, LA  70821<br><br>MRGO 243 | WDSU-TV<br>520 Royal Street<br>New Orleans, LA  70130<br><br>MRGO 247 | |
| Televisual News Service<br>P.O. Box 2345<br>Baton Rouge, LA  70821<br><br>MRGO 244 | WVUE-TV<br>1025 Jefferson Davis Pkwy.<br>New Orleans, LA  70119<br><br>MRGO 248 | |
| The Louisiana Network<br>263 Riverside Mall<br>5th Floor<br>Baton Rouge, LA  70821<br><br>MRGO 245 | News Assignment Editor<br>WWL-TV<br>1024 N. Rampart Street<br>New Orleans, LA  70116<br><br>MRGO 249 | |
| WBRZ-TV<br>P.O. Box 2906<br>Baton Rouge, LA  70821<br><br>MRGO 246 | KLPA-TV<br>2618 Wooddale Blvd.<br>Baton Rouge, LA  70805<br><br>MRGO 250 | |
| | WBRZ-TV<br>P.O. Box 2906<br>Baton Rouge, LA  70821<br><br>MRGO 251 | |
| | WBRT-TV<br>P.O. Box 14685<br>Baton Rouge, LA  70898<br><br>MRGO 252 | |

**Mayors and Postmasters**

| | | |
|---|---|---|
| | Postmaster<br>Arabi, LA  70032<br><br>MRGO 261 | Postmaster<br>Venice, LA  70091<br><br>MRGO 268 |
| Office of the Mayor<br>City of New Orleans<br>New Orleans, LA  70112<br><br>MRGO 254 | Postmaster<br>Violet, LA  70092<br><br>MRGO 262 | Postmaster<br>Pointe-A-La-Hache, LA  70082<br><br>MRGO 269 |
| Mayor<br>City of Gretna<br>Gretna, LA  70053<br><br>MRGO 255 | Postmaster<br>Braithwaite, LA  70040<br><br>MRGO 263 | Postmaster<br>Empire, LA  70050<br><br>MRGO 270 |
| Postmaster, New Orleans<br>New Orleans, LA  70112<br><br>MRGO 256 | Postmaster<br>Chalmette, LA  70043<br><br>MRGO 264 | United States Postal Service<br>1501 Highway 11 South<br>Buras, LA  70041-9998<br><br>MRGO 271 |
| U.S. Postmaster<br>3301 17th St.<br>Metairie, LA  70009-9998<br><br>MRGO 257 | Postmaster<br>Belle Chasse, LA  70037<br><br>MRGO 265 | Postmaster<br>Carlisle, LA  70042<br><br>MRGO 272 |
| Postmaster<br>Gretna, LA  70053<br><br>MRGO 258 | Postmaster<br>Port Sulphur, LA  70083<br><br>MRGO 266 | Postmaster<br>Boothville, LA  70038<br><br>MRGO 273 |
| Postmaster<br>St. Bernard, LA  70085<br><br>MRGO 260 | Postmaster<br>Meraux, LA  70075<br><br>MRGO 267 | Postmaster<br>Davant, LA  70046<br><br>MRGO 274 |
| | | Postmaster<br>Pilottown, LA  70081<br><br>MRGO 275 |

**ACADEMIC**

Dr. Jack R. Van Lopik
Center for Wetland Resources
LSU
Baton Rouge, LA  70803

MRGO 283

Dean, College of Sciences
University of New Orleans
Lakefront
New Orleans, LA  70148

MRGO 276

Irv Mendelssohn
Center for Wetland Resources
LSU
Baton Rouge, LA  70803

MRGO 284

Malcolm C. Webb, Ph.D.
Department of Anthropology
University of New Orleans
Lakefront
New Orleans, LA  70148

MRGO 277

Mr. Oliver Houck
Tulane Law School
Tulane University
New Orleans, LA  70118

MRGO 285

Dr. C. Oran Little
Vice Chancellor & Director
LA Agricultural Experiment
  Station
P.O. Drawer E
Baton Rouge, LA  70893-0905

Gulf States Marine Fisheries
  Commission
P.O. Box 726
Ocean Springs, MS  39564

MRGO 286

Mr. Ara Arman, Head
Civil Engineering Department
LA State University
Baton Rouge, LA  70803

MRGO 279

Sea Grant Legal Program
170 L.S.U. Law Center
Baton Rouge, LA  70803

MRGO 287

Mr. J. H. Jones, Professor
Dept. of Economics & Finance
College of Admin. & Business
LA Tech University
Ruston, LA  71270

MRGO 281

Director
Coastal Studies Institute
LA State University
Baton Rouge, LA  70803

MRGO 282

INDIVIDUALS/ETC.

Mr. Vernon Behrhorst
P.O. Box 40002
Lafayette, LA  70504

MRGO 294

Program Manager
Dredged Material Research
    Program
Waterways Experiment Station
Vicksburg, MS  39180

MRGO 288

Captain O. T. Melvin, Jr.
P.O. Box 626
Larose, LA  70373

MRGO 295

Hollis Allen
Environmental Laboratory
USAE Waterways Experiment
    Station
P.O. Box 631
Vicksburg, MS  39180

Mr. Marc Solomon
1343 Carleton
Berkeley, CA  94702

MRGO 296

Hans Van Beek
Coastal Environments, Inc.
1260 Main Street
Baton Rouge, LA  70802

MRGO 290

Mr. Robert Martin
122 Melvyn Dr.
Belle Chasse, LA  70037

MRGO 297

Mr. Joel D. Patterson, Manager
Environmental Affairs Section
Middle South Services, Inc.
P.O. Box 61000
New Orleans, LA  70160

MRGO 291

Director
Louisiana Intracoastal
    Seaway Assoc. Suite 114F
711 West Pinhook Road
Lafayette, LA  70503

MRGO 298

Mr. George Pivach, Jr.
P.O. Box 160
Belle Chasse, LA  70037

MRGO 292

Mr. Warren Mermilliod
2200 Paris Road
Chalmette, LA  70043

MRGO 293