# Exhibit 50

*Joey Wagner*
*(504) 862-1662*



**US Army Corps
of Engineers**
New Orleans District

# Mississippi River-Gulf Outlet St. Bernard Parish, La.

# Bank Erosion

# Reconnaissance Report

January 1994

- define the extent of erosion and erosion-related problems projected to occur in the study area;
- identify opportunities to implement potential solutions to the defined problems;
- appraise the Federal interest in potential solutions to defined problems by evaluating the costs, benefits, and environmental effects of the potential solutions;
- determine, based on the appraisal of Federal interest, whether planning should proceed beyond the reconnaissance phase into more detailed feasibility phase investigations;
- estimate the time and cost required to complete feasibility phase studies, if Federal interest is indicated; and
- assess the level of interest and support of non-Federal interests in the identified potential solutions to defined problems.

Study efforts in the reconnaissance phase include the use of available information and data, ground reconnaissance of the study area, limited field surveys, and office studies. Existing conditions and projected conditions with and without Federal improvements are assessed. Problems and opportunities are identified. The feasibility and performance of potential improvements are determined. Social, cultural, economic, and environmental impacts are evaluated.

The study area is located in southeast Louisiana in Orleans and St. Bernard Parishes. The study specifically addresses a segment of the Mississippi River-Gulf Outlet navigation channel. The study area is shown on Plate 1.

## MISSISSIPPI RIVER-GULF OUTLET PROJECT

The Mississippi River-Gulf Outlet, Louisiana, project was authorized by the Rivers and Harbors Act of 29 March 1956 (Public Law 84-455) substantially in accordance with recommendations of the Chief of Engineers in House Document No. 245, 82nd Congress, 1st Session, entitled, <u>Mississippi River-Gulf Outlet, Louisiana</u>. The project is located in southeast Louisiana, in Orleans, St. Bernard, and Plaquemines Parishes and provides for deep-draft navigation access to the Inner Harbor Navigation Canal from the Gulf of Mexico via a new tidewater channel. Features of the project are:
- a 76-mile channel with a project depth of 36 feet Mean Low Gulf (MLG) and a 500-foot bottom width extending from the Inner Harbor Navigation Canal in New Orleans to the Chandeleur Islands and increasing gradually to a width of 600 feet and a depth of 38 feet to the -38-foot contour in the the Gulf of Mexico;
- a turning basin with a project depth of 36 feet MLG, a width of 1,000 feet, and a length of 2,000 feet at the junction of the new channel and the Inner Harbor Navigation Canal in New Orleans;
- a suitable bridge over the new channel for Louisiana Highway 47;

2

Lands, easements, relocations, and rights-of-way are to be obtained at Federal expense. The local sponsor shall hold and save the Government free from all damages arising from the construction, operation, and maintenance of the project, except for damages due to the fault or negligence of the Government or its contractors.

Preliminary results of the reconnaissance study, a draft feasibility cost-sharing agreement, and a draft initial project management plan have been provided to the potential non-Federal sponsor, the Port of New Orleans.

## STUDY COORDINATION

A public notice was published in April 1987 announcing the initiation of the reconnaissance-scope studies of bank stabilization along the MR-GO. The notice was sent to approximately 300 correspondents: individuals; the print and electronic news media; libraries; local, state, and Federal government officials and agencies; and various interest groups. Subsequent to distribution of this notice, a reporter from WDSU TV Channel 6, New Orleans, interviewed the study manager concerning erosion and erosion-related problems in the study area. The interview was aired in June 1987. Two field trips were conducted during 1987 to meet with a representative of a land owner that would be affected by implementation of structural erosion abatement measures.

Several inter-agency meetings were held between the NOD and the Louisiana Department of Natural Resources (LDNR) to explore the level of interest and support of non-Federal interests in finding potential solutions to the bank erosion problems. Representatives of the LDNR were requested to review a preliminary draft of the reconnaissance report and comment on plan formulation, environmental and economic analyses, and the study findings. Comments of the LDNR were considered in the reconnaissance report and will be considered further in any future feasibility phase studies. The LDNR has expressed an interest in cost-sharing feasibility studies of bank erosion and erosion-related problems of the study area.

Study efforts have been closely coordinated with the U. S. Fish and Wildlife Service (USFWS). The USFWS has indicated support of the study efforts. The USFWS Planning Aid Letter is shown as Appendix F.

The status of this reconnaissance study was discussed at meetings held on the Pontchartrain Basin in connection with the Coastal Wetlands, Planning, Protection, and Restoration Act as well as at meetings involving St. Bernard Parish, State of Louisiana officials and the Federal Coast Pilot Association.