# Exhibit 51 Part A

NED-188-000000764



**US Army Corps
of Engineers.**
New Orleans District

# Mississippi River-Gulf Outlet, Louisiana

# North Bank Foreshore Protection

# EVALUATION REPORT

**October 1996**

NED-188-000000764

NED-188-000000765



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA  70160-0267

REPLY TO
ATTENTION OF:

CELMN-PD-FE                                    OCTOBER 1996


**MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
NORTH BANK FORESHORE PROTECTION**

**EVALUATION REPORT**

NED-188-000000765

NED-188-000000766

## SYLLABUS

This report presents the results of an evaluation to determine the advisability of constructing additional rock dikes along the unleveed reaches of the north bank of the Mississippi River-Gulf Outlet (MR-GO) project. The evaluation assesses whether such measures would reduce the overall maintenance costs of the project, identifies which reaches are economically justified, and provides a recommended implementation schedule based upon economic and engineering considerations. The evaluation was conducted with available operation and maintenance funds.

The study area is located in southeast Louisiana and encompasses Orleans, St. Bernard, Jefferson and Plaquemines Parishes. This report addresses an approximately 31-mile, non-continuous segment of the MR-GO navigation channel and adjacent wetlands in Orleans and St. Bernard Parishes, Louisiana.

Severe bank erosion is occurring on the MR-GO navigation channel. Approximately 43 miles of the 66 mile long channel consists of a land cut through unstable marsh and shallow water areas. Since its completion in 1968, the top width of the channel has increased from 650 feet to an average of 1,500 feet, in 1987, principally due to erosion. The channel banks have eroded beyond the existing channel right-of-way in several locations. Much of the bank erosion is caused by wave-wash and drawdown from large displacement vessel traffic on the restrictive waterway. Passage of these vessels causes very large quantities of water to be displaced from the channel into the adjacent marsh, followed by rapid return flow into the channel. The tremendous forces exerted by these rapid and extreme water level fluctuations cause the relatively soft marsh adjacent to the channel (mostly on the north bank) to break up and be swept into the waterway. Since 1968, bank erosion has resulted in the loss of approximately 4,200 acres of highly productive marsh adjacent to the MR-GO channel.

NED-188-000000766

NED-188-000000767

Continued erosion threatens to produce large breaches in the rapidly dwindling marsh buffer between the navigation channel and the open waters of Lake Borgne and Breton Sound. Once the buffering marshes are lost, dredging frequency and quantity in the vicinity of the breached bank area will increase significantly. The navigation channel will be exposed to storms, currents, and less attenuated tidal action from the north and northeast. Attendant sedimentation and shoaling problems are expected to occur.

Eleven options were developed for one design alternative. Based on the analysis performed (considering design effectiveness, reliability, cost, benefits and impacts), one option was recommended for construction at this time. The recommended option includes three reaches identified as critical because of their shoaling rate and eminent loss of buffering marsh between the MR-GO and Lake Borgne. The first cost of this option (designated as Option 3) is $7,399,000. The average annual costs are $846,000 and the average annual incremental project benefits (savings to maintenance) are $260,000. The benefit-cost ratio is 2.17.

The current analysis indicated that some of the other reaches not selected for construction were either slightly deficient in terms of economic justification or marginally feasible with a lower probability of success due to their proximity to the gulf. For this reason, we propose that, 1-2 years after the first reach of Option 3 is constructed, we reanalyze the study area and determine whether additional protection is justified. At that point, additional data will be available from new and previous construction regarding the effectiveness and cost of bank protection measures.

NED-188-000000768

MISSISSIPPI RIVER-GULF OUTLET, LA--NORTH BANK FORESHORE PROTECTION
EVALUATION REPORT

## TABLE OF CONTENTS

|  | Page |
|---|---|
| INTRODUCTION | 1 |
| STUDY AUTHORITY | 1 |
| STUDY PURPOSE AND SCOPE | 3 |
| MISSISSIPPI RIVER-GULF OUTLET PROJECT | 3 |
| OTHER STUDIES, REPORTS AND EXISTING WATER PROJECTS | 4 |
| PROBLEM IDENTIFICATION | 8 |
| EXISTING CONDITION | 8 |
| TRANSPORTATION | 8 |
| Status of the MR-GO Navigation Project | 8 |
| Current MR-GO Channel Maintenance Requirements | 9 |
| Commerce | 12 |
| Vessel Traffic | 12 |
| General Cargo Facilities on the MR-GO | 14 |
| CLIMATE | 14 |
| WATER RESOURCES | 16 |
| Tides and Stages | 16 |
| Discharge | 16 |
| Salinities | 17 |
| Currents | 17 |
| Water Quality | 17 |
| GEOMORPHOLOGY | 18 |
| ECONOMY | 19 |
| HUMAN RESOURCES | 20 |
| ENVIRONMENTAL RESOURCES | 21 |
| Wetlands | 21 |
| Wildlife | 22 |
| Fisheries | 22 |
| Threatened and Endangered Species | 23 |
| Cultural Resources | 23 |
| Recreation Resources | 25 |
| FUTURE WITHOUT-PROJECT CONDITIONS | 26 |
| WATER RESOURCES | 26 |
| LAND RESOURCES | 26 |
| ECONOMY AND HUMAN RESOURCES | 27 |
| TRAFFIC PROJECTIONS | 27 |
| FUTURE MR-GO CHANNEL MAINTENANCE | 27 |
| ENVIRONMENTAL RESOURCES | 28 |
| PROBLEMS AND OPPORTUNITIES | 29 |
| PLAN FORMULATION | 32 |
| PLANNING OBJECTIVES | 33 |
| PLAN FORMULATION RATIONALE | 33 |
| DEVELOPMENT AND DESCRIPTION OF PLANS | 33 |

NED-188-000000768

NED-188-000000769

| | |
|---|---|
| PLANS CONSIDERED | 33 |
| ALTERNATIVES BANK PROTECTION PLANS | 34 |
| DESIGN OF BANK PROTECTION STRUCTURES | 37 |
|     Wind and Wave Design Considerations | 37 |
|     Dike Alignment and Other Considerations | 38 |
|     Maintenance | 39 |
|     Dike Design | 39 |
| COSTS OF ALTERNATIVES PLANS (OPTIONS) | 40 |
| MAINTENANCE DREDGING QUANTITIES | 41 |
| EVALUATION OF ENVIRONMENTAL EFFECTS OF PLANS | 43 |
|     INTRODUCTION | 43 |
|     WATER QUALITY | 44 |
|     BIOLOGICAL RESOURCES | 44 |
|     CULTURAL RESOURCES | 45 |
|     RECREATION RESOURCES | 45 |
|     HAZARDOUS, TOXIC AND RADIOACTIVE WASTE | 46 |
|     NO ACTION | 46 |
|     ESTIMATED MARSH SAVED AND CREATED | 47 |
| EVALUATION OF ECONOMIC BENEFITS | 48 |
|     OBJECTIVE OF THE ANALYSIS | 48 |
|     AVERAGE ANNUAL BENEFITS AND COSTS | 48 |
|     PLAN SELECTION | 49 |
|     BENEFIT-COST ANALYSIS | 51 |
| REAL ESTATE SECTION | 51 |
| IMPLEMENTATION PLAN | 51 |
| STUDY COORDINATION | 52 |
| CONCLUSIONS | 54 |
| RECOMMENDATIONS | 55 |
| LITERATURE CITED | 56 |

NED-188-000000770

# LIST OF TABLES

**Number**                                                                                                      **Page**

1      Historical Commerce over the Mississippi River-
Gulf Outlet, 1977-1994 ......... 13

2      Trips and Drafts of Vessels over the Mississippi
River-Gulf Outlet, 1977-1994 ......... 13

3      Summary of General Cargo Facilities on the
Mississippi River Gulf Outlet and the Inner
Harbor Navigation Canal ......... 15

4      Population of Affected Parishes, 1950-1990 ......... 20

5      Recommended Gradation of Stone Armor Protection
for Dike Protection ......... 38

6      Summary of First Costs and Annual Average
Operations and Maintenance Costs of Options ......... 40

7      Estimated Average Annual Maintenance
Dredging Quantities ......... 42

8      Estimated Average Annual Marsh Acres Saved and
Created ......... 47

9      MR-GO Benefit-Cost Analysis ......... 50

NED-188-000000770

NED-188-000000771

## LIST OF PLATES

**Number**

| | |
|---|---|
| 1 | VICINITY AND STUDY AREA MAP |
| 2 | PROJECTED MR-GO BANK LOCATION IN 2050 |
| 3 | NORTH BANK MR-GO, CRITICAL REACHES |
| 4 | NORTH BANK MR-GO, TRANSITIONAL REACHES |
| 5 | NORTH BANK MR-GO, UNLEVEED REACHES, MILE 60 TO MILE 26.3 |
| 6 | DESIGN 5, ROCK ARMORED SHELL CORE--LOW PROFILE DIKE |

## LIST OF APPENDICES

| | |
|---|---|
| A | REAL ESTATE COST ESTIMATES |
| B | ENVIRONMENTAL ASSESSMENT |

NED-188-000000771

NED-188-000000772

# INTRODUCTION

This report presents the findings of an evaluation study of bank erosion and erosion-related problems along the north bank of the Mississippi River-Gulf Outlet (MR-GO) channel in Orleans and St. Bernard Parishes, Louisiana.  The report includes two appendices:  Appendix A--Real Estate Cost Estimates and Appendix B--Environmental Assessment.

