# Exhibit 52 Part A

*File*

# ENERGY AND WATER DEVELOPMENT APPROPRIATIONS FOR 1995

## HEARINGS

BEFORE A

SUBCOMMITTEE OF THE

## COMMITTEE ON APPROPRIATIONS

## HOUSE OF REPRESENTATIVES

ONE HUNDRED THIRD CONGRESS

SECOND SESSION

SUBCOMMITTEE ON ENERGY AND WATER DEVELOPMENT

**TOM BEVILL, Alabama,** *Chairman*

VIC FAZIO, California
JIM CHAPMAN, Texas
DOUGLAS "PETE" PETERSON, Florida
ED PASTOR, Arizona
CARRIE P. MEEK, Florida

JOHN T. MYERS, Indiana
DEAN A. GALLO, New Jersey
HAROLD ROGERS, Kentucky

HUNTER L. SPILLAN, AARON D. EDMONDSON, BOB SCHMIDT, and JEANNE WILSON,
*Staff Assistants*

### PART 2

(Pages 1231-2739)

| | Page |
|---|---|
| **CORPS OF ENGINEERS:** | |
| Lower Mississippi Valley Division | 1231 |
| Pacific Ocean Division | 1555 |
| South Pacific Division | 1601 |
| North Central Division | 1875 |
| New England Division | 2057 |
| North Atlantic Division | 2101 |
| Remaining Items | 2333 |



Printed for the use of the Committee on Appropriations

STATUS REPORT

REPORT OF BRIGADIER GENERAL EUGENE S. WITHERSPOON, COMMANDER, LOWER MISSISSIPPI VALLEY DIVISION AND PRESIDENT, MISSISSIPPI RIVER COMMISSION.

### OPENING REMARKS

BEFORE I BEGIN MY PRESENTATION ON THE FISCAL YEAR 1995 BUDGET REQUEST, I WOULD LIKE TO BRIEFLY DISCUSS THE IMPACTS OF THE GREAT MIDWEST FLOOD OF LAST YEAR ON THE LOWER MISSISSIPPI VALLEY DIVISION.

### THE FLOOD OF 1993

THE MIDWEST FLOOD OF 1993 WAS ONE OF THE GREATEST FLOODS IN RECORDED HISTORY. THE FLOOD WAS UNUSUAL BECAUSE IT OCCURRED MAINLY IN THE MONTHS OF JULY AND AUGUST WHEN RIVER STAGES ARE NORMALLY FALLING. THE FLOODING WAS ALSO UNUSUAL IN MAGNITUDE AND IN DURATION. AT ST. LOUIS, MISSOURI, THE MISSISSIPPI RIVER REACHED FLOOD STAGE ON 26 JUNE 1993, AND REMAINED AT OR ABOVE FLOOD STAGE THROUGH 7 OCTOBER 1993. THE FLOOD WAS IN EXCESS OF A 100-YEAR EVENT WHICH MEANS THERE IS LESS THAN A 1 PERCENT CHANCE THAT A GREATER FLOOD WOULD OCCUR IN ANY GIVEN YEAR.

WITHIN THE LOWER MISSISSIPPI VALLEY DIVISION, SOME 2,000 HOMES WERE FLOODED IN ILLINOIS, 3,000 HOMES WERE FLOODED IN MISSOURI AND AT THE CREST OF THE FLOOD, ABOUT 1.5 MILLION ACRES WERE FLOODED. TOTAL FLOOD DAMAGES IN OUR DIVISION WERE ESTIMATED TO BE ABOUT $1.5 BILLION, INCLUDING $1.4 BILLION IN DAMAGES WITHIN THE ST. LOUIS DISTRICT AND $100 MILLION IN DAMAGES WITHIN THE MEMPHIS DISTRICT. ADDITIONALLY, SYSTEM-WIDE NAVIGATION INDUSTRY LOSSES DUE TO FLOOD RELATED LOCK AND RIVER CLOSURES WERE ESTIMATED AT $111 MILLION.

ALTHOUGH FIVE FEDERAL LEVEES WITHIN THE ST. LOUIS DISTRICT WERE OVERTOPPED, THE $730.0 MILLION INVESTED IN RESERVOIRS AND MISSISSIPPI RIVER FLOOD CONTROL PROJECTS WITHIN THE ST. LOUIS DISTRICT PREVENTED DAMAGES OF ABOUT $3.6 BILLION DURING THE 1993 FLOOD. SINCE COMPLETION, THESE PROJECTS HAVE PREVENTED DAMAGES ESTIMATED AT $6.7 BILLION.

