# Exhibit 52 Part B

INTERESTS. STUDIES ARE NOW FOCUSED ON A SITE NORTH OF CLAIBORNE AVENUE WHICH HAS THE POTENTIAL FOR ACHIEVING SUPPORT OF STAKEHOLDERS. FISCAL YEAR 1995 FUNDS WILL BE USED TO COMPLETE THE REEVALUATION REPORT IN MARCH 1995.

### MISSISSIPPI RIVER SHIP CHANNEL, GULF TO BATON ROUGE, LOUISIANA

ON THE MISSISSIPPI RIVER SHIP CHANNEL PROJECT, THE 45-FOOT CHANNEL TO NEW ORLEANS WAS COMPLETED IN DECEMBER 1987, AND TO MILE 181 IN DECEMBER 1988. DREDGING TO PROVIDE A 45-FOOT CHANNEL BETWEEN MILE 181 AND BATON ROUGE WILL BE INITIATED THIS FISCAL YEAR.

FUNDS REQUESTED FOR FISCAL YEAR 1995 WILL BE USED TO CONTINUE WORK ON THE MITIGATION OF SALTWATER INTRUSION AND TO COMPLETE DREDGING BETWEEN MILE 181 AND BATON ROUGE, THUS PROVIDING 45-FOOT NAVIGATION FROM THE MOUTH OF THE MISSISSIPPI TO BATON ROUGE, LOUISIANA.

### MELVIN PRICE LOCK AND DAM, ILLINOIS AND MISSOURI

ON THE MELVIN PRICE PROJECT, THE 1200-FOOT LOCK WAS OPENED TO NAVIGATION IN FEBRUARY 1990. THE 600-FOOT AUXILIARY LOCK IS SCHEDULED TO BE OPERATIONAL THIS SPRING, WITH DEDICATION SCHEDULED FOR JUNE 1994. FISCAL YEAR 1995 FUNDS WILL BE USED TO INITIATE REMOVAL OF THE INTERMEDIATE LOCK WALL OF THE OLD LOCKS AND DAM 26 AND CONSTRUCTION OF THE ACCESS ROAD ON THE ILLINOIS SIDE; INITIATE AND COMPLETE MISCELLANEOUS CLEARINGS IN ILLINOIS; AND COMPLETE MISCELLANEOUS LOCK REPAIRS AND THE ADMINISTRATION AND MAINTENANCE BUILDING AND APPURTENANCES.

### RED RIVER WATERWAY, MISSISSIPPI RIVER TO SHREVEPORT, LOUISIANA

ON THE RED RIVER WATERWAY PROJECT, WE HAVE 16 CONTRACTS UNDERWAY, VALUED AT $271.0 MILLION AND INVOLVING WORK IN ALL FIVE POOLS. EIGHT ADDITIONAL CONTRACTS IN POOLS 3, 4, AND 5 ARE SCHEDULED TO BE AWARDED IN THE REMAINDER OF FISCAL YEAR 1994. THESE ADDITIONAL CONTRACTS ARE VALUED AT $18.6 MILLION.

THE BUDGET REQUEST OF $50 MILLION WILL ALLOW INITIATION OF 8 CONTRACTS FOR CAPOUTS AND DIKES, CONTINUATION OF 1 CONTRACT AND COMPLETION OF 16 CONTRACTS, INCLUDING LOCKS AND DAMS 4 AND 5. NAVIGATION TO SHREVEPORT, LOUISIANA, IS SCHEDULED TO BE PROVIDED BY THE END OF 1994.

### EAST ST. LOUIS, ILLINOIS

THE EAST ST. LOUIS URBAN FLOOD PROTECTION PROJECT PROVIDES PROTECTION FOR A NUMBER OF COMMUNITIES LOCATED IN AN 85,000 ACRE FLOODPLAIN. THE FUNDS REQUESTED FOR FISCAL YEAR 1995 WILL BE USED TO INITIATE PHASE 2 RELIEF WELL AND STRUCTURAL PUMPING STATION REHABILITATION, AND TO INITIATE AND COMPLETE REMAINING SMALL GRAVITY DRAINS AND ONE CLOSURE STRUCTURE.

