# Exhibit 53

# ENERGY AND WATER DEVELOPMENT APPROPRIATIONS FOR 1994

## HEARINGS

BEFORE A

SUBCOMMITTEE OF THE

COMMITTEE ON APPROPRIATIONS

HOUSE OF REPRESENTATIVES

ONE HUNDRED THIRD CONGRESS

FIRST SESSION

---

SUBCOMMITTEE ON ENERGY AND WATER DEVELOPMENT

TOM BEVILL, Alabama, *Chairman*

VIC FAZIO, California
JIM CHAPMAN, Texas
DOUGLAS "PETE" PETERSON, Florida
ED PASTOR, Arizona
CARRIE P. MEEK, Florida

JOHN T. MYERS, Indiana
DEAN A. GALLO, New Jersey
HAROLD ROGERS, Kentucky

Hunter L. Spillan, Aaron D. Edmondson, Bob Schmidt, and Jeanne Wilson, *Staff Assistants*

---

## PART 2

DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS
BUDGET JUSTIFICATIONS AND STATUS REPORTS
OF DIVISION ENGINEERS



Printed for the use of the Committee on Appropriations

| | | |
|---|---:|---:|
| Allocations through FY 1993 | 277,564,000 | 56 |
| Allocation Requested for FY 1994 | 9,619,000 | 57 |
| Programmed Balance to Complete after FY 1994 | 210,873,000 | |
| Unprogrammed Balance to Complete After FY 1994 | 1,944,000 | |

PHYSICAL DATA

| | |
|---|---|
| Levees: Average height: 16 feet | Drainage Structures: 9 |
| Length: 80 miles | |
| Dam Closures: 2 | Floodwalls: 17.9 miles |
| Pumping Plant: 1 | Floodgates: 2 |
| Control Valve Structures: 3 | |

JUSTIFICATION: The lowlands in the Lake Pontchartrain tidal basin are subject to tidal overflow. The Greater New Orleans Metropolitan Area which lies in this basin will continue its rapid economic development in the future years even though severe damages have resulted from several hurricanes in the past years. Hurricane damages result from surges entering Lake Pontchartrain from Lake Borgne through natural tidal passes at the Rigolets and Chef Menteur Passes and the Inner Harbor Navigation Canal. The surges are intensified by local wind effects and the combination of waves and surges causing overtopping of the pre project protective works along the shores of Lake Pontchartrain. The eastern portion of the area is also subject to flooding by surges and waves that move directly from Lake Borgne and overtop the then existing inadequate protective system seaward of the developed land areas. As a result, residences and industrial and commercial establishments suffer damage, business activities are disrupted, lives are endangered, and hazards to health are created. Hurricanes much more severe than any of record are possible. In the event of the occurrence of such a severe hurricane, catastrophic property damage and loss of human life would be experienced. Local interests have requested protection against these threats to life and property. Hurricane Betsy in September 1965 caused extensive damage and flooding of urban areas of the New Orleans area to depths of up to 10 feet. Hurricane Camille occurred in the project area in August 1969 and flooded areas along the Inner Harbor Navigation Canal. Extensive flooding and overtopping of levees would have occurred in the project area in September 1974 if Hurricane Carmen had continued on its predicted course. In 1985 Hurricane Juan caused extensive flooding in the St. Charles Parish area. The Lake Pontchartrain hurricane protection project will provide protection from similar occurrences. The project will provide protection against flooding from the Standard Project Hurricane (SPH). The average annual benefits, all flood control, are $179,856,000, based on 1 October 1981 prices.

| | | |
|---|---|---|
| Lower Mississippi Valley Division | New Orleans District | Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection) |

5 APR 1993

81

---

FISCAL YEAR 1994: The requested amount will be applied as follows:

**NEW ORLEANS EAST UNIT**
Complete:
| | |
|---|---:|
| F/W Orleans Marina PH 3 | 277,000 |
| Federal Real Estate Support | 12,000 |
| Surveys and Layouts | 20,000 |
| Planning, Engineering and Design | 1,591,000 |
| Construction Management | 849,000 |
| Subtotal | 2,749,000 |

