# Exhibit 54 Part A

# ENERGY AND WATER DEVELOPMENT APPROPRIATIONS FOR 1996

## HEARINGS

BEFORE A

### SUBCOMMITTEE OF THE
### COMMITTEE ON APPROPRIATIONS
### HOUSE OF REPRESENTATIVES

ONE HUNDRED FOURTH CONGRESS

FIRST SESSION

SUBCOMMITTEE ON ENERGY AND WATER DEVELOPMENT

**JOHN T. MYERS, Indiana,** *Chairman*

HAROLD ROGERS, Kentucky
JOE KNOLLENBERG, Michigan
FRANK RIGGS, California
RODNEY P. FRELINGHUYSEN, New Jersey
JIM BUNN, Oregon

TOM BEVILL, Alabama
VIC FAZIO, California
JIM CHAPMAN, Texas

NOTE: Under Committee Rules, Mr. Livingston, as Chairman of the Full Committee, and Mr. Obey, as Ranking Minority Member of the Full Committee, are authorized to sit as Members of all Subcommittees.

JAMES D. OGSBURY, BOB SCHMIDT, and JEANNE WILSON, *Staff Assistants*

### PART 1
(Pages 1–1338)

| | Page |
|---|---|
| **CORPS OF ENGINEERS:** | |
| Assistant Secretary of the Army for Civil Works and Chief of Engineers | 1 |
| Ohio River Division | 249 |
| Missouri River Division | 421 |
| Southwestern Division | 501 |
| North Pacific Ocean Division | 723 |
| South Atlantic Division | 843 |
| Lower Mississippi Valley Division | 1057 |



Printed for the use of the Committee on Appropriations

APPROPRIATION TITLE: Construction General - Local Protection (Flood Control)

PROJECT: Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)(Continuing)

LOCATION: The project is located in St. Charles, Jefferson, Orleans, St. Bernard, and St. Tammany Parishes in southeast Louisiana in the general vicinity of New Orleans adjacent to Lake Pontchartrain.

DESCRIPTION: The recommended plan consists of a new levee north of US HWY 61, from the Jefferson-St. Charles Parish boundary to the east Bonnet Carré Spillway guide levee; a floodwall along the Jefferson-St. Charles parish line; an enlarged levee along the Jefferson Parish lakefront; an enlarged New Orleans lakefront levee landward of the seawall including parallel flood protection on the 17th Street, Orleans Avenue, and London Avenue outfall canals; a new and enlarged levee and floodwall along both sides of the Inner Harbor Navigation Canal (IHNC); a new levee and floodwall along the lakefront from the airport to South Point; an enlarged levee from South Point to the Gulf Intracoastal Waterway (GIWW); an enlarged levee and new floodwall along the north of the Mississippi River-Gulf Outlet (MR-GO) and GIWW; a new levee in the Chalmette area from the IHNC levee along the south bank of the MR-GO to approximately 2-1/2 miles northwest of Verret and west to the Mississippi River levee near Caernarvon; a strengthened Mandeville seawall on the north shore at present height; and a new pumping station and vertical lift gates for the Florida Avenue Complex. The parallel protection work for Orleans and London Avenue outfall canals is unprogrammed after FY 1995.

AUTHORIZATION: Flood Control Act of 1965; Water Resources Development Acts of 1974, 1986, 1990, and 1992.

REMAINING BENEFIT TO REMAINING COST RATIO: 3.9 to 1 at 3 1/8 percent.

TOTAL BENEFIT - COST RATIO: 3.0 to 1 at 3 1/8 percent.

INITIAL BENEFIT-COST RATIO: 17.6 to 1 at 3-1/8 percent (FY 1967).

BASIS OF BENEFIT - COST RATIO: Benefits are from the latest available evaluation dated December 1982 at 1981 price levels.

Lower Mississippi Valley Division      New Orleans District      Lake Pontchartrain, Louisiana, and
                                       6 February 1995           Vicinity (Hurricane Protection)

75

1160

---

SUMMARIZED FINANCIAL DATA

|  |  |  | STATUS: (1 January 1995) | PERCENT COMPLETE | PHYSICAL COMPLETION SCHEDULE |
|---|---|---|---|---|---|
| Estimated Total Appropriation Requirement |  | $515,000,000 |  |  |  |
| Programmed Construction | $490,146,000 |  | New Orleans East Unit | 90 | [1] |
| Unprogrammed Construction | 24,854,000 |  | New Orleans West Unit | 12 | [1,2] |
|  |  |  | Mandeville Unit | 100 | Jun 1994[2] |
| Future Non-Federal Reimbursement |  | 7,000,000 | Chalmette Unit | 98 | Jan 1997 |
| Programmed Construction | 7,000,000 |  | Entire Project | 80 | [1] |
| Unprogrammed Construction | 0 |  |  |  |  |
| Estimated Federal Cost (Ultimate) |  | 508,000,000 |  |  |  |
| Programmed Construction | 483,146,000 |  |  |  |  |
| Unprogrammed Construction | 24,854,000 |  |  |  |  |
| Estimated Non-Federal Cost |  | 214,000,000 |  |  |  |
| Programmed Construction | 210,358,000 |  |  |  |  |
| Cash Contribution $ 62,983,000 |  |  |  |  |  |
| Other Costs 140,375,000 |  |  |  |  |  |
| Reimbursements: |  |  |  |  |  |
| Hurricane Protection 7,000,000 |  |  |  |  |  |
| Unprogrammed Construction |  | 3,642,000 |  |  |  |
| Cash Contribution 3,642,000 |  |  |  |  |  |
| Other Costs 0 |  |  |  |  |  |
| Reimbursements 0 |  |  |  |  |  |
| Total Estimated Programmed Construction Cost |  | $693,504,000 |  |  |  |
| Total Estimated Unprogrammed Construction Cost |  | 28,496,000 |  |  |  |
| Total Estimated Project Cost |  | $722,000,000 |  |  |  |
| Allocations to 30 September 1994 |  | 302,849,000 |  |  |  |
| Conference Allowance for FY 1995 |  | 13,300,000 | ACCUM. |  |  |
| Allocation for FY 1995 |  | 13,300,000 | PCT. OF EST. |  |  |
| Allocations through FY 1995 |  | 316,149,000[4] | FED. COST |  |  |
| Allocation Requested for FY 1996 |  | 7,848,000 |  |  |  |
| Programmed Balance to Complete after FY 1996 |  | 166,149,000 | 61 |  |  |
| Unprogrammed Balance to Complete after FY 1996 |  | 24,854,000 | 63 |  |  |

