# Exhibit 55 Part A

*File*

# ENERGY AND WATER DEVELOPMENT APPROPRIATIONS FOR 1997

## HEARINGS

BEFORE A

SUBCOMMITTEE OF THE

## COMMITTEE ON APPROPRIATIONS

## HOUSE OF REPRESENTATIVES

ONE HUNDRED FOURTH CONGRESS

SECOND SESSION

---

SUBCOMMITTEE ON ENERGY AND WATER DEVELOPMENT

JOHN T. MYERS, Indiana, *Chairman*

HAROLD ROGERS, Kentucky
JOE KNOLLENBERG, Michigan
FRANK RIGGS, California
RODNEY P. FRELINGHUYSEN, New Jersey
JIM BUNN, Oregon

TOM BEVILL, Alabama
VIC FAZIO, California
JIM CHAPMAN, Texas

NOTE: Under Committee Rules, Mr. Livingston, as Chairman of the Full Committee, and Mr. Obey, as Ranking Minority Member of the Full Committee, are authorized to sit as Members of all Subcommittees.

JAMES D. OGSBURY, BOB SCHMIDT, JEANNE WILSON, and DONALD M. MCKINNON,
*Staff Assistants*

---

## PART 2

DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS
BUDGET JUSTIFICATIONS AND STATUS REPORTS
OF DIVISION ENGINEERS AND
DIRECTOR OF CIVIL WORKS

---

Printed for the use of the Committee on Appropriations

[Map: Lower Mississippi Valley Division Flood Control Improvements, ALOHA-RIGOLETTE AREA, Grant and Rapides Parishes, LA. Sheet 2 of 2. U.S. Army Engineer District, Vicksburg, Corps of Engineers. 1 January 1996. Includes vicinity map of Louisiana showing project location, and legend indicating Project Levee, Channel Improvement, Weir, Drainage Structure, Work Completed, Work Underway With Funds Available For The Current Fiscal Year, Work Proposed With Funds Available For The Budget Fiscal Year, and Work Required To Complete Project After The Budget Fiscal Year. Features labeled include Boyce, Kolsland, Bayou Darrow Floodgate Item 1, Clearing & Snagging Bayou Darrow Item 3, Bayou Rigolette Low Flow Structure Item 2, Diversion Ditch, Mitigation, and Upstream Limit of Federal Project. Dated 18 March 1996.]

APPROPRIATION TITLE: Construction, General - Local Protection (Flood Control)

PROJECT: Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)(Continuing)

LOCATION: The project is located in St. Charles, Jefferson, Orleans, St. Bernard and St. Tammany Parishes in southeast Louisiana in the general vicinity of New Orleans, adjacent to Lake Pontchartrain.

DESCRIPTION: The recommended plan consists of a new levee north of US HWY 61, from the east Bonnet Carré Spillway guide levee to the Jefferson-St. Charles Parish boundary; a floodwall along the Jefferson-St. Charles Parish line; an enlarged levee along the Jefferson Parish lakefront; an enlarged New Orleans lakefront levee landward of the seawall including parallel flood protection on the 17th Street, Orleans Avenue, and London Avenue outfall canals; a new and enlarged levee and floodwall along both sides of the Inner Harbor Navigation Canal (IHNC); a new levee and floodwall along the lakefront from the airport to South Point; an enlarged levee from South Point to the Gulf Intracoastal Waterway (GIWW); an enlarged levee and new floodwall along the northside of the Mississippi River-Gulf Outlet (MR-GO) and GIWW; a new levee in the Chalmette area from the IHNC levee along the south bank of the MR-GO to approximately 2-1/2 miles northwest of Verret and west to the Mississippi River levee near Caernarvon; a strengthened Mandeville seawall on the north shore at present height; and a new pumping station and vertical lift gates for the Florida Avenue Complex. The parallel protection work for Orleans and London Avenue Outfall canals is unprogrammed after FY 1997.

AUTHORIZATION: Flood Control Act of 1965; Water Resources Development Acts of 1974, 1986, 1990, and 1992.

REMAINING BENEFIT TO REMAINING COST RATIO: 3.4 to 1 at 3 1/8 percent.

TOTAL BENEFIT - COST RATIO: 3.0 to 1 at 3 1/8 percent.

INITIAL BENEFIT-COST RATIO: 17.6 to 1 at 3-1/8 percent (FY 1967).

BASIS OF BENEFIT - COST RATIO: Benefits are from the latest available evaluation dated December 1982 at 1981 price levels.

