# Exhibit 55 Part B

FISCAL YEAR 1997: The requested amount will be applied as follows:

**NEW ORLEANS EAST UNIT**
Continue:
| | |
|---|---:|
| 17th Str Outfall Canal Bridge | $ 500,000 |
| Complete: | |
| Orleans Marina Ph 4 | 600,000 |
| Federal Real Estate Support | 6,000 |
| Surveys and Layouts | 25,000 |
| Supervision and Administration | 80,000 |
| Subtotal | $ 1,211,000 |

**NEW ORLEANS WEST UNIT**
Complete:
| | |
|---|---:|
| LV NOA Rch IIA 1st Lift | 361,000 |
| Mitigation | 1,339,000 |
| Federal Real Estate Support | 20,000 |
| Survey and Layouts | 45,000 |
| Planning, Engineering and Design | 669,000 |
| Supervision and Administration | 280,000 |
| Subtotal | $ 2,714,000 |

**CHALMETTE UNIT**
| | |
|---|---:|
| Surveys and Layouts | 50,000 |
| Planning, Engineering and Design | 50,000 |
| Subtotal | $ 100,000 |
| **Total** | **$ 4,025,000** |

---

Lower Mississippi Valley Division     New Orleans District     Lake Pontchartrain, Louisiana, and
                                       18 March 1996          Vicinity (Hurricane Protection)
                                                              104

---

**NON-FEDERAL COST:** In accordance with the cost sharing and financing concepts reflected in the Flood Control Act of 1965, the non-Federal sponsors must comply with the requirements listed below:

| Requirements of Local Cooperation | Payments During Construction and Reimbursements | Annual Operation, Maintenance, Repair, Rehabilitation, and Replacement Costs |
|---|---:|---:|
| Provide lands, easements, and right-of-ways, and borrow and excavated or dredged material disposal areas. | $ 42,979,000 | - |
| Accomplish alterations to roads, pipelines, cables, wharves, oil wells, and any other facilities necessary for construction of the project. | 19,911,000 | - |
| Pay 30 percent of the total project cost, including the items listed above and a cash contribution or equivalent work specifically undertaken as an integral part of the project after authorization and in accordance with construction schedules as required by the Chief of Engineers, excluding a reimbursement to the Federal Government for costs allocated pursuant to the Water Resources Development Act of 1974. | 140,110,000 | - |
| Reimburse the Federal Government for costs allocated pursuant to the Water Resources Development Act of 1974. | 7,000,000 | - |
| Pay all costs of operations, maintenance, repair, rehabilitation, and replacements of all features of the project works. | | $1,223,000 |
| **Total Non-Federal Costs** | **$210,000,000** | **$1,223,000** |

In addition, local interests, through the combined efforts of the State of Louisiana, local levee and drainage districts, and parish police juries, have spent an estimated $25,366,000 between 1930-1963, based on the best cost records available, to improve and maintain the hurricane protection system existing prior to project authorization. Available costs of record are as follows:

| | |
|---|---:|
| Combination of State of Louisiana and Lake Borgne Levee District and Chalmette Back Levee District on the Chalmette Back Levee Protection Systems | 4,410,000 |
| Orleans Levee District | 12,010,000 |
| Port of New Orleans (levees along Industrial Canal) | 924,000 |
| Pontchartrain Levee District | 5,022,000 |
| Fourth Drainage District of Jefferson Parish | 3,000,000 |
| **Total** | **25,366,000** |

---

Lower Mississippi Valley Division     New Orleans District     Lake Pontchartrain, Louisiana, and
                                       18 March 1996          Vicinity (Hurricane Protection)
                                                              105

A very severe hurricane, "Betsy," occurred in the project area in September 1965, just prior to the authorization of the project in October 1965. Considerable damage was done to many of the existing levees, and local interests immediately instituted an accelerated rehabilitation program, with the view of restoring and strengthening existing protection prior to succeeding hurricane seasons. Any work performed by the non-federal interests after project authorization, that conforms to the project design criteria and alignment, is considered as work-in-kind in lieu of a cash contribution.

STATUS OF LOCAL COOPERATION: Assurances are required for the two independently justified plans.

1. Chalmette Area Plan:

   a. Orleans Levee District: New agreements of assurances covering all project cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974 were executed on 30 March 1976. These assurances were accepted on behalf of the United States on 7 December 1977.

   b. St. Bernard Parish Police Jury and Lake Borgne Basin Levee District: New joint agreements of assurances covering all project cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974, were executed on 2 April 1976. These assurances were accepted on behalf of the United States on 7 December 1977.

