# Exhibit 56 Part A

# ENERGY AND WATER DEVELOPMENT APPROPRIATIONS FOR 1998

# HEARINGS

BEFORE A

SUBCOMMITTEE OF THE

## COMMITTEE ON APPROPRIATIONS

## HOUSE OF REPRESENTATIVES

### ONE HUNDRED FIFTH CONGRESS

FIRST SESSION

SUBCOMMITTEE ON ENERGY AND WATER DEVELOPMENT

**JOSEPH M. McDADE, Pennsylvania,** *Chairman*

HAROLD ROGERS, Kentucky
JOE KNOLLENBERG, Michigan
RODNEY P. FRELINGHUYSEN, New Jersey
MIKE PARKER, Mississippi
SONNY CALLAHAN, Alabama
JAY DICKEY, Arkansas

VIC FAZIO, California
PETER J. VISCLOSKY, Indiana
CHET EDWARDS, Texas
ED PASTOR, Arizona

NOTE: Under Committee Rules, Mr. Livingston, as Chairman of the Full Committee, and Mr. Obey, as Ranking
. Minority Member of the Full Committee, are authorized to sit as Members of all Subcommittees.

JAMES D. OGSBURY, BOB SCHMIDT, JEANNE WILSON, and DONALD M. MCKINNON,
*Staff Assistants*

## PART 2

### DEPARTMENT OF THE ARMY

### CORPS OF ENGINEERS

### BUDGET JUSTIFICATIONS AND STATUS REPORTS

### OF DIVISION ENGINEERS AND

### DIRECTOR OF CIVIL WORKS



Printed for the use of the Committee on Appropriations

APPROPRIATION TITLE: Construction, General - Local Protection (Flood Control)

PROJECT: Lake Pontchartrain, Louisiana, and Vicinity (Hurricane Protection)(Continuing)

LOCATION: The project is located in St. Charles, Jefferson, Orleans, St. Bernard and St. Tammany Parishes in southeast Louisiana in the general vicinity of New Orleans, adjacent to Lake Pontchartrain.

DESCRIPTION: The recommended plan consists of a new levee north of US Highway 61, from the east Bonnet Carré Spillway guide levee to the Jefferson-St. Charles Parish boundary; a floodwall along the Jefferson-St. Charles Parish line; an enlarged levee along the Jefferson Parish lakefront; an enlarged New Orleans lakefront levee landward of the seawall including parallel flood protection on the 17th Street, Orleans Avenue, and London Avenue outfall canals; a new and enlarged levee and floodwall along both sides of the Inner Harbor Navigation Canal (IHNC); a new levee and floodwall along the lakefront from the airport to South Point; an enlarged levee from South Point to the Gulf Intracoastal Waterway (GIWW); an enlarged levee and new floodwall along the north side of the Mississippi River-Gulf Outlet (MRGO) and GIWW; a new levee in the Chalmette area from the IHNC levee along the south bank of the MRGO-GO to approximately 2-1/2 miles northwest of Verret and west to the Mississippi River levee near Caernarvon; a strengthened Mandeville seawall on the north shore at present height; and a new pumping station and vertical lift gates for the Florida Avenue Complex. The parallel protection work for Orleans and London Avenue Outfall canals is unprogrammed after FY 1997.

AUTHORIZATION: Flood Control Act of 1965; Water Resources Development Acts of 1974, 1986, 1990, and 1992.

REMAINING BENEFIT TO REMAINING COST RATIO: 3.2 to 1 at 3 1/8 percent.

TOTAL BENEFIT - COST RATIO: 3.0 to 1 at 3 1/8 percent.

INITIAL BENEFIT-COST RATIO: 17.6 to 1 at 3-1/8 percent (FY 1967).

BASIS OF BENEFIT - COST RATIO: Benefits are from the latest available evaluation dated December 1982 at 1981 price levels.

| SUMMARIZED FINANCIAL DATA | | | STATUS (1 January 1997) | PERCENT COMPLETE | PHYSICAL COMPLETION SCHEDULE |
|---|---|---|---|---|---|
| Estimated Total Appropriation Requirement | | $505,000,000 | New Orleans East Unit | 90 | Sep 2013 |
| Programmed Construction | $475,570,000 | | New Orleans West Unit | 12 | Sep 2013 |
| Unprogrammed Construction | 29,430,000 | | Mandeville Unit | 100 | Mar 1996[1] |
| | | 7,000,000 | Chalmette Unit | 98 | Sep 2006 |
| Future Non-Federal Reimbursement | | | Entire Project | 80 | Sep 2013 |
| Programmed Construction | 7,000,000 | | | | |
| Unprogrammed Construction | 0 | | | | |
| Estimated Federal Cost (Ultimate) | | 498,000,000 | | | |
| Programmed Construction | 468,570,000 | | | | |
| Unprogrammed Construction | 29,430,000 | | | | |
| Estimated Non-Federal Cost | | 212,000,000 | | | |
| Programmed Construction | | 212,000,000.00 | | | |
| Cash Contribution | $140,638,000 | | | | |
| Other Costs | 64,362,000 | | | | |
| Reimbursements: | | | | | |
| Hurricane Protection | 7,000,000 | | | | |
| Unprogrammed Construction | | 0 | | | |
| Cash Contribution | 0 | | | | |
| Other Costs | 0 | | | | |
| Reimbursements | 0 | | | | |

