# Exhibit 57 Part B

### III. ROUTES CONSIDERED

37. The following routes from deep water in the Mississippi to deep water in the Gulf of Mexico have received consideration:

South Pass route.
Southwest Pass route.
Fort St. Philip route.
Barataria Bay route.
Fort Jackson route.
Chandeleur route.
Lake Borgne route.
Lake Borgne south shore route.
Lake Pontchartrain route.
Lake Borgne north shore route.
Chandeleur optional route.

38. This study resolves itself into five parts as follows:

(1) A discussion of the stability of channel conditions at the passes to determine whether or not there is at this time a necessity for a deep water canal to be used in emergency.
(2) A consideration of various canals of suitable dimensions to replace the navigable passes, and the selection of the most suitable canal.
(3) A comparison of the advantages and disadvantages of the selected canal route with those of the existing routes through South and Southwest Passes with a view to determining the advisability of constructing the canal and discontinuing the maintenance of the passes.
(4) In case the selected canal route utilizes the industrial canal and is found more advantageous than the routes through the passes, would it be desirable and advantageous for the United States to reimburse the owners of the industrial canal for their expenditures in that canal?
(5) Would it be advisable for the United States to reimburse the owners of the industrial canal, either in whole or in part, because of its value as a part of the inland waterway systems?

39. *Passes in general.*—New Orleans now has access to the Gulf of Mexico through the 30-foot channel of South Pass and the 35-foot channel through Southwest Pass. These channel facilities will amply serve the needs of commerce for many years, provided they can be maintained in their present condition. Since the banks of the passes are highly erodible and millions of tons of silt are annually deposited at their mouths, a study of their permanence and the probable life of the existing channels seems necessary in considering the advisability of, at some time, providing some other outlet to deep water. The mitre sill of the industrial canal lock is at 31.3 feet mean Gulf level, and practically limits the dimensions of vessels using it to those which can navigate South Pass. The usable dimensions of this lock, 75 feet by 640 feet, would also be inadequate for the larger vessels which now visit the port. There could, therefore, be no advantage in providing a deep water route via this lock unless, (1) there is a possibility that the two navigable passes of the Mississippi River will deteriorate simultaneously and with such rapidity as to make their maintenance impracticable or (2) there is a probability that the maintenance and new construction costs of the passes will increase so rapidly as to justify the construction of some other route to replace the passes.

40. *South Pass route.*—At South Pass the existing channel is 30 feet deep by 500 feet minimum width, and a channel from 30 to 34 feet deep, with sufficient width for navigation has, with very minor exceptions, been continuously maintained for the past 10 years at a very reasonable cost.

41. *Southwest Pass route.*—The Southwest Pass now affords a 35-foot channel with a least width of about 500 feet and an average width in the neighborhood of 1,000 feet, and a channel of approximately the above dimensions has been continuously maintained for the past five years at a gradually decreasing cost for maintenance.

42. Considering the importance and magnitude of the interests involved, the maintenance of adequate channels through the Passes is, on the basis of present and estimated future costs, an exceedingly economical proposition, and compares very favorably with similar costs for the entrances to other large ports.

43. When it is borne in mind that the Federal Government has invested some $22,000,000 in the works of channel improvement at the two passes and has devoted years of untiring study and research in the fruition of the present excellent conditions obtaining, it is obvious that these channels merit most careful consideration in connection with the general proposition of furnishing an adequate 35-foot outlet to the Mississippi River.

44. There is good reason to believe that the channels through both passes can be economically maintained for many years to come, although certain factors, which are later discussed, must be carefully considered in estimating the future usefulness of these channels over a long period.

45. A consideration of these factors in connection with a study of the developments during the past decade indicates that we may, under a continuation of the present policy of simultaneous and coordinated maintenance of both Passes, rely with reasonable certainty on one or the other for indefinitely furnishing the deep outlet to the Mississippi River which will be required by the prospective traffic of the ports served.

46. The development and maintenance of the channels through the South and Southwest Passes has not been accomplished by the hasty consummation of a detailed predetermined scheme, but rather by the deliberate and studied execution of a broad general plan, permitting of substantial modification of details as the work progressed and new experience was gained, or as new and unforeseeable developments indicated the necessity for changes. The inherent nature of the problem and the lack of precedent in many of its phases indicated the wisdom of this course of procedure.

47. For this reason it is essential for a comprehensive and intelligent review of previous reports and recommendations bearing on the value, importance, and future usefulness of these channels in connection with the general problem of furnishing an adequate outlet to the Mississippi River for ocean commerce that due cognizance be taken both of the general situation at the time and of the existing status of knowledge of the subject based on the experience thus far gained.

