# Exhibit 57 Part D

river end of the canal for passage would result in an ever-present menace to navigation in the river at this point.

The Chandeleur optional and the Lake Borgne-South Shore routes would not use the industrial canal but their length, unfavorable direction for westbound traffic, and cost of construction and maintenance are believed sufficient to exclude them from further comparison.

Considering the costs of construction and maintenance the Barataria, Fort Jackson, and Fort St. Philip routes are the most desirable, the latter route having the advantage in this respect. Of these three routes, the Barataria route offers the greatest advantage in sailing distances.

Since the soil formation at Myrtle Grove is older and more stable than at Fort St. Philip, it is believed that fewer difficulties in lock construction would be encountered on the Barataria route. All things considered the Barataria route seems more advantageous than any other canal route considered.

| Route | Distance by river from New Orleans | Length of route | | | Estimated costs | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Canal | Approach | Total | New locks | Dredging 35 by 500 | Bulkheads | Jetties | Total | With allowance for contingencies | Approximate cost of operation and maintenance | Interest on invested capital at 4½ per cent | Total annual cost |
| | Miles | Miles | Miles | Miles | | | | | | | | | |
| Fort St. Philip, 35-foot channel | 52 | 8.3 | 10.7 | 19.0 | $10,884,000 | $3,665,800 | | $4,443,500 | $18,493,300 | $19,329,760 | $400,000 | $871,600 | 1,371,600 |
| Fort Jackson, 35-foot channel | 72 | 8.0 | 7.3 | 15.3 | 10,852,000 | 4,911,500 | | (23,670,500) | 38,664,000 | 40,612,300 | 600,000 | 1,841,000 | 2,441,000 |
| Barataria Bay, 35-foot channel | 29 | 25.9 | 4.9 | 30.8 | 9,930,000 | 10,098,400 | $500,000 | (4,808,000) | 29,096,630 | 21,101,430 | 800,000 | 949,000 | 1,749,000 |
| Chandeleur, 35-foot channel [1] | 0 | 52.0 | 15.0 | 67.0 | 10,338,000 | 25,617,300 | 2,112,000 | 7,386,000 | 28,548,400 | 29,944,300 | 375,000 | 1,347,500 | 1,722,500 |
| Chandeleur, optional | 10 | 45.5 | 15.0 | 60.5 | 10,338,000 | 25,006,300 | 1,276,000 | | 40,670,700 | 42,670,720 | 1,500,000 | 1,683,200 | 3,183,200 |
| Lake Borgne, optional | 10 | 52 | 21.8 | 73.8 | 10,338,000 | 20,054,100 | | | 32,626,300 | 34,670,390 | 850,000 | 1,598,800 | 2,448,800 |
| Lake Borgne-South Shore | 0 | 49.5 | 14.5 | 64 | 10,338,000 | 21,236,500 | | | 32,364,700 | 34,071,700 | 2,300,000 | 1,436,000 | 3,736,000 |
| Lake Pontchartrain [1] | 0 | 22 | 53 | 75 | 10,338,000 | 20,106,000 | | | 33,974,500 | 35,473,500 | 2,300,000 | 1,603,300 | 2,403,300 |
| Lake Borgne-North Shore [1] | 0 | 36 | 37 | 73 | 10,338,000 | 21,464,300 | | | 30,444,000 | 31,866,800 | 2,775,000 | 1,488,800 | 4,213,300 |
| South Pass [2] | 94 | | 13 | 107 | | | | | 31,892,400 | | 1,030,000 | 1,562,700 | 3,652,700 |
| Southwest Pass [4] | 94 | | 20 | 114 | | | | | | | 250,000 | | 250,000 |
| [5] | | | | | | | | | | | 400,000 | | 400,000 |

[1] The Chandeleur, Lake Borgne, Lake Pontchartrain, and Lake Borgne-North Shore routes all would use the industrial lock and canal which were constructed at a cost of about $18,000,000. While the above estimates include $5,169,000 for the cost industrial canal lock, no provision is made for reimbursement to the owners (of the canal, bridges, etc.). Since present investment can not be withdrawn, interest
[2] For lock at Lake Borgne Canal.
[3] 30-foot contour.
[4] 18-foot contour.
[5] These estimates include as maintenance the extension of jetties of both passes at some time during the next 50 years.
is not included.

