UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE: <u>Abadie I</u>, 06-5164<br>                          ROAD HOME: <u>Louisiana State</u>,07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

Eric Walton, counsel for defendant Lexington Ins. Co., has advised the court that, with Joseph Bruno representing plaintiffs and Dan Rees representing the Road Home Program, counsel have resolved a dispute concerning settlement of the claims of 27 plaintiffs in the above-referenced matters. Accordingly, the settlement conference previously scheduled before me in those matters on January 6, 2009 at 2:00 p.m. is CANCELLED.

New Orleans, Louisiana, this 5th day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE