## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Madalyn Cochrane, Charles Cochrane Jr regarding 5901 Doral Court, New Orleans, LA 70128** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Madalyn Cochrane, Charles Cochrane Jr regarding 5901 Doral Court, New Orleans, LA 70128 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 5th day of January, 2009.

_____
United States District Judge