# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Lenora Armon regarding 223/225 S Johnson St, New Orleans, LA 70112; Alice Farrow regarding 5736 Eads Street, New Orleans, LA 70122; June Musacchia regarding 427 Spencer Ave., New Orleans, LA 70121; Judy Diles regarding 2639 Athis St., New Orleans, LA 70122; Jessie Bolds, Rudolph I. Bolds regarding 6425 N. Johnson St., New Orleans, LA 70117; Antoinette Esneault regarding 2344 Missouri Ave., Metairie, LA 70003; Sandra Williams regarding 1669 N Dupre St, New Orleans, LA 70119; Sandra Maldonado regarding 4547 Louisa Dr., New Orleans, LA 70126; Claude Gransberry regarding 9106/08 Palleto St., New Orleans, LA 70118; Kevin Nelson regarding 1961 Humanity St., New Orleans, LA 70122; Ernest Robinson, Evelyn Robinson regarding 5745 Wingate Dr., New Orleans, LA 70122; Cora Harris regarding 8700 & 8702 Marks St., New Orleans, LA 70118; Laverdia Freeman regarding 3611 Clematis Ave., New Orleans, LA 70122; Deborah Holmes regarding 9028 & 9030 Forshey St., New Orleans, LA 70118; Ann Butler regarding 1938 Piety St., New Orleans, LA 70117; Margaret Bergeron regarding 2029 Egania St., New Orleans, LA 70117; Gloria Barber regarding 405 Wallace Dr., New Orleans, LA 70122; Cynthia Zeno regarding 6121 Erin Dr., New Orleans, LA 70126; Leona Berndt, Walter Berndt regarding 2125 Pirate Dr., Chalmette, LA 70043; Earl Hankton, Sr., Louis Hankton regarding 4939 Wright Rd, New Orleans, LA 70128; Cecile Boyd, Cecile Theresa Berniard Boyd regarding 2038 Clouet St., New Orleans, LA 70117; Annette Rainey regarding 1414 Tupelo St., New Orleans, LA 70117; Freddie Green, Helen Green regarding 5048 Basin View Dr., New Orleans, LA 70126; Bernard Reyes, Sharon Reyes regarding 3320 Karen Dr., Chalmette, LA 70043; Herbert Bachus regarding 4573 Viola, New Orleans, LA 70126; Bertha Boutte regarding 4838 Stemway Dr, New Orleans, LA 70126; Luther Broome, Mary Broome regarding 863 Filmore Ave., New Orleans, LA 70124; Clarice Butler regarding 629 Forstall St, New Orleans, LA 70117; Richard Boseman, Karen Reine Boseman regarding |

3503 Piedmont Dr., New Orleans, LA 70122; Ducrest Hebert, Delores Hebert regarding 2532 Delery St., New Orleans, LA 70117; Ronnie Jessemy, Shelia Jessemy regarding 6721 West Laverne St., New Orleans, LA 70126; Errol Owens, Lynette Owens regarding 3800 Piedmont Dr., New Orleans, LA 70122; LORRAINE CRAFT, GERALD CRAFT regarding 5526 PASTEUR BLVD, NEW ORLEANS, LA 70122; Rosa Davis regarding 342 W. 2nd St., Laplace, LA 70068; Phyllis Jackson regarding 7609 Daniel Dr., New Orleans, LA 70127

# ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Lenora Armon regarding 223/225 S Johnson St, New Orleans, LA 70112; Alice Farrow regarding 5736 Eads Street, New Orleans, LA 70122; June Musacchia regarding 427 Spencer Ave., New Orleans, LA 70121; Judy Diles regarding 2639 Athis St., New Orleans, LA 70122; Jessie Bolds, Rudolph I. Bolds regarding 6425 N. Johnson St., New Orleans, LA 70117; Antoinette Esneault regarding 2344 Missouri Ave., Metairie, LA 70003; Sandra Williams regarding 1669 N Dupre St, New Orleans, LA 70119; Sandra Maldonado regarding 4547 Louisa Dr., New Orleans, LA 70126; Claude Gransberry regarding 9106/08 Palleto St., New Orleans, LA 70118; Kevin Nelson regarding 1961 Humanity St., New Orleans, LA 70122; Ernest Robinson, Evelyn Robinson regarding 5745 Wingate Dr., New Orleans, LA 70122; Cora Harris regarding 8700 & 8702 Marks St., New Orleans, LA 70118; Laverdia Freeman regarding 3611 Clematis Ave., New Orleans, LA 70122; Deborah Holmes regarding 9028 & 9030 Forshey St., New Orleans, LA 70118; Ann Butler regarding 1938 Piety St., New Orleans, LA 70117; Margaret Bergeron regarding 2029 Egania St., New Orleans, LA 70117; Gloria Barber regarding 405 Wallace Dr., New Orleans, LA 70122; Cynthia Zeno regarding 6121 Erin Dr., New Orleans,

LA 70126; Leona Berndt, Walter Berndt regarding 2125 Pirate Dr., Chalmette, LA 70043; Earl Hankton, Sr., Louis Hankton regarding 4939 Wright Rd, New Orleans, LA 70128; Cecile Boyd, Cecile Theresa Berniard Boyd regarding 2038 Clouet St., New Orleans, LA 70117; Annette Rainey regarding 1414 Tupelo St., New Orleans, LA 70117; Freddie Green, Helen Green regarding 5048 Basin View Dr., New Orleans, LA 70126; Bernard Reyes, Sharon Reyes regarding 3320 Karen Dr., Chalmette, LA 70043; Herbert Bachus regarding 4573 Viola, New Orleans, LA 70126; Bertha Boutte regarding 4838 Stemway Dr, New Orleans, LA 70126; Luther Broome, Mary Broome regarding 863 Filmore Ave., New Orleans, LA 70124; Clarice Butler regarding 629 Forstall St, New Orleans, LA 70117; Richard Boseman, Karen Reine Boseman regarding 3503 Piedmont Dr., New Orleans, LA 70122; Ducrest Hebert, Delores Hebert regarding 2532 Delery St., New Orleans, LA 70117; Ronnie Jessemy, Shelia Jessemy regarding 6721 West Laverne St., New Orleans, LA 70126; Errol Owens, Lynette Owens regarding 3800 Piedmont Dr., New Orleans, LA 70122; LORRAINE CRAFT, GERALD CRAFT regarding 5526 PASTEUR BLVD, NEW ORLEANS, LA 70122; Rosa Davis regarding 342 W. 2nd St., Laplace, LA 70068; Phyllis Jackson regarding 7609 Daniel Dr., New Orleans, LA 70127 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 5th day of January, 2009.

_____
United States District Judge