UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE CASES | NO. 05-4182 "K" (2) |
| *Alexander,* No. 07-4538 | JUDGE DUVAL |
| *This document relates to Corinne Elloie* | MAG. WILKINSON |

## **ORDER**

Considering the foregoing Joint Motion to Dismiss;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss is GRANTED and that all claims and demands of the plaintiff, Corinne Elloie, and defendant, Great American Insurance Company, are hereby dismissed, with prejudice and with each party to bear its own costs and attorney's fees. All other parties completely reserve their respective rights therein.

New Orleans, Louisiana, this ___5th___ day of ___January___, 2009.

_____
JUDGE

NO.99914236.1