# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |

**SECTION "K"**

**MAGISTRATE (2)**

**THIS DOCUMENT RELATES TO:**
**Insurance**

**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.*

This pleading applies only to the claim of Juanita Clark regarding 1410 Admiral Nelson Dr, Slidell, LA 70461; Reginald Smith regarding 920 3rd St. Rear, New Orleans, LA 70130; Reginald Smith regarding 833/31 3rd St., New Orleans, LA 70130; Reginald Smith regarding 920 3rd St. Front, New Orleans, LA 70130; Mark Caillouet regarding 1848 Sugarmill Rd., St Bernard, LA 70085; Gelone Conrad regarding 2318 Piety St, New Orleans, LA 70117; Betty Pugh, Percy Pugh regarding 2426 Pauline St., New Orleans, LA 70117; Glory & Alvin Campbell regarding 1903-05 Gallier Street, New Orleans, LA 70117; Brenda Foucher regarding 6416 Urquhart St, New Orleans, LA 70117; Betty Knight regarding 1415 Delery, New Orleans, LA 70117; Anthony Pierre regarding 2658-2660 New Orleans St., New Orleans, LA 70119; Leona Hooper, Johnny Hooper regarding 2064-2062 N. Miro, New Orleans, LA 70119; Linda Harris regarding 3128 People's Ave, New Orleans, LA 70122; Tia Paul regarding 4701 Spain St., New Orleans, LA 70122; James Stewart regarding 3718 St. Bernard Ave., New Orleans, LA 70122; Art Russell regarding 1541 Paula St, New Orleans, LA 70122; Mary Silvas regarding 238 Hay Place, New Orleans, LA 70124; Leo Bridges regarding 2121 North Miro Street, New Orleans, LA 70119; Lisa Brady regarding 6423 North Villere, New Orleans, LA 70117; Jackie Gordan regarding 2618 Reynes St, New Orleans, LA 70117; Rosemary Cole regarding 2314 Lamanche, New Orleans, LA 70117; Wayne Johnson regarding 2414 Painters St, New Orleans, LA 70117; Shirley Archie regarding 3016/18 Republic St, New Orleans, LA 70119; Jacquelyn Weber regarding 10934

Curran Blvd, New Orleans, LA 70127; Sharon Ruiz regarding 2100 General Pershing, Violet, LA 70092; Willie Chambers regarding 4902 Warrington Dr., New Orleans, LA 70122; John Williams regarding 1830 & 1832 Hope St., New Orleans, LA 70119; Laura Delatte regarding 3120 Mandeville St, New Orleans, LA 70122; Ledell Wilson regarding 1729 Montbatten Dr, Marrero, LA 70072; Ethel McClinton regarding 4609/4611 Saratoga St, New Orleans, LA 70115; Zandra Davenport regarding 9214 Olive St., New Orleans, LA 70118; Zandra Davenport regarding 2504 Clouet St., New Orleans, LA 70119; Zandra Davenport regarding 934-938 St. Louis St., New Orleans, LA 70112; Aubrey Lee regarding 1319 Spain St., New Orleans, LA 70117; Patricia Blunt regarding 108 Liberty Terrace Dr., New Orleans, LA 70126; Richard Hebert regarding 7642 Tricia Ct., New Orleans, LA 70128; Barbara Rillieux regarding 6036 Wickfield Dr., New Orleans, LA 70122; Maverick Jackson regarding 4864 Lafon Dr, New Orleans, LA 70126; Eleanor Greenidge regarding 6045 Cameron Blvd., New Orleans, LA 70122; Alvin MaGee regarding 3044 Piety St., New Orleans, LA 70126; Mary Lewis regarding 2034 Lizardi St., New Orleans, LA 70117; Lola Tilton regarding 2310 Monticello St., New Orleans, LA 70117; Gloria Mikell regarding 2475 N. Miro, New Orleans, LA 70117; Elvira Carter regarding 1911-13 Feliciana St., New Orleans, LA 70117; Janet Coleman regarding 1937 Music St., New Orleans, LA 70117; Willie Spears regarding 4213-15 Elba St., New Orleans, LA 70125; Thurman Kaiser regarding 4129 & 4131 D'Hemecourt St., New Orleans, LA 70119; Thurman Kaiser regarding 4029 & 4031 Clematis St., New Orleans, LA 70119; Arthur Foley regarding 2458 Athis St., New Orleans, LA 70122; Corliss White-Gaines regarding 5161 Lakeview Ct, New Orleans, LA 70126; Corliss White-Gaines regarding 2306 Piety St., New Orleans, LA 70117; Daphne Jones regarding 2531 Dellery St., New Orleans, LA 70117; Francisco Simone regarding 3813 Kings Dr, Chalmette, LA 70043; Jacqueline Justin regarding 4711 Citrus Dr., New Orleans,

LA 70127; Jimmy Jones regarding 7320 Weaver Ave., New Orleans, LA 70127; Keith Hill regarding 3126 N. Roman St., New Orleans, LA 70117; Betty Jones regarding 1800/1802 Old Roman St., New Orleans, LA 70116; Marie Lyons regarding 5723 Eads St., New Orleans, LA 70122; Darnell Petties regarding 8241 Curran Blvd., New Orleans, LA 70126; Darnell Petties regarding 644-646 S. Rendon, New Orleans, LA 70119; George Mitchell regarding 2212 Louisa St., New Orleans, LA 70117; Ruth Carter regarding 3819 Louisiana Ave. Parkway, New Orleans, LA 70125; Lenell Young regarding 6019 Chartres St., New Orleans, LA 70117; Jacqueline Guter regarding 7500 Brairwood Dr., New Orleans, LA 70128; Iris Gladney regarding 1743 Lamanche, New Orleans, LA 70017; Alicia Boswell regarding 3017-19 Annette Street, New Orleans, LA 70122; Akira Leblanc regarding 6 Christopher Court, New Orleans, LA 70128; Troy LaCabe regarding 917/919 N. Prieur St., New Orleans, LA 70116; Tiffany Carter regarding 5900/5902 N Galvez, New Orleans, LA 70117; Tiffany Carter regarding 1923/25 N. Johnson St., New Orleans, LA 70116; Earmlean Reed regarding 3523 North Ronan St., New Orleans, LA 70117; Cheryl Scott regarding 6103 Baccich St., New Orleans, LA 70122; William Clay regarding 3837 E. Loyola Dr., Kenner, LA 70065; Julie Gilyot regarding 3959 Elysian Fields Ave., New Orleans, LA 70122; Lynell Clark regarding 931/933 Caffin Ave., New Orleans, LA 70117; Karol Pembrick regarding 1801 Feliciana St., New Orleans, LA 70117; Shawntrise Williams regarding 4834 Bright Dr, New Orleans, LA 70127; Claire Crawford regarding 57704 Mainegra, Slidell, LA 70460; Miguel Gonzalez regarding 1228 Murl St, New Orleans, LA 70128; Joan Moore regarding 1568 & 1570 N. Dorgeons St., New Orleans, LA 70119; John Fontenot regarding 2725 Pakenham Dr., Chalmette, LA 70043; Betty Schexnayder regarding 5290 Tullis Dr., New Orleans, LA 70131; Virgie Holloway regarding 2522 Pauger St., New Orleans, LA 70116; Dennis Dalon regarding 2028 Livacari Dr., Violet, LA 70092; Rose

Kirsch regarding 709 N. Claiborne St. (109) ?, Chalmette, LA 70043; Patricia Gardner, Alfred Gardner regarding 5828 Eads St., New Orleans, LA 70122; Reginald Hall regarding 4323 Cartier St., New Orleans, LA 70122; Angelica Pierre regarding 7119 Benson Ct, New Orleans, LA 70127; Carolyn Guy regarding 5600 Debore Dr., New Orleans, LA 70126; Denise Mitchell regarding 1643 France St., New Orleans, LA 70117; Arthur Pembrick regarding 5545 Congress Dr., New Orleans, LA 70126; Diana Spriggens regarding 2113/15 Forstall, New Orleans, LA 70117; Diana Spriggens regarding 2618 Gordon St., New Orleans, LA 70117; Diana Spriggens regarding 811 Tricou St., New Orleans, LA 70117; Yvonne Weatherspoon regarding 1922/1924 Painters St, New Orleans, LA 70117; Claire Henderson regarding 1917 Heights Dr., St Bernard, LA 70085; Josephine Clements regarding 3429 Camphor St., New Orleans, LA 70118; David Perkins regarding 5501-03 Marais St./1203 Flood St., New Orleans, LA 70117; Robert Lewis regarding 7635 Benson St., New Orleans, LA 70127; Bryant Anthony, Tisha regarding 1938 Flood St., New Orleans, LA 70117; Bryant Anthony regarding 1600 St. Maurice, New Orleans, LA 70117; Joseph Robertson regarding 5113 Franklin Ave, New Orleans, LA 70122; Claudia Waller regarding 13811 Pierres Court, New Orleans, LA 70129; Sandra Boudreaux regarding 1927 Abundence St., New Orleans, LA 70122; Celestine Jimerson regarding 2800 3rd St., New Orleans, LA 70113; Shirley Falls regarding 6021 Pasteur Blvd., New Orleans, LA 70122; Nazarie Cyres regarding 1933 Deslonde St., New Orleans, LA 70117; Joseph Tilly regarding 1838 Benton St., New Orleans, LA 70117; Alois Christopher regarding 4617 St. Anthony Ave., New Orleans, LA 70122; Deborah Green regarding 5426 N. Derbigny St., New Orleans, LA 70117; Leroy Garrett regarding 5822 Law St., New Orleans, LA 70117; Diane Hankton, Umieca Hankton regarding 2530 Pressburg St., New Orleans, LA 70122; Bernadette Butler regarding 2717 Higgins Blvd,

New Orleans, LA 70126; Judy Truvia regarding 4616 & 4618 Magnolia St., New Orleans, LA 70115; Antoine Dedmond regarding 4734 Laine Ave., New Orleans, LA 70126; Yvette Antoine regarding 4810 Majestic Oak Dr., New Orleans, LA 70124; Ronnie Williams regarding 4850 N. Derbigny St., New Orleans, LA 70117; Avis Martin regarding 4342 Cartier Ave., New Orleans, LA 70122; Joyce Tureaud regarding 5611 New England Dr., New Orleans, LA 70129; Harold Grant regarding 5715 Debore Dr., New Orleans, LA 70126; Lauralyn Dominguez regarding 212 12th St., New Orleans, LA 70118; Eyvonne Morris regarding 3123 Deers Rd., New Orleans, LA 70123; Rushie McGill regarding 5425 N. Johnson St., New Orleans, LA 70117; Dorothy Williams regarding 1918 Choctaw St., New Orleans, LA 70117; Audrey McGill regarding 9966 E. Rockton Circle, New Orleans, LA 70127; William Mitchum regarding 5314 St. Bernard Ave., New Orleans, LA 70122; Catheline Torregano regarding 1525 Port St., New Orleans, LA 70117; Lisa Campbell-Rome regarding 4612 Majestic Oaks Dr., New Orleasn, LA 70126; Grace White regarding 6429 N Derbigny St, New Orleans, LA 70117; Barbara Miller regarding 2301 & 2303 Franklin Ave., New Orleans, LA 70117; Sarah Lastie, Kim Lastie, Andrea Lastie regarding 606 Caffin Ave., New Orleans, LA 70117; Melvin Morgan regarding 2322 Independence St., New Orleans, LA 70117; Lucille Dear regarding 4643 Perelli Dr., New Orleans, LA 70127; Dud Ogden regarding 1400 & 1402 Desire St., New Orleans, LA 70117; Wardel Magee regarding 1666-1668 JoAnn Place, Algiers, LA 70114; Joyce Breaux regarding 1327 Independence St, New Orleans, LA 70117; Joyce Breaux regarding 1343/1345 Independence St, New Orleans, LA 70117; Tessie Breaux regarding 2701 N Rocheblave, New Orleans, LA 70117; Mary Martin regarding 1229 Flood St., New Orleans, LA 70117; Willie Mae Martin regarding 5800 N. Rochblave St., New Orleans, LA 70117; Grace Reed regarding 11428 Melvin Dr., New Orleans, LA 70128; Louis Eames regarding 7621 Fieldston

