UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

**************************************************
PERTAINS TO:

INSURANCE 07-3393 (Garrison v. Allstate)
**************************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiff, Suzanne Garrison, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 5th day of January, 2009.

_____
HONORABLE STANWOOD R. DUVAL, JR.