UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K"(2) |
| | * | JUDGE: DUVAL SECTION: "K" |
| FILED IN: 06-8674 | * | MAGISTRATE: 2 JUDGE: WILKINSON |
| PERTAINS TO: INSURANCE LICIA DUFFY, wife of/and TERRENCE DUFFY, SR. v. LARRY ORLANDO and ALLSTATE INSURANCE COMPANY | * * | |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that all claims that were or may have been asserted herein by Licia Duffy and Terrance Duffy, Sr., against Allstate Insurance Company are hereby dismissed with full prejudice, with each party to bear their own court costs.

THUS DONE AND SIGNED AT ___New Orleans___, Louisiana this __5th__ day of __January__, 2009

_____
UNITED STATES DISTRICT JUDGE

3