UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: BARGE**<br><br>*Boutte v. Lafarge*       05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*           07-5178 | CIVIL ACTION<br><br>Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the attached and foregoing Stipulation, it is hereby ORDERED that the allegations brought in the Barge Litigation Track by the following persons are hereby dismissed without prejudice, each party to bear its own costs, fully reserving any and all rights, remedies and causes of action held by persons not named herein, and expressly reserving unto all persons named herein all rights, remedies and causes of action held by persons presently putative Barge class members in the Barge Litigation Track.

*Benoit* Plaintiffs (Civil Action No. 06-7516):

Albertine Browder
Gaynell Browder
Tom Browder
Myrna Daniels, individually and as natural tutrix of Keina Daniels
Joyce B. Matthews
Hyman Sheppard
Michael Watts

*Parfait* Plaintiffs (Civil Action No. 07-3500) dually represented by the Barge PSLC:

Wilson Simmons
Daniel Davis
Tammy McFarland
Artis Ulmer, Jr.
William Hunter
Charles Harris

New Orleans, Louisiana, this 5th day of _____January_____, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge