# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Gary Barnes regarding 7708 Mayo Blvd., New Orleans, LA 70126; Janice Santiago regarding 1820 Massicot Rd., St. Bernard, LA 70085; Linda Smith regarding 5001 N. Prieur St, New Orleans, LA 70147; Lelia Williams regarding 4450 Kennon Ave, New Orleans, LA 70122; WINIFRED HYMEL, MRS. FRANCIS J. HYMEL regarding 5749 ST. ANTHONY AVE., NEW ORLEANS, LA 70122; Meredith Tillman regarding 4241 Hamilton St., New Orleans, LA 70118; EVELYN ADDISON regarding 2609 Frenchman Street, New Orleans, LA 70119; Tyrone Bachemin, Zenobia Bachemin regarding 5726 Chamberlain Drive, New Orleans, LA 70122; Manervia Calhoun, Ida Mae Gollins regarding 1817/19 Congress St., New Orleans, LA 70117; LUCILLE STEVENSON regarding 4114 N. ROBERTSON ST., NEW ORLEANS, LA 70117; Oscar Farinas, Cynthia M. Farinas regarding 5967 Jamison St., New Orleans, LA 70126; Booker Quinn regarding 1760 Pratt Dr., New Orleans, LA 70122; Willie Franklin, Junedale Franklin Mitchell regarding 2672 New Orleans St., New Orleans, LA 70119; Glen Anderson regarding 5508 & 5510 Arts St., New Orleans, LA 70122; Joseph Broussard, Theresa R. Broussard regarding 3115 Marigny St., New Orleans, LA 70122; Mary Honore regarding 1907 Caffin Ave., New Orleans, LA 70117; Sylvania Barnett regarding 3034 North Claiborne Ave, New Orleans, LA 70117; Joseph Noel, Edna Noel regarding 801 Tupelo, New Orleans, LA 70117; Estell Duncan-Batiste regarding 6328 & 6330 Burgundy St., New Orleans, LA 70017; Linda Lobre regarding 2008 Egret Dr., St. Bernard, LA 70085; Gladys Joseph regarding 284 |

E. 14th St., Reserve, LA 70084; Barbara Gillard regarding 3300 Clermont Dr., New Orleans, LA 70122; Dionne Summers-Ford regarding 6745 Dorian St., New Orleans, LA 70126; Sandra Gabriel regarding 2676 Gladiolus St., New Orleans, LA 70122; Corliss Felix regarding 2739 Aubry St., New Orleans, LA 70119; Tony Banks, Doris F. Banks regarding 4725 Congress Dr., New Orleans, LA 70126; Cheryl Mushatt, Jenell Haley, Cheryl Haley regarding 7501 Karen Ln., New Orleans, LA 70126; Donna Miller regarding 6980 Ridgefield Dr., New Orleans, LA 70128; Kenneth Walter regarding 11251 N. Idlewood Ct., New Orleans, LA 70128; Bettie Martin regarding 1512 Lancaster Dr., Marerro, LA 70072; Lasandra Dudley regarding 8731-33 Curran Blvd., New Orleans, LA 70127; Joseph Pleasant regarding 11409 Maxine Dr., New orleans, LA 70128; Gillian Knowles regarding 7050 Edgefield Dr., New Orleans, LA 70128; Anthony Thompson regarding 5312 Wildair Dr., New Orleans, LA 70122; Vendora Thomas, Donald R. Thomas regarding 4210 S. Johnson St., New Orleans, LA 70125; Naresh Chawla, Joyce Chawla regarding 7110 Parkside Ct., New Orleans, LA 70127; Geneva Coleman regarding 1300 & 1302 Clouet St., New Orleans, LA 70117; Mabel Theard regarding 3009 Annette St., New Orleans, LA 70122; Esther Balanciere regarding 921 & 923 N. Prieur St., New Orleans, LA 70116; Kendall Banks regarding 5553 Pasteur Blvd., New Orleans, LA 70122; Maria Gore, Angela Isabell regarding 6338 Louis XIV, New Orleans, LA 70124; Milton Coulon Jr., Barbara P. Coulon regarding 5008 Warrington Dr., New Orleans, LA 70122; Patrice Brister, Jeremy Brister regarding 4690 Arthur Dr., New Orleans, LA 70127; Kathaleen Singleton regarding 6601 Coveview Ct, New Orleans, LA ; Merrial Williams regarding 4612 Virgilian St, New Orleans, LA 70126

