UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182
PERTAINS TO:      INSURANCE
                  Soto, 07-3079                  SECTION "K"(2)

-------------------------------------------------------------------------

## ORDER

Considering Plaintiff's foregoing Motion for Extension of Dismissal date, it is hereby

**ORDERED** that plaintiff's motion is **GRANTED** and the parties have an additional 90 days to allow the Road Home to review the proposed settlement.

New Orleans, Louisiana, this  5th  day of ____January____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**