UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
| | * |
| | * NO. 05-4182 |
| | * |
| PERTAINS TO: MRGO | * SECTION "K" (2) |
| | * |
| FILED IN: *ALBANO* (07-4837) | * JUDGE DUVAL |
| | * |
| | * MAGISTRATE WILKINSON |

# O R D E R

Considering the foregoing *Ex Parte* Motion Unopposed Ex Parte Motion for Limited Re-Opening of Administratively Closed Matter;

**IT IS ORDERED** that the motion is **GRANTED** and that *Albano et al. v. Bd. of Comm'rs for the Orleans Parish Levee Dist.*, Civil Action No. 07-4837, shall be re-opened in order to permit Washington Group International, Inc. to file its Motion for Summary Judgment and for Entry of Rule 54(b) Judgment (Rec. Doc. 16871). In all other respects, the matter shall remain administratively closed.

New Orleans, Louisiana, this ___5th___ day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

959787v.1