- 3 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONDOLIDATED LITIGATION | * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE | * | SECTION "K" 2 *Lomax*, 08-1651 |

## ORDER

Considering the foregoing, Motion to Dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above and foregoing matter has been settled and comprised as to all parties and is hereby dismissed with prejudice each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 5th day of January, 2009.

_____
JUDGE
UNITED STATES DISTRICT COURT

- 3 -

DRD 895.1013