## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

*severed from Abadie*, 06-5164

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

JOSEPH TRAMONTANS,
      Plaintiff

CIVIL ACTION
No. 07-2252
SECTION "K" (2)

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
      Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Joseph Tramontans, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 6th day of January, 2009.

                                      _____
                                        USDC JUDGE STANWOOD R. DUVAL, JR.
                                        Section "K," Magistrate: 2