UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>**Plaintiffs**<br>VS.<br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>**Defendant** | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Earnestine Bratton regarding claim no. 18-R511-575, Norma Hunter regarding claim no. 18-R298-050, Donald Lapara regarding claim no. 18-R497-413, Herbert Newman regarding claim no. 18-R488-664, Mark Raymond regarding claim no. 18-R331-994, Caroline Register regarding claim no. 18-R353-859, Arthur Robertson regarding claim no. 18-R358-832, Debora Scott regarding claim no. 18-R482-119 and Louis Wattigney regarding claim no. 18-R490-708, shall be and are hereby dismissed, with prejudice, with each

party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this 6th day of January, 2009.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2