

# C H A F F E   M c C A L L

L. L. P.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 JAN -5 AM 11: 29
LORETTA G. WHYTE
CLERK

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No.: (504) 585-7044
Direct Fax No: (504) 585-7075
E-mail: walker@chaffe.com

January 2, 2009



**VIA FACSIMILE: 504 589-7633**
The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Div. 2, U.S. District Court
Eastern District of La.
Room B409, Hale Boggs Bldg.
500 Poydras Street
New Orleans LA 70130

Re:    KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
       C.A. No. 05-4182 "K" (2), Applies to "Barge"
       *Boutte v. Lafarge C.A. No. 05-5531*
       *Mumford v. Ingram C.A. No. 05-5724*
       *Lagarde v. Lafarge C.A. No. 06-5342*
       *Perry v. Ingram Barge C.A. No. 06-6299*
       *Benoit v. Lafarge C.A. No. 06-7516*
       *Parfait v. USA C.A. No. 07-3500*
       *LNA v. USA C.A. No. 07-5178*
       *Weber v. Lafarge C.A. No. 08-4459*
       U.S. District Court, E.D. of La.
       Our Ref: 99675/28821

RECEIVED
JAN 0 5 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Dear Magistrate Judge Wilkinson:

We write in response to Brian Gilbert's letter regarding upcoming depositions.

Under the present schedule, discovery concludes on March 6, 2009. We have been attempting to schedule the depositions of plaintiffs and witnesses on plaintiffs' witness list for many months. We only recently concluded the depositions of class reps and class experts. We withheld going forward with depositions of plaintiffs and their witnesses at the request of Barge counsel, who suggested that discovery should be in "stages".

Our initial contact has been with Brian Gilbert. We were then told that Dylan Pollard would be in charge of scheduling. Based on Barge plaintiffs' witness list and the witnesses on LNA's witness list that plaintiffs want to take, there are between 75 – 100 witnesses. There are also other witnesses that we have discussed that are not on either list and not in the control of either party. These are primarily individuals who reside outside of the class area. This type of person was identified during the dispute over production of the Centanni statements/interviews.

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 815 Walker Street, Suite 953 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806
www.chaffe.com

1225151-1

Fee
Process
X  Dktd
CtRmDep
Doc. No.

January 2, 2009
Page 2

Thus, the Barge plaintiffs were aware that LNA has interviewed or may have interviewed them, and therefore may have an interest in dozens of witnesses who are not on the witness list and who are not in the potential class. As Mr. Gilbert points out (since I reminded him during one of our telephone conferences) this was further highlighted many months ago when we first discussed depositions.[1] The initial witness list contained many individuals who were omitted from subsequent lists. This was due to discussion between counsel that there were too many people who were potential (i.e. "may call") witnesses, which would require hundreds of depositions. It was agreed that these individuals would not be listed, that LNA would continue its interview process (and Barge plaintiffs would do whatever it is they are doing to prepare for this trial).

With this background, I address the present dispute.

The issue now appears to be whether LNA can notice the deposition of a person not on anyone's witness list, which LNA clearly can do, and whether plaintiffs had notice, which they did.

As the e-mail stream attached reflects, we have been in communication with Mr. Dylan Pollard, Barge plaintiffs' California counsel who is in charge of scheduling. We requested deposition dates for plaintiffs and individuals on plaintiffs' witnesses list. On December 8, 2008 (Exhibit 1) we wrote to counsel. We indicated the urgency of the deposition schedule and stated "there are also many other people whose depositions we will schedule". We also stated in the penultimate paragraph "we will subpoena the others, as you requested". We also attached a list of plaintiffs' witnesses/clients (Exhibit 2).

On December 11, I requested a response (Exhibit 3).

On December 15 (Exhibit 4), I again requested a reply and indicated "we are also noticing additional witnesses and will issue subpoenas for witnesses you do not control on unilaterally selected dates". There was no inquiry or complaint from either Mr. Gilbert or Mr. Pollard.

On December 17 (Exhibit 5), I summarized in a teleconference with Mr. Dylan Pollard; "#3 - the dates will also have to be used for third party witnesses . . ."; #5 – we will subpoena . . . third parties".

The e-mail stream of December 20 – 22 (Exhibit 6) is clear. On December 22, at pt. 3, Mr. Pollard agrees to use the week of January 5 to "get some depositions done". That refers to pt. 3 of earlier, stating that "we would notice . . . non-plaintiffs (i.e. 3rd party witnesses) that week."

---

[1] We are presently looking for e-mail/letters on the subject.

