UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*

DANIEL WEBER, MELBA GIBSON, AND [ILLEGIBLE]     CIVIL ACTION     *In Re: Katrina Canal Breaches Litigation*

2009 JAN -5 AM 10: 46

VERSUS     LORETTA G. WHYTE     NUMBER   08-4459 c/w 05-4182
           CLERK                SECTION  "K" (2)

LAFARGE NORTH AMERICA, INC.

### REQUEST FOR SUMMONS

Please  ☒ issue   ☐ re-issue
        ☐ complaint,  ☐ amended complaint,  ☒ third party complaint,  ☐ intervening complaint to the following:

1. Name:     UNITED STATES OF AMERICA c/o Hon. James B. Letten, US Attorney EDLA

   Address:  210 Hale Boggs Federal Building
             500 Poydras Street
             New Orleans, LA 70130

2. Name:     UNITED STATES OF AMERICA c/o Hon. Michael Mukasey, Attorney General

   Address:  5137 Robert F. Kennedy Building
             10th Street & Constitution Avenue NW
             Washington, DC 20530

3. Name:

   Address:

*Attorney's Signature*

Robert B. Fisher, Jr.
CHAFFE McCALL, LLP
2300 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

Attorney's Address

5587
Attorney's Bar Roll Number

Lafarge North America, Inc.
Party Attorney Represents

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

doc # 165316