UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>    <u>Allen</u>, 07-5111<br>      (Duplicate Representation) | SECTION "K"(2) |

**************************************

## ORDER OF DISMISSAL

The Court having been advised that plaintiff Charles L. Pecot and defendant State Farm Fire and Casualty Company have firmly agreed upon a compromise,

**IT IS ORDERED** that all claims of Charles L. Pecot against State Farm Fire and Casualty Company are hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 60 (sixty) days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

          COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this ____6th____ day of January, 2009.

                                                  STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT COURT JUDGE