UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
   CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K"(2)


## ORDER

Defendant Allstate Insurance Company has filed a Request for Oral Argument (Rec. Doc. 16540) pertaining to its Motion to Dismiss Duplicate Claims (Rec. Doc. 16539). The Court, having reviewed the briefs, finds oral argument unnecessary to the adjudication of the motion. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Rec. Doc. 16540) is hereby **DENIED.** The Motion to Dismiss Duplicate Claims (Rec. Doc. 16539) will be decided on the briefs.

New Orleans, Louisiana, this __6th__ day of January, 2009.

```
                              _____
                              STANWOOD R. DUVAL, JR.
                              UNITED STATES DISTRICT JUDGE
```