UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES            § CIVIL ACTION NO. 05-4182 "K" (2)
CONSOLIDATED LITIGATION           §
                                  § JUDGE DUVAL
                                  §
PERTAINS TO:  INSURANCE           § MAGISTRATE WILKINSON
                                  §
GAIL CONERLY           NO.: 07-3085 §
                                  §
VERSUS                            §
                                  §
ALLSTATE INDEMNITY COMPANY        §
                                  §

## RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Gail Conerly, as well as Defendant, Allstate Indemnity Company, through undersigned counsel and who hereby stipulate to the dismissal of this action in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

                                        RESPECTFULLY SUBMITTED,


                                        */s/ Gregory J. Schwab*
                                        **GREGORY J. SCHWAB #21075**
                                        100 Ramey Road, Suite B
                                        Houma, Louisiana 70360
                                        Telephone: (985) 223-4457
                                        Facsimile: (985) 851-5051
                                        E-mail: gjschwab@exceedtech.net
                                        Attorney for Allstate

                                        and

1

        Respectfully submitted,
        CONNICK AND CONNICK, LLC


        */s/ William P. Connick*
        **William P. Connick, Bar No. 14158**
        2551 Metairie Road
        Metairie, Louisiana 70001
        Telephone: (504) 838-8777