UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES § CIVIL ACTION NO. 05-4182 "K" (2)
CONSOLIDATED LITIGATION §
§ JUDGE DUVAL
§
PERTAINS TO:  INSURANCE § MAGISTRATE WILKINSON
§
GAIL CONERLY                          NO.: 07-3085 §
§
VERSUS §
§
ALLSTATE INDEMNITY COMPANY §
§

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action, in its entirety, is dismissed with prejudice.

_____
JUDGE

1