UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | |
| KATRINA CANAL BREACHES § | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION § | |
| § | JUDGE DUVAL |
| *PERTAINS TO:  INSURANCE* § | |
| § | MAGISTRATE WILKINSON |
| JOSEPH NEMETH and § | |
| GENEVIEVE NEMETH    NO.: 07-3078 § | |
| § | |
| VERSUS § | |
| § | |
| ALLSTATE INSURANCE COMPANY § | |
| § | |

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, Joseph Nemeth and Genevieve Nemeth, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of this action in its entirety, with prejudice.

WHEREFORE, the Plaintiffs and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

1

Respectfully submitted,
CONNICK AND CONNICK, LLC


*/s/ William P. Connick*
**William P. Connick, Bar No. 14158**
2551 Metairie Road
Metairie, Louisiana 70001
Telephone: (504) 838-8777