UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES § CIVIL ACTION NO. 05-4182 "K" (2)
CONSOLIDATED LITIGATION §
§ JUDGE DUVAL
*PERTAINS TO: INSURANCE* §
§ MAGISTRATE WILKINSON
JOSEPH NEMETH and §
GENEVIEVE NEMETH     NO.: 07-3078 §
§
VERSUS §
§
ALLSTATE INSURANCE COMPANY §
_____ §

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action, in its entirety, is dismissed with prejudice.

_____
JUDGE

1