Exhibit 1



# State of Louisiana

## EXECUTIVE DEPARTMENT

PROCLAMATION NO. 65 BJ 2008

*LEGAL HOLIDAY - FRIDAY, JANUARY 2, 2009*

**WHEREAS,** pursuant to R.S. 1:55(A)(1) and (B)(1)(a), New Year's Day, Thursday, January 1, 2009, is a legal holiday and a day of rest in the state of Louisiana which is observed by the departments of the state;

**WHEREAS,** R.S.1:55(B)(3) empowers the governor to authorize, by executive proclamation, the observance by the departments of the state of other holidays and half-holidays that the governor deems in keeping with efficient administration; and

**WHEREAS,** the citizens of the state of Louisiana and the officers and employees of the departments of the state will benefit from an additional legal holiday during a period when families traditionally gather together to remember their blessings and promote family values;

**NOW THEREFORE, I, BOBBY JINDAL,** Governor of the state of Louisiana, by virtue of the authority vested by the Constitution and the laws of the state of Louisiana, do hereby order and direct as follows:

**SECTION 1:** Friday, January 2, 2009, is declared a legal holiday in the state of Louisiana and shall be observed as a day of rest.

**SECTION 2:** Insofar as practicable, the appointing authorities and/or heads of all institutions, offices and departments of the state (hereafter "appointing authority") shall permit the officers and employees under their control to observe Friday, January 2, 2009, as a day of rest. Nonetheless, an appointing authority shall have discretion to require said officers and/or employees to work on the holiday when, in the appointing authority's judgment, it is required for the efficient administration of a state facility, the operation of which is necessary and indispensable to the citizens of the state.



**IN WITNESS WHEREOF,** I have set my hand officially and caused to be affixed the Great Seal of Louisiana, at the Capitol, in the city of Baton Rouge, on this 16th day of October, 2008.

/S/ Bobby Jindal
**GOVERNOR OF LOUISIANA**

ATTEST BY
THE GOVERNOR

/S/ Jay Dardenne
**SECRETARY OF STATE**