UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | | NO. 05-4182 "K" (2) |
| PERTAINS TO:  BARGE | | JUDGE DUVAL |
| Mumford v. Ingram | C.A. No. 05-5724 | MAG. WILKINSON |
| Boutte v. Lafarge | C.A. No. 05-5531 | |
| Lagarde v. Lafarge | C.A. No. 06-5342 | |
| Perry v. Ingram Barge | C.A. No. 06-6299 | |
| Benoit v. Lafarge | C.A. No. 06-7516 | |
| Parfait Family v. USA | C.A. No. 07-3500 | |
| Lafarge v. USA | C.A. No. 07-5178 | |

**ORDER ON MOTION**

APPEARANCES:   None (on the briefs)

MOTION:   Renewed Motion of Lafarge North America, Inc. for Rule 37 Sanctions Against Plaintiffs, Record Doc. No. 16660

O R D E R E D:

 XXX : DENIED IN PART AND DISMISSED AS MOOT IN PART.  The motion is denied insofar as it seeks dismissal as a discovery sanction against named plaintiffs in the Parfait case.  I decline to recommend dismissal as a discovery sanction against persons whose case has been ordered stayed by the presiding district judge. Further proceedings as to those plaintiffs may be undertaken only if and when the stay order is lifted by the district judge who imposed it.  As to all other plaintiffs who are the subject of this motion, it appears that the parties have reached an agreement by which these plaintiffs' claims will be dismissed voluntarily without prejudice.  Thus, the remainder of the motion is moot.

New Orleans, Louisiana, this   7th   day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE