UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of George Posey regarding 4110 S. Prieur, New Orleans, LA 70125; MAHDI MUHAMMAD regarding 4822 FRENCHMAN ST., NEW ORLEANS, LA 70122; Lois Spaulding regarding 120 Winthrop Pl, New Orleans, LA 70119; SALVADOR CEFALU regarding 2030 ST. CLAUDE AVE., NEW ORLEANS, LA 70116; Ernest Amedee, Joyce D. Amedee, Sr. regarding 4512 Majestic Oaks Dr., New Orleans, LA 70126; Braulio Lemus, Anna D. Menendez regarding 3412 Vespasian Dr., New Orleans, LA 70114; Wilson Boveland, Catherine S. Boveland regarding 7230 Briarheath Dr., New Orleans, LA 70128; Paulette Smith, Ellis P. Smith regarding 7810 Wave Dr., New Orleans, LA 70128; Wayne Martin, Wanda C. Martin regarding 6210 Eastover Dr., New Orleans, LA 70128; Rose Williams regarding 2501 Delery St., New Orleans, LA 70117; Barbara Braxton, Enhanced Health Tr. Ctr., Inc. regarding 6100 Elysian Fields Ave., New Orleans, LA 70122; Leroy Taylor, Joyce Taylor regarding 11020 Guildford Rd., New Orleans, LA 70127; Dwayne Dorsey, Glenda P. Dorsey regarding 11330 Parkwood Ct. South, New Orleans, LA 70128; Joseph Lewis regarding 3308 Corinne Dr., Chalmette, LA 70043; Stephanie Pierre regarding 2680 Lavender St., New Orleans, LA 70122; McBurnett Knox regarding 6100 Press Dr., New Orleans, LA 70126; Angela Drury regarding 222 & 224 Harrison Ave., New Orleans, LA 70124; Ruth Davis, Ruth White regarding 6000-02 Spain St., New Orleans, LA 70122; Nina Bentley regarding 1718 Old Roman St., New Orleans, LA 70116; Linda Massenburg regarding 4719 E. Adams Ct., New Orleans, LA 70128; Cassandra |

Myles regarding 2106 Conti St., New Orleans, LA 70112; Louise Nutter regarding 8526 Palmetto St., New Orleans, LA 70118; Carolyn Lewis regarding 7228 Claridge Ct., New Orleans, LA 70127; Woodrow Cormier, Dianne Cormier regarding 7669 Stonewood St., New Orleans, LA 70128; Linda Sherman, Nathaniel Sherman regarding 4667 Bundy Rd., New Orleans, LA 70127; Morris Gaulland, Elsie Gaullad regarding 4416 D'Hemecourt St., New Orleans, LA 70118; hazel Hansberry regarding 3827 & 3829 Delachaise St., New Orleans, LA 70125; Dwight Perria regarding 1229 Sere St., New Orleans, LA 70122; Fabian Preston regarding 4811 Warren Dr., New Orleans, LA 70130; Jacqueline Taylor regarding 7611 Vincent Rd, New Orleans, LA 70128; Leontene Dilworth regarding 4635 Allen, New Orleans, LA 70122; Lorie Kirk-Eaglin regarding 5830 W. Deer Park. Blvd., New Orleans, LA 70127; Elmira Quezerque regarding 2417 Havana st., New orleans, LA 70119; Travis Rose regarding 1033 Forstall st., New Orleans, LA 70117; Leroy Boudreaux, Linda S. Boudreaux regarding 7411 Seven Oaks Rd., New Orleans, LA 70560; Dell Montegut regarding 5824 W. Deer Park Blvd., New Orleans, LA 70127; Leslie Falkins regarding 4616 Duplessis St., New Orleans, LA 70122; Luciana DePass regarding 3439 New Orleans St., New Orleans, LA 70122; Janie Young regarding 5444 DeBore Dr., New Orleans, LA 70126; Phillip DeMouy, Charmaine DeMouy regarding 7616 Berg Rd., New Orleans, LA 70128; Barbara Spriggins regarding 5444 Vermillion Blvd., New Orleans, LA 70122; Mildred Williams, Kevin Williams regarding 5528 St. Ferdinand Dr., New Orleans, LA 70126; Charles Fos, Nancy E. Fos regarding 316 E. Urquhart St., Chalmette, LA 70043; Terry Tedesco regarding 8015 St. Charles, New Orleans, LA 70118

