UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    <u>Abadie</u>, 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

************

| | |
|---|---|
| MERCEDES LATAPIE ET AL. | CIVIL ACTION |
| VERSUS | NO. 08-4497 |
| HORACE MANN INSURANCE COMPANY | SECTION "K" (2) |

## ORDER

The court, after considering the complaint, the record, the applicable law and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the stay in <u>Susan Abadie et al. v. Aegis Security Insurance Company et al.</u>, C.A. No. 07-5112, is temporarily lifted for the sole purpose of dismissing the claims of Mercedes Latapie and Walter Latapie.

**IT IS FURTHER ORDERED** that the claims of Mercedes Latapie and Walter Latapie in the captioned <u>Abadie</u> case are **DISMISSED WITHOUT PREJUDICE** as

duplicative of the claims asserted in <u>Mercedes and Walter Latapie v. Horace Mann Insurance Company</u>, C.A. No. 08-4497, which remains pending and active in this court.

**IT IS FURTHER ORDERED** that the Case Manager of Section K is directed to schedule and conduct a scheduling conference in C.A. No. 08-4497 "K"(2), so that the separate <u>Latapie</u> case may be set for trial.

New Orleans, Louisiana, this __7th__ day of ____January____, 2008.

_____
UNITED STATES DISTRICT JUDGE