UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>**Plaintiffs** | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>**Defendant** | |

************************************************************************

## PARTIAL JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Esco Bickham regarding claim no. 18-R343-566, Amanda Bowers regarding claim no. 18-R481-035, Barbara Burton regarding claim no. 18-R486-932, Corrine Dandridge regarding claim no. 18-R259-587, Terrance Duncan regarding claim no. 18-R170-664, John Early regarding claim no. 18-R248-740, Adrien Eugene regarding claim no. 18-R172-458, Marlene Feltus-Jackson regarding claim no. 18-R477-180, Michael Griffin regarding claim no. 18-R336-917, Shirlene McGee regarding claim no. 18-R484-413, Mary Monteleone regarding claim no. 18-R493-335, Leonard Morris regarding claim no. 18-R358-372, Santiago Munoz regarding claim no. 18-R332-837, Sherman

Mushatt regarding claim no. 18-R167-784, Dewitt Perkins regarding claim no. 18-R343-150, Claudia Pickett regarding claim no. 18-R243-214 and Maria Sessum regarding claim no. 18-R163-774. Therefore, the above-mentioned plaintiffs hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the above-mentioned plaintiffs, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH S. MONSOUR, #30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com

/s/ Joseph M. Bruno
Joseph M. Bruno, #3604
L. Scott Joanen, #21431
The Law Office of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss