## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"** |
| **THIS DOCUMENT RELATES TO:**<br>**Insurance** | **MAGISTRATE (2)**<br><br>**This pleading applies only to the claim of Thomas Austin, Jr., Wallace "Wally" Barr, Kimberly Bremermann-Black, Shawn Burst, Angelina Burst, Monty Glorioso, Lacey Glorioso, Ingrid Jackson, David Lewis, Marie Lewis, Jim Miller, Grace Murphy, Troy Perez, Ronnie Rabin, Dianne Rabin, Leonard Riddle, Mary Riddle, Perry Rittner, Debbie Rittner, Sharon Samuel, Eldred Samuel, James Smith, Laura Iveson Smith, Paul Wagner, Charlie Ward, Caleia Ward, Youtong Wilcox** |
| **No. 06-5383**, *Austin et al., v Allstate Fire and Casualty Insurance Co., et al.* | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Thomas Austin, Jr., Wallace "Wally" Barr, Kimberly Bremermann-Black, Shawn Burst, Angelina Burst, Monty Glorioso, Lacey Glorioso, Ingrid Jackson, David Lewis, Marie Lewis, Jim Miller, Grace Murphy, Troy Perez, Ronnie Rabin, Dianne Rabin, Leonard Riddle, Mary Riddle, Perry Rittner, Debbie Rittner, Sharon Samuel, Eldred Samuel, James Smith, Laura Iveson Smith, Paul Wagner, Charlie Ward, Caleia Ward, Youtong Wilcox, who wish to voluntarily dismiss the claims against all Defendant(s) in the above

captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this January 7, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno