UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"** |
| **THIS DOCUMENT RELATES TO:**<br>**Insurance**<br><br>**No. 06-5383,** *Austin et al., v Allstate Fire and Casualty Insurance Co., et al.* | **MAGISTRATE (2)**<br><br>**This pleading applies only to the claim of Thomas Austin, Jr., Wallace "Wally" Barr, Kimberly Bremermann-Black, Shawn Burst, Angelina Burst, Monty Glorioso, Lacey Glorioso, Ingrid Jackson, David Lewis, Marie Lewis, Jim Miller, Grace Murphy, Troy Perez, Ronnie Rabin, Dianne Rabin, Leonard Riddle, Mary Riddle, Perry Rittner, Debbie Rittner, Sharon Samuel, Eldred Samuel, James Smith, Laura Iveson Smith, Paul Wagner, Charlie Ward, Caleia Ward, Youtong Wilcox** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Thomas Austin, Jr., Wallace "Wally" Barr, Kimberly Bremermann-Black, Shawn Burst, Angelina Burst, Monty Glorioso, Lacey Glorioso, Ingrid Jackson, David Lewis, Marie Lewis, Jim Miller, Grace Murphy, Troy Perez, Ronnie Rabin, Dianne Rabin, Leonard Riddle, Mary Riddle, Perry Rittner, Debbie Rittner, Sharon

Samuel, Eldred Samuel, James Smith, Laura Iveson Smith, Paul Wagner, Charlie Ward, Caleia Ward, Youtong Wilcox against all Defendants, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this _____ day of _____, 2009.

                                          United States District Judge