UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Hurricane Legal Center Mass Joinder Cases:<br>Anderson 07-6737<br>R. Adams 07-4459<br>Aguda 07-4457<br>Allen-Perkins 07-5204<br>D.Adams 07-5206 | SECTION "K" (2) |

**STATE FARM FIRE AND CASUALTY COMPANY'S
RULE 59 MOTION TO ALTER OR AMEND THE
COURT'S SEVERANCE ORDER AND/OR MOTION TO CLARIFY**

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company ("State Farm"), which files this Motion to Alter or Amend the Court's December 30, 2008 Severance Order pursuant to Rule 59 of the Federal Rules of Civil Procedure. As stated more fully and completely in the attached Memorandum in Support, in response to the Court's Severance Order, the HLC intends to create a new, substantively different complaint which will be filed on behalf of each of the individual property owners pursuant to the Severance Order. This new complaint substantively changes the factual allegations and legal theories contained in the original complaints. The HLC should not be permitted to use this Court's Severance Order as a mechanism to alter the operative facts and legal theories initially sued upon and pled in the original complaints and to avoid prior ruling of

{N0160605}

this Court and Judge Duval specifically denying the HLC's requests to amend these complaints. Thus, State Farm respectfully requests that the Court clarify or amend its Order to specifically address the impropriety of substantive changes to the amended complaints filed pursuant to the Order.

                Respectfully submitted,

                **/s/ David A. Strauss**
                DAVID A. STRAUSS (**T.A.**) #24665
                CHRISTIAN A. GARBETT, SR. #26293
                SARAH SHANNAHAN MONSOUR # 30957
                KING, KREBS & JURGENS, P.L.L.C.
                201 St. Charles Avenue, Suite 4500
                New Orleans, Louisiana 70170
                Telephone: (504) 582-3800
                Facsimile:  (504) 582-1233
                dstrauss@kingkrebs.com
                cgarbett@kingkrebs.com
                smonsour@kingkrebs.com
                *Attorneys for State Farm Fire and*
                *Casualty Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 7, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

              **/s/ David A. Strauss**

{N0160605}