UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Hurricane Legal Center Mass Joinder Cases<br>Anderson 07-6737<br>R. Adams 07-4459<br>Aguda 07-4457<br>Allen-Perkins 07-5204<br>D.Adams 07-5206 | SECTION "K" (2) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire and Casualty Company, will bring on for hearing the attached Rule 59 Motion to Alter or Amend the Court's Severance Order and/or Motion to Clarify before Magistrate Joseph C. Wilkinson, Jr., United States Courthouse, 500 Poydras Street, Room B409, New Orleans, Louisiana 70130, on January 28, 2009 at 11:00 a.m..

{N0160603}                                                     1

Respectfully submitted:

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**

{N0160603}                                2