UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Hurricane Legal Center Mass Joinder Cases<br>Anderson 07-6737<br>R. Adams 07-4459<br>Aguda 07-4457<br>Allen-Perkins 07-5204<br>D.Adams 07-5206 | SECTION "K" (2) |

**MOTION TO EXPEDITE CONSIDERATION
OF STATE FARM'S RULE 59 MOTION TO ALTER OR AMEND
THE COURT'S SEVERANCE ORDER AND/OR MOTION TO CLARIFY**

NOW INTO COURT, comes defendant, State Farm Fire and Casualty Company ("State Farm"), to request that this Honorable Court expedite consideration of the Motion to Alter or Amend the Court's December 30, 2008 Severance Order in light of the impending deadline before which the plaintiffs must re-file the above-referenced severed suits.

{N0160566}

**WHEREFORE**, defendants pray that this Motion to Expedite Consideration of the Motion to Alter or Amend the Court's December 30, 2008 Severance Order be granted.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**