**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                      CIVIL ACTION
CONSOLIDATED LITIGATION
                                                   NO. 05-4182

PERTAINS TO: INSURANCE                             SECTION "K" (2)
**Hurricane Legal Center Mass Joinder Cases**
Anderson 07-6737
R. Adams 07-4459
Aguda 07-4457
Allen-Perkins 07-5204
D.Adams 07-5206

**MEMORANDUM IN SUPPORT OF STATE FARM'S MOTION TO EXPEDITE**
**CONSIDERATION OF STATE FARM'S RULE 59 MOTION TO ALTER OR AMEND**
**THE COURT'S SEVERANCE ORDER AND/OR MOTION TO CLARIFY**

**MAY IT PLEASE THE COURT,** in support of its Motion to Expedite its Motion to

Alter or Amend the Court's December 30, 2008 Severance Order, defendant, State Farm Fire and

Casualty Company ("State Farm"), respectfully avers as follows:

On December 30, 2008, this Court issued an Order deconsolidating and severing the

claims of numerous plaintiffs represented by the Hurricane Legal Center ("HLC") in the above-

captioned cases and ordering the HLC to file individual amended complaints for each property

claim. *See* Rec. Doc. 16868.  The Order requires the HLC to file the amended complaints no

later than January 30, 2009.  In response to the Court's Severance Order, the HLC intends to

create a new, substantively different complaint which will be filed on behalf of each of the

individual property owners pursuant to the Severance Order.  This new complaint substantively

{N0160580}

changes the factual allegations and legal theories contained in the original complaints.  State Farm's Motion to Alter or Amend requests that the Court clarify its Severance Order to specifically address the impropriety of any substantive changes to the amended complaints filed pursuant to the Order.  Thus, the outcome of State Farm's motion may require the HLC to modify the pleadings it intended to file.

In light of the impending deadline imposed by the Severance Order, State Farm respectfully requests that the Court hear its Motion to Alter or Amend as soon as possible to ensure that the HLC has sufficient time to comply with the Severance Order.

Respectfully submitted,


**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**