UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Hurricane Legal Center Mass Joinder Cases<br>Anderson 07-6737<br>R. Adams 07-4459<br>Aguda 07-4457<br>Allen-Perkins 07-5204<br>D.Adams 07-5206 | SECTION "K" (2) |

**PROPOSED ORDER**

Considering State Farm Fire and Casualty Company's Motion to Expedite Consideration of its Rule 59 Motion to Alter or Amend and/or Motion to Clarify this Court's December 30, 2008 Severance Order:

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion to Expedite Consideration of it Motion to Alter or Amend be granted. The Court sets forth the matter for hearing on _____ at _____.

New Orleans, Louisiana, on this ____ day of _____, 2009.

_____
**JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE JUDGE**

{N0160597}                    1