UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Latapie, 08-4497 | JUDGE DUVAL<br>MAG. WILKINSON |

## DECONSOLIDATION ORDER

In light of Judge Duval's order accepting my report and recommendation issued in the referenced Latapie case, Record Doc. No. 16981, as provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4, **IT IS ORDERED** that the referenced Latapie case, C.A. No. 08-4497, is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk of Court is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 08-4497 on the docket of C.A. No. 08-4497, and not on the docket of C.A. No. 05-4182. The Clerk is also directed to maintain the allotment of this case in Section "K"(2) for future proceedings. By copy of this minute entry, the case manager of Section "K" is notified so that she may schedule a preliminary conference.

New Orleans, Louisiana, this  7th  day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**CASE MANAGER SHEENA DEMAS**