UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*      06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*             07-5178<br>*Weber v. Lafarge*         08-4459 | *<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>*<br>* |

## NOTICE OF DEPOSITIONS

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure:

| Name of Deponent: | Date and Time: |
|---|---|
| <u>January 14, 2009</u> | |
| Gilbert Luke | January 14, 2009 – 09:30 a.m. |
| Mary Warren | January 14, 2009 – 11:00 a.m. |
| Emile Goetz | January 14, 2009 – 02:00 p.m. |

1227794-1

<u>January 15, 2009</u>

| | |
|---|---|
| Mike Ginart | January 15, 2009 – 09:30 a.m. |
| Fred Everhardt, Jr. | January 15, 2009 – 11:00 a.m. |
| Frank Auderer, Jr. | January 15, 2009 – 03:00 p.m. |

<u>January 20, 2008</u>

| | |
|---|---|
| Brian Bertucci | January 20, 2009 – 09:30 a.m. |
| Henry "Junior" Rodriguez | January 20, 2009 – 11:30 a.m. |
| Karen Genovese | January 20, 2009– 03:30 p.m. |

<u>February 4, 2008</u>

| | |
|---|---|
| Craig Taffaro | February 4, 2009 – 09:30 a.m. |
| Ray Lauga, Jr. | February 4, 2009 – 12:30 pm. |
| George Cavinac | February 4, 2009 – 03:00 p.m. |

before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

1227794-1                                        2

>John D. Aldock
>Mark S. Raffman
>**GOODWIN PROCTER LLP**
>901 New York Avenue, N.W.
>Washington, DC 20001
>Telephone: (202) 346-4240
>
>Daniel A. Webb (#13294)
>**SUTTERFIELD & WEBB, LLC**
>Poydras Center
>650 Poydras Street, Suite 2715
>New Orleans, LA 70130
>Telephone: (504) 598-2715
>*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 8th day of January, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

>/s/ Derek A. Walker