UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * * | |
| CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE |  *  *  | SECTION "K" (2) |
| *Weber v. Lafarge*   08-4459 | * * * | |
|  | * * | JUDGE STANWOOD R. DUVAL, JR. |
|  | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

### *EX PARTE*/CONSENT MOTION OF LAFARGE NORTH AMERICA INC. FOR <u>EXTENSION OF TIME TO FILE RESPONSES</u>

NOW INTO COURT, through undersigned counsel, comes Lafarge North America Inc. ("LNA"), who respectfully moves this Honorable Court for an extension of the deadline to file responsive pleadings to the cross-claims of New York Marine and General Insurance Company ("NYMAGIC"), American Home Assurance Company ("AHAC") and the Northern Assurance Company of America ("NACA") (hereinafter collectively referred to as "Excess Insurers"). Excess Insurers filed their Cross-Claims (Doc. 15997) against LNA on October 20, 2008, with LNA's responsive pleadings originally due on or before November 10, 2008. That deadline was extended to January 9, 2009 by Order of this Honorable Court on November 10, 2008 (Doc. No.

1226484-1

16341). Because this Court has stayed the coverage issues addressed in Excess Insurer's Cross-Claims (Doc. 14719), LNA requests an extension of thirty (30) days, until February 9, 2009, in which to file its responsive pleadings. Undersigned counsel certifies that counsel for Excess Insurers have been contacted, and that they have no objection to the requested continuance.

        Respectfully submitted,

        /s/Derek A. Walker_____
        Derek A. Walker (#13175)
        Robert B. Fisher, Jr., (#5587)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        Facsimile: (504) 585-7075
        Walker@chaffe.com

        John D. Aldock
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone: (504) 598-2715
        *Attorneys for Lafarge North America Inc.*

### Certificate of Service

I hereby certify that I have on this 8th day of January, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ Derek A. Walker

1226484-1      2