UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE | SECTION "K"(2) |

### ORDER

The Court is aware that a Motion for Summary Judgment (Doc. 16843) has been filed by the Sewerage and Water Board of New Orleans seeking dismissal of all claims lodged in Plaintiffs' Corrected Restated Levee Master Consolidated Class Action Complaint (Doc. 7571). It was originally set for January 7, 2009; however, the Court recognized plaintiffs' request for an extension of time to respond. Prior to rescheduling the motion for briefing and hearing, the Court believes that a status conference is necessitated. Accordingly,

**IT IS ORDERED THAT** a Status Conference is **SET** for January 13, 2009 at 11:30 a.m. for the purpose of discussing the prosecution of the above-noted motion. Only counsel for Levee plaintiffs and counsel for the Sewerage and Water Board are to attend.

New Orleans, Louisiana, this __7th__ day of January, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE