UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE/ROAD HOME<br>    Susan Abadie  07-5112<br>    Louisiana State 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

IT IS ORDERED that a **Settlement Conference** concerning the claim of Helen Honore against Hartford Insurance Company is set in this case on **JANUARY 20, 2009 at 3:00 p.m.** before me.  IT IS FURTHER ORDERED that **plaintiff must attend in person** and that Dan Rees, representing the Road Home Program, must also attend.

New Orleans, Louisiana, this  8th  day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE