UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| ROSALEE BRADLEY-MCKINLEY,<br>ROLAND BRADLEY<br>      Plaintiffs<br>VS. | CIVIL ACTION<br>No. 07-2611<br><br>SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>      Defendant | |

*********************************************************************

### JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Rosalee Bradley-McKinley and Roland Bradley. Therefore, plaintiffs, Rosalee Bradley-McKinley and Roland Bradley, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Rosalee Bradley-McKinley and Roland Bradley, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0107466}

Respectfully submitted,

/s/ David A. Strauss  
DAVID A. STRAUSS, #24665  
LINDSAY A. LARSON, III, #8053  
CHRISTIAN A. GARBETT, #26293  
ADAM P. MASSEY, #29330  
SARAH S. MONSOUR, #30957  
KING, KREBS & JURGENS, P.L.L.C.  
201 St. Charles Avenue, Suite 4500  
New Orleans, Louisiana 70170  
Telephone: (504) 582-3800  
Facsimile: (504) 582-1233  
Attorneys for State Farm Fire and Casualty Company  
dstrauss@kingkrebs.com  
llarson@kingkrebs.com  
cgarbett@kingkrebs.com  
amassey@kingkrebs.com  
smonsour@kingkrebs.com  

/s/ Joseph M. Bruno  
Joseph M. Bruno, #3604  
L. Scott Joanen, #21431  
The Law Office of Joseph M. Bruno  
855 Baronne Street, Third Floor  
New Orleans, Louisiana 70113  
Telephone: (504) 525-1335  
Facsimile: (504) 561-6775  
jbruno@jbrunolaw.com  

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss