UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| ROSALEE BRADLEY-MCKINLEY,<br>ROLAND BRADLEY<br>        **Plaintiffs**<br>VS. | CIVIL ACTION<br>No. 07-2611<br><br>SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>        **Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Rosalee Bradley-McKinley and Roland Bradley, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2009.

 

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2