# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | * NO. 05-4182 |
| | * and consolidated cases |
| PERTAINS TO: BARGE | * |
| | * SECTION "K"  (2) |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | * |
| *Mumford v. Ingram* | 05-5724 | * |
| *Lagarde v. Lafarge* | 06-5342 | * JUDGE |
| *Perry v. Ingram* | 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * |
| *Parfait Family v. USA* | 07-3500 | * MAG. |
| *Lafarge v. USA* | 07-5178 | * JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* | 08-4459 | * |
| | | * |

## NOTICE OF DEPOSITIONS

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure:

| **Name of Deponent:** | **Date and Time:** |
|---|---|
| <u>January 12, 2009</u> | |
| Mildred Dean | January 12, 2009 – 10:00 a.m. |
| Aida Koch | January 12, 2009 – 02:00 p.m. |

January 13, 2009

BARGE PLAINTIFFS TO SUPPLY NAMES


January 14, 2009

| | |
|---|---|
| Gilbert Luke | January 14, 2009 – 09:30 a.m. |
| Herbert Warren | January 28, 2009 – 10:00 a.m. |
| Mary Warren | January 14, 2009 – 11:00 a.m. |
| Emile Goetz | January 14, 2009 – 02:00 p.m. |
| Diane Glaser | January 14, 2009 – 04:00 p.m. |

January 15, 2009

| | |
|---|---|
| Mike Ginart | January 15, 2009 – 09:30 a.m. |
| Fred Everhardt, Jr. | January 15, 2009 – 11:00 a.m. |
| Frank Auderer, Jr. | January 15, 2009 – 03:00 p.m. |


January 16, 2009

| | |
|---|---|
| Joyce Daniels | January 16, 2009 – 09:30 a.m. |
| Earl Daniels | January 16, 2009 – 11:30 a.m. |
| Marie Benoit | January 16, 2009 – 04:00 p.m. |

January 19, 2009

HOLIDAY

January 20, 2009

Brian Bertucci                               January 20, 2009 – 09:30 a.m.

Henry "Junior" Rodriguez                     January 20, 2009 – 11:30 a.m.

Karen Genovese                               January 20, 2009– 03:30 p.m.


January 21, 2009

Ethel Leon                                   January 21, 2009 – 09:30 a.m.

Karen Leon                                   January 21, 2009 – 11:30 a.m.

Aaron Lee                                    January 21, 2009– 03:30 p.m.


January 22, 2009

Donald Pritchett                             January 22, 2009 – 10:00 a.m.

Marentha Lagarde                             January 22, 2009 – 01:00 pm

Brenda Hayes                                 January 22, 2009 – 03:30 p.m.


January 23, 2009

Gregory Campbell                             January 23, 2009 – 10:00 a.m.

Jackie Campbell                              January 23, 2009 – 11:00 a.m.

Gary Hayes                                   January 23, 2009 – 01:30 p.m.

Tracy Haylock                                January 23, 2009 – 02:00 p.m.


January 26, 2009

Joycelyn Moses                               January 26, 2009 – 09:30 a.m.

Rico Sutton                                  January 26, 2009 – 12:30 p.m.

Anthony Dunn                                 January 26, 2009 – 03:00 p.m.

January 27, 2009

| | |
|---|---|
| Blaire Boutee | January 27, 2009 – 10:00 a.m. |
| Darryl Traylor | January 27, 2009 – 11:30 a.m. |
| Sharlet Bordelon | January 27, 2009 – 01:30 p.m. |
| Clitton Bordelon | January 27, 2009 – 03:00 p.m. |

January 28, 2009

| | |
|---|---|
| David Green | January 28, 2009 – 11:30 a.m. |
| Jonathan Green | January 28, 2009 – 02:30 p.m. |
| Robert Green | January 28, 2009 – 04:30 p.m. |

January 29, 2009

| | |
|---|---|
| Kevin McFarland | January 29, 2009 – 10:00 a.m. |
| Melba Gibson | January 29, 2009 –  02:00 p.m. |
| Arcola Sutton | January 29, 2009 – 03:00 p.m. |

January 30, 2009

| | |
|---|---|
| Jimmie Perry | January 30, 2009 – 09:30 a.m.. |
| Nellie Perry | January 30, 2009 – 11:00 a.m. |
| Doris Shanks | January 30, 2009 – 01:30pm |

February 2, 2009

Polly Boudreaux                                February 2, 2009 – 09:30 a.m.

Patricia Camp                                  February 2, 2009 – 11:30 a.m.

Kenneth Henderson                              February 2, 2009 – 02:00 p.m.


February 3, 2009

Mike Gorbaty                                   February 3, 2009 – 09:30 a.m.

David Payse                                    February 3, 2009 – 12:30 p.m.

Jack Stephens                                  February 3, 2009 – 03:00 p.m.


February 4, 2009

Craig Taffaro                                  February 4, 2009 – 09:30 a.m.

Ray Lauga, Jr.                                 February 4, 2009 – 12:30 pm.

George Cavinac                                 February 4 2009 – 03:00 p.m.

February 6, 2009


February 9, 2009

Alfred McRoyal                                 February 9, 2009 -   09:30 a.m.

Don Davis, Jr.                                 February 9, 2009 –   10:30 a.m.

Darrell Raymond                                February 9, 2009 –   01:00 p.m.

Rita Raymond                                   February 9, 2009 –   02:00 p.m.

February 10, 2009

Harris Irvin, III                                     February 10, 2009 – 10:00 a.m.

Richard Reese                                         February 10, 2009 – 02:00 p.m.


February 11, 2009

Donna Buford                                          February 11, 2009 – 09:30 a.m.

 Sarah Price                                          February 11, 2009 – 10:30 p.m.

Darian Hunter                                         February 11, 2009 – 01:00 p.m.


February 12, 2009




February 13, 2009




February 16, 2009

David Gordon                                          February 16, 2009 – 09:30 a.m.

Jerome Aguillard                                      February 16, 2009 – 10:30 a.m.

Derrick Andrews                                       February 16, 2009 – 01:00 p.m.

Reginal Kelley                                        February 16, 2009 – 02:00 p.m.

February 17, 2009

Debra Blackwell                                   February 17, 2009 – 09:30 a.m.

William Blackwell                                 February 17, 2009 – 10:30 a.m.

Glenn Cross                                       February 17, 2009 – 01:00 p.m.

Joy Davis                                         February 17, 2009 – 02:00 p.m.


February 18, 2009

Arthur Foley, Sr.                                 February 18, 2009 – 09:30 a.m.

Helen Watts McNeal                                February 18, 2009 – 10:30 a.m.

Raymond McNeal                                    February 18, 2009 – 01:00 p.m.

Emile Perez, III                                  February 18, 2009 – 02:00 p.m.

Calvin Webb


February 19, 2009

Tirrell Turner                                    February 19, 2009 – 09:30 a.m.

Calvin Webb                                       February 19, 2009 – 10:30 a.m.


before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy

Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are

hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,


/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com


John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240


Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715
***Attorneys for Lafarge North America Inc.***

## Certificate of Service

I hereby certify that I have on this 8th day of January, 2009 served a copy of the foregoing

pleading on counsel for all parties to this proceeding, by electronic filing notification.


/s/ Derek A. Walker