## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | | * **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | * |
| | | * **NO. 05-4182** |
| | | * **and consolidated cases** |
| **PERTAINS TO: BARGE** | | * |
| | | * **SECTION "K" (2)** |
| *Boutte v. Lafarge* | **05-5531** | * |
| *Mumford v. Ingram* | **05-5724** | * |
| *Lagarde v. Lafarge* | **06-5342** | * **JUDGE** |
| *Perry v. Ingram* | **06-6299** | * **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* | **06-7516** | * |
| *Parfait Family v. USA* | **07-3500** | * **MAG.** |
| *Lafarge v. USA* | **07-5178** | * **JOSEPH C. WILKINSON, JR.** |
| *Weber v. Lafarge* | **08-4459** | * |
| | | * |

## NOTICE OF DEPOSITION OF KAREN LEON

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of **Karen Leon on January 21, 2009 at 11:30 a.m.** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend.

1227346-1

Respectfully submitted,


/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715
***Attorneys for Lafarge North America Inc.***

## Certificate of Service

I hereby certify that I have on this 8th day of January, 2009 served a copy of the foregoing

pleading on counsel for all parties to this proceeding, by electronic filing notification.


/s/ Derek A. Walker