UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | | *<br>* SECTION "K" (2)<br>* |
| *Boutte v. Lafarge* | 05-5531 | * |
| *Mumford v. Ingram* | 05-5724 | * |
| *Lagarde v. Lafarge* | 06-5342 | * JUDGE |
| *Perry v. Ingram* | 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * |
| *Parfait Family v. USA* | 07-3500 | * MAG. |
| *Lafarge v. USA* | 07-5178 | * JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* | 08-4459 | *<br>* |

### NOTICE OF DEPOSITION OF KEVIN MCFARLAND

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of **Kevin McFarland on January 29, 2009 at 10:00 a.m.** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend.

1227346-1

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 8th day of January, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker