UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO: INSURANCE**<br>*Kiefer, et al. v. Allstate, et al.,* **06-5370**<br>As to Plaintiff Nicole Washington only | **SECTION "K"(2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

The Court having been advised that plaintiff Nicole Washington and defendant Fidelity National Insurance Company have firmly agreed upon a compromise subject to Louisiana Recovery Authority/Road Home Program approval.

**IT IS ORDERED** that all claims of Nicole Washington against Fidelity National Insurance Company are hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 90 (ninety) days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

> **COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this ___8th___ day of January, 2009.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**