# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION VERSUS | § § § § § § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) CONS. KATRINA CANAL |
| JAMES ALLEN, ET AL Plaintiffs VS. STATE FARM FIRE AND CASUALTY COMPANY Defendant | § § § § § § § § | CIVIL ACTION No. 07-5111 SECTION "K" (2) |

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted by plaintiff, Dennis Hugle regarding 3204 Angelique Drive, Violet, La 70092 shall be and are hereby dismissed, without prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this __8th__ day of __January__ ,2008.

_____
UNITED STATES DISTRICT JUDGE

-1-