MINUTE ENTRY
WILKINSON, M.J.
JANUARY 8, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Hurricane Legal Center<br>    Mass Joinder Cases | JUDGE DUVAL<br>MAG. WILKINSON |

Anderson 07-6737
R. Adams 07-4459
Aguda 07-4457
Allen-Perkins 07-5204
D.Adams 07-5206

## HEARING AND ORDER ON MOTIONS

APPEARANCES:   Larry Centola, representing plaintiffs; David Strauss, representing defendant, State Farm

MOTIONS:  (1)  Motion of Defendant, State Farm, to Expedite Consideration of its Rule 59 Motion to Alter or Amend the Court's Severance Order and/or Motion to Clarify, Record Doc. No. 16986

(2)  Defendant State Farm's Rule 59 Motion to Alter or Amend the Court's Severance Order and/or Motion to Clarify, Record Doc. No. 16985

MJSTAR:   0 : 05

O R D E R E D:

 (1) : GRANTED.  The motion will be decided immediately based upon the record and the oral argument conducted this morning.

 (2) : DENIED.  The motion requires no clarification.  This is a severance order.  It relates only to misjoinder and the proper separation of plaintiffs, defendants, properties and particular insurance policies into appropriate complaints.  It does not address or relate to possible Rule 12(b) or other defenses.  In my view, Judge Duval ultimately rejected the argument State Farm makes in this motion. Record Doc. No. 14402 at pp. 2-3. Defendant's argument certainly misinterprets my orders concerning previous motions to amend.  If defendant believes that it has some ground to move for dismissal of any amended complaint, it may certainly do so, after the amended complaints are filed.

                      JOSEPH C. WILKINSON, JR.
                      UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**