MINUTE ENTRY
WILKINSON, M.J.
JANUARY 7, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>    <u>Schubert</u>, 07-5075 | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to my previous order, Record Doc. No. 16615, a conference was conducted in the referenced case on this date. Participating were Michelle Schubert, pro se plaintiff; Chris Bell, counsel for defendant, Hartford as flood insurance carrier.

Settlement possibilities were discussed. The parties are engaged in ongoing discussions in an attempt to resolve plaintiff's flood claims amicably.

**IT IS ORDERED** that defendant Hartford Insurance Company of the Midwest must file its answer or other responsive pleadings no later than **January 28, 2009**.

In addition, it appears that two defendants, the United States Department of Homeland Security and the Federal Emergency Management Agency, are improper defendants, and that the only proper claim asserted in this case is plaintiff's claim against

MJSTAR:  0  :  30

her WYO-NFIP carrier, Hartford Insurance Company of the Midwest. A report and recommendation to dismiss the two improper defendants will be separately issued.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.