# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Gwendolyn Kelly regarding 1829 Dumaine St., New Orleans, LA 70116; JULIE GUIDRY, BRIAN GUIDRY regarding 3728 PALMISANO BLVD., CHALMETTE, LA 70043; Sarita St. Etienne regarding 8521 Morrison Road, New Orleans, LA 70817; Ruby Sumler regarding 4123-25 Marais St, New Orleans, LA 70117; Denise Martin regarding 1921 Carnot St., New Orleans, LA 70122; Debra Fox, Stephen Fox regarding 6430 Ponchartrain Blvd, New Orleans, LA 70124; Rossia Lumpkins regarding 4429 Kennon Ave., New Orleans, LA 70122; Gwendolyn Taylor regarding 2421 Prentiss Ave., New Orleans, LA 70122; JOYCE DARENSBOURG, DON J. DARENSBOURG regarding 7541 SHAW AVE., New Orleans, LA 70127; Dedrick McCarvy regarding 5122 Venus Street, New Orleans, LA 70122; Yvonne Davis, James Davis Jr. regarding 7540 Eastmore Rd., New Orleans, LA 70126; WILBERT YOUNG, PAULA H. YOUNG regarding 4849 CHANTILLY DR., NEW ORLEANS, LA 70126; JUANITA WALKER, SANDRA L. WALKER regarding 7160 RIDGEFIELD DR., NEW ORLEANS, LA 70128; JAMES ALLMON, DORETHA C. ALLMON regarding 4722 BACCICH ST., NEW ORLEANS, LA 70122; Emma LeDuff regarding 6342 Morrison Rd., New Orleans, LA 70126; Michael Daniels, Valerie Daniels regarding 14235 Intrepid St., New Orleans, LA 70129; Sarah Davis-Williams regarding 1657 Marine St., Marrero, LA 70072; Elizabeth Ross, Samuel R. Ross regarding 10201 Hammond, New ORleans, LA 70127; Jefferson Phipps regarding 5509 St. Anthony Ave., New Orleans, LA 70122; Edward Ellis, Cleola M. Ellis regarding |

7308 Ebbtide Dr., New Orleans, LA 70126; Rosemary Norfleet regarding 3624 & 3626 Buchanan St., New Orleans, LA 70122; Marigold Hardesty regarding 4843 Mendez St., New Orleans, LA 70126; Maria Stevenson, Herman Stevenson regarding 11141 S. Parkwood Ct., New Orleans, LA 70128; Jesse Herman, Margo regarding 2501 Cascade Dr, Marrero, LA 70072; Jacquelyn Foley, Evans T. Foley regarding 2040 Lincolnshire Dr, Marrero, LA 70072; Alton Bashful regarding 3924 Virgil Blvd., New Orleans, LA 70122; Bridget Alexander, Kenneth M. Alexander regarding 7720 Trapier Ave., New Orleans, LA 70127; Frank Whittaker, Anna B. Whittaker regarding 6448 General Haig St., New Orleans, LA 70124; Vale Arceneaux regarding #2 Marcus Christian Cir, New Orleans, LA 70126; Randolph Square, Elizabeth Square regarding 2747 Edna St., New Orleans, LA 70126; Diana Coleman regarding 3033-35 Delachaise St., New Orleans, LA 70125; Melanie Bean, David Bean regarding 9020-31 Oz Dr., Chalmette, LA 70043; Lorraine Frazer regarding 4124 S. Johnson St, New Orleans, LA 70125; Frances Smith regarding 6433 Vicksburg St., New Orleans, LA 70124; Eugene Duplessis, Lois Duplessis regarding 6447 Millender Dr., Marrero, LA 70072; Cynthia Thibodeaux regarding 4943 Venus St., New Orleans, LA 70122; Frederick Jahncke, Ann & F. Stan Jahncke regarding 2509 & 2511 Palmer Ave., New Orleans, LA 70118; Julia Banks, Walter Banks regarding 7600 Malvern Dr., New Orleans, LA 70126; Ulric Pryce, Yvonne W. Pryce regarding 2761 Prentiss Ave., New Orleans, LA 70122; Georgina Martinez, Jose Martinez regarding 1361 Mithra St., New Orleans, LA 70122; Ronald Davis, Victoria S. Davis regarding 7541 Morel St., New Orleans, LA 70128; Yvonne Alexander regarding 3413 & 3415 Frenchmen St., New Orleans, LA 70122; Kim Jean regarding 7033 W. Tamaron Blvd., New Orleans, LA 70128; Ruth Johnson, Ruth Williams-Price regarding 13010 Deauville Ct., New Orleans, LA 70129; Agreta Patterson, Henry Patterson regarding 5230 Sandhurst Dr., New Orleans, LA 70126; Carmen Jones regarding 1828

