# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re:**
**KATRINA CANAL BREACHES**                          § **CIVIL ACTION NO. 05-4182 "K" (2)**
**CONSOLIDATED LITIGATION**                          §
                                                     § **JUDGE DUVAL**
                                                     §
**PERTAINS TO:  INSURANCE**                          § **MAGISTRATE WILKINSON**
                                                     §
**GAIL CONERLY**                    **NO.: 07-3085** §
                                                     §
**VERSUS**                                           §
                                                     §
**ALLSTATE INDEMNITY COMPANY**                       §
_____ §

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action, in its entirety, is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this _____8th_____ day of January, 2009.

_____
JUDGE