UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES § CIVIL ACTION NO. 05-4182 "K" (2)
CONSOLIDATED LITIGATION §
 § JUDGE DUVAL
*PERTAINS TO: INSURANCE* §
 § MAGISTRATE WILKINSON
JOSEPH NEMETH and §
GENEVIEVE NEMETH    NO.: 07-3078 §
 §
VERSUS §
 §
ALLSTATE INSURANCE COMPANY §
 §

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action, in its entirety, is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this __8th__ day of January, 2009.

_____
JUDGE