UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION _K_ MAG _2_ |
| **PERTAINS TO: ROAD HOME** | |
| *State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

**NOW INTO COURT,** comes Plaintiff State of Louisiana, who respectfully moves this Honorable Court for an Order extending the time to file its Memorandum in Opposition to Defendants' 12(b)(6) Motion to Dismiss.

Plaintiff State of Louisiana requests that its time to file its Memorandum in Opposition to Defendants' 12(b)(6) Motion to Dismiss be extended until Monday, January 12, 2009 at 12:00 pm. Defense Liaison Counsel, Ralph Hubbard, has been contacted and Defendants have no opposition to the extension of time.

Upon consideration of the above, we respectfully request that the Plaintiff, the State of Louisiana, be allowed to file its Opposition to Defendants' Motion to Dismiss on or before January 12, 2009 at 12:00 pm.

WHEREFORE, Plaintiff moves for an order extending the time to file its Memorandum in Opposition to Defendants' Motion to Dismiss until January 12, 2009 at 12:00 pm.

1

        Respectfully submitted,

        **JAMES D. "Buddy"CALDWELL**
        **ATTORNEY GENERAL**

        ___s/Sallie J. Sanders_____
        Sallie J. Sanders (Bar Roll # 11703)
        James Trey Phillips (Bar Roll # 19978)
        Stacie L. deBlieux (Bar Roll # 29142)
        Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
        1885 North Third Street
        Post Office Box 94005
        Baton Rouge, Louisiana  70804-9005
        Telephone: (225) 326-6400
        Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

          /s/ Sallie J. Sanders
          Sallie J. Sanders