UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION_K_MAG_2_ |
| PERTAINS TO: ROAD HOME State of Louisiana, C.A. No. 07-5528 | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

**CONSIDERING** the foregoing Unopposed Motion for Extension of Time to Respond filed by the State of Louisiana:

**IT IS HEREBY ORDERED** that the State's Unopposed Motion for Extension of Time to file its Memorandum in Opposition to Defendants' Motion to Dismiss until January 12, 2009 at 12:00 pm be granted.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE