UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
                                 NO. 05-4182

PERTAINS TO: INSURANCE           SECTION "K"(2)
   Jim S. Hall & Associates
   Mass Joinder Cases

   Aaron, 06-4746
   Aguilar, 07-4852

## ORDER
## REGARDING JIM S. HALL & ASSOCIATES/WYO CARRIERS SEVERANCE

Defendant Allstate Insurance Company ("Allstate") filed a Motion to Sever on November 17, 2008. ("Mot.") (Rec. Doc. 16406). Defendant The Standard Fire Insurance Company ("Standard Fire"), in its capacity as a "Write Your Own" ("WYO") carrier, timely joined in Allstate's motion on November 20, 2008 (Rec. Doc. 16496). Allstate's motion was granted without opposition by an order dated January 7, 2009 (Rec. Doc. 16994). As there was no objection to Standard Fire's joinder in the motion, this Court will likewise grant Standard Fire's motion to the same extent as it granted Allstate's motion. Accordingly,

**IT IS ORDERED** that Standard Fire's Motion to Sever (Rec. Doc. 16496) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the settlement evaluation process provided in the Post-Sher Insurance Umbrella Case Management Order, Rec. Doc. 13521, in the above-referenced mass joinder cases filed against The Standard Fire Insurance Company, in its capacity as a WYO carrier, is terminated; and

**IT IS FURTHER ORDERED** that Plaintiffs' counsel must, **no later than January 30, 2009**, file an individualized amended complaint for each Plaintiff or set of related Plaintiffs asserting claims as to particular property allegedly insured by each WYO Carrier. This pleading shall be filed with the Clerk of Court on paper, not electronically. The caption of the amended complaint must contain only the Plaintiff(s) and WYO Carrier that are the subject of that specific claim. It shall also be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order. Upon filing, the Clerk will assign a new docket number and will allot the case at random among the judges of the court. All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this order on opposing counsel.

Any substantive motion still pending in the original case must be refiled in the newly assigned case if it pertains to that case.

The newly filed cases will proceed separately and will <u>not</u> be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), so that they may proceed to resolution independently.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice. Specifically, by separate order on or after **February 2, 2009**, this Court will dismiss the cases specifically referenced above, so that the newly filed severed cases may proceed.

New Orleans, Louisiana, this ___8th___ day of January, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**