**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Solomon Spencer, Cassandra Spencer regarding 6701 Manchester St., New Orleans, LA 70126; Keith Brooks, Leslie Norwood Brooks regarding 11451 Morrison Rd., New Orleans, LA 70128** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Solomon Spencer, Cassandra Spencer regarding 6701 Manchester St., New Orleans, LA 70126; Keith Brooks, Leslie Norwood Brooks regarding 11451 Morrison Rd., New Orleans, LA 70128 against Defendant Armed Forces Insurance Exchange, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this \_8th\_ day of \_\_January\_\_, 2008.

_____
United States District Judge