# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Odile Millet, Karen Millet regarding 3930 Thalia St., New Orleans, LA 70125 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Odile Millet, Karen Millet regarding 3930 Thalia St., New Orleans, LA 70125 against Defendant Encompass Indemnity Company, Encompass Property and Casualty Company, Encompass Insurance Company of America, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  8th  day of   January  , 2009.

_____
United States District Judge