UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>Plaintiffs<br>VS.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>Defendant | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Esco Bickham regarding claim no. 18-R343-566, Amanda Bowers regarding claim no. 18-R481-035, Barbara Burton regarding claim no. 18-R486-932, Corrine Dandridge regarding claim no. 18-R259-587, Terrance Duncan regarding claim no. 18-R170-664, John Early regarding claim no. 18-R248-740, Adrien Eugene regarding claim no. 18-R172-458, Marlene Feltus-Jackson regarding claim no. 18-R477-180, Michael Griffin regarding claim no. 18-R336-917, Shirlene McGee regarding claim no. 18-R484-413, Mary Monteleone regarding claim no. 18-R493-335, Leonard Morris regarding claim no. 18-R358-372, Santiago

Munoz regarding claim no. 18-R332-837, Sherman Mushatt regarding claim no. 18-R167-784, Dewitt Perkins regarding claim no. 18-R343-150, Claudia Pickett regarding claim no. 18-R243-214 and Maria Sessum regarding claim no. 18-R163-774, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.  The claims of the other named class representatives remain.

New Orleans, Louisiana, this 8th day of January, 2009.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2