UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Weber v. Lafarge*     08-4459 | * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## O R D E R

CONSIDERING Lafarge North America Inc.'s Motion for Extension of Time to File Responses,

**IT IS ORDERED** that said Motion is hereby **GRANTED**.  Lafarge North America is granted a thirty (30) day extension of time in which to file responsive pleadings to New York Marine And General Insurance Company, American Home Assurance Company and the Northern Assurance Company of America's Cross-Claims (Doc. 15997).  LNA's responsive pleadings are due on or before February 9, 2009.

NEW ORLEANS, LOUISIANA, this ___9th___ day of _____January_____, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

1226485-1