UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Cynthia Youngblood regarding 1012 Caffin Ave., New Orleans, LA 70117; Clara Washington, Preston Washington regarding 1871 & 1895 Farragut St. & 1870 Casa Calvo, New Orleans, LA 70114; Leslie Snyder regarding 13139 Cherbourg St., New Orleans, LA 70129; Carolyn Jordan regarding 7611 Pine Ridge, New Orleans, LA 70128; Christopher Creath regarding 2904 Cardinal Dr, Marrero, LA 70072; Shannon Young regarding 9850 Andover Dr., New Orleans, LA 70127; Arlena Mack regarding 7140 Gentry Rd., Marrero, LA 70072** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Cynthia Youngblood regarding 1012 Caffin Ave., New Orleans, LA 70117; Clara Washington, Preston Washington regarding 1871 & 1895 Farragut St. & 1870 Casa Calvo, New Orleans, LA 70114; Leslie Snyder regarding 13139 Cherbourg St., New Orleans, LA 70129; Carolyn Jordan regarding 7611 Pine Ridge, New Orleans, LA 70128; Christopher Creath regarding 2904 Cardinal Dr, Marrero, LA 70072; Shannon Young regarding 9850 Andover Dr., New Orleans, LA 70127; Arlena Mack regarding 7140 Gentry Rd., Marrero, LA 70072, who wish to voluntarily dismiss the claims against Defendant(s) Certain Underwriters at Lloyds, London, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to

bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 9th day of January, 2009.

  /s/ Joseph M. Bruno
Joseph M. Bruno