UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Thomas Porea regarding 10123 Hillwood St., New Orleans, LA 70127; Paul Russo regarding 4404 Olive Dr., Mereaux, LA 70075; Barbara Rush regarding 713 S. Dupre St, New Orleans, LA 70119; Ron Stamps regarding 8921/23 Pear St., New Orleans, LA 70118; Betty Faciane regarding 7621 Kingsport Blvd., New Orleans, LA 70128; Chelita Hawkins, Berry Hayes regarding 6018 Grigie Rd, New Orleans, LA 70126; Betty Newton regarding 1530 Independence St., New Orleans, LA 70117; Eddie Smith, Vanessa A. Smith regarding 7320 Lake Barrington Dr., New Orleans, LA 70128; Eddie Smith, Vanessa A. Smith regarding 1964-66 Mirabeau St, New Orleans, LA 70128; Flora Fleming, Edna Fleming regarding 2634 Upperline St., New Orleans, LA 70115; MARION MUSE regarding 4222 S. PRIEUR ST., NEW ORLEANS, LA 70125 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Thomas Porea regarding 10123 Hillwood St., New Orleans, LA 70127; Paul Russo regarding 4404 Olive Dr., Mereaux, LA 70075; Barbara Rush regarding 713 S. Dupre St, New Orleans, LA 70119; Ron Stamps regarding 8921/23 Pear St., New Orleans, LA 70118; Betty Faciane regarding 7621 Kingsport Blvd., New Orleans, LA 70128; Chelita Hawkins, Berry Hayes regarding 6018 Grigie Rd, New Orleans, LA 70126; Betty Newton regarding 1530 Independence St., New Orleans, LA 70117; Eddie Smith,

Vanessa A. Smith regarding 7320 Lake Barrington Dr., New Orleans, LA 70128; Eddie Smith, Vanessa A. Smith regarding 1964-66 Mirabeau St, New Orleans, LA 70128; Flora Fleming, Edna Fleming regarding 2634 Upperline St., New Orleans, LA 70115; MARION MUSE regarding 4222 S. PRIEUR ST., NEW ORLEANS, LA 70125, who wish to voluntarily dismiss the claims against Defendant(s) Republic Fire & Casualty Insurance Company, Republic Group, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 9th day of January, 2009.

                                                                    /s/ Joseph M. Bruno
                                                          Joseph M. Bruno