UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Thomas Porea regarding 10123 Hillwood St., New Orleans, LA 70127; Paul Russo regarding 4404 Olive Dr., Mereaux, LA 70075; Barbara Rush regarding 713 S. Dupre St, New Orleans, LA 70119; Ron Stamps regarding 8921/23 Pear St., New Orleans, LA 70118; Betty Faciane regarding 7621 Kingsport Blvd., New Orleans, LA 70128; Chelita Hawkins, Berry Hayes regarding 6018 Grigie Rd, New Orleans, LA 70126; Betty Newton regarding 1530 Independence St., New Orleans, LA 70117; Eddie Smith, Vanessa A. Smith regarding 7320 Lake Barrington Dr., New Orleans, LA 70128; Eddie Smith, Vanessa A. Smith regarding 1964-66 Mirabeau St, New Orleans, LA 70128; Flora Fleming, Edna Fleming regarding 2634 Upperline St., New Orleans, LA 70115; MARION MUSE regarding 4222 S. PRIEUR ST., NEW ORLEANS, LA 70125** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Thomas Porea regarding 10123 Hillwood St., New Orleans, LA 70127; Paul Russo regarding 4404 Olive Dr., Mereaux, LA 70075; Barbara Rush regarding 713 S. Dupre St, New Orleans, LA 70119; Ron Stamps regarding 8921/23 Pear St., New Orleans, LA 70118; Betty Faciane regarding 7621 Kingsport Blvd., New Orleans, LA 70128; Chelita Hawkins, Berry

Hayes regarding 6018 Grigie Rd, New Orleans, LA 70126; Betty Newton regarding 1530 Independence St., New Orleans, LA 70117; Eddie Smith, Vanessa A. Smith regarding 7320 Lake Barrington Dr., New Orleans, LA 70128; Eddie Smith, Vanessa A. Smith regarding 1964-66 Mirabeau St, New Orleans, LA 70128; Flora Fleming, Edna Fleming regarding 2634 Upperline St., New Orleans, LA 70115; MARION MUSE regarding 4222 S. PRIEUR ST., NEW ORLEANS, LA 70125 against Defendant Republic Fire & Casualty Insurance Company, Republic Group, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

      New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                                           United States District Judge