UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: *Robinson*, No. 06-2268 | § | |
| _____ | § | |

**NOTICE OF VIDEOTAPED DEPOSITION**

**PLEASE TAKE NOTICE** that the Defendant United States will take the videotaped deposition of Dr. Paul Kemp, at the Law Office of Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113 on January 15, 2009 at 9:00 a.m. The videotaped deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. Additionally, counsel for the United States may ask Dr. Kemp to mark exhibits in an effort to make the record more clear when necessary.

Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, the United States requests that Dr. Kemp produce the documents set forth in the attached Exhibit A to the undersigned counsel at the commencement of the deposition on Thursday, January 22, 2009.

This Notice of Deposition is respectfully submitted,

> GREGORY G. KATSAS
> Assistant Attorney General
>
> THOMAS DUPREE
> Principal Deputy Assistant Attorney General
>
> PHYLLIS J. PYLES
> Director, Torts Branch
>
> JAMES G. TOUHEY, JR.
> Assistant Director, Torts Branch
>
>   /s Paul Levine
> Paul Levine
> Trial Attorney
> ROBIN D. SMITH
> Senior Trial Counsel
> Torts Branch, Civil Division
> U.S. Department of Justice
> P.O. Box 888
> Benjamin Franklin Station
> Washington, D.C. 20044
> (202) 616-4233 (tel.)
> (202) 616-5200 (fax)
> Jack.Woodcock@usdoj.gov
> Attorneys for Defendant United States

Dated: January 9, 2008.

## EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION

1. Any and all materials considered or relied upon by the deponent in connection with this litigation.

2. Any and all updates to the deponent's July 28, 2007, September 14, 2007, May 1, 2008, and July 11, 2008 reports.

3. Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal, state or local.

4. Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

## **CERTIFICATE OF SERVICE**

I, Paul Levine, hereby certify that on January 9, 2008, I served a true copy of the United States' Notice of Videotaped Deposition upon all parties by ECF.

 s/ Paul Levine
Paul Levine
