UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Vianka Miranda, Modesto A. Miranda regarding 9118/20 Chef Menteur Hwy, New Orelans, LA 70127; Leroy Logan, Joann Logan regarding 2512/14 D'Abadie St., New Orleans, LA 70119** |

<u>ORDER</u>

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Vianka Miranda, Modesto A. Miranda regarding 9118/20 Chef Menteur Hwy, New Orelans, LA 70127; Leroy Logan, Joann Logan regarding 2512/14 D'Abadie St., New Orleans, LA 70119 against Defendant SCOTTSDALE INSURANCE COMPANY, SCOTTSDALE INDEMNITY COMPANY, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.


United States District Judge