## LABORDE NEUNER
### ATTORNEYS AT LAW

CLIFFE E. LABORDE III
FRANK X. NEUNER, JR. *
JAMES L. PATE
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
MELISSA L. THERIOT *
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
GREGORY A. KOURY

PROFESSIONAL LAW CORPORATIONS
* ALSO ADMITTED IN TEXAS

ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
P.O. BOX 52828 (70505-2828)
LAFAYETTE, LOUISIANA 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
www.LN-Law.com

C. E. LABORDE, JR. (1913-1983)

BRANDON W. LETULIER
JASON T. REED
MEL MONTZ
JEREMY N. MORROW
JED M. MESTAYER
DANIEL J. POOLSON, JR.
LAURA T. ROUGEAU
PHILIP H. BOUDREAUX, JR.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN -6 AM 11: 12

LORETTA G. WHYTE
CLERK

December 23, 2008

Honorable Joseph C. Wilkinson, Jr.
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

RE: In Re: Katrina Litigation;
**pertaining to: Susan Abadie, et al v. Aegis** Security Insurance Company
Consolidated Civil Action No.: 05-4182
Our File No.: 16540
Transferred from: Docket No. 07-5112

Dear Magistrate Wilkinson:

This Firm represents Fidelity & Casualty Company of New York in the referenced action. We note that you have scheduled a call docket for 10:00 a.m. on January 8, 2009 to discuss the status of all claims that have not been dismissed.

As of this time, we have been provided no information that any plaintiff in the action was insured by F&CC. We intend to appear and would appreciate the opportunity to address the Court and would request the Court's assistance with 1) determining the identities of any plaintiffs asserting claims against F&CC (so that settlement discussions may occur), or 2) obtaining a dismissal of F&CC from this action.

Thank you very much for your attention.

Truly yours,

Ben L. Mayeaux

BLM/dfn

cc: Mr. Joseph M. Bruno