MINUTE ENTRY
WILKINSON, M.J.
JANUARY 8, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE                 JUDGE DUVAL
           Hurricane Legal Center         MAG. WILKINSON
           Mass Joinder Cases

      Abram 07-5205
      Acevedo 07-5199

      A call docket was conducted today in the captioned Hurricane Legal Center mass joinder cases. Counsel for plaintiffs in each case reported on the status of settlements for the claimants in each case. Counsel for various insurance company defendants also participated in the proceedings, as did counsel for the Road Home Program.

      The court advised plaintiffs' counsel generally that the court-ordered post-Sher settlement process in these consolidated cases in the insurance umbrella is terminated and

MJSTAR:  0 : 35

that these cases will be dismissed shortly after the January 30, 2009 deadline for severance or other dismissals, which will be the subject of separate orders concerning the call docket proceedings in each specific case.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**