MINUTE ENTRY
WILKINSON, M.J.
JANUARY 8, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>　　Abadie I  06-5164<br>　　Abadie II  07-5112<br>　　Aaron 06-4746<br>　　Aguilar 07-4852<br>　　Alexander 07-4538<br>　　Allen 07-5111<br>　　Ancar 07-4853<br>　　Austin 06-5383<br>　　Kiefer 06-5370 | JUDGE DUVAL<br>MAG. WILKINSON |

A call docket was conducted today in the captioned mass joinder cases. Counsel for plaintiffs in each case reported on the status of settlements for the claimants in each case. Counsel for various insurance company defendants also participated in the proceedings, as did counsel for the Road Home Program.

MJSTAR:  1 : 20

The court advised plaintiffs' counsel generally that the court-ordered post-<u>Sher</u> settlement process in these consolidated cases in the insurance umbrella is terminated and that these cases will be dismissed shortly after the January 30, 2009 deadline for severance or other dismissals, which will be the subject of separate orders concerning the call docket proceedings in each specific case.

*[signature]*
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**