| Suit | Last Name | First Name | Add'l Owner | Status | File # |
|---|---|---|---|---|---|
| 06-5383 | Austin | Thomas | | | N/A |
| 06-5383 | Barr | Wallace | | | N/A |
| 06-5383 | Bremermann-Black | Kimberly | | | N/A |
| 06-5383 | Burst | Shawn | Angelina Burst | | JBA07551 |
| 06-5383 | Glorioso | Monty | | | N/A |
| 06-5383 | Glorioso | Laurie | | | N/A |
| 06-5383 | Hatch | Antoinette | | Open | JBA07546 |
| 06-5383 | Jackson | Ingrid | | | N/A |
| 06-5383 | Lewis | David | | | N/A |
| 06-5383 | Lewis | Marie | | | N/A |
| 06-5383 | Miller | Jim | | | N/A |
| 06-5383 | Murphy | Grace | | | N/A |
| 06-5383 | Perez | Troy | | | N/A |
| 06-5383 | Rabin | Ronnie | | | N/A |
| 06-5383 | Rabin | Dianne | | | N/A |
| 06-5383 | Riddle | Leonard | | | N/A |
| 06-5383 | Riddle | Mary | | | N/A |
| 06-5383 | Rittner | Perry | | | N/A |
| 06-5383 | Rittner | Debbie | | | N/A |
| 06-5383 | Samuel | Sharon | | | N/A |
| 06-5383 | Samuel | Eldred | | | N/A |
| 06-5383 | Smith | James | | | N/A |
| 06-5383 | Smith | Laura | | | N/A |
| 06-5383 | Wagner | Paul | | | N/A |
| 06-5383 | Ward | Charlie | | | N/A |
| 06-5383 | Ward | Caleia | | | N/A |
| 06-5383 | Wilcox | Youtong | | | N/A |

Report of Joseph M. Bruno
(Jason Crows)
Pltfs Counsel in Austin 06-5383
c/w 05-4182
for Jan. 8, 2009 settlement
call docket



RECEIVED
JAN 07 2009
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.