FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN -8  AM 10: 52

LORETTA G. WHYTE
CLERK

# FAYARD AND HONEYCUTT
A Professional Corporation

519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Fax: (225) 664-6925
E-mail: calvinfayard@fayardlaw.com

Calvin C. Fayard, Jr.,
A Professional Corporation
D. Blayne Honeycutt

Wanda J. Edwards

Of Counsel
Haydn S. Berey

## *Kiefer, et al. v. Allstate Insurance Company, et al.*, 06-5370
### Status of litigation as January 5, 2009

As per Order of the Court dated October 29, 2008 at Doc. #16198, the following chart details the status of each named plaintiff in the Kiefer complaint.[1]

| NAMED COMPLAINANT | ACTIONS TAKEN | STATUS | DEFENDANT/ DEFENSE COUNSEL |
|---|---|---|---|
| ~~Annie Z. Kiefer~~ | Ms. Kiefer is gathering information to provide to defendant | A settlement offer will be presented to Allstate within a few days. | Allstate<br><br>Laura Gravener<br>*Barrasso, Usdin* |
| Sophie Dumoulins | A settlement has been reached in the matter. | Order of dismissal signed 10/24/08 | Dismissed |
| Viola Johnson | A settlement has been reached in the matter. | Viola Johnson v. State Farm 07-2664<br><br>Order of dismissal signed 10/24/08 | Dismissed |

---

[1] Though Fayard & Honeycutt, APC filed the original *Kiefer* litigation, some of the named plaintiffs were referrals from another law firm. Fayard & Honeycutt has withdrawn from representation of several of these clients in favor of the original law firm. Those clients are: Bryant Anthony, Carol A. McGee, Hope Hardin, and Anthony and Lori Dorsey. Nonetheless, their names are included so as to provide a complete report for the Court, even though the firm no longer represents them.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

| Simone Johnson | Legal representative of her mother, Viola Johnson. No claim. | See above | N/A |
|---|---|---|---|
| Rene Hollins | A settlement has been reached in the matter. | Rene Hollins v. State Farm 07-2660<br><br>Order of dismissal signed 11/4/08 | Dismissed |
| Tony Lyles | The case was dismissed at the client's request. | Order of dismissal signed 8/26/08 | Dismissed |
| Lynette Gordon | A settlement has been reached in the matter. | Order of dismissal signed 9/19/08. | Dismissed |
| Nicole Washington | A settlement has been reached in the matter. | Will be dismissed | Fidelity National<br><br>Chris Pennebaker, *Nielsen Law Firm* |
| Jimmy and Sylvia Myles | A settlement has been reached in the matter. | Order of dismissal signed 12/2/08 | Dismissed |
| Bryant Anthony | Client represented by Bruno. | Order of dismissal signed 10/6/08 | Dismissed |
| Shirley Esprit | The case was dismissed at the client's request. | Order of dismissal signed 4/7/08 | Dismissed |
| John Fontenot, Jr. | The case was dismissed at the client's request. | Order of dismissal signed 3/7/08 | Dismissed |
| Jacquelyn K. Brown | An individual complaint was filed. A settlement offer was forwarded to defendant. The offer was denied, but negotiations are still underway. Her deposition is scheduled. | Jacqueline Brown v. State Farm 07-2665<br>A settlement is still anticipated. | State Farm<br><br>Alan Zaunbrecher, *Zaunbrecher, Treadaway* |
| Breeda M. Thompson | The case was dismissed at the client's request. | Order of dismissal signed 10/6/08 | Dismissed |
| Shontra Varnado | A settlement has been reached in the matter. | Order of dismissal signed 12/2/08 | Dismissed |

