**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 8, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  MRGO, Robinson (06-2268) | NO. 05-4182 |
| | SECTION "K"(2) |

**MOTION** for partial summary judgment dismissing the Defendant, United States' third and fourth affirmative defenses based upon 28 USC 2680(a), by the Plaintiffs,  doc. 16510

**RENEWED MOTION** to dismiss or, in the alternative, for summary judgment by the Defendant, United States', filed doc. 16511.

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  PINKEY FERDINAND**

**APPEARANCES:**   Robin Smith, Jeff Ehrich, Pierce O'Donnell,  Joseph Bruno, Elwood Stevens, Elisa Gilbert, Sallie Sanders, Stacie deBlieux, James Trey Phillips, James Roy, Mark Mintz, R. Patrick Vance, Brendan O'Brien, & Calvin Fayard, Jr.

Court begins at 10:34 a.m.
Case called and all present and ready.
Oral argument by parties.
Pltfs' power point exhibits shown.
Court recesses for lunch at 12:38 p.m.  Court resumes at 1:34 p.m.
Court ORDERED pltfs' to file a supplemental brief 15 pages or less regarding NEPA specific actions, no later than January 23, 2009.  Deft, United States' shall file its response, no later than February 6, 2009, after which time these matters shall be SUBMITTED.
Court adjourns at  3:05 p.m.

JS-10 (3:38)