UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05 - 4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION " K " (2) |
| PERTAINS TO: <u>08-00039, Landry</u> | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION**
**<u>FOR LEAVE TO FILE COMPLAINT IN INTERVENTION</u>**

**MAY IT PLEASE THE COURT:**

Mover, Thornhill Law Firm, A PLC, through Tom W. Thornhill, the only remaining and majority partner of Thornhill and Collings, L.C., pursuant to FRCP 5 and 24, seeks to leave to file the attached Complaint in Intervention for contingency fees and costs due to it as a result of the following.

The firm of Thornhill and Collings, L.C., served as counsel for the original Plaintiffs, Roland Landry and Dorothy Landry, and performed work on their behalf. Chadwick W. Collings has recently been engaged to represent the Plaintiffs. Thornhill and Collings, L.C. previously represented original Plaintiffs, Roland Landry and Dorothy Landry, under a written engagement letter entitling it to payment of a contingent fee of 25% and all costs advanced by Thornhill and Collings, L.C. Pursuant to L.S.A.-R.S. 37:218 and L.S.A.-R.S. 9:5100, Thornhill and Collings, L.C. is entitled to its share of

all attorneys fees generated by any judgment or settlement in this matter, as well as all advanced costs. Consequently, Thornhill and Collings, L.C. is entitled to, and seeks judgment in its favor against defendants-in-intervention recognizing its right to payment accordingly and for all rights and remedies in connection with the contingency contract, law and equity.

WHEREFORE, Thornhill and Collings, L.C. prays that it be granted leave to file the attached Complaint-in-Intervention for the reasons stated hereinabove.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

 */s/ GUS A. FRITCHIE III*
Gus A. Fritchie III (Bar #5751)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101

AND

THORNHILL & COLLINGS, L.C.
[IN LIQUIDATION]

/s/ *Tom W. Thornhill*
TOM W. THORNHILL # 12776
THORNHILL LAW FIRM, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of <u>January</u>, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record.

      And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Michael O. Carey
    108  New Rhone Village
    Crowley, LA 70526

                                        /s/ GUS A. FRITCHIE III