**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION: 05 - 4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION " K " (2)** |
| **PERTAINS TO: <u>08-00039, Landry</u>** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER GRANTING LEAVE TO FILE</u>**
**<u>COMPLAINT IN INTERVENTION</u>**

Considering the Motion and Incorporated Memorandum in Support of Leave to file Complaint in Intervention;

IT IS HEREBY ORDERED, that Thornhill Law Firm, A PLC, through Tom W. Thornhill, the only remaining and majority partner of Thornhill and Collings, L.C., be and is hereby allowed to file the attached Complaint in Intervention;

ORDER READ, RENDERED and SIGNED, this _____ day of January, 2009 at New Orleans, Louisiana.

_____
JUDGE
