# Roland and Dorothy Landry
## 311 Tidewater Drive
## Slidell, Louisiana 70458

December 20, 2008

Tom Thornhill
1308 9th Street
Slidell, La 70452

RE: *Roland & Dorothy Landry vs. State Farm Fire & Casualty Company & State Farm Insurance Companies*
*Your File No.: 13035*

Dear Mr. Thornhill:

Please be advised that I have elected to allow Chadwick W. Collings to continue to serve as our attorney in the above captioned matter. Accordingly, I am terminating your representation. Please provide to Mr. Collings our original file. I further request that you make no attempts to contact me regarding this decision, and that you direct all questions to Mr. Collings.

Sincerely,

Roland Landry
*/s/ Roland A. Landry/*

Dorothy Landry
*/s/ Dorothy Landry/*

EXHIBIT