# THORNHILL & COLLINGS, L.C.

INVOICE FROM 12/1-15/08
Corner of Gause and Ninth Street
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010

Roland & Dorothy Landry
311 Tidewater Drive
Slidell, LA 70458

BILLING DATE: 12/30/08
ACC'T NO.: CWC-13035

RE: Katrina Claim

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 07/01/08 | Pacer charges | 13.28 |
| 08/05/08 | Postage | 0.42 |
| 08/05/08 | Pacer docs | 0.16 |
| 08/05/08 | Photocopies | 1.80 |
| 09/08/08 | August pacer charges | 3.76 |
| 09/08/08 | Postage | 1.18 |
| 09/08/08 | Photocopies | 0.20 |
| 09/08/08 | Fax totals | 8.00 |
| 10/01/08 | Photocopies | 11.30 |
| 10/01/08 | Postage | 5.56 |

**Total of New Expenses: $45.66**

| ACCOUNT SUMMARY | |
|---|---|

| PREVIOUS BALANCE: | 0.00 |
| NEW SERVICES: | 0.00 |
| NEW EXPENSES: | 45.66 |
| NEW PAYMENTS: | 0.00 |
| TOT. CURRENT PERIOD: | 45.66 |
| **CURRENT BALANCE:** | **$45.66** |

BALANCES DUE UPON RECEIPT OF STATEMENT
CHARGE CARD PAYMENTS ACCEPTED
Tax I.D. No. 72-1295996


EXHIBIT 3