UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

PERTAINS TO:

MRGO:
NO. 07-4550 (Huey)
NO. 07-4555 (Radio Parts, Inc.)
NO. 07-4976 (Entercom Communications Corp.)
NO. 07-4979 (White III, LLC)
NO. 07-4995 (CII Carbon, L.L.C.)
NO. 07-5007 (Keppel)
NO. 07-5012 (WETCO Restaurant Group, LLC)
NO. 07-5013 (Sloan)
NO. 07-5016 (Universal Health Services, Inc.)
NO. 07-5254 (Universal Health Services, Inc.)
NO. 07-5286 (Universal Health Services, Inc.)
NO. 07-5339 (WETCO Restaurant Group, LLC)
NO. 07-5343 (Keppel)
NO. 07-5344 (Sloan)
NO. 07-5350 (Universal Health Services, Inc.)
NO. 07-5355 (CII Carbon, L.L.C.)
NO. 07-5356 (White III, LLC)
NO. 07-5375 (Entercom Communications Corp.)

## OPPOSITION TO WASHINGTON GROUP INTERNATIONAL, INC.'S
## MOTION FOR SUMMARY JUDGMENT

**May It Please the Court:**

Plaintiffs in several consolidated individual suits[1] submit this Opposition to the Motion for Summary Judgment filed by Washington Group International, Inc. ["WGI"]. WGI has asked this Court to apply the government contractor defense in order to shield it from state tort liability. Plaintiffs assert that numerous genuine issues of material fact exist in this litigation and that WGI cannot meet its summary judgment burden regarding the government contractor defense. Therefore, Plaintiffs request that this Court deny WGI's motion.

On October 9, 2008, WGI filed a Motion for Summary Judgment seeking a dismissal of the claims against it as alleged in the Amended MRGO Class Action Complaint, found at Record Document 15861. In opposition to that motion, Plaintiffs' liaison counsel ["PSLC"] filed the following documents: MRGO PSLC's Opposition to Washington Group International, Inc.'s Motion for Summary Judgment, Rec. Doc. 16216 and Sur-reply of the MRGO PSLC to the Reply Memorandum of Law of Washington Group International, Inc.'s Motion for Summary Judgment, Rec. Doc. 16320. Additionally, Universal Health Services, Inc. submitted an Amicus Brief in Opposition to Washington Group International, Inc.'s Motion for Summary Judgment, Rec. Doc. 16289. These pleadings raise both legal and factual arguments against WGI's October 9, 2008 Motion for Summary Judgment.

---

[1] Quintessa Huey and Caryn L. Fong as trustees of the Huey & Fong Trust, and Amy Huey as trustee of the Kenneth Huey Family Trust; Radio Parts, Inc.; Entercom Communications Corp.; White III, LLC; CII Carbon, L.L.C.; Dr. Frederick Keppel and Dr. Frederick Keppel, a Professional Medical Corporation; WETCO Restaurant Group, LLC; Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah; and Universal Health Services, Inc.

WGI's October 9, 2008 Motion for Summary Judgment is substantially similar to the instant motion and sought the same relief as requested here. Pursuant to Federal Rule of Civil Procedure 10(c), Plaintiffs herein adopt the arguments, statements of facts, and exhibits set forth in the MRGO PSLC's Opposition to Washington Group International, Inc.'s Motion for Summary Judgment, Rec. Doc. 16216, the Sur-reply of the MRGO PSLC to the Reply Memorandum of Law of Washington Group International, Inc.'s Motion for Summary Judgment, Rec. Doc. 16320, and Universal Health Services, Inc.'s Amicus Brief in Opposition to Washington Group International, Inc.'s Motion for Summary Judgment, Rec. 16289. For the reasons set forth in those documents, the Plaintiffs identified herein respectfully request that this Court deny WGI's Motion for Summary Judgment.

Respectfully submitted,

s/ James M. Garner

_____
JAMES M. GARNER #19589 — T.A.
DARNELL BLUDWORTH #18801
JOHN T. BALHOFF, II #24288
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR QUINTESSA HUEY and CARYN L. FONG as trustees of the HUEY & FONG TRUST, and AMY HUEY as trustee of the KENNETH HUEY FAMILY TRUST; RADIO PARTS, INC.; ENTERCOM COMMUNICATIONS CORP.; WHITE III, LLC; CII CARBON, L.L.C.; DR. FREDERICK KEPPEL and DR. FREDERICK KEPPEL, A PROFESSIONAL MEDICAL CORPORATION; WETCO RESTAURANT GROUP, LLC; HAROLD T. SLOAN, both individually and on behalf of his minor child, ZACHARY SLOAN, BAMBI G. SHAMAH, MICHELLE SHAMAH, and MEGAN SHAMAH; and UNIVERSAL HEALTH SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner

_____

JAMES M. GARNER