UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Linda Gaspard regarding 7411 Horizon Dr., New Orleans, LA 70129; Colleen Monaghan regarding 6800 Louis XIV, New Orleans, LA 70124** |

### ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Linda Gaspard regarding 7411 Horizon Dr., New Orleans, LA 70129; Colleen Monaghan regarding 6800 Louis XIV, New Orleans, LA 70124 against Defendant USAA General Indemnity Company, USAA Casualty Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
United States District Judge