UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Andrea Morgan regarding 3408 Moss Lane, Violet, LA 70092; Kelly Brossett regarding 10941 Morrison Rd., New Orleans, LA 70127; Damon Johnson regarding 7171 E. Renaissance, New Orleans, LA 70128** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Andrea Morgan regarding 3408 Moss Lane, Violet, LA 70092; Kelly Brossett regarding 10941 Morrison Rd., New Orleans, LA 70127; Damon Johnson regarding 7171 E. Renaissance, New Orleans, LA 70128 against Defendants Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Co, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 12th day of January, 2009.

_____
United States District Judge