# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** **Insurance** | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Nathaniel Washington regarding 2320 Gallier St., New Orleans, LA 70117; Gwendolyn Smith regarding 2134 1st. St., New Orleans, LA 70113; Denise Flot regarding 2501/2503 Elder St., New Orleans, LA 70122; Rosemary Singleton-Thompson regarding 4205 St. Anthony Ave., New Orleans, LA 70122 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of

Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the

claims of Plaintiff Nathaniel Washington regarding 2320 Gallier St., New Orleans, LA

70117; Gwendolyn Smith regarding 2134 1st. St., New Orleans, LA 70113; Denise Flot

regarding 2501/2503 Elder St., New Orleans, LA 70122; Rosemary Singleton-Thompson

regarding 4205 St. Anthony Ave., New Orleans, LA 70122 against Defendants Lafayette

Insurance Company, United Fire & Casualty Company, in the above captioned matter

only, be dismissed with prejudice, specifically reserving all rights against all other parties

in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 12th day of January , 2009.

_____

United States District Judge