UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Joycelyn Hayes regarding 5059 Debare Cir., New Orleans, LA 70126; Lourie Matthews regarding 11637 North Adams Court, New Orleans, LA 70128; Marion Sullivan regarding 1030 St. Anthony St., New Orleans, LA 70116; Reginald Hall regarding 1723/25 Orleans Ave., New Orleans, LA 70116; Carolyn Audrict, Errol Audrict, Sr. regarding 9844 E. Wheaton Circle, New Orleans, LA 70127; Kirk Young, Jacqueline Young regarding 13524 Trappers Ct., New Orleans, LA 70129; Kennith Harris, Lisa Hasberry Harris regarding 7731 W. Cavelier Dr., New Orleans, LA 70129; Michele Harrison regarding 2418, 18B & 20 N. Robertson St., New Orleans, LA 70117; Deborah Stockman regarding 1230/1232 Elysian Field, New Orleans, LA 70117; Acquanette Bornes regarding 2319-2325 Danneel St., New Orleans, LA 70113; Sabrina Pollard regarding 2440 Fattersall St, Harvey, LA 70058; Malcolm Leflore regarding 2105 Green St, Poydras, LA 70085; Diedra Monroe regarding 4031 Athis Ct., New Orleans, LA 70126 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Joycelyn Hayes regarding 5059 Debare Cir., New Orleans, LA 70126; Lourie Matthews regarding 11637 North Adams Court, New Orleans, LA 70128; Marion Sullivan regarding 1030 St. Anthony St., New Orleans, LA 70116; Reginald Hall regarding 1723/25 Orleans Ave., New Orleans, LA 70116;

Carolyn Audrict, Errol Audrict, Sr. regarding 9844 E. Wheaton Circle, New Orleans, LA 70127; Kirk Young, Jacqueline Young regarding 13524 Trappers Ct., New Orleans, LA 70129; Kennith Harris, Lisa Hasberry Harris regarding 7731 W. Cavelier Dr., New Orleans, LA 70129; Michele Harrison regarding 2418, 18B & 20 N. Robertson St., New Orleans, LA 70117; Deborah Stockman regarding 1230/1232 Elysian Field, New Orleans, LA 70117; Acquanette Bornes regarding 2319-2325 Danneel St., New Orleans, LA 70113; Sabrina Pollard regarding 2440 Fattersall St, Harvey, LA 70058; Malcolm Leflore regarding 2105 Green St, Poydras, LA 70085; Diedra Monroe regarding 4031 Athis Ct., New Orleans, LA 70126, who wish to voluntarily dismiss the claims against Defendant(s) ZC Sterling Insurance Company, Fidelity & Deposit Company of Maryland, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

     Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                          Respectfully submitted:

                          BY:   /s/ Joseph M. Bruno
                          JOSEPH M. BRUNO (# 3604)
                          L. SCOTT JOANEN (# 21431)
                          The Law Offices of Joseph M. Bruno
                          855 Baronne Street
                          New Orleans, Louisiana 70113
                          Telephone: (504) 525-1335
                          Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 12th day of January, 2009.

                            /s/ Joseph M. Bruno
                          Joseph M. Bruno