# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Rebecca Franklin regarding 4650 Lurline St., New Orleans, LA 70127; Kechia McSwain regarding 7221 Read Blvd., New Orleans, LA 70127 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Rebecca Franklin regarding 4650 Lurline St., New Orleans, LA 70127; Kechia McSwain regarding 7221 Read Blvd., New Orleans, LA 70127 against Defendants Lexington National Insurance Corporation, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 12th day of January, 2009.

_____
United States District Judge