# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Cynthia Youngblood regarding 1012 Caffin Ave., New Orleans, LA 70117; Clara Washington, Preston Washington regarding 1871 & 1895 Farragut St. & 1870 Casa Calvo, New Orleans, LA 70114; Leslie Snyder regarding 13139 Cherbourg St., New Orleans, LA 70129; Carolyn Jordan regarding 7611 Pine Ridge, New Orleans, LA 70128; Christopher Creath regarding 2904 Cardinal Dr, Marrero, LA 70072; Shannon Young regarding 9850 Andover Dr., New Orleans, LA 70127; Arlena Mack regarding 7140 Gentry Rd., Marrero, LA 70072** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Cynthia Youngblood regarding 1012 Caffin Ave., New Orleans, LA 70117; Clara Washington, Preston Washington regarding 1871 & 1895 Farragut St. & 1870 Casa Calvo, New Orleans, LA 70114; Leslie Snyder regarding 13139 Cherbourg St., New Orleans, LA 70129; Carolyn Jordan regarding 7611 Pine Ridge, New Orleans, LA 70128; Christopher Creath regarding 2904 Cardinal Dr, Marrero, LA 70072; Shannon Young regarding 9850 Andover Dr., New Orleans, LA 70127; Arlena Mack regarding 7140 Gentry Rd., Marrero, LA 70072 against Defendants Certain Underwriters at Lloyds, London, in the above captioned matter only, be

dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 12th day of January, 2009.

_____
United States District Judge