UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: INSURANCE** | **SECTION "K"(2)** |

## ORDER

Having been contacted by counsel for Travelers, and being informed that all parties involved are in need of an extension of time to continue their negotiations,

**IT IS ORDERED** that the status conference previously set for January 27, 2009 at 1:00 p.m. (Doc. 16737) is **CONTINUED** to February 10, 2009 at 5:00 p.m.

New Orleans, Louisiana, this _____ day of January, 2009.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**