UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Seymour Simms, Aretha Franklin-Simms regarding 3146 Toulouse St., New Orleans, LA 70119; Herman Rhodes, Bertha D. Rhodes regarding 7310 Briarheath Dr., New Orleans, LA 70128; Keisha White, Damiern White, Sr. regarding 108 Mary Jane Ln., New Orleans, LA 70128; Corey Richard, Nyoki Richard regarding 9936 Grant St, New Orleans, LA 70127** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Seymour Simms, Aretha Franklin-Simms regarding 3146 Toulouse St., New Orleans, LA 70119; Herman Rhodes, Bertha D. Rhodes regarding 7310 Briarheath Dr., New Orleans, LA 70128; Keisha White, Damiern White, Sr. regarding 108 Mary Jane Ln., New Orleans, LA 70128; Corey Richard, Nyoki Richard regarding 9936 Grant St, New Orleans, LA 70127, who wish to voluntarily dismiss the claims against Defendant(s) Fidelity National Property and Casualty Insurance Co, Fidelity National Insurance Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs

to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 12th day of January, 2009.

  /s/ Joseph M. Bruno
Joseph M. Bruno