UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Seymour Simms, Aretha Franklin-Simms regarding 3146 Toulouse St., New Orleans, LA 70119; Herman Rhodes, Bertha D. Rhodes regarding 7310 Briarheath Dr., New Orleans, LA 70128; Keisha White, Damiern White, Sr. regarding 108 Mary Jane Ln., New Orleans, LA 70128; Corey Richard, Nyoki Richard regarding 9936 Grant St, New Orleans, LA 70127** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Seymour Simms, Aretha Franklin-Simms regarding 3146 Toulouse St., New Orleans, LA 70119; Herman Rhodes, Bertha D. Rhodes regarding 7310 Briarheath Dr., New Orleans, LA 70128; Keisha White, Damiern White, Sr. regarding 108 Mary Jane Ln., New Orleans, LA 70128; Corey Richard, Nyoki Richard regarding 9936 Grant St, New Orleans, LA 70127, against Defendants Fidelity National Property and Casualty Insurance Co, Fidelity National Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
United States District Judge