**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Sheila Cobb, Mildred Jefferson regarding 1905 Montegut St., New Orleans, LA 70117** |

<u>**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF**</u>

<u>**MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO**</u>

<u>**DISMISS WITH PREJUDICE**</u>

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Sheila Cobb, Mildred

Jefferson regarding 1905 Montegut St., New Orleans, LA 70117, who wish to voluntarily dismiss the

claims against Defendant(s) American Family Home Insurance Company, American Southern Home

Insurance Company, American Western Home Insurance Company, American Modern Home

Insurance Company, in the above captioned matter only, with prejudice, specifically reserving all

rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect

to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs

to voluntarily dismiss the claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to

bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these

defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to

voluntarily dismiss their claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to

bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record
by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other
electronic transmission this 12th day of January, 2009.


  /s/ Joseph M. Bruno
Joseph M. Bruno