UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NUMBER: 05-4182 <br><br><br> DIVISION: K (DUVAL) <br><br> MAGISTRATE DIV: 2 <br> (WILKINSON) |
| PERTAINS TO:  INSURANCE <br> *LENNIX RAYNELL, NO. 07-1206* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Raynell Lennix and Diredre Lennix ("Plaintiffs"), and Defendant, Allstate Insurance Company ("Allstate"), who jointly move this Court for an order dismissing this action with prejudice.

1.

A full and final settlement has been reached, a Receipt & Release has been fully executed and the consideration thereunder has been paid.  The parties desire and are entitled to an order dismissing this action with prejudice, each party to bear its own costs.

WHEREFORE, Plaintiffs and Allstate respectfully move the Court for entry of the attached proposed Order of Dismissal.

RESPECTFULLY SUBMITTED,

/s/ B. Gerald Weeks
B. Gerald Weeks
**WEEKS LAW FIRM**
5612 Jackson Street, Suite A
Alexandria, Louisiana 71303
Telephone: (318) 442-3045
Facsimile: (318) 473-2373
*Attorneys for Raynell Lennix and Diredre Lennix*

AND

/s/ Sarah R. Smith
RICHARD W. BANE (La. Bar #30383)
SARAH R. SMITH (La. Bar #30963)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2014 West Pinhook, Suite 403
Lafayette, Louisiana 70508
Telephone: (337) 326-5777
Facsimile: (337) 504-3341
*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Joint Motion to Dismiss has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 12th day of January, 2009.

/s/ Sarah R. Smith
SARAH R. SMITH