UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION NUMBER: 05-4182 <br><br> DIVISION: K (DUVAL) |
| PERTAINS TO:  INSURANCE<br>*LENNIX RAYNELL, NO. 07-1206* | * <br> * | MAGISTRATE DIV: 2 <br> (WILKINSON) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the above and foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the above-captioned action be and it is hereby dismissed WITH PREJUDICE, each party to bear its own attorneys' fees, costs and other litigation expenses.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE