# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Date : January 5, 2009

To : Magistrate Joseph C. Wilkinson, Jr.

Attention : U.S. District Court-Eastern District of Louisiana

Facsimile No. : 504.589.7633

Subject : Hurricane Litigation

*File in both records*
*05-4182*

COMMENTS :

Please see enclosed status on the listed cases:

*Acevedo, et al v. AAA Ins., et al*
Case No. 07-5199

*Abram, et al v. AAA. Ins. Co., et al*
Case No. 07-5205

*hab and come of*
*s/hnd mtgs of*
*Scottsdale*
*§*
*Hanover*
*1-5-09*

**RECEIVED**
**JAN 0 5 2008**
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Total number of pages (including transmittal sheet): _____

This facsimile is addressed to the specific people listed above and is intended only for their use. It may contain information that is privileged, confidential or otherwise provided by law. If you are not an addressee, please note that any unauthorized review, copying or disclosure of this document is strictly prohibited. If you have received this facsimile in error, please telephone us immediately and return the entire transmittal by mail.

Original _____ Sent by Mail _____ Sent by Overnight Mail _____ Not Sent

Status of Plaintiff's
Case No. 07-3805

Lee Abram 1.8.09

| Last | First | Homeowners Insurer | Status |
|---|---|---|---|
| Abram | Chudd & Arvis | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Acosta, Jr. | Herbert & Elaine | American Security | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Alfonso | Betty | Aegis | Documents sent, no response. |
| Anderson | Ann | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Anderson, Sr. | Octave & Karen | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Arbuthnot | Kenny & Tara McDaniels | Meraskar Ins | Documents sent, no response. |
| Asberry | Herman/Murlean | Hartford | Company preoccupied with Gustav and Ike |
| Baas | Lawrence & Ruby | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Babin Sr. | Thomas & Diana | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Baker | Angela | United Fire Group | Dismissal filed. |
| Baker | Rudolph & Doris Reggio | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Barbre | Burt | Lexington | Documents sent, no response. |
| Barnes | Felicia | American Security | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Barrows | Jack | Colony Ins. | Documents sent, no response. |
| Bartley | Donald & Tyler | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Baudoin | Michael & Rhonda | Lafayette | Dismissal filed. |
| Bean | Shannon | Lexington | Documents sent, no response. |
| Bell | Thomas & Leslie | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Ben | Ginger | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Beraud | Marietta | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Berry | Cloleel | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Bickmann | Gustav & Gregory | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Bienemy | Carolyn | Union National | Dismissal filed. |
| Boe | Lee E. | Hanover | Settlement meeting on 1/6/09 |
| Bosco | Gay | Kemper(Unitrin) | Dismissal filed. |
| Boseman | Iona | United Fire Group | Dismissal filed. |
| Bosworth | Charles & Gretchen | Encompass | Part of Allstate. Should be served. |
| Bouche' | Joseph & Sharon | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Bourgeois | Albert & Viola | Lafayette | Dismissal filed. |
| Bowen, Sr. | Roy & Lynne | Hartford | Company preoccupied with Gustav and Ike |
| Brenermann | Wayne & Kimberly | American National | One of 40 with conglomerate. 20 settled, remaining being settled. This case not settled. |
| Brock | Emma & Lawrence | | Insurer will be filing motion for dismissal. |
| Brooks | Keith & Leslie | Armed Forces | Documents sent, no response. |

