# HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Date            :   January 5, 2009

To              :   Magistrate Joseph C. Wilkinson, Jr.

Attention       :   U.S. District Court-Eastern District of Louisiana

Facsimile No.   :   504.589.7633

Subject         :   Hurricane Litigation

COMMENTS        :   *[handwritten]* file in both
                    *[handwritten]* 05-4182

Please see enclosed status on the listed cases:

*Acevedo, et al v. AAA Ins., et al*
Case No. 07-5199

*Abram, et al v. AAA Ins. Co., et al*
Case No. 07-5205

*[handwritten notes: hab and come of 57 int intgs of Scottsdale & Hanover  1-5-09]*



RECEIVED JAN 0 5 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Total number of pages (including transmittal sheet): _____

This facsimile is addressed to the specific people listed above and is intended only for their use. It may contain information that is privileged, confidential or otherwise provided by law. If you are not an addressee, please note that any unauthorized review, copying or disclosure of this document is strictly prohibited. If you have received this facsimile in error, please telephone us immediately and return the entire transmittal by mail.

Original     _____ Sent by Mail          _____ Sent by Overnight Mail          _____ Not Sent

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

HCC Acevedo II 1-8-09

| Last | First | Homeowners Insurer | Status |
|---|---|---|---|
| Acevedo | Rafael & Didigna | Farm Bureau | Dismissal |
| Adams | Lela | Lafayette | Dismissal filed. |
| Agnew | Claudia | Lloyds of London | Documents sent, no response. |
| Alexander | Morris | Lloyds of London | Documents sent, no response |
| Alphonse | Carolyn | Hartford | Client preoccupied with Gustav and Ike |
| Anderson | Diane & Scott | Lexington | Documents sent, no response. |
| Amatoro Sr. | Camillo & Thelma | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Arceneaux | Charles | Lexington | Documents sent, no response. |
| Ariatti Jr. | Donald | Lafayette | Dismissal filed. |
| Artus | Russell | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Augustus | Archie & Stacy | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Aurelia | Orr & Heathe, Bernice | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Baas | Lawrence & Ruby | ANPAC | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Bailie | David F. | Travelers | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Baillier | Gary | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Banerjee | Suman & Sharmistha | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Banks | Yolanda | Homesite | Settled. Dismissed |
| Barard | Herman & Veronica | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Barrios | Olivia | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Barrow | Leatrice | Lexington | Documents sent, no response. |
| Batiste | Gerard & Vashita | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Bayona Sr. | Frank & Alba | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Bazert | Loretta & Terry | American National | One of 40 with conglomerate. 20 settled, remaining being settled. Dismissed |
| Beaugez | Lorraine | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Beaumont | John | Encompass | Part of Allstate. Should be severed. |
| Beaumont | John | Encompass | Part of Allstate. Should be severed. |
| Beaumont | John | Encompass | Part of Allstate. Should be severed. |
| Beaumont | John | Allstate | Settlement meeting on 1/6/09. |
| Bell | Joseph | Flood claim only | Dismissal |
| Bell-Adkins | Emanuella | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Belonga | Patrice | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Benn | Gaynell | Hanover | Settlement meeting on 1/6/09. |
| Bentley | Cynthia A. | Lexington | Documents sent, no response. |

