

# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

Telephone:  (504) 832-3000
Telecopier: (504) 832-1799

January 8, 2009

**Sent via Facsimile (504) 589-7633**
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

RE:   Aaron, Abadie and Ancar

Dear Magistrate Wilkinson:

Concerning my reports reviewed this morning in Aaron, Abadie and Ancar, please note that any file which lists "flood claim" in the far right margin, should be considered an open file for possible sever, even if the other column notes "funded".

The format could have been clearer.

Most Respectfully,

JOSEPH W. RAUSCH

cc: Seth Schmeckle, Esq.
    Insurance liaison

JWR/rh

# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

(504) 832-3000
Fax: 832-1799

January 6, 2009

RECEIVED

JAN 0 6 2009

CHAMBERS OF
U.S. MAGISTRATE JUDGE
JERN C. WILKINSON, JR.

**U.S. MAIL & FACSIMILE 589-7633**

*not funded ?*
*funded ?*
*to be dismissed ?*
*c/a only ?*

Honorable Jay Wilkinson
United States Magistrate
USDC, Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: Mass Joinder Status Report

Dear Magistrate Wilkinson:

Per your order, I enclose the status reports for the Mass Joinder cases filed by Jim S. Hall and Associates:

| | | |
|---|---|---|
| 1. | Aaron | CA No. 06-4746 |
| 2. | Aguilar- | CA No. 07-4852 |
| 3. | Ancar - | CA No. 07-4853 |

Respectfully,

JOSEPH W. RAUSCH

JWR/sc
Enclosures

AARON STATES
January 6, 2009
Civil Action No.
Jim S. Hall Associates Clients

(?)        (?)

| LAST NAME | FIRST NAME | WIND CARRIER | | |
|---|---|---|---|---|
| Aaron | Winston, Sr. & Donna | York | Funded | No Flood Claim |
| Abram | Shelton & Melinda | | Not Funded | No Flood Claim |
| Acker | Deborah | State Farm | Funded | No Flood Claim |
| Acosta | Ernesto, Sr. & Carmen | State Farm | Funded | No Flood Claim |
| Adams | Charlene L. | Allstate | Funded | No Flood Claim |
| Adams | Josephine S. | Allstate | Funded | No Flood Claim |
| Adams | Andrea | Lafayette | Not Funded | No Flood Claim |
| Adams | Lela & Rose | Lafayette | Not Funded | No Flood Claim |
| Adams | Debra & Daryl, Sr. | York | Not Funded | No Flood Claim |
| Aguilar | Joseph, III | Allstate | Funded | No Flood Claim |
| Aguilar | Joseph, Jr. | Electric | Funded | No Flood Claim |
| Albert | Terrise & Rodney | Allstate | Not Funded | No Flood Claim |
| Alcorn | Linda | MacNeil | Funded | No Flood Claim |
| Alexander | Shirley | Allstate | Funded | No Flood Claim |
| Alexander | Dessie | MacNeil | Funded | Flood Claim |
| Alexander | Dianne R. | MacNeil | Not Funded | |
| Alexander | Ronald | Travelers | Funded | No Flood Claim |
| Alexander | Maria Vancel (Stapelton) | York | Not Funded | No Flood Claim |
| Alexander | Lee | | Not Funded | No Flood Claim |
| Alexis | Audrey | Travelers | Funded | No Flood Claim |
| Alexis | Dorothy & Nolan, Sr. | Travelers | Funded | No Flood Claim |
| Alfred | Linda | York | Funded | No Flood Claim |
| Allen | Christopher & Courtney | Allstate | Funded | No Flood Claim |
| Allen | Theresa & Lorenzo | American Security | Not Funded | No Flood Claim |
| Allen | Jessie, Sr. | MacNeil | Not Funded | No Flood Claim |
| Allen | Clifton & Estelle | State Farm | Funded | No Flood Claim |
| Allen | Donniecia | York | Not Funded | No Flood Claim |
| Allen | Francis A. & Morel | York | Funded | No Flood Claim |

**AARON STATUS**
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| Ambrose | Linda & Raymond, Jr. | | Not Funded | No Flood Claim |
|---|---|---|---|---|
| Ancar | Denise | Liberty Mutual | Funded | No Flood Claim |
| Ancar | Maureen | State Farm | Not Funded | No Flood Claim |
| Ancar | Thaddeus | York | Funded | No Flood Claim |
| Anderson | Eva | AAA | Not Funded | No Flood Claim |
| Anderson | Laura & Bobby | American Security Fidelity | Funded | No Flood Claim |
| Anderson | Louis & Celestine | National | Not Funded | No Flood Claim |
| Anderson | Arthur M., III | AAA | Not Funded | No Flood Claim |
| Andrews | Daniel | Balboa | Not Funded | No Flood Claim |
| Andrews | Judy & Julius | MacNeil | Funded | No Flood Claim |
| Andrews | James & Emma | State Farm | Not Funded | No Flood Claim |
| Angle | Gary & Cynthia | York | Funded | No Flood Claim |
| Anthony | Ricky, Sr. | MacNeil | Funded | No Flood Claim |
| Antoine | Jeaneariear | Allstate | Funded | No Flood Claim |
| Armour | Debra & Herman | AAA | Funded | No Flood Claim |
| Armour | Rianne | Lafayette | Not Funded | No Flood Claim |
| Arnold | Sherman & Arles | AAA | Funded | No Flood Claim |
| Atkenson | Darryl & Sandra | C/A Only | Not Funded | No Flood Claim |
| Aubert | Ryan & Peter Lewis | Allstate | Funded | No Flood Claim |
| Aucoin | Li & Eva | Allstate | Not Funded | No Flood Claim |
| Augusta | Madeline | Hartford | Not Funded | No Flood Claim |
| Augusta | Arthur, Jr. | Allstate | Funded | No Flood Claim |
| Augustine | Janice | Allstate | Funded | No Flood Claim |
| Augustine | Jesse & Doris | State Farm | Not Funded | No Flood Claim |
| Babin | Hazel & Merlin | Allstate | Funded | No Flood Claim |
| Babineaux | Katie Ann | Allstate | Funded | No Flood Claim |
| Bacchus | Wintrea & Melvin | | Not Funded | No Flood Claim |
| Badeaux | Herbert | | Not Funded | No Flood Claim |

