## AARON STATUS
### January 6, 2009
### Civil Action No. 06-4767
### Jim S. Hall Associates Clients

| Johnson | Janice & Herschel Green | First | Premium | Funded | Funded | No Flood Claim |
|---|---|---|---|---|---|---|
| Johnson | Ida | Lafayette | Lafayette | Not Funded | Not Funded | No Flood Claim |
| Johnson | Vanessa & Dennard | Lafayette | | Not Funded | | No Flood Claim |
| Johnson | Flora | MacNeil | | Funded | | No Flood Claim |
| Johnson | Henry & Marlene | MacNeil | | Funded | | No Flood Claim |
| Johnson | Lena J. | MacNeil | | Funded | | No Flood Claim |
| Johnson | Shelina D. & Anthony, Sr. | MacNeil | | Not Funded | | No Flood Claim |
| Johnson | Charlene | State Farm | | Not Funded | | No Flood Claim |
| Johnson | Bertha S. | York | | Funded | | No Flood Claim |
| Johnson | Herbert & Barbara | York | | Not Funded | | No Flood Claim |
| Johnson | Keith | York | | Funded | | No Flood Claim |
| Johnson | Rhonda & Wayne, Sr. | York | | Funded | | No Flood Claim |
| Johnson | Wallace & Deborah | ZC Sterling | | Not Funded | | No Flood Claim |
| Johnson | Lillie & Reginald Lee | | | Not Funded | | No Flood Claim |
| Johnson | An Janette | | | Not Funded | | No Flood Claim |
| Johsua | Ida Belle | Allstate | | Funded | | No Flood Claim |
| Jones | Rondelyn & John | Allstate | | Funded | | No Flood Claim |
| Jones | Tyrone & Penny | Allstate | | Not Funded | | No Flood Claim |
| Jones | Sarah | First | Premium | Funded | | No Flood Claim |
| Jones | Selma & Charley | Premium | First | | Flood Claim | |
| Jones | Christopher & Lemoine | Lexington | | Not Funded | | No Flood Claim |
| Jones | Debbie & Kendall | Lexington | | Not Funded | | No Flood Claim |
| Jones | Ruby & Wayne | Lloyds of London | | Not Funded | | No Flood Claim |
| Jones | Christie | MacNeil | | Funded | | No Flood Claim |
| Jones | Paulette & James, Jr. | MacNeil | | Funded | | No Flood Claim |
| Jones | Corliss | York | | Not Funded | | No Flood Claim |
| Jones | Keith H. & Marlene A. | York | | Not Funded | | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Last | First | Company | Funded | Flood |
|---|---|---|---|---|
| Jones | Veronica & Carl | York | Not Funded | No Flood Claim |
| Jones | Pamela | | Not Funded | No Flood Claim |
| Jordan | Virginia & Anthony | Lafayette | Not Funded | No Flood Claim |
| Jordan | Carolyn | Lloyds of London | Not Funded | No Flood Claim |
| Joseph | Azemore & Evelyn | Allstate | Not Funded | No Flood Claim |
| Joseph | Adele | Allstate | Not Funded | No Flood Claim |
| Joseph | Margaret | American Security | Not Funded | No Flood Claim |
| Joseph | Charles & Nancy | Bankers | Funded | Flood Claim |
| Joseph | Ruth & Alton, Sr. | First Premium | Not Funded | No Flood Claim |
| Joseph | Armytean | MacNeil | Funded | No Flood Claim |
| Joseph | Debra & Anthony | Republic Group | Not Funded | No Flood Claim |
| Joseph | Wilfred | State Farm | Not Funded | No Flood Claim |
| Joseph | Albert A., Sr. | | Not Funded | No Flood Claim |
| Joshua | Clifton & Desaray | York | Funded | No Flood Claim |
| Julien | Leanna | Republic Group | Not Funded | No Flood Claim |
| Jupiter | Lionel & Dianne | York | Not Funded | No Flood Claim |
| Keasley | Stella & Leonard, Sr. | Security Plan | Not Funded | No Flood Claim |
| Keelen | Lorraine W. | Bankers | Funded | No Flood Claim |
| Kelley | Anne L. | Hartford | Not Funded | Flood Claim |
| Kelson | Gloria | Lafayette | Not Funded | No Flood Claim |
| Kennedy | Damaris | Liberty Mutual | Not Funded | No Flood Claim |
| Kennedy | Tyrone | MacNeil | Not Funded | No Flood Claim |
| Kenner | Elanda Ann | Allstate | Not Funded | No Flood Claim |
| Kent | Adrian & Pearlie | ANPAC | Funded | No Flood Claim |
| Kepp | Melinda | State Farm | Funded | No Flood Claim |

**AARON STATUS**
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Keppard | Sidney & Ora Lee | Allstate | Funded | No Flood Claim |
| Kinchen | Esau, Jr. | Allstate | Funded | No Flood Claim |
| Kirchem | Danelle E. | Farm Bureau | Funded | No Flood Claim |
| Kitchens | Roy & Doretha | York | Funded | No Flood Claim |
| Knight | Kenneth C. | Hanover | Funded | No Flood Claim |
| Kraus | Regina | Hartford | Not Funded | No Flood Claim |
| Labayen | Sandra | York | Funded | No Flood Claim |
| LaChance | Gerald | | Not Funded | No Flood Claim |
| Leearell | Cecile & Toni Roman | | Not Funded | No Flood Claim |
| LaFrance | Veronica | Bankers | Funded | No Flood Claim |
| LaFrance | Veronica | Lafayette | Not Funded | No Flood Claim |
| LaFrance | Sharon & Byron | MacNeil | Funded | No Flood Claim |
| Lamark | James, Jr. | State Farm | Not Funded | No Flood Claim |
| Lamb (Brown) | Vicki | Liberty Mutual | CJA Only | No Flood Claim |
| Lanaux | Lorraine | Travelers | Funded | No Flood Claim |
| Landry | Monique | MacNeil | Funded | Flood Claim |
| Lang | Jerome & Sara | Fidelity & Deposit of Maryland | Not Funded | No Flood Claim |
| Larkin | Florence | Allstate | Funded | No Flood Claim |
| Lassair | Patricia & Irving Hickerson, Sr. | Union National | Not Funded | No Flood Claim |
| Lassair | Arthemase & Milton | Union National | Not Funded | No Flood Claim |
| Laurant | Melissa & Robert, Jr. | Lloyds of London | Funded | No Flood Claim |
| Lavigne | Yvonne P. & Calvin L. | Hanover | Not Funded | Flood Claim |
| Lawrence | Kermit & Victoria | Lexington | Not Funded | No Flood Claim |
| Lawrence | Michael & Townie N. | State Farm | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | | |
|---|---|---|---|---|---|
| Lawrence | Deone & Stanley | York | Funded | | No Flood Claim |
| Lea | George, Sr. | Bankers | Funded | | No Flood Claim |
| | | Horace | | | |
| Lear | Brenda | Mann | Not Funded | | No Flood Claim |
| Lear | Lloyd Mae | Bankers | Funded | | No Flood Claim |
| Leavell | Cecile T. & Larry | State Farm | Not Funded | | No Flood Claim |
| LeBeauf | Debra | Bankers | Funded | | No Flood Claim |
| LeBlanc | Barry & Dorothy | State Farm | Not Funded | | No Flood Claim |
| LeDuff | Andrew A. | Lafayette | Not Funded | | No Flood Claim |
| Lee | Gwendolyn | Balboa | Not Funded | | No Flood Claim |
| Lee | Audrey | Lafayette | Not Funded | | No Flood Claim |
| Lee | Karen & Charles, Jr. | MacNeil | Funded | | No Flood Claim |
| Lee | Brenda A. | State Farm | Not Funded | | No Flood Claim |
