*AGUILAR*

# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

*File ~*
*05-4182*
*07-4857*

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

Telephone: (504) 832-3000
Telecopier: (504) 832-1799

January 8, 2009

**Sent via Facsimile (504) 589-7633**
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130
*05-0142*



RE: Aaron, ~~Abadie~~ *Aguilar* and Ancar
*07-4746 (Aguilar) 07-4853*
*07-4852*

Dear Magistrate Wilkinson:

Concerning my reports reviewed this morning in Aaron, ~~Abadie~~ *Aguilar* and Ancar, please note that any file which lists "flood claim" in the far right margin, should be ~~considered~~ an open file for possible sever, even if the other column notes "funded".

The format could have been clearer.

Most Respectfully,

JOSEPH W. RAUSCH

cc: Seth Schmeckle, Esq.
    Insurance liaison

JWR/rh

# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

(504) 832-3000
Fax: 832-1799

January 6, 2009

**U.S. MAIL & FACSIMILE 589-7633**

RECEIVED
JAN 06 2009
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JERRY C. WILKINSON, JR.

Honorable Jay Wilkinson
United States Magistrate
USDC, Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

*NOT FUNDED ?*
*FUNDED ?*
*TO BE DISMISSED ?*
*C/A ONLY ?*

                    Re: Mass Joinder Status Report

Dear Magistrate Wilkinson:

        Per your order, I enclose the status reports for the Mass Joinder cases filed by Jim S. Hall
and Associates:

        1.      Aaron  -        CA No. 06-4746
        2.      Aguilar-        CA No. 07-4852
        3.      Ancar  -        CA No. 07-4853

                                    Respectfully,

                                    JOSEPH W. RAUSCH

JWR/sc
Enclosures

**AGUILAR STATUS**
January 6, 2009
Civil Action No. 07-4852
Jim S. Hall Associates Clients

| LAST NAME | FIRST NAME | WIND CARRIER | FUNDED/NOT FUNDED | FLOOD CLAIM/NO FLOOD CLAIM |
|---|---|---|---|---|
| Abram | Shelton & Melinda | | Not Funded | No Flood Claim |
| Aguilar | Joseph, III | Allstate | Funded | No Flood Claim |
| Aguilar | Luis A. | Allstate | Not Funded | No Flood Claim |
| Alcorn | Linda & Damion | MacNeil | Funded | No Flood Claim |
| Alcorn | Yolanda & Karen | MacNeil | Funded | No Flood Claim |
| Alexander | Dianne | MacNeil | Not Funded | No Flood Claim |
| Alexander | Cecilia & Nelson | Allstate | Funded | No Flood Claim |
| Alexander | Michael & Sheila | Allstate | Funded | No Flood Claim |
| Alexander | Mary | York | Not Funded | No Flood Claim |
| Alexis | Sharon | York | Funded | No Flood Claim |
| Alfred | Karen | Southwest Business | Not Funded | No Flood Claim |
| Algy | Irvin | Allstate | Not Funded | No Flood Claim |
| Allen | Joyce | York | Funded | No Flood Claim |
| Almore | Virginia | Hartford | Not Funded | No Flood Claim |
| Alphonse | Benny & Carolyn | MacNeil | Funded | No Flood Claim |
| August | Curtis & Alphonse | MacNeil | Funded | No Flood Claim |
| Anderson | Eva | AAA | Not Funded | No Flood Claim |
| Andrews | Judy & Julius | MacNeil | Funded | No Flood Claim |
| Anthony | Katie | MacNeil | Not Funded | No Flood Claim |
| Aperwhite | | Allstate | Funded | No Flood Claim |
| Armour | Don & Patricia | AAA | Funded | No Flood Claim |
| Armour | Debra & Herman | | Funded | No Flood Claim |
| Armstead | Joyce M. | MacNeil | Funded | No Flood Claim |
| Arnold | Sherman & Arles | AAA | Funded | No Flood Claim |
| Arthur | Martin | Lafayette | Not Funded | No Flood Claim |
| Aucoin | Eve & Li | Allstate | Not Funded | No Flood Claim |
| August | Avis | Allstate | Not Funded | No Flood Claim |
| Augusta | Arthur | Allstate | Funded | No Flood Claim |
| Augustin | Ida Jean Johnson | American Security | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

|  |  |  |  |  |
|---|---|---|---|---|
| Ausama | Lee H. | State Farm | Funded | No Flood Claim |
| Austin | Sybil & Jonas | Fidelity & Deposit of Maryland | Not Funded | No Flood Claim |
| Austin | Leslie | | Not Funded | No Flood Claim |
| Axcess | Medical Clinic (Kenneth Knight) | Hanover | Funded | No Flood Claim |
| Bab | Randy | MacNeil | Funded | No Flood Claim |
| Baham | Wendy & Joseph | Lloyds of London | Not Funded | No Flood Claim |
| Baker | Jacqueline | Scottsdale | Not Funded | No Flood Claim |
| Banks | Glen & Monique | Allstate | Not Funded | No Flood Claim |
| Banks | Roy | Met Life | Funded | No Flood Claim |
| Barabino | Marilyn & Larry | ZC Sterling | Not Funded | No Flood Claim |
| Barabino | Beaulah | MacNeil | Funded | No Flood Claim |
| Barard | Rita & Larry | Allstate | Not Funded | No Flood Claim |
| Barard | Montrell | MacNeil | Not Funded | No Flood Claim |
| Barnes | Dennis & Cherie | Allstate | Not Funded | No Flood Claim |
| Barre | Conrad, II | AAA | Funded | No Flood Claim |
| Barthelemy | Laura | Southwest Business | Not Funded | No Flood Claim |
| Bass | Fabiola | Horace Mann | Funded | No Flood Claim |
| Bass | Fabiola | First Premium | Funded | No Flood Claim |
| Batiste | Albertine | First Premium | Not Funded | No Flood Claim |
| Batteau | Gloria | Allstate | Funded | No Flood Claim |
| Baumer | Penny & Alvin | Hanover | Funded | No Flood Claim |
| Bell | Martha C. | Republic | Not Funded | No Flood Claim |
| Bell | Roshonda | MacNeil | Funded | No Flood Claim |
| Bell | Carolyn | MacNeil | Not Funded | No Flood Claim |
| Bell | Karen Lynn & Richard | MacNeil | Funded | No Flood Claim |
| Bemiss | Burnell & Norma | AAA | Funded | No Flood Claim |
| Benson | Ella | York | Funded | No Flood Claim |

**AGUILAR STATUS**
January 6, 2009
Civil Action No. 07-4852
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Bergeron | Cory & Shannon | Allstate | Not Funded | No Flood Claim |
| Bernard | Crystal & Jonah | Liberty Mutual | Funded | No Flood Claim |
| Bernard | Margaux & Joseph, Jr. | First Premium | Not Funded | No Flood Claim |
| Berry | Eliza | Allstate | Not Funded | No Flood Claim |
| Bertrand | Lois & Wallace | MacNeil | Not Funded | No Flood Claim |
| Bester | Robert | Scottsdale | Not Funded | No Flood Claim |
| Bickham | Jimmie & Kathyleen | York | Funded | No Flood Claim |
| Bickford | Gloria Buras | Allstate | Not Funded | No Flood Claim |
| Bienemy | Carolyn | Union National | Not Funded | No Flood Claim |
| Bierria | Wayne & Denise | Travelers | Not Funded | No Flood Claim |
| Bierria | Raynard & Marnie | MacNeil | Funded | No Flood Claim |
| Blazio | Rita M. | MacNeil | Funded | No Flood Claim |
| Blouin | Judy & Leon | York | Funded | No Flood Claim |
| Blue | Regina | Allstate | Not Funded | No Flood Claim |
| Blue | Bernell & Gloria | Allstate | Not Funded | No Flood Claim |
| Blue | Eric & Yvonne | MacNeil | Funded | No Flood Claim |
| Bonck | James | York | Not Funded | No Flood Claim |
| Bourgeois | Warren (obo Audrey) | American National | Not Funded | No Flood Claim |
| Boyd | Rudolph & Maria | Bankers | Funded | No Flood Claim |
| Boyd | Cornelius | MacNeil | Funded | No Flood Claim |
| Bray (Matthews) | Jimmie & Lynda | York | Not Funded | No Flood Claim |
| Bray | Jimmie & Lynda | York | Not Funded | No Flood Claim |
| Berston | Derrick | Bankers | Not Funded | No Flood Claim |
| Brewer | Timothy | USAA | Funded | No Flood Claim |
| Brickley | Sharmaine | MacNeil | Not Funded | No Flood Claim |
| Bridges | Kimberlyn & Luther | York | Funded | No Flood Claim |
| Bridges | Richonda L. | Bankers | Funded | No Flood Claim |
| Britton | Elizabeth & Willie | Allstate | Not Funded | No Flood Claim |
| Britton | Charleston & Gwendolyn | Bankers | Not Funded | No Flood Claim |
| Britton | Frank & Katherine | Hanover | Funded | No Flood Claim |
| Britton | Carrol, Sr. & Minnie | Bankers | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Britton | Dianne Dixon | Bankers | Funded | No Flood Claim |
| Brock | Joseph | ZC Sterling | Not Funded | No Flood Claim |
| Brock | Tracy | MacNeil | Funded | No Flood Claim |
| Brooks | Keith & Leslie | Armed Forces | Not Funded | No Flood Claim |
| Brooks | Keith & Leslie | Armed Forces | Not Funded | No Flood Claim |
| Beoussard | Gloria C. | Horace Mann | Funded | No Flood Claim |
| Brown | Evangeline | Safeco | Not Funded | No Flood Claim |
| Brown | Francis J. | Allstate | | No Flood Claim |
| Brown | Brandon | MacNeil | Funded | No Flood Claim |
| Brown | Donald & LaTonya | MacNeil | Funded | No Flood Claim |
| Brown | Floyd, Sr. & Patricia | York | Funded | No Flood Claim |
| Brown | Jashana | York | Funded | No Flood Claim |
| Brown | Kathleen | | Not Funded | No Flood Claim |
| Brown | Nicola & Ron | York | Not funded | No Flood Claim |
| Brown | Melvina | Hartford | Not Funded | No Flood Claim |
| Bruno | Billy | Bankers | Not Funded | No Flood Claim |
| Bryant | Debra | ZC Sterling | Not Funded | No Flood Claim |
| Burgess | Elysia | Bankers | Funded | No Flood Claim |
| Burke | Barbara | MacNeil | Funded | No Flood Claim |
| Burns | Bernice | Fidelity | Not Funded | No Flood Claim |
| Burns | Gwendolyn & Hamilton | Bankers | Funded | No Flood Claim |
| Burns | Gwendolyn & Hilton | McNeil | Funded | No Flood Claim |
| Burton | Beverly | AIG | Not Funded | No Flood Claim |
| Butler | Harold | First Premium | Funded | No Flood Claim |
| Butler | Harold | Lloyds of London | Funded | No Flood Claim |

