# BECNEL LAW FIRM, L.L.C.

### ATTORNEYS AND COUNSELORS AT LAW

DANIEL E. BECNEL, JR.[1]
DANIEL E. BECNEL, III[1]
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADOR CHRISTINA, JR.
WILLIAM PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL[1]
KELLY M. MORTON
OF COUNSEL:
JUDGE RUCHE J. MARINO
(RETIRED)
[1] Also Admitted in Colorado

106 WEST SEVENTH STREET
P. O. DRAWER H
RESERVE, LOUISIANA 70084
AREA CODE 985
536-1186
FAX NO. 536-6445

NOTARIES PUBLIC

LAPLACE OFFICE:
425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
AREA CODE 985
651-6101
FAX NO. 651-6104

January 5, 2009

**VIA HAND DELIVERY**
Honorable Joseph C. Wilkinson, Jr.
United States District Court, Eastern District of Louisiana
500 Poydras Street, Ste. B409
New Orleans, LA 70130

Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    USDC, EDLA, ▓▓▓▓▓▓▓▓▓

Dear Judge Wilkinson:

Enclosed herewith is a spreadsheet in connection with the above-captioned matter which specifies the posture of each claim within the *Alexander* mass joinder. Please do not hesitate to contact me should you have any questions concerning the foregoing.

Sincerely yours,

[signature]

| Defendant/Insurer | Plaintiff Last Name | Plaintiff First Name | Disposition/Resolution Process | Recommended remedy |
|---|---|---|---|---|
| Automobile Club Family Ins | Bazer | Toni | Settlement Pending | |
| Automobile Club Family Ins | Chevalier | Carol | Dismissed | |
| Automobile Club Family Ins | Dent | Laura | DISMISSAL DISCUSSED | |
| Automobile Club Family Ins | Hamilton | Lonzo & Tiffany | Settlement Pending | |
| Automobile Club Family Ins | Mercandel | Debra | Settlement Pending | |
| Automobile Club Inter-Insu | McKnight | Bessie | Dismissed | |
| Allstate | Blackman | Easter & Eugene | Settlement Pending | |
| Allstate | Bridgewater | Robert & Leslie | Settlement Pending | |
| Allstate | Collins | Jennifer & George | Awaiting Road Home Approval | |
| Allstate | Foster | Priscilla | Settlement Pending | |
| Allstate | Gerlinger | Allen & Christie | Settlement Pending | |
| Allstate | Hill | Frederick | Settlement Pending | |
| Allstate | Johnson, III | Helena & Chatman | Dismissed | |
| Allstate | Sanchez | Mary | Awaiting Road Home Approval | |
| Allstate | Valentine | Sheila | Awaiting Road Home Approval | |
| Allstate | Bevins | Robin Phillips | Settlement Pending | |
| Allstate | Bradford | Lena Buckels | Awaiting Road Home Approval | |
| Allstate | Brooks | Henry & Bridget | Awaiting Road Home Approval | |
| Allstate | Christophe | Arthur | Awaiting Road Home Approval | |
| Allstate | Cordier | Dorothy | Awaiting Road Home Approval | |
| Allstate | Davis | Caroline | Settlement Pending | |
| Allstate | Duronslet | Sylvia | Awaiting Road Home Approval | |
| Allstate | Duckert | Milton | Settlement Pending | |
| Allstate | Farve, Sr. | Joseph | Awaiting Road Home Approval | |
| Allstate | Flauss | Emile & Beverly | Awaiting Road Home Approval | |
| Allstate | Gathright | Eldrean | Dismissed | |
| Allstate | Goertz | Kevin & Katherine | Awaiting Road Home Approval | |
| Allstate | Holloway | Audrey & Sharon | Settlement Pending | |
| Allstate | Kennedy | Jean C. | Awaiting Road Home Approval | |
| | Markeith | Marilyn | Settled with other attorney | No longer represents client |
| Allstate | Simon | Patricia & Rodney | Awaiting Road Home Approval | day Order |
| Allstate | Tolliver | Margaret | Awaiting Road Home Approval | day Order |
| Allstate | Wright | Gertrude | Settlement Pending | t yet funded |
| Allstate | Butler | Deborah | Awaiting Road Home Approval | day Order |



