Handwritten notes:
BRUNO'S REPORT
Allen 07-5111   1.8-09
Both in both
05-4182
07-5111

| | | | | | |
|---|---|---|---|---|---|
| 07-5111 | Adams | Beverly | Dismissed | | State Farm | JBA04818 |
| 07-5111 | Aguillard | Calvin | Dismissed | | State Farm | JBA05270 |
| 07-5111 | Alden | Aramburo | Dismissed | 12/18/2008 | State Farm | JBA04286 |
| 07-5111 | Alexander | D'Juan | Dismissed wo | | State Farm | JBA05337 |
| 07-5111 | Alexander | Reynaud | Dismissed wo | | State Farm | JBA05470-02 |
| 07-5111 | ALEXANDER | TERRI | Dismissed wo | | State Farm | JBA03806 |
| 07-5111 | Alfred | Michele | Dismissed | 12/18/2008 | State Farm | JBA03364 |
| 07-5111 | Allain | Angela | Dismissed | | State Farm | JBA06476 |
| 07-5111 | Allen | James | Dismissed | 9/5/2008 | State Farm | JBA04435 |
| 07-5111 | Amacker | Camile | Dismissed wo | | State Farm | JBA05074 |
| 07-5111 | Amour | Rosalind | | | State Farm | JBA04037 |
| 07-5111 | Anastasiadis | Elizabeth | Dismissed | 12/18/2008 | State Farm | JBA04928 |
| 07-5111 | Anderson | James | Dismissed | 9/5/2008 | State Farm | JBA05041 |
| 07-5111 | Anderson | James | Dismissed | 9/5/2008 | State Farm | JBA05064 |
| 07-5111 | Anderson | Leetrice | Dismissed wo | | State Farm | JBA06273 |
| 07-5111 | Andrews | Eddie | | | State Farm | JBA07081 |
| 07-5111 | Andrews | Hettie | Dismissed wo | | State Farm | JBA05997 |

| Case | Last Name | First Name | Status | Date | Insurer | Claim # |
|---|---|---|---|---|---|---|
| 07-5111 | Andrews | Mattie | | | State Farm | JBA04277 |
| 07-5111 | Andry | Ronald | Dismissed wo | | State Farm | JBA04008 |
| 07-5111 | Anglin | Betty | Dismissed | 12/18/2008 | State Farm | JBA05158 |
| 07-5111 | Anthony | Patricia | Dismissed wo | | State Farm | JBA05057 |
| 07-5111 | Arceneaux | Douglas | Dismissed | 12/18/2008 | State Farm | JBA07467 |
| 07-5111 | Arceneaux | Inez | Dismissed wo | | State Farm | JBA06102 |
| 07-5111 | Armstead | Cindy | Dismissed wo | | State Farm | JBA07296 |
| 07-5111 | Arnold | Eugene | Dismissed wo | | State Farm | JBA05302 |
| 07-5111 | Augustus | Doretha | Dismissed wo | | State Farm | JBA06329 |
| 07-5111 | Auzenne | Mary | Dismissed wo | | State Farm | JBA03459 |
| 07-5111 | Baber | Syed | | | State Farm | JBA04180 |
| 07-5111 | Bachus | Herbert | Dismissed wo | | State Farm | JBA06321 |
| 07-5111 | Bailey | Rodney | Dismissed wo | | State Farm | JBA05460 |
| 07-5111 | Baldwin | Quindell | Dismissed wo | | State Farm | JBA06141 |
| 07-5111 | BARBER | ELOISE | Dismissed wo | | State Farm | JBA03349 |
| 07-5111 | Barcia | Anthony | Dismissed | 12/18/2008 | State Farm | JBA06095 |
| 07-5111 | Barcia | Cathy | Dismissed wo | | State Farm | JBA07129 |
| 07-5111 | Barnes | Alvin | Dismissed | 12/18/2008 | State Farm | JBA05050 |
| 07-5111 | Barre | Mary | Dismissed | 9/5/2008 | State Farm | JBA04672 |
| 07-5111 | BARTHOLOMEW | ALICE | Dismissed | 9/5/2008 | State Farm | JBA03568 |
| 07-5111 | BASTIAN | STACEY | | | State Farm | JBA03371 |
| 07-5111 | Bastian | Warren | Dismissed | 9/5/2008 | State Farm | JBA04033-01 |
| 07-5111 | Bastian | Warren | Dismissed | 12/18/2008 | State Farm | JBA04033-02 |
| 07-5111 | Bates | Joseph | | | State Farm | JBA04289 |
| 07-5111 | Battley | Linda | Dismissed wo | | State Farm | JBA04052 |
| 07-5111 | Baudoin | Deborah | | | State Farm | JBA03302 |
| 07-5111 | Beaulieu | Ronald | Dismissed wo | | State Farm | JBA05603 |
| 07-5111 | Becknel | Richetta | Dismissed | 12/18/2008 | State Farm | JBA03986 |
| 07-5111 | Bell | Carol | Dismissed | 12/18/2008 | State Farm | JBA04251 |
| 07-5111 | BENJAMIN | VELMA | Dismissed wo | | State Farm | JBA03378 |
| 07-5111 | Bennett | Gus | Dismissed | 9/5/2008 | State Farm | JBA05981 |
| 07-5111 | Bennette | Anthony | Dismissed | | State Farm | JBA02733 |
| 07-5111 | Berry | Wanda | Dismissed | 12/18/2008 | State Farm | JBA03706 |
| 07-5111 | Berzat | Clarence | | | State Farm | JBA05283 |
| 07-5111 | Beverly | Ernestine | Dismissed wo | | State Farm | JBA06131 |
| 07-5111 | Bickham | Esco | Dismissed wo | | State Farm | JBA05073-02 |
| 07-5111 | Bickham | Esco | Negotiated | | State Farm | JBA05073-01 |
| 07-5111 | Billington | Mary | Dismissed wo | | State Farm | JBA05644 |
| 07-5111 | Black | Clifton | Dismissed wo | | State Farm | JBA05964 |
| 07-5111 | Blanchard | David | Dismissed wo | | State Farm | JBA07277 |
| 07-5111 | Blanchard | Wellington | Dismissed | 9/5/2008 | State Farm | JBA05566 |
| 07-5111 | Bloom | Jonathan | Dismissed | | State Farm | JBA05574-02 |
| 07-5111 | Bloom | Jonathan | Dismissed | | State Farm | JBA05574-03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-5111 | Bock | Dorothy | Dismissed wo | | State Farm | JBA03282 |
| 07-5111 | Bonck | James | Dismissed wo | | State Farm | JBA05310-02 |
| 07-5111 | BOSWORTH | JANE | Dismissed | | State Farm | JBA03333 |
| 07-5111 | Bourgeois | George | Dismissed | 4/9/2008 | State Farm | JBA06468 |
| 07-5111 | Bowers | Amanda | | | State Farm | JBA05445 |
| 07-5111 | Bowser | Thomas | Dismissed wo | | State Farm | JBA07174 |
| 07-5111 | Boyd | Stephanie | Dismissed wo | | State Farm | JBA07340 |
| 07-5111 | Bradford | Marlon | Dismissed wo | | State Farm | JBA05807 |
| 07-5111 | Bradley | Evangeline | Dismissed | | State Farm | JBA04541 |
| 07-5111 | BRADY | VANCE | Dismissed wo | | State Farm | JBA03552 |
| 07-5111 | Brassette | Edward | Dismissed wo | | State Farm | JBA05918 |
| 07-5111 | Bratton | Earnestine | | | State Farm | JBA04624 |
| 07-5111 | Breland | Lucille | Dismissed wo | | State Farm | JBA05716 |
| 07-5111 | Bridgewater | Alvin | Dismissed | | State Farm | JBA05973 |
| 07-5111 | Bridgewater | Leroy | Dismissed | 12/18/2008 | State Farm | JBA03292 |
| 07-5111 | Bright | Sharon | | | State Farm | JBA03280 |
| 07-5111 | Brinson | Belinda | Dismissed wo | | State Farm | JBA07182 |
| 07-5111 | Briscoe | Brazella | Dismissed wo | | State Farm | JBA05675 |
| 07-5111 | Brister | Mable | Dismissed wo | | State Farm | JBA06009 |
| 07-5111 | Brooks | Elaine | Dismissed wo | | State Farm | JBA05715 |
| 07-5111 | Brooks | Jacklyn | Dismissed | 7/28/2008 | State Farm | JBA02200 |
