# JIM S. HALL & ASSOCIATES, LLC
## ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

Telephone: (504) 832-3000
Telecopier: (504) 832-1799

January 8, 2009



*filen
05-4182
and 08-4852*

RECEIVED
JAN 08 2009
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Sent via Facsimile (504) 589-7633
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

*05-0142*

RE: Aaron, Abadie and Ancar

Dear Magistrate Wilkinson:

    Concerning my reports reviewed this morning in Aaron, Abadie and Ancar, please note that any file which lists "flood claim" in the far right margin, should be considered an open file for possible sever, even if the other column notes "funded".

    The format could have been clearer.

Most Respectfully,

JOSEPH W. RAUSCH

cc: Seth Schmeckle, Esq.
    Insurance liaison

JWR/rh

# JIM S. HALL & ASSOCIATES, LLC
## ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100  
Metairie, Louisiana 70001

(504) 832-3000  
Fax: 832-1799

January 6, 2009

**RECEIVED JAN 0 6 2009 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.**

*[handwritten notes: NOT FUNDED? FUNDED? TO AS DISMISSED? C/A ONLY?]*

**U.S. MAIL & FACSIMILE 589-7633**

Honorable Jay Wilkinson  
United States Magistrate  
USDC, Eastern District of Louisiana  
500 Poydras Street  
New Orleans, LA 70130

Re: Mass Joinder Status Report

Dear Magistrate Wilkinson:

Per your order, I enclose the status reports for the Mass Joinder cases filed by Jim S. Hall and Associates:

1. Aaron -     CA No. 06-4746
2. Aguilar-    CA No. 07-4852
3. Ancar -     CA No. 07-4853

Respectfully,

JOSEPH W. RAUSCH

JWR/sc  
Enclosures

## ANCAR STATUS - STATE FARM
January 6, 2009
Civil Action No. 07-4853
Jim S. Hall Associates Clients

| Claim No. | Client | Suit | Status |
|---|---|---|---|
|  | Alfred, Michelle |  |  |
| 18R241829 | Ancar, Maureen & Mark | Ancar/Aaron | Funded |
| 18R343766 | Angelain, Anthony (Deinira) | Ancar |  |
| 18R252570 | Armour, Henry & Katrina | Ancar | To be Dismissed |
| 18R325056 | Augustine, Hilton | Ancar |  |
| 18R350234 | Ausama, Lee H | Ancar | Release signed & Dismissed |
| 18R240258 | Austin, Fred & Debra | Ancar/Aaron | Funded |
| 18R481603 | Baker, Kevin | Ancar/Aaron | Release signed & Dismissed |
| 18R348118 | Barbaro, Karen | Ancar |  |
| 18R243682 | Barney, Jessie & Jean | Ancar |  |
| 18R482775 | Bodden, Enrique & Carole | Ancar | Funded |
|  | Boyd, Karla | Ancar |  |
| 18R168533 | Breaux, Willie & Carol | Ancar |  |
|  | Bridges, Lee Ray & Geraldine Coates | Ancar | Wind Carrier American National |
| 18R345395 | Brister, Mable | Ancar |  |
| 18R263736 | Brooks, Henry & Adeline | Ancar/Aaron | Release signed & Dismissed |
| 18R245254 | Bryant, Cheryl | Ancar | Release signed & Dismissed |
| 18R335886 | Butler, Lula | Ancar | Release signed & Dismissed |
| 18R329767 | Campbell, Lonnie & Anita | Ancar | Release signed & Dismissed |
|  | Capers, Eric |  |  |
|  | Cappo, Antonia | Ancar | To be Dismissed |
| 18R245403 | Casey, Gary & Pamela | Ancar | Release signed & Dismissed |
| 18R247698 | Charles, Dyrus and Rochelle | Ancar | Release signed & Dismissed |
| 18R258661 | Chetta, Mary Kay | Ancar |  |
| 18R275041 | Cole, Adam & India | Ancar |  |
| 18R266063 | Crump, Melvin | Ancar |  |
| 18R346455 | Daughtry, Robert | Ancar |  |
| 18R343021 | DeGrasse, Marilyn | Ancar |  |
|  | Dupre, Stacie & Leo | Ancar |  |
| 18R263991 | Edinburgh, Theodore & Emelda | Ancar |  |
| 18R163779 | Enclarde, Marion | Ancar |  |
| 18R339554 | Farria, Jessie & Hilda (Utilida) | Ancar |  |
| 18R176115 | Felder, Jimmie | Ancar | Funded |
| 18R249921 | Frank, Zealia | Ancar |  |
| 18R272042 | Gagliano, Angelo | Ancar |  |
|  | George, Joseph | Ancar | To be Dismissed |
|  | Germany, Angela | Ancar | To be Dismissed |
| 18R335886 | Green/Butler, Ida Mae/Lula M | Ancar |  |
| 18R245975 | Guidry, Linda | Ancar |  |
| 18R480196 | Hamilton/Major, Eileen/Patrick | Ancar | Rejected Offer |
| 185045517 | Handy, Shelia | Ancar | To be Dismissed |
| 18R263398 | Hansford, Shirley & Harold | Ancar | To be Dismissed |
| 18R348696 | Harris, Roland A/Mary | Ancar | Flood Only - Dismissed |
| 18R346551 | Harrison, Evelyn | Ancar | Release signed & Dismissed |
| 18R531894 | Haynes, Elaine | Ancar | Release signed & Dismissed |
| 18R336340 | Hebert, Donald (Fortress Rd) | Ancar | Release signed & Dismissed |
|  | Herbert, Mary & Warren | Ancar |  |
|  | Holland, Celeste | Ancar |  |
| 18R167399 | Hollins, Rene & Charlotte | Ancar | Lien Filed |

