UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    Aaron 06-4746<br>    Aguilar 07-4852<br>    Ancar 07-4853 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER OF DISMISSAL

**IT IS ORDERED** that the claims of all plaintiffs in the three referenced cases that are marked as "funded" on the separately filed written report of plaintiffs' counsel, except those that also contain the notation "flood claim" in the far right margin, are hereby dismissed without costs and without prejudice to the right, upon good cause shown within ninety (90) days, to seek summary judgment enforcing the compromise or to reopen the claim by filing an appropriately severed amended complaint if settlement is not consummated.  The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

New Orleans, Louisiana, this ___12th___ day of January,  2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE