UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Alexander  07-4538 | JUDGE DUVAL<br>MAG. WILKINSON |

**ORDER**

The referenced Alexander case is one of about two dozen "Mass Joinder Insurance Cases" that have been pending in the captioned consolidated litigation. Although the various claims asserted in these cases were misjoined, no severance order separating plaintiffs' individual claims was entered in these cases so that (a) the flood exclusion issue addressed in Sher v. Lafayette Ins. Co., 988 So. 2d 186 (La. 2008), and In re Katrina Canal Breaches Litig., 495 F.3d 191, 214 (5th Cir. 2007), could be resolved, and (b) mass settlement efforts could be undertaken. In the Alexander case, the substantial mass settlement efforts undertaken by counsel have been largely successful.

In response to my previous order, plaintiffs' counsel, Kevin P. Klibert, submitted a written report and appeared at a call docket hearing on January 8, 2009. Considering the written report, which will be separately filed in the record, the oral representations

of counsel and the record as a whole, the referenced <u>Alexander</u> case will be concluded as follows:

**IT IS ORDERED** that the settlement evaluation process provided in the Post-Sher Insurance Umbrella Case Management Order, Record Doc. No. 13521, in the above referenced mass joinder case is terminated.

The claims of the following plaintiffs asserted in this case have been settled. Accordingly, by copy of this minute entry, Judge Duval is advised so that he may enter a 90-day conditional dismissal order as to the claims of the following plaintiffs.

1. Toni Bazer
2. Lonzo and Tiffany Hamilton
3. Debra Mercandel
4. Easter and Eugene Blackman
5. Robert and Leslie Bridgewater
6. Jennifer and George Collins
7. Priscilla Foster
8. Allen and Christie Gerlinger
9. Frederick Hill
10. Mary Sanchez
11. Sheila Valentine
12. Robin Phillips Bevins
13. Lena Buckels Bradford
14. Henry and Bridget Brooks
15. Arthur Christophe
16. Dorothy Cordier
17. Caroline Davis
18. Sylvia Duronslet
19. Milton Duckert
20. Joseph Farve, Sr.
21. Emile and Beverly Flauss

22. Kevin and Katherine Goertz
23. Audrey and Sharon Holloway
24. Jean C. Kennedy
25. Patricia and Rodney Simon
26. Margaret Tolliver
27. Gertrude Wright
28. Deborah Butler
29. Clarice Butler
30. Maggie Capers
31. Darleen Pierre
32. Lucille Richerson
33. Henry Swanson
34. Clifton and Robben Karr
35. Irene and Otheo Barnes
36. Richard Sanderson II
37. Eve and Robert Kazik
38. Louanna Artus
39. Odell and Joyce Allen
40. Troylynn Bass
41. Tammy Boyd
42. Michael and Sherry Campo
43. Lionel and Shirley Chin
44. Easter and Billy Joe Foxworth
45. Kermit Francis, Sr.
46. Evelyn and Michael Binden Fuselier
47. Austin Galy
48. Carlos Gomez
49. Jean Griffith
50. Roslyn and Wayne Howard
51. Leonard Jones, III
52. Christopher Kennedy
53. Leonard and Ann Lee
54. Hurby Oubre
55. Allen Parker
56. Ronald Schurr
57. Venola Spurlock
58. Debra Woods

59. Robert Wayman
60. James and Gloria Kendrick
61. Darleen Crawford
62. Lisa Colburn

As to any plaintiff in this case whose claims have not been dismissed, **IT IS FURTHER ORDERED** that plaintiffs' counsel must, **no later than January 30, 2009**, file an individualized amended complaint for each plaintiff or set of related plaintiffs asserting claims against only the appropriate insurer defendant.  This pleading shall be filed with the Clerk of Court on paper, not electronically.  The caption of the amended complaint must contain only the plaintiff(s) and defendant that are the subject of that specific claim.  The amended complaint shall be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order.  Counsel for plaintiffs must also provide the Clerk of Court with a prepared summons for each amended complaint.

Upon filing of the amended complaint, <u>except</u> as to amended complaints that are designated in the Forced Place Insurance category (which are addressed below), the Clerk will assign a new docket number and will allot the case at random among the judges of the court.  All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

The newly filed cases will proceed separately and will <u>not</u> be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), so that they may proceed to resolution independently.

However, any amended complaint filed against any defendant who issued a force placed policy for the plaintiff's property must include the "Forced Place Insurance" designation in the caption, as required by the court's separately filed Forced Place Insurance Case Management Order.  The Clerk will assign a new docket number to all complaints designated as Forced Place Insurance complaints, but the new complaints will be assigned to Section "K"(2) and will be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for the purposes of consolidated motion practice, which will be separately scheduled by Judge Duval.

**IT IS FURTHER ORDERED** that plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this order on opposing counsel.

Any substantive motion still pending in the original case must be refiled in the newly assigned case if it pertains to that case.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice.  Specifically, by separate order on or

after **February 2, 2009**, Judge Duval will dismiss the cases identified in the caption above, so that the newly filed severed cases may proceed.

The court thanks plaintiffs' counsel, Kevin Klibert, for the thoroughness of his reports and all counsel for their efforts in amicably resolving so many of these claims.

New Orleans, Louisiana, this <u>  12th  </u> day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**