UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                JUDGE DUVAL
   Alexander 07-4538                  MAG. WILKINSON

## ORDER OF DISMISSAL

**IT IS ORDERED** that the claims of the following plaintiffs in the above-referenced Alexander action are hereby dismissed without costs and without prejudice to the right, upon good cause shown within ninety (90) days, to seek summary judgment enforcing the compromise or to reopen the claim by filing an appropriately severed amended complaint if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

1.  Toni Bazer
2.  Lonzo and Tiffany Hamilton
3.  Debra Mercandel
4.  Easter and Eugene Blackman
5.  Robert and Leslie Bridgewater
6.  Jennifer and George Collins
7.  Priscilla Foster
8.  Allen and Christie Gerlinger
9.  Frederick Hill
10. Mary Sanchez
11. Sheila Valentine

12. Robin Phillips Bevins
13. Lena Buckels Bradford
14. Henry and Bridget Brooks
15. Arthur Christophe
16. Dorothy Cordier
17. Caroline Davis
18. Sylvia Duronslet
19. Milton Duckert
20. Joseph Farve, Sr.
21. Emile and Beverly Flauss
22. Kevin and Katherine Goertz
23. Audrey and Sharon Holloway
24. Jean C. Kennedy
25. Patricia and Rodney Simon
26. Margaret Tolliver
27. Gertrude Wright
28. Deborah Butler
29. Clarice Butler
30. Maggie Capers
31. Darleen Pierre
32. Lucille Richerson
33. Henry Swanson
34. Clifton and Robben Karr
35. Irene and Otheo Barnes
36. Richard Sanderson II
37. Eve and Robert Kazik
38. Louanna Artus
39. Odell and Joyce Allen
40. Troylynn Bass
41. Tammy Boyd
42. Michael and Sherry Campo
43. Lionel and Shirley Chin
44. Easter and Billy Joe Foxworth
45. Kermit Francis, Sr.
46. Evelyn and Michael Binden Fuselier
47. Austin Galy
48. Carlos Gomez
49. Jean Griffith

50. Roslyn and Wayne Howard
51. Leonard Jones, III
52. Christopher Kennedy
53. Leonard and Ann Lee
54. Hurby Oubre
55. Allen Parker
56. Ronald Schurr
57. Venola Spurlock
58. Debra Woods
59. Robert Wayman
60. James and Gloria Kendrick
61. Darleen Crawford
62. Lisa Colburn

New Orleans, Louisiana, this \_\_\_\_\_12th\_ day of January,  2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE