UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Austin, 06-5383 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The referenced Austin case is one of about two dozen "Mass Joinder Insurance Cases" that have been pending in the captioned consolidated litigation. Although the various claims asserted in these cases were misjoined, no severance order separating plaintiffs' individual claims was entered in these cases so that (a) the flood exclusion issue addressed in Sher v. Lafayette Ins. Co., 988 So. 2d 186 (La. 2008), and In re Katrina Canal Breaches Litig., 495 F.3d 191, 214 (5th Cir. 2007), could be resolved, and (b) mass settlement efforts could be undertaken. In the Austin case, the substantial mass settlement efforts undertaken by counsel have been extraordinarily successful, with all claims except one having been settled.

In response to my previous order, Record Doc. No. 16225, plaintiffs' counsel, Joseph Bruno and Scott Joanen, submitted a written report in preparation for today's call docket. Mr. Joanen appeared in person and confirmed the written report to the court.

Considering the written report, which will be separately filed in the record, the oral representations of counsel and the record as a whole, the referenced <u>Austin</u> case will be concluded as follows:

With the exception of the single specific claim addressed below, the claims of all other plaintiffs asserted in this case have been settled. Some have already been dismissed. Record Doc. No. 5. As to those settled claims that have not been dismissed, by copy of this minute entry, Judge Duval is advised so that he may enter a 90-day conditional dismissal order as to all other claims asserted in this case, except the claim of Antoinette Hatch.

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has determined that settlement is not achievable as to the following single claim in the short term without further court proceedings and that the individual claim of Antoinette Hatch asserted herein must be severed from the captioned case.

**IT IS ORDERED** that plaintiffs' counsel must, **no later than January 30, 2009**, file an individualized amended complaint for Antoinette Hatch asserting her claims against only the appropriate insurer defendant. This pleading shall be filed with the Clerk of Court on paper, not electronically. The caption of the amended complaint must contain only the plaintiff and defendant that are the subject of that specific claim. It shall

also be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order. Upon filing, the Clerk will assign a new docket number and will allot the case at random among the judges of the court. All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

**IT IS FURTHER ORDERED** that plaintiff shall serve the new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this order on opposing counsel.

Any substantive motion still pending in the original case must be refiled in the newly assigned case if it pertains to that case.

The newly filed case will proceed separately and will not be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), so that they may proceed to resolution independently.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice. Specifically, by separate order on or after **February 2, 2009**, Judge Duval will dismiss the original Austin case, C.A. No. 06-5383, so that the newly filed severed case may proceed.

The court thanks plaintiffs' counsel, Joseph M. Bruno and Scott Joanen, for their efforts and for the thoroughness of their reports.

New Orleans, Louisiana, this __12th__ day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**