UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Austin</u>, 06-5383 | JUDGE DUVAL |
| | MAG. WILKINSON |

### ORDER OF DISMISSAL

**IT IS ORDERED** that, as to the claims of all plaintiffs who have not already been dismissed, <u>except</u> the claim of Antoinette Hatch, which remains pending, the above-referenced <u>Austin</u> action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within ninety (90) days, to seek summary judgment enforcing the compromise or to reopen the claim by filing an appropriately severed amended complaint if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

New Orleans, Louisiana, this ___12th___ day of January, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE