UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    (Severed Mass Joinder Individual Cases)<br>    <u>Abadie I</u>  06-5164<br>    <u>Abadie II</u>  07-5112<br>    <u>Aaron</u> 06-4746<br>    <u>Aguilar</u> 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

During the course of the Post-Sher settlement evaluation process and at the various status conferences I have conducted, including the January 8, 2009 call docket, counsel have advised that the various cases against defendant State Farm that have previously been severed from the above-referenced "mass joinder" cases and assigned their own individual civil action number, but which remain in the captioned consolidated litigation, have been settled.  However, not all of these cases have been dismissed at this time.

Accordingly, **IT IS ORDERED** that no later than **January 20, 2009**, counsel must advise me in writing, as to any such previously severed and still-pending case against State Farm, whether there is any reason not to enter 90-day conditional dismissal orders as to these cases.  In addition, counsel must specifically identify any severed mass joinder case which has not been settled, even conditionally, so that the court may

consider whether it should be deconsolidated from the captioned consolidated litigation and set for trial.

New Orleans, Louisiana, this ____12th____ day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
and (via email)
Joseph M. Bruno; jbruno@jbrunolaw.com
Joseph W. Rausch; joe@jimshall.com
Charles Chassaignac; cchassaignac@phjlaw.com
David Strauss; dstrauss@kingkrebs.com