UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Willie Major, Darlene Major regarding 3027 & 3029 Beachhead Ln., Violet, LA 70092; Deborah Grimes regarding 5226 & 5228 E. Lemans St., New Orleans, LA 70129; Deborah Grimes regarding 3519 Timber Wolf Ln., New Orleans, LA 70131; Deborah Grimes regarding 5131 Timber Crest Dr., New Orleans, LA 70131; Patrick Lopez, Jennifer Lopez regarding 332 Harrison Ave, New Orleans, LA 70124; Mark Lutenbacher, Clare Lutenbacher regarding 6615 Wuerple St., New Orleans, LA 70124; Emile Masson, Phyllis Masson regarding 4409 Tracy St., Meraux, LA 70075; Ernest Gethers, Shelina Gethers regarding 5335 Eads St., New Orleans, LA 70122; Crayton Byrd, Sharon Byrd regarding 7512 Scottwood Dr., New Orleans, LA 70128 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Willie Major, Darlene Major regarding 3027 & 3029 Beachhead Ln., Violet, LA 70092; Deborah Grimes regarding 5226 & 5228 E. Lemans St., New Orleans, LA 70129; Deborah Grimes regarding 3519 Timber Wolf Ln., New Orleans, LA 70131; Deborah Grimes regarding 5131 Timber Crest Dr., New Orleans, LA 70131; Patrick Lopez, Jennifer Lopez regarding 332 Harrison Ave, New Orleans, LA 70124; Mark Lutenbacher, Clare Lutenbacher regarding 6615 Wuerple St., New Orleans, LA 70124; Emile Masson, Phyllis Masson regarding 4409 Tracy St., Meraux, LA 70075; Ernest Gethers, Shelina

Gethers regarding 5335 Eads St., New Orleans, LA 70122; Crayton Byrd, Sharon Byrd regarding 7512 Scottwood Dr., New Orleans, LA 70128, who wish to voluntarily dismiss the claims against Defendant(s) THE HANOVER INSURANCE COMPANY, THE HANOVER AMERICAN INSURANCE COMPANY, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of January, 2009.

    /s/ Joseph M. Bruno
Joseph M. Bruno