UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05 - 4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION " K " (2) |
| PERTAINS TO: <u>08-00039, Landry</u> | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE
## <u>COMPLAINT IN INTERVENTION</u>

**NOW INTO COURT,** through undersigned counsel, comes Thornhill Law Firm, A PLC, through Tom W. Thornhill, the only remaining and majority partner of Thornhill and Collings, L.C., who, pursuant to FRCP 5 and 24, seeks to leave to file the attached Complaint in Intervention for contingency fees and costs due to it as a result of the following reasons, as more fully set out in the Memorandum attached hereto. Consequently, Thornhill and Collings, L.C. is entitled to and seeks judgment in its favor against defendants-in-intervention recognizing its right to payment accordingly and for all rights and remedies in connection with the contingency contract, law and equity.

1

## STATEMENT OF OBJECTION

Pursuant to LR 7.6E, Mover shows that it has attempted to obtain consent from all parties to this action to file this Motion as Unopposed, but has been unable to obtain consent for the filing and granting of this Motion from all parties.  Consequently, because the filing of the proposed Complaint in Intervention must be immediately filed to protect Intervenor's interests, Mover is filing this Motion as an opposed Motion.

WHEREFORE, Thornhill and Collings, L.C. prays that it be granted leave to file the attached Complaint-in-Intervention for the reasons stated hereinabove and in the Memorandum attached hereto.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

*/s/ GUS A. FRITCHIE III*
Gus A. Fritchie III (Bar #5751)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101

AND

THORNHILL & COLLINGS, L.C.
[IN LIQUIDATION]

*/s/ Tom W. Thornhill*
TOM W. THORNHILL # 12776
THORNHILL LAW FIRM, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of <u>January</u>, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record.

      And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Michael O. Carey
    108  New Rhone Village
    Crowley, LA 70526

                                          /s/ GUS A. FRITCHIE III