UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION: 05 - 4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION " K " (2)** |
| **PERTAINS TO: <u>08-00039, Landry</u>** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**COMPLAINT IN INTERVENTION**</u>

**NOW INTO COURT,** through undersigned counsel, comes Thornhill Law Firm, A PLC, through Tom W. Thornhill, the only remaining and majority partner of Thornhill and Collings, L.C., who, pursuant to FRCP 24, seeks to intervene for contingency fees and costs due to it as a result of the following:

1. Made Defendants-in-Intervention herein are Roland Landry, Dorothy Landry and State Farm Fire and Casualty Company, all parties to this action who may be served through their attorneys of record;

2. The firm of Thornhill and Collings, L.C., served as counsel and provided legal representation and services to the Original Plaintiffs, Roland Landry and Dorothy Landry. Chadwick W. Collings has recently been engaged to represent the Plaintiffs, see Exhibit 1;

1

3. Thornhill and Collings, L.C., operated under a written engagement letter entitling it to payment of a contingent fee of 25%, see Exhibit 2;

4. Thornhill and Collings, L.C., has advanced costs which are listed and attached hereto and is entitled to reimbursement of those costs under the engagement letter, see Exhibit 3;

5. All Plaintiffs and Defendants are placed on notice of the claim and the rights of Thornhill and Collings, L.C., to payment accordingly, pursuant to L.S.A.-R.S. 37:218 and L.S.A.-R.S. 9:5100;

6. Thornhill and Collings, L.C., seeks judgment in its favor against defendants-in-intervention recognizing its right to payment accordingly and for all rights and remedies in connection with the contingency contract, law and equity.

WHEREFORE, Thornhill and Collings, L.C., prays that there be judgment in its favor and against the Defendants-in-intervention, Roland Landry, Dorothy Landry and State Farm Fire and Casualty Company, including all costs incurred, plus all rights and remedies in connection therewith.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

 */s/ GUS A. FRITCHIE III*
Gus A. Fritchie III (Bar #5751)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101

AND

                                          THORNHILL & COLLINGS, L.C.
                                        [IN LIQUIDATION]

                                        */s/ Tom W. Thornhill*
                                        TOM W. THORNHILL # 12776
                                        THORNHILL LAW FIRM, A PLC
                                        1308 Ninth Street
                                        Slidell, Louisiana 70458
                                        (985) 641-5010
                                        (985) 641-5011 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of <u>January</u>, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record.

      And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Michael O. Carey
    108  New Rhone Village
    Crowley, LA 70526


                                           /s/ GUS A. FRITCHIE III _____