UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05 - 4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION " K " (2) |
| PERTAINS TO: <u>08-00039, Landry</u> | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that intervenor, Thornhill Law Firm, A PLC, will bring on for hearing the attached Motion and Incorporated Memorandum for Leave to File Complaint in Intervention, before Magistrate Joseph C. Wilkinson, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 28th day of January, 2009 at 11:00 a.m.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

 */s/ GUS A. FRITCHIE III*
Gus A. Fritchie III (Bar #5751)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

AND

1

        THORNHILL & COLLINGS, L.C.
        [IN LIQUIDATION]

        /s/ *Tom W. Thornhill*
        TOM W. THORNHILL # 12776
        THORNHILL LAW FIRM, A PLC
        1308 Ninth Street
        Slidell, Louisiana 70458
        (985) 641-5010
        (985) 641-5011 (facsimile)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of January, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record.

    And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Michael O. Carey
    108  New Rhone Village
    Crowley, LA 70526

        /s/ GUS A. FRITCHIE III _____