# THORNHILL & COLLINGS, L.C.
### ATTORNEYS AND COUNSELORS AT LAW

TOM W. THORNHILL
CHADWICK W. COLLINGS
MITCHELL A. PALMER
CHRISTINE C. HILLEREN

CORNER OF GAUSE AND NINTH
1308 NINTH STREET
SLIDELL, LA 70458

☎(985) 641-5010
FAX: (985) 641-5011

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com
chad@thornhilllawfirm.com

May 21, 2008

Roland & Dorothy Landry
311 Tidewater Drive
Slidell, La 70458

Re: Engagement Letter for Legal Services

Dear Mr. & Mrs. Landry:

We are pleased that you wish to engage our firm to perform legal services for you. From our experience, we have found that our clients appreciate a frank and open discussion and understanding of the services that we will perform and the basis upon which they will be expected to pay for these services. This letter is intended to set forth our understanding as to the nature and scope of the legal services we have agreed to render for you, the amount of our fees for these services, the manner in which our fees for these services will be determined and the terms upon which you will make payment of these fees.

1. <u>Nature of Legal Services.</u> You have engaged us to advise and represent you in connection with your claim against State Farm Insurance Company for insurance proceeds under the property and related coverages.

2. <u>Fees for services.</u> It is agreed that the fee to be paid for legal representation, professional and expert services will be a contingent fee of twenty five percent (25%) will be paid on any recovery, whether in a settlement, or after trial and/or final judgment of the courts.

3. <u>Costs.</u> Furthermore, in connection with our representation of you, we anticipate that certain expenses may be incurred and advanced on your behalf. By signing this engagement letter, you agree that these expenses include, but are not necessarily limited to, the following: filing fees, recording costs, court costs, deposition costs, expert witness fees, transcript costs, witness fees, copy costs, photographic, electronic or digital evidence production, investigation fees, travel expenses, litigation related medical expenses, computer legal research charges, advances, long distance telephone service expenses, postage charges, copying charges, and mileage and outside courier service charges. In addition to our fees for legal services, you agree to pay us for such out-of-pocket expenditures out of the recovery. In the event we do not recover, you are not obligated to pay costs

EXHIBIT 2

August 21, 2007
Page 2 of 2

or fees. These costs will be deducted from any recovery after our firm has deducted its contingent fee set forth above in paragraph two (2). By signing this engagement letter, you also acknowledge that you have been provided a copy of Rule 1.8 of the Rules of Professional Conduct.

    4.    <u>Contingent Fees and Costs</u>. In the event we do not recover, you are not obligated to pay fees or costs shown in paragraphs number 2 and 3.

    5.    <u>Other Matters</u>. In the event you engage us to render services with respect to other matters not covered by this engagement letter, in the absence of a written agreement to the contrary, those other matters will be handled on the same basis, and fees and costs will be payable under the same terms and conditions, as provided for herein.

    6.    <u>Prior Agreements.</u> Finally, it is understood that by executing this agreement, the parties agree to revoke any prior agreement by signing this letter and returning it to us and we will begin our representation.

We appreciate your confidence in our firm and we assure you that we shall make every effort to perform our services in a professional, prompt and efficient manner.

                             Very truly yours,

                             THORNHILL & COLLINGS, L.C.

By: _____
     CHADWICK W. COLLINGS

AGREED AND ACCEPTED THIS
May  21 , 2008

_____
ROLAND LANDRY

August 21, 2007
Page 2 of 2

*[signature]* 5/21/08
_____
DOROTHY LANDRY