## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05 - 4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION " K " (2) |
| PERTAINS TO: <u>08-00039, Landry</u> | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING LEAVE TO FILE <u>COMPLAINT IN INTERVENTION</u>

Considering the Motion and Incorporated Memorandum in Support of Leave to file Complaint in Intervention;

IT IS HEREBY ORDERED, that Thornhill Law Firm, A PLC, through Tom W. Thornhill, the only remaining and majority partner of Thornhill and Collings, L.C., be and is hereby allowed to file the attached Complaint in Intervention;

ORDER READ, RENDERED and SIGNED, this _____ day of January, 2009 at New Orleans, Louisiana.

_____<br>JUDGE