UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Advanced Mortgage, Betty Lashley Washington regarding 1419 Gallier St., New Orleans, LA 70117; Jimmy Grimes regarding 9021 Dryon St., New Orleans, LA 70118; Michelle McCroy, Gail Brown regarding 3916 Catawba Ct., Harvey, LA 70058; Rosalee Douville regarding 6245 August Ave., Marrero, LA 70072; Curtis Liverett regarding 7638-76 Chef Menteur Hwy., New Orleans, LA 70127; Deborah Clayton, Robert H. Clayton regarding 4927 Gawain Dr., New Orleans, LA 70127; Aucion Hatcher regarding 2137 & 2139 Mandeville St., New Orleans, LA 70117; Richard Wells, Norene A. Wells regarding 1422 S. Jefferson Davis, New Orleans, LA 70125; Dilton Robinson, Sherlene Robinson regarding 1412 Tricou St., New Orleans, LA 70117** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Advanced Mortgage, Betty Lashley Washington regarding 1419 Gallier St., New Orleans, LA 70117; Jimmy Grimes regarding 9021 Dryon St., New Orleans, LA 70118; Michelle McCroy, Gail Brown regarding 3916 Catawba Ct., Harvey, LA 70058; Rosalee Douville regarding 6245 August Ave., Marrero, LA 70072; Curtis Liverett regarding 7638-76 Chef Menteur Hwy., New Orleans, LA 70127; Deborah Clayton, Robert H. Clayton regarding 4927 Gawain Dr., New Orleans, LA 70127; Aucion Hatcher regarding 2137 & 2139 Mandeville St., New Orleans, LA 70117; Richard Wells, Norene A. Wells regarding

regarding 1422 S. Jefferson Davis, New Orleans, LA 70125; Dilton Robinson, Sherlene Robinson regarding 1412 Tricou St., New Orleans, LA 70117, who wish to voluntarily dismiss the claims against Defendant(s) Certain Underwriters at Lloyds, London, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of January, 2009.

       /s/ Joseph M. Bruno
       Joseph M. Bruno