# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     *    CIVIL ACTION
         CONSOLIDATED LITIGATION      *    NO.  05-4182 "K" (2)
                                               *    JUDGE DUVAL
                                               *    MAG. WILKINSON

PERTAINS TO:  INSURANCE           *

                                                  *

Penny and Henry Alexander (07-4455)    *
Irwin Anderson, Sr. by Gail Anderson Wharton    *
    (07-4455)                                        *
L.J.  and Eva Dell Aucoin (07-4458)    *
Santiago and Lucina Avila (07-5206)    *
Debra Bennett (07-5206)    *
Elaine Berry (07-5206)    *
Ronald and Orbadella Browder (07-4458)    *
Ivory and Shirley Chopin (07-5206 & 07-5769)    *
Bonnie Condor (07-4458 & 07-5206)    *
Thomas Coston (07-4455)    *
Lewis Crosby, Jr. (07-4458)    *
Alice Dabney (07-5206)    *
Geneva Dorsey (07-4455 & 07-5206)    *
Betty Duplessis (07-4458)    *
Sandra Ebbs (07-4455)    *
Gladys Encalade (07-5206)    *
Ronald and Donna Fournier (07-5206)    *
Betty Crosby Francis (07-4455)    *
Brenda V. Gibson (07-5206)    *
Lisa and Anthony Grimble (07-4455)    *
Deborah Jackson (07-4458)    *
Gregory Lassair, Sr. (07-4455)    *
Thomas Lavigne (07-5206)    *
                                                  *

| | |
|---|---|
| **Betty Lundy (07-4458 & 07-5206)** | * |
| **Vera McGuire (07-4458)** | * |
| **Kenneth Mitchell (07-5206)** | * |
| **Christine Moten (07-5206)** | * |
| **Geraldine Norman (07-5206)** | * |
| **Joyce Olsen (07-5206)** | * |
| **Kim and Robert Price (07-4455)** | * |
| **Annie Richburg (07-4458)** | * |
| **Lashandra Russ (07-4455)** | * |
| **Joseph and Gwendolyn Smith (07-4455)** | * |
| **Preston Smith (07-4458)** | * |
| **Thelma Starwood (07-4458)** | * |
| **James Troxclair (07-5206)** | * |
| **Cecile Vigee (07-5206)** | * |
| **Ivory Belle Walker (07-4455)** | * |
| **Edward Weber (07-4455 & 07-5199)** | * |
| **Carlene Williams (07-4455)** | * |
| **Herman and Brenda Williams (07-5206)** | * |
| **Lois Williams (07-4455)** | * |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## ALLSTATE'S MOTION TO CORRECT RECORD AND TO MODIFY ORDER OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, Allstate Insurance Company ("Allstate"), moves to correct the record and to modify the order of dismissal that the Court issued on January 7, 2009. Since then, Allstate has learned that although Plaintiff Thomas Lavigne originally filed suit through Daniel Becnel, Mr. Lavigne was not included on a subsequently filed amended complaint in that cause. As such, it appears that Mr. Becnel may no longer represent Mr. Lavigne. If so, this raises the question of whether Mr. Lavigne's later-filed suit, filed through the Hurricane Legal Center ("HLC"), was duplicative of his suit filed through Mr. Becnel at the time of the Court's January 7, 2009 order. As this may have resulted in the dismissal of Mr. Lavigne's only active suit against Allstate, the Court may wish to seek a clarification from Mr. Becnel and the HLC regarding the status of their representation.

WHEREFORE, PREMISES CONSDIERED, Allstate requests that the Court consider amending its January 7, 2009 order such that Mr. Lavigne's suit filed through the HLC (Case No. 07-5206) is not duplicative.

Respectfully submitted,

*/s/ Arthur J. Lentini*

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

***Attorney-In-Charge for Defendant***

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 13th day of January, 2009.

Stuart Barasch
Lawrence Centola
Hurricane Legal Center
910 Julia Street
New Orleans, Louisiana 70113

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
Post Office Drawer H
Reserve, Louisiana 70084

*/s/ Arthur J. Lentini*
Arthur J. Lentini