UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * * | |
| Penny and Henry Alexander (07-4455) | * | |
| Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455) | * * | |
| L.J. and Eva Dell Aucoin (07-4458) | * | |
| Santiago and Lucina Avila (07-5206) | * | |
| Debra Bennett (07-5206) | * | |
| Elaine Berry (07-5206) | * | |
| Ronald and Orbadella Browder (07-4458) | * | |
| Ivory and Shirley Chopin (07-5206 & 07-5769) | * | |
| Bonnie Condor (07-4458 & 07-5206) | * | |
| Thomas Coston (07-4455) | * | |
| Lewis Crosby, Jr. (07-4458) | * | |
| Alice Dabney (07-5206) | * | |
| Geneva Dorsey (07-4455 & 07-5206) | * | |
| Betty Duplessis (07-4458) | * | |
| Sandra Ebbs (07-4455) | * | |
| Gladys Encalade (07-5206) | * | |
| Ronald and Donna Fournier (07-5206) | * | |
| Betty Crosby Francis (07-4455) | * | |
| Brenda V. Gibson (07-5206) | * | |
| Lisa and Anthony Grimble (07-4455) | * | |
| Deborah Jackson (07-4458) | * | |
| Gregory Lassair, Sr. (07-4455) | * | |
| Thomas Lavigne (07-5206) | * | |

1

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OF LAW IN SUPPORT OF ALLSTATE'S MOTION TO CORRECT RECORD AND TO MODIFY ORDER OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Defendant, Allstate Insurance Company ("Allstate"), through its undersigned counsel of record, and files this Motion to Correct Record and to Modify Order of Dismissal and would show unto the Court as follows:

In its Motion to Dismiss Duplicate Claims ("Motion to Dismiss") (Doc. 16539), Allstate sought the dismissal, without prejudice, of Thomas Lavigne's later-filed duplicate suit filed through the Hurricane Legal Center ("HLC") (Case No. 07-5206) in favor of his earlier-filed suit filed through Daniel Becnel (Case No. 07-4538), which the Court granted on January 7, 2009 (Doc. 16993).

On January 9, 2009, Allstate learned that although Mr. Lavigne originally filed suit through Mr. Becnel in Case No. 07-4538, he was not included on a subsequently filed

2

amended complaint in that case. *Compare* Original Complaint in Case No. 07-4538 (Doc. 1) (attached hereto as Ex. A) *with* First Amended Complaint in Case No. 07-4538 (Doc. 9346 in Case No. 05-4182) (attached hereto as Ex. B). Based on this amended complaint, it appears that Mr. Becnel may no longer represent Mr. Lavigne. If so, this raises the question of whether Mr. Lavigne's later suit filed through the HLC was duplicative of his suit filed through Mr. Becnel at the time of the Court's January 7, 2009 order. As such, the Court may wish to seek a clarification from Mr. Becnel and the HLC regarding the status of the representation of Mr. Lavigne.

For all the foregoing reasons and, depending upon a clarification about the status of Mr. Lavigne's representation from the HLC or Mr. Becnel, Allstate avers that the Court may wish to consider amending its January 7, 2009 order such that Mr. Lavigne's suit filed through the HLC(Case No. 07-5206) remains open and active. *See* FED. R. CIV. P. 60 ("On motion and just terms, the court may relieve a party . . . from a final judgment, order, or proceeding for the following reasons: (1) mistake [or] inadvertence . . . .").

Respectfully submitted,

*/s/ Arthur J. Lentini*

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

**Attorney-In-Charge for Defendant**

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003

(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 13th day of January, 2009.

>Stuart Barasch
>Lawrence Centola
>Hurricane Legal Center
>910 Julia Street
>New Orleans, Louisiana 70113
>
>Daniel E. Becnel, Jr.
>Becnel Law Firm, LLC
>Post Office Drawer H
>Reserve, Louisiana 70084

>*/s/ Arthur J. Lentini*
>Arthur J. Lentini