UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.  05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| Penny and Henry Alexander (07-4455) | * | |
| Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455) | * * | |
| L.J. and Eva Dell Aucoin (07-4458) | * | |
| Santiago and Lucina Avila (07-5206) | * | |
| Debra Bennett (07-5206) | * | |
| Elaine Berry (07-5206) | * | |
| Ronald and Orbadella Browder (07-4458) | * | |
| Ivory and Shirley Chopin (07-5206 & 07-5769) | * | |
| Bonnie Condor (07-4458 & 07-5206) | * | |
| Thomas Coston (07-4455) | * | |
| Lewis Crosby, Jr. (07-4458) | * | |
| Alice Dabney (07-5206) | * | |
| Geneva Dorsey (07-4455 & 07-5206) | * | |
| Betty Duplessis (07-4458) | * | |
| Sandra Ebbs (07-4455) | * | |
| Gladys Encalade (07-5206) | * | |
| Ronald and Donna Fournier (07-5206) | * | |
| Betty Crosby Francis (07-4455) | * | |
| Brenda V. Gibson (07-5206) | * | |
| Lisa and Anthony Grimble (07-4455) | * | |
| Deborah Jackson (07-4458) | * | |
| Gregory Lassair, Sr. (07-4455) | * | |
| Thomas Lavigne (07-5206) | * | |

1

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING ON ALLSTATE'S MOTION
## TO CORRECT RECORD AND TO MODIFY ORDER OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Allstate Insurance Company's Motion to Correct Record and to Modify Order of Dismissal is set for hearing in the United States District Court for the Eastern District of Louisiana on February 4, 2009, at 9:30 a.m.

        Respectfully submitted,

        /s/ Arthur J. Lentini

        Arthur J. Lentini, APLC (#8520)
        6620 Riverside Drive, Suite 312
        Metairie, Louisiana 70003
        (504) 780-8700 Telephone

        ***Attorney-In-Charge for Defendant***

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 13th day of January, 2009.

      Stuart Barasch
      Lawrence Centola
      Hurricane Legal Center
      910 Julia Street
      New Orleans, Louisiana 70113

      Daniel E. Becnel, Jr.
      Becnel Law Firm, LLC
      Post Office Drawer H
      Reserve, Louisiana 70084

                      */s/ Arthur J. Lentini*
                        Arthur J. Lentini