from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

32. Margaret Tolliver, whose property located at 2319 Mithra Street, New Orleans, Louisiana, 70122, was covered by Allstate Insurance Company homeowners policy number 045422195, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

33. Gertrude B. Wright whose property located at 4524-26 Lafon Street, New Orleans, Louisiana, was covered by Allstate Insurance Company homeowners policy number 095010874, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

## Made Plaintiff against Allstate Insurance Company and Allstate Indemnity are:

34. Deborah Lee Butler, whose property located at 6821 Lake Willow Drive., New Orleans, Louisiana, 70126, was covered by Allstate Insurance Company/Allstate Indemnity Company homeowners policy number 031514345, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

35. Clarice M. Butler, whose property located at 629Forstall Street, New Orleans, Louisiana, 70117, was covered by Allstate Indemnity Company homeowners policy number 915928295, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

36. Maggie Capers, whose property located at 5730 Dauphne Street, New Orleans, Louisiana, 70117, was covered by Allstate Insurance Company/Allstate Indemnity Company homeowners policy number D45803633, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

37. Darleen M. Pierre, whose property located at 4761 Sherwood Dr., New Orleans, Louisiana, 70128, was covered by Allstate Insurance Company/Allstate Indemnity Company homeowners policy number 045478842, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

38. Lucille B. Richerson, whose property located at 4858 Redwood Street., New Orleans, Louisiana, 70127, was covered by Allstate Insurance Company/Allstate Indemnity Company homeowners policy number 031443816, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.
Henry Swanson, whose property located at 3918 N. Roman Street, New Orleans, Louisiana, 70117, was covered by Allstate Insurance Company/Allstate Indemnity Company homeowners policy number 915159204, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

39. Clifton and Robben Karr, whose property located at 409 Cougar Dr. Arabi, Louisiana, was covered by Allstate Insurance Company/Allstate Indemnity Company homeowners policy number 045972070 at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiffs against Balboa Insurance Company is:

40. Juanita Tillman whose property located at 4350 Randolph Ave., New Orleans, Louisiana, 70122 was covered by Balboa Insurance Company homeowners policy number ON5263952, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiffs against Farmers Insurance Exchange is:

41. Verlon G. Davis who has Power of Attorney for A.C. Gayden, Sr. whose property located at 1222 St. Maurice Ave., New Orleans, Louisiana, 70117, was covered by Farmers Insurance Exchange policy number 92094-33-16, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against Federal Insurance Company is:

42. Gary Eldredge whose property located at 6155 Catina Street, New Orleans, Louisiana, 70124, was covered by Federal Insurance Company homeowners policy number 10952608-02, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against Fidelity National Insurance Company is:

43. Simone Marion whose property located at 7437 Strathmore, New Orleans, Louisiana, 70128, was covered by Fidelity National Insurance Company

homeowners policy number NP5046050, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

## Made Plaintiff against Fidelity National Property and Casualty Insurance Company is:

44. JoAnn W. Patterson whose property located at 5034 Westlake Drive, New Orleans, Louisiana, 70127, was covered by Fidelity National Property and Casualty Insurance Company homeowners policy number FZH 0140213, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

## Made Plaintiff against The Hanover Insurance Company is:

45. Shirley M. Crawford whose property located at 2401 Monteguet, New Orleans, Louisiana, 70117, was covered by Hanover Insurance Company homeowners policy number HNO 3673572, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

## Made Plaintiff against Hartford Insurance Company of the Midwest is:

46. Anna and George Fehn whose property located at 8425 Patricia, Chalmette, Louisiana, 70043, was covered by Hartford Insurance Company of the Midwest homeowners policy number 55 RB 415029, at the time the property sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

47. Donald J. Haydel, Sr. whose property located at 4318 Mirabeau Ave N., New Orleans, Louisiana, 70126, was covered by Hartford Insurance Company of the Midwest homeowners policy number 55 RBA497723 at the time the property sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

48. D'Wanna Green Hayes whose property located at 7141 Lake Barrington Dr., New Orleans, Louisiana, 70128, was covered by Hartford Insurance Company of the Midwest homeowners policy number 55RBB463438 and whose property located at 7061-63 Salem Dr., New Orleans, Louisiana, 70128, was covered by Hartford Insurance Company of the Midwest homeowner policy number 55JB100101, at the time both properties sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

49. Calvin Vincent whose property located at 6100 Campus Blvd., New Orleans, Louisiana, 7012, was covered by Hartford Insurance Company of the Midwest homeowners policy number 55 RBA790568 at the time the property sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

