## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of RONALD CRAFT, NINA CRAFT regarding 10 ASSUMPTION PLACE, NEW ORLEANS, LA 70129; LENNIECE MORRELL regarding 114 WINTHROP PLACE, NEW ORLEANS, LA 70119; TYRONE HENRY regarding 211 TUMBLEBROOK ST., SLIDELL, LA 70461; Ron Ellison, Joseph Johnson Sr regarding 2129 Breckonridge Dr, Harvey, LA 70058; Arthur Piattoly, Marilyn Dufour Piattoly regarding 3005 Bradbury Dr., Meraux, LA 70075; Sheila Soniat-Riley regarding 7008 Queensway Dr., New Orleans, LA 70128; Harold Lynch regarding 14100 Intrepid St., New Orleans, LA 70129; LaTreece Moore regarding 3504 Angelique Dr., Violet, LA 70092 |

## **UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) RONALD CRAFT, NINA CRAFT regarding 10 ASSUMPTION PLACE, NEW ORLEANS, LA 70129; LENNIECE MORRELL regarding 114 WINTHROP PLACE, NEW ORLEANS, LA 70119; TYRONE HENRY regarding 211 TUMBLEBROOK ST., SLIDELL, LA 70461; Ron Ellison, Joseph Johnson Sr regarding 2129 Breckonridge Dr., Harvey, LA 70058; Arthur Piattoly, Marilyn Dufour Piattoly regarding 3005 Bradbury Dr., Meraux, LA 70075; Sheila Soniat-Riley regarding 7008 Queensway Dr., New Orleans, LA 70128; Harold Lynch regarding 14100 Intrepid St., New Orleans, LA 70129; LaTreece Moore regarding 3504 Angelique Dr., Violet, LA 70092, who wish to voluntarily dismiss

the claims against Defendant(s) USAA General Indemnity Company, USAA Casualty Insurance Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Respectfully submitted:

    BY:  /s/ Joseph M. Bruno
    JOSEPH M. BRUNO (# 3604)
    L. SCOTT JOANEN (# 21431)
    The Law Offices of Joseph M. Bruno
    855 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: (504) 525-1335
    Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

 I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of January, 2009.

                /s/ Joseph M. Bruno
                Joseph M. Bruno