UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of RONALD CRAFT, NINA CRAFT regarding 10 ASSUMPTION PLACE, NEW ORLEANS, LA 70129; LENNIECE MORRELL regarding 114 WINTHROP PLACE, NEW ORLEANS, LA 70119; TYRONE HENRY regarding 211 TUMBLEBROOK ST., SLIDELL, LA 70461; Ron Ellison, Joseph Johnson Sr regarding 2129 Breckonridge Dr, Harvey, LA 70058; Arthur Piattoly, Marilyn Dufour Piattoly regarding 3005 Bradbury Dr., Meraux, LA 70075; Sheila Soniat-Riley regarding 7008 Queensway Dr., New Orleans, LA 70128; Harold Lynch regarding 14100 Intrepid St., New Orleans, LA 70129; LaTreece Moore regarding 3504 Angelique Dr., Violet, LA 70092** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs RONALD CRAFT, NINA CRAFT regarding 10 ASSUMPTION PLACE, NEW ORLEANS, LA 70129; LENNIECE MORRELL regarding 114 WINTHROP PLACE, NEW ORLEANS, LA 70119; TYRONE HENRY regarding 211 TUMBLEBROOK ST., SLIDELL, LA 70461; Ron Ellison, Joseph Johnson Sr regarding 2129 Breckonridge Dr, Harvey, LA 70058; Arthur Piattoly, Marilyn Dufour Piattoly regarding 3005 Bradbury Dr., Meraux, LA 70075;

Sheila Soniat-Riley regarding 7008 Queensway Dr., New Orleans, LA 70128; Harold Lynch regarding 14100 Intrepid St., New Orleans, LA 70129; LaTreece Moore regarding 3504 Angelique Dr., Violet, LA 70092, against Defendants USAA General Indemnity Company, USAA Casualty Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
United States District Judge