UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Debbera Brown regarding 2252 St. Dennis St., New Orleans, LA 70122; RHONDA DOUCETTE regarding 3916 MIRTHA ST., NEW ORLEANS, LA 70126; ARMSTEAD BONIFACE, PAULINA BONIFACE (SPOUSE) regarding 7236 CHATETAIN DR., NEW ORLEANS, LA 70128; Donald White regarding 7741 Wales St., New Orleans, LA 70126; Desiree Davis, Keith Davis regarding 7534 Shorewood Blvd., New Orleans, LA 70127; Barbara Blazio regarding 6830 Curran Rd., New Orleans, LA 70126; Latasha Joseph, Sean Martin LaSalle regarding 5465 Grand Bayou Dr., New Orleans, LA 70129; Evelyn Taplin, Clarence Taplin regarding 2237 Deslonde St., New Orleans, LA 70117; Kazell Williams regarding 5201 Beaucaire St., New Orleans, LA 70129; Brenda Akers regarding 2014 Alvar St., New Orleans, LA 70117; Larry Pack, Kathryn Kelson Pack regarding 1516 Natchez Ln., LaPlace, LA 70068; Arthemease Bloxson-Melancon regarding 4134 Eagle St., New Orleans, LA 70118; Ceasar Veazie, Leon D. Veazie regarding 2319 Tennessee St., New Orleans, LA 70117; Carla Bringier-Mason regarding 1822 Alvar St., New Orleans, LA 70117; VickieDianne Bell, Freddie Bell Sr. regarding 2144 Brutus St., New Orleans, LA 70122; Anita Hughes regarding 4758 Eunice Dr., New Orleans, LA 70127; Lori Weber regarding 7941 Unity Dr., New Orleans, LA 70128 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Debbera Brown regarding 2252 St. Dennis St., New Orleans, LA 70122; RHONDA DOUCETTE regarding 3916 MIRTHA ST., NEW ORLEANS, LA 70126; ARMSTEAD BONIFACE, PAULINA BONIFACE (SPOUSE) regarding 7236 CHATETAIN DR., NEW ORLEANS, LA 70128; Donald White regarding 7741 Wales St., New Orleans, LA 70126; Desiree Davis, Keith Davis regarding 7534 Shorewood Blvd., New Orleans, LA 70127; Barbara Blazio regarding 6830 Curran Rd., New Orleans, LA 70126; Latasha Joseph, Sean Martin LaSalle regarding 5465 Grand Bayou Dr., New Orleans, LA 70129; Evelyn Taplin, Clarence Taplin regarding 2237 Deslonde St., New Orleans, LA 70117; Kazell Williams regarding 5201 Beaucaire St., New Orleans, LA 70129; Brenda Akers regarding 2014 Alvar St., New Orleans, LA 70117; Larry Pack, Kathryn Kelson Pack regarding 1516 Natchez Ln., LaPlace, LA 70068; Arthemease Bloxson-Melancon regarding 4134 Eagle St., New Orleans, LA 70118; Ceasar Veazie, Leon D. Veazie regarding 2319 Tennessee St., New Orleans, LA 70117; Carla Bringier-Mason regarding 1822 Alvar St., New Orleans, LA 70117; VickieDianne Bell, Freddie Bell Sr. regarding 2144 Brutus St., New Orleans, LA 70122; Anita Hughes regarding 4758 Eunice Dr., New Orleans, LA 70127; Lori Weber regarding 7941 Unity Dr., New Orleans, LA 70128, who wish to voluntarily dismiss the claims against Defendant(s) Republic Fire & Casualty Insurance Company, Republic Group, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of January, 2009.

   /s/ Joseph M. Bruno
Joseph M. Bruno