UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Gaynell George, Daryl J. George, Sr. regarding 3624 Cecil St., New Orleans, LA 70118; Lucille Kolb regarding 4809 Allen St., New Orleans, LA 70122; Maeola Rankins regarding 3845 Pauger St., New Orleans, LA 70122; REGINA JOHNSON regarding 3817 URQUHART ST., NEW ORLEANS, LA 70117; STANLEY MEYERS regarding 1415 ST. MAURICE ST., NEW ORLEANS, LA 70117; Sandra Marshall regarding 2409 Wisteria St., New Orleans, LA 70122; Yolanda Martin regarding 3922 McFarland St., New Orleans, LA 70126; Chandra Green regarding 5500 Chamberlain Dr., New Orleans, LA 70122; Dorothy Hawkins regarding 7697 Rochon Dr., New Orleans, LA 70128; Mildred Kennedy regarding 3725 Lausat St., Metairie, LA 70001; Michael Steib regarding 355 East 26th St., Reserve, LA 70084; Eric Franklin regarding 2800 &2802 Orleans Ave., New Orleans, LA 70119; Millicent Myles regarding 6119 5th Ave., Marrero, LA 70072; Faith Chaussey regarding 3720 Volpe Drive, Chalmette, LA 70043; Gloria Gray regarding 2029 Mazant St., New Orleans, LA 70117; Wilhemina Vincent regarding 1428 Mandeville St., New Orleans, LA 70117** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Gaynell George, Daryl J. George, Sr. regarding 3624 Cecil St., New Orleans, LA 70118; Lucille Kolb regarding 4809 Allen

St., New Orleans, LA 70122; Maeola Rankins regarding 3845 Pauger St., New Orleans, LA 70122; REGINA JOHNSON regarding 3817 URQUHART ST., NEW ORLEANS, LA 70117; STANLEY MEYERS regarding 1415 ST. MAURICE ST., NEW ORLEANS, LA 70117; Sandra Marshall regarding 2409 Wisteria St., New Orleans, LA 70122; Yolanda Martin regarding 3922 McFarland St., New Orleans, LA 70126; Chandra Green regarding 5500 Chamberlain Dr., New Orleans, LA 70122; Dorothy Hawkins regarding 7697 Rochon Dr., New Orleans, LA 70128; Mildred Kennedy regarding 3725 Lausat St., Metairie, LA 70001; Michael Steib regarding 355 East 26th St., Reserve, LA 70084; Eric Franklin regarding 2800 &2802 Orleans Ave., New Orleans, LA 70119; Millicent Myles regarding 6119 5th Ave., Marrero, LA 70072; Faith Chaussey regarding 3720 Volpe Drive, Chalmette, LA 70043; Gloria Gray regarding 2029 Mazant St., New Orleans, LA 70117; Wilhemina Vincent regarding 1428 Mandeville St., New Orleans, LA 70117, who wish to voluntarily dismiss the claims against Defendant(s) ZC Sterling Insurance Company, Fidelity & Deposit Company of Maryland, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

        Respectfully submitted:

        BY:   /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (# 3604)
        L. SCOTT JOANEN (# 21431)
        The Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of January, 2009.

          /s/ Joseph M. Bruno
        Joseph M. Bruno