UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Gaynell George, Daryl J. George, Sr. regarding 3624 Cecil St., New Orleans, LA 70118; Lucille Kolb regarding 4809 Allen St., New Orleans, LA 70122; Maeola Rankins regarding 3845 Pauger St., New Orleans, LA 70122; REGINA JOHNSON regarding 3817 URQUHART ST., NEW ORLEANS, LA 70117; STANLEY MEYERS regarding 1415 ST. MAURICE ST., NEW ORLEANS, LA 70117; Sandra Marshall regarding 2409 Wisteria St., New Orleans, LA 70122; Yolanda Martin regarding 3922 McFarland St., New Orleans, LA 70126; Chandra Green regarding 5500 Chamberlain Dr., New Orleans, LA 70122; Dorothy Hawkins regarding 7697 Rochon Dr., New Orleans, LA 70128; Mildred Kennedy regarding 3725 Lausat St., Metairie, LA 70001; Michael Steib regarding 355 East 26th St., Reserve, LA 70084; Eric Franklin regarding 2800 &2802 Orleans Ave., New Orleans, LA 70119; Millicent Myles regarding 6119 5th Ave., Marrero, LA 70072; Faith Chaussey regarding 3720 Volpe Drive, Chalmette, LA 70043; Gloria Gray regarding 2029 Mazant St., New Orleans, LA 70117; Wilhemina Vincent regarding 1428 Mandeville St., New Orleans, LA 70117 |

## **ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of

Plaintiffs Gaynell George, Daryl J. George, Sr. regarding 3624 Cecil St., New Orleans, LA 70118; Lucille Kolb regarding 4809 Allen St., New Orleans, LA 70122; Maeola Rankins regarding 3845 Pauger St., New Orleans, LA 70122; REGINA JOHNSON regarding 3817 URQUHART ST., NEW ORLEANS, LA 70117; STANLEY MEYERS regarding 1415 ST. MAURICE ST., NEW ORLEANS, LA 70117; Sandra Marshall regarding 2409 Wisteria St., New Orleans, LA 70122; Yolanda Martin regarding 3922 McFarland St., New Orleans, LA 70126; Chandra Green regarding 5500 Chamberlain Dr., New Orleans, LA 70122; Dorothy Hawkins regarding 7697 Rochon Dr., New Orleans, LA 70128; Mildred Kennedy regarding 3725 Lausat St., Metairie, LA 70001; Michael Steib regarding 355 East 26th St., Reserve, LA 70084; Eric Franklin regarding 2800 &2802 Orleans Ave., New Orleans, LA 70119; Millicent Myles regarding 6119 5th Ave., Marrero, LA 70072; Faith Chaussey regarding 3720 Volpe Drive, Chalmette, LA 70043; Gloria Gray regarding 2029 Mazant St., New Orleans, LA 70117; Wilhemina Vincent regarding 1428 Mandeville St., New Orleans, LA 70117, against Defendants ZC Sterling Insurance Company, Fidelity & Deposit Company of Maryland, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

  New Orleans, Louisiana, this _____ day of _____, 2009.


              _____
              United States District Judge