UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE,　　　　　　　　　JUDGE DUVAL
　　Abadie I, No. 06-5164　　　　　　　　　　　MAG. WILKINSON
　　Aaron, No. 06-4746
　　Bass, No. 07-1870
　　Hebert, No. 07-1784
　　Everhardt, No. 07-1787
　　Perrier, No. 07-3387
　　Davis, No. 07-3403
　　Michael, No. 07-3409
　　Fernandez, No. 07-3430
　　Thornton, No. 07-3459
　　Smith, No. 07-3833
　　Aguilar, 07-4852
　　Allen, 07–5111
　　Abadie II, No. 07-5112
　　Rush, No. 08-709

## ORDER

The court, after considering the complaint, the record, the applicable law and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiffs' claims in Harold and Stacy Hebert v. State Farm Fire and Casualty Company, C.A. No. 07-1784, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same claims asserted in Civil Action No. 07-5111.

**IT IS FURTHER ORDERED** that plaintiff's claims in JoAnn Everhardt v. State Farm Fire and Casualty Company, C.A. No. 07-1787, are **DISMISSED WITH PREJUDICE** as duplicative of the same claims asserted in Civil Action No. 07-2638.

**IT IS FURTHER ORDERED** that plaintiff's claims in Gloria Perrier v. Allstate Insurance Company, C.A. No. 07-3387, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiff's claims in Susan Abadie et al. v. Aegis Security Insurance Company et al., C.A. No. 07-5112 (Abadie II), so that plaintiff's claims may proceed in Abadie II.

**IT IS FURTHER ORDERED** that plaintiffs' claims in Sandra and Brian Davis v. Allstate Insurance Company, C.A. No. 07-3403, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims in Aaron v. AIG Centennial Insurance Company, C.A. No. 06-4746, so that plaintiffs' claims may proceed in Aaron.

**IT IS FURTHER ORDERED** that plaintiffs' claims in Joseph M. Michael and Janet Felix v. Allstate Insurance Company, C.A. No. 07-3409, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims in Connie Abadie et al. v. Aegis Security Insurance Company et al., C.A. No. 06-5164 (Abadie I), so that plaintiffs' claims may proceed in Abadie I.

**IT IS FURTHER ORDERED** that plaintiffs' claims in Allen Fernandez v. Allstate Insurance Company, C.A. No. 07-3430, are **DISMISSED WITHOUT**

**PREJUDICE** as duplicative of the same plaintiff's claims in Joseph Aguilar III et al. v. Alea London Limited et al., C.A. No. 07-4852, so that plaintiff's claims may proceed in Aguilar.

**IT IS FURTHER ORDERED** that plaintiff's claims in Dianne Thornton v. Allstate Insurance Company, C.A. No. 07-3459, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiff's claims in Abadie II, C.A. No. 07-5112, so that plaintiff's claims may proceed in Abadie II.

**IT IS FURTHER ORDERED** that plaintiff's claims in Barbara Rush v. Republic Fire and Casualty Insurance Company, C.A. No. 08-709, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiff's claims in Abadie I, C.A. No. 06-5164, so that plaintiff's claims may proceed in Abadie I.

**IT IS FURTHER ORDERED** that plaintiffs' claims in D'Andrea and Troylynn Bass v. State Farm Fire and Casualty Company, C.A. No. 07-1870, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims (under the name of Troylynn Toney) in James Allen et al. v. State Farm Fire and Casualty Company, C.A. No. 07-5111, so that plaintiffs' claims may proceed in Allen.

**IT IS FURTHER ORDERED** that plaintiffs' claims in Ada and Anthony Smith v. Standard Fire Insurance Company et al. C.A. No. 07-3833, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims in Aaron v. AIG

Centennial Insurance Company, C.A. No. 06-4746, so that plaintiffs' claims may proceed in Aaron.

**IT IS FURTHER ORDERED** that the stay in Connie Abadie et al. v. Aegis Security Insurance Company et al., C.A. No. 06-5164 (Abadie I), is temporarily lifted for the sole purpose of dismissing the claims of plaintiffs Asif Gafur and Aliya Asif against Allstate Insurance Company and that the claims of plaintiffs Asif Gafur and Aliya Asif in Abadie I, C.A. No. 06-5164, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims in Asif Gafur et al. v. Allstate Insurance Company, C.A. No. 07-3406, so that plaintiffs' claims may proceed in C.A. No. 07-3406.

**IT IS FURTHER ORDERED** that the stay in Susan Abadie et al. v. Aegis Security Insurance Company et al., C.A. No. 07-5112 (Abadie II), is temporarily lifted for the sole purpose of dismissing the claims of plaintiffs Aloma and William Shelton against Allstate Insurance Company and that the claims of plaintiffs Aloma and William Shelton in Abadie II, C.A. No. 07-5112, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims in Aloma and William Shelton v. Allstate Insurance Company, C.A. No. 07-3412, so that plaintiffs' claims may proceed in C.A. No. 07-3412.

**IT IS FURTHER ORDERED** that the stay in Abadie II, C.A. No. 07-5112, is temporarily lifted for the sole purpose of dismissing the claims of plaintiff Vivian Watson against Allstate Insurance Company and that the claims of plaintiff Vivian Watson in Abadie II, C.A. No. 07-5112, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims in Vivian Watson v. Allstate Insurance Company, C.A. No. 07-3462, so that plaintiffs' claims may proceed in C.A. No. 07-3462.

**IT IS FURTHER ORDERED** that the stay in Aaron v. AIG Centennial Insurance Company, C.A. No. 06-4746, is temporarily lifted for the sole purpose of dismissing the claims of plaintiff Jason Williams against Homesite Insurance Company and that the claims of plaintiff Jason Williams in Aaron, C.A. No. 06-4746, are **DISMISSED WITHOUT PREJUDICE** as duplicative of the same plaintiffs' claims in Jason Williams v. Homesite Insurance Company, C.A. No. 07-4021, so that plaintiffs' claims may proceed in C.A. No. 07-4021.

**IT IS FURTHER ORDERED** that the stay in Connie Abadie et al. v. Aegis Security Insurance Company et al., C.A. No. 06-5164 (Abadie I), is temporarily lifted for the sole purpose of dismissing the claims of plaintiff Gloria Calhoun against Allstate Insurance Company and that the claims of plaintiff Gloria Calhoun in Abadie I, C.A. No.

06-5164, are **DISMISSED WITH PREJUDICE** as duplicative of the same plaintiff's claims in <u>Gloria Calhoun v. Allstate Insurance Company</u>, C.A. No. 06-6145.

New Orleans, Louisiana, this 12th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE