UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K"(2)

PERTAINS TO: MRGO, *Robinson* C.A. No. 06-2268

## ORDER

Before the Court is Defendants United States' Motion to Strike the Declaration of Nicholas C. Yost and Related Legal Memoranda filed by Plaintiffs and Their Amici. (Doc. 16847). The Court has reviewed the subject materials and finds that it

The Court has determined that it will strike the legal "opinion" portions of the Declaration; however, with respect to the rest of that document, the Court will treat it as it would a legal brief. Likewise, the Court will not rely or entertain argument based on those legal conclusion that are urged in the Amici briefs. Accordingly,

**IT IS ORDERED** that Paragraph 12 through 16 shall be **STRICKEN** and the Court shall not rely or entertain argument based on those legal conclusion that are urged in the Amici briefs.

New Orleans, Louisiana, this __7th__ day of January, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE