# SUTTERFIELD & WEBB, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW

SUITE 2715 · 650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6111
WWW.SWSLAW.COM

James R. Sutterfield
jsutterfield@swslaw.com

TELEPHONE 504/598-2715
FACSIMILE 504/529-7197
E-MAIL: INFO@SWSLAW.COM

January 13, 2009

Clerk of Court
United States District Court, Eastern District
500 Camp Street
New Orleans, LA 70130

    Re:    Civil Action No. 05-4182
              In Re Katrina Canal Breaches
              Consolidated Litigation (Pertains to: Insurance)
              *Acevedo v. AAA Insurance, et al*
              Civil Action No. 07-5199
              Our File: C1649-789

Dear Sir/Madam:

Pursuant to Document No. 14617 dated August 26, 2008, relative to the above-captioned matter (Acevedo), our client, Church Mutual Insurance Company has been dismissed. Accordingly, please remove me from your E-File Notification distribution list.

With kindest regards, I am,

Very truly yours,

JAMES R. SUTTERFIELD

JRS:md



A member of the Harmonie Group,
an affiliation of independent law firms