UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Jeff Morrow regarding 6762 Memphis Street, New Olreans, LA 70124; Steven Digiovanni regarding 6417 Louis 14 St, New Orleans, LA 70124; Holly Biggs regarding 1924 Wickfield Dr, New Orleans, LA 70122; Albert Fleury regarding 4818 Friar Tuck Dr., New Orleans, LA 70128; Eunice Lee regarding 4738 Plauche Cir., New Orleans, LA 70126; Terry Sanburn regarding 1255 Mirabeau Ave., New Orleans, LA 70122; Elver Brumfield regarding 8941 Apricot St, New Orleans, LA 70118; Barbara Johnson regarding 121 Lighthouse Point, Slidell, LA 70458; Win Berteau, Wendy regarding 3333 Iowa St., Kenner, LA 70065 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Jeff Morrow regarding 6762 Memphis Street, New Olreans, LA 70124; Steven Digiovanni regarding 6417 Louis 14 St, New Orleans, LA 70124; Holly Biggs regarding 1924 Wickfield Dr, New Orleans, LA 70122; Albert Fleury regarding 4818 Friar Tuck Dr., New Orleans, LA 70128; Eunice Lee regarding 4738 Plauche Cir., New Orleans, LA 70126; Terry Sanburn regarding 1255 Mirabeau Ave., New Orleans, LA 70122; Elver Brumfield regarding 8941 Apricot St, New Orleans, LA 70118; Barbara Johnson regarding 121 Lighthouse Point, Slidell, LA 70458; Win Berteau, Wendy regarding 3333 Iowa St., Kenner, LA 70065, who wish to voluntarily dismiss the claims

against Defendant(s) Farmers Insurance Exchange in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of January, 2009.

    /s/ Joseph M. Bruno
    Joseph M. Bruno