UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Jeff Morrow regarding 6762 Memphis Street, New Olreans, LA 70124; Steven Digiovanni regarding 6417 Louis 14 St, New Orleans, LA 70124; Holly Biggs regarding 1924 Wickfield Dr, New Orleans, LA 70122; Albert Fleury regarding 4818 Friar Tuck Dr., New Orleans, LA 70128; Eunice Lee regarding 4738 Plauche Cir., New Orleans, LA 70126; Terry Sanburn regarding 1255 Mirabeau Ave., New Orleans, LA 70122; Elver Brumfield regarding 8941 Apricot St, New Orleans, LA 70118; Barbara Johnson regarding 121 Lighthouse Point, Slidell, LA 70458; Win Berteau, Wendy regarding 3333 Iowa St., Kenner, LA 70065 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Jeff Morrow regarding 6762 Memphis Street, New Olreans, LA 70124; Steven Digiovanni regarding 6417 Louis 14 St, New Orleans, LA 70124; Holly Biggs regarding 1924 Wickfield Dr, New Orleans, LA 70122; Albert Fleury regarding 4818 Friar Tuck Dr., New Orleans, LA 70128; Eunice Lee regarding 4738 Plauche Cir., New Orleans, LA 70126; Terry Sanburn regarding 1255 Mirabeau Ave., New Orleans, LA 70122; Elver Brumfield regarding 8941 Apricot St, New Orleans, LA 70118; Barbara Johnson regarding 121 Lighthouse Point,

Slidell, LA 70458; Win Berteau, Wendy regarding 3333 Iowa St., Kenner, LA 70065 against Defendant Farmers Insurance Exchange, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this \_\_\_\_ day of _____, 2009.

    _____
    United States District Judge