UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*      06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Weber v. Lafarge*     08-4459 | | * |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |

**O R D E R**

Considering the foregoing:

**IT IS ORDERED** that Edward L. Moreno, of the Law Offices of Brian A. Gilbert, P.L.C. be and is hereby enrolled as counsel of record on behalf of the Barge Plaintiffs.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**JUDGE**