UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO MRGO | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION: "K" (2)<br><br>THIS DOCUMENT APPLIES TO:<br>07-3173 (*LUNDY*) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through the undersigned counsel, come the plaintiffs herein, for the purpose of submitting this Ex Parte Motion to Enroll Additional Counsel of Record, and says as follows:

I.

Plaintiff, Betty Lundy, respectfully moves the Court to enroll Daniel E. Becnel, Jr. as additional attorney in this matter, along with A.J. Rebbenack who is presently enrolled as her attorney.

WHEREFORE, the plaintiffs pray that this Ex Parte Motion to enroll as additional counsel of record be deemed good and sufficient and Daniel E. Becnel, Jr. be enrolled as additional counsel of record for plaintiff.

Respectfully submitted,

Daniel E. Becnel, Jr. (#2926)
Darryl J. Becnel (#22943)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

s/**A. J. REBENNACK**
A.J. Rebennack, Bar No. 18677
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## Certificate of Service

Claimants certify that they have served this document on all parties via the Pacer/ECF system this 13th day of January, 2009.