UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO MRGO | * * | SECTION: "K" (2) |
| | * * | THIS DOCUMENT APPLIES TO: |
| | * * | 07-3173 (*LUNDY*) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY WASHINGTON GROUP INTERNATIONAL, INC.

NOW INTO COURT, through the undersigned counsel, come the plaintiffs herein, for the purpose of submitting this Memorandum in Opposition to Motion For Summary Judgment filed by Washington Group International, Inc., (document #: 16871) and says as follows:

**MAY IT PLEASE THE COURT:**

Plaintiffs oppose the Motion For Summary Judgment filed by Washington Group International, Inc. and adapt the Opposition to Motion for Summary Judgment along with all Statements of Material Facts, oral arguments and other oppositions filed and presented by Joseph M. Bruno on behalf of the consolidated cases and in defense of the master compliant.[1]

---

[1]. Plaintiffs recognize that the Court granted Washington Group International's Motion for Summary Judgment as to the Master Complaint on December 15, 2008. Plaintiffs herein file this Memorandum out of an abundance of caution to preserve their rights should that decision be overturned by this Court or by a higher Court

For this reason, plaintiffs pray that the Motion for Summary Judgment be denied.

WHEREFORE, the plaintiffs pray that this Memorandum in Opposition to the Motion For Summary Judgment be deemed good and sufficient and that the Motion for Summary Judgement be denied.

Respectfully submitted,

Daniel E. Becnel, Jr. (#2926)
Darryl J. Becnel (#22943)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

s/A. J. REBENNACK
A.J. Rebennack, Bar No. 18677
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## Certificate of Service

Claimants certify that they have served this document on all parties via the Pacer/ECF system this 13th day of January, 2009.