**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                              CIVIL ACTION
CONSOLIDATED LITIGATION
                                                          NO. 05-4182

PERTAINS TO:  INSURANCE                                   SECTION "K"(2)
              Hurricane Legal Center
              Mass Joinder Cases

              <u>Acevedo II</u>, 07-5208

## <u>ORDER</u>

A Motion to Sever (Doc. 16176) was filed by defendant, State Farm Fire and Casualty

Company ("State Farm"), which appears as a Write-Your-Own ("WYO") Program carrier

participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to

the National Flood Insurance Act of 1968, as amended (42 U.S.C. § 4001, *et seq.* ("NFIA") .

The captioned case was filed by the Hurricane Legal Center on behalf of innumerable

plaintiffs (collectively "Plaintiffs") and consolidated with the *In re Katrina Canal Breaches*

*Consolidated Litigation*, Civ. A. No. 05-4182.  Although the various claims asserted in these

cases were misjoined, no severance order separating plaintiffs' individual claims was entered in

these cases so that (a) the flood exclusion issue addressed in *Sher v. Lafayette Ins. Co.*, 988 So.

2d 186 (La. 2008), and *In re Katrina Canal Breaches Litig.*, 495 F.3d 191, 214 (5th Cir. 2007),

could be resolved, and (b) mass settlement efforts could be undertaken.

State Farm has filed a Motion to Sever (Rec. Doc. 16406).  This motion seeks to sever all

claims filed against State Farm and require that individual suits be filed by each plaintiff

insurance claimant.  No opposition has been filed.  Therefore, this Court will grant the motion to sever, and order that any claims must be filed separately in a manner consistent with prior orders by this Court and by Magistrate Judge Joseph Wilkinson in the management of this consolidated litigation.  Accordingly,

**IT IS ORDERED** that Motion to Sever (Doc. 16191)  filed by State Farm Fire and Casualty Company is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement evaluation process provided in the Post-Sher Insurance Umbrella Case Management Order, Rec. Doc. 13521, in the above-referenced mass joinder case filed against State Farm Fire and Casualty Company is **TERMINATED**; and

**IT IS FURTHER ORDERED** that Plaintiffs' counsel must, **no later than January 30, 2009**, file an individualized amended complaint for each Plaintiff or set of related Plaintiffs asserting claims as to particular property allegedly insured by State Farm Fire and Casualty Company.  This pleading shall be filed with the Clerk of Court on paper, not electronically.  The caption of the amended complaint must contain only the Plaintiff(s) and State Farm Fire and Casualty Company that are the subject of that specific claim.  It shall also be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order.   Counsel for plaintiffs must also provide the Clerk of Court with a prepared summons for each amended complaint.

Upon filing, the Clerk will assign a new docket number and will allot the case at random among the judges of the court.  All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this order on opposing counsel.

Any substantive motion still pending in the original case must be refiled in the newly assigned case if it pertains to that case.

The newly filed cases will proceed separately and will <u>not</u> be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), so that they may proceed to resolution independently.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice.  Specifically, by separate order on or after **February 2, 2009**, this Court will dismiss the cases specifically referenced above, so that the newly filed severed cases may proceed.

New Orleans, Louisiana, this ____13th____ day of January, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**