# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>  Aguilar C.A. No. 07-4852 (Darlynn Mason)<br>  Aaron C.A. No. 06-4746 (Darlynn Mason) | SECTION "K"(2) |

## ORDER

Before the Court is a Motion for Summary Judgment (Doc. 16431) filed by Auto Club Family Insurance Company in *Aguilar* and a Motion to Reopen Case and Lift Stay for Leave to File Motion for Summary Judgment (Doc. 16631) in *Aaron* concerning claims made by Darlynn Mason. The motions are unopposed; furthermore, it appears that Darlynn Mason was also represented by Bruno & Bruno LLP in another mass joinder case in which counsel negotiated a compromise of the claims and which compromise was accepted and concluded by her. As such, the Court finds the motions to have merit as well. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 16431) filed by Auto Club Family Insurance Company in *Aguilar* and the Motion to Reopen Case and Lift Stay for Leave to File Motion for Summary Judgment (Doc. 16631) are **GRANTED.**

New Orleans, Louisiana, this \_\_\_13th\_\_\_ day of January, 2009.

  _____
  **STANWOOD R. DUVAL, JR.**
  **UNITED STATES DISTRICT JUDGE**