# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Joycelyn Hayes regarding 5059 Debare Cir., New Orleans, LA 70126; Lourie Matthews regarding 11637 North Adams Court, New Orleans, LA 70128; Marion Sullivan regarding 1030 St. Anthony St., New Orleans, LA 70116; Reginald Hall regarding 1723/25 Orleans Ave., New Orleans, LA 70116; Carolyn Audrict, Errol Audrict, Sr. regarding 9844 E. Wheaton Circle, New Orleans, LA 70127; Kirk Young, Jacqueline Young regarding 13524 Trappers Ct., New Orleans, LA 70129; Kennith Harris, Lisa Hasberry Harris regarding 7731 W. Cavelier Dr., New Orleans, LA 70129; Michele Harrison regarding 2418, 18B & 20 N. Robertson St., New Orleans, LA 70117; Deborah Stockman regarding 1230/1232 Elysian Field, New Orleans, LA 70117; Acquanette Bornes regarding 2319-2325 Danneel St., New Orleans, LA 70113; Sabrina Pollard regarding 2440 Fattersall St, Harvey, LA 70058; Malcolm Leflore regarding 2105 Green St, Poydras, LA 70085; Diedra Monroe regarding 4031 Athis Ct., New Orleans, LA 70126 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Joycelyn Hayes regarding 5059 Debare Cir., New Orleans, LA 70126; Lourie Matthews regarding 11637 North Adams Court, New Orleans, LA 70128; Marion Sullivan regarding 1030

St. Anthony St., New Orleans, LA 70116; Reginald Hall regarding 1723/25 Orleans Ave., New Orleans, LA 70116; Carolyn Audrict, Errol Audrict, Sr. regarding 9844 E. Wheaton Circle, New Orleans, LA 70127; Kirk Young, Jacqueline Young regarding 13524 Trappers Ct., New Orleans, LA 70129; Kennith Harris, Lisa Hasberry Harris regarding 7731 W. Cavelier Dr., New Orleans, LA 70129; Michele Harrison regarding 2418, 18B & 20 N. Robertson St., New Orleans, LA 70117; Deborah Stockman regarding 1230/1232 Elysian Field, New Orleans, LA 70117; Acquanette Bornes regarding 2319-2325 Danneel St., New Orleans, LA 70113; Sabrina Pollard regarding 2440 Fattersall St, Harvey, LA 70058; Malcolm Leflore regarding 2105 Green St, Poydras, LA 70085; Diedra Monroe regarding 4031 Athis Ct., New Orleans, LA 70126 against Defendants ZC Sterling Insurance Company, Fidelity & Deposit Company of Maryland, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 13th day of January, 2009.

_____
United States District Judge