UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182

PERTAINS TO: INSURANCE                   SECTION "K" (2)
**Hurricane Legal Center Mass Joinder Cases:**
Anderson 07-6737
R. Adams 07-4459
Aguda 07-4457
Allen-Perkins 07-5204
D.Adams 07-5206

**STATE FARM'S MOTION FOR APPEAL OF MAGISTRATE ORDER
DENYING ITS RULE 59 MOTION TO ALTER OR AMEND THE
COURT'S SEVERANCE ORDER AND/OR MOTION TO CLARIFY**

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company ("State Farm"), which files this Appeal of Magistrate Wilkinson's Denial of its Rule 59 Motion to Alter or Amend and/or Motion to Clarify. As explained more fully in the attached memorandum in support, this Court ruled that the Hurricane Legal Center ("HLC") plaintiffs would be *bound by their original complaints and denied the opportunity "to recast the claims of all of the hundreds of plaintiffs as being 'caused by wind and wind driven rain alone' which is in direct contravention of the judicial admissions made in the original complaints….*"[1]

---

[1] Order Denying Rule 60 Motions to Vacate and Denying Appeal of Magistrate Orders, *In re Katrina Canal Breaches Litig.*, No. 05-4182 (pertaining to *Abram*, No.07 5205, *Acevedo*, No. 07 5199, *Anderson,* No. 07-6737 and *Aguda,* No. 07-4457) [Rec. Doc. No. 14402] (E.D. La. August 11, 2008).

{N0161984}                                1

Plaintiffs' misjoined claims were recently severed by Judge Wilkinson and the HLC was ordered to file individual complaints for each property claim (Rec. Doc. 16868) ("Severance Order"). Despite this Court's Order denying the HLC leave of court to amend the complaints, the HLC intends to alter the factual allegations and legal theories when it files over three hundred individual complaints as required in the Severance Order. The HLC should not be permitted to use the Severance Order, necessitated by its own misjoinder, as a mechanism to contradict the facts and legal theories pled in the original complaints and to avoid the "law of the case."

In the interest of judicial efficiency and in an effort to save the parties from bearing the costs associated with litigating 305 individual motions raising this issue on 305 severed complaints, State Farm and the HLC agreed that it would be beneficial to pose the issue to Judge Wilkinson while the case is still within the jurisdiction of this court. Thus, State Farm filed a motion which requested that Judge Wilkinson amend or clarify his Severance Order to specifically address the impropriety of substantive changes to the amended complaints filed pursuant to said Order. Rec. Doc. No. 16985. Judge Wilkinson denied State Farm's motion. Rec. Doc. No. 17022.

State Farm respectfully suggests that Judge Wilkinson misinterpreted the relief sought in State Farm's motion and respectfully requests that this Court issue an Order of clarification or in the alternative, rule that the Severance Order is clear but provide written reasons stating that the Severance Order issued in these cases in no way grants the HLC leave of court to amend the causes of action as initially asserted. Surely there is tremendous judicial efficiency in having this Court address this issue in a single order rather than the alternative - imposing upon the various courts in which these cases will land the task of adjudicating 305 individual motions challenging the new pleadings.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**