- 3 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION NUMBER: 05-4182 <br><br> DIVISION: K (DUVAL) |
| PERTAINS TO: INSURANCE<br>*LENNIX RAYNELL, NO. 07-1206* | * <br> * | MAGISTRATE DIV: 2<br>(WILKINSON) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** the above and foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the above-captioned action be and it is hereby dismissed WITH PREJUDICE, each party to bear its own attorneys' fees, costs and other litigation expenses.

New Orleans, Louisiana, this ___13th___ day of ___January___, 2009.

_____
UNITED STATES DISTRICT JUDGE

4817-1975-6291.1