**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| | |
| **PERTAINS TO: INSURANCE** | **SECTION "K" (2)** |
| **Hurricane Legal Center Mass Joinder Cases** | |

Anderson 07-6737
R. Adams 07-4459
Aguda 07-4457
Allen-Perkins 07-5204
D.Adams 07-5206

**MEMORANDUM IN SUPPORT OF STATE FARM'S MOTION TO EXPEDITE**
**CONSIDERATION OF STATE FARM'S APPEAL OF MAGISTRATE ORDER**

**MAY IT PLEASE THE COURT,** in support of its Motion to Expedite Consideration of

State Farm's Appeal of Magistrate Judge Wilkinson's Order Denying its Rule 59 Motion to Alter

or Amend and/or Clarify Judge Wilkinson's Severance Order, defendant, State Farm Fire and

Casualty Company ("State Farm"), respectfully aver as follows:

On December 30, 2008, Judge Wilkinson issued an order deconsolidating and severing

the claims of numerous plaintiffs represented by the Hurricane Legal Center ("HLC") in the

above-captioned cases and ordering the HLC to file individual amended complaints for each

property claim. Rec. Doc. No. 16868.   The Order requires the HLC to file the amended

complaints no later than January 30, 2009. *Id.*

In response to Judge Wilkinson's Severance Order, the HLC intends to create a new, substantively different complaint which will be filed on behalf of each of the individual property owners pursuant to the Severance Order. State Farm believes that the HLC should not be permitted to use the Severance Order, necessitated by the HLC's own misjoinder, as a mechanism to contradict the facts and legal theories pled in the original complaints and to avoid the "law of the case."  State Farm and the HLC agreed that it would be in everyone's best interest to seek clarification of the Order prior to the re-filing of the individual complaints.  State Farm thus filed a motion which requested that Judge Wilkinson amend or clarify his Severance Order to specifically address the impropriety of substantive changes to the amended complaints filed pursuant to said Order.  Rec. Doc. No. 16985. Judge Wilkinson denied State Farm's motion. Rec. Doc. No. 17022.

Immediately preceding the filing of the instant motion to expedite, State Farm filed an Appeal of Magistrate Wilkinson's Order Denying State Farm's Motion to Alter or Amend and/or Clarify the Severance Order. The outcome of State Farm's motion may require the HLC to modify the pleadings it intended to file.  Thus, in light of the impending deadline imposed by the Severance Order and in the interest of judicial efficiency, State Farm respectfully requests that the Court hear State Farm's Motion to Alter or Amend and/or Clarify as soon as possible to ensure that the HLC has sufficient time to comply with the Severance Order.

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com; cgarbett@kingkrebs.com
smonsour@kingkrebs.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ David A. Strauss
DAVID A. STRAUSS

{N0162104}                                    3