**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>**Hurricane Legal Center Mass Joinder Cases**<br>Anderson 07-6737<br>R. Adams 07-4459<br>Aguda 07-4457<br>Allen-Perkins 07-5204<br>D.Adams 07-5206 | SECTION "K" (2) |

**PROPOSED ORDER**

Considering State Farm's Joint Motion to Expedite Consideration of State Farm's Appeal of Magistrate Order:

**IT IS HEREBY ORDERED** that the Motion to Expedite Consideration of State Farm's Appeal Magistrate Order Denying its Rule 59 Motion to Alter or Amend and/or Motion to Clarify is granted.  The Court sets forth the matter for hearing on _____ at _____.

New Orleans, Louisiana, on this ____ day of _____, 2009.

                                          **STANWOOD R. DUVAL, JR.**
                                          **UNITED STATES DISTRICT JUDGE**