UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA DREDGING LIMITATION ACTIONS CONSOLIDATED LITIGATION | CIVIL ACTION NO. 06-8676 |
| | |
| PERTAINS TO: ALL DREDGING LIMITATION ACTIONS *Pertains to*: 06-8676; 06-8884; 06-8888; 06-8890; 06-8891; 06-8922; 06-8967; 06-9075; 06-9223 | SECTION "K"(2) |
| | |
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION NO. | CIVIL ACTION 05-4182 |
| | |
| PERTAINS TO: MRGO *Pertains to*: 06-2152, 06-2824, 06-4066, 06-5162, 06-5260, 06-5155, 07-621 | SECTION "K"(2) |

**MOTION TO WITHDRAW**

Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, LLC, Great Lakes Dredge & Dock Corporation of Delaware, and Great Lakes Trailing Company (collectively, "Great Lakes") respectfully move that Jack J. Crowe, recently departed from the law firm of Winston & Strawn LLP, be permitted to withdraw his appearance on behalf of Great Lakes in the above-captioned matters. James H. Roussel, Nyka M. Scott, and Duane M. Kelley will continue to represent Great Lakes in these matters.

WHEREFORE, Great Lakes prays that this Court enter an order permitting Jack J. Crowe to withdraw his appearance.

NO LAH 212205 v1
2902907-000001

>                     Respectfully submitted,
>
> By :   /s/ James H. Roussel_____
>        James H. Roussel (Bar Roll No. 11496)
>        Nyka M. Scott (Bar Roll No. 28757)
>        *Baker, Donelson, Bearman, Caldwell &*[1]
>        *Berkowitz, PC*
>        201 St. Charles Ave., Ste. 3600
>        New Orleans, LA 70170 Telephone: (504)
>        566-5278 Facsimile: (504) 636-3978
>        jroussel@bakerdonelson.com
>
>        Duane M. Kelley Winston & Strawn LLP 35
>        West Wacker Drive Chicago, IL 60601
>        Telephone: (312) 558-5600 Facsimile: (312)
>        558-5700
>        dkelley@winston.com
>        *Attorneys for Great Lakes Dredge*
>        *& Dock Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of January, 2009, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all parties.

>                     /s/ James H. Roussel_____