## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA DREDGING LIMITATION ACTIONS CONSOLIDATED LITIGATION | CIVIL ACTION NO. 06-8676 |
| | |
| **PERTAINS TO:** ALL DREDGING LIMITATION ACTIONS *Pertains to*: 06-8676; 06-8884; 06-8888; 06-8890; 06-8891; 06-8922; 06-8967; 06-9075; 06-9223 | SECTION "K"(2) |
| | |
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION NO. | CIVIL ACTION 05-4182 |
| | |
| **PERTAINS TO:** MRGO *Pertains to*: 06-2152, 06-2824, 06-4066, 06-5162, 06-5260, 06-5155, 07-621 | SECTION "K"(2) |

## ORDER

**CONSIDERING** the foregoing Motion to Withdraw

**IT IS HEREBY ORDERED** that Jack J. Crowe be and the same hereby is withdrawn as counsel of record for Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, LLC, Great Lakes Dredge & Dock Corporation of Delaware, and Great Lakes Trailing Company.

New Orleans, Louisiana, this _____ day of January, 2009

_____
JUDGE, UNITED STATES DISTRICT COURT

NO LAH 212206 v1
2902907-000001