UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Hurricane Legal Center Mass Joinder Cases<br><u>Anderson</u> 07-6737<br><u>R. Adams</u> 07-4459<br><u>Aguda</u> 07-4457<br><u>Allen-Perkins</u> 07-5204<br><u>D.Adams</u> 07-5206 | SECTION "K" (2) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire and Casualty Company, will bring on for hearing the attached Appeal of Magistrate Wilkinson's Order Denying State Farm's Rule 59 Motion to Alter or Amend the Court's Severance Order and/or Motion to Clarify before Judge Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, Room C368, New Orleans, Louisiana 70130, on February 4, 2009 at 9:30 a.m.

{N0161660}                                          1

Respectfully submitted:

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**