UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * * * * * * * * * * | CIVIL ACTION NO. |
| | | NO. 05-4182 |
| | | JUDGE DUVAL |
| PERTAINS TO INSURANCE (Clark, No. 07-3841) | | MAGISTRATE WILKINSON |

## JOINT MOTION TO DISMISS

COME NOW, Plaintiff, Patricia Clark, and defendant, The Standard Fire Insurance Company, and the entities incorrectly referred to in the Complaint, St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies (hereinafter "Standard Fire"), appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that the parties desire to dismiss, with prejudice, the said consolidated cause bearing Docket No. 07-3841, with each party to bear its own court costs.

1

Respectfully submitted:

*[signature]*

Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr., APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110

Roy F. Amedee, Jr.
Brent A. Klibert
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222

Allan Berger
Allan Berger & Associates, APLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224

J. Van Robichaux, Jr.
Brian D. Page
Robichaux Law Firm
P.O. Box 792500
New Orleans, LA 70122
504-286-2022

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777

ATTORNEYS FOR PLAINTIFF, PATRICIA CLARK

LONGMAN RUSSO,
A Professional Law Corporation

/s/ Gary J. Russo
GARY J. RUSSO (#10828)
CAMILLE BIENVENU POCHÉ (#22597)
DOUGLAS C. LONGMAN, JR. (#8719)
P. O. Drawer 3408
Lafayette, LA 70502-3480
337-262-9000

ATTORNEYS FOR DEFENDANT, THE STANDARD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/S/ Gary J. Russo