UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Simone Lewis regarding 4441 Annette St., New Orleans, LA 70122; Willie Lewis regarding 10121 Boulevard Way, New Orleans, LA 70127; Danielle Santiago, Gary Santiago regarding 4642 Evangeline Dr., New Orleans, LA 70127; Marjonie Wheeler regarding 3224-3222 Milan St., New Orleans, LA 70125; Leon Whitfield regarding 7451 Camberley Dr., New Orleans, LA 70117; Mildred Patterson regarding 2303 Gen Taylor, New Orleans, LA 70115; Carolyn Rizza regarding 2916 Lemon st., Metairie, LA 70006; Gloria Brissette regarding 18 N. Oakridge Ct., New Orleans, LA 70128 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Simone Lewis regarding 4441 Annette St., New Orleans, LA 70122; Willie Lewis regarding 10121 Boulevard Way, New Orleans, LA 70127; Danielle Santiago, Gary Santiago regarding 4642 Evangeline Dr., New Orleans, LA 70127; Marjonie Wheeler regarding 3224-3222 Milan St., New Orleans, LA 70125; Leon Whitfield regarding 7451 Camberley Dr., New Orleans, LA 70117; Mildred Patterson regarding 2303 Gen Taylor, New Orleans, LA 70115; Carolyn Rizza regarding 2916 Lemon st., Metairie, LA 70006; Gloria Brissette regarding 18 N. Oakridge Ct., New Orleans, LA 70128, who wish to voluntarily dismiss the claims against Defendant(s) THE HANOVER INSURANCE

COMPANY, THE HANOVER AMERICAN INSURANCE COMPANY in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Respectfully submitted:

    BY:  /s/ Joseph M. Bruno
    JOSEPH M. BRUNO (# 3604)
    L. SCOTT JOANEN (# 21431)
    The Law Offices of Joseph M. Bruno
    855 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: (504) 525-1335
    Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 14th day of January, 2009.

                                                /s/ Joseph M. Bruno
                                                Joseph M. Bruno