UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: INSURANCE CASES

*Aguilar*, No. 07-4852

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

JUDGE DUVAL

MAG. WILKINSON

## JOINT MOTION AND INCORPORATED MEMORANDUM FOR TEMPORARY LIFTING OF STAY ORDER FOR PURPOSE OF DISMISSING ALL CLAIMS OF PLAINTIFF GWENNYTH THOMAS WITH PREJUDICE

NOW INTO COURT, come Plaintiff, Gwennyth Thomas (hereinafter "Plaintiff"), and

defendant, Homesite Insurance Company (hereinafter "Homesite"), who respectfully aver as

follows:

I.

Plaintiff filed suit against Homesite in the United States District Court, Eastern District of

Louisiana in the proceeding entitled *Joseph Aguilar, III et al. vs. Alea London Ltd., et al.*, No.

07-4852 (hereinafter the "*Aguilar Matter*"), asserting claims under her homeowner's policy for

damages associated with or resulting from Hurricane Katrina and its aftermath and/or the

subsequent handling, investigation and/or adjustment of her claim under the policy.

II.

The *Aguilar Matter* was consolidated with the above captioned *In Re Katrina Canal

Breaches Consolidated Litigation* under the Insurance Umbrella.

NO.99876020.1

III.

By virtue of this Court's Order, all matters within the *In Re Katrina* Insurance Umbrella are currently stayed.

IV.

Plaintiff and Homesite represent that Plaintiff desires to voluntarily dismiss all claims asserted against Homesite in the *Aguilar Matter.*

V.

Accordingly, Plaintiff and Homesite jointly move this Court for entry of an order to (1) temporarily lift the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismiss, with prejudice and with each party to bear its own costs, all of the claims of Plaintiff against Homesite in the *Aguilar Matter*, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

WHEREFORE, Plaintiff and Homesite pray that this Court enter an order which (1) temporarily lifts the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismisses, with prejudice and with each party to bear its own costs, all claims asserted by Plaintiff Gwennyth Thomas against Homesite in the *Aguilar Matter*, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

- 2 -

Respectfully submitted

BY: _____

Kim S. Hall (Bar #21544)
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001
Tele: (504) 832-3000

**COUNSEL FOR PLAINTIFFS**

BY: _____

Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
**Phelps Dunbar LLP**
365 Canal Street • Suite 2000
New Orleans, LA 71130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
**And** .
Marshall M. Redmon (Bar #18398)
**Phelps Dunbar LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197

**COUNSEL FOR DEFENDANT,
HOMESITE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14 day of Jan, 2009, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

_____

- 3 -

NO.09576020.1