UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Vernita King regarding 4872 Desire Dr., New Orleans, LA 70126; Alton Washington regarding 7656 Stonewood St, New Orleans, LA 70128; Norman Hardy regarding 134 Chamale St., Slidell, LA 70460; Cheryl Sterling regarding 6711 E. Hermes St., New Orleans, LA 70126** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Vernita King regarding 4872 Desire Dr., New Orleans, LA 70126; Alton Washington regarding 7656 Stonewood St, New Orleans, LA 70128; Norman Hardy regarding 134 Chamale St., Slidell, LA 70460; Cheryl Sterling regarding 6711 E. Hermes St., New Orleans, LA 70126, who wish to voluntarily dismiss the claims against Defendant(s) Fidelity National Property and Casualty Insurance Co, Fidelity National Insurance Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

          Respectfully submitted:

          BY:   /s/ Joseph M. Bruno
          JOSEPH M. BRUNO (# 3604)
          L. SCOTT JOANEN (# 21431)
          The Law Offices of Joseph M. Bruno
          855 Baronne Street
          New Orleans, Louisiana 70113
          Telephone: (504) 525-1335
          Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 14th day of January, 2009.

            /s/ Joseph M. Bruno
          Joseph M. Bruno