# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Liljose-Marie Tompkins regarding 2117 Flood St., New Orleans, LA 70117; Liljose-Marie Tompkins regarding 2122 Caffin Ave, New Orleans, LA 70117; Jarmel Harvey, Nationwide Real Estate regarding 1724 Ivar St., New Orleans, LA 70117; Mary Bell Jones regarding 1928/30 Forstall Street, New Orleans, LA 70117** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Liljose-Marie Tompkins regarding 2117 Flood St., New Orleans, LA 70117; Liljose-Marie Tompkins regarding 2122 Caffin Ave, New Orleans, LA 70117; Jarmel Harvey, Nationwide Real Estate regarding 1724 Ivar St., New Orleans, LA 70117; Mary Bell Jones regarding 1928/30 Forstall Street, New Orleans, LA 70117, who wish to voluntarily dismiss the claims against Defendant(s) HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, Hartford Insurance Company of the Midwest, HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, SECURITY INSURANCE COMPANY OF HARTFORD in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect

to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 14th day of January, 2009.

  /s/ Joseph M. Bruno
Joseph M. Bruno