UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION Plaintiff, | * * * * | CIVIL ACTION NO.: 05-4182 |
|---|---|---|
| VERSUS | * * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO INSURANCE Lynch, 07-4384 | * * * | MAGISTRATE: JOSEPH C. WILKINSON, JR |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Wesley Lynch and Betty Lynch, and Defendant, American Security Insurance Company, and on suggesting to the court that all issues and claims which have arisen in connection with the above entitled and numbered cause have been amicably settled and compromised, who jointly move the court to dismiss all claims that were or may have been asserted herein by the Plaintiffs, Wesley Lynch and Betty Lynch, with full prejudice, and with each party to bear their own costs.

**Respectfully submitted,**

s/ Wiley G. Lastrapes, Jr.
Wiley G. Lastrapes, Jr. - #8120
Law Offices of Wiley G. Lastrapes, Jr.
201 St. Charles Avenue, Suite 4314
New Orleans, Louisiana 70170
Telephone: 504-799-6464
**ATTORNEY FOR PLAINTIFFS**

s/ Gordon P. Serou, Jr.
Gordon P. Serou, Jr.. - #14432
Law Offices of Gordon P. Serou, Jr.
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, LA 70130
Phone: (504) 299-3421
Fax: (504) 299-3496
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

s/ Wiley G. Lastrapes, Jr.<br>
COUNSEL