UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>　　　　Plaintiff, | *<br>*<br>* | CIVIL ACTION NO.: 05-4182 |
|---|---|---|
| VERSUS | *<br>* | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO INSURANCE<br>Lynch, 07-4384 | *<br>*<br>* | MAGISTRATE: JOSEPH C. WILKINSON, JR |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that all claims that were or may have been asserted herein by Plaintiffs, Wesley Lynch and Betty Lynch against American Security Insurance Company are hereby dismissed with prejudice, with each party to bear their own court costs.

Thus done and signed at New Orleans, Louisiana on this ____ day of _____, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U. S. DISTRICT COURT JUDGE