UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:    INSURANCE | |
| MEJIA, 06-2786 | SECTION "K" (2) |

UNOPPOSED EX-PARTE MOTION TO REOPEN AND AMEND DISMISSAL ORDER

NOW INTO COURT comes the plaintiffs, Robert Mejia and Janine G. Mejia, who move that the court reopen the action for the limited purpose of amending the dismissal order of October 19, 2008, to extend for an additional sixty (60) days after January 17, 2009, the time allowed to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

This relief is needed to allow the Louisiana Recovery Authority/Road Home Program additional time to complete its evaluation of the parties' pending application for approval of the compromise.

Counsel for Allstate Insurance Company has authorized undersigned counsel to report to the court that THE DEFENDANT HAS NO OBJECTION TO, AND SUPPORTS, THE RELIEF SOUGHT BY THIS MOTION, AND TO EX-PARTE DECISION BY THE COURT.

GOLDEN & FONTE, PLC
s/*Kenneth C. Fonte*
Kenneth C. Fonte, Bar No. 5649
One Galleria Blvd., Suite 1822
Metairie, LA 70001
Tel. (504) 849-2600
Fax (504) 849-2615
kenfonte @ aol.com

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the motion to reopen and amend dismissal order has been served on counsel for defendant on this 15th day of January, 2009.

<u>*s/Kenneth C. Fonte*</u>
Kenneth C. Fonte, #5649