UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:     INSURANCE | |
| MEJIA, 06-2786 | SECTION "K" (2) |

AMENDED DISMISSAL ORDER

Considering the unopposed motion of the plaintiffs, Robert Mejia and Janine G. Mejia, to reopen the action for the limited purpose of amending the dismissal order of October 19, 2008, to extend for an additional sixty (60) days after January 17, 2009, the time allowed to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time:

IT IS ORDERED the referenced action is reopened for the limited purpose of amending the Order of Dismissal of October 19, 2008.

IT IS FURTHER ORDERED that the Order of Dismissal of October 19, 2008, is hereby amended to extend for an additional sixty (60) days after January 17, 2009, the time allowed to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

New Orleans, Louisiana, this _____ day of January, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE