UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE | |
| <u>MEJIA</u>, 06-2786 | SECTION "K" (2) |

MEMORANDUM IN SUPPORT OF
UNOPPOSED EX-PARTE MOTION TO REOPEN AND AMEND DISMISSAL ORDER

NOW INTO COURT comes the plaintiffs, Robert Mejia and Janine G. Mejia, who present the following reasons in support of their motion to reopen the action for the limited purpose of amending the dismissal order of October 19, 2008, to extend for an additional sixty (60) days after January 17, 2009, the time allowed to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time:

The Louisiana Recovery Authority/Road Home Program ("LRA") has not yet completed its evaluation the parties' pending application for approval of their compromise. According to its representative, Dan Rees, LRA is awaiting a report from ICF International needed to complete the approval process, which has been delayed by the volume of pending applications.

The deadline for reopening the action or enforcing the settlement fixed by the original Order of Dismissal of October 19, 2008 is January 17, 2009. LRA's evaluation and approval of the compromise will likely not be completed in sufficient time to allow consummation of the compromise by the deadline. Accordingly, the mutual interests of the parties is best served by extending the reopening/enforcement deadline for a period of an additional sixty days to allow LRA to complete the approval process and the parties to consummate the approved compromise.

Counsel for Allstate Insurance Company has authorized undersigned counsel to report to the court that THE DEFENDANT HAS NO OBJECTION TO, AND SUPPORTS, THE RELIEF SOUGHT BY THIS MOTION, AND TO EX-PARTE DECISION BY THE COURT.

> GOLDEN & FONTE, PLC
> s/*Kenneth C. Fonte*
> Kenneth C. Fonte, Bar No. 5649
> One Galleria Blvd., Suite 1822
> Metairie, LA 70001
> Tel. (504) 849-2600
> Fax (504) 849-2615
> kenfonte @ aol.com

## CERTIFICATE OF SERVICE

I certify that a copy of the motion to reopen and amend dismissal order has been served on counsel for defendant on this 15th day of January, 2009.

> *s/Kenneth C. Fonte*
> Kenneth C. Fonte, #5649