UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSEMARY MARTIN, ET AL | * | CIVIL ACTION NO. 07-1590 |
| | * | |
| VERSUS | * | |
| | * | SECTION K (2) |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

ON MOTION of defendant, State Farm Fire and Casualty Company, and plaintiffs, Dominic and Rosemary Martin, appearing herein through undersigned counsel of record, and on suggesting to the court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs.

_____
ANDREA LESTELLE, Esq. (# 08539 )
Lestelle & Lestelle
3421 N. Causeway Blvd
Suite 602
Metairie, La. 70002
Telephone: 504-828-1224
Facsimile: 504-828-1229

_____
ROY C. BEARD (#17461)
MCCRANIE, SISTRUNK, ANZELMO, HARDY
 MAXWELL & MCDANIEL
3445 N. Causeway Blvd., 8th Floor
Metairie, LA  70002
Telephone: (504) 831-0946