UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROSEMARY MARTIN, ET AL** | * | **CIVIL ACTION NO. 07-1590** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION   K (2)** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
J U D G E