UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

December 10, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO _____

IN RE: Katrina Canal Breaches Consolidated Litigation    CA 05-4182 K
c/w 06-5131, 06-5132, 06-5134, 06-5137, 06-5140

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

　_x_　1) Certified copy of the notice of appeal and docket entries

　___　2) Certified copy of notice of a cross-appeal and docket entries.

　_x_　3) The Court of Appeals docket fee _x_ HAS ___ HAS NOT been paid

　___　4) This case is proceeding _in forma pauperis_

　___　5) Order Appointing Counsel ___ CJA-20 ___ FPD

　_x_　6) District Judge Entering the final judgment is _Stanwood R Duval Jr_

　_x_　7) Court Reporter assigned to the case _Toni Tusa, Bonnie Hebert, Cathy Pepper, Cindy Usner, Jodi Simcox_

　___　8) If criminal case, number and names of other defendants on appeal

　___　9) This case was decided without a hearing; there will be no transcript.

　___　10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

　___　1) Electronic Copy of Record on appeal:

　　　　___ Volume(s) of record    ___ Original Volume(s) of transcripts

　　　　___ Volume(s) of depositions

　　　　___ Container(s) of exhibits ___ envelope ___ box

　___　2) Supplemental record_____

　___　3) SEALED DOCUMENT_____

　___　4) Other _____

Very truly yours,

By __Alicia Phelps__
　　　Deputy Clerk

Fee _____
Process _____
_X_ Dktd _____
CtRmDep _____
Doc. No. _____

08-31240