UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"(2) |
| PERTAINS TO: | * * | JUDGE: DUVAL |
| *Alexander* C.A. No. 07-4538 | * * * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel come Plaintiffs, Chatman and Helena Johnson, two of the Plaintiffs in this captioned lawsuit, and Allstate Insurance Company, one of the Defendants in the captioned lawsuit, and upon suggesting to the Court that all matters between the Plaintiffs, Chatman and Helena Johnson, and Defendant, Allstate Insurance, have been amicably resolved and settled. Plaintiffs, Chatman and Helena Johnson and Defendant, Allstate Insurance Company, hereby move for an order dismissing the Complaint of Plaintiffs, with Prejudice.

Respectfully submitted,

**BECNEL LAW FIRM, L.L.C.**

*/s/ Kevin P. Klibert*
DANIEL E. BECNEL, JR. - #2926
KEVIN P. KLIBERT #26954
106 W. 7th Street,
P.O. Drawer H
Reserve, Louisiana 70084
Telephone: 985-536-1186
Attorneys for Plaintiffs


LABORDE & NEUNER

*/s/ Daniel J. Poolson, Jr.*
FRANK X. NEUNER, JR. - #07674
MELISSA LUTGRING THERIOT #22628
GREGORY A. KOURY #26364
JEREMY N. MORROW #29358
DANIEL J. POOLSON, JR. - #30676
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone: 337/237-7000
Fax: 337/233-9450
Attorneys for ALLSTATE INSURANCE CO.

## CERTIFICATE OF SERVICE

I hereby certify that on this **15** day of **January**, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Daniel J. Poolson, Jr.*
COUNSEL