UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | SECTION "K"(2) |
| PERTAINS TO: | * * | JUDGE: DUVAL |
| *Alexander* C.A. No. 07-4538 | * * * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that the Complaint of Chatman and Helena Johnson against Allstate Insurance Company be and is hereby **DISMISSED,** with Prejudice.

Thus done and signed at _____, Louisiana on this ____ day of _____, 2009.

_____
DISTRICT COURT JUDGE