UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * * | |
| CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |
|  | * | |

**EX PARTE MOTION OF LAFARGE NORTH AMERICA INC. TO FILE CORRECTED MEMORANDUM IN OPPOSITION TO BARGE PLAINTIFFS' APPEAL FROM DENIAL OF MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED COMPLAINT**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, defendant Lafarge North America Inc. ("LNA") moves for an order granting LNA leave to file a corrected memorandum in opposition to the Barge Plaintiffs' appeal from the Magistrate Judge's denial of their motion to file a revised proposed seventh amended complaint. The purpose of the corrected memorandum is to clarify and correct a footnote in the opposition memorandum filed by LNA on January 13, 2009 (Doc. 17116). The revision appears at page 6, footnote 5 of the corrected document, which is otherwise unchanged from the original. The correction, proffered two days after the date of LNA's filing, does not affect the substance of LNA's arguments in opposition to plaintiffs' motion.

A proposed order is attached.

.

        Respectfully submitted,

        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        Facsimile: (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        /s/ John D. Aldock
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 346-4240

January 15, 2009

## Certificate of Service

I hereby certify that I have on this 15th day of January, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

        /s/ John D. Aldock