UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| Mumford        05-5724 | * | |
| Lagarde         06-5342 | * | JUDGE |
| Boutte           05-5531 | * | STANWOOD R. DUVAL, JR. |
| Perry             06-6299 | * | |
| Benoit           06-7516 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING MOTION TO FILE CORRECTED MEMORANDUM IN OPPOSITION TO APPEAL FROM DENIAL OF MOTION FOR LEAVE TO FILE REVISED PROPOSED SEVENTH AMENDED COMPLAINT**

Upon consideration of the motion of Lafarge North America Inc. to file a corrected memorandum in opposition to the Barge Plaintiffs' appeal from the Magistrate Judge's denial of their motion to file a revised proposed seventh amended complaint, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the CORRECTED MEMORANDUM IN OPPOSITION TO BARGE PLAINTIFFS' APPEAL FROM DENIAL OF MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED COMPLAINT.

New Orleans, Louisiana, this ____ day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE