# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Willie Major, Darlene Major regarding 3027 & 3029 Beachhead Ln., Violet, LA 70092; Deborah Grimes regarding 5226 & 5228 E. Lemans St., New Orleans, LA 70129; Deborah Grimes regarding 3519 Timber Wolf Ln., New Orleans, LA 70131; Deborah Grimes regarding 5131 Timber Crest Dr., New Orleans, LA 70131; Patrick Lopez, Jennifer Lopez regarding 332 Harrison Ave, New Orleans, LA 70124; Mark Lutenbacher, Clare Lutenbacher regarding 6615 Wuerple St., New Orleans, LA 70124; Emile Masson, Phyllis Masson regarding 4409 Tracy St., Meraux, LA 70075; Ernest Gethers, Shelina Gethers regarding 5335 Eads St., New Orleans, LA 70122; Crayton Byrd, Sharon Byrd regarding 7512 Scottwood Dr., New Orleans, LA 70128 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Willie Major, Darlene Major regarding 3027 & 3029 Beachhead Ln., Violet, LA 70092; Deborah Grimes regarding 5226 & 5228 E. Lemans St., New Orleans, LA 70129; Deborah Grimes regarding 3519 Timber Wolf Ln., New Orleans, LA 70131; Deborah Grimes regarding 5131 Timber Crest Dr., New Orleans, LA 70131; Patrick Lopez, Jennifer Lopez regarding 332 Harrison Ave, New Orleans, LA 70124; Mark Lutenbacher, Clare Lutenbacher

regarding 6615 Wuerple St., New Orleans, LA 70124; Emile Masson, Phyllis Masson regarding 4409 Tracy St., Meraux, LA 70075; Ernest Gethers, Shelina Gethers regarding 5335 Eads St., New Orleans, LA 70122; Crayton Byrd, Sharon Byrd regarding 7512 Scottwood Dr., New Orleans, LA 70128, against Defendant THE HANOVER INSURANCE COMPANY, THE HANOVER AMERICAN INSURANCE COMPANY, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  15   day of    January   , 2009.

_____
United States District Judge