UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Dorothy Durand regarding 2630 Arts Street, New Orleans, LA 70117; Joanne Jones regarding 5953 Dreux Ave., New Orleans, LA 70126; David Gibson, Vanessa Larrieu Gibson regarding 6054 Airway St., New Orleans, LA 70126; Robbie Mension regarding 1205 Chimneywood Ln., New Orleans, LA 70126; Clarence Blanc, Joakima W. Blanc regarding 4657 Lafon Dr., New Orleans, LA 70126; Raymond Carey, Ruth Debra Carey regarding 7131 Pinebrook Dr., New Orleans, LA 70128; Montresa Johnson regarding 6014 Douglas St., New Orleans, LA 70117; Lamont Jackson regarding 8406 Apple St., New Orleans, LA 70118; Robert Lott regarding 2465 & 2467 N. Claiborne St., New Orleans, LA 70117; James Broussard regarding 5901 6th St., Violet, LA 70092; Mark Gilmore, Keisha Jackson regarding 9709 W. Rockton Circle, New Orleans, LA 70127; Korea Durant, Ronald Durant regarding 5100 Ross Lane, Marrero, LA 70072; Laura Urich, Tammy Urich regarding 1417 Center, Arabi, LA 70032; Sandra Montegut regarding 7514 Mackenzie St., New Orleans, LA 70128** |

<u>**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**</u>

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Dorothy Durand regarding 2630 Arts Street, New Orleans, LA 70117; Joanne Jones regarding 5953 Dreux Ave., New Orleans, LA 70126; David Gibson, Vanessa Larrieu Gibson regarding 6054 Airway St., New

Orleans, LA 70126; Robbie Mension regarding 1205 Chimneywood Ln., New Orleans, LA 70126; Clarence Blanc, Joakima W. Blanc regarding 4657 Lafon Dr., New Orleans, LA 70126; Raymond Carey, Ruth Debra Carey regarding 7131 Pinebrook Dr., New Orleans, LA 70128; Montresa Johnson regarding 6014 Douglas St., New Orleans, LA 70117; Lamont Jackson regarding 8406 Apple St., New Orleans, LA 70118; Robert Lott regarding 2465 & 2467 N. Claiborne St., New Orleans, LA 70117; James Broussard regarding 5901 6th St., Violet, LA 70092; Mark Gilmore, Keisha Jackson regarding 9709 W. Rockton Circle, New Orleans, LA 70127; Korea Durant, Ronald Durant regarding 5100 Ross Lane, Marrero, LA 70072; Laura Urich, Tammy Urich regarding 1417 Center, Arabi, LA 70032; Sandra Montegut regarding 7514 Mackenzie St., New Orleans, LA 70128, who wish to voluntarily dismiss the claims against Defendant(s) Fidelity National Property and Casualty Insurance Co, Fidelity National Insurance Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 16th day of January, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno