UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Advanced Mortgage, Betty Lashley Washington regarding 1419 Gallier St., New Orleans, LA 70117; Jimmy Grimes regarding 9021 Dryon St., New Orleans, LA 70118; Michelle McCroy, Gail Brown regarding 3916 Catawba Ct., Harvey, LA 70058; Rosalee Douville regarding 6245 August Ave., Marrero, LA 70072; Curtis Liverett regarding 7638-76 Chef Menteur Hwy., New Orleans, LA 70127; Deborah Clayton, Robert H. Clayton regarding 4927 Gawain Dr., New Orleans, LA 70127; Aucion Hatcher regarding 2137 & 2139 Mandeville St., New Orleans, LA 70117; Richard Wells, Norene A. Wells regarding 1422 S. Jefferson Davis, New Orleans, LA 70125; Dilton Robinson, Sherlene Robinson regarding 1412 Tricou St., New Orleans, LA 70117** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Advanced Mortgage, Betty Lashley Washington regarding 1419 Gallier St., New Orleans, LA 70117; Jimmy Grimes regarding 9021 Dryon St., New Orleans, LA 70118; Michelle McCroy, Gail Brown regarding 3916 Catawba Ct., Harvey, LA 70058; Rosalee Douville regarding 6245 August Ave., Marrero, LA 70072; Curtis Liverett regarding 7638-76 Chef Menteur Hwy., New Orleans, LA 70127; Deborah Clayton, Robert H. Clayton regarding

4927 Gawain Dr., New Orleans, LA 70127; Aucion Hatcher regarding 2137 & 2139 Mandeville St., New Orleans, LA 70117; Richard Wells, Norene A. Wells regarding 1422 S. Jefferson Davis, New Orleans, LA 70125; Dilton Robinson, Sherlene Robinson regarding 1412 Tricou St., New Orleans, LA 70117, against Defendant Certain Underwriters at Lloyds, London, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this <u>16th</u> day of <u>   January   </u>, 2009.

_____
United States District Judge