# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Debbera Brown regarding 2252 St. Dennis St., New Orleans, LA 70122; RHONDA DOUCETTE regarding 3916 MIRTHA ST., NEW ORLEANS, LA 70126; ARMSTEAD BONIFACE, PAULINA BONIFACE (SPOUSE) regarding 7236 CHATETAIN DR., NEW ORLEANS, LA 70128; Donald White regarding 7741 Wales St., New Orleans, LA 70126; Desiree Davis, Keith Davis regarding 7534 Shorewood Blvd., New Orleans, LA 70127; Barbara Blazio regarding 6830 Curran Rd., New Orleans, LA 70126; Latasha Joseph, Sean Martin LaSalle regarding 5465 Grand Bayou Dr., New Orleans, LA 70129; Evelyn Taplin, Clarence Taplin regarding 2237 Deslonde St., New Orleans, LA 70117; Kazell Williams regarding 5201 Beaucaire St., New Orleans, LA 70129; Brenda Akers regarding 2014 Alvar St., New Orleans, LA 70117; Larry Pack, Kathryn Kelson Pack regarding 1516 Natchez Ln., LaPlace, LA 70068; Arthemease Bloxson-Melancon regarding 4134 Eagle St., New Orleans, LA 70118; Ceasar Veazie, Leon D. Veazie regarding 2319 Tennessee St., New Orleans, LA 70117; Carla Bringier-Mason regarding 1822 Alvar St., New Orleans, LA 70117; VickieDianne Bell, Freddie Bell Sr. regarding 2144 Brutus St., New Orleans, LA 70122; Anita Hughes regarding 4758 Eunice Dr., New Orleans, LA 70127; Lori Weber regarding 7941 Unity Dr., New Orleans, LA 70128 |

**<u>ORDER</u>**

Considering the Unopposed Motion and Incorporated Memorandum in Support of

Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Debbera Brown regarding 2252 St. Dennis St., New Orleans, LA 70122; RHONDA DOUCETTE regarding 3916 MIRTHA ST., NEW ORLEANS, LA 70126; ARMSTEAD BONIFACE, PAULINA BONIFACE (SPOUSE) regarding 7236 CHATETAIN DR., NEW ORLEANS, LA 70128; Donald White regarding 7741 Wales St., New Orleans, LA 70126; Desiree Davis, Keith Davis regarding 7534 Shorewood Blvd., New Orleans, LA 70127; Barbara Blazio regarding 6830 Curran Rd., New Orleans, LA 70126; Latasha Joseph, Sean Martin LaSalle regarding 5465 Grand Bayou Dr., New Orleans, LA 70129; Evelyn Taplin, Clarence Taplin regarding 2237 Deslonde St., New Orleans, LA 70117; Kazell Williams regarding 5201 Beaucaire St., New Orleans, LA 70129; Brenda Akers regarding 2014 Alvar St., New Orleans, LA 70117; Larry Pack, Kathryn Kelson Pack regarding 1516 Natchez Ln., LaPlace, LA 70068; Arthemease Bloxson-Melancon regarding 4134 Eagle St., New Orleans, LA 70118; Ceasar Veazie, Leon D. Veazie regarding 2319 Tennessee St., New Orleans, LA 70117; Carla Bringier-Mason regarding 1822 Alvar St., New Orleans, LA 70117; VickieDianne Bell, Freddie Bell Sr. regarding 2144 Brutus St., New Orleans, LA 70122; Anita Hughes regarding 4758 Eunice Dr., New Orleans, LA 70127; Lori Weber regarding 7941 Unity Dr., New Orleans, LA 70128, against Defendants Republic Fire & Casualty Insurance Company, Republic Group, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 16th day of January, 2009.

Stanwood R. Duval, Jr.
United States District Judge