UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: *Robinson*, No. 06-2268 | § | |
| _____ | § | |

### NOTICE OF VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned counsel, will take the videotaped deposition of Dr. John W. Day, Jr., at the Law Office of Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113 on January 28, 2009 at 9:00 a.m. The videotaped deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. Additionally, counsel for the United States may ask Dr. Day to mark exhibits in an effort to make the record more clear when necessary.

Pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, the Defendant United States requests that Dr. Day produce the documents set forth in the attached Exhibit A to

the undersigned counsel at the commencement of the deposition on Wednesday, January 28, 2009.

                                                        Respectfully submitted,

                                                        GREGORY G. KATSAS
                                                        Assistant Attorney General

                                                        THOMAS DUPREE
                                                        Principal Deputy Assistant Attorney General

                                                        PHYLLIS J. PYLES
                                                        Director, Torts Branch

                                                        JAMES G. TOUHEY, JR.
                                                        Assistant Director, Torts Branch

                                                          /s/ Kara K. Miller
                                                        KARA K. MILLER
                                                        Trial Attorney
                                                        ROBIN D. SMITH
                                                        Senior Trial Counsel
                                                        Torts Branch, Civil Division
                                                        U.S. Department of Justice
                                                        P.O. Box 888
                                                        Benjamin Franklin Station
                                                        Washington, D.C. 20044
                                                        (202) 616-4448 (tel.)
                                                        (202) 616-5200 (fax)
                                                        Kara.Miller@usdoj.gov
                                                        Attorneys for Defendant United States

Dated: January 16, 2009.

## EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION

1. Any and all materials considered or relied upon by the deponent in connection with this litigation.

2. Any and all updates to the deponent's July 11, 2008 report.

3. Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal, state or local.

4. Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

## **CERTIFICATE OF SERVICE**

I, Kara K. Miller, hereby certify that on January 16, 2008, I served a true copy of the United States' Notice of Videotaped Deposition upon all parties by ECF.


                                                  s/ Kara K. Miller
                                                KARA K. MILLER