UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Weber v. Lafarge*    08-4459 | * * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |

**O R D E R**

Considering the foregoing:

**IT IS ORDERED** that Edward L. Moreno, of the Law Offices of Brian A. Gilbert, P.L.C. be and is hereby enrolled as counsel of record on behalf of the Barge Plaintiffs.

New Orleans, Louisiana this   16th   day of   January  , 2009.

_____
**JUDGE**