UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO MRGO | * | |
| | * | SECTION: "K" (2) |
| | * | |
| | * | THIS DOCUMENT APPLIES TO: |
| | * | 07-3173 (*LUNDY*) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

IT IS ORDERED, that Daniel E. Becnel, Jr. be enrolled as additional counsel of record in this matter, along with A.J. Rebennack, the present counsel.

NEW ORLEANS, LOUISIANA this __16th__ day of _____January_____, 2009.

_____
JUDGE/U.S. DISTRICT COURT