**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Simone Lewis regarding 4441 Annette St., New Orleans, LA 70122; Willie Lewis regarding 10121 Boulevard Way, New Orleans, LA 70127; Danielle Santiago, Gary Santiago regarding 4642 Evangeline Dr., New Orleans, LA 70127; Marjonie Wheeler regarding 3224-3222 Milan St., New Orleans, LA 70125; Leon Whitfield regarding 7451 Camberley Dr., New Orleans, LA 70117; Mildred Patterson regarding 2303 Gen Taylor, New Orleans, LA 70115; Carolyn Rizza regarding 2916 Lemon st., Metairie, LA 70006; Gloria Brissette regarding 18 N. Oakridge Ct., New Orleans, LA 70128 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Simone Lewis regarding 4441 Annette St., New Orleans, LA 70122; Willie Lewis regarding 10121 Boulevard Way, New Orleans, LA 70127; Danielle Santiago, Gary Santiago regarding 4642 Evangeline Dr., New Orleans, LA 70127; Marjonie Wheeler regarding 3224-3222 Milan St., New Orleans, LA 70125; Leon Whitfield regarding 7451 Camberley Dr., New Orleans, LA 70117; Mildred Patterson regarding 2303 Gen Taylor, New Orleans, LA 70115; Carolyn Rizza regarding 2916 Lemon st., Metairie, LA 70006; Gloria Brissette regarding 18 N. Oakridge Ct., New Orleans, LA 70128 against Defendants THE HANOVER INSURANCE

COMPANY, THE HANOVER AMERICAN INSURANCE COMPANY, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 16th day of January, 2009.

_____
United States District Judge