UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
   CONSOLIDATED LITIGATION
                                      NO. 05-4182

PERTAINS TO: INSURANCE                SECTION "K"(2)
          AGUILAR, 07-4852

## ORDER

Considering the parties' Joint Motion to Temporarily Lift Stay for the Purpose of Dismissing All Claims of Gwennyth Thomas With Prejudice (Rec. Doc. 17153), accordingly

**IT IS ORDERED** that the motion is **GRANTED.** The Court's stay order shall be temporarily lifted, and

**IT IS FURTHER ORDERED** that all claims of Gwennyth Thomas asserted against Homesite Insurance Company in the consolidated proceeding entitled *Joseph Aguilar, III v. Alea London Ltd.*, Civ. A. No. 07-4852, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim, are hereby **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear its own costs.

New Orleans, Louisiana, this __16th__ day of January, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE