# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Vernita King regarding 4872 Desire Dr., New Orleans, LA 70126; Alton Washington regarding 7656 Stonewood St, New Orleans, LA 70128; Norman Hardy regarding 134 Chamale St., Slidell, LA 70460; Cheryl Sterling regarding 6711 E. Hermes St., New Orleans, LA 70126 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Vernita King regarding 4872 Desire Dr., New Orleans, LA 70126; Alton Washington regarding 7656 Stonewood St, New Orleans, LA 70128; Norman Hardy regarding 134 Chamale St., Slidell, LA 70460; Cheryl Sterling regarding 6711 E. Hermes St., New Orleans, LA 70126 against Defendants Fidelity National Property and Casualty Insurance Co, Fidelity National Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 16th day of January, 2009.

_____
United States District Judge