**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"**<br><br>**MAGISTRATE (2)**<br><br>**This pleading applies only to the claim of Liljose-Marie Tompkins regarding 2117 Flood St., New Orleans, LA 70117; Liljose-Marie Tompkins regarding 2122 Caffin Ave, New Orleans, LA 70117; Jarmel Harvey, Nationwide Real Estate regarding 1724 Ivar St., New Orleans, LA 70117; Mary Bell Jones regarding 1928/30 Forstall Street, New Orleans, LA 70117** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Liljose-Marie Tompkins regarding 2117 Flood St., New Orleans, LA 70117; Liljose-Marie Tompkins regarding 2122 Caffin Ave, New Orleans, LA 70117; Jarmel Harvey, Nationwide Real Estate regarding 1724 Ivar St., New Orleans, LA 70117; Mary Bell Jones regarding 1928/30 Forstall Street, New Orleans, LA 70117 against Defendants HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, Hartford Insurance Company of the Midwest, HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, SECURITY INSURANCE COMPANY OF HARTFORD, in the above captioned matter only, be

dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __16th__ day of ____January____, 2009.

_____
United States District Judge