UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

UNITED STATES OF AMERICA'S
UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL

The United States of America moves to file under seal Exhibit 1 to its Opposition to Plaintiffs' Amended and Restated Motion for Class Certification. The subject document, a copy of which will be sent by FedEx to the Clerk of the Court today, contains personally identifiable information of persons who have attempted to present administrative claims to the United States.

Undersigned counsel has contacted counsel for Plaintiffs, who stated that Plaintiffs do not oppose the granting of this motion.

                                              Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

THOMAS DUPREE
Principal Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

/s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH
PAUL LEVINE
Trial Attorneys

ROBIN SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4448/(202) 616-5200 (Fax)
Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Jeffrey P. Ehrlich, hereby certify that on January 16, 2009, I served a true copy of the foregoing upon all counsel of record by ECF.

/s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH