UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| | § | |

ORDER

Having considered the United States of America's Motion to File Under Seal, being informed by the United States that Plaintiffs' counsel has no objection to the motion being granted, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Accordingly, the Clerk of Court is directed to file under seal Exhibit 1 to the United States of America's Opposition to Plaintiffs' Amended and Restated Motion for Class Certification.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana