**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                           CIVIL ACTION
   CONSOLIDATED LITIGATION
                                                        NO. 05-4182

PERTAINS TO: INSURANCE                                  SECTION "K"(2)
   ALEXANDER, 07-4538

## ORDER

Considering the parties' Joint Motion to Dismiss (Rec. Doc. 17167), accordingly

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH**

**PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this __16th__ day of January, 2009.

_____
   **STANWOOD R. DUVAL, JR.**
   **UNITED STATES DISTRICT JUDGE**