# WOLFE LAW GROUP

**NEW ORLEANS**
4821 PRYTANIA STREET
NEW ORLEANS, LA 70115
(504)894-9653
F: (866)761-8934

**SEATTLE**
3232 FIRST AVENUE S
SEATTLE, WA 98134
(206)801-1600
F: (866)761-8934

January 07, 2009

To: Julie Harrison
Eastern District of LA
500 Poydras Street
Room C151
New Orleans, LA
70130

Re:  Request to be removed from Electronic Filing Notification

**SENT VIA**
**US MAIL**

Dear Ms. Harrison:

This letter is a request to have our firm and all person's associated with our firm removed from the list for electronic filing email notifications for the following cases:

2:06-cv-00491-JCZ-DEK Xavier et al v. Belfor USA Group Inc and;
2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches

Our firm has withdrawn from both of the cases mentioned above. Please do not hesitate to contact our office if anything further is needed.

Best Regards,
WOLFE LAW GROUP, L.L.C.

Scott Wolfe, Jr.

SGW/jlh