UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Rhonda Whitmore regarding 11298 Winrock Dr., New Orleans, LA 70128; Lisa Williams regarding 3300 Wall Blvd., Apt. 28B, Gretna, LA 70056; Darrell Dykes, Sherri Dykes regarding 11401 S. Easterlyn Cir., New Orleans, LA 70128; Jody McManus, Lawrence J. McManus regarding 196 30th St., New Orleans, LA 70126; Yalima Mason, Sandi Feraci regarding 12151 I-10 Service Rd. N. #129, New Orleans, LA 70117; Sumateta Miles, William J. Miles regarding 5859 Memphis St., New Orleans, LA 70124; Tamara Taylor-Cormier, Sean M. Cormier regarding 4534 Coronado Dr., New Orleans, LA 70127; Leilani Bolds, Samuel V. Bolds regarding 5134 Metropolitan Dr., New Orleans, LA 70126; Virginia O'Neill regarding 6250 Bellaire Dr., New Orleans, LA 70124; Walter Blessey, Ruth Blessey regarding 5546 Dayna Ct., New Orleans, LA 70124; Lynn Dupont regarding 6651 & 6653 West End Blvd, New Orleans, LA 70124** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Rhonda Whitmore regarding 11298 Winrock Dr., New Orleans, LA 70128; Lisa Williams regarding 3300 Wall Blvd., Apt. 28B, Gretna, LA 70056; Darrell Dykes, Sherri Dykes regarding 11401 S. Easterlyn Cir., New Orleans, LA 70128; Jody McManus, Lawrence J. McManus regarding 196 30th St., New Orleans,

LA 70126; Yalima Mason, Sandi Feraci regarding 12151 I-10 Service Rd. N. #129, New Orleans, LA 70117; Sumateta Miles, William J. Miles regarding 5859 Memphis St., New Orleans, LA 70124; Tamara Taylor-Cormier, Sean M. Cormier regarding 4534 Coronado Dr., New Orleans, LA 70127; Leilani Bolds, Samuel V. Bolds regarding 5134 Metropolitan Dr., New Orleans, LA 70126; Virginia O'Neill regarding 6250 Bellaire Dr., New Orleans, LA 70124; Walter Blessey, Ruth Blessey regarding 5546 Dayna Ct., New Orleans, LA 70124; Lynn Dupont regarding 6651 & 6653 West End Blvd, New Orleans, LA 70124, who wish to voluntarily dismiss the claims against Defendant(s) USAA General Indemnity Company, USAA Casualty Insurance Company, in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

        Respectfully submitted:

        BY:  /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (# 3604)
        L. SCOTT JOANEN (# 21431)
        The Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 19th day of January, 2009.

        /s/ Joseph M. Bruno
        Joseph M. Bruno