UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Rhonda Whitmore regarding 11298 Winrock Dr., New Orleans, LA 70128; Lisa Williams regarding 3300 Wall Blvd., Apt. 28B, Gretna, LA 70056; Darrell Dykes, Sherri Dykes regarding 11401 S. Easterlyn Cir., New Orleans, LA 70128; Jody McManus, Lawrence J. McManus regarding 196 30th St., New Orleans, LA 70126; Yalima Mason, Sandi Feraci regarding 12151 I-10 Service Rd. N. #129, New Orleans, LA 70117; Sumateta Miles, William J. Miles regarding 5859 Memphis St., New Orleans, LA 70124; Tamara Taylor-Cormier, Sean M. Cormier regarding 4534 Coronado Dr., New Orleans, LA 70127; Leilani Bolds, Samuel V. Bolds regarding 5134 Metropolitan Dr., New Orleans, LA 70126; Virginia O'Neill regarding 6250 Bellaire Dr., New Orleans, LA 70124; Walter Blessey, Ruth Blessey regarding 5546 Dayna Ct., New Orleans, LA 70124; Lynn Dupont regarding 6651 & 6653 West End Blvd, New Orleans, LA 70124 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Rhonda Whitmore regarding 11298 Winrock Dr., New Orleans, LA 70128; Lisa Williams regarding 3300 Wall Blvd., Apt. 28B, Gretna, LA 70056; Darrell Dykes, Sherri Dykes regarding 11401 S. Easterlyn Cir., New Orleans, LA 70128; Jody McManus, Lawrence J.

McManus regarding 196 30th St., New Orleans, LA 70126; Yalima Mason, Sandi Feraci regarding 12151 I-10 Service Rd. N. #129, New Orleans, LA 70117; Sumateta Miles, William J. Miles regarding 5859 Memphis St., New Orleans, LA 70124; Tamara Taylor-Cormier, Sean M. Cormier regarding 4534 Coronado Dr., New Orleans, LA 70127; Leilani Bolds, Samuel V. Bolds regarding 5134 Metropolitan Dr., New Orleans, LA 70126; Virginia O'Neill regarding 6250 Bellaire Dr., New Orleans, LA 70124; Walter Blessey, Ruth Blessey regarding 5546 Dayna Ct., New Orleans, LA 70124; Lynn Dupont regarding 6651 & 6653 West End Blvd, New Orleans, LA 70124 against Defendants USAA General Indemnity Company, USAA Casualty Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
United States District Judge