UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE: *Aaron*, 06-4746 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE
AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff Yvette Ann Cage, Lillie Joseph Brady and Tyronn and Phillip Robinson respectfully requests that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that any claims on any homeowners' policies issued by Allstate to these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

125583

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

                                        Respectfully Submitted,

                                        **JIM S. HALL & ASSOCIATES**

                                        S/Joseph W. Rausch
                                        Joseph W. Rausch, No. 11394
                                        800 N. Causeway Boulevard
                                        Suite #100
                                        Metairie, Louisiana  70001
                                        Telephone:  (504) 832-3000
                                        Facsimile:  (504) 832-1799
                                        *Attorney for Plaintiffs*

125583

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of January, 2009.

_____

125583

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * <br> * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * <br> * | |
| INSURANCE: *Aaron*, 06-4746 | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiff Yvette Ann Cage, Lillie Joseph Brady and Tyronn and Phillip Robinson on any homeowners' insurance policies issued by defendants Allstate Insurance Company or Allstate Indemnity Company as to these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

125583

2

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2009.

_____  
UNITED STATES DISTRICT JUDGE

125583