UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * <br> * |
| INSURANCE: *Aaron*, 06-4746 | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE
AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, James and Josephine Adams, Charlene L. Adams, Jeaneariear Antoine, Ryan and Linda Aubert, Janice Augustine, Hazel and Merlin Babin, John and Lois Barabino, Bessie Barnett, Antoine M. and Alther S. Barriere, Thelma Batiste, Angeline and Michael Bell, Elizabeth and Willie M. Bell, Lamera Berger, Annette and Charles Berry, Sr., Eliza Berry, Craig and Dana Biagas, Sr., Cindy and Nathienal Bierria, Bruce and Lavernia Black, James C. and Gloria Bogan, Vincent Breaux, Carl and Gertrude Bridgewater, Lloyd and Sheila Brooks, Nehemiah and Bernice Burns, Melvin and Earline Calendar, Raymond and Shirley Campbell, Shirley Carriere, Leo Carter, Tyra and Odell Causey, Felthus and Herbert Neal Cavalier, Calvin

- 1 -

and Sylvia Chapman, Willie Chester, Deunke Clark, Michele and Walter Colbert, Jr., Lloyd and Lucielle Coleman, Joseph R. Colomb, Jr., Alvin and Caroline Coulon, Rose Cropper Freeman, Jeardine Daniels, Valerie Dapremont, Sandra and Brian Davis, Sr., Ernest and Diane DeJean, Leslie and Jessilea Dejoie, Thelma Demazelliere, Opal G. Dibble, Shirley Dilosa and Ricardo Smith, Audry V. Dunbar, Violet Dunkley, Denise and Jean Dykes, Nanetta and Ronald Eddington, Floyd Edinburg, Kerry L. and Jennie P. Edwards, Danielle J. El-Mansura, Mitchell O. Ervin, III, Carrie and Emmett Everett, Roy and Anna Farves, Collins and Linda Fernandez, Erma Fortenberry, Lorine S. Foster, Edmore and Alice Franklin, Stephanie Frisco, Samuel and Yvonne Gable, James and Elinda Gathright, Deidra and Eric Gettridge, Mary Gray, Shirlene Gray, Raymond and Flora Green, Claiona Marie Green, Kernie and Geraldine Grinel Williams, Jerry and Rachel Gutter, Roosevelt and Roberta Hale, Richard and Hattie Haley, Trudy and Edward Hall, Cornelia Hart, Kenneth Harvey and Anna Rodgers, Jenell Hassan, Merline Hobbs, Bernadine D. Hodges and Wash Donald, Linda Hollis and Keith Bevins, Patricia Hubbard, Alvin Hunt/Harleaux, Rudy Isaac, Aaron and Karen Smith Jackson, Alvin Jacques, Irving and Iris Johnson, Eddie Johnson, Brenda and Rufus Johnson, Cherrylane Johnson, Rondelyn and John Jones, Tyrone and Penny Jones, Azemore and Evelyn Joseph, Elanda Ann Kenner, Sidney and Ora Lee Keppard, Esau Kinchen, Jr., Roy Kitchens, Florence Larkin, Adam Lee, Aleane LePree, John and Dianne Lewis, Vendetta and Frank Lockley, Rosetta B. Love, Natalie Sykes Luckett, Venetta Lumpkins/Schexnayder, Chanel Mack, Ida Macklin, Cynthia H. Magee, Kelvin MaGee, Verlyn Mallery, Luvenia/Walter Manuel, Cheryl and Harold Marchand, Audrey Martin, Grace Mason/Schexnaidre, Charlesten May, David R. and Kathleen McGowan, Betty Merrell, Eleanora

