UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE: *Aguilar*, 07-4852 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE**
**AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, Joseph Aguilar, III, Michael and Shelia Alexander, Cecilia and Nelson Alexander, Rhonda Armstrong and Nathan Dupree, Glen and Monique Banks, Cherie Barnes, Gloria Batteau, Eliza Berry, Regina Blue, Willie and Elizabeth Britton, Amie Cambre, Eva and Steven Camese, Darryl and Gaynell Cola, Darryl K. and Gaynell Cola, Charles and Joan Coleman, Willhelmina Conrad, Gertrude Corona, Marion Cotaya, Rose Cropper Freeman, Mackey and Jean Cutrer, Glendale Dean and Thomas Dean, Jr., Lisa and David DeHarde, Susan K. and Osborne E. Demas, Jr., Beverly Dupree, Sandra Ebbs, Elaine M. Eckols, Mildred Edmond, Geralyn Faciane, Retta Farley, John and Deryl Farria, Allen Fernandez, Israel Fields,

- 1 -

126245

Albert and Brenda Fournette, Emma Giron, Greg Glasper, Anna C. Gordon, Eric and Barbara Gordon, James and Catherine Grayol, III, Victoria Griffin, Leslie Guimont and Troy Mercadel, Theresa Harleaux, Bernadette Harris, Willie and Elaine Haywood, Mark and Barbara Heine, Sr., Zelda Heisser, Shirley W. Hence, Roxanne Hepler, Dedralyn Hills, Thomas J. and Esther Howard, Patricia Hubbard, Linda Hubbard, Charles M. and Aloma Hutchinson, Leola and Jerry James, Carla Jarvis, Seanduela A. Johnson, Yolande Johnson, Sandra Johnson, Louise Johnson, Elaine Johnson/Conoway, Tyrone and Penny Jones, Barbara and Larry Kimbrough, Roy Kitchens, Chiquita Labostrie, Yolanda LaCoste, Beverly A. and Irma Landry, Gregory and Cheryl Lassair, Rebecca Lee, Barbara A. Lee, Richard LeFlore, Renita F. and Steve Lewis, Merline Lundy, Chanel Mack, Kelvin MaGee, Jerry Martin, Brian Mattei, Taylor and Ruby McGuire, Carolyn J. Melancon, Debbie M. and Carl Mesley, Jr., Maxine M. Morgan, Henry Mortellaro, Jr., Daryl and Maqueta Naquin, Urence and Neotha Nelson, Sheila Norwood, Brian Oddo, Lillie Peck, Kim and Kerry Price, Laura Raymond, Theresa Reff, Charin Richard, Deborah Richardson, James and Joyce Ricker, Geraldine Robertson, Gloria and Leo Rolling, Shirley Ann and Harold Rushing, Yolanda Saul, Keri Schmidt, Mary Sharett, Martha Skinner, Dorothy Stills, Florence "Toni" Tanner, Barbara Taylor, Kenneth A. and Shirley D. Temple, Andria Theodore, Annie Washington, James and Edith Watkins, Roxylin White, Sarah Williams, Phyllis Williams, Brenda D. Williams, Joyce and Clifford Williams, Ralph Williams and Marilyn Harris, Jeffery G. and Dimitri C. Winchester, Patricia and Floyd Young, Irvin Young and Arnaldo Zelaya have resolved their disputes with defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") related to their homeowners'

insurance policies.  As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that any claims on any homeowners' insurance policies issued by Allstate be dismissed, with prejudice, as to these plaintiffs, each party to bear its own costs.  All claims by all remaining plaintiffs are reserved.

    **WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of January, 2009.

126245

- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:       *Aguilar*, 07-4852 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Joseph Aguilar, III, Michael and Shelia Alexander, Cecilia and Nelson Alexander, Rhonda Armstrong and Nathan Dupree, Glen and Monique Banks, Cherie Barnes, Gloria Batteau, Eliza Berry, Regina Blue, Willie and Elizabeth Britton, Amie Cambre, Eva and Steven Camese, Darryl and Gaynell Cola, Darryl K. and Gaynell Cola, Charles and Joan Coleman,

Willhelmina Conrad, Gertrude Corona, Marion Cotaya, Rose Cropper Freeman, Mackey and Jean Cutrer, Glendale Dean and Thomas Dean, Jr., Lisa and David DeHarde, Susan K. and Osborne E. Demas, Jr., Beverly Dupree, Sandra Ebbs, Elaine M. Eckols, Mildred Edmond, Geralyn Faciane, Retta Farley, John and Deryl Farria, Allen Fernandez, Israel Fields, Albert and Brenda Fournette, Emma Giron, Greg Glasper, Anna C. Gordon, Eric and Barbara Gordon, James and Catherine Grayol, III, Victoria Griffin, Leslie Guimont and Troy Mercadel, Theresa Harleaux, Bernadette Harris, Willie and Elaine Haywood, Mark and Barbara Heine, Sr., Zelda Heisser, Shirley W. Hence, Roxanne Hepler, Dedralyn Hills, Thomas J. and Esther Howard, Patricia Hubbard, Linda Hubbard, Charles M. and Aloma Hutchinson, Leola and Jerry James, Carla Jarvis, Seanduela A. Johnson, Yolande Johnson, Sandra Johnson, Louise Johnson, Elaine Johnson/Conoway, Tyrone and Penny Jones, Barbara and Larry Kimbrough, Roy Kitchens, Chiquita Labostrie, Yolanda LaCoste, Beverly A. and Irma Landry, Gregory and Cheryl Lassair, Rebecca Lee, Barbara A. Lee, Richard LeFlore, Renita F. and Steve Lewis, Merline Lundy, Chanel Mack, Kelvin MaGee, Jerry Martin, Brian Mattei, Taylor and Ruby McGuire, Carolyn J. Melancon, Debbie M. and Carl Mesley, Jr., Maxine M. Morgan, Henry Mortellaro, Jr., Daryl and Maqueta Naquin, Urence and Neotha Nelson, Sheila Norwood, Brian Oddo, Lillie Peck, Kim and Kerry Price, Laura Raymond, Theresa Reff, Charin Richard, Deborah Richardson, James and Joyce Ricker, Geraldine Robertson, Gloria and Leo Rolling, Shirley Ann and Harold Rushing, Yolanda Saul, Keri Schmidt, Mary Sharett, Martha Skinner, Dorothy Stills, Florence "Toni" Tanner, Barbara Taylor, Kenneth A. and Shirley D. Temple, Andria Theodore, Annie

Washington, James and Edith Watkins, Roxylin White, Sarah Williams, Phyllis Williams, Brenda D. Williams, Joyce and Clifford Williams, Ralph Williams and Marilyn Harris, Jeffery G. and Dimitri C. Winchester, Patricia and Floyd Young, Irvin Young and Arnaldo Zelaya on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

        New Orleans, Louisiana, this _____ day of _____, 2009.

                                        UNITED STATES DISTRICT JUDGE