UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Patricia Montgomery regarding 4018 & 4020 Palmyra St., New Orleans, LA 70119; Andria Milton regarding 7645 Lafourche St., New Orleans, LA 70127; Glen Gormen regarding 9738 W, Rockton Circle, New Orleans, LA 70127; Diana Winters regarding 2505 Riverbend Drive, Violet, LA 70092; Ane Coleman, Larry Coleman regarding 10929 S. Hardy St., New Orleans, LA 70127; Cheryl Ross regarding 4534 Cerise St., New Orleans, LA 70127; Kenneth Robichaux regarding 7515 Daniel Dr., New Orleans, LA 70127; Ursula Gifford regarding 5748 Louis Prima West, New Orleans, LA 70128; Shannon Woods, WoodsJ. Collins regarding 827 Caffin Ave., New Orleans, LA 70117; Ella Rhone regarding 7430 New Castle St., New Orleans, LA 70126; Nick Tassin regarding 1245 Aris Ave., Metarie, LA 70005; Ralph Lewis, Lynn Lewis regarding 1329 Aviators St., New Orleans, LA 70122; Earl Brown, Michele Thornton-Brown regarding 5801 Wright Rd., New Orleans, LA 70128; Angel Hilaire regarding 6612 6th St., Marrero, LA 70072 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Patricia Montgomery regarding 4018 & 4020 Palmyra St., New Orleans, LA 70119; Andria Milton regarding 7645 Lafourche St., New Orleans, LA 70127; Glen Gormen regarding 9738 W, Rockton Circle, New Orleans, LA 70127; Diana Winters regarding 2505 Riverbend Drive, Violet, LA 70092; Ane

Coleman, Larry Coleman regarding 10929 S. Hardy St., New Orleans, LA 70127; Cheryl Ross regarding 4534 Cerise St., New Orleans, LA 70127; Kenneth Robichaux regarding 7515 Daniel Dr., New Orleans, LA 70127; Ursula Gifford regarding 5748 Louis Prima West, New Orleans, LA 70128; Shannon Woods, WoodsJ. Collins regarding 827 Caffin Ave., New Orleans, LA 70117; Ella Rhone regarding 7430 New Castle St., New Orleans, LA 70126; Nick Tassin regarding 1245 Aris Ave., Metarie, LA 70005; Ralph Lewis, Lynn Lewis regarding 1329 Aviators St., New Orleans, LA 70122; Earl Brown, Michele Thornton-Brown regarding 5801 Wright Rd., New Orleans, LA 70128; Angel Hilaire regarding 6612 6th St., Marrero, LA 70072, who wish to voluntarily dismiss the claims against Defendant(s) Lexington National Insurance Corporation in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

        Respectfully submitted:

        BY:  /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (# 3604)
        L. SCOTT JOANEN (# 21431)
        The Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 19th day of January, 2009.

        /s/ Joseph M. Bruno
        Joseph M. Bruno