UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Laura Mene, Ville St John Owners Assoc Inc regarding 818 Moss St., New Orleans, LA 70119; Denise Youngblood regarding 2535 Tricou St., New Orleans, LA 70117; Gwendolyn Colvon regarding 7161 Downman Rd, New Orleans, LA 70126; Wanda Martin, William H. Martin regarding 1949 Tennessee St., New Orleans, LA 70117; Terry Robert regarding 1702 Chimneywood Lane, New Orleans, LA 70126; Rosalie Horn regarding 1931 Congress St., New Orleans, LA 70117** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Laura Mene, Ville St John Owners Assoc Inc regarding 818 Moss St., New Orleans, LA 70119; Denise Youngblood regarding 2535 Tricou St., New Orleans, LA 70117; Gwendolyn Colvon regarding 7161 Downman Rd, New Orleans, LA 70126; Wanda Martin, William H. Martin regarding 1949 Tennessee St., New Orleans, LA 70117; Terry Robert regarding 1702 Chimneywood Lane, New Orleans, LA 70126; Rosalie Horn regarding 1931 Congress St., New Orleans, LA 70117 against Defendant Certain Underwriters at Lloyds, London, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in

any other litigation, each party to bear their own costs.

     New Orleans, Louisiana, this _____ day of _____, 2009.


_____
United States District Judge