UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Edward Ordogne regarding 7367 Trapier Ave., New Orleans, LA 70127; Cleveland Clark regarding 2606 Elysian Fields Ave., New Orleans, LA 70117; Diane Stewart regarding 2823 Orleans Ave., New Orleans, LA 70119; Barry Hayes, Chelita Hayes regarding 6018 Craigie Rd., New Orleans, LA 70126; Louis Smith regarding 1455 Granada Dr., New Orleans, LA 70122; Belinda Calais regarding 3212 Idaho Ave., Kenner, LA 70065; Artronise Dedeaux regarding 11666 Pressburg St., New Orleans, LA 70128; Hallie Spruille regarding 1501 Tennessee St, New Orleans, LA 70117; Robin Dixon, Robin Hall regarding 3114 N. Dorgenois, New Orleans, LA 70117; Vera Bonds, Woodroe Bonds regarding 11303 Morrison Rd., New Orleans, LA 70128; Carrie Merrill regarding 7568 Horizon Dr., New Orleans, LA 70129** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Edward Ordogne regarding 7367 Trapier Ave., New Orleans, LA 70127; Cleveland Clark regarding 2606 Elysian Fields Ave., New Orleans, LA 70117; Diane Stewart regarding 2823 Orleans Ave., New Orleans, LA 70119; Barry Hayes, Chelita Hayes regarding 6018 Craigie Rd., New Orleans, LA 70126; Louis Smith regarding 1455 Granada Dr., New Orleans, LA 70122; Belinda Calais regarding 3212 Idaho Ave., Kenner, LA 70065; Artronise Dedeaux regarding 11666 Pressburg St., New Orleans, LA

70128; Hallie Spruille regarding 1501 Tennessee St, New Orleans, LA 70117; Robin Dixon, Robin Hall regarding 3114 N. Dorgenois, New Orleans, LA 70117; Vera Bonds, Woodroe Bonds regarding 11303 Morrison Rd., New Orleans, LA 70128; Carrie Merrill regarding 7568 Horizon Dr., New Orleans, LA 70129, who wish to voluntarily dismiss the claims against Defendant(s) Republic Fire & Casualty Insurance Company, Republic Group in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 19th day of January, 2009.

      /s/ Joseph M. Bruno
    Joseph M. Bruno