## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>**Plaintiffs** | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>**Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Stacey, Warren & Augustine Bastian regarding claim no. 18-R354-890, Louise Doley regarding claim no. 18-R481-656, Edward Smith regarding claim no. 18-R352-170, John & Dixie Chissell regarding claim no. 18-R337-616 and Donisia Wise regarding claim no. 18-R326-234, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2