UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Lynn Hickman regarding 5331 Marcia Avenue, New Orleans, LA 70124; Zerlie DeCay regarding 2928 Saint Bernard Ave., New Orleans, LA 70119; Zerlie DeCay regarding 1965/1967 Abundance St., New Orleans, LA 70122; Lisl Antee regarding 6506 Catina St., New Orleans, LA 70124; Cynthia Francis regarding 7620 Inlet Lane, New Orleans, LA 70128; Madalyn Cochrane, Charles Cochrane, Jr. regarding 3827 Havannah St., New Orleans, LA 70122; Madalyn Cochrane, Charles Cochrane, Jr. regarding 7312 Melvern Dr., New Orleans, LA 70126; David Manry regarding 411 Natchez St., New Orleans, LA 70130; Leah Alberts, Solomon Germaine regarding 723 Gordon St., New Orleans, LA 70117; Robert Harper, Vivian Harper regarding 6530 Louisville Street, New Orleans, LA 70124; Michele Stewart regarding 2341 Odin St., New Orleans, LA 70122** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Lynn Hickman regarding 5331 Marcia Avenue, New Orleans, LA 70124; Zerlie DeCay regarding 2928 Saint Bernard Ave., New Orleans, LA 70119; Zerlie DeCay regarding 1965/1967 Abundance St., New Orleans, LA 70122; Lisl Antee regarding 6506 Catina St., New Orleans, LA 70124; Cynthia Francis regarding 7620 Inlet Lane, New Orleans, LA 70128; Madalyn Cochrane, Charles Cochrane, Jr.

regarding 3827 Havannah St., New Orleans, LA 70122; Madalyn Cochrane, Charles Cochrane, Jr. regarding 7312 Melvern Dr., New Orleans, LA 70126; David Manry regarding 411 Natchez St., New Orleans, LA 70130; Leah Alberts, Solomon Germaine regarding 723 Gordon St., New Orleans, LA 70117; Robert Harper, Vivian Harper regarding 6530 Louisville Street, New Orleans, LA 70124; Michele Stewart regarding 2341 Odin St., New Orleans, LA 70122, who wish to voluntarily dismiss the claims against Defendant(s) USAA General Indemnity Company, USAA Casualty Insurance Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 19th day of January, 2009.

  /s/ Joseph M. Bruno
Joseph M. Bruno