## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Thurman Kaiser regarding 436 & 438 S. Telemachus St., New Orleans, LA 70119; Thurman Kaiser regarding 2541 & 2543 Acacia St., New Orleans, LA 70122; Thurman Kaiser regarding 6574 & 6576 Catina St., New Orleans, LA 70124; Thurman Kaiser regarding 621 n. Murat St., New Orleans, LA 70119; Sandra Martin regarding 3132 New Orleans St, New Orleans, LA 70122; Mary-Ann Smith regarding 4305 Touro St., New Orleans, LA 70122; Harold Grant regarding 5650 Debore Dr., New Orleans, LA 70126; Shirley Porche regarding 2616 Port St., New Orleans, LA 70117; Betty Tresch, Mother regarding 5640-42 Woodlawn Place, New Orleans, LA 70124; Marion Robinson regarding 6412 N. Tonti St, New Orleans, LA 70117; Paul Bienville regarding 1943 Benton St., New Orleans, LA 70117; Edrina Howard, Walter L Howard regarding 2522 St. Maurice, New Orleans, LA 76117; Glenda West regarding 5234-36 Chartres St, New Orleans, LA 70117; Shirley Martin regarding 2826-28 S Roman St, New Orleans, LA 70125** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Thurman Kaiser regarding 436 & 438 S. Telemachus St., New Orleans, LA 70119; Thurman Kaiser regarding 2541 & 2543 Acacia St., New Orleans, LA 70122; Thurman Kaiser regarding 6574 & 6576 Catina St., New

Orleans, LA 70124; Thurman Kaiser regarding 621 n. Murat St., New Orleans, LA 70119; Sandra Martin regarding 3132 New Orleans St, New Orleans, LA 70122; Mary-Ann Smith regarding 4305 Touro St., New Orleans, LA 70122; Harold Grant regarding 5650 Debore Dr., New Orleans, LA 70126; Shirley Porche regarding 2616 Port St., New Orleans, LA 70117; Betty Tresch, Mother regarding 5640-42 Woodlawn Place, New Orleans, LA 70124; Marion Robinson regarding 6412 N. Tonti St, New Orleans, LA 70117; Paul Bienville regarding 1943 Benton St., New Orleans, LA 70117; Edrina Howard, Walter L Howard regarding 2522 St. Maurice, New Orleans, LA 76117; Glenda West regarding 5234-36 Chartres St, New Orleans, LA 70117; Shirley Martin regarding 2826-28 S Roman St, New Orleans, LA 70125, who wish to voluntarily dismiss the claims against Defendant(s) Lafayette Insurance Company, United Fire & Casualty Company, United Fire & Indemnity Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record

by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other

electronic transmission this 19th day of  January, 2009.

   /s/ Joseph M. Bruno
Joseph M. Bruno