UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Monica Jones-Elliston regarding 13709 North Cavalier Dr., New Orleans, LA 70129 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Monica Jones-Elliston regarding 13709 North Cavalier Dr., New Orleans, LA 70129, who wish to voluntarily dismiss the claims against Defendant(s) AMICA MUTUAL INSURANCE COMPANY in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                                                          Respectfully submitted:

                                                          BY:   /s/ Joseph M. Bruno
                                                          JOSEPH M. BRUNO (# 3604)
                                                          L. SCOTT JOANEN (# 21431)
                                                          The Law Offices of Joseph M. Bruno
                                                          855 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          Telephone: (504) 525-1335
                                                          Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 19th day of January, 2009.

                                                                 /s/ Joseph M. Bruno
                                                           Joseph M. Bruno