MINUTE ENTRY
WILKINSON, M.J.
JANUARY 16, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE/ROAD HOME<br>     Susan Abadie  07-5112<br>     Louisiana State 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

The court has been advised by defense counsel, Seth Schmeeckle, and a member of the staff of plaintiffs' counsel, that the claim of Helen Honore against Hartford Insurance Company in this case has been resolved. Accordingly, the settlement conference previously set in this matter before me on January 20, 2009, is hereby CANCELLED.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 10**