UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Roberick Lee regarding 12 Morrison Ct, New Orleans, LA 70127; Russell Foster, Faye regarding 5354 Tullis Dr., New Orleans, LA 70131; Freddie Jacobs, Yvette B. Jacobs regarding 11405 N. Easterlyn Cir., New Orleans, LA 70128; Ray Brandhurst, Kay Brandhurst regarding 8421 Patricia St., Chalmette, LA 70043; Kathy Cacioppo regarding 6041 Colbert St., New Orleans, LA 70124; Remedios Winchester-Simms, Barry Winchester regarding 7916 Read Blvd., New Orleans, LA 70127; Barbara Freeman regarding 5420 Norgate Dr., New Orleans, LA 70127; Vivan Toca, Louis E. Toca regarding 9930 Morrison rd., New Orleans, LA 70127; Patricia Cazaux regarding 35 E. Carmack Dr., Chalmette, LA 70043; Adell Foxworth, Courtney T. Foxworth regarding 11130 S. Idlewood Ct., New Orleans, LA 70127; James Kildahl regarding 8417 Benjamin St., Chalmette, LA 70043; Michelle Woodside regarding 1730 Heatherwood Dr., Harvey, LA 70058; John Corne, Joan T. Corne regarding 2812 Nunez Dr., Mereaux, LA 70075 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Roberick Lee regarding 12 Morrison Ct, New Orleans, LA 70127; Russell Foster, Faye regarding 5354 Tullis Dr., New Orleans, LA 70131; Freddie Jacobs, Yvette B. Jacobs regarding 11405 N. Easterlyn Cir., New

Orleans, LA 70128; Ray Brandhurst, Kay Brandhurst regarding 8421 Patricia St., Chalmette, LA 70043; Kathy Cacioppo regarding 6041 Colbert St., New Orleans, LA 70124; Remedios Winchester-Simms, Barry Winchester regarding 7916 Read Blvd., New Orleans, LA 70127; Barbara Freeman regarding 5420 Norgate Dr., New Orleans, LA 70127; Vivan Toca, Louis E. Toca regarding 9930 Morrison rd., New Orleans, LA 70127; Patricia Cazaux regarding 35 E. Carmack Dr., Chalmette, LA 70043; Adell Foxworth, Courtney T. Foxworth regarding 11130 S. Idlewood Ct., New Orleans, LA 70127; James Kildahl regarding 8417 Benjamin St., Chalmette, LA 70043; Michelle Woodside regarding 1730 Heatherwood Dr., Harvey, LA 70058; John Corne, Joan T. Corne regarding 2812 Nunez Dr., Mereaux, LA 70075, who wish to voluntarily dismiss the claims against Defendant(s) THE HANOVER INSURANCE COMPANY, THE HANOVER AMERICAN INSURANCE COMPANY, in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 20th day of January, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno