UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **JUDGE DUVAL** |
| **PERTAINS TO: INSURANCE** | § | |
| | § | **MAGISTRATE WILKINSON** |
| **RYCK SOTO          NO.: 07-3079** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INDEMNITY COMPANY** | § | |
| | § | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes Allstate Indemnity Company (hereinafter, "Allstate"), and moves for an enforcement of the settlement agreement and the execution of a receipt and release followed by a dismissal with prejudice of the claims of Plaintiff, Ryck Soto because Plaintiff has settled his claim with Allstate.  Consequently, the plaintiff should be ordered to execute a standard confidential receipt and release and this lawsuit should be completely dismissed with prejudice due to the compromise and settlement of the claim.

WHEREFORE, Allstate prays that the settlement be enforced, and Plaintiff's claims against Allstate be dismissed with prejudice.

Respectfully submitted,

*/s/   Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate Indemnity Company

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

                              */s/   Gregory J. Schwab*
                              COUNSEL