# Greg Schwab

**From:** Greg Schwab [gjschwab@exceedtech.net]
**Sent:** Friday, August 01, 2008 12:41 PM
**To:** 'beiselen@connicklaw.com'
**Subject:** Soto, Ryck

    Please allow this to confirm the following settlement agreement reached in the Soto matter. That is, Mr. Ryck Soto has agreed to settle and dismiss all his claims as against Allstate in exchange for a payment of the settlement amount, subject to the following conditions:

1. Execution of a satisfactory confidential receipt and release by your client;
2. Approval of Road Home;
3. Road Home's execution of a release properly signed by your clients; and
4. Production of any documentation showing any payoffs of any applicable mortgages. You have suggested that there was no SBA loans acquired by Mr. Soto. However, if there was one, I would need to add the SBA to the settlement checks as applicable. I do not a Wells Fargo loan on the policy. (I know you mentioned that Road Home had not paid anything to Mr. Soto, but Allstate's database (from Road Home suggests that he did. I will therefore double check that data and I would appreciate if you would do the same as that makes a big difference as to whether or not Road Home would need to be involved here). If any of the aforementioned loan/grants were paid off, I would need proof of that fact.

This means that BEFORE I can send the settlement checks to you, I will need both a signed and notarized receipt and release that I will prepare and send to you, as well as Road Home approval. With those conditions, in exchange for a full release and dismissal of all the claims, Allstate Insurance Company proposes to pay the following amounts in the following coverages:

Structure (AA): $10,000.00;
Mold (A-9): $5,000.00; and
Contents (CC): $12,500.00;
Total payment will be: $27,500.00.

Please confirm this settlement in writing and I will get the exhibit to the Road Home application which you will be needing from Allstate. Please double check on Road Home again. Thanks.

Gregory J. Schwab
Gregory J. Schwab, L.L.C.
Attorney at Law
100 Ramey Road, Suite B
Houma, La. 70360
(985) 223-4457 phone
(985) 851-5051 fax

CONFIDENTIALITY NOTICE
This email transmission may contain information which is protected by attorney-client and/or work product privilege. The information is intended for use by the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please notify sender and delete this email and any attachments.

1

