UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br><br>RYCK SOTO         NO.: 07-3079<br><br>VERSUS<br><br>ALLSTATE INDEMNITY COMPANY | CIVIL ACTION NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### AFFIDAVIT OF GREGORY J. SCHWAB

**STATE OF LOUISIANA**

**PARRISH OF TERREBONNE**

GREGORY J. SCHWAB, being duly sworn, deposes and states as follows:

1. That I am over 18 years of age, and a resident of the State of Louisiana.

2. That I have knowledge of the facts set forth in this Affidavit, both personally and through a review of the records, made and kept in the regular course of business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

3. That on August 6, 2008, undersigned had a telephone conference with Judge Duval to advise that this case had settled.

4. That on September 30, 2008, both counsel were contacted by Magistrate Wilkinson who verbally requested that the court be notified of all the cases over which he had been assigned magistrate jurisdiction that had reached compromises.

1


EXHIBIT C

5.  That on September 30, 2008, a letter showing the status of the cases were faxed to Magistrate Wilkinson.

6.  That on December 30, 2008, co-counsel for plaintiff, Brian Page of the Robichaux Law Firm advised undersigned counsel of plaintiff's receipt of the Road Home consent form and recent decision to attempt to back out of the settlement agreement by refusal to sign the Road Home consent form and standard receipt and release.

_____
**GREGORY J. SCHWAB**

SUBSCRIBED AND SWORN to before me
this ___ day of January, 2009.

_____
Notary Public
My Commission Expires _at death_

Courtney E. Alcock
Notary Public
Parish of Terrebonne
La. Bar No. 24273
My Comm. Expires At Death

2