Case 2:05-cv-04182-SRD-JCW   Document 17234-5   Filed 01/20/09   Page 1 of 1

09/30/2008 16:03   9858515051        GREGORY J SCHWAB           PAGE 01/01
Case 2:07-cv-03079-SRD-JCW   Document 4   Filed 09/30/2008   Page 1 of 2

# GREGORY J. SCHWAB
### A LIMITED LIABILITY COMPANY
## ATTORNEY AT LAW

100 RAMEY ROAD, SUITE B
HOUMA, LOUISIANA 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051
EMAIL: gjschwab@excredtech.net

*Soto*

September 30, 2008

**RECEIVED**
SEP 30 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

*VIA: Facsimile (504) 589-7633*

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

*[handwritten: File in records 05-4182 and all cases listed below]*

Dear Magistrate Judge Wilkinson:

Below is a chart showing the status of the cases which you asked about yesterday.

| CASE | NO. | STATUS |
|---|---|---|
| BRANCH | 07-3086 | Not settled |
| COMBS | 08-1523 | Waiting for court to order dismissal duplicate suit. Settled on 5/27/08. |
|  | 07-3427 | Duplicate Suit - Waiting for Court to sign Order dismissing this suit. Proposed orders were mailed to Patrick Kehoe 1/31/08 and 2/25/08 with ongoing follow up. |
| CONERLY | 07-3085 | Road Home approval has been sought of proposed settlement dated 5/12/08 |
| DASTUGUE | 07-2755 | Road Home approval has been sought of proposed settlement dated 8/13/08 |
| GONZALES | 07-2746 | Not settled |
| MITCHEL | 07-9420 | Road Home approval has been sought of proposed settlement dated 5/29/08 |
| MONTELONGO | 08-1656 | Road Home approval has been sought of proposed settlement dated 8/08 |
| NEMETH | 07-3078 | Road Home approval has been sought of proposed settlement dated 7/31/08 |
| SCHUERMANN | 07-2752 | Road Home approval has been sought of proposed settlement dated 8/5/08 |
| SOTO | 07-3079 | Road Home approval has been sought of proposed settlement dated 7/31/08 |

Please let me know if you would like any additional information regarding these matters.

Very Truly Yours,

Gregory J. Schwab

cc: Brian Page
    Brian Eiselen



EXHIBIT D