

**ROBICHAUX LAW FIRM**

J. Van Robichaux, Jr.*
Brian D. Page
Michael A. Gorbaty**
*admitted in Louisiana & Colorado
**Special Counsel

November 17, 2008

*This letter was sent via Certified Mail 7007 0710 0001 4178 9231*

Louisiana Division of Administration
Disaster Recovery Unit - Attention Subrogation
P.O. Box 94095
Baton Rouge, Louisiana 70804-9095

      Re:    REQUEST FOR CONSENT TO SETTLE
              Road Home Identification Number 06HH074694

Dear Sir or Madam:

Enclosed please find the following:

1. Fully executed and notarized Request for Consent Form for Ryck Soto;

2. All documents requested in the Request for Consent Form; and

3. The Settlement Communication Pursuant to F.R.E. 408 and/or Louisiana Code of Evidence Art. 408 executed by Ryck Soto's insurance company Allstate Insurance Company.

Please respond within the 30 day time period provided in the Case Management Order signed by U. S. District Judge Stanwood R. Duval, Jr. and U.S. Magistrate Judge Joseph C. Wilkinson, Jr. on June 23, 2008. If we do not receive a response within this period of time, we will file a motion with the court requesting a settlement conference be set on the Magistrate Judge's earliest date available, in accordance with the Case Management Order.

With kindest regards, I remain,

Brian D. Page
Attorney at Law
Robichaux Law Firm

cc:    Mr. Ryck Soto (w/o Encls.)
        Gergory Schwab Esq. (w/Request for Consent)

Central Mailing Address • PO Box 792500 • New Orleans, LA • 70179
Capital One Building • 6305 Elysian Fields Avenue • Suite 406 • New Orleans, LA 70
Telephone: (504) 286-2022 • Fax: (504) 286-2044 • e-mail: info@robichauxlaw.com • www.robi



EXHIBIT F

(1) Recipient's/Applicant's Full Name:
First: RY
Middle: HENRY
Last: SOTO   Suffix:
What is your Road Home Identification Number? 06HH 074694

(2) Co-Recipient's/Co-Applicant's Full Name:
First: ___
Middle: ___
Last: ___   Suffix: ___

(3) Address of Damaged Property (as listed on grant application):
Street Address: 865 ROSA AVE
City: METAIRIE   State: La.   Zip: 70005

(4) Current Contact Information:
Street Address: 865 ROSA AVE
City: METAIRIE   State: LA   Zip: 70005
Phone: 504 833-3235   Fax: ( )
E-Mail: ___

(5) FLOOD INSURANCE (You only have to fill out this section 5 if the Carrier Settlement Communication form does not include complete information about your flood claim, if any):
Did you have flood insurance at the time of Hurricanes Katrina and/or Rita?
__X__ Yes   ___ No
Did you make a claim? __X__ Yes   ___ No
If you answered yes to making a claim, please answer the following:
Name of your Flood Insurance Company:
Policy Number: FF2-291-540874-014
Claim Number: FF2-291-540874-014
Did you receive any funds from your flood insurer? __X__ Yes   ___ No

If you answered "Yes" to receiving funds from your flood insurer, please complete the following questions:

PAST FLOOD INSURANCE PAYMENTS:
How much did you receive for the primary residence? $60,000.
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much did you receive for other structures? -0-
How much did you receive for contents? $20,000.
How much did you receive for alternative living expenses? -0-
How much did you receive for any other expenses or property damage? -0-

FLOOD INSURANCE SETTLEMENT PAYMENTS:
Does the current settlement include a release of claims under your flood insurance policy?
___ Yes __X__ No

IF YES, provide the following for payments being made under the flood policy, if any:
How much is the settlement amount for the primary residence? _____
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much is the settlement amount for other structures: _____
How much is the settlement amount for contents: _____
How much is the settlement amount for alternative living expenses: _____
How much is the settlement amount for any other expenses or property damage: _____

(6) HOMEOWNERS INSURANCE (You only have to fill out this section 6 if the Carrier Settlement Communication form does not have complete information about your homeowner's claim, if any):

Did you make a claim? __X__ Yes _____ No
If you answered yes to making a claim, please answer the following:
Name of your Homeowners Insurance Company: _ALLSTATE_
Policy Number: _000 410 5133 43_
Claim Number: _511 253 3978_
If you answered yes to making a claim and you received any funds from your homeowner's insurer, please answer the following:

**PAST HOMEOWNERS INSURANCE PAYMENTS:** _N/_
How much did you receive for the primary residence? _$2,000._
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much did you receive for other structures? _$1,000._
How much did you receive for contents? _$1,000.____$2,000._
How much did you receive for alternative living expenses? _$2,000._
How much did you receive for any other expenses or property damage? _$3,000._

**HOMEOWNERS INSURANCE SETTLEMENT PAYMENTS:**
Does the current settlement include a release of claims under your homeowner's insurance policy?
__X__ Yes _____ No

IF YES, provide the following for payments being made under the homeowner's policy, if any:
How much is the settlement amount for the primary residence? _____
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much is the settlement amount for other structures: _____
How much is the settlement amount for contents: _____
How much is the settlement amount for alternative living expenses: _____
How much is the settlement amount for any other expenses or property damage: _$20,000._

## (7) ATTORNEY INFORMATION

Your Attorney: **IF THE SETTLEMENT INCLUDES ANY PAYMENTS FOR THE PRIMARY STRUCTURE, PLEASE ATTACH A COPY OF THE FEE AGREEMENT AND A COST STATEMENT, WHICH IS USED TO ALLOW A REDUCTION IN ANY AMOUNT YOU MAY BE REQUIRED TO PAY TO THE STATE.

