# Greg Schwab

| | |
|---|---|
| **From:** | Brian Page [BrianPage@robichauxlaw.com] |
| **Sent:** | Tuesday, December 30, 2008 1:31 PM |
| **To:** | Greg Schwab |
| **Subject:** | Ryck Soto |
| **Attachments:** | Soto Request Docs.pdf |

Greg,

As discussed today, I have attached the Road Home Consent documents that you requested. As I informed you, Mr. Soto states he did not understand the allocation of the funds of the potential settlement and that he thought the $27,500.00 was all for contents. When the Road home came back and said they wanted the entire $15,000.00 (minus attorneys fees and costs) returned, Mr. Soto said that is not what he bargained for and after learning that he would only receive $8984.25 after attorney's fees he informed me that he would not sign anything for that amount. He stated that he would sign a release if he could get $15,000.00 in his pocket.

That being said, we are willing to waive any additional attorney's fees (which are only 25%) on any new money that Allstate can offer to resolve this matter. If my math is correct, an additional $6015.75 on top of the $12,500 for contents would settle this case. We will not take any fees on that amount and the client would get $15,000.00 "in his pocket." Let me know you clients position ASAP as I will be filing a request for an extension of time to complete settlement later today and I do not wan to make any misrepresentations to the court. Thanks.

BRIAN D. PAGE
ATTORNEY AT LAW
ROBICHAUX LAW FIRM
CAPITAL ONE BUILDING
6305 ELYSIAN FIELDS AVE, SUITE 406
NEW ORLEANS, LA 70122
P.O. BOX 792500
NEW ORLEANS, LA 70179
PH:  504-286-2022
FAX: 504-286-2044

THIS COMMUNICATION MAY CONTAIN INFORMATION THAT IS LEGALLY PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTE THAT ANY DISSEMINATION, DISTRIBUTION, DISCLOSURE, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED, AND MAY SUBJECT YOU TO LEGAL ACTION AND POTENTIAL PENALTIES. ANYONE WHO RECEIVED THIS COMMUNICATION IN ERROR SHOULD NOTIFY THE SENDER IMMEDIATELY BY RETURN E-MAIL AND/OR TELEPHONE AND MUST DELETE IT FROM HIS/HER COMPUTER.



EXHIBIT G