UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** § | |
| § | **JUDGE DUVAL** |
| **PERTAINS TO: INSURANCE** § | |
| § | **MAGISTRATE WILKINSON** |
| **RYCK SOTO           NO.: 07-3079** § | |
| § | |
| **VERSUS** § | |
| § | |
| **ALLSTATE INDEMNITY COMPANY** § | |
| § | |

### NOTICE OF HEARING

Allstate Indemnity Company gives notice that its Motion to Enforce Settlement Agreement for the Claims of Plaintiff, Ryck Soto, will be set for hearing on **February 4, 2009 at 9:30 a.m.**

                                    Respectfully submitted,

                                    */s/ Gregory J. Schwab*
                                    **GREGORY J. SCHWAB #21075**
                                    100 Ramey Road, Suite B
                                    Houma, Louisiana 70360
                                    Telephone: (985) 223-4457
                                    Facsimile:  (985) 851-5051
                                    E-mail: gjschwab@exceedtech.net
                                    Attorney for Allstate Indemnity Company

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

                                                              */s/*
                                    *Gregory J. Schwab*
                                    **GREGORY J. SCHWAB**

1