UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of DARLEEN EDWARDS, BRYANT B. MCDONALD(SON) & DAMIEN L. GREEN regarding 4326 PENTLAND DR, NEW ORLEANS, LA 70128; Susan Bankston regarding 7734 Breakwater Dr., New Orleans, LA 70124; MOSES ROTHCHILD, GERALDINE N. ROTHSCHILD regarding 3223 SECOND ST., NEW ORLEANS, LA 70125; Diane Anderson regarding 7321 Dartmoor Dr., New Orleans, LA 70127; Alicia Reimonenq-Smith, Henry M. Reimonenq regarding 2722 Frankfort St., New Orleans, LA 70115; Ellis Haughton regarding 4612 & 4614 Lynhuber Dr., New Orleans, LA 70126; Eleanor Peyton regarding 11251 Waverly Dr., New Orleans, LA 70128; Rena McLauren regarding 4428 & 4430 LaSalle St., New Orleans, LA 70115; Eleanor Davis regarding 4534 Arthur Dr., New Orleans, LA 70127; Kim Nicholas regarding 2808 & 2810 Bruxelles St., New Orleans, LA 70119; Alisia Bassett regarding 10 Joyaloma St., Harvey, LA 70058; Lenette Burns regarding 4721 New Orleans, New Orleans, LA 70122; Beverly Jimenez regarding 4778 Venus St., New Orleans, LA 70122 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) DARLEEN EDWARDS, BRYANT B. MCDONALD(SON) & DAMIEN L. GREEN regarding 4326 PENTLAND DR, NEW ORLEANS, LA 70128; Susan Bankston regarding 7734 Breakwater Dr.,

New Orleans, LA 70124; MOSES ROTHCHILD, GERALDINE N. ROTHSCHILD regarding 3223 SECOND ST., NEW ORLEANS, LA 70125; Diane Anderson regarding 7321 Dartmoor Dr., New Orleans, LA 70127; Alicia Reimonenq-Smith, Henry M. Reimonenq regarding 2722 Frankfort St., New Orleans, LA 70115; Ellis Haughton regarding 4612 & 4614 Lynhuber Dr., New Orleans, LA 70126; Eleanor Peyton regarding 11251 Waverly Dr., New Orleans, LA 70128; Rena McLauren regarding 4428 & 4430 LaSalle St., New Orleans, LA 70115; Eleanor Davis regarding 4534 Arthur Dr., New Orleans, LA 70127; Kim Nicholas regarding 2808 & 2810 Bruxelles St., New Orleans, LA 70119; Alisia Bassett regarding 10 Joyaloma St., Harvey, LA 70058; Lenette Burns regarding 4721 New Orleans, New Orleans, LA 70122; Beverly Jimenez regarding 4778 Venus St., New Orleans, LA 70122, who wish to voluntarily dismiss the claims against Defendant(s) Lexington National Insurance Corporation, in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

        Respectfully submitted:

        BY:  /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (# 3604)
        L. SCOTT JOANEN (# 21431)
        The Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 16th day of January, 2009.

        /s/ Joseph M. Bruno
        Joseph M. Bruno