UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of DARLEEN EDWARDS, BRYANT B. MCDONALD(SON) & DAMIEN L. GREEN regarding 4326 PENTLAND DR, NEW ORLEANS, LA 70128; Susan Bankston regarding 7734 Breakwater Dr., New Orleans, LA 70124; MOSES ROTHCHILD, GERALDINE N. ROTHSCHILD regarding 3223 SECOND ST., NEW ORLEANS, LA 70125; Diane Anderson regarding 7321 Dartmoor Dr., New Orleans, LA 70127; Alicia Reimonenq-Smith, Henry M. Reimonenq regarding 2722 Frankfort St., New Orleans, LA 70115; Ellis Haughton regarding 4612 & 4614 Lynhuber Dr., New Orleans, LA 70126; Eleanor Peyton regarding 11251 Waverly Dr., New Orleans, LA 70128; Rena McLauren regarding 4428 & 4430 LaSalle St., New Orleans, LA 70115; Eleanor Davis regarding 4534 Arthur Dr., New Orleans, LA 70127; Kim Nicholas regarding 2808 & 2810 Bruxelles St., New Orleans, LA 70119; Alisia Bassett regarding 10 Joyaloma St., Harvey, LA 70058; Lenette Burns regarding 4721 New Orleans, New Orleans, LA 70122; Beverly Jimenez regarding 4778 Venus St., New Orleans, LA 70122** |

## **ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the

claims of Plaintiffs DARLEEN EDWARDS, BRYANT B. MCDONALD(SON) & DAMIEN L. GREEN regarding 4326 PENTLAND DR, NEW ORLEANS, LA 70128; Susan Bankston regarding 7734 Breakwater Dr., New Orleans, LA 70124; MOSES ROTHCHILD, GERALDINE N. ROTHSCHILD regarding 3223 SECOND ST., NEW ORLEANS, LA 70125; Diane Anderson regarding 7321 Dartmoor Dr., New Orleans, LA 70127; Alicia Reimonenq-Smith, Henry M. Reimonenq regarding 2722 Frankfort St., New Orleans, LA 70115; Ellis Haughton regarding 4612 & 4614 Lynhuber Dr., New Orleans, LA 70126; Eleanor Peyton regarding 11251 Waverly Dr., New Orleans, LA 70128; Rena McLauren regarding 4428 & 4430 LaSalle St., New Orleans, LA 70115; Eleanor Davis regarding 4534 Arthur Dr., New Orleans, LA 70127; Kim Nicholas regarding 2808 & 2810 Bruxelles St., New Orleans, LA 70119; Alisia Bassett regarding 10 Joyaloma St., Harvey, LA 70058; Lenette Burns regarding 4721 New Orleans, New Orleans, LA 70122; Beverly Jimenez regarding 4778 Venus St., New Orleans, LA 70122 against Defendants Lexington National Insurance Corporation, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                        _____
                                                                         United States District Judge