UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|       CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
|    *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

**************************************************************************

## **UNOPPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

NOW INTO COURT, comes Ralph S. Hubbard, Defendant Liaison counsel, which respectfully moves this Honorable Court for entry of an order providing the Insurers an additional ten (10) pages for Insurers' Reply Brief in Support of its Motion to Dismiss. On October 28, 2008, this Court entered a Minute Entry establishing a briefing schedule for Rule 12 motion practice in *Louisiana State, et al. v. AAA Insurance, et al.,* Civil Action No. 07-5528. [Rec. Doc 16194]. That order further required the insurers to jointly brief issues common to multiple insurers. It is presently anticipated that virtually all Insurer Defendants will subscribe to a single reply brief responding to the legal arguments offered by the State of Louisiana in its opposition memorandum. However, to accomplish this task, it has come to the attention of Defendant Liaison Counsel that an additional ten (10) pages will be necessary. Undersigned counsel certifies that counsel

1

for the State of Louisiana, Mr. Trey Phillips, has been contacted, and he expressed no opposition to this motion.

WHEREFORE, Defendant Liaison Counsel pray that this Honorable Court enter an order providing the Insurers an additional ten (10) pages for their Reply Brief in Support of its Motion to Dismiss.

> Respectfully submitted:
>
> */s/ Ralph S. Hubbard, III*
> Ralph S. Hubbard III, T.A., La. Bar No. 7040
> Seth A. Schmeeckle, La. Bar No. 27076
> LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
> 601 Poydras Street, Suite 2775
> New Orleans, Louisiana 70130
> Telephone:   (504) 568-1990
> Facsimile:   (504) 310-9195
> Email:         rhubbard@lawla.com
>                     sschmeeckle@lawla.com
>
> **Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2009, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

> /s/ Ralph S. Hubbard, III
> Ralph S. Hubbard III