**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| _____ | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Unopposed Motion to Exceed Page Limitations filed by Insurer Defendants;

**IT IS HEREBY ORDERED** that Insurer Defendants' Unopposed Motion to Exceed Page Limitations is granted and that the Insurer Defendants are hereby granted an additional ten (10) pages for their reply brief in connection with their Motion to Dismiss.

New Orleans, Louisiana this _____ day of January, 2009.


_____

UNITED STATES DISTRICT COURT JUDGE