UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>    Plaintiff,<br><br><br>PERTAINS TO: INSURANCE<br>*Kiefer, et al v. Allstate Ins., et al*<br>No. 06-5370<br><br>    Defendant. | CIVIL ACTION: 05-4182 "K" (2)<br><br>JUDGE: STANWOOD R. DUVAL<br><br><br>MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON |

******************************************

## FEDERAL INSURANCE COMPANY'S MOTION TO WITHDRAW COUNSEL

Defendant, Federal Insurance Company, respectfully moves to withdraw Shera J. Finn of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Federal Insurance Company, as she is no longer a member of this firm.

Respectfully submitted,

*/s/ Steven W. Usdin*

Steven W. Usdin, 12986
    Of
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Federal Insurance Company, erroneously sued as Chubb Insurance Company

1

Our File:  10,400

127250

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel has been served upon counsel of record by e-filing into the record and/or by placing same in the United States Mail, postage prepaid and properly addressed this 21st day of January, 2009.

*/s/ Steven W. Usdin*
_____