UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br>     Plaintiff, <br> <br> <br> PERTAINS TO: INSURANCE <br> *Kiefer, et al v. Allstate Ins., et al* <br> No. 06-5370 <br> <br>     Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION: 05-4182 "K" (2) <br> <br> JUDGE: STANWOOD R. DUVAL <br> <br> <br> MAGISTRATE JUDGE: <br> JOSEPH C. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **O R D E R**

Considering Federal Insurance Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Shera J. Finn of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Federal Insurance Company.

New Orleans, Louisiana, this _____ day of January, 2009.

                                                                           J U D G E