UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION: 05-4182 "K" (2) |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * <br> * | |
| PERTAINS TO: INSURANCE<br>Nos. 07-3568; 07-3571; 07-3572; 07-5112 | * <br> * <br> * <br> * | MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON |

*******************************************

## LIBERTY MUTUAL INSURANCE COMPANY'S
## MOTION TO WITHDRAW COUNSEL

Defendant, Liberty Mutual Insurance Company, respectfully moves to withdraw Bonita Y. Watson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Liberty Mutual Fire Insurance Company, as she is no longer a member of this firm.

Respectfully submitted,

*/s/ H. Minor Pipes III*

_____
H. Minor Pipes III, 24603
  Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Liberty Mutual Insurance Company

1

127288

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel has been served upon counsel of record by e-filing into the record and/or by placing same in the United States Mail, postage prepaid and properly addressed this 21st day of January, 2009.

*/s/ Judy Y. Barrasso*
_____