UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION: 05-4182 "K" (2) <br><br> JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE<br>Nos. 07-3568; 07-3571; 07-3572; 07-5112 | * <br> * <br> * <br> * | MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON |

*******************************************

## **O R D E R**

Considering Liberty Mutual Insurance Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Bonita Y. Watson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Liberty Mutual Insurance Company.

New Orleans, Louisiana, this _____ day of January, 2009.

_____
J U D G E

127288