UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*   CIVIL ACTION: 05-4182 "K" (2)<br>*<br>*   JUDGE: STANWOOD R. DUVAL<br>*<br>* |
| PERTAINS TO: INSURANCE<br>Nos. 06-1672; 06-1673; 06-1674; 07-3569; 07-7855 | *   MAGISTRATE JUDGE:<br>*   JOSEPH C. WILKINSON<br>*<br>* |

******************************************

**LIBERTY MUTUAL FIRE INSURANCE COMPANY'S
MOTION TO WITHDRAW COUNSEL**

Defendant, Liberty Mutual Fire Insurance Company, respectfully moves to withdraw Bonita Y. Watson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Liberty Mutual Fire Insurance Company, as she is no longer a member of this firm.

Respectfully submitted,

*/s/ H. Minor Pipes III*

H. Minor Pipes III, 24603
   Of
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Liberty Mutual Fire Insurance Company

1

127284

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel has been served upon counsel of record by e-filing into the record and/or by placing same in the United States Mail, postage prepaid and properly addressed this 21st day of January, 2009.

*/s/ Judy Y. Barrasso*
_____