# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200

FAX: 504.636.4000

www.bakerdonelson.com

NANCY SCOTT DEGAN
SHAREHOLDER
Direct Dial: 504.566.5249
Direct Fax: 504.636.3949
E-Mail Address: ndegan@bakerdonelson.com

January 14, 2009

**VIA FACSIMILE NO. 589-7698**
Loretta G. Whyte
Clerk of Court
U.S. Dist Ct New Orleans
500 Poydras Street
Suite C151
New Orleans LA 70130-3367

Re:   In Re: Katrina Canal Breaches Litigation
      USDC, EDLA Ca No. 05-cv-4182

Dear Ms. Whyte:

I represented State National Insurance Company in the referenced litigation. I am no longer involved in this litigation on behalf of State National Insurance Company, and ask that you remove my information from future notices regarding this matter: Nancy Scott Degan, La. Bar No. 1819, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC; ndegan@bakerdonelson.com.

Please do not hesitate to contact me if you have any questions.

Thanking you for your attention to this matter, I am

Very truly yours,

*[signature]*

Nancy Scott Degan

NSD:dn

NO NSD 211931 v1
2902839-000001

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, CHINA

Representative Office,
BDBC International, LLC



**To:** Loretta G. Whyte
Company:
Fax: 9,5897698
Phone:

**From:** Nancy Scott Degan
Fax: 504.636.3949
Phone: 504.566.5249
E-mail: dnash@bakerdonelson.com

**NOTES:**

**Date and time of transmission:** Wednesday, January 14, 2009 1:48:40 PM
**Number of pages including this cover sheet:** 02