# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,4,5]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

TARA E. CLEMENT
KELLEY S. COLLINS
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN O. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
HEATHER M. VALLIANT

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

January 14, 2009

Writer's E-Mail Address:
RSIEGEL@GLLLAW.COM

The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge 2
USDC - Eastern District of Louisiana
C151 U. S. Courthouse,
500 Camp Street
Court Room B421, Chambers B409
New Orleans, LA 70130

**RECEIVED JAN 1 4 2009 — CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.**

05-4182

Re:   Abram, Chudd & Arvis, USDC, EDLA No.: 07-5205
      Rafael & Dioigna Acevedo, USDC, EDLA No.: 07-5199
      Rafael & Dioigna Acevedo, USDC, EDLA No.: 07-5208
      Our File No.: 0095-69-7

Dear Judge Wilkinson,

    We represent Lexington Insurance Company in these Hurricane Katrina lawsuits. We have received a copy of the settlement status list provided to you by counsel for the "Hurricane Legal Center", and are writing to address an inaccuracy contained in their list. The Hurricane Legal Center incorrectly indicates that they have not had any response from Lexington to their settlement demands. In fact, for every demand, Lexington rejected the demands as inadequate, as they simply did not provide the information Lexington will need to evaluate these demands. In rejecting the demands, we informed counsel of the needed information, but to date, we have not received a response to our request.

    Lexington remains committed to evaluating demands that are properly supported, as it has done for the great majority of claims that resulted in lawsuits against it. We will continue to do so for the Hurricane Legal Center claims, once we receive responses to our request for they type of information that has allowed us to settle the other claims. We thought it important to correct the

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

Magistrate Wilkinson
January 14, 2009
Page 2

---

inaccuracy in the list provided by the Hurricane Legal Center, and am happy to answer any additional questions.

Very Truly Yours,

ROBERT I. SIEGEL

RIS:jlh
c:  Stuart Barasch