# JIM S. HALL & ASSOCIATES, LLC
## ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100  
Metairie, Louisiana 70001

Telephone: (504) 832-3000  
Telecopier: (504) 832-1799

January 15, 2009

**Sent via Facsimile (504) 589-7633**  
Honorable Magistrate Joseph C. Wilkinson, Jr.  
United States District Court  
500 Poydras Street, Room B409  
New Orleans, LA 70130

*[handwritten annotations: "all in the records of all four (4) cases: 05-4182", "06-4746"]*

RE: **State Farm Cases**  
Severed from Aaron

Dear Magistrate Wilkinson:

As a follow up to my report today, I ask that you also hold out for a further severance under the flood carrier Order, the claim of June and Phil Matherne (07-2022).

In summary, all listed claims on Exhibit A can be dismissed **except**:

1. Matherne, Phil and June (07-2022)
2. Shelton, William and Bonnie (07-2164)

Most Respectfully,

JOSEPH W. RAUSCH

cc: Chase Chassaignac 225-383-7900

JWR/rh

# JIM S. HALL & ASSOCIATES, LLC
## ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100　　　　　　　　　　　　　　　　　　　Telephone: (504) 832-3000
Metairie, Louisiana 70001　　　　　　　　　　　　　　　　　　　　　　Telecopier: (504) 832-1799

January 15, 2009

**Sent via Facsimile (504) 589-7633**
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

　　　RE:　**State Farm Cases**
　　　　　　**Severed from Aaron**

Dear Magistrate Wilkinson:

　　Per your Order of January 12, 2009, I enclose as Exhibit A, a schedule of all cases with State Farm severed from Aaron (06-4746) and assigned a separate civil action number, which may be dismissed by 90 day Order with the sole exception of William and Bonnie Shelton (07-2164) which involves multiple properties and should proceed on a Trial schedule.

　　Please retain Shelton (07-2164) and dismiss all others by 90 day Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Most Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH W. RAUSCH

cc:　Chase Chassaignac 225-383-7900

JWR/rh