| NAME | DOCKET NO: |
|---|---|
| ACKER, DEBORAH | 07-1823 |
| ANDREWS, JAMES/EMMA | 07-1860 |
| AUGUSTINE, JESSIE/DORIS | 07-1861 |
| AUSTIN, FRED/DEBRA | 07-1862 |
| BAKER, KEVIN | 07-1863 |
| BANKS, BEVERLY | 07-1874 |
| BAPTISTE, BEVERLY | 07-1864 |
| BAPTISTE, JUDY/RILEY | 07-1865 |
| BARNES, JOHNNIE | 07-1866 |
| BARNES/ANCAR | 07-1867 |
| BARNES, TERO (VERNON) | 07-1869 |
| BECKETT, CATHERINE | 07-1871 |
| BENJAMIN, WILLENA | 07-1872 |
| BENNETT, GARY/REGINA | 07-1873 |
| BENOIT, LILLY | 07-1875 |
| BERZAT, CLARENCE/VIRGINA | 07-1876 |
| BIENEMY, CHARLENE (SMITH) | 07-1877 |
| BLUNT, RUTH | 07-1879 |
| BORDENAVE, KATHERYN | 07-1880 |
| BRANON, ANNA | 07-1882 |
| BROOKS, HENRY./ADELINE | 07-1894 |
| BROWN, CLARE | 07-1885 |
| BYRD, BILLY/SHALANDA | 07-1888 |
| CALHOUN, JENNIE | 07-1889 |
| CHETTA, MARY KAY | 07-1891 |
| DEDEAUX, MICHEL/NOBIE | 07-1898 |
| DELAY, CAROL | 07-1899 |
| DEMASILIERE, VANESSA | 07 1900 |
| DIXON, LANIER/PAULINE | 07 1902 |
| DIXON, LIONEL/DEMETRA | 07 1903 |
| DUNBAR, RAY | 07 1913 |
| EDWARDS, ALFRED/CARMEL | 07 1911 |
| FEFIE, CYNTHIA | 07 1910 |
| FERNANDEZ, MARYNELL | 07 1909 |
| FORD, JONAH/ANNA | 07 1908 |
| FOURNIER, YONDA HENRY | 07 1907 |
| FRANCOIS, RITA/JOSEPH | 07 1904 |
| GAMBINO, WARREN | 07 1906 |
| GARY, ANN (1) | 07 1914 |
| GARY, ANN (2) | 07 1914 |
| GIBBS, PAULETTE/WILLIE | 07 1916 |
| GILES, ANN MARIE | 07 1917 |
| GILMORE, CHERYL/JEFFREY | 07 1918 |
| GLEASON, JAMES/DARLENE | 07 1919 |
| GLOVER, MAXINE/ALBERT | 07 1920 |
| GRANT, GIZELLE | 07 1921 |



PLAINTIFF'S EXHIBIT
Severed Claims From Aaron
06-4746

JIM S HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N Causeway Blvd, Ste 100
Metairie, LA 70001

| Name | Number |
|---|---|
| HAMPTON, BEVERLY/JAMES | 07 1943 |
| HARRIS, ADRIENNE | 07 1944 |
| HAYES, DEMETRIUS | 07 1947 |
| HAYES, ELLA/JAMES | 07 1948 |
| HORNE, LANA | 07 1949 |
| HUDSON, ADA | 07 1951 |
| HURST, DENA | 07 1952 |
| HURST, HAROLD/SANDRA | 07 1953 |
| JACKSON, BRYAN/KELLIE | 07 1963 |
| JACKSON, ELVANIA/BURMA | 07 1956 |
| JACKSON, WILLIAM/DAISY | 07 1958 |
| JAMES, BETTY | 07 1959 |
| JARRELL, ALBERT/CAROLE (PEOPLES) | 07 1960 |
| JARRELL, ALBERT/CAROLE (WHEATON) | 07 1960 |
| JENKINS, GERALDINE | 07 1961 |
| JENKINS, YOLANDA | 07 1954 |
| JEROME, ALICIA | 07 1955 |
| JEROME, MARIE | 07 1962 |
| JOHNSON, CHARLENE | 07 1964 |
| JOHNSON, ETHEL | 07 1965 |
| JOHNSON, MISCHALL/NELSON | 07 1966 |
| JOSEPH, WILFRED | 07 1968 |
| KELIGOND, PATRICIA/HERBERT | 07 1969 |
| LAMARK, JAMES, JR. | 07 1971 |
| LAMBERT, LINDA | 07 1972 |
| LASKER, ROLAND/SHENNA | 07 1973 |
| LAWRENCE, MICHAEL/TOWNIE | 07 1974 |
| LEAVELL, CECIL/LARRY | 07 1975 |
| LEE, ANNA BELL | 07 1976 |
| LEE, BRENDA | 07 1977 |
| LEE, GERALD/LOIS (2 PROPERTIES) | 07 1978 |
| LEVY, TRESSIE/DARRYL | 07 1979 |
| LEWIS, CORRENTHIA | 07 1980 |
| LEWIS, DEBBIE | 07 1981 |
| LEWIS, LURE/TOM | 07 1985 |
| LEWIS, MISSY | 07 1983 |
| LEWIS, PAMALA | 07 1984 |
| LOFTON, LARRANETTE | 07 1986 |
| LOWE, MICHAEL/NIEMMA | 07 1987 |
| LYONS, ANGELA | 07 1988 |
| MARTIN, DORIS | 07 2020 |
| MASON, WANDA/WILLIAMS | 07 2021 |
| MATHERENE, PHIL/JUNE | 07 2022   NOT DISMISSED |
| MCCADNEY, BRIAN/CINDY | 07 2023 |
| MCMILLER, HAZEL | 07 2025 |
| MELANCON, LATOYA | 07 2026 |
| MEYERS, WENDALL/KIMBERLY | 07 2027 |

