MINUTE ENTRY
WILKINSON, M.J.
JANUARY 20, 2009

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    Aaron 06-4746<br>    Severed Mass Joinder Cases | JUDGE DUVAL<br>MAG. WILKINSON |

In response to my previous order, Record Doc. No. 17114, plaintiffs' counsel, Joseph Rausch, has advised the court (by letters with attached report filed separately in the record) that all cases listed on the report, which were severed from the captioned Aaron case, except C.A. No. 07-2022, Phil and June Matherne v. State Farm Fire & Casualty Co., and C.A. No. 07-2164, Bonnie and William Shelton, Jr. v. State Farm Fire & Casualty Co., have been settled and may be conditionally dismissed, so that settlement consummation activities may occur.  Accordingly, by copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order as to all cases listed on the report of plaintiffs' counsel, except C.A. No. 07-2022, Phil

MJSTAR:  0 : 05

and June Matherne v. State Farm Fire & Casualty Co., and C.A. No. 07-2164, Bonnie and William Shelton, Jr. v. State Farm Fire & Casualty Co.

                                         JOSEPH C. WILKINSON, JR.
                                     UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**