UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

                                                    NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE                 JUDGE DUVAL
       Matherne, 07-2022                       MAG.WILKINSON

## ORDER

I have received letters dated January 15, 2009 with attached report from plaintiffs'
counsel, Joseph Rausch, in the referenced Matherne case, which have been separately
filed in the record of both C.A. No. 07-2022 and C.A. No. 05-4182.  The letters are the
response to my previous order, Record Doc. No. 17114, concerning the status of
settlement efforts.  Having reviewed this report and the record, it appears that settlement
is not attainable in the referenced Matherne case in the short term and that further
proceedings are required.  Accordingly, **IT IS ORDERED** that the settlement evaluation
process in the referenced Matherne case only is terminated.

**IT IS ORDERED** that this case, C.A. No. 07-2022, is hereby SEPARATED and
DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated
Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to
resolution independently.  The Clerk of Court is hereby **DIRECTED** to docket a copy
of this order and henceforth all future filings in C.A. No. 07-2022 on the docket of C.A.

No. 07-2022, and <u>not</u> on the docket of C.A. No. 05-4182.  The Clerk is also **DIRECTED** to maintain the allotment of this case in Section "K"(2) for future proceedings.

By copy of this minute entry, the case manager of Section "K" is notified so that she may schedule a preliminary conference to set trial and related dates.

New Orleans, Louisiana, this _____ 21st _____ day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**
**CASE MANAGER SHEENA DEMAS**