UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION

                                                     NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE                              JUDGE DUVAL
    Shelton, 07-2164                                 MAG.WILKINSON

<u>ORDER</u>

I have received letters dated January 15, 2009 with attached report from plaintiffs'

counsel, Joseph Rausch, in the referenced <u>Shelton</u> case, which have been separately filed

in the record of both C.A. No. C.A. No. 07-2164 and C.A. No. 05-4182.  The letters are

the response to my previous order, Record Doc. No. 17114, concerning the status of

settlement efforts.  Having reviewed this report and the record, it appears that settlement

is not attainable in the referenced <u>Shelton</u> case in the short term and that further

proceedings are required.  Accordingly, **IT IS ORDERED** that the settlement evaluation

process in the referenced <u>Shelton</u> case only is terminated.

**IT IS ORDERED** that this case, C.A. No. 07-2164, is hereby SEPARATED and

DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated

Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to

resolution independently.  The Clerk of Court is hereby **DIRECTED** to docket a <u>copy</u>

of this order and henceforth all future filings in C.A. No. 07-2164 on the docket of C.A.

No. 07-2164, and <u>not</u> on the docket of C.A. No. 05-4182.  The Clerk is also **DIRECTED**

to maintain the allotment of this case in Section "K"(2) for future proceedings.

By copy of this minute entry, the case manager of Section "K" is notified so that

she may schedule a preliminary conference to set trial and related dates.

New Orleans, Louisiana, this ____21st____ day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**
**CASE MANAGER SHEENA DEMAS**