# THE LAW OFFICE OF
# JOSEPH M. BRUNO APLC
### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

*File in the record of
K. Daniels v. State Farm
07-2377-K(2)*

January 20, 2009



RECEIVED
JAN 20 2009
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA ELECTRONIC TRANSMISSION**
Honorable Joseph C. Wilkinson
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re: *Katrina Canal Breaches Consolidated Litigation (ALL INSURANCE) 05-4182,*
*Abadie v. State Farm* (Abadie 1 (06-5164)) & *Allen v. State Farm* (07-5111)
**Resolution of Insurance Claims re: State Farm**

Dear Judge Wilkinson:

Pursuant to the Court's Order dated January 12, 2009 (Record Doc.45 pertaining to 06-5164), attached please find three documents outlining the present status of the case handled by this office against State Farm.

Exhibit 1 - This list comprises the 1,098 cases in which dismissals have been entered to date. It incorporates cases that were filed in this office's *Abadie I* mass joinder (06-5164), *Abadie II* mass joinder (07-5112) & the State Farm specific mass joinder captioned by the lead plaintiff *Allen* (07-5111).

Exhibit 2 - This list comprises the 103 cases that State Farm has presented settlement checks, but that have not yet reached resolution. The cases on this list will be subject of a ninety (90) day dismissal that we will be filing at the end of the month. I expect that some will be resolved by that time, and in the interests of economy will be better served by dismissing them outright.

Exhibit 3 - This list comprises the cases that have yet to be resolved and must be set for trial. The cases identified as SF1 were already severed from *Abadie I* and given distinct cases numbers. The cases identified as SF2 are not yet severed, but an individual suit will be filed by the Court's deadline of the end of the month.

Sincerely,
LAW OFFICES OF JOSEPH M. BRUNO

L. Scott Joanen

LSJ:jlb
attachments

| Suit | Last Name | First Name | Main HO Ins | File # |
|---|---|---|---|---|
| SF 1 | Arnold | Carolyn | State Farm | JBA01705 |
| SF 1 | Daniels | Katrina | State Farm | JBA00282 |
| SF 1 | Harris-Polite | Vera | State Farm | JBA00651 |
| SF 2 | MORRIS | LEONARD | State Farm | JBA03757 |
| SF 2 | Property LLC | Baronne St. | State Farm | JBA07320 |
| SF 2 | Sessum | Maria | State Farm | JBA03460 |
| SF 2 | | Bruno & Bruno LL | State Farm | JBA07321 |
| Total | 7 | | | |

EXHIBIT 3