UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>Daniels, 07-2377 | JUDGE DUVAL<br>MAG.WILKINSON |

## ORDER

I have received a letter dated January 20, 2009 with attached report from plaintiffs' counsel, Joseph Bruno, in the referenced Daniels case, which has been separately filed in the record of both C.A. No. 07-2377 and C.A. No. 05-4182. The letter is the response to my previous order, Record Doc. No. 17114, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the referenced Daniels case in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process in the referenced Daniels case only is terminated.

**IT IS ORDERED** that this case, C.A. No. 07-2377, is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk of Court is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-2377 on the docket of C.A.

No. 07-2377, and <u>not</u> on the docket of C.A. No. 05-4182.  The Clerk is also **DIRECTED** to maintain the allotment of this case in Section "K"(2) for future proceedings.

By copy of this minute entry, the case manager of Section "K" is notified so that she may schedule a preliminary conference to set trial and related dates.

New Orleans, Louisiana, this <u>  21st  </u> day of January, 2009.

                JOSEPH C. WILKINSON, JR.
                UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**
**CASE MANAGER SHEENA DEMAS**