UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | JUDGE:  DUVAL |
| | * | |
| | * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE:          *Aguilar*, 07-4852 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LIMITED REOPENING OF CASE
## AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Lillian Bates has resolved her disputes with defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") related to her homeowners' insurance policy.  As a result of this settlement, this plaintiff respectfully requests that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that any claims on any homeowners' insurance policy issued by Allstate be dismissed, without prejudice, as to this plaintiff, each party to bear its own costs.  All claims by all remaining plaintiffs are reserved.

126955

- 2 -

**WHEREFORE,** Plaintiff prays that this motion be granted, each party to bear its

own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited

Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all

counsel of record by placing same in the United States Mail, postage prepaid, or by electronic

transmission or facsimile transmission on the _____ day of January, 2009.

126955

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | JUDGE:  DUVAL |
| | * | |
| | * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE:          *Aguilar*, 07-4852 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial

Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial

Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted

by plaintiff Lillian Bates on any homeowners' insurance policy issued by Allstate Insurance

Company or Allstate Indemnity Company to this plaintiff are dismissed, without prejudice, each

party to bear its own costs.

126955

2

New Orleans, Louisiana, this _____ day of _____, 2009.

_____

UNITED STATES DISTRICT JUDGE

126955