UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:    *Aguilar*, 07-4852 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs L.J. and Eva Aucoin, Burnell and Gloria Blue and Algy Irvin on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                         UNITED STATES DISTRICT JUDGE

126661