UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE: DUVAL |
| | | MAGISTRATE: WILKINSON |
| PERTAINS TO: | | |
| INSURANCE:    *Aaron*, 06-4746 | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE**
**AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, Marynell Fernandez, Gayle and Allen P. Mercadel, Wilhemena Vincent and Lois A. Williams have resolved their disputes with defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") related to their homeowners' insurance policies. As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that any claims on any homeowners' insurance policies issued by Allstate be dismissed, with prejudice, as to these plaintiffs, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

126664

- 2 -

WHEREFORE, Plaintiffs pray that this motion be granted, each party to bear its own costs.

          Respectfully Submitted,

          **JIM S. HALL & ASSOCIATES**

          Joseph W. Rausch, No. 11394
          800 N. Causeway Boulevard
          Suite #100
          Metairie, Louisiana  70001
          Telephone:  (504) 832-3000
          Facsimile:  (504) 832-1799
          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of January, 2009.

126664

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:       *Aaron*, 06-4746 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Marynell Fernandez, Gayle and Allen P. Mercadel, Wilhemena Vincent and Lois A. Williams on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

126664

2

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

126664