UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE: DUVAL |
| PERTAINS TO: | | MAGISTRATE: WILKINSON |
| INSURANCE: *Aaron*, 06-4746 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Marynell Fernandez, Gayle and Allen P. Mercadel, Wilhemena Vincent and Lois A. Williams on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

126664

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE
