UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EDWINA GIBSON** | * | **CIVIL ACTION NO. 07-1598** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION  K (2)** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Edwina Gibson, and defendant, State Farm Fire and Casualty Insurance Company, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost;

    Respectfully submitted,

    _____
    Patrick Kehoe, Esq. (# )14409
    A Professional Law Corporation
    833 Baronne Street
    New Orleans, La. 70113
    Telephone: 504-588-1110
    Facsimile: 504-588-1954
    ATTORNEY FOR PLAINTIFF

*[signature]*
Roy C. Beard (17461)
McCranie, Sistrunk, Anzelmo,
   Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Ste. 800
Metairie, LA 70002
Telephone: 504-831-0946
Facsimile: 504-831-2492
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___21___, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to non-CM/ECF participants.

*[signature]*