UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EDWINA GIBSON** | * | **CIVIL ACTION NO. 07-1598** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION   K (2)** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | |

*********************************************

### ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT