## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | MAG. WILKINSON |
| (No. 06-2268) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEPOSITION

**TO:**    To all Defendants and their respective counsel,

Through Defense Liaison Attorney of Record:
Ralph S. Hubbard III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, Louisiana 70130-6041

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, through their attorneys of record will take the deposition under oath of **Joannes J. Westerink, Ph.D**.  This deposition will take place on **Tuesday, January 27 & Wednesday, January 28, 2009** commencing at 9:00 a.m. at the Army Corps's New Orleans District Headquarters, 7400 Leake Ave.,  New Orleans, La 70118-3651. The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Please bring with you copies of the documents listed in Exhibit  A attached hereto.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, live note, and will be transcribed.  The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, live note and will be transcribed.

Dated: January 22, 2009.

                              Respectfully Submitted,

                              **APPROVED PLAINTIFFS LIAISON COUNSEL**

                                 /s/  Joseph M. Bruno
                              JOSEPH M. BRUNO (La. Bar # 3604)
                              Law Offices of Joseph M. Bruno
                              855 Baronne Street
                              New Orleans, Louisiana 70113
                              Telephone: (504) 525-1335
                              Facsimile: (504) 561-6775
                              Email: jbruno@jbrunolaw.com

                    <u>**CERTIFICATE OF SERVICE**</u>

            I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 22 day of January, 2009.

                                 /s/ Joseph M. Bruno
                              Joseph M. Bruno

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | MAG. WILKINSON |
| (No. 06-2268) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXHIBIT  A

1)      A copy of the Engagement Letter.

2)      A copy of the deponent's entire file related to the above captioned matter.

3)      Copies of correspondence, including e-mails/communications with counsel and/or other experts related to the captioned matter.

4)      Copies of preliminary drafts of the deponent's expert reports in this case.

5)      A copy of any and all documents and photographs reviewed and relied upon by the deponent in this case.

6)      A list of depositions and trial testimony where the deponent has rendered expert testimony in the last five years.

7)      A copy of all exhibits, animations and/or demonstrative evidence which may be used or relied upon by the deponent at trial.

8)      A current copy of the curriculum vitae of the deponent.

9)      A copy of invoices for professional services rendered to date.

10)     Map(s) identifying all points of measurements (by Lat/Long) and identifying referenced landmarks for water heights and/or land heights used in connection with the deponent's expert report.

11)     Map(s) identifying all the station markers used for hydrographs and other landmarks used for measurements in hydrographs and other diagrams.

12)    Copies of documents cited or referenced in the deponent's expert report.

13)    Maps showing the locations of high water marks referenced in the deponent's expert report.

14)    Copies of maps and photographs relied upon by the deponent to determine land classifications for the vicinity of the MRGO in 1956.

15)    All document indicating the exact times for calculations performed by the deponent for narrative of Scenario H1 in terms of central day light time.

16)    All documents evidencing the conversion of hydrographs for surge peaks from tenths of days to hours.