**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| ————————————————— | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: *Robinson*, No. 06-2268 | § | |
| ————————————————— | § | |

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION**

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned

counsel, will take the videotaped deposition of Dr. Robert Bea, at the Law Office of Goodwin

Proctor, 3 Embarcadero Center, 24th Floor, San Francisco, California 94111 on January 30 and

31, 2009 at 9:00 a.m. The videotaped deposition will be taken for all purposes allowed under the

Federal Rules of Civil Procedure before a court reporter or other official duly authorized to

administer oaths and record oral testimony. Additionally, counsel for the United States may ask

Dr. Bea to mark exhibits in an effort to make the record more clear when necessary.

Pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, the Defendant

United States requests that Dr. Bea produce the documents set forth in the attached Exhibit A to

the undersigned counsel at the commencement of the deposition on Friday, January 30, 2009.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

THOMAS DUPREE
Principal Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  /s/ Richard R. Stone, Sr
RICHARD R. STONE, SR.
Senior Trial Counsel
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4291 (tel.)
(202) 616-5200 (fax)
Richard.Stone@usdoj.gov
Attorneys for Defendant United States

Dated: January 22, 2009.

**EXHIBIT A TO AMENDED NOTICE OF VIDEOTAPED DEPOSITION**

1.  Any and all materials considered or relied upon by the deponent in connection with this litigation.

2.  Any and all updates to the deponent's July 11, 2008 reports.

3.  Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal, state or local.

4.  Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

## CERTIFICATE OF SERVICE

I, Richard Stone, hereby certify that on January 22, 2009, I served a true copy of the

United States' Amended Notice of Videotaped Deposition upon all parties by ECF.


 s/ Richard R. Stone, Sr.
Richard R. Stone, Sr.