UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO.: 05-4182

SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531,
            05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
            06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
            06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389,
            06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
            06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937,
            06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284,
            07-1286, 07-1288, 07-1289, 07-3500

PERTAINS TO:   LEVEE, MRGO and BARGE

## JOINT MOTION TO SUPPLEMENT ORDER
## CONFIRMING STAY OF CERTAIN CLAIMS

NOW INTO COURT, come the proposed Class Representatives, Kenneth & Jeannine Armstrong, Thurman R. Kaiser, and Donna Augustine, individually and on behalf of the proposed Class (the "Plaintiffs"), and the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Southeast Louisiana Flood Protection Authority – East, the Southeast Louisiana Flood Protection Authority – East, and St. Paul Fire and Marine Insurance Company, in its capacity as the insurer for any and/or all of the Levee Defendants, who jointly move the Court to supplement its Order Confirming Stay of Certain Claims (Document 16811, filed December 19, 2008) for the following reasons:

1)   On or about August 28, 2006, suit was filed against East Jefferson Levee District and Orleans Levee District, in the matter entitled *Gayle T. Bennett, et al v. Board of Commissioners for the East Jefferson Levee District, et al* in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, Docket No. 635-594.

2)   On or about December 22, 2006, the *Bennett* matter was consolidated for all purposes with *Maurice De La Houssaye v. The Parish of Jefferson, et al*, Docket No. 624-894, in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana.

3)   The consolidated actions, bearing Docket No. 635-594 assert claims against East Jefferson Levee District and Orleans Levee District, arising from Hurricane Katrina and the breach or failure of the 17th Street Canal.  Such claims are encompassed within this Court's Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions (Document No. 16721, filed December 15, 2008), and are specifically identified as a Pending Action[1] on Exhibit "A" of the Class Settlement Agreement preliminarily approved by the Court herein.

4)   Subsequently, plaintiffs in the consolidated *Bennett* matter joined St. Paul Fire and Marine Insurance Company as a defendant.  On or about January 16, 2009, St. Paul removed the *Bennett* action and the *De La Houssaye* action to this Court. The actions bear Docket Nos. 09-0146 and 09-0145 respectively.

5)   To effectuate the stay of all claims set forth in this Court's Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement

---

[1]  See Class Action Settlement Agreement, Section 2, Definition 49, page 13.

and Stay of Certain Claims and Actions (Document 16721, filed December 15, 2008) movants request that the Court issue the same Stay Order in the *Bennett* and *De La Houssaye* matters as contained in the Order Confirming Stay of Certain Claims issued by this Court on December 19, 2008 regarding all pending Levee, MRGO and Barge actions.

6)      Therefore, movants jointly request that the Court enter the attached proposed Supplemental Order Confirming Stay of Certain Claims.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

*/s/ Joseph M. Bruno*

By:     _____
        Joseph M. Bruno (#3604)
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone:      (504) 525-1335
        Facsimile:      (504) 561-6775
        E-Mail:         jbruno@jbrunolaw.com
ON BEHALF OF CLASS COUNSEL, AND AS
LIAISON COUNSEL FOR LEVEE AND MR-GO
PLAINTIFF        SUBGROUP        LITIGATION
COMMITTEES


GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.

*/s/ Gerald E. Meunier*

By:     _____
        Gerald E. Meunier (#9471)
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2800
        Telephone:      (504) 522-2304
        Facsimile:      (504) 528-9973
LIAISON  COUNSEL  FOR  LEVEE-PLAINTIFF
SUBGROUP LITIGATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

By:                     */s/ James P. Roy*
_____
James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana 70502
Telephone:    (337) 593-4190
Facsimile:    (337) 233-2796
LIAISON COUNSEL FOR MR-GO-PLAINTIFF
SUBGROUP LITIGATION COMMITTEE


McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL

By:                  */s/ Thomas P. Anzelmo*
_____
Thomas P. Anzelmo, (#2533)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone:    (504) 831-0946
Facsimile:    (504) 831-2492
ATTORNEYS    FOR    THE    BOARD    OF
COMMISSIONERS FOR THE ORLEANS LEVEE
DISTRICT    AND    THE    ORLEANS    LEVEE
DISTRICT


DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
WEINSTOCK


By:    _____
Gary M. Zwain, (#13809)
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone:    (504) 832-3700
Facsimile:    (504) 837-3119
ATTORNEYS    FOR    THE    BOARD    OF
COMMISSIONERS    FOR    THE    EAST
JEFFERSON LEVEE DISTRICT, THE EAST
JEFFERSON LEVEE DISTRICT, THE BOARD
OF    COMMISSIONERS    FOR    THE    LAKE

4

BORGNE BASIN LEVEE DISTRICT, AND THE
LAKE BORGNE BASIN LEVEE DISTRICT


LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD

*/s/ Ralph S. Hubbard, III*

By: _____

Ralph S. Hubbard III (#7040)
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195


And

PHELPS DUNBAR, L.L.P.

*/s/ S. Ault Hootsell III*

By: _____

S. Ault Hootsell III (#17630)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:    (504) 566-1311
Facsimile:    (504) 568-9130
ATTORNEYS FOR ST. PAUL FIRE AND
MARINE INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Joint Motion to Enter Order Confirming
Stay of Certain Claims has been served upon all counsel of record via electronic mail on this
22 day of January, 2009.

_____
Gary M. Zwain