UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531,
05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389,
06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937,
06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284,
07-1286, 07-1288, 07-1289, 07-3500

PERTAINS TO: LEVEE, MRGO and BARGE

## ORDER

Considering the foregoing, the Joint Motion to Supplement Order Confirming Stay of Certain Claims, is hereby granted and the Court will enter the proposed Supplemental Order Confirming Stay of Certain Claims.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
United States District Court Judge
Eastern District of Louisiana