UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO.: 05-4182

                                        SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531,
            05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
            06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
            06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389,
            06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
            06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937,
            06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284,
            07-1286, 07-1288, 07-1289, 07-3500

PERTAINS TO:   LEVEE, MRGO and BARGE

## SUPPLEMENTAL ORDER CONFIRMING STAY OF CERTAIN CLAIMS

In furtherance of the stay of claims set forth in this Court's Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions (Document #16721, filed December 15, 2008), and this Court's Order Confirming Stay of Certain Claims (Document #16811, filed December 19, 2008),

IT IS HEREBY ORDERED THAT the Clerk of Court is directed to enter this Order into the record of *Gayle T. Bennett, et al v. Board of Commissioners for the East Jefferson Levee District, et al*, Civil Action No. 09-0146, and *Maurice De La Houssaye v. The Parish of Jefferson, et al*, Civil Action No. 09-0145;

IT IS FURTHER ORDERED THAT,

All claims asserted against the Orleans Levee District, Board of Commissioners, Orleans Levee District, East Jefferson Levee District, Board of Commissioners, East Jefferson Levee District, and St. Paul Fire & Marine Insurance Company ("Stayed Defendants") in this action are stayed (including discovery). All parties

herein are enjoined from pursuing any claims asserted in this action (including discovery) against said Stayed Defendants absent further order of this Court. No finding, judgment, adjudication or verdict rendered in this action after December 15, 2008, shall be binding or have any precedential effect on the Stayed Defendants.

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                _____
                                                United States District Court Judge
                                                Eastern District of Louisiana