UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:     *Aaron*, 06-4746 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiff Debbie Fernandez on any homeowners' insurance policies issued by defendants Allstate Insurance Company or Allstate Indemnity Company as to this plaintiff are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

5D211B1A

_____
UNITED STATES DISTRICT JUDGE