| Suit | Last Name | First Name | Main HO Ins | File # | | |
|------|-----------|------------|-------------|--------|---|---|
| SF 1 | Age | Allen | State Farm | JBA01913 | | |
| SF 1 | Aguello | Salvatore | State Farm | JBA02388 | | |
| SF 1 | Ahmad | Naim | State Farm | JBA02008 | | |
| SF 1 | Alexander | Avanell | State Farm | JBA03049 | | |
| SF 1 | Bell | Phillip | State Farm | JBA00020 | | |
| SF 1 | Brumfield | Marie | State Farm | JBA02877 | | |
| SF 1 | Callais | Linda | State Farm | JBA03162 | | |
| SF 1 | Catalanotto | Joseph | State Farm | JBA01572 | | |
| SF 1 | Chatelain | James | State Farm | JBA02882 | | |
| SF 1 | Coates | Fara | State Farm | JBA00542 | | |
| SF 1 | Coco | Josephine | State Farm | JBA00617 | | |
| SF 1 | CURTAIN | ALICE | State Farm | JBA02990 | | |
| SF 1 | Davis | Sheila | State Farm | JBA02708 | | |
| SF 1 | DiMaggio | Dolly | State Farm | JBA00482-01 | | |
| SF 1 | Edwards | Vivian | State Farm | JBA02281 | | |
| SF 1 | Evans | Oliver | State Farm | JBA02139 | | |
| SF 1 | Fefie | Cynthia | State Farm | JBA01407 | | |
| SF 1 | Fortin | Waldo | State Farm | JBA01163-01 | | |
| SF 1 | Fortin | Waldo | State Farm | JBA01163-02 | | |
| SF 1 | Gleason | Gwendolyn | State Farm | JBA02190 | | |
| SF 1 | Green-Benita | Karen | State Farm | JBA03042 | | |
| SF 1 | Hale | Silliman | State Farm | JBA01911-02 | | |
| SF 1 | Hankton | Earl | State Farm | JBA01850 | | |
| SF 1 | Henry | Denise | State Farm | JBA03138 | | |
| SF 1 | Johnson | Elnora | State Farm | JBA01756 | | |
| SF 1 | Keppard | Dale | State Farm | JBA02750 | | |
| SF 1 | Lewis | Edward | State Farm | JBA02799 | | |
| SF 1 | Maurice-Hall | Cherylyn | State Farm | JBA01263 | | |
| SF 1 | Mele | Louise | State Farm | JBA01866 | | |
| SF 1 | Norwood | James | State Farm | JBA01762 | | |
| SF 1 | Pierre | John | State Farm | JBA00211 | | |
| SF 1 | Pigott | Casaline | State Farm | JBA02951 | | |
| SF 1 | Ranzino | Rose Marie | State Farm | JBA00845 | | |
| SF 1 | Rockingham | Cynthia | State Farm | JBA01525-02 | | |
| SF 1 | Spears | Juanita | State Farm | JBA01732 | | |
| SF 1 | Spriggers | Trianda | State Farm | JBA03198 | | |
| SF 1 | Stockard | Russell | State Farm | JBA02945 | | |
| SF 1 | Thomas | Herma | State Farm | JBB00156 | | |
| SF 1 | Thorpe | Rhoda | State Farm | JBA01055 | | |
| SF 1 | Tramontana | Joseph | State Farm | JBA02280-03 | | |
| SF 1 | Tramontana | Joseph | State Farm | JBA02280-04 | | |
| SF 1 | Tramontana | Joseph | State Farm | JBA02280-05 | | |
| SF 1 | Walker | Shirley | State Farm | JBA00414 | | |
| SF 1 | Washington | Orlanda | State Farm | JBA02317 | | |
| SF 1 | Wells | Jean | State Farm | JBA02728 | | |
| SF 1 | Wilson | Patricia | State Farm | JBA01962 | | |
| SF 2 | Amour | Rosalind | State Farm | JBA04037 | | |
| SF 2 | Andrews | Mattie | State Farm | JBA04277 | | |
| SF 2 | Andrews | Eddie | State Farm | JBA07081 | | |
| SF 2 | Baber | Syed | State Farm | JBA04180 | | |
| SF 2 | Bates | Joseph | State Farm | JBA04289 | | |



