| Suit | Last Name | First Name | Main HO Ins | File # |
|---|---|---|---|---|
| SF 1 | Arnold | Carolyn | State Farm | JBA01705 |
| SF 1 | Daniels | Katrina | State Farm | JBA00282 |
| SF 1 | Harris-Polite | Vera | State Farm | JBA00651 |
| SF 2 | MORRIS | LEONARD | State Farm | JBA03757 |
| SF 2 | Property LLC | Baronne St. | State Farm | JBA07320 |
| SF 2 | Sessum | Maria | State Farm | JBA03460 |
| SF 2 | | Bruno & Bruno LL | State Farm | JBA07321 |
| Total | 7 | | | |

EXHIBIT 3