# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Andrea Ainey-Saunders, Joseph Ainey regarding 5000 Westlake Dr., New Orleans, LA 70126; Joseph Jackson regarding 4018 Pressburg St., New Orleans, LA 70126; Amy Mitchell regarding 619 Flood St., New Orleans, LA 70117; Casidi Carr regarding 6696 Bellaire Dr., New Orleans, LA 70124; Maurice Dolliole, Joyce VL Dolliole regarding 8751 Aberdeen Rd., New Orleans, LA 70127; Denise Baudier regarding 5163 Montegut Dr., New Orleans, LA 70126; Jerome Green regarding 1201 Tupelo St., New Orleans, LA 70117** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Andrea Ainey-Saunders, Joseph Ainey regarding 5000 Westlake Dr., New Orleans, LA 70126; Joseph Jackson regarding 4018 Pressburg St., New Orleans, LA 70126; Amy Mitchell regarding 619 Flood St., New Orleans, LA 70117; Casidi Carr regarding 6696 Bellaire Dr., New Orleans, LA 70124; Maurice Dolliole, Joyce VL Dolliole regarding 8751 Aberdeen Rd., New Orleans, LA 70127; Denise Baudier regarding 5163 Montegut Dr., New Orleans, LA 70126; Jerome Green regarding 1201

Tupelo St., New Orleans, LA 70117 against Defendant Farmers Insurance Exchange, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this <u>22nd</u> day of <u>  January  </u>, 2009.

                                                                    _____
                                                                    United States District Judge