# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>**No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | MAGISTRATE (2)<br><br>**This pleading applies only to the claim of Dorothy Durand regarding 2630 Arts Street, New Orleans, LA 70117; Joanne Jones regarding 5953 Dreux Ave., New Orleans, LA 70126; David Gibson, Vanessa Larrieu Gibson regarding 6054 Airway St., New Orleans, LA 70126; Robbie Mension regarding 1205 Chimneywood Ln., New Orleans, LA 70126; Clarence Blanc, Joakima W. Blanc regarding 4657 Lafon Dr., New Orleans, LA 70126; Raymond Carey, Ruth Debra Carey regarding 7131 Pinebrook Dr., New Orleans, LA 70128; Montresa Johnson regarding 6014 Douglas St., New Orleans, LA 70117; Lamont Jackson regarding 8406 Apple St., New Orleans, LA 70118; Robert Lott regarding 2465 & 2467 N. Claiborne St., New Orleans, LA 70117; James Broussard regarding 5901 6th St., Violet, LA 70092; Mark Gilmore, Keisha Jackson regarding 9709 W. Rockton Circle, New Orleans, LA 70127; Korea Durant, Ronald Durant regarding 5100 Ross Lane, Marrero, LA 70072; Laura Urich, Tammy Urich regarding 1417 Center, Arabi, LA 70032; Sandra Montegut regarding 7514 Mackenzie St., New Orleans, LA 70128** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the

claims of Plaintiffs Dorothy Durand regarding 2630 Arts Street, New Orleans, LA 70117; Joanne Jones regarding 5953 Dreux Ave., New Orleans, LA 70126; David Gibson, Vanessa Larrieu Gibson regarding 6054 Airway St., New Orleans, LA 70126; Robbie Mension regarding 1205 Chimneywood Ln., New Orleans, LA 70126; Clarence Blanc, Joakima W. Blanc regarding 4657 Lafon Dr., New Orleans, LA 70126; Raymond Carey, Ruth Debra Carey regarding 7131 Pinebrook Dr., New Orleans, LA 70128; Montresa Johnson regarding 6014 Douglas St., New Orleans, LA 70117; Lamont Jackson regarding 8406 Apple St., New Orleans, LA 70118; Robert Lott regarding 2465 & 2467 N. Claiborne St., New Orleans, LA 70117; James Broussard regarding 5901 6th St., Violet, LA 70092; Mark Gilmore, Keisha Jackson regarding 9709 W. Rockton Circle, New Orleans, LA 70127; Korea Durant, Ronald Durant regarding 5100 Ross Lane, Marrero, LA 70072; Laura Urich, Tammy Urich regarding 1417 Center, Arabi, LA 70032; Sandra Montegut regarding 7514 Mackenzie St., New Orleans, LA 70128 against Defendants Fidelity National Property and Casualty Insurance Co, Fidelity National Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge