# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Roberick Lee regarding 12 Morrison Ct, New Orleans, LA 70127; Russell Foster, Faye regarding 5354 Tullis Dr., New Orleans, LA 70131; Freddie Jacobs, Yvette B. Jacobs regarding 11405 N. Easterlyn Cir., New Orleans, LA 70128; Ray Brandhurst, Kay Brandhurst regarding 8421 Patricia St., Chalmette, LA 70043; Kathy Cacioppo regarding 6041 Colbert St., New Orleans, LA 70124; Remedios Winchester-Simms, Barry Winchester regarding 7916 Read Blvd., New Orleans, LA 70127; Barbara Freeman regarding 5420 Norgate Dr., New Orleans, LA 70127; Vivan Toca, Louis E. Toca regarding 9930 Morrison rd., New Orleans, LA 70127; Patricia Cazaux regarding 35 E. Carmack Dr., Chalmette, LA 70043; Adell Foxworth, Courtney T. Foxworth regarding 11130 S. Idlewood Ct., New Orleans, LA 70127; James Kildahl regarding 8417 Benjamin St., Chalmette, LA 70043; Michelle Woodside regarding 1730 Heatherwood Dr., Harvey, LA 70058; John Corne, Joan T. Corne regarding 2812 Nunez Dr., Mereaux, LA 70075 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Roberick Lee regarding 12 Morrison Ct, New Orleans, LA 70127;

Russell Foster, Faye regarding 5354 Tullis Dr., New Orleans, LA 70131; Freddie Jacobs, Yvette B. Jacobs regarding 11405 N. Easterlyn Cir., New Orleans, LA 70128; Ray Brandhurst, Kay Brandhurst regarding 8421 Patricia St., Chalmette, LA 70043; Kathy Cacioppo regarding 6041 Colbert St., New Orleans, LA 70124; Remedios Winchester-Simms, Barry Winchester regarding 7916 Read Blvd., New Orleans, LA 70127; Barbara Freeman regarding 5420 Norgate Dr., New Orleans, LA 70127; Vivan Toca, Louis E. Toca regarding 9930 Morrison rd., New Orleans, LA 70127; Patricia Cazaux regarding 35 E. Carmack Dr., Chalmette, LA 70043; Adell Foxworth, Courtney T. Foxworth regarding 11130 S. Idlewood Ct., New Orleans, LA 70127; James Kildahl regarding 8417 Benjamin St., Chalmette, LA 70043; Michelle Woodside regarding 1730 Heatherwood Dr., Harvey, LA 70058; John Corne, Joan T. Corne regarding 2812 Nunez Dr., Mereaux, LA 70075 against Defendants THE HANOVER INSURANCE COMPANY, THE HANOVER AMERICAN INSURANCE COMPANY, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __22nd__ day of ____January____, 2009.

_____
United States District Judge