# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Eddie Pitts regarding 1341 Angela St., Arabi, LA 70032; Elise Pierre, Bertha Molison regarding 1528 Owens Blvd., New Orleans, LA 70122; Geraldine Cass regarding 4329 Wellington Dr., New Orleans, LA 70122; Gertrude Weatherspoon, Mattie L. Crier regarding 7531 Fieldston Rd., New Orleans, LA 70126; Shelia Cheneau regarding 225 Simmons Dr., New Orleans, LA 70126 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Eddie Pitts regarding 1341 Angela St., Arabi, LA 70032; Elise Pierre, Bertha Molison regarding 1528 Owens Blvd., New Orleans, LA 70122; Geraldine Cass regarding 4329 Wellington Dr., New Orleans, LA 70122; Gertrude Weatherspoon, Mattie L. Crier regarding 7531 Fieldston Rd., New Orleans, LA 70126; Shelia Cheneau regarding 225 Simmons Dr., New Orleans, LA 70126 against Defendants Republic Fire & Casualty Insurance Company, Republic Group, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge