# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of ELVIRA GRAY regarding 2809 N. TONTI ST., NEW ORLEANS, LA 70117; Joseph Newman regarding 11205 Morrison Rd., New Orleans, LA 70128; Davis Claiborne regarding 2621 S Robertson St., New Orleans, LA 70113; Diane Chalaire regarding 3616 Pakenham Dr., Chalmette, LA 70043 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs ELVIRA GRAY regarding 2809 N. TONTI ST., NEW ORLEANS, LA 70117; Joseph Newman regarding 11205 Morrison Rd., New Orleans, LA 70128; Davis Claiborne regarding 2621 S Robertson St., New Orleans, LA 70113; Diane Chalaire regarding 3616 Pakenham Dr., Chalmette, LA 70043 against Defendant SECURITY PLAN FIRE INSURANCE COMPANY, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge