**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: INSURANCE** | **SECTION "K"(2)** |
| <u>**AARON, 06-4746**</u> | |

### ORDER

Considering the Plaintiff's Motion to Reopen and Partially Dismiss (Rec. Doc. 17204), accordingly

**IT IS ORDERED** that the motion is **GRANTED.** This case shall be temporarily opened for the limited purpose of dismissing specific claims, and

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff Yvette Ann Cage, Lillie Joseph Brady, and Tyronn and Phillip Robinson on any homeowners' insurance policies issued by Defendants Allstate Insurance Company or Allstate Indemnity Company are **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this __22nd__ day of January, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**