# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance<br><br>**No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **MAGISTRATE (2)**<br><br>**This pleading applies only to the claim of Albertine Batiste regarding 1822 Lombard St., New Orleans, LA 70122; Katherine Boykin regarding 4111 Elba St., New Orleans, LA 70125; Larry Hall regarding 720-722 Charbonnet St., New Orleans, LA 70117; Annette Gibson regarding 2909 Aubry St., New Orleans, LA 70119; Mathieu Berman regarding 7715 Vanderkloot Ave, New Orleans, LA 70127; Gerald Gandolfo regarding 3527 Roger Williams St., New Orleans, LA 70119; Berta Diaz regarding 1204 Oxley St., Kenner, LA 70062** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Albertine Batiste regarding 1822 Lombard St., New Orleans, LA 70122; Katherine Boykin regarding 4111 Elba St., New Orleans, LA 70125; Larry Hall regarding 720-722 Charbonnet St., New Orleans, LA 70117; Annette Gibson regarding 2909 Aubry St., New Orleans, LA 70119; Mathieu Berman regarding 7715 Vanderkloot Ave, New Orleans, LA 70127; Gerald Gandolfo regarding 3527 Roger Williams St., New Orleans, LA 70119; Berta Diaz regarding 1204 Oxley St., Kenner, LA 70062 against Defendants ZC Sterling Insurance Company, Fidelity & Deposit Company of Maryland,

in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge