UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE: *Aguilar*, 07-4852 | |

# O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Avis August, Yvette Ann Cage, Leroy Carrere, Norma McKey Johnson, Geraldine Jones, Janice and McAllister Lee, Weldon D. Marshall, Lena and Ernest Riley and Mary Louise Cooks Sayles on any homeowners' insurance policies issued by Allstate Insurance Company or

125588

Allstate Indemnity Company to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE