UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE: *Aguilar*, 07-4852 | |

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Joseph Aguilar, III, Michael and Shelia Alexander, Cecilia and Nelson Alexander, Rhonda Armstrong and Nathan Dupree, Glen and Monique Banks, Cherie Barnes, Gloria Batteau, Eliza Berry, Regina Blue, Willie and Elizabeth Britton, Amie Cambre, Eva and Steven Camese, Darryl and Gaynell Cola, Darryl K. and Gaynell Cola, Charles and Joan Coleman,

Willhelmina Conrad, Gertrude Corona, Marion Cotaya, Rose Cropper Freeman, Mackey and Jean Cutrer, Glendale Dean and Thomas Dean, Jr., Lisa and David DeHarde, Susan K. and Osborne E. Demas, Jr., Beverly Dupree, Sandra Ebbs, Elaine M. Eckols, Mildred Edmond, Geralyn Faciane, Retta Farley, John and Deryl Farria, Allen Fernandez, Israel Fields, Albert and Brenda Fournette, Emma Giron, Greg Glasper, Anna C. Gordon, Eric and Barbara Gordon, James and Catherine Grayol, III, Victoria Griffin, Leslie Guimont and Troy Mercadel, Theresa Harleaux, Bernadette Harris, Willie and Elaine Haywood, Mark and Barbara Heine, Sr., Zelda Heisser, Shirley W. Hence, Roxanne Hepler, Dedralyn Hills, Thomas J. and Esther Howard, Patricia Hubbard, Linda Hubbard, Charles M. and Aloma Hutchinson, Leola and Jerry James, Carla Jarvis, Seanduela A. Johnson, Yolande Johnson, Sandra Johnson, Louise Johnson, Elaine Johnson/Conoway, Tyrone and Penny Jones, Barbara and Larry Kimbrough, Roy Kitchens, Chiquita Labostrie, Yolanda LaCoste, Beverly A. and Irma Landry, Gregory and Cheryl Lassair, Rebecca Lee, Barbara A. Lee, Richard LeFlore, Renita F. and Steve Lewis, Merline Lundy, Chanel Mack, Kelvin MaGee, Jerry Martin, Brian Mattei, Taylor and Ruby McGuire, Carolyn J. Melancon, Debbie M. and Carl Mesley, Jr., Maxine M. Morgan, Henry Mortellaro, Jr., Daryl and Maqueta Naquin, Urence and Neotha Nelson, Sheila Norwood, Brian Oddo, Lillie Peck, Kim and Kerry Price, Laura Raymond, Theresa Reff, Charin Richard, Deborah Richardson, James and Joyce Ricker, Geraldine Robertson, Gloria and Leo Rolling, Shirley Ann and Harold Rushing, Yolanda Saul, Keri Schmidt, Mary Sharett, Martha Skinner, Dorothy Stills, Florence "Toni" Tanner, Barbara Taylor, Kenneth A. and Shirley D. Temple, Andria Theodore, Annie

Washington, James and Edith Watkins, Roxylin White, Sarah Williams, Phyllis Williams, Brenda D. Williams, Joyce and Clifford Williams, Ralph Williams and Marilyn Harris, Jeffery G. and Dimitri C. Winchester, Patricia and Floyd Young, Irvin Young and Arnaldo Zelaya on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge