# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Patricia Montgomery regarding 4018 & 4020 Palmyra St., New Orleans, LA 70119; Andria Milton regarding 7645 Lafourche St., New Orleans, LA 70127; Glen Gormen regarding 9738 W, Rockton Circle, New Orleans, LA 70127; Diana Winters regarding 2505 Riverbend Drive, Violet, LA 70092; Ane Coleman, Larry Coleman regarding 10929 S. Hardy St., New Orleans, LA 70127; Cheryl Ross regarding 4534 Cerise St., New Orleans, LA 70127; Kenneth Robichaux regarding 7515 Daniel Dr., New Orleans, LA 70127; Ursula Gifford regarding 5748 Louis Prima West, New Orleans, LA 70128; Shannon Woods, WoodsJ. Collins regarding 827 Caffin Ave., New Orleans, LA 70117; Ella Rhone regarding 7430 New Castle St., New Orleans, LA 70126; Nick Tassin regarding 1245 Aris Ave., Metarie, LA 70005; Ralph Lewis, Lynn Lewis regarding 1329 Aviators St., New Orleans, LA 70122; Earl Brown, Michele Thornton-Brown regarding 5801 Wright Rd., New Orleans, LA 70128; Angel Hilaire regarding 6612 6th St., Marrero, LA 70072 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Patricia Montgomery regarding 4018 & 4020 Palmyra St., New Orleans, LA 70119; Andria Milton regarding 7645 Lafourche St., New Orleans, LA 70127; Glen Gormen regarding

9738 W, Rockton Circle, New Orleans, LA 70127; Diana Winters regarding 2505 Riverbend Drive, Violet, LA 70092; Ane Coleman, Larry Coleman regarding 10929 S. Hardy St., New Orleans, LA 70127; Cheryl Ross regarding 4534 Cerise St., New Orleans, LA 70127; Kenneth Robichaux regarding 7515 Daniel Dr., New Orleans, LA 70127; Ursula Gifford regarding 5748 Louis Prima West, New Orleans, LA 70128; Shannon Woods, WoodsJ. Collins regarding 827 Caffin Ave., New Orleans, LA 70117; Ella Rhone regarding 7430 New Castle St., New Orleans, LA 70126; Nick Tassin regarding 1245 Aris Ave., Metarie, LA 70005; Ralph Lewis, Lynn Lewis regarding 1329 Aviators St., New Orleans, LA 70122; Earl Brown, Michele Thornton-Brown regarding 5801 Wright Rd., New Orleans, LA 70128; Angel Hilaire regarding 6612 6th St., Marrero, LA 70072 against Defendant Lexington National Insurance Corporation, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __22nd__ day of __January__, 2009

_____
United States District Judge