## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | MAGISTRATE (2)<br><br>**This pleading applies only to the claim of Tien Huynh regarding 1339-1341 France St., New Orleans, LA 70117** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Tien Huynh regarding 1339-1341 France St., New Orleans, LA 70117 against Defendants MARKEL INSURANCE COMPANY, MARKEL AMERICAN INSURANCE COMPANY, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge