# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Edward Ordogne regarding 7367 Trapier Ave., New Orleans, LA 70127; Cleveland Clark regarding 2606 Elysian Fields Ave., New Orleans, LA 70117; Diane Stewart regarding 2823 Orleans Ave., New Orleans, LA 70119; Barry Hayes, Chelita Hayes regarding 6018 Craigie Rd., New Orleans, LA 70126; Louis Smith regarding 1455 Granada Dr., New Orleans, LA 70122; Belinda Calais regarding 3212 Idaho Ave., Kenner, LA 70065; Artronise Dedeaux regarding 11666 Pressburg St., New Orleans, LA 70128; Hallie Spruille regarding 1501 Tennessee St, New Orleans, LA 70117; Robin Dixon, Robin Hall regarding 3114 N. Dorgenois, New Orleans, LA 70117; Vera Bonds, Woodroe Bonds regarding 11303 Morrison Rd., New Orleans, LA 70128; Carrie Merrill regarding 7568 Horizon Dr., New Orleans, LA 70129** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Edward Ordogne regarding 7367 Trapier Ave., New Orleans, LA 70127; Cleveland Clark regarding 2606 Elysian Fields Ave., New Orleans, LA 70117; Diane Stewart regarding 2823 Orleans Ave., New Orleans, LA 70119; Barry Hayes, Chelita Hayes regarding 6018 Craigie Rd., New Orleans, LA 70126; Louis Smith

regarding 1455 Granada Dr., New Orleans, LA 70122; Belinda Calais regarding 3212 Idaho Ave., Kenner, LA 70065; Artronise Dedeaux regarding 11666 Pressburg St., New Orleans, LA 70128; Hallie Spruille regarding 1501 Tennessee St, New Orleans, LA 70117; Robin Dixon, Robin Hall regarding 3114 N. Dorgenois, New Orleans, LA 70117; Vera Bonds, Woodroe Bonds regarding 11303 Morrison Rd., New Orleans, LA 70128; Carrie Merrill regarding 7568 Horizon Dr., New Orleans, LA 70129 against Defendants Republic Fire & Casualty Insurance Company, Republic Group, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge