# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | MAGISTRATE (2)<br><br>This pleading applies only to the claim of Lynn Hickman regarding 5331 Marcia Avenue, New Orleans, LA 70124; Zerlie DeCay regarding 2928 Saint Bernard Ave., New Orleans, LA 70119; Zerlie DeCay regarding 1965/1967 Abundance St., New Orleans, LA 70122; Lisl Antee regarding 6506 Catina St., New Orleans, LA 70124; Cynthia Francis regarding 7620 Inlet Lane, New Orleans, LA 70128; Madalyn Cochrane, Charles Cochrane, Jr. regarding 3827 Havannah St., New Orleans, LA 70122; Madalyn Cochrane, Charles Cochrane, Jr. regarding 7312 Melvern Dr., New Orleans, LA 70126; David Manry regarding 411 Natchez St., New Orleans, LA 70130; Leah Alberts, Solomon Germaine regarding 723 Gordon St., New Orleans, LA 70117; Robert Harper, Vivian Harper regarding 6530 Louisville Street, New Orleans, LA 70124; Michele Stewart regarding 2341 Odin St., New Orleans, LA 70122 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Lynn Hickman regarding 5331 Marcia Avenue, New Orleans, LA 70124; Zerlie DeCay regarding 2928 Saint Bernard Ave., New Orleans, LA 70119; Zerlie DeCay regarding 1965/1967 Abundance St., New Orleans, LA 70122; Lisl Antee regarding 6506 Catina St., New Orleans, LA 70124; Cynthia Francis regarding 7620 Inlet Lane, New Orleans, LA 70128; Madalyn

Cochrane, Charles Cochrane, Jr. regarding 3827 Havannah St., New Orleans, LA 70122; Madalyn Cochrane, Charles Cochrane, Jr. regarding 7312 Melvern Dr., New Orleans, LA 70126; David Manry regarding 411 Natchez St., New Orleans, LA 70130; Leah Alberts, Solomon Germaine regarding 723 Gordon St., New Orleans, LA 70117; Robert Harper, Vivian Harper regarding 6530 Louisville Street, New Orleans, LA 70124; Michele Stewart regarding 2341 Odin St., New Orleans, LA 70122 against Defendants USAA General Indemnity Company, USAA Casualty Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge