# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Thurman Kaiser regarding 436 & 438 S. Telemachus St., New Orleans, LA 70119; Thurman Kaiser regarding 2541 & 2543 Acacia St., New Orleans, LA 70122; Thurman Kaiser regarding 6574 & 6576 Catina St., New Orleans, LA 70124; Thurman Kaiser regarding 621 n. Murat St., New Orleans, LA 70119; Sandra Martin regarding 3132 New Orleans St, New Orleans, LA 70122; Mary-Ann Smith regarding 4305 Touro St., New Orleans, LA 70122; Harold Grant regarding 5650 Debore Dr., New Orleans, LA 70126; Shirley Porche regarding 2616 Port St., New Orleans, LA 70117; Betty Tresch, Mother regarding 5640-42 Woodlawn Place, New Orleans, LA 70124; Marion Robinson regarding 6412 N. Tonti St, New Orleans, LA 70117; Paul Bienville regarding 1943 Benton St., New Orleans, LA 70117; Edrina Howard, Walter L Howard regarding 2522 St. Maurice, New Orleans, LA 76117; Glenda West regarding 5234-36 Chartres St, New Orleans, LA 70117; Shirley Martin regarding 2826-28 S Roman St, New Orleans, LA 70125 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Thurman Kaiser regarding 436 & 438 S. Telemachus St., New

Orleans, LA 70119; Thurman Kaiser regarding 2541 & 2543 Acacia St., New Orleans, LA 70122; Thurman Kaiser regarding 6574 & 6576 Catina St., New Orleans, LA 70124; Thurman Kaiser regarding 621 n. Murat St., New Orleans, LA 70119; Sandra Martin regarding 3132 New Orleans St, New Orleans, LA 70122; Mary-Ann Smith regarding 4305 Touro St., New Orleans, LA 70122; Harold Grant regarding 5650 Debore Dr., New Orleans, LA 70126; Shirley Porche regarding 2616 Port St., New Orleans, LA 70117; Betty Tresch, Mother regarding 5640-42 Woodlawn Place, New Orleans, LA 70124; Marion Robinson regarding 6412 N. Tonti St, New Orleans, LA 70117; Paul Bienville regarding 1943 Benton St., New Orleans, LA 70117; Edrina Howard, Walter L Howard regarding 2522 St. Maurice, New Orleans, LA 76117; Glenda West regarding 5234-36 Chartres St, New Orleans, LA 70117; Shirley Martin regarding 2826-28 S Roman St, New Orleans, LA 70125, against Defendants Lafayette Insurance Company, United Fire & Casualty Company, United Fire & Indemnity Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  22nd day of ____January____, 2009.

_____
United States District Judge