# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **MAGISTRATE (2)**<br><br>**This pleading applies only to the claim of Azemar King regarding 5304 Canal Blvd., New Orleans, LA 70124; Eugene Oppman regarding 2101 Orleans Ave., New Orleans, LA 70116** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Azemar King regarding 5304 Canal Blvd., New Orleans, LA 70124; Eugene Oppman regarding 2101 Orleans Ave., New Orleans, LA 70116, against Defendant Certain Underwriters at Lloyds, London, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge