# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Tracy Brock regarding 4516 Perlita St., New Orleans, LA 70122; Carlace Brooks regarding 5541 Samouan Dr., New Orleans, LA 70126** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Tracy Brock regarding 4516 Perlita St., New Orleans, LA 70122; Carlace Brooks regarding 5541 Samouan Dr., New Orleans, LA 70126, against Defendants American National General Insurance Company, American National Property and Casualty Company, ANPAC Louisiana Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
United States District Judge