UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE:** |
| **Pertains to:   Road Home** | * | **STANWOOD R. DUVAL, JR.** |
| *Louisiana State*, C.A. No. 07-5528; | * | |
| and | * | **SECTION "K"** |
| | * | |
| *CONNIE ABADIE, ET AL.,* | * | **MAGISTRATE:** |
| *VERSUS* | * | **JOSEPH C. WILKINSON, JR.** |
| *AEGIS SECURITY INSURANCE* | * | |
| *COMPANY, ET AL.* | * | **MAG.: (2)** |
| **CIVIL ACTION NO.: 06-5162** | * | |
| and | * | |
| **CIVIL ACTION NO.: 07-5112** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

**CONSIDERING THE FOREGOING** Joint Motion and Stipulation for Handling of Settlement Funds, Record Doc. No. 16884, the agreement of the parties, and the law;

**IT IS ORDERED**, that Lafayette shall not be required to list the State of Louisiana, Division of Administration, Office of Community Development as a loss payee on any settlement checks with the Plaintiffs in the cases of *Connie Abadie, et al v. Aegis Security Ins. Co., Allstate, et al.,* United States District Court for the Eastern District of Louisiana, Civil Action No. 06-5164, and *Susan Abadie, et al. v. Aegis Security Ins. Co., Allstate, et al.*, United States District Court for the Eastern District of Louisiana, Civil Action No. 07-5112, upon signing by the State of Louisiana of a Release of Certain Subrogation Rights for each particular Plaintiff, but shall list only the individual Plaintiffs for each settlement and the Law Offices of Joseph Bruno and any required loss payee for each claim;

  **IT IS FURTHER ORDERED** that undersigned counsel for Plaintiffs, upon the negotiation of any of the settlement checks issued by Lafayette for dwelling damages, place in Mr. Bruno's trust account the amount claimed by the State as its recovery of benefits, which amounts are to be held in trust pursuant to Rule 1.15 of the Louisiana Rules of Professional Responsibility and shall not be distributed by undersigned counsel for the plaintiffs without the State's written agreement signed by a duly authorized representative of the State of Louisiana; and the undersigned counsel for the Plaintiffs shall not surrender to any other person any unnegotiated settlement check for dwelling damages paid in accordance herewith without the State's written agreement signed by a duly authorized representative of the State of Louisiana, unless in accordance with a written settlement protocol signed by a duly authorized representative of the State of Louisiana; and the undersigned counsel for the plaintiffs shall provide a monthly reconciliation to the State of the trust account reflecting the status of funds held pursuant to this stipulation and order and the status of any uncashed check; and

  **IT IS FURTHER ORDERED** that this Court retains jurisdiction to insure compliance with the terms and provisions of this Order.

          New Orleans, Louisiana, this __22nd__ day of January, 2009.

                    _____
                    JOSEPH C. WILKINSON, JR.
                    UNITED STATES MAGISTRATE JUDGE