UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | **CIVIL ACTION** |
| CONSOLIDATED LITIGATION | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

## NATIONAL UNION'S MOTION FOR SUMMARY JUDGMENT

National Union Fire Insurance Company of Pittsburgh, Pa., defendant, through undersigned counsel, moves for summary judgment on all remaining claims and complaints consolidated in this matter and designated as "Levee", on the grounds that the plaintiffs' claim was first made during the 2006 Policy, against which all claims and complaints have been dismissed, and therefore no other National Union policy provides coverage. Consequently, all of the plaintiffs' claims and complaints against National Union should be dismissed with prejudice, all as more fully explained in the attached supporting memorandum.

**WHEREFORE** Defendant National Union Fire Insurance Company of Pittsburgh, Pa. respectfully prays that its motion for summary judgment be GRANTED, the complaints and

claims against it in all of the matters designated as "Levee" be DISMISSED WITH PREJUDICE at plaintiffs' cost, and for all other relief deemed just and proper.

                                Respectfully submitted,

                                /s/  Karen M. Dicke
                              **KAREN M. DICKE (#24781**)
                              **GEORGE D. FAGAN (#14260)**
                              Leake & Andersson, LLP
                              1100 Poydras Street, Suite 1700
                              New Orleans, Louisiana 70163-1701
                              Telephone:  (504) 585-7500
                              Facsimile:  (504) 585-7775
                              Email: kdicke@leakeandersson.com
                                          gfagan@leakeandersson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record on January 23, 2009, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                              /s/ Karen M. Dicke

F:\38803\2-Pleadings\National Union\word versions\MSJ\Final\MSJ.doc