UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| _____ | * | |

## NOTICE OF MANUAL ATTACHMENT

Attachments to:

    DESCRIPTION:    CD Rom containing Exhibits to Motion for Summary Judgment

    FILED BY:    National Union Fire Insurance Company of Pittsburgh, Pa.

    FILED DATE:    January 23, 2009

ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE.

*Due to the voluminous size of these exhibits, copies of the CD-Rom can be provided to counsel upon request.*

                                            Respectfully submitted,

                                            _/s/  Karen M. Dicke_____
                                            **KAREN M. DICKE (#24781)**
                                            **GEORGE D. FAGAN (#14260)**
                                            Leake & Andersson, LLP
                                            1100 Poydras Street, Suite 1700
                                            New Orleans, Louisiana 70163-1701
                                            Telephone:  (504) 585-7500
                                            Facsimile:  (504) 585-7775
                                            Email: kdicke@leakeandersson.com
                                                        gfagan@leakeandersson.com

                                            Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing pleading has been delivered to all counsel of record on January 23, 2009, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                                            /s/ Karen M. Dicke_____

F:\38803\2-Pleadings\National Union\word versions\MSJ\Final\MSJ - notice of manual attachment.doc