UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| _____ | * | |

### NOTICE OF HEARING FOR NATIONAL UNION'S
### MOTION FOR SUMMARY JUDGMENT

National Union Fire Insurance Company of Pittsburgh, Pa., defendant, through undersigned counsel, pursuant to Local Rule 7.2E for the Eastern District of Louisiana, hereby notices the foregoing Motion for Summary Judgment for hearing before the Honorable

1

Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on February 18, 2009, at 9:30 a.m. or as soon thereafter as is practical.

    Respectfully submitted,

    /s/  Karen M. Dicke
    **KAREN M. DICKE (#24781)**
    **GEORGE D. FAGAN (#14260)**
    Leake & Andersson, LLP
    1100 Poydras Street, Suite 1700
    New Orleans, Louisiana 70163-1701
    Telephone:  (504) 585-7500
    Facsimile:  (504) 585-7775
    Email: kdicke@leakeandersson.com
          gfagan@leakeandersson.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record on January 23, 2009, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

    /s/ Karen M. Dicke

F:\38803\2-Pleadings\National Union\word versions\MSJ\Final\MSJ - notice of hearing.doc

2