UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |

### NATIONAL UNION'S REQUEST FOR ORAL ARGUMENT OF ITS MOTION FOR SUMMARY JUDGMENT

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), defendant, through undersigned counsel, and pursuant to Local Rule 78.1E for the Eastern District of Louisiana, requests oral argument on the Motion for Summary Judgment National Union has simultaneously filed in the above-entitled action (see Docket No. 17325). National Union avers that oral argument will assist this Court in identifying and clarifying certain issues of this matter and will additionally

aid the Court as articulated in the Motion for Summary Judgment and supporting Memorandum, which have been filed simultaneously with this motion.

                                    Respectfully submitted,

                                    /s/ Karen M. Dicke
                                  **KAREN M. DICKE (#24781)**
                                  **GEORGE D. FAGAN, T.A. (#14260)**
                                  Leake & Andersson, LLP
                                  1100 Poydras Street, Suite 1700
                                  New Orleans, Louisiana 70163-1701
                                  Telephone: (504) 585-7500
                                  Facsimile: (504) 585-7775
                                  Email: kdicke@leakeandersson.com
                                                gfagan@leakeandersson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record on January 23, 2009, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                                    /s/ Karen M. Dicke

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\MSJ\FINAL\MSJ - REQUEST FOR ORAL ARGUMENT.DOC