UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Exceed Page Limitations filed by Insurer Defendants;

**IT IS HEREBY ORDERED** that Insurer Defendants' Unopposed Motion to Exceed Page Limitations is granted and that the Insurer Defendants are hereby granted an additional ten (10) pages for their reply brief in connection with their Motion to Dismiss.

New Orleans, Louisiana this 22nd day of January, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

1