CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

No. 05-11720          DIVISION "L"          SECTION "6"

TONI SWAIN ORRILL AND OSCAR MAGEE, INDIVIDUALLY, AND ON BEHALF OF THE CLASS

VERSUS

AIG INC.; AIG CONSULTANTS INC.; AIG.COM, INC.; AIG DOMESTIC CLAIMS INC., d/b/a AIG CLAIMS SERVICES; AUDUBON INSURANCE COMPANY d/b/a AUDUBON INSURANCE GROUP; and ABC, DEF, AND GHI INSURANCE COMPANIES, INDIVIDUALLY AND AS ADMINISTRATORS OF THE LOUISIANA CITIZENS' FAIR PLAN

FILED: _____   _____
                          DEPUTY CLERK

FILED
OCT 21 2008
DEPUTY CLERK

JUDGMENT

This matter came for trial on Plaintiffs' Motion to Certify a Class Action. Following trial, the matter was taken under advisement and was submitted to the Court for decision on July 25, 2007 following submission of all post-trial memoranda.

After considering the testimony, arguments of counsel, and extensive review of the applicable law and exhibits introduced into evidence, the Court finds as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Class Certification is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the class be defined as

> "All persons insured by or through the Louisiana Citizens' Fair Plan, and/or the Coastal Plan, underwritten, administered and/or serviced by any one or more of the named defendants, who sustained damages as a result of Hurricane Katrina to their covered personal and/or rental property and/or real property and improvements who have been unable to receive prompt adjustment within thirty days after notification of their loss, and/or who did not receive a written offer to settle within thirty days after receipt of satisfactory proof of loss of that claim, as provided by their policies of insurance."

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Toni Swain Orrill and Oscar MaGee shall serve as class representatives of the class defined.

New Orleans, Louisiana this ___ day of June, 2008.

_____
JUDGE KERN A. REESE
DIVISION "L"

**Exhibit A**