RECEIVED AUG 0 6 2008

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO.: 2006-05530                                                      DIVISION: "F"

STEPHANIE PRESS, INDIVIDUALLY,
AND ON BEHALF OF OTHERS SIMILARLY SITUATED

VERSUS

LOUISIANA CITIZENS FAIR PLAN PROPERTY INSURANCE CORPORATION

JUDGMENT

Plaintiffs' *Motion for Certification of Class Action* came for hearing on June 18th 2008.

**Present were:**

Mark W. Smith (#14447), Howard A. Snyder, and Daniel S. Gruber, attorneys for plaintiffs;

John Waters (#13258), attorney for defendant, Louisiana Citizens Fair Plan Property Insurance Corporation.

After considering the pleadings, memoranda, evidence submitted and arguments of counsel:

IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs' motion for certification of the Class; which includes persons who had a Louisiana Citizens Property Insurance Corporation homeowners' insurance policy at the time of Hurricane Katrina and/or Hurricane Rita; and suffered covered damage to structures insured by that Louisiana Citizens Property Insurance Corporation homeowners' insurance policy as a result of Hurricane Katrina and/or Hurricane Rita; and the Louisiana Citizens Property Insurance Corporation's adjustment identifies three or more trades involved in the repairs; and payment was based on Louisiana Citizens Property Insurance Corporation's adjustment of damages; and the payment did not include 20% General Contractor Overhead and Profit; is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Gaspar Giglio and Cathy Smith are designated as representatives for the class.

**Exhibit C**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Mark W. Smith of Mark W. Smith, APLC, Howard Snyder of Law Offices of Howard Snyder, Daniel Gruber of Gruber & Gruber and Allen Kanner of Kanner & Whiteley, LLC are designated counsel for the class.

NEW ORLEANS, LOUISIANA this ___4___ day of ___August___, 2008.

JUDGE YADA T. MAGEE