UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008.  Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts:  John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff.  *See* Doc. Rec. No. 16833. Subsequently, the United States provided notice of an expert report amendment for Steven Fitzgerald on December 23, 2008.  *See* Doc. Rec. No. 16842.  Moreover, the United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In Re: Katrina Canal Breaches Consolidated Litigation.  See* Doc. Rec. No. 16908.

As noted in the United States' December 22, 2008, Notice of Production, the Plaintiffs were instructed to contact United States counsel after they reviewed the expert reports to obtain any evidence that they may require that was relied upon by the experts when they drafted their

reports. Accordingly, Mr. Bruno requested some evidence that was relied upon by Steven Fitzgerald when he drafted his expert report. Therefore, the United States has produced the requested information within the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368). In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

        XXF-002-000000001    to    XXF-002-000000013;

        XXF-003-000000001    to    XXF-003-000000211.

The document entitled "Ebersoles Levee Wall Elevation Summary" with Bates-stamp range XXF-003-000000003 was provided by Bruce Ebersole to Mr. Fitzgerald and contained elevation data which Mr. Fitzgerald relied upon when he drafted his expert report. Some information in this document has been redacted because it is Mr. Ebersole's draft materials that were not relied upon by Mr. Fitzgerald when drafting his expert report. This redaction is in accordance with the Court's Protective Order which states that "[a]ny and all communications between counsel and experts relating to the drafting of expert reports during the class certification and 'common liability' phases will be protected and non-discoverable pursuant to Sections III(D)(5) and IV(E)(2) of Case Management and Scheduling Order No. 4, respectively."

*See* Doc. Rec. No. 8268.

    Respectfully submitted,

                      MICHAEL F. HERTZ
                      Acting Assistant Attorney General

                      PHYLLIS J. PYLES
                      Director, Torts Branch

                      JAMES G. TOUHEY, JR.
                      Assistant Director, Torts Branch

                      s/ James F. McConnon, Jr.
                      JAMES F. McCONNON, JR.
                      Trial Attorney, Torts Branch, Civil Division
                      U.S. Department of Justice
                      Benjamin Franklin Station, P.O. Box 888
                      Washington, D.C.  20044
                      (202) 616-4400 / (202) 616-5200 (Fax)
                      Attorneys for the United States

Dated: January 23, 2009

**CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on January 23, 2009, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.