EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XXF | 002 | XXF-002-000000001 | XXF-002-000000013 | Expert Witness | Steven Fitzgerald | KC1007 | 1/23/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Supplemental Production from expert Fitzgerald. Input Data and Models re St Bernard Levees |
| XXF | 003 | XXF-003-000000001 | XXF-003-000000211 | Expert Witness | Steven Fitzgerald | KC1008 | 1/23/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Supplemental Production from expert Fitzgerald. Files and Models re St Bernard Levees. Includes redactions in file XXF-003-000000003 based on Protective Order at Doc. Rec. No. 8268. |