# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| *     NO. 05-4182 "K" (2) and (3) | | |
| _____ | * | |
| | | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

NO. 06-5116 (SIMS)           NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)        NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)      NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)      NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)      NO. 06-5140 (PORTER)

### MOTION FOR LEAVE TO CONDUCT
### SETTLEMENT RELATED DISCOVERY

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, to file this Motion for Leave to Conduct Settlement Related Discovery.  On January 12, 2009, Movers received notice of a partial Settlement of the claims against a number of the defendants.  Objections to the settlement must be filed on or before March 13, 2009.  For the reasons set forth in the attached Memorandum, Movers seek leave to conduct settlement related discovery.

Respectfully submitted,

/s/ William C. Gambel  __
William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD L.L.P  909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopier:  (504) 569-7001
wgambel@millinglaw.com
Attorney for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that he has this 23rd day of January, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

<u>/s/ William C. Gambel</u>
William C.Gambel

W380012