UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION *     NO. 05-4182 "K" (2) and (3) _____ | * * * | CIVIL ACTION |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO CONDUCT
SETTLEMENT RELATED DISCOVERY**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, to file this Memorandum in Support of its Motion for Leave to Conduct Settlement Related Discovery given that objection to the Settlement of the claim pending in the Katrina Canal Breaches – Consolidated Litigation, CA No. 05-4182, Section K(2) is set for March 13, 2009, and the release of claims propounded for in the Settlement would prejudice the claims of Mover in this matter.

Movers are advised that a partial settlement has been reached in a class action lawsuit about the alleged failures and/or overtopping (water goes over to the lowest point) of levees and other flood and water control structures during Hurricanes Katrina and Rita.  The Settling Defendants include:  the Orleans Levee District, the Board of Commissioners of the Orleans Levee District, the Board of Commissioners of the Orleans Levee District; the Lake Borgne Basin Levee District, the Board of Commissioners of the

Lake Borgne Basin Levee District; the East Jefferson Levee District; their insurer, and all related people.

    Movers are also advised that while they can object to the Settlement, they cannot be excluded from the settlement.  See Notice, Exhibit A, attached.

    Movers are in need of information not available to them by other means in order to evaluate the settlement and file an objection, if necessary.

    Movers have made a reasonable effort to obtain information from the Committee and defendants.

    Respectfully submitted,

/s/ William C. Gambel\_\_  
William C. Gambel (LA Bar No. 5900)  
MILLING BENSON WOODWARD L.L.P  909 Poydras Street, Suite 2300  
New Orleans, LA  70112-1010  
Telephone:  (504) 569-7000  
Telecopier:  (504) 569-7001  
wgambel@millinglaw.com

JOHN  J. CUMMINGS, III, Bar # 4652  
CUMMINGS & CUMMINGS  
416 Gravier Street  
New Orleans, LA 70130  
Telephone: (504) 586-0000  
Fax:  (504) 522-8423

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he has this 23rd day of January, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

/s/ William C. Gambel  
William C. Gambel

W380013