# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISAINA

IN RE:  KATRINA CANAL BREACHES       *      CIVIL ACTION
CONSOLIDATED LITIGATION           *
*      NO. 05-4182 "K" (2) and (3)
_____  *

PERTAINS TO LEVEE:            *     JUDGE DUVAL

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## RULE 37.1 CERTIFICATE

**NOW COMES** counsel for Plaintiffs, who certifies that counsel for Plaintiffs and

counsel of record for Defendants, have corresponded via e-mail and tried to work this

matter out, but to no avail.

Respectfully submitted,

/s/ William C. Gambel _____
William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD L.L.P  909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopier:  (504) 569-7001
wgambel@millinglaw.com

JOHN  J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000
Fax:  (504) 522-8423

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this 23rd day of January, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

/s/ William C. Gambel

W380019