# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

IN RE:  KATRINA CANAL BREACHES        *        CIVIL ACTION
CONSOLIDATED LITIGATION               *
*        NO. 05-4182 "K" (2) and (3)
_____        *

PERTAINS TO LEVEE:                    *        JUDGE DUVAL

NO. 06-5116 (SIMS)                    NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)                 NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)               NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)               NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)               NO. 06-5140 (PORTER)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion for Leave to

Conduct Settlement Related Discovery has been scheduled and set for the 11th day of

February,  2009, at 11:00 a.m. before the Honorable Daniel E. Knowles, III, United

States Magistrate Judge presiding.

Respectfully submitted,

/s/ William C. Gambel_____
William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD L.L.P 909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopier:  (504) 569-7001
wgambel@millinglaw.com

JOHN  J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000
Fax (504) 522-8423

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this <u>23rd</u> day of January, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.


<u>/s/ William C. Gambel</u>

W380016