# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

IN RE:  KATRINA CANAL BREACHES          *       CIVIL ACTION
CONSOLIDATED LITIGATION                 *
*       NO. 05-4182 "K" (2) and (3)
_____  *


PERTAINS TO LEVEE:                      *       JUDGE DUVAL

NO. 06-5116 (SIMS)                      NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)                   NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)                 NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)                 NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)                 NO. 06-5140 (PORTER)


### ORDER

Considering the Motion for Leave to Conduct Settlement Related Discovery,

IT IS HEREBY ORDERED that said Motion for Leave to Conduct Settlement

Discovery is hereby GRANTED.

New Orleans, Louisiana, _____, 2009.

_____

380014