UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
|     Plaintiff, | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * | |
| _____ | * | |
| | * | MAGISTRATE JUDGE: |
| PERTAINS TO: INSURANCE | * | JOSEPH C. WILKINSON |
| *Kiefer, et al v. Allstate Ins., et al* | * | |
| No. 06-5370 | * | |
| | * | |
|     Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering Federal Insurance Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Shera J. Finn of the law firm of Barrasso Usdin

Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Federal Insurance

Company.

New Orleans, Louisiana, this  22nd  day of January, 2009.

_____
J U D G E

Our File:  10,400

127251