# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>*      NO. 05-4182 "K" (2) and (3)<br>_____ | *<br>*<br><br>* | CIVIL ACTION |
| **PERTAINS TO LEVEE:** | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in the above cases to move for expedited hearing on Plaintiffs' Motion for Leave to Conduct Settlement Related Discovery.  Plaintiffs respectfully request that the Court grant their Motion for Expedited Hearing.

Respectfully submitted,

/s/ William C. Gambel_____
William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD L.L.P
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopier:  (504) 569-7001
wgambel@millinglaw.com

JOHN  J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000
Fax:  (504) 522-8423

CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he has this <u>23rd</u> day of January, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

<u>/s/ William C. Gambel</u>

W380015