# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

IN RE:  KATRINA CANAL BREACHES        *        CIVIL ACTION
CONSOLIDATED LITIGATION               *
*        NO. 05-4182 "K" (2) and (3)
_____      *

PERTAINS TO LEVEE:                    *        JUDGE DUVAL

NO. 06-5116 (SIMS)              NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)           NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)         NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)         NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)         NO. 06-5140 (PORTER)

## ORDER

Considering Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for

Leave to Conduct Settlement Related Discovery,

IT IS HEREBY ORDERED that said Motion for Expedited Hearing is hereby

GRANTED.  Said hearing is set to be heard on _____, 2009, at

_____ _.m.

_____

W380017