UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION: 05-4182 "K" (2) JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE Nos. 06-1672; 06-1673; 06-1674; 07-3569; 07-7855 | * * * * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON |

*********************************************

## **O R D E R**

Considering Liberty Mutual Fire Insurance Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Bonita Y. Watson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Liberty Mutual Fire Insurance Company.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
J U D G E

127284