UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| | § | |

NOTICE OF PRODUCTION

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set of Requests for Production propounded in Robinson (06-2268), Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants' Requests for Production of Documents, respectively, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| BFP-010-000000001 | to | BFP-010-000000001; |
| BFP-010-000000002 | to | BFP-010-000000002; |
| BFP-010-000000003 | to | BFP-010-000000003; |
| BFP-010-000000004 | to | BFP-010-000000004; |
| BFP-010-000000005 | to | BFP-010-000000005; |
| BFP-010-000000006 | to | BFP-010-000000006; |
| BFP-010-000000007 | to | BFP-010-000000007; |
| BFP-010-000000008 | to | BFP-010-000000008; |
| BFP-010-000000009 | to | BFP-010-000000009; |
| BFP-010-000000010 | to | BFP-010-000000010; |
| BFP-010-000000012 | to | BFP-010-000000012; |
| BFP-010-000000013 | to | BFP-010-000000013; |
| BFP-010-000000014 | to | BFP-010-000000014; |
| BFP-010-000000020 | to | BFP-010-000000020; |
| BFP-010-000000021 | to | BFP-010-000000021; |
| BFP-010-000000022 | to | BFP-010-000000022; |
| BFP-010-000000024 | to | BFP-010-000000024; |
| BFP-010-000000025 | to | BFP-010-000000025; |
| BFP-010-000000027 | to | BFP-010-000000027; |
| BFP-010-000000032 | to | BFP-010-000000032; |
| BFP-010-000000033 | to | BFP-010-000000033; |
| BFP-010-000000034 | to | BFP-010-000000034; |
| BFP-010-000000035 | to | BFP-010-000000035; |
| BFP-010-000000036 | to | BFP-010-000000036; |
| BFP-010-000000037 | to | BFP-010-000000037; |
| BFP-010-000000038 | to | BFP-010-000000038; |
| BFP-010-000000039 | to | BFP-010-000000039; |
| BFP-010-000000040 | to | BFP-010-000000040; |
| BFP-010-000000041 | to | BFP-010-000000041; |
| BFP-010-000000042 | to | BFP-010-000000042; |
| BFP-010-000000043 | to | BFP-010-000000043; |
| BFP-010-000000044 | to | BFP-010-000000044; |
| BFP-010-000000045 | to | BFP-010-000000045; |
| BFP-010-000000046 | to | BFP-010-000000046; |
| BFP-010-000000048 | to | BFP-010-000000048; |
| BFP-010-000000049 | to | BFP-010-000000049; |
| BFP-010-000000050 | to | BFP-010-000000050; |
| BFP-010-000000051 | to | BFP-010-000000051; |
| BFP-010-000000052 | to | BFP-010-000000052; |
| BFP-010-000000053 | to | BFP-010-000000053; |
| BFP-010-000000054 | to | BFP-010-000000054; |
| BFP-010-000000055 | to | BFP-010-000000055; |
| BFP-010-000000056 | to | BFP-010-000000056; |
| BFP-010-000000057 | to | BFP-010-000000057; |

