## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| **PERTAINS TO:** (*include only one*) | * | |
| **ALL CASES** | * | |
| **ALL LEVEE** | * | |
| **ALL MRGO** | * | |
| **ALL INSURANCE** | * | |
| **ALL RESPONDER** | * | |
| **LEVEE**        (SPECIFIC CASE NUMBER(S)) | * | |
| **MRGO**        (SPECIFIC CASE NUMBER(S)) | * | |
| **INSURANCE**    (SPECIFIC CASE NUMBER(S)) | * | |
| **RESPONDER**    (SPECIFIC CASE NUMBER(S)) | * | |
| | * | |

## <u>MOTION TO WITHDRAW CO-COUNSEL</u>

Karen Marie Dicke (La. Bar No. 24781) hereby moves to withdraw herself as counsel for

National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC"), defendant. George D.

Fagan (La. Bar No. 14260) will remain as Trial Counsel for NUFIC.

WHEREFORE defendant, National Union Fire Insurance Company of Pittsburgh, Pa.

("NUFIC"), respectfully requests that its motion to withdraw be GRANTED, withdrawing Karen

Marie Dicke (La. Bar No. 24781) as co-counsel of record for NUFIC, maintaining George D.

Fagan (La. Bar No. 14260) as Trial Counsel and for all other relief deemed just and proper.

Respectfully submitted,

 /s/ Karen M. Dicke
**KAREN M. DICKE (#24781)**
**GEORGE D. FAGAN, T.A. (#14260)**
*Leake & Andersson, LLP*
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email:        *kdicke@leakeandersson.com*
                  *gfagan@leakeandersson.com*

Attorneys for Defendant:
National Union Fire Insurance Company
    of Pittsburgh, Pa.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on January 23, 2009, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

            /s/ Karen M Dicke

CP / 38803 / Doc 43

2