UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION  NO. 05-4182 "K" (2)  JUDGE DUVAL  MAG. WILKINSON |
| PERTAINS TO: (*include only one*)  ALL CASES  ALL LEVEE  ALL MRGO  ALL INSURANCE  ALL RESPONDER  LEVEE           (SPECIFIC CASE NUMBER(S))  MRGO            (SPECIFIC CASE NUMBER(S))  INSURANCE   (SPECIFIC CASE NUMBER(S))  RESPONDER (SPECIFIC CASE NUMBER(S)) | * * * * * * * * * * * | |

## ORDER

Considering the Motion to Withdraw filed on behalf of Karen Marie Dicke (La. Bar No. 24781);

IT IS HEREBY ORDERED that the motion is GRANTED, withdrawing Karen Marie Dicke (La. Bar No. 24781) and maintaining George D. Fagan (La. Bar No. 14260) as Trial Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC").

New Orleans, Louisiana, this _____ day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

CP / 38803 / Doc 44

1