# ENVIRONMENTAL ASSESSMENT

## SOUTH BANK MISSISSIPPI RIVER-GULF OUTLET BORROW SITE

Project Purpose:

The purpose of the proposed project is to obtain borrow material from the south bank of the Mississippi River-Gulf Outlet (MR-GO) for use in construction of the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project.

Project Description:

The proposed project would consist of the removal of approximately 800,000 cubic yards of material from an area approximately 2,400 feet by 500 feet along the right descending bank of the MR-GO between MR-GO B/L Sta. 283 + 29 and MR-GO B/L Sta. 305 + 97 (Figure 1). The proposed borrow area would be excavated with a bucket dredge to a maximum depth of approximately -36 feet NGVD (Figure 2). Borrow material would be temporarily stockpiled in an area 2,400 feet by 250 feet adjacent to the borrow area for dewatering. After dewatering, the borrow material would be loaded onto trucks and hauled either to a construction site or to a proposed stockpile area south-southwest of the borrow area and adjacent to Paris Road (Figure 1). The stockpile area consists of approximately 68 acres -approximately 37 acres west and 31 acres east of Paris Road, respectively.

The proposed dredging operation would impact approximately 9 acres of water bottom, 12 acres of marsh, and 6 acres of scrub/shrub upland habitat. Approximately 14 acres of scrub/shrub upland habitat would be imapcted in the temporary stockpile area. Stockpiling adjacent to Parish Road would impact approximately 43 acres of marsh and approximately 25 acres of scrub/shrub upland habitat.

The Board of Commissioners, Port of New Orleans, proposes to construct a temporary unloading facility at the site of the borrow area as a part of the Paris Road Terminal marine facility. The Board of Commissioners received a Department of the Army permit, (MR-GO)57, for this interim facility on September 8, 1982. This permit has been extended to September 8, 1988.

NPM-035-000002784

