UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NUMBER:  05-4182 "K"(2)
JUDGE DUVAL
MAG. WILKINSON

PERTAINS TO:  *Robinson*
(No. 06-2268)

**ORDER**

Having considered the Plaintiffs' Ex Parte Motion for Leave to File a Supplemental

Memorandum in Support of Their Motion for Partial Summary Judgment, Exceeding Fifteen

Pages in Length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to

File is GRANTED.  Plaintiffs may file a seventeen page Memorandum.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana

1

## <u>CERTIFICATE OF SERVICE</u>

I, Pierce O'Donnell, hereby certify that on January 23, 2009, I caused to be served

**ORDER**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard

Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov,

keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

<u>/s/ Pierce O'Donnell</u>