UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES  *
CONSOLIDATED LITIGATION    *  CIVIL ACTION NO.: 05-4182
               *
               *  JUDGE: DUVAL
               *
               *  MAGISTRATE: WILKINSON
PERTAINS TO:         *
               *
INSURANCE: *Aguilar*, 07-4852 *
               *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiff Lillian Bates on any homeowners' insurance policy issued by Allstate Insurance Company or Allstate Indemnity Company to this plaintiff are dismissed, without prejudice, each party to bear its own costs.

126955

New Orleans, Louisiana, this 23rd day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE