UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES  \*
CONSOLIDATED LITIGATION        \*   CIVIL ACTION NO.: 05-4182
                               \*
                               \*   JUDGE: DUVAL
                               \*
                               \*   MAGISTRATE: WILKINSON
PERTAINS TO:                   \*
                               \*
INSURANCE:   *Aguilar*, 07-4852 \*
                               \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs L.J. and Eva Aucoin, Burnell and Gloria Blue and Algy Irvin on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

126661

New Orleans, Louisiana, this 23rd day of January, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge