UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO: INSURANCE                 SECTION "K"(2)
       AARON, 06-4746

## ORDER

Considering the Plaintiff's Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice (Rec. Doc. 17289), accordingly

**IT IS ORDERED** that the motion is **GRANTED.** All claims asserted by Plaintiff Debbie Fernandez on any homeowners' insurance policies issued by defendants Allstate Insurance Company or Allstate Indemnity Company as to this Plaintiff are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __23rd__ day of January, 2009.

_____
       STANWOOD R. DUVAL, JR.
       UNITED STATES DISTRICT JUDGE