UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION: 05-4182 "K" (2) JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE Nos. 06-1672; 06-1673; 06-1674; 06-2315; 06-2786; 06-3996; 06-4385, 06-4818, 06-6145; 06-6163; 06-7557; 06-7771; 06-7909; 06-8274; 06-8674; 06-8885; 06-8892; 06-9096; 06-10852; 07-1015 | * * * * * * * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON |

*********************************************

## ALLSTATE INSURANCE COMPANY'S MOTION TO WITHDRAW COUNSEL

Defendant, Allstate Insurance Company, respectfully moves to withdraw Bonita Y. Watson and Jeanmarie LoCoco Nicholson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Allstate Indemnity Company, as they are no longer members of this firm.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
   Of
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company

1

127279

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel has been served upon counsel of record by e-filing into the record and/or by placing same in the United States Mail, postage prepaid and properly addressed this 26th day of January, 2009.

/s/ *Judy Y. Barrasso*
_____