UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION: 05-4182 "K" (2)<br><br>JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE<br>Nos. 06-1672; 06-1673; 06-1674; 06-2315; 06-2786; 06-3996; 06-4385, 06-4818, 06-6145; 06-6163; 06-7557; 06-7771; 06-7909; 06-8274; 06-8674; 06-8885; 06-8892; 06-9096; 06-10852; 07-1015 | * * * * * * * | MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON |

*******************************************

**O R D E R**

Considering Allstate Insurance Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Bonita Y. Watson and Jeanmarie LoCoco Nicholson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Allstate Insurance Company.

New Orleans, Louisiana, this _____ day of January, 2009.

_____

J U D G E

127279