UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION: 05-4182 "K" (2)<br><br>JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE<br>Nos. 06-1672; 06-1673; 06-1674; 06-2919;<br>05-6323; 07-2747; 07-2748; 07-2749; 07-2750;<br>07-2751; 07-2752; 07-2754; 07-2755; 07-2756;<br>06-8150; 07-3396 | *<br>*<br>*<br>*<br>*<br>* | MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ALLSTATE INDEMNITY COMPANY'S MOTION TO WITHDRAW COUNSEL**

Defendant, Allstate Indemnity Company, respectfully moves to withdraw Bonita Y. Watson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Allstate Indemnity Company, as she is no longer a member of this firm.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
  Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Indemnity Company

1

127263

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel has been served upon counsel of record by e-filing into the record and/or by placing same in the United States Mail, postage prepaid and properly addressed this 26th day of January, 2009.

*/s/ Judy Y. Barrasso*
_____

127263