UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION: 05-4182 "K" (2) <br><br> JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE <br> Nos. 06-1672; 06-1673; 06-1674; 06-2919; 05-6323; 07-2747; 07-2748; 07-2749; 07-2750; 07-2751; 07-2752; 07-2754; 07-2755; 07-2756; 06-8150; 07-3396 | * * * * * * | MAGISTRATE JUDGE: <br> JOSEPH C. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering Allstate Indemnity Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Bonita Y. Watson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Allstate Indemnity Company.

New Orleans, Louisiana, this _____ day of January, 2009.

J U D G E

127263