UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>*     NO. 05-4182 "K" (2) and (3) | *<br>*<br><br>* | CIVIL ACTION |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

### ORDER

Considering Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Leave to Conduct Settlement Related Discovery,

IT IS HEREBY ORDERED that said Motion for Expedited Hearing is hereby GRANTED. Said ORAL hearing is set to be heard on __February 4th__, 2009, at 11:00 a.m. in Courtroom B305.

_Daniel E. Knowles, III_

W380017