UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW A. LEMMON** | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. 06-5023 |
| | * | |
| versus | * | |
| | * | |
| | * | SECTION: CARL J. BARBIER |
| | * | |
| **METLIFE AUTO & HOME INSURANCE** | * | |
| **COMPANY, INC. AND AMERICAN** | * | |
| **RELIABLE INSURANCE COMPANY** | * | MAG.: KAREN WELLS ROBY |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |
| Defendants. | * | |

## RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, comes the Plaintiff, Andrew A. Lemmon, and Defendant, American Reliable Insurance Company ("American"), in its capacity as the flood insurance carrier, a Write Your Own Carrier ("WYO") participating in the National Flood Insurance Program pursuant to the National Flood Insurance Act of 1968, as amended (42

1

U.S.C. §4001, *et seq.*), appearing herein in its "fiduciary"[1] as the "fiscal agent of the United States,"[2] and at the expense of the U.S. Treasury, who each and all do hereby stipulate and agree that all claims in the above referenced cause are hereby dismissed with prejudice against American in its capacity as a WYO, as American and the Plaintiff have compromised and settled the disputes between the parties. Each party hereto will bear its own costs.

 WHEREFORE, the said parties pray that the Court issue an Order dismissing this matter, with prejudice, and with each party to bear its own costs.

Dated: January 26, 2009.

        Respectfully submitted,
        **NIELSEN LAW FIRM, L.L.C.**
        */s/ Gerald J. Nielsen*
        Gerald J. Nielsen, La. S.B. #17078
        William T. Treas, La Bar #26537
        3838 N. Causeway Blvd., Suite 2850
        Metairie, Louisiana 70002
        P:(504) 837-2500 .
        F: (504) 832-9165
        GJNielsen@aol.com
        wtreas@nielsenlawfirm.com
        Counsel for Defendant:
        American Reliable Insurance Company

        And

        */s/ Irma L. Netting*
        Irma L. Netting
        15058 River Road
        P.O. Box 904
        Hahnville, Louisiana 70057
        Attorney for Plaintiff

---

[1] 44 C.F.R. Pt. 62.23(f).

[2] 42 U.S.C. § 4071(a)(1); *Gowland v. Aetna,* 143 F.3d 951 at 953 (5th Cir.1998).