UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW A. LEMMON** | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. 06-5023 |
| | * | |
| versus | * | |
| | * | |
| | * | SECTION: CARL J. BARBIER |
| | * | |
| **METLIFE AUTO & HOME INSURANCE COMPANY, INC. AND AMERICAN RELIABLE INSURANCE COMPANY** | * * * | MAG.: KAREN WELLS ROBY |
| | * | |
| **Defendants.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |
| **Defendants.** | * | |

## **ORDER**

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal With Prejudice;

IT IS ORDERED that all claims against American Reliable Insurance Company in its capacity as a Write Your Own flood insurance carrier participating in the National Flood Insurance Program are hereby dismissed, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of January, 2009.

_____
DISTRICT JUDGE