UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: *Robinson*, No. 06-2268 | § | |
| _____ | § | |

## NOTICE OF VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned counsel, will take the videotaped deposition of Dr. Shih-Ang Hsu, at the Law Office of Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113 on February 13, 2009 at 9:00 a.m. The videotaped deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. Additionally, counsel for the United States may ask Dr. Hsu to mark exhibits in an effort to make the record more clear when necessary.

Pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, the Defendant United States requests that Dr. Hsu produce the documents set forth in the attached

Exhibit A to the undersigned counsel at the commencement of the deposition on Friday, February 13, 2009.

                                             Respectfully submitted,

                                             MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  /s/ Kara K. Miller
KARA K. MILLER
Trial Attorney
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4294 (tel.)
(202) 616-5200 (fax)
Kara.K.Miller@usdoj.gov
Attorneys for Defendant United States

Dated: January 26, 2009.

## EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION

1. Any and all materials considered or relied upon by the deponent in connection with this litigation.

2. Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal, state or local.

3. Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

4. Any and all updates to the Delft University Final Report dated June 23, 2008.

**CERTIFICATE OF SERVICE**

I, Kara K. Miller, hereby certify that on January 26, 2008, I served a true copy of the United States' Notice of Videotaped Deposition upon all parties by ECF.

  s/ Kara K. Miller
KARA K. MILLER