UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-5531, 05-5724, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885, 06-0225,<br>06-0886, 06-11208, 06-2278, 06-2287, 06-2346,<br>06-2545, 06-3529, 06-4065, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5042, 06-5159, 06-5163,<br>06-5342, 06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7516, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288, 07-1289,<br>07-3500 | HON. STANWOOD DUVAL |

**PERTAINS TO:   LEVEE, MRGO and BARGE**

## NOTICE OF HEARING

Please take notice that the Joint Motion to Supplement Order Confirming Stay of Certain Claims filed by on behalf of Class Representatives, Kenneth & Jeannine Armstrong, Thurman R. Kaiser, and Donna Augustine, individually and on behalf of the proposed Class (the "Plaintiffs"), and the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Southeast Louisiana Flood Protection Authority – East, and St. Paul Fire and Marine Insurance Company will be heard on the 18th day of February, 2009 at 9:00 A.M. before the Honorable Stanwood Duval, Jr., Section K, in the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

By: */s/ Joseph M. Bruno*

Joseph M. Bruno (#3604)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
E-Mail: jbruno@jbrunolaw.com
ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO PLAINTIFF SUBGROUP LITIGATION COMMITTEES


GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

By: */s/ Gerald E. Meunier*

Gerald E. Meunier (#9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE


DOMENGEAUX WRIGHT ROY & EDWARDS

By: */s/ James P. Roy*

James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana 70502
Telephone: (337) 593-4190
Facsimile: (337) 233-2796
LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL

By:    */s/ Thomas P. Anzelmo*
Thomas P. Anzelmo, (#2533)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT


DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK

By:
Gary M. Zwain, (#13809)
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT


LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

By:    */s/ Ralph S. Hubbard, III*
Ralph S. Hubbard III (#7040)
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

PHELPS DUNBAR, L.L.P.

By:    */s/ S. Ault Hootsell III*
       S. Ault Hootsell III (#17630)
       Canal Place
       365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Facsimile: (504) 568-9130
ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Joint Motion to Enter Order Confirming Stay of Certain Claims has been served upon all counsel of record via electronic mail on this 26 day of January, 2009.

Gary M. Zwain