UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: (*include only one*)<br>ALL CASES<br>ALL LEVEE<br>ALL MRGO<br>ALL INSURANCE<br>ALL RESPONDER<br>LEVEE         (SPECIFIC CASE NUMBER(S))<br>MRGO          (SPECIFIC CASE NUMBER(S))<br>INSURANCE     (SPECIFIC CASE NUMBER(S))<br>RESPONDER     (SPECIFIC CASE NUMBER(S)) | * * * * * * * * * * | |

## ORDER

Considering the Motion to Withdraw filed on behalf of Karen Marie Dicke (La. Bar No. 24781);

IT IS HEREBY ORDERED that the motion is GRANTED, withdrawing Karen Marie Dicke (La. Bar No. 24781) and maintaining George D. Fagan (La. Bar No. 14260) as Trial Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC").

New Orleans, Louisiana, this 27th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

CP / 38803 / Doc 44

1