UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:    INSURANCE | JUDGE DUVAL |
|                 Hurricane Legal Center | MAG. WILKINSON |
|                 Mass Joinder Cases | |

Anderson 07-6737
R. Adams 07-4459
Aguda 07-4457
Allen-Perkins 07-5204
D. Adams 07-5206

**PLAINTIFFS' RESPONSE TO STATE FARM'S MOTION FOR
APPEAL OF MAGISTRATE ORDER DENYING ITS RULE 59 MOTION**

MAY IT PLEASE COURT,

Counsel can add little to Magistrate Judge Wilkinson's January 8, 2009 minute entry, which is attached.

Plaintiffs are not trying to alter the factual allegations of the original complaints.

Both this Honorable Court and Magistrate Judge Wilkinson have found that the original complaint, while "in artfully worded" provides a claim for wind damage. The amending complaint attempts to better articulate a claim for wind damage, while acknowledging in the amending complaint that the property also sustained flood damage for which the State Farm homeowners insurance is not responsible.

Respectfully submitted,

*/S/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR. (3962)
HURRICANE LEGAL CENTER. LLC
910 Julia Street
New Orleans, Louisiana 70113
Telephone:    (504) 525-1944
Facsimile:    (504) 525-1279
Email: larrycentola@hotmail.com