UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| _____ | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE: |
| Nos. 06-1672; 06-1673; 06-1674; 06-2919; | * | JOSEPH C. WILKINSON |
| 05-6323; 07-2747; 07-2748; 07-2749; 07-2750; | * | |
| 07-2751; 07-2752; 07-2754; 07-2755; 07-2756; | * | |
| 06-8150; 07-3396 | * | |
| | * | |

**********************************************

## O R D E R

Considering Allstate Indemnity Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Bonita Y. Watson of the law firm of Barrasso Usdin

Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Allstate Indemnity

Company.

New Orleans, Louisiana, this ___27th___ day of January, 2009.

_____
J U D G E

127263