UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE: DUVAL |
| | * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE: *Aaron*, 06-4746 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE**
**AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, Arthur Augusta, Dorothy Cage, Stafford and Lillian Cola, Larry and Lucille Dace, John and Mercides Dexter, Vera Fulton, Danielle and Michael James and Donald and Kathleen Villavasso respectfully request that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that any claims on any homeowners' policies issued by Allstate to these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

S/Joseph W. Rausch
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of December, 2008.

____________________________________

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE: *Aaron*, 06-4746 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Arthur Augusta, Dorothy Cage, Stafford and Lillian Cola, Larry and Lucille Dace, John and Mercides Dexter, Vera Fulton, Danielle and Michael James and Donald and Kathleen Villavasso on any homeowners' insurance policies issued by defendants Allstate Insurance

Company or Allstate Indemnity Company as to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____ day of ___________________, 2008.

_____________________________________
UNITED STATES DISTRICT JUDGE