# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NO. 05-4182 |
| * | | |
| PERTAINS TO: *Kavanagh* C.A. No. 06-11384 * | | SECTION "K"(2) |
| * * * * * * * * * * * * * * | | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by plaintiff, David Kavanagh and defendant, Lexington Insurance Company, through undersigned counsel, that the aforesaid action has been amicably resolved and that this action should be dismissed with prejudice, each party to bear its own costs.

Respectfully Submitted,

 /s/ William Barousse
ROBERT I. SIEGEL, (#12063)
JOHN E. W. BAAY II, *T.A.* (#22928)
WILLIAM A. BAROUSSE (#29748)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square, 701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011

*Attorneys for Lexington Insurance Company*

-and-

  /s/ David Kavanagh
B. GERALD WEEKS (#13306)
DAVID E. KAVANAGH (#2019)
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, Second Floor
New Orleans, LA 70112
Telephone:     (504) 529-5100

*Attorneys for David Kavanagh*