UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: *Kavanagh* C.A. No. 06-11384 | * | SECTION "K"(2) |
| * * * * * * * * * * * * * | | |

## ORDER

CONSIDERING the Stipulation of Dismissal filed in the above entitled and numbered lawsuit by Lexington Insurance Company and signed by counsel for David Kavanagh and Lexington Insurance Company,

ITS IS HEREBY ORDERED that the claims of the Plaintiff David Kavanagh against Lexington Insurance Company in the above entitled and numbered lawsuit are hereby DISMISSED, with prejudice.

THIS DONE AND SIGNED on the _____ day of _____, 2009, New Orleans, Louisiana.

_____
**JUDGE STANDWOOD R. DUVAL JR.**