UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| <u>Dear Mother's</u>, C.A. No. 06-5890 | MAG. WILKINSON |

## PARTIAL DISMISSAL ORDER

Plaintiffs have complied with this court's severance order. Record Doc. No. 16701. The insurance claims formerly misjoined in the referenced case, C.A. No. 06-5890, and in the captioned consolidated litigation, will now be proceeding independently in newly-filed C.A. No. 09-106, separately from the unrelated levee breach claims in the captioned consolidated litigation, which remain pending. Accordingly,

**IT IS ORDERED** that all claims asserted in the original complaint of the referenced case, C.A. No. 06-5890, against defendants, M.A. Hayes Company, Travelers Indemnity Company, and Travelers Property Cas. Co. of America, are hereby DISMISSED WITHOUT PREJUDICE to their resolution in C.A. No. 09-106. Plaintiffs' claims against all other defendants in C.A. No. 06-5890 c/w 05-4182 who have not yet been dismissed remain pending and are unaffected by this order.

New Orleans, Louisiana, this __26th__ day of __January__, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

CLERK TO NOTIFY:
HON. JAY WILKINSON