UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE: DUVAL |
| | | MAGISTRATE: WILKINSON |
| PERTAINS TO: | | |
| INSURANCE: *Aaron*, 06-4746 | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE
AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, Arthur Augusta, Dorothy Cage, Stafford and Lillian Cola, Larry and Lucille Dace, John and Mercides Dexter, Vera Fulton, Danielle and Michael James and Donald and Kathleen Villavasso respectfully request that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that any claims on any homeowners' policies issued by Allstate to these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

117996

- 2 -

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

                Respectfully Submitted,

                **JIM S. HALL & ASSOCIATES**

                  S/Jim S. Hall
                Jim S. Hall, No. 21644
                800 N. Causeway Boulevard
                Suite #100
                Metairie, Louisiana  70001
                Telephone:  (504) 832-3000
                Facsimile:  (504) 832-1799
                *Attorney for Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the _____ day of December, 2008.

_____

117996