UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE:  DUVAL |
| PERTAINS TO: | | MAGISTRATE:  WILKINSON |
| INSURANCE:    *Aguilar*, 07-4852 | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE
### AND PARTIAL MOTION TO DISMISS, WITHOUT PREJUDICE

Plaintiffs, Yvette Barnett, Elie Castille, Lillie Mae Cole, Gail M. Dominguez, Willie J. Franklin, Skyina Gaston, Hilda Green, Evelyn LeBlanc, Bessie Montana, Elliot Tigler, and Frankie Turner, Sr. respectfully request that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that all any claims on any homeowners' insurance policies against Allstate by any of these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

123848

- 2 -

WHEREFORE, Plaintiffs pray that this motion be granted, each party to bear its own costs.

                                        Respectfully Submitted,

                                        **JIM S. HALL & ASSOCIATES**

                                        S/Jim S. Hall
                                        Jim S. Hall, No. 21644
                                        800 N. Causeway Boulevard
                                        Suite #100
                                        Metairie, Louisiana  70001
                                        Telephone:  (504) 832-3000
                                        Facsimile:  (504) 832-1799
                                        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the _____ day of December, 2008.

                                        _____

- 2 -

123848