UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | JUDGE:  DUVAL |
| _____ | * | |
| | * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE:          *Aguilar*, 07-4852 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### MOTION FOR LIMITED REOPENING OF CASE
### AND PARTIAL MOTION TO DISMISS, WITHOUT PREJUDICE

Plaintiffs, Rita and Larry Barard and Stacey Compass respectfully request that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that all any claims on any homeowners' insurance policies against Allstate by any of these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

_____ S/Jim S. Hall _____
Jim S. Hall, No. 21644
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the _____ day of December, 2008.

_____

125106

125106