# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| * | |
| * | |
| * | |
| IN RE: KATRINA CANAL BREACHES * | **CIVIL ACTION** |
| CONSOLIDATED LITIGATION * | |
| * | **NO. 05-4182** |
| * | **and consolidated cases** |
| PERTAINS TO:  BARGE * | |
| * | **SECTION "K" (2)** |

**PERTAINS TO:   BARGE**

|  |  |  |
|---|---|---|
| *Boutte v. Lafarge_* | **05-5531** | * |
| *Mumford v. Ingram* | **05-5724** | * |
| *Lagarde v. Lafarge* | **06-5342** | * |
| *Perry v. Ingram* | **06-6299** | * **JUDGE** |
| *Benoit v. Lafarge* | **06-7516** | * **STANWOOD R. DUVAL, JR.** |
| *Parfait Family v. USA* | **07-3500** | * |
| *Lafarge v. USA* | **07-5178** | * **MAG. JOSEPH C. WILKINSON, JR.** |
| *Weber v. Lafarge* | **08- 4459** | * |
| | | * |

## BARGE PLAINTIFFS' *EX PARTE* MOTION FOR APPOINTMENT OF SHAWN KHORRAMI AS CO-LIAISON COUNSEL

Barge Plaintiffs' Liaison Counsel respectfully moves the Court to appoint and confirm as

co-liaison attorney Shawn Khorrami of Khorrami, Pollard & Abir, LLP for the reasons set forth

in the supporting memorandum provided herewith.

Respectfully Submitted,

LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 885-7700
Telephone:  (504) 581-6180
Facsimile:  (504) 581-4336
bgilbert@briangilbertlaw.com

Attorney for Plaintiffs
Barge Plaintiffs' Liaison

and

KHORRAMI, POLLARD & ABIR


\s\ Shawn Khorrami
SHAWN KHORRAMI  (CA Bar #180411)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:      (213) 596-6000
Facsimile:      (213) 596-6010
skhorrami@kpalawers.com
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this   27th day of January, 2009.


\s\Brian A. Gilbert
BRIAN A. GILBERT