UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:   BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*_           05-5531<br>*Mumford v. Ingram*        05-5724<br>*Lagarge v. Lafarge*         06-5342<br>*Perry v. Ingram*              06-6299<br>*Benoit v. Lafarge*            06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*               07-5178<br>*Weber v. Lafarge*           08- 4459 | * * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

**NOTICE OF HEARING**

**YOU ARE HEREBY NOTIFIED** that the **Barge Plaintiffs' Motion For Appointment Of Shawn Khorrami  As Co-Liaison Counsel** will be heard before the Hon. Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, at 9:30 a.m. on the 18th of February, 2009.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 27th day of January, 2009.

\s\Brian A. Gilbert
BRIAN A. GILBERT