UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO:   BARGE | *<br>* SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*       06-6299<br>*Benoit v. Lafarge*      06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*         07-5178<br>*Weber v. Lafarge*       08- 4459 | *<br>*<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JOSEPH C. WILKINSON, JR.<br>* |

## ORDER

Considering the above and foregoing, it is hereby **ORDERED** that **Barge Plaintiffs' Motion For Appointment Of Shawn Khorrami  As Co-Liaison Counsel** be, and is hereby **GRANTED**.  **FURTHER ORDERED** that Shawn Khorrami is hereby appointed Barge Plaintiffs' Co-Liaison Counsel, along with Brian A. Gilbert, and that Mr. Khorrami is directed to this Court's Case Management Orders in this matter containing instructions and requirements pertinent to this appointment.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
**HON. STANWOOD R. DUVAL, JR.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 27th day of January, 2009.

                                        \s\Brian A. Gilbert  
                                        BRIAN A. GILBERT