## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*        05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*        07-3500 | * | MAG. |
| *Lafarge v. USA*        07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*        08-4459 | * | |

## *EX PARTE* MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SUR-SUR-REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS

The Barge Plaintiffs' Subgroup Litigation Committee respectfully moves for leave to file the attached Sur-Sur-Reply in Support of Motion to Certify Class. This Sur-Sur-Reply is submitted to address Lafarge's material misstatements in its Sur-Reply respecting the law of joint and several liability in maritime tort litigation. Lafarge may be held liable for the entirety of an indivisible injury, regardless of the degree of fault. This principle of law bears directly upon the common questions of liability and causation, and therefore, is of material importance to the issue of class certification. Lafarge's erroneous assertions to the contrary - that it can only be held liable for a proportionate share - underlie much of its opposition to class certification.

The Barge Plaintiffs' Subgroup Committee deems it essential and of material importance that the Court weigh within the *correct* legal context the merits of class versus individual trials. The

proposed Sur-Sur-Reply corrects Lafarge's misstatements as to the manner in which liability and causation inquiry proceed, and how they affect apportionment of fault against Lafarge.

January 27, 2009						Respectfully submitted,


							 /s/ Lawrence D. Wiedemann
							LAWRENCE D. WIEDEMANN, (13457)
							KARL WIEDEMANN, (18502)
							KAREN WIEDEMANN, (21151)
							Wiedemann & Wiedemann
							821 Baronne Street
							New Orleans, Louisiana 70113
							Telephone: (504) 581-6180
							Facsimile: (504) 581-4336
							ldwiedeman@aol.com
							karenwiedemann@bellsouth.net
							karlwied@bellsouth.net


							/s/ Brian A. Gilbert
							BRIAN A. GILBERT (21297)
							Law Office of Brian A. Gilbert, P.L.C.
							821 Baronne Street
							New Orleans, Louisiana 70113
							Telephone: (504) 581-6180
							Facsimile: (504) 581-4336
							bgilbert@briangilbertlaw.com


							/s/ Patrick J. Sanders
							PATRICK J. SANDERS (18741)
							3316 Ridgelake Drive
							Metairie, Louisiana 70002
							Telephone: (504) 834-0646
							pistols42@aol.com

							/s/ Richard T. Seymour
							RICHARD T. SEYMOUR (D.C. Bar # 28100)
							Law Office of Richard T. Seymour, P.L.L.C
							1150 Connecticut Avenue N.W., Suite 900
							Washington, D.C. 20036-4129

Telephone: (202) 862-4320
Cell: (202) 549-1454
Facsimile: (800) 805-1065 & (202) 828-4130
rick@rickseymourlaw.net

/s/ Shawn Khorrami
SHAWN KHORRAMI (CA Bar #180411)
DYLAN POLLARD (CA Bar #180306)
MATT BAILEY (CA Bar #218685)
444 S. Flower St., 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail, to non-CM/ECF participants.

New Orleans, Louisiana, this 27th day of January, 2009.

\S\Brian A. Gilbert