# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| | | * | |
| IN RE:  KATRINA CANAL BREACHES | | * | |
| CONSOLIDATED LITIGATION | | * | CIVIL ACTION |
| | | * | |
| | | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | | * | and consolidated cases |
| | | * | |
| | | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* | 08-4459 | * | |

## PROPOSED ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SUR-SUR-REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS

Considering the above and foregoing, good cause appearing, it is hereby ordered that the

Barge Plaintiffs' *Ex Parte Motion for Leave to File Barge Plaintiffs' Sur-sur-reply in Support of*

*Motion to Certify Class* be, and is hereby, GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____

HON. STANWOOD R. DUVAL, JR.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail,  to non-CM/ECF participants.

New Orleans, Louisiana, this 27th day of January, 2009.

\S\Brian A. Gilbert