UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | * | |
| Master Consolidated Class Action | * | JUDGE DUVAL |
| Complaint (Doc. No. 3413) | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

**************************************************************************

## THE INSURANCE PSLC'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND re: (Rec.Doc. 16711)

**MAY IT PLEASE THE COURT:**

The Plaintiffs' Liaison Counsel Joseph M. Bruno, Calvin C. Fayard, Jr. Insurance PSLC Liaison Counsel, and Insurance PSLC members John Ellison, James Garner, Jerry Joseph McKernan, and Drew Ranier (hereinafter collectively referred to as "the Insurance PSLC") move the court to extend the deadline in which to respond to the Defendant's Motion to Strike Class Allegations from Insurance Master Complain (Rec. Doc. 16711), for reasons more fully set forth in the attached memorandum in support.

**WHEREFORE**, the Insurance PSLC prays that the court grant the Plaintiff's Motion and extend the deadline in which to respond to the Defendant's Motion to Strike Class Allegations from Insurance Master Complaint (Rec. Doc. 16711).

1

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno
jbruno@jbrunolaw.com
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 561-6776
Fax: (504) 561-6775

FOR THE INSURANCE PLAINTIFFS
SUBGROUP LITIGATION COMMITTEE

Calvin C. Fayard, Jr. (La. Bar No. 5486)
LIAISON COUNSEL – INSURANCE PSLC
calvinfayard@fayardlaw.com
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

AND

John N. Ellison, Esq.
jellison@andersonkill.com
ANDERSON, KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Ph: (215) 568-4202
Fax: (215) 568-4375
*Admitted Pro Hac Vice*

AND

James M. Garner (La. Bar No. 19589)
jgarner@shergarner.com
SHER, GARNER, CAHILL, RICHTER, KLEIN,
& HILBERT
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Ph: (504) 299-2100
Fax: (504) 299-2300

AND

Joseph J. McKernan (La. Bar. No. 10027)
jemckernan@mckernanlawfirm.com
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph: (225) 926-1234
Fax: (225) 926-1202

AND

Drew A. Ranier (La. Bar No. 8320)
drainer@rgelaw.com
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO

3