UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | * | |
| Master Consolidated Class Action | * | JUDGE DUVAL |
| Complaint (Doc. No. 3413) | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

*******************************************************************************

## **ORDER**

Upon consideration of the Plaintiffs' Liaison Counsel Joseph M. Bruno, Calvin C.

Fayard, Jr. Insurance PSLC Liaison Counsel, and Insurance PSLC members John Ellison, James

Garner, Jerry Joseph McKernan, and Drew Ranier (hereinafter collectively referred to as "the

Insurance PSLC") Unopposed Motion for Extension of Time to Respond re: (Rec. Doc. 16711) ,

and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, the Insurance PSLC is

allowed to file their Opposition on or before Friday, January 23, 2009.

_____

UNITED STATES DISTRICT COURT JUDGE

1