UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>    **Aaron, 06-4746**<br>    Severed Mass Joinder Cases | SECTION "K"(2) |

## ORDER OF DISMISSAL

The Court having been advised by plaintiffs' counsel, Joseph Rausch, by letters with attached report that all cases listed on the report, which were severed from the captioned <u>Aaron</u> case, except C.A. 07-2022, <u>Phil and June Matherne v. State Farm Fire & Casualty Co.</u>, and C.A. No. 07-2164, <u>Bonnie and William Shelton, Jr. V. State Farm Fire & Casualty Co.</u>, have been settled and may be conditionally dismissed. Accordingly,

**IT IS ORDERED** that those actions listed in the attachment to this Order, <u>except</u> C.A. 07-2022, <u>Phil and June Matherne v. State Farm Fire & Casualty Co.</u>, and C.A. No. 07-2164, <u>Bonnie and William Shelton, Jr. V. State Farm Fire & Casualty Co.</u>, be and are hereby dismissed without costs and without prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this  27th  day of January, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Judge Jay Wilkinson