# Funding Approval/Agreement
Title I of the Housing and Community
Development Act (Public Law 930383)

**U.S. Department of Housing and Urban Development**
Office of Community Planning and Development
Community Development Block Grant Program

HI-00515R of 20515R

| 1. Name of Grantee (as shown in item 5 of Standard Form 424) | 3. Grantee's 9-digit Tax ID Number | 4. Date use of funds may begin (mm/dd/yyyy) |
|---|---|---|
| State of Louisiana | 72-600072 | 12/11/2007 |
| 2. Grantee's Complete Address (as shown in item 5 of Standard Form 424) 1201 North 3rd Street, Suite 7-720 Baton Rouge, LA 70802 | 5a. Project/Grant No. 1  B-08-DG-22-0003 | 6a. Amount Approved  $1,000,000,000 |
| | 5b. Project/Grant No. 2 | 6b. Amount Approved |
| | 5c. Project/Grant No. 3 | 6c. Amount Approved |

**Grant Agreement:** This Grant Agreement between the Department of Housing and Urban Development (HUD) and the above named Grantee is made pursuant to the authority of Title I of the Housing and Community Development Act of 1974, as amended, (42 USC 5301 et seq.). The Grantee's submissions for Title I assistance, the HUD regulations at 24 CFR Part 570 (as now in effect and as may be amended from time to time), and this Funding Approval, including any special conditions, constitute part of the Agreement. Subject to the provisions of this Grant Agreement, HUD will make the funding assistance specified here available to the Grantee upon execution of the Agreement by the parties. The funding assistance specified in the Funding Approval may be used to pay costs incurred after the date specified in item 4 above provided the activities to which such costs are related are carried out in compliance with all applicable requirements. Pre-agreement costs may not be paid with funding assistance specified here unless they are authorized in HUD regulations or approved by waiver and listed in the special conditions to the Funding Approval. The Grantee agrees to assume all of the responsibilities for environmental review, decision making, and actions, as specified and required in regulations issued by the Secretary pursuant to Section 104(g) of Title I and published in 24 CFR Part 58. The Grantee further acknowledges its responsibility for adherence to the Agreement by sub-recipient entities to which it makes funding assistance hereunder available.

| U.S. Department of Housing and Urban Development (By Name) | Grantee Name |
|---|---|
| Nelson R. Bregón | Angele Davis |
| Title | Title |
| General Deputy Assistant Secretary of Community Planning and Development | Commissioner of Administration |
| Signature  Nelson R. Bregón    Date: DEC 17 2008 | Signature   Angele Davis    Date: 12/24/08 |

| 7. Category of Title I Assistance for this Funding Action (check only one) | 8. Special Conditions (check one) | 9a. Date HUD Received Submission (mm/dd/yyyy) 12/12/2007 | 10. check one |
|---|---|---|---|
| [ ] a. Entitlement, Sec 106(b)  [x] b. State-Administered, Sec 106(d)(1) NHK 12/12/08  [ ] c. HUD-Administered Small Cities, Sec 106(d)(2)(B)  [ ] d. Indian CDBG Programs, Sec 106(a)(1)  [ ] e. Surplus Urban Renewal Funds, Sec 112(b)  [ ] f. Special Purpose Grants, Sec 107  [ ] g. Loan Guarantee, Sec 108 | [ ] None  [x] Attached | 9b. Date Grantee Notified (mm/dd/yyyy) 12/11/2007  9c. Date of Start of Program Year (mm/dd/yyyy) NA | [ ] a. Orig. Funding Approval  [x] b. Amendment  Amendment Number  1.  JAK 12/19/2008 |

| 11. Amount of Community Development Block Grant | FY (yyyy) 2008 | FY (yyyy) | FY (yyyy) |
|---|---|---|---|
| a. Funds Reserved for this Grantee | $2,000,000,000 | | |
| b. Funds now being Approved | $1,000,000,000 | | |
| c. Reservation to be Cancelled (11a minus 11b) | | | |

| 12a. Amount of Loan Guarantee Commitment now being Approved | 12b. Name and complete Address of Public Agency |
|---|---|

**Loan Guarantee Acceptance Provisions for Designated Agencies:**
The public agency hereby accepts the Grant Agreement executed by the Department Housing and Urban Development on the above date with respect to the above grant number(s) as Grantee designated to receive loan guarantee assistance, and agrees to comply with the terms and conditions of the Agreement, applicable regulations, and other requirements of HUD now or hereafter in effect, pertaining to the assistance provided it.

