UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
       CONSOLIDATED LITIGATION

PERTAINS TO LEVEE:     NO. 05-4182
REILY, No. 08-1192

SECTION "K"

### ORDER

Before the Court is the "Motion for Dismissal Under Rule 12(b)(6)(Failure to State a Claim" filed on behalf of defendant CSX Transportation, Inc. (Doc. 14178). Plaintiff has filed no opposition to this motion in the almost six months that the motion has been pending. Accordingly, the motion is GRANTED as unopposed.

New Orleans, Louisiana, this 27th day of January, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE