# Funding Approval/Agreement
Title I of the Housing and Community Development Act (Public Law 930383)

U.S. Department of Housing and Urban Development
Office of Community Planning and Development
Community Development Block Grant Program

HI-00515R of 20515R

| 1. Name of Grantee (as shown in item 5 of Standard Form 424) | 3. Grantee's 9-digit Tax ID Number | 4. Date use of funds may begin |
|---|---|---|
| State of Louisiana | 72-6000720 | (mm/dd/yyyy) 05/09/2006 |
| 2. Grantee's Complete Address (as shown in item 5 of Standard Form 424) | 5a. Project/Grant No. 1 | 6a. Amount Approved |
| 1201 North 3rd Street, Suite 7-120 | B-06-DG-22-0001 | |
| Baton Rouge, LA 70802 | 5b. Project/Grant No. 2 | 6b. Amount Approved |
| | 5c. Project/Grant No. 3 | 6c. Amount Approved |

**Grant Agreement:** This Grant Agreement between the Department of Housing and Urban Development (HUD) and the above named Grantee is made pursuant to the authority of Title I of the Housing and Community Development Act of 1974, as amended, (42 USC 5301 et seq.). The Grantee's submissions for Title I assistance, the HUD regulations at 24 CFR Part 570 (as now in effect and as may be amended from time to time), and this Funding Approval, including any special conditions, constitute part of the Agreement. Subject to the provisions of this Grant Agreement, HUD will make the funding assistance specified here available to the Grantee upon execution of the Agreement by the parties. The funding assistance specified in the Funding Approval may be used to pay costs incurred after the date specified in item 4 above provided the activities to which such costs are related are carried out in compliance with all applicable requirements. Pre-agreement costs may not be paid with funding assistance specified here unless they are authorized in HUD regulations or approved by waiver and listed in the special conditions to the Funding Approval. The Grantee agrees to assume all of the responsibilities for environmental review, decision making, and actions, as specified and required in regulations issued by the Secretary pursuant to Section 104(g) of Title I and published in 24 CFR Part 58. The Grantee further acknowledges its responsibility for adherence to the Agreement by sub-recipient entities to which it makes funding assistance hereunder available.

| U.S. Department of Housing and Urban Development (By Name) | Grantee Name |
|---|---|
| Pamela H. Patenaude | Jean S. Vandal |
| Title | Title |
| Assistant Secretary for Community Planning and Development | Deputy Commissioner of Administration |
| Signature / Date (mm/dd/yyyy) 5-10-06 | Signature / Date (mm/dd/yyyy) 5/16/06 |

| 7. Category of Title I Assistance for this Funding Action (check only one) | 8. Special Conditions (check one) | 9a. Date HUD Received Submission (mm/dd/yyyy) 04/13/2006 | 10. check one |
|---|---|---|---|
| ☐ a. Entitlement, Sec 106(b) | ☐ None | 9b. Date Grantee Notified (mm/dd/yyyy) 05/09/2006 | ☒ a. Orig. Funding Approval |
| ☒ b. State-Administered, Sec 106(d)(1) | ☒ Attached | 9c. Date of Start of Program Year (mm/dd/yyyy) | ☐ b. Amendment  Amendment Number |
| ☐ c. HUD-Administered Small Cities, Sec 106(d)(2)(B) | | | |
| ☐ d. Indian CDBG Programs, Sec 106(a)(1) | | | |
| ☐ e. Surplus Urban Renewal Funds, Sec 112(b) | 11. Amount of Community Development Block Grant | FY (2006) | FY ( ) | FY ( ) |
| ☐ f. Special Purpose Grants, Sec 107 | a. Funds Reserved for this Grantee | 6210000000 | | |
| ☐ g. Loan Guarantee, Sec 108 | b. Funds now being Approved | 6210000000 | | |
| | c. Reservation to be Cancelled (11a minus 11b) | | | |

| 12a. Amount of Loan Guarantee Commitment now being Approved | 12b. Name and complete Address of Public Agency |
|---|---|
| **Loan Guarantee Acceptance Provisions for Designated Agencies:** The public agency hereby accepts the Grant Agreement executed by the Department of Housing and Urban Development on the above date with respect to the above grant number(s) as Grantee designated to receive loan guarantee assistance, and agrees to comply with the terms and conditions of the Agreement, applicable regulations, and other requirements of HUD now or hereafter in effect, pertaining to the assistance provided it. | |
| | 12c. Name of Authorized Official for Designated Public Agency |
| | Title |
| | Signature |

### HUD Accounting use Only

| Batch | TAC | Program Y | A | Reg | Area | Document No. | Project Number | Category | Amount | Effective Date (mm/dd/yyyy) | F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Y | | | | | Project Number | | Amount | | |
| | | Y | | | | | Project Number | | Amount | | |

| Date Entered PAS (mm/dd/yyyy) | Date Entered LOCCS (mm/dd/yyyy) | Batch Number | Transaction Code | Entered By | Verified By |
|---|---|---|---|---|---|

24 CFR 570          form HUD-7082 (4/93)

# Special Contract Conditions for HUD Grant No. B-06-DG-22-0001: FY 2006 CDBG Disaster Recovery Assistance

1. The grantee must use these Community Development Block Grant (CDBG) funds as provided by the Department of Defense Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Public Law 109-3148 at 119 Stat. 2779).

2. The grantee must comply with all waivers and alternative requirements previously and subsequently issued by the U.S. Department of Housing and Urban Development with respect to this grant. Waivers and alternative requirements were published in the *Federal Register* February 13, 2006, at 71 FR 7666.

3. The grantee must comply with all applicable requirements of the Housing and Community Development Act of 1974, as amended, and the Cranston-Gonzalez National Affordable Housing Act, as amended, and other statutes, regulations, notices, and Office of Management and Budget (OMB) circulars, except as provided for in conditions 1 and 2, above. The grantee is advised to pay particular attention to: regulations at 24 CFR part 58 pertaining to environmental review requirements; labor standards requirements of 42 U.S.C. 5310; and OMB Circular A-87 pertaining to cost principles.

4. The State shall notify HUD in writing of any changes it intends to make in the use of funds described in its funded action plan, or parts thereof, at least five days before it implements any such changes or amendments. This applies whether or not it is a substantial change or amendment requiring public notice and opportunity for comments.