

42 U.S.C.A. § 5155 Page 1



**Effective:[See Text Amendments]**

United States Code Annotated Currentness
  Title 42. The Public Health and Welfare
    Chapter 68. Disaster Relief (Refs & Annos)
      Subchapter III. Major Disaster and Emergency Assistance Administration
    → **§ 5155. Duplication of benefits**

(a) General prohibition

The President, in consultation with the head of each Federal agency administering any program providing financial assistance to persons, business concerns, or other entities suffering losses as a result of a major disaster or emergency, shall assure that no such person, business concern, or other entity will receive such assistance with respect to any part of such loss as to which he has received financial assistance under any other program or from insurance or any other source.

(b) Special rules

  (1) Limitation

This section shall not prohibit the provision of Federal assistance to a person who is or may be entitled to receive benefits for the same purposes from another source if such person has not received such other benefits by the time of application for Federal assistance and if such person agrees to repay all duplicative assistance to the agency providing the Federal assistance.

  (2) Procedures

The President shall establish such procedures as the President considers necessary to ensure uniformity in preventing duplication of benefits.

  (3) Effect of partial benefits

Receipt of partial benefits for a major disaster or emergency shall not preclude provision of additional Federal assistance for any part of a loss or need for which benefits have not been provided.

(c) Recovery of duplicative benefits

A person receiving Federal assistance for a major disaster or emergency shall be liable to the United States to the extent that such assistance duplicates benefits available to the person for the same purpose from another source. The agency which provided the duplicative assistance shall collect such duplicative assistance from the recipient in accordance with chapter 37 of Title 31, relating to debt collection, when the head of such agency considers it to be in the best interest of the Federal Government.

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

(d) Assistance not income

Federal major disaster and emergency assistance provided to individuals and families under this chapter, and comparable disaster assistance provided by States, local governments, and disaster assistance organizations, shall not be considered as income or a resource when determining eligibility for or benefit levels under federally funded income assistance or resource-tested benefit programs.

CREDIT(S)

(Pub.L. 93-288, Title III, § 312, as added Pub.L. 100-707, Title I, § 105(i), Nov. 23, 1988, 102 Stat. 4693.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1988 Acts. House Report No. 100-517, see 1988 U.S. Code Cong. and Adm. News, p. 6085.

References in Text

This chapter, referred to in subsec. (d), in the original read "This Act", meaning Pub.L. 93-288, May 22, 1974, 88 Stat. 143, as amended. For complete classification of this Act to the Code, see Short Title of 1974 Acts note set out under section 5121 of this title and Tables.

Prior Provisions

A prior section 5155, Pub.L. 93-288, Title III, § 315, May 22, 1974, 88 Stat. 152, related to the same subject matter as the present section and was repealed by Pub.L. 100-707, Title I, § 105(i), Nov. 23, 1988, 102 Stat. 4693.

A prior section 312 of Pub.L. 93-288 was renumbered section 309 by Pub.L. 100-707 and is classified to section 5152 of this title.

CODE OF FEDERAL REGULATIONS

    Emergency funds for repair of federal-aid highways, see 23 CFR § 668.101 et seq.

LIBRARY REFERENCES

American Digest System

    United States 🗝 82(1, 5).
    Key Number System Topic No. 393.

RESEARCH REFERENCES

ALR Library

14 ALR, Fed. 2nd Series 173, Construction and Application of Robert T. Stafford Disaster Relief and Emergency Assistance Act (Stafford Act), 42 U.S.C.A. §§ 5121 et Seq.

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

NOTES OF DECISIONS

    Generally 1
    Duplicative relief 2

  1. Generally

Determination by Federal Emergency Management Agency (FEMA) that disaster assistance statute required state to reimburse FEMA for insurance money available to state did not constitute rulemaking and, thus, notice and comment rulemaking requirements of Administrative Procedure Act (APA) were inapplicable to FEMA's determination. State ex rel. Attorney General v. Federal Emergency Management Agency, D.Hawai'i 1999, 78 F.Supp.2d 1111. United States 🗝82(5)

  2. Duplicative relief

Federal statute requiring any person who receives federal assistance for major disaster or emergency to reimburse the United States to the extent that such assistance duplicates benefits "available to the person" for same purpose from another source requires disaster victim to reimburse Federal Emergency Management Agency (FEMA) for any duplicative relief available to it, regardless of whether that relief was ever actually received. State of Hawaii ex rel. Atty. Gen. v. Federal Emergency Management Agency, C.A.9 (Hawai'i) 2002, 294 F.3d 1152.

42 U.S.C.A. § 5155, 42 USCA § 5155

Current through P.L. 111-1 approved 1-16-09

Westlaw. (C) 2009 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.