UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**ORDER**

Having considered the Plaintiffs' Ex Parte Motion for Leave to File a Supplemental Memorandum in Support of Their Motion for Partial Summary Judgment, Exceeding Fifteen Pages in Length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. Plaintiffs may file a seventeen page Memorandum.

New Orleans, Louisiana, this  27th   day of       January       , 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana

1

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on January 23, 2009, I caused to be served **ORDER**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell