UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE      SECTION "K"(2)
<u>Kavanaugh, 06-11384</u>

## ORDER

Considering the parties' Stipulation of Dismissal (Rec. Doc. 17383), accordingly

**IT IS ORDERED** that the above-captioned action be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.
.

New Orleans, Louisiana, this  28th  day of January, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE