UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES     *
CONSOLIDATED LITIGATION     *    CIVIL ACTION NO.: 05-4182
    *
    *    JUDGE: DUVAL
    *
    *    MAGISTRATE: WILKINSON
PERTAINS TO:     *
    *
INSURANCE:    *Aaron*, 06-4746     *
    *
* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Arthur Augusta, Dorothy Cage, Stafford and Lillian Cola, Larry and Lucille Dace, John and Mercides Dexter, Vera Fulton, Danielle and Michael James and Donald and Kathleen Villavasso on any homeowners' insurance policies issued by defendants Allstate Insurance

Company or Allstate Indemnity Company as to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE