UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE: *Aguilar*, 07-4852 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Yvette Barnett, Elie Castille, Lillie Mae Cole, Gail M. Dominguez, Willie J. Franklin, Skyina Gaston, Hilda Green, Evelyn LeBlanc, Bessie Montana, Elliot Tigler, and Frankie Turner, Sr. on any homeowners' insurance policies issued by Allstate Insurance

Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE