## GARY M. ZWAIN

| | |
|---|---|
| **From:** | William Gambel [WGAMBEL@millinglaw.com] |
| **Sent:** | Tuesday, January 27, 2009 4:45 PM |
| **To:** | fzibilich@bellsouth.net; dphayer@burglass.com; cmlanier@christovich.com; irwilliams@cityofno.com; GARY M. ZWAIN; jhassinger@gjtbs.com; THassinger@gjtbs.com; TANZELMO@mcsalaw.com; David Bienvenu |
| **Subject:** | Reith [06-9744], Diggs [06-9753] and Rodriguez [06-9763] |

I'm going to notice the depo of Randy Maddox and Morrison Insurance Agency in connection with the captioned cases. Ill set the sdt for the 16th and the depo for Feb. 20th here. Since Morrison was the agency for EJLD and OLD, I'll reschedule as Gary Tommy and Randy may reasonably require. and assume everyone else whose appeared, can cover.

William C. Gambel, Esq.
Milling Benson Woodward L.L.P.
909 Poydras, Suite 2300
New Orleans, LA  70112
Telephone:  (504) 569-7210
Fax: (504) 569-7001
E-mail:  wgambel@millinglaw.com



EXHIBIT
1

1