UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: BARGE    SECTION "K"(2)
    *Boutte v. Lafarge* (05-5531)
    *Mumford v. Ingram* (05-5724)
    *Lagarde v. Lafarge* (06-5342)
    *Perry v. Ingram* (06-6299)
    *Benoit v. Lafarge* (06-7516)
    *Parfait Family v. USA* (07-3500)
    *Lafarge v. USA* (07-5178)
    *Weber v. Lafarge* (08-4459)

## ORDER

Considering the Motion by Barge Plaintiffs for Leave to File Sur-Sur-Reply (Rec. Doc. 17391), and based on this Court's assumption that Barge Plaintiffs seek to file their sur-sur-reply because they address arguments that they otherwise did not have the opportunity to address in their prior briefing, accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this __28th__ day of January, 2009.

                                                  **STANWOOD R. DUVAL, JR.**
                                                **UNITED STATES DISTRICT JUDGE**