UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE Master Consolidated Class Action Complaint (Doc. No. 3413) | * * * | JUDGE DUVAL |
| | * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Plaintiffs' Liaison Counsel Joseph M. Bruno, Calvin C. Fayard, Jr. Insurance PSLC Liaison Counsel, and Insurance PSLC members John Ellison, James Garner, Jerry Joseph McKernan, and Drew Ranier (hereinafter collectively referred to as "the Insurance PSLC") Unopposed Motion for Extension of Time to Respond re: (Rec. Doc. 16711), and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, the Insurance PSLC is allowed to file their Opposition on or before Friday, January 23, 2009.

**IT IS FURTHER ORDERED** that the defendant insurers have until February 6, 2009 to file their Reply Brief.

New Orleans, Louisiana, this 28th day of January, 2009.

Stanwood R. Duval, Jr.
United States District Judge