UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE:  DUVAL |
| | | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | | |
| INSURANCE:      *Aguilar*, 07-4852 | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE**
**AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs Freddie Mitchell and Esperanza Lee have resolved their disputes with defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") related to their homeowners' insurance policies.  As a result of this settlement, these plaintiffs respectfully request that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that any claims on any homeowners' insurance policy issued by Allstate be dismissed, with prejudice, as to these plaintiffs, each party to bear its own costs.  All claims by all remaining plaintiffs are reserved.

**WHEREFORE,** Plaintiffs prays that this motion be granted, each party to bear its own costs.

127762

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

<u>        S/Jim S. Hall              </u>
Jim S. Hall, No. 21644
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of _____, 2009.