UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO. 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | "K" (2) |
| | * | |
| PERTAINS TO INSURANCE: 07-1589 | * | JUDGE DUVAL |
| PLAINTIFF: Georgia Villere | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO EXTEND ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff Georgia Villere and Defendant, State Farm Fire and Casualty Company, who respectfully request that this Honorable Court extend the order of dismissal without prejudice an additional amount of time. Plaintiff and Defendant need additional time to conclude this matter with Road Home. Accordingly, Plaintiff and Defendant respectfully request that the court please extend the 90-day order of dismissal period without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Andrea S. Lestelle | /s/ Sidney J. Hardy |
| **ANDREA S. LESTELLE – 8539** | **SIDNEY J. HARDY - 1938** |
| **TERRENCE J. LESTELLE - T.A. - 8540** | **MCCRANIE, SISTRUNK, ANZELMO,** |
| **JEFFERY B. STRUCKHOFF – 30173** | **HARDY, MAXWELL & MCDANIEL, PC** |
| **LESTELLE & LESTELLE** | 3445 N. Causeway Blvd., Suite 800 |
| 3421 N. Causeway Blvd., Suite 602 | Metairie, LA  70002 |
| Metairie, LA  70002 | Telephone:  (504) 831-0946 |
| Telephone:  (504) 828-1224 | Facsimile:  (504) 831-2492 |
| Facsimile: (504) 828-1229 | **Attorney for State Farm Fire and Casualty Company** |
| **Attorneys for Plaintiff Georgia Villere** | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of January, 2009, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

 /s/ Andrea S. Lestelle
**ANDREA S. LESTELLE**