## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL** | * | **CIVIL ACTION NO.  05-4182** |
| **BREACHES CONSOLIDATED LITIGATION** | * | **"K" (2)** |
| | * | |
| **PERTAINS TO INSURANCE: 07-1589** | * | **JUDGE DUVAL** |
| **PLAINTIFF: Georgia Villere** | * | |
| | * | **MAGISTRATE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** Plaintiff's and Defendant's foregoing Joint Motion to Extend

Order of Dismissal;

**IT IS ORDERED** that the joint Motion is hereby **GRANTED** and the Order of

Dismissal is extended by _____ days.

New Orleans, Louisiana, this day of _____, 2009.

_____
                                     **UNITED STATES DISTRICT JUDGE**