UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME**<br>*State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL**<br>**MAGISTRATE JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**EX PARTE MOTION TO SUPPLEMENT RESPONSE/REPY WITH EXHIBITS**

**NOW INTO COURT,** comes Plaintiff State of Louisiana, who respectfully moves this Honorable Court to supplement its Response/Reply to Defendants' 12(b)(6) Motion to Dismiss with the Exhibits attached to this Motion.

Per request of Judge Duval, Plaintiff submits the attached Exhibits as the statutes and federal rules and regulations upon which the State relied when developing the Road Home Program.

Upon consideration of the above, we respectfully request that the Plaintiff, the State of Louisiana, be allowed supplement its Response/Reply with the attached Exhibits.

WHEREFORE, Plaintiff moves for an order allowing it to supplement its Response/Reply with the attached Exhibits.

        Respectfully submitted,

        **JAMES D. "Buddy"CALDWELL**
        **ATTORNEY GENERAL**

        ____s/Sallie J. Sanders_____
        Sallie J. Sanders (Bar Roll # 11703)

1

        James Trey Phillips (Bar Roll # 19978)
        Stacie L. deBlieux (Bar Roll # 29142)
        Assistant Attorney General
    **LOUISIANA DEPARTMENT OF JUSTICE**
        1885 North Third Street
        Post Office Box 94005
        Baton Rouge, Louisiana  70804-9005
        Telephone: (225) 326-6400
        Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

>             /s/ Sallie J. Sanders
>             Sallie J. Sanders