# COVER PAGE

# EXHIBITS ATTACHED