

**State of Louisiana**
DIVISION OF ADMINISTRATION
OFFICE OF COMMUNITY DEVELOPMENT

Kathleen Babineaux Blanco
GOVERNOR

Jerry Luke LeBlanc
COMMISSIONER OF ADMINISTRATION

June 12, 2007

Mr. Clifford Taffet, Director
Disaster Recovery and Special Issues Division
U. S. Dept. of Housing and Urban Development
451 Seventh Street S.W., Room 7286
Washington, D.C. 20410

Dear Mr. Taffet:

Enclosed are 2 signed copies of Louisiana's Grant agreement. Forms 27054 were previously submitted with the first Action Plan authorizing Belinda Olivier (Belinda.Olivier@LA.GOV), Diane Brown (Diane.Brown@LA.GOV) and Anita Minor (Anita.Minor@LA.GOV) to access our line of credit.

Thank you and your staff for your assistance in expediting Louisiana's grant agreement. We look forward to continue working with you and your staff as we implement Louisiana's Disaster Recovery Program.

Sincerely,

*Susan Elkington*

Michael Taylor, Director
OCD/Disaster Recovery Unit

MT/al

**Funding Approval/Agreement**
Title I of the Housing and Community
Development Act (Public Law 930383)

U.S. Department of Housing and Urban Development
Office of Community Planning and Development
Community Development Block Grant Program

HI-00515R of 20515R

| 1. Name of Grantee (as shown in item 5 of Standard Form 424) | 3. Grantee's 9-digit Tax ID Number | 4. Date use of funds may begin (mm/dd/yyyy) |
|---|---|---|
| State of Louisiana | 72-6000720 | |
| 2. Grantee's Complete Address (as shown in item 5 of Standard Form 424) | 5a. Project/Grant No. 1 | 6a. Amount Approved |
| 1201 North 3rd Street, Suite 7-270 | B-06-DG-22-0002 | $4,200,000,000 |
| Baton Rouge, LA 70802 | 5b. Project/Grant No. 2 | 6b. Amount Approved |
| | 5c. Project/Grant No. 3 | 6c. Amount Approved |

**Grant Agreement:** This Grant Agreement between the Department of Housing and Urban Development (HUD) and the above named Grantee is made pursuant to the authority of Title I of the Housing and Community Development Act of 1974, as amended, (42 USC 5301 et seq.). The Grantee's submissions for Title I assistance, the HUD regulations at 24 CFR Part 570 (as now in effect and as may be amended from time to time), and this Funding Approval, including any special conditions, constitute part of the Agreement. Subject to the provisions of this Grant Agreement, HUD will make the funding assistance specified here available to the Grantee upon execution of the Agreement by the parties. The funding assistance specified in the Funding Approval may be used to pay costs incurred after the date specified in item 4 above provided the activities to which such costs are related are carried out in compliance with all applicable requirements. Pre-agreement costs may not be paid with funding assistance specified here unless they are authorized in HUD regulations or approved by waiver and listed in the special conditions to the Funding Approval. The Grantee agrees to assume all of the responsibilities for environmental review, decision making, and actions, as specified and required in regulations issued by the Secretary pursuant to Section 104(g) of Title I and published in 24 CFR Part 58. The Grantee further acknowledges its responsibility for adherence to the Agreement by sub-recipient entities to which it makes funding assistance hereunder available.

| U.S. Department of Housing and Urban Development (By Name) | Grantee Name |
|---|---|
| Pamela H. Patenaude | Jean S. Vandal |
| Title | Title |
| Assistant Secretary of Community Planning and Development | Deputy Commissioner of Administration |
| Signature / Date (mm/dd/yyyy) 6/7/07 | Signature / Date (mm/dd/yyyy) 06/12/200 |

7. Category of Title I Assistance for this Funding Action (check only one)
- [ ] a. Entitlement, Sec 106(b)
- [X] b. State-Administered, Sec ~~106(d)(1)~~
- [ ] c. HUD-Administered Small Cities, Sec 106(d)(2)(B)
- [ ] d. Indian CDBG Programs, Sec 106(a)(1)
- [ ] e. Surplus Urban Renewal Funds, Sec 112(b)
- [ ] f. Special Purpose Grants, Sec 107
- [ ] g. Loan Guarantee, Sec 108