## STUDY AUTHORITY

The study was conducted according to the following authorities and guidance:

## Chapter 112, Public Law 455, 84th Congress, 2nd Session, approved 29 March 1956.

> "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the existing project for Mississippi River, Baton Rouge to the Gulf of Mexico, is hereby modified to provide for the Mississippi River-Gulf outlet to be prosecuted under the direction of the Secretary of the Army and supervision of the Chief of Engineers, substantially in accordance with the recommendation of the Chief of Engineers contained in House Document Numbered 245, Eighty-second Congress, at an estimated cost of $88,000,000: Provided, That when economically justified by obsolescence of the existing industrial canal lock, or by increased traffic, replacement of the existing lock or an additional lock with suitable connection is hereby approved to be constructed in the vicinity of Mereaux, Louisiana, with type, dimensions, and cost estimates to be approved by the Chief of Engineers: Provided further, That the conditions of local cooperation specified in House Document Numbered 245, Eighty-second Congress, shall likewise apply to the construction of said lock and connection channels."

## Section 186, Water Resources Development Act of 1976 (Public Law 587, 94th Congress), approved October 22, 1976.

> "The Act entitled "An Act to authorize construction of the Mississippi-River Gulf outlet", approved March 29, 1956 (70 Stat. 65), is amended by inserting before the period at the end thereof a colon and the following: "And provided further, That such conditions of local cooperation shall not apply to the

1

NED-188-000000773

construction of bridges (at a cost not to exceed $71,500,000) required as a result of the construction of the Mississippi River-Gulf outlet channel if the Secretary of the Army, after consultation with the Secretary of Transportation, determines prior to construction of such bridges that the Federal Government will not assume the costs of such work in accordance with section 132(a) of the Federal-Aid Highway Act of 1976 (Public Law 94-280); and before construction of the bridges may be initiated the non-Federal public bodies involved shall agree pursuant to section 221 of the Flood Control Act of 1970 (Public Law 91-611) to (a) hold and save the United States free from damages resulting from construction of the bridges and their approaches, (b) to provide without cost to the United States all lands, easements, and rights-of-way necessary for the construction of the bridges and their approaches, and (c) maintain and operate the bridges and their approaches after construction is completed"."

## Section 844, Water Resources Development Act of 1986, Public Law 662, 99th Congress, approved November 17, 1986.

Mississippi River-Gulf Outlet.
(a) Subject to section 903(a) of this Act, the Mississippi River-Gulf Outlet feature of the project for Mississippi River, Baton Rouge to the Gulf of Mexico, authorized by the Act of March 29, 1956 (Public Law 455 of the Eighty-fourth Congress, 70 Stat. (65), is modified to provide that the replacement and expansion of the existing industrial canal lock and connecting channels or the construction of an additional lock and connecting channels shall be in the area of the existing lock or at the Violet site, at a total cost of $714,300,000. Before selecting the site under the preceding sentence, the Secretary shall consult with affected local communities. The costs of such modifications shall be allocated between general cargo navigation and inland navigation based on use patterns determined by the Secretary. Of the costs allocated to inland navigation, one-half of the Federal costs shall be paid from the Inland Waterway Trust Fund and one-half of the Federal costs shall be paid from the General Fund of the Treasury. With respect to the costs allocated to general cargo navigation, cost sharing in section 101 shall apply.

## Guidance from Congress:  U.S. House of Representatives, Energy and Water Development Appropriations Bill, 1996, 104th Congress, 1st Session.

"The Committee is aware that the authorized 36-foot Mississippi River-Gulf outlet channel is experiencing serious bank failures on its north bank due to land subsidence, which is significantly increasing dredging costs. The Committee is aware that the Corps of Engineers recently experienced dredging delays, which

2

NED-188-000000773

NED-188-000000774

caused draft restrictions, while attempting to resolve environmental issues in the process of obtaining Coastal Zone Consistency to dredge the Mile 50-56 reach. To resolve this particular issue, the only available solution was to construct a rock dike that provided bank stabilization before dredging could be accomplished. The Committee is of the opinion that to minimize future dredging costs and preserve wetlands, the north bank Mississippi River-Gulf Outlet should be stabilized with riprap or similar hardened protection, as necessary, using available operations and maintenance funds."

## STUDY PURPOSE AND SCOPE

This study is an interim response to the request to evaluate the advisability of constructing additional rock dikes along the MR-GO with available Operation & Maintenance (O&M) funds.

The purpose of the evaluation report is to investigate whether providing hardened bank protection along the unleveed section of the north bank of the MR-GO will reduce the overall cost of maintaining the channel. Study efforts in the evaluation report include the use of available information and data, ground reconnaissance of the study area, limited field surveys and office studies. Existing conditions and projected project conditions with and without Federal improvements are assessed. The study area is shown on Plate 1.

## MISSISSIPPI RIVER-GULF OUTLET PROJECT

The Mississippi River-Gulf Outlet, Louisiana, project was authorized by the Rivers and Harbors Act of 29 March 1956 (Public Law 84-455) substantially in accordance with recommendations of the Chief of Engineers in House Document No. 245, 82nd Congress, 1st Session, entitled, Mississippi River-Gulf Outlet, Louisiana. The project is located in southeast Louisiana, in Orleans, St. Bernard, and Plaquemines Parishes and provides for deep-draft navigation access to the Inner Harbor Navigation Canal from the Gulf of Mexico via a new tidewater channel. Features of the project are:

NED-188-000000774

NED-188-000000775

- a 76-mile channel with a project depth of 36 feet Mean Low Gulf (MLG) and a 500-foot bottom width extending from the Inner Harbor Navigation Canal in New Orleans to the Chandeleur Islands and increasing gradually to a width of 600 feet and a depth of 38 feet to the 38-foot contour in the Gulf of Mexico;
- a turning basin with a project depth of 36 feet MLG, a width of 1,000 feet, and a length of 2,000 feet at the junction of the new channel and the Inner Harbor Navigation Canal in New Orleans;
- a suitable bridge over the new channel for Louisiana Highway 47;
- a new lock and connecting channels between the new channel and the Mississippi River in the vicinity of Meraux, Louisiana, or at the site of the existing Inner Harbor Navigation Canal Lock, when economically justified by obsolescence of the existing Inner Harbor Navigation Canal Lock or by increased traffic;
- a permanent retention dike through Chandeleur Sound and a wing dike along Breton Island, as necessary;
- a bank stabilization measure along 17.5 miles of the Chalmette Area Unit of the Lake Pontchartrain, Louisiana, and Vicinity hurricane protection levee;
- a bank stabilization measure along 6 miles of the north bank of the Mississippi River-Gulf Outlet in the reach which is part of the Gulf Intracoastal Waterway (GIWW) and along 3.5 miles of the MR-GO approximately from channel mile 54 to mile 51; and
- jetties extending from the seaward end of the land cut to the six-foot contour in Chandeleur Sound and a south jetty extension to mile 20.2.

## OTHER STUDIES, REPORTS, AND EXISTING WATER PROJECTS

Relevant studies and reports by the U. S. Army Corps of Engineers, and other Federal, state, and local agencies on water resources development in the study area are described below.

NED-188-000000775

NED-188-000000776

·   Intermittently between 1987 and 1994, the U. S. Army Corps
of Engineers, New Orleans District conducted preliminary studies
to determine the advisability of constructing bank stabilization
measures along the MR-GO.  The purpose of these studies was to
first identify the extent of shoaling due to increased bank
erosion and then determine whether bank stabilization measures
are justified based on savings in channel maintenance costs or a
combination of maintenance savings and wetland benefits.  In
connection with this study, the U. S. Army Corps of Engineers,
Waterways Experiment Station prepared a numerical modeling
investigation of shoaling in the MR-GO.  The model addressed the
impacts that the widening channel gaps between the MR-GO and
Lake Borgne would have on rates of channel shoaling and marsh
loss.  However, numerical modeling of the bank erosion and
channel shoaling did not confirm estimates of increased future
channel maintenance.  Model results were inconclusive and the
model was terminated.  These studies are currently inactive
because of a lack of a non-federal sponsor to cost share in the
feasibility phase.

·   The U.S. Army Corps of Engineers, New Orleans District,
prepared a draft feasibility report in May 1993, entitled "Land
Loss and Marsh Creation, St. Bernard, Plaquemines, and Jefferson
Parishes, Louisiana."  The report addresses measures to reduce
and reverse the loss of vegetated wetlands in three of
Louisiana's coastal parishes--St. Bernard, Plaquemines, and
Jefferson--located adjacent to the Mississippi River, below the
latitude of New Orleans.

·   The U. S. Army Corps of Engineers, New Orleans District,
prepared a preliminary analysis of the feasibility of providing
future maintenance for the Mississippi River-Gulf Outlet under
increasing shoaling conditions.  This report was completed in
April 1989.  The analysis shows that it is clearly in the
Federal interest to continue maintenance of the channel for
commercial navigation, even under conservative (no-growth) deep-

5

NED-188-000000776

NED-188-000000777

draft traffic projections and high channel shoaling rates.
Three alternatives to using the MR-GO were considered:  1)
diversion of containerized cargo to the Mississippi River, 2)
diversion of containerized cargo to another port, and 3) use of
the Mississippi River and a connecting deep-draft lock to access
MR-GO facilities.  Alternatives 1 and 3 above clearly involve
more cost than the cost of continued maintenance.  Alternative 2
is more costly than continued channel maintenance, but not by
the same margin as the other alternatives.  The analysis did not
include an evaluation of the environmental benefits or impacts
associated with closure of the MR-GO.

· Coastal Environments, Incorporated, published results of a
study of bank stabilization for the Mississippi River-Gulf
Outlet channel in December 1984.  The study was conducted for
the St. Bernard Police Jury and funded by the U. S. Department
of Commerce, National Oceanic and Atmospheric Administration;
the State of Louisiana, Department of Natural Resources, Coastal
Management Section; and the St. Bernard Parish Police Jury.
This report addressed a 22.5-mile reach of the Mississippi
River-Gulf Outlet channel on the north bank between Bayou
Bienvenue and Bayou LaLoutre.  The report addressed the factors
that influence, or are influenced by, bank erosion.  These
factors include geology, soils, hydrology, vegetation, dredging,
vessel traffic, and ship waves.  Two bank protection structure
designs, imposition of a speed limit for vessel traffic, and
enlargement of the Mississippi River-Gulf Outlet channel were
discussed as potential erosion abatement measures.