ACTIVITIES THROUGHOUT THE FLOOD WERE HEROIC. THE FORT CHARTRES LEVEE, PART OF THE HARRISONVILLE LEVEE SYSTEM, WAS INTENTIONALLY BREACHED TO PROVIDE AN OUTLET FOR THE FLOODWATER ENTERING THROUGH THE HARRISONVILLE BREACH. WE BELIEVE THAT THIS KEPT THE LOWER FLANK LEVEE FROM OVERTOPPING, PREVENTING A CHAIN REACTION LEVEE FAILURE. IN ANOTHER INSTANCE, RESIDENTS OF THE HISTORIC FRENCH COLONIAL TOWN OF STE. GENEVIEVE, MISSOURI, WITH HELP FROM ACROSS THE UNITED STATES, BUILT A TEMPORARY LEVEE OF EARTH, STONE, AND SANDBAGS AND KEPT THE MISSISSIPPI AT BAY. MOST OF THE TOWN STAYED DRY, AN AMAZING FEAT OF FLOODFIGHTING.

AS THE FLOODWATER RECEDED, THE FOCUS TURNED TO RECOVERY AND REPAIRS. THE LEVEE REHABILITATION EFFORT REMAINS OUR TOP PRIORITY.

WITHIN THE LOWER MISSISSIPPI VALLEY DIVISION, REQUESTS FOR LEVEE REHABILITATION HAVE BEEN APPROVED FOR 51 LEVEE DISTRICTS. INITIAL REPAIRS WERE REQUIRED IN 24 OF THE 51 LEVEE DISTRICTS WHERE 126 BREACHES OCCURRED AND NO PROTECTION WAS AVAILABLE. EIGHTEEN INITIAL REPAIRS HAVE BEEN COMPLETED, FIVE ARE CURRENTLY UNDERWAY AND COORDINATION WITH ONE LEVEE DISTRICT CONTINUES. THESE INITIAL REPAIRS PROVIDE 20-YEAR PROTECTION TO URBAN AREAS AND 10-YEAR PROTECTION TO AGRICULTURAL AREAS. OUR GOAL IS TO COMPLETE ALL FINAL REPAIRS IN CALENDAR YEAR 1994. THE TOTAL ESTIMATED COST OF REPAIRS IS $73 MILLION.

### PROGRAM SUMMARY

OUR TOTAL PROGRAM CONSISTS OF TWO PARTS, THE LOWER MISSISSIPPI VALLEY DIVISION AND THE MISSISSIPPI RIVER COMMISSION PROGRAMS.

OUR FISCAL YEAR 1995 TOTAL PROGRAM REQUIREMENT IS $627.8 MILLION BEFORE ASSIGNMENT OF SAVINGS AND SLIPPAGE. THIS REQUIREMENT INCLUDES $619.5 MILLION IN NEW BUDGET AUTHORITY AND $8.3 MILLION IN PROGRAMMED CARRYOVER FROM FISCAL YEARS 1993 AND 1994. THIS COMPARES TO $770.3 MILLION ALLOCATED FOR FISCAL YEAR 1994. THE CONSTRUCTION PROGRAM ACCOUNTS FOR $306.6 MILLION, OR ABOUT 49 CENTS OF EACH DOLLAR; OPERATIONS AND MAINTENANCE OF EXISTING PROJECTS ACCOUNT FOR $305.8 MILLION, OR ABOUT 49 CENTS OF EACH DOLLAR; AND GENERAL INVESTIGATIONS FOR POTENTIAL PROJECTS ACCOUNT FOR $15.4 MILLION, OR ABOUT 2 CENTS OF EACH DOLLAR.

## LOWER MISSISSIPPI VALLEY DIVISION

TURNING TO THE LOWER MISSISSIPPI VALLEY DIVISION PROGRAM, WE HAVE CIVIL WORKS RESPONSIBILITY IN A PORTION OF SEVEN STATES BORDERING THE MISSISSIPPI RIVER, GENERALLY FROM HANNIBAL, MISSOURI, TO THE GULF OF MEXICO.

## GENERAL INVESTIGATIONS

OUR REQUEST FOR $10.4 MILLION IN FISCAL YEAR 1995 UNDER THE GENERAL INVESTIGATIONS PROGRAM IS FOR $1.5 MILLION MORE THAN ALLOCATED IN FISCAL YEAR 1994. REQUESTED FUNDS WILL PROVIDE FOR CONTINUATION OF FOUR NAVIGATION STUDIES AND SEVEN FLOOD DAMAGE PREVENTION STUDIES AND COMPLETION OF ONE FLOOD DAMAGE PREVENTION STUDY. IN ADDITION, WE WILL CONTINUE PRECONSTRUCTION ENGINEERING AND DESIGN ON THREE PROJECTS AND COMPLETE TWO PROJECTS. I WILL BRIEFLY COVER SOME OF THESE STUDIES.