### ALOHA-RIGOLETTE, LOUISIANA

THE ALOHA-RIGOLETTE PROJECT WILL PROVIDE ADDITIONAL FLOOD PROTECTION TO PRINCIPALLY AGRICULTURAL LANDS IN THE EXISTING ALOHA-RIGOLETTE LEVEED AREA. THE CITY OF COLFAX, LOUISIANA, HAS AGREED TO COST SHARE THIS PROJECT. THE PROJECT COOPERATION AGREEMENT IS SCHEDULED TO BE EXECUTED IN AUGUST 1994. FISCAL YEAR 1995 FUNDS OF $200,000 ARE REQUESTED TO INITIATE CONSTRUCTION OF ITEM 1 OF THE BAYOU DARROW FLOODGATE AND REQUIRED MITIGATION MEASURES.

### LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY

ON THE LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT, LEVEE AND FLOODWALL WORK IN ORLEANS, JEFFERSON, ST. BERNARD AND ST. CHARLES PARISHES IS CONTINUING. ALSO CONTINUING IS WORK ON THE PARALLEL PROTECTION ON THE LONDON AVENUE, ORLEANS AVENUE, AND 17TH STREET OUTFALL CANALS.

FISCAL YEAR 1994 WORK INCLUDES COMPLETION OF THE SECOND ITEM OF CONSTRUCTION AND INITIATION OF THE THIRD ITEM OF CONSTRUCTION IN ST. CHARLES PARISH, CONTINUATION OF LEVEE WORK ON THE SOUTH POINT TO GIWW LEVEE, AND COMPLETION OF CONSTRUCTION ON PHASE 3 OF THE ORLEANS MARINA FLOODWALL IN

ORLEANS PARISH. ALSO THE LAST SECTION OF THE FIRST LIFT OF THE JEFFERSON PARISH LAKEFRONT LEVEE, AND CLOSING OF GAPS AT I-10 AND AT THE WESTERN END OF THE LAKEFRONT LEVEE, WILL BE COMPLETED. REMAINING PORTIONS OF THE ST. CHARLES PARISH LEVEE ARE TO BE INITIATED IN FISCAL YEAR 1994.

IN FISCAL YEAR 1994, TWO CONTRACTS ON ORLEANS AVENUE AND ONE CONTRACT ON LONDON AVENUE WILL BE COMPLETED, AND TWO CONTRACTS ON LONDON AVENUE WILL BE INITIATED. IN FISCAL YEAR 1995, TWO LEVEE CONTRACTS ON LONDON AVENUE WILL BE COMPLETED WITH AVAILABLE FUNDS.

FISCAL YEAR 1995 FUNDS HAVE BEEN REQUESTED TO INITIATE ONE CONTRACT AND COMPLETE TWO OTHERS IN THE NEW ORLEANS EAST UNIT, AND TO INITIATE THREE CONTRACTS AND COMPLETE THREE OTHER CONTRACTS IN THE NEW ORLEANS WEST UNIT.

### LAROSE TO GOLDEN MEADOW, LOUISIANA

THE LAROSE TO GOLDEN MEADOW PROJECT WILL PROVIDE HURRICANE PROTECTION TO DEVELOPED LAND ALONG BAYOU LAFOURCHE.

IN FISCAL YEAR 1994, CONSTRUCTION ON SECTION D-NORTH FIRST LIFT LEVEE WILL CONTINUE AND SECTION D-SOUTH SECOND LIFT LEVEE WILL BE INITIATED.

IN FISCAL YEAR 1995, WORK WILL BE INITIATED ON SECTION A-WEST, B-SOUTH, THIRD LIFT LEVEE; ON SECTION E, SECOND LIFT LEVEE; ON SECTION D NORTH, FIRST LIFT; AND ON D-SOUTH, SECOND LIFT.