**NEW ORLEANS WEST UNIT**
Initiate:
| | |
|---|---:|
| 17th St. Canal Bridge | |
| Lv NOA Rcb IIB Sand Fill | $ 200,000 |
| Initiate and Complete: | 354,000 |
| FW Sta 464-480, PS #1 | |
| Complete: | 772,000 |
| NOA Rch IIA Sand Fill | |
| FIDWLS At STA 0-9 & 1-10 | 509,000 |
| FW Sta 115 - 128, PS #4 | 454,000 |
| Surveys and Layouts | 1,990,000 |
| Federal Real Estate Support | 40,000 |
| Planning Engineering and Design | 20,000 |
| Construction Management | 1,164,000 |
| | 900,000 |
| Subtotal | $6,403,000 |

**CHALMETTE UNIT**
| | |
|---|---:|
| Surveys and Layouts | $ 10,000 |
| Federal Real Estate Support | 9,000 |
| Planning, Engineering and Design | 352,000 |
| Construction Management | 96,000 |
| Subtotal | $ 467,000 |
| Total | $ 9,619,000 |

| | | |
|---|---|---|
| Lower Mississippi Valley Division | New Orleans District | Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection) |

5 APR 1993

82

NON-FEDERAL COST: In accordance with the cost sharing and financing concepts reflected in the Flood Control Act of 1965, the non-Federal sponsors must comply with the requirements listed below:

| Requirements of Local Cooperation | Payments During Construction and Reimbursements | Annual Operation, Maintenance, Repair, Rehabilitation, and Replacement Costs |
|---|---|---|
| Provide lands, easements, and right-of-ways, including borrow areas and dredged material disposal areas. | $ 43,327,000 | - |
| Accomplish alternations to roads, pipelines, cables, wharves, oil wells, and any other facilities necessary for construction of the project. | 20,212,000 | - |
| Bear 30 percent of the total project cost, including the items listed above and a cash contribution or equivalent work specifically undertaken as an integral part of the project after authorization and in accordance with construction schedules as required by the Chief of Engineers, excluding a reimbursement to the Federal Government for costs allocated pursuant to the Water Resources Development Act of 1974. | 141,461,000 | - |
| Reimburse the Federal Government for costs allocated pursuant to the Water Resources Development Act of 1974. | 7,000,000 | |
| Bear all costs of operations, maintenance, repair, rehabilitation, and replacements of all features of the project works. | | $1,223,000 |
| Total Non-Federal Costs | $212,000,000 | $1,223,000 |

Lower Mississippi Valley Division       New Orleans District       Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)

5 APR 1993

83

In addition, local interests, through the combined efforts of the State of Louisiana, local levee and drainage districts, and parish police juries, have spent an estimated $25,366,000 between 1930-1963, based on the best cost records available, to improve and maintain the hurricane protection system existing prior to project authorization. Available costs of record are as follows:

| | |
|---|---|
| Combination of State of Louisiana and Lake Borgne Levee District and Chalmette Back Levee District on the Chalmette Back Levee Protection Systems | $ 4,410,000 |
| Orleans Levee District | 12,010,000 |
| Port of New Orleans (levees along Industrial Canal) | 924,000 |
| Pontchartrain Levee District | 5,022,000 |
| Fourth Drainage District of Jefferson Parish | 3,000,000 |
| Total | $25,366,000 |

A very severe hurricane, "Betsy," occurred in the project area in September 1965, just prior to the authorization of the project in October 1965. Considerable damage was done to many of the existing levees, and local interests immediately instituted an accelerated rehabilitation program, with the view of restoring and strengthening existing protection prior to succeeding hurricane seasons. Any work performed by the non-federal after project authorization, that conforms to the project design criteria and alignment, is considered as work-in-kind in lieu of a cash contribution.

STATUS OF LOCAL COOPERATION: Assurances are required for the two independently justified plans.

1. Chalmette Area Plan:

a. Orleans Levee District: New agreements of assurances covering all local cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974 were executed on 30 March 1976. These assurances were accepted on behalf of the United States on 7 December 1977.

b. St. Bernard Parish Police Jury and Lake Borgne Basin Levee District: New joint agreements of assurances covering all local cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974, were executed on 2 April 1976. These assurances were accepted on behalf of the United States on 7 December 1977.