[1] Being determined.
[2] Excludes the landside runoff from the Jefferson Parish Lakefront levees that has an indefinite completion date.
[3] Work is being accomplished by the FY 1992 Dire Emergency Supplemental under Appropriation 96x3125, Flood Control and Coastal Emergencies.
[4] Reflects $6,713,000 in programmed carryover into FY 1996.

Lower Mississippi Valley Division      New Orleans District      Lake Pontchartrain, Louisiana, and
                                       6 February 1995           Vicinity (Hurricane Protection)

76

1161

PHYSICAL DATA

| | |
|---|---|
| Levees: Average height: 16 feet<br>Length: 80 miles | Drainage Structures: 9 |
| Dam Closures: 2 | Floodwalls: 17.9 miles |
| Pumping Plant: 1 | Floodgates: 2 |
| Control Valve Structures: 3 | |

JUSTIFICATION: The lowlands in the Lake Pontchartrain tidal basin are subject to tidal overflow. The Greater New Orleans Metropolitan Area which lies in this basin will continue its rapid economic development in the future years even though severe damages have resulted from several hurricanes in the past years. Hurricane damages result from surges entering Lake Pontchartrain from Lake Borgne through natural tidal passes at the Rigolets and Chef Menteur Passes and the Inner Harbor Navigation Canal. The surges are intensified by local wind effects and the combination of waves and surges causing overtopping of the pre project protective works along the shores of Lake Pontchartrain. ==The eastern portion of the area is also subject to flooding by surges and waves that move directly from Lake Borgne and overtop the then existing inadequate protective system seaward of the developed land areas. As a result, residences and industrial and commercial establishments suffer damage, business activities are disrupted, lives are endangered, and hazards to health are created. Hurricanes much more severe than any of record are possible. In the event of the occurrence of such a severe hurricane, catastrophic property damage and loss of human life would be experienced.== Local interests have requested protection against these threats to life and property. Hurricane Betsy in September 1965 caused extensive damage and flooding of urban areas of the New Orleans area to depths of up to 10 feet. Hurricane Camille occurred in the project area in August 1969 and flooded areas along the Inner Harbor Navigation Canal. Extensive flooding and overtopping of levees would have occurred in the project area in September 1974 if Hurricane Carmen had continued on its predicted course. In 1985 Hurricane Juan caused extensive flooding in the St. Charles Parish area. The Lake Pontchartrain hurricane protection project will provide protection from similar occurrences. The project will provide protection against flooding from the Standard Project Hurricane (SPH). The average annual benefits, all flood control, are $95,771,000, based on 1 October 1981 prices.

Lower Mississippi Valley Division    New Orleans District    Lake Pontchartrain, Louisiana, and
                                      6 February 1995        Vicinity (Hurricane Protection)
                                                                                             77

1162

FISCAL YEAR 1996: The total program amount, including the requested and programmed carryover amounts of $7,848,000 and $6,713,000, respectively, will be applied as follows:

NEW ORLEANS EAST UNIT
Initiate:
    Orleans Marina Ph 4      $ 700,000
Initiate and Complete:
    Floodgate at Hammond Hwy      298,000
Complete:
    17th Str Outfall Canal Bridge      950,000
    London Mirabeau-Lee Ctr      1,751,000
    Orleans Outfall Ph 2C Har-Fil-Part 1      574,000
Federal Real Estate Support      12,000
Surveys and Layouts      32,000
Planning, Engineering and Design      1,141,000
Supervision and Administration      517,000
Subtotal      $5,975,000

NEW ORLEANS WEST UNIT
Initiate and Complete:
    Floodgates at Hammond Hwy      325,000
    17th St. Canal Bridge      746,000
    Jeff Parish Lakefront Levee Drainage      690,000
Continue:
    2nd Enlgt 9-115 Rch 1A & 1B      215,000
Complete:
    Fldwl Sta 464 - 480      50,000
    Lv NOA Rch 1A - 1L Cloth & Clay      1,909,000
    Fldwl Sta 435 - 438 at Causeway      391,000
Mitigation      1,224,000
Federal Real Estate Support      20,000
Survey and Layouts      40,000
Planning, Engineering and Design      1,256,000
Supervision and Administration      800,000
Subtotal      $7,666,000

Lower Mississippi Valley Division    New Orleans District    Lake Pontchartrain, Louisiana, and
                                      6 February 1995        Vicinity (Hurricane Protection)
                                                                                             78

1163