SUMMARIZED FINANCIAL DATA

|  |  |  | STATUS<br>(1 January 1996) | PERCENT<br>COMPLETE | PHYSICAL<br>COMPLETION<br>SCHEDULE |
|---|---|---|---|---|---|
| Estimated Total Appropriation Requirement |  | $504,000,000 |  |  |  |
| Programmed Construction | $470,318,000 |  | New Orleans East Unit | 90 | 1 |
| Unprogrammed Construction | 33,682,000 |  | New Orleans West Unit | 12 | 1 |
|  |  |  | Mandeville Unit | 100 | 2 |
| Future Non-Federal Reimbursement |  | 7,000,000 | Chalmette Unit | 98 | 1 |
| Programmed Construction | 7,000,000 |  | Entire Project | 80 | 1 |
| Unprogrammed Construction | 0 |  |  |  |  |
| Estimated Federal Cost (Ultimate) |  | 497,000,000 |  |  |  |
| Programmed Construction | 463,318,000 |  |  |  |  |
| Unprogrammed Construction | 33,682,000 |  |  |  |  |
| Estimated Non-Federal Cost |  | 210,000,000.00 |  |  |  |
| Programmed Construction |  | 208,056,000 |  |  |  |
| Cash Contribution | $ 71,918,000 |  |  |  |  |
| Other Costs | 129,138,000 |  |  |  |  |
| Reimbursements: |  |  |  |  |  |
| Hurricane Protection | 7,000,000 |  |  |  |  |
| Unprogrammed Construction |  | 1,944,000 |  |  |  |
| Cash Contribution | 0 |  |  |  |  |
| Other Costs | 1,944,000 |  |  |  |  |
| Reimbursements | 0 |  |  |  |  |
| Total Estimated Programmed Construction Cost |  | $671,374,000 |  |  |  |
| Total Estimated Unprogrammed Construction Cost |  | 35,626,000 |  |  |  |
| Total Estimated Project Cost |  | $707,000,000 |  |  |  |
| Allocations to 30 September 1995 |  | 316,149,000 | ACCUM. |  |  |
| Conference Allowance for FY 1996 |  | 13,348,000 | PCT. OF EST. |  |  |
| Allocation for FY 1996 |  | 13,348,000 | FED. COST |  |  |
|  |  |  | 65 |  |  |
| Allocations through FY 1996 |  | 329,497,000 | 66 |  |  |
| Allocation Requested for FY 1997 |  | 4,025,000 |  |  |  |
| Programmed Balance to Complete after FY 1997 |  | 136,796,000 |  |  |  |
| Unprogrammed Balance to Complete after FY 1997 |  | 33,682,000 |  |  |  |

PHYSICAL DATA

¹ Being determined.

² Work accomplished by the FY 1992 Dire Emergency Supplemental under Appropriation 96x3125, Flood Control and Coastal Emergencies.

Lower Mississippi Valley Division     New Orleans District     Lake Pontchartrain, Louisiana, and
                                   18 March 1996             Vicinity (Hurricane Protection)
                                                                                                      102

---

| | |
|---|---|
| Levees: Average Height: 16 feet<br>Length: 80 miles | Drainage Structures: 9 |
| Dam Closures: 2 | Floodwalls: 17.9 miles |
| Pumping Plant: 1 | Floodgates: 2 |
| Control Valve Structures: 3 | |

JUSTIFICATION: The lowlands in the Lake Pontchartrain tidal basin are subject to tidal overflow. The Greater New Orleans Metropolitan Area which lies in this basin will continue its rapid economic development in the future years even though severe damages have resulted from several hurricanes in the past years. Hurricane damages result from surges entering Lake Pontchartrain from Lake Borgne through natural tidal passes at the Rigolets and Chef Menteur Passes and the Inner Harbor Navigation Canal. The surges are intensified by local wind effects and the combination of waves and surges causing overtopping of the pre project protective works along the shores of Lake Pontchartrain. The eastern portion of the area is also subject to flooding by surges and waves that move directly from Lake Borgne and overtop the then existing inadequate protective system seaward of the developed land areas. As a result, residences and industrial and commercial establishments suffer damage, business activities are disrupted, lives are endangered, and hazards to health are created. Hurricanes much more severe than any of record are possible. In the event of the occurrence of such a severe hurricane, catastrophic property damage and loss of human life would be experienced. Local interests have requested protection against these threats to life and property. Hurricane Betsy in September 1965 caused extensive damage and flooding of urban areas of the New Orleans area to depths of up to 10 feet. Hurricane Camille occurred in the project area in August 1969 and flooded areas along the Inner Harbor Navigation Canal. Extensive flooding and overtopping of levees would have occurred in the project area in September 1974 if Hurricane Carmen had continued on its predicted course. In 1985 Hurricane Juan caused extensive flooding in the St. Charles Parish area. The Lake Pontchartrain hurricane protection project will provide protection from similar occurrences. The project will provide protection against flooding from the Standard Project Hurricane (SPH). The average annual benefits, all flood control, are $95,771,000.

Lower Mississippi Valley Division     New Orleans District     Lake Pontchartrain, Louisiana, and
                                   18 March 1996             Vicinity (Hurricane Protection)
                                                                                                       103