2. High Level Plan:

   a. Orleans Levee District: For the Barrier Plan, new agreements of assurances covering all project cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974, were executed on 30 March 1976. These assurances were accepted on behalf of the United States on 7 December 1977. Amended assurances for the High Level Plan were executed by the local sponsor on 29 May 1985, and accepted by the United States on 21 June 1985.

   b. St. Tammany Parish: The Louisiana Office of Public Works executed an act of assurance dated 8 November 1976, agreeing to fulfill all project cooperation requirements for that portion of the project in St. Tammany Parish. These assurances were accepted on behalf of the United States on 7 December 1977. Amended assurances for the High Level Plan are required; however, due to failure of the local sponsor to agree to the items of local cooperation, this portion of the project has an indefinite completion date.

   c. Pontchartrain Levee District: New agreements of assurances covering all project cooperation requirements and a deferred payment plan as authorized by the Water Resources Development Act of 1974, were executed on 20 September 1976. On 8 November 1976, the Louisiana Office of Public Works agreed to lend financial assistance above $100,000 to the Pontchartrain Levee District for that portion of the Barrier Plan which is the responsibility of that levee district. These assurances were accepted on behalf of the United States on 7 December 1977. Supplemental assurances for the High Level Plan were executed by the Pontchartrain Levee District for the St. Charles Parish portion of the project on 20 April 1987, and accepted on behalf of the United States on 7 August 1987.

   d. East Jefferson Levee District: Supplemental assurances for the High Level Plan were executed by the East Jefferson Levee District for the Jefferson Parish portion of the project on 16 January 1987. A financial plan was received on 25 November 1987, and accepted on behalf of the United States on 21 December 1987. These levees were previously the responsibility of the Pontchartrain Levee District.

COMPARISON OF FEDERAL COST ESTIMATE: The current Federal cost estimate of $504,000,000 is a decrease of $11,000,000 from the latest estimate ($515,000,000) presented to Congress (FY 1996). This change includes the following items:

| Item | Amount |
|---|---|
| Price Escalation on Construction Features | $-11,000,000 |
| Total | $-11,000,000 |

STATUS OF ENVIRONMENTAL IMPACT STATEMENT: The final Environmental Impact Statement was filed with the Council on Environmental Quality on 17 January 1975. By court order dated 30 December 1977, a revised Environmental Impact Statement was ordered. A draft revised Environmental Impact Statement for the High Level Plan and the Reevaluation Report, which documents the proposal to adopt that plan instead of the Barrier Plan, were released to the public and filed with the Environmental Protection Agency on 16 December 1983. The final revised Environmental Impact Statement was filed with the Environmental Protection Agency on 7 December 1984.

OTHER INFORMATION: Funds to initiate preconstruction engineering and design were appropriated in Fiscal Year 1966, and funds to initiate construction were appropriated in Fiscal Year 1967.

| Authorizations | | Estimated Cost and Year of Price Level |
|---|---|---|
| FC Act of 1965 dated 27 October 1965 (PL 89-298) (HD 231/89/1) | A program for protection from hurricane flood levels at New Orleans, LA and surrounding areas by means of levees, floodwalls, control structures, navigation structures, locks, dams and drainage structures. | $56,235,000 (1961)[1] |
| Water Resources Development Act of 1974 dated 7 March 1974 (PL 93-251) Section 92 | A modification of the FC Act of 1965 (PL 89-298) to provide that non-Federal public bodies may agree to pay the unpaid balance of the cash payment due with interest, in yearly installments. | |
| Water Resources Development Act of 1986, dated 17 November 1986 (PL 99-662), Section 805 | A modification of the project to include construction of a floodwall with sluice gates or other necessary means to ensure that hurricane-flood protection within Jefferson Parish will be unimpaired as a result of any pumping station constructed by local interests. | $3,500,000 (1985) |

---

[1] This is net cost to the Federal Government. The gross cost is $60,185,000. The difference is $3,950,000, which is capitalized value at 3-1/8 percent interest over 100 years for O&M on Rigolets Lock which is to be contributed by local interests and used by the Federal government for project construction.

| Authorizations | | Estimated Cost and Year of Price Level |
|---|---|---|
| Water Resources Development Act of 1990, dated 28 November 1990 (PL 101-640) Section 116(k) | A restudy of and report on project benefits to determine whether or not sponsors have received expected benefits and whether or not there should be a reallocation of costs as a result of any unrealized expected benefits. No non-Federal payment for the St. Bernard Parish portion of project was required during the study period (28 November 1990 - 28 November 1991) | |
| Water Resources Development Act of 1992, dated 31 October 1992 (PL 102-580) Section 102(j)(2) | A reevaluation of the reallocation of project cost based on the benefit study required by the WRDA 1990 Sec. 116K | |
| Water Resources Development Act of 1992, dated 31 October 1992 (PL 102-580) Section 102(j)(1) | A modification to the project to include conveying landsite runoff from the Jefferson Parish Lakefront levee from the levee right-of-way to the street drainage system. | |

| Lower Mississippi Valley Division | New Orleans District 18 March 1996 | Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection) 108 |
|---|---|---|