[1] Work accomplished by the Fiscal year 1992 Dire Emergency Supplemental, under Flood Control and Coastal Emergencies Appropriation.

| | | |
|---|---|---|
| Total Estimated Programmed Construction Cost | $680,570,000 | |
| Total Estimated Unprogrammed Construction Cost | 29,430,000 | |
| Total Estimated Project Cost | $710,000,000 | |
| | | ACCUM. |
| Allocations to 30 September 1996 | 329,497,000 | PCT. OF EST. |
| Conference Allowance for FY 1997 | 17,025,000 | FED. COST |
| Allocation for FY 1997 | 18,525,000[1] | |
| Allocations through FY 1997 | 348,022,000 | 69 |
| | | |
| Allocation Requested for FY 1998 | 6,448,000 | 70 |
| Programmed Balance to Complete after FY 1998 | 121,100,000 | |
| Unprogrammed Balance to Complete after FY 1998 | 29,430,000 | |

PHYSICAL DATA

Levees: Average Height: 16 feet               Drainage Structures: 9
Length: 80 miles

Dam Closures: 2                               Floodwalls: 17.9 miles

Pumping Plant: 1                              Floodgates: 2

Control Valve Structures: 3

JUSTIFICATION: The lowlands in the Lake Pontchartrain tidal basin are subject to tidal overflow. The Greater New Orleans Metropolitan Area which lies in this basin will continue its rapid economic development in the future years even though severe damages have resulted from several hurricanes in the past years. Hurricane damages result from surges entering Lake Pontchartrain from Lake Borgne through natural tidal passes at the Rigolets and Chef Menteur Passes and the Inner Harbor Navigation Canal. The surges are intensified by local wind effects and the combination of waves and surges causing overtopping of the pre project protective works along the shores of Lake Pontchartrain. The eastern portion of the area is also subject to flooding by surges and waves that move directly from Lake Borgne and overtop the then existing inadequate protective system seaward of the developed land areas. As a result, residences and industrial and commercial establishments suffer damage, business activities are disrupted, lives are endangered, and hazards to health are created. Hurricanes much more severe than any of record are possible. In the event of the occurrence of such a severe hurricane, catastrophic property damage and loss of human life would be experienced. Local interests have requested protection against these threats to life and property. Hurricane Betsy in September 1965 caused extensive damage and flooding of urban areas of the New Orleans area to depths of up to 10 feet. Hurricane Camille occurred in the project area in August 1969 and flooded

---

[1] Includes an anticipated reprogramming of $1,500,000 to the project.

areas along the Inner Harbor Navigation Canal. Extensive flooding and overtopping of levees would have occurred in the project area in September 1974 if Hurricane Carmen had continued on its predicted course. In 1985 Hurricane Juan caused extensive flooding in the St. Charles Parish area. The Lake Pontchartrain hurricane protection project will provide protection from similar occurrences. The project will provide protection against flooding from the Standard Project Hurricane (SPH). The average annual benefits, all flood control, are $95,771,000.

FISCAL YEAR 1998: The requested amount will be applied as follows:

| | |
|---|---|
| NEW ORLEANS EAST UNIT | |
| Initiate and Complete: | |
| New Orleans Lakefront Airport Floodwall | $ 210,000 |
| Floodgate at Hammond Highway | 313,000 |
| Pontchartrain Beach Berm | 246,000 |
| Federal Real Estate Support | 20,000 |
| Surveys and Layouts | 60,000 |
| Planning, Engineering and Design | 100,000 |
| Supervision and Administration | 100,000 |
| Subtotal | 1,049,000 |
| | |
| NEW ORLEANS WEST UNIT | |
| Initiate: Reach 1B, Sand | 600,000 |
| Reaches 4 and 5, Landside Runoff | 539,000 |
| Initiate and Complete: Flood-Gates at Hammond Highway | 348,000 |
| Complete: Reach 1, Landside Runoff | 937,000 |
| Reach 2, Landside Runoff | 757,000 |
| Reach 3, Enlargement and Landside Runoff | 725,000 |
| Federal Real Estate Support | 8,000 |
| Survey and Layouts | 45,000 |
| Planning, Engineering and Design | 677,000 |
| Supervision and Administration | 713,000 |
| Subtotal | $ 5,349,000 |
| | |
| CHALMETTE UNIT | |
| Planning, Engineering and Design | 50,000 |
| Subtotal | $    50,000 |
| | |
| Total | $ 6,448,000 |