48. As the basic principle governing the design of the works consists in the proper adjustment of discharge area to discharge, the main factor to be considered in estimating the future economic usefulness of the channels through the Passes is the trend of future changes in the proportionate part of the river flow taken by each pass and the extent to which such trend can be controlled, or to which existing or contemplated works can be adapted to changed

Case 2:05-cv-04182-SRD-JCW   Document 16923-22   Filed 01/05/09   Page 3 of 8

conditions of flow. This factor is also important in as much as it bears on the rate of advance of each pass into the sea.

49. In this connection, it is pertinent to here note that the simultaneous development and maintenance of the two passes as presently authorized by Congress, presents a more difficult and complicated problem than would be the case could efforts be confined entirely to one of these outlets. Due care must be exercised that works or operations of obvious benefit to one pass, will not injuriously affect the other, either in immediate or remote results, and there must be careful coordination, especially in any system of regulating works for adjustment of flow in either pass, to the present or prospective requirements of the other.

50. The wisdom of maintaining both passes in suitable shape for the sea-borne commerce of the lower Mississippi River ports has, however, been clearly demonstrated, a recent instance of note consisting in the partial blocking of South Pass for the major portion of one year by a sunken cargo ship at its mouth, rendering navigation through that pass hazardous to all vessels, and exceedingly so to the larger and deeper-draft ships, and those with poor steerage way. For the uninterrupted accommodation of shipping through one of the natural river outlets it is considered necessary, in the absence of any other deep-water connection, that the channels through both passes be continuously maintained.

51. Another important factor which must be considered in connection with estimates as to the economic feasibility of maintaining channels through any of the natural outlets over a long period, especially as regards the channel through the outer or sea bar, is the shape, size, and rate of growth or advance of this bar into the sea.

52. Other factors consist in the possibility of extensive destruction by hurricanes, hostile design, or erosion, or of substantial diversions of flow to one or more of the other outlets above Head of Passes. The effect of works in connection with the extensive program of flood control in the river above, which have recently been authorized, must also be taken into account. Possible changes in the future navigability of the passes due to changes in currents, sinuosity, or other circumstances affecting navigation, must also be considered.

## IV. DISCHARGE

53. Southwest Pass, being 6.8 miles longer than South Pass and 3.8 miles longer than Pass a l'Outre, has a flatter slope than either of these passes and therefore affords a less efficient outlet to the sea. Since South Pass discharges into deep water, it is safe to assume that, if uncontrolled by the works of man, it would eventually enlarge to such an extent as to take a large proportion of the flow of the river with a consequent diminished flow in Southwest Pass. A study of the fluctuations in the proportionate flow of the three passes during the past half century reveals one outstanding fact, viz, that the periodic and even the long time progressive changes in the distribution of the discharge at Heads of Passes through the three major outlets are, with one exception, all readily accountable for by a consideration of the process of readjustment of discharge to conform to the new conditions imposed by the works of man, and in one instance by substantial diversion of flow through a large crevasse near head of Pass

a l'Outre, which has run unchecked to the present day, except for the gradual chocking effect of the ever-increasing ramification and lengthening of the outlets through its own subdelta. In illustration of this point, the following data are tabulated:

| Year | Number of observations | Per cent of the combined flow of the 3 passes taken by each pass | | | Remarks |
|---|---|---|---|---|---|
| | | South Pass | Southwest Pass | Pass a l'Outre | |
| 1877 | 3 | 10.7 | 44.0 | 45.3 | Improvement of South Pass started by Eads in 1875; jetties approximately 2 miles long and 1,000 feet apart built at mouth, 1875–1879; mattress sills placed across head of Southwest Pass and Pass a l'Outre, 1876; head of South Pass narrowed by dikes along east headland, 1877. |
| 1883 | | | | | Grand Bayou, an outlet of South Pass, which carried approximately 25 per cent of the discharge of South Pass was closed in 1883. |
| 1884–1886 | | | | | Inner jetties, 650 feet apart and approximately 2 miles long, built at mouth of South Pass, 1884–1886. |
| 1890 | | | | | Dikes built inside jetties narrowing jetty channel at South Pass to about 550 feet, and dikes also built in pass above jetties at 3 critical localities, 1884–1890. |
| 1891 | | | | | Pass a l'Outre Crevasse developed to sizeable proportions about 1891, taking approximately 25 per cent of total flow of Pass a l'Outre, gradually decreasing in subsequent years. |
| 1894 | 4 | 7.8 | 41.5 | 50.7 | Pass a l'Outre Crevasse apparently operated to increase the flow through that outlet, and reduce the discharge of both South and Southwest Pass. |
| 1900 | | | | | Additional sill across head of Pass a l'Outre, 1900. |
| 1908 | 67 | 9.2 | 46.1 | 44.7 | Jetties converging from 6,000 to 3,600 feet apart, and extending approximately 3½ miles beyond land's end, built at mouth of Southwest Pass, 1904–1908. Increased program of dredging in South Pass, 1901–1905. |
| 1909 | 62 | 11.2 | 44.0 | 44.8 | 11 outlet bayous in Southwest Pass, taking approximately a combined total of 13 per cent of the discharge of the pass, closed 1908–9. |
| 1921 | 13 | 14.6 | 40.3 | 45.1 | During the period 1909–1922, the Southwest Pass jetties were extended about 4,000 feet; the lower 8½ miles of the pass was further contracted by means of dikes and inner bulkheads to 2,400-foot width; the sill across head of Southwest Pass was removed; a sill was placed across head of South Pass; a submerged deflecting dike was placed across a head of Pass a l'Outre, and 5 spur dikes were built along east bank of Mississippi River above head of Pass a l'Outre. |
| 1922 | 22 | 15.4 | 41.1 | 43.5 | |
| 1923 | 50 | 18.3 | 36.7 | 45.0 | Lower 8½ miles of Southwest Pass contracted to 1,750-foot width by means of permeable dikes, in 1923. 1 new dike constructed, and two existing dikes on east bank of Mississippi River above head of passes extended, narrowing river to 4,000 foot width at this locality in 1923. |
| 1924 | 18 | 17.1 | 37.5 | 45.4 | Headland between South and Southwest Passes extended 1,360 feet upstream by means of a brush dike, 1923–24; purpose being to divert part of the South Pass flow into Southwest Pass. |
| 1925 | 7 | 16.7 | 39.4 | 43.9 | Vigorous dredging in Southwest Pass, 1923, 1924, and 1925; amount removed annually during this period (average, 7,000,000 cubic yards), being roughly 100 per cent in excess of previous 3-year average. |
| 1926 | 15 | 17.6 | 40.0 | 42.4 | Dredging in Southwest Pass greatly reduced, 1926, 1927, and 1928. |
| 1927 | | 17.4 | 39.7 | 42.9 | |
| 1928 | 25 | 18.4 | 32.0 | 42.6 | Average per year for this period being about 1,500,000 yards and excellent channel conditions maintained in both South and Southwest Passes. |
| 1929 | 24 | 17.7 | 38.7 | 43.6 | |

NOTE.—A number of the discharge measurements on which the average for 1923 here noted is based, made before this dike work was started, indicated that the relatively large changes in discharge between 1922 and 1923 were in progress before this contraction was started, or became effective.

54. A perusal of the above table shows that the largest apparent single influence on the distribution of flow was exerted by the Pass a l'Outre crevasse which developed about 1891, and carried, for the

first few years after its formation, about 25 per cent of the discharge of Pass a l'Outre, or about 13 per cent of the flow at Head of Passes. This crevasse operated to reduce the flow through South and Southwest Passes by nearly equal quantities, requiring an increased amount of dredging in the former for maintenance of required depths. It is interesting to note that by 1905 the effect of this crevasse on the flow through the three passes was barely perceptible, the percentage of discharge of each having been restored to nearly what it was prior to the break.

55. This development is mentioned to illustrate the effect of large diversions of flow, on the channels under improvement at both passes. When this crevasse was taking its maximum flow about 1894, the sectional area of South Pass, which was then under maintenance by Mr. Eads, diminished in conformity with the reduced discharge, and an increased program of dredging, both by the latter, and by the United States after the project was taken over by the Federal Government in 1901, was necessary for the maintenance of the required depths, and it was only after about 1905, when the flow of South Pass increased and gradually amounted to well in excess of its former discharge, that continued and easy maintenance of a 30-foot channel was possible.

56. The danger of any similar large diversion of flow in the future, considering the efficacious methods now employed for maintaining the natural banks or levees of the passes at adequate width, can be regarded as only a remote possibility, and, in view of the improved methods of closing crevasses, any break would hardly be operative for a sufficient length of time to cause serious trouble.

57. The large progressive increase in the discharge of South Pass (from 9.2 to 15.4 per cent) and the diminution in the flow of Southwest Pass (from 46.1 to 41.1 per cent), between the years 1905 and 1922 shown in the above table, are undoubtedly accountable for by the checking effect of the contraction and lengthening of the Southwest Pass by the works of channel improvement constructed in that pass during the interval noted.