XII. COMPARISON OF EXISTING ROUTES WITH THE MOST ADVANTAGEOUS CANAL ROUTE

158. Since the existing routes are staisfactory and may be expected to continue so, there is no need for an auxiliary route. The Barataria route must therefore justify itself as a substitute for the passes. In making this comparison the following points are considered:

(1) *Capacity.*—The existing routes have sufficient capacity to handle the traffic into New Orleans for all time. A canal 500 by 35 feet and having double locks could handle twice the existing traffic although there would at times be some delay. It is expected that still a third lock would be necessary eventually.

(2) *Ease of navigation.*—At ordinary river stages, the navigation of existing routes is comparatively easy and, provided existing regulations are complied with, there is little cause for accidents. The navigation of a canal 500 feet in width should be comparatively safe. While the canal would reduce ship speeds, it must be realized that the speed of ships moving up the Mississippi River is considerably reduced. However, the loss coming up is gained going down. The navigation of a lock is always open to some danger but with two locks available, this feature should not be a serious objection.

(3) *Future increase in depth.*—Judging from the performance of Southwest Pass during the last few years, it is reasonable to suppose that a depth of 40 feet could be maintained with the exception of such periods as the river stage exceeds 12 feet on the Carrollton gage. By a further contraction at the ends of the jetties and more intensive dredging at the Head of the Passes, it is probable that a depth of 40 feet could be maintained almost continuously. Were the locks and canal for the Fort St. Philip route constructed for only a 35-foot draft, an increase in draft would involve the building of a new lock and the dredging of the entire length of channel.

(4) *Economic comparison.*—The estimated annual cost of maintenance of both passes covering a period of the next 50 years is $650,000 which includes the cost of the possible extension of the jetties of each pass during this period. Since the estimated annual cost of the Barataria route is $1,441,700, it is evident that the existing routes are much more economical.

(5) *Sailing distance.*—For vessels bound from New Orleans to eastern ports, the route via South Pass is about 7 miles shorter than the Barataria route, while the route via Southwest Pass is about 13 miles longer than the latter route. Allowing 50 minutes for passage through the lock, Southwest Pass is placed on an equal footing with the Barataria route in sailing time. Taking into account the time for lockages, the sailing time from New Orleans to Atlantic ports is less via South Pass, than via any of the canal routes discussed in this report.

(6) *Conclusions concerning deep-water routes.*—From the above comparisons, it appears that the existing routes afford more advantages to shipping than the Barataria route or any other canal route considered. Since both South and Southwest Passes have adequate and reliable channels, it would appear inadvisable to provide another route to deep water in the Gulf of Mexico.

XIII. THE INDUSTRIAL CANAL

159. This canal is admirably located with respect to a connection between the port of New Orleans and an inland waterway eastward thereof. The navigation route now in use traverses the entire length of this canal between the Mississippi River and Lake Pontchartrain. Commerce on this route is increasing, and still greater increase is expected to result from completion of the Louisiana and Texas inland waterway. Should a more satisfactory route than the one now in use be adopted and improved, it is highly probable that a part of the industrial canal, including its lock, will serve as a link in the route. It is, therefore, believed that the industrial canal has a present and prospective value as part of the inland waterway system. In line with the common policy of the United States to have all important inland waterway routes free of tolls, it would appear proper that a toll-free route should be provided between New Orleans and Mississippi Sound. If such course should be adopted, it is believed that the owner of the industrial canal should be reimbursed in the amount equivalent to the cost of the necessary connection to the river if it had been made by the United States. This may be accomplished by purchasing from the State of Louisiana an equity in that part of the industrial canal which would be a part of the route. The value of this equity should be based on the estimated cost of constructing a 9 by 100 foot canal and a suitable lock. Plans for a new lock at Harvey, La., as part of a waterway with the same dimensions, have progressed to such extent that the value of this equity may be estimated with considerable accuracy. Following is the estimated cost of the essential features of the connection which would be required:

| | |
|---|---:|
| Lock, 75 by 420 feet with 12-foot depth over miter sill | $1,721,200 |
| 2 miles of canal, 9 by 100 feet, and suitable approaches to lock, 2,578,667 cubic yards, at 15 cents | 386,800 |
| Fenders, 700 feet long on each side, at each approach | 37,000 |
| 1 railroad bridge, single-track, 75-foot horizontal clearance | 125,000 |
| Total | 2,270,000 |