Rd., New Orleans, LA 70126; Sidney Jackson regarding 3012 St. Roch St., New Orleans, LA 70122; Debra Diles regarding 3715 Alfred St., New Orleans, LA 70122; Alvin Johnson regarding 4855 Reed Blvd., New Orleans, LA 70127; Lisa Pleming regarding 5500 Bundy Rd., New Orleans, LA 70127; George Livas regarding 3408 Clermont Dr., New Orleans, LA 70122; Sybil Jarreau regarding 5431/33 N Prieur St, New Orleans, LA 70117; Willie Holmes, Sr. regarding 5036 Mexico Street, New Orleans, LA 70126; Hilton Williams regarding 7353 Perth St., New Orleans, LA 70126; Chester Jones regarding 1800/1802 Deslonde Street, New Orleans, LA 70117; Cynthia Lewis regarding 6320 Bienvenue St., New Orleans, LA 70117; Debra Debronich, Forest Debronich regarding 2817 Blumquis Dr., Meraux, LA 70075; Kathy Hayward regarding 2712 Deer Creek Dr., Violet, LA 70092; Letitia Youngblood regarding 6318 Bienvenue St., New Orleans, LA 70117; Elnora Hasberry regarding 5508 Music St., New Orleans, LA 70122; Deborah Coleman regarding 5425 Debore Dr., New Orleans, LA 70126; Patricia Clark regarding 8828 Stroelitz St., New Orleans, LA 70118; Faylin King regarding 2321 Centanni Dr., St. Bernard, LA 70085; Selena Carey regarding 5100 Norgate Dr., New Orleans, LA 70127; Walter Thomas regarding 1445 Lamanche St., New Orleans, LA 70117; Hiram Johnson regarding 13550 Lourdes St., New Orleans, LA 70129; Walter Lackings regarding 1528 Clouet St., New Orleans, LA 70117; Myrnell Thomas regarding 5740 Campus Blvd., New Orleans, LA 70126; Corey Moses, Tiffany Franklin regarding 7761 Scottwood Dr., New Orleans, LA 70128; Vernice Woodard, Herbert Woodard regarding 2260-62 N. Prieur St., New Orleans, LA 70119; Jacqueline Robinson regarding 2415 Forstall St., New Orleans, LA 70117; Kennedy Washington regarding 2425/2427 Jamie Ct., Violet, LA 70092; Kennedy Washington regarding 2408/2410 Liccardi Ln, Violet, LA 70092; Kennedy Washington regarding 2313/2315 Liccardi Ct., Violet, LA 70092; Kennedy Washington regarding

2324/2326 Liccardi Ct., Violet, LA 70092; Ron Stamps regarding 428, 428 1/2, 430 S. Hennessey St., New Orleans, LA 70119; Ron Stamps regarding 3306 Press St., New Orleans, LA 70126; Emelda Green regarding 2337 Gallier Street, New Orleans, LA 70117; Sherile Robichaux regarding 4449/51 Wilson Ave., New Orleans, LA 70126; Anthony Whittington regarding 1246 Tennessee St., New Orleans, LA 70117; Alvin Mallery, Julia Mallery regarding 5310 Norgate Dr., New Orleans, LA 70127; Salome Castro, Maria Castro regarding 4305 Jeanne Marie Pl., New Orleans, LA 70122; Rebecca Stewart, Roosevelt Stewart regarding 2208 Alvar St., New Orleans, LA 70117; Courtney LaRoche regarding 2711 Jon Quil St., New Orleans, LA 70122; Melisa Adams regarding 2550 Jasmine St., New Orleans, LA 70122; Kendra Byrd regarding 6627 Foch Rd., New Orleans, LA 70126; Clifton Reed regarding 3127 Spain St., New Orleans, LA 70122; Wanda Fernandez regarding 3016 Marais St., New Orleans, LA 70117; Shirley Butler regarding 9412 Fig St., New Orleans, LA 70118; Denise Youngblood regarding 2003 Desire St., New Orleans, LA 70117; Donna Ratcliff regarding 7810 Duke Ct., New Orleans, LA 70126; Eddie Simmons regarding 1727 N. Broad St., New Orleans, LA 70119; Renita Stepter regarding 13731 Explorers Ave., New Orleans, LA 70129; Walter Dardar regarding 24435 Hwy 90, New Orleans, LA 70129; Shemikka Brown regarding 1824 St. Maurice Ave., New Orleans, LA 70117; Treva Lewis regarding 1701 Mandeville St., New Orleans, LA 70117; Francesca Bua regarding 524/26 Florida Blvd., New Orleans, LA 70124; Dianne Pazon regarding 2306 Wisteria St., New Orleans, LA 70122; Lester Nero regarding 7901 Sandpiper Dr., New Orleans, LA 70125; Elaine Allen regarding 5133 Basin View Dr., New Orleans, LA 70126; Brenda Payne, Brenda Fing Payne regarding 1932 Feliciana St, New Orleans, LA 70117; Jeanell Holmes regarding 616/18 Flood St., New Orleans, LA 70117; Antoinette Johnson regarding 4720 Pauline St., New Orleans, LA 70126; Sandra Schott

regarding 1113 Friscoville Ave., Arabi, LA 70032; Rosalind Smith regarding 1941 N. Dorgenois St., New Orleans, LA 70119; Evelyn Willoughby regarding 1825 Montegut St., New Orleans, LA 70117; Evelina Williams regarding 1501 Filmore Ave., New Orleans, LA 70122; Malinda London regarding 5421 Baccich St., New Orleans, LA 70122; Luevern Firmin, Edward Ferman regarding 2105 New Orleans St., New Orleans, LA 70119; Douglas Joseph, Gloria Thompson regarding 4844 Coronado Dr., New Orleans, LA 70127; Michael Cratchan regarding 1517 St Maurice, New Orleans, LA 70117; Cynthia Cross regarding 5030 Touro St., New Orleans, LA 70122; Frank Butler regarding 2667 Gladiolus St., New Orleans, LA 70122; Joyce Numan regarding 2717/2719 Valence St., New Orleans, LA 70115; Joyce Numan regarding 2529 Robert St., New Orleans, LA 70115; Eola Magee regarding 1009/11 S. Telamachus St., New Orleans, LA 70125; Deborah Allen regarding 5431 Franklin Ave., New Orleans, LA 70122; Derek Villavaso regarding 12051 E. Barrington Dr., New Orleans, LA 70128; Janis Roussell regarding 6510 Marigny St., New Orleans, LA 70122; Gerardo Ruiz regarding 14055 Quail Creek Ln., New Orleans, LA 70128; Elaine St. Angelo regarding 529 Center St., Arabi, LA 70032; Bonnie McKinley regarding 5417 Baccich St., New Orleans, LA 70122; Paulette Larkin regarding 12951 Jeannee Ct., New Orleans, LA 70128; Acquanetta Reiss regarding 4722 Mendez St., New Orleans, LA 70126; Henrietta Carr regarding 2500 Tricou St., New Orleans, LA 70117; Sheila Martin regarding 7824 Ebbtide Dr., New Orleans, LA 70126; Daisy Hookfin regarding 1602 Tennessee St., New Orleans, LA 70117; Gloria Hatcher regarding 4621 Allen St., New Orleans, LA 70122; Ellis Williams regarding 7620 Adventure St., New Orleans, LA 70128; Vera Williams regarding 4790 Hickerson Dr., New Orleans, LA 70127; Mandy Christmas regarding 8517 Bellfast St., New Orleans, LA 70118; Rebecca Barber regarding 1235 Tupelo St., New Orleans, LA 70117; Mildred Anderson regarding 8219 Hickory St., New Orleans, LA

70118; Jerry Brodigan regarding 31078 Cypress St., Lacombe, LA 70445; John Saussaye regarding 5789 Vermillion Blvd., New Orleans, LA 70122; Dorothy Mason regarding 6313 Law St., New Orleans, LA 70117; Roslyn Diggs regarding 7800 Sun St, New Orleans, LA 70128; Warrenton Bacon regarding 2825 Mistletoe St., New Orleans, LA 70118; Patricia Guy regarding 8821-23 Bunker Hill Road, New Orleans, LA 70127; Gwendolyn Alexander regarding 2757 Edna St., New Orleans, LA 70126; Mary Harris-Savoie regarding 1634 Flanders Street, New Orleans, LA 70114; Raymond Washington regarding 2634-36 Republic St, New orleans, LA 70122; Paul Davis regarding 5519 Burgundy Street, New Orleans, LA 70117; Dumetra Hall, Jerome Beaulieu regarding 1927 Mazant St., New Orleans, LA 70117; Abigail Washington, John J. Washington regarding 7710 Pebble Dr., New Orleans, LA 70128; Shanita Patterson regarding 11 Assumption Place, New Orleans, LA 70129; James Johnson, Johnson, Patricia regarding 3017 Spain Street, New Orleans, LA 70122; Stephanie Williams, William, Tyrone regarding 8001 Dwyer Road, New Orleans, LA 70126; Shirley Johnigan regarding 2647 New Orleans St., New Orleans, LA 70119; Delrine Autin, Gerald Autin regarding 1008 Ave. A, Marrero, LA 70072; Keiffer Gatlin, Toya Gatlin regarding 7575 Elmdale Rd., New Orleans, LA 70127; Shelita Hunt regarding 14606 Beckman, New Orleans, LA 70128; Ruby Lee White regarding 2541/43 Agriculture St., New Orleans, LA 70122; Kandee Santa Marina regarding 107 Liberty Terrace Dr., New Orleans, LA 70126; Linda McField regarding 1639 Charbonnet St., New Orleans, LA 70117; Audrey Maurice regarding 2417/19 N. Dorgenois St., New Orleans, LA 70119; Chandra Talley-Parker regarding 1949 Industry St., New Orleans, LA 70119; Cherie Davis regarding 2204 Walkers Ln., Meraux, LA 77075; Maple Storey regarding 6701 W Laverne St, New Orleans, LA 70126; Mathilda Smith regarding 2220/22 Bartholomew St., New Orleans, LA 70117; Marlon Parker regarding 6031 North Roman St., New Orleans, LA

70117; Terry Garibaldi regarding 6422 Arts St., New Orleans, LA 70122; Lynette Boutte regarding 1831 Kerlerec St., New Orleans, LA 70116; Haden Brown regarding 2218 Flood St., New Orleans, LA 70117; Karen Lewis, Emma Gauthier regarding 2542 Benton St., New Orleans, LA 70117; Annie Brown regarding 2723 Allen St., New Orleans, LA 70119; Ruth Watson regarding 1742 Deslonde Dr., New Orleans, LA 70117; Levy Joseph, Linda Joseph regarding 3042 Casimere St., New Orleans, LA 70131; Wayne Parker, Chevelle Parker regarding 4915 Pentland Dr., New Orleans, LA 70128; Eleanor Donatto regarding 4801 Gallier Dr., New Orleans, LA 70126; Eunice Drummonds, Freddie Drummonds regarding 6405 1st St., Violet, LA 70092; Edrina Jackson regarding 2228 Cadiz St., New Orleans, LA 70115; Shareen Magee regarding 5322 N. Roberson St., New Orleans, LA 70117; Patricia Thompson, Betty Belcher regarding 2513 Tennessee St., New Orleans, LA 70117; Lawrence Rout regarding 4509 Mendez St., New Orleans, LA 70126; Tayari Parker, Terry Joseph regarding 2534 Sage St., New Orleans, LA 70122; Andrea Lee-Carter regarding 1613 Armagh Drive, Marrero, LA 70072; Beulah Moses regarding 6216 Douglas St., New Orleans, LA 70117; Donna Gulotta regarding 6543 Vicksburg St., New Orleans, LA 70124; Nicole Harris regarding 3512 Shannon Dr., Violet, LA 70092; Paula Charles, Webber Charles regarding 7550 Pineridge St., New Orleans, LA 70128; Cheryl Slack regarding 6324/26 Dauphine St., New Orleans, LA 70117; Carlette Smith, Gary Smith regarding 4849/51 Lynhuber Dr., New Orleans, LA 70126; Carlette Smith, Gary Smith regarding 7631 Mercier St., New Orleans, LA 70128; Sharlene Bush, Roland Alveris regarding 2408 St. Paul Court, Violet, LA 70092; Ruben Julian, Julian Darell regarding 3629/3631 Bruxelles Street, New Orleans, LA 70122; Geraldine Lumar, Raymond Lumar regarding 3034 Hamilton Street, New Orleans, LA 70118; Abraham Pena, Maura Pena regarding 6127 Catina Street, New Orleans, LA 70124; Henry Gaspard regarding 4933 Rosalia Drive,