## **ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of

Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Gary Barnes regarding 7708 Mayo Blvd., New Orleans, LA 70126; Janice Santiago regarding 1820 Massicot Rd., St. Bernard, LA 70085; Linda Smith regarding 5001 N. Prieur St, New Orleans, LA 70147; Lelia Williams regarding 4450 Kennon Ave, New Orleans, LA 70122; WINIFRED HYMEL, MRS. FRANCIS J. HYMEL regarding 5749 ST. ANTHONY AVE., NEW ORLEANS, LA 70122; Meredith Tillman regarding 4241 Hamilton St., New Orleans, LA 70118; EVELYN ADDISON regarding 2609 Frenchman Street, New Orleans, LA 70119; Tyrone Bachemin, Zenobia Bachemin regarding 5726 Chamberlain Drive, New Orleans, LA 70122; Manervia Calhoun, Ida Mae Gollins regarding 1817/19 Congress St., New Orleans, LA 70117; LUCILLE STEVENSON regarding 4114 N. ROBERTSON ST., NEW ORLEANS, LA 70117; Oscar Farinas, Cynthia M. Farinas regarding 5967 Jamison St., New Orleans, LA 70126; Booker Quinn regarding 1760 Pratt Dr., New Orleans, LA 70122; Willie Franklin, Junedale Franklin Mitchell regarding 2672 New Orleans St., New Orleans, LA 70119; Glen Anderson regarding 5508 & 5510 Arts St., New Orleans, LA 70122; Joseph Broussard, Theresa R. Broussard regarding 3115 Marigny St., New Orleans, LA 70122; Mary Honore regarding 1907 Caffin Ave., New Orleans, LA 70117; Sylvania Barnett regarding 3034 North Claiborne Ave, New Orleans, LA 70117; Joseph Noel, Edna Noel regarding 801 Tupelo, New Orleans, LA 70117; Estell Duncan-Batiste regarding 6328 & 6330 Burgundy St., New Orleans, LA 70017; Linda Lobre regarding 2008 Egret Dr., St. Bernard, LA 70085; Gladys Joseph regarding 284 E. 14th St., Reserve, LA 70084; Barbara Gillard regarding 3300 Clermont Dr., New Orleans, LA 70122; Dionne Summers-Ford regarding 6745 Dorian St., New Orleans, LA 70126; Sandra Gabriel regarding 2676 Gladiolus St., New Orleans, LA 70122; Corliss Felix regarding 2739

Aubry St., New Orleans, LA 70119; Tony Banks, Doris F. Banks regarding 4725 Congress Dr., New Orleans, LA 70126; Cheryl Mushatt, Jenell Haley, Cheryl Haley regarding 7501 Karen Ln., New Orleans, LA 70126; Donna Miller regarding 6980 Ridgefield Dr., New Orleans, LA 70128; Kenneth Walter regarding 11251 N. Idlewood Ct., New Orleans, LA 70128; Bettie Martin regarding 1512 Lancaster Dr., Marerro, LA 70072; Lasandra Dudley regarding 8731-33 Curran Blvd., New Orleans, LA 70127; Joseph Pleasant regarding 11409 Maxine Dr., New orleans, LA 70128; Gillian Knowles regarding 7050 Edgefield Dr., New Orleans, LA 70128; Anthony Thompson regarding 5312 Wildair Dr., New Orleans, LA 70122; Vendora Thomas, Donald R. Thomas regarding 4210 S. Johnson St., New Orleans, LA 70125; Naresh Chawla, Joyce Chawla regarding 7110 Parkside Ct., New Orleans, LA 70127; Geneva Coleman regarding 1300 & 1302 Clouet St., New Orleans, LA 70117; Mabel Theard regarding 3009 Annette St., New Orleans, LA 70122; Esther Balanciere regarding 921 & 923 N. Prieur St., New Orleans, LA 70116; Kendall Banks regarding 5553 Pasteur Blvd., New Orleans, LA 70122; Maria Gore, Angela Isabell regarding 6338 Louis XIV, New Orleans, LA 70124; Milton Coulon Jr., Barbara P. Coulon regarding 5008 Warrington Dr., New Orleans, LA 70122; Patrice Brister, Jeremy Brister regarding 4690 Arthur Dr., New Orleans, LA 70127; Kathaleen Singleton regarding 6601 Coveview Ct, New Orleans, LA ; Merrial Williams regarding 4612 Virgilian St, New Orleans, LA 70126 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 5th day of January, 2009.

_____
United States District Judge