January 2, 2009
Page 3

Based on that agreement, and since we are not able to discern when there is a disconnect in information amongst Barge plaintiffs' counsel, we proceeded to immediately subpoena witnesses. After the subpoenas were served, we received an inquiry from Mr. Edward Moreno, an attorney with Mr. Gilbert's office, inquiring regarding the identity of the witnesses. Attached is our reply and his -- again, not indicating any complaint or requiring additional information (Exhibit 7).

Indeed, no complaint was received until Mr. Gilbert's e-mail and teleconferences of December 31, 2008. However, notice of the depositions and subpoenas were served on all counsel on December 30, 2008 (Exhibit 8) and a comprehensive draft was sent to plaintiffs (Exhibit 9).

The witnesses in question are residents of non-potential Barge class neighborhoods who will testify regarding their observations and experiences related to breaches at the 17th St. and London Avenue Canals and their hearing of "booms" related to the breach of those levees. Their depositions will be brief and fairly limited. Barge plaintiffs have known of the potential for this type of witness based on their review of the Centanni interview list and as it had been disclosed in prior pleadings and/or discussions.

The real issue is whether or not the depositions should proceed on January 5. The problems we have with changing the dates are the following:

1.      These individuals have been subpoenaed at considerable trouble and expense;

2.      They were subpoenaed to appear on dates specifically agreed by Barge plaintiffs' counsel for the taking of their depositions;

3.      The schedule beginning on January 12 is extremely optimistic. We have already taken several plaintiffs and the depositions are running an average of 3-4 hours each. It is likely that depositions will spill over into additional weeks in February and as I advised Mr. Gilbert, there are 5-15 other potential witnesses on the subject matter that we intend to subpoena. We did not want to subpoena them all at once, but will subpoena them for other dates and times available prior to March 2;

4.      There is uncertainty regarding when plaintiffs are available. We have tried to be flexible with Barge counsel but it is hard to plan a schedule in a vacuum;

5.      We have a team of attorneys who are assigned to different depositions on different dates. Based on the calendar provided by Mr. Pollard, we have shifted our own calendars. Simply shifting the deposition dates may not resolve the scheduling conflict which will then require also a change in the calendar for counsel.

As a final point, we disagree with Mr. Gilbert that the identity of these individuals is required as a supplement to interrogatory responses. Anyone in the City of New Orleans is a "may call" witness. As previously discussed with Mr. Gilbert, rather than include the entire city

1225151-1

January 2, 2009
Page 4

on a list of potential witnesses and force depositions of every single person to determine what they might have to say, we made the joint decision <u>not</u> to include everyone on a master witness list. At this stage, we do not know whether, and/or which of these individuals will be called to trial (if any). That is precisely why we are taking their deposition.

We believe the depositions should go forward as scheduled. The information which will be obtained from these witnesses is simple and straight forward. There is no particular preparation that is required for the subject matter.

Obviously, a solution to all of the above is an extension of the discovery deadline of March 2. We are not requesting or advocating an extension. We believe that one may be necessary, but we did not want to be put in the position of being criticized by the court for not proceeding with discovery and attempting to conclude the discovery within the present deadlines.

We are available for telephone call later today (probably on cell phone – 504-339-7044) or on Monday after 10:00 a.m.

Respectfully submitted,

CHAFFE McCALL, L.L.P.

Derek A. Walker
Robert B. Fisher, Jr.

DAW/RBFJr:cm

cc:    Mr. Brian Gilbert – bgilbert@briangilbertlaw.com
       Dylan Pollard - DPollard@kpalawyers.com
       All counsel

1225151-1

# CHAFFE  McCALL
### L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas & Colorado

Direct Dial No: 504-585-7044
E-mail:walker@chaffe.com

December 8, 2008

<u>*VIA U.S. MAIL*</u> **& Via e-mail:**
**bgilbert@briangilbertlaw.com**
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans LA 70113

     Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
            USDC, E.D. LA., No. 05-4182 "K"
            <u>Our Ref: 99675/28821</u>

Dear Brian:

     I confirm our telecom last week. Given the court's schedule and the impending trial, there is much that needs to be done in a short amount of time. Therefore, we need to promptly schedule depositions.

     Attached is a list of persons who we want to depose. They are either named plaintiffs or individuals on your witness list. The list includes over 50 individuals. If you intend to drop any as clients or from the witness list, please let us know promptly. You also advised that you will be enrolling for all the *Benoit* plaintiffs, so that will add additional witnesses. There are also many other persons whose depositions we will schedule. The total is probably close to 75 people.

     To avoid our noticing depositions or issuing subpoenas on unilaterally selected dates, we suggest that the best procedure is to block out several weeks (and/or days within weeks) for depositions. We assume you will have sufficient attorney staffing so that choosing a range of dates is not a problem. We will have several lawyers available to take depositions.