## **ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs George Posey regarding 4110 S. Prieur, New Orleans, LA 70125; MAHDI MUHAMMAD regarding 4822 FRENCHMAN ST., NEW ORLEANS, LA 70122; Lois Spaulding regarding 120 Winthrop Pl, New Orleans, LA 70119; SALVADOR CEFALU regarding 2030 ST. CLAUDE AVE., NEW ORLEANS, LA 70116; Ernest Amedee, Joyce D. Amedee, Sr. regarding 4512 Majestic Oaks Dr., New Orleans, LA 70126; Braulio Lemus, Anna D. Menendez regarding 3412 Vespasian Dr., New Orleans, LA 70114; Wilson Boveland, Catherine S. Boveland regarding 7230 Briarheath Dr., New Orleans, LA 70128; Paulette Smith, Ellis P. Smith regarding 7810 Wave Dr., New Orleans, LA 70128; Wayne Martin, Wanda C. Martin regarding 6210 Eastover Dr., New Orleans, LA 70128; Rose Williams regarding 2501 Delery St., New Orleans, LA 70117; Barbara Braxton, Enhanced Health Tr. Ctr., Inc. regarding 6100 Elysian Fields Ave., New Orleans, LA 70122; Leroy Taylor, Joyce Taylor regarding 11020 Guildford Rd., New Orleans, LA 70127; Dwayne Dorsey, Glenda P. Dorsey regarding 11330 Parkwood Ct. South, New Orleans, LA 70128; Joseph Lewis regarding 3308 Corinne Dr., Chalmette, LA 70043; Stephanie Pierre regarding 2680 Lavender St., New Orleans, LA 70122; McBurnett Knox regarding 6100 Press Dr., New Orleans, LA 70126; Angela Drury regarding 222 & 224 Harrison Ave., New Orleans, LA 70124; Ruth Davis, Ruth White regarding 6000-02 Spain St., New Orleans, LA 70122; Nina Bentley regarding 1718 Old Roman St., New Orleans, LA 70116; Linda Massenburg regarding 4719 E. Adams Ct., New Orleans, LA 70128; Cassandra Myles regarding 2106 Conti St., New Orleans, LA 70112; Louise Nutter regarding

8526 Palmetto St., New Orleans, LA 70118; Carolyn Lewis regarding 7228 Claridge Ct., New Orleans, LA 70127; Woodrow Cormier, Dianne Cormier regarding 7669 Stonewood St., New Orleans, LA 70128; Linda Sherman, Nathaniel Sherman regarding 4667 Bundy Rd., New Orleans, LA 70127; Morris Gaulland, Elsie Gaullad regarding 4416 D'Hemecourt St., New Orleans, LA 70118; hazel Hansberry regarding 3827 & 3829 Delachaise St., New Orleans, LA 70125; Dwight Perria regarding 1229 Sere St., New Orleans, LA 70122; Fabian Preston regarding 4811 Warren Dr., New Orleans, LA 70130; Jacqueline Taylor regarding 7611 Vincent Rd, New Orleans, LA 70128; Leontene Dilworth regarding 4635 Allen, New Orleans, LA 70122; Lorie Kirk-Eaglin regarding 5830 W. Deer Park. Blvd., New Orleans, LA 70127; Elmira Quezerque regarding 2417 Havana st., New orleans, LA 70119; Travis Rose regarding 1033 Forstall st., New Orleans, LA 70117; Leroy Boudreaux, Linda S. Boudreaux regarding 7411 Seven Oaks Rd., New Orleans, LA 70560; Dell Montegut regarding 5824 W. Deer Park Blvd., New Orleans, LA 70127; Leslie Falkins regarding 4616 Duplessis St., New Orleans, LA 70122; Luciana DePass regarding 3439 New Orleans St., New Orleans, LA 70122; Janie Young regarding 5444 DeBore Dr., New Orleans, LA 70126; Phillip DeMouy, Charmaine DeMouy regarding 7616 Berg Rd., New Orleans, LA 70128; Barbara Spriggins regarding 5444 Vermillion Blvd., New Orleans, LA 70122; Mildred Williams, Kevin Williams regarding 5528 St. Ferdinand Dr., New Orleans, LA 70126; Charles Fos, Nancy E. Fos regarding 316 E. Urquhart St., Chalmette, LA 70043; Terry Tedesco regarding 8015 St. Charles, New Orleans, LA 70118 against Defendants Travelers Casualty and Surety Company, Travelers Property Casualty Insurance Company, Travelers Home and Marine Insurance Company, The Standard Fire Insurance Company, The Travelers Insurance Company, St. Paul Travelers Insurance, St Paul Fire and Marine Insurance Company, Travelers Property Casualty Company of America, The Travelers Indemnity Company of America, in the above captioned matter only, be dismissed

without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this _____ day of _____, 2009.


                                                     _____
                                                     United States District Judge