Tricou St., New Orleans, LA 70117; Aloha Blake, Wilson T. Blake regarding 7341 Sheffield St., New Orleans, LA 70126; Leopoldo Rodriguez regarding 3132 St. Bernard Ave., New Orleans, LA 70119; Berdell Blackwell, Arthur Blackwell regarding 4918 Lurline St., New Orleans, LA 70127; Floyd Brown, Lilia R. Brown regarding 11271 Midpoint Dr., New Orleans, LA 70128; Shawnette Taylor, Sebastian S. Taylor regarding 14111 Knightway Dr., New Orleans, LA 70128; Sharon Serpas, Frank M. Serpas regarding 3921 Blanchard Dr., Chalmette, LA 70043; Sharon Fasola regarding 6738 Vicksburg St., New Orleans, LA 70124; Claudia Boult, Irvin Boult, Jr. regarding 30 N. Oakridge Ct., New Orleans, LA 70128; James Williams, Mary S. Williams regarding 1722 Delery St., New Orleans, LA 70117; Alva Gabriel regarding 4506 Viola St., New Orleans, LA 70126; Joseph Arnold, Laverne Arnold regarding 7618 Malvern Dr., New Orleans, LA 70126; Rose Breaux regarding 1238 Clouet St., New Orleans, LA 70117; Emanuel Irving regarding 1904 Conti St., New Orleans, LA 70112; Michael Glorioso regarding 2632 & 2634 Tifton St., Kenner, LA 70062; Louis Washington, Myrtle Washington regarding 4963 Congress Dr., New Orleans, LA 70122; Athena Simmons, Webb Simmons Jr regarding 4950 St. Roch, New Orleans, LA 70122; Sandra Braden regarding 6427 St. Roch Ave., New Orleans, LA 70122; Margaret Dunn regarding 7180 Ridgefield Dr., New Orleans, LA 70128; Mary Sanders regarding 720 Broadway, New Orleans, LA 70118; Calvin Green regarding 7111 Virgilian St., New Orleans, LA 70126; Ronald Laporte, Harold Patrick Noonan III regarding 4301-03 Canal St., New Orleans, LA 70119; Dolores Dickerson regarding 4877 Rosemont, New Orleans, LA 70126; Lester Triche, Karen Triche regarding 1131 Lesseps St, New Orleans, LA 70117; Cheryl Gauthier regarding 5735 Vermillion Blvd, New Orleans, LA 70122; Charles Swanson regarding 11121 S. Idlewood Ct., New Orleans, LA 70128

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Gwendolyn Kelly regarding 1829 Dumaine St., New Orleans, LA 70116; JULIE GUIDRY, BRIAN GUIDRY regarding 3728 PALMISANO BLVD., CHALMETTE, LA 70043; Sarita St. Etienne regarding 8521 Morrison Road, New Orleans, LA 70817; Ruby Sumler regarding 4123-25 Marais St, New Orleans, LA 70117; Denise Martin regarding 1921 Carnot St., New Orleans, LA 70122; Debra Fox, Stephen Fox regarding 6430 Ponchartrain Blvd, New Orleans, LA 70124; Rossia Lumpkins regarding 4429 Kennon Ave., New Orleans, LA 70122; Gwendolyn Taylor regarding 2421 Prentiss Ave., New Orleans, LA 70122; JOYCE DARENSBOURG, DON J. DARENSBOURG regarding 7541 SHAW AVE., New Orleans, LA 70127; Dedrick McCarvy regarding 5122 Venus Street, New Orleans, LA 70122; Yvonne Davis, James Davis Jr. regarding 7540 Eastmore Rd., New Orleans, LA 70126; WILBERT YOUNG, PAULA H. YOUNG regarding 4849 CHANTILLY DR., NEW ORLEANS, LA 70126; JUANITA WALKER, SANDRA L. WALKER regarding 7160 RIDGEFIELD DR., NEW ORLEANS, LA 70128; JAMES ALLMON, DORETHA C. ALLMON regarding 4722 BACCICH ST., NEW ORLEANS, LA 70122; Emma LeDuff regarding 6342 Morrison Rd., New Orleans, LA 70126; Michael Daniels, Valerie Daniels regarding 14235 Intrepid St., New Orleans, LA 70129; Sarah Davis-Williams regarding 1657 Marine St., Marrero, LA 70072; Elizabeth Ross, Samuel R. Ross regarding 10201 Hammond, New ORleans, LA 70127; Jefferson Phipps regarding 5509 St. Anthony Ave., New Orleans, LA 70122; Edward Ellis, Cleola M. Ellis regarding 7308 Ebbtide Dr., New Orleans, LA 70126; Rosemary Norfleet regarding 3624 &