| | | | |
|---|---|---|---|
| Dana M. Williams | The case was dismissed at the client's request. | Order of dismissal signed 9/9/08 | Dismissed |
| Marguerite Williams | The case was dismissed at the client's request. | Order of dismissal signed 9/9/08 | Dismissed |
| Frank Anselmo | A settlement has been reached in the matter. | Frank Anselmo v. State Farm 07-2663<br><br>Order of Dismissal signed 7/2/08. | Dismissed |
| Yvette M. Poole Wallace | A settlement has been reached in the matter. | Order of dismissal signed 12/2/08 | Dismissed |
| Gail Melton | The case was dismissed at the client's request. | Order of dismissal signed 8/14/08 | Dismissed |
| Patrick and Amy Davis | A settlement has been reached in the matter. Waiting for Road Home CMO documents | Will be dismissed | Allstate<br><br>Laura Gravener<br>*Barrasso, Usdin* |
| John Boyd, Jr. | The case was dismissed at the client's request. | Order of dismissal signed 11/4/08 | Dismissed |
| Kevin N. Brown | A settlement has been reached in the matter. | Order of dismissal signed 11/13/08 | Dismissed |
| Russell A. Civello | The case was dismissed at the client's request. | Order of dismissal signed 3/20/07. | Dismissed |
| Georgia Coleman | A settlement has been reached in the matter. | Order of dismissal signed 11/13/08 | Dismissed |
| Anthony and Lori Dorsey | The case was dismissed at the client's request. | Order of dismissal signed 9/11/08 | Dismissed |
| Gary and Wendy Eldredge | A settlement has been reached in the matter. | Order of dismissal signed 5/10/07. | Dismissed |
| Margaret Gaskin | The case was dismissed at the client's request. | Order of dismissal signed 11/21/08 | Dismissed |

| | | | |
|---|---|---|---|
| Mary Beth Gillaspie | A settlement has been reached in the matter. | Mary Beth Gillaspie v. State Farm 07-2661<br><br>Order of dismissal signed 12/9/08 | Dismissed |
| Melody Lee | The case was dismissed at the client's request. | Order of dismissal signed 8/28/08 | Dismissed |
| Oliver and Melody D. Lee | The case was dismissed at the client's request. | Order of dismissal signed 8/28/08 | Dismissed |
| Carol A. McGee | The case was dismissed at the client's request. | Order of dismissal signed 9/11/08. | Dismissed |
| Georghiana Mitchell | Ms. Mitchell is compiling information to submit to Citizens | No ongoing negotiations at this time. | Louisiana Citizens<br>John Waters<br>*Bienvenu, Foster* |
| Hope Harden | Ms. Harden is compiling information to submit to Citizens | No ongoing negotiations at this time. | Louisiana Citizens<br>John Waters<br>*Bienvenu, Foster* |
| Gertrude Pierre | The case was dismissed at the client's request. | Order of dismissal signed 7/21/08 | Dismissed |
| Tobias and Oceal Stewart | A settlement has been reached in the matter. | Order of dismissal signed 11/4/08 | Dismissed |
| Jocelyn Jagers | The case was dismissed at the client's request. | Order of dismissal signed 4/7/08 | Dismissed |
| William P. Honeycutt, Sr. | A settlement has been reached in the matter. | Order of dismissal signed on 5/27/08. | Dismissed |
| Peggy and Michael Dugas | At the client's request, the case was dismissed. | Order of dismissal signed 5/14/07. | Dismissed |

Thus, the original complainants number thirty-nine. At this time, the following represents a breakdown of case activity:

Fourteen (14) cases have been settled and dismissed. (William Honeycutt, Frank Anselmo, Gary and Wendy Eldredge, Lynette Gordon, Sophie Dumoulins, Viola Johnson, Rene Hollins, Tobias and Oceal Stewart, Kevin Brown, Georgia Coleman, Shontra Varnado, Jimmy and Sylvia Myles, Yvette Poole Wallace, Mary Beth Gillaspie )

Two (2) additional cases have been settled and final paperwork will soon be completed. The cases will then be dismissed. (Nicole Washington, Patrick and Amy Davis)

One (1) person is acting as a representative for her mother and has no claim of her own (Simone Johnson)

Eighteen (18) cases have been dismissed at the request of the client (Peggy and Michael Dugas, Jocelyn Jagers, Russell Civello, John Fontenot, Shirley Esprit, Gertrude Pierre, Gail Melton, Melody Lee, Oliver and Melody Lee, Dana Williams, Marguerite Williams, Carol McGee, Anthony and Lori Dorsey, Bryant Anthony, Breeda Thompson, John Boyd, Margaret Gaskin, and Tony Lyles)

One (1) person is compiling information to submit to Allstate. The information and a settlement offer should be sent to Allstate's counsel within a few days. (Anne Kiefer)

One (1) case is currently conducting formal discovery in response to client's settlement offer (Jacqueline Brown)

Two (2) persons are compiling information to submit to La. Citizens. (Georgianna Mitchell, Hope Harden)