Status of Plaintiff's
Case No. 07-5205

| | | | |
|---|---|---|---|
| Broussard | Holly | Farm Bureau | Dismissal to be filed. |
| Brown | Creig | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Brown | Emma | Travelers | ing aborted for want of contents list. Recently sent with settlement demand |
| Brown | Leola | LA Citizen | Dismissal filed. |
| Brown | Margaret A. | National Lloyds | |
| Brown, Jr. | Leonard & Alicia | Lafayette | Dismissal filed. |
| Buisson | Robert & Barbara | MetLife | ions with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Burch Jr. | Woody | Lafayette | Dismissal filed. |
| Burfict | Harold & Brenda | ZC Streling | g to settle unproductive. Should be severed. |
| Burse | Rosalie | American National | One of 40 with conglomerate. 20 settled, remaining being settled. This case settled |
| Burt | Bettye | Omega One Ins | ents sent, no response. |
| Butler | Larry & Dolores | American Security | e of 34. Documents sent Co. evaluating whether to inspect property before settlement |
| Butler | Mildred | Hanover | Settlement meeting on 1/6/09 |
| Byrd | Henry & Gloria | Hanover | Settlement meeting on 1/6/09 |
| Cailia | Roger | Hartford | pany preoccupied with Gustav and Ike |
| Camp | Anthony | American National | One of 40 with conglomerate. 20 settled, remaining being settled. This case not settled |
| Casbon, III | Anissa & Julius | Lloyds of London | uments sent, no response. |
| Cassagre | Joseph | Farm Bureau | Dismissal to be filed. |
| Causey, Jr. | Lattie & Diane | Lexington | cuments sent, no response. |
| Cavalier, Jr. | Lawrence | Farm Bureau | Dismissal age filed. |
| Charles | Barry | LA Citizen | Dismissal filed. |
| Cheatham | Joe & Barbara | Liberty Mutual | unications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Chiasson | Brandy | Lexington | ments sent, no response. |
| Chimento | Albert/Christina | AAA | unications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Cobette | Augustine H. | Travelers | ement meeting aborted for want of contents list. Recently sent with settlement demand |
| Coley | Charles & Vince | Farm Bureau | Dismissal to be filed. |
| Condon | Edward & Carmel | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Cooper | Brenda | Lafayette | Dismissal filed. |
| Costigliola | Shirley | Encompass | of cessor. Should be severed. |
| Crump | Frank & Delores | Liberty Mutual | unications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Dabney | Dave & Pauletta | ANPAC | One of 40 with conglomerate. 20 settled, remaining |
| Daggs | Brenda | Travelers | ement meeting aborted for want of contents list. Recently sent with settlement demand |
| Dakin | Lois | | surer will be filing motion for dismissal. |
| Davis | Emanuel & Christina | Hartford | pany preoccupied with Gustav and Ike |

Page 2

Status of Plaintiff's
Case No. 07-5205

| Last Name | First Name | Insurer | Status |
|---|---|---|---|
| Davis | Warren & Viola | Lafayette | Dismissal filed. |
| DeGruy | Mary & Gloria Livaudais | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Dessele | Chris & Janice | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Dingeman, Jr. | Edward | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Domingo | Mildred | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Dominick | Noel | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Dominique | Nathan & Emelda | Lloyds of London | Documents sent, no response. |
| Dunams | Barbara | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Duplessis-Jones | Mariza | Lloyds of London | Documents sent, no response. |
| Duvernay | Henry & Orelia | United Fire Group | Dismissal filed. |
| Dyar | Leeona | American Southern Home | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Early | Paula | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Ebanks | Loris | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Edwards | Henry & Irma | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Ella | Gale, Ella | Republic Group | Documents sent, no response. |
| Esco | Lester & Sadie | Hartford | Company preoccupied with Gustav and Ike |
| Evans, Jr. | Sidney | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Farlough | Wayne | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Fazio | Thomas | Lafayette | Dismissal filed. |
| Feist | Pauline & Charles | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Ferrand | Velvet | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Fields | Julia | Hartford | Company preoccupied with Gustav and Ike |
| Fleming | Ludella | Lexington | Documents sent, no response. |
| Fleury | Albert & Constance | Farmer's | Documents sent, no response. |
| Fontenette | Henry | Encompass | Part of Allstate. Should be severed. |
| Fournier | Reginald & Elnora | Lloyds of London | Documents sent, no response. |
| Francois | Rudolph & Mary | United Fire Group | Dismissal filed. |
| Francois | Wilfred, Sr. & Vester | Assurand Homeowners | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Gaines | Brenda B. | Farmer's | Documents sent, no response. |
| Galloway | Betty | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Gardner | Sandra | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Gardner | Sandra | LA Citizen | Dismissal filed. |
| Gatti | Julie | Hanover | Settlement meeting on 1/6/09 |
| Gerken | Frederick & Joelle | Hartford | Company preoccupied with Gustav and Ike |