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

| | | | |
|---|---|---|---|
| Bernard | Sylvia | Aegis | [illegible], no response. |
| Blount | Louise & William | United Fire Group | Dismissal filed. |
| Boudreaux | Gloria | United Fire Group | Dismissal filed. |
| Bourgeois | Albert & Viola | Lafayette | Dismissal filed. |
| Boyd | Robert | Lloyds of London | [illegible], no response |
| Boyd | Robert | AIG | Dismissal filed. |
| Boyd Sr. | Darries & Keisha | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer. Insurer will be filing motion for dimissal. |
| Bradley | Debra | Hanover | Settlement meeting on 1/6/09. |
| Brandhurst | Ray & Kay | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Brennan-Baker | Jeannie | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Brock | Ora & Lionel | Encompass | Part of Allstate. Should be severed. |
| Broussard | Neilie & Clarence | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Brown | Cynthia A. | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Brown | Joyce | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Brown | Joyce | Kemper(Unitrin) | Dismissal filed. |
| Brown | Judy | American Bankers | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Brown | Ledell | Evanston Ins. | Documents sent, no response. |
| Brown | Loretta | Lafayette | Dismissal filed. |
| Brown | Shanda | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Brule | Alva | American Family Modern Ins | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Brule | Alva | Zurich Insurance | Documents sent, no response. |
| Burden | Jessie | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Burkhardt | Joseph & Avis | Lloyds of London | Documents sent, no response. |
| Burse | Marion | ZC Streling | Meeting to settle unproductive. Should be severed. |
| Burt | Bettye | Omega One Ins | Documents sent, no response. |
| Butler | Clyde | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Butler-Armstrong | Wanda | Lexington | Documents sent, no response. |
| Byrd | Thomas & Dianne | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Cain | Debra & Stanley | Farm Bureau | Dismissal [illegible] |
| Cain | Mercedes | | Insurer will be filing motion for dimissal. |
| Calloway | Patricia | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Carnese | Lois & Eugene | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Carriola | Angelina | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |

**STATUS OF PLAINTIFFS'**
**CASE NO. 07-5199**

| | | | |
|---|---|---|---|
| Campbell | Louvella | | |
| Canley | Shirley | Travelers | ...insurer will be filing motion for dismissal. |
| Carballo | Roberto | Liberty Mutual | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Carter | Leroy & Julone | Clarendon National | ...munications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Carter | Reginald & Barbara | Hartford | ...uments sent, no response. |
| Case | Doris | United Fire Group | ...pany preoccupied with Gustav and Ike |
| Castillo | Beverly | Hartford | Dismissal filed. |
| Castillo | Tony | | ...surer will be filing motion for dismissal. |
| Cavalier | Malvin | Fidelity National | ...ents sent, no response. |
| Chamberlain | Joan | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. This case not settled. |
| Charles | Barry | LA Citizen | Dismissal filed. |
| Chaussy | Faith | ZC Sterling | ...ing to settle unproductive. Should be severed |
| Chauvin | Jackson | Hanover | Settlement meeting on 1/6/09. |
| Chauvin | Timothy & Dawn | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Clark | Donna & Mary Kane | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Clark, Jr. | Harold S. | Hanover | Settlement meeting on 1/6/09. |
| Connor | Joy | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Cook | Helen | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Cooper | Niya | Lexington | Documents sent, no response. |
| Cornwell | Michael A. | Lexington | Documents sent, no response. |
| Courseault | Percy & Jill | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Courtade | Ana & Jorge | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. This case not settled. |
| Coyle | Dianne | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Crescioni | Sarah & Arthur | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Cristia | Brenda | Fidelity National | Documents sent, no response. |
| Crosby | John L. | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Crosby | John L. | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Crosby | John L. | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Crosby | John L. | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Crosby | John L. | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Crosby | John L. | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Cummings Jr. | Alkany & Janice | Hanover | Settlement meeting on 1/6/09. |
| Davidson | Glenn & Grace | Hanover | Settlement meeting on 1/6/09. |
| Davis | Cherylyn | Fidelity National | Documents sent, no response. |
| Davis | Helen J. | Lexington | Documents sent, no response. |