**AARON STATUS**
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Badie | Barbara | MacNeil | Funded | No Flood Claim |
| Baker | Kevin P. | State Farm | Funded | No Flood Claim |
| Baker | Delores | | Not Funded | No Flood Claim |
| Ballard | Bertha & Chris | Safeco | Not Funded | No Flood Claim |
| Banks | Beverly | State Farm | Not Funded | No Flood Claim |
| Banks | James & Mary | York | Funded | No Flood Claim |
| Banks | Lonnie | York | Funded | No Flood Claim |
| Baptiste | Betty | State Farm | Not Funded | No Flood Claim |
| Baptiste | Judy & Riley | State Farm | Not Funded | No Flood Claim |
| Barabino | John & Lois | Allstate | Not Funded | No Flood Claim |
| Barard | Latonya | MacNeil | Funded | No Flood Claim |
| Barnes | Mark (Maureen Ancar) | State Farm | Funded | No Flood Claim |
| Barnes | Johnnie | State Farm | Not Funded | No Flood Claim |
| Barnes | Thomas & Barbara | State Farm | Not Funded | No Flood Claim |
| Barnes | Vernon | State Farm | Funded | No Flood Claim |
| Barnett | Bessie | Allstate | Funded | No Flood Claim |
| Barre | Conrad, III | AAA | Funded | No Flood Claim |
| Barriere | Antoine M. & Althea | Allstate | Funded | No Flood Claim |
| Barrow | Ella M. | MacNeil | Funded | No Flood Claim |
| Bartee | Liddie | MacNeil | Funded | No Flood Claim |
| Barthelemy | Donell | National Security | Funded | No Flood Claim |
| Bass | D'Andrea & Troylynn | State Farm | Not Funded | No Flood Claim |
| Bastian | Janice | Travelers | Funded | No Flood Claim |
| Bates | Lillian | Allstate | Not Funded | No Flood Claim |
| Bates | Dorothy | Lafayette | Not Funded | No Flood Claim |
| Batieste | Thelma | Allstate | Not Funded | No Flood Claim |
| Batieste | Jackie | | Not Funded | No Flood Claim |
| Battiste | Joseph & Jo'Ann | MacNeil | Funded | No Flood Claim |
| Beasley | Candice Carrie | Lexington | Not Funded | Flood Claim |
| Beckett | Catherine | State Farm | Funded | No Flood Claim |
| Becnel | Emily & James | MacNeil | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Funding | Flood Claim |
|---|---|---|---|---|
| Becnel | Joseph | MacNeil | Not Funded | No Flood Claim |
| Belin | Kevin | MacNeil | Funded | No Flood Claim |
| Bell | Angeline & Michael | Allstate | Not Funded | No Flood Claim |
| Bell | Elizabeth & Willie M. | Allstate | Not Funded | No Flood Claim |
| Bell | Charmaine | MacNeil | Funded | No Flood Claim |
| Bell | John | MacNeil | Funded | No Flood Claim |
| Bemiss | Casey & Sherra | York | Funded | No Flood Claim |
| Benjamin | Janet | MacNeil | Funded | No Flood Claim |
| Bennett | Gary & Regina | | Not Funded | No Flood Claim |
| Benson | Ella & Cleophus | York | Funded | No Flood Claim |
| Benson | Casey & Bennett Ella & Cleophus | York | Funded | No Flood Claim |
| Berard | Eirene | Safeco | Not Funded | No Flood Claim |
| Berard | Eirene | Safeco | Not Funded | No Flood Claim |
| Berger | Lamera | Allstate | Funded | No Flood Claim |
| Berry | Annette & Charles | Allstate | Funded | No Flood Claim |
| Berry | Eliza M. | Allstate | Not Funded | No Flood Claim |
| Berryhill | Thomika (Cunningham) | Farmers | Funded | No Flood Claim |
| Bertrand | Lynette & Paul | Allstate | Not Funded | No Flood Claim |
| Bertrand | Lois & Wallace | MacNeil | Not Funded | No Flood Claim |
| Berzat | Clarence & Virginia | State Farm | Not Funded | No Flood Claim |
| Biagas | Craig & Dana | Allstate | Not Funded | No Flood Claim |
| Bickham | Kevin | Allstate | Funded | No Flood Claim |
| Bickham | Gail | Balboa | Not Funded | No Flood Claim |
| Bieria | Cindy & Nathaniel | Allstate | Not Funded | No Flood Claim |
| Bigbee | Mary | Lexington | Not Funded | No Flood Claim |
| Binder | Joseph & Diana | Allstate | Not Funded | No Flood Claim |
| Black | Bruce & Lavernia | Allstate | Not Funded | No Flood Claim |
| Blackwell | Debra | MacNeil | Funded | No Flood Claim |
| Bland | Kevin L. | | Not Funded | No Flood Claim |
| Blay | Mark & Anita | State Farm | Not Funded | No Flood Claim |
| Blouin | Alvin & Elaine | Allstate | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | Stephanie (Singleton) | | | |
|---|---|---|---|---|
| Blouin | | Bankers | Not Funded | No Flood Claim |
| Blunt | Ruth | State Farm | Funded | No Flood Claim |
| Blunt | Laverne | York | Funded | No Flood Claim |
| Bogan | James C. & Gloria | Allstate | Funded | No Flood Claim |
| Bogan | Judith & Joe | Republic Group | Not Funded | No Flood Claim |
| Bolton | Pamela | York | Funded | No Flood Claim |
| Bonnette | Floyd | AAA | Funded | No Flood Claim |
| Bordenave | Katheryn | State Farm | Not Funded | No Flood Claim |
| Boudreaux | Lucy | Lafayette | Not Funded | No Flood Claim |
| Bouie | London, Jr. | York | Not Funded | No Flood Claim |
| Bouttee | Robert & Yoland | | Not Funded | No Flood Claim |
| Bowie | Juanita | York | Funded | No Flood Claim |
| Bowman | Lorraine | MacNeil | Funded | No Flood Claim |
| Boyd | Emily | MacNeil | Not Funded | No Flood Claim |
| Boyd-Thompson | Beatrix | MacNeil | Not Funded | No Flood Claim |
| Bozoneire | Gizzelle | York | Not Funded | No Flood Claim |
| Bradley | Jo Ann & Noel | USAA | Not Funded | No Flood Claim |
| Brady | Lillie & Joseph | Allstate | Not Funded | No Flood Claim |
| Brady | Karen & Leon | Bankers | Funded | No Flood Claim |
| Branch | Jenny | Bankers | Funded | No Flood Claim |
| Branch | Margaret | MacNeil | Funded | No Flood Claim |
| Branch | Hazel & Merlin | State Farm | Funded | No Flood Claim |
| Branon | Anna | State Farm | Not Funded | No Flood Claim |
| Brasly | Mildred A. | State Farm | Funded | No Flood Claim |
| Breaux | Vincent | Allstate | Not Funded | No Flood Claim |
| Breaux | Irma & Clarence | Allstate | Not Funded | No Flood Claim |
| Breaux | Cammy | Bankers | Funded | No Flood Claim |
| Brickley | Iris D. | Security Plan | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Brickley | Kim | Union National | Not Funded | No Flood Claim |
| Bridges | Helen | Allstate | Funded | No Flood Claim |
| Bridges | Rochonda L. | Bankers | Funded | No Flood Claim |
| Bridgewater | Carl & Gertrude | Allstate | Funded | No Flood Claim |
| Briggs | Terry & Dorion | Bankers | Funded | Flood Claim |
| Broadway | Roderick | Southwest Business | Not Funded | No Flood Claim |
| Broadway | Rhonda | York | Funded | No Flood Claim |
| Brock | Mable | Bankers | Funded | No Flood Claim |
| Brock | Hamilton | | Not Funded | No Flood Claim |
| Brooks | Lloyd & Sheila | Allstate | Funded | No Flood Claim |
| Brooks | Keith A. & Leslie N. | Armed Forces | Not Funded | No Flood Claim |
| Brooks | Phyllis | Bankers | Funded | No Flood Claim |
| Brooks | Lynelle | MacNeil | Not Funded | No Flood Claim |
| Brooks | | State Farm | Not Funded | No Flood Claim |
| Broussard | Roland | ANPAC | Funded | No Flood Claim |
| Brown | Viola | Bankers | Funded | No Flood Claim |
| Brown | Elizabeth | MacNeil | Funded | No Flood Claim |
| Brown | Elizabeth | MacNeil | Funded | No Flood Claim |
| Brown | Rebecca | Union National | Not Funded | No Flood Claim |
| Brown | Jashana | York | Funded | No Flood Claim |
| Brown | Jashana | York | Funded | No Flood Claim |
| Brown | Frances | Allstate | Not Funded | No Flood Claim |
| Brown | Katrina & Keith | Bankers | Not Funded | No Flood Claim |
| Brown | Gloria | Empire Fire & Marine | Not Funded | No Flood Claim |