| Lee | Lois P. & Gerald A., Sr. | State Farm | Funded | | No Flood Claim |
| Lee | Pauletta | York | Not Funded | | No Flood Claim |
| Lee | Adam | Allstate | Funded | | No Flood Claim |
| Leftridge | Dianne | MacNeil | Funded | | No Flood Claim |
| Leggett | Melba & Baxter Barnes | MacNeil | Funded | | No Flood Claim |
| Lemon | Blanche | Bankers | Not Funded | | No Flood Claim |
| LePree | Aleane & Charles J., Jr. | Allstate | Funded | | No Flood Claim |
| LePree | Aleane B. | MacNeil | Funded | | No Flood Claim |
| Leslie | Elizabeth | Bankers | Not Funded | | No Flood Claim |
| Levy | James & Dorothy | Allstate | Funded | | No Flood Claim |
| Levy | Tressie & Darrell | State Farm | Not Funded | | No Flood Claim |
| Lewis | Denise & Oscar | Allstate | Not Funded | | No Flood Claim |
| Lewis | John & Dianne | Allstate | Not Funded | | No Flood Claim |
| Lewis | Peter & Ryan Aubert | Allstate | Not Funded | | No Flood Claim |
| Lewis | Dawn | American Family | Not Funded | | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Lewis | Harold & Sheila | American Security | Funded | No Flood Claim |
| Lewis | Eugene & Cynthia | Bankers | Not Funded | No Flood Claim |
| Lewis | Thimas & Pearl | First Premium | Not Funded | No Flood Claim |
| Lewis | Willie & Velma | First Premium | Not Funded | No Flood Claim |
| Lewis | Mildred & Solemon | Liberty Mutual | Funded | No Flood Claim |
| Lewis | Dwayne | MacNeil | Funded | No Flood Claim |
| Lewis | Sharon & Johnny, III | Scottsdale | Not Funded | No Flood Claim |
| Lewis | Correnthia | State Farm | Not Funded | No Flood Claim |
| Lewis | Debbie & Kelvin | State Farm | Not Funded | No Flood Claim |
| Lewis | Kevin | State Farm | Not Funded | No Flood Claim |
| Lewis | Missie D. | State Farm | Funded | No Flood Claim |
| Lewis | Pamela | State Farm | Funded | No Flood Claim |
| Lewis | Lure & Tom, Jr. | State Farm | Funded | No Flood Claim |
| Lewis | Almedia | Union National | Not Funded | No Flood Claim |
| Lewis | Alton | York | Funded | No Flood Claim |
| Lewis | Karen | | Not Funded | No Flood Claim |
| Lewis | Darryl & Lena | | Not Funded | No Flood Claim |
| Liniado | Robert | | Not Funded | No Flood Claim |
| Little | Courtney | | Not Funded | No Flood Claim |
| Lobo | Leonard &Lauranetta Cousan | York | Not Funded | No Flood Claim |
| Lockett | Lloyd Mae | Travelers | Funded | No Flood Claim |
| Lockhart | Lois & Stephen | Bankers | Funded | No Flood Claim |
| Lockley | Vendetta & Frank | Allstate | Funded | No Flood Claim |
| Lofton | Larranette | State Farm | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | Bankers | | |
|---|---|---|---|---|
| Lotten | Paulette | Allstate | Funded | No Flood Claim |
| Love | Rosetta | Allstate | Not Funded | No Flood Claim |
| Lowe | Michael & Niemma | State Farm | Not Funded | No Flood Claim |
| Lucien | Sylvester W. | Safeco | Not Funded | No Flood Claim |
| Luckett | Natalie Sykes | Allstate | Not Funded | No Flood Claim |
| Luckett | Johanis & Nathalie | MacNeil | Not Funded | No Flood Claim |
| Lumpkins | Vanetta | Allstate | Not Funded | No Flood Claim |
| Lynn | Sandra | Allstate | Not Funded | No Flood Claim |
| Lyons | Nicole | First Premium | Funded | No Flood Claim |
| Lyons | Jean & Donald | Lafayette | Not Funded | Flood Claim |
| Lyons | Angela | State Farm | Not Funded | No Flood Claim |
| Lyons | Jean & Donald | York | Funded | No Flood Claim |
| Mack | Chanel & Christopher | Allstate | Not Funded | No Flood Claim |
| Mack | J.P., Jr. | Allstate | Not Funded | No Flood Claim |
| Mack | Thomas, Jr. | MacNeil | Funded | No Flood Claim |
| Mack | Larry & Gwendolyn | MacNeil | Funded | Flood Claim |
| Mackie | Ethel | Met Life | Funded | No Flood Claim |
| Mackin | Ida | York | Not Funded | No Flood Claim |
| Magee | Cynthia H. | Allstate | Not Funded | No Flood Claim |
| Magee | Pamela & Kelvin | Allstate | Not Funded | No Flood Claim |
| Magee | Catherine | Security American | Not Funded | No Flood Claim |
| Major | Alicia T. & Isaac | State Farm | Not Funded | No Flood Claim |
| Mallery | Verlyn & Alsysies J. | Allstate | Funded | No Flood Claim |
| Manuel | Luvenia & Walter | Allstate | Not Funded | No Flood Claim |
| Marchand | Cheryl & Harold | Allstate | Funded | No Flood Claim |
| Marchand | Rosalie R. | State Farm | Not Funded | No Flood Claim |
| Marco | Dolores & Elisha, Jr. | Allstate | Not Funded | No Flood Claim |
| Marrero | Gloria & Ronald | York | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Marshall | Shaleeat | York | Funded | No Flood Claim |
| Martin | Audrey | Allstate | Not Funded | No Flood Claim |
| Martin | Edward & Stephanie | First | Not Funded | No Flood Claim |
| Martin | | Premium | | |
| Martin | Lucille | Premium | Not Funded | No Flood Claim |
| Martin | Arthur | Lafayette | Not Funded | No Flood Claim |
| May | Charleston | Southwest | | |
| Martin | Calvin & Angela | Business | Not Funded | No Flood Claim |
| Martin | Doris M. | State Farm | Funded | No Flood Claim |
| Martin | Michael & Antoinette | York | Funded | No Flood Claim |
| Mason | Darlynn A. | AAA | Not Funded | No Flood Claim |
| Mason | Wanda & William | State Farm | Not Funded | No Flood Claim |
| Matherne | Phil & June | State Farm | Not Funded | Flood Claim |
| May | Charleston | Allstate | Funded | No Flood Claim |
| McCadney | Brian & Cindy | MacNeil | Funded | No Flood Claim |
| McCallon | Arnold, Sr. | Travelers | Funded | Flood Claim |
| McCaskill | Carolyn | American | Not Funded | No Flood Claim |
| | | Security | | |
| McCormick | Ella & Tyrone | First | Not Funded | No Flood Claim |
| | | Premium | | |
| McCormick | Ransom & Labertha | State Farm | Not Funded | No Flood Claim |
| McCoy | Raymond & Sandy | | Not Funded | No Flood Claim |
| McDaniels | Leonard & Bertha | First | Not Funded | No Flood Claim |
| | | Premium | | |
| McDonald | Ruby | Fidelity | Not Funded | No Flood Claim |
| | | National | | |
| McDonald | Bryant & Damien Green | Lexington | Not Funded | Flood Claim |
| McDonald | Manson | | Not Funded | No Flood Claim |

**AARON STATUS**
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| Last Name | First Name | Company | Funded | Flood Claim |
|---|---|---|---|---|
| McDonough | | Fidelity | Not Funded | Flood Claim |