**AGUILAR STATUS**
January 6, 2009
Civil Action No. 07-4852
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Byrd | Octavia | MacNeil | Not Funded | No Flood Claim |
| Byrd | Mary | Union National | Not Funded | No Flood Claim |
| Cage | Yvette Ann | Allstate | Not Funded | No Flood Claim |
| Caldwell | Lynette | Lafayette | Not Funded | No Flood Claim |
| Calhoun | Cynthia | ANPAC | Funded | No Flood Claim |
| Callahan | Douglas Dean | Travelers | Funded | No Flood Claim |
| Cambre | Amie | Allstate | Not Funded | No Flood Claim |
| Cambridge | Yvette | Allstate | Not Funded | No Flood Claim |
| Camese | Eva & Steven | Allstate | Not Funded | No Flood Claim |
| Canty | Wanda | | Not Funded | No Flood Claim |
| Capers | Disele | MacNeil | Funded | No Flood Claim |
| Carcisse | Rosalie & Reginald | York | Funded | No Flood Claim |
| | | | | |
| Carter | Zenobia | ANPAC | Not Funded | No Flood Claim |
| Carter | Alberdia & Sedrick | York | Funded | No Flood Claim |
| Caruso | Jeffery | York | Funded | No Flood Claim |
| Caruso | Leona | Liberty Mutual | Funded | No Flood Claim |
| Caruso | Michael | Liberty Mutual | Funded | No Flood Claim |
| Cathalougne | Thema | Met Life | Not Funded | No Flood Claim |
| Catoya | Marion | Allstate | Not Funded | No Flood Claim |
| Causey | Alec & Diana | York | Not Funded | No Flood Claim |
| Cavilear | Florence | Balboa | Not Funded | No Flood Claim |
| | | | | |
| Celestin | Jacquelyn & Frank | American Security | Funded | No Flood Claim |
| Celestine | Cedric | Liberty Mutual | Funded | No Flood Claim |
| Cerre | Andre & Louis | Lafayette | Not Funded | No Flood Claim |
| Chairs | Sherri | Farmers | Not Funded | No Flood Claim |
| Chapman | Charlotte | MacNeil | Not Funded | No Flood Claim |
| Charbonnet | Gina | MacNeil | Funded | No Flood Claim |
| Cheavious | Bonnie | Lexington | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Chetta | Marie (obo Irene) | United Fire | Not Funded | No Flood Claim |
| Clair | Chantell & Corey | First Premium | Not Funded | No Flood Claim |
| Clair | Chantell & Corey | First Premium | Not Funded | No Flood Claim |
| Clanton | Leroy & Pamela | Fidelity | Not Funded | No Flood Claim |
| Claude | Jermaine & Nadine | York | Funded | No Flood Claim |
| Clausell | William & Annie | Allstate | Not Funded | No Flood Claim |
| Clay | Lynette | | Not Funded | No Flood Claim |
| Clayborne | Gloria & Raymond | American Security | Funded | No Flood Claim |
| Clayborne | Gloria & Raymond | American Security | Funded | No Flood Claim |
| Clipps | Joyce & Richard | Allstate | Not Funded | No Flood Claim |
| Cola | Gaynell | Allstate | Funded | No Flood Claim |
| Colbert | Michelle & Walter, Jr. | Allstate | Not Funded | No Flood Claim |
| Coleman | Charles & Joann | Allstate | Not Funded | No Flood Claim |
| Coleman | Natalie | Bankers | Funded | No Flood Claim |
| Coleman | Ethel | York | Funded | No Flood Claim |
| Collins | Pamela | Liberty Mutual | Funded | No Flood Claim |
| Collins | Judy & James | York | Not Funded | No Flood Claim |
| Collins | Margie | LA Citizens | Not Funded | No Flood Claim |
| Collins | Alvin & Julia | Republic | Not Funded | No Flood Claim |
| Compass | Stacey | Allstate | Not Funded | No Flood Claim |
| Conaway | Elaine J. | Allstate | Not Funded | No Flood Claim |
| Conrad | Wilhelmina | Allstate | Not Funded | No Flood Claim |
| Cook | Lester & Melinda | First Premium | Not Funded | No Flood Claim |
| Cooks | Lillie & James | Union National | Not Funded | No Flood Claim |
| Cooper | Niya | Lexington | Not Funded | No Flood Claim |
| Cornelius | Antonio | Hanover | Funded | No Flood Claim |
| Cornelius | Sheryl | Hanover | Funded | No Flood Claim |
| Corona | Gertrude | Allstate | Funded | No Flood Claim |
| Cotion | Burnell | | Not Funded | No Flood Claim |
| Couson | Louetta | | funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Crawford | Shirley | Hanover | Funded | No Flood Claim |
| Crespo | Justis J. | Liberty Mutual | No Flood Claim | No Flood Claim |
| Crumedy | Tyra | Bankers | Not Funded | No Flood Claim |
| Crump | Bernice | Bankers | Not Funded | No Flood Claim |
| Cutrer | Mackey & Jean | Allstate | Not Funded | No Flood Claim |
| Dabdoub | Louis & Virginia | ANPAC | Funded | No Flood Claim |
| Dandridge | Gregory & Valrita | York | Not Funded | No Flood Claim |
| Danfious | Danny & Diane | Allstate | Not Funded | No Flood Claim |
| Daniels | Flozell | Bankers | Funded | No Flood Claim |
| Daniels | Minda | | Not Funded | No Flood Claim |
| Daniels | Flozell | Bankers | Funded | No Flood Claim |
| Darensbourg | Vincent (Wilhemina, Everett, Karen) | Encompass | Not Funded | No Flood Claim |
| Darville | Katherine | Bankers | Funded | No Flood Claim |
| Daurham | Makeyah | York | Funded | No Flood Claim |
| Davillier | John & Tracey Flemings | Axis | Not Funded | No Flood Claim |
| Davis | Shandon & Tabitha | Allstate | Not Funded | No Flood Claim |
| Davis | Jeffrey & Deborah | Horace Mann | Not Funded | No Flood Claim |
| Davis | Ellaina (obo Eugene Shedrick) | Allstate | Not Funded | No Flood Claim |
| Deal | Dwight & Andrea | York | Not Funded | No Flood Claim |
| Deal | Dwight & Andrea | York | Not Funded | No Flood Claim |
| Dean | Glendale | Allstate | Funded | No Flood Claim |
| Desdunes | Catherine & Jospeh | Bankers | Funded | No Flood Claim |
| DeHarde | David | Allstate | Not Funded | No Flood Claim |
| Delaney | Consuella & Ivory | Liberty Mutual | Funded | No Flood Claim |
| Delaney | Ivory & Consuella | Liberty Mutual | Funded | No Flood Claim |
| Demas | Susan & Osborne | Allstate | Not Funded | No Flood Claim |
| DeMolle | Michelle | Bankers | Funded | No Flood Claim |
| Dennis | Nafamer | | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Funded Status | Flood Claim |
|---|---|---|---|---|
| Desdunes | Catherine | Bankers | Funded | No Flood Claim |
| Dingemen | Edward & Carolyn | LA Citizens | Not Funded | No Flood Claim |
| Dison | Ernest, Sr. & Ernie Mae | Scottsdale | Funded | No Flood Claim |
| Dison | Ernest, Sr. & Ernie Mae | MacNeil | Funded | No Flood Claim |
| Dison | Ernest, Sr. & Ernie Mae | Lexington | Not Funded | No Flood Claim |
| Dison | Earnest & Gwendolyn | York | Funded | No Flood Claim |
| Dison | Earnest | York | Funded | No Flood Claim |
| Domino | Darryl | Lloyds of London | Not Funded | No Flood Claim |
| Donald | Darrell & Gina | York | Funded | No Flood Claim |
| Donaldson | Alfred | York | Funded | No Flood Claim |
| Dorberth | Brigitte | Bankers | Not Funded | No Flood Claim |
| Dorberth | Brigitte | Bankers | Not Funded | No Flood Claim |
| Dorsey | Christine | Travelers | Not Funded | No Flood Claim |
| McKnight | Cassandra Doss | MacNeil | Funded | No Flood Claim |
| Doyle | Sandra & Isaac Shirley | MacNeil | Funded | No Flood Claim |
| Dozier | Bryan & Jennifer | MacNeil | Not Funded | No Flood Claim |
| Dupuy | Evangeline | Fidelity | Not Funded | No Flood Claim |
| Duhon | Brenda | Bankers | Funded | Flood Claim |
| Duhon | Paula | Bankers | Not Funded | No Flood Claim |
| Dumas | Martin | AAA | Not Funded | No Flood Claim |
| Dumas | Joseph | Union National | Not Funded | No Flood Claim |
| Duncan | Deborah | York | Not Funded | No Flood Claim |
| Duncan | Deborah | York | Not Funded | No Flood Claim |
| Dunn | Kim & Phyllis | USAA | Funded | No Flood Claim |
| Duplessis | Faye & Antoine | | Not Funded | No Flood Claim |
| Dupree | Rhonda & Nathan Armstrong | Allstate | Funded | No Flood Claim |
| Dupree | Beverly | Allstate | Not Funded | No Flood Claim |
| Duvernay | Curtis | Bankers | Funded | No Flood Claim |
| Eaton | Jeanne Button & MacDonald | Travelers | Funded | No Flood Claim |
| Ebbs | Sandra | Allstate | Not Funded | No Flood Claim |
| Eckols | Elaine | Allstate | Not Funded | No Flood Claim |