| Insurance Company | Last Name | First Name | Status | Notes |
|---|---|---|---|---|
| Allstate | Butler | Clarice | Settlement Pending | Not yet funded |
| Allstate | Capers | Maggie | Awaiting Road Home Approval | day Order |
| Allstate | Pierre | Darleen | Settlement Pending | t yet funded |
| Allstate | Richerson | Lucille | Awaiting Road Home Approval | day Order |
| Allstate | Swanson | Henry | Awaiting Road Home Approval | day Order |
| Allstate | Karr | Clifton & Robben | Awaiting Road Home Approval | day Order |
| ~~Bankers Insurance Company / Fidelity~~ | | | No discussions as of yet | ver |
| ~~Fidelity Insurance Exchange Bonds for A.C. & Ayd Verton~~ | Juanita | Gary | No discussions as of yet | ver |
| ~~Federal Insurance Compan Elledge~~ | | | No discussions as of yet | ver |
| Fidelity National Insurance | Marion | Simone | Dismissed | ismissed with prejudice |
| Fidelity National Insurance | Patterson | JoAnn | Dismissed | Dismissed with prejudice |
| The Hanover Insurance Co. | Crawford | Shirley | Duel representation | ismiss without prejudice |
| Hartford Insurance Compal | Fehn | Anna & George | OFFER MADE | aiting client info to counter |
| Hartford Insurance Compal | Haydel | Donald | OFFER MADE | aiting client info to counter |
| Hartford Insurance Compal | Hayes | D'Wanna | OFFER MADE | aiting client info to counter |
| Hartford Insurance Compal | Vincent | Calvin | OFFER MADE | aiting client info to counter |
| Horace Mann and Teacher: | Alexander | Jerald & Carolyn | OFFER MADE | aiting client info to counter |
| Lexington Insurance Comp: | Stafford | Gaynell | Discussions ongoing | er |
| ~~Lexington Insurance Comp:~~ | Smith | Frank & Carol | Discussions ongoing | er |
| Liberty Mutual Fire Insuran | Barnes | Irene & Otheo | TENTATIVE SETTLEMENT | o day Order |
| Liberty Mutual Fire Insuran | Sanderson, II | Richard | TENTATIVE SETTLEMENT | day Order |
| Maryland Casualty Compar | Sanderson | Eve & Robert | No discussions as of yet | Sever |
| Massachussetts Bay Insuran | Kazik | Louanna | Settlement Pending | day Order |
| Metropolitan Propert & Ca | Artus | Ellis & Lynn | Discussions ongoing | Sever |
| National Fire & Indemnity I | Bordelon | Shoun | Discussions ongoing | Sever |
| National Lloyds Insurance ( | Evans | Rhonda | DISCUSSIONS ONGOING | Sever |
| Republic Fire & Casualty In | Doucette | Barbara | Discussions ongoing | Sever |
| Republic Fire & Casualty In | Trevigne | Sharon | DISMISSED | Dismissed with prejudice |
| Safeco Insurance and Gene Brown | | | Discussions ongoing | Sever |
| ~~Scottsdale Insurance Comp~~ | Calhoun | Geraldine | Discussions ongoing | Sever |
| ~~Scottsdale Insurance Comp~~ | Fischer | James Andrew | DISCUSSIONS ONGOING | er > EXCOD PLACE |
| Southwest Business Corpor | Howard | Danny & Deidre | DISCUSSIONS ONGOING | Sever |
| State Farm | Allen | Odell & Joyce | Settlement Pending | t yet funded |
| State Farm | Bass | Troylynn | Settlement Pending | t yet funded |
| State Farm | Boyd | Tammy | Awaiting Road Home Approval | day Order |

Repondu 1/16/2008 07-4538 (2)

| Insurer | Last Name | First Name | Status | Notes |
|---|---|---|---|---|
| State Farm | Campo | Michael & Sherry | Awaiting Road Home Approval | day Order |
| State Farm | Chin | Lionel & Shirley | Client to return release | day Order |
| State Farm | Foxworth | Easter & Billy Joe | Client to return release | t yet funded |
| State Farm | Francis, Sr. | Kermit | Settlement Pending | t yet funded |
| State Farm | Fuselier | Evelyn & Michael Binden | Client to return release | t yet funded |
| State Farm | Galy | Austin | Settlement Pending | t yet funded |
| State Farm | Gomez | Carlos | Settlement Pending | t yet funded |
| State Farm | Griffith | Jean | Awaiting Road Home Approval | day Order |
| State Farm | Howard | Roslyn & Wayne | Settlement Pending | t yet funded |
| State Farm | Jones, III | Leonard | Settlement Pending | t yet funded |
| State Farm | Kennedy | Christopher | Settlement Pending | t yet funded |
| State Farm | Lee | Leonard & Ann | Awaiting Road Home Approval | day Order |
| State Farm | McMillian | Dewitt & Melvina | Dismissed | Dismissed with prejudice |
| State Farm | Oubre | Hurby | Awaiting Road Home Approval | day Order |
| State Farm | Parker | Allen | Awaiting Road Home Approval | day Order |
| State Farm | Sinsone | James | Withdrew | |
| State Farm | Schurr | Ronald | Awaiting Road Home Approval | day Order |
| State Farm | Spurlock | Venola | Settlement Pending | t yet funded |
| State Farm | Woods | Debra | Awaiting Road Home Approval | day Order |
| State Farm | Wayman | Robert | Settlement Pending | t yet funded |
| State Farm | Kendrick | James & Gloria | Awaiting Road Home Approval | day Order |
| State Farm | Crawford | Darleen | Awaiting Road Home Approval | day Order |
| State Farm | Colburn | Lisa | Awaiting Road Home Approval | day Order |
| Travelers Indemnity Co. an Brealy | Janet | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an Duffes | April, Clarence & Tiffany | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an ??? | Elaine | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an Keys | Reginald & Cynthia | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an McClue | Bruce & Helena | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an ??? | Debbie | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an Shroth | Shirley | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an Wolfe | Calita & Don | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an Sonneaux | Brian & Dierdre | | OFFER MADE | Awaiting client info to counter |
| Travelers Indemnity Co. an Woods | Doris | | OFFER MADE | Awaiting client info to counter |
| United Fire & Indemnity an Emery | John | | Dismissed | Dismissed with prejudice |
| United Fire & Indemnity an Jones, Sr. | Sam | | Dismissed | Dismissed with prejudice |

| | | |
|---|---|---|
| United Fire & Indemnity an Scott | | Dismissed |
| United Fire & Indemnity an Powell | | Dismissed |
| | | |
| Gwendolyn Doyle & Doris | | Dismissed |

*(handwritten annotations: "MRE CLOVPS", "SAW CLOVRS", "Randler / Kesper 07-4538", illegible marks)*