| 07-5111 | Brooks | Roberts | Dismissed wo | | State Farm | JBA05828 |
| 07-5111 | Broussard | Elaine | Dismissed | 12/18/2008 | State Farm | JBA03285 |
| 07-5111 | Brown | Brina | Dismissed wo | | State Farm | JBA06407 |
| 07-5111 | Brown | Eddie | Dismissed | 9/5/2008 | State Farm | JBA05673 |
| 07-5111 | Brown | Gary | Dismissed | 12/18/2008 | State Farm | JBA06420 |
| 07-5111 | Brown | Patricia | | | State Farm | JBA06383-02 |
| 07-5111 | Brown | Vanessa | Dismissed wo | | State Farm | JBA05144 |
| 07-5111 | Bruce | Frederick | Dismissed wo | | State Farm | JBA05043 |
| 07-5111 | Brumfield | Jessie | Dismissed wo | | State Farm | JBA07119 |
| 07-5111 | Bruno | Deborah | Dismissed | | State Farm | JBA06483 |
| 07-5111 | Budde | Sue | Dismissed wo | | State Farm | JBA06159 |
| 07-5111 | Buras | Keith | Dismissed | 12/18/2008 | State Farm | JBA04123 |
| 07-5111 | Burnett | Justin | Dismissed wo | | State Farm | JBA03277 |
| 07-5111 | Burton | Barbara | | | State Farm | JBA05829 |
| 07-5111 | Burton | Palema | Dismissed | 9/5/2008 | State Farm | JBA05944 |
| 07-5111 | Butler | Gail | Dismissed | | State Farm | JBA05038 |
| 07-5111 | Butler | Sheila | Dismissed wo | | State Farm | JBA03299 |
| 07-5111 | Butler | Sheila | Dismissed wo | | State Farm | JBA03299-02 |
| 07-5111 | Butler | Sheila | Dismissed wo | | State Farm | JBA03299-03 |
| 07-5111 | Buxton | Forest | Dismissed | 9/5/2008 | State Farm | JBA07079 |
| 07-5111 | Cacioppo | Anthony | Dismissed | 9/5/2008 | State Farm | JBA04592 |
| 07-5111 | Cade | Patricia | Dismissed wo | | State Farm | JBA04794 |

| Case | Last Name | First Name | Status | Date | Insurer | Claim # |
|---|---|---|---|---|---|---|
| 07-5111 | Cambrice | Larry | Dismissed | | State Farm | JBA02842 |
| 07-5111 | Camp | Carmella | Dismissed wo | | State Farm | JBA06253 |
| 07-5111 | Camp | Carmella | Dismissed wo | | State Farm | JBA06253-02 |
| 07-5111 | Campo | Donald | Dismissed wo | | State Farm | JBA06237 |
| 07-5111 | Campo | Phyllis | Dismissed wo | | State Farm | JBA04779 |
| 07-5111 | Cannon | Lionel | Dismissed wo | | State Farm | JBA03215 |
| 07-5111 | Cantrell | Mary Ann | Dismissed | 4/11/2008 | State Farm | JBA06370-01 |
| 07-5111 | Caples | Della | Dismissed | 9/5/2008 | State Farm | JBA05173 |
| 07-5111 | Cardinale | Marion | Dismissed wo | | State Farm | JBA05340 |
| 07-5111 | Carr | St. Clair | Dismissed | 12/18/2008 | State Farm | JBA05435 |
| 07-5111 | Carter | Solomon | Dismissed wo | | State Farm | JBA05287 |
| 07-5111 | Chao | Jorge | Dismissed wo | | State Farm | JBA06198 |
| 07-5111 | CHARBONNET | GELAMCIO | Dismissed | 12/18/2008 | State Farm | JBA03348 |
| 07-5111 | Chatelain | Stephanie | Dismissed | 12/18/2008 | State Farm | JBA04551 |
| 07-5111 | Chenevert | Mark | Dismissed wo | | State Farm | JBA07183 |
| 07-5111 | Chenier | Kenny | Dismissed | | State Farm | JBA05025 |
| 07-5111 | Cherry | Danny | Dismissed wo | | State Farm | JBA06376 |
| 07-5111 | Chissell | John | Dismissed wo | | State Farm | JBA04055 |
| 07-5111 | Claude | D'Antonio | Dismissed | 12/18/2008 | State Farm | JBA05184 |
| 07-5111 | Clay | Janice | Dismissed | | State Farm | JBA04759 |
| 07-5111 | Clayton | Robert | Dismissed | 12/18/2008 | State Farm | JBA03852 |
| 07-5111 | Clements | Lori | Dismissed | 12/18/2008 | State Farm | JBA04838 |
| 07-5111 | Coffey | Elcentric | Dismissed | 12/18/2008 | State Farm | JBA03874 |
| 07-5111 | Cogdell | Betsy | Dismissed wo | | State Farm | JBA05175 |
| 07-5111 | Cojoe | Raymond | Dismissed | | State Farm | JBA03251 |
| 07-5111 | Collins | Larry | Dismissed | | State Farm | JBA05030 |
| 07-5111 | Colombo | Anthony | Dismissed wo | | State Farm | JBA07162 |
| 07-5111 | Combre | Almonie | Dismissed wo | | State Farm | JBA05993 |
| 07-5111 | Conerly | William | Dismissed | 12/18/2008 | State Farm | JBA05029 |
| 07-5111 | Conrad | Cheryl | Dismissed | 12/18/2008 | State Farm | JBA04221 |
| 07-5111 | Conrad | Ollie | Dismissed wo | | State Farm | JBA07000 |
| 07-5111 | Cook | Henry | Dismissed | 9/5/2008 | State Farm | JBA04318 |
| 07-5111 | Cook | Iris | Dismissed wo | | State Farm | JBA06025 |
| 07-5111 | Cookmeyer | Randy | | | State Farm | JBA05685 |
| 07-5111 | Cooper | Dwayne | Dismissed | 12/18/2008 | State Farm | JBA07188 |
| 07-5111 | Cooper | Errol | Dismissed wo | | State Farm | JBA05028 |
| 07-5111 | Coulon | Melanie | Dismissed wo | | State Farm | JBA07004 |
| 07-5111 | Cousin | Doris | Dismissed wo | | State Farm | JBA03470 |
| 07-5111 | Cox | Crystal | Dismissed | 12/18/2008 | State Farm | JBA05408 |
| 07-5111 | Crawford | Ken | Dismissed wo | | State Farm | JBA05063 |
| 07-5111 | Crosier | Lee | Dismissed | 9/5/2008 | State Farm | JBA03984 |
| 07-5111 | Cullier | Jerome | Dismissed wo | | State Farm | JBA05658 |
| 07-5111 | Cullier | Deloris | Dismissed | 12/18/2008 | State Farm | JBA04161 |

| Case | Last Name | First Name | Status | Date | Defendant | Claim No. |
|---|---|---|---|---|---|---|
| 07-5111 | Curry | Hassann | Dismissed | 12/18/2008 | State Farm | JBA05024 |
| 07-5111 | Dabney | Wyanda | Dismissed wo | | State Farm | JBA06339 |
| 07-5111 | Dabney | Yanda | Dismissed wo | | State Farm | JBA05709 |
| 07-5111 | Dandridge | Corrine | | | State Farm | JBA05684 |
| 07-5111 | Daniels | Carol | Dismissed | | State Farm | JBA04571 |
| 07-5111 | Danton | Beverly | Dismissed wo | | State Farm | JBA04801 |
| 07-5111 | Davalle | Gail | Dismissed | 12/18/2008 | State Farm | JBA04557 |
| 07-5111 | Davenport | Glenniece | Dismissed wo | | State Farm | JBA05948 |
| 07-5111 | Davillier | Michael | | | State Farm | JBA06348 |
| 07-5111 | Davis | Dianna | Dismissed | | State Farm | JBA04388 |
| 07-5111 | Davis | Gregory | Negotiated | | State Farm | JBA03768 |
| 07-5111 | Davis | James | Dismissed | | State Farm | JBA02727 |
| 07-5111 | Davis | Joe | Dismissed wo | | State Farm | JBA06056 |
| 07-5111 | Davis | Louis | Dismissed | | State Farm | JBA05023 |
| 07-5111 | Davis | Terry | Dismissed | 12/18/2008 | State Farm | JBA05021 |
| 07-5111 | Davis | Willie Mae | Dismissed | | State Farm | JBA04255 |