## ANCAR STATUS - STATE FARM
### January 6, 2009
### Civil Action No. 07-4853
### Jim S. Hall Associates Clients

| | | | |
|---|---|---|---|
| 18R510778 | Hopkins, Viola | Ancar | Release signed & Dismissed |
| 18R263070 | James, Florence & Felix | Ancar | |
| 18R353344 | Johnson, Debra A | Ancar | |
| | Johnson, Shelia | Ancar | To be Dismissed |
| | Johnston, Lloyd & Denise | Ancar | To be Dismissed |
| 18R163877 | Joseph, Zephra & Daymeion | Ancar | Release signed & Dismissed |
| 18R253857 | Kellar, Leopold o/b/o Marion | Ancar | |
| 18R168120 | Keligond, Herbert & Patricia | Ancar/Aaron | Release signed & Dismissed |
| 18R497470 | Kelty, Eric (3304-06 Pakenham) | Ancar | Release signed & Dismissed |
| 18R499070 | Kelty, Eric (3618 Laplace St) | Ancar | Release signed & Dismissed |
| 18R337646 | Kelty, Eric (3717 Pecan) | Ancar | |
| 18R530717 | Kelty, Eric (504 E Liberaux St) | Ancar | |
| 18R167727 | Kopec, Joseph & Althea | Ancar | |
| 18R350904 | Kramer, Emma & David | Ancar | To be Dismissed |
| 18R367067 | LeBlanc, Barry & Dorothy | Ancar | To be Dismissed |
| | Lee, Robert & Sherry | Ancar | |
| 18R246217 | Levin, Richard B | Ancar | Funded |
| 18R513810 | Lewis, Ivan | Ancar | |
| 18R496464 | Lewis, Pamela | Ancar/Aaron | Release signed & Dismissed |
| 18R245934 | Lochbrunner, Melanie & Eric | Ancar | Release signed & Dismissed |
| | Maggiore, Shelia | Ancar | No Contract |
| 18R340942 | Martin, Ceasar | Ancar | Release signed & Dismissed |
| 18R252360 | McGruder, Tim | Ancar | To be Dismissed |
| 18R175503 | McNeil, Bernice & David | Ancar | Funded |
| 18R210185 | Mitchelle, Rosie Lee | Ancar | |
| 98C816627 | Mora, Charlene | Ancar | To be Dismissed |
| 18R342637 | Neidlinger, Keith | Ancar | |
| | Newman, Rosemary & Palmer | Ancar | To be Dismissed |
| | Page, Richard & Miriam | Ancar | To be Dismissed |
| | Pavur, Joseph | Ancar | To be Dismissed |
| | Perrault, Harry & Dorothy | Ancar | To be Dismissed |
| 18R330625 | Raymond, Nadine & Lawrence | Ancar | |
| 18R494454 | Rigaud, Barbara | Ancar | |
| | Roche, Robin | Ancar | To be Dismissed |
| 18R357788 | Robb, Glenn | Ancar | Release signed & Dismissed |
| 18R241230 | Robertson, Douglas & Toya | Ancar | |
| 18R335232 | Robinson, Shelia | Ancar | To be Dismissed |
| 18R243423 | Saunders, Priscilla | Ancar | |
| 18R482416 | Shaw, Felton & Yolanda | Ancar | To be Dismissed |
| 18R238418 | Shelton, William & Bonnie | Ancar | 4 properties -- 1 offer -- Rejected |
| 18R357274 | Simon, Edith & Alvin | Ancar | Release signed & Dismissed |
| 18R351248 | Smith, Wanda | Ancar | |
| 18R167953 | Spears, Leona | Ancar | Release signed & Dismissed |
| 18R337400 | Trosclair, Gloria | Ancar | Release signed & Dismissed |
| 18R357001 | Versowsky, Paul | Ancar | Release signed & Dismissed |
| 18R351025 | Vigne, Eric & Troi | Ancar | |
| 185601404 | Wade, Tanya & Johnell, Jr. | Ancar | To be Dismissed |
| 18R328402 | Webber, Aldean & Michael | Ancar | |
| 18R208838 | Welcome, Duval & Betty | Ancar | |
| 18A226690 | Wheeler, Daniel P | Ancar | Release signed & Dismissed |

ANCAR STATUS - STATE FARM
January 6, 2009
Civil Action No. 07-4853
Jim S. Hall Associates Clients

| | | | |
|---|---|---|---|
| 18R170792 | Whitehead, Joelle & Farrell | Ancar | |
| 18R339241 | Williams, Karen (Kaaren) | Ancar/Aaron | Release signed & Dismissed |
| 18R289440 | Woods, Frank | Ancar | Dismissed |
| 18R354456 | Woods, Vernon & Gwendolyn | Ancar | |
| | Wren, Anthony & Cheryl | Ancar | |
| | Young, Floyd | Ancar | Allstate |