**Made Plaintiff against Horace Mann Insurance Company and Teachers Insurance Company is:**

50. Jerald and Carolyn Alexander whose property located at 4921 Little John Dr., New Orleans, Louisiana, 70128, was covered by Horace Mann Insurance

Company and Teachers Insurance Company homeowner policy number 17-001198874, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against Lexington Insurance Company is:

51. Gaynell Stafford whose property located at 7610 Wave Dr., New Orleans, Louisiana, 70128, was covered by Lexington Insurance Company homeowner policy number LE056304202, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

52. Carol and Frank Smith whose property located at 10100 Chevy Chase, New Orleans, Louisiana, 70131, was covered by Lexington Insurance Company homeowner policy number LE055907503, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiffs against Liberty Mutual Fire Insurance Company are:

53. Irene and Otheo Barnes whose property located at 7120 E. Tamaron Blvd., New Orleans, Louisiana, 70128, was covered by Liberty Mutual Fire Insurance Company homeowner policy number H32-291-086264-604 3, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana.

54. Richard Sanderson, II whose property located at 34 Pamela Pl West, Arabi, Louisiana, 70032 was covered by Liberty Mutual Fire Insurance Company

homeowner policy number H32-291-819838-004 4, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana.

### Made Plaintiff against Maryland Casualty Company is:

55. Richard Sanderson, II, whose business property located at 5824 Plauche Ct, Harahan, Louisiana, was covered by Maryland Casualty Company policy number PAS 00776403, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana.

### Made plaintiffs against Massachusetts Bay Insurance Company and Hanover Insurance Group are:

56. Eve and Robert Kazik, whose property located at 4312 Newport Dr., Meraux, Louisiana, 70075 was covered by Massachusetts Bay Insurance Company/Hanover Insurance Group homeowners policy number HVO4127505, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

57.

### Made Plaintiff against Metlife Auto and Home and Metropolitan Property and Casualty Insurance Company is:

58. Louana H. Artus, whose property located at 3520 Marietta St., Chalmette, Louisiana, 70043, was covered by Metropolitan Property and Casualty Insurance Company homeowner policy number 2070573471, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against National Fire & Indemnity Exchange is:

59. Ellis and Lynn Bordelon, whose business property located at 1300 N. Broad, New Orleans, Louisiana, 70119, was covered by National Fire & Indemnity Exchange policy number CPP5978-87-06, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against National Lloyd's Insurance Company is:

60. Shoun Evans whose property located at 520 Delery Street, New Orleans, Louisiana, was covered by National Lloyd's Insurance Company homeowner policy number L60000433, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made plaintiffs against Republic Fire and Casualty Insurance Company are:

61. Rhonda Doucette whose property located at 3916 Mithra Street, New Orleans, Louisiana, 70126, was covered by Republic Fire and Casualty Insurance Company homeowner policy number H12503177826, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

62. Barbara Trevigne whose property located at 2627 New Orleans Street, New Orleans, Louisiana, was covered by Republic Fire and Casualty Insurance Company homeowner policy number HI1047614713, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against Safeco Insurance Company of America and General Insurance Company of America is:

63. Sharon Henry Brown whose property located at 5101 Piety Dr., New Orleans, Louisiana, 70126, was covered by Safeco Insurance Company of America and General Insurance Company of America homeowner policy number MIH7710220B, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made plaintiffs against Scottsdale Insurance Company are:

64. Geraldine G. Calhoun whose property located at 4543-45 Lynhuber Drive, New Orleans, Louisiana, was covered by Scottsdale Insurance Company homeowner policy number DFS0472210, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

65. James Andrew Fincher whose property located at 8513-15 Apricot Orleans, Louisiana, 70118 was covered by Scottsdale Insurance Company homeowner policy number DFS0511455, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiffs against Southwest Business Corporation and Lloyd's of London are:

66. Danny and Deidre Howard, whose property located at 2335 Madrid St., New Orleans, Louisiana, 70122, was covered by Southwest Business Corporation

homeowner policy number LLD0466333, which was underwritten by Lloyd's of London, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against State Farm Fire and Casualty Company are:

67. Joyce and Odell Allen whose property located at 14559 Duane Road, New Orleans, Louisiana, 70128, was covered by State Farm Fire and Casualty Company homeowner policy number 9802145502/189427978, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