- 3 -

D. Moffett, Charles and Linda Moore, Ellen Moore, Alexander Moret, Caroline and Donald Morgan, Terrise Morris and Rodney Albert, Eddie Bell Odom, Illonda and Consuella Owens, Clarence and Erical Paris, Pamela Perriatt, David Michael and Lori Picone, Lora and Lawrence Pierce, Otis and Allison Pinkney, Mary Pinkney, Robert and Geraldine Preston, Rose Ray, Delores and Melvin Reed, Joyce Reine, Warren Richard, Marilyn Richardson, Gloria and Leo Rolling, Gloria D. Sanchez, Kenneth and Sheila Scott, Gladys Severin, Brenda Sharret, Patsy Simmons, Kaomta and Karl Simmons, JoAnn Slipher, Dwayne and Miranda Sloan, Marva Smith, Brenda and Thomas Smith, Willie Lee Smith, Aletha and Kent Smith-Green, Richard Smothers, Thelma Starwood, James and Barbara Stovall, Theresa and Ernest Sylvester, Marion and Ziola Tabora, Phillis and Michael Talazac Taylor, Ortha Terrell, Tyronne and Penny Terry, Mary and Alvin Thomas, Lois Thomas, Danielle Thomas, William Thomas, Mary and Harold Thomas, Joycelyn and Rodney Thomas, Ada R. Tillman, Ida Townsend, Lonnie G. and Wanda Townsend, Jr., Evelyn and James Travis, Leonard and Dawn Travis, Sr., Charlene Trudeaux, Arthur and Peggy Tucker, Nelia Bickham Varnado, Gregory P. and Rosemary E. Walker, Sherman and Wanda G. Washington, Annie Washington, Evelyn W. Watkins, James and Edith Watkins, Dorothy Watson, Nellie Weary, Kenneth R. and Mary Webb, Stella Webster, Elijah and Irene Weston, Zina Marie White, Lydia White, Irma and Clarence Williams, Virginia and Michael Williams, Lawrence and Nellie Williams, Gegi Williams, Kerry T. and Barbara Williams, Rebecca Williams, Mary E. Wilson, Brenda Wise, Robert and Elzina Wright, Albertine Young and Patricia and Floyd Young have resolved their disputes with defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") related to

their homeowners' insurance policies. As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that any claims on any homeowners' insurance policies issued by Allstate be dismissed, with prejudice, as to these plaintiffs, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of January, 2009.

126247

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE:  DUVAL |
| | | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | | |
| INSURANCE:    *Aaron*, 06-4746 | | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs James and Josephine Adams, Charlene L. Adams, Jeaneariear Antoine, Ryan and Linda Aubert, Janice Augustine, Hazel and Merlin Babin, John and Lois Barabino, Bessie Barnett, Antoine M. and Alther S. Barriere, Thelma Batiste, Angeline and Michael Bell, Elizabeth and Willie M. Bell, Lamera Berger, Annette and Charles Berry, Sr., Eliza Berry, Craig and Dana

1

Biagas, Sr., Cindy and Nathienal Bierria, Bruce and Lavernia Black, James C. and Gloria Bogan, Vincent Breaux, Carl and Gertrude Bridgewater, Lloyd and Sheila Brooks, Nehemiah and Bernice Burns, Melvin and Earline Calendar, Raymond and Shirley Campbell, Shirley Carriere, Leo Carter, Tyra and Odell Causey, Felthus and Herbert Neal Cavalier, Calvin and Sylvia Chapman, Willie Chester, Deunke Clark, Michele and Walter Colbert, Jr., Lloyd and Lucielle Coleman, Joseph R. Colomb, Jr., Alvin and Caroline Coulon, Rose Cropper Freeman, Jeardine Daniels, Valerie Dapremont, Sandra and Brian Davis, Sr., Ernest and Diane DeJean, Leslie and Jessilea Dejoie, Thelma Demazelliere, Opal G. Dibble, Shirley Dilosa and Ricardo Smith, Audry V. Dunbar, Violet Dunkley, Denise and Jean Dykes, Nanetta and Ronald Eddington, Floyd Edinburg, Kerry L. and Jennie P. Edwards, Danielle J. El-Mansura, Mitchell O. Ervin, III, Carrie and Emmett Everett, Roy and Anna Farves, Collins and Linda Fernandez, Erma Fortenberry, Lorine S. Foster, Edmore and Alice Franklin, Stephanie Frisco, Samuel and Yvonne Gable, James and Elinda Gathright, Deidra and Eric Gettridge, Mary Gray, Shirlene Gray, Raymond and Flora Green, Claiona Marie Green, Kernie and Geraldine Grinel Williams, Jerry and Rachel Gutter, Roosevelt and Roberta Hale, Richard and Hattie Haley, Trudy and Edward Hall, Cornelia Hart, Kenneth Harvey and Anna Rodgers, Jenell Hassan, Merline Hobbs, Bernadine D. Hodges and Wash Donald, Linda Hollis and Keith Bevins, Patricia Hubbard, Alvin Hunt/Harleaux, Rudy Isaac, Aaron and Karen Smith Jackson, Alvin Jacques, Irving and Iris Johnson, Eddie Johnson, Brenda and Rufus Johnson, Cherrylane Johnson, Rondelyn and John Jones, Tyrone and Penny Jones, Azemore and Evelyn Joseph, Elanda Ann Kenner, Sidney and Ora Lee Keppard, Esau