Name of Attorney: Brian Page
Name of Law Firm: Robichaux Law Firm
Street Address: 6305 Elysian Fields Ave, Suite 406
City: New Orleans    State: LA    Zip: 70122
Phone: (504) 286-2022    Fax: (504) 286-2044
E-Mail: Brian@Robichauxlaw.com

**Insurance Company Attorney:**

Name of Attorney: Gregory J. Schwab
Name of Law Firm: 
Street Address: 100 Ramey Road, Suite 3
City: Houma    State: LA    Zip: 70360
Phone: (985) 223-4457    Fax: (985) 851-5051
E-Mail: gjschwabe@excedtech.net

I solemnly swear that the information contained in this Road Home Consent Form is true and correct under penalty of law and penalty of perjury. The information contained herein and the documents submitted as part of this consent request may be the basis for determining benefits under the Road Home Program, and that Undersigned acknowledge that Undersigned may be prosecuted by Federal, State and/or local authorities in the event that Homeowner(s) make or file false, misleading and/or incomplete statements and/or documents, and that the State of Louisiana may seek remittance of settlement proceeds from the Undersigned in the event that the Undersigned make or file false, misleading and/or incomplete statements and/or documents. Additionally, I understand that any incomplete responses may result in grounds for a deficiency rejection. Finally, I understand that consent to settlement and agreement as to amount to be returned to the Road Home Program will only be evidenced by the written consent and approval of the Road Home Program.

_____        _Ryck H. Soto_____
Signature (Recipient/Applicant)              Print Name (Recipient/Applicant)

_____        _____
Signature (Co-Recipient/Co-Applicant)         Print Name (Co-Recipient/Co-Applicant)

Sworn to and subscribed before me the undersigned Notary Public on this __13__ day of
_____, 200_8_.

_____
Notary Public
(Print Name, Date Commission Expires and Bar Number)

**Brian D. Page**
**Notary Public**
**Commission for Life**
**Bar Number 30941**

_____        _Brian Page_____
Signature (Attorney)                         Print Name (Attorney)

RH Request for Consent to Settlement Rev'd 06-16-08
Page 4 of 6

# CONFIDENTIAL
## SETTLEMENT COMMUNICATION PURSUANT TO
## F.R.E. ART. 408 AND/OR LA. CODE OF EVIDENCE ART. 408

| | |
|---|---|
| Insured Name: | Ryck Soto |
| Insured Premises Address: | 865 Rosa Ave. Metairie, LA 70005 |

| | | | |
|---|---|---|---|
| Homeowner† Insurer: | Allstate | Flood Insurer‡: | Liberty Mutual |
| Homeowner† Policy No.: | 910513343 | Flood Policy No.‡: | FF2-291-540874-014 |
| Homeowner† Claim No: | 5113533978 | Flood Claim No.‡: | Unknown |

### Flood Policy Information‡

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| Flood Insurer Limits: | $93,500 | $0.00 | $26,300.00 | $ |
| Total Payments By Flood Insurer: | $60,230.14 | $ | $ | $ |

| | |
|---|---|
| Additional Loss Payee: | Is there a mortgage company or other additional loss payee on the Flood Policy? Yes _x_ No ___ If Yes, identify the name(s) of the additional loss payees: Wells Fargo Bank |

### Homeowner† Policy Information

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| Policy Limits: | $95,346.00 | $9,534.00 | $66,742.00 | 12 Months from date of loss |
| Payments Made Prior to Final Settlement by HO† Insurer: | $6,841.52 | $3,108.19 | $0.00 | $7,974.29 |
| Proposed Final Settlement with HO† Insurer: | $15,000.00 | $0.00 | $12,500.00 | $0.00 |

| | |
|---|---|
| Additional Loss Payee: | Is there a mortgage company or other additional loss payee on the Homeowner Policy? Yes _x_ No ___ If Yes, identify the name(s) of the additional loss payee: Wells Fargo Bank |

The undersigned certifies that the above information is true and correct to the best of his/her knowledge:

Printed Name: Gregory J. Schwab
Company: Gregory J. Schwab, L.L.C.
Title: Attorney at Law
Date: August 7, 2008

The insurance company does not, by providing this information, consent to any subrogation and/or assignment that may have been executed in favor of the State of Louisiana, and does not waive any rights or policy provisions or defenses it may have. All rights, policy provisions, and defenses are expressly reserved.

† The term "Homeowner" and symbol "HO" refer generally to policies of insurance not issued pursuant to the NFIP.
‡ Information related to the Flood Policy and flood payments are only to be included where the Homeowner Insurer and the Flood Insurer are the same issuing company.