JIM S HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N Causeway Blvd, Ste 100
Metairie, LA 70001

| Name | Number |
|---|---|
| MINOR, SARAH | 07 2029 |
| MOTEN, BEVERLY/WILLIE | 07 2032 |
| MYLES, EDWARD, JR. | 07 2033 |
| NELSON, LINDA | 07 2034 |
| NOIL, WALTER | 07 2035 |
| PAYTON, CARNELL | 07 2038 |
| PAYTON, JOY/ROMMELL | 07 2039 |
| PELLERIN, EARL, JR. | 07 2040 |
| PENN, ADDISON/YOLANDA | 07 2041 |
| PERRY, FRANCIS | 07 2043 |
| PHILLIPS, TERRY, SR./ALICIA | 07 2044 |
| RAINEY, SHANNON | 07 2046 |
| RAYMOND, PAUL | 07 2047 |
| ROBERTS, INELL/JOHNNY, SR. | 07 2051 |
| ROBERTS, KATHY/FERRIA, UTILDA | 07 2232 |
| ROBINSON, DONNA/CRAIG | 07 2053 |
| ROBINSON, RONALD | 07 2054 |
| ROTH, JOSEPH/BARBARA (3) | 07 2058 |
| RUMOWSKI, LESTER | 07 2059 |
| RUSSELL, DELENA HUBBARD (GILESON) | 07 2060 |
| SACRITE, IRVIN/JACQUELINE | 07 2159 |
| SANDERS, THERESA | 07 2161 |
| SCEAU, ROSE | 07 2163 |
| SHELTON, BONNIE/WILLIAM | 07 2164 *[handwritten: NOT DISMISSED]* |
| SKINNER, ALBERTINE | 07 2165 |
| SMITH, RONNIE | 07 2166 |
| SYNDER, DAWN AND WILLIAM | 07 2167 |
| SOBERS, CAROLYN | 07 2234 |
| SPITZER, JUDY/JOHN | 07 2168 |
| STAES, ALLEN/MARJORIE | 07 2169 |
| STAMPS, HILDA | 07 2236 |
| STEWART, JUDITH | 07 2171 |
| STREAMS, CAROLYN | 07 2172 |
| SULLEN, DEBRA/ALVIN | 07 2173 |
| SULLIVAN, RUBBIE | 07 2174 |
| THERIOT, MARC/LANIKA | 07 2175 |
| THOMAS/MELANIE/LUCIES | 07 2178 |
| THOMAS, OTHREA | 07 2176 |
| THOMAS, VIRGINIA | 07 2177 |
| THORNTON, ELVERA | 07 2179 |
| TONEY, EDITH | 07 2180 |
| TRAHAN, DAVID | 07 2238 |
| TREPAGNIER, GLORIA/NATHAN | 07 2181 |
| TREVIGNE, LOIS/JOSEPH | 07 2239 |
| TRUFANT, EDWIN/ROSANNA | 07 2240 |
| WALKER, THELMA | 07 2241 |
| WARREN, EMELDA/MAIZE | 07 2183 |

JIM S HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N Causeway Blvd, Ste 100
Metairie, LA 70001

| | |
|---|---|
| WHITE, LOUISE | 07 2185 |
| WILLIAMS, CATHERINE/D.C. | 07 2186 |
| WILLIAMS, DIANA | 07 2188 |
| WILLIMAS, JANET/MERLIN | 07 2189 |
| WILLIAMS, KAREN | 07 2190 |
| WILLIAMS/KNAYO/RACHELL | 07 2191 |
| WILLIAMS, LISA MARIE | 07 2192 |
| WILLIAMS, WAYNE/GAIL | 07 2193 |
| WILSON, OTIS, JR. | 07 2194 |
| WINDON, FLORENCE/ERROLL | 07 2195 |
| WINESBERRY, GWENDOLYN | 07 2196 |
| WOODS, PATRICIA/DARREN DAVE | 07-1896 |
| WYATT, JOCELYN/ERNEST | 07 2197 |
| YOUNG, JULIA/JOSEPH, JR. | 07 2157 |

JIM S HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N Causeway Blvd, Ste 100
Metairie, LA 70001