EXHIBIT

2

| SF 2 | Baudoin | Deborah | State Farm | JBA03302 | | |
|------|---------|---------|------------|----------|--|--|
| SF 2 | Berzat | Clarence | State Farm | JBA05283 | | |
| SF 2 | Bratton | Earnestine | State Farm | JBA04624 | | |
| SF 2 | Bright | Sharon | State Farm | JBA03280 | | |
| SF 2 | Brown | Patricia | State Farm | JBA06383-02 | | |
| SF 2 | Campo | Phyllis | State Farm | JBA04779 | | |
| SF 2 | Cookmeyer | Randy | State Farm | JBA05685 | | |
| SF 2 | Davillier | Michael | State Farm | JBA06348 | | |
| SF 2 | Davis | Gregory | State Farm | JBA03768 | | |
| SF 2 | Duplantier | David | State Farm | JBA03733 | | |
| SF 2 | Edwards | Alfred | State Farm | JBA05514 | | |
| SF 2 | FELTON | PHYLLIS | State Farm | JBA03845 | | |
| SF 2 | FOWLER | GLENDA | State Farm | JBA03508 | | |
| SF 2 | Guillory | Elzabeth | State Farm | JBA05314 | | |
| SF 2 | Harden | Darrell | State Farm | JBA04156 | | |
| SF 2 | Hartford | Phillis | State Farm | JBA06165 | | |
| SF 2 | Hawkins | Robin | State Farm | JBA03850 | | |
| SF 2 | Heyd | Richard | State Farm | JBA06207 | | |
| SF 2 | Hunter | Norton | State Farm | JBA05694 | | |
| SF 2 | Jackson | Shirley | State Farm | JBA07019 | | |
| SF 2 | Jeff | Herbert | State Farm | JBA05096 | | |
| SF 2 | Jett | Charles | State Farm | JBA04764 | | |
| SF 2 | Johnson | Louise | State Farm | JBA05378 | | |
| SF 2 | Johnson | Vanessa | State Farm | JBA05797 | | |
| SF 2 | Jones | Calvin | State Farm | JBA04138 | | |
| SF 2 | Kepp | Melvina | State Farm | JBA04523 | | |
| SF 2 | Lapara | Donald | State Farm | JBA05100 | | |
| SF 2 | Louis | Jonathan | State Farm | JBA04731 | | |
| SF 2 | NEWMAN | HERBERT | State Farm | JBA03580 | | |
| SF 2 | Neyland | Jimmie | State Farm | JBA05761 | | |
| SF 2 | Papania | Linda | State Farm | JBA04496-05 | | |
| SF 2 | Partlan | Patricia | State Farm | JBA06426 | | |
| SF 2 | Pecot | Alma | State Farm | JBA04378 | | |
| SF 2 | Pecot | Alma | State Farm | JBA04378-02 | | |
| SF 2 | Raymond | Mark | State Farm | JBA05097 | | |
| SF 2 | REGISTER | CAROLINE | State Farm | JBA03376 | | |
| SF 2 | Robertson | Arthur | State Farm | JBA05105-01 | | |
| SF 2 | Robertson | Willie | State Farm | JBA06297 | | |
| SF 2 | Rooney-Skinner | Geselle | State Farm | JBA04414 | | |
| SF 2 | Scott | Debora | State Farm | JBA04947 | | |
| SF 2 | SHEPHARD | JAMES | State Farm | JBA03788 | | |
| SF 2 | Simms | Deloris | State Farm | JBA07086 | | |
| SF 2 | STEWART | NELLIE | State Farm | JBA03510 | | |
| SF 2 | Trammel | George | State Farm | JBA04866 | | |
| SF 2 | Varnado | Harold | State Farm | JBA05558 | | |
| SF 2 | Walker | Tarita | State Farm | JBA07149 | | |
| SF 2 | Wattigney | Louis | State Farm | JBA05471 | | |
| SF 2 | West | Cosette | State Farm | JBA07030 | | |
| SF 2 | Williams | Raymond | State Farm | JBA04807 | | |
| SF 2 | Williams | Beatrice | State Farm | JBA07069 | | |
| SF 2 | Williams | Regina | State Farm | JBA07122 | | |
| SF 2 | Williams-Hugle | Bianca | State Farm | JBA04263 | | |

| Total | 103 | | | | | |
|-------|-----|--|--|--|--|--|