| | | |
|---|---|---|
| BFP-010-000000058 | to | BFP-010-000000058; |
| BFP-010-000000059 | to | BFP-010-000000059; |
| BFP-010-000000060 | to | BFP-010-000000060; |
| BFP-010-000000061 | to | BFP-010-000000061; |
| BFP-010-000000063 | to | BFP-010-000000063; |
| BFP-010-000000064 | to | BFP-010-000000064; |
| BFP-010-000000065 | to | BFP-010-000000065; |
| BFP-010-000000066 | to | BFP-010-000000066; |
| BFP-010-000000070 | to | BFP-010-000000070; |
| BFP-010-000000071 | to | BFP-010-000000071; |
| BFP-010-000000072 | to | BFP-010-000000072; |
| BFP-010-000000073 | to | BFP-010-000000073; |
| BFP-010-000000075 | to | BFP-010-000000075; |
| BFP-010-000000076 | to | BFP-010-000000076; |
| BFP-010-000000077 | to | BFP-010-000000077; |
| BFP-010-000000078 | to | BFP-010-000000078; |
| BFP-010-000000079 | to | BFP-010-000000079; |
| BFP-010-000000080 | to | BFP-010-000000080; |
| BFP-010-000000081 | to | BFP-010-000000081; |
| BFP-010-000000083 | to | BFP-010-000000083; |
| BFP-010-000000085 | to | BFP-010-000000085; |
| BFP-010-000000087 | to | BFP-010-000000087; |
| BFP-010-000000089 | to | BFP-010-000000089; |
| BFP-010-000000090 | to | BFP-010-000000090; |
| BFP-010-000000091 | to | BFP-010-000000091; |
| BFP-010-000000092 | to | BFP-010-000000092; |
| BFP-010-000000093 | to | BFP-010-000000093; |
| BFP-010-000000094 | to | BFP-010-000000094; |
| BFP-010-000000095 | to | BFP-010-000000095; |
| BFP-010-000000096 | to | BFP-010-000000096; |
| BFP-010-000000098 | to | BFP-010-000000098; |
| BFP-010-000000099 | to | BFP-010-000000099; |
| BFP-010-000000100 | to | BFP-010-000000100; |
| BFP-010-000000101 | to | BFP-010-000000101; |
| BFP-010-000000102 | to | BFP-010-000000102; |
| BFP-010-000000103 | to | BFP-010-000000103; |
| BFP-010-000000105 | to | BFP-010-000000105; |
| BFP-010-000000106 | to | BFP-010-000000106; |
| BFP-010-000000108 | to | BFP-010-000000108; |
| BFP-010-000000109 | to | BFP-010-000000109; |
| BFP-010-000000110 | to | BFP-010-000000110; |
| BFP-010-000000111 | to | BFP-010-000000111; |
| BFP-010-000000112 | to | BFP-010-000000112; |
| BFP-010-000000113 | to | BFP-010-000000113; |

| | | |
|---|---|---|
| BFP-010-000000114 | to | BFP-010-000000114; |
| BFP-010-000000115 | to | BFP-010-000000115; |
| BFP-010-000000118 | to | BFP-010-000000118; |
| BFP-010-000000119 | to | BFP-010-000000119; |
| BFP-010-000000120 | to | BFP-010-000000120; |
| BFP-010-000000121 | to | BFP-010-000000121; |
| BFP-010-000000123 | to | BFP-010-000000123; |
| BFP-010-000000124 | to | BFP-010-000000124; |
| BFP-010-000000125 | to | BFP-010-000000125; |
| BFP-010-000000126 | to | BFP-010-000000126; |
| BFP-010-000000128 | to | BFP-010-000000128; |
| BFP-010-000000129 | to | BFP-010-000000129; |
| BFP-010-000000130 | to | BFP-010-000000130; |
| BFP-010-000000131 | to | BFP-010-000000131; |
| BFP-010-000000132 | to | BFP-010-000000132; |
| BFP-010-000000134 | to | BFP-010-000000134; |
| BFP-010-000000137 | to | BFP-010-000000137; |
| BFP-010-000000139 | to | BFP-010-000000139; |
| BFP-010-000000140 | to | BFP-010-000000140; |
| BFP-010-000000141 | to | BFP-010-000000141; |
| BFP-010-000000143 | to | BFP-010-000000143; |
| BFP-010-000000144 | to | BFP-010-000000144; |
| BFP-010-000000145 | to | BFP-010-000000145; |
| BFP-010-000000147 | to | BFP-010-000000147; |
| BFP-010-000000148 | to | BFP-010-000000148; |
| BFP-010-000000149 | to | BFP-010-000000149; |
| BFP-010-000000150 | to | BFP-010-000000150; |
| BFP-010-000000151 | to | BFP-010-000000151; |
| BFP-010-000000152 | to | BFP-010-000000152; |
| BFP-010-000000153 | to | BFP-010-000000153; |
| BFP-010-000000154 | to | BFP-010-000000154; |
| BFP-010-000000155 | to | BFP-010-000000155; |
| BFP-010-000000156 | to | BFP-010-000000156; |
| BFP-010-000000158 | to | BFP-010-000000158; |
| BFP-010-000000159 | to | BFP-010-000000159; |
| BFP-010-000000160 | to | BFP-010-000000160; |
| BFP-010-000000161 | to | BFP-010-000000161; |
| BFP-010-000000162 | to | BFP-010-000000162; |
| BFP-010-000000163 | to | BFP-010-000000163; |
| BFP-010-000000164 | to | BFP-010-000000164; |
| BFP-010-000000165 | to | BFP-010-000000165; |
| BFP-010-000000166 | to | BFP-010-000000166; |
| BFP-010-000000167 | to | BFP-010-000000167; |
| BFP-010-000000168 | to | BFP-010-000000168; |