| 12c. Name of Authorized Official for Designated Public Agency |
|---|
| Title |
| Signature | Date (mm/dd/yyyy) |

## HUD Accounting use Only

| Batch | TAC | Program Y | A Reg | Area | Document No. | Project Number | Category | Amount | Effective Date (mm/dd/yyyy) F |
|---|---|---|---|---|---|---|---|---|---|
| 1 5 3  1 7 6 | | | | | | | | | |
| | | Y | | | | Project Number | | Amount | |
| | | Y | | | | Project Number | | Amount | |

| Date Entered PAS (mm/dd/yyyy) | Date Entered LOCCS (mm/dd/yyyy) | Batch Number | Transaction Code | Entered By | Verified By |
|---|---|---|---|---|---|

24 CFR 570

form **HUD-7082** (4/93)

# Special Contract Conditions for
# HUD Grant No. B-08-DG-22-0003:
# CDBG Gulf Coast Disaster Recovery Assistance

1. The grantee must use these Community Development Block Grant (CDBG) funds as provided by Public Law 110-116, the Department of Defense 2008 Appropriation Act, Division B, enacted November 13, 2007.

2. The grantee must comply with all requirements previously and subsequently issued by the U.S. Department of Housing and Urban Development with respect to this grant. Requirements were published in the *Federal Register* December 11, 2007, at 72 FR 70472.

3. The grantee must comply with all applicable requirements of the Housing and Community Development Act of 1974, as amended, and the Cranston-Gonzalez National Affordable Housing Act, as amended, and other statutes, regulations, notices, and Office of Management and Budget (OMB) circulars, except as provided for in conditions 1 and 2, above. The grantee is advised to pay particular attention to: regulations at 24 CFR part 58 pertaining to environmental review requirements; labor standards requirements of 42 U.S.C. 5310; and OMB Circular A-87 pertaining to cost principles.

# Funding Approval/Agreement

Title I of the Housing and Community
Development Act (Public Law 930383)

**U.S. Department of Housing and Urban Development**
Office of Community Planning and Development
Community Development Block Grant Program

HI-00515R of 20515R

| 1. Name of Grantee (as shown in item 5 of Standard Form 424) | 3. Grantee's 9-digit Tax ID Number | 4. Date use of funds may begin |
|---|---|---|
| State of Louisiana | 72-600072 | (mm/dd/yyyy)  12/11/2007 |
| 2. Grantee's Complete Address (as shown in item 5 of Standard Form 424) | 5a. Project/Grant No. 1 | 6a. Amount Approved |
| 1201 North 3rd Street, Suite 7-720 | B-08-DG-22-0003 | $1,000,000,000 |
| Baton Rouge, LA 70802 | 5b. Project/Grant No. 2 | 6b. Amount Approved |
|  | 5c. Project/Grant No. 3 | 6c. Amount Approved |

**Grant Agreement:** This Grant Agreement between the Department of Housing and Urban Development (HUD) and the above named Grantee is made pursuant to the authority of Title I of the Housing and Community Development Act of 1974, as amended, (42 USC 5301 et seq.). The Grantee's submissions for Title I assistance, the HUD regulations at 24 CFR Part 570 (as now in effect and as may be amended from time to time), and this Funding Approval, including any special conditions, constitute part of the Agreement. Subject to the provisions of this Grant Agreement, HUD will make the funding assistance specified here available to the Grantee upon execution of the Agreement by the parties. The funding assistance specified in the Funding Approval may be used to pay costs incurred after the date specified in item 4 above provided the activities to which such costs are related are carried out in compliance with all applicable requirements. Pre-agreement costs may not be paid with funding assistance specified here unless they are authorized in HUD regulations or approved by waiver and listed in the special conditions to the Funding Approval. The Grantee agrees to assume all of the responsibilities for environmental review, decision making, and actions, as specified and required in regulations issued by the Secretary pursuant to Section 104(g) of Title I and published in 24 CFR Part 58. The Grantee further acknowledges its responsibility for adherence to the Agreement by sub-recipient entities to which it makes funding assistance hereunder available.