8. Special Conditions (check one)
- [ ] None
- [X] Attached

9a. Date HUD Received Submission (mm/dd/yyyy) 2-17-2007
9b. Date Grantee Notified (mm/dd/yyyy)
9c. Date of Start of Program Year (mm/dd/yyyy) N/A

10. check one
- [X] a. Orig. Funding Approval
- [ ] b. Amendment
  Amendment Number

| 11. Amount of Community Development Block Grant | FY (2006) | FY ( ) | FY ( ) |
|---|---|---|---|
| a. Funds Reserved for this Grantee | 4200000000 | | |
| b. Funds now being Approved | 4200000000 | | |
| c. Reservation to be Cancelled (11a minus 11b) | | | |

| 12a. Amount of Loan Guarantee Commitment now being Approved | 12b. Name and complete Address of Public Agency |
|---|---|
| **Loan Guarantee Acceptance Provisions for Designated Agencies:** The public agency hereby accepts the Grant Agreement executed by the Department of Housing and Urban Development on the above date with respect to the above grant number(s) as Grantee designated to receive loan guarantee assistance, and agrees to comply with the terms and conditions of the Agreement, applicable regulations, and other requirements of HUD now or hereafter in effect, pertaining to the assistance provided it. | |
| | 12c. Name of Authorized Official for Designated Public Agency |
| | Title |
| | Signature |

**HUD Accounting use Only**

| Batch | TAC | Program | Y | A | Reg | Area | Document No. | Project Number | Category | Amount | Effective Date (mm/dd/yyyy) | F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 153 | | | | | | | | | | | |
| | 176 | | Y | | | | | Project Number | | Amount | | |
| | | | Y | | | | | Project Number | | Amount | | |

| Date Entered PAS (mm/dd/yyyy) | Date Entered LOCCS (mm/dd/yyyy) | Batch Number | Transaction Code | Entered By | Verified By |
|---|---|---|---|---|---|

24 CFR 570  form HUD-7082 (4/93)

## Special Contract Conditions for

## HUD Grant No. B-06-DG-22-0002

## CDBG Gulf Coast Disaster Recovery Assistance

1. The grantee must use these Community Development Block Grant (CDBG) funds as provided by the Public Law 109-234: Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006, Public Law 109-234 at 120 Stat. 472).

2. The grantee must comply with all waivers and alternative requirements previously and subsequently issued by the U.S. Department of Housing and Urban Development with respect to this grant. Waivers and alternative requirements were published in the *Federal Register* October 30, 2006, at 71 FR 63337.

3. The grantee must comply with all applicable requirements of the Housing and Community Development Act of 1974, as amended, and the Cranston-Gonzalez National Affordable Housing Act, as amended, and other statutes, regulations, notices, and Office of Management and Budget (OMB) circulars, except as provided for in conditons 1 and 2, above. The grantee is advised to pay particular attention to: regulations at 24 CFR part 58 pertaining to environmental review requirements; labor standards requirements of 42 U.S.C. 5310; and OMB Circular A-87 pertaining to cost principles.

4. The State shall notify HUD in writing of any changes it intends to make in the use of funds described in its funded action plan, or parts thereof, at least five days before it implements any such changes or amendments. This applies whether or not it is a substantial change or amendment requiring public notice and opportunity for comments.

5. The State shall use at least 19.33 percent of funds provided under the second CDBG Supplement (P.L. 109-234) for repair, rehabilitation, and reconstruction (including demolition, site clearance and remediation) of the affordable rental housing stock (including public and other HUD-assisted housing) in the impacted areas.

6. None of the awarded funds may be used by the State or a locality toward a matching requirement, share, or contribution for any other Federal program.