· The U. S. Army Corps of Engineers, New Orleans District,
prepared an interim evaluation report on test sections of
selected foreshore protection structure designs in 1983.  This
report included an assessment of the performance of six erosion
control structure designs.  The foreshore protection structures
were designed specifically for the leveed portion of the

6

NED-188-000000777

Mississippi River-Gulf Outlet south bank.  Two of the test
sections showed satisfactory results.

· The Lake Pontchartrain, Louisiana, and Vicinity hurricane
protection project, was authorized in Section 204 of Public Law
298, 89th Congress, 1st Session, approved 27 October 1965.  This
project provides improved hurricane protection for most of the
developed areas on the east bank of the Mississippi River in
Orleans, Jefferson, St. Bernard, and St. Charles Parishes.  It
also provides for the rehabilitation of a seawall located along
Lake Pontchartrain in Mandeville, Louisiana, in St. Tammany
Parish.  Features of the project pertinent to this study include
the Chalmette Area Unit and the New Orleans East Unit.  These
features are described below.

   Chalmette Area Unit.  This unit, which is located in St.
   Bernard Parish and in Orleans Parish south of the Gulf
   Intracoastal Waterway, provides for a new levee along the
   east side of the Inner Harbor Navigation Canal (IHNC) from
   the IHNC lock to the MR-GO, along the south/southwest bank
   of the Mississippi River-Gulf Outlet to approximately 2-1/2
   miles northeast of Verret, Louisiana, and west to the
   Mississippi River levee near Caernarvon, Louisiana.

   New Orleans East Unit.  This unit consists of an enlarged
   levee on the Orleans lakefront levee landward of the
   seawall; levee and floodwalls on the east side of the 17th
   Street outfall canal and both sides of London Avenue and
   Orleans Avenue outfall canals; a new and enlarged levee and
   floodwall along both sides of the Inner Harbor Navigation
   Canal;  a new levee and floodwall along the lakefront from
   the New Orleans Lakefront Airport to South Point; and
   enlarged levee from South Point to the Gulf Intracoastal
   Waterway at Chef Menteur; an enlarged levee and new
   floodwall along the north bank of the Mississippi River-
   Gulf Outlet and GIWW from Chef Menteur to the IHNC

7

NED-188-000000779

· The U. S. Army Corps of Engineers, Waterways Experiment
Station, published a miscellaneous paper (3-259) in 1958 which
reported the results of a geological investigation of the
Mississippi River-Gulf Outlet channel.  This report documents
soils and foundation conditions along the alignment of the
Mississippi River-Gulf Outlet channel and adjacent wetlands.

## PROBLEM  IDENTIFICATION

The problems identified in this study relate to the loss of
wetlands along the Mississippi River-Gulf Outlet and the
increased costs of channel maintenance dredging due to the bank
erosion.  The primary causes of wetlands loss in the study area
are the interrelated effects of subsidence, sea level rise,
erosion, saltwater intrusion, and human activities.  The
Mississippi River-Gulf Outlet was a new cut constructed through
wetlands and open water.  The direct construction impacts,
increase in salinity intrusion, and bank erosion associated with
the project have significantly impacted shoaling rates,
maintenance costs and increased wetlands loss in the study area.

## EXISTING  CONDITION

### TRANSPORTATION

Status of the MR-GO Navigation Project.  The construction of the
MR-GO deep-draft channel was initiated in March 1958.  An
interim channel 36 by 250 feet (bottom width) was opened to
traffic in July 1963.  A high-level bridge for Louisiana
Highway 47 was completed in 1967.  Enlargement to project
dimensions was completed in January 1968 (see page 3 for project
dimensions).  The turning basin at the intersection of the MR-GO
with the IHNC has been completed.  Jetties were authorized
extending from the seaward end of the land cut to the six-foot

8

NED-188-000000779

NED-188-000000780

contour in Chandeleur Sound.  The north jetty was completed to
mile 20.2 in Chandeleur Sound and the south jetty has also been
completed to mile 14.9.

The project also provides for replacement of the existing IHNC
lock or an additional lock with suitable connections when
economically justified by obsolescence of the existing IHNC lock
or by increased traffic.  A study is in progress to determine
the feasibility of replacing the existing IHNC lock.

The project was modified in August 1969 under the discretionary
authority of the Chief of Engineers.  The project modification
provided for, as a mitigation measure, protecting a portion of
the foreshore lying between the Lake Pontchartrain and Vicinity
Hurricane Protection project levees and the MR-GO.  This
included six miles along the north bank of the MR-GO in the
reach which is part of the GIWW and 18 miles along the south
bank of the MR-GO.  Foreshore protection along the north leveed
reach of the MR-GO has been completed, as authorized by the
August 1969 project modification.  Along the south bank of the
MR-GO approximately 13 miles of foreshore protection has been
completed.

Of the 66 miles of waterway between the Chandeleur Islands and
the IHNC, approximately 23 miles are through the shallow bay of
Chandeleur Sound.  About 43 miles are through land and water
area.  A dredged material disposal area approximately 0.5 miles
wide extends along the remaining 23 miles of the MR-GO south
bank.  Dike protection along the north bank from channel mile 51
to mile 54.1 was completed in March of 1993.

Current MR-GO Channel Maintenance Requirements.  The MR-GO
channel was designed for a relatively small general cargo vessel
(freighter).  However, ship sizes have increased and larger
container vessels move over the MR-GO to and from several
container facilities located in New Orleans.  The wave-wash and
drawdown caused by these larger vessels moving over the

9

NED-188-000000781

restrictive channel have eroded its banks beyond the limits of
the channel rights-of-way in some areas.  Passage of these
vessels causes very large quantities of water to be displaced
from the channel into the adjacent marsh, followed by rapid
return flow into the channel.  The tremendous forces exerted by
these rapid and extreme water level fluctuations cause the
relatively soft marsh adjacent to the channel to break up and be
swept into the waterway.

Although some project features were still under construction
until 1968, maintenance of the MR-GO channel was initiated in
1965.  On average, at least one reach of the inland portion of
the waterway, selected on the basis of annual reconnaissance
surveys, is dredged for maintenance purposes every two years. It
should be noted that some maintenance has not been performed
since the channel serves as a source of material for adjacent
levee construction.  The most frequently dredged reaches of the
inland portion of the waterway since inception of channel
maintenance through 1993 are as follows (see Plate 1 for channel
mile numbers).  Dredging was more frequent in the past few years
than in the earlier years immediately following construction.

- mile 24 to mile 27, dredged four times, 6.0 million cubic
yards total,

- mile 38 to mile 42, dredged four times, 4.2 million cubic
yards total, and

- mile 33 to mile 38, dredged three times, 3.6 million
cubic yards total.

Most of the other reaches of the inland portion of the MR-GO
have been dredged once for maintenance since 1970.  Dredging in
these reaches have been minimized because of borrowing in the
channel for the Chalmette hurricane levee system.  The borrow
areas for the hurricane levee have refilled to project

10

NED-188-000000782

dimensions and now require dredging.  The frequency for
maintenance dredging is expected to increase to the rate
experienced in the Mile 47 to 27 reach (assuming a breakthrough
to Lake Borgne does not occur, in which case the rate will be
higher).

Where the MR-GO traverses marsh areas in the land cut reaches
(mile 23 to mile 60), the average historical shoaling rate is
between 45,000 and 100,000 cubic yards per mile per year
(cu yd/mi/yr).  Future without project shoaling rates are
projected to be between 45,000 and 250,000 cu yd/mi/yr.
Required maintenance dredging in these reaches results almost
exclusively from erosion of the channel banks.  Little sediment
has entered the system from other sources, but breakthroughs to
Lake Borgne in some reaches is imminent.  Shoaling rates in the
land cut reaches are significantly less than in the open water
area of Breton Sound where maintenance dredging can vary from
350,000 cu yd/mi/yr to 1 million cu yd/mi/yr.

Erosion along the unarmored portions of both the north and south
banks of the land cut portion of the channel is significant.
The average rate of bank retreat is about 15 feet per year for
each bank.[1]  The south bank of the MR-GO along the Chalmette
loop of the Lake Pontchartrain and Vicinity Hurricane Protection
levee (mile 47.0 to mile 59.4) is protected with a rock
foreshore dike.  No erosion protection measures exist along the
MR-GO south bank between mile 23 and mile 47.  Protection
measures for the south bank from IHNC (mile 66.0) to Bayou
Bienvenue (mile 59.4) are authorized.  Only the reach from mile
59.8 to mile 59.4 has been constructed and was completed in
February 1996.  In 1991 Congress funded construction of dike
bank protection, "MR-GO North Bank Protection, Mile 50 to 54."
This project provided protection from channel mile 51 to mile

---

[1] This data was based on comparing uncontrolled aerial photographs with an approximate
scale of 1 inch = 1000 ft (1:12,000)  for the following years; 1968, 1973, 1979, 1982, 1983,
1986, and 1992. The erosion varies considerably since the bank line is not uniform and often
consists of broken or irregular marsh shorelines or embayments.

NED-188-000000782

NED-188-000000783

54.1.  The construction was begun in 1992 and was completed in March of 1993.

An analysis of the feasibility of providing continued maintenance for the MR-GO under increasing shoaling conditions was completed in 1989 and updated in 1995.  The analysis clearly shows that it is in the Federal interest to continue maintenance of the channel for commercial navigation, even under conservative (no growth) deep-draft traffic projections and high channel shoaling rates.  The continued maintenance is justified based upon economic productivity, sufficient available disposal capacity, and compliance with environmental laws and regulations.