### SURVEYS

### INTRACOASTAL WATERWAY LOCKS, LOUISIANA

THE COMPLETED INTRACOASTAL WATERWAY LOCKS RECONNAISSANCE STUDY INDICATED AN IMMEDIATE REQUIREMENT FOR CAPACITY INCREASES AT BAYOU SORREL AND CALCASIEU LOCKS, WITH FUTURE INCREASES IN CAPACITY REQUIRED AT PORT ALLEN AND ALGIERS LOCKS. AVAILABLE FISCAL YEAR 1994 FUNDS ARE BEING USED TO COMPLETE THE RECONNAISSANCE PHASE AND TO CONTINUE INTO THE FEASIBILITY PHASE. FISCAL YEAR 1995 FUNDS HAVE BEEN REQUESTED TO CONTINUE THE FEASIBILITY STUDY, SCHEDULED FOR COMPLETION IN MARCH 1999.

### LAKE CHARLES SHIP CHANNEL, LOUISIANA

A NARROW CHANNEL AND LACK OF GENERAL ANCHORAGES HAVE RESULTED IN INCREASED SAFETY AWARENESS, ONE-WAY TRAFFIC CONDITIONS AND SIGNIFICANT DELAYS FOR LARGE VESSELS NAVIGATING THE 36-MILE LAKE CHARLES SHIP CHANNEL. FISCAL YEAR 1994 FUNDS ARE BEING USED TO CONDUCT A RECONNAISSANCE STUDY OF NAVIGATION IMPROVEMENTS SCHEDULED FOR COMPLETION IN JUNE 1995. FISCAL YEAR 1995 FUNDS HAVE BEEN REQUESTED TO CONTINUE INTO THE FEASIBILITY PHASE OF STUDY.

### MISSISSIPPI RIVER-GULF OUTLET BANK EROSION, LOUISIANA

==SEVERE EROSION AND RESULTING LOSS OF VEGETATED WETLANDS CONTINUE ADJACENT TO THE NON-LEVEED BANKS OF THE MISSISSIPPI RIVER - GULF OUTLET NAVIGATION CHANNEL. ENLARGEMENT OF THE TOP WIDTH OF THE CHANNEL, CAUSED PRINCIPALLY BY SHIP AND BOAT WAKES, HAS RESULTED IN THE LOSS OF OVER 4,200 ACRES OF HIGHLY PRODUCTIVE MARSH. FISCAL YEAR 1994 FUNDS ARE BEING USED TO COMPLETE THE RECONNAISSANCE PHASE AND CONTINUE INTO THE FEASIBILITY PHASE. FISCAL YEAR 1995 FUNDS HAVE BEEN REQUESTED TO CONTINUE THE FEASIBILITY STUDY, SCHEDULED FOR COMPLETION IN SEPTEMBER 1997.==

### MISSISSIPPI RIVER, VICINITY OF ST. LOUIS, MISSOURI

IN THE MISSISSIPPI RIVER, VICINITY OF ST. LOUIS, MISSOURI, STUDY WE ARE ADDRESSING ALTERNATIVE WAYS TO REDUCE CONGESTION, IMPROVE SAFETY, ALLEVIATE FLEETING AVAILABILITY PROBLEMS, MAINTAIN THE AUTHORIZED CHANNEL DIMENSIONS, AND PROVIDE FOR EXPANDED WATER-RELATED USES, PRIMARILY WITHIN THE 70 MILE LONG PORT OF METROPOLITAN ST. LOUIS. AVAILABLE FUNDS WILL BE USED TO COMPLETE THE

USED TO COMPLETE THE RECONNAISSANCE PHASE AND STUDY AND CONTINUE INTO THE FEASIBILITY PHASE. THE FEASIBILITY STUDY IS SCHEDULED FOR COMPLETION IN DECEMBER 1998.

### JACKSON METROPOLITAN AREA, MISSISSIPPI

THE JACKSON, MISSISSIPPI METROPOLITAN AREA HAS MAJOR FLOOD PROBLEMS ATTRIBUTABLE TO THE PEARL RIVER, WITH AVERAGE ANNUAL DAMAGES OF APPROXIMATELY $12 MILLION. FISCAL YEAR 1994 FUNDS ARE BEING USED TO CONTINUE THE FEASIBILITY STUDY. FISCAL YEAR 1995 FUNDS WILL BE USED TO COMPLETE THE FEASIBILITY STUDY IN SEPTEMBER 1995.