### NEW ORLEANS TO VENICE, LOUISIANA

THE NEW ORLEANS TO VENICE PROJECT PROVIDES HURRICANE PROTECTION ALONG BOTH BANKS OF THE MISSISSIPPI RIVER SOUTH OF NEW ORLEANS.

INTENSIVE CONSTRUCTION IS UNDERWAY BETWEEN EMPIRE AND CITY PRICE. THREE LEVEE GAP CLOSURES AND TWO FIRST ENLARGEMENT LEVEE CONTRACTS ARE UNDER CONSTRUCTION. BOTH ENLARGEMENTS ARE SCHEDULED FOR COMPLETION AND ONE FLOODWALL CAPPING CONTRACT IS SCHEDULED FOR AWARD IN FISCAL YEAR 1994. THE FEDERAL EMERGENCY MANAGEMENT AGENCY HAS REDUCED INSURANCE PREMIUMS IN THE AREA BETWEEN VENICE AND ST. JUDE.

FISCAL YEAR 1995 FUNDS WILL BE USED TO INITIATE TWO LEVEE ENLARGEMENT CONTRACTS, COMPLETE ONE FLOODWALL CAPPING CONTRACT, AND CONTINUE ENGINEERING AND DESIGN WORK.

### WESTWEGO TO HARVEY CANAL, LOUISIANA

THE WESTWEGO TO HARVEY CANAL PROJECT WILL PROVIDE HURRICANE PROTECTION TO THE URBAN AREAS BETWEEN WESTWEGO AND THE HARVEY CANAL BY IMPROVING EXISTING LEVEES AND CONSTRUCTING NEW LEVEES AND FLOODWALLS.

THE LOCAL SPONSOR, WEST JEFFERSON LEVEE DISTRICT, HAS RECEIVED ADVERSE JUDGMENTS IN TWO COURT CASES FOR EXPROPRIATION OF LANDS. THE FIRST CASE RESULTED IN A $1.3 MILLION JUDGMENT AGAINST THE SPONSOR. THE SECOND CASE, INVOLVING A POSSIBLE $40.0 MILLION JUDGEMENT AGAINST THE SPONSOR, IS UNDER APPEAL. A DECISION IS EXPECTED NO EARLIER THAN APRIL 1994.

FISCAL YEAR 1995 FUNDS HAVE BEEN REQUESTED TO INITIATE CONSTRUCTION ON FIRST LIFT LEVEES FROM THE NEW WESTWEGO PUMPING STATION TO EAST-WEST LEVEE, MT. KENNEDY PUMPING STATION TO HIGHWAY 45, AND EAST-WEST LEVEE TO AMES PUMPING STATION; CONTINUE CONSTRUCTION OF THE V-LEVEE WEST OF VERTEX FLOODWALL AND FLOODGATE; AND COMPLETE FIRST LIFT LEVEE CONSTRUCTION BETWEEN ESTELLE PUMPING STATION AND THE LOUISIANA POWER AND LIGHT POWERLINE CROSSING.

### CAPE GIRARDEAU-JACKSON, MISSOURI

THE CAPE GIRARDEAU-JACKSON METROPOLITAN AREA, MISSOURI, PROJECT IS AN URBAN FLOOD CONTROL PROJECT. FISCAL YEAR 1995 FUNDS ARE REQUESTED TO INITIATE CONSTRUCTION ON THE DETENTION RESERVOIR AND THE SECOND WALKER BRANCH CHANNEL

STATUS OF LOCAL COOPERATION: The city of Colfax, LA, has agreed to cost share this project. The Project Cooperation Agreement (PCA) is scheduled to be signed August 1994. The current non-Federal cost estimate is $2,359,000 which includes a cash contribution of $1,885,000 and Lands in the amount of $474,000.