Lower Mississippi Valley Division       New Orleans District       Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)

5 APR 1993

84

2. High Level Plan:

   a. Orleans Levee District: For the Barrier Plan, new agreements of assurances covering all local cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974, were executed on 30 March 1976. These assurances were accepted on behalf of the United States on 7 December 1977. Amended assurances for the High Level Plan were executed by the local sponsor on 29 May 1985, and accepted by the United States on 21 June 1985.

   b. St. Tammany Parish: The Louisiana Office of Public Works executed an act of assurance dated 8 November 1976, agreeing to fulfill all local cooperation requirements for that portion of the project in St. Tammany Parish. These assurances were accepted on behalf of the United States on 7 December 1977. Amended assurances for the High Level Plan are required; however, due to failure of the local sponsor to agree to the items of local cooperation, this portion of the project has an indefinite completion date.

   c. Pontchartrain Levee District: New agreements of assurances covering all local cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974, were executed on 20 September 1976. On 8 November 1976, the Louisiana Office of Public Works agreed to lend financial assistance above $100,000 to the Pontchartrain Levee District for that portion of the Barrier Plan which is the responsibility of that levee district. These assurances were accepted on behalf of the United States on 7 December 1977. Supplemental assurances for the High Level Plan were executed by the Pontchartrain Levee District for the St. Charles Parish portion of the project on 20 April 1987, and accepted on behalf of the United States on 7 August 1987.

   d. East Jefferson Levee District: Supplemental assurances for the High Level Plan were executed by the East Jefferson Levee District for the Jefferson Parish portion of the project on 16 January 1987. A financial plan was received on 25 November 1987, and accepted on behalf of the United States on 21 December 1987. These levees were previously the responsibility of the Pontchartrain Levee District.

COMPARISON OF FEDERAL COST ESTIMATE: The current Federal (Corps of Engineers) cost estimate of $500,000,000 is an increase of $34,000,000 from the latest estimate ($466,000,000) presented to Congress (FY 1993). This change includes the following items:

| Item | Amount |
|---|---|
| Price Escalation on Construction Features | $-16,000,000 |
| Authorized Modifications | +50,000,000 |
| Total | $+34,000,000 |

Lower Mississippi Valley Division     New Orleans District     Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)

5 APR 1993

85

STATUS OF ENVIRONMENTAL IMPACT STATEMENT: The final Environmental Impact Statement was filed with the Council on Environmental Quality on 17 January 1975. By court order dated 30 December 1977, a revised Environmental Impact Statement was ordered. A draft revised Environmental Impact Statement for the High Level Plan and the Reevaluation Report, which documents the proposal to adopt that plan instead of the Barrier Plan, were released to the public and filed with the Environmental Protection Agency on 16 December 1983. The final revised Environmental Impact Statement was filed with the Environmental Protection Agency on 7 December 1984.

OTHER INFORMATION: Funds to initiate preconstruction engineering and design were appropriated in Fiscal Year 1966, and funds to initiate construction were appropriated in Fiscal Year 1967.

Authorizations

| | | Estimated Cost and Year of Price Level |
|---|---|---|
| FC Act of 1965 dated 27 October 1965 (PL 89-298) (HD 231/89/1) | A program for protection from hurricane flood levels at New Orleans, LA and surrounding areas by means of levees, floodwalls, control structures, navigation structures, locks, dams and drainage structures. | $56,235,000 (1961)[1] |
| Water Resources Development Act of 1974 dated 7 March 1974 (PL 93-251) Section 92 | A modification of the FC Act of 1965 (PL 89-298) to provide that non-Federal public bodies may agree to pay the unpaid balance of the cash payment due with interest, in yearly installments. | |
| Water Resources Development Act of 1986, dated 17 November 1986 (PL 99-662), Section 805 | A modification of the project to include construction of a floodwall with sluice gates or other necessary means to ensure that hurricane-flood protection within Jefferson Parish will be unimpaired as a result of any pumping station constructed by local interests. | $3,500,000 (1985) |

[1] This is not cost to the Federal Government. The gross cost is $60,185,000, the difference is $3,950,000, which is capitalized value at 3-1/8 percent interest over 100 years for O&M on Rigolets Lock which is to be contributed by local interests and used by the Federal government for project construction.

Lower Mississippi Valley Division     New Orleans District     Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)

5 APR 1993

86