58. The sudden jump in the discharge of South Pass (from 15.4 to 18.3 per cent) and the even greater diminution in the flow of Southwest Pass (from 41.1 to 36.7 per cent) that took place between the years 1922 and 1923, being changes of far greater magnitude than had ever occurred in any equal interval in the past, led to considerable apprehension at the time as to the continued integrity of South Pass, and the ultimate success of the Southwest Pass project. This instance constitutes the "single exception" referred to in paragraph 53 above, where the cause for these radical and sudden changes in flow was not apparent, the latter factor tending to heighten the concern felt at the time. It should be noted in this connection that this sudden change in flow was indicated by the discharge measurements in progress before the contraction dikes built in Southwest Pass during 1923, were started, so that the latter works can not be cited as the cause. The only plausible explanation that has suggested itself, even to the present day, is that the long time progressive enlargement of South Pass and diminution of flow through Southwest Pass, which had been under way since 1905 was given increased impetus at the time on account of the greater sectional areas existing in the Passes after the record flood of 1922.

59. The fear in regard to the safety of South Pass due to this development was occasioned by the substantial enlargement of that outlet which had taken place to conform to the increased flow, causing grave danger of disintegration of the jetties, or of the natural banks at critical localities where they were dangerously thin.

60. The ultimate success of the Southwest Pass project was considered threatened by virtue of the fact that the then existing reduced discharge was well below that used as a basis for the design of the latest contraction works, and that any further reduction would bring the volume of flow to the point where it would be impracticable to maintain a section having project dimensions.

61. In 1923–24 the headland between South and Southwest Passes at Head of Passes was extended upstream some 1,300 feet in order to divert from South into Southwest Pass part of the flow that meter observations indicated was entering the former outlet. During 1923, 1924, and 1925, dredging was vigorously prosecuted in Southwest Pass, both for the direct benefit of the channel, and also with the idea of increasing its hydraulic efficiency in the attempt to cause a restoration of its former discharge. During this 3-year period, the average annual amount excavated by the dredges was 7,000,000 cubic yards, which exceeded the previous 3-year average by about 100 per cent.

62. These works apparently resulted in increasing the Southwest Pass discharge to a volume sufficient for economical channel maintenance, and also in checking the enlargement of South Pass, and the further observations of 1926, 1927, 1928, and 1929, both as regards discharge and channel conditions, indicate that the readjustment process incident to the regulating works is about completed and that continued and greater stability in these respects may be anticipated in the future, provided these regulating works can be held intact.

63. In 1922, a general program for gradually building up and widening the narrow stretches of the natural banks at both passes was inaugurated, the method employed consisting in the construction of small controlled spillways through the banks at critical localities, for the purpose of securing deposits contiguous to the existing bay shore. Later, light retards of brush, drift, and other débris were built in the fairway of these outlets as experience indicated the efficiency of such additions in hastening and localizing deposits, and grass and sea cane were planted on the newly formed mud flats as they neared the water surface, in order to increase their stability.

64. The scheme was later extended to provide a protecting bank behind the inshore 5,000 feet stretch of the inner east jetty at South Pass, where extensive caving had been in progress as a result of the enlargement of the jetty channel, with consequent danger of a more or less serious breach.

65. Up to the present time, 18 such spillways have been constructed at South Pass, including 4 through the inner east jetty, and 4 were built at Southwest Pass. The results have been so satisfactory, that all danger of disintegration of the jetties, or of the banks at South Pass, due to its increased discharge, which six or seven years ago was deemed a serious menace, may now be considered eliminated for all time to come. Moreover, the Pass a l'Outre

crevasse has filled in a large area, thereby strengthening the east bank of South Pass and practically eliminating any possibility of a crevasse on Pass a l'Outre.

66. The satisfactory provision for ample bank width at South Pass also serves to effectively relieve the acute situation which culminated in 1925 as regards the increased flow and sectional area of that pass, by virtue of the fact that the existing increased discharge, and even further substantial increases, are provided for, as there is now, or shortly will be, ample bank width to safely permit of any further natural deepening and widening of this pass should the existing regulating works fail to prevent an increase in discharge. While the maintenance of navigation through South Pass is not likely to become difficult because of increased discharge, any tendency in this direction should be immediately met by control works in order that the discharge of Southwest Pass might not be materially reduced.

67. To summarize, it appears from a study of past records, and a consideration of the hydraulic principles involved, that the changes in the discharge of the three main passes since 1900 were merely readjustments in conformity with the artificial works of channel improvement, and not the result of natural independent tendencies. Since their completion some five years ago, there have been only minor fluctuations in the proportionate flow of the three passes, and conditions have become more stable. It therefore appears that the readjustment process is about completed, and that future progressive changes should be relatively slow. Should undesirable changes in discharge take place, experience shows that these changes can be arrested by the proper application of training works.

68. As matters stand to-day, it is estimated that the present authorized depth of 30 feet, or even an increase to 35 feet, could be economically maintained at South Pass with a reduction of as much as 30 per cent in its flow, and the pass has been prepared for an increase of as much as 50 per cent. At Southwest Pass a reduction in discharge to below about 35 per cent of the combined flow of the three passes, or say of 12½ per cent of its present flow, might render the maintenance of the channel difficult. The physical characteristics of this pass, and the type of the latest contraction works, are such, however, that an increase of as much as 50 per cent in its discharge could be taken care of without injuriously affecting the channel, or increasing the cost of maintenance.