The estimate is based on the assumption that local interests would contribute all rights of way and would bear the expense of all highway bridges; these conditions having been specified in the acts which authorized construction of the Louisiana and Texas inland waterway. As the industrial canal and adjacent lands will continue to be used and developed as an inner harbor, there appears to be no good reason why reimbursement should be made for rights of way already acquired by the State. If it should be decided that the entire industrial canal should be used as a connection between Lake Pontchartrain and the Mississippi River, the above estimate should be increased by the following amount:

| | |
|---|---:|
| 3¼ miles of canal, 9 by 100 feet, 820,000 cubic yards, at 15 cents | $123,000 |
| Two railroad bridges, single-track, 75-foot horizontal clearance | 250,000 |
| Total | 373,000 |

XIV. TERMINAL FACILITIES

160. The terminal facilities available are substantially the same as described in Port Series No. 5, Port of New Orleans, La., published

by the War Department in 1924, except that various docks have been improved incident to the general development of the port.

### XV. WATER POWER

161. There is no question of water power to be considered in connection with any of the routes discussed.

### XVI. RECLAMATION AND DRAINAGE

162. On account of the low level of the land traversed by all of the routes under consideration, no question of gravity drainage will arise. Along the Lake Borgne route and Lake Borgne, North Shore route, the channel, if constructed, would probably be used to some extent as an outfall for water removed by drainage pumps from the adjacent property.

163. In the case of the Lake Borgne-North Shore route and part of the Lake Borgne routes, the proposed channels traverse for a considerable distance a swamp that is now entirely undeveloped. The material excavated from the channel could be used in filling a considerable acreage of this swamp land to above the level of the highest hurricane tides. The resulting increase in value to this acreage would be considerable. The elevated strip thus formed along the borders of the waterway would serve as a levee for use in connection with the drainage, by pumping, of land further back.

164. Should the Lake Pontchartrain route be adopted, the material excavated from the channel may be disposed of in the lake itself on the side of the channel away from the shore. If the material be of such consistency that it will pile up and form a breakwater, this would be a valuable asset to the channel. It is doubtful whether sufficient material would pile up.

165. If the material along the Lake Pontchartrain route be deposited on shore, it will probably be necessary to first construct numerous and heavy bulkheads between the existing railroad and the channel, or it will be necessary to pump the material beyond the existing railroad. Either of these methods of disposal would be considerably more expensive than the wastage of the material in the lake itself. The additional expense might be partially or wholly recovered through the increased valuation of the land on which the deposit is made.

166. Along the Fort St. Philip route, the Barataria Bay route, and the Fort Jackson route, a considerable strip of land paralleling the canal would be reclaimed. The value of this land would be much less than that of land so reclaimed along the Lake Pontchartrain, Lake Borgne, or Lake Borgne Shore routes on account of the fact that the distance from the city would be much greater.

### XVII. LOCAL COOPERATION

167. If the maintenance of the existing routes through the Passes is to be continued as herein recommended, no further local cooperation is necessary.

### XVIII. COMMERCE

168. The commerce requiring an adequate outlet from the Mississippi River to the Gulf of Mexico is reported under the Head of Passes of the Mississippi River, and includes all ocean-going commerce entering or leaving the Mississippi River.

169. *Comparative statement of commercial statistics for the Passes of the Mississippi River for the past five years, 1924 to 1928, inclusive*

| Calendar year | Foreign | | | Domestic | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | Short tons | Value | Passengers | Short tons | Value | Short tons | Value | Passengers |
| 1924 | [1]10,669,861 | [1]$517,725,951 | | [1]5,306,440 | [1]$163,995,147 | [1]15,976,301 | [1]$781,711,128 | |
| 1925 | [1]11,355,779 | [1]689,298,548 | | [1]6,660,273 | [1]240,077,384 | [1]18,016,052 | [1]929,375,932 | |
| 1926 | [1]11,599,172 | [1]652,590,201 | | [1]7,363,597 | [1]263,998,424 | [1]18,952,769 | [1]916,588,625 | |
| 1927 | [1]11,235,813 | [1]583,058,965 | | [1]5,445,665 | [1]217,105,122 | [1]16,681,478 | [1]800,164,087 | |
| 1928 | [1]11,738,614 | [1]586,757,651 | 26,973 | [1]5,369,345 | [1]214,080,101 | [1]17,107,959 | [1]800,837,752 | 26,973 |

[1] Does not include cargoes in transit.