New Orleans, LA 70127; Mary Bullard regarding 4806/4808 Allen Street, New Orleans, LA 70122; Collins Phillips, Shelia Phillips regarding 5700 Burgundy Street, New Orleans, LA 70117; Antentine Starks regarding 2621 Caffin Ave, New Orleans, LA 70117; Carolyn Hasan regarding 7541 Means Ave., New Orleans, LA 70127; Pearl Jackson regarding 1622 Clouet St., New Orleans, LA 70117; Larry Williams, Namoi Williams regarding 5804 N. Galvez St., New Orleans, LA 70117; Larry Williams, Namoi Williams regarding 3229 Perdido St., New Orleans, LA 70119; Brigitte Dorberth regarding 2520 Maureen Lane, Meraux, LA 70075; Catherine Scott regarding 5917 Denny St., New Orleans, LA 70126; Ruby Farley, Earl J Farley regarding 13646 Explorers Ave., New Orleans, LA 70129; Shelia Ceasar regarding 1729 Port St., New Orleans, LA 70117; Sylvia Smith regarding 3922 Odin St., New Orleans, LA 70126; Maggie Phillips regarding 5839 Law St., New Orleans, LA 70117; James Jackson regarding 3410 Clermont Dr., New Orleans, LA 70122; Danna Smith, Annie Smith regarding 8941 Morrison Rd., New Orleans, LA 70127; Mark Lawes, Claudell Lawes-Journee regarding 4938 Venus St., New Orleans, LA 70122; Brenda Clavo, Matthaw J. Clavo regarding 1927 Congress St., New Orleans, LA 70117; Sidney Billiot, Betty Billiot regarding 2417 Plaza Dr., Chalmette, LA 70433; Rosemary Coldman regarding 2404 Tupelo St., New Orleans, LA 70117; Patricia Crumedy regarding 3464 Derby Pl., New Orleans, LA 70119; Lois Holland, Roy Holland regarding 1134 Tupelo St., New Orleans, LA 70117; Norma Miranda regarding 3112 Moss Ln., Violet, LA 70092; Barbara Hunter regarding 4217 Walmsley Ave., New Orleans, LA 70125; Betty Barnes, Donnie Barnes regarding 7511 W. Sardy Cove Dr., New Orleans, LA 70128; Linda Dillon regarding 6525 Dorrian St., New Orleans, LA 70126; Charlain Hubbard regarding 6076/6078 Wilton St., New Orleans, LA 70122; Joy Spooner regarding 5768 Warrington Dr., New Orleans, LA 70122; Edwina Smith regarding 4337 Jean Marie Place, New Orleans, LA 70122; Thomas Dunn

regarding 1024 Delaronde St., New Orleans, LA 70114; Thomas Dunn regarding 931 Patterson St., New Orleans, LA 70114; Beaulah Veals regarding 4400 Eastview Dr., New Orleans, LA 70126; Sheilita Burnett regarding 2742 Gladiolus St., New Orleans, LA 70122; Esmy Lafrance regarding 4626-28 Bonita Drive, New Orleans, LA 70126; Cynthia Caliste regarding 9862 E. Wheaton Circle, New Orleans, LA 70127; Edna Adams, Lawrence Adams regarding 2245 Prentiss Ave., New Orleans, LA 70122; Kevin McKennie regarding 8821 Stroelitz St., New Orleans, LA 70118; Milton Carr, Deandra Carr regarding 1840 Lamanche St, New Orleans, LA 70117; Don Neville regarding 2300 Lizardi St., New Orleans, LA 70117; TroyAnn LaFrance, Charles LaFrauce regarding 3139 & 3141 Clouet, New Orleans, LA 70126; James Brousse regarding 19329 Chef Menteur Hwy, New Orleans, LA 70129; Lois Swaney regarding 7649 Jonlee Dr., New Orleans, LA 70128; Maythel Gardner, Ike Gardner regarding 2313 Kerlerec St., New Orleans, LA 70119; Qiana Person, Darryl regarding 4527 Majestic Oaks Dr., New Orleans, LA 70126; Leo Quezergue regarding 4802 St. Anthony Ave, New Orleans, LA 70122; Herbert Bartholomew regarding 1620 & 1622 Painters St., New Orleans, LA 70117; Ladoryz Mclin regarding 5812 Whipple St., New Orleans, LA 70117; Ella Rhone regarding 6540 Harbourview Dr., New Orleans, LA 70127; Ella Rhone regarding 7060 Barrington Ct, New Orleans, LA 70127; Michelle Young regarding 7136 East Laverne, New Orleans, LA 70126; Nathaniel Pierce regarding 1433 Spain st., New Orleans, LA 70117; Charles Harris regarding 2312 Caffin Ave., New Orleans, LA 70117; Reginald Daniels regarding 14545 Tilbury Rd., New Orleans, LA 70128; John Bradstreet regarding 9423 Forshey St., New Orleans, LA 70118; Frances Osborne regarding 1014/1016 Montegut St., New Orleans, LA 70117; John Adams regarding 7537 Dominique Pl., New Orleans, LA 70129; Georgia Slaughter regarding 2029 Lizardi St, NEW ORLEANS, LA 70117; Sylvia

Brown regarding 4934 Laine Ave., New Orleans, LA 70126; Michelle White-Barbarin regarding 3929 Franklin Ave, New Orleans, LA 70122; Rickey Walker, Denithea Walker regarding 5601 Norgate Dr., New Orleans, LA 70127; Edward Francis regarding 3108 Annette St., New Orleans, LA 70122; Josephine Butler regarding 2310 Delery St., New Orleans, LA 70117; Audrey Clements regarding 2112 Walkers Lane, Meraux, LA 70075; Mary Hampton regarding 5660 New England Dr., New Orleans, LA 70129; Henry Irvin regarding 1840/1842 Gordon St., New Orleans, LA 70117; Henry Irvin regarding 5917 & 5919 N. Claiborne Ave, New Orleans, LA 70117; Shannon Richard regarding 7531 Dearborn Rd., New Orleans, LA 70127; Deloris Spurlock regarding 7331 Weaver Avenue, New Orleans, LA 70127; D'Lise Doss regarding 14082 Partridge, New Orleans, LA 70128; Judith Conner regarding 2559/2561 Valence St., New Orleans, LA 70115; Elvera Gould regarding 2306 Louisa St., New Orleans, LA 70117; Lavern Hollmon regarding 1364 St. Denis St., New Orleans, LA 70122; John Ivory regarding 5222 Mandeville St., New Orleans, LA 70122; Barbara Hamilton regarding 4719 Pineda St., New Orleans, LA 70126; Leola Bonner regarding 6403 Baccich St., New Orleans, LA 70122; Mohammed Samad, Asmathimnis Zakirisnis, Khaza Khan regarding 2404 Cora Ann St, Violet, LA 70043; Tom Russo, Kristine Russo regarding 1511 19th Ave., Gulfport, MS 39501; Gerlinda Paige regarding 7817 LaCombe st., New Orleans, LA 70127; Bernadine Darby regarding 6318 N. Tonti St., New Orleans, LA 70117; Cheryl Bell regarding 2305/07 Tricou St., New Orleans, LA 70117; Erlinda Pembrick, Kevin Quezaire regarding 313 Chinchilla Dr., Arabi, LA 70032; Gloria Gordon regarding 5210 Warrington Dr., New Orleans, LA 70127; Wendell McElveen, Patricia McElveen regarding 2220 Lizardi St., New Orleans, LA 0; Eddie Smith, Vanessa A. Smith regarding 1777-79 Rousselin Dr, New Orleans, LA 70119; Eddie Smith, Vanessa A. Smith regarding 2309-2311 Bienville Ave, New Orleans, LA 70119; Eddie Smith

regarding 2228-30 1/2 Ursuline St, New Orleans, LA 70119; Eddie Smith, Vanessa A. Smith regarding 3521-27 Delchaise St, New Orleans, LA 70125; Eddie Smith, Vanessa Smith regarding 2711 & 11 1/2-13 Marengo St, New Orleans, LA 70115; Joseph Graham, Dianna R. Graham regarding 4627 Cardenes Dr., New Orleans, LA 70127; Untrell Nicholas regarding 3234 Peoples Ave., New Orleans, LA 70122; Marilyn Mouton regarding 3026 St. Roch Ave., New Orleans, LA 70122; Mike Jenkins regarding 9933 E. Wheaton Circle, New Orleans, LA 70127; Sylvia Marrero regarding 2757 Treasure St., New Orleans, LA 70122; Florida Hargrove regarding 1828 St. Ferdinand St., New Orleans, LA 70118; Bobbie Seymour regarding 2308 Bartholomew St, New Orleans, LA 70117; Pamela Cash regarding 2018/20 Marigny St., New Orleans, LA 70117; Barbara Price regarding 1514 Bartholomew St., New Orelans, LA 70117; Earlean Wilson regarding 2832 /34 Broadway St., New Orleans, LA 70125; Terry Brumfield regarding 7538 Devine Ave., New Orleans, LA 70117; Danette Morrison, Derrick Morrison regarding 4905/07 Loyola St., New Orleans, LA 70115; Don Palmer, Troylyn Billew Palmer regarding 4015 Claiborne Ave., New Orleans, LA 70117; Melvin Landor, Deborah P. Landor regarding 10101 Boulevard Way, New Orleans, LA 70127; Yola Fortin regarding 5158 Cameron Blvd., New Orleans, LA 70122; Inez Lewis regarding 4978 Kendall Dr., New Orleans, LA 70126; Kevin Hawkins regarding 4738 Venus St., New Orleans, LA 70122; Dawn Carr regarding 5111 Kendall Dr., New orleans, LA 70126; Alan Boisdore regarding 7949 Alabama St., New orleans, LA 70126; Willie Bridges regarding 2528 Gallier St., New orleans, LA 70117; Edith Kennedy regarding 2320 Clouet St., New orleans, LA 70117; Lorraine Bowman regarding 2627 St. Ann St., New Orleans, LA 70119; Robin Mahoney regarding 1512 Lamanche St., New Orleans, LA 70117; Marie McCray regarding 2336 Marengo St., New Orleans, LA 70115; Kimberly Smith regarding 4924 Feliciana Dr., New Orleans, LA 70126; Kenneth Gable,

Marlene Gable regarding 3903 Virgil Blvd., New Orelans, LA 70122; Shelagh Gregory-Steckel regarding 2219 S. Salcedo, New Orleans, LA 70125; Calvin Turnbough regarding 2345 Angry St., New Orleans, LA 70117; Andrelnel Lewis regarding 6130 N. Galvez St., New Orleans, LA 70117; Mary Napoleon regarding 1227 Tupelo, New Orleans, LA 70117; Janet Shelling, David Shelling regarding 5929 Painters Street, New Orleans, LA 70122; Ruby Banks regarding 1828 Alvar Street, New Orleans, LA 70117; Byron White regarding 2467 N Galvez, New Orleans, LA 70117; Laurence Day regarding 2120 Metropolitan St., New Orleans, LA 70126; Carolyn Boudreaux regarding 7054 Northgate Drive, New Orleans, LA 70128; Reginald Caston regarding 3212 Hamilton St., New Orleans, LA 70118; Gail Herbert regarding 215 Warrington Dr., New Orleans, LA 70122; Brenda Ashford regarding 7400 Willowbrae, New Orleans, LA 70127; Djuan Brady regarding 5348 Pasture Blvd, New Orleans, LA 70122; Claude Isidore regarding 16251 Hwy 15, Davant, LA 70082; Charles Pellebow regarding 1514 St. Maurice Ave., New Orleans, LA 70117; Margaret Lucas regarding 4223 Jumonville St., New Orleans, LA 70122; Margaret Lucas regarding 4229-31 Jumonville St., New Orleans, LA 70122; Ruben Watts regarding 2464 Athis St., New Orleans, LA 70122; Dionne Myles regarding 6727 Foch Rd., New Orleans, LA 70126; Joseph Tramontana regarding 106 E. 2nd St., Pass Christian, MS 39571; Lionel Hunter regarding 4120 Gibson St., New Orleans, LA 70122; Earnestine Lewis, Edwin E. Lewis regarding 13061 Ashland Dr., New Orleans, LA 70128; Vincent Giuffre, In care of Richard Kohnke regarding 5125 Lakeview Ct., New Orleans, LA 70126; Wilfred Griffin regarding 7455 Garfield St., New Orleans, LA 70118; Virginia Rounds regarding 7439 Garfield St., New Orleans, LA 70118; Lisa Alfred regarding 4775 Marque Dr., New Orleans, LA 70127; Patricia Robertson regarding 7221 E. Renaissance Ct., New Orleans, LA 70128; Lynette Green regarding 1337 Deslonde St., New orleans, LA 70117; Thomas Rhodes

regarding 57 Norton St., Westwego, LA 70094; Debra Esteen regarding 7615 Le High St, New Orleans, LA 70127; Leonard Ceasar regarding 5821 Congress Dr., New Orleans, LA 70126; Regina Steward regarding 4834 Nighthart Dr., New Orleans, LA 70127; Charles Keys regarding 9840 Andover, New Orleans, LA 70127; Jennifer McDonald regarding 2759 Conti st., New Orleans, LA 70119; Donna Williams regarding 4351 Kennon Ave., New Orleans, LA 70122; Tannor Hills regarding 3432 Clara St, New Orleans, LA 70116; Lois Adams regarding 1526 Rousselin Dr., New Orleans, LA 70119; Maurine Gordon regarding 7240 Bullard Ave., New Orleans, LA 70128; Charles Leach regarding 3606 Toledano St, New Orleans, LA 70125; Charles Leach regarding 3616-3618 Toledano, New Orleans, LA 70125; Charles Leach regarding 3624-3626 Washington Ave, New Orleans, LA 70125; Charles Leach regarding 3620-3622 Toledano St, New Orleans, LA 70125; Charles Leach regarding 3620-22 Washington, New Orleans, LA 70125; Barbara Davillier regarding 1720-22 Sere St., New Orleans, LA 70122; Patricia Watts regarding 5819 Painters St, New Orleans, LA 70122; Bernice Kindred regarding 242 2nd St., Westwego, LA 70094; Henry Merridith regarding 5116 Bayview Ct, New Orleans, LA 70126; Charles Richard regarding 1068 Candlelight Dr, Marrero, LA 70072; Tyronne Bonner, Bridget Bonner regarding 633 France St, New Orleans, LA 70117; Rosie Guillemet regarding 5014 Chatres St, New Orleans, LA 70117; Juanita Charles regarding 5553 Cameron Blvd, New Orleans, LA 70122; Carol Gray regarding 2706-2708 Cambronne St., New Orleans, LA 70118; Felicia Gray regarding 6301 N. Dorgenois St., New Orleans, LA 70117; Christine DeCuir regarding 5332 Douglass St., New Orleans, LA 70117; George Chatters, Shirley Bougere Chatters regarding 7065 Warfield St., New Orleans, LA 70126; Barnard Ansardi regarding 311 W St Jean Baptiste, Chalmette, LA 70043; Grace Duchmann regarding 2224 Jacob Dr., Chalmette, LA 70043; Charlie Hutton