     We do not care particularly about the order of the depositions, but do not want to "waste" any days by not having people present – therefore, we are preliminarily noticing depositions so

1211907-1

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 815 Walker Street, Suite 953 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806

www.chaffe.com

**EXHIBIT**
**1**

Mr. Brian Gilbert
December 8, 2008
Page 2

you can promptly contact your clients and we can start the ball rolling. However, changing dates and deponents, with the predicted attendance of the other lawyers, creates a mess, so the more we firm this up the better.

If the dates of these notices are not good or a witness different from the noticed witness will attend, we will need to know with plenty of notice ( ie not the same day).

The point is to be able to take depositions, whether of "your" clients or others. We will subpoena the others, as you requested

We are available to start the depositions the week of December 29 and every week thereafter throughout January and February, subject to holidays and Mardi Gras. Please confirm the dates and your team's availability so we can issue more notices and/or try to cooperate with you on the subpoenas.

Sincerely,

CHAFFE McCALL, L.L.P.

Derek A. Walker

DAW:em
Encl.

1211907-1

| Plaintiff Name | Status |
| --- | --- |
| Kods, Azia | Mumford plaintiff |
| Giger, Dianne | Mumford plaintiff |
| Sutton, Rico | Mumford plaintiff |
| Adams, Gwendolyn | Benoit plaintiff |
| Adams, Henry | Benoit plaintiff |
| Antoi, Jerry | Benoit plaintiff |
| Antoi, John | Benoit plaintiff |
| Benoit, Marie | Benoit plaintiff |
| Daniels, Boyce | Benoit plaintiff |
| Daniels, Earl | Benoit plaintiff |
| Dean, Mildred | Benoit plaintiff |
| Green, Daniel | Benoit plaintiff |
| Green, Eleanore | Benoit plaintiff |
| Green, Jonathan | Benoit plaintiff |
| Green, Sr, Richard | Benoit plaintiff |
| Leon, Eline | Benoit plaintiff |
| Leon, Karen | Benoit plaintiff |
| Lagarde, Michael | Lagarde plaintiff |
| Lagarde, Marietha | Lagarde plaintiff |
| Carter, Jaycelyn | Lagarde plaintiff |
| Dunn, Anthony | Lagarde plaintiff |
| Nickels, Jocelyn | Lagarde plaintiff |
| Mitchell, David | Lagarde plaintiff |
| Boute, Blair | Boute plaintiff |
| Sherks, Doris | Boute plaintiff |
| Warren, Herbert | Weber plaintiff |
| Weber, Daniel | Weber plaintiff |
| McFarland, Kevin | Weber plaintiff |
| Gossen, Melba | Weber plaintiff |
| Perry, Jimmie | Perry plaintiff |
| Perry, Nellie | Perry plaintiff |
| Lyle, Clifford | plaintiff witness list (11/08) #54 |
| Sutton, Alicia | plaintiff witness list (11/08) #107 |
| Rodriquez, Henry "Junior" | plaintiff witness list (11/08) #88 |
| Warren, Mary | plaintiff witness list (11/08) #83 |
| Goetz, Emile | plaintiff witness list (11/08) #104 |
| Genovese, Karen | plaintiff witness list (11/08) #105 |
| Barcelona, Dalton | plaintiff witness list (11/08) #106 |
| Francisco, Siegfried | plaintiff witness list (11/08) #108 |
| Tranh, Betsy | plaintiff witness list (11/08) #59 |
| Chang, Patricia | plaintiff witness list (11/08) #107 |
| Teriano, Craig | plaintiff witness list (11/08) #107 |
| Laugh, Jr, Rex | plaintiff witness list (11/08) #107 |
| Cavinac, Cleorus | plaintiff witness list (11/08) #107 |
| Henderson, Kenneth | plaintiff witness list (11/08) #107 |
| St Fleur, Jr, Mike | plaintiff witness list (11/08) #107 |
| Evenheart, Sr, Fred | plaintiff witness list (11/08) #107 |
| Aubrerer, Jr, Frank | plaintiff witness list (11/08) #107 |
| Beaucheara, Pulcy | plaintiff witness list (11/08) #107 |
| Goodley, Mya | plaintiff witness list (11/08) #107 |
| Rhodes, David | plaintiff witness list (11/08) #107 |
| Stephens, Jack | plaintiff witness list (11/08) #107 |
| Bertucca, Brian | plaintiff witness list (11/08) #107 |

EXHIBIT 2

... 

**Walker, Derek**

| | |
|---|---|
| **From:** | Dylan Pollard [DPollard@kpalawyers.com] |
| **Sent:** | Monday, December 15, 2008 6:01 PM |
| **To:** | Walker, Derek |
| **Subject:** | RE: LNA depos |

Derek—I will call you as soon as I get off my current call. I have a lot of ideas. Sorry for the delay. Will you be at that number in 20 minutes?