3626 Buchanan St., New Orleans, LA 70122; Marigold Hardesty regarding 4843 Mendez St., New Orleans, LA 70126; Maria Stevenson, Herman Stevenson regarding 11141 S. Parkwood Ct., New Orleans, LA 70128; Jesse Herman, Margo regarding 2501 Cascade Dr, Marrero, LA 70072; Jacquelyn Foley, Evans T. Foley regarding 2040 Lincolnshire Dr, Marrero, LA 70072; Alton Bashful regarding 3924 Virgil Blvd., New Orleans, LA 70122; Bridget Alexander, Kenneth M. Alexander regarding 7720 Trapier Ave., New Orleans, LA 70127; Frank Whittaker, Anna B. Whittaker regarding 6448 General Haig St., New Orleans, LA 70124; Vale Arceneaux regarding #2 Marcus Christian Cir, New Orleans, LA 70126; Randolph Square, Elizabeth Square regarding 2747 Edna St., New Orleans, LA 70126; Diana Coleman regarding 3033-35 Delachaise St., New Orleans, LA 70125; Melanie Bean, David Bean regarding 9020-31 Oz Dr., Chalmette, LA 70043; Lorraine Frazer regarding 4124 S. Johnson St, New Orleans, LA 70125; Frances Smith regarding 6433 Vicksburg St., New Orleans, LA 70124; Eugene Duplessis, Lois Duplessis regarding 6447 Millender Dr., Marrero, LA 70072; Cynthia Thibodeaux regarding 4943 Venus St., New Orleans, LA 70122; Frederick Jahncke, Ann & F. Stan Jahncke regarding 2509 & 2511 Palmer Ave., New Orleans, LA 70118; Julia Banks, Walter Banks regarding 7600 Malvern Dr., New Orleans, LA 70126; Ulric Pryce, Yvonne W. Pryce regarding 2761 Prentiss Ave., New Orleans, LA 70122; Georgina Martinez, Jose Martinez regarding 1361 Mithra St., New Orleans, LA 70122; Ronald Davis, Victoria S. Davis regarding 7541 Morel St., New Orleans, LA 70128; Yvonne Alexander regarding 3413 & 3415 Frenchmen St., New Orleans, LA 70122; Kim Jean regarding 7033 W. Tamaron Blvd., New Orleans, LA 70128; Ruth Johnson, Ruth Williams-Price regarding 13010 Deauville Ct., New Orleans, LA 70129; Agreta Patterson, Henry Patterson regarding 5230 Sandhurst Dr., New Orleans, LA 70126; Carmen Jones regarding 1828 Tricou St., New Orleans, LA 70117; Aloha Blake, Wilson T. Blake regarding 7341 Sheffield St., New Orleans, LA 70126; Leopoldo Rodriguez regarding 3132 St.

Bernard Ave., New Orleans, LA 70119; Berdell Blackwell, Arthur Blackwell regarding 4918 Lurline St., New Orleans, LA 70127; Floyd Brown, Lilia R. Brown regarding 11271 Midpoint Dr., New Orleans, LA 70128; Shawnette Taylor, Sebastian S. Taylor regarding 14111 Knightway Dr., New Orleans, LA 70128; Sharon Serpas, Frank M. Serpas regarding 3921 Blanchard Dr., Chalmette, LA 70043; Sharon Fasola regarding 6738 Vicksburg St., New Orleans, LA 70124; Claudia Boult, Irvin Boult, Jr. regarding 30 N. Oakridge Ct., New Orleans, LA 70128; James Williams, Mary S. Williams regarding 1722 Delery St., New Orleans, LA 70117; Alva Gabriel regarding 4506 Viola St., New Orleans, LA 70126; Joseph Arnold, Laverne Arnold regarding 7618 Malvern Dr., New Orleans, LA 70126; Rose Breaux regarding 1238 Clouet St., New Orleans, LA 70117; Emanuel Irving regarding 1904 Conti St., New Orleans, LA 70112; Michael Glorioso regarding 2632 & 2634 Tifton St., Kenner, LA 70062; Louis Washington, Myrtle Washington regarding 4963 Congress Dr., New Orleans, LA 70122; Athena Simmons, Webb Simmons Jr regarding 4950 St. Roch, New Orleans, LA 70122; Sandra Braden regarding 6427 St. Roch Ave., New Orleans, LA 70122; Margaret Dunn regarding 7180 Ridgefield Dr., New Orleans, LA 70128; Mary Sanders regarding 720 Broadway, New Orleans, LA 70118; Calvin Green regarding 7111 Virgilian St., New Orleans, LA 70126; Ronald Laporte, Harold Patrick Noonan III regarding 4301-03 Canal St., New Orleans, LA 70119; Dolores Dickerson regarding 4877 Rosemont, New Orleans, LA 70126; Lester Triche, Karen Triche regarding 1131 Lesseps St, New Orleans, LA 70117; Cheryl Gauthier regarding 5735 Vermillion Blvd, New Orleans, LA 70122; Charles Swanson regarding 11121 S. Idlewood Ct., New Orleans, LA 70128 against Defendants Travelers Casualty and Surety Company, Travelers Property Casualty Insurance Company, Travelers Home and Marine Insurance Company, The Standard Fire Insurance Company, The Travelers Insurance Company, St. Paul Travelers Insurance, St Paul Fire and Marine Insurance Company, Travelers Property Casualty Company

of America, The Travelers Indemnity Company of America, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  8th  day of ___January___, 2009.

_____
United States District Judge