Status of Plaintiff's
Case No. 07-5205

| | | | |
|---|---|---|---|
| Gilbert | Judy & Wesley | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Gioustover | Betty Alexander | ZC Sterling | ▬▬▬▬▬▬▬▬▬▬▬. Should be severed. |
| Gleason | Hilda | Kemper(Unitrin) | Dismissal filed. |
| Gordon | Etta | Liberty Mutual | ▬▬▬▬▬ with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Gray | Sadie & Charles | Travelers | ▬▬▬▬▬▬▬ aborted for want of contents list. Recently sent with settlement demand |
| Green | Philip, Sr. | Lafayette | Dismissal filed. |
| Griffith | Willie | American National | One of 40 with conglomerate. 20 settled, remaining being settled ▬▬▬▬▬▬. |
| Guerra | Ernest & Patricia | MetLife | ▬▬▬▬▬▬ with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Guggino | Pauline | Hanover | Settlement meeting on 1/6/09 |
| Gully | Karen | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Gutierrez | Arlean | Travelers | ▬▬▬▬▬ meeting aborted for want of contents list. Recently sent with settlement demand |
| Gutturso | Martin | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Hardy | Alicia & George | United Fire Group | Dismissal filed. |
| Harris | Curtis & Audrey | Travelers | ▬▬▬▬▬ meeting aborted for want of contents list. Recently sent with settlement demand |
| Harris | Mary | Hartford | Company preoccupied with Gustav and Ike |
| Harrison | Zonya | Lloyds of London | Documents sent, no response. |
| Hartman | Leon, Jr. & Marie | Encompass | Part of Allstate. Should be severed. |
| Hayes | Dessye & Claude | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Hayes | Pamela & Alvin | Farmers | Documents sent, no response. |
| Hebert | Alvin | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Hebert | Lee Roy & Bettie | Republic Group | Documents sent, no response. |
| Hezeau, III. | Albert | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Hingle | Donald & Anna | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Hingle | Donald & Anna | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Hingle | Donald & Anna | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Hingle | Donald & Anna | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Hingle | Donald & Anna | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Hingle | Donald & Anna | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Hingle | Donald & Anna | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Holmes | Enola | United Fire Group | Dismissal filed |
| Honore | Elaine & Jerry, Sr. | | Insurer will be filing motion for dismissal. |
| Hoolahan | Donald & Bonnie | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Huber | Raymond | Farmers | Documents sent, no response. |
| Hughes | Carolyn(POA) | Audubon | Dismissal filed. |
| Hunter | Henry | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |

Status of Plaintiff's
Case No. 07-5205

| | | | |
|---|---|---|---|
| Jackson | Kevin | Hanover | Settlement meeting on 1/8/09 |
| Jackson | Patricia & Willie Baker | | insurer will be filing motion for dismissal |
| Jackson | Raymond & Linda | National Lloyds | Documents sent, no response |
| Jacobs | Joseph & Shirley | Lafayette | Dismissal filed. |
| Jee | Bernard | Essex Insurance | Documents sent, no response. |
| Jenevein | Ruth | Lafayette | Dismissal filed. |
| Johnson | Cassie | Hartford | Company preoccupied with Gustav and Ike |
| Johnson | Diane | Assurant Solutions | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Johnson | Earl & Shirley | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Johnson | Kevin | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Johnson | Kiavonna | Horrace Mann | Documents sent, no response. |
| Johnson | Roosevelt, Sr. & Bernet | Lafayette | Dismissal filed. |
| Johnson, Jr | George & Barbara | Lafayette | Dismissal filed. |
| Johnson, Shirley | Coats, Mallory | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Jones | Brenda | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Jordan | Willie, Sr & Geraldine | Republic Group | Documents sent, no response. |
| Joseph | Ora | American Security | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Joseph | Yvette | | Insurer will be filing motion for dismissal. |
| Jupiter | Stephanie | United Fire Group | Dismissal filed. |
| Kelly, Jr. | Keish & Sherry | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Kenard | Sandra | Union National | Dismissal filed. |
| Kennedy | Lydia | Fidelity National | Documents sent, no response. |
| Kennedy | Lydia & Troy Lynne | Fidelity National | Documents sent, no response. |
| Laners | Rosalie W. | Farmer's | Documents sent, no response. |
| Langlois | Leon & Sandra | Teacher's Insurance Co | Documents sent, no response. |
| Lauga | Tressy | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| LeBlanc, Jr. | Joseph & Grethel | United Fire Group | Dismissal filed. |
| Lee | Randy & Marilou | AIG | Dismissal filed. |
| Lee | Wanda | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Lee, Jr. | Paul | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Leech | John Clayton | Republic Group | Documents sent, no response. |
| Lehmann | Richard & Elaine | Hartford | Company preoccupied with Gustav and Ike |
| Levron | Wilsey | Farm Bureau | Dismissal to be filed. |
| Lewis | Charmaine | Lexington | Documents sent, no response. |