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

| Last Name | First Name | Insurer | Status |
|---|---|---|---|
| Davis | Miriam | Meridian | Documents sent, no response. |
| Davis | Vanessa | National Lloyds | Documents sent, no response. |
| Dejoie | Michael | Republic Group | Documents sent, no response. |
| Dejoie | Michael | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Delandro | Isaac & Naomi | Encompass | t of Allstate. Should be severed. |
| Derbigny | Sabrina | Homesite | Dismissal to be filed. |
| DeWitt | Richard | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Dexter | Onitha | Lafayette | Dismissal filed. |
| Diaz | Estreana | Lexington | Documents sent, no response. |
| DiLeo | Anthony & Conchetta | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| DiLeo | Lucas & Doris | USAA | Documents sent, no response. |
| Dinges | Richard & Marianna | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Dobard | Vernon & Kenneth & Leo Joseph | Union National | Dismissal filed. |
| Dodd | Brian & Tonya | Aegis | Documents sent, no response. |
| Doescher | Althea | Lafayette | Dismissal filed. |
| Dolbear | Shirley | Hartford | Company preoccupied with Gustav and Ike |
| Dominick | Sherilyn | Lloyds of London | Documents sent, no response. |
| Dominique | Nathan & Emelda | Lloyds of London | Documents sent, no response. |
| Duckworth | Helen | Farm Bureau | Dismissal to be filed |
| Duffus | Obediah | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Dumas | Albert & Brenda | Hanover | Settlement meeting on 1/6/09. |
| Duplessis | Mable by Cynthia Gibson | Hartford | Company preoccupied with Gustav and Ike |
| Dyar | Leeona | American Southern Home | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Elliott | Aloma & Lewellyn | LA Citizen | Dismissal filed. |
| Emenes | Milton B. | Hanover | Settlement meeting on 1/6/09. |
| Esco | Sandralyne | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Esteen, Lillian | Hart, Edith | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Evans | Leona | Financial Assurance | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Evans-Hawkins | Joyce | Audubon | Dismissal filed. |
| Everett | Michael | American Family Home | Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Fairman | Margie | | surer will be filing motion for dismissal. |
| Faustermann | Joyce | Lexington | Documents sent, no response. |
| Ferdinand | Bernice | Republic Group | Documents sent, no response. |
| Fernandez | Paul | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |

**STATUS OF PLAINTIFFS'**
**CASE NO. 07-5199**

| Name | First Name | Insurer | Status |
|---|---|---|---|
| Fields | A.C., Sr. & Ora Lee | American Security | . Insurer will be filing motion for dimissal. |
| Fields | Bernadine | | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement. |
| Fletcher | Wayne & Mona | United Fire Group | Dismissal filed. |
| Foley | Vernon | Assurant Specialty Property | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Ford | Stella L. | | Insurer will be filing motion for dimissal. |
| Fraely | Kirk | Lafayette | Dismissal filed. |
| Franklin | Leroy | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Freeman | Percy & Brenda | Assurant Specialty Property | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Friley | Karen | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Galan | Felix | Hartford | Settlement meeting aborted for want of contents list, with settlement demand |
| Gallagher | Molly | Lexington | Documents sent, no response. |
| Galloway | Augustine | Kemper(Unitrin) | Dismissal filed. |
| Gant | Thomas, Sr. | Lloyds of London | Documents sent, no response. |
| Garcia | Janice | | Insurer will be filing motion for dimissal. |
| Gardebled(Deceased) | Joan & Mary | Armed Forces | Documents sent, no response. |
| Gaudin | Katherine | Fidelity National | Documents sent, no response. |
| Gauthier | Chevron | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Gauthier | Chevron | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Gettridge | Leonard | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Gibson | Cynthia A. | | Insurer will be filing motion for dimissal. |
| Gilbert | Morice | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Gilbert | Arthur & Cynthia | Farm Bureau | Dismissal |
| Gonzalez | Robert | Lafayette | Dismissal filed. |
| Grandison | Lucille | Hanover | Dismissal filed. |
| Green | Althea | Union National | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Green | Harvey | Travelers | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Griffin | Trina | American Security | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Griffin-Sip | Delores & Leroy | United Fire Group | Dismissal filed. |
| Grossman Karn | Jennie | | Settlement meeting on 1/6/09. |
| Guyton | Nhiki | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Hampton | Shawn | Homesite | |
| Hansberry | Kenneth | American Security | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Harris | Sadonia | Lafayette | Dismissal filed. |
| Hart | Edith E. | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |

**STATUS OF PLAINTIFFS'**
**CASE NO. 07-5199**

| | | | |
|---|---|---|---|
| Hart | Iona | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Hart | Iona | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Hart | Iona | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Hart | Iona | LA Citizen | Dismissal |
| Hart | Walter & Diane | Liberty Mutual | cations with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Henderson | Raunona | Lloyds of London | Dismissal filed. |
| Henrizy | Donald & Ann | Travelers | meeting aborted for want of contents list. Recently sent with settlement demand |
| Hilliard | Gloria | Lloyds of London | uments sent, no response. |
| Hills | Nolan & Valerie | Audubon | Dismissal filed. |
| Himel | Marlene | American National | One of 40 with conglomerate. 20 settled, remaining being settled. ase settled. |
| Himel | Marlene | American National | One of 40 with conglomerate. 20 settled, remaining being settled. ase settled. |
| Himel | Marlene | American National | One of 40 with conglomerate. 20 settled, remaining being settled. ase settled. |
| Hines | Climmie & Gloria | Lexington | Documents sent, no response |
| Hinkle | Carolyn | Lafayette | Dismissal filed. |
| Honore' | Tina | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Hoover | Carole | Hartford | Company preoccupied with Gustav and Ike |
| Howard | Raphield, Sr. & JoAnn T. | Fidelity National | Documents sent, no response. |
| Hughes | Anita & Tyrone | Republic Group | Documents sent, no response. |
| Hughes | Peggy | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Hunter | Denise | Farmers | Documents sent, no response. |
| Isaac, Jr. | Kelvin | Aegis | Documents sent, no response. |
| Isidore | Terry & Grid | USAA | Documents sent, no response. |
| Israelite Divine S.C. | Bishop William Wilson | Markel International | Documents sent, no response. |
| Jackson | Kay | Lloyds of London | Documents sent, no response. |
| Jackson | Kay | | Insurer will be filing motion for dismissal. |
| Jackson | Kevin | Hanover | Settlement meeting on 1/6/09. |
| Jackson | Mary | Fidelity National | Documents sent, no response. |
| Jackson | Rita | LA Citizens | Dismissal filed. |
| James | Jacquelyn | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Jarreau | Carolyn | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Jocson | Eduardo | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Johnson | Carol | Proctor Financial | Documents sent, no response. |
| Johnson | Earl & Shirley | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Johnson | Janet | ANPAC | One of 40 with conglomerate. 20 settled, remaining |

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

| Last Name | First Name | Insurance Company | Status |
|---|---|---|---|
| Johnson | Junius, Jr. | Republic Group | |
| Johnson | LaRhonda & James | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Johnson | Marian | United Fire Group | Dismissal filed. |
| Johnson | Sam & Barbara | Lexington | |
| Johnson | Van & Debra | Liberty Mutual | cations with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Johnson | Vina V. | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Jones | Brenda | Travelers | ement meeting aborted for want of contents list. Recently sent with settlement demand |
| Jones | Egypt | Lexington | uments sent, no response. |
| Jones | Jeffrey & Evelyn Beauchamp | ZC Sterling | iting to settle unproductive. Should be severed. |
| Jones | Johnny | ZC Sterling | ting to settle unproductive. Should be severed. |
| Jordan | Marie | Liberty Mutual | munications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Kadan | Ranjit S. | Chubb Group | Dismissal filed. |
| Kaden | Ranjit S. | Fidelity National | uments sent, no response. |
| Kay's Day Care Center | Loria, Joseph & Catherine | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Kay's Day Care Center | Loria, Joseph & Catherine | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Kay's Day Care Center | Loria, Joseph & Catherine | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Kelly | Barbara | Fidelity National | Dismissal filed. |
| Kelt, John Sr.(Deceased) | Kapesis, Joanne | Powell Insurance Agency/Lafay | Dismissal filed. |
| Kennedy | Damaris | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Kennedy | Lydia & Troy Lynne | Fidelity National | uments sent, no response. |
| Kildahl | James | Hanover | Settlement meeting on 1/6/09. |
| Knight | Gae Lynne J. | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Krenkel | Frank & Pauline | Travelers | ttlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Krenkel | Frank & Pauline | Travelers | ttlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Krennerich | John | Hanover | Settlement meeting on 1/6/09. |
| LaCour | Windell | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| LaCour, Aline | Wilson, Iris(POA) | Proctor Financial | uments sent, no response. |
| Lafontaine | Miguel & Lidia | Lafayette | Dismissal filed. |
| Landreaux, Karen | Digangi, Shereen | Lloyds of London | uments sent, no response. |
| LeBlanc | David | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| LeBlanc | David | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Lee | Eli & Frances | Hanover | Settlement meeting on 1/6/09. |
| Lee, Jr. | Paul | ZC Sterling | iting to settle unproductive. Should be severed. |
| Leicher | Mary | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