AARON STATUS
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Brown | Vicki | Liberty Mutual | Not Funded | Flood Claim |
| Brown | Brandon | MacNeil | Funded | No Flood Claim |
| Brown | Glenda | MacNeil | Funded | No Flood Claim |
| Brown | Jancie | MacNeil | Not Funded | No Flood Claim |
| Brown | Sonya | Safeco | Not Funded | No Flood Claim |
| Brown | Evangeline | Safeco | Not Funded | No Flood Claim |
| Brown | Yolanda | State Farm | Not Funded | No Flood Claim |
| Brown | Carrie (Gilmore) | York | Not Funded | No Flood Claim |
| Brown | Loretta | York | Not Funded | No Flood Claim |
| Brown | Harriet | | Not Funded | No Flood Claim |
| Browne | Patricia N. | Allstate | Funded | No Flood Claim |
| Brumfield | Lillian | | Not Funded | No Flood Claim |
| Bullock | Shelia | York | Funded | Flood Claim |
| Burnes | Nehemial & Bernice | Allstate | Funded | No Flood Claim |
| Burnes | Donlynn & Beatrice | Bankers | Funded | No Flood Claim |
| Burrell | Julius & Janice | MacNeil | Funded | No Flood Claim |
| Butler | Alvin & Elizabeth | Bankers | Funded | No Flood Claim |
| Butler | Harold | First Premium | Funded | Flood Claim |
| Butler | Rose | State Farm | Not Funded | No Flood Claim |
| Butler | Elnora | York | Funded | Flood Claim |
| Butler | Chery & Matthew | | Not Funded | No Flood Claim |
| Byrd | Rosemary | Allstate | Funded | No Flood Claim |
| Byrd | Billy & Shalanda | State Farm | Not Funded | No Flood Claim |
| Cage | Dorothy M. | Allstate | Funded | No Flood Claim |
| Cage | Yvette | Allstate | Not Funded | No Flood Claim |
| Cager | Deloras | Bankers | Funded | No Flood Claim |
| Calendar | Melvin & Earline | Allstate | Not Funded | No Flood Claim |
| Calhoun | Carrie | Allstate | Funded | No Flood Claim |
| Calhoun | Jennie | State Farm | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Calice | Raymond & Nora | MacNeil | Funded | No Flood Claim |
| Campbell | Raymond & Shirley | Allstate | Not Funded | No Flood Claim |
| Caprera | Anthony & Cheryl | Travelers | Funded | No Flood Claim |
| Carriere | Shirley & Martha Irving | Allstate | Funded | No Flood Claim |
| Carroll | Jacqueline & Herman | American Security | Funded | No Flood Claim |
| Carson | Michael & Garance | Liberty Mutual | Funded | No Flood Claim |
| Carter | Leo | Allstate | Funded | Flood Claim |
| Carter | Marshall & Ann | MacNeil | Funded | No Flood Claim |
| Carter | Ella Delise | Travelers | Funded | Flood Claim |
| Carter | Delories Irma | Union National | Not Funded | No Flood Claim |
| Caston | Larry D., Sr. | Bankers | Not Funded | Flood Claim |
| Causey | Tyra & Odell | Allstate | Funded | No Flood Claim |
| Cavalier | Felthus (Herbert Neal) | Allstate | Funded | No Flood Claim |
| Chambers | David & Isanae | Lafayette | Not Funded | No Flood Claim |
| Chance | Carol E. | AAA | Funded | No Flood Claim |
| Chance | Sherri & Allen | Allstate | Not Funded | No Flood Claim |
| Chaney | Lawrence & Leolia | Travelers | Not Funded | No Flood Claim |
| Chapman | Calvin & Sylvia | Allstate | Not Funded | No Flood Claim |
| Chapman | Lorena | First Premium | Not Funded | Flood Claim |
| Charbonnet | Courtney | ANPAC | Funded | No Flood Claim |
| Charbonnet | Armand | Travelers | Funded | No Flood Claim |
| Charles | Rochelle R. & Dyrus | State Farm | Funded | No Flood Claim |
| Charlot | Shirley | Bankers | Funded | No Flood Claim |
| Chester | Willie | Allstate | Not Funded | No Flood Claim |
| Chesterfield | Mary | Bankers | Funded | No Flood Claim |
| Chetta | Maria Kay | State Farm | Not Funded | No Flood Claim |
| Chetta | Maria Kay | United Fire | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Chissell | Japheth & Bernice | State Farm | Funded | No Flood Claim |
| Christenberry | Herbert | Bankers | Funded | No Flood Claim |
| Christian | Cyntha & Gregory | Southwest Business | Not Funded | No Flood Claim |
| Christophe | Vivian | York | Funded | No Flood Claim |
| Clanton | Pamela & Leroy | Fidelity | Not Funded | No Flood Claim |
| Clark | Deunke | Allstate | Funded | No Flood Claim |
| Clark | Willie Mae | Bankers | Funded | No Flood Claim |
| Clark | Sheldon | York | Funded | No Flood Claim |
| Classic | Catering, Inc | | Not Funded | No Flood Claim |
| Claude | Sharon M. | Liberty Mutual | Funded | No Flood Claim |
| Clipps | Dwayne & Caprice | Lexington | Not Funded | No Flood Claim |
| Cola | Lillian & Stafford | Allstate | Not Funded | No Flood Claim |
| Cola | Darryl | Allstate | Not Funded | No Flood Claim |
| Cole | James & Juanita | Bankers | Not Funded | No Flood Claim |
| Coleman | Charles & Joan Marie | Allstate | Not Funded | No Flood Claim |
| Coleman | Lloyd & Lucille | Allstate | Funded | No Flood Claim |
| Coleman | Emelda | MacNeil | Funded | No Flood Claim |
| Coleman | Ethel | York | Funded | No Flood Claim |
| Collins | Natasha | AAA | Funded | No Flood Claim |
| Collins | Beverly | Bankers | Funded | No Flood Claim |
| Colomb | Joseph R., Jr. | Allstate | Not Funded | No Flood Claim |
| Colvon | Gwendolyn & Melvin | Lloyds of London | Not Funded | No Flood Claim |
| Connelly | George | York | Funded | No Flood Claim |
| Conway | Lois | Balboa | Not Funded | No Flood Claim |
| Cook | Jerry & Dominique | ANPAC | Not Funded | No Flood Claim |
| Cook | Cheryl | Safeco | Not Funded | No Flood Claim |
| Cook | Blanche' | Travelers | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | National Flood Program | | Flood Claim |
|---|---|---|---|---|
| Cooks | Janice | Third Millenium | Not Funded | No Flood Claim |
| Cooper | Niya D. | Lexington | Not Funded | No Flood Claim |
| Cooper | | Millenium | Not Funded | No Flood Claim |
| Cope | Linda | | Not Funded | No Flood Claim |
| Cordova | Nell | Lafayette | Not Funded | No Flood Claim |
| Cormier | Chere | | Not Funded | No Flood Claim |
| Cornin | Gail G. | York | Funded | No Flood Claim |
| Corral | Joseph | Bankers | Funded | No Flood Claim |
| Cottrell | Elias | | Not Funded | No Flood Claim |