| McFadden | Ruth | York | Not Funded | No Flood Claim |
| McGowan | Freddie & Tracy | Allstate | Funded | No Flood Claim |
| McGowan | David R. & Kathleen | Fidelity | Funded | No Flood Claim |
| McGowan | Yolanda & Melvin, Sr. | National | Funded | No Flood Claim |
| McKenzie | Ruffin & Gussie | Axis | Not Funded | No Flood Claim |
| McKenzie | Inez | MacNeil | Funded | No Flood Claim |
| McKey | Sean & Gary | York | Funded | No Flood Claim |
| McKinney | Barbara | | Not Funded | Flood Claim |
| McKinnon | Mary & John | MacNeil | Funded | No Flood Claim |
| McKnight | Angela M. | Farmers | Funded | Flood Claim |
| McMiller | Hazel | State Farm | Funded | No Flood Claim |
| Mead | Eva & Richard | First Premium | Funded | No Flood Claim |
| Mealey | Sanders & Debra | First Premium | Funded | No Flood Claim |
| Melancon | Latoya | State Farm | Not Funded | No Flood Claim |
| Melendez | Jetter | Liberty Mutual | Not Funded | No Flood Claim |
| Melson | Gracie W. | Travelers | Not Funded | No Flood Claim |
| Menzies | Vyntrell | Lexington | Not Funded | No Flood Claim |
| Mercadel | Gayle & Allen P. | Allstate | Not Funded | No Flood Claim |
| Mercadel | Carolyn & Armond, Sr. | American Security | Funded | No Flood Claim |
| Mercadel | Kathy L. & Maurice P. | Hanover | Funded | No Flood Claim |
| Mercadel | Marvin & Evelyn | Southwest Business | Not Funded | No Flood Claim |
| Mercadel | Darnell M. & Armond P. | ZC Sterling | Not Funded | No Flood Claim |
| Meredith | Susan | MacNeil | Funded | No Flood Claim |
| Meredith | Irene (Geraldine) | | Not Funded | No Flood Claim |
| Merrell | Betty | Allstate | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Merritt | Beryl Ann | Allstate | Funded | No Flood Claim |
| mesley | Kelly J. | Travelers | Funded | No Flood Claim |
| Meyers | Wendell & Kimberly | State Farm | Funded | No Flood Claim |
| Mlle | John & Emily | York | Funded | No Flood Claim |
| Millet | Charlene | York | Funded | No Flood Claim |
| Millet | Marlene | MacNeil | Funded | No Flood Claim |
| Milton | Nellie | AETNA/Travelers | Not Funded | No Flood Claim |
| Milton | Carrie | Safeco | Not Funded | No Flood Claim |
| Milton | Willie (Brenda Davis) | York | Not Funded | No Flood Claim |
| Mimms | Clementine Robb | State Farm | Funded | No Flood Claim |
| Minor | Sarah C. | State Farm | Funded | No Flood Claim |
| Mitchell | Vera L. & Herman | Lafayette | Not Funded | No Flood Claim |
| Mitchell | Chantele & Rudley Miland | MacNeil | Funded | No Flood Claim |
| Mitchell | Linye & Robert, Sr. | Safeco | Not Funded | No Flood Claim |
| Mizett | Gayle | American Security | Not Funded | No Flood Claim |
| Moffett | Eleanora D. | Allstate | Funded | No Flood Claim |
| Montgomery | William | Bankers | Funded | No Flood Claim |
| Moore | Bobbie | MacNeil | Funded | No Flood Claim |
| Moore | Keshia | | Funded | Flood Claim |
| Mora | Charlene | State Farm | Not Funded | No Flood Claim |
| Mora | Christine | | Not Funded | No Flood Claim |
| Moret | Alexander | Allstate | Funded | No Flood Claim |
| Moret | Clarence | First Premium | Funded | No Flood Claim |
| Morgan | Caroline & Donald | Allstate | Funded | No Flood Claim |
| Morgan | Pamela & Robert | Lafayette | Not Funded | No Flood Claim |
| Morgan | Shnika | Lafayette | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | American Security | | |
|---|---|---|---|---|
| Morris | Shirley | First | Funded | No Flood Claim |
| Morris | Ursula G. | Premium | Funded | No Flood Claim |
| Morris | Willie A. | Travelers | Funded | No Flood Claim |
| Morvant | Sarah Edwards | Lafayette | Not Funded | No Flood Claim |
| Moses | Beulah | Bankers | Not Funded | No Flood Claim |
| Moses | Sharon & Percy | MacNeil | Funded | No Flood Claim |
| Moses | Bryant | York | Not Funded | No Flood Claim |
| Moses | Tammy & Kevin | York | Not Funded | No Flood Claim |
| Moss | Ruth | Premium | Not Funded | No Flood Claim |
| Moten | Beverly & Willie A. | State Farm | Not Funded | Flood Claim |
| Muhammad | Adilah & Yacub | Lafayette | Not Funded | No Flood Claim |
| Murray | Damon | MacNeil | Funded | No Flood Claim |
| Muse | Octavia | Fidelity | Not Funded | No Flood Claim |
| Myles | Edward, Jr. | State Farm | Not Funded | No Flood Claim |
| Napoleon | Raineri | Lafayette | Not Funded | No Flood Claim |
| Naquin | Torey & Daniel | York | Not Funded | No Flood Claim |
| Nash | Washington & Otho | Travelers | Funded | No Flood Claim |
| Neal | Hebert & Felthus Cavalier | Allstate | Funded | No Flood Claim |
| Nealy | Antoinette | American Security | Funded | Flood Claim |
| Nelson | Linda | First Premium | Not Funded | No Flood Claim |
| Nelson | Linda H. | State Farm | Not Funded | No Flood Claim |
| Nelson | Louis | | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Netter | | First | Not Funded | No Flood Claim |
| Newman | Gary & Warnett Craig | Premium | | No Flood Claim |
| Newman | Lloyd & Delores | Bankers | Funded | No Flood Claim |
| Newman | Carol | Lexington | Not Funded | No Flood Claim |
| Newton | Leola G. | First | Not Funded | No Flood Claim |
| Nguyen | Phungson & Ky | Allstate | Funded | No Flood Claim |
| Nicholas | Kim & Elmwood | Bankers | Not Funded | No Flood Claim |
| | | Lexington | | |
| Nichols - | Tina | Premium | Not Funded | No Flood Claim |
| Noil | Walter | State Farm | Not Funded | No Flood Claim |
| Nuerge | Emile | York | Not Funded | No Flood Claim |
| Nunnery | Alice | Allstate | Funded | No Flood Claim |
| Odom | Eddie Bell | MacNeil | Funded | No Flood Claim |
| Oferton | Stelfene & Ben Shaw | Bankers | Not Funded | No Flood Claim |
| Ogletree | Lisa & Frederick | First | Not Funded | No Flood Claim |
| Overton | Earline L. | Premium | Not Funded | No Flood Claim |
| Owens | Illonda & Consuella Encalade | Allstate | Not Funded | No Flood Claim |
| Owens | Ronnie | First | Not Funded | No Flood Claim |
| Owens | Gregory | Premium | Funded | Flood Claim |
| Owney | Kim & Ernest, Sr. | Travelers | Funded | No Flood Claim |
| Paige | Joanne | York | Funded | No Flood Claim |
| Palmer | Sandra B. & Willie, Jr. | York | Funded | No Flood Claim |
| Palmer | Troy Lynn Mack | Homesite | Funded | No Flood Claim |
| Palmer | Audrey | Liberty Mutual | Funded | No Flood Claim |