AGUILAR STATUS
January 6, 2009
Civil Action No. 07-4852
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Edinburg | Floyd | Allstate | Not Funded | No Flood Claim |
| Edmond | Mildred | Allstate | Not Funded | No Flood Claim |
| Edmond | Mildred | Allstate | Not Funded | No Flood Claim |
| Edwards | Brenda | | Not Funded | No Flood Claim |
| Duncan | JoAnn | Farmers | Not Funded | No Flood Claim |
| Edwards | Melaine | York | Funded | No Flood Claim |
| | | | | |
| Edwards | Charlie | Lloyds of London | Not Funded | No Flood Claim |
| Edwards | Lillie | Allstate | Not Funded | No Flood Claim |
| Edwards | Maya & Willie Moten | York | Funded | No Flood Claim |
| Edwards | Barbara | York | Not Funded | No Flood Claim |
| Elliott | Lewellyn & Aloma | Bankers | Funded | No Flood Claim |
| Ellis | Leslie & Traliss | York | Funded | No Flood Claim |
| Elloie | Latonya & Steven | ANPAC | Funded | No Flood Claim |
| El-Mansura | Andrea | | Not Funded | No Flood Claim |
| Emery | Mary Louise | Bankers | Funded | No Flood Claim |
| Emery | Mary | Bankers | Funded | No Flood Claim |
| Encalade | Carl & Samantha | Fidelity | Not Funded | No Flood Claim |
| Enclarde | Antionette & Anthony | ANPAC | Funded | No Flood Claim |
| Enclarde | Neakia | MacNeil | Funded | No Flood Claim |
| | | | | |
| English | Althea | Lloyds of London | Not Funded | No Flood Claim |
| Enterprises | Wedge (C. Knox Lasister) | Hanover | Not Funded | No Flood Claim |
| Ernest | Warren | Allstate | Not Funded | No Flood Claim |
| Evans | Norman, Jr. | | Not Funded | No Flood Claim |
| Faciane | Geralyn | Allstate | Not Funded | No Flood Claim |
| Farley | Retta | Allstate | Funded | No Flood Claim |
| Farria | John & Deryl | Allstate | Funded | No Flood Claim |
| Farria | Alicia & Jimmy | MacNeil | Funded | No Flood Claim |
| Farve | Vendellier | Farmers | Not Funded | No Flood Claim |
| | | | | |
| Farve | Anthony (POA for Lillie) | Bankers | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Company | Status | Flood |
|---|---|---|---|---|
| Faulk | Lee Ann | Lexington | Not Funded | No Flood Claim |
| Favorite | Joyce | York | Not Funded | No Flood Claim |
| Fenasci | Edwin | Liberty Mutual | Funded | No Flood Claim |
| Ferdin (Under Allen) | Joseph & Allen Fernandez | Allstate | Not Funded | No Flood Claim |
| Fernandez | Debbie | Allstate | Not Funded | No Flood Claim |
| Fields | Israel, Jr. | Allstate | Not Funded | No Flood Claim |
| Fife | Carol Treitler & David | Allstate | Not Funded | No Flood Claim |
| Ford | Christiana | Fidelity & Deposit of Maryland | Funded | No Flood Claim |
| Ford | Helen | Bankers | Funded | No Flood Claim |
| Forman | Raymond, Jr. & Michole | American Security | Funded | No Flood Claim |
| Foss | Catherine B. & Emile R. | AAA | Funded | No Flood Claim |
| Foss | Catherine & Emile | Unitrin | Funded | No Flood Claim |
| Fournette | Albert & Brenda | Allstate | Funded | No Flood Claim |
| Francis | Carl & Claudia LeSassier | Bankers | Funded | No Flood Claim |
| Francis | Shirl & Thaddeus | Lafayette | Not Funded | No Flood Claim |
| Frank | Barbara & Perry | MacNeil | Funded | No Flood Claim |
| Glorioso | Michael & Rebecca | MacNeil | | No Flood Claim |
| Freeman | Rose | Allstate | | No Flood Claim |
| Gaines | Melverleane | MacNeil | Funded | No Flood Claim |
| Gaines | Marva | AAA | Funded | No Flood Claim |
| Gaines | Dianne | MacNeil | Funded | No Flood Claim |
| Galatas | Sherrie M. & Lloyd E. | Electric | Not Funded | No Flood Claim |
| Gatlin | Ethel | MacNeil | Funded | No Flood Claim |
| George | Irma | MacNeil | Funded | No Flood Claim |
| George | Curtis | | Not Funded | No Flood Claim |
| George | Alvin & Gail | First Premium | Funded | No Flood Claim |
| George | Irma | MacNeil | Funded | No Flood Claim |
| Gettridge | Ronald & Wanda | | Not Funded | No Flood Claim |