| 07-5111 | Dean | Vanesa | Dismissed | 9/5/2008 | State Farm | JBA04692 |
| 07-5111 | Demas | Darren | Dismissed | 12/18/2008 | State Farm | JBA03667 |
| 07-5111 | Dennison | Janice | Dismissed | | State Farm | JBA03835 |
| 07-5111 | Derbyshire | Cynthia | Dismissed | 12/18/2008 | State Farm | JBA05848 |
| 07-5111 | Deschamp | Bernie | Dismissed | | State Farm | JBA04204 |
| 07-5111 | DEXTER | NELSON | Dismissed | | State Farm | JBA03236 |
| 07-5111 | Dickerson | Normalee | Dismissed wo | | State Farm | JBA05707 |
| 07-5111 | Dimiggio | Carol | Dismissed | 12/18/2008 | State Farm | JBA04788 |
| 07-5111 | Dixon | Connie | Dismissed | | State Farm | JBA02858 |
| 07-5111 | Dixon | Lanier | Dismissed wo | | State Farm | JBA06186 |
| 07-5111 | Doley | Louise | | | State Farm | JBA04375 |
| 07-5111 | Dominick | Jeanne | Dismissed wo | | State Farm | JBA06194 |
| 07-5111 | DONNELLY | HOLLY | Dismissed | 12/18/2008 | State Farm | JBA03243-01 |
| 07-5111 | DONNELLY | HOLLY | Dismissed | 12/18/2008 | State Farm | JBA03243-02 |
| 07-5111 | Donnelly | Jerome | Dismissed wo | | State Farm | JBA05785 |
| 07-5111 | Douglas | Joseph | Dismissed wo | | State Farm | JBA07190 |
| 07-5111 | Dourrieu | Anna | Dismissed | 12/18/2008 | State Farm | JBA06196 |
| 07-5111 | Duchane-Langford | Nicole | Dismissed | 12/18/2008 | State Farm | JBA06203 |
| 07-5111 | Ducos | Laura | Dismissed wo | | State Farm | JBA05926 |
| 07-5111 | Ducote | Raymond | Dismissed | 12/18/2008 | State Farm | JBA04498 |
| 07-5111 | Duffy | Thomas | Dismissed wo | | State Farm | JBA05154 |
| 07-5111 | Dumas | Jay | Dismissed wo | | State Farm | JBA05183 |
| 07-5111 | Duncan | Terrance | | | State Farm | JBA04911 |
| 07-5111 | Dunn | Emmit | Dismissed | | State Farm | JBA04136 |
| 07-5111 | Dupart | Gary | Dismissed wo | | State Farm | JBA05155 |
| 07-5111 | Duplantier | David | | | State Farm | JBA03733 |
| 07-5111 | Duplessis | Joycelyn | Dismissed | | State Farm | JBA04368 |

| Case | Last | First | Status | Date | Insurer | Claim |
|---|---|---|---|---|---|---|
| 07-5111 | Dupre | Earl | Dismissed wo | | State Farm | JBA06469 |
| 07-5111 | Dupre | Susan | Dismissed | | State Farm | JBA03710 |
| 07-5111 | EARL | CLARENCE | Dismissed wo | | State Farm | JBA03565 |
| 07-5111 | Early | John | | | State Farm | JBA05334 |
| 07-5111 | Edwards | Alfred | | | State Farm | JBA05514 |
| 07-5111 | Ellis | Nadja | Dismissed | | State Farm | JBA03769 |
| 07-5111 | Elmore | Ivory | Dismissed | 12/18/2008 | State Farm | JBA04579 |
| 07-5111 | Enclarde | Marion | Dismissed | 12/18/2008 | State Farm | JBA04563 |
| 07-5111 | Essex | Henry | Dismissed wo | | State Farm | JBA06328 |
| 07-5111 | Eugene | Adrien | | | State Farm | JBA05013 |
| 07-5111 | Eugene | Arthur | Dismissed wo | | State Farm | JBA05576 |
| 07-5111 | Ewell | Annetta | Dismissed wo | | State Farm | JBA07352 |
| 07-5111 | Fayard | Mary Jo | Dismissed | | State Farm | JBA04048-01 |
| 07-5111 | Fayard | Mary Jo | Dismissed | | State Farm | JBA04048-02 |
| 07-5111 | FELTON | PHYLLIS | | | State Farm | JBA03845 |
| 07-5111 | Feltus-Jackson | Marlene | Dismissed wo | | State Farm | JBA06403-02 |
| 07-5111 | Feltus-Jackson | Marlene | Negotiated | | State Farm | JBA06403-01 |
| 07-5111 | Fernandez | Margaret | Dismissed | | State Farm | JBA03294 |
| 07-5111 | Ferrand | Rita | Dismissed wo | | State Farm | JBA07275 |
| 07-5111 | Ferrara | Salvadore | Dismissed | | State Farm | JBA07006 |
| 07-5111 | Ferrara | Salvadore | Dismissed | | State Farm | JBA07028 |
| 07-5111 | Ferrier | Walter | Dismissed wo | | State Farm | JBA07189 |
| 07-5111 | Finney | Joyce | Dismissed wo | | State Farm | JBA06045 |
| 07-5111 | Fisher | Jane | Dismissed | 12/18/2008 | State Farm | JBA03722 |
| 07-5111 | Flores | Louis | Dismissed | | State Farm | JBA04175 |
| 07-5111 | Flores | Maxine | Dismissed | 12/18/2008 | State Farm | JBA02720 |
| 07-5111 | Flowers | Barbara | Dismissed wo | | State Farm | JBA05894 |
| 07-5111 | FOWLER | GLENDA | | | State Farm | JBA03508 |
| 07-5111 | Franklin | Cynthia | Dismissed | 12/18/2008 | State Farm | JBA04301 |
| 07-5111 | Franklin | Cynthia | Dismissed | 9/5/2008 | State Farm | JBA04451 |
| 07-5111 | Franklin | Phillip | Dismissed wo | | State Farm | JBA05413 |
| 07-5111 | Franklin | Zachary | Dismissed | | State Farm | JBA03412 |
| 07-5111 | Frazer | Basil | Dismissed wo | | State Farm | JBA05670 |
| 07-5111 | Frazier | Eddie | Dismissed wo | | State Farm | JBA03907 |
| 07-5111 | Freds | Sondra | Dismissed | 12/18/2008 | State Farm | JBA03979 |
| 07-5111 | Gaines | Marion | Dismissed | 4/11/2008 | State Farm | JBA05588 |
| 07-5111 | Gaines | Reginald | Dismissed wo | | State Farm | JBA07294 |
| 07-5111 | Gaines | Theresa | Dismissed wo | | State Farm | JBA07293 |
| 07-5111 | Galbreth | Brian | Dismissed wo | | State Farm | JBA06115 |
| 07-5111 | Ganheart | Mildred | Dismissed | 12/18/2008 | State Farm | JBA07156 |
| 07-5111 | Garcia | Dorene | Dismissed | | State Farm | JBA04724-01 |
| 07-5111 | Garnett | Glenda | Dismissed wo | | State Farm | JBA06013 |
| 07-5111 | Garnett | Mary | Dismissed | 12/18/2008 | State Farm | JBA04167 |

| Case | Last | First | Status | Date | Defendant | Ref |
|---|---|---|---|---|---|---|
| 07-5111 | Gauther | Ronald | Dismissed | | State Farm | JBA06496 |
| 07-5111 | Gay | Byron | Dismissed | 9/5/2008 | State Farm | JBA04914 |
| 07-5111 | Giardina | David | Dismissed wo | | State Farm | JBA04874 |
| 07-5111 | Gillard | Brenda | Dismissed | 9/5/2008 | State Farm | JBA03902 |
| 07-5111 | Gillard | Veronica | Dismissed | 9/5/2008 | State Farm | JBA04554 |
| 07-5111 | Gilman | Joshua | Dismissed wo | | State Farm | JBA06388-01 |
| 07-5111 | Gilman | Joshua | Dismissed wo | | State Farm | JBA06388-02 |
| 07-5111 | Gilmore | Nichekia | Dismissed wo | | State Farm | JBA05597 |
| 07-5111 | Goins | Casandra | Dismissed wo | | State Farm | JBA05477 |
| 07-5111 | Golden | O'Neal | Dismissed | 12/18/2008 | State Farm | JBA06440 |
| 07-5111 | Goodman | Kenneth | Dismissed | 9/5/2008 | State Farm | JBA04920 |
| 07-5111 | Goodwin | Edward | Dismissed | 12/18/2008 | State Farm | JBA04363 |