68. Troylynn Bass whose property located at 5766 Louis Prima Dr., New Orleans, Louisiana was covered by State Farm Fire and Casualty Company homeowner policy number 18-44-0534-4, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

69. Tammy Boyd whose property located at 5619 Chamberlain Dr., New Orleans, Louisiana 70122, was covered by State Farm Fire and Casualty Company homeowner policy number 18-CV-61112-7 at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

70. Michael and Sherry Campo, whose property located at 3221 Maureen Lane, Meraux, Louisiana, was covered by State Farm Fire and Casualty

Company homeowner policy number 986679284F, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

71. Lionel and Shirley Chin whose property located at 2430 Jonquil St., New Orleans, Louisiana, 70122, was covered by State Farm Fire and Casualty Company homeowner policy number 18-E0-1638-9, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

72. Easter and Billy Joe Foxworth whose property located at 2126 Sere Street, New Orleans, Louisiana, 70122 was covered by State Farm Fire and Casualty Company homeowner policy number 18-14-9181-0, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

73. Kermit Francis Sr. for Alexander Francis whose property located at 1410 Lamanche Street, New Orleans, Louisiana 70117, was covered by State Farm Fire and Casualty Company homeowner policy number 18-CF-8175-4 at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

74. Evelyn Fuselier and Michael Binden whose property located at 3416 Riverland Dr., Chalmette, Louisiana, 70043, was covered by State Farm Fire and Casualty Company homeowner policy number 98-RD-3428-7, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

75. Austin Galy whose business property located at 241 West Harrison Ave,, New Orleans, Louisiana, 70124, was covered by State Farm Fire and Casualty Company policy number 98-31-8744-0, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

76. Carlos Gomez St. Bernard Parish whose property located 7224 Hattie Street, Arabi, Louisiana, 70032 was covered by State Farm Fire and Casualty Company policy number 18-EG-1371-6, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

77. Jean Griffith whose property located at #6 Caddo Place, New Orleans, Louisiana, 70129, was covered by State Farm Fire and Casualty Company homeowner policy number 18-ED-3737-1, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

78. Wayne and Roslyn Howard whose property located at 5148 Cameron Blvd,, New Orleans, Louisiana, 70122, was covered by State Farm Fire and Casualty Company homeowner policy number 18-BM-6819-3, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

79. Leonard Jones, III whose property located at 4810 Sandalwood St., New Orleans, Louisiana, 70127, was covered by State Farm Fire and Casualty Company homeowner policy number 18-ED-8559-6, at the time it sustained extensive

damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

80. Christopher Kennedy whose property located at 205 Doerr Dr., Arabi, Louisiana, 70032, was covered by State Farm Fire and Casualty Company homeowner policy number 18-CR-1622-2, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

81. Leonard and Ann Lee whose property located at 1804 Benton Street, New Orleans, Louisiana, 70117, was covered by State Farm Fire and Casualty Company homeowner policy number 18-CB-1018-6, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

82. Dewitt and Melvina McMillian whose property located at 5224 Wentworth Dr., New Orleans, Louisiana, 70126, was covered by State Farm Fire and Casualty Company homeowner policy number 18-66-0183-5, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

83. Hurby Oubre whose property located 6430 Debore Dr., New Orleans, Louisiana, 70126, was covered by State Farm Fire and Casualty Company homeowner policy number 18-BW-6348-8, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

84. Allen L. Parker whose property located at 7820 Brevard Ave., New Orleans, Louisiana, 70127, was covered by State Farm Fire and Casualty Company homeowner policy number 18-56-0452-5, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

85. James Sansone whose property located at 1821 Music Street, New Orleans, Louisiana, 70117, was covered by State Farm Fire and Casualty Company homeowner policy number 18-55-4891-8, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

86. Ronald T. Schurr whose property located at 2424 Munster Blvd., Meraux, Louisiana, 70075, was covered by State Farm Fire and Casualty Company homeowner policy number 18-60-2045-3, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

87. Venola B. Spurlock whose property located at 10801 Kinneil Rd., New Orleans, Louisiana, 70127, was covered by State Farm Fire and Casualty Company homeowner policy number 18-C6-3670-9, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

88. Debra Woods whose property located at 1613 Charlton Drive., New Orleans, Louisiana, 70122, was covered by State Farm Fire and Casualty Company homeowner policy number 18-ED-7858-9, at the time it sustained extensive

damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

89. Robert Wayman whose property located at 7114 Mayo Blvd., New Orleans, Louisiana, 70126, was covered by State Farm Fire and Casualty Company homeowner policy number 18-CU-2910-3, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