Kinchen, Jr., Roy Kitchens, Florence Larkin, Adam Lee, Aleane LePree, John and Dianne Lewis, Vendetta and Frank Lockley, Rosetta B. Love, Natalie Sykes Luckett, Venetta Lumpkins/Schexnayder, Chanel Mack, Ida Macklin, Cynthia H. Magee, Kelvin MaGee, Verlyn Mallery, Luvenia/Walter Manuel, Cheryl and Harold Marchand, Audrey Martin, Grace Mason/Schexnaidre, Charlesten May, David R. and Kathleen McGowan, Betty Merrell, Eleanora D. Moffett, Charles and Linda Moore, Ellen Moore, Alexander Moret, Caroline and Donald Morgan, Terrise Morris and Rodney Albert, Eddie Bell Odom, Illonda and Consuella Owens, Clarence and Erical Paris, Pamela Perriatt, David Michael and Lori Picone, Lora and Lawrence Pierce, Otis and Allison Pinkney, Mary Pinkney, Robert and Geraldine Preston, Rose Ray, Delores and Melvin Reed, Joyce Reine, Warren Richard, Marilyn Richardson, Gloria and Leo Rolling, Gloria D. Sanchez, Kenneth and Sheila Scott, Gladys Severin, Brenda Sharret, Patsy Simmons, Kaomta and Karl Simmons, JoAnn Slipher, Dwayne and Miranda Sloan, Marva Smith, Brenda and Thomas Smith, Willie Lee Smith, Aletha and Kent Smith-Green, Richard Smothers, Thelma Starwood, James and Barbara Stovall, Theresa and Ernest Sylvester, Marion and Ziola Tabora, Phillis and Michael Talazac Taylor, Ortha Terrell, Tyronne and Penny Terry, Mary and Alvin Thomas, Lois Thomas, Danielle Thomas, William Thomas, Mary and Harold Thomas, Joycelyn and Rodney Thomas, Ada R. Tillman, Ida Townsend, Lonnie G. and Wanda Townsend, Jr., Evelyn and James Travis, Leonard and Dawn Travis, Sr., Charlene Trudeaux, Arthur and Peggy Tucker, Nelia Bickham Varnado, Gregory P. and Rosemary E. Walker, Sherman and Wanda G. Washington, Annie Washington, Evelyn W. Watkins, James and Edith

Watkins, Dorothy Watson, Nellie Weary, Kenneth R. and Mary Webb, Stella Webster, Elijah and Irene Weston, Zina Marie White, Lydia White, Irma and Clarence Williams, Virginia and Michael Williams, Lawrence and Nellie Williams, Gegi Williams, Kerry T. and Barbara Williams, Rebecca Williams, Mary E. Wilson, Brenda Wise, Robert and Elzina Wright, Albertine Young and Patricia and Floyd Young on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

        New Orleans, Louisiana, this \_\_\_\_ day of _____, 2009.

                                          UNITED STATES DISTRICT JUDGE