| | | |
|---|---|---|
| BFP-010-000000169 | to | BFP-010-000000169; |
| BFP-010-000000170 | to | BFP-010-000000170; |
| BFP-010-000000171 | to | BFP-010-000000171; |
| BFP-010-000000172 | to | BFP-010-000000172; |
| BFP-010-000000173 | to | BFP-010-000000173; |
| BFP-010-000000174 | to | BFP-010-000000174; |
| BFP-010-000000175 | to | BFP-010-000000175; |
| BFP-010-000000176 | to | BFP-010-000000176; |
| BFP-010-000000177 | to | BFP-010-000000177; |
| BFP-010-000000178 | to | BFP-010-000000178; |
| BFP-010-000000179 | to | BFP-010-000000179; |
| BFP-010-000000180 | to | BFP-010-000000180; |
| BFP-010-000000181 | to | BFP-010-000000181; |
| BFP-010-000000182 | to | BFP-010-000000182; |
| BFP-010-000000183 | to | BFP-010-000000183; |
| BFP-010-000000184 | to | BFP-010-000000184; |
| BFP-010-000000185 | to | BFP-010-000000185; |
| BFP-010-000000186 | to | BFP-010-000000186; |
| BFP-010-000000187 | to | BFP-010-000000187; |
| BFP-010-000000188 | to | BFP-010-000000188; |
| BFP-010-000000189 | to | BFP-010-000000189; |
| BFP-010-000000190 | to | BFP-010-000000190; |
| BFP-010-000000191 | to | BFP-010-000000191; |
| BFP-010-000000192 | to | BFP-010-000000192; |
| BFP-010-000000193 | to | BFP-010-000000193; |
| BFP-010-000000194 | to | BFP-010-000000194; |
| BFP-010-000000195 | to | BFP-010-000000195; |
| BFP-010-000000196 | to | BFP-010-000000196; |
| BFP-010-000000197 | to | BFP-010-000000197; |
| BFP-010-000000200 | to | BFP-010-000000200; |
| BFP-010-000000201 | to | BFP-010-000000201; |
| BFP-010-000000202 | to | BFP-010-000000202; |
| BFP-010-000000203 | to | BFP-010-000000203; |
| BFP-010-000000204 | to | BFP-010-000000204; |
| BFP-010-000000205 | to | BFP-010-000000205; |
| BFP-010-000000206 | to | BFP-010-000000206; |
| BFP-010-000000207 | to | BFP-010-000000207; |
| EFP-013-000003311 | to | EFP-013-000003311; |
| EFP-013-000003324 | to | EFP-013-000003324; |
| EFP-013-000003358 | to | EFP-013-000003358; |
| EFP-013-000003360 | to | EFP-013-000003360; |
| EFP-013-000003384 | to | EFP-013-000003384; |
| EFP-013-000003447 | to | EFP-013-000003447; |
| EFP-013-000003549 | to | EFP-013-000003549; |

| | | |
|---|---|---|
| EFP-013-000003627 | to | EFP-013-000003627; |
| EFP-013-000003654 | to | EFP-013-000003654; |
| EFP-013-000003705 | to | EFP-013-000003705; |
| EFP-013-000003706 | to | EFP-013-000003706; |
| EFP-013-000003707 | to | EFP-013-000003707; |
| EFP-013-000003708 | to | EFP-013-000003708; |
| EFP-013-000003711 | to | EFP-013-000003711; |
| EFP-013-000003714 | to | EFP-013-000003714; |
| EFP-013-000003741 | to | EFP-013-000003741; |
| EFP-013-000003999 | to | EFP-013-000003999; |
| EFP-013-000004008 | to | EFP-013-000004008; |
| EFP-013-000004260 | to | EFP-013-000004260; |
| EFP-013-000004261 | to | EFP-013-000004261; |
| EFP-013-000004272 | to | EFP-013-000004272; |
| EFP-013-000004295 | to | EFP-013-000004295; |
| EFP-013-000004301 | to | EFP-013-000004301; |
| EFP-034-000000004 | to | EFP-034-000000004; |
| EFP-034-000000006 | to | EFP-034-000000006; |
| EFP-034-000000026 | to | EFP-034-000000026; |
| EFP-034-000000029 | to | EFP-034-000000029; |
| EFP-034-000000031 | to | EFP-034-000000031; |
| EFP-034-000000042 | to | EFP-034-000000042; |
| EFP-034-000000044 | to | EFP-034-000000044; |
| EFP-034-000000048 | to | EFP-034-000000048; |
| EFP-034-000000050 | to | EFP-034-000000050; |
| EFP-034-000000057 | to | EFP-034-000000057; |
| EFP-036-000003091 | to | EFP-036-000003091; |
| EFP-036-000003093 | to | EFP-036-000003093; |
| EFP-036-000003113 | to | EFP-036-000003113; |
| EFP-036-000003116 | to | EFP-036-000003116; |
| EFP-036-000003118 | to | EFP-036-000003118; |
| EFP-036-000003129 | to | EFP-036-000003129; |
| EFP-036-000003131 | to | EFP-036-000003131; |
| EFP-036-000003135 | to | EFP-036-000003135; |
| EFP-036-000003137 | to | EFP-036-000003137; |
| EFP-036-000003144 | to | EFP-036-000003144; |
| EFP-036-000003148 | to | EFP-036-000003148; |
| EFP-040-000000082 | to | EFP-040-000000082; |
| EFP-040-000000083 | to | EFP-040-000000083; |
| EFP-040-000000084 | to | EFP-040-000000084; |
| EFP-040-000000085 | to | EFP-040-000000085; |
| EFP-040-000000086 | to | EFP-040-000000086; |
| EFP-040-000000087 | to | EFP-040-000000087; |
| EFP-040-000000094 | to | EFP-040-000000094; |