| U.S. Department of Housing and Urban Development (By Name) | Grantee Name |
|---|---|
| Nelson R. Bregón | Angele Davis |
| Title | Title |
| General Deputy Assistant Secretary of Community Planning and Development | Commissioner of Administration |
| Signature  Date (mm/dd/yyyy) DEC 17 2008 | Signature  Date (mm/dd/yyyy) 12/24/08 |

| 7. Category of Title I Assistance for this Funding Action (check only one) | 8. Special Conditions (check one) | 9a. Date HUD Received Submission (mm/dd/yyyy) 12/12/2007 | 10. check one |
|---|---|---|---|
| ☐ a. Entitlement, Sec 106(b) | ☐ None | 9b. Date Grantee Notified (mm/dd/yyyy) 12/11/2007 | ☐ a. Orig. Funding Approval |
| ☒ b. State-Administered, Sec 106(d)(1) | ☒ Attached |  | ☒ b. Amendment |
| ☐ c. HUD-Administered Small Cities, Sec 106(d)(2)(B) |  | 9c. Date of Start of Program Year (mm/dd/yyyy) NA | Amendment Number 1 |
| ☐ d. Indian CDBG Programs, Sec 106(a)(1) |  |  |  |
| ☐ e. Surplus Urban Renewal Funds, Sec 112(b) | 11. Amount of Community Development Block Grant | FY (yyyy) 2008 | FY (yyyy) | FY (yyyy) |
| ☐ f. Special Purpose Grants, Sec 107 | a. Funds Reserved for this Grantee | $2,000,000,000 |  |  |
| ☐ g. Loan Guarantee, Sec 108 | b. Funds now being Approved | $1,000,000,000 |  |  |
|  | c. Reservation to be Cancelled (11a minus 11b) |  |  |  |

| 12a. Amount of Loan Guarantee Commitment now being Approved | 12b. Name and complete Address of Public Agency |
|---|---|
| **Loan Guarantee Acceptance Provisions for Designated Agencies:** The public agency hereby accepts the Grant Agreement executed by the Department Housing and Urban Development on the above date with respect to the above grant number(s) as Grantee designated to receive loan guarantee assistance, and agrees to comply with the terms and conditions of the Agreement, applicable regulations, and other requirements of HUD now or hereafter in effect, pertaining to the assistance provided it. | 12c. Name of Authorized Official for Designated Public Agency |
|  | Title |
|  | Signature                                         Date (mm/dd/yyyy) |

### HUD Accounting use Only

| Batch | TAC | Program Y | A Reg | Area | Document No. | Project Number | Category | Amount | Effective Date (mm/dd/yyyy) F |
|---|---|---|---|---|---|---|---|---|---|
| 153 176 |  |  |  |  |  |  |  |  |  |
|  |  | Y |  |  |  | Project Number |  | Amount |  |
|  |  | Y |  |  |  | Project Number |  | Amount |  |

| Date Entered PAS (mm/dd/yyyy) | Date Entered LOCCS (mm/dd/yyyy) | Batch Number | Transaction Code | Entered By | Verified By |
|---|---|---|---|---|---|

24 CFR 570   form **HUD-7082** (4/93)

# Special Contract Conditions for
# HUD Grant No. B-08-DG-22-0003:
# CDBG Gulf Coast Disaster Recovery Assistance

1. The grantee must use these Community Development Block Grant (CDBG) funds as provided by Public Law 110-116, the Department of Defense 2008 Appropriation Act, Division B, enacted November 13, 2007.

2. The grantee must comply with all requirements previously and subsequently issued by the U.S. Department of Housing and Urban Development with respect to this grant. Requirements were published in the *Federal Register* December 11, 2007, at 72 FR 70472.

3. The grantee must comply with all applicable requirements of the Housing and Community Development Act of 1974, as amended, and the Cranston-Gonzalez National Affordable Housing Act, as amended, and other statutes, regulations, notices, and Office of Management and Budget (OMB) circulars, except as provided for in conditions 1 and 2, above. The grantee is advised to pay particular attention to: regulations at 24 CFR part 58 pertaining to environmental review requirements; labor standards requirements of 42 U.S.C. 5310; and OMB Circular A-87 pertaining to cost principles.