**Funding Approval/Agreement**
Title I of the Housing and Community
Development Act (Public Law 930383)

U.S. Department of Housing and Urban Development
Office of Community Planning and Development
Community Development Block Grant Program

HI-00515R of 20515R

| 1. Name of Grantee (as shown in item 5 of Standard Form 424) | 3. Grantee's 9-digit Tax ID Number | 4. Date use of funds may begin (mm/dd/yyyy) |
|---|---|---|
| State of Louisiana | 72-6000720 | |
| 2. Grantee's Complete Address (as shown in item 5 of Standard Form 424) | 5a. Project/Grant No. 1<br>B-06-DG-22-0002 | 6a. Amount Approved<br>$4,200,000,000 |
| 1201 North 3rd Street, Suite 7-270<br>Baton Rouge, LA 70802 | 5b. Project/Grant No. 2 | 6b. Amount Approved |
| | 5c. Project/Grant No. 3 | 6c. Amount Approved |

**Grant Agreement:** This Grant Agreement between the Department of Housing and Urban Development (HUD) and the above named Grantee is made pursuant to the authority of Title I of the Housing and Community Development Act of 1974, as amended, (42 USC 5301 et seq.). The Grantee's submissions for Title I assistance, the HUD regulations at 24 CFR Part 570 (as now in effect and as may be amended from time to time), and this Funding Approval, including any special conditions, constitute part of the Agreement. Subject to the provisions of this Grant Agreement, HUD will make the funding assistance specified here available to the Grantee upon execution of the Agreement by the parties. The funding assistance specified in the Funding Approval may be used to pay costs incurred after the date specified in item 4 above provided the activities to which such costs are related are carried out in compliance with all applicable requirements. Pre-agreement costs may not be paid with funding assistance specified here unless they are authorized in HUD regulations or approved by waiver and listed in the special conditions to the Funding Approval. The Grantee agrees to assume all of the responsibilities for environmental review, decision making, and actions, as specified and required in regulations issued by the Secretary pursuant to Section 104(g) of Title I and published in 24 CFR Part 58. The Grantee further acknowledges its responsibility for adherence to the Agreement by sub-recipient entities to which it makes funding assistance hereunder available.

| U.S. Department of Housing and Urban Development (By Name) | Grantee Name |
|---|---|
| Pamela H. Patenaude | Jean S. Vandal |
| Title | Title |
| Assistant Secretary of Community Planning and Development | Deputy Commissioner of Administration |
| Signature / Date (mm/dd/yyyy) 6-7-07 | Signature / Date (mm/dd/yyyy) 06/12/2007 |

| 7. Category of Title I Assistance for this Funding Action (check only one) | 8. Special Conditions (check one) | 9a. Date HUD Received Submission (mm/dd/yyyy) 2-17-2007 | 10. check one |
|---|---|---|---|
| ☐ a. Entitlement, Sec 106(b) | ☐ None | 9b. Date Grantee Notified (mm/dd/yyyy) | ☒ a. Orig. Funding Approval |
| ☒ b. State-Administered, Sec 106(d)(1) | ☒ Attached | 9c. Date of Start of Program Year (mm/dd/yyyy) N/A | ☐ b. Amendment<br>Amendment Number |
| ☐ c. HUD-Administered Small Cities, Sec 106(d)(2)(B) | | | |
| ☐ d. Indian CDBG Programs, Sec 106(a)(1) | | | |
| ☐ e. Surplus Urban Renewal Funds, Sec 112(b) | | | |
| ☐ f. Special Purpose Grants, Sec 107 | | | |
| ☐ g. Loan Guarantee, Sec 108 | | | |

| 11. Amount of Community Development Block Grant | FY (2006) | FY ( ) | FY ( ) |
|---|---|---|---|
| a. Funds Reserved for this Grantee | 4200000000 | | |
| b. Funds now being Approved | 4200000000 | | |
| c. Reservation to be Cancelled (11a minus 11b) | | | |

| 12a. Amount of Loan Guarantee Commitment now being Approved | 12b. Name and complete Address of Public Agency |
|---|---|
| **Loan Guarantee Acceptance Provisions for Designated Agencies:**<br>The public agency hereby accepts the Grant Agreement executed by the Department of Housing and Urban Development on the above date with respect to the above grant number(s) as Grantee designated to receive loan guarantee assistance, and agrees to comply with the terms and conditions of the Agreement, applicable regulations, and other requirements of HUD now or hereafter in effect, pertaining to the assistance provided it. | |
| | 12c. Name of Authorized Official for Designated Public Agency |
| | Title |
| | Signature |