<u>Commerce</u>.  The MR-GO, along with the Mississippi River, provides deep-draft navigation access to the Port of New Orleans.  The MR-GO is also a bypass channel for traffic on the GIWW.  When the IHNC is closed or has traffic backup, vessels detour south through the MR-GO to the Baptiste Collette channel and thence to the Mississippi River.  In 1994, the traffic through the Port of New Orleans totaled 73.3 million tons.  This included 54.1 million tons of traffic on the Mississippi River between channel miles 81 and 115, and 5.6 million tons of traffic on the MR-GO.  In 1994, ocean-going cargo over the Mississippi River-Gulf Outlet totaled approximately 4.7 million tons, including crude materials, chemicals, and general cargo.  Ocean-going cargo and internal cargo moving over the Mississippi River-Gulf Outlet during the period, 1977 through 1994, are presented in Table 1.

<u>Vessel Traffic.</u>  The Mississippi River-Gulf Outlet is utilized by both ocen-going and shallow-draft vessels comprising a wide range of sizes and types.  Shallow-draft vessels include barge tows, commercial fishing boats, oil field crew and supply boats, offshore drilling vessels, and pleasure craft.  The deep-draft vessels include dry bulk carriers, tankers, and general cargo

12

NED-188-000000783

NED-188-000000784

**Table 1.   Historical Commerce over the Mississippi River-Gulf Outlet, 1977-1994**

| YEAR | SHORT TONS | |
| | INTERNAL | OCEAN-GOING |
|---|---|---|
| 1977 | 2,902,100 | 5,878,567 |
| 1978 | 2,884,883 | 6,526,194 |
| 1979 | 1,436,149 | 6,791,076 |
| 1980 | 737,001 | 4,804,463 |
| 1981 | 1,053,368 | 4,741,392 |
| 1982 | 1,251,212 | 4,320,628 |
| 1983 | 1,370,493 | 2,114,507 |
| 1984 | 2,092,483 | 5,942,048 |
| 1985 | 1,440,648 | 5,475,798 |
| 1986 | 2,131,553 | 6,013,002 |
| 1987 | 1,656,111 | 6,046,681 |
| 1988 | 1,808,927 | 5,877,768 |
| 1989 | 1,587,556 | 5,701,654 |
| 1990 | 1,446,000 | 5,612,000 |
| 1991 | 1,233,000 | 4,862,000 |
| 1992 | 1,338,000 | 4,597,000 |
| 1993 | 2,125,000 | 5,036,000 |
| 1994 | 897,000 | 4,690,000 |

**Table 2.   Trips and Drafts of Vessels over the Mississippi River-Gulf Outlet, 1977-1994  1/**

| YEAR | DRAFT IN FEET | | | | |
| | Less than 20 | 21-25 | 26-30 | 31-35 | 36-40 |
|---|---|---|---|---|---|
| 1977 | 15,821 | 288 | 450 | 101 | 14 |
| 1978 | 16,786 | 408 | 589 | 149 | 24 |
| 1979 | 4,795 | 428 | 553 | 264 | 50 |
| 1980 | 7,983 | 376 | 429 | 249 | 25 |
| 1981 | 6,499 | 271 | 558 | 243 | 17 |
| 1982 | 17,234 | 301 | 626 | 240 | 18 |
| 1983 | 4,225 | 349 | 616 | 311 | 8 |
| 1984 | 5,309 | 550 | 571 | 257 | 20 |
| 1985 | 4,490 | 450 | 582 | 218 | 18 |
| 1986 | 4,793 | 553 | 527 | 240 | 9 |
| 1987 | 3,291 | 419 | 511 | 187 | 34 |
| 1988 | 3,343 | 414 | 589 | 129 | 31 |
| 1989 | 3,253 | 337 | 476 | 182 | 45 |
| 1990 | 3,478 | 299 | 455 | 197 | 50 |
| 1991 | 3,000 | 394 | 506 | 213 | 25 |
| 1992 | 3,655 | 440 | 453 | 208 | 13 |
| 1993 | 6,826 | 396 | 477 | 274 | 11 |
| 1994 | 4,049 | 491 | 399 | 186 | 5 |

1/   Includes upbound and downbound.

13

NED-188-000000784

NED-188-000000785

vessels, including container ships.  Vessel trips and drafts for
the period 1977 through 1994 are shown in Table 2.

General Cargo Facilities on the MR-GO.   In 1992, 1.7 million
tons of container cargoes were handled by the four main berths
that make up the MR-GO's 351-acre France Road Complex.  This
amounted to more than 64 percent of the port's total container
traffic.  While several container handling wharves exist on the
Mississippi River, their container capacity is limited.  This is
particularly true with respect to marshaling yard space.  The
other major facilities along with the France Road Complex that
handle the bulk of deep draft traffic on the MR-GO are the
Jourdan Road Terminal and the Public Bulk Terminal.  Jourdan
Road is designed for roll on-roll off (ro-ro), container and
general cargo operations.  The Public Bulk Terminal handles bulk
cargoes and Galvez Street handles primarily general cargo.  All
facilities have public access.  Approximately 35 percent of the
port's tonnage over public general cargo wharves is handled by
MR-GO facilities, and the Public Bulk Terminal represents one of
only two public non-grain bulk facilities in the port.  A
summary of general cargo facilities on the MR-GO and the Inner
Harbor Navigation Canal is shown on Table 3.


CLIMATE

The climate of the area is subtropical marine, with long humid
summers and short moderate winters.  The average annual
rainfall for New Orleans at Algiers, St. Bernard, LSU Citrus
Research Center, and Boothville, Louisiana, based on the period
1967-1986 is 61.2 inches.  Winds averaged about 8.8 mph
annually, based on the period July 1971 through December 1978.
Predominant wind directions are northeast from September through
February and southeast from March through June.

14

NED-188-000000785

NED-188-000000786

Table 3.  Summary of General Cargo Facilities on the Mississippi River-Gulf Outlet and the Inner Harbor Navigation Canal

| Terminal | Operator | Berthing Space (ft) | Depth Alongside (ft) | Container Freight Stations No. | Container Freight Stations Capacity (sq ft) | Container Storage Capacity | Cargo Capacity |
|---|---|---|---|---|---|---|---|
| Jourdan Road Terminal Berths Nos. 4 and 5 | Ceres Gulf, Inc. | 1,400 | 36 | --- | --- | 10 acres | Conv., Cont., Ro-Ro |
| Florida Avenue, Roll on-Roll off Wharf | Unassigned | 482 | 20 | --- | --- | 4.9 acres | Ro-Ro |
| France Road Terminal Berth No. 1 | Sea Land Service, Inc. | 830 | 35 | 1 | 67,000 | 940 fc 160 rfc | Cont. |
| Berth No. 4 | Puerto Rico Marine Management, Inc. | 700 | 30-36 | 1 | 60,000 | 739 fc 60 rfc | Cont. |
| Berths Nos. 5 and 6 | Marine Contractors, Division of Baton Rouge Marine Contractors, Inc. | 1,585 | 30 | 1 | 31,200 | On chassis: 430 fc 74 rfc Stacked: 3,564 cf | Cont., Ro-Ro |
| Berth No. 6, Roll on-Roll off Ramp | (Same as above) | 300+1,585 | 30-36 | 1 | 100,000 | --- | |
| Galvez Street Wharf | Coastal Cargo Co. | 2,470 | 35 | --- | --- | --- | Conv., Cont. |

1.  From Waterborne Commerce Statistics Center's Publication NDC 90-P-4, The Port of New Orleans, Louisiana, Port Series No. 20, dated 1990

2.  fc = 40-foot container; rfc = refrigerated 40-foot container

3.  Ro-Ro = roll on-roll off cargo;  Conv. = conventional cargo;  Cont. = containerized cargo

NED-188-000000786

NED-188-000000787

WATER RESOURCES

The Inner Harbor Navigation Canal, the upper reach of the
Mississippi River-Gulf Outlet and the Gulf Intracoastal Waterway
are a hydraulic connection between the Lake Pontchartrain and
Lake Borgne, the Breton and Chandeleur Sounds, adjacent
estuaries and the Gulf of Mexico.  A portion of the freshwater
inflow into Lake Pontchartrain is discharged through these
waterways, and they convey tidal exchange.  Bayous
Bienvenue,Dupre, Yscloskey, Shell Beach and La Loutre are
relatively small natural waterways that intersect the
Mississippi River-Gulf Outlet in the study area.   Numerous
smaller bayous and pipeline  canals crisscross the marshlands
adjacent to the Mississippi River-Gulf Outlet.

Tides and Stages.  Tides in the Breton and Chandeleur Sound
areas are of the daily or diurnal type; that is, they exhibit
only one high water and one low water per day.  The tides have a
mean range of 1.45 feet at Gardner Island in the Mississippi
River-Gulf Outlet.  Hurricane Juan (1985) caused high stages
along the Mississippi River-Gulf Outlet.  This storm produced
recorded stages of 3.53 feet on the protected (west) side of the
Bayou Dupre Floodgate and 7.61 feet on the flood (east) side,
3.79 feet on the protected (west) side and 7.98 feet on the
flood (east) side of the Bayou Bienvenue Floodgate was recorded.
A stage of 7.50 was recorded at the Paris Road Bridge on the
IWW.

Discharge.  Lake Pontchartrain has a total drainage area of
approximately 13,600 square miles.  Maximum and average inflows
are 67,000 and 6,200 cubic feet per second, respectively.
Approximately 5 percent or less of inflows to Lake Pontchartrain
are discharged through the IHNC and the upper reach of the
Mississippi River-Gulf Outlet.  The estimated peak tidal flows
in the Mississippi River-Gulf Outlet are 13,000 cubic feet per

NED-188-000000787

NED-188-000000788

second during the flood tide period and 18,000 cubic feet per
second during the ebb tide period.