### ST. LOUIS REGION, MISSOURI

A RECONNAISSANCE STUDY ADDRESSING PROBLEMS DUE TO FLOODING FROM THE MISSISSIPPI AND MISSOURI RIVERS IN THE CITIES OF ST. LOUIS AND CHESTERFIELD, MISSOURI, AND IN THE COUNTIES OF JEFFERSON, STE. GENEVIEVE AND ST. LOUIS IS BEING INITIATED IN FISCAL YEAR 1994. FISCAL YEAR 1995 FUNDS WILL BE USED TO CONTINUE THE RECONNAISSANCE PHASE, SCHEDULED FOR COMPLETION IN NOVEMBER 1995.

## PRECONSTRUCTION ENGINEERING AND DESIGN

### COMITE RIVER, LOUISIANA

THE COMITE RIVER PROJECT WAS AUTHORIZED FOR CONSTRUCTION BY THE WATER RESOURCES DEVELOPMENT ACT OF 1992. THE PROJECT PROVIDES FOR A 12 MILE DIVERSION CHANNEL, AND ASSOCIATED CONTROL STRUCTURES, FISH AND WILDLIFE FEATURES, AND RECREATION FEATURES FROM THE COMITE RIVER TO THE MISSISSIPPI RIVER. FISCAL YEAR 1995 FUNDS WILL BE USED TO CONTINUE PRECONSTRUCTION ENGINEERING AND DESIGN, SCHEDULED TO BE COMPLETED IN SEPTEMBER 1996.

### EAST BATON ROUGE PARISH, LOUISIANA

A FEASIBILITY STUDY ADDRESSING HEADWATER FLOODING ON BEAVER BAYOU, BLACKWATER BAYOU, JONES CREEK, WARD CREEK, BAYOU FOUNTAIN, CLAY CUT BAYOU,

MONTE SANO BAYOU AND BAYOU MANCHAC IN EAST BATON ROUGE PARISH IS SCHEDULED FOR COMPLETION IN AUGUST 1994. FISCAL YEAR 1995 FUNDS HAVE BEEN REQUESTED TO CONTINUE INTO PRECONSTRUCTION ENGINEERING AND DESIGN, SCHEDULED TO BE COMPLETED IN SEPTEMBER 1996.

### WEST BANK - EAST OF HARVEY CANAL, LOUISIANA

ON THE WEST BANK, EAST OF HARVEY CANAL PROJECT, PRECONSTRUCTION ENGINEERING AND DESIGN IS SCHEDULED TO BE INITIATED IN SEPTEMBER 1994, UPON COMPLETION OF THE FEASIBILITY STUDY.

THE PLAN UNDER CONSIDERATION PROVIDES FOR RAISING EXISTING LEVEES AND CONSTRUCTING NEW LEVEES TO PROVIDE HURRICANE PROTECTION IN THE AREA EAST OF THE HARVEY CANAL IN JEFFERSON AND ORLEANS PARISHES, AND THE BELLE CHASSE AREA IN PLAQUEMINES PARISH. FISCAL YEAR 1995 FUNDS HAVE BEEN REQUESTED TO CONTINUE PRECONSTRUCTION ENGINEERING AND DESIGN, SCHEDULED FOR COMPLETION IN MAY 1996.

## CONSTRUCTION, GENERAL PROGRAM

TURNING NOW TO OUR CONSTRUCTION PROGRAM, OUR FISCAL YEAR 1995 TOTAL PROGRAM REQUIREMENT IS $98.5 MILLION, INCLUDING $1.9 MILLION FROM THE INLAND WATERWAYS TRUST FUND. THIS TOTAL REQUIREMENT, INCLUDING $90.2 MILLION IN NEW BUDGET AUTHORITY AND $8.3 MILLION IN PROGRAMMED CARRYOVER FROM FISCAL YEARS 1993 AND 1994, REFLECTS A DECREASE OF $135.7 MILLION FROM OUR FISCAL YEAR 1994 ALLOCATION. REQUIRED FUNDS WILL PROVIDE FOR CONTINUATION OF 15 PROJECTS.

### MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA

ON THE MISSISSIPPI RIVER-GULF OUTLET PROJECT, WE CONTINUE TO PROGRESS IN OUR STUDIES FOR THE REPLACEMENT OF THE INNER HARBOR NAVIGATION CANAL LOCK. THE OPEN PLANNING PROCESS CONTINUES TO BE OF GREAT VALUE IN IDENTIFYING A PROJECT ACCEPTABLE TO BOTH THE AFFECTED NEIGHBORHOOD AND THE NAVIGATION

Case 2:05-cv-04182-SRD-JCW   Document 16923-12   Filed 01/05/09   Page 5 of 5