COMPARISON OF FEDERAL COST ESTIMATES: The current Federal (Corps of Engineers) cost estimate of $7,078,000 is the same as last presented to Congress.

STATUS OF ENVIRONMENTAL IMPACT STATEMENT: The Final Environmental Impact Statement was filed with the Environmental Protection Agency and listed on the Federal Register on 17 November 1989.

OTHER INFORMATION: Funds to initiate preconstruction engineering and design were appropriated in FY 1990, and funds to initiate construction were appropriated in FY 1992. Delay in execution of PCA has caused delay in completion of project. Delay in execution of PCA due to the local sponsor's inability to demonstrate his ability to cost share the project.

Lower Mississippi Valley Division       Vicksburg District       Aloha-Rigolette Area, Louisiana

7 FEB 1994                                                                              70

---

APPROPRIATION TITLE: Construction General - Local Protection (Flood Control)

PROJECT: Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)(Continuing)

LOCATION: The project is located in St. Charles, Jefferson, Orleans, St. Bernard, and St. Tammany Parishes in southeast Louisiana in the general vicinity of New Orleans adjacent to Lake Pontchartrain.

DESCRIPTION: The recommended plan consists of a new levee north of US HWY 61, from the Jefferson-St. Charles Parish boundary to the east Bonnet Carré Spillway guide levee; a floodwall along the Jefferson-St. Charles parish line; an enlarged levee along the Jefferson Parish lakefront; an enlarged New Orleans lakefront levee landward of the seawall including parallel flood protection on the 17th Street, Orleans Avenue, and London Avenue outfall canals; a new and enlarged levee and floodwall along both sides of the Inner Harbor Navigation Canal (IHNC); a new levee and floodwall along the lakefront from the airport to South Point; an enlarged levee from South Point to the Gulf Intracoastal Waterway (GIWW); an enlarged levee and new floodwall along the north of the Mississippi River-Gulf Outlet (MR-GO) and GIWW; a new levee in the Chalmette area from the IHNC levee along the south bank of the MR-GO to approximately 2-1/2 miles northwest of Verret and west to the Mississippi River levee near Caernarvon; a strengthened Mandeville seawall on the north shore at present height; and a new pumping station and vertical lift gates for the Florida Avenue Complex. Unprogrammed portions of the project include the strengthening of the Mandeville seawall, parallel protection of Orleans and London Avenue outfall canals after FY 1994 and Jefferson Parish Drainage runoff.

AUTHORIZATION: Flood Control Act of 1965; Water Resources Development Acts of 1974, 1986, 1990, and 1992.

REMAINING BENEFIT TO REMAINING COST RATIO: 7.1 to 1 at 3-1/8 percent.

TOTAL BENEFIT - COST RATIO: 2.8 to 1 at 3-1/8 percent.

INITIAL BENEFIT-COST RATIO: 17.6 to 1 at 3-1/8 percent (FY 1967).

BASIS OF BENEFIT - COST RATIO: Benefits are from the latest available evaluation dated December 1982 at 1981 price levels.

Lower Mississippi Valley Division       New Orleans District       Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)

7 FEB 1994                                                                              71

APPROPRIATION TITLE: Construction General - Local Protection (Flood Control)

PROJECT: Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)(Continuing)

LOCATION: The project is located in St. Charles, Jefferson, Orleans, St. Bernard, and St. Tammany Parishes in southeast Louisiana in the general vicinity of New Orleans adjacent to Lake Pontchartrain.