69. It is probable that the flow through South and Southwest Passes will not, for many years to come, get beyond such limits as would render the coordinated maintenance of these two passes impracticable.

### V. ADVANCE OF BARS, ETC.

70. To understand the relation that the lengthening or rate of advance of the bars at the mouths of the passes bears to considerations of future economic usefulness of the passes' channels, a brief description and analysis of the method of development and maintenance of the entrance channels at this locality is believed to be pertinent.

71. Without going into too great detail, it may be stated that it has been found by experience, notably at the Soulina mouth of the Danube, and at the South and Southwest Passes of the Mississippi River that it is impossible to maintain a channel across the bar in

prolongation of the jetties channel, but that the direction of the outer bar channel making for easiest development and maintenance, is one that inclines, after leaving the jetties, to the side of the prolonged axis of the jetty channel, preferably into the face of the prevailing littoral currents which usually correspond to the prevailing winds. The bar channels at both South and Southwest Passes go off to the left at the jetty ends, at an offset angle in the neighborhood of 40°.

72. The effect of the littoral currents in facilitating the maintenance of these channels may be explained as follows: The prevailing winds in this vicinity are from the southeast and the littoral currents while too weak to produce erosion, are generally from east to west. As a consequence, the fresh water being discharged from the mouths of the passes is being continually carried to the west. When an easterly or a southeasterly wind is blowing, this effect is accelerated by reason of the water to the west of the passes being blown westward, thus lowering the water surface and drawing the fresh water westward. The combined effect of the above processes allows the salt water to approach the bar channel and partially fill it. Current and salinity observations made in the bar channel indicate that the lower part is filled with the denser salt water. The turbulence produced in the mixing of the salt and fresh water prevents the deposit of the river sediment until it is carried beyond the critical portion of the channel.

73. After the construction of jetties to or slightly beyond the bar crest, a new bar is shortly formed in advance of the face of the works, and continue to extend and advance seaward along the prolonged jetty axis at approximately the same rate as it did under natural conditions. Due to the inclination of the channel to the left of this axis, however, the bulk of the deposit takes place in the area on the right side where there is afforded a sector of ever-increasing width to accommodate this bar advance and extension without undue encroachment on the channel. The subsurface flow of salt water in the bar channel and the usual littoral drift from left to right, help to "crowd" the bar into the larger sector to the right of the channel, with the result that in the course of time the length of the bar in the latter sector is much greater than its length in the sector to the left of the channel. There is then both an advancement and somewhat of a counterclockwise "swing" of those contours defining the bar crest, which in the case of the Soulina Pass has eventually resulted in forcing more and more of the river flow with its burden of sediment into the channel and increasing the amount of dredging necessary for its maintenance, until the cost of such dredging indicated the economy of another extension to the contraction works beyond the crest of the bar.

74. There are so many uncertain factors that must be taken into account in estimating the period that must elapse before such an extension becomes necessary that estimates on this point are necessarily approximate. The developments at South and Southwest Passes to date have indicated no deterioration in the bar channels with age; in fact, the amount of maintenance dredging at present required indicates a gradual improvement in these channels during the period which has elapsed since the works were first effective, although

in the case of South Pass the large increase in its flow during the past 30 years has probably contributed to the betterment of the condition of the bar channel.

75. In the discussion that follows the advance of the bars, or depth contours referred to as in the "right sector," is measured along the prolonged jetty axis, while measurements for the "left sector" are made along a line parallel to and 1,000 feet to the left of the center line of the lateral channel across the outer bar.

76. These two lines are chosen for the reason that the advance so computed is indicative of the deposits taking place along the sides of the channel beyond the influence of dredging operations, the extension of the bars along these lines constituting the process by which the bar channel will probably eventually be "walled in," with resultant shoaling and greatly increased cost for dredging as actually happened at Soulina.

77. The jetties at the mouth of the Soulina arm of the Danube River were started about the year 1857, and a satisfactory lateral channel (about 21 feet deep) was maintained through the outer bar until recent years, when it was determined that the increased dredging then necessary rendered an extension to the jetties the more economical proposition.

78. Due to the irregular configurations taken by the contours, and the existence of undeveloped areas in many instances, computations of bar advance are more or less subject to interpretation. Although the data hereafter presented in this connection are therefore approximate, they are believed to be sufficiently accurate to serve as a basis for general analysis and study.