*Cargoes in transit*

| Calendar year | Short tons | Value |
|---|---|---|
| 1924 | 1,255,865 | $126,364,360 |
| 1925 | 1,127,987 | 111,692,764 |
| 1926 | 1,207,718 | 95,951,956 |
| 1927 | 1,628,024 | 123,645,122 |
| 1928 | 2,384,788 | 159,653,910 |

The principal items of commerce were: Foreign imports—Bananas, coffee, molasses and sirup, cane sugar, crude petroleum, gasoline and other products, crude bauxite aluminum, dead or creosote oil, and sodium nitrate. Foreign exports—Corn, wheat, wheat flour, cotton, lumber, gasoline, naphtha, and other products illuminating oil, and gas and fuel oil. Domestic receipts—Canned goods, crude oil, gasoline, fuel oil, and kerosene. Domestic shipments—Rice, sirup and molasses, grain and grain products, cotton, lumber, paper, gas and fuel oil, gasoline, and salt.

The commercial statistics are those for the Passes of the Mississippi River, which consists of South Pass and Southwest Pass. Most of the commerce use South Pass.

*Port of New Orleans, La., calendar year 1928, summary*

| Class of commodities | Foreign | | | |
|---|---|---|---|---|
| | Imports | | Exports | |
| | Tons | Value | Tons | Value |
| Animals and animal products | 22,947 | $1,528,342 | 44,954 | $14,159,390 |
| Vegetable food products | 2,179,548 | 126,317,350 | 792,619 | 42,135,672 |
| Other vegetable products | 82,335 | 9,484,133 | 77,071 | 14,470,733 |
| Textiles | 136,685 | 26,750,781 | 397,314 | 162,043,152 |
| Wood and paper | 133,461 | 5,349,733 | 1,011,141 | 29,955,125 |
| Nonmetallic minerals | 2,073,153 | 25,148,019 | 2,163,310 | 52,492,400 |
| Ores, metals, and manufactures of | 376,515 | 3,038,109 | 121,730 | 7,959,877 |
| Machinery and vehicles | 323 | 208,659 | 49,027 | 13,369,227 |
| Chemicals | 299,842 | 10,415,429 | 62,311 | 7,703,076 |
| Unclassified | 4,155 | 1,535,463 | 4,786 | 1,549,532 |
| Total | 5,308,964 | 209,776,018 | 4,724,263 | 345,857,584 |

*Port of New Orleans, La., calendar year 1928, summary*—Continued

| Class of commodities | Domestic | | | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| | Coastwise | | Other domestic | | | |
| | Tons | Value | Tons | Value | Tons | Value |
| Animals and animal products | 15,767 | $2,628,640 | 103,963 | $4,022,757 | 187,631 | $23,239,129 |
| Vegetable food products | 373,425 | 44,449,319 | 509,435 | 40,482,285 | −3,855,027 | −253,404,026 |
| Other vegetable products | 12,314 | 10,597,221 | 27,579 | 15,014,546 | 190,299 | 49,596,633 |
| Textiles | 32,316 | 13,442,638 | 151,954 | 67,016,922 | 718,269 | −269,253,493 |
| Wood and paper | 199,472 | 14,614,435 | 133,849 | 5,601,487 | −1,477,923 | 55,520,780 |
| Nonmetallic minerals | 1,858,096 | 21,442,841 | 1,680,348 | 9,704,444 | −7,774,907 | −111,787,704 |
| Ores, metals, and manufactures of | 68,508 | 10,240,763 | 554,038 | 35,221,613 | −1,148,881 | −56,460,362 |
| Machinery and vehicles | 17,952 | 7,012,678 | 26,521 | 9,156,435 | −93,823 | 29,746,999 |
| Chemicals | 333,770 | 3,255,014 | 33,983 | 7,430,697 | 429,906 | 28,834,216 |
| Unclassified | 253,193 | 45,229,748 | 95,372 | 13,880,524 | 362,506 | 62,195,267 |
| Total | 2,867,963 | 175,913,297 | 3,347,042 | 208,461,710 | −16,248,172 | −940,038,609 |

| | Short tons | Value |
| --- | --- | --- |
| Cargoes in transit | 6,591,617 | $223,894,703 |
| Ferry traffic | 17,356,549 | 4,956,879,135 |

PORT OF NEW ORLEANS, LA.