regarding 2636 Piety St., New Orleans, LA 70117; Troy Scott regarding 3719-21 Encampment St, New Orleans, LA 70122; James Turner regarding 5177 Feliciana Dr., New Orleans, LA 70126; Yolanda Sears regarding 6314 General Pershing St, New Orleans, LA 70125; Rosa Mae Hughes regarding 4232 Jumonville St., New Orleans, LA 70122; Dave Smith, Vera Smith regarding 4790 Gawain Way, New Orleans, LA 70126; Benjamin Mack regarding 2060 Carnot St., New Orleans, LA 70122; Willhelmenia Johnson regarding 6900 Dorian St, New Orleans, LA 70126; Ronald Miller, Dorothy Elaine Miller regarding 5331 East Idlewood Ct, New Orleans, LA 70128; Mary Johnson regarding 4919 Eunice Dr, New Orleans, LA 70127; Pearl Ellis regarding 5456 N Derbigny St, New Orleans, LA 70117; Deborah Nocentelli regarding 2028 Benefit St, New Orleans, LA 70122; Carmen Schnyder-Owens, Dale Owens regarding 719 N Dorgenois St & 2600 St Ann St, New Orleans, LA 70119; Leo Green, Rose M Green regarding 4213 Encampment St, New Orleans, LA 70122; Felicia Dumas regarding 9227 Forshey St, New Orleans, LA 70118; Georgiana Gray regarding 5011 Chartres St, New Orleans, LA 70117; Ramona Sanchez regarding 2159 N. Tonte St, New Orleans, LA 70119; Angela Bell regarding 4811 Deanne St, New Orleans, LA 70126; Waveland Trufant regarding 1536-38 Painters, New Orleans, LA 70117; Richard Rodriguez regarding 2911-13 Bruxelles St, New Orleans, LA 70119; Linda Potts regarding 829 Sister St., New Orleans, LA 70117; Jacqueline Esco regarding 1323 Pauline St., New Orleans, LA 70117; Charles Norman regarding 2132/34 St. Roch St., New Orleans, LA 70117; Susan Jackson regarding 5304 Wildair Dr., New Orleans, LA 70122; Cecilia Young regarding 5435/37 N. Roman St., New Orleans, LA 70117; Joyce Adams, Frank Anderson regarding 3810/12 Bienville St., New Orleans, LA 70119; Althea Burke, Frank Burke regarding 2358/60 Treasure St., New Orleans, LA 70122; Joseph Gardner, Rita Gardner regarding 9204 Stroelitz St., New Orleans, LA 70118;

Latifa Poche regarding 4513-15 1/2 S Tonti St, New Orleans, LA 70125; Clarence Baptiste, Josephine C. Baptiste regarding 4820 N Prieur St, New Orleans, LA 70117; John Charles regarding 828-30 Lizardi St, New Orleans, LA 70117; John Charles regarding 5445 N. Claiborne Ave, New Orleans, LA 70117; Carol Brown regarding 2135 Flood St, New Orleans, LA 70117; Alice Collins regarding 2425 Eads St, New Orleans, LA 70117; Gladys Combre, Lucien W Combre regarding 5068 Press Dr, New Orleans, LA 70126; Mildred Brown regarding 4301 A & B Reynes St, New Orleans, LA 70126; Wilhelmina Alexander, Calvin Alexander regarding 5509 Warrington Dr, New Orleans, LA 70122; Cynthia Daniel regarding 7150 Foch Rd, New Orleans, LA 70126; Betty Thomas regarding 4926 Gabriel Dr, New Orleans, LA 70127; Rose Landry regarding 3444/46 Livingston St., New Orleans, LA 70118; Rose Landry regarding 2919/21 Audubon St., New Orleans, LA 70118; Mary Roberts, Leander J. Roberts Jr. regarding 4 Curtis Dr, New Orleans, LA 70126; Ward McClendon regarding 526 Caffin Ave., New Orleans, LA 70117; Eloise Williams regarding 10231 Deerpark Blvd., New Orleans, LA 70127; Aaron McLin, Kathleen McLin regarding 1627 Tricou St., New Orleans, LA 70117; Gertrude LeBlanc regarding 1738 Tennessee St., New Orleans, LA 70117; Freddie Johnson regarding 2623 Tupelo St, New Orleans, LA 70117; Pamela Parker-Coleman regarding 7048 Barrington Ct, New Orleans, LA 70128; Donald Knox regarding 4620/22 Lynhuber Dr, New Orleans, LA 70126; Terry Jackson, Joyce S Jackson regarding 5439 Marais St, New Orleans, LA 70117; Bruce Jackson regarding 1816 Deslonde St, New Orleans, LA 70117; Leroy Palmer regarding 324 Delery St., New Orleans, LA 70117; Rosemary Taplette regarding 3151 N Prieur St, New Orleans, LA 70117; Roy Rogers regarding 2342-44 Alabo St, New Orleans, LA 70117; Troy Alvis, Kiyona Alvis regarding 4714 Eastview Dr., New Orleans, LA 70126; Lorena Dillon regarding 2438 Tennessee St., New Orleans, LA 70117; Alice Davis

regarding 4830 Deanne St., New Orleans, LA 70126; JoAnn Johnson regarding 7441 Shaw Ave., New Orleans, LA 70127; Michael Johnson, Kim Johnson regarding 1822 Andry St., New Orleans, LA 70117; Josie Calhoun, Jane Bienemy, Ardith Innis, Joseph Addison regarding 6538 Jules Brown St., Violet, LA 70092; Janice Richard, Kevin Richard regarding 2060 Heather Ln, New Orleans, LA 70127; Joyce Matthews regarding 7549 Elmdale, New Orleans, LA 70127; Danita Ervin regarding 6325 Chartres St., New Orleans, LA 70117; Katie Jones-Cenance regarding 4317 Stephen Girard Ave., New Orleans, LA 70126; Pamela Stern, Eric Stern regarding 5422 N. Robertson St., New Orleans, LA 70117; Darrell Heim regarding 1336 Lochmand Dr., Harvey, LA 70058; Catherine Narcisse regarding 2217-19 Palmyra, New Orleans, LA 70119; Sinclair Neyland-Langford regarding 5442/44 Urquhart St., New Orleans, LA 70117; James Washington regarding 2401 Mazant St., New Orleans, LA 70117; George Lee, Izonia Lee regarding 1944 Tennessee St., New Orleans, LA 70117; Alvarnette Washington regarding 2340 Tupelo St., New Orleans, LA 70117; Alex Sykes, Bionca Sykes regarding 5627 Hempstead Rd., New Orleans, LA 70127; Thelma Green regarding 8930 Olive St., New Orleans, LA 70118; Beatrice Lee regarding 3027 N. Claiborne Ave., New Orleans, LA 70117; Carlton Fontenot, Olivia Fontenot regarding 5307 Wickfield Dr., New Orleans, LA 70122; Alton Rousseve regarding 1634 N. Villere St., New Orleans, LA 70116; Lorie Heim regarding 5507 Warrington Dr., New Orleans, LA 70122; Leo Gant, Mary E. Gant regarding 2657 Acacia St., New Orleans, LA 70122; Brenda Packnett regarding 2712 Pressburg St., New Orleans, LA 70122; Elois Teno regarding 2032 Tennessee Street, New Orleans, LA 70117; Yolanda Helaire regarding 7340 Symmes Avenue, New Orleans, LA 70127; Carol Roche regarding 1906 North Tonti, New Orleans, LA 70119; Scharmaine Payne, Ivan Payne regarding 2109 Willow Street, New Orleans, LA 70113; Melvin Jones, Helena Jones regarding 5917 Campus

Blvd., New Orleans, LA 70126; Joann Davis regarding 2643/45 St. Peter St., New Orleans, LA 70119; Earl Barthe, Louise Barthe regarding 2026/28/28 1/2 Frenchmen St., New Orleans, LA 70119; Michelle Young regarding 300 Simmon Dr., New Orleans, LA 70126; Cassandra Holliday, Rosalie Holliday regarding 5927 Elysian Fields Ave., New Orleans, LA 70122; Brenda Galle-Harris, Ronald Harris regarding 5311 Glouster Rd., New Orleans, LA 70124; Jimmie Moliere, Sabine Moliere regarding 17703 LA HWY 15 River Road, Pointe-Ala Hache, LA 70082; MAGGIE ERVIN regarding 4946/48 RHODES DR, NEW ORLEANS, LA 70126; Joseph Davis regarding 2531/33 Jasmine St., New Orleans, LA 70122; Nelson August regarding 1816 Mazant St., New Orleans, LA 70117; Lee Roy Logan, Joann Logan regarding 8140 Curran Rd., New Orleans, LA 70126; Pauline Jones regarding 2426/28 Delachaise St., New Orleans, LA 70115; Bokio Johnson regarding 3837 Virgil Blvd., new orleans, LA 70122; Joan De'Mesme regarding 2524 Lamanche St., New Orleans, LA 70117; John Williams regarding 1303 S. Genois St., New Orleans, LA 70125; Eola Adams, Leroy Adams regarding 2326 Desire St., New Orleans, LA 70117; Vera McGuire regarding 2725 Amelia St., New Orleans, LA 70115; Glenn Daniels, Paulette W. Daniels regarding 1008 Forstall St., New Orleans, LA 70117; Yvonne Williams regarding 4132 Elba St., New Orleans, LA 70125; Miriam Young regarding 2313 Flood St., New Orleans, LA 70117; Ray Byrd regarding 9319 Stroelitz St., New Orleans, LA 70118; Mary Alexander regarding 8012 Mercier St., New Orleans, LA 70128; Cardell Barbarin, Chastity Barbarin regarding 414 Tupelo St., New Orleans, LA 70117; Rozitta Johnson, Lola Johnson regarding 3420 Drydes St., New Orleans, LA 70115; Aubrey Bastian regarding 5705 Lafaye St, New Orleans, LA 70122; Edward Johnson, Lovida M. Johnson regarding 4239/41 Alfred St., New Orleans, LA 70122; Larry Lawson, Nometta Lawson regarding 5513 Patio Way, New Orleans, LA 70129; Yvonne Khan regarding 2313 River Queen Dr., Violet, LA 70092; Mildred Victorian regarding 3961

Louisiana Ave., New Orleans, LA 70125; Ophelia Brooks, Darnell Brooks regarding 4752 Shalimar Dr., New Orleans, LA 70126; Elton Davis, Robin Williams-Davis regarding 4814 Louisa Dr., New Orleans, LA 70126; Agnes Sherman regarding 2235 N. Miro Street, New Orleans, LA 70122; Norman Henry, Theresa Henry regarding 8000 Edgelake Ct., New Orleans, LA 70126; Milton Batiste regarding 4531 Dotd, New Orleans, LA 70126; Janice Lee, McAllister Lee regarding 1616 Reynes, New Orleans, LA 70127; Theresa Fields regarding 2469 Dreux Ave., New Orleans, LA 70122; Jean Turner regarding 1891 N. Miro St., New Orleans, LA 70119; Christine Williams regarding 333/35 N. Tonti St., New Orleans, LA 70119; Linda Foster regarding 7510/12 W. Laverne St., New Orleans, LA 70126; Verna Lloyd regarding 3541 Touro St., New Orleans, LA 70122; Paul Buisson, Cheryl B. Buisson regarding 5325 Wingate, New Orleans, LA 70122; Darrell Walker regarding 4320 Paris Ave., New Orleans, LA 70122; Roger Mazique regarding 2401 Lamanche St., New Orleans, LA 70117; Richard Patin, Joy R. Patin regarding 6076/78 St. Anthony Ave., New Orleans, LA 70122; Richard Patin, Joy R. Patin regarding 6084/86 St. Anthony Ave., New Orleans, LA 70122; Carol Blossom regarding 2661 Jonquil St., New Orleans, LA 70122; Brenda Jefferson, Mathew Jefferson regarding 1904/06 LaManche St., New Orleans, LA 70117; Larry Payne regarding 500 Westwego Ave., Bridge City, LA 70094; Debra Jones, Alvin M. Jones, III regarding 2104 Despaux Dr., Chalmette, LA 70043; Alma Lucas regarding 1628 Felciana St, New Orleans, LA 70117