**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Monday, December 15, 2008 4:00 PM
**To:** Brian Gilbert
**Cc:** Dylan Pollard
**Subject:** RE: LNA depos

Dylan????????

My # is-- 504 585 7044.

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@brianglibertlaw.com]
**Sent:** Thursday, December 11, 2008 4:42 PM
**To:** Walker, Derek
**Subject:** RE: LNA depos

Dylan will call you tomorrow.

**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Thursday, December 11, 2008 3:27 PM
**To:** Walker, Derek; Law Office of Brian A. Gilbert
**Subject:** RE: LNA depos

Brian:

Any reply? I need to move this and set/notice others too.

Derek

Derek Walker
*Attorney*

**Chaffe McCall, L.L.P.**
*Attorneys at Law*
2300 Energy Centre 1100 Poydras Street
New Orleans, Louisiana 70163

Direct: 504-585-7044
Direct Fax: 504-544-6066

Main: 504-585-7000 Fax: 504-585-7075
walker@chaffe.com www.chaffe.com

EXHIBIT
3

**From:** Walker, Derek

1/2/2009

## Walker, Derek

**From:** Walker, Derek
**Sent:** Monday, December 15, 2008 3:08 PM
**To:** 'Dylan Pollard'
**Cc:** 'Law Office of Brian A. Gilbert'
**Subject:** RE: Barge-- depositions

Dylan:

Brian advises that you are in charge of scheduling. I sent your team a letter a week ago, with attached deposition notices. Given the fact that discovery concludes March 9, and that we jointly have upwards of 50 depositions, we need to start scheduling them NOW. There are other deadlines on the heels of this one. We are trying to be cooperative, but if we don't get a reply from you, we will assume that the first batch is acceptable and will share the dates with all counsel ( which we have not done yet). We are also noticing additional witnesses, and will issue subpoenas for witnesses you do not control on unilaterally selected dates. We do not want to be criticized by the court for not moving this along and do not want to be prejudiced by any delays, unavailability, scheduling issues, etc.

Keep in mind that due to lack of notice, Christmas, New Years, and Mardi Gras we will lose at least 3 weeks out of the next 10 weeks.

I look forward to your immediate response.

Regards,

Derek

**EXHIBIT**
**4**

**Martinez, Elida**

| | |
|---|---|
| **From:** | Walker, Derek |
| **Sent:** | Wednesday, December 17, 2008 9:54 AM |
| **To:** | 'Dylan Pollard' |
| **Cc:** | 'Law Office of Brian A. Gilbert' |
| **Subject:** | Barge depositions |
| **Attachments:** | 28821 D Pollard 12-16-08.DOC |

Dylan:

Per our telecon.

Derek



EXHIBIT
5

# C H A F F E  McC A L L
### L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

December 17, 2008

**Via E-mail:** DPollard@kpalawyers.com
Dylan Pollard, Esq.
Khorrami Pollard & Abir LLP (KP&A)
444 S. Flower Street
33rd Floor
Los Angeles, CA 90071

Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Dylan:

I refer to our telephone conference regarding the deposition schedule and understand we have reached the following agreement – if I am mistaken, please let me know promptly:

1.    You will provide me names of "our" witnesses and/or other third party witnesses whose depositions you want to take so that we can make arrangements and/or set aside dates;

2.    You will provide me, before the end of this week, with blocks of weeks and/or specific days between December 26 and March 8 when your team is available (or "not available") for depositions;

3.    The above dates will primarily be for depositions of Barge plaintiffs, Barge "witness list" individuals, and Lafarge witnesses. However, the dates will also have to be used for third party witnesses given the number of total witnesses;

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 2425 West Loop South, Suite 200 • Houston, TX 77056 • Tel: (713) 621-7711 • Fax: (713) 621-4399
www.chaffe.com

1218847-1

January 2, 2009
Page 2

4.   We will send out notices of the Barge plaintiffs in random order.  You will advise if a different order, time, sequence, etc. is preferable – and if there are any changes you will give us no less than 24 hours notice;

5.   We will subpoena Barge witnesses and third parties, also on randomly selected dates.  Once issued, subpoenas are difficult to change, so those dates are less flexible;

6.   Insofar as the notices for the week of December 28, you have agreed that these depositions will go forward, except the ones noticed on December 31- I will file and circulate the notices to all counsel.