Status of Plaintiff's
Case No. 07-5205

| | | | |
|---|---|---|---|
| Lewis | Willie | Hanover | Settlement meeting on 1/6/09 |
| Lincoln | Olive | Horace Mann | Documents sent, no response. |
| Lively | Bernard & Leona | United Fire Group | Dismissal filed. |
| Livers | Joseph & Shirley | Travelers | Dismissal meeting aborted for want of contents list. Recently sent with settlement demand |
| Livingston | Bernice | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Lopez | Connie & Anthony, Jr. | American Southern Home | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Lory, Jr. | Olin | Farm Bureau | Documents sent, no response. |
| Luckett | Tresa | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Maes | Mary Louise | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Magee | James | American Security | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Magee | Margaret & Donald | Hartford | Company preoccupied with Gustav and Ike |
| Marchese | Lorraine Marinello | United Fire Group | Dismissal filed. |
| Marks | Deborah | Lloyds of London | Documents sent, no response. |
| Marsh | Ronald & Jeneean Sparks | Lexington | Documents sent, no response. |
| Martin | Dorothy H. | Hartford | Company preoccupied with Gustav and Ike |
| Martin | Sandra & Johnathan | Lafayette | Dismissal filed. |
| Matlock, Jr. | Joseph | Lexington | Documents sent, no response. |
| Matthews | Billy & Elizabeth | American Security | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Matthews | Levern | Union National | Dismissal filed. |
| McCray | George | | Insurer will be filing motion for dismissal. |
| McKay | Adrienne | Lexington | Documents sent, no response. |
| McKenzie | Thelma | Farmer's | Documents sent, no response. |
| Melius | Bess & Thomas | Farmer's | Documents sent, no response. |
| Menesses, Lloyd | Threeton, Dorothy | American Bankers | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Mi Properties | Mi Salon-Dernovsek, Sunchong | Zurich Insurance | Documents sent, no response. |
| Mi Salon | | Zurich Insurance | Documents sent, no response. |
| Michael | Daniel | National Lloyds | Documents sent, no response. |
| Miller | Carolyn | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Mitchell | Georgia | Hartford | Company preoccupied with Gustav and Ike |
| Mitchell | Yvonne & Paul | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Mitchell, Norma | Sanchez, Linda | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Moore | Mary | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Morey | Mario & Daymi | AAA | Dismissal filed. |
| Morris | Stephen & Mikhael | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |

Status of Plaintiff's
Case No. 07-5205

| | | | |
|---|---|---|---|
| Morrison, Jr. | Samuel & Christel | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Morrison, Jr. | Samuel & Christel | Lloyds of London | Documents sent, no response. |
| Morton | Gaynell | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Muhammad | Mahdi | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Nelson | James & Paulette | Lexington | Documents sent, no response. |
| Newsome | Estelle | American Security | ...of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Nguyen | Nguyen | Atlantic Casualty | Documents sent, no response. |
| Nutter | Odeal | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Owens | Anthony | | Insurer will be filing motion for dismissal. |
| Palermo | Joseph | Encompass | ...of Allstate. Should be severed. |
| Palmer | Erin | Lloyds of London | Documents sent, no response. |
| Patnett | Melvin & Mary | Lloyds of London | Documents sent, no response. |
| Patnett | Melvin & Mary | Republic Group | Documents sent, no response. |
| Pendelton | Bernice | AIG | Dismissal filed. |
| Peralta | Elliott & Phyllis | AIG | Dismissal filed. |
| Perez | Mary | Hartford | Company preoccupied with Gustav and Ike |
| Philpott | William | United Fire Group | Dismissal filed. |
| Piedy | Marvi | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Pizzolato | Cheryl | Lexington | Documents sent, no response. |
| Pogue | Roswell & Bettie | Teacher's Insurance Co | Documents sent, no response. |
| Pollard | William & Brenda | United Fire Group | Dismissal filed. |
| Populis | Thomas & Brenda | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Porche' | Joseph & Helen | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Porter | Rosalie | Encompass | Part of Allstate. Should be severed. |
| Porter | Sandra | United Fire Group | Dismissal filed. |
| Price | Steven & Dolores | | Certified dismissal returned. |
| Priest | Brenda | Horace Mann | Documents sent, no response. |
| Pritchett | Ronnie | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Quiette | John | | Insurer will be filing motion for dismissal. |
| Rabito | Catherine & Christopher | AAA | Dismissal filed. |
| Ranker | Michael | LA Citizen | Dismissal filed. |
| Ratcliff | Annie M. | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Reine | Earl & Katie | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Richardson | Josephine & Joseph (Deceased) | United Fire Group | Dismissal filed. |