| | | | |
|---|---|---|---|
| Leonard | Gettridge | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Lewis | Ralp & Wanda | Farmer's | Documents sent, no response. |
| Lewis | Tammi | | Insurer will be filing motion for dismissal. |
| Lewis | Wandy | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Leydecker | Siney & Tia | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Liang | Li & Naijue | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Lillian, Esteen | Hart, Edith | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Little | Arnold & Eunice | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Livanos | Jhoann & Stamatios | Lexington | Documents sent, no response. |
| Livanos | John | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Lobre | Dawn | Lexington | Documents sent, no response. |
| London | Melissa A. | USAA | Documents sent, no response. |
| Lory, Jr. | Olin | Farm Bureau | Dismissal |
| Lowe | Kevin & Lisa | Lloyds of London | Documents sent, no response. |
| Lucille | Grandison | Lafayette | Dismissal filed. |
| Lunt | Charles & Judy | Lafayette | Dismissal filed. |
| Lunt | Charles & Judy | Lafayette | Dismissal filed. |
| Lunt | Charles & Judy | Lexington | Documents sent, no response. |
| Lykes, III | James & Pamela | AAA | Dismissal filed. |
| Macklin | Annette | Lloyds of London | Documents sent, no response. |
| Marshall | Wilburn & Vernamae | Farmers | Documents sent, no response. |
| Mattox | Brenda & Michael | National Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| McClain | Elizabeth & Francis | Lafayette | Dismissal filed. |
| McCormick | Connie & Chalita | Hanover | Settlement meeting on 1/6/09. |
| McDonald | Ruth | United Fire Group | Dismissal filed. |
| McGowan | Rosa & Douglas | Homesite | |
| McGray | Linda | American National | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Menzies | Keith & Dawanna | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Merren | Shirley & Roosevelt | Lexington | Documents sent, no response. |
| Meyer | Philip & Cecilia | American National | One of 40 with conglemorate. 20 settled, remaining being settled. |
| Meyers | Jack & Diane | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Miller | Carolyn | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Mims | Donald & Connie | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Mims | Gale | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