| Coulon | Alvin & Caroline | Allstate | Not Funded | No Flood Claim |
| Cowart | Armtrice | York | Funded | No Flood Claim |
| Craine | Wilma | | Not Funded | No Flood Claim |
| Crespo | Justin J. | Liberty Mutual | Funded | No Flood Claim |
| Crockett | Barbara & Noel | | Not Funded | No Flood Claim |
| Cropper | Rose | Allstate | Not Funded | No Flood Claim |
| Cruell | Phaedra Dannel & Garland | | Not Funded | No Flood Claim |
| Crutchfield | Johnny | State Farm | Funded | No Flood Claim |
| Cuiellette | Sharon & Lawrence | York | Funded | No Flood Claim |
| Cummings | Sandra | Balboa | Not Funded | No Flood Claim |
| Cunningham | Tamika & Don | Farmers | Not Funded | No Flood Claim |
| Curry | Honora | Fidelity | Not Funded | No Flood Claim |
| Cusher | Alita | Safeco | Not Funded | No Flood Claim |
| Cutno | Germaine | Allstate | Funded | No Flood Claim |
| Cutter | Mackey & Jean | Allstate | Not Funded | No Flood Claim |
| Dace | Larry & Lucille | Allstate | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | Union | | |
|---|---|---|---|---|
| Daigle | Dora | National | Not Funded | No Flood Claim |
| Dandridge | Valrita G. | York | Not Funded | No Flood Claim |
| | | | | |
| Danfious | Danny & Diane | Allstate | Not Funded | No Flood Claim |
| Dang | Tony | MacNeil | Funded | No Flood Claim |
| Dang | Tony | MacNeil | Funded | No Flood Claim |
| Daniels | Jeardine | Allstate | Funded | No Flood Claim |
| Dapremont | Valerie | Allstate | Funded | No Flood Claim |
| | | | | |
| Darensbourg | Everett & Karen | Encompass | Not Funded | No Flood Claim |
| Dave | Madison | MacNeil | Funded | No Flood Claim |
| Dave | Darrin | State Farm | Not Funded | No Flood Claim |
| | | Liberty | | |
| Davillier | Gloria | Mutual | Funded | No Flood Claim |
| Davis | Sandra and Brian | Allstate | Funded | No Flood Claim |
| Davis | Lou Angella | ANPAC | Not Funded | No Flood Claim |
| Davis | Barbara & Alfred | Balboa | Not Funded | No Flood Claim |
| | | Horace | | |
| Davis | Jeffery & Deborah | Mann | Not Funded | No Flood Claim |
| Davis | Elain B. | Lafayette | Not Funded | No Flood Claim |
| Davis | Gerald & Marvel | Lafayette | Not Funded | No Flood Claim |
| Davis | Irma F. | State Farm | Funded | No Flood Claim |
| Davis | Brenda | York | Not Funded | No Flood Claim |
| Davis | LaShanda M. | York | Funded | No Flood Claim |
| Davis | Cynthia | York | Not Funded | No Flood Claim |
| Dawson | Lena & Ruffin | Allstate | Not Funded | No Flood Claim |
| | | | | |
| Dawson | Raeschelle | York | Not Funded | No Flood Claim |
| Day | Leroy & Carrie | York | Not Funded | Flood Claim |
| DeCuir | Beverly & Eric | MacNeil | Funded | No Flood Claim |
| Dedeaux | Michel R. & Noble | State Farm | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| DeGruy | Heather | MacNeil | Funded | No Flood Claim |
| DeGruy | Kenneth | C/A Only | Not Funded | No Flood Claim |
| DeJean | Ernest & Dianne | Allstate | Not Funded | No Flood Claim |
| DeJoie | Leslie & Jessica | Allstate | Not Funded | No Flood Claim |
| Delaney | Angela | Bankers | Funded | No Flood Claim |
| Delat | Stella | | Not Funded | No Flood Claim |
| Delay | Carol | State Farm | Not Funded | No Flood Claim |
| Delone | Sheila M. | AAA | Funded | No Flood Claim |
| Demasiliere | Vanessa | State Farm | Not Funded | No Flood Claim |
| Demazeliere | Thelma | Allstate | Not Funded | No Flood Claim |
| Dennison | Janice | State Farm | Not Funded | Flood Claim |
| Desduens | Cedric A., Sr. | York | Funded | No Flood Claim |
| Desselle | Brenda | Bankers | Funded | No Flood Claim |
| Desselle | Brenda | Bankers | Funded | No Flood Claim |
| DesVignes | Allan | Hanover | Not Funded | No Flood Claim |
| Dewey | Shneitha B. | ZC Sterling | Not Funded | Flood Claim |
| Dexter | John & Mercides | Allstate | Not Funded | No Flood Claim |
| Diaz | Tanyelle & Wynan | Balboa | Not Funded | No Flood Claim |
| Dibble | Opal G. | Allstate | Not Funded | No Flood Claim |
| Dickerson | Sheralyn & Gary | | Not Funded | No Flood Claim |
| Dilosa | Shirley & Ricardo Smith | Allstate | Funded | No Flood Claim |
| Dilosa | Kenyatta & Harry | Bankers | Not Funded | No Flood Claim |
| | | Horace | | |
| Dilosa | Kenyatta & Harry | Mann | Not Funded | No Flood Claim |
| Dilosa | Harry & Corliss Jones | York | Funded | No Flood Claim |
| Dixon | Frank & Nellie | | Funded | No Flood Claim |
| Dixon | Lanier & Pauline | Bankers | Not Funded | No Flood Claim |
| Dixon | Lionel & Demetra | State Farm | Not Funded | No Flood Claim |
| Donald | Hazel | State Farm | Not Funded | No Flood Claim |
| Donald | Bernadine | Allstate | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Funded Status | Flood Claim |
| --- | --- | --- | --- | --- |
| Doucette | Joanette | Liberty Mutual | Funded | No Flood Claim |
| Duchane | Jackie E. & Connell P. | Met Life | Funded | No Flood Claim |
| Dumas | Rose Toussaint | AAA | Not Funded | No Flood Claim |
| Dunams | Barbara | Travelers | Funded | No Flood Claim |
| Dunbar | Audry V. | Allstate | Not Funded | No Flood Claim |
| Dunbar | | Liberty Mutual | Not Funded | No Flood Claim |
| Dunbar | Charlie & Betty | State Farm | Not Funded | No Flood Claim |
| Dunbar | Ray | Farmers | Funded | No Flood Claim |
| Duncan | JoAnn | Lexington | Not Funded | No Flood Claim |
| Duncan | Valencia & Roland, Jr. | State Farm | Funded | No Flood Claim |
| Duncan | Ellis | Allstate | Funded | No Flood Claim |
| Dunkley | Violet | York | Funded | No Flood Claim |
| Dunkley | Kenneth & Patricia J. | York | Funded | No Flood Claim |
| Dunn | Carol & Ricky, Sr. | Allstate | Not Funded | No Flood Claim |
| Duplessis | Barrett & Mary T. | Balboa | Not Funded | No Flood Claim |
| Duplessis | Louise & Jerry A. | Bankers | Not Funded | No Flood Claim |
| Duplessis | Shalonda | York | Not Funded | No Flood Claim |
| Duplessis | Victor L. & Gwendolyn | Fidelity | Not Funded | No Flood Claim |
| Dupuy | Evangeline | National | Not Funded | No Flood Claim |