| Palmer | | Safeco | Not Funded | Flood Claim |

## AARON STATUS
### January 6, 2009
### Civil Action No. 06-4767
### Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Palmer | Leroy | York | Not Funded | No Flood Claim |
| Pampo | Lourdes & Mabini | First Premium | Not Funded | No Flood Claim |
| Paris | Clarence & Erical | Allstate | Not Funded | No Flood Claim |
| Parker | Barbara & Ervin | York | Funded | No Flood Claim |
| Patrick | Steve & Sherylin | Lexington | Not Funded | No Flood Claim |
| Patterson | Earnest, Jr. | Allstate | Not Funded | No Flood Claim |
| Patterson | Roosevelt & Wanda | Balboa | Not Funded | Flood Claim |
| Patterson | Ruth Green | MacNeil | Funded | Flood Claim |
| Pauline | Laura | York | Funded | No Flood Claim |
| Payne | Chester & Veronica | Premium | Not Funded | No Flood Claim |
| Payton | Carnell | State Farm | Not Funded | No Flood Claim |
| Payton | Michael K. & Shounda M. | York | Funded | Flood Claim |
| Pearson | Kenneth | Allstate | Not Funded | No Flood Claim |
| Peck | Pamela | Audubon | Funded | No Flood Claim |
| Pellerin | Earl, Jr. | State Farm | Not Funded | No Flood Claim |
| Pembrick | Rita & Arthur, Sr. | | Not Funded | No Flood Claim |
| Penn | Addison & Yolanda | State Farm | Funded | No Flood Claim |
| Perkins | Arline | MacNeil | Funded | No Flood Claim |
| Perkins | Dolores C. | Republic Group | Not Funded | No Flood Claim |
| Perkins | Cynthia | Travelers | Not Funded | No Flood Claim |
| Perrault | Harry J. & Dorothy J. | | Not Funded | No Flood Claim |
| Perrault's Kiddy Kollege, Inc. | | State Farm | CA ONLY | No Flood Claim |
| Perriatt | Pamela | Allstate | Not Funded | No Flood Claim |
| Perry | Frances | State Farm | Not Funded | No Flood Claim |
| Pete | Marlene Z. | Farmers | Funded | No Flood Claim |
| Peterson | Diane | Premium | Not Funded | No Flood Claim |
| Phelps | Alicia | Lexington | Not Funded | No Flood Claim |

**AARON STATUS**
January 6, 2009
Civil Action No. 06-4767
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Phelps | Alicia | Scottsdale | Not Funded | No Flood Claim |
| Phelps | Rose L. & Harold | York | Funded | No Flood Claim |
| Phillips | Debra | Fidelity National | Not Funded | No Flood Claim |
| Phillips | Althea | Scottsdale | Not Funded | No Flood Claim |
| Phillips | Alisia & Terry, Sr. | State Farm | Not Funded | No Flood Claim |
| Pichon | Barbara | No Insurance | Not Funded | No Flood Claim |
| Picone | Lori | Allstate | Not Funded | No Flood Claim |
| Picone | David M. & Lorraine Kraus | Allstate | Funded | No Flood Claim |
| Pierce | Lora & Lawrence | Allstate | Funded | Flood Claim |
| Pierce | Anthony & Celina | Bankers | Funded | No Flood Claim |
| Pierce | Lisa & Gerald | First Premium | Funded | No Flood Claim |
| Pierce | Tonya | York | Funded | No Flood Claim |
| Pierre | Lillian Jones | MacNeil | Not Funded | Flood Claim |
| Pierre | Lana Marie Lewis | | Funded | No Flood Claim |
| Pinkey | Otis & Allison | Allstate | Funded | No Flood Claim |
| Pinkey | Mary | Allstate | Funded | No Flood Claim |
| Pinkey | Lawrence & Shelia | Farmers | Funded | No Flood Claim |
| Pinkney | Luella | Lafayette | Not Funded | No Flood Claim |
| Pizzati | Richard & Emma | Lafayette | Not Funded | No Flood Claim |
| Pleasant | Virginia | Bankers | Funded | No Flood Claim |
| Plummer | Keoka | First Premium | Funded | No Flood Claim |
| Plummer | Marshall | Lafayette | Not Funded | No Flood Claim |
| Points | Susan | Lafayette | Not Funded | No Flood Claim |
| Polk | Margaret | Fidelity National | Funded | No Flood Claim |
| Polk | Bonnie C. & Tyrone | | No Longer Rep. | No Flood Claim |
| Pollock | Portia L. | | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Porter | Edwina T. | Allstate | Funded | No Flood Claim |
| Porter | Lloyd C. | Hanover | Funded | No Flood Claim |
| Pouncy | Wanda & William | First Premium | Not Funded | Flood Claim |
| Powell | Dana & Marion | Balboa | Not Funded | No Flood Claim |
| Powell | Leatrice B. & Lionell | | Not Funded | No Flood Claim |
| Preston | Robert & Geraldine | Allstate | Not Funded | No Flood Claim |
| Prevost | Malvin & Suzanne | York | Funded | No Flood Claim |
| Price | Dennis, Sr. | First Premium | Funded | Flood Claim |
| Price | Natalie B. & Anthony J. | Safeco | Not Funded | No Flood Claim |
| Price | Hardy B., Jr. | Travelers | Funded | No Flood Claim |
| Provost | Gail J. | First Premium | Not Funded | No Flood Claim |
| Quesada | Waldina | Lafayette | Not Funded | No Flood Claim |
| Quest | Lily | State Farm | Funded | No Flood Claim |
| Quinn | Betty | ANPAC | Funded | No Flood Claim |
| Raheem | Abdul & Ethel Fields | York | Not Funded | No Flood Claim |
| Rahelich | Gerald | | Not Funded | No Flood Claim |
| Rainey | Victoria | ANPAC | Funded | No Flood Claim |
| Rainey | Shannon | State Farm | Funded | No Flood Claim |
| Rainey | Nathaniel | York | Funded | No Flood Claim |
| Rancatore | Karen L. & Lawrence, Sr. | First Premium | Funded | No Flood Claim |
| Randolph | Harold & Henerene | First Premium | Not Funded | No Flood Claim |
| Randolph | Margaret B. | Lafayette | Not Funded | No Flood Claim |
| Randolph | Dameion & Kienja | MacNeil | Funded | No Flood Claim |
| Ratcliff | Doris H. | Hartford | Not Funded | No Flood Claim |
| Ratliff | Margarette | Bankers | Funded | No Flood Claim |
| Ray | Rose | Allstate | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | Bankers | | | |
|---|---|---|---|---|---|
| Rayford | Sherman | First Premium National | Funded | Funded | No Flood Claim |
| Raymond | David & Kim | Bankers | Funded | Funded | No Flood Claim |
| Raymond | Darrell & Rita | First Premium | | Funded | No Flood Claim |
| Raymond | Daisy & Elmore | Lloyds | | Not Funded | No Flood Claim |
| Raymond | Paul S. | State Farm | | Funded | No Flood Claim |
| Recasner | Doris J. | Allstate | | Not Funded | No Flood Claim |
| Recasner | Warren & Irene | York | | Not Funded | No Flood Claim |
| Reed | Delores & Melvin | Allstate | | Not Funded | No Flood Claim |
| Reeder | Dorothy | State Farm | | Funded | No Flood Claim |
| Reff | Alice | Allstate | | Not Funded | No Flood Claim |
| Reine | Joyne | Allstate | | Not Funded | No Flood Claim |
| Rew | Debbie & Leotis, Jr. | Bankers | | Funded | No Flood Claim |