**AGUILAR STATUS**
January 6, 2009
Civil Action No. 07-4852
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Ghoram | Zina E. & Anthony Singleton | Bankers | Funded | No Flood Claim |
| Gibbs | Aniece | York | Funded | No Flood Claim |
| Gibbs | Joseph & Michelle | Allstate | Funded | No Flood Claim |
| Gilbert | Teresita | Horace Mann | Funded | No Flood Claim |
| Gillard | Claudia & Clarence | Allstate | Not Funded | No Flood Claim |
| Gilyot | Andrew & Barbara | Travelers | Funded | No Flood Claim |
| Giron | Emma | Allstate | Funded | No Flood Claim |
| Glasper | Gregory | Allstate | Not Funded | No Flood Claim |
| Glorioso | Michael and Rebecca Patterson | MacNeil | Funded | No Flood Claim |
| Cola | Gaynell | Allstate | Funded | No Flood Claim |
| Golden | Wilma & Jessie Huggins | Allstate | Funded | No Flood Claim |
| Gordon | Anna C. | Allstate | Not Funded | No Flood Claim |
| Gordon | Eric & Barbara | Allstate | Not Funded | No Flood Claim |
| Granger | Sarita | York | Funded | No Flood Claim |
| Gray | Earl | Bankers | Funded | No Flood Claim |
| Grayol | James, III & Catherine | Allstate | Funded | No Flood Claim |
| Green | Ethel | Bankers | Not Funded | No Flood Claim |
| Green | Emelda | Bankers | Funded | No Flood Claim |
| Green | Donna M. & Raymond, Jr. | Allstate | Not Funded | No Flood Claim |
| Green | Lynette | Bankers | Not Funded | No Flood Claim |
| Green | Billie & Charles | York | Funded | No Flood Claim |
| Green | Charles | Southwest Business | Funded | No Flood Claim |
| Green | Mary | Allstate | Not Funded | No Flood Claim |
| Griffin | Victoria | Allstate | Not Funded | No Flood Claim |
| Grimes | Firdeal A. | American Security | Funded | No Flood Claim |
| Gistand | Connie | MacNeil | Not Funded | No Flood Claim |
| Guidry | Veronica | Bankers | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | Ins. Co. | | |
|---|---|---|---|---|
| Palacio | Guillermo | MacNeil | Not Funded | No Flood Claim |
| Guillot | Vincent | York | Not Funded | No Flood Claim |
| Guimont | Leslie & Troy | Allstate | Not Funded | No Flood Claim |
| Gumpert | Ashton & Jacqueline | Lloyds of London | Not Funded | No Flood Claim |
| Attanayake | Gunaranjan | Bankers | Funded | No Flood Claim |
| Gutter | Elaine J. | York | Not Funded | No Flood Claim |
| Guy | Augzine | Bankers | Not Funded | No Flood Claim |
| Hackenjos | Carl & Shannon | AAA | Open Flood Claim | No Flood Claim |
| Hall | Jim | Great American Ins. Co. | Not Funded | No Flood Claim |
| Hall | Mary L. | ZC Sterling | Not Funded | No Flood Claim |
| Hammond | Wendy & Marceilles, Jr. | ZC Sterling | Funded | No Flood Claim |
| Handy | Carmen | Union National | Not Funded | No Flood Claim |
| Hanzo | Eddie & Sharon | Horace Mann | Not Funded | No Flood Claim |
| Hanzo | Eddie & Sharon | Horace Mann | Not Funded | No Flood Claim |
| Hanzo | Sharon (obo Georgia Guillot) | Horace Mann | Not Funded | No Flood Claim |
| Harding | Don & Kendra | Allstate | Not Funded | No Flood Claim |
| Hargrove | Linda | AAA | Funded | No Flood Claim |
| Harleaux | Geralyn | Allstate | Not Funded | No Flood Claim |
| Harris | Oliver W. | Allstate | Not Funded | No Flood Claim |
| Harris | Bernadette | Allstate | Funded | No Flood Claim |
| Harris | Marilyn | Allstate | Not Funded | No Flood Claim |
| Hart | Robert & Elizabeth | Bankers | Funded | No Flood Claim |
| Hatcher | Irvin & Sylvia | Southwest Business | Not Funded | No Flood Claim |
| Hayes | Latoshia | MacNeil | Funded | No Flood Claim |
| Hayes | Nicole & Jamar | Bankers | Funded | No Flood Claim |
| Hayes | Brenda & Gary | MacNeil | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Status | Flood |
|---|---|---|---|---|
| Haynes | Annie | Bankers | Funded | No Flood Claim |
| Haywood | Willie & Elaine | Allstate | Funded | No Flood Claim |
| Heffer | Roxanne | Allstate | Funded | No Flood Claim |
| Heine | Barbara & Mark | Allstate | Not Funded | No Flood Claim |
| Hence | Shirley | Allstate | Not Funded | No Flood Claim |
| Henderson | Alma | York | Funded | No Flood Claim |
| Henry | Sheila W. | Lafayette | Not Funded | No Flood Claim |
| Henry | Rita E. | Liberty Mutual | Funded | No Flood Claim |
| Henry | Leroy (& Ann) | Liberty Mutual | Not Funded | No Flood Claim |
| Henry | Ann (& Leroy) | Liberty Mutual | Not Funded | No Flood Claim |
| Henry | Tracy | York | Funded | No Flood Claim |
| Hill | Michael D. | Scottsdale | Funded | No Flood Claim |
| Hills | Schwanda | Bankers | Not Funded | No Flood Claim |
| Hills | Dedralyn | Allstate | Not Funded | No Flood Claim |
| Hills | Schwanda | Bankers | Not Funded | No Flood Claim |
| Hitchens | Georgia | American | Not Funded | No Flood Claim |
| Hodge | Lionel | Modern | Funded | No Flood Claim |
| Hodges | Bertha | York | Funded | No Flood Claim |
| Hodges | Scottie & Racquel | First Premium | Funded | No Flood Claim |
| Hodges | Rocquel & Scottie | First Premium | Funded | No Flood Claim |
| Hogue | Bernadette & Herbert | Hartford | Not Funded | No Flood Claim |
| Holman | Denise | National Flood | Not Funded | No Flood Claim |
| Holmes | Angela | Allstate | Not Funded | No Flood Claim |
| Hopson | Billy | Lenders Group | Not Funded | No Flood Claim |
| Horin | Bertha | Lafayette | Not Funded | No Flood Claim |
| Hornberger | Greg & Lucrecia | Lafayette | Not Funded | No Flood Claim |
| Howard | Joann | First Premium | Funded | No Flood Claim |
| Howard | Thomas J. & Esther | Allstate | Not Funded | No Flood Claim |
| Hubbard | Linda | Allstate | Not Funded | No Flood Claim |
| Hubbard | Patricia | Allstate | Not Funded | No Flood Claim |
| Hutchison | Charles M. & Aloma | Allstate | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Huth | Dawn & Sean | Allstate | Not Funded | No Flood Claim |
| Irvin | Algy & Mary | Allstate | Funded | No Flood Claim |
| Jackson | Aaron & Karen Smith | | Funded | No Flood Claim |
| Jackson | Albert & Myrna | Lexington | Not Funded | No Flood Claim |
| Jackson | Carolyn & Andrew | York | Funded | No Flood Claim |
| Jackson | Gloria | Bankers | Funded | No Flood Claim |
| Jackson | John | Bankers | Funded | No Flood Claim |
| Jackson | Judy | York | Not Funded | No Flood Claim |
| Jackson | Janet & Bobby Johnson | Lexington | Not Funded | No Flood Claim |
| Jackson | Alex & Carolyn | MacNeil | Funded | No Flood Claim |
| Jackson | Judy & Lawrence | York | Not Funded | No Flood Claim |
| Jackson | Romonia | MacNeil | Not Funded | No Flood Claim |
| James | Leola & Jerry | Allstate | Funded | No Flood Claim |
| James | Walter | Unitrin | Not Funded | No Flood Claim |
| James | Clarence & Janifer | York | Not Funded | No Flood Claim |
| Jamison | Betty | | Not Funded | No Flood Claim |
| Vallery | Janice | MacNeil | Funded | No Flood Claim |
| Jacque | Mary Ethel | York | Funded | No Flood Claim |
| Jarreau | Alvin & Anita | York | Not Funded | No Flood Claim |
| Jarrell | Muriel | Allstate | Funded | No Flood Claim |
| Jason | Elisha, Jr. & Delroes | Fidelity | Not Funded | No Flood Claim |
| Jefferson | Cynthia | First Premium | Not Funded | No Flood Claim |
| Jefferson | Otha | First Premium | Not Funded | No Flood Claim |
| Jefferson | Richard | First Premium | Not Funded | No Flood Claim |
| Jefferson | Pearlie | Lafayette | Not Funded | No Flood Claim |
| Jenkins | Shelita A. | Allstate | Not Funded | No Flood Claim |
| Jermaine | Clade & Nadine | York | Not Funded | No Flood Claim |
| Johnson | Delinda | Lexington | Not Funded | No Flood Claim |
| Johnson | James W. & Patricia M. | First Premium | Funded | No Flood Claim |
| Johnson | Seanduela A. | Allstate | Funded | No Flood Claim |
| Johnson | Joycey | Hartford | Not Funded | No Flood Claim |
| Johnson | | | | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurance | Status | Flood Claim |
|---|---|---|---|---|
| Johnson | Irving & Iris | Allstate | Funded | No Flood Claim |
| Johnson | Lee D. & Yolonde | Allstate | Not Funded | No Flood Claim |
| Johnson | Sandra | Allstate | Funded | No Flood Claim |
| Johnson | Louise B. | Allstate | Not Funded | No Flood Claim |
| Johnson | Wayne | Balboa | Funded | No Flood Claim |
| Jolla | Everlean T. & Richard | Travelers | Not Funded | No Flood Claim |
| Jones | Corliss & Harry Dilosa | York | Not Funded | No Flood Claim |
| Alvarado | Angela Jones | York | Funded | No Flood Claim |
| Jones | Charles & Lama | Liberty Mutual | Not Funded | No Flood Claim |
| Jones | Geraldine | Allstate | Not Funded | No Flood Claim |
| Jones | Sinatra & Stephanie | AAA | Not Funded | No Flood Claim |
| Jones | Harold, Jr. & Karen W. | Bankers | Funded | No Flood Claim |
| Jones | Loretta | York | Not Funded | No Flood Claim |
| Jones | Samuel & Elaine | MacNeil | Funded | No Flood Claim |
| Jones | Mary & sherman | MacNeil | Funded | No Flood Claim |
| Jones | Ruby | Lloyds of London | Funded | No Flood Claim |
| Jordan | Valerie | | Not Funded | No Flood Claim |
| Joseph | Bernard & Margaux | First Premium | Not Funded | No Flood Claim |
| Joseph | Charles & Anna Lee | First Premium | Funded | No Flood Claim |
| Joseph | Patricia & Harold | York | Not Funded | No Flood Claim |
| Joseph | Rosetta & Felix | Allstate | Not Funded | No Flood Claim |
| Joseph | Anna Lee & Bernard | First Premium | Not Funded | No Flood Claim |
| Joseph | Charles | York | Funded | No Flood Claim |
| Joseph | Harold & Margaux | First Premium | Not Funded | No Flood Claim |
| Joseph | Patricia & Harold | York | Not Funded | No Flood Claim |
| Jourdan | Virginia | Balboa | Not Funded | No Flood Claim |
| Journee | Candy | Bankers | Not Funded | No Flood Claim |
| Jupiter | Dianne & Lionel | York | Not Funded | No Flood Claim |
| Keller | Carl & Toni | Allstate | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Kennedy | Jason | York | Funded | No Flood Claim |
| Kennedy | Tyrone | MacNeil | Not Funded | No Flood Claim |
| Kennedy | Damaris | Liberty Mutual | Not Funded | No Flood Claim |
| Keys | Marland & Mary | AAA | Not Funded | No Flood Claim |
| Kimbrough | Barbara & Larry | Allstate | Funded | No Flood Claim |
| King | Grace J. | Liberty Mutual | Not Funded | No Flood Claim |
| Lee | George & Shywnne | Allstate | Not Funded | No Flood Claim |
| Kirchem | Danelle E. | Farm Bureau | Funded | No Flood Claim |
| Kitchens | Roy | Allstate | Funded | No Flood Claim |