| 07-5111 | Gowland | Robert | Dismissed wo | | State Farm | JBA07163 |
| 07-5111 | GRAVES | SHARON | Dismissed | | State Farm | JBA03786 |
| 07-5111 | Green | Jessie | Dismissed | | State Farm | JBA06349 |
| 07-5111 | Griffin | Carol | Dismissed | 12/18/2008 | State Farm | JBA03685 |
| 07-5111 | Griffin | Michael | | | State Farm | JBA05197 |
| 07-5111 | Guess | William | Dismissed wo | | State Farm | JBA05002 |
| 07-5111 | Guillory | Elzabeth | | | State Farm | JBA05314 |
| 07-5111 | Guillot | Donna | Dismissed | | State Farm | JBA06489 |
| 07-5111 | GUY | NANCY | Dismissed | | State Farm | JBA03756 |
| 07-5111 | Hall | Charles | Dismissed | | State Farm | JBA04038 |
| 07-5111 | Hall | Errol | Dismissed | | State Farm | JBA05000 |
| 07-5111 | Hamilton | Juanita | Dismissed | | State Farm | JBA04196 |
| 07-5111 | HAMILTON | OSCAR | Dismissed wo | | State Farm | JBA03322 |
| 07-5111 | Hamilton | Sylvia | Dismissed | 12/18/2008 | State Farm | JBA04727 |
| 07-5111 | Hansell | Marie | Dismissed wo | | State Farm | JBA06455 |
| 07-5111 | Harden | Darrell | | | State Farm | JBA04156 |
| 07-5111 | Hardy | Larry | Dismissed wo | | State Farm | JBA07040 |
| 07-5111 | Harness | Sylvia | Dismissed wo | | State Farm | JBA07411 |
| 07-5111 | Harrell | Clarence | Dismissed wo | | State Farm | JBA05459 |
| 07-5111 | Harrison | Donald | Dismissed | 12/18/2008 | State Farm | JBA05284 |
| 07-5111 | Hartford | Phillis | | | State Farm | JBA06165 |
| 07-5111 | Hartmann | Anna | Dismissed | | State Farm | JBA05358 |
| 07-5111 | Hawkins | Edward | Dismissed | 9/5/2008 | State Farm | JBA07173 |
| 07-5111 | Hawkins | Robin | | | State Farm | JBA03850 |
| 07-5111 | Hawthorne | Gregory | Dismissed | | State Farm | JBA06046 |
| 07-5111 | Haynen | Jarrod | Dismissed | | State Farm | JBA03695 |
| 07-5111 | Hebert | Harold | Dismissed | 12/18/2008 | State Farm | JBA03458 |
| 07-5111 | Hebert | Jacquelyn | Dismissed wo | | State Farm | JBA05679 |
| 07-5111 | Hebert | Leonel | Dismissed wo | | State Farm | JBA05773 |
| 07-5111 | Henderson | Fredrick | Dismissed | | State Farm | JBA03345 |
| 07-5111 | Henderson | John | Dismissed | 12/18/2008 | State Farm | JBA07256 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-5111 | Henley | Catherine | Dismissed | 12/18/2008 | State Farm | JBA03218 |
| 07-5111 | Heyd | Richard | | | State Farm | JBA06207 |
| 07-5111 | Hickerson | Sterling | Dismissed | | State Farm | JBA04205-01 |
| 07-5111 | Hickerson | Sterling | Dismissed | | State Farm | JBA04205-02 |
| 07-5111 | Hickman | Willie | Dismissed | 12/18/2008 | State Farm | JBA04733 |
| 07-5111 | HICKS | CANDICE | Dismissed wo | | State Farm | JBA03814 |
| 07-5111 | Higgins | Betty | Dismissed | 12/18/2008 | State Farm | JBA04256 |
| 07-5111 | Hobbs | Darlene | Dismissed | | State Farm | JBA07170 |
| 07-5111 | Holmes | Verline | Dismissed | 12/18/2008 | State Farm | JBA05922 |
| 07-5111 | Honore | James | Dismissed | | State Farm | JBA03891 |
| 07-5111 | Hontiveros | Salvador | Dismissed wo | | State Farm | JBA05657 |
| 07-5111 | Hubbard | Andrea | Dismissed wo | | State Farm | JBA05429 |
| 07-5111 | Hudson | Kim | Dismissed | 12/18/2008 | State Farm | JBA03441 |
| 07-5111 | Hughes | Leslie | Dismissed | | State Farm | JBA02804 |
| 07-5111 | Hughes | Leslie | Dismissed | | State Farm | JBA02804-02 |
| 07-5111 | Hughes | Leslie | Dismissed | | State Farm | JBA02804-03 |
| 07-5111 | Hughes | Leslie | Dismissed | | State Farm | JBA02804-05 |
| 07-5111 | Hughes | Versey | Dismissed | 4/11/2008 | State Farm | JBA02823 |
| 07-5111 | Hughes-Williams | Leslie | Dismissed | | State Farm | JBA02804-04 |
| 07-5111 | Hunter | Barbara | Dismissed | | State Farm | JBA04812 |
| 07-5111 | Hunter | Gregory | Dismissed wo | | State Farm | JBA05954 |
| 07-5111 | Hunter | Norton | | | State Farm | JBA05694 |
| 07-5111 | HURST | LYDWINA | Dismissed | | State Farm | JBA03352 |
| 07-5111 | HURST | MONIQUE | Dismissed | 9/5/2008 | State Farm | JBA03339 |
| 07-5111 | Indovina | Leon | Dismissed wo | | State Farm | JBA05080 |
| 07-5111 | Jackson | Brenda | Dismissed | 9/5/2008 | State Farm | JBA03903 |
| 07-5111 | JACKSON | CHARLES | Dismissed wo | | State Farm | JBA03581 |
| 07-5111 | Jackson | Cleo | Dismissed wo | | State Farm | JBA04544 |
| 07-5111 | Jackson | Delores | Dismissed wo | | State Farm | JBA05527 |
| 07-5111 | Jackson | Gregory | Dismissed | 12/18/2008 | State Farm | JBA04721 |
| 07-5111 | Jackson | Shirley | | | State Farm | JBA07019 |
| 07-5111 | Jackson | Troy | Dismissed wo | | State Farm | JBA07279 |
| 07-5111 | Jacques | Treeva | Dismissed | 12/18/2008 | State Farm | JBA03433 |
| 07-5111 | Jaeger | Nancy | Dismissed | 12/18/2008 | State Farm | JBA05596 |
| 07-5111 | James | Algerdon | Dismissed | | State Farm | JBA05208 |
| 07-5111 | Jasmine | Gwendolyn | Dismissed | | State Farm | JBA04477 |
| 07-5111 | Jeff | Herbert | | | State Farm | JBA05096 |
| 07-5111 | Jefferson | Brenda | Dismissed | 12/18/2008 | State Farm | JBA07263 |
| 07-5111 | Jefferson | Shirley | Dismissed wo | | State Farm | JBA05210 |
| 07-5111 | Jenkins | Keoka | Dismissed wo | | State Farm | JBA06359 |
| 07-5111 | Jett | Charles | | | State Farm | JBA04764 |
| 07-5111 | Jiles | Clinton | Dismissed wo | | State Farm | JBA03030 |
| 07-5111 | Johns | Emily | Dismissed | | State Farm | JBA04859-02 |

| Case | Last Name | First Name | Status | Date | Defendant | Claim # |
|---|---|---|---|---|---|---|
| 07-5111 | Johnson | Charles | Dismissed | 12/18/2008 | State Farm | JBA04017 |
| 07-5111 | Johnson | Elvis | Dismissed | | State Farm | JBA04548 |
| 07-5111 | Johnson | Kim | Dismissed | 9/5/2008 | State Farm | JBA06394 |
| 07-5111 | Johnson | Louise | | | State Farm | JBA05378 |
| 07-5111 | Johnson | Reginald | Dismissed wo | | State Farm | JBA04989 |
| 07-5111 | Johnson | Rothell | Dismissed | | State Farm | JBA05430 |
| 07-5111 | Johnson | Tonya | Dismissed | 9/5/2008 | State Farm | JBA04631 |
| 07-5111 | Johnson | Vanessa | | | State Farm | JBA05797 |
| 07-5111 | Jones | Calvin | | | State Farm | JBA04138 |
| 07-5111 | Jones | Edna | Dismissed | 12/18/2008 | State Farm | JBA07022 |