90. James and Gloria Kendrick whose whose property located at 4217 Encampment St., New Orleans, Louisiana, 70122, was covered by State Farm Fire and Casualty Company homeowner policy number 18-C9-9644-6, at the time it sustained Extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

**Made plaintiffs against State Farm Insurance Company and State Farm Fire and Casualty are:**

91. Darlene Crawford, whose property located at 5531 Patioway Dr., New Orleans, Louisiana, 70129 was covered by State Farm Insurance Company/State Farm Fire and Casualty Company homeowners policy number 18CD41615, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

92. Lisa Colburn, whose property located at 1022 Community Street, Louisiana, 70032 was covered by State Farm Insurance Company/State Farm Fire and Casualty Company homeowners policy number 18EG18438, at the time it

sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

## Made Plaintiff against The Travelers Indemnity Company and Standard Fire Insurance Company are:

93. Janet M. Brealy whose property located at 10127 Blvd Way, New Orleans, Louisiana, 70127 was covered by Travelers Indemnity Company homeowner policy number 036906052, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

94. April Deffes whose property located at 1904 Red Bird Dr., Saint Bernard, Louisiana, 70085 was covered by Travelers Indemnity Company homeowner policy number 0372162966339, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

95. Clarence and Tiffany Deffes whose property located at 1904 Redbird Drive, St. Bernard, Louisiana, 70085, was covered by Travelers Indemnity Company homeowner policy number 0372162966339, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

96. Elaine C. Ker whose property located at 7732 Ligustrum Drive, New Orleans, Louisiana, 70126 was covered by Travelers Indemnity Company homeowner policy number 434845841, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

97. Reginald and Cynthia Keys whose property located at 7351 W. Laverne St., New Orleans, Louisiana, 70126, was covered by Travelers Indemnity Company homeowner policy number 0363486466339, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

98. Bruce and Helena McClue whose property located at 1213-15 Tupelo Street, New Orleans, Louisiana, 70117, was covered by Travelers Indemnity Company homeowner policy number 9185718006331, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

99. Debbie A. Richard whose property located at 11268 Lake Forest Blvd, New Orleans, Louisiana 70128, was covered by Travelers Indemnity Company homeowner policy number 0402508766339, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from

wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005

100. Shirley Schroth whose property located at 2514 Tournefort St., Chalmette, Louisiana, 70043, was covered by Travelers Indemnity Company homeowner policy number 03882062, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

101. Celita and Don Wolfe whose property located at 1423 N. Galvez Street, New Orleans, Louisiana, 70119, was covered by Travelers Indemnity Company homeowner policy number 0397033546339, which policy was underwritten by Standard Fire Insurance Company, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

102. Brion and Dierdre Scieneaux whose property located at 4801 Knight Drive, New Orleans, Louisiana, 70127, was covered by Standard Fire Insurance Company, One of the Travelers Property Casualty Companies, homeowner policy number 9213761956331, which policy was underwritten by, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

103. Doris R. Woods whose property located at 5331 Norgate Dr., New Orleans, Louisiana, 70127, was covered by Standard Fire Insurance Company, One of the Travelers Property Casualty Companies, homeowner policy number

9202205606331, which policy was underwritten by, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiffs against United Fire and Indemnity Company and United Fire and Casualty Company are:

104. John Emery Jr. whose property located at 2635 Eads Street, New Orleans, Louisiana, 70117, was covered by United Fire and Indemnity Company/United Fire and Casualty Company, homeowner policy number 80576300, which policy was underwritten by, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

105. Sam Jones, Sr. whose property located at 2516 St. Philip Street, New Orleans, Louisiana, 70119, was covered by United Fire and Indemnity Company/United Fire and Casualty Company, homeowner policy number 210-8068-4285, which policy was underwritten by, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

106. Gwendolyn Scott whose property located at 5320 Vermillion Blvd, New Orleans, Louisiana, 70122, was covered by United Fire and Indemnity Company/United Fire and Casualty Company, homeowner policy number 21080715532, which policy was underwritten by, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

### Made Plaintiff against United Services Automobile Association is:

107.  Doyle and Doris Powell domiciled whose property located at 4427 Dodt Ave, New Orleans, Louisiana, 70126, was covered by United Services Automobile Association homeowner policy number USAA01470032, which policy was underwritten by, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.