| | | |
|---|---|---|
| EFP-040-000000095 | to | EFP-040-000000095; |
| EFP-040-000000096 | to | EFP-040-000000096; |
| EFP-040-000000097 | to | EFP-040-000000097; |
| EFP-040-000000099 | to | EFP-040-000000099; |
| EFP-040-000000109 | to | EFP-040-000000109; |
| EFP-040-000000110 | to | EFP-040-000000110; |
| EFP-040-000000112 | to | EFP-040-000000112; |
| EFP-040-000000148 | to | EFP-040-000000148; |
| EFP-040-000000173 | to | EFP-040-000000173; |
| EFP-040-000000174 | to | EFP-040-000000174; |
| EFP-040-000000205 | to | EFP-040-000000205; |
| EFP-040-000000207 | to | EFP-040-000000207; |
| EFP-040-000000227 | to | EFP-040-000000227; |
| EFP-040-000000230 | to | EFP-040-000000230; |
| EFP-040-000000232 | to | EFP-040-000000232; |
| EFP-040-000000243 | to | EFP-040-000000243; |
| EFP-040-000000245 | to | EFP-040-000000245; |
| EFP-040-000000249 | to | EFP-040-000000249; |
| EFP-040-000000250 | to | EFP-040-000000250; |
| EFP-040-000000251 | to | EFP-040-000000251; |
| EFP-040-000000258 | to | EFP-040-000000258; |
| EFP-040-000000262 | to | EFP-040-000000262. |

The following documents, which contain redacted images protected under the Privacy Act, 5 U.S.C. § 552a, were also selected for production in the manner specified in the United States Document Production Protocol (Doc. Rec. 5368):

| | | |
|---|---|---|
| BFP-010-000000062 | to | BFP-010-000000062; |
| BFP-010-000000104 | to | BFP-010-000000104; |
| BFP-010-000000107 | to | BFP-010-000000107; |
| BFP-010-000000116 | to | BFP-010-000000116; |
| BFP-010-000000117 | to | BFP-010-000000117; |
| BFP-010-000000122 | to | BFP-010-000000122; |
| BFP-010-000000127 | to | BFP-010-000000127; |
| BFP-010-000000133 | to | BFP-010-000000133; |
| BFP-010-000000135 | to | BFP-010-000000135; |
| BFP-010-000000136 | to | BFP-010-000000136; |
| BFP-010-000000138 | to | BFP-010-000000138; |
| BFP-010-000000142 | to | BFP-010-000000142; |
| BFP-010-000000146 | to | BFP-010-000000146; |
| BFP-010-000000198 | to | BFP-010-000000198; |
| BFP-010-000000199 | to | BFP-010-000000199; |

| | | |
|---|---|---|
| EFP-013-000003296 | to | EFP-013-000003296; |
| EFP-013-000003308 | to | EFP-013-000003308; |
| EFP-020-000000125 | to | EFP-020-000000125; |
| EFP-034-000000045 | to | EFP-034-000000045; |
| EFP-036-000003132 | to | EFP-036-000003132; |
| EFP-040-000000246 | to | EFP-040-000000246; |
| WFP-010-000000001 | to | WFP-010-000000001. |

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 23, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on January 23, 2009, I served a true copy of the United States' Notice of Production upon all parties by ECF.

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.