# Funding Approval/Agreement

Title I of the Housing and Community
Development Act (Public Law 930383)

**U.S. Department of Housing and Urban Development**
Office of Community Planning and Development
Community Development Block Grant Program

HI-00515R of 20515R

| 1. Name of Grantee (as shown in item 5 of Standard Form 424) | 3. Grantee's 9-digit Tax ID Number | 4. Date use of funds may begin |
|---|---|---|
| State of Louisiana | 72-600072 | (mm/dd/yyyy) 12/11/2007 |

| 2. Grantee's Complete Address (as shown in item 5 of Standard Form 424) | 5a. Project/Grant No. 1 | 6a. Amount Approved |
|---|---|---|
| 1201 North 3rd Street, Suite 7-720<br>Baton Rouge, LA 70802 | B-08-DG-22-0003 | $1,000,000,000 |
| | 5b. Project/Grant No. 2 | 6b. Amount Approved |
| | 5c. Project/Grant No. 3 | 6c. Amount Approved |

**Grant Agreement:** This Grant Agreement between the Department of Housing and Urban Development (HUD) and the above named Grantee is made pursuant to the authority of Title I of the Housing and Community Development Act of 1974, as amended, (42 USC 5301 et seq.). The Grantee's submissions for Title I assistance, the HUD regulations at 24 CFR Part 570 (as now in effect and as may be amended from time to time), and this Funding Approval, including any special conditions, constitute part of the Agreement. Subject to the provisions of this Grant Agreement, HUD will make the funding assistance specified here available to the Grantee upon execution of the Agreement by the parties. The funding assistance specified in the Funding Approval may be used to pay costs incurred after the date specified in item 4 above provided the activities to which such costs are related are carried out in compliance with all applicable requirements. Pre-agreement costs may not be paid with funding assistance specified here unless they are authorized in HUD regulations or approved by waiver and listed in the special conditions to the Funding Approval. The Grantee agrees to assume all of the responsibilities for environmental review, decision making, and actions, as specified and required in regulations issued by the Secretary pursuant to Section 104(g) of Title I and published in 24 CFR Part 58. The Grantee further acknowledges its responsibility for adherence to the Agreement by sub-recipient entities to which it makes funding assistance hereunder available.

| U.S. Department of Housing and Urban Development (By Name) | Grantee Name |
|---|---|
| Nelson R. Bregón | Angele Davis |
| Title | Title |
| General Deputy Assistant Secretary of Community Planning and Development | Commissioner of Administration |
| Signature  Date (mm/dd/yyyy) DEC 17 2008 | Signature  Date (mm/dd/yyyy) 12/24/08 |

| 7. Category of Title I Assistance for this Funding Action (check only one) | 8. Special Conditions (check one) | 9a. Date HUD Received Submission (mm/dd/yyyy) 12/12/2007 | 10. check one |
|---|---|---|---|
| ☐ a. Entitlement, Sec 106(b)<br>☒ b. State-Administered, Sec 106(d)(1) JHK 12/12/08<br>☐ c. HUD-Administered Small Cities, Sec 106(d)(2)(B)<br>☐ d. Indian CDBG Programs, Sec 106(a)(1)<br>☐ e. Surplus Urban Renewal Funds, Sec 112(b)<br>☐ f. Special Purpose Grants, Sec 107<br>☐ g. Loan Guarantee, Sec 108 | ☐ None<br>☒ Attached | 9b. Date Grantee Notified (mm/dd/yyyy) 12/11/2007 | ☐ a. Orig. Funding Approval<br>☒ b. Amendment<br>Amendment Number 1  JHK 12/12/2008 |
| | | 9c. Date of Start of Program Year (mm/dd/yyyy) NA | |

| 11. Amount of Community Development Block Grant | FY (yyyy) 2008 | FY (yyyy) | FY (yyyy) |
|---|---|---|---|
| a. Funds Reserved for this Grantee | $2,000,000,000 | | |
| b. Funds now being Approved | $1,000,000,000 | | |
| c. Reservation to be Cancelled (11a minus 11b) | | | |

| 12a. Amount of Loan Guarantee Commitment now being Approved | 12b. Name and complete Address of Public Agency |
|---|---|

**Loan Guarantee Acceptance Provisions for Designated Agencies:**
The public agency hereby accepts the Grant Agreement executed by the Department Housing and Urban Development on the above date with respect to the above grant number(s) as Grantee designated to receive loan guarantee assistance, and agrees to comply with the terms and conditions of the Agreement, applicable regulations, and other requirements of HUD now or hereafter in effect, pertaining to the assistance provided it.