**HUD Accounting use Only**

| Batch | TAC | Program | Y | A | Reg | Area | Document No. | Project Number | Category | Amount | Effective Date (mm/dd/yyyy) | F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 5 3 | | | | | | | | | | | |
| | 1 7 6 | | Y | | | | | Project Number | | Amount | | |
| | | | Y | | | | | Project Number | | Amount | | |

| Date Entered PAS (mm/dd/yyyy) | Date Entered LOCCS (mm/dd/yyyy) | Batch Number | Transaction Code | Entered By | Verified By |
|---|---|---|---|---|---|

24 CFR 570     form HUD-7082 (4/93)

Special Contract Conditions for

HUD Grant No. B-06-DG-22-0002

CDBG Gulf Coast Disaster Recovery Assistance

1. The grantee must use these Community Development Block Grant (CDBG) funds as provided by the Public Law 109-234: Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006, Public Law 109-234 at 120 Stat. 472).

2. The grantee must comply with all waivers and alternative requirements previously and subsequently issued by the U.S. Department of Housing and Urban Development with respect to this grant. Waivers and alternative requirements were published in the *Federal Register* October 30, 2006, at 71 FR 63337.

3. The grantee must comply with all applicable requirements of the Housing and Community Development Act of 1974, as amended, and the Cranston-Gonzalez National Affordable Housing Act, as amended, and other statutes, regulations, notices, and Office of Management and Budget (OMB) circulars, except as provided for in conditons 1 and 2, above. The grantee is advised to pay particular attention to: regulations at 24 CFR part 58 pertaining to environmental review requirements; labor standards requirements of 42 U.S.C. 5310; and OMB Circular A-87 pertaining to cost principles.

4. The State shall notify HUD in writing of any changes it intends to make in the use of funds described in its funded action plan, or parts thereof, at least five days before it implements any such changes or amendments. This applies whether or not it is a substantial change or amendment requiring public notice and opportunity for comments.

5. The State shall use at least 19.33 percent of funds provided under the second CDBG Supplement (P.L. 109-234) for repair, rehabilitation, and reconstruction (including demolition, site clearance and remediation) of the affordable rental housing stock (including public and other HUD-assisted housing) in the impacted areas.

6. None of the awarded funds may be used by the State or a locality toward a matching requirement, share, or contribution for any other Federal program.



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

OFFICE OF COMMUNITY PLANNING
AND DEVELOPMENT

JUN - 7 2007

Ms. Suzie Elkins, Executive Director
Office of Community Development
State of Louisiana
1201 N. Third Street, Suite 7-270
Baton Rouge, LA 70802-9095

      On May 24, 2007, The Department of Housing and Urban Development (HUD) awarded the State of Louisiana $4,200,000,000 in Community Development Block Grant (CDBG) funds (grant number B-06-DG-22-0002). Of this amount, HUD approved and made available $3,650,000,000 for activities described in the State's action plan. The remaining funds will be made available as the State submits approvable amendments to its action plan. These funds must be used for recovery assistance in the areas impacted by Hurricanes Katrina and Rita in 2005.

      Please execute the three enclosed copies of the grant agreement, retain one copy for your files, and return the other two copies with original signatures to Clifford Taffet, Acting Director, Disaster Recovery and Special Issues Division, 451 7th Street, SW, Room 7162, Washington, DC 20410. Please note that enclosed with the grant agreement are special contract conditions for the use of funds under the agreement. We will establish the State's line of credit account for this grant upon receipt of the executed copies of the agreement. Please provide the names and email addresses of the State staff that will need access to the line of credit.

      Two quarterly reports are required: 1) a Financial Cash Transaction Report (SF-272) (which is a paper-based report); and 2) a program accomplishments report through HUD's web-based Disaster Recovery Grant Reporting (DRGR) system.

      I want to thank you and your staff for your outstanding work accomplished under very trying circumstances. My staff and I look forward to continuing to work with you to achieve long-term recovery in Louisiana. If you or members of your staff have any questions concerning this award, do not hesitate to contact Cliff Taffet at 202-402-4589.

      Sincerely,

      Pamela H. Patenaude
      Assistant Secretary

Enclosure