<u>Salinities.</u>  Salinities in the Mississippi River-Gulf Outlet are
influenced primarily by flows from Lake Pontchartrain and by
tidal exchange between Lake Pontchartrain and other estuaries
and the Gulf of Mexico.

<u>Currents.</u>  Currents in the Mississippi River-Gulf Outlet are
influenced by the stages and freshwater inflows to Lake
Pontchartrain.  During periods of low stages and inflows, July
through November, surface ebb and bottom flood velocities
average about 0.8 and 1.7 feet per second, respectively, and
both may exceed 2 feet per second.

<u>Water Quality.</u>  Wastewater and polluted stormwater runoff from
developed areas enter the Mississippi River-Gulf Outlet from
many sources.  The Forty Arpent Canal, the Florida Walk Canal,
and Bayou Bienvenue transport significant amounts of treated
municipal and industrial wastewater from the developed areas
within the Chalmette Area levee to the Mississippi River-Gulf
Outlet.  Measured dissolved oxygen (DO) levels have consistently
exceeded the minimum state standard and Environmental Protection
Agency criteria.  With rare exceptions, the pH measurements have
also been within the desirable range of 6.5 to 9.0.  Both total
and fecal coliform, which are indicators of bacterial pollution,
have consistently exceeded the applicable criteria of 70 and 14
counts/100 milliliters, respectively.  The proximity of this
station to oyster beds in Lake Borgne and adjacent areas is
cause for concern, since contaminated shellfish may not be
harvested and sold for human consumption.  Coliform levels
observed at other locations along the Mississippi River-Gulf
Outlet have usually exceeded the criteria, indicating a
widespread area of water and wetlands that is subject to
bacteria pollution.

NED-188-000000788

NED-188-000000789

Toxic substances, including heavy metals and synthetic organics,
have occasionally been measured above U. S. Environmental
Protection Agency criteria levels, but no patterns of
consistently exceeding the criteria for particular substances
have been observed.

GEOMORPHOLOGY

Most of the lands in the study area are remnants of the St.
Bernard delta of the Mississippi River which was active during a
period approximately 1,700 to 2,800 years ago. Bayou La Loutre
was a major distributary for sediment-laden flows which formed a
network of distributaries bordered by natural levees and
interdistributary troughs. In the troughs, extensive swamps and
marshes developed. After the St. Bernard subdelta was
abandoned, it began to retreat due to compaction, subsidence,
and erosion; and lakes, bays, and sounds formed.

Human activities accelerated land loss in the St. Bernard delta.
The Mississippi River levees have cut off seasonal sediment-
laden overflow that once nourished the areas near the river.
The construction of the MR-GO, the GIWW, and numerous other
small channels converted large areas of land to open water and
increased salinities in the area. The Mississippi River-Gulf
Outlet navigation channel has a more significant effect on
salinities because it is a deep-draft channel cut through the
Bayou La Loutre alluvial ridge to the Gulf of Mexico. Higher
salinities cause swamps and marshes to convert to more saline
vegetation types which are less robust and more susceptible to
erosion.

Most of the Mississippi River-Gulf Outlet is experiencing severe
erosion along its unleveed banks. The erosion is a result of
both man-induced and natural forces, including combinations of
channelization, ship and wind generated waves, storm activity,
and subsidence. Associated with subsidence is eustatic sea
level rise that has been estimated at 0.5 feet per century

18

NED-188-000000789

NED-188-000000790

(Nummendal, 1983).  Subsidence and sea level rise intensify saltwater intrusion and erosion.

The now mostly brackish marshes along the north bank of the Mississippi River-Gulf Outlet have been especially hard hit by these forces and are rapidly disappearing.  Because erosion is steadily widening the Mississippi River-Gulf Outlet, the channel's north bank along Lake Borgne between channel miles 38 and 43 is very close to being breached.  Once the bank is breached, the following occurs:  sediment from Lake Borgne flows into the channel resulting in increases in dredging costs to maintain the channel; development to the southwest is exposed to direct hurricane attacks from Lake Borgne; the rich habitat around the area is converted to open water, and more marsh is exposed to higher salinity water.  The estimated historical rate of sea level rise in the gulf is 0.5 foot per century.

## ECONOMY

Because of its unique location near the mouth of the Mississippi River, New Orleans is the natural gateway to the entire Mississippi Valley.  Waterborne commerce is of major importance to the Greater New Orleans area and the state.  Waterborne commerce statistical data for 1989 indicated that the Port of New Orleans was the nation's largest port in terms of tonnage handled including tonnage dedicated to foreign trade.  The 1989 report showed that 22 percent of all grain exported from the United States was loaded at the port.  Nearly 4,200 ships called at its docks.

Ports and industrial development along the Mississippi River between Head of Passes and Baton Rouge, serve as transshipment terminals for shallow-draft commerce utilizing the vast network of inland waterways formed by the river, its tributaries, and connecting streams of the nation's mid-section.

19

NED-188-000000791

Within the Port of New Orleans, facilities are spread over three
waterways:  the Mississippi River, the Inner Harbor Navigation
Canal, and the Mississippi River-Gulf Outlet.

In recent years, the growth of port and harbor activities,
commerce, tourism, and mineral production have tended to
overshadow the historic cultural and economic significance of
commercial fishing industries.  Nevertheless, National Marine
Fisheries Service reports indicate that in 1992 Louisiana ranked
second only to the state of Alaska in total pounds and value of
commercial landings.  Louisiana had total landings of
1,013,575,000 pounds with a gross value to the fishermen of $295
million.  Menhaden, a species of fish used for industrial
purposes, accounted for the largest volume landed in Louisiana.
Other important species normally include shrimp, crabs, oysters,
and catfish.


HUMAN RESOURCES

The primary parishes directly or indirectly impacted by this
project, and their populations, are shown in Table 4.

### Table 4   Population of Affected Parishes, 1950 - 1990

| Parish | Land Area (Sq. Mi.) | 1950 | 1960 | 1970 | 1980 | 1990 |
|---|---|---|---|---|---|---|
| Jefferson | 331 | 103,873 | 208,769 | 337,568 | 454,592 | 448,306 |
| Orleans | 205 | 570,445 | 627,525 | 593,471 | 557,482 | 496,938 |
| St. Bernard | 514 | 11,087 | 32,186 | 51,185 | 64,079 | 66,631 |
| Plaquemines | 1,030 | 14,239 | 22,545 | 25,225 | 26,049 | 25,575 |
| TOTALS | 2,080 | 699,644 | 891,025 | 1,007,449 | 1,102,202 | 1,037,450 |

20

NED-188-000000791

NED-188-000000792

The 1980 census estimated that about 12 percent of the employed
people living in the study area were engaged in transportation,
communication, and utility activities.  The Louisiana Department
of Labor has reported that study area employment in similar
categories accounted for about 10 percent in 1991.  A more
significant factor influencing the area's employment
opportunities, and economic trends in general, has been the
decline of oil production in recent years.  The unemployment
rate in the New Orleans market area of Jefferson, Orleans, St.
Bernard, St. Charles, St. John the Baptist, and St. Tammany
Parishes, however, appears to have improved recently.  The rate
has declined from 11.5 percent in August of 1986 to 6.9 percent
in May 1993.

ENVIRONMENTAL RESOURCES

Wetlands.  The study area is characterized by a variety of
habitats including estuarine marshes, scrub/shrub habitat,
shallow open water ponds, and the Mississippi River-Gulf Outlet
waterway.  The estuarine marshes are composed of both brackish
and saline vegetation.  Dominant species of vegetation in the
saline marsh areas include saltmarsh cordgrass and saltmeadow
cordgrass, where subordinate species include blackrush,
saltgrass and saltwort.  The brackish marshes are dominated by
saltmeadow cordgrass with other species present such as
saltgrass, saltmarsh cordgrass, brackish and three-cornered
grass.

Scrub/shrub habitat is present on the natural ridges and on
previously used dredged material disposal locations.  The
elevation at these locations is generally higher which allows
for reduced periods of saltwater inundation during extreme high
water events.  Marsh elder, palmetto, wax myrtle and live oak

21

NED-188-000000793

are the dominant types of vegetation in scrub/shrub habitats along the MR-GO.

Shallow estuarine pond habitat promotes the growth of submerged aquatic vegetation, composed of dwarf spikerush, widgeon grass, eurasian milfoil and coontail.  The MR-GO channel provides a direct route for saltwater to enter the eustuarine marsh system as well as a route for freshwater to exit the estuarine system and enter the Gulf of Mexico.  Bayou La Loutre was once the only direct waterway between these marshes of St. Bernard Parish and the Gulf of Mexico.   Since the construction of the MR-GO, the amount of saline marsh has increased and fresh marshes have been converted to intermediate and brackish marshes.

**Wildlife**. Species of waterfowl which provide hunting opportunities include gadwalls, blue-winged teal, green-winged teal, mallards, mottled ducks, widgeon, and lesser scaup.  The mottled duck is the only duck commonly nesting in the area.  No wading bird nesting colonies are known to exist in the MR-GO area; however, birds such as ibises, herons, egrets, shorebirds, rails, bitterns, and skimmers are common inhabitants of these marshes.  Muskrats, nutria, raccoons, mink and otter are common inhabitants of the marshes.  The dredged material, placed along portions of the south bank of the MR-GO, has created abundant upland habitats for white-tailed deer, swamp rabbits and wild hogs.

**Fisheries**.  Recreationally and commercially important finfish and shellfish in the waters of the area include brown shrimp, white shrimp, blue crabs, oysters, menhaden, red drum (redfish), spotted seatrout (speckled trout), black drum, striped mullet, Gulf flounder, Gulf kingfish, and Atlantic croaker.  Some of these species (spotted seatrout and black drum) spawn in the MR-GO and in the deep bayous which enter the MR-GO.  However, most estuarine species spawn offshore, and the larvae migrate either freely or by currents into the estuarine marshes.  Once inshore, the larvae reside in the saline, intermediate or brackish

NED-188-000000793

NED-188-000000794

marshes depending on the species' salinity tolerance and food availability.  The interface between the marsh and the water's edge creates a habitat where larval and juvenile fishes can find cover, food and favorable environmental conditions (water depth, temperature, dissolved oxygen, current speed and turbidity). The interior marsh provides a stable habitat which resists fluctuating water levels, salinity, temperature and water movement.