DESCRIPTION: The recommended plan consists of a new levee north of US HWY 61, from the Jefferson-St. Charles Parish boundary to the east Bonnet Carré Spillway guide levee; a floodwall along the Jefferson-St. Charles parish line; an enlarged levee along the Jefferson Parish lakefront; an enlarged New Orleans lakefront levee landward of the seawall including parallel flood protection on the 17th Street, Orleans Avenue, and London Avenue outfall canals; a new and enlarged levee and floodwall along both sides of the Inner Harbor Navigation Canal (IHNC); a new levee and floodwall along the lakefront from the airport to South Point; an enlarged levee from South Point to the Gulf Intracoastal Waterway (GIWW); an enlarged levee and new floodwall along the north of the Mississippi River-Gulf Outlet (MR-GO) and GIWW; a new levee in the Chalmette area from the IHNC levee along the south bank of the MR-GO to approximately 2-1/2 miles northwest of Verret and west to the Mississippi River levee near Caernarvon; a strengthened Mandeville seawall on the north shore at present height; and a new pumping station and vertical lift gates for the Florida Avenue Complex. The only unscheduled part of the project is the strengthening of the Mandeville seawall and parallel protection of Orleans and London Avenue outfall canals after FY 1993.

AUTHORIZATION: Flood Control Act of 1965; Water Resources Development Acts of 1974, 1986, 1990, and 1992.

REMAINING BENEFIT TO REMAINING COST RATIO: 12.6 to 1 at 3-1/8 percent.

TOTAL BENEFIT - COST RATIO: 10.3 to 1 at 3-1/8 percent.

INITIAL BENEFIT-COST RATIO: 17.6 to 1 at 3-1/8 percent (FY 1967).

BASIS OF BENEFIT - COST RATIO: Benefits are from the latest available evaluation dated December 1982 at 1981 price levels.

Lower Mississippi Valley Division   New Orleans District   Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)

6 APR 1993

79

---

| SUMMARIZED FINANCIAL DATA | | | STATUS: (1 Jan 1993) | PERCENT COMPLETE | PHYSICAL COMPLETION SCHEDULE |
|---|---|---|---|---|---|
| Estimated Total Appropriation Requirement | | $500,000,000 | | | |
| Programmed Construction | $429,249,000 | | New Orleans East Unit | 90 | Indefinite |
| Unprogrammed Construction | 70,751,000 | | New Orleans West Unit | 12 | Nov 2013 |
|  |  |  | Mandeville Unit | 0 | Indefinite[1] |
| Future Non-Federal Reimbursement | | 7,000,000 | Chalmette Unit | 98 | Jan 1997 |
| Programmed Construction | 7,000,000 | | | | |
| Unprogrammed Construction | 0 | | Entire Project | 80 | Nov 2013[2] |
| Estimated Federal Cost (Ultimate) | | 493,000,000 | | | |
| Programmed Construction | 422,249,000 | | | | |
| Unprogrammed Construction | 70,751,000 | | | | |
| Estimated Non-Federal Cost | | 212,000,000 | | | |
| Programmed Construction | 199,972,000 | | | | |
| Cash Contribution $ 57,668,000 | | | | | |
| Other Costs 135,304,000 | | | | | |
| Reimbursements: | | | | | |
| Hurricane Protection 7,000,000 | | | | | |
| Unprogrammed Construction | 12,028,000 | | | | |
| Cash Contribution 22,028,000 | | | | | |
| Other Costs 0 | | | | | |
| Reimbursements 0 | | | | | |
| Total Estimated Programmed Construction Cost | | $622,221,000 | | | |
| Total Estimated Unprogrammed Construction Cost | | $2,779,000 | | | |
| Total Estimated Project Cost | | $705,000,000 | | | |
| Allocations to 30 September 1992 | | 255,070,000 | ACCUM. | | |
| Conference Allowance for FY 1993 | | 19,307,000 | PCT. OF EST. | | |
| Allocation for FY 1993 | | 22,494,000[3] | FED. COST | | |
| Allocations through FY 1993 | | 277,564,000 | 56 | | |

[1] Completion schedule indefinite until financial support is furnished by local interests.

[2] Excludes Mandeville Unit which has an indefinite completion date.

3 Reflects 1,113,000 reduction assigned as savings and slippages and $4,300,000 FY 1993 withheld funds.

Lower Mississippi Valley Division   New Orleans District   Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)

5 APR 1993

80