79. At Soulina the advance of the 21-foot depth curve (approximate project depth) subsequent to the time the works were started in 1857, had been about as follows:

| Year | Distance of 21-foot curve from face of jetties (feet) | | Advance (feet) | | Average annual advance (feet) | |
|---|---|---|---|---|---|---|
| | Left sector | Right sector | Left sector | Right sector | Left sector | Right sector |
| 1857 | 800 | 2,060 | | | | |
| 1871 | 0 | 2,900 | −800 | 840 | −57 | 60 |
| 1891 | −1,000 | 4,300 | −1,000 | 1,400 | −50 | 70 |
| 1921 | 7,200 | 7,000 | 8,200 | 2,700 | 273 | 90 |

80. The above table shows that there was a progressive recession of this contour in the left sector for some 34 years or more following the construction of the jetties, while there was at the same time a continued and steady advance of this curve along the extended jetty axis. From 1891 to 1921, however, or between the thirty-fourth and sixty-fourth years, the advance in the left sector greatly exceeded that in the right, to the extent that by the latter year the 21-foot curve had advanced to approximately the same total distance of about 7,200 feet beyond the face of the works in each sector, the actual total advance from 1857 to 1921 being 6,400 feet in the left sector, and 4,940 feet in the right sector. Intermediate surveys between 1891

and 1921 are not available, so that it is not known at just what time during this period the rapid acceleration in the rate of advance in the left sector started.

81. At South Pass the jetties were started in 1875, and at the present time, 54 years later, a lateral channel of project depth (30 feet) exists and is practically self maintaining, although there has been no extension to the original jetties during this period.

82. The advance of the 30-foot contour at South Pass between 1875 and 1929, has been about as follows:

| Year | Distance of 30-foot curve from face of jetties (feet) | | Advance (feet) | | Average annual advance (feet) | |
|---|---|---|---|---|---|---|
| | Left sector | Right sector | Left sector | Right sector | Left sector | Right sector |
| 1875 | 630 | 580 | | | | |
| 1899 | 880 | 2,480 | 250 | 1,900 | 10 | 79 |
| 1909 | 2,400 | 2,900 | 1,520 | 420 | 152 | 42 |
| 1924 | 3,060 | 3,970 | 660 | 1,070 | 44 | 71 |
| 1929 | 3,000 | 4,500 | −60 | 530 | −15 | 106 |

83. While there was no actual recession in the left sector at South Pass except during recent years, the advance on this side during the 24-year period following the construction of the original works (1875–99) was but 250 feet, compared to 1,900 feet in the right sector. Between 1899 and 1909 the advance in the left sector was 1,520 feet, as compared to only 420 feet in the sector to the right. In this respect the developments at South Pass were quite parallel to those at Soulina, although a shorter period is involved in the former case. Subsequent to 1909 the advance in the right sector continued at a much more rapid rate than on the left side.

84. The main factors governing bar advance are the volume and turbidity of each season's flood, the proportionate portion of the flow taken by the pass, the gradient of the sea floor in advance of the bar, and the strength and direction of the littoral drift in the region that the bar deposits are taking place. None of these factors are definitely known in advance. The first named obviously varies from year to year, but would probably be fairly constant by long-period averages; the slope of the sea floor will vary in accordance with the disposition of each year's deposits in advance of the bar; the littoral drift, being governed by the prevailing winds, should have a fairly constant annual average as regards both direction and intensity; the proportionate flow is subject to the variations from causes previously stated.

85. In the case of South Pass the increase in the rate of bar advance since 1909 is due mostly to the increase in the percentage of flow taken by that outlet subsequent to the latter date, although the flattening of the sea slope of the bar is probably a contributing factor.

86. Little information is available on which to make an estimate as to the date at which it will be found economical to extend the existing jetties at South and Southwest Passes. Since the history of the jetties at Soulina give the only precedent known, the discussion given below is based on the experience gained at this river

entrance. It should be realized, however, that the controlling factors entering into the bar formation at the mouths of the Danube and Mississippi Rivers may be so different that any predictions based on such a comparison will be entirely misleading.

87. At Soulina the economy of extending the contraction works was not indicated until the contour of project depth (21 feet) had advanced in the left sector to a distance of 7,200 feet beyond the face of the jetties, the similar distance in the right sector at the time being about 7,000 feet. The latter condition obtained some 64 years after the works were started, the channel being completely "walled in" at the end of that period by the bars on each side.

88. At South Pass, the 30-foot contour is at present found but 3,000 feet distant from a similar base, in the left sector, the distance in the right sector being 4,500 feet. The average annual advance from 1875 to 1929 was 44 and 73 feet, respectively, in these two sectors, the mean of these two figures being 58.5 feet, which may be taken as the average annual rate at which the "walling in" process advanced during the period noted. If the developments at Soulina with respect to bar advance are paralleled at South Pass over a long time period as they were during the first 34 years of the latter's improvement, we may anticipate a substantial increase in the rate of advance in the left sector and a marked decrease in the right sector during the coming years. In estimates as to the future rate of bar advance, due cognizance must be taken of the fact that the discharge of South Pass has increased over 100 per cent since 1898, and over 60 per cent since 1909, for which reason the average advance for the period 1879-1929 will undoubtedly be exceeded in the years to come.