VESSEL CLASSIFICATION, 1928

170. Under the columns "American" and "Foreign" are given the totals of entries and clearances. Under the columns "Net registered tonnage" is given the net vessel tonnage for the total number of entries and clearances.

| Classes of vessels | American | Foreign | Total | Net registered tonnage |
| --- | --- | --- | --- | --- |
| Arrivals (registered): | | | | |
| Steamers | 717 | 1,435 | 2,152 | 5,118,742 |
| Coastwise steamers | | | 632 | 2,935,018 |
| Total arrivals | 717 | 1,435 | 3,054 | 8,053,760 |
| Departures (registered): | | | | |
| Steamers | 636 | 1,333 | 1,969 | 4,691,946 |
| Coastwise steamers | | | 1,175 | 3,448,055 |
| Total departures | 636 | 1,333 | 3,144 | 8,140,001 |
| Total arrivals and departures | 1,353 | 2,768 | 6,223 | 16,193,761 |

NOTE.—No record of vessels not entered or cleared at customhouse.

Number and draft of vessels paying pilotage during the year 1928 is as follows:

| Draft | Trips, inbound steamers | Trips, outbound steamers | Draft | Trips, inbound steamers | Trips, outbound steamers |
| --- | --- | --- | --- | --- | --- |
| 30 to 32 feet | 3 | 109 | 16 to 18 feet | 651 | 520 |
| 28 to 30 feet | 68 | 115 | 14 to 16 feet | 450 | 423 |
| 26 to 28 feet | 187 | 285 | 12 to 14 feet | 358 | 243 |
| 24 to 26 feet | 198 | 333 | 10 to 12 feet | 108 | 168 |
| 22 to 24 feet | 390 | 291 | | | |
| 20 to 22 feet | 396 | 262 | Total | 3,292 | 3,207 |
| 18 to 20 feet | 483 | 368 | | | |

171. *Recommendations.*—The survey of a new route to deep water in the Gulf of Mexico is not recommended. Since the original report on the inland waterway between New Orleans, La., and Columbus, Ga., is now being reviewed, a survey to determine the value of the industrial canal as a part of the inland waterway system is not recommended in connection with this report.

R. F. FOWLER,
*Major, Corps of Engineers,*
*District Engineer.*

[First indorsement]

OFFICE DIVISION ENGINEER,
GULF OF MEXICO DIVISION,
*New Orleans, La., November 14, 1929.*

To the CHIEF OF ENGINEERS, UNITED STATES ARMY:

1. I agree with the conclusions of the district engineer that, in view of the adequacy, reliability, and low maintenance cost of the channels at South and Southwest Passes, no other deep-water outlet from the Mississippi River to the Gulf of Mexico is necessary.

2. The industrual canal is now a link between the Mississippi River and the intracoastal and inland waterway route between New Orleans, Mobile, and Warrior River points. It is believed that the lock and a portion, if not all, of the canal will form an integral part of any new connection between the Mississippi River and Mississippi Sound that might be adopted as a result of other studies now pending.

3. It might be that as the volume of inland waterway traffic using the industrial canal assumes larger proportions the United States should take steps to free this traffic from the payment of tolls, but it is not believed that conditions warrant this action at present.

4. The toll rate on the industrial canal for inland waterway traffic is 5 cents per gross ton. The total tolls from inland water vessels using canal for the five years from September 1, 1924, to August 31, 1929, amounted to $120,216.47, or an annual average during this period of $24,043.29.

5. The gross tonnage of inland waterway vessels using the canal from September 1, 1927, to August 31, 1929, was 3,417,782. The Federal barge line's gross tonnage using the canal during this period was 396,730, the tolls on which amounted to $19,836.50, or $9,918.25 per annum.

6. The district engineer estimates the cost of providing a lock and canal connection between the intracoastal waterway and the Missis-

Case 2:05-cv-04182-SRD-JCW   Document 16923-24   Filed 01/05/09   Page 6 of 6

sippi as at least $2,270,000 and suggests this as a measure of the equity which the United States might acquire in the industrial canal. The total cost of the industrial canal is understood to have been approximately $22,000,000. The interest at 4 per cent on $2,270,000 amounts annually to $90,800. It appears from the above that neither the amount of tonnage nor the burden of tolls on commercially operated traffic is of such magnitude as to be of large national significance and to call for relief from the Federal Government. The direct savings to the Government by the abolition of tolls on Federal barge line traffic would be considerably less than the interest charge on the amount invested to secure exemption from such tolls.

7. Therefore, while the industrial canal is and probably will continue to be an essential part of the inland waterway, I do not believe that it is either desirable or advisable that the United States should, under present conditions of traffic, reimburse local interests for any part of the expenditure in constructing the industrial canal.

MARK BROOKE,
*Lieutenant Colonel, Corps of Engineers,*
*Division Engineer.*

○