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Juanita Clark regarding 1410 Admiral Nelson Dr, Slidell, LA 70461;

Reginald Smith regarding 920 3rd St. Rear, New Orleans, LA 70130; Reginald Smith regarding 833/31 3rd St., New Orleans, LA 70130; Reginald Smith regarding 920 3rd St. Front, New Orleans, LA 70130; Mark Caillouet regarding 1848 Sugarmill Rd., St Bernard, LA 70085; Gelone Conrad regarding 2318 Piety St, New Orleans, LA 70117; Betty Pugh, Percy Pugh regarding 2426 Pauline St., New Orleans, LA 70117; Glory & Alvin Campbell regarding 1903-05 Gallier Street, New Orleans, LA 70117; Brenda Foucher regarding 6416 Urquhart St, New Orleans, LA 70117; Betty Knight regarding 1415 Delery, New Orleans, LA 70117; Anthony Pierre regarding 2658-2660 New Orleans St., New Orleans, LA 70119; Leona Hooper, Johnny Hooper regarding 2064-2062 N. Miro, New Orleans, LA 70119; Linda Harris regarding 3128 People's Ave, New Orleans, LA 70122; Tia Paul regarding 4701 Spain St., New Orleans, LA 70122; James Stewart regarding 3718 St. Bernard Ave., New Orleans, LA 70122; Art Russell regarding 1541 Paula St, New Orleans, LA 70122; Mary Silvas regarding 238 Hay Place, New Orleans, LA 70124; Leo Bridges regarding 2121 North Miro Street, New Orleans, LA 70119; Lisa Brady regarding 6423 North Villere, New Orleans, LA 70117; Jackie Gordan regarding 2618 Reynes St, New Orleans, LA 70117; Rosemary Cole regarding 2314 Lamanche, New Orleans, LA 70117; Wayne Johnson regarding 2414 Painters St, New Orleans, LA 70117; Shirley Archie regarding 3016/18 Republic St, New Orleans, LA 70119; Jacquelyn Weber regarding 10934 Curran Blvd, New Orleans, LA 70127; Sharon Ruiz regarding 2100 General Pershing, Violet, LA 70092; Willie Chambers regarding 4902 Warrington Dr., New Orleans, LA 70122; John Williams regarding 1830 & 1832 Hope St., New Orleans, LA 70119; Laura Delatte regarding 3120 Mandeville St, New Orleans, LA 70122; Ledell Wilson regarding 1729 Montbatten Dr, Marrero, LA 70072;

Ethel McClinton regarding 4609/4611 Saratoga St, New Orleans, LA 70115; Zandra Davenport regarding 9214 Olive St., New Orleans, LA 70118; Zandra Davenport regarding 2504 Clouet St., New Orleans, LA 70119; Zandra Davenport regarding 934-938 St. Louis St., New Orleans, LA 70112; Aubrey Lee regarding 1319 Spain St., New Orleans, LA 70117; Patricia Blunt regarding 108 Liberty Terrace Dr., New Orleans, LA 70126; Richard Hebert regarding 7642 Tricia Ct., New Orleans, LA 70128; Barbara Rillieux regarding 6036 Wickfield Dr., New Orleans, LA 70122; Maverick Jackson regarding 4864 Lafon Dr, New Orleans, LA 70126; Eleanor Greenidge regarding 6045 Cameron Blvd., New Orleans, LA 70122; Alvin MaGee regarding 3044 Piety St., New Orleans, LA 70126; Mary Lewis regarding 2034 Lizardi St., New Orleans, LA 70117; Lola Tilton regarding 2310 Monticello St., New Orleans, LA 70117; Gloria Mikell regarding 2475 N. Miro, New Orleans, LA 70117; Elvira Carter regarding 1911-13 Feliciana St., New Orleans, LA 70117; Janet Coleman regarding 1937 Music St., New Orleans, LA 70117; Willie Spears regarding 4213-15 Elba St., New Orleans, LA 70125; Thurman Kaiser regarding 4129 & 4131 D'Hemecourt St., New Orleans, LA 70119; Thurman Kaiser regarding 4029 & 4031 Clematis St., New Orleans, LA 70119; Arthur Foley regarding 2458 Athis St., New Orleans, LA 70122; Corliss White-Gaines regarding 5161 Lakeview Ct, New Orleans, LA 70126; Corliss White-Gaines regarding 2306 Piety St., New Orleans, LA 70117; Daphne Jones regarding 2531 Dellery St., New Orleans, LA 70117; Francisco Simone regarding 3813 Kings Dr, Chalmette, LA 70043; Jacqueline Justin regarding 4711 Citrus Dr., New Orleans, LA 70127; Jimmy Jones regarding 7320 Weaver Ave., New Orleans, LA 70127; Keith Hill regarding 3126 N. Roman St., New Orleans, LA 70117; Betty Jones regarding 1800/1802 Old Roman St.,

New Orleans, LA 70116; Marie Lyons regarding 5723 Eads St., New Orleans, LA 70122; Darnell Petties regarding 8241 Curran Blvd., New Orleans, LA 70126; Darnell Petties regarding 644-646 S. Rendon, New Orleans, LA 70119; George Mitchell regarding 2212 Louisa St., New Orleans, LA 70117; Ruth Carter regarding 3819 Louisiana Ave. Parkway, New Orleans, LA 70125; Lenell Young regarding 6019 Chartres St., New Orleans, LA 70117; Jacqueline Guter regarding 7500 Brairwood Dr., New Orleans, LA 70128; Iris Gladney regarding 1743 Lamanche, New Orleans, LA 70017; Alicia Boswell regarding 3017-19 Annette Street, New Orleans, LA 70122; Akira Leblanc regarding 6 Christopher Court, New Orleans, LA 70128; Troy LaCabe regarding 917/919 N. Prieur St., New Orleans, LA 70116; Tiffany Carter regarding 5900/5902 N Galvez, New Orleans, LA 70117; Tiffany Carter regarding 1923/25 N. Johnson St., New Orleans, LA 70116; Earmlean Reed regarding 3523 North Ronan St., New Orleans, LA 70117; Cheryl Scott regarding 6103 Baccich St., New Orleans, LA 70122; William Clay regarding 3837 E. Loyola Dr., Kenner, LA 70065; Julie Gilyot regarding 3959 Elysian Fields Ave., New Orleans, LA 70122; Lynell Clark regarding 931/933 Caffin Ave., New Orleans, LA 70117; Karol Pembrick regarding 1801 Feliciana St., New Orleans, LA 70117; Shawntrise Williams regarding 4834 Bright Dr, New Orleans, LA 70127; Claire Crawford regarding 57704 Mainegra, Slidell, LA 70460; Miguel Gonzalez regarding 1228 Murl St, New Orleans, LA 70128; Joan Moore regarding 1568 & 1570 N. Dorgeons St., New Orleans, LA 70119; John Fontenot regarding 2725 Pakenham Dr., Chalmette, LA 70043; Betty Schexnayder regarding 5290 Tullis Dr., New Orleans, LA 70131; Virgie Holloway regarding 2522 Pauger St., New Orleans, LA 70116; Dennis Dalon regarding 2028 Livacari Dr., Violet, LA 70092; Rose Kirsch regarding 709 N. Claiborne

St. (109) ?, Chalmette, LA 70043; Patricia Gardner, Alfred Gardner regarding 5828 Eads St., New Orleans, LA 70122; Reginald Hall regarding 4323 Cartier St., New Orleans, LA 70122; Angelica Pierre regarding 7119 Benson Ct, New Orleans, LA 70127; Carolyn Guy regarding 5600 Debore Dr., New Orleans, LA 70126; Denise Mitchell regarding 1643 France St., New Orleans, LA 70117; Arthur Pembrick regarding 5545 Congress Dr., New Orleans, LA 70126; Diana Spriggens regarding 2113/15 Forstall, New Orleans, LA 70117; Diana Spriggens regarding 2618 Gordon St., New Orleans, LA 70117; Diana Spriggens regarding 811 Tricou St., New Orleans, LA 70117; Yvonne Weatherspoon regarding 1922/1924 Painters St, New Orleans, LA 70117; Claire Henderson regarding 1917 Heights Dr., St Bernard, LA 70085; Josephine Clements regarding 3429 Camphor St., New Orleans, LA 70118; David Perkins regarding 5501-03 Marais St./1203 Flood St., New Orleans, LA 70117; Robert Lewis regarding 7635 Benson St., New Orleans, LA 70127; Bryant Anthony, Tisha regarding 1938 Flood St., New Orleans, LA 70117; Bryant Anthony regarding 1600 St. Maurice, New Orleans, LA 70117; Joseph Robertson regarding 5113 Franklin Ave, New Orleans, LA 70122; Claudia Waller regarding 13811 Pierres Court, New Orleans, LA 70129; Sandra Boudreaux regarding 1927 Abundence St., New Orleans, LA 70122; Celestine Jimerson regarding 2800 3rd St., New Orleans, LA 70113; Shirley Falls regarding 6021 Pasteur Blvd., New Orleans, LA 70122; Nazarie Cyres regarding 1933 Deslonde St., New Orleans, LA 70117; Joseph Tilly regarding 1838 Benton St., New Orleans, LA 70117; Alois Christopher regarding 4617 St. Anthony Ave., New Orleans, LA 70122; Deborah Green regarding 5426 N. Derbigny St., New Orleans, LA 70117; Leroy Garrett regarding 5822 Law St., New Orleans, LA 70117; Diane Hankton, Umieca Hankton regarding 2530 Pressburg St., New Orleans, LA 70122;

Bernadette Butler regarding 2717 Higgins Blvd, New Orleans, LA 70126; Judy Truvia regarding 4616 & 4618 Magnolia St., New Orleans, LA 70115; Antoine Dedmond regarding 4734 Laine Ave., New Orleans, LA 70126; Yvette Antoine regarding 4810 Majestic Oak Dr., New Orleans, LA 70124; Ronnie Williams regarding 4850 N. Derbigny St., New Orleans, LA 70117; Avis Martin regarding 4342 Cartier Ave., New Orleans, LA 70122; Joyce Tureaud regarding 5611 New England Dr., New Orleans, LA 70129; Harold Grant regarding 5715 Debore Dr., New Orleans, LA 70126; Lauralyn Dominguez regarding 212 12th St., New Orleans, LA 70118; Eyvonne Morris regarding 3123 Deers Rd., New Orleans, LA 70123; Rushie McGill regarding 5425 N. Johnson St., New Orleans, LA 70117; Dorothy Williams regarding 1918 Choctaw St., New Orleans, LA 70117; Audrey McGill regarding 9966 E. Rockton Circle, New Orleans, LA 70127; William Mitchum regarding 5314 St. Bernard Ave., New Orleans, LA 70122; Catheline Torregano regarding 1525 Port St., New Orleans, LA 70117; Lisa Campbell-Rome regarding 4612 Majestic Oaks Dr., New Orleasn, LA 70126; Grace White regarding 6429 N Derbigny St, New Orleans, LA 70117; Barbara Miller regarding 2301 & 2303 Franklin Ave., New Orleans, LA 70117; Sarah Lastie, Kim Lastie, Andrea Lastie regarding 606 Caffin Ave., New Orleans, LA 70117; Melvin Morgan regarding 2322 Independence St., New Orleans, LA 70117; Lucille Dear regarding 4643 Perelli Dr., New Orleans, LA 70127; Dud Ogden regarding 1400 & 1402 Desire St., New Orleans, LA 70117; Wardel Magee regarding 1666-1668 JoAnn Place, Algiers, LA 70114; Joyce Breaux regarding 1327 Independence St, New Orleans, LA 70117; Joyce Breaux regarding 1343/1345 Independence St, New Orleans, LA 70117; Tessie Breaux regarding 2701 N Rocheblave, New Orleans, LA 70117; Mary Martin regarding 1229 Flood St., New Orleans, LA

70117; Willie Mae Martin regarding 5800 N. Rochblave St., New Orleans, LA 70117; Grace Reed regarding 11428 Melvin Dr., New Orleans, LA 70128; Louis Eames regarding 7621 Fieldston Rd., New Orleans, LA 70126; Sidney Jackson regarding 3012 St. Roch St., New Orleans, LA 70122; Debra Diles regarding 3715 Alfred St., New Orleans, LA 70122; Alvin Johnson regarding 4855 Reed Blvd., New Orleans, LA 70127; Lisa Pleming regarding 5500 Bundy Rd., New Orleans, LA 70127; George Livas regarding 3408 Clermont Dr., New Orleans, LA 70122; Sybil Jarreau regarding 5431/33 N Prieur St, New Orleans, LA 70117; Willie Holmes, Sr. regarding 5036 Mexico Street, New Orleans, LA 70126; Hilton Williams regarding 7353 Perth St., New Orleans, LA 70126; Chester Jones regarding 1800/1802 Deslonde Street, New Orleans, LA 70117; Cynthia Lewis regarding 6320 Bienvenue St., New Orleans, LA 70117; Debra Debronich, Forest Debronich regarding 2817 Blumquis Dr., Meraux, LA 70075; Kathy Hayward regarding 2712 Deer Creek Dr., Violet, LA 70092; Letitia Youngblood regarding 6318 Bienvenue St., New Orleans, LA 70117; Elnora Hasberry regarding 5508 Music St., New Orleans, LA 70122; Deborah Coleman regarding 5425 Debore Dr., New Orleans, LA 70126; Patricia Clark regarding 8828 Stroelitz St., New Orleans, LA 70118; Faylin King regarding 2321 Centanni Dr., St. Bernard, LA 70085; Selena Carey regarding 5100 Norgate Dr., New Orleans, LA 70127; Walter Thomas regarding 1445 Lamanche St., New Orleans, LA 70117; Hiram Johnson regarding 13550 Lourdes St., New Orleans, LA 70129; Walter Lackings regarding 1528 Clouet St., New Orleans, LA 70117; Myrnell Thomas regarding 5740 Campus Blvd., New Orleans, LA 70126; Corey Moses, Tiffany Franklin regarding 7761 Scottwood Dr., New Orleans, LA 70128; Vernice Woodard, Herbert Woodard regarding 2260-62 N. Prieur St., New Orleans, LA