I look forward to working with you in this process, and remain

Sincerely,

Chaffe McCall, LLP


Derek A. Walker

DAW:em
Encls.

cc:  Mr. Brian Gilbert

1218847-1

**Walker, Derek**

**Subject:** FW: Depositions: Barge Litigation

**From:** Dylan Pollard [mailto:DPollard@kpalawyers.com]
**Sent:** Monday, December 22, 2008 6:49 PM
**To:** Walker, Derek
**Cc:** Brian Gilbert
**Subject:** RE: Depositions: Barge Litigation

1 and 2: Ok, good. We assumed that's what you meant but thanks for the clarification. As an additional thought, my inclination is to assume that you will depose two plaintiffs/day (i.e. that 10 and 2 will be the de rigueur schedule unless and until we decide it is not working and make other arrangements).
3. I agree that we should use the week of 1/5 to get some depositions done, and similarly suggest a Mo-Thursday schedule. If you can get subpoenaed witnesses lined up, all the better. We generally need a little bit of lead time to schedule and confirm plaintiffs around the holiday time as some are traveling or otherwise not at their homes to receive mail.
5 and 6—the sooner you can get me your wish list of deponents, the quicker I can get started trying to confirm them for dates certain.

You have asked me about LNA witnesses that the Barge Plaintiffs want to depose. It is our intention that, notwithstanding any modification of the scheduling that may occur by January 15, 2009 by Judge Duval, depositions of selected persons on your witness list will begin the first part of February 2009. I believe that the majority of the persons we wish to depose will need to be subpoenaed. That does not include the 30(b)(6) depo of LNA's person most knowledgeable, and Arnold (No. 25 on your list) and Stone (No. 26 on your list)—that is to say, that I presume you will be producing these witnesses. You did not identify specific witnesses in Categories No. 27-32 on your witness list. Do you intend to do so? Do you have specific names and contact info for any of these witnesses?

**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Monday, December 22, 2008 4:34 PM
**To:** Dylan Pollard
**Cc:** Brian Gilbert
**Subject:** RE: Depositions: Barge Litigation

1. Sorry- we did change the times from the original draft to Brian. We think that the depos will take more than 2 hours, at least at the start. The correct times are 10 and 2pm.
2. 10 and 2pm.
3. Agree to depos the week of Jan. 12 and we will send you notices for that week, but we might use the week of the 5th too. We could notice/subpoena non-plaintiffs (i.e. 3rd party witnesses) that week.
4. We did not notice her officially but let us know when she's available- we'll renotice for the week of the 12th.
5. ok
6. ok.

**From:** Dylan Pollard [mailto:DPollard@kpalawyers.com]
**Sent:** Saturday, December 20, 2008 1:15 PM
**To:** Walker, Derek
**Cc:** Brian Gilbert
**Subject:** RE: Depositions: Barge Litigation

1. The Adams Depositions will proceed on 12/29/08. There is some confusion however as to the start time because initially your notice said they would begin at 1 and 3 pm but a subsequent email to Brian Gilbert's office indicated a 10

**EXHIBIT 6**

1/2/2009

a.m and 2 pm. start time. This is one reason why it is essential that all scheduling go through my office so as to eliminate any confusion. I would ask that you verify the start times. If you do wish to go 10 and 2, then let's do that with the understanding that the depositions can also go back to back, if the first one ends on the early side.

2. The Alford Depositions will proceed on 12/30/08. A similar issue exists as to the start times. Please similarly provide clarification

3. The Daniels' depositions for 12/31/08 will need to be rescheduled to the week of 1/12/09. I suggest that 1/12/09 be the first week that we begin a large volume of depositions. I propose a M-Thurs schedule. Please let me know who you wish to depose that week as soon as possible so we can begin verifying availability of deponents and making arrangements for their travel to your office.

4. I do not have Marie Benoit confirmed yet for 12/30/08 but may yet be able to do so before the 48 hour window we discussed closes. I will let you know.

5. 1/19/09 is a federal holiday. Let's schedule depositions 1/20/09 through 1/23/09.

6. 1/26/09 through 1/29/09 is similarly available for depositions. Again, please provide me your wish list for precise deponents at your earliest opportunity.

Dylan


**From:** Walker, Derek [mailto:walker@chaffe.com]
**Sent:** Friday, December 19, 2008 6:52 PM
**To:** Dylan Pollard
**Subject:** Re: Depositions: Barge Litigation


Any news?
DEREK WALKER

----- Original Message -----
From: Dylan Pollard <DPollard@kpalawyers.com>
To: Walker, Derek
Sent: Fri Dec 19 16:47:20 2008
Subject: Depositions: Barge Litigation

I am preparing a response to your letter and a proposed schedule for depositions which I will transmit to you this evening.