Status of Plaintiff's
Case No. 07-5205

| | | | |
|---|---|---|---|
| Richardson | Pamela & Milton | AAA | Insurer will be filing motion for dismissal. |
| Rivera | Murello & Theresa | | Dismissal filed. |
| Roberson | Marion Isabel | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Robert | Randy & Daphne | Farmers | Documents sent, no response. |
| Robertson | Adadele T. | Lafayette | Dismissal filed. |
| Robeson, III | William & Mary Ann | Metropolitan Property In | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Roccafort | Shirley | Lafayette | Dismissal filed. |
| Roles | John | AAA | Dismissal filed. |
| Rowel | Cornel | AAA | Dismissal filed. |
| Salles | James | Encompass | Part of Allstate. Should be severed. |
| Sam, Jr. | Jewel & Evelena S. | Republic Group | Documents sent, no response. |
| Samuel | Sharon | Lloyds of London | Documents sent, no response. |
| Sander | Christian | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Sandras | Linda L. | United Fire Group | Dismissal filed. |
| Schofield, Jr. | Mary K. | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Scott | Joseph & Autherine | American National | One of 40 with conglomerate. 20 settled, remaining being settled. Recently settled |
| Shephard, | Mary | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Silvio | Aguilar | Homesite | Settled. Dismissal to be filed. |
| Silvio | Aguilar | Hanover | Settled. Dismissal to be filed. |
| Simpson, | Anita | Lexington | Documents sent, no response. |
| Sires, | Brenda | Hanover | Settlement meeting on 1/6/09 |
| Smith | Louis W. | Republic Group | Documents sent, no response. |
| Smith | Roxie B. | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Smith | Waller & Joyce | Armed Forces | Documents sent, no response. |
| Smith, | Jerolyn | Lexington | Documents sent, no response. |
| Smith, Sr. | John E. & Carolyn | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| St. Andrew Baptist Church | | Argonaut Great Central | Dismissal filed. |
| St. Cyr | Shirley | Republic Group | Documents sent, no response. |
| Stevens | Keith, Jr. | Meritplan | Documents sent, no response. |
| Stewart | Helen | | Insurer will be filing motion for dismissal. |
| Talbert | Terre' & Ray | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Tasker | Anthony & Frances | Hartford | Company preoccupied with Gustav and Ike |
| Tedesco | Hermenia | Hartford | Company preoccupied with Gustav and Ike |
| Temonia | Lorenza | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |

Status of Plaintiff's
Case No. 07-5205

| | | | |
|---|---|---|---|
| Tenhaaf | Connie | United Fire Group | Dismissal filed. |
| Terry | James | Audubon | Dismissal filed. |
| Theodore, Herbert Sr. | Washington, Joyce | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Thomas | Wilma | | insurer will be filing motion for dismissal. |
| Thornton | McRay | ZC Sterling | Settlement meeting unproductive. Should be severed. |
| Tillie | Joyce | Lafayette | Dismissal filed. |
| Tilly | Joseph | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Torregano, Jr. Charles | Acker, Phillis | Republic Group | Documents sent, no response. |
| Tran, Peter | Vo, Tuong | Lloyds of London | Documents sent, no response. |
| Tran, Peter | Vo, Tuong | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. |
| Trebuco | August & Eugenia | Horace Mann | Documents sent, no response. |
| Varnado | Carrie Franklin | American Security | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| Vaughn | Wanda | Lafayette | Dismissal filed. |
| Veals | Donna J. | Hanover | Settlement meeting on 1/6/09 |
| Walker | Delphin | United Fire Group | Dismissal filed. |
| Walker | Alise | Hartford | Company preoccupied with Gustav and Ike |
| Washington, | Chiquita | Lexington | Documents sent, no response. |
| Washington, | Chiquita | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Washington, | Eva Mae & George | American National | One of 40 with conglomerate. 20 settled, remaining being settled. This case not settled. |
| Washington, Sr. | Nathan & Clara | National Lloyds | Documents sent, no response. |
| Watson | Carlton | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Watson | Eugene R. | Hartford | Company preoccupied with Gustav and Ike |
| Weathersby | Dora | United Fire Group | Dismissal filed. |
| Weaver, | Yovonne | Lafayette | Dismissal filed. |
| Weber, | Lori | Republic Group | Documents sent, no response. |
| Welbourne, | Ebenezev | United Fire Group | Dismissal filed. |
| Welbrock | George | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Wells, Sr. | Melvin & Maggie | American Security | One of 34. Documents sent. Co. evaluating whether to inspect property before settlement |
| White | Elodie | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| White | Rhea | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Widmer | Albert | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Williams | Earl & Beth | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Williams | Ethel | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Williams | Ethel | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |

**Status of Plaintiff's**
**Case No. 07-5205**

| Williams | Pearl & Pernell | Travelers | for want of contents list. Recently sent with settlement demand |
| --- | --- | --- | --- |
| Willis | Angela | Travelers | ...ed for want of contents list. Recently sent with settlement demand |
| Wilson | Betty | AIG | Dismissal filed. |
| Wright | Carrie L. | USAA | |
| Wright | Janis | | ...r will be filing motion for dismissal. |
| Young | Marion | Lafayette | Dismissal filed. |