| | | | |
|---|---|---|---|
| Mitchell | Betty | Lafayette | Dismissal filed. |
| Monalla | Kim | Horace Mann | Documents sent, no response. |
| Monroe | Dawn | American National | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Monsour | George & Beverly | Encompass | of Allstate. Should be severed. |
| Monsour | George & Beverly | Encompass | of Allstate. Should be severed. |
| Monsour | George & Beverly | Encompass | of Allstate. Should be severed. |
| Monsour | George & Beverly | Encompass | of Allstate. Should be severed. |
| Monsour | George & Beverly | Encompass | of Allstate. Should be severed. |
| Monsour | George & Beverly | Lafayette | Dismissal filed. |
| Montegue | Latonya | | Insurer will be filing motion for dismissal. |
| Montegut | Edgar & Belinda | Lafayette | Dismissal filed. |
| Montegut | Sandra | Fidelity National | Documents sent, no response. |
| Montello | Judith & James | Lexington | Documents sent, no response. |
| Moore | Berdina & John | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Moran | Emmett & Donna | Kemper(Unitrin) | Dismissal filed. |
| Morgan | Chad | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Moriarity | Harolyn | American National | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Moriarity | Harolyn | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Morton | Danielle | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Murphy | Mary | Security Ins. Co. | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Neason | Cheryl | Financial Assurance | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Nelson | Sheree & Michael | Eustis | Documents sent, no response. |
| Nelson | Shree & Michael | LA Citizen | Dismissal filed. |
| Nero | Audie & Kayren | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Newsome | Estelle | American Security | of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Newsome | Estelle | Audubon | Dismissal filed. |
| Nguyen | Kim Thoi | Lexington | Documents sent, no response. |
| Nicosia | Lawrence, Jr. & Gretchen | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Norris | Edna & Wilfred | Encompass | Part of Allstate. Should be severed. |
| Oak Grove Baptist Church | | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Orr, Aurelia | Heath, Bernice | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Otis | Catherine T. | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Parker | Clement & Grace | Farm Bureau | Dismissal |
| Patt | Rima | Lexington | Documents sent, no response. |
| Patterson-Bruce | Gloria | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

| Plaintiff | First Name | Insurer | Status |
|---|---|---|---|
| Paynes | Earnest & Lillie | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Peralta | Cecilia | Lloyds of London | Documents sent, no response. |
| Perez | Armando, Jr. | United Fire Group | Dismissal filed. |
| Perez, Sr | Jose & Christie | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Perez | Marcot & Juana | State Farm | Answer served per Court's ruling re: State Farm |
| Periatt | Lester & Gloria | Lafayette | Dismissal filed. |
| Perkins | Gwendolyn | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Perniatt | Lester & Gloria | Lafayette | Dismissal filed. |
| Perrien | Leroy, Jr. & Eretta | Encompass | Part of Allstate. Should be severed. |
| Perry | James | Lloyds of London | Documents sent, no response. |
| Peters | Ernest & Vanessa | Union National | Dismissal filed. |
| Pichon | Jeannine | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Piear | Betty & Warren, Sr. | United Fire Group | Dismissal filed. |
| Piedy | Marvi | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Pierre | Arthur & Twila | Lafayette | Dismissal filed. |
| Pierre | Fellman & Dolores | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Pierre | Fellman & Dolores | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Pinkney | Luella & Elliott | United Fire Group | Dismissal filed. |
| Pivert | Oliver, Jr. | AIG underwriters Homesite Ins | Documents sent, no response. |
| Polk | Andria | | Insurer will be filing motion for dismissal. |
| Ponnapannam | Palani & Tulasi | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Powell | Frank H. & Dorothy D. | Lafayette | Dismissal filed. |
| Powell | Glenn & Dwanda | Farmer's | Documents sent, no response. |
| Rachal | Stanislaus | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Randle | Ezell & Artie | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Rayford | Betty | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Reimonenq | Anthony | American Security | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Reimonenq | Beulah | American Security | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Reine | Earl & Katie | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Relayson, Jr | Henry & Jacqueline | Lloyds of London | Documents sent, no response. |
| Reugger | Anle | Hartford | Company preoccupied with Gustav and Ike |
| Reyes | Dayoberto & Geovanina | Horace Mann | Documents sent, no response. |
| Richardson | Eugene & Johnellen | American Security | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Rieras | George | Encompass | Part of Allstate. Should be severed. |