| Dykes | Denise & Jean | Allstate | Funded | No Flood Claim |
| Ebanks | Loris | AAA | Funded | No Flood Claim |
| Eddington | Nannetta & Ronald | Allstate | Funded | No Flood Claim |
| Edingbourg | Theodore | American Security | Funded | No Flood Claim |
| Edingburg | Floyd | Allstate | Not Funded | No Flood Claim |
| Edwards | Kerry L. & Jennie P. | Allstate | Funded | No Flood Claim |
| Edwards | Lillie M. | Allstate | Not Funded | No Flood Claim |
| Edwards | Kendra | Bankers | Not Funded | No Flood Claim |
| Edwards | Wanda | MacNeil | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Edwards | Alfred T. & Carmel B. | State Farm | Not Funded | No Flood Claim |
| Edwards | Henry B. & Irma | | Not Funded | No Flood Claim |
| Edwards | Maya & Willie Moten | Fidelity | Not Funded | No Flood Claim |
| El-Mansura | Danielle | Allstate | Funded | No Flood Claim |
| Ervin | Mitchell O., II | Allstate | Not Funded | No Flood Claim |
| Ervin | Marsha (Wise) | Allstate | Not Funded | No Flood Claim |
| Evans | Evelyn & Louis B. | Lafayette | Not Funded | No Flood Claim |
| Evans | LaDonnis | Lafayette | Not Funded | No Flood Claim |
| Evans | Joyce A. | MacNeil | Funded | Flood Claim |
| Everett | Carrie & Emmett | Allstate | Funded | No Flood Claim |
| Farria | Jesse & Utilda | Lafayette | Not Funded | No Flood Claim |
| Farris | Jesse & Utilda | State Farm | Not Funded | No Flood Claim |
| Farves | Roy & Anna | Allstate | Funded | No Flood Claim |
| Fashion | Korner, Inc. | | Not Funded | No Flood Claim |
| Fasola | Sharon | | Not Funded | No Flood Claim |
| Feffie | Cynthia | State Farm | Not Funded | No Flood Claim |
| Felix | Alice & Joseph Byrd | Liberty Mutual | Not Funded | No Flood Claim |
| Fernandez | Collins & Linda | Allstate | Funded | No Flood Claim |
| Fernandez | Collins & Linda | Allstate | Funded | No Flood Claim |
| Fernandez | Jerome | Bankers | Funded | No Flood Claim |
| Fernandez | Marynell | State Farm | Funded | No Flood Claim |
| Fernandez | Theresa M. | MacNeil | Funded | Flood Claim |
| Fields | Alfreda & George | York | Funded | No Flood Claim |
| Fields | Ronald | C/A Only | Not Funded | No Flood Claim |
| Fleming | Paulette | Travelers | Funded | No Flood Claim |
| Flemings | Amelia & Mack | Hartford | Not Funded | No Flood Claim |
| Flores | Sandra | Lafayette | Not Funded | No Flood Claim |
| Floyd | Horace | Lafayette | Not Funded | No Flood Claim |
| Foley | Noella & Thaddeus | Mann | Not Funded | No Flood Claim |
| Ford | Julius & Dianne | Allstate | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Ford | Christiana | Bankers | Not Funded | No Flood Claim |
| Ford | Christiana | Fidelity Dep of Maryland | Funded | No Flood Claim |
| Ford | Jonah, Sr. | State Farm | Funded | No Flood Claim |
| Fortenberry | Erma | Allstate | Not Funded | No Flood Claim |
| Foster | Lorine S. | Allstate | Funded | Flood Claim |
| Foster | Jeffery & Deborah | York | Not Funded | No Flood Claim |
| Foucher | Louvenia & Tyrone | York | Funded | No Flood Claim |
| Fountain | Julia | National Flood Program | | |
| Fournier | Yonda Henry | State Farm | Not Funded | No Flood Claim |
| Francis | Carl & Claudia | Bankers | Funded | No Flood Claim |
| Francois | Rita & Joseph A. | State Farm | Funded | No Flood Claim |
| Frank | Katrina C. | Lloyds of London | Not Funded | No Flood Claim |
| Frank | Evelyn | Scottsdale | Not Funded | No Flood Claim |
| Franklin | Edmore & Alice | Allstate | Funded | No Flood Claim |
| Franklin | Gloria | Lloyds of London | Not Funded | No Flood Claim |
| Frazier | Karen | AAA | Funded | Flood Claim |
| Frisco | Stephanie | Allstate | Funded | No Flood Claim |
| Fulton | Vera | Allstate | Not Funded | No Flood Claim |
| Gable | Samuel & Yvonne | Allstate | Funded | No Flood Claim |
| Gaines | Mercedes | State Farm | Not Funded | No Flood Claim |
| Gaines | Russell | Travelers | Not Funded | Flood Claim |
| Gaines | David | York | Funded | Flood Claim |
| Gambino | Warrene | State Farm | Funded | No Flood Claim |
| Gardner | Patricia | York | Not Funded | No Flood Claim |
| Gardner | Ann | State Farm | Not Funded | No Flood Claim |
| Gary | | State Farm | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Status | Flood |
|---|---|---|---|---|
| Gathright | James & Elinda | Allstate | Not Funded | No Flood Claim |
| Gatlin | Jessie & Shirley | AAA | Funded | No Flood Claim |
| Gatlin | Herbert | Bankers | Funded | No Flood Claim |
| Gaunichaux | Cynthia | Bankers | Funded | No Flood Claim |
| Gay | Mildred K. & Bryon C. | State Farm | Not Funded | No Flood Claim |
| George | Alvin S. & Gai H. | First Premium | Funded | No Flood Claim |
| George | Derrick | York | Not Funded | No Flood Claim |
| Gettridge | Deidra & Eric | Allstate | Not Funded | No Flood Claim |
| Gettridge | Maryann | York | Funded | Flood Claim |
| Gibbs | Joseph & Michelle | Allstate | Funded | No Flood Claim |
| Gibbs | Cheryl & Charles | MacNeil | Not Funded | No Flood Claim |
| Gibbs | Paulette & Willie | State Farm | Funded | No Flood Claim |
| Gibson | Birdie & Kenneth | Bankers | Funded | No Flood Claim |
| Gilbert | Willetta | Bankers | Funded | No Flood Claim |
| Gilbert | Horace | Mann | Funded | No Flood Claim |
| Gilbert | Teresica | MacNeil | Funded | No Flood Claim |
| Gilbert | Luke & Joan | MacNeil | Not Funded | No Flood Claim |
| Giles | Ann Marie | State Farm | Not Funded | No Flood Claim |
| Gilliam | Steven & Shantrese | MacNeil | Funded | No Flood Claim |
| Gillard | Clarence & Claudia | Allstate | Not Funded | No Flood Claim |
| Glapion | Jeanne S. |  | Not Funded | No Flood Claim |
| Glover | Johnny | MacNeil | Funded | No Flood Claim |
| Glover | Johnny & Magdaline | Travelers | Funded | No Flood Claim |
| Gover | Maxine & Albert | State Farm | Not Funded | No Flood Claim |
| Granger | Sarita | York | Funded | No Flood Claim |
| Grant | Belovia W. | Bankers | Not Funded | No Flood Claim |
| Grant | Gizelle | State Farm | Not Funded | No Flood Claim |