| Rhodes | Kristin & Andrew | York | | Not Funded | No Flood Claim |
| Richard | Warren & Irene | Allstate | | Funded | No Flood Claim |
| Richard | Mary & David | American Security | | Not Funded | No Flood Claim |
| Richard | Rose M. & Victor W. | American Security | | Funded | No Flood Claim |
| Richard | Roosevelt & Barbara | State Farm | | Funded | No Flood Claim |
| Richardson | Marilyn | Allstate | | Funded | No Flood Claim |
| Richardson | Wilber & Wanda | MacNeil | | Funded | No Flood Claim |
| Riley | Anthony & Tunja | Balboa | | Not Funded | No Flood Claim |
| Robair | Schelaine | First Premium | | Funded | No Flood Claim |
| Roberts | Leonard & Debbie | First Premium | | Funded | No Flood Claim |
| Roberts | Shirley J. | Lexington | | Not Funded | No Flood Claim |
| Roberts | Inell S. & Johnny, Sr. | | | Funded | No Flood Claim |
| Roberts | Kathy | | | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Robertson | Lillian Jones | Bankers | Funded | No Flood Claim |
|---|---|---|---|---|
| Robertson | Verna & Emile | Farm Bureau | Funded | No Flood Claim |
| Robertson | Marlean & Willie | State Farm | Funded | No Flood Claim |
| Robichaux | Paula | State National | Not Funded | No Flood Claim |
| Robinson | Tyronn & Phillip | Allstate | Not Funded | No Flood Claim |
| Robinson | Lorraine | First Premium | Flood Claim | |
| Robinson | Monica | MacNeil | Funded | No Flood Claim |
| Robinson | Ronald | State Farm | Not Funded | No Flood Claim |
| Robinson | Shelia | State Farm | Not Funded | No Flood Claim |
| Robinson | Rose V. | York | Funded | No Flood Claim |
| Robinson | Joann | York | Funded | No Flood Claim |
| Rodriguez | Debra & Obdulio | MacNeil | Funded | No Flood Claim |
| Rodriguez | Lawrence & Merita | LA Citizens | Not Funded | No Flood Claim |
| Rolling | Gloria & Leo | Allstate | Funded | No Flood Claim |
| Roman | Toni & Albert | State Farm | Funded | No Flood Claim |
| Rondeno | Colleen & Butler | Travelers | Funded | No Flood Claim |
| Rooney | Giselle & Joseph, Jr. | State Farm | Funded | No Flood Claim |
| Ross | Gregory & Kathy | Allstate | Funded | No Flood Claim |
| Ross | Dennis, Jr. | Bankers | Funded | No Flood Claim |
| Ross | Daniel & Erica | Proctor Ins. Co./Lloyds | Not Funded | No Flood Claim |
| Ross | Erica & Daniel | Proctor Ins. Co./Lloyds | Not Funded | No Flood Claim |
| Roth | Joseph & Barbara | State Farm | Funded | No Flood Claim |
| Route | Mikesha & Derick, Jr. | York | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | First | Premium | | |
|---|---|---|---|---|
| Ruffin | | | Not Funded | No Flood Claim |
| Ruffin | Gilda | Union National | Not Funded | No Flood Claim |
| Ruffin | Carolyn | First Premium | Not Funded | No Flood Claim |
| Ruffins | Rose | Premium | Not Funded . | No Flood Claim |
| Ruiz | Franklin S. & Dianne | Liberty Mutual | Funded | No Flood Claim |
| Rumowski | Lester A. | State Farm | Funded | Flood Claim |
| Rushing | Shirley | Allstate | Funded | No Flood Claim |
| Russell | Vickie & Timothy W., Sr. | First Premium | Not Funded | No Flood Claim |
| Russell | Kara Lynn | Citizens | Funded | No Flood Claim |
| Sacrite | Irvin & Jacqueline | State Farm | Not Funded | No Flood Claim |
| Sanchez | Gloria D. | Allstate | Funded | No Flood Claim |
| Sanders | Dwayne & Lynesha Butler | Mann Horace | Not Funded | No Flood Claim |
| Sanders | Dwayne & Lynesha Butler | National Lloyds | Not Funded | No Flood Claim |
| Sanders | Dwayne & Lynesha Butler | Scottsdale | Not Funded | No Flood Claim |
| Sanders | Magdalene | State Farm | Funded | No Flood Claim |
| Sanders | Theresa L. | State Farm | Not Funded | No Flood Claim |
| Sandifer | Rotonda & Edmond | | Not Funded | No Flood Claim |
| Santiago | Cassandra | York | Funded | No Flood Claim |
| Santiago | Lakeshia | York | Funded | No Flood Claim |
| Santiago | Patricia & Ulysses A. | Citizens | Funded | No Flood Claim |
| Sara | Ernest J. & Kathleen | ANPAC | Funded | No Flood Claim |
| Saunders | Priscilla | State Farm | Not Funded | No Flood Claim |
| Sceau | Rose | State Farm | Not Funded | Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Schexnayder | | Allstate | Not Funded | No Flood Claim |
| Schexnayder | Jerri Walker | Premium | Funded | No Flood Claim |
| Scio | Dorian | York | Funded | No Flood Claim |
| Scott | Kenneth & Sheila | Allstate | Funded | No Flood Claim |
| Scott | Joyce | First Premium | Funded | No Flood Claim |
| Scott | Gwendolyn R. | Lafayette | Not Funded | No Flood Claim |
| Scott | Barbara & Burdie | York | Funded | No Flood Claim |
| Scott | Melvin & Jean | York | Not Funded | No Flood Claim |
| Severin | Gladys | Allstate | Funded | No Flood Claim |
| Shanks | Doris W. & Lonnie | Bankers | Not Funded | No Flood Claim |
| Shanks | John | Hanover | Funded | No Flood Claim |
| Sharrett | Brenda | Allstate | Funded | No Flood Claim |
| Shelton | Bonnie & William, Jr. | State Farm | Funded | No Flood Claim |
| Sholes | Evelyn & David, Jr. | Travelers | Funded | No Flood Claim |
| Simmons | Kaonta & Karl | Allstate | Not Funded | No Flood Claim |
| Simmons | Patsy | Allstate | Not Funded | No Flood Claim |
| Simmons | Donna Yancy | Hanover | Not Funded | Flood Claim |
| Simmons | Mary P. | MacNeil | Not Funded | Flood Claim |
| Simmons | Debra | York | Funded | Flood Claim |
| Sims | Wallace | | Not Funded | No Flood Claim |
| Sims | Erin M. | American Security | Funded | No Flood Claim |
| Sims | Harold J. & Willie Mae | Bankers | Funded | No Flood Claim |
| Sims | Harry & Cheryl | First Premium | Not Funded | No Flood Claim |
| Sims | Kenneth & Cynthia | MacNeil | Funded | No Flood Claim |
| Sims | Michael | MacNeil | Funded | No Flood Claim |
| Sinegal | Clayton | American Security | Funded | Flood Claim |
| Singleton | Betty | Allstate | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Skinner | Albertine | State Farm | Funded | No Flood Claim |
|---|---|---|---|---|
| Slatton | Walter (Barbara Harris obo) | Bankers | Funded | No Flood Claim |
| Slipher | Joann | Allstate | Funded | No Flood Claim |
| Sloan | Dwayne & Miranda | Allstate | Funded | No Flood Claim |
| Smallwood | Ashley | York | Funded | No Flood Claim |
| Smart | Amanda & John | American Security | Funded | No Flood Claim |