| Kitchens | Doretha & Roy | York | Funded | No Flood Claim |
| Klock | William & Sandra | Allstate | Funded | No Flood Claim |
| Knight | Stanley & Latonya | York | Funded | No Flood Claim |
| Labostrie | Chiquita & Gary, Sr. | Allstate | Not Funded | No Flood Claim |
| Lacoste | Yolanda | Allstate | Not Funded | No Flood Claim |
| Landry | Beverly & Irma | Allstate | Not Funded | No Flood Claim |
| Lasister | Charles | Hanover | Not Funded | No Flood Claim |
| Lasister | C. Knox | Hanover | Not Funded | No Flood Claim |
| Lassair | Gregory & Cheryl | Allstate | sno | No Flood Claim |
| Lassair | Denese | Union National | Not Funded | No Flood Claim |
| Lassai | Russell & Betty | Union National | Not Funded | No Flood Claim |
| Lawrence | Sheryl | York | Funded | No Flood Claim |
| Lee | Barbara A. | Allstate | Funded | No Flood Claim |
| Lee | Darren J., Sr. & Rhonda M. | Travelers | Funded | No Flood Claim |
| Lee | Espernza | Allstate | Not Funded | No Flood Claim |
| Lee | Janice D. & McAllister | Allstate | Not Funded | No Flood Claim |
| Lee | Rebecca | Allstate | Not Funded | No Flood Claim |
| LeFlore | Richard | Allstate | Not Funded | No Flood Claim |
| Leibe | Edith | Lloyds of London | Not Funded | No Flood Claim |
| Leon | Claudia & Carl | American Security | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| LePree | Aleane | Allstate | Funded | No Flood Claim |
| Lesassier | Claudia & Carl Francis | Lafayette | Not Funded | No Flood Claim |
| Elliott | Lewellyn & Aloma | Bankers | | No Flood Claim |
| Lewis | Dichelle | York | Funded | No Flood Claim |
| Lewis | Johnnie S. & Loretta L. | Met Life | Funded | No Flood Claim |
| Lewis | Mildred & Solomon | Liberty Mutual | Funded | No Flood Claim |
| Lewis | Renita F. & Steve | Allstate | Not Funded | No Flood Claim |
| Lewis | Dawn & Ernest Turner | American Family | Not Funded | No Flood Claim |
| Lewis | Dawn | American Family | Not Funded | No Flood Claim |
| Lewis | Freddie | First Premium | Funded | No Flood Claim |
| L'Herisse | Ralph X., Jr. & Brenda A. | Allstate | Funded | No Flood Claim |
| Lieteau | Conrad & Leola | | Not Funded | No Flood Claim |
| Little Professor | Child Dev. Center (Althea English) | Lloyds of London | Not Funded | No Flood Claim |
| Lobo | Lauranetta & Leonard | York | Not Funded | No Flood Claim |
| Lockett | Edna | Allstate | Not Funded | No Flood Claim |
| Lofton | Melanie & David | M | Funded | No Flood Claim |
| Luckett | Johanis & Nathalie | MacNeil | Funded | No Flood Claim |
| Luke | Gilbert & Joan | MacNeil | Funded | No Flood Claim |
| Luke | Steven & Bernadine | First Premium | Funded | No Flood Claim |
| Lumagui | Mely V. | First Premium | Not Funded | No Flood Claim |
| Lumagui | Mely | First Premium | Not Funded | No Flood Claim |
| Lundin | Margaret | AAA | Funded | No Flood Claim |
| Lundy | Merlene | Allstate | Not Funded | No Flood Claim |
| Lyons | Jean & Donald | York | Funded | No Flood Claim |
| Lyons | Jean & Donald | Lafayette | Not Funded | No Flood Claim |
| Lyons | Donald A., Jr. & Gail M. | York | Funded | No Flood Claim |
| Mack | Gwendolyn & Larry | Met Life | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| Mack | Chanel & Christopher | Allstate | Not Funded | No Flood Claim |
|---|---|---|---|---|
| Mack | Gwendolyn & Larry | Met Life | Funded | No Flood Claim |
| Madison | Eldora & Wilton | Horace Mann | Not Funded | No Flood Claim |
| Maestri | Thomas | LA Citizens Coastal Plan | Not Funded | No Flood Claim |
| Magee | Patricia A. | York | Not Funded | No Flood Claim |
| Magee | Kelvin & Pamela | Allstate | Not Funded | No Flood Claim |
| Major | Lolita | Countrywide ? | Not Funded | No Flood Claim |
| Sampson | Major | MacNeil | Not Funded | No Flood Claim |
| Major | Willie J., Jr. & Darlene M. | Hanover | Not Funded | No Flood Claim |
| Major | Lolita (see above) | Countrywide ? | Not Funded | No Flood Claim |
| Maples | Chandra & Derrick | Fidelity | Not Funded | No Flood Claim |
| Marsh | Elaine | Travelers | Funded | No Flood Claim |
| Marshall | William & Bernadine | York | Funded | No Flood Claim |
| Marshall | Annabelle Brooks | Allstate | Not Funded | No Flood Claim |
| Martin | Jerry | Allstate | Not Funded | No Flood Claim |
| Martin | Michael & Antionette | York | Funded | No Flood Claim |
| Mason | Darlynn | AAA | Not Funded | No Flood Claim |
| Matthieu | Cornell & Adrienne | Allstate | Not Funded | No Flood Claim |
| Martin | Sharon & Michael | First Financial Ins. Co. | Not Funded | No Flood Claim |
| Mattei | Brian | Allstate | Funded | No Flood Claim |
| Matthews | Vernita J. | AAA | Funded | No Flood Claim |
| Matthews | Anabelle Brooks | Fidelity | Not Funded | No Flood Claim |
| Matthews | Floyd L. | Balboa | Not Funded | No Flood Claim |
| May | Doris | First Premium | Funded | No Flood Claim |
| May | Rudolph & Christine | MacNeil | Not Funded | No Flood Claim |
| McCarty | Lottie | York | Funded | No Flood Claim |
| McCormick | Sandra G. & Vaster L. | Bankers | Not Funded | No Flood Claim |
| McDonald | Ethel | MacNeil | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Status | Flood |
|---|---|---|---|---|
| McFadden | Alvin | Liberty Mutual | Funded | No Flood Claim |
| McFadden | Freddie | York | Not Funded | No Flood Claim |
| McFadden | Alvin | Liberty Mutual | Funded | No Flood Claim |
| McGill | Johnny & Charlene | Lexington | Not Funded | No Flood Claim |
| McGill | Charlene & Johnny | Lexington | Not Funded | No Flood Claim |
| McGuire | Taylor & Ruby | Allstate | Funded | No Flood Claim |
| McKensie | Alice Nunnery | York | Funded | No Flood Claim |
| McKenzie | Ruffin & Gussie | Axis | Not Funded | No Flood Claim |
| McKinney | Giselle | Horace Mann | Not Funded | No Flood Claim |
| McKinnon | Mary & John | MacNeil | Funded | No Flood Claim |
| McNeal | Mary Louise | MacNeil | Funded | No Flood Claim |
| McNeil | Annette & Howard | MacNeil | Not Funded | No Flood Claim |
| Melancon | Carolyn J. | Allstate | Funded | No Flood Claim |
| Melvin | Dana & Patricia | USAA | Funded | No Flood Claim |
| Mercadal | Cheryl | MacNeil | Not Funded | No Flood Claim |
| Mercadal | Cheryl | MacNeil | Not Funded | No Flood Claim |
| Mesley | Debbie M. & Carl, Jr. | Allstate | Funded | No Flood Claim |
| Messina | Dale | Allstate | Not Funded | No Flood Claim |
| Messina | Dale J. & John Al | Allstate | Not Funded | No Flood Claim |
| Meyers | Geoffrey | MacNeil | Funded | No Flood Claim |
| Micken | Gail | First Premium | Funded | No Flood Claim |
| Edmond | Mildred | Allstate | Funded | No Flood Claim |
| Miller | Dawn & James | York | Funded | No Flood Claim |
| Miller | Makeyah & Ronald Daurham | York | Not Funded | No Flood Claim |
| Miller | Barbara | MacNeil | Funded | No Flood Claim |
| Miller | Makeyah & Ronald A. | York | Not Funded | No Flood Claim |
| Miller | Laura & Ronald | York | Not Funded | No Flood Claim |
| Miller | Theresa | York | Funded | No Flood Claim |
| Miller | Theresa (obo Joseph Banks) | York | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Millet | Michael, Sr. | | Not Funded | No Flood Claim |
| Miira | James | LA Citizens | Not Funded | No Flood Claim |
| Mitchell | Chantele & Rudley Miland | MacNeil | Not Funded | No Flood Claim |
| Mitchell | Melvin | York | Funded | No Flood Claim |
| Moore | Keisha | MacNeil | Funded | No Flood Claim |
| Moore | Charles & Linda | Allstate | Funded | No Flood Claim |
| Moore | Ellen | Allstate | Not Funded | No Flood Claim |
| Moore | Baron O. | First Premium | Funded | No Flood Claim |
| Moore | Robert & Zenobia | ANPAC | Funded | No Flood Claim |
| Morgan | Maxine M. | Allstate | Not Funded | No Flood Claim |
| Betty & Deborah M. Campbell | | | | |
| Morgan | Morgan Johnson | First Premium | Not Funded | No Flood Claim |
| Morris | Kathleen & Ralph | Bankers | Funded | No Flood Claim |
| Mortellaro | Henry, III | Allstate | Not Funded | No Flood Claim |
| Mosley | Leonard & Janie | Union National | Not Funded | No Flood Claim |
| Moten | Willie & Maya | Fidelity | Not Funded | No Flood Claim |
| Moten | Willie & Maya | York | Not Funded | No Flood Claim |
| Moten | Willie & Maya | Scottsdale | Not Funded | No Flood Claim |
| Mudd | Lillie | Allstate | Funded | No Flood Claim |
| Mustacchia | Richard & Darlene Sullivan | MacNeil | Funded | No Flood Claim |
| Napoleon | Charles | Bankers | Not Funded | No Flood Claim |
| Naquin | Daryl & Maqueta | Allstate | Not Funded | No Flood Claim |
| Nelson | Urence & Neotha | Allstate | Not Funded | No Flood Claim |
| Netter | Gary & Warnett Craig | First Premium | Not Funded | No Flood Claim |
| Newman | Evrett & Althea | Lafayette | Not Funded | No Flood Claim |
| Norwood | Shelia W. | Allstate | Funded | No Flood Claim |
| O'Connor | Gloria R. | MacNeil | Funded | No Flood Claim |
| Oddo | Brian | Allstate | Not Funded | No Flood Claim |
| Oferton | Steffene | MacNeil | Funded | No Flood Claim |
| Oldendorf | Norman & Althea | Lafayette | Not Funded | No Flood Claim |
| O'Neal | Melvin & Tharnell | Lafayette | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Ordon | Helen | MacNeil | Not Funded | No Flood Claim |
| Ordon | Helen | MacNeil | Not Funded | No Flood Claim |
| Owney | Ernest, Sr. & Kim | York | Funded | No Flood Claim |
| Palacio | Guillermo | MacNeil | Funded | No Flood Claim |
| Patterson | Ruth | MacNeil | Funded | No Flood Claim |
| Patterson | Ruth | MacNeil | Funded | No Flood Claim |
| Payton | Dana | Scottsdale | Not Funded | No Flood Claim |
| Pearson | Curtis | York | Funded | No Flood Claim |
| Pearson | Kenneth | Allstate | Not Funded | No Flood Claim |
| Pearson | Curtis | York | Funded | No Flood Claim |
| Peck | Lillie | York | Funded | No Flood Claim |
| Penton | Don & Rosemary | Allstate | Not Funded | No Flood Claim |
| Percy | Celestine | First Premium | Funded | No Flood Claim |
| Perez | Carolyn | Bankers | Funded | No Flood Claim |
| Perez | Carolyn | York | Funded | No Flood Claim |
| Perez | Carolyn | York | Funded | No Flood Claim |
| Perkins | Cynthia | Travelers | Not Funded | No Flood Claim |
| Perkins | Charles & Semiko | York | Funded | No Flood Claim |
| Perrette | Yvonne | Travelers | Funded | No Flood Claim |
| Perriatt | Keith & Janet | Lafayette | Not Funded | No Flood Claim |