| 07-5111 | JONES | HENRIETTA | Dismissed | 12/18/2008 | State Farm | JBA03763 |
| 07-5111 | Jones | Judy | Dismissed | 12/18/2008 | State Farm | JBA03681 |
| 07-5111 | Jones | Robert | Dismissed wo | | State Farm | JBA05336 |
| 07-5111 | Jones | Stephanie | Dismissed | 12/18/2008 | State Farm | JBA03489 |
| 07-5111 | Joseph | Geraldine | Dismissed | 9/5/2008 | State Farm | JBA04287 |
| 07-5111 | Joseph | Nedra | Dismissed | 12/18/2008 | State Farm | JBA04010 |
| 07-5111 | Joseph | Shirley | Dismissed | | State Farm | JBA02817 |
| 07-5111 | Joseph | Ulysses | Dismissed wo | | State Farm | JBA04046 |
| 07-5111 | Katz | Karen | Dismissed wo | | State Farm | JBA04853 |
| 07-5111 | Keith | Martin | Dismissed wo | | State Farm | JBA04986 |
| 07-5111 | Kelty | Eric | Dismissed wo | | State Farm | JBA05214 |
| 07-5111 | Kennedy | Rebecca | Dismissed | 12/18/2008 | State Farm | JBA04694 |
| 07-5111 | Kepp | Melvina | | | State Farm | JBA04523 |
| 07-5111 | Kieffer | Ingrid | Dismissed | 9/5/2008 | State Farm | JBA05411 |
| 07-5111 | Klein | Markus | Dismissed | 9/5/2008 | State Farm | JBA04984 |
| 07-5111 | Knoblauch-Cuccia | Bettie | Dismissed wo | | State Farm | JBA05215 |
| 07-5111 | Krieger | Sebastian | Dismissed | 9/5/2008 | State Farm | JBA04499-03 |
| 07-5111 | Labat | Keith | Dismissed | | State Farm | JBA04049 |
| 07-5111 | LaBeaud | Gladys | Dismissed wo | | State Farm | JBA07075 |
| 07-5111 | LaBit | Patricia | Dismissed wo | | State Farm | JBA07342 |
| 07-5111 | Labourdette | Richard | Dismissed wo | | State Farm | JBA05335 |
| 07-5111 | LaBranch | LaTonya | Dismissed wo | | State Farm | JBA06182 |
| 07-5111 | Lacy | Virginia | Dismissed | 12/18/2008 | State Farm | JBA03742 |
| 07-5111 | LAIN | SARA | Dismissed wo | | State Farm | JBA03388 |
| 07-5111 | Landry | Laura | Dismissed | 9/5/2008 | State Farm | JBA05833 |
| 07-5111 | Landry | Richard | Dismissed wo | | State Farm | JBA06122 |
| 07-5111 | Lang | Doidy | Dismissed wo | | State Farm | JBA05410 |
| 07-5111 | Lapara | Donald | | | State Farm | JBA05100 |
| 07-5111 | Lawrence | April | Dismissed | 12/18/2008 | State Farm | JBA03638 |
| 07-5111 | Lawrence | Wilbur | Dismissed | | State Farm | JBa03445 |
| 07-5111 | Lecoq | Andrew | Dismissed | 12/18/2008 | State Farm | JBA06421 |
| 07-5111 | Ledet | Erline | Dismissed wo | | State Farm | JBA07345 |
| 07-5111 | Lee | Bernice | Dismissed | | State Farm | JBA02731 |

| Case | Last | First | Status | Date | Insurer | ID |
|---|---|---|---|---|---|---|
| 07-5111 | Lee | Ethel | Dismissed | 9/5/2008 | State Farm | JBA04802 |
| 07-5111 | Lee | Gail | Dismissed wo | | State Farm | JBA03746 |
| 07-5111 | Lee | Johnnie | | | State Farm | JBA07024 |
| 07-5111 | Leflore | Louise | Dismissed wo | | State Farm | JBA06361 |
| 07-5111 | Legrand | Jacques | Dismissed | 12/18/2008 | State Farm | JBA04845 |
| 07-5111 | Levy | Calvin | Dismissed wo | | State Farm | JBA03687 |
| 07-5111 | Lewis | Ivan | Dismissed wo | | State Farm | JBA06327 |
| 07-5111 | Lewis | Lois | Dismissed wo | | State Farm | JBA05573 |
| 07-5111 | Lewis | Marie | Dismissed | | State Farm | JBA05727 |
| 07-5111 | Lewis | Victoria | Dismissed wo | | State Farm | JBA05388 |
| 07-5111 | Lewis | Willie | Dismissed | | State Farm | JBA03873 |
| 07-5111 | Lion | Lori | Dismissed wo | | State Farm | JBA06149 |
| 07-5111 | Lockwood | John | Dismissed wo | | State Farm | JBA07348 |
| 07-5111 | Lofton | Michell | Dismissed wo | | State Farm | JBA05947 |
| 07-5111 | LOPEZ | IRMA | Dismissed | 12/18/2008 | State Farm | JBA03517 |
| 07-5111 | Louis | Jonathan | | | State Farm | JBA04731 |
| 07-5111 | Lucien | Gregory | Dismissed wo | | State Farm | JBA05854 |
| 07-5111 | Lucius | Oliver | Dismissed wo | | State Farm | JBA05152 |
| 07-5111 | Lucius | Shelly | Dismissed wo | | State Farm | JBA05113 |
| 07-5111 | Lyons | Barbara | Dismissed | 12/18/2008 | State Farm | JBA03245 |
| 07-5111 | Machado | Lidia | Dismissed wo | | State Farm | JBA06148 |
| 07-5111 | Maggio | Michael | Dismissed wo | | State Farm | JBA04977 |
| 07-5111 | Maire | Emanuel | Dismissed | | State Farm | JBA05859-03 |
| 07-5111 | Maitre | Christopher | Dismissed wo | | State Farm | JBA05598 |
| 07-5111 | Majoria | Carlo | Dismissed | 9/5/2008 | State Farm | JBA04730 |
| 07-5111 | Maltese | Carlo | Dismissed | | State Farm | JBA04909 |
| 07-5111 | Maltese | Carlo | Dismissed | 12/18/2008 | State Farm | JBA04910 |
| 07-5111 | Marascalco | Louis | Dismissed | | State Farm | JBA04478-01 |
| 07-5111 | Marascalco | Louis | Dismissed | | State Farm | JBA04478-02 |
| 07-5111 | Marascalco | Louis | Dismissed | 12/18/2008 | State Farm | JBA04478-03 |
| 07-5111 | Marascalco | Salvatore | Dismissed | 12/18/2008 | State Farm | JBA06414 |
| 07-5111 | Marchand | Rosalie | Dismissed | | State Farm | JBA02469 |
| 07-5111 | Marigny | Gail | Dismissed wo | | State Farm | JBA05536 |
| 07-5111 | Marinovic | Zandra | Dismissed | 9/5/2008 | State Farm | JBA05711 |
| 07-5111 | Marson | Ketell | Dismissed | 9/5/2008 | State Farm | JBA04101 |
| 07-5111 | Martin | Robert | Dismissed wo | | State Farm | JBA03917 |
| 07-5111 | Matthew | Stanley | Dismissed wo | | State Farm | JBA07424 |
| 07-5111 | May | Stella | Dismissed wo | | State Farm | JBA07434 |
| 07-5111 | McBean | Sean | Dismissed | | State Farm | JBA02473 |
| 07-5111 | McClain | Ronald | Dismissed | | State Farm | JBA03781 |
| 07-5111 | McClinton | Betty | Dismissed wo | | State Farm | JBA06352 |
| 07-5111 | McCloskey | Harold | Dismissed wo | | State Farm | JBA05757 |
| 07-5111 | McCoy | Harriet | Dismissed wo | | State Farm | JBA04679 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07-5111 | MCDONALD | TRISCELYN | | Dismissed | | State Farm | JBA03400-01 |
| 07-5111 | MCDONALD | TRISCELYN | | Dismissed wo | | State Farm | JBA03400-02 |
| 07-5111 | McGee | Shirlene | | | | State Farm | JBA05923 |
| 07-5111 | McKenzie | Pamela | | Dismissed wo | | State Farm | JBA05226 |
| 07-5111 | McKinnis | Jerry | | Dismissed wo | | State Farm | JBA03246-01 |
| 07-5111 | McKinnis | Jerry | | Dismissed wo | | State Farm | JBA03246-02 |
| 07-5111 | Mercadel | Mary | 12/18/2008 | Dismissed | | State Farm | JBA07023 |