| 12c. Name of Authorized Official for Designated Public Agency |
|---|
| Title |
| Signature  Date (mm/dd/yyyy) |

### HUD Accounting use Only

| Batch | TAC | Program | Y | A Reg | Area | Document No. | Project Number | Category | Amount | Effective Date (mm/dd/yyyy) | F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 5 3 | | | | | | | | | | | |
| 1 7 6 | | | | | | | | | | | |
| | | | Y | | | | Project Number | | Amount | | |
| | | | Y | | | | Project Number | | Amount | | |

| Date Entered PAS (mm/dd/yyyy) | Date Entered LOCCS (mm/dd/yyyy) | Batch Number | Transaction Code | Entered By | Verified By |
|---|---|---|---|---|---|

24 CFR 570   form **HUD-7082** (4/93)

# Special Contract Conditions for
# HUD Grant No. B-08-DG-22-0003:
# CDBG Gulf Coast Disaster Recovery Assistance

1. The grantee must use these Community Development Block Grant (CDBG) funds as provided by Public Law 110-116, the Department of Defense 2008 Appropriation Act, Division B, enacted November 13, 2007.

2. The grantee must comply with all requirements previously and subsequently issued by the U.S. Department of Housing and Urban Development with respect to this grant. Requirements were published in the *Federal Register* December 11, 2007, at 72 FR 70472.

3. The grantee must comply with all applicable requirements of the Housing and Community Development Act of 1974, as amended, and the Cranston-Gonzalez National Affordable Housing Act, as amended, and other statutes, regulations, notices, and Office of Management and Budget (OMB) circulars, except as provided for in conditions 1 and 2, above. The grantee is advised to pay particular attention to: regulations at 24 CFR part 58 pertaining to environmental review requirements; labor standards requirements of 42 U.S.C. 5310; and OMB Circular A-87 pertaining to cost principles.



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

DEC 1 7 2008

OFFICE OF THE ASSISTANT SECRETARY FOR
COMMUNITY PLANNING AND DEVELOPMENT

Mr. Paul Rainwater
Executive Director
Louisiana Recovery Authority
150 N. Third Street, Suite 200
Baton Rouge, LA 70801-1916

Dear Mr. Rainwater:

    I am pleased to inform you that HUD is amending the State of Louisiana's grant agreement for grant number B-08-DG-22-0003 to include an additional $1,000,000,000 in Community Development Block Grant (CDBG) funds. HUD is granting the amount for costs associated with the Road Home homeowner compensation program in accordance with the *Federal Register* Notice published December 11, 2007 (72 FR 70472). The Administration is committed to helping Louisiana homeowners rebuild while fulfilling our commitment to responsible stewardship of taxpayer dollars. This amended grant agreement completes obligation for $2 billion of the $3 billion in funds appropriated under P.L. 110-116.

    Please execute the three enclosed copies of the grant agreement, retain one copy for your files, and return the other two copies with original signatures to Jessie Handforth Kome, Director, Disaster Recovery and Special Issues Division, HUD, 451 Seventh Street, S.W., Room 7286, Washington, DC 20410. Please note that enclosed with the grant agreement are special contract conditions for the use of funds under the agreement. The Department will establish the State's line of credit account for this grant upon receipt of the executed copies of the agreement. With the executed agreements, please provide the names and email addresses of the State staff that will need access to the line of credit.

    Two quarterly reports are required: 1) a Financial Cash Transactions Report (SF 272) (which is a paper-based report); and 2) a program accomplishments report through HUD's web based Disaster Recovery Grant Reporting (DRGR) system. HUD uses information from the latter report for statutorily required quarterly reports to the Committees on Appropriations. Both reports are due within 30 days after the end of each calendar quarter.

I want to thank you and your staff for the outstanding and professional work accomplished under very trying circumstances. My staff and I look forward to continuing to work with you to achieve long-term recovery in Louisiana. If you or any members of your staff have any questions concerning this matter, do not hesitate to contact Jessie Handforth Kome, Director, Disaster Recovery and Special Issues Division, at 202-708-3587.

Sincerely,

Nelson R. Bregón
General Deputy Assistant Secretary
 for Community Planning and Development

Enclosure