Threatened and Endangered Species.  Threatened (T) or endangered (E) species which might be found in the vicinity of the proposed action include the bald eagle (E), brown pelican (E), gulf sturgeon (T), Arctic peregrine falcon (T), and the Kemp's ridley (E), hawksbill (E), green (T), and loggerhead (T) sea turtles. These species may occasionally occur in the study area, but none is a permanent resident of the area.

Cultural Resources.  In the past, various marsh types and cypress swamps were present in the study area.  The subtropical climate of the study area is not significantly different from the area's climate in the past.

At present there are 30 known cultural resource locations along and near the MR-GO.  These range in age from at least the Poverty Point period (1000 B.C.) to the Historic 19th Century. Sites range in type from shell middens to historic fortifications.  One of these sites, Fort Proctor, is listed on the National Register of Historic Places, and several others have been determined eligible for inclusion in this National Register.

A boat and pedestrian survey of the MR-GO channel, dredged material disposal access canal, and disposal area retaining dikes was conducted in September and October 1978 (Wiseman, et. al., 1979).  This survey located five new sites and five isolated finds.  Three of the located sites were considered eligible for the National Register of Historic Places.  In

NED-188-000000794

NED-188-000000795

addition to the field survey, an extensive background literature
search and review of previous archaeological work in the study
area was conducted.  Visits were made to many of the sixteen
previously recorded sites located within one mile of the MR-GO.
This survey covered the area immediately adjacent to the MR-GO
channel and did not intensively survey the area located outside
the then designated dredged material disposal areas.

Some researchers have felt that very few intact midden sites
would be located in this coastal region, but this assumption has
been proven invalid by a recent archaeological survey of a newly
proposed dredged material disposal area located between the
south shore of Lake Borgne and the MR-GO around the Bayou Dupre
area (Earth Search, Inc. 1992).  This survey not only located
several previously unrecorded prehistoric sites, but also found
significant intact prehistoric remains at three sites.  All
three of the sites were determined eligible for inclusion to the
National Register of Historic Places.

Prehistoric and historic sites in the area tend to cluster
around major bayous, relict channels, and along the shore of
Lake Borgne.  Analysis of the eastern side of the Mississippi
River delta (St. Bernard) paleogeography suggests that while
many sites in the area have probably been lost due to subsidence
and alluviation, some intact sites still remain.  Sites along
the MR-GO cannot be considered in a vacuum, but rather must be
seen in the light of the natural environmental and settlement
systems of the times.  The early establishment and continued
importance of Shell Beach Bayou, Bayou Dupre, Shell Beach, and
Doullut's Canal appear to have been due to their positions on
main routes of travel between Lake Borgne and points west.  This
area remained favorably located with respect to several biotic
zones for many centuries.  The southeastern end of what is now
the MR-GO became an important area for settlement from the Coles
Creek period onward.

24

NED-188-000000796

The area is especially rich in archaeological resources.
William McIntire, who cored throughout the eastern delta as part
of his research relating sites to delta development, discovered
evidence of scores of sites having no surface expression.  It
should be recognized that any dredging activity and dredged
material disposal beyond the current limits of the MR-GO channel
have a high probability of uncovering buried cultural resources.

The known distributions of sites in the vicinity of the MR-GO
suggest that certain sections are high probability areas for
site occurrence.  These are the Bayou La Loutre natural levees,
Bayou Yscloskey, a probable distributary between Violet and
Proctor Point, the junction of the GIWW and the MR-GO at channel
mile 60 of the MR-GO, Bayou Pointe-en-Pointe to Grace Point, and
the Shell Beach Bayou area.

Recreation Resources.  The value of the MR-GO area for
recreational resources is as high as the majority of coastal
marshes.  Numerous commercial boat launching areas that allow
sportsmen access into the MR-GO and adjacent marsh areas are
located in the vicinity of Yscloskey and Shell Beach.
Consumptive recreational activities taking place in the study
area include fishing, small game hunting, large game hunting,
and waterfowl hunting, sport shrimping, and sport crabbing.
Non-consumptive activities include boating, observation of
nature and wildlife, and a minimal amount of water skiing.

The nearby state-operated Biloxi Wildlife Management Area is
located north of the study area between Lake Borgne and
Chandeleur Sound.  Numerous bayous, sloughs, and potholes make
this wildlife management area an excellent producer of fish,
shrimp, and crabs; and good habitat for waterfowl.  Besides
hunting and fishing, other forms of recreation available include
boating, crabbing, shrimping, skiing, and camping.

25

NED-188-000000796

NED-188-000000797

## FUTURE WITHOUT-PROJECT CONDITIONS

The most probable future conditions if no Federal action is taken are estimated by projecting conditions that will prevail in the study area over the planning horizon, 1997 through 2050. The composite of these scenarios serves as the base condition to which all action plans were compared to assess the effects of each plan.

### WATER RESOURCES

Future improvements in the treatment of wastewater before discharge to receiving waters are expected to more than compensate for anticipated increases in wastewater discharge rates. Consequently, future improvements to general water quality in the MR-GO are expected.

### LAND RESOURCES

The buffering marsh between the MR-GO and Lake Borgne is eroding at approximately 15 feet per year, and this reach of the MR-GO north bank is very close to being breached. However, only a 3.5-mile section of the MR-GO north bank includes erosion protection measures. Consequently, the vast majority of bank continues to erode rapidly. At the current average rate of bank retreat, approximately 55 acres of intermediate/brackish marsh, adjacent to the north bank of the MR-GO, are being converted to open water annually. MR-GO bank erosion, if left unchecked, will result in the loss of approximately 2,700 acres of coastal marsh between the years 2000 and 2050. The projected location of the MR-GO north bank by the year 2050 is shown on Plate 2.

As the marsh within the project area diminishes, significant losses to marsh dependent fish and wildlife species will also occur. Increases in water levels, resulting from the general rise in sea level and subsidence of the land will enlarge land/water interface, and accelerate saltwater intrusion. The

26

NED-188-000000797

NED-188-000000798

precise effects of vessel traffic on channel erosion were not considered in this study.

ECONOMY AND HUMAN RESOURCES

In the future, the Port of New Orleans will likely continue to be a dominant factor in the economy of the New Orleans area and that of the state as a whole.  The Port has added millions of dollars annually to the state's treasury and provided thousands of jobs through the many services needed to carry on domestic and foreign trade.  Overall economic and employment growth in domestic and foreign trade activities in the study area are expected to continue.  Fish and wildlife harvests and recreational activities are expected to decline as a result of habitat losses.  Without the buffering effect of the marsh, developed areas adjacent to the study area would be more susceptible to flooding.  The increased flood hazards would restrict growth in the affected area.

TRAFFIC PROJECTIONS

Deep-draft traffic using the MR-GO is expected to increase at a 1.8 percent rate between 1995 and the year 2000 (from Mississippi River-Gulf Outlet, New Lock and Connecting Channels, Draft Evaluation Report, 1996).  Deep-draft vessels, in the case of the MR-GO, are considered to be vessels with drafts greater than 18 feet.

FUTURE MR-GO CHANNEL MAINTENANCE

Future channel shoaling rates are related to future land loss rates and would increase significantly following a breakthrough. The land loss rates were discussed on page 26 under LAND RESOURCES.

NED-188-000000798

NED-188-000000799

Three segments (mile 56 to mile 54.1; mile 44.5 to mile 39; and mile 29.8 to mile 26.3) of the north bank have been identified as having critical erosion trends. These segments were then broken into six reaches. If erosion continues in these reaches without corrective action, loss of the buffering marsh will allow the open water areas of Lake Borgne and Breton Sound to merge with the MR-GO. Once the buffering marshes are lost, dredging frequency and quantities in the vicinity of the breached bank area will increase significantly. The navigation channel will be exposed to storms, currents, and less attenuated tidal action from the north and northeast. Attendant sedimentation and shoaling problems are expected to occur.

A similar situation currently exists in the Breton Sound reach between mile 15 and mile 20. This reach of the channel is exposed on the north and northeast and has an existing jetty on the south side only. Maintenance dredging records for this reach show a current average shoaling rate of 350,000 cu yd/mi/yr. Reaches where no jetties exist have shoaling rates that are considerably higher and average approximately 500,000 cu yd/mi/yr.

Analyses of the shoaling rates indicate that future without project maintenance dredging quantities between mile 23 and mile 60 are approximately 50 percent greater than the present average annual quantity. Past average annual maintenance dredging requirements have between 2.6 and 2.7 million cubic yards per year. However, with the loss of the marsh buffer between the MR-GO and the open waters of Lake Borgne and Breton Sound, the average annual maintenance requirements are expected to reach approximately 4.0 million cubic yards per year by the year 2000.

ENVIRONMENTAL RESOURCES

MR-GO bank erosion, if left unchecked, will result in the loss of approximately 5,600 acres of coastal marsh between 1996 and

NED-188-000000799

NED-188-000000800

the year 2040. This will represent a significant loss of
habitat to those species utilizing these marshes. Marsh
creatures will move to adjacent areas as bank erode, but
carrying capacities and territoriality will most likely result
in population reductions for most species affected. The
reduction of marsh acreage will also cause a reduction, through
habitat loss and reduced detrital input, in productivity of the
overall area for both finfish and shellfish. The breaches
through the marsh between Lake Borgne and the MR-GO and the
greater amplitude of Breton Sound influences in the Lake Borgne
area will result in more rapid change of the adjacent marshes
from a brackish to a saline vegetation type. Correspondingly,
creatures utilizing the predominant vegetation of these brackish
marshes will be deprived of their natural food sources as these
changes occur. Therefore, the change in marsh fauna will be
accelerated, also.