89. In this connection it is interesting to note, however, that while there has been a marked increase in the bar advance in the right sector coincident with the increase discharge since 1909, the annual advance in the left sector from 1909 to 1929 was considerably less than during the previous 10-year period, when the discharge was much smaller. The increased discharge has probably operated to increase the salt water inflow in the left sector with resultant decrease in the deposits taking place on that side, although due to the lack of reliable current observation prior to 1920, there is no conclusive evidence on this point. As the bar on the right side advances and builds up, however, it is probable that more and more of the river sediment will be deflected by this shoal into the left sector, with a resultant accelerated rate of advance in that sector. It is hardly conceivable that the bar in the right sector could continue indefinitely to advance at a more rapid rate than the bar to the left of the channel.

90. Assuming that at some future date the bar in each sector will have advanced to the same total distance of say 7,200 feet beyond the face of the jetties, as happened at Soulina, and applying the mean of the average annual rates of advance in the two sectors during the period 1875-1929 (58.5 feet), as previously given, to the mean of the further total advance necessary in each sector for each 7,200 feet distance (7,200—4,500 plus 7,200—5,000/2, or 3,450 feet), gives about 57 years as the time which must elapse before conditions obtain at South Pass similar to those which existed at Soulina when the economy of an extension of the jetties was indicated by the amount of maintenance dredging necessary.

91. If the future average rate of advance of the South Pass bar over a long period, on account of the increase in discharge mentioned in

paragraph 88, exceeds the previous 54-year average by 50 per cent, which is a reasonable assumption; the above noted period of 57 years would be reduced to 38 years.

92. Without going into refinements in attempting predictions obviously disproportionate to the accuracy and reliability of the method of analysis and the degree to which the comparison is applicable, it would appear from the foregoing and other general considerations that an estimate providing for a 7,000 foot extension to the South Pass jetties during the next 50-year period, would be conservative.

93. Whether such extension becomes necessary in the thirtieth, or the fiftieth year, will not substantially affect the average annual maintenance cost during the coming 50 years. For purposes of estimate, such extension will be provided for in the forty-first year.

94. Up to the time the jetties are extended a gradually increasing program of dredging will probably be necessary for maintenance of the bar channel. Vigorous dredging will be needed while the extension is in progress in order to assist the natural forces in establishing the new and deeper section through the bar and prevent a "heading up" of the water surface above the contraction works with consequent danger of diversion of flow to the other outlets. Following the lengthening of the jetties the amount of maintenance dredging necessary should rapidly decrease to a negligible quantity within about 10 years.

95. If the above assumptions are correct, the maintenance of the South Pass Channel during the next 50 years will require, besides the maintenance of the existing works, an extension about 7,000 feet long to the jetties, say in or about the forty-first year, the annual dredging required increasing gradually from practically nothing at present, to the equivalent of the continuous operation of one standard hopper dredge during the forty-first and forty-second years, while the jetty extension is being built, with rapid reduction in the final decade of the 50-year term. Including the cost of the extension of the jetties as maintenance, the average annual cost for the maintenance of South Pass is estimated at $256,250.

96. The above is based on the existing authorized depth of 30 feet. This depth could easily be increased to 35 feet for a least width of between 300 and 400 feet, and maintained at the latter dimensions with a relatively small additional amount of dredging.

97. At Southwest Pass the bar advance has been much more rapid than at South Pass, due to the greater volume of discharge. Since 1909 the advance of the 35-foot contour (project depth) has been as follows:

| Year | Distance of 35-foot curve from face of jetties | | Advance | | Average annual advance | |
|---|---|---|---|---|---|---|
| | Left sector | Right sector | Left sector | Right sector | Left sector | Right sector |
| | Feet | Feet | Feet | Feet | Feet | Feet |
| 1909 | −1,200 | −800 | | | | |
| 1921 | 1,740 | 3,500 | 2,940 | 4,300 | 245 | 360 |
| 1924 | 1,940 | 4,200 | 200 | 700 | 67 | 234 |
| 1929 | 2,040 | 5,300 | 100 | 1,100 | 20 | 220 |

98. The original jetties were completed in 1908, and the last extension, which was only built out to within about 3,500 feet of the 35-foot contour in the right sector, was finished in 1921. During the latter year, the location of the bar channel was shifted from a line almost parallel to and near the prolonged jetty axis to a position angling off to the left of this axis, as at South Pass and Soulina. A marked retardation in the advance in the left sector is noted subsequent to the latter date.