70119; Jacqueline Robinson regarding 2415 Forstall St., New Orleans, LA 70117; Kennedy Washington regarding 2425/2427 Jamie Ct., Violet, LA 70092; Kennedy Washington regarding 2408/2410 Liccardi Ln, Violet, LA 70092; Kennedy Washington regarding 2313/2315 Liccardi Ct., Violet, LA 70092; Kennedy Washington regarding 2324/2326 Liccardi Ct., Violet, LA 70092; Ron Stamps regarding 428, 428 1/2, 430 S. Hennessey St., New Orleans, LA 70119; Ron Stamps regarding 3306 Press St., New Orleans, LA 70126; Emelda Green regarding 2337 Gallier Street, New Orleans, LA 70117; Sherile Robichaux regarding 4449/51 Wilson Ave., New Orleans, LA 70126; Anthony Whittington regarding 1246 Tennessee St., New Orleans, LA 70117; Alvin Mallery, Julia Mallery regarding 5310 Norgate Dr., New Orleans, LA 70127; Salome Castro, Maria Castro regarding 4305 Jeanne Marie Pl., New Orleans, LA 70122; Rebecca Stewart, Roosevelt Stewart regarding 2208 Alvar St., New Orleans, LA 70117; Courtney LaRoche regarding 2711 Jon Quil St., New Orleans, LA 70122; Melisa Adams regarding 2550 Jasmine St., New Orleans, LA 70122; Kendra Byrd regarding 6627 Foch Rd., New Orleans, LA 70126; Clifton Reed regarding 3127 Spain St., New Orleans, LA 70122; Wanda Fernandez regarding 3016 Marais St., New Orleans, LA 70117; Shirley Butler regarding 9412 Fig St., New Orleans, LA 70118; Denise Youngblood regarding 2003 Desire St., New Orleans, LA 70117; Donna Ratcliff regarding 7810 Duke Ct., New Orleans, LA 70126; Eddie Simmons regarding 1727 N. Broad St., New Orleans, LA 70119; Renita Stepter regarding 13731 Explorers Ave., New Orleans, LA 70129; Walter Dardar regarding 24435 Hwy 90, New Orleans, LA 70129; Shemikka Brown regarding 1824 St. Maurice Ave., New Orleans, LA 70117; Treva Lewis regarding 1701 Mandeville St., New Orleans, LA 70117; Francesca Bua regarding 524/26 Florida Blvd.,

New Orleans, LA 70124; Dianne Pazon regarding 2306 Wisteria St., New Orleans, LA 70122; Lester Nero regarding 7901 Sandpiper Dr., New Orleans, LA 70125; Elaine Allen regarding 5133 Basin View Dr., New Orleans, LA 70126; Brenda Payne, Brenda Fing Payne regarding 1932 Feliciana St, New Orleans, LA 70117; Jeanell Holmes regarding 616/18 Flood St., New Orleans, LA 70117; Antoinette Johnson regarding 4720 Pauline St., New Orleans, LA 70126; Sandra Schott regarding 1113 Friscoville Ave., Arabi, LA 70032; Rosalind Smith regarding 1941 N. Dorgenois St., New Orleans, LA 70119; Evelyn Willoughby regarding 1825 Montegut St., New Orleans, LA 70117; Evelina Williams regarding 1501 Filmore Ave., New Orleans, LA 70122; Malinda London regarding 5421 Baccich St., New Orleans, LA 70122; Luevern Firmin, Edward Ferman regarding 2105 New Orleans St., New Orleans, LA 70119; Douglas Joseph, Gloria Thompson regarding 4844 Coronado Dr., New Orleans, LA 70127; Michael Cratchan regarding 1517 St Maurice, New Orleans, LA 70117; Cynthia Cross regarding 5030 Touro St., New Orleans, LA 70122; Frank Butler regarding 2667 Gladiolus St., New Orleans, LA 70122; Joyce Numan regarding 2717/2719 Valence St., New Orleans, LA 70115; Joyce Numan regarding 2529 Robert St., New Orleans, LA 70115; Eola Magee regarding 1009/11 S. Telamachus St., New Orleans, LA 70125; Deborah Allen regarding 5431 Franklin Ave., New Orleans, LA 70122; Derek Villavaso regarding 12051 E. Barrington Dr., New Orleans, LA 70128; Janis Roussell regarding 6510 Marigny St., New Orleans, LA 70122; Gerardo Ruiz regarding 14055 Quail Creek Ln., New Orleans, LA 70128; Elaine St. Angelo regarding 529 Center St., Arabi, LA 70032; Bonnie McKinley regarding 5417 Baccich St., New Orleans, LA 70122; Paulette Larkin regarding 12951 Jeannee Ct., New Orleans, LA 70128; Acquanetta Reiss regarding 4722

Mendez St., New Orleans, LA 70126; Henrietta Carr regarding 2500 Tricou St., New Orleans, LA 70117; Sheila Martin regarding 7824 Ebbtide Dr., New Orleans, LA 70126; Daisy Hookfin regarding 1602 Tennessee St., New Orleans, LA 70117; Gloria Hatcher regarding 4621 Allen St., New Orleans, LA 70122; Ellis Williams regarding 7620 Adventure St., New Orleans, LA 70128; Vera Williams regarding 4790 Hickerson Dr., New Orleans, LA 70127; Mandy Christmas regarding 8517 Bellfast St., New Orleans, LA 70118; Rebecca Barber regarding 1235 Tupelo St., New Orleans, LA 70117; Mildred Anderson regarding 8219 Hickory St., New Orleans, LA 70118; Jerry Brodigan regarding 31078 Cypress St., Lacombe, LA 70445; John Saussaye regarding 5789 Vermillion Blvd., New Orleans, LA 70122; Dorothy Mason regarding 6313 Law St., New Orleans, LA 70117; Roslyn Diggs regarding 7800 Sun St, New Orleans, LA 70128; Warrenton Bacon regarding 2825 Mistletoe St., New Orleans, LA 70118; Patricia Guy regarding 8821-23 Bunker Hill Road, New Orleans, LA 70127; Gwendolyn Alexander regarding 2757 Edna St., New Orleans, LA 70126; Mary Harris-Savoie regarding 1634 Flanders Street, New Orleans, LA 70114; Raymond Washington regarding 2634-36 Republic St, New orleans, LA 70122; Paul Davis regarding 5519 Burgundy Street, New Orleans, LA 70117; Dumetra Hall, Jerome Beaulieu regarding 1927 Mazant St., New Orleans, LA 70117; Abigail Washington, John J. Washington regarding 7710 Pebble Dr., New Orleans, LA 70128; Shanita Patterson regarding 11 Assumption Place, New Orleans, LA 70129; James Johnson, Johnson, Patricia regarding 3017 Spain Street, New Orleans, LA 70122; Stephanie Williams, William, Tyrone regarding 8001 Dwyer Road, New Orleans, LA 70126; Shirley Johnigan regarding 2647 New Orleans St., New Orleans, LA 70119; Delrine Autin, Gerald Autin regarding 1008 Ave. A, Marrero, LA 70072; Keiffer Gatlin,

Toya Gatlin regarding 7575 Elmdale Rd., New Orleans, LA 70127; Shelita Hunt regarding 14606 Beckman, New Orleans, LA 70128; Ruby Lee White regarding 2541/43 Agriculture St., New Orleans, LA 70122; Kandee Santa Marina regarding 107 Liberty Terrace Dr., New Orleans, LA 70126; Linda McField regarding 1639 Charbonnet St., New Orleans, LA 70117; Audrey Maurice regarding 2417/19 N. Dorgenois St., New Orleans, LA 70119; Chandra Talley-Parker regarding 1949 Industry St., New Orleans, LA 70119; Cherie Davis regarding 2204 Walkers Ln., Meraux, LA 77075; Maple Storey regarding 6701 W Laverne St, New Orleans, LA 70126; Mathilda Smith regarding 2220/22 Bartholomew St., New Orleans, LA 70117; Marlon Parker regarding 6031 North Roman St., New Orleans, LA 70117; Terry Garibaldi regarding 6422 Arts St., New Orleans, LA 70122; Lynette Boutte regarding 1831 Kerlerec St., New Orleans, LA 70116; Haden Brown regarding 2218 Flood St., New Orleans, LA 70117; Karen Lewis, Emma Gauthier regarding 2542 Benton St., New Orleans, LA 70117; Annie Brown regarding 2723 Allen St., New Orleans, LA 70119; Ruth Watson regarding 1742 Deslonde Dr., New Orleans, LA 70117; Levy Joseph, Linda Joseph regarding 3042 Casimere St., New Orleans, LA 70131; Wayne Parker, Chevelle Parker regarding 4915 Pentland Dr., New Orleans, LA 70128; Eleanor Donatto regarding 4801 Gallier Dr., New Orleans, LA 70126; Eunice Drummonds, Freddie Drummonds regarding 6405 1st St., Violet, LA 70092; Edrina Jackson regarding 2228 Cadiz St., New Orleans, LA 70115; Shareen Magee regarding 5322 N. Roberson St., New Orleans, LA 70117; Patricia Thompson, Betty Belcher regarding 2513 Tennessee St., New Orleans, LA 70117; Lawrence Rout regarding 4509 Mendez St., New Orleans, LA 70126; Tayari Parker, Terry Joseph regarding 2534 Sage St., New Orleans, LA 70122; Andrea Lee-Carter

regarding 1613 Armagh Drive, Marrero, LA 70072; Beulah Moses regarding 6216 Douglas St., New Orleans, LA 70117; Donna Gulotta regarding 6543 Vicksburg St., New Orleans, LA 70124; Nicole Harris regarding 3512 Shannon Dr., Violet, LA 70092; Paula Charles, Webber Charles regarding 7550 Pineridge St., New Orleans, LA 70128; Cheryl Slack regarding 6324/26 Dauphine St., New Orleans, LA 70117; Carlette Smith, Gary Smith regarding 4849/51 Lynhuber Dr., New Orleans, LA 70126; Carlette Smith, Gary Smith regarding 7631 Mercier St., New Orleans, LA 70128; Sharlene Bush, Roland Alveris regarding 2408 St. Paul Court, Violet, LA 70092; Ruben Julian, Julian Darell regarding 3629/3631 Bruxelles Street, New Orleans, LA 70122; Geraldine Lumar, Raymond Lumar regarding 3034 Hamilton Street, New Orleans, LA 70118; Abraham Pena, Maura Pena regarding 6127 Catina Street, New Orleans, LA 70124; Henry Gaspard regarding 4933 Rosalia Drive, New Orleans, LA 70127; Mary Bullard regarding 4806/4808 Allen Street, New Orleans, LA 70122; Collins Phillips, Shelia Phillips regarding 5700 Burgundy Street, New Orleans, LA 70117; Antentine Starks regarding 2621 Caffin Ave, New Orleans, LA 70117; Carolyn Hasan regarding 7541 Means Ave., New Orleans, LA 70127; Pearl Jackson regarding 1622 Clouet St., New Orleans, LA 70117; Larry Williams, Namoi Williams regarding 5804 N. Galvez St., New Orleans, LA 70117; Larry Williams, Namoi Williams regarding 3229 Perdido St., New Orleans, LA 70119; Brigitte Dorberth regarding 2520 Maureen Lane, Meraux, LA 70075; Catherine Scott regarding 5917 Denny St., New Orleans, LA 70126; Ruby Farley, Earl J Farley regarding 13646 Explorers Ave., New Orleans, LA 70129; Shelia Ceasar regarding 1729 Port St., New Orleans, LA 70117; Sylvia Smith regarding 3922 Odin St., New Orleans, LA 70126; Maggie Phillips regarding 5839 Law St., New Orleans, LA 70117; James