**Martinez, Elida**

**From:**     Walker, Derek
**Sent:**      Tuesday, December 30, 2008 4:39 PM
**To:**        'eleemoreno@gmail.com'
**Subject:**  depositions

Edward:

These are independent, non-plaintiff non class cert.area fact witnesses who may have information regarding causes of flooding in various neighborhoods throughout the city (i.e. with no barge).

Derek



**Martinez, Elida**

**From:** Heck, Kathy
**Sent:** Tuesday, December 30, 2008 4:36 PM
**To:** Walker, Derek
**Subject:** LNA depos

Edward Moreno, attorney w/Brian Gilbert called and said he does not recognize any of the names in the new depo notice and wanted to know who they were. I know they are "boom witnesses" but was not sure how to answer him. Can you call him at 581-6180 or email him at elecmoreno@gmail.com , or tell me what to tell him. Thanks.

EXHIBIT
7

**Martinez, Elida**

| | |
|---|---|
| **From:** | Heck, Kathy |
| **Sent:** | Tuesday, December 30, 2008 4:07 PM |
| **To:** | 'Law Office of Brian A. Gilbert'; Walker, Derek; 'dwebb@swslaw.com'; Fisher, Robert; 'Joe Bruno'; 'Gerald E. Meunier'; 'William D. Treeby'; 'aboyd@lawla.com'; 'Aldock, John D.'; 'am@ecwko.com'; 'Anzelmo, Thomas P.'; 'Aurandt, Kirk Norris'; 'bevers@liskow.com'; 'Black, James Robert, Esq.'; 'cacardo@duplass.com'; 'chalsson@chaffe.com'; 'Cobb, James A., Jr.'; 'crb@ecwko.com'; 'dlb@harrisrufty.com'; 'dlebreton@daiglefisse.com'; 'dphillips@cochranfirm.com'; 'Duplass, Lawrence J.'; 'dwleefe@liskow.com'; 'Emmett, John F.'; 'Emory, Bill'; 'Fendler, Sherman Gene'; Forbes, Tom; 'Gelpi, Kenneth Joseph, Jr.'; 'gmiguez@liskow.com'; 'Grant, Arthur Gordon, Jr.'; 'Greenberg, Jeffrey Todd'; 'gs@ecwko.com'; 'Guichet, Joseph Pierre'; 'Guidry, Richard J.'; 'Hanna, Mark Emmerson'; 'Harris, Rufus C., III'; 'Haycraft, Donald'; 'Brandon, Holly A'; 'Hubbard, Ralph Shelton, III'; 'Jacobs, Julie'; 'Jeff@plazalaw.com'; 'jepstein@mcsalaw.com'; 'jguidry@cochranfirm.com'; 'jinman@liskow.com'; 'Kessenich, John Frederick'; 'leslios@ln-law.com'; 'ljackson@lawla.com'; 'ljp@harrisrufty.com'; 'lmd@swslaw.com'; 'lquintana@monbar.com'; 'ltaylor@fgmapleslaw.com'; 'Maples, F. Gerald'; Martinez, Elida; 'Mayberry, Meredith Anne'; 'Miller, Kara K.'; 'mnguyen@lawla.com'; 'Motes, Carmen'; 'Mouledoux, Andre J.'; 'Musser, John H., IV'; 'Myer, Peter G.'; 'O'Dwyer, Ashton, Jr.'; 'ozg@mcsalaw.com'; 'Pate, James L.'; 'pbrooks@monbar.com'; Rodriguez, Ivan; 'Rufty, Alfred J., III'; 'Sanders, Patrick J.'; 'Sanders, Patrick Joseph'; 'Schaub, Wanda'; 'sdeblieux@duplass.com'; 'Smith, Robin D.'; 'Spencer, Louis G.'; 'Spencer, Louis G.'; 'Torrence, Jean'; 'Towler, Andrew'; 'Wiedemann, Karen'; 'Wiedemann, Karl'; 'Wiles, Stephen'; 'Willhoft, Jill Schultz'; 'Wise, Brett D.'; 'ymaranto@monbar.com'; 'Zelaya, Carlos'; 'Raffman, Mark S'; 'ldemos@fgmapleslaw.com'; 'Carmen Motes'; 'dar@ecwko.com'; Forbes, Tom; 'george.carter@usdoj.gov'; 'stephanlep@brunobrunolaw.com'; 'scott@jbrunolaw.com'; Robert, John; 'rpavlick@burglass.com'; 'Jonathan Bradford'; Blanchard, Charles; 'nboyor@duplass.com'; 'eleemoreno@gmail.com'; 'conor.kells@usdoj.gov'; 'taheerah.el-amin@usdoj.gov' |
| **Cc:** | 'sschmeeckle@lawla.com'; Meza, Marina; Henry, Mark; 'jpanola@bellsouth.net'; 'joefairbanksjr@aol.com' |
| **Subject:** | From Derek Walker: In Re Katrina - Notice of Depositions of Alfred McRoyal, Don Davis, Jr., Darrell Raymond, Rita Raymond, Aaron Lee, Donna Buford, Sarah Price, Darian Hunter |
| **Attachments:** | 0851300415766abe890[1].pdf |

Please see attached Notice of depositions to be taken by LNA at Chaffe, as follows:

Alfred McRoyal, Tuesday, January 6, 2009, 10:30 a.m.