**STATUS OF PLAINTIFFS'**
**CASE NO. 07-5199**

| | | | |
|---|---|---|---|
| Robert | Teri | American Security | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Robertson | Lawrence & Claudia | Lloyds of London | Documents sent, no response. |
| Robichaux | Deborah | Assurant Group | Documents sent, no response. |
| Robinson | Aline | Lafayette | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Ross | James & Elnora | Republic Group | Dismissal filed. |
| Rothschild | Moses, Jr. & Geraldine | Lexington | Documents sent, no response. |
| Ruben | Saul & Mildred | Farmers | Documents sent, no response. |
| Salles | Mamie | Lafayette | Dismissal filed. |
| Sampson | Emma & Harold | United Fire Group | Dismissal filed. |
| Sanchez | Dorothy | Farm Bureau | Dismissal |
| Sanders | Phil & Lynn | Aegis | Documents sent, no response. |
| Sanders | Stanley | American General | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Santa Cruz | Jacquelyn | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Santee | Sylvester | National Lloyds | Dismissal filed. |
| Sargent | Wilma | AIG | Dismissal filed. |
| Sarpy | Angela & Lynn & Joyce | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Sassone | Alexander | Hanover | Settlement meeting aborted for want of contents list, with settlement demand |
| Schiel | Melvin & Gail | Hartford | Company preoccupied with Gustav and Ike |
| Schofield, Jr. | Mary K. | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Scofield | Diane & Scot | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Sharett | Jacquelyn | Hanover | Settlement meeting on 1/6/09. |
| Shelton | Mary | Fidelity National | Documents sent, no response. |
| Shirley | Canley | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Sidney | Joyce | Lexington | Documents sent, no response. |
| Simmons | Jacquelyn | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Simmons | Stephanie | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Simmons | Stephanie | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Simpson | Joe | | Insurer will be filing motion for dismissal. |
| Singleton | Benard | American Security | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Singleton | Bernard | American Security | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Singleton, | Bernard | American Security | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Smith | Beverly | Hanover | Settlement meeting on 1/6/09. |
| Smith | Brian | American Bankers | One of 34. Documents sent. Co. evaluationg whether to inspect prop. before settlement |
| Smith | Demetrius | American National | One of 40 with conglomerate. 20 settled, remaining being settled |

**STATUS OF PLAINTIFFS'**
**CASE NO. 07-5199**

| | | | |
|---|---|---|---|
| Smith | Floyd | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Smith | James & Elouise | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Smith | Mervin | Republic Group | Documents sent, no response. |
| Smith | Tony & Jacqueline | Farm Bureau | Dismissal filed |
| Smith, Phyllis | Brown, Ledell | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Spencer | Denise & John | ANPAC | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Spiller | Alice | AAA | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Spires | Joseph & Ramona | Hanover | Settlement meeting on 1/6/09. |
| St. Andrew Baptist Church | | Argonaut Great Central | Dismissal filed. |
| Stubbs | Jamie | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Sylve | Sarah M | American General | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Tapp | Barbara | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Taylor | Brenda | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Taylor | Emily T. | Horace Mann | Documents sent, no response. |
| Taylor | Patricia | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Tedesco | Shaverio & Barbara | Hartford | Company preoccupied with Gustav and Ike |
| Terry | Jerry & Mildred | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Thomas | Edward & Barbara | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Thomas | Ronald | Travelers | Settlement meeting aborted for want of contents list. Recently sent with settlement demand |
| Thomas | Joyce | Lloyds of London | Documents sent, no response. |
| Thompson | Arthur | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Thornton | McRay | ZC Sterling | Meeting to settle unproductive. Should be severed. |
| Timmothy | Chauvin | American National | One of 40 with conglemorate. 20 settled, remaining being settled. |
| Toney | Leroy & Jacquelyn | State Farm | State Farm claims are awaiting decision from 5th Circuit. |
| Toni | Castillo | | Insurer will be filing motion for dimissal. |
| Torregano, Jr. Charles | Acker, Phillis | Republic Group | Documents sent, no response. |
| Tran | Gina | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Trulen | JC | Lloyds of London | Documents sent, no response. |
| Trusty | Harley | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Turk | Abdulhameed | Fidelity National | Documents sent, no response. |
| Turner | Robert & Lucille | Hanover | Settlement meeting on 1/6/09. |
| Turner, | Theoeion & Mary | MetLife | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Union | Baptist Church | Church Mutual | Dismissal |
| Valery | Gloria | Horace Mann | Documents sent, no response. |

STATUS OF PLAINTIFFS'
CASE NO. 07-5199

| | | | |
|---|---|---|---|
| Veal | Casey | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Villavuso | Juana R. | American National | One of 40 with conglomerate. 20 settled, remaining being settled. |
| Vine | Walter, Jr. & Darlean | American Security | e of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Vu | Nguyet | Lexington | uments sent, no response. |
| Waddell, | Melba | United Fire Group | Dismissal filed. |
| Waddell, | Melba & Maline & Audrey | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Wahl, | Gerald | Hartford | preoccupied with Gustav and Ike |
| Walgamotte, | Charles & Renee | Farmer's | Dismissa ents filed. sent, no response. |
| Walter, | Rene & Beryl | | Insurer will be filing motion for dismissal |
| Walters, | Adam | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| Walton | John N. | | Insurer will be filing motion for dismissal. |
| Washington, | Betty | Blanket Policy/Advance Mort. | Dismissa filed. |
| Washington, | James & Dorothy | Hartford | preoccupied with Gustav and Ike |
| Washington, | Lionel | Hanover | Settlement meeting on 1/6/09. |
| Weber, | Edward | National Lloyds | sent, no response. |
| Weber, | Kelby | Liberty Mutual | unications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| White | Roosevelt & Jill | American Security | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| White, | Bobbie | Travelers | ement meeting aborted for want of contents list. Recently sent with settlement demand |
| White, | Lavergne | Scottsdale | Settlement meeting for approximately 20 claims on 1/5/09 |
| White, Lydia | Seque, Milton | Lafayette | Dismissal filed. |
| Wilkienson | Dora & Furnie | Farm Bureau | Dismissal filed |
| William Major | Melvin & Tara | United Fire Group | Dismissal filed. |
| Williams | Bernice | Lafayette | Dismissal filed. |
| Williams | Cassandra | Assurance or American Securi | One of 34. Documents sent. Co. evaluating whether to inspect prop. before settlement |
| Williams | Ethel | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Williams | Ethel | Liberty Mutual | Communications with defense counsel re: documents/info needed. Waiting to hear from insurer |
| Williams | Faye | Lloyds of London | Documents sent, no response. |
| Williams | Freddie & Cora | Lexington | Documents sent, no response. |
| Williams | Linda | Lloyds of London | Documents sent, no response. |
| Williams | Linda | Lloyds of London | Documents sent, no response. |
| Williams | Linda | Lloyds of London | Documents sent, no response. |
| Williams | Oscar & Marion | Lexington | Documents sent, no response. |
| Williams | Percy & Marsha | First Premuim | Dismissal to be filed. |
| Williams | Ruby & Willis | Travelers | ement meeting aborted for want of contents list. Recently sent with settlement demand |

**STATUS OF PLAINTIFFS'**
**CASE NO. 07-5199**

Revised II

| | | | |
|---|---|---|---|
| Willis | Deborah | American Family Home | Dismissal filed. |
| Wilson | Betty | AIG | Dismissal filed. ...ts sent. Co. evaluating whether to inspect prop. before settlement |
| Wilson | Paul, III & Gretchen | AAA | ...ense counsel re: documents/info needed. Waiting to hear from insurer |
| Winfield | Willie Mae | AIG | Dismissal filed. |
| Winnfield | Willie Mae | LA Citizen | Dismissal filed. |
| Woodside | Roselena | American Security | Co. evaluating whether to inspect prop. before settlement |
| Wright | Dorothy | Republic Group | |
| Wright | Janet | United Fire Group | Dismissal filed. |
| Wright | | | |
| Wright, Dorothy | Mitchell, Georgia & Swanson, D | Republic Group | |
| Wust | Richard & Paula | Travelers | ...want of contents list. Recently sent with settlement demand |
| Young | Lloyd & Orelia | Hanover | Settlement meeting on 1/6/09. |
| Zacharie | Betty | Liberty Mutual | ...defense counsel re: documents/info needed. Waiting to hear from insurer |