**AARON STATUS**
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Gray | Mary | Allstate | Funded | Flood Claim |
| Gray | Shirlene & N. Wilson | Allstate | Funded | No Flood Claim |
| Gray | Betty | American Security | Not Funded | No Flood Claim |
| Gray | Eula Lee & Earl Nelson | Bankers | Funded | Flood Claim |
| Gray | Faye | Bankers | Funded | No Flood Claim |
| Gray | Georgiana | Bankers | Funded | No Flood Claim |
| Gray | Elvira | Union National | Not Funded | No Flood Claim |
| Green | Claiona Marie | Allstate | Funded | No Flood Claim |
| Green | Raymond & Flora | Allstate | Funded | No Flood Claim |
| Green | Thelma | Bankers | Not Funded | No Flood Claim |
| Green | Ruby & George | Lafayette | Not Funded | No Flood Claim |
| Green | Natacha | MacNeil | Funded | No Flood Claim |
| Green | Betty Ann | Travelers | Funded | No Flood Claim |
| Green | Michael | Unknown | Not Funded | No Flood Claim |
| Green | Denise L. & Eugene H. | York | Funded | No Flood Claim |
| Green | Tyrone | York | Funded | No Flood Claim |
| Griffin | Teddie & Trina | Bankers | Funded | No Flood Claim |
| Griffith | Dennis | Travelers | Funded | Flood Claim |
| Griffith | Kyra & Dion | York | Not Funded | No Flood Claim |
| Grinel | Kernie & Geraldine | Allstate | Funded | No Flood Claim |
| Grossman | Paula | | Not Funded | No Flood Claim |
| Gueringer | Verna | Allstate | Funded | No Flood Claim |
| Guidry | Alma | Lafayette | Not Funded | No Flood Claim |
| Guidry | Yvonne | York | Not Funded | No Flood Claim |
| Gusman | Lashawn & Yvrone | ZC Sterling | Not Funded | No Flood Claim |
| Gutter | Rachel & Jerry | Allstate | Not Funded | No Flood Claim |
| Guy | Auguzine | Bankers | Not Funded | No Flood Claim |
| Hakenjos | Carl & Shannon | AAA | **Open Flood Claim** | Flood Claim |
| Hale | Roosevelt & Roberta | Allstate | Funded | No Flood Claim |
| Hale | John & Diana | York | Funded | No Flood Claim |