| Smith | Aletha & Kent | Allstate | Not Funded | No Flood Claim |
| Smith | Brenda & Thomas | Allstate | Not Funded | No Flood Claim |
| Smith | Marva | Allstate | Funded | No Flood Claim |
| Smith | Willie Lee | Allstate | Not Funded | No Flood Claim |
| Smith | Audrey | American General | Not Funded | No Flood Claim |
| Smith | Sarah | American Security | Funded | No Flood Claim |
| Smith | Deborah & Hillard | Bankers | Not Funded | No Flood Claim |
| Smith | Richard, Jr. | Bankers | Funded | No Flood Claim |
| Smith | Catherine D. & Donald | First Premium | Not Funded | No Flood Claim |
| Smith | Malcolm & Marsha | First Premium | Not Funded | No Flood Claim |
| Smith | Vidal | First Premium | Funded | No Flood Claim |
| Smith | Lorraine | Hartford | Not Funded | No Flood Claim |
| Smith | Yolanda P. | Lafayette | Not Funded | No Flood Claim |
| Smith | Danna | MacNeil | Funded | No Flood Claim |
| Smith | Melvin J. & Jeanette | MacNeil | Funded | No Flood Claim |
| Smith | Tyrant & Velva | Republic Group | Not Funded | No Flood Claim |
| Smith | Edward & Andrea | Safeco | Not Funded | Flood Claim |
| Smith | Ida Mae | Safeco | Not Funded | No Flood Claim |
| Smith | Ronnie | State Farm | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Smith | Ada H. & Anthony W. | Travelers | Funded | No Flood Claim |
| Smith | Willie | York | Funded | No Flood Claim |
| Smith | Thelma C. | ZC Sterling | Not Funded | No Flood Claim |
| Smith | Thomas, Jr. | Citizens | Funded | No Flood Claim |
| Smothers | Anaecha | York | Funded | No Flood Claim |
| Smothers | Karen & Dwayne | York | Funded | No Flood Claim |
| Smothers | LaVerne & Larry | | Funded | No Flood Claim |
| Smothers | Richard | MacNeil | Funded | No Flood Claim |
| Snyder | Jacqueline | State Farm | Funded | No Flood Claim |
| Snyder | Dawn & William | State Farm | Funded | No Flood Claim |
| Sorina | Edward & Flora | Allstate | Funded | No Flood Claim |
| Spears | Ruth | Hartford | Not Funded | No Flood Claim |
| Spitzer | Judy & John | State Farm | Not Funded | No Flood Claim |
| Spriggins | Tyralyn & William A., IV | ANPAC | Funded | No Flood Claim |
| Spriggins | Tyralyn Morgan | Citizens | Funded | No Flood Claim |
| St. Julien | Claudell & Hazel | Lafayette | Not Funded | No Flood Claim |
| Staes | Ronald & Diane | First Premium | Not Funded | No Flood Claim |
| Staes | Allen & Marjorie | State Farm | Funded | No Flood Claim |
| Stapleton | Maria A. & Jack | York | Not Funded | No Flood Claim |
| Starwood | Thelma | Allstate | Not Funded | No Flood Claim |
| Steele | Clarvette & Carl, Sr. | First Premium | Funded | No Flood Claim |
| Sterling | Sharlene & Kevin | Assurance | Not Funded | No Flood Claim |
| Sterling | Kim A. | York | Funded | No Flood Claim |
| Sterling | Nathan R. & Lynette R. | York | Funded | No Flood Claim |
| Stevens | Andrea & Elvis | Bankers | Funded | No Flood Claim |
| Stevenson | Mary P. | Lafayette | Not Funded | No Flood Claim |
| Stevenson | Laura | Republic Group | Not Funded | Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Stewart | Lawrence & Lydia | Allstate | Funded | No Flood Claim |
| Stewart | Patricia | American Security | Funded | Flood Claim |
| Stewart | Marla J. | Lloyds of London | Not Funded | No Flood Claim |
| Stewart | Judith | State Farm | Funded | No Flood Claim |
| Stewart | Calvin & Kim | | Not Funded | No Flood Claim |
| Stewart | Kim & Calvin | | Not Funded | No Flood Claim |
| Stirgus | David | Allstate | Not Funded | No Flood Claim |
| Stockman | Deborah & Nelson | ZC Sterling | Not Funded | No Flood Claim |
| Stokes | James & Julia | First Premium | Funded | No Flood Claim |
| Stokes | Michelle | Lafayette | Not Funded | No Flood Claim |
| Stovall | James & Barbara | Allstate | Not Funded | Flood Claim |
| Streams | Carolyn W. | State Farm | Funded | No Flood Claim |
| Strother | Andre & KaFanya | Bankers | Funded | No Flood Claim |
| Strowder | Traniece & John | ZC Sterling | Not Funded | No Flood Claim |
| Sullen | Deborah & Alvin | State Farm | Funded | No Flood Claim |
| Sullivan | Rubbie | State Farm | Funded | No Flood Claim |
| Surtain | Gail | Bankers | Funded | No Flood Claim |
| Sykes | Diane | York | Funded | No Flood Claim |
| Sykes | Don & Irene | | Funded | Flood Claim |
| Sylvester | Theresa & Ernest | Allstate | Funded | No Flood Claim |
| Tabora | Marion & Ziola | Allstate | Not Funded | No Flood Claim |
| Talazac | Phyllis & Michael | Allstate | Funded | No Flood Claim |
| Tate | Reginald & Delisa | Hanover | Not Funded | No Flood Claim |
| Tatum | Gloria | Bankers | Funded | No Flood Claim |
| Taylor | Rita | Allstate | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | American Security | | |
|---|---|---|---|---|
| Taylor | June & Albert | Balboa | Not Funded | No Flood Claim |
| Taylor | Keenon & Sigrunn | Balboa | Not Funded | No Flood Claim |
| Taylor | Walter & Adrinne | Balboa | Not Funded | Flood Claim |
| Taylor | Victory | Bankers | Funded | No Flood Claim |
| Taylor | Wilma | Farm Bureau | Funded | No Flood Claim |
| Taylor | Gwendolyn | Travelers | Not Funded | No Flood Claim |
| Taylor | LaToya & Samuel | York | Not Funded | No Flood Claim |
| Taylor | Betty | First Premium | Not Funded | No Flood Claim |
| Taylor | Eunice & Peter | First Premium | Funded | No Flood Claim |
| Taylor | Ernest & Donna | MacNeil | Funded | No Flood Claim |
| Taylor | Josephine | MacNeil | Funded | No Flood Claim |
| Terrell | Otha | Allstate | Funded | No Flood Claim |
| Terry | Tyrone | Allstate | Not Funded | No Flood Claim |
| Theard | Leroy, Jr. | Colonial | Not Funded | No Flood Claim |
| Theard | Lisa & Leroy | Lexington | Not Funded | No Flood Claim |
| Theard | Spencer & Desiree | York | Funded | No Flood Claim |
| Theodore | Andria | Allstate | Not Funded | No Flood Claim |
| Theriot | Marc & Lanika | State Farm | Funded | No Flood Claim |
| Thibodaux | Brenda | Hanover | Funded | No Flood Claim |
| Thomas | Danielle | Allstate | | No Flood Claim |
| Thomas | Joycelyn & Rodney | Allstate | Funded | No Flood Claim |
| Thomas | Lois | Allstate | Funded | No Flood Claim |
| Thomas | Mary | Allstate | Funded | No Flood Claim |
| Thomas | William | Allstate | Funded | No Flood Claim |
| Thomas | Mary & Alvin | Allstate | Not Funded | No Flood Claim |