| Perry | Joan & Albert | First Premium | Funded | No Flood Claim |
| Petty | Willie Maye & Wyatt | First Premium | Not Funded | No Flood Claim |
| Petty | Willie Maye | First Premium | Not Funded | No Flood Claim |
| Phillips | Alberta | First Premium | Funded | No Flood Claim |
| Pierre | Darrel C., Jr. | Lexington | Not Funded | No Flood Claim |
| Plessy | Gisele & Russell | First Premium | Not Funded | No Flood Claim |
| Plessy | Gisele & Russell | First Premium | Not Funded | No Flood Claim |
| Ponson | Iris & Alphonse | Liberty Mutual | Not Funded | No Flood Claim |
| Porche | Shirley | Lafayette | Not Funded | No Flood Claim |
| Powell | Beverly A. Bouligny | Allstate | Funded | No Flood Claim |
| Price | Georgia | Lafayette | Not Funded | No Flood Claim |
| Price | Wanda A. | York | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Price | Kim & Robert | Allstate | Not Funded | No Flood Claim |
| Price | Misty | | Not Funded | No Flood Claim |
| Pugh | Ralph & Antoinette | Bankers | Funded | No Flood Claim |
| Quezaire | Erlinda & Keven | York | Not Funded | No Flood Claim |
| Quezaire | Erlinda & Keven | York | Not Funded | No Flood Claim |
| Rainey | Victoria | ANPAC | Funded | No Flood Claim |
| Rambo | Deroy & Eula | Bankers | Not Funded | No Flood Claim |
| Ramsey | Josie | York | Not Funded | No Flood Claim |
| Ramsey | Josie | York | Not Funded | No Flood Claim |
| Ramsey | James & Judy | Allstate | Not Funded | No Flood Claim |
| Ramsey | Josie | York | Not Funded | No Flood Claim |
| Randolph | Harold | First Premium | Not Funded | No Flood Claim |
| Ray | Johnny & Barbara | Fireman's Fund | Funded | No Flood Claim |
| Raymond | Laura | Allstate | Not Funded | No Flood Claim |
| Raymond | Laura | Allstate | Not Funded | No Flood Claim |
| Raymond | Darrel & Rita | Bankers | Funded | No Flood Claim |
| Reed | Michael | Lloyds of London | Not Funded | No Flood Claim |
| Reese | Florida | Farmers | Not Funded | No Flood Claim |
| Reff | Theresa | Allstate | Funded | No Flood Claim |
| Richard | Charin | Allstate | Funded | No Flood Claim |
| Richard | Barbara & Joseph | MacNeil | Not Funded | No Flood Claim |
| Richland | Camille (Duplessis) | Bankers | Not Funded | No Flood Claim |
| Richardson | Deborah | Allstate | Funded | No Flood Claim |
| Richardson | Deionna | York | Not Funded | No Flood Claim |
| Riles | James (Morning Star Baptist Church) | Guide One Specialty Mutual Ins. Co. | Not Funded | No Flood Claim |
| Riles | James & Frances | MacNeil | Funded | No Flood Claim |
| Ricker | James & Joyce | Allstate | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Rivera | Carlos | Allstate | Not Funded | No Flood Claim |
| Roberts | Inell S. | Bankers | Funded | No Flood Claim |
| Roberts | Inell | State Farm | Funded | No Flood Claim |
| Roberts | Linda | Allstate | Not Funded | No Flood Claim |
| Robertson | Emile | Farm Bureau | Funded | No Flood Claim |
| Robertson | Gerladine | Allstate | Funded | No Flood Claim |
| Robertson | Theresa | Lexington | Not Funded | No Flood Claim |
| Robertson | Elgin & Anette | York | Funded | No Flood Claim |
| Robertson | Gregory | Fidelity | Not Funded | No Flood Claim |
| Robertson | Emile & Verna | Farm Bureau | Funded | No Flood Claim |
| Robinson | Kevin & Lacie | Travelers | Funded | No Flood Claim |
| Robinson | Patricia & Christina | First Premium | Funded | No Flood Claim |
| Robinson | Gilda Burrows & Gregory | Fidelity | Not Funded | No Flood Claim |
| Robinson | Denise & Clarence, Jr. | Lafayette | Not Funded | No Flood Claim |
| Roby | Kerry T. & Mignonette L. | MacNeil | Not Funded | No Flood Claim |
| Rochon | Yvonne | ANPAC | Funded | No Flood Claim |
| Rodriguez | Juana | First Premium | Funded | No Flood Claim |
| Rolling | Leo | Allstate | Funded | No Flood Claim |
| Rome | Ernest, Sr. & Nellie | Allstate | Not Funded | No Flood Claim |
| Rondeno | Colleen & Butler | Travelers | Funded | No Flood Claim |
| Ross | Gregory & Kathy | Allstate | Not Funded | No Flood Claim |
| Ross | Vanessa & John | Balboa | Not Funded | No Flood Claim |
| Roussell | Bruce | MacNeil | Funded | No Flood Claim |
| Roussell | Bruce | MacNeil | Funded | No Flood Claim |
| Rowan | Lynell & Alvin | York | Funded | No Flood Claim |
| Rowan | Alvin & Lynell | York | Not Funded | No Flood Claim |
| Roy | Donna M. | Lafayette | Not Funded | No Flood Claim |
| Ruiz | Ramon & Silda | AAA | Funded | No Flood Claim |
| Rushing | Shirley Ann & Harold | Allstate | Funded | No Flood Claim |
| Sam | Cynthia | MacNeil | Funded | No Flood Claim |
| Sampson | Major | MacNeil | Funded | No Flood Claim |
| Sanders | Dwayne | Horace Mann | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| Sanders | Dwayne | National Lloyds | Not Funded | No Flood Claim |
| Sanders | Dwayne | Scottsdale | Not Funded | No Flood Claim |
| Sanderson | Mike (dba Specialized Commercial Leasing) | | | |
| Santee | Marie | Bankers | Not Funded | No Flood Claim |
| Santee | Lou E. & Marie A. Butler | Bankers | Funded | No Flood Claim |
| Sanville | Louis | Lafayette | Not Funded | No Flood Claim |
| Saul | Yolanda | Lafayette | Funded | No Flood Claim |
| Savwoir | Dalton & Marlene | First Premium | Funded | No Flood Claim |
| Savwoir | Dalton & Marlene | First Premium | Funded | No Flood Claim |
| Scariano | John & Marlene | | Not Funded | No Flood Claim |
| Scariano | Patrick & Elizabeth | First Premium | Funded | No Flood Claim |
| Schexnayder | Iris & Grace | Allstate | Not Funded | No Flood Claim |
| Schexnayder | Jerri Walter | First Premium | Funded | No Flood Claim |
| Schexnayder | Rodney | First Premium | Not Funded | No Flood Claim |
| Robb | Glenn | Third Millinium | Funded | No Flood Claim |
| Smith | Ida | Safeco | Not Funded | No Flood Claim |
| Smith | Edward | Safeco | Not Funded | No Flood Claim |
| Singleton | Setphanie | York | Funded | No Flood Claim |
| Schmidt | Keri | Allstate | Funded | No Flood Claim |
| Schneider | Roy | MacNeil | Funded | No Flood Claim |
| Schneider | Roy | MacNeil | Funded | No Flood Claim |
| Schneider | Bernice | Union National | Not Funded | No Flood Claim |
| Scott | Bessie (Mary Payton obo) | York | Not Funded | No Flood Claim |
| Scott | Cardella | Bankers | Not Funded | No Flood Claim |
| Scott | Bernice (See Above) | Union National | Not Funded | No Flood Claim |
| Scott | Cardella (See Above) | Bankers | Not Funded | No Flood Claim |
| Sheehy | David & Lori | MacNeil | Not Funded | No Flood Claim |
| Sharett | Mary | Allstate | Funded | No Flood Claim |
| Shoals | Paul F., III & Yolanda Johnson | Bankers | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | Ins. Co. | | |
|---|---|---|---|---|
| Signal | Otis | Lafayette | Not Funded | No Flood Claim |
| Sigur | Pamela J. & Tyrone J., Jr. | Allstate | Funded | No Flood Claim |
| Simmons | Benton & Bessie | Allstate | Not Funded | No Flood Claim |
| Simmons | Mark & Joann | MacNeil | Funded | No Flood Claim |
| Simms | Russeles & Staci | AAA | Funded | No Flood Claim |
| Simon | Paul | Travelers | Funded | No Flood Claim |
| Simpson | Wallace | Allstate | Funded | Flood Claim |
| Sims | Elvina & Darryl | First Premium | Funded | No Flood Claim |
| Sims | Aquanetta | LA Citizens | Not Funded | No Flood Claim |
| Sims | Elvina & Darryl | First Premium | Funded | No Flood Claim |
| Singleton | Wilma | Bankers | Not Funded | No Flood Claim |
| Skinner | Stephanie Blouin | Allstate | Funded | No Flood Claim |
| Smith | Martha | First Premium | Funded | No Flood Claim |
| Smith | Cecelia N. & Roger | MacNeil | Funded | No Flood Claim |
| Smith | Jimmet | First Premium | Funded | No Flood Claim |
| Smith | Lee & Myrtle | First Premium | Funded | No Flood Claim |
| Smith | Melvin & Jeanette | MacNeil | Funded | No Flood Claim |
| Smith | Robert | First Premium | Not Funded | No Flood Claim |
| Smith | Robert & Zenobia | First Premium | Not Funded | No Flood Claim |
| Smith | David & Annie | Travelers | Funded | No Flood Claim |
| Smith | Jeanette & Melvin | MacNeil | Funded | No Flood Claim |
| Smothers | Richard & Leslie Clark | Safeco | Funded | No Flood Claim |
| Solomon | Rose Nicholas | York | Not Funded | No Flood Claim |
| Solomon | Rose (See Above) | York | Not Funded | No Flood Claim |
| Sparks | Debra & Obdulio Rodriguez | MacNeil | Funded | No Flood Claim |
| Spotts | Carol | Bankers | Funded | No Flood Claim |
| Morning Star Baptist Church (James Riles, Sr.) | | Guide One Specialty Mutual Ins. Co. | Not Funded | No Flood Claim |
| St. Germain | Darlene | First Premium | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| | | | | |
|---|---|---|---|---|
| St. Paul | Church of God in Christ (Dison) | MacNeil | Not Flood Claim | No Flood Claim |
| Thomas | Karen Jean | | Not Funded | No Flood Claim |
| Stahl | Mark & Troylynne | Allstate | Not Funded | No Flood Claim |
| Starks | Robert & Geraldine & Margarette Ratliff | Bankers | Not Funded | No Flood Claim |
| Stephenson | Joseph & Naomi | Allstate | Not Funded | No Flood Claim |
| Stepter | Chiquilla | Security | Not Funded | No Flood Claim |
| Stevens | Karen | Travelers | Not Funded | No Flood Claim |
| Stewart | Geraldine | York | Funded | No Flood Claim |
| Stills | Dorothy | Allstate | Not Funded | No Flood Claim |
| Stokes | Lillie Mae | York | Funded | No Flood Claim |
| Summers | Mary | First Premium | Funded | No Flood Claim |
| Sutton | Majella A. & Elliot F. | ANPAC | Not Funded | No Flood Claim |
| Mosley | Leonard & Janie | Union National | Funded | No Flood Claim |
| Swindler | Leon | York | Funded | No Flood Claim |
| Sykes | Irene & Don | Bankers | Funded | No Flood Claim |
| Tanner | Florence "Toni" | Allstate | Not Funded | No Flood Claim |
| Tatum | Gertrude | MacNeil | Funded | No Flood Claim |
| Taylor | Annette & Howard & Eunice | MacNeil | Funded | No Flood Claim |
| Taylor | Barbara | Allstate | Funded | No Flood Claim |
| Taylor | Catherine | Lafayette | Not Funded | No Flood Claim |
| Taylor | Rachel | Alea London | Not Funded | No Flood Claim |
| Temple | Kenneth A. & Shirley D. | Allstate | Funded | No Flood Claim |
| Terrell | Robert & Rita Johnson (United Most Worhip) | Travelers | Not Funded | No Flood Claim |
| Terrell | Robert A. & Modonna L. | Merit Plan Ins. Co. | Not Funded | No Flood Claim |