| 07-5111 | Merritt | Eunice | | Dismissed wo | | State Farm | JBA07071 |
| 07-5111 | Merritt | Paula | | Dismissed wo | | State Farm | JBA07073 |
| 07-5111 | Meyers | Rita | | Dismissed wo | | State Farm | JBA05812 |
| 07-5111 | Mitchell | Ollie | | Dismissed | | State Farm | JBA06999 |
| 07-5111 | Mitchell | Raymond | 9/5/2008 | Dismissed | | State Farm | JBA05528 |
| 07-5111 | Molero | Allan | | Dismissed wo | | State Farm | JBA04035 |
| 07-5111 | Monteleone | Mary | | | | State Farm | JBA03202-02 |
| 07-5111 | Monteleone | Mary | | Dismissed | | State Farm | JBA03202 |
| 07-5111 | Monteleone | Mary | | Dismissed | | State Farm | JBA03202-03 |
| 07-5111 | Monteleone | Mary | | Dismissed | | State Farm | JBA03202-05 |
| 07-5111 | Monteleone | Mary | | Dismissed | | State Farm | JBA03202-06 |
| 07-5111 | Montelongo | Manuel | | Dismissed wo | | State Farm | JBA07136 |
| 07-5111 | Moore | Donald | | Dismissed | | State Farm | JBA04968 |
| 07-5111 | Moore | Keith | | Dismissed wo | | State Farm | JBA05803 |
| 07-5111 | Moore-Hurst | Darlene | | Dismissed wo | | State Farm | JBA04967 |
| 07-5111 | Morris | Josie | | Dismissed wo | | State Farm | JBA05346 |
| 07-5111 | MORRIS | LEONARD | | Negotiated | | State Farm | JBA03757 |
| 07-5111 | Morrison | Gilbert | | Dismissed | | State Farm | JBA07473 |
| 07-5111 | Mullin | Bruce | | Dismissed | | State Farm | JBA04473 |
| 07-5111 | MULLINS | DOROTHY | | Dismissed wo | | State Farm | JBA03758 |
| 07-5111 | Munoz | Santiago | | | | State Farm | JBA04824 |
| 07-5111 | MURPHY | JOYCELYN | 9/5/2008 | Dismissed | | State Farm | JBA03401 |
| 07-5111 | Murrell | JoAnn | 12/18/2008 | Dismissed | | State Farm | JBA04152 |
| 07-5111 | Muse | Natasha | | Dismissed | | State Farm | JBA04810 |
| 07-5111 | Mushatt | Sherman | | | | State Farm | JBA05702 |
| 07-5111 | Navarro | Barbara | | | | State Farm | JBA05111-01 |
| 07-5111 | Navarro | Neil | | | | State Farm | JBA07085 |
| 07-5111 | Neese | Elma | | Dismissed wo | | State Farm | JBA06162 |
| 07-5111 | Netter | Rose | | Dismissed | | State Farm | JBA03863 |
| 07-5111 | Neville | Gaynielle | | Dismissed wo | | State Farm | JBA05233 |
| 07-5111 | NEWMAN | HERBERT | | | | State Farm | JBA03580 |
| 07-5111 | Newman | Robert | | Dismissed wo | | State Farm | JBA06032 |
| 07-5111 | Neyland | Jimmie | | Dismissed wo | | State Farm | JBA05761-02 |
| 07-5111 | Neyland | Jimmie | | | | State Farm | JBA05761 |
| 07-5111 | Nickles | Stephen | 9/5/2008 | Dismissed | | State Farm | JBA04022 |
| 07-5111 | Nodurff | Daniel | | Dismissed wo | | State Farm | JBA06185 |

| | | | | | |
|---|---|---|---|---|---|
| 07-5111 | Noel | Kim | Dismissed | | State Farm | JBA05742 |
| 07-5111 | NOLAN | BRENDA | Dismissed | 9/5/2008 | State Farm | JBA03557 |
| 07-5111 | Nolan | Veronica | Dismissed wo | | State Farm | JBA07373 |
| 07-5111 | Norman | Ernest | Dismissed wo | | State Farm | JBA05455 |
| 07-5111 | Oldham | Madelyn | Dismissed wo | | State Farm | JBA05085 |
| 07-5111 | O'Leary | Gina | Dismissed wo | | State Farm | JBA06246 |
| 07-5111 | Oliver | Ella | Dismissed | 9/5/2008 | State Farm | JBA04734 |
| 07-5111 | Osborne | Pinkie | Dismissed wo | | State Farm | JBA04963 |
| 07-5111 | Palmer | Carol | Dismissed wo | | State Farm | JBA05589 |
| 07-5111 | Panday | Andrew | Dismissed wo | | State Farm | JBA06365 |
| 07-5111 | Papania | Linda | | | State Farm | JBA04496-05 |
| 07-5111 | Papion | Vanessa | Dismissed wo | | State Farm | JBA05235 |
| 07-5111 | Pardue | Susan | Dismissed wo | | State Farm | JBA05236 |
| 07-5111 | Parham | Joyce | Dismissed | | State Farm | JBA04117 |
| 07-5111 | Parker | Carrie | Dismissed | 9/5/2008 | State Farm | JBA03855 |
| 07-5111 | Parker | Carrie | Dismissed | 12/18/2008 | State Farm | JBA03855-02 |
| 07-5111 | Parker | Grace | Dismissed | 9/5/2008 | State Farm | JBA05360 |
| 07-5111 | Partlan | Patricia | | | State Farm | JBA06426 |
| 07-5111 | Parulan | Elizabeth | Dismissed wo | | State Farm | JBA06399 |
| 07-5111 | Paul | Karbin | Dismissed | 12/18/2008 | State Farm | JBA04962 |
| 07-5111 | Payne | Bobbie | Dismissed | | State Farm | JBA05099 |
| 07-5111 | Payne | Wendell | Dismissed | 12/18/2008 | State Farm | JBA04248 |
| 07-5111 | Payton | Eugene | Dismissed wo | | State Farm | JBA03499 |
| 07-5111 | Pecot | Alma | | | State Farm | JBA04378 |
| 07-5111 | Pecot | Alma | | | State Farm | JBA04378-02 |
| 07-5111 | Perez | Beverly | Dismissed | 9/5/2008 | State Farm | JBA04150 |
| 07-5111 | Perkins | Dewitt | | | State Farm | JBA05280 |
| 07-5111 | Perry | Linda | Dismissed wo | | State Farm | JBA03735 |
| 07-5111 | Peterson | Elsie | Dismissed wo | | State Farm | JBA04895 |
| 07-5111 | Peterson | Rose | Dismissed | | State Farm | JBA04696 |
| 07-5111 | Pickett | Claudia | | | State Farm | JBA04908 |
| 07-5111 | PICQUET | MAVIS | Dismissed | | State Farm | JBA03525 |
| 07-5111 | Pierre | Sheryl | Dismissed wo | | State Farm | JBA05421 |
| 07-5111 | Piper | Shelly | Dismissed | | State Farm | JBA04786 |
| 07-5111 | POLK | STACEY | Dismissed | 12/18/2008 | State Farm | JBA04096 |
| 07-5111 | Pons | Rose | Dismissed | | State Farm | JBA03904 |
| 07-5111 | Ponthier | Wayne | Dismissed wo | | State Farm | JBA06347-02 |
| 07-5111 | Ponzo | Donald | Dismissed | | State Farm | JBA04522 |
| 07-5111 | POREA | ANGELA | Dismissed wo | | State Farm | JBA03426 |
| 07-5111 | Powell | Ilene | Dismissed | 12/18/2008 | State Farm | JBA04198 |
| 07-5111 | Property LLC | Baronne St. | | | State Farm | JBA07320 |
| 07-5111 | Ramsey-Jackson | Georgia | Dismissed | 12/18/2008 | State Farm | JBA03418 |
| 07-5111 | Raphael | Leslie | Dismissed | 9/5/2008 | State Farm | JBA04573 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-5111 | Raqueno | Rolando | Dismissed wo | | State Farm | JBA06298 |
| 07-5111 | Raymond | Mark | | | State Farm | JBA05097 |
| 07-5111 | Reed | Dorothy | Dismissed wo | | State Farm | JBA05700 |
| 07-5111 | Reed | Irma | Dismissed wo | | State Farm | JBA05505 |
| 07-5111 | Reed | John | Dismissed | | State Farm | JBA06211 |
| 07-5111 | Reed | Sylvia | Dismissed wo | | State Farm | JBA05543 |