**PROBLEMS AND OPPORTUNITIES**

Since its completion in 1968, the top width of the 41 mile long
land cut increased from 650 feet to an average of 1,500 feet, in
1987, due to erosion. This erosion results in significant
increases in the maintenance dredging cost of the MR-GO
navigation channel and in significant adverse environmental
effects associated with marsh loss. Much of the bank erosion is
caused by wave-wash and drawdown from large displacement vessel
traffic. The MR-GO channel was designed for a relatively small
general cargo vessel (freighter). However, ship sizes have
increased and larger container vessels move over the MR-GO. As
the vessels pass, the tremendous forces exerted by rapid and
extreme water level fluctuations cause the relatively soft marsh
adjacent to the channel to break up and be swept into the
waterway. In some areas the banks have eroded beyond the limits
of the channel right-of-way.

NED-188-000000800

NED-188-000000801

The MR-GO was constructed in recognition of the need for a
shorter and safer outlet from the Mississippi River to the Gulf
of Mexico and for the potential benefit of national defense.
Maintenance of the outlet channel is required to assure that
these needs of the shipping industry and the national defense
continue to be satisfied.  Unabated bank erosion will
substantially increase channel maintenance requirements.
Controlling bank erosion will provide an opportunity to minimize
channel maintenance requirements and allow the channel's purpose
and function to remain unimpaired.

Marshes in the study area provide nursery grounds for many
species of fishes; these marshes are also utilized by numerous
species of wildlife.  The most easily quantified biological
resource problem resulting from bank erosion is the continuing
loss of highly productive habitat.  The diminution of fish and
wildlife resources is a less easily quantifiable, but equally
important, consequence of unabated bank erosion.  Such losses,
in an area where many depend on these resources for their
livelihood, suggest a problem requiring urgent attention.
Erosion of the channel banks caused an average loss of 211 acres
of marsh per year during the 20 year period between 1968 and
1987.  Most of the lost acreage is marsh/estuarine area along
the north bank.  Overall fish and wildlife productivity and
recreational hunting in the study area have been significantly
diminished by the loss of this approximate 4,200 acres of marsh.
Saltwater intrusion also contributes significantly to marsh loss
in the study area.  Subsidence and lack of sediment deposition
affect marsh loss to a lesser degree.  Erosion and break up of
the banks of the MR-GO has created many additional routes for
saltwater to intrude into formerly less saline interior marshes.
Consequently, salinity in the marshes has increased
significantly in the last 20 years.  High salinity levels of
recent years have reduced the amount of three-cornered grass
and, thus, muskrat populations in the marshes adjacent to the
MR-GO.  Other wildlife species that prefer less saline

30

NED-188-000000801

NED-188-000000802

conditions have declined as well.  Winter waterfowl populations
within the marshes have also declined because of increased
salinities.  The less saline vegetation which is most attractive
to waterfowl and the recreational value of the overall area for
waterfowl hunting has been greatly reduced by saltwater
intrusion.

Measures to reduce bank erosion to the extent practicable would
in turn somewhat reduce the rate of saltwater intrusion and the
rate which marsh adjacent to the channel would be lost.  The
reduction in marsh loss would contribute to the preservation of
fish and wildlife species that rely on wetlands habitat during
at least part of their respective life cycles.  Similarly,
structural measures that include the creation of new vegetated
wetlands would contribute to the restoration of fish and
wildlife species that have experienced attrition due to the
eroding marshes.

Measures to minimize the rate of marsh loss and, in some areas,
create marsh afford an opportunity to preserve and also
partially restore fish and wildlife outputs in the study area.

Minimizing bank erosion and marsh loss affords an opportunity to
avoid the potential disturbance and loss of known and yet
unidentified sites of historic significance.  Much of the
immediate study area is considered to have high probability for
cultural resource site occurrence.  The exposure of significant
sites by the eroding away of marsh allows wave battering and the
elements to exact a potentially heavy toll in terms of
irretrievable cultural resources losses.  The desirability of
preventing such losses is apparent.

The loss of recreation opportunities is not easily quantified,
but is nonetheless an important and apparent consequence of
unabated bank erosion.  Minimizing bank erosion and marsh loss
affords an opportunity to limit the loss of recreational
opportunities.  Controlling bank erosion and marsh loss will

31

NED-188-000000802

NED-188-000000803

benefit recreationalists utilizing the marshes adjacent to the
MR-GO and those that derive livelihood from servicing recreation
activities in the study area.

It is apparent that the identified current and potential future
channel maintenance, biological, cultural, and recreation
resources problems all follow from the ongoing bank erosion
occurring along the MR-GO.  Opportunities available for solution
of the bank erosion problem will, to varying degrees, provide
redress of other erosion-related problems experienced in the
study area.

A reconnaissance report was completed for the MR-GO in January
1994.  The report did not find bank protection to be
economically justified based on maintenance savings alone, but
contained a recalculation to proceed to the feasibility phase
with a justification on a combination of monetary  and non-
monetary (environmental restoration) benefits.  Due to the lack
of a local sponsor, no feasibility study was initiated.  During
1993  and 1995, bank protection was constructed on the north
bank of the MR-GO from miles 51.0 to 54.0.  The actual costs of
maintaining the work has proven to be considerably below the
estimate given in the 1994 reconnaissance report (approximately
a 60 percent reduction).  Consequently, a reanalysis of the
benefits and costs based on the cost information appeared to be
warranted when this evaluation was initiated in April 1996.

### PLAN FORMULATION

Plan formulation is the process of conceiving and developing
specific plan features to satisfy specific objectives.
Combinations of measures are then integrated to form
comprehensive alternative plans.  Alternative plans consist of
structural measures, strategies, or programs.  These strategies
are selected to alleviate specific problems or take advantage of
specific opportunities associated with water and related land
resources in the study area.

32

NED-188-000000804

## PLANNING OBJECTIVES

The objective of the study is to develop a plan for hardened
bank protection along the unleveed north bank of the MR-GO that
provides a reduction in the overall cost of maintaining the
channel, with due consideration given to funding limitations,
reliability of potential cost reduction measures, operation and
maintenance and wetland loss concerns adjacent to the channel.
The overall cost includes the cost of channel maintenance and
the cost of hardened protection.

## PLAN FORMULATION RATIONALE

A structural design already inplace along the MR-GO at Miles
54.1 to 51.0 was considered for the evaluation study.  This
design included the construction of bank protection structures,
such as rock dikes, along the channel; and the enlargement of
the channel to increase its cross-sectional area.  This design
would reduce effects of wave draw-down and subsequent run-up
caused by deep-draft vessels.  Design engineers considered this
design the minimum cross-section that provides an adequate level
of reliability, efficiency, effectiveness, and ease of
maintenance.  The bank stabilization measure would also provide
a means for protecting maintenance dredged material to
facilitate the creation of wetlands.

## DEVELOPMENT AND DESCRIPTION OF PLANS

### PLANS CONSIDERED

Various structural and non-structural alternatives were
evaluated in previous studies.  The alternatives included:
* Dredged channel material
* Concrete block/rock armor-high profile
* Concrete block/rock armor-low profile

33

NED-188-000000804

NED-188-000000805

* Single row timber piles/geotextile wall with rock
     aprons
* Steel sheet piling
* Enlargement of the channel
* Closure of the MR-GO
* Speed limits on vessels

The above designs were found to be either ineffective and not
cost-effective for construction or had unknown reliability.  The
alternatives were eliminated from further consideration because
they only partially addressed the planning objectives of either
reducing maintenance or supporting the navigation interest.

In accordance with the authority to conduct the evaluation
study, we only investigated the use of riprap or similar
hardened protection along the MR-GO.  Different limits of
protection and varying construction times were developed and
analyzed.

ALTERNATIVE BANK PROTECTION PLAN

The area of study along the MR-GO extends about 37 miles from
Mile 60.0 to Mile 23.0.  Approximately 31 miles of the unleveed
north bank were analyzed, considering eleven options of
constructing bank protection.  All of the options used one
design alternative.  The reach from Mile 26.3 to Mile 23.0 was
not analyzed as part of the unleveed portion of the MR-GO
because it is situated within the open water area of the
Chandeleur Sound and is significantly deeper than the rest of
the channel. The reaches identified as "critical" are so
designated not only because of the shoaling rates associated
with the reaches, but also because of the potential eminent loss
of the buffering marsh between the MR-GO and Lake Borgne.  Once
this buffering marsh is lost, the channel will be exposed to a
significant shoaling source from Lake Borgne.

The closer a reach is located to the gulf, the more likely that
gulf tidal effects could jeopardize the effectiveness of the

34

NED-188-000000806

project.  The judgment of the study team was that interior
reaches have the highest probability of success and that those
reaches, if justified, should be constructed first.  These areas
are also considered the most critical by local interest.
Consequently, the reaches located furthest inland are given the
highest priority and each alternative was formulated
accordingly.  The options, their locations and implementation
times are described below.

• Option 1--MR-GO North Bank Critical Reach 1.  Option 1
provides for bank protection along one of the reaches of the MR-
GO designated "critical". This reach, extending from Mile 56.0
to Mile 54.1, taking about one year to construct, would extend
from the recently constructed section from Mile 54.1 to Mile
51.0.  Bank protection would be placed on the north bank for the
entire 1.9 miles.  Critical reach 1 is shown on Plate 3.

• Option 2--MR-GO North Bank Critical Reaches 1 and 2.  Option 2
is similar to Option 1, except that it includes the 1.5 mile
critical reach extending from Mile 44.5 to Mile 43.0.  This
option would take about two years to construct.  The total
length of the bank protection is about 3.5 miles.  The location
of critical reach 2 is on Plate 3.