99. Prior to the construction of the jetties the advance of the 35-foot curve in the right sector, or along the jetty axis, taken over a long period 1878–1898 was about 259 feet per annum. The large increase in the bar advance during the period 1909–1924 in this sector is accountable for by the fact that this interval constitutes the period during which the channel was being contracted and extensive dredging was in progress, thereby adding large masses of sediment to the normal burden of the river.

100. At the present time, the 35-foot contour is found 2,040 feet distant from the face of the jetties in the left sector, and 5,300 feet in the sector to the right. The average annual advance from 1909 to 1929 was 162 and 305 feet, respectively, in these two sections, the mean of these two figures being 234 feet, which may be taken as the average annual rate of advance of the bars on the sides of the channel. By the same assumption and reasoning as was applied to South Pass in paragraph 90 it would require 15 years for a reproduction at Southwest Pass of conditions similar to those which existed at Soulina when it became expedient to extend the jetties at the mouth of that outlet.

101. Making due allowance for the abnormal bar advance from 1909 to 1921 which is included in the average used as a basis for the above estimate, it would appear that a provision for a 7,000-foot extension to the Southwest Pass jetties between 20 and 30 years hence, should be conservative. On the same basis, no further extension should be required during the coming 50-year period. In these estimates it is assumed that there will be no substantial change in the proportionate portion of the river flow taken by Southwest Pass during the next 50 years. As a matter of fact, indications are that the flow during that period will be less than during the past, which operates to increase the conservatism of the above provision for jetty extensions.

102. Taken over the coming 50-year period, the maintenance of the Southwest Pass channel will probably require, besides maintenance of the existing works of channel improvement, an extension of about 7,000 feet to the jetties in or about the twenty-fifth year. During the past five years, the annual dredging necessary in the bar channel has been on the decrease, present requirements being the operation of a standard hopper-dredge about six months per year. Assuming that the developments at Southwest Pass follow the same lines as Soulina Pass, it is probable that dredging will continue at about this or a slightly reduced rate for about 10 years, gradually increasing after this period to a maximum of the continuous operation of such a dredge during the course of the jetty extension in the twenty-fifth and twenty-sixth years, and with gradual rapid reduction in the years following such extension. The channel in the entrance at the head of the pass now requires one or two months' annual

dredging for its maintenance, and it is probable that the necessity for such dredging will continue indefinitely. Including the cost of the extension of jetties as maintenance, the average annual cost for the maintenance of Southwest Pass is estimated at $387,160. Neither this estimate nor the estimate for the maintenance of South Pass include interest on present invested capital which could not be withdrawn in case the passes were to be abandoned in favor of a canal.

103. At the present time, the Southwest Pass is being maintained at 35-foot depth with a 500-foot minimum width. Actually, the average width is in excess of 1,000 feet (project width), and there are only one or two short stretches where the width is appreciably under 1,000 feet. Full completion of the project would require a comparatively small additional amount of dike work and dredging at critical localities, principally in the outer bar channel. Maintenance of the full minimum of 1,000-foot width would probably require a substantial increase over the dredging needed for the existing channel.

104. As previously stated, the assumptions as to the date on which bar building will render the extension jetties economical are based on the history of Soulina. The fact that the conditions now existing at the South Pass, after 54 years of improvement, are so favorable that dredging is seldom necessary indicates that the factors affecting the bar channels here are far different from those at Soulina. Were complete data on Soulina available, the reasons for the more favorable performance of South Pass might be traced to differences in littoral currents, channel depths, and depths of sea bottom. For these reasons, the discussion contained in paragraphs 70 to 103, inclusive, is not to be considered as a prediction. It is not believed that the abandonment of either South Pass or Southwest Pass should even be considered unless unforeseen conditions should render the continued maintenance of one of these passes uneconomical and impracticable. Should such a contingency arise, navigation could be maintained through the other pass while provision for another outlet to the sea was being carried out.

## VI. Hurricanes

105. The possibility of damage to the passes by hurricanes of sufficient extent to cause even temporary suspension of traffic is very remote. The best proof of this statement lies in the fact that the works at South Pass have stood the test of storms for some 50 years, and those at Southwest Pass, for over 20 years, without a single instance of destruction on a sufficiently large scale to cause even a temporary interruption of shipping.

106. Such damage as have been inflicted by wind and waves in three or four instances were of such nature that repairs could be made in a comparatively short time, and there was no appreciable adverse effect on the channels while such repairs were in progress.

107. With the two passes open to navigation, the changes of both being blocked from this cause at the same time are obviously exceedingly small.

## VII. Hostile Design

108. A substantial breach made through the banks of either pass, or demolition of substantial portions of the jetties by enemy gunfire,