Jackson regarding 3410 Clermont Dr., New Orleans, LA 70122; Danna Smith, Annie Smith regarding 8941 Morrison Rd., New Orleans, LA 70127; Mark Lawes, Claudell Lawes-Journee regarding 4938 Venus St., New Orleans, LA 70122; Brenda Clavo, Matthew J. Clavo regarding 1927 Congress St., New Orleans, LA 70117; Sidney Billiot, Betty Billiot regarding 2417 Plaza Dr., Chalmette, LA 70433; Rosemary Coldman regarding 2404 Tupelo St., New Orleans, LA 70117; Patricia Crumedy regarding 3464 Derby Pl., New Orleans, LA 70119; Lois Holland, Roy Holland regarding 1134 Tupelo St., New Orleans, LA 70117; Norma Miranda regarding 3112 Moss Ln., Violet, LA 70092; Barbara Hunter regarding 4217 Walmsley Ave., New Orleans, LA 70125; Betty Barnes, Donnie Barnes regarding 7511 W. Sardy Cove Dr., New Orleans, LA 70128; Linda Dillon regarding 6525 Dorrian St., New Orleans, LA 70126; Charlain Hubbard regarding 6076/6078 Wilton St., New Orleans, LA 70122; Joy Spooner regarding 5768 Warrington Dr., New Orleans, LA 70122; Edwina Smith regarding 4337 Jean Marie Place, New Orleans, LA 70122; Thomas Dunn regarding 1024 Delaronde St., New Orleans, LA 70114; Thomas Dunn regarding 931 Patterson St., New Orleans, LA 70114; Beaulah Veals regarding 4400 Eastview Dr., New Orleans, LA 70126; Sheilita Burnett regarding 2742 Gladiolus St., New Orleans, LA 70122; Esmy Lafrance regarding 4626-28 Bonita Drive, New Orleans, LA 70126; Cynthia Caliste regarding 9862 E. Wheaton Circle, New Orleans, LA 70127; Edna Adams, Lawrence Adams regarding 2245 Prentiss Ave., New Orleans, LA 70122; Kevin McKennie regarding 8821 Stroelitz St., New Orleans, LA 70118; Milton Carr, Deandra Carr regarding 1840 Lamanche St, New Orleans, LA 70117; Don Neville regarding 2300 Lizardi St., New Orleans, LA 70117; TroyAnn LaFrance, Charles LaFrauce regarding 3139 & 3141 Clouet, New Orleans, LA

70126; James Brousse regarding 19329 Chef Menteur Hwy, New Orleans, LA 70129; Lois Swaney regarding 7649 Jonlee Dr., New Orleans, LA 70128; Maythel Gardner, Ike Gardner regarding 2313 Kerlerec St., New Orleans, LA 70119; Qiana Person, Darryl regarding 4527 Majestic Oaks Dr., New Orleans, LA 70126; Leo Quezergue regarding 4802 St. Anthony Ave, New Orleans, LA 70122; Herbert Bartholomew regarding 1620 & 1622 Painters St., New Orleans, LA 70117; Ladoryz Mclin regarding 5812 Whipple St., New Orleans, LA 70117; Ella Rhone regarding 6540 Harbourview Dr., New Orleans, LA 70127; Ella Rhone regarding 7060 Barrington Ct, New Orleans, LA 70127; Michelle Young regarding 7136 East Laverne, New Orleans, LA 70126; Nathaniel Pierce regarding 1433 Spain st., New Orleans, LA 70117; Charles Harris regarding 2312 Caffin Ave., New Orleans, LA 70117; Reginald Daniels regarding 14545 Tilbury Rd., New Orleans, LA 70128; John Bradstreet regarding 9423 Forshey St., New Orleans, LA 70118; Frances Osborne regarding 1014/1016 Montegut St., New Orleans, LA 70117; John Adams regarding 7537 Dominique Pl., New Orleans, LA 70129; Georgia Slaughter regarding 2029 Lizardi St, NEW ORLEANS, LA 70117; Sylvia Brown regarding 4934 Laine Ave., New Orleans, LA 70126; Michelle White-Barbarin regarding 3929 Franklin Ave, New Orleans, LA 70122; Rickey Walker, Denithea Walker regarding 5601 Norgate Dr., New Orleans, LA 70127; Edward Francis regarding 3108 Annette St., New Orleans, LA 70122; Josephine Butler regarding 2310 Delery St., New Orleans, LA 70117; Audrey Clements regarding 2112 Walkers Lane, Meraux, LA 70075; Mary Hampton regarding 5660 New England Dr., New Orleans, LA 70129; Henry Irvin regarding 1840/1842 Gordon St., New Orleans, LA 70117; Henry Irvin regarding 5917 & 5919 N. Claiborne Ave, New Orleans, LA 70117; Shannon Richard regarding 7531 Dearborn Rd., New

Orleans, LA 70127; Deloris Spurlock regarding 7331 Weaver Avenue, New Orleans, LA 70127; D'Lise Doss regarding 14082 Partridge, New Orleans, LA 70128; Judith Conner regarding 2559/2561 Valence St., New Orleans, LA 70115; Elvera Gould regarding 2306 Louisa St., New Orleans, LA 70117; Lavern Hollmon regarding 1364 St. Denis St., New Orleans, LA 70122; John Ivory regarding 5222 Mandeville St., New Orleans, LA 70122; Barbara Hamilton regarding 4719 Pineda St., New Orleans, LA 70126; Leola Bonner regarding 6403 Baccich St., New Orleans, LA 70122; Mohammed Samad, Asmathimnis Zakirisnis, Khaza Khan regarding 2404 Cora Ann St, Violet, LA 70043; Tom Russo, Kristine Russo regarding 1511 19th Ave., Gulfport, MS 39501; Gerlinda Paige regarding 7817 LaCombe st., New Orleans, LA 70127; Bernadine Darby regarding 6318 N. Tonti St., New Orleans, LA 70117; Cheryl Bell regarding 2305/07 Tricou St., New Orleans, LA 70117; Erlinda Pembrick, Kevin Quezaire regarding 313 Chinchilla Dr., Arabi, LA 70032; Gloria Gordon regarding 5210 Warrington Dr., New Orleans, LA 70127; Wendell McElveen, Patricia McElveen regarding 2220 Lizardi St., New Orleans, LA 0; Eddie Smith, Vanessa A. Smith regarding 1777-79 Rousselin Dr, New Orleans, LA 70119; Eddie Smith, Vanessa A. Smith regarding 2309-2311 Bienville Ave, New Orleans, LA 70119; Eddie Smith regarding 2228-30 1/2 Ursuline St, New Orleans, LA 70119; Eddie Smith, Vanessa A. Smith regarding 3521-27 Delchaise St, New Orleans, LA 70125; Eddie Smith, Vanessa Smith regarding 2711 & 11 1/2-13 Marengo St, New Orleans, LA 70115; Joseph Graham, Dianna R. Graham regarding 4627 Cardenes Dr., New Orleans, LA 70127; Untrell Nicholas regarding 3234 Peoples Ave., New Orleans, LA 70122; Marilyn Mouton regarding 3026 St. Roch Ave., New Orleans, LA 70122; Mike Jenkins regarding 9933 E. Wheaton Circle, New Orleans, LA 70127; Sylvia Marrero regarding

2757 Treasure St., New Orleans, LA 70122; Florida Hargrove regarding 1828 St. Ferdinand St., New Orleans, LA 70118; Bobbie Seymour regarding 2308 Bartholomew St, New Orleans, LA 70117; Pamela Cash regarding 2018/20 Marigny St., New Orleans, LA 70117; Barbara Price regarding 1514 Bartholomew St., New Orelans, LA 70117; Earlean Wilson regarding 2832 /34 Broadway St., New Orleans, LA 70125; Terry Brumfield regarding 7538 Devine Ave., New Orleans, LA 70117; Danette Morrison, Derrick Morrison regarding 4905/07 Loyola St., New Orleans, LA 70115; Don Palmer, Troylyn Billew Palmer regarding 4015 Claiborne Ave., New Orleans, LA 70117; Melvin Landor, Deborah P. Landor regarding 10101 Boulevard Way, New Orleans, LA 70127; Yola Fortin regarding 5158 Cameron Blvd., New Orleans, LA 70122; Inez Lewis regarding 4978 Kendall Dr., New Orleans, LA 70126; Kevin Hawkins regarding 4738 Venus St., New Orleans, LA 70122; Dawn Carr regarding 5111 Kendall Dr., New orleans, LA 70126; Alan Boisdore regarding 7949 Alabama St., New orleans, LA 70126; Willie Bridges regarding 2528 Gallier St., New orleans, LA 70117; Edith Kennedy regarding 2320 Clouet St., New orleans, LA 70117; Lorraine Bowman regarding 2627 St. Ann St., New Orleans, LA 70119; Robin Mahoney regarding 1512 Lamanche St., New Orleans, LA 70117; Marie McCray regarding 2336 Marengo St., New Orleans, LA 70115; Kimberly Smith regarding 4924 Feliciana Dr., New Orleans, LA 70126; Kenneth Gable, Marlene Gable regarding 3903 Virgil Blvd., New Orelans, LA 70122; Shelagh Gregory-Steckel regarding 2219 S. Salcedo, New Orleans, LA 70125; Calvin Turnbough regarding 2345 Angry St., New Orleans, LA 70117; Andrelnel Lewis regarding 6130 N. Galvez St., New Orleans, LA 70117; Mary Napoleon regarding 1227 Tupelo, New Orleans, LA 70117; Janet Shelling, David Shelling regarding 5929 Painters Street, New

Orleans, LA 70122; Ruby Banks regarding 1828 Alvar Street, New Orleans, LA 70117; Byron White regarding 2467 N Galvez, New Orleans, LA 70117; Laurence Day regarding 2120 Metropolitan St., New Orleans, LA 70126; Carolyn Boudreaux regarding 7054 Northgate Drive, New Orleans, LA 70128; Reginald Caston regarding 3212 Hamilton St., New Orleans, LA 70118; Gail Herbert regarding 215 Warrington Dr., New Orleans, LA 70122; Brenda Ashford regarding 7400 Willowbrae, New Orleans, LA 70127; Djuan Brady regarding 5348 Pasture Blvd, New Orleans, LA 70122; Claude Isidore regarding 16251 Hwy 15, Davant, LA 70082; Charles Pellebow regarding 1514 St. Maurice Ave., New Orleans, LA 70117; Margaret Lucas regarding 4223 Jumonville St., New Orleans, LA 70122; Margaret Lucas regarding 4229-31 Jumonville St., New Orleans, LA 70122; Ruben Watts regarding 2464 Athis St., New Orleans, LA 70122; Dionne Myles regarding 6727 Foch Rd., New Orleans, LA 70126; Joseph Tramontana regarding 106 E. 2nd St., Pass Christian, MS 39571; Lionel Hunter regarding 4120 Gibson St., New Orleans, LA 70122; Earnestine Lewis, Edwin E. Lewis regarding 13061 Ashland Dr., New Orleans, LA 70128; Vincent Giuffre, In care of Richard Kohnke regarding 5125 Lakeview Ct., New Orleans, LA 70126; Wilfred Griffin regarding 7455 Garfield St., New Orleans, LA 70118; Virginia Rounds regarding 7439 Garfield St., New Orleans, LA 70118; Lisa Alfred regarding 4775 Marque Dr., New Orleans, LA 70127; Patricia Robertson regarding 7221 E. Renaissance Ct., New Orleans, LA 70128; Lynette Green regarding 1337 Deslonde St., New orleans, LA 70117; Thomas Rhodes regarding 57 Norton St., Westwego, LA 70094; Debra Esteen regarding 7615 Le High St, New Orleans, LA 70127; Leonard Ceasar regarding 5821 Congress Dr., New Orleans, LA 70126; Regina Steward regarding 4834 Nighthart Dr., New Orleans, LA 70127; Charles

Keys regarding 9840 Andover, New Orleans, LA 70127; Jennifer McDonald regarding 2759 Conti st., New Orleans, LA 70119; Donna Williams regarding 4351 Kennon Ave., New Orleans, LA 70122; Tannor Hills regarding 3432 Clara St, New Orleans, LA 70116; Lois Adams regarding 1526 Rousselin Dr., New Orleans, LA 70119; Maurine Gordon regarding 7240 Bullard Ave., New Orleans, LA 70128; Charles Leach regarding 3606 Toledano St, New Orleans, LA 70125; Charles Leach regarding 3616-3618 Toledano, New Orleans, LA 70125; Charles Leach regarding 3624-3626 Washington Ave, New Orleans, LA 70125; Charles Leach regarding 3620-3622 Toledano St, New Orleans, LA 70125; Charles Leach regarding 3620-22 Washington, New Orleans, LA 70125; Barbara Davillier regarding 1720-22 Sere St., New Orleans, LA 70122; Patricia Watts regarding 5819 Painters St, New Orleans, LA 70122; Bernice Kindred regarding 242 2nd St., Westwego, LA 70094; Henry Merridith regarding 5116 Bayview Ct, New Orleans, LA 70126; Charles Richard regarding 1068 Candlelight Dr, Marrero, LA 70072; Tyronne Bonner, Bridget Bonner regarding 633 France St, New Orleans, LA 70117; Rosie Guillemet regarding 5014 Chatres St, New Orleans, LA 70117; Juanita Charles regarding 5553 Cameron Blvd, New Orleans, LA 70122; Carol Gray regarding 2706-2708 Cambronne St., New Orleans, LA 70118; Felicia Gray regarding 6301 N. Dorgenois St., New Orleans, LA 70117; Christine DeCuir regarding 5332 Douglass St., New Orleans, LA 70117; George Chatters, Shirley Bougere Chatters regarding 7065 Warfield St., New Orleans, LA 70126; Barnard Ansardi regarding 311 W St Jean Baptiste, Chalmette, LA 70043; Grace Duchmann regarding 2224 Jacob Dr., Chalmette, LA 70043; Charlie Hutton regarding 2636 Piety St., New Orleans, LA 70117; Troy Scott regarding 3719-21 Encampment St, New Orleans, LA 70122; James Turner regarding 5177 Feliciana Dr.,