Don Davis, Jr., Tuesday, January 6, 2009, 2:00 p.m.

Darrell Raymond, Wednesday, January 7, 2009, 9:30 a.m.

Rita Raymond, Wednesday, January 7, 2009, 10:30 a.m.

Aaron Lee, Thursday, January 8, 2009, 9:30 a.m.

Donna Buford, Thursday, January 8, 2009, 10:30 a.m.

Sarah Price, Friday, January 9, 2009, 2:00 p.m.

Darian Hunter, Friday, January 9, 2009, 3:00 p.m.

Thanks, Derek Walker
wallker@chaffe.com

EXHIBIT
tabbies
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases<br>* |
| | * SECTION "K" (2) |
| PERTAINS TO: BARGE | *<br>* |
| *Boutte v. Lafarge* 05-5531<br>*Mumford v. Ingram* 05-5724<br>*Lagarde v. Lafarge* 06-5342<br>*Perry v. Ingram* 06-6299<br>*Benoit v. Lafarge* 06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA* 07-5178<br>*Weber v. Lafarge* 08-4459 | * JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>* |

## NOTICE OF DEPOSITIONS

TO: ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure:

| Name of Deponent: | Date and Time: |
|---|---|
| Alfred McRoyal | January 6, 2009 – 10:30 a.m. |
| Don Davis, Jr. | January 6, 2009 – 2:00 p.m. |
| Darrell Raymond | January 7, 2009 – 9:30 a.m. |

Rita Raymond                                    January 7, 2009 – 10:30 a.m.

Aaron Lee                                       January 8, 2009 – 9:30 a.m.

Donna Buford                                    January 8, 2009 – 10:30 a.m.

Sarah Price                                     January 9, 2009 – 2:00 p.m.

Darian Hunter                                   January 9, 2009 – 3:00 p.m.

before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy

Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are

hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,

**CHAFFE McCALL, L.L.P.**


/s/ Derek A. Walker_____
Derek A. Walker (#13175)
Robert B. Fisher, Jr. (#5587)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
walker@chaffe.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

## Certificate of Service

I do hereby certify that I have on this 30th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

/s/ Derek A. Walker

## Martinez, Elida

| | |
|---|---|
| **From:** | Martinez, Elida |
| **Sent:** | Tuesday, December 30, 2008 5:39 PM |
| **To:** | 'DPollard@kpalawyers.com' |
| **Cc:** | 'bgilbert@briangilbertlaw.com'; Walker, Derek |
| **Subject:** | Katrina Canal Breaches Litigation - BARGE |
| **Attachments:** | 28821 D. Pollard 12-30-08.DOC; 28821- Depo Notice 12-30-08.DOC |

**Tracking:**

| Recipient | Read |
|---|---|
| 'DPollard@kpalawyers.com' | |
| 'bgilbert@briangilbertlaw.com' | |
| Walker, Derek | Read: 12/30/2008 5:53 PM |
| 'jaldock@goodwinprocter.com' | |
| 'Raffman, Mark S' | |
| 'dwebb@swslaw.com' | |
| Fisher, Robert | Read: 12/30/2008 6:42 PM |
| Blanchard, Charles | Read: 12/30/2008 5:40 PM |

Please see attached correspondence and draft Notice of Deposition in the above matter.


*Elida Martinez,*
*Sec. Derek A. Walker, H. Michael Bush,*
*Adelaida J. Ferchmin*
*Chaffe McCall, LLP*
*Tel: (504) 585-7707*
*e-mail: martinez@chaffe.com*



EXHIBIT
9

1/2/2009

# C H A F F E  M c C A L L

L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

December 30, 2008

**Via E-mail:** DPollard@kpalawyers.com
Dylan Pollard, Esq.
Khorrami Pollard & Abir LLP (KP&A)
444 S. Flower Street
33rd Floor
Los Angeles, CA 90071

Re: Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Dylan:

Attached is a draft Notice of Deposition listing deponents and dates. Those set for January 6 – 9 have been subpoenaed or noticed, since they are not plaintiffs. On the others, the times are blank, but on days where three are scheduled, the times would probably be 10:00 am. - 1:00 p.m. and 3:00 p.m. In cases where four are scheduled, the times would be 9:30 a.m. - 11:00 a.m. and 1:30 p.m. - 3:00 p.m. We may be too optimistic, in which case we can reduce the number of witnesses per day and/or shift some to the week of February 2, 3009.