AARON STATUS
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| Haley | Richard & Hattie | Allstate | Funded | No Flood Claim |
|-------|------------------|----------|--------|----------------|
| Haley | Carolyn & Charles | York | Funded | No Flood Claim |
| Hall | Trudy & Edward | Allstate | Not Funded | No Flood Claim |
| Hamilton | Lawrence & Betty | Safeco | Not Funded | No Flood Claim |
| Hamilton | Eileen & Patrick Major | State Farm | Funded | No Flood Claim |
| Hammond | Marcellies & Catherine | MacNeil | Funded | No Flood Claim |
| Hammothe | Louella | York | Funded | No Flood Claim |
| Hampton | Gerald & Shelita Dugruy | Bankers | Funded | No Flood Claim |
| Hampton | Lela | Bankers | Funded | No Flood Claim |
| Hampton | James & Beverly | State Farm | Not Funded | No Flood Claim |
| Handy | Edward & Janet | American Security | Funded | No Flood Claim |
| Handy | Greer & Robert E., Jr. | Bankers | Funded | No Flood Claim |
| Hansell | Marie | | Not Funded | No Flood Claim |
| Harding | Delores | Fidelity | Not Funded | No Flood Claim |
| Hardy | Duane E. | Liberty Mutual | Funded | No Flood Claim |
| Hardy | Linda | Liberty Mutual | Not Funded | Flood Claim |
| Harkness | Theodore & Relinda | Lafayette | Not Funded | No Flood Claim |
| Harrell | Kernell & Vanessa Walker | MacNeil | Not Funded | No Flood Claim |
| Harrell | Earlene & Roosevelt | York | Funded | No Flood Claim |
| Harriel | Karen | York | Funded | No Flood Claim |
| Harris | Freda & Robert | Allstate | Funded | No Flood Claim |
| Harris | Bruce | Bankers | Funded | No Flood Claim |
| Harris | Kelvin & Edna | Bankers | Funded | No Flood Claim |
| Harris | Shirley | Bankers | Funded | No Flood Claim |
| Harris | Odie L. | No Insurance | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Last | First | Insurer | Funded | Flood |
|---|---|---|---|---|
| Harris | | | | |
| Harris | Adrienne | York | Not Funded | No Flood Claim |
| Harris | Wonder & James | Lenders | Not Funded | No Flood Claim |
| Harrison | | Group | | |
| Harrison | Fanny & Arthur | | Not Funded | No Flood Claim |
| Harrison | Eric | MacNeil | Funded | No Flood Claim |
| Harrison | Andrea & Alex | MacNeil | Not Funded | No Flood Claim |
| Harrison | Evelyn & Joseph | Safeco | Funded | No Flood Claim |
| Hart | Cornelia | MacNeil | Funded | No Flood Claim |
| Harvey | Kenneth & Anna | Allstate | Not Funded | No Flood Claim |
| Harvey | Cynthia | York | Funded | No Flood Claim |
| Hassan | Jenell | Allstate | Funded | No Flood Claim |
| Hatcher | Irwin & Sylvia | Southwest Business | Not Funded | No Flood Claim |
| Hawkins | Joycelyn & Leroy R. | LA Citizens | Not Funded | No Flood Claim |
| Hayes | Kevin & Lorraine | Mann | Funded | No Flood Claim |
| Hayes | Demetrius | State Farm | Not Funded | No Flood Claim |
| Hayes | James E. & Ella | State Farm | Funded | No Flood Claim |
| Haynes | Annie | Bankers | Funded | No Flood Claim |
| Haynes | Elain B. | State Farm | Not Funded | No Flood Claim |
| Haywood | Tracy | ANPAC | Funded | No Flood Claim |
| Heim | Juanita | MacNeil | Funded | No Flood Claim |
| Heisser | Dianne | Security Plan | Not Funded | No Flood Claim |
| Henderson | Kathy & Wendell | Travelers | Not Funded | No Flood Claim |
| Henderson | Alma | York | Funded | No Flood Claim |
| Henderson | Melvin & Earline | York | Funded | No Flood Claim |
| Henry | Lilian & Eddie, Jr. | MacNeil | Funded | No Flood Claim |
| Herbert | Berman & Pearlean | Balboa | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Last | First | Insurer | Funded | Flood |
|---|---|---|---|---|
| Hilliard | Sharon | York | Funded | No Flood Claim |
| Hills | Doreen & Jerry | American Security | Funded | No Flood Claim |
| Hills | Gail P. | First Premium | Not Funded | No Flood Claim |
| Hilton | Kineta | Liberty Mutual | Not Funded | No Flood Claim |
| Hines | Marcella T. | Lafayette | Not Funded | No Flood Claim |
| Hobbs | Merlene | Allstate | Funded | No Flood Claim |
| Hodge | Lionel & Frances | York | Funded | No Flood Claim |
| Hodges | Bernadine & Wash | Allstate | Not Funded | No Flood Claim |
| Hodges | Scottie & Racquel | First Premium | Funded | No Flood Claim |
| Hollins | Rene & Charlotte | State Farm | Not Funded | No Flood Claim |
| Hollis | Linda & Keith | Allstate | Not Funded | No Flood Claim |
| Holmes | Carolyn | AAA | Funded | No Flood Claim |
| Holmes | Edna | Lafayette | Not Funded | No Flood Claim |
| Holmes | Yenan G. | York | Funded | No Flood Claim |
| Hooks | Derrick & Alexandria | York | Funded | No Flood Claim |
| Horn | Georgiana U. | Allstate | Funded | No Flood Claim |
| Horn | Charles & Sheryl | York | Funded | No Flood Claim |
| Horn | Lionel | York | Funded | No Flood Claim |
| Horne | Nicole & Woodie | Homesite | Funded | No Flood Claim |
| Horne | Lana | State Farm | Not Funded | No Flood Claim |
| Howard | Joann & Danny | Southwest Business | Funded | No Flood Claim |
| Howard | Wayne & Roslyn | State Farm | Not Funded | No Flood Claim |
| Howard | Monique M. | MacNeil | Funded | Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | C/A Only | | |
|---|---|---|---|---|
| Howard | Barbara | | Not Funded | No Flood Claim |
| Hudson | William J. & Annette | Kemper | Not Funded | Flood Claim |
| Huggins | Wilma & Jessie | | Not Funded | No Flood Claim |
| Hughes | Annie Marie | Allstate | Funded | No Flood Claim |
| Hughes | Jacqueline | American Security | Funded | No Flood Claim |
| Hughes | Linda & Roy | York | Funded | No Flood Claim |
| Hunt | Alvin | Allstate | Not Funded | No Flood Claim |
| Hunter | Janice | Allstate | Not Funded | No Flood Claim |
| Hurst | Harold & Sandra | State Farm | Not Funded | No Flood Claim |
| Hurst | Ruby & George | Allstate | Funded | No Flood Claim |
| Isaac | Freddie | ANPAC | Funded | No Flood Claim |
| Ivory | | First | Funded | No Flood Claim |
| Jackson | Annie Mae | First Premium | Not Funded | No Flood Claim |
| Jackson | Carol | Premium | Funded | No Flood Claim |
| Jackson | Lucretta | L&M | Not Funded | No Flood Claim |
| Jackson | Ja'net & Bobby | Lexington | Not Funded | No Flood Claim |
| Jackson | Carolyn | MacNeil | Funded | No Flood Claim |
| Jackson | Charmaine | MacNeil | Not Funded | No Flood Claim |
| Jackson | Bryan & Kellie | State Farm | Not Funded | No Flood Claim |
| Jackson | Lionel A. & Linda H. | State Farm | Not Funded | No Flood Claim |
| Jackson | William & Daisy | State Farm | Not Funded | No Flood Claim |
| Jackson | Donna G. | York | Funded | No Flood Claim |
| Jackson | James & Joyce | York | Not Funded | No Flood Claim |
| Jackson | Judy | York | Not Funded | No Flood Claim |
| Jackson | Mildred & Richard | York | Funded | No Flood Claim |
| Jackson | Josephine & Johnny | | Not Funded | No Flood Claim |
| Jackson | Denise | | Not Funded | No Flood Claim |
| Jackson | Alvin | Allstate | Funded | No Flood Claim |
| Jacques | Velma | MacNeil | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Jagers | Joycelyn & Leroy R. | Bankers | Funded | No Flood Claim |
| James | Danielle & Michael | Allstate | Not Funded | Flood Claim |
| James | Miliria | LA Citizens | Not Funded | No Flood Claim |
| James | Betty | State Farm | Not Funded | No Flood Claim |
| James | Walter | Unitrin | Not Funded | No Flood Claim |
| James | Mervin & Janet | York | Not Funded | No Flood Claim |
| Jarrell | Joycelyn & Ernest Wyatt | State Farm | Funded | No Flood Claim |
| Jarrell | Muriel | Allstate | Funded | No Flood Claim |
| Jarvis | Carla | Allstate | Not Funded | No Flood Claim |
| Jason | Dolores & Elisha, Jr. | Fidelity | Not Funded | No Flood Claim |
| Jefferson | Kim & Clifton | Bankers | Funded | No Flood Claim |
| Jefferson | Charles & Sherri | Scottsdale | Not Funded | No Flood Claim |
| Jefferson | Harry & Shirleen | York | Funded | No Flood Claim |
| Jefferson | Michelle | | Not Funded | No Flood Claim |
| Jenkins | Michelle | ANPAC | Funded | No Flood Claim |
| | | Fidelity | | |
| Jenkins | Sandra & Donald | National | Not Funded | No Flood Claim |
| | | First | | |
| Jenkins | Bernadine & Wash | Premium | Not Funded | No Flood Claim |
| Jenkins | Yolanda | State Farm | Funded | No Flood Claim |
| Jenkins | Geraldine | State Farm | Not Funded | No Flood Claim |
| Jerome | Alicianne | State Farm | Not Funded | No Flood Claim |
| Jerome | Marie | State Farm | Not Funded | No Flood Claim |
| Johnson | Brenda & Rufus | Allstate | Not Funded | No Flood Claim |
| Johnson | Cherry Lane | Allstate | Funded | No Flood Claim |
| Johnson | Eddie | Allstate | Funded | No Flood Claim |
| Johnson | Irving & Iris | Allstate | Funded | No Flood Claim |
| Johnson | Linda | Bankers | Funded | No Flood Claim |
| Johnson | Yolanda S. & Paul F., III | Bankers | Funded | No Flood Claim |
| Johnson | Patricia | Farmers | Funded | No Flood Claim |