| Thomas | Janet | Bankers | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | Fidelity National | | Flood Claim |
|---|---|---|---|---|
| Thomas | Darryl & Linda | First Premium | Not Funded | No Flood Claim |
| Thomas | Geneva Parker | First Premium | Funded | No Flood Claim |
| Thomas | Paulette | First Premium | Funded | No Flood Claim |
| Thomas | Atron Taylor & Freddie | Liberty Mutual | Not Funded | No Flood Claim |
| Thomas | Earl T. | MacNeil | Funded | No Flood Claim |
| Thomas | Gene & Kaheen Mahjia | Safeco | Not Funded | No Flood Claim |
| Thomas | Julia M. | Southwest Business Col | Not Funded | No Flood Claim |
| Thomas | Julie Mae | Southwest Business Col | Not Funded | No Flood Claim |
| Thomas | Othrea | State Farm | Funded | No Flood Claim |
| Thomas | Virginia | State Farm | Funded | No Flood Claim |
| Thomas | Gail & Armand | Travelers | Funded | No Flood Claim |
| Thomas | Wayne & Vernice | Travelers | Funded | No Flood Claim |
| Thomas | Bernetta & Kenneth | York | Not Funded | No Flood Claim |
| Thomas | Bernetta | York | Not Funded | No Flood Claim |
| Thompson | Melanie & Lucies | State Farm | Not Funded | No Flood Claim |
| Thornton | Elvera | State Farm | Funded | No Flood Claim |
| Tillman | Ada R. | Allstate | Funded | No Flood Claim |
| Tillman | Pat | Lafayette | Not Funded | No Flood Claim |
| Tolliver | Kathy A. | AAA | Not Funded | No Flood Claim |
| Toney | Cleo & Mary | First Premium | Funded | No Flood Claim |
| Toney | Edith | State Farm | Funded | No Flood Claim |
| Townsend | Ida | Allstate | Not Funded | No Flood Claim |
| Townsend | Lonnie, Jr. | Allstate | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Townsend | Cordelia | MacNeil | Not Funded | No Flood Claim |
|---|---|---|---|---|
| Townsend | Danny & Zelda | Scottsdale | Not Funded | No Flood Claim |
| Trask | Melva Jean | First Premium | Funded | No Flood Claim |
| Travis | Evelyn & James | Allstate | Funded | No Flood Claim |
| Travis | Dawn & Leonard, Sr. | Allstate | Funded | No Flood Claim |
| Trepagnier | Gloria B. & Nathan | State Farm | Not Funded | No Flood Claim |
| Trudeaux | Charlene | Allstate | Funded | No Flood Claim |
| Truxillo | Mary & Lawrence | | Funded | No Flood Claim |
| Tucker | Arthur & Peggy | Allstate | Funded | No Flood Claim |
| Tucker | Patricia L. & Donnell | Bankers | Funded | No Flood Claim |
| Turner | Dorothy Mae | Lafayette | Not Funded | No Flood Claim |
| Turner | Rachel | Unknown | Not Funded | No Flood Claim |
| Ugoji | Annie | Travelers | Funded | No Flood Claim |
| Usner | Daniel H., Sr. | | Not Funded | No Flood Claim |
| Vallery | Jamie | | Not Funded | No Flood Claim |
| Van Zandt | Mary Ellen | Allstate | CADILY | No Flood Claim |
| VanDerhaar | Beverly H. & Calvin H. | York | Funded | No Flood Claim |
| Vanderpool | Betty | MacNeil | Funded | No Flood Claim |
| Varghese | Wilson & Gigi | Lexington | Not Funded | No Flood Claim |
| Varnado | Nelia Bickham | Allstate | Not Funded | No Flood Claim |
| Vaughn | Leonne | American Security | Funded | No Flood Claim |
| Vaughn | Michael | Bankers | Funded | No Flood Claim |
| Vendun | Trinell & Patrick, Jr. | | Funded | No Flood Claim |
| Villavasso | Donald J. & Kathleen M | Allstate | Not Funded | No Flood Claim |
| Voice | Daisy & Melvin Perkins | Balboa | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Wade | Rhonda L. | Lafayette | Not Funded | No Flood Claim |
| Wade | Tanya M. & Johnell, Jr. | State Farm | Not Funded | No Flood Claim |
| Walker | Mary | | Not Funded | No Flood Claim |
| Walker | Alberta | | Not Funded | No Flood Claim |
| Walker | Gregory P. | Allstate | Not Funded | No Flood Claim |
| Walker | Shirley | State Farm | Funded | No Flood Claim |
| Walker | Olga | USAA | Funded | No Flood Claim |
| Walker | Deidre J. & Henry | | Not Funded | No Flood Claim |
| Walton | Carolyn & Alvin M., Sr. | American Security | Funded | No Flood Claim |
| Warner | Mary | MacNeil | Funded | No Flood Claim |
| Warning | Dennis & Gerallen | | Not Funded | No Flood Claim |
| Warren | Elmelda & Maize | State Farm | Not Funded | No Flood Claim |
| Warren | Mary E. & Herbert, Jr. | | Funded | No Flood Claim |
| Warsley | Marguerite | Bankers | Funded | No Flood Claim |
| Washington | Annie O. | | Not Funded | No Flood Claim |
| Washington | Sherman & Wanda G. | Allstate | Not Funded | No Flood Claim |
| Washington | Dinah & Howard | Bankers | Funded | No Flood Claim |
| Washington | Felicia Moran & Scott M. | Bankers | Not Funded | No Flood Claim |
| Washington | Leon & Bernita T. | Bankers | Funded | No Flood Claim |
| Washington | Mercedes | Fidelity | Not Funded | No Flood Claim |
| Washington | Ann D. S. | Homesite | Funded | No Flood Claim |
| Washington | Janice & Carl | Lafayette | Not Funded | Flood Claim |
| Washington | Dinah & Howard | Lexington | Not Funded | No Flood Claim |
| Washington | Lucy (Joyce Favorite) | York | Funded | No Flood Claim |
| Washington | Joy & Romell Payton | | Not Funded | No Flood Claim |
| Watkins | Evelyn W. | Allstate | Funded | No Flood Claim |
| Watkins | James & Edith | Allstate | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Watkins | Robin | Safeco | Not Funded | No Flood Claim |
|---|---|---|---|---|
| Watkins | Frances | York | Funded | No Flood Claim |
| Watson | Dorothy M. | Allstate | Funded | No Flood Claim |
| Watson | Terry Peters | Bankers | Funded | No Flood Claim |
| Watson | Betty A. | Bankers | Funded | No Flood Claim |
| Watson | Helen | Lafayette | Not Funded | No Flood Claim |
| Watson | Sheila | York | Funded | No Flood Claim |
| Watts | Theone | York | Not Funded | No Flood Claim |
| Weary | Nellie | York | Funded | No Flood Claim |
| Weaver | Claude A., Jr. | Allstate | Funded | No Flood Claim |
| Webb | Mary & Kenneth R., Jr. | Bankers | Funded | No Flood Claim |
| Webb | Dennis & Catherine Henderson | Allstate | Funded | No Flood Claim |
| Webber | Cicely & Wendall J., Sr. | York | Funded | No Flood Claim |
| Weber | Virginia | Lafayette | Not Funded | No Flood Claim |
| Webster | Stella | Allstate | Not Funded | No Flood Claim |
| Webster | Barry & Sandra Marshall | Allstate | Funded | No Flood Claim |
| Welch | Michael A., Sr. | ZC Sterling | Not Funded | No Flood Claim |
| Welch | Bessie | York | Funded | No Flood Claim |
| Wells | Sheryl | Lafayette | Not Funded | No Flood Claim |
| Wells | Alma | MacNeil | Funded | No Flood Claim |
| Wesley | Melanie B. | Bankers | Funded | No Flood Claim |
| West | Joseph & Ehtel | | Not Funded | Flood Claim |
| Weston | Elijah & Irene | Allstate | Not Funded | No Flood Claim |
| Wheeler | Annie | First Premium | Funded | No Flood Claim |
| Wheeler | Daniel P., Jr. | State Farm | Funded | No Flood Claim |
| White | Shermain | AAA | Not Funded | No Flood Claim |
| White | Lydia | Allstate | Funded | No Flood Claim |
| White | Louise | State Farm | Not Funded | Flood Claim |
| White | Joycelyn | York | Funded | No Flood Claim |
| White | Norma | York | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| White | Zina Marie | | Funded | No Flood Claim |
| Whittington | Darlene & Jerry | State Farm | Funded | No Flood Claim |
| Whittley | Carrier Marie | First Premium | Not Funded | No Flood Claim |
| Williams | Irma & Clarence | Allstate | Not Funded | No Flood Claim |
| Williams | Kerry T. & Barbara | Allstate | Not Funded | Flood Claim |
| Williams | Lois A. | Allstate | Not Funded | No Flood Claim |
| Williams | Rebecca | Allstate | Funded | No Flood Claim |
| Williams | Shirley & Arthur | Allstate | Not Funded | No Flood Claim |
| Williams | Virginia & Michael | Allstate | Funded | No Flood Claim |
| Williams | Elma & Eugene | Allstate | Funded | No Flood Claim |
| Williams | Gegi | Allstate | Funded | No Flood Claim |
| Williams | Gertrude & Charles | Allstate | Funded | No Flood Claim |
| Williams | Terry, Sr. | American Modern | Not Funded | Flood Claim |
| Williams | Meredith | Balboa | Not Funded | Flood Claim |
| Williams | Saul & Janis | Balboa | Not Funded | No Flood Claim |
| Williams | Meredith | Balboa | Not Funded | Flood Claim |
| Williams | Edwina | Balboa | Not Funded | No Flood Claim |
| Williams | Miriam & Harry | Bankers | Funded | Flood Claim |
| Williams | Angela | Bankers | Funded | No Flood Claim |
| Williams | Bobbie | Bankers | Funded | No Flood Claim |
| Williams | Debbie | Bankers | Funded | No Flood Claim |
| Williams | Debbie & Eugene Hudson | Bankers | Funded | No Flood Claim |
| Williams | Gwendolyn & Michael | Bankers | Funded | No Flood Claim |
| Williams | Antoinette & Ronnie, Sr. | First Premium | Not Funded | No Flood Claim |
| Williams | Alice | First Premium | Not Funded | No Flood Claim |
| Williams | Wayne & Ondina | Homesite | Not Funded | No Flood Claim |
| Williams | Jason & Trynitha Fulton | Homesite | Not Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Funded Status | Flood Claim |
|---|---|---|---|---|
| Williams | Ethel | Liberty Mutual | Not Funded | No Flood Claim |
| Williams | Vanessa & Michel | Lafayette | Funded | No Flood Claim |
| Williams | Van & Sandrell | Lloyds of London | Not Funded | No Flood Claim |
| Williams | Julia | MacNeil | Funded | No Flood Claim |
| Williams | Ella M. | MacNeil | Funded | No Flood Claim |
| Williams | Walter T. & Nancy | Met Life | Not Funded | No Flood Claim |
| Williams | Cassandra & Lawrence | Republic Group | Not Funded | No Flood Claim |
| Williams | Philip & Marietta | Safeco | Not Funded | Flood Claim |
| Williams | Philip & Marietta | Safeco | Not Funded | Flood Claim |
| Williams | Janet & Merlin | State Farm | Funded | No Flood Claim |
| Williams | Knayo & Rachell | State Farm | Not Funded | No Flood Claim |
| Williams | Lisa Marie | State Farm | Not Funded | No Flood Claim |
| Williams | Wayne & Gail | State Farm | Not Funded | No Flood Claim |
| Williams | Catherine H. & D.C. | State Farm | Not Funded | No Flood Claim |
| Williams | Cheryl | State Farm | Not Funded | No Flood Claim |
| Williams | Diana | State Farm | Not Funded | No Flood Claim |
| Williams | Gloria & Walter | Travelers | Funded | No Flood Claim |
| Williams | Joann & Jessie | York | Not Funded | No Flood Claim |
| Williams | Marion | York | Funded | No Flood Claim |
| Williams | Karen L. & Lawrence, Sr. | State Farm | Funded | No Flood Claim |
| Williams | Edward & Kendon | | Not Funded | No Flood Claim |
| Williams | Mary E. | Allstate | Funded | No Flood Claim |
| Wilson | Michelle | Security Plan | Not Funded | No Flood Claim |
| Wilson | Oretha & Wayne, Sr. | Southwest Business Co. | Not Funded | Flood Claim |
| Wilson | Otis, Jr. | State Farm | Not Funded | No Flood Claim |
| Wilson | Japerlet | York | Funded | No Flood Claim |

**AARON STATUS**
**January 6, 2009**
**Civil Action No. 06-4767**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Windon | Florence W. & Errol A. | State Farm | Funded | No Flood Claim |
| Winesberry | Gwendolyn | State Farm | Not Funded | No Flood Claim |
| Winford | Geraldine | | Not Funded | No Flood Claim |
| Wise | Brenda | Allstate | Funded | No Flood Claim |
| Wise | Dianne | Scottsdale | Not Funded | No Flood Claim |
| Woodridge | Tonyell & Norman, Jr. | AAA | Not Funded | No Flood Claim |
| Woods | Verther | Allstate | Not Funded | No Flood Claim |
| Woods | Rosa | Lafayette | Not Funded | No Flood Claim |
| Woods | Kenneth & Jonique Boles | MacNeil | Funded | No Flood Claim |
| Woods | Patricia | State Farm | Funded | No Flood Claim |
| Woods | Karen M. | York | Funded | No Flood Claim |
| Woods | Shelia & Warren A. | | Funded | No Flood Claim |
| Woods | Verdun P. | | Not Funded | No Flood Claim |
| Woods | Frank | State Farm | Not Funded | No Flood Claim |
| Wright | Elzina & Robert, Jr. | Allstate | Funded | No Flood Claim |
| Wright | Melissa & Robert, Jr. | York | Funded | No Flood Claim |
| Wrines | Wilbert & Charlene | Travelers | Funded | No Flood Claim |
| Wyatt | Ernest & Joycelyn | State Farm | Not Funded | Flood Claim |
| Wynne | Kevin & Jann | USAA | Not Funded | No Flood Claim |
| Wysingle | Quentin | Allstate | Funded | No Flood Claim |
| Young | Albertine | Allstate | Funded | No Flood Claim |
| Young | Floyd | Allstate | Funded | No Flood Claim |
| Young | Louis & Sylvia | MacNeil | Funded | No Flood Claim |
| Young | | Security Plan | Funded | No Flood Claim |
| Young | Hilda W. | | Funded | No Flood Claim |
| Young | Julia & Joseph H., Jr. | State Farm | Not Funded | No Flood Claim |
| Young | Marvin & Michelle | State Farm | Funded | No Flood Claim |
| Young | Raymond & Hilda | | Funded | Flood Claim |