**AGUILAR STATUS**
January 6, 2009
Civil Action No. 07-4852
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Theard | Leroy | Colonial | Not Funded | No Flood Claim |
| Theard | Leroy | Lexington | Not Funded | No Flood Claim |
| Theard | Leroy | Scottsdale | Not Funded | No Flood Claim |
| Thibodeaux | Anthony | American Security | Funded | No Flood Claim |
| Thomas | Mary & Harold | Allstate | Funded | No Flood Claim |
| Thomas | Keiwana H. & Corey | York | Not Funded | No Flood Claim |
| Thomas | Gwenmyth | | Not Funded | No Flood Claim |
| Thrower | Timothy, Sr. & Mary | Allstate | Not Funded | No Flood Claim |
| Tillman | Byron & Pat | Lafayette | Not Funded | No Flood Claim |
| Townsend | Ida | Allstate | Funded | No Flood Claim |
| Townsend | Wanda M. & Lonnie G., Jr. | Allstate | Not Funded | No Flood Claim |
| Travis | Nicole & Carlo | York | Not Funded | No Flood Claim |
| Travis | Evelyn | Allstate | Not Funded | No Flood Claim |
| Trouilliere | Janice | | Not Funded | No Flood Claim |
| Truxillo | Mary & Lawrence | York | Funded | No Flood Claim |
| Tubbs | John | | Not Funded | No Flood Claim |
| Turner | Mary & Joseph | Fidelity | Not Funded | No Flood Claim |
| United Most Worship | King George AF & AM & Queen Vasnti (Robert & Rita Johnson) | Travelers | Not Funded | No Flood Claim |
| Valenti | Vincent & Elizabeth | Encompass | Not Funded | No Flood Claim |
| Varghese | Wilson & Gigi | Lexington | Not Funded | No Flood Claim |
| Vaughn | Leon Ellis | American Security | Funded | No Flood Claim |
| Versowsky | Marie C. | Hanover | Funded | No Flood Claim |
| Villavasso | Donald & Kathleen | Allstate | Funded | No Flood Claim |
| Vincent | Wilhemena | | Not Funded | No Flood Claim |
| Walker | Betty B. | Allstate | Not Funded | No Flood Claim |
| Walker | Germaine D. | AAA | Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
Civil Action No. 07-4852
Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Walker | Evangeline & Perry | Bankers | Not Funded | No Flood Claim |
| Walker | Shelia | American Security | Funded | No Flood Claim |
| Walker | John, Jr. | | Not Funded | No Flood Claim |
| Walker | Evangeline & Perry (See Above) | | | |
| Walton | Alvin M., Sr. & Carolyn T. | Bankers | Not Funded | No Flood Claim |
| Warren | Ernest | Allstate | Funded | No Flood Claim |
| Washington | Lorraine LeBlanc | MacNeil | Not Funded | No Flood Claim |
| Washington | Terrance & Sonia | York | Funded | No Flood Claim |
| Washington | Annie | Allstate | Not Funded | No Flood Claim |
| Washington | Darryl | Horace Mann | Funded | No Flood Claim |
| Washington | Shelia & Wendell | MacNeil | Funded | No Flood Claim |
| Washington | Dinah & Howard | Bankers | Funded | No Flood Claim |
| Washington | Howard & Dinah | Lexington | Not Funded | No Flood Claim |
| Washington | Jessie | | Not Funded | No Flood Claim |
| Washington | Jessie & Shelia | LA Citizens | Not Funded | No Flood Claim |
| Washington | Wendell | First Premium | Funded | No Flood Claim |
| Washington | Florel | MacNeil | Funded | No Flood Claim |
| Watkins | James | AAA | Funded | No Flood Claim |
| Weber | Denise & Alfred | MacNeil | Not Funded | No Flood Claim |
| Wells | Alma & Frank, Jr. | MacNeil | Funded | No Flood Claim |
| Wells | Merdis | Bankers | Not Funded | No Flood Claim |
| Wheeler | Celestine Percy | Bankers | Funded | No Flood Claim |
| Wheeler | Roman & Annie | First Premium | Funded | No Flood Claim |
| Wheeler | Daniel P. | State Farm | Not Funded | No Flood Claim |
| White | Zina Marie | | Not Funded | No Flood Claim |

**AGUILAR STATUS**
**January 6, 2009**
**Civil Action No. 07-4852**
**Jim S. Hall Associates Clients**

| Last Name | First Name | Insurer | Funded | Flood Claim |
|---|---|---|---|---|
| White | Roxylin | Allstate | Not Funded | No Flood Claim |
| Whittley | Carrie Marie | First Premium | Not Funded | No Flood Claim |
| Wicks | Patrick | First Premium | Not Funded | No Flood Claim |
| Darensbourg | Everette & Karen Wilhemena | | | No Flood Claim |
| | Vincent | Encompass | | No Flood Claim |
| Williams | Sarah | Allstate | Not Funded | No Flood Claim |
| Williams | Joyce & Clifford Polk | Allstate | Funded | No Flood Claim |
| Williams | Cassandra & Lawrence | Republic | Not Funded | No Flood Claim |
| Williams | Alvin | Liberty Mutual | Funded | No Flood Claim |
| Williams | Phyllis | Allstate | Not Funded | No Flood Claim |
| Williams | Walter T. & Nancy | Met Life | Not Funded | No Flood Claim |
| Williams | Gwendolyn & Michael | Bankers | Funded | No Flood Claim |
| Williams | Joseph L. & Kesa | York | Funded | No Flood Claim |
| Williams | Donna | American Security | Funded | No Flood Claim |
| Williams | Brenda & Ronnie | Lafayette | Not Funded | No Flood Claim |
| Williams | Michael | First Premium | Funded | No Flood Claim |
| Williams | Vanessa | Liberty Mutual | Funded | No Flood Claim |
| Williams | Brenda | Allstate | Not Funded | No Flood Claim |
| Williams | Minnie & Louis | | Not Funded | No Flood Claim |
| Williams | Nellie | Republic | Not Funded | No Flood Claim |
| Williams | Lawrence | Allstate | Not Funded | No Flood Claim |
| Williams | Louis | Allstate | Not Funded | No Flood Claim |
| Williams | Phyllis | Allstate | Not Funded | No Flood Claim |
| Williams | Ralph | Allstate | Not Funded | No Flood Claim |
| Williams | Sarah | Allstate | Not Funded | No Flood Claim |
| Williams | Shirley & Arthur | Allstate | Not Funded | No Flood Claim |
| Williams | Dawn | York | Not Funded | No Flood Claim |
| Wilson | Ella | York | Not Funded | No Flood Claim |
| Wilson | Japeriet R. | MacNeil | Funded | No Flood Claim |
| Winchester | Jeffery G. & Dimitri C. | Allstate | Not Funded | No Flood Claim |

# AGUILAR STATUS
## January 6, 2009
### Civil Action No. 07-4852
### Jim S. Hall Associates Clients

| | | | | |
|---|---|---|---|---|
| Winder | Kim & Kerry | Allstate | Not Funded | No Flood Claim |
| Winston | Leaudrey | MacNeil | Funded | No Flood Claim |
| Womack | Gail Young | | Not Funded | No Flood Claim |
| Woodard | Lorraine LeBlanc | First Premium | Not Funded | No Flood Claim |
| Woods | Rosa | Lafayette | Not Funded | No Flood Claim |
| Wright | Donald & Lois | Met Life | Funded | No Flood Claim |
| Wright | Keisha | Balboa | Not Funded | No Flood Claim |
| Yarbrough | Fred & Merline | LA Citizens | Not Funded | No Flood Claim |
| Young | Rob Irvin | Allstate | Not Funded | No Flood Claim |
| Young | Floyd | Allstate | Funded | No Flood Claim |
| Young | Irvin | Scottsdale | Not Funded | No Flood Claim |
| Young | Irvin | Scottsdale | Not Funded | No Flood Claim |
| Young | Raymond & Hilda | First Premium | Funded | Flood Claim |
| Youngblood | Denise & Johnnie | Lloyds of London | Not Funded | No Flood Claim |
| Zelaya | Arnaldo | Allstate | Funded | No Flood Claim |