| 07-5111 | REGISTER | CAROLINE | | | State Farm | JBA03376 |
| 07-5111 | Reimoneng | Noel | Dismissed | 12/18/2008 | State Farm | JBA06078 |
| 07-5111 | Reimonina | Claire | Dismissed | 9/5/2008 | State Farm | JBA05902 |
| 07-5111 | Reine | Barbara | Dismissed | 12/18/2008 | State Farm | JBA03713 |
| 07-5111 | Rendall | Brian | Dismissed | | State Farm | JBA05245 |
| 07-5111 | Reynolds | Carrie | Dismissed | 9/5/2008 | State Farm | JBA05420 |
| 07-5111 | RHODIES | DARRELL | Dismissed | 12/18/2008 | State Farm | JBA03584 |
| 07-5111 | Richard | Brenda | Dismissed | 9/5/2008 | State Farm | JBA04660 |
| 07-5111 | Ridgley | Ella | Dismissed | | State Farm | JBA04466 |
| 07-5111 | Riley | Lydia | Dismissed | 12/18/2008 | State Farm | JBA03429 |
| 07-5111 | Roberts | Keith | Dismissed wo | | State Farm | JBA05821 |
| 07-5111 | Roberts | Paul | Dismissed wo | | State Farm | JBA06309 |
| 07-5111 | Robertson | Arthur | | | State Farm | JBA05105-01 |
| 07-5111 | Robertson | Douglas | Dismissed | 12/18/2008 | State Farm | JBA05699 |
| 07-5111 | Robertson | Rachel | Dismissed | 9/5/2008 | State Farm | JBA03614 |
| 07-5111 | Robertson | Rhonda | Dismissed | 12/18/2008 | State Farm | JBA04415 |
| 07-5111 | Robertson | Willie | | | State Farm | JBA06297 |
| 07-5111 | Robinson | Christine | Dismissed | | State Farm | JBA04463 |
| 07-5111 | Robinson | James | Dismissed | 12/18/2008 | State Farm | JBA06466 |
| 07-5111 | Robinson | Shirley | Dismissed wo | | State Farm | JBA03491 |
| 07-5111 | Rodgers | Charles | Dismissed wo | | State Farm | JBA05423 |
| 07-5111 | Rodrique | Lisa | Dismissed wo | | State Farm | JBA03716 |
| 07-5111 | Rooney-Skinner | Geselle | | | State Farm | JBA04414 |
| 07-5111 | Roublow | Kim | Dismissed wo | | State Farm | JBA07037 |
| 07-5111 | Rounds | Lynn | Dismissed | | State Farm | JBA05442 |
| 07-5111 | Ro-Varis | Annie | Dismissed | 9/5/2008 | State Farm | JBA04141 |
| 07-5111 | Russell | Edna | Dismissed wo | | State Farm | JBA04013 |
| 07-5111 | Russell | Katherine | Dismissed | 12/18/2008 | State Farm | JBA03419-01 |
| 07-5111 | Russell | Katherine | Dismissed | 12/18/2008 | State Farm | JBA03419-02 |
| 07-5111 | Sabathia | Kerry | Dismissed | 9/5/2008 | State Farm | JBA03586 |
| 07-5111 | SANCHEZ | AGATHA | Dismissed | 12/18/2008 | State Farm | JBA03944-01 |
| 07-5111 | SANCHEZ | JANE | Dismissed | 12/18/2008 | State Farm | JBA03524 |
| 07-5111 | SANCHEZ | ROBERT | Dismissed | 12/18/2008 | State Farm | JBA03942 |
| 07-5111 | Sanders | Jean | Dismissed wo | | State Farm | JBA06274 |
| 07-5111 | Sceau | Kimbley | | | State Farm | JBA07142 |
| 07-5111 | Scharfenstein-Peterson | Sabrina | Dismissed wo | | State Farm | JBA05139 |
| 07-5111 | Scott | Debora | Dismissed wo | | State Farm | JBA04947 |

| Case | Last Name | First Name | Status | Date | Defendant | Claim ID |
|---|---|---|---|---|---|---|
| 07-5111 | Scott | Elizabeth | Dismissed | 4/11/2008 | State Farm | JBA05353 |
| 07-5111 | Scotts | Cassandra | Dismissed | | State Farm | JBA06244 |
| 07-5111 | Sequeira | Jay | Dismissed | 12/18/2008 | State Farm | JBA05246 |
| 07-5111 | Sessum | Maria | Negotiated | | State Farm | JBA03460 |
| 07-5111 | Shakir | Jawad | Dismissed wo | | State Farm | JBA03284 |
| 07-5111 | Sharief | Anwarunnisa | Dismissed | | State Farm | JBA04421 |
| 07-5111 | Sharief | Anwarunnisa | Dismissed | 12/18/2008 | State Farm | JBA04421-02 |
| 07-5111 | Shedrick | Frankie | Dismissed wo | | State Farm | JBA05503 |
| 07-5111 | Shelby | Barbara | Dismissed | 12/18/2008 | State Farm | JBA04467 |
| 07-5111 | Shelton | Mary | Dismissed wo | | State Farm | JBA05247 |
| 07-5111 | Shepard | Emma | Dismissed wo | | State Farm | JBA05771 |
| 07-5111 | SHEPHARD | JAMES | | | State Farm | JBA03788 |
| 07-5111 | Simmons | Gertrude | Dismissed wo | | State Farm | JBA05083 |
| 07-5111 | Simms | Deloris | | | State Farm | JBA07086 |
| 07-5111 | Simpson | Anna | Dismissed wo | | State Farm | JBA03959 |
| 07-5111 | Singh | Roy | Dismissed wo | | State Farm | JBA07044 |
| 07-5111 | Singh | Roy | Dismissed wo | | State Farm | JBA07045 |
| 07-5111 | Singleton | Gerald | Dismissed | 9/5/2008 | State Farm | JBA04604 |
| 07-5111 | Skinner | Willie | Dismissed | 12/18/2008 | State Farm | JBA03589 |
| 07-5111 | Sliwinski | Christopher | Dismissed wo | | State Farm | JBA05150 |
| 07-5111 | Smith | Eddie | Dismissed wo | | State Farm | JBA04944 |
| 07-5111 | Smith | Edward | Negotiated | | State Farm | JBA04335 |
| 07-5111 | Smith | Henry | Dismissed | | State Farm | JBA06034 |
| 07-5111 | Smith | Jimmie | Dismissed | | State Farm | JBA05762 |
| 07-5111 | Smith | Tereka | Dismissed | 9/5/2008 | State Farm | JBA04562 |
| 07-5111 | Spedale | Sandra | Dismissed wo | | State Farm | JBA03693 |
| 07-5111 | Staves | Janice | Dismissed | 12/18/2008 | State Farm | JBA05295-01 |
| 07-5111 | STEWART | NELLIE | | | State Farm | JBA03510 |
| 07-5111 | Swanier | Herman | Dismissed wo | | State Farm | JBA05920 |
| 07-5111 | Sylvester | Janice | Dismissed | 9/5/2008 | State Farm | JBA05985 |
| 07-5111 | Tallarida | Peter | Dismissed | | State Farm | JBA04755 |
| 07-5111 | Taylor | Shirley | Dismissed | 12/18/2008 | State Farm | JBA05268 |
| 07-5111 | Terminie | Sandra | Dismissed wo | | State Farm | JBA05930 |
| 07-5111 | Tero | Deborah | Dismissed | 12/18/2008 | State Farm | JBA04329 |
| 07-5111 | THOMAS | ISABELL | Dismissed | 12/18/2008 | State Farm | JBA03789 |
| 07-5111 | Thomas | Juanita | Dismissed | 9/5/2008 | State Farm | JBA04690 |
| 07-5111 | Thomas | Kim | Dismissed | 12/18/2008 | State Farm | JBA05856 |
| 07-5111 | Thomas | Shelley | Dismissed wo | | State Farm | JBA07387 |
| 07-5111 | Thompson | Arthur | Dismissed | | State Farm | JBA04486 |
| 07-5111 | Thompson | Fred | Dismissed wo | | State Farm | JBA05250 |
| 07-5111 | Tigler | Brent | Dismissed | 12/18/2008 | State Farm | JBA04162 |
| 07-5111 | Tigler | Glady | Dismissed | | State Farm | JBA03101 |
| 07-5111 | Tolpi | Gerald | Dismissed | 12/18/2008 | State Farm | JBA07104 |

| | | | | | |
|---|---|---|---|---|---|
| 07-5111 | Toney | Troylynn | Dismissed | 12/18/2008 | State Farm | JBA04651 |
| 07-5111 | Tracy | Catherine | Dismissed wo | | State Farm | JBA05251 |
| 07-5111 | Trammel | George | | | State Farm | JBA04866 |
| 07-5111 | Trepagnier | Jeffery | Dismissed | 12/18/2008 | State Farm | JBA04935 |
| 07-5111 | Treuting | Carolyn | Dismissed | | State Farm | JBA03447 |
| 07-5111 | Treuting | Carolyn | Dismissed | | State Farm | JBA03447-02 |
| 07-5111 | Treuting | Evelyn | Dismissed | | State Farm | JBA02756 |
| 07-5111 | Treuting | Robert | Dismissed wo | | State Farm | JBA03260 |
| 07-5111 | Troxclair | Phillip | Dismissed wo | | State Farm | JBA04879 |
| 07-5111 | Trufant | Vera | Dismissed wo | | State Farm | JBA04356 |
| 07-5111 | Tucker | Errol | Dismissed | | State Farm | JBA06449 |
| 07-5111 | Tucker | Stanley | Dismissed | 9/5/2008 | State Farm | JBA04756 |
| 07-5111 | Turner | Arnold | Dismissed wo | | State Farm | JBA05383 |
| 07-5111 | Turner | Lynell | Dismissed | 12/18/2008 | State Farm | JBA04903-02 |
| 07-5111 | Turner | Lynell | Dismissed | 12/18/2008 | State Farm | JBA04903-03 |
| 07-5111 | Turner | Wilbert | Dismissed wo | | State Farm | JBA06062 |
| 07-5111 | Valorie | Sanders | Dismissed wo | | State Farm | JBA05593 |
| 07-5111 | Valteau | Christin | Dismissed | 12/18/2008 | State Farm | JBA03495 |
| 07-5111 | Van Dalen | Frank | Dismissed | | State Farm | JBA06416 |
| 07-5111 | VAPPIE | RUSSELL | Dismissed | 12/18/2008 | State Farm | JBA03473-01 |
| 07-5111 | Vappie | Russell | Dismissed | 9/5/2008 | State Farm | JBA03473-03 |
| 07-5111 | Varnado | Harold | | | State Farm | JBA05558 |
| 07-5111 | Vaughn | Randy | Dismissed | 9/5/2008 | State Farm | JBA04053 |
| 07-5111 | Vega | Wallace | Dismissed wo | | State Farm | JBA05664 |
| 07-5111 | Venson | Abraham | Dismissed | 12/18/2008 | State Farm | JBA03485 |
| 07-5111 | Verbeek | Thelma | Dismissed | 12/18/2008 | State Farm | JBA03244 |
| 07-5111 | Vickers | Eric | Dismissed | | State Farm | JBA07169 |
| 07-5111 | Victor | Alfred | Dismissed wo | | State Farm | JBA05592 |
| 07-5111 | Videau | Elizabeth | Dismissed | | State Farm | JBA04281 |
| 07-5111 | Vigne | Eric | Dismissed | 12/18/2008 | State Farm | JBA03882 |
| 07-5111 | Villavaso | Edison | Dismissed wo | | State Farm | JBA07065 |
| 07-5111 | Villere | Georgia | Dismissed wo | | State Farm | JBA03935 |
| 07-5111 | Virga | Olamae | Dismissed | 4/11/2008 | State Farm | JBA06111 |
| 07-5111 | Von Hoven | Frank | Dismissed wo | | State Farm | JBA07394 |
| 07-5111 | Vonhoven | Frank | Dismissed | 9/5/2008 | State Farm | JBA04034 |
| 07-5111 | Wagner | Charles | Dismissed | 4/11/2008 | State Farm | JBA06374 |
| 07-5111 | Wagner | Lance | Dismissed | | State Farm | JBA05343 |
| 07-5111 | Walch | Ronald | Dismissed wo | | State Farm | JBA05960 |
| 07-5111 | Walker | Elise | Dismissed wo | | State Farm | JBA06338 |
| 07-5111 | Walker | Howard | Dismissed | 12/18/2008 | State Farm | JBA04285 |
| 07-5111 | Walker | Robert | Dismissed wo | | State Farm | JBA05372 |
| 07-5111 | Walker | Tarita | | | State Farm | JBA07149 |
| 07-5111 | WALLACE | YOLANDA | Dismissed wo | | State Farm | JBA03951 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-5111 | Walsh | Charlene | Dismissed | | State Farm | JBA04697 |
| 07-5111 | Warren | Beinvil | Dismissed | 9/5/2008 | State Farm | JBA03373 |
| 07-5111 | Warren | Doris | Dismissed wo | | State Farm | JBA07406 |
| 07-5111 | Washington | Christen | Dismissed wo | | State Farm | JBA05344 |
| 07-5111 | Washington | Margaret | Dismissed wo | | State Farm | JBA07057 |
| 07-5111 | Washington | Robert | Dismissed | 12/18/2008 | State Farm | JBA04164 |
| 07-5111 | Watson | Tanya | Dismissed | | State Farm | JBA03619 |
| 07-5111 | Wattigney | Louis | | | State Farm | JBA05471 |
| 07-5111 | Wattigny | Mary Joyce | Dismissed wo | | State Farm | JBA07165 |
| 07-5111 | Webb | Ella | Dismissed | 9/5/2008 | State Farm | JBA05941 |
| 07-5111 | Weber | Harold | Dismissed | 12/18/2008 | State Farm | JBA06302 |
| 07-5111 | Weir | Paul | Dismissed wo | | State Farm | JBA05642 |
| 07-5111 | Wells | Charles | Dismissed wo | | State Farm | JBA07388 |
| 07-5111 | Wells | Derek | Dismissed | | State Farm | JBA05879 |
| 07-5111 | WELLS | SUSAN | Dismissed | 9/5/2008 | State Farm | JBA03377 |
| 07-5111 | West | Cosette | | | State Farm | JBA07030 |
| 07-5111 | Westefield | Maria | Dismissed wo | | State Farm | JBA06384 |
| 07-5111 | Wheeler | Sandy | Dismissed | 9/5/2008 | State Farm | JBA06119 |
| 07-5111 | WHITE | YOLANDA | Dismissed | 12/18/2008 | State Farm | JBA03511 |
| 07-5111 | Whittaker | Barbara | Dismissed wo | | State Farm | JBA05481 |
| 07-5111 | Williams | Beatrice | | | State Farm | JBA07069 |
| 07-5111 | Williams | Darren | Dismissed | 9/5/2008 | State Farm | JBA06471 |
| 07-5111 | Williams | Deidre | Dismissed | 12/18/2008 | State Farm | JBA04250 |
| 07-5111 | Williams | Derrick | Dismissed wo | | State Farm | JBA04905 |
| 07-5111 | Williams | Kendrick | Dismissed | 4/11/2008 | State Farm | JBA06312 |
| 07-5111 | Williams | Marcella | Dismissed wo | | State Farm | JBA06478 |
| 07-5111 | Williams | Raymond | | | State Farm | JBA04807 |
| 07-5111 | Williams | Regina | | | State Farm | JBA07122 |
| 07-5111 | Williams | Sherlita | Dismissed | | State Farm | JBA06987 |
| 07-5111 | Williams | Trude | Dismissed wo | | State Farm | JBA05579 |
| 07-5111 | Williams | Yolanda | Dismissed | | State Farm | JBA04851 |
| 07-5111 | Williams-Hugle | Bianca | | | State Farm | JBA04263 |
| 07-5111 | Wilson-Cook | Clara | Dismissed wo | | State Farm | JBA03766 |
| 07-5111 | Winfield | Zachary | Dismissed | | State Farm | JBA06472 |
| 07-5111 | Wise | Donisia | | | State Farm | JBA05262-02 |
| 07-5111 | Woods | Willie | Dismissed | | State Farm | JBA06283 |
| 07-5111 | Woods | Willie | Dismissed | | State Farm | JBA06283-02 |
| 07-5111 | Wright | Charles | Dismissed wo | | State Farm | JBA04447 |
| 07-5111 | Yates | Catherine | Dismissed | | State Farm | JBA02732 |
| 07-5111 | Young | James | Dismissed | | State Farm | JBA05306 |
| 07-5111 | Young | Lorraine | Dismissed | | State Farm | JBA02886 |
| 07-5111 | | Bruno & Bruno LLP | | | State Farm | JBA07321 |