• Option 3--MR-GO North Bank Critical Reaches 1,2 and 3.  Option
3 is similar to Option 2, except that it includes the two mile
reach at Mile 43.0 to Mile 41.0.  This option would take about
three years to construct.  The total length of the bank
protection is about 5.5 miles.  Critical reach 3 is shown on
Plate 3.

• Option 4--MR-GO North Bank Critical Reaches 1,2,3 and 4.
Option 4 is similar to Option 3, except that it includes the two
mile reach from Mile 41.0 to Mile 39.0  This option would take
about four years to construct.  The total length of Option 4 is

35

NED-188-000000806

NED-188-000000807

about 7.5 miles.  The location of critical reach 4 is indexed on
Plate 3.

· Option 5--MR-GO North Bank Critical Reaches 1,2,3,4 and 5.
Option 5 is similar to Option 4, except that it includes the 1.8
mile reach at Mile 29.8 to Mile 28.0.  This option would take
about five years to construct.  The total length of the bank
protection is about 9.5 miles.  Critical reach 5 is shown on
Plate 3.

· Option 6--MR-GO North Bank Critical Reaches 1,2,3,4,5 and 6.
Option 6 provides for bank protection along the MR-GO for all of
the reaches identified as "critical".  This option is similar to
Option 5, except that it includes the 1.7 mile reach from Mile
28.0 to Mile 26.3.  This option would take about six years to
construct.  The total length of Option 6 is about 11.0 miles.
The location of critical reach 6 is indicated on Plate 3.

· Option 7--MR-GO North Bank Critical and Transitional Reaches.
This option is the similar to Option 6, except that it includes
the 9.2 miles of bank protection along the  portions of the MR-
GO identified as "transitional".  The transitional reaches
extend along the following locations of the MR-GO: 8.2 miles
from Mile 38.0 to Mile 29.8; one-half miles at both Mile 39.0 to
Mile 38.5 and Mile 45.0 to Mile 44.5.  The total time for
construction of this option would be about seven  years.  The
total length of bank protection for Option 7 is about 20 miles.
The transitional reaches are identified on Plate 4.

· Option 8--MR-GO North Bank, Unleveed Reaches.  Option 8
provides for bank protection along the entire north bank of the
MR-GO from Mile 60 to Mile 23.0, with the exception of Miles
54.1 to 51.0 which have already been constructed and the reach
from Mile 26.3 to Mile 23.0.  The total time for construction of
this option would be about eight years.  The total length of

NED-188-000000807

NED-188-000000808

bank protection for Option 8 is about 31 miles.   Option 8 is
shown on Plate 5.

· <u>Option 9--MR-GO North Bank Critical Reaches.</u>   This option is
similar to Option 6, except that the construction time for the
approximately 11 miles of critical reaches would be performed
during the same construction job.   The critical reaches are
shown on Plate 3.

· <u>Option 10--MR-GO North Bank Critical Reaches.</u>   This option is
similar to Option 7, except that the construction time for the
approximately 20 miles of bank protection would be done in the
same construction time, about two years.   The transitional
reaches are shown on Plate 4.

· <u>Option 11--MR-GO North Bank Unleveed Reaches.</u>   This option is
similar to Option 8, except that the construction time for the
approximately 31 miles of bank protection would be about three
years.   The unleveed reaches of the north bank of the MR-GO is
shown on Plate 5.

DESIGN OF BANK PROTECTION STRUCTURES

For this evaluation study, the alternative design was evaluated
and screened solely on the basis of cost-effectiveness.   The
engineering and design, construction, and maintenance costs for
each alternative structure were converted to an equivalent
present value, using the current interest rate for water
resources development projects, to determine the most cost-
effective alternative.

<u>Wind and Wave Design Considerations</u>.   Wind-generated waves were
found to be limited by the width of the channel except during
extreme storm conditions such as hurricanes.   By observation, it
was determined that ship waves would control and that a 4.0-foot
wave was appropriate for design conditions.   Ships create large

NED-188-000000808

NED-188-000000809

drawdowns with resulting return flows and are thus the most
severe design criteria.  These waves occur during normal stages
and weather conditions along the MR-GO.  Observation of large
ships transiting the channel shows that the drawdown approaches
4 feet below the existing stage and that the return flow
produces a rise in the existing stage of 2 feet.  The total
effect of the transverse ship wave which is perpendicular to the
ship is a 6-foot change in water level traveling at about the
speed of the ship.  This produces velocities approaching 18 to
20 feet per second.  Using the 4-foot wave criteria traveling
along the stern of the ship in an oblique angle in a series of
waves or using velocity criteria created by the transverse 6-
foot ship wave (drawdown and return flow) will require graded
stone design with a median weight of approximately 400 pounds.
The gradation of stone armor protection recommended for the dike
construction is listed below in Table 5.  This gradation would
require an armor thickness of 3 feet.

**Table 5.  Recommended Gradation of Stone Armor Protection
for Dike Construction**

| Percent Lighter By Weight | Weight (in pounds) |
|---|---|
| 100 | 900-2200 |
| 50 | 440-930 |
| 15 | 130-460 |

Dike Alignment and Other Considerations.  The alignment of bank
protection will be as parallel to the channel as practicable and
will generally follow the -3.0-foot NGVD contour.  The
alternative will require the excavation of a flotation channel
to facilitate construction.  The alternative presented includes
allowances for construction settlement and tolerance.  A shell
substitute, with similar lightweight properties, will be allowed
whenever shell is specified.

38

NED-188-000000809

NED-188-000000810

The placement of dredged material from channel maintenance operations is a follow-on feature of the design and provides for disposal areas closer to the channel. There are no increased costs associated with depositing material from maintenance dredging behind the bank protection structure in lieu of in the existing disposal areas. In fact, some savings were considered in the estimated future with project dredging costs. The typical marsh elevation along the MR-GO is approximately 1.5 feet NGVD. Dredged material would be placed to an elevation of 4.0 feet NGVD to allow for settlement to the existing marsh elevation.

Navigation gaps would be provided in the bank protection structure at the locations of major waterways, such as Bayous Dupre, Bienvenue, and Yscloskey. Wave action and surges from passing vessels will be transmitted into these natural bayous and material may be drawn into the MR-GO through the openings. Small waterways which enter the marsh would be closed off, but major streams and bayous would remain open so that some tidal exchange would occur.

Maintenance. To maintain the dike crown elevation, the dike will be supplemented 2 years after initial construction is completed because rapid settlement is anticipated. Subsequent maintenance will be based primarily on settlement rather than hydraulic (wave or flow-related) losses. The remaining maintenance cycles would be at years 5, 10, 20, 30, and 40 after initial construction. Total project life would be approximately 50 years.

Dike Design. The most cost-effective design for the north bank was determined to be the design described below, referred to as Design 5. This design includes installation of a foundation filter fabric, placement of a shell core to an elevation of 0.0 NGVD, and placement of a 3-foot armor stone layer (to an elevation of 3.0 feet NGVD) over a separator filter fabric. A design cross-section is shown on Plate 6. The construction and

NED-188-000000810

NED-188-000000811

maintenance costs associated with Design 5 is about $260 and $75 per linear foot, respectively, including engineering and design, and supervision and administration costs.

COSTS OF ALTERNATIVE PLANS

A summary of the costs of each of the options considered is presented in Table 6.  These costs are based on the construction of each of the plans (options).  More detailed estimates of the real estate costs are presented in Appendix A.

TABLE 6.  Summary of First Costs and Annual Average Operation and Maintenance Costs (In $1,000 Dollars)

|  | FIRST COSTS | AVERAGE ANNUAL O&M |
|---|---|---|
| Option 1 | 2,603 | 108 |
| Option 2 | 4,659 | 202 |
| Option 3 | 7,399 | 308 |
| Option 4 | 10,139 | 405 |
| Option 5 | 12,606 | 485 |
| Option 6 | 14,935 | 556 |
| Option 7 | 27,542 | 914 |
| Option 8 | 46,470 | 1,411 |
| Option 9 | 14,935 | 552 |
| Option 10 | 27,542 | 965 |
| Option 11 | 46,470 | 1,542 |

Cost estimates include provisions to increase the current right-of-way by an additional 500 feet for construction of a bank protection structure and for placement of bank nourishment.

40

NED-188-000000811

Since including 200 feet of bank nourishment as a component of
the initial structure construction would increase the various
structure costs by from about 34 to 52 percent, bank nourishment
during construction does not appear to be feasible.  The same
objective will be accomplished at less cost by the productive
use of material from periodic channel maintenance.

MAINTENANCE DREDGING QUANTITIES

Potential average annual maintenance dredging quantities under
with- and without-project conditions are shown in Table 7 for
each of the options evaluated.  These data provide a measure of
the average annual quantities of material expected to be
available for use as bank nourishment.  It should be noted that
a cubic yard of dredged material is not equivalent to a cubic
yard of bank nourishment.  Typically, pumping three to five
cubic yards of dredged material might be required to obtain one
cubic yard of relatively well drained material for bank
nourishment.   The MR-GO was used as borrow material  for
construction of the Lake Pontchartrain and Vicinity Hurricane
Protection levees.  This was considered when historical data was
evaluated to determine annual maintenance dredging requirements.

Based on recent survey data and the need to provide the
appropriate protection along the channel, some of the limits and
lengths of the critical reaches were modified from the 1994
reconnaissance report.  Consequently, average annual dredging
quantities for each reach were affected.  The design engineers
recommended that the shoaling data in the 1994 reconnaissance
report for the MR-GO would remain as the basis of computing
shoaling rates for the current design analysis.  They
recommended that volumes of
dredging should be reduced to a volume per foot in each reach
and the highest number used for the new definitions of reaches.
That is, shoaling rates per foot for a critical reach take
precedence over a transitional reach, and  the transitional