New Orleans, LA 70126; Yolanda Sears regarding 6314 General Pershing St, New Orleans, LA 70125; Rosa Mae Hughes regarding 4232 Jumonville St., New Orleans, LA 70122; Dave Smith, Vera Smith regarding 4790 Gawain Way, New Orleans, LA 70126; Benjamin Mack regarding 2060 Carnot St., New Orleans, LA 70122; Willhelmenia Johnson regarding 6900 Dorian St, New Orleans, LA 70126; Ronald Miller, Dorothy Elaine Miller regarding 5331 East Idlewood Ct, New Orleans, LA 70128; Mary Johnson regarding 4919 Eunice Dr, New Orleans, LA 70127; Pearl Ellis regarding 5456 N Derbigny St, New Orleans, LA 70117; Deborah Nocentelli regarding 2028 Benefit St, New Orleans, LA 70122; Carmen Schnyder-Owens, Dale Owens regarding 719 N Dorgenois St & 2600 St Ann St, New Orleans, LA 70119; Leo Green, Rose M Green regarding 4213 Encampment St, New Orleans, LA 70122; Felicia Dumas regarding 9227 Forshey St, New Orleans, LA 70118; Georgiana Gray regarding 5011 Chartres St, New Orleans, LA 70117; Ramona Sanchez regarding 2159 N. Tonte St, New Orleans, LA 70119; Angela Bell regarding 4811 Deanne St, New Orleans, LA 70126; Waveland Trufant regarding 1536-38 Painters, New Orleans, LA 70117; Richard Rodriguez regarding 2911-13 Bruxelles St, New Orleans, LA 70119; Linda Potts regarding 829 Sister St., New Orleans, LA 70117; Jacqueline Esco regarding 1323 Pauline St., New Orleans, LA 70117; Charles Norman regarding 2132/34 St. Roch St., New Orleans, LA 70117; Susan Jackson regarding 5304 Wildair Dr., New Orleans, LA 70122; Cecilia Young regarding 5435/37 N. Roman St., New Orleans, LA 70117; Joyce Adams, Frank Anderson regarding 3810/12 Bienville St., New Orleans, LA 70119; Althea Burke, Frank Burke regarding 2358/60 Treasure St., New Orleans, LA 70122; Joseph Gardner, Rita Gardner regarding 9204 Stroelitz St., New Orleans, LA 70118; Latifa Poche regarding

4513-15 1/2 S Tonti St, New Orleans, LA 70125; Clarence Baptiste, Josephine C. Baptiste regarding 4820 N Prieur St, New Orleans, LA 70117; John Charles regarding 828-30 Lizardi St, New Orleans, LA 70117; John Charles regarding 5445 N. Claiborne Ave, New Orleans, LA 70117; Carol Brown regarding 2135 Flood St, New Orleans, LA 70117; Alice Collins regarding 2425 Eads St, New Orleans, LA 70117; Gladys Combre, Lucien W Combre regarding 5068 Press Dr, New Orleans, LA 70126; Mildred Brown regarding 4301 A & B Reynes St, New Orleans, LA 70126; Wilhelmina Alexander, Calvin Alexander regarding 5509 Warrington Dr, New Orleans, LA 70122; Cynthia Daniel regarding 7150 Foch Rd, New Orleans, LA 70126; Betty Thomas regarding 4926 Gabriel Dr, New Orleans, LA 70127; Rose Landry regarding 3444/46 Livingston St., New Orleans, LA 70118; Rose Landry regarding 2919/21 Audubon St., New Orleans, LA 70118; Mary Roberts, Leander J. Roberts Jr. regarding 4 Curtis Dr, New Orleans, LA 70126; Ward McClendon regarding 526 Caffin Ave., New Orleans, LA 70117; Eloise Williams regarding 10231 Deerpark Blvd., New Orleans, LA 70127; Aaron McLin, Kathleen McLin regarding 1627 Tricou St., New Orleans, LA 70117; Gertrude LeBlanc regarding 1738 Tennessee St., New Orleans, LA 70117; Freddie Johson regarding 2623 Tupelo St, New Orleans, LA 70117; Pamela Parker-Coleman regarding 7048 Barrington Ct, New Orleans, LA 70128; Donald Knox regarding 4620/22 Lynhuber Dr, New Orleans, LA 70126; Terry Jackson, Joyce S Jackson regarding 5439 Marais St, New Orleans, LA 70117; Bruce Jackson regarding 1816 Deslonde St, New Orleans, LA 70117; Leroy Palmer regarding 324 Delery St., New Orleans, LA 70117; Rosemary Taplette regarding 3151 N Prieur St, New Orleans, LA 70117; Roy Rogers regarding 2342-44 Alabo St, New Orleans, LA 70117; Troy Alvis, Kiyona Alvis regarding 4714

Eastview Dr., New Orleans, LA 70126; Lorena Dillon regarding 2438 Tennessee St., New Orleans, LA 70117; Alice Davis regarding 4830 Deanne St., New Orleans, LA 70126; JoAnn Johnson regarding 7441 Shaw Ave., New Orleans, LA 70127; Michael Johnson, Kim Johnson regarding 1822 Andry St., New Orleans, LA 70117; Josie Calhoun, Jane Bienemy, Ardith Innis, Joseph Addison regarding 6538 Jules Brown St., Violet, LA 70092; Janice Richard, Kevin Richard regarding 2060 Heather Ln, New Orleans, LA 70127; Joyce Matthews regarding 7549 Elmdale, New Orleans, LA 70127; Danita Ervin regarding 6325 Chartres St., New Orleans, LA 70117; Katie Jones-Cenance regarding 4317 Stephen Girard Ave., New Orleans, LA 70126; Pamela Stern, Eric Stern regarding 5422 N. Robertson St., New Orleans, LA 70117; Darrell Heim regarding 1336 Lochmand Dr., Harvey, LA 70058; Catherine Narcisse regarding 2217-19 Palmyra, New Orleans, LA 70119; Sinclair Neyland-Langford regarding 5442/44 Urquhart St., New Orleans, LA 70117; James Washington regarding 2401 Mazant St., New Orleans, LA 70117; George Lee, Izonia Lee regarding 1944 Tennessee St., New Orleans, LA 70117; Alvarnette Washington regarding 2340 Tupelo St., New Orleans, LA 70117; Alex Sykes, Bionca Sykes regarding 5627 Hempstead Rd., New Orleans, LA 70127; Thelma Green regarding 8930 Olive St., New Orleans, LA 70118; Beatrice Lee regarding 3027 N. Claiborne Ave., New Orleans, LA 70117; Carlton Fontenot, Olivia Fontenot regarding 5307 Wickfield Dr., New Orleans, LA 70122; Alton Rousseve regarding 1634 N. Villere St., New Orleans, LA 70116; Lorie Heim regarding 5507 Warrington Dr., New Orleans, LA 70122; Leo Gant, Mary E. Gant regarding 2657 Acacia St., New Orleans, LA 70122; Brenda Packnett regarding 2712 Pressburg St., New Orleans, LA 70122; Elois Teno regarding 2032 Tennessee Street, New Orleans, LA 70117; Yolanda Helaire regarding

7340 Symmes Avenue, New Orleans, LA 70127; Carol Roche regarding 1906 North Tonti, New Orleans, LA 70119; Scharmaine Payne, Ivan Payne regarding 2109 Willow Street, New Orleans, LA 70113; Melvin Jones, Helena Jones regarding 5917 Campus Blvd., New Orleans, LA 70126; Joann Davis regarding 2643/45 St. Peter St., New Orleans, LA 70119; Earl Barthe, Louise Barthe regarding 2026/28/28 1/2 Frenchmen St., New Orleans, LA 70119; Michelle Young regarding 300 Simmon Dr., New Orleans, LA 70126; Cassandra Holliday, Rosalie Holliday regarding 5927 Elysian Fields Ave., New Orleans, LA 70122; Brenda Galle-Harris, Ronald Harris regarding 5311 Glouster Rd., New Orleans, LA 70124; Jimmie Moliere, Sabine Moliere regarding 17703 LA HWY 15 River Road, Pointe-Ala Hache, LA 70082; MAGGIE ERVIN regarding 4946/48 RHODES DR, NEW ORLEANS, LA 70126; Joseph Davis regarding 2531/33 Jasmine St., New Orleans, LA 70122; Nelson August regarding 1816 Mazant St., New Orleans, LA 70117; Lee Roy Logan, Joann Logan regarding 8140 Curran Rd., New Orleans, LA 70126; Pauline Jones regarding 2426/28 Delachaise St., New Orleans, LA 70115; Bokio Johnson regarding 3837 Virgil Blvd., new orleans, LA 70122; Joan De'Mesme regarding 2524 Lamanche St., New Orleans, LA 70117; John Williams regarding 1303 S. Genois St., New Orleans, LA 70125; Eola Adams, Leroy Adams regarding 2326 Desire St., New Orleans, LA 70117; Vera McGuire regarding 2725 Amelia St., New Orleans, LA 70115; Glenn Daniels, Paulette W. Daniels regarding 1008 Forstall St., New Orleans, LA 70117; Yvonne Williams regarding 4132 Elba St., New Orleans, LA 70125; Miriam Young regarding 2313 Flood St., New Orleans, LA 70117; Ray Byrd regarding 9319 Stroelitz St., New Orleans, LA 70118; Mary Alexander regarding 8012 Mercier St., New Orleans, LA 70128; Cardell Barbarin, Chastity Barbarin regarding 414 Tupelo St., New Orleans,

LA 70117; Rozitta Johnson, Lola Johnson regarding 3420 Drydes St., New Orleans, LA 70115; Aubrey Bastian regarding 5705 Lafaye St, New Orleans, LA 70122; Edward Johnson, Lovida M. Johnson regarding 4239/41 Alfred St., New Orleans, LA 70122; Larry Lawson, Nometta Lawson regarding 5513 Patio Way, New Orleans, LA 70129; Yvonne Khan regarding 2313 River Queen Dr., Violet, LA 70092; Mildred Victorian regarding 3961 Louisiana Ave., New Orleans, LA 70125; Ophelia Brooks, Darnell Brooks regarding 4752 Shalimar Dr., New Orleans, LA 70126; Elton Davis, Robin Williams-Davis regarding 4814 Louisa Dr., New Orleans, LA 70126; Agnes Sherman regarding 2235 N. Miro Street, New Orleans, LA 70122; Norman Henry, Theresa Henry regarding 8000 Edgelake Ct., New Orleans, LA 70126; Milton Batiste regarding 4531 Dotd, New Orleans, LA 70126; Janice Lee, McAllister Lee regarding 1616 Reynes, New Orleans, LA 70127; Theresa Fields regarding 2469 Dreux Ave., New Orleans, LA 70122; Jean Turner regarding 1891 N. Miro St., New Orleans, LA 70119; Christine Williams regarding 333/35 N. Tonti St., New Orleans, LA 70119; Linda Foster regarding 7510/12 W. Laverne St., New Orleans, LA 70126; Verna Lloyd regarding 3541 Touro St., New Orleans, LA 70122; Paul Buisson, Cheryl B. Buisson regarding 5325 Wingate, New Orleans, LA 70122; Darrell Walker regarding 4320 Paris Ave., New Orleans, LA 70122; Roger Mazique regarding 2401 Lamanche St., New Orleans, LA 70117; Richard Patin, Joy R. Patin regarding 6076/78 St. Anthony Ave., New Orleans, LA 70122; Richard Patin, Joy R. Patin regarding 6084/86 St. Anthony Ave., New Orleans, LA 70122; Carol Blossom regarding 2661 Jonquil St., New Orleans, LA 70122; Brenda Jefferson, Mathew Jefferson regarding 1904/06 LaManche St., New Orleans, LA 70117; Larry Payne regarding 500 Westwego Ave., Bridge City, LA 70094; Debra Jones, Alvin M. Jones, III

regarding 2104 Despaux Dr., Chalmette, LA 70043; Alma Lucas regarding 1628 Felciana St, New Orleans, LA 70117 against Defendant Louisiana Citizens Property Insurance Corporation, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __5th__ day of _____January_____, 2009.

_____
United States District Judge