If you need to shift any plaintiffs around, please advise as soon as possible. We will send out notices within the next day for the benefit of all counsel. You confirmed you will make arrangements for appearance of your plaintiffs.

We identify below the LNA witnesses (items 27-32) as follows:

25    Jennifer Arnold has already testified;
27    Witnesses from the IPET group – Reed Mosher;
28    Witnesses from the ILIT group – Robert Bea;

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 2425 West Loop South, Suite 200 • Houston, TX 77056 • Tel: (713) 621-7711 • Fax: (713) 621-4399
www.chaffe.com

1222480-1

January 2, 2009
Page 2

29    Witnesses from the Team Louisiana group – Paul Kemp;
30    Witnesses from the ASCE External Review Panel – to be identified;
31    Witnesses interviewed by IPET/ILIT or Team Louisiana:
      Paul Best, Thomas Emery, David Gordon, Freddy Jones, Elgin
      Robertson;
32    Witnesses to authenticate evidence – will be identified.

I look forward to hearing from you, and remain

                              Sincerely,

                              Chaffe McCall, LLP

                              Derek A. Walker

DAW:em
Encl.

cc: Mr. Brian Gilbert

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: BARGE

| | |
|---|---|
| Boutte v. Lafarge | 05-5531 |
| Mumford v. Ingram | 05-5724 |
| Lagarde v. Lafarge | 06-5342 |
| Perry v. Ingram | 06-6299 |
| Benoit v. Lafarge | 06-7516 |
| Parfait Family v. USA | 07-3500 |
| Lafarge v. USA | 07-5178 |
| Weber v. Lafarge | 08-4459 |

\* CIVIL ACTION
\*
\* NO. 05-4182
\* and consolidated cases
\*
\* SECTION "K" (2)
\*
\*
\* JUDGE
\* STANWOOD R. DUVAL, JR.
\*
\* MAG.
\* JOSEPH C. WILKINSON, JR.
\*
\*

## NOTICE OF DEPOSITIONS

TO: ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure:

Name of Deponent:                                               Date and Time:

January 6 – 9, 2008

Subpoenaed Served & Scheduled:

1222428-2

Alfred McRoyal

Don Davis, Jr.

Darrell Raymond

Rita Raymond

Aaron Lee

Donna Buford

Sarah Price

Darian Hunter

January 12, 2008

Marie Benoit

Mildred Dean

Blaire Boutee

January 13, 2008

Mike Ginart

Fred Everhardt, Jr.

Frank Auderer, Jr.

January 14, 2008

Gilbert Luke

Mary Warren

Emile Goetz

January 15, 2008

Melba Gibson

Jimmie Perry

Nellie Perry

January 6, 2009 - 10:30 a.m

January 6, 2009 – 2:00 p.m.

January 7, 2009 – 9:30 a.m.

January 7, 2009 – 10:30 a.m.

January 8, 2009 – 9:30 a.m.

January 8, 2009 – 10:30 a.m.

January 9, 2009 – 2:00 p.m.

January 9, 2009 – 3:00 p.m.

1222428-2

<u>January 19, 2008</u>

Craig Taffaro

Ray Lauga, Jr.

George Cavinac

<u>January 20, 2008</u>

Ethel Leon

Karen Leon

Aida Koch

<u>January 21, 2008</u>

Mike Gorbaty

David Payse

Jack Stephens

<u>January 22, 2008</u>

Doris Shanks

Herbert Warren

Donald Pritchett

<u>January 26, 2008</u>

Michael Lagarde

Marenthia Lagarde

Anthony Dunn

<u>January 27, 2008</u>

Darryl Traylor

Sharlet Bordelon

Clitton Bordelon

January 28, 2008

David Green

Everidge Green

Jonathan Green

Robert Green

January 29, 2008

Joycelyn Moses

Rico Sutton

Arcola Sutton

February 2, 2008

Polly Boudreaux

Patricia Camp

Kenneth Henderson

Brian Bertucci

February 3, 2008

Dianne Glaser

Kevin McFarland

Henry "Junior" Rodriguez

February 4, 2009

Harris Irvin, III

Richard Reese

February 9 – 12, 2008

Any witnesses not previously obtained / Lafarge witnesses taken by plaintiff

<u>February 16 – 19, 2008</u>

Any witnesses not previously obtained / Lafarge witnesses taken by plaintiff

<u>February 23-26, 2008</u>

MARDI GRAS

before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy

Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are

hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 30th day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker