**Westlaw Download Summary Report for REES,DAN 5835591**

| | |
|---|---|
| Date/Time of Request: | Friday, December 08, 2006 09:18:00 Central |
| Client Identifier: | DRU |
| Database: | US-PL |
| Citation Text: | PL 109-234, 2006 HR 4939 |
| Lines: | 3640 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.



## UNITED STATES PUBLIC LAWS
### 109th Congress - Second Session
### Convening January 7, 2005

Copr. © 2006 Thomson/West. No Claim to Orig. U.S. Govt.Works

Additions and Deletions are not identified in this database.
Vetoed provisions within tabular material are not displayed

PL 109-234 (HR 4939)
June 15, 2006
EMERGENCY SUPPLEMENTAL APPROPRIATIONS ACT FOR DEFENSE, THE GLOBAL WAR ON
TERROR, AND HURRICANE RECOVERY, 2006

 An Act Making emergency supplemental appropriations for the fiscal year ending September 30, 2006, and for
other purposes.

 *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*,
That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the
fiscal year ending September 30, 2006, and for other purposes, namely:

TITLE I
GLOBAL WAR ON TERROR SUPPLEMENTAL APPROPRIATIONS
CHAPTER 1
DEPARTMENT OF AGRICULTURE
Foreign Agricultural Service
PUBLIC LAW 480 TITLE II GRANTS
 For an additional amount for "Public Law 480 Title II Grants", during the current fiscal year, not otherwise
recoverable, and unrecovered prior years' costs, including interest thereon, under the Agricultural Trade
Development and Assistance Act of 1954, for commodities supplied in connection with dispositions abroad under
title II of said Act, $350,000,000, to remain available until expended: *Provided*, That from this amount, to the
maximum extent possible, funding shall be used to support the previously approved fiscal year 2006 programs under
section 204(a)(2) of the Agricultural Trade Development and Assistance Act of 1954: *Provided further*, That the
amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con.
Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*419** CHAPTER 2
DEPARTMENT OF DEFENSE--MILITARY
MILITARY PERSONNEL
Military Personnel, Army
 For an additional amount for "Military Personnel, Army", $6,587,473,000: *Provided*, That the amount provided
under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th
Congress), the concurrent resolution on the budget for fiscal year 2006.

Military Personnel, Navy
For an additional amount for "Military Personnel, Navy", $1,321,474,000: *Provided*, That the amount provided

under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Military Personnel, Marine Corps

For an additional amount for "Military Personnel, Marine Corps", $840,872,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Military Personnel, Air Force

For an additional amount for "Military Personnel, Air Force", $1,155,713,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Reserve Personnel, Army

For an additional amount for "Reserve Personnel, Army", $140,570,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Reserve Personnel, Navy

For an additional amount for "Reserve Personnel, Navy", $110,712,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Reserve Personnel, Marine Corps

For an additional amount for "Reserve Personnel, Marine Corps", $10,627,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant **\*420** to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Reserve Personnel, Air Force

For an additional amount for "Reserve Personnel, Air Force", $1,940,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### National Guard Personnel, Army

For an additional amount for "National Guard Personnel, Army", $111,550,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### National Guard Personnel, Air Force

For an additional amount for "National Guard Personnel, Air Force", $1,200,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## OPERATION AND MAINTENANCE

### Operation and Maintenance, Army

For an additional amount for "Operation and Maintenance, Army", $17,744,410,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Operation and Maintenance, Navy

For an additional amount for "Operation and Maintenance, Navy", $2,696,693,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Operation and Maintenance, Marine Corps

Copr. ©  West 2006 No Claim to Orig. Govt. Works

For an additional amount for "Operation and Maintenance, Marine Corps", $1,639,911,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Air Force

For an additional amount for "Operation and Maintenance, Air Force", $5,576,257,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement **\*421** pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Defense-Wide
(INCLUDING TRANSFER OF FUNDS)

For an additional amount for "Operation and Maintenance, Defense-Wide", $2,830,677,000, of which--

  (1) not to exceed $25,000,000 may be used for the Combatant Commander Initiative Fund, to be used in support of Operation Iraqi Freedom and Operation Enduring Freedom;

  (2) not to exceed $5,000,000 can be used for emergencies and extraordinary expenses, to be expended on the approval or authority of the Secretary of Defense, and payments may be made on his certificate of necessity for confidential military purposes;

  (3) not to exceed $740,000,000, to remain available until expended, may be used for payments to reimburse Pakistan, Jordan, and other key cooperating nations, for logistical, military, and other support provided, or to be provided, to United States military operations, notwithstanding any other provision of law: *Provided*, That such payments may be made in such amounts as the Secretary of Defense, with the concurrence of the Secretary of State, and in consultation with the Director of the Office of Management and Budget, may determine, in his discretion, based on documentation determined by the Secretary of Defense to adequately account for the support provided, and such determination is final and conclusive upon the accounting officers of the United States, and 15 days following notification to the appropriate congressional committees: *Provided further*, That the Secretary of Defense shall provide quarterly reports to the congressional defense committees on the use of funds provided in this paragraph; and

  (4) up to $75,000,000 shall be transferred to the Coast Guard "Operating Expenses" account:

*Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Army Reserve

For an additional amount for "Operation and Maintenance, Army Reserve", $100,100,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Navy Reserve

For an additional amount for "Operation and Maintenance, Navy Reserve", $78,509,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*422** Operation and Maintenance, Marine Corps Reserve

For an additional amount for "Operation and Maintenance, Marine Corps Reserve", $87,875,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Air Force Reserve

For an additional amount for "Operation and Maintenance, Air Force Reserve", $18,563,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Copr. © West 2006 No Claim to Orig. Govt. Works

Case 2:05-cv-04182-SRD-JCW   Document 17432-11   Filed 01/29/09   Page 5 of 53

Operation and Maintenance, Army National Guard

For an additional amount for "Operation and Maintenance, Army National Guard", $178,600,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Air National Guard

For an additional amount for "Operation and Maintenance, Air National Guard", $30,400,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Former Soviet Union Threat Reduction Account

For an additional amount for "Former Soviet Union Threat Reduction Account", $44,500,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Afghanistan Security Forces Fund
(INCLUDING TRANSFER OF FUNDS)

For the "Afghanistan Security Forces Fund", $1,908,133,000, to remain available until September 30, 2007: *Provided*, That such funds shall be available to the Secretary of Defense, notwithstanding any other provision of law, for the purpose of allowing the Commander, Office of Security Cooperation--Afghanistan, or the Secretary's designee, to provide assistance, with the concurrence of the Secretary of State, to the security forces of Afghanistan, including the provision of equipment, supplies, services, training, facility and infrastructure repair, renovation, and construction, and funding: *Provided further*, That the authority to provide assistance under this heading is in addition to any other authority to provide assistance to foreign nations: *Provided further*, That the Secretary of Defense may transfer such funds to appropriations for military personnel; operation and maintenance; Overseas Humanitarian, Disaster, and Civic Aid; procurement; research, development, test **\*423** and evaluation; and defense working capital funds to accomplish the purposes provided herein: *Provided further*, That this transfer authority is in addition to any other transfer authority available to the Department of Defense: *Provided further*, That upon a determination that all or part of the funds so transferred from this appropriation are not necessary for the purposes provided herein, such amounts may be transferred back to this appropriation: *Provided further*, That contributions of funds for the purposes provided herein from any person, foreign government, or international organization may be credited to this Fund, and used for such purposes: *Provided further*, That the Secretary shall notify the congressional defense committees in writing upon the receipt and upon the transfer of any contribution delineating the sources and amounts of the funds received and the specific use of such contributions: *Provided further*, That the Secretary of Defense shall, not fewer than five days prior to making transfers from this appropriation account, notify the congressional defense committees in writing of the details of any such transfer: *Provided further*, That the Secretary shall submit a report no later than 30 days after the end of each fiscal quarter to the congressional defense committees summarizing the details of the transfer of funds from this appropriation: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Iraq Security Forces Fund
(INCLUDING TRANSFER OF FUNDS)

For the "Iraq Security Forces Fund", $3,007,000,000, to remain available until September 30, 2007: *Provided*, That such funds shall be available to the Secretary of Defense, notwithstanding any other provision of law, for the purpose of allowing the Commander, Multi-National Security Transition Command-- Iraq, or the Secretary's designee, to provide assistance, with the concurrence of the Secretary of State, to the security forces of Iraq, including the provision of equipment, supplies, services, training, facility and infrastructure repair, renovation, and construction, and funding: *Provided further*, That the authority to provide assistance under this heading is in addition to any other authority to provide assistance to foreign nations: *Provided further*, That the Secretary of Defense may transfer such funds to appropriations for military personnel; operation and maintenance; Overseas Humanitarian, Disaster, and Civic Aid; procurement; research, development, test and evaluation; and defense working capital funds to accomplish the purposes provided herein: *Provided further*, That this transfer authority is in addition to any other transfer authority available to the Department of Defense: *Provided further*, That upon a

Copr. © West 2006 No Claim to Orig. Govt. Works

determination that all or part of the funds so transferred from this appropriation are not necessary for the purposes provided herein, such amounts may be transferred back to this appropriation: *Provided further*, That contributions of funds for the purposes provided herein from any person, foreign government, or international organization may be credited to this Fund, and used for such purposes:    *Provided further*, That the Secretary shall notify the congressional defense committees in writing upon the receipt and upon the transfer of any contribution delineating the sources and **\*424** amounts of the funds received and the specific use of such contributions:  *Provided further*, That the Secretary of Defense shall, not fewer than five days prior to making transfers from this appropriation account, notify the congressional defense committees in writing of the details of any such transfer:   *Provided further*, That the Secretary shall submit a report no later than 30 days after the end of each fiscal quarter to the congressional defense committees summarizing the details of the transfer of funds from this appropriation: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Joint Improvised Explosive Device Defeat Fund<br>(INCLUDING TRANSFER OF FUNDS)

 For the "Joint Improvised Explosive Device Defeat Fund", $1,958,089,000, to remain available until September 30, 2008:  *Provided*, That such funds shall be available to the Secretary of Defense, notwithstanding any other provision of law, for the purpose of allowing the Director of the Joint Improvised Explosive Device Defeat Organization to investigate, develop and provide equipment, supplies, services, training, facilities, personnel and funds to assist United States forces in the defeat of improvised explosive devices:  *Provided further*, That within 60 days of the enactment of this Act, a plan for the intended management and use of the Fund is provided to the congressional defense committees:  *Provided further*, That the Secretary of Defense shall submit a report not later than 30 days after the end of each fiscal quarter to the congressional defense committees providing assessments of the evolving threats, individual service requirements to counter the threats, the current strategy for predeployment training of members of the Armed Forces on improvised explosive devices, and details on the execution of this Fund:  *Provided further*, That the Secretary of Defense may transfer funds provided herein to appropriations for military personnel; operation and maintenance; procurement;  research, development, test and evaluation;  and defense working capital funds to accomplish the purpose provided herein:  *Provided further*, That this transfer authority is in addition to any other transfer authority available to the Department of Defense:  *Provided further*, That upon determination that all or part of the funds so transferred from this appropriation are not necessary for the purpose provided herein, such amounts may be transferred back to this appropriation:  *Provided further*, That the Secretary of Defense shall, not fewer than 5 days prior to making transfers from this appropriation, notify the congressional defense committees in writing of the details of any such transfer:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*425** PROCUREMENT<br>Aircraft Procurement, Army

 For an additional amount for "Aircraft Procurement, Army", $345,000,000, to remain available until September 30, 2008:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Missile Procurement, Army

 For an additional amount for "Missile Procurement, Army", $203,300,000, to remain available until September 30, 2008:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Procurement of Weapons and Tracked Combat Vehicles, Army

 For an additional amount for "Procurement of Weapons and Tracked Combat Vehicles, Army", $1,767,451,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Procurement of Ammunition, Army

For an additional amount for "Procurement of Ammunition, Army", $829,679,000, to remain available until

Copr. ©  West 2006 No Claim to Orig. Govt. Works

September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Other Procurement, Army
 For an additional amount for "Other Procurement, Army", $5,819,645,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Aircraft Procurement, Navy
 For an additional amount for "Aircraft Procurement, Navy", $516,869,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### **\*426** Weapons Procurement, Navy
 For an additional amount for "Weapons Procurement, Navy", $55,200,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Procurement of Ammunition, Navy and Marine Corps
 For an additional amount for "Procurement of Ammunition, Navy and Marine Corps", $323,256,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Other Procurement, Navy
 For an additional amount for "Other Procurement, Navy", $54,640,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Procurement, Marine Corps
 For an additional amount for "Procurement, Marine Corps", $2,577,467,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Aircraft Procurement, Air Force
 For an additional amount for "Aircraft Procurement, Air Force", $674,815,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Procurement of Ammunition, Air Force
 For an additional amount for "Procurement of Ammunition, Air Force", $29,047,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Other Procurement, Air Force
 For an additional amount for "Other Procurement, Air Force", $1,500,591,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated **\*427** as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Procurement, Defense-Wide

Copr. ©  West 2006 No Claim to Orig. Govt. Works

For an additional amount for "Procurement, Defense-Wide", $331,353,000, to remain available until September 30, 2008: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## RESEARCH, DEVELOPMENT, TEST AND EVALUATION
### Research, Development, Test and Evaluation, Army

For an additional amount for "Research, Development, Test and Evaluation, Army", $54,700,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Research, Development, Test and Evaluation, Navy

For an additional amount for "Research, Development, Test and Evaluation, Navy", $124,845,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Research, Development, Test and Evaluation, Air Force

For an additional amount for "Research, Development, Test and Evaluation, Air Force", $382,630,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Research, Development, Test and Evaluation, Defense-Wide

For an additional amount for "Research, Development, Test and Evaluation, Defense-Wide", $148,551,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## REVOLVING AND MANAGEMENT FUNDS
### Defense Working Capital Funds

For an additional amount for "Defense Working Capital Funds", $516,700,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to **\*428** section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## OTHER DEPARTMENT OF DEFENSE PROGRAMS
### Defense Health Program

For an additional amount for "Defense Health Program", $1,153,562,000 for operation and maintenance: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Drug Interdiction and Counter-Drug Activities, Defense
### (INCLUDING TRANSFER OF FUNDS)

For an additional amount for "Drug Interdiction and Counter-Drug Activities, Defense", $150,470,000, to remain available until expended: *Provided*, That these funds may be used only for such activities related to Afghanistan and the Central Asia area: *Provided further*, That the Secretary of Defense may transfer such funds only to appropriations for military personnel; operation and maintenance; procurement; and research, development, test and evaluation: *Provided further*, That the funds transferred shall be merged with and be available for the same purposes and for the same time period as the appropriation to which transferred: *Provided further*, That the transfer authority provided in this paragraph is in addition to any other transfer authority available to the Department of Defense: *Provided further*, That upon a determination that all or part of the funds transferred from this appropriation are not necessary for the purposes provided herein, such amounts may be transferred back to this appropriation: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Copr. ©  West 2006 No Claim to Orig. Govt. Works

Office of the Inspector General
 For an additional amount for "Office of the Inspector General", $5,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

RELATED AGENCIES
Intelligence Community Management Account
 For an additional amount for the "Intelligence Community Management Account", $158,875,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*429** GENERAL PROVISIONS--THIS CHAPTER
(TRANSFER OF FUNDS)
 SEC. 1201. Upon his determination that such action is necessary in the national interest, the Secretary of Defense may transfer between appropriations up to $2,000,000,000 of the funds made available to the Department of Defense in this chapter: *Provided*, That the Secretary shall notify the Congress promptly of each transfer made pursuant to this authority: *Provided further*, That the transfer authority provided in this section is in addition to any other transfer authority available to the Department of Defense: *Provided further*, That the authority in this section is subject to the same terms and conditions as the authority provided in section 8005 of the Department of Defense Appropriations Act, 2006, except for the fourth proviso.

(TRANSFER OF FUNDS)
 SEC. 1202. Section 8005 of the Department of Defense Appropriations Act, 2006, (Public Law 109-148; 119 Stat. 2680), is amended by striking "$3,750,000,000" and inserting "$5,000,000,000": *Provided*, That funds previously transferred among appropriations under the authority of section 8005 of Public Law 109-148 pursuant to reprogramming action 06-13PA may be restored to their source appropriations accounts: *Provided further*, That transfers made pursuant to reprogramming action 06-13PA and transfers back under this section shall not be taken into account for purposes of the limitation on the amount of funds that may be transferred under section 8005: *Provided further*, That the amount made available by the transfer of funds in or pursuant to this section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

(TRANSFER OF FUNDS)
 SEC. 1203. During fiscal year 2006 and from funds in the Defense Cooperation Account, the Secretary of Defense may transfer not to exceed $5,800,000 to such appropriations or funds of the Department of Defense as he shall determine for use consistent with the purposes for which such funds were contributed and accepted: *Provided*, That such amounts shall be available for the same time period as the appropriation to which transferred: *Provided further*, That the amount made available by the transfer of funds in or pursuant to this section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

 SEC. 1204. Section 1005(c)(2) of the National Defense Authorization Act, Fiscal Year 2006 (Public Law 109-163) is amended by striking "$289,447,000" and inserting "$345,547,000".

 SEC. 1205. (a) AUTHORITY TO PROVIDE SUPPORT.--Of the amount appropriated by this Act under the heading, "Drug Interdiction and Counter-Drug Activities, Defense", not to exceed $22,200,000 may be made available for support for counter-drug activities of the Governments of Afghanistan and Pakistan: *Provided*, That such support shall be in addition to support provided **\*430** for the counter-drug activities of such Governments under any other provision of the law.

 (b) TYPES OF SUPPORT.--

 (1) Except as specified in subsections (b)(2) and (b)(3) of this section, the support that may be provided under the authority in this section shall be limited to the types of support specified in section 1033(c)(1) of the National

Copr. ©  West 2006 No Claim to Orig. Govt. Works

**(Cite as: 120 Stat 418)**

Defense Authorization Act for Fiscal Year 1998 (Public Law 105-85, as amended by Public Law 106-398 and Public Law 108-136), and conditions on the provision of support as contained in section 1033 shall apply for fiscal year 2006.

 (2) The Secretary of Defense may transfer vehicles, aircraft, and detection, interception, monitoring and testing equipment to said Governments for counter-drug activities.

 (3) For the Government of Afghanistan, the Secretary of Defense may also provide individual and crew-served weapons, and ammunition for counter-drug security forces.

<< 10 USCA §  2208 NOTE >>

 SEC. 1206. Notwithstanding 10 U.S.C. 2208(l), the total amount of advance billings rendered or imposed for all working capital funds of the Department of Defense in fiscal year 2006 shall not exceed $1,200,000,000:  *Provided*, That the amounts made available pursuant to this section are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

 SEC. 1207. In addition to amounts authorized in section 1202(a) of Public Law 109-163, from funds made available in this chapter to the Department of Defense, not to exceed $423,000,000 may be used to fund the Commander's Emergency Response Program and for a similar program to assist the people of Afghanistan, to remain available until December 31, 2007.

 SEC. 1208. Supervision and administration costs associated with a construction project funded with "Afghanistan Security Forces Fund" or "Iraq Security Forces Fund" appropriations may be obligated at the time a construction contract is awarded:  *Provided*, That for the purpose of this section, supervision and administration costs include all in-house Government costs.

 SEC. 1209. None of the funds provided in this chapter may be used to finance programs or activities denied by Congress in fiscal year 2005 and 2006 appropriations to the Department of Defense or to initiate a procurement or research, development, test and evaluation new start program without prior written notification to the congressional defense committees.

<< 10 USCA §  1478 NOTE >>

<< 10 USCA §  1478 >>

 SEC. 1210. Effective as of January 6, 2006, and as if included in the enactment of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109-163), subsection (d)(2) of section 1478 of title 10, United States Code, as added by section 664(b) of such Act (119 Stat. 3316), is amended by striking "May 11, 2005" and inserting "August 31, 2005".

(RESCISSIONS)
 SEC. 1211. Of the funds appropriated in Department of Defense Appropriations Acts, the following funds are hereby rescinded from the following accounts and programs in the specified amounts:

 "Missile Procurement, Air Force, 2006/2008", $80,000,000;

 "Other Procurement, Air Force, 2005/2007", $39,400,000.

 SEC. 1212. (a) SENSE OF CONGRESS.--Congress recognizes the importance of ensuring that absent uniformed services voters, **\*431** Department of Defense personnel, and their dependents have the opportunity to exercise their right to vote.

 (b) IVAS BALLOT REQUEST PROGRAM.--

Copr. ©  West 2006 No Claim to Orig. Govt. Works

 (1) The Interim Voting Assistance System (IVAS) Ballot Request Program shall be continued with respect to all absent uniformed services voters, Department of Defense personnel, and dependents covered by the Uniformed and Overseas Citizens Absentee Voting Act (42 U.S.C. 1973ff et seq.) with the objective to further improve ballot request procedures and voting assistance with respect to such persons.

 (2) Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the status of the program referred to in paragraph (1), including an accounting of the utilization of funds available for the program under subsection (c).

 (c) FUNDING.--Of the amounts provided by this chapter, $2,500,000 shall be available for the program referred to in subsection (b).

 SEC. 1213. (a) FINDINGS.--The Senate makes the following findings:

 (1) Title IX of the Department of Defense Appropriations Act, 2006 (division A of Public Law 109-148) appropriated $50,000,000,000 for the cost of ongoing military operations overseas in fiscal year 2006, although those funds were not requested by the President.

 (2) The President on February 16, 2006, submitted to Congress a request for supplemental appropriations in the amount of $67,600,000,000 for ongoing military operations in fiscal year 2006, none of which supplemental appropriations was included in the concurrent resolution on the budget for fiscal year 2006, as agreed to in the Senate on April 28, 2005.

 (3) The President on February 6, 2006, included a $50,000,000,000 allowance for ongoing military operations in fiscal year 2007, but did not formally request the funds or provide any detail on how the allowance may be used.

 (4) The concurrent resolution on the budget for fiscal year 2007, as agreed to in the Senate on March 16, 2007, anticipates as much as $86,300,000,000 in emergency spending in fiscal year 2007, indicating that the Senate expects to take up another supplemental appropriations bill to fund ongoing military operations during fiscal year 2007.

 (b) SENSE OF SENATE.--It is the sense of the Senate that--

 (1) any request for funds for a fiscal year after fiscal year 2007 for ongoing military operations in Afghanistan and Iraq should be included in the annual budget of the President for such fiscal year as submitted to Congress under section 1105(a) of title 31, United States Code;

 (2) any request for funds for such a fiscal year for ongoing military operations should provide an estimate of all funds required in that fiscal year for such operations;

 (3) any request for funds for ongoing military operations should include a detailed justification of the anticipated use of such funds for such operations;  and

 (4) any funds provided for ongoing military operations overseas should be provided in appropriations Acts for such fiscal **432** year through appropriations to specific accounts set forth in such appropriations Acts.

CHAPTER 3
BILATERAL ECONOMIC ASSISTANCE
FUNDS APPROPRIATED TO THE PRESIDENT
United States Agency for International Development
CHILD SURVIVAL AND HEALTH PROGRAMS FUND

 For an additional amount for "Child Survival and Health Programs Fund",  $7,800,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Copr. ©  West 2006 No Claim to Orig. Govt. Works

### DEVELOPMENT ASSISTANCE

 For an additional amount for "Development Assistance", $16,500,000, to remain available until September 30, 2007:  *Provided*, That of the funds appropriated under this heading, $6,000,000 shall be made available for assistance for Guatemala for relief and reconstruction activities related to Hurricane Stan: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### INTERNATIONAL DISASTER AND FAMINE ASSISTANCE
### (INCLUDING TRANSFER OF FUNDS)

 For an additional amount for "International Disaster and Famine Assistance",  $161,300,000, to remain available until expended, of which up to $80,000 may be transferred to and merged with "Operating Expenses of the United States Agency for International Development", for associated administrative costs:  *Provided*, That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### OPERATING EXPENSES OF THE UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT

 For an additional amount for "Operating Expenses of the United States Agency for International Development", $101,000,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### *433 OTHER BILATERAL ECONOMIC ASSISTANCE
### Economic Support Fund
### (INCLUDING TRANSFER OF FUNDS)

 For an additional amount for "Economic Support Fund", $1,686,000,000, to remain available until September 30, 2007, of which up to $11,000,000 may be used for the costs, as defined in section 502 of the Congressional Budget Act of 1974, of modifying direct loans and guarantees for Afghanistan or otherwise of reducing any amounts owed to the United States or any agency of the United States by Afghanistan: *Provided*, That such amounts for the costs of modifying direct loans and guarantees shall not be considered "assistance" for the purposes of any provision of law limiting assistance to a country: *Provided further*, That the last proviso under the heading "Economic Support Fund" in title II of Public Law 109-102 and comparable provisions in prior Acts making appropriations for foreign operations, export financing, and related programs shall no longer be applicable to funds appropriated under such heading in this Act or any prior Act: *Provided further*, That of the funds available under this heading for assistance for Afghanistan, $5,000,000 shall be made available for agriculture and rural development programs in Afghanistan to be administered through a national consortium of agriculture colleges and land-grant universities:  *Provided further*, That of the funds available under this heading for assistance for Iraq, not less than $50,000,000 shall be made available to the United States Agency for International Development for continued support for its Community Action Program in Iraq, of which not less than $5,000,000 shall be transferred to and merged with funds appropriated under the heading "Iraq Relief and Reconstruction Fund" in chapter 2 of title II of Public Law 108-106 and shall be made available for the Marla Ruzicka Iraqi War Victims Fund:  *Provided further*, That of the funds made available under this heading for assistance for Iraq, not less than $50,000,000 shall be made available for programs and activities to promote democracy, the rule of law and reconciliation:  *Provided further*, That funds appropriated under this heading that are made available for police and judicial reform in Haiti shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further*, That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### DEPARTMENT OF STATE
### Democracy Fund

 For an additional amount for "Democracy Fund", $22,500,000, of which  $20,000,000 shall be made available for programs and activities promoting democracy in Iran and of which $2,500,000 shall be made available for assistance for the Democratic Republic of the Congo, to remain available until September 30, 2007:  *Provided*, That funds appropriated under this heading shall be made available notwithstanding any other provision of law, and those funds made available to promote democracy in Iran shall be *434 administered by the Middle East Partnership Initiative,

Copr. ©  West 2006 No Claim to Orig. Govt. Works

PL 109-234, 2006 HR 4939                                                                                                                Page 12
PL 109-234, June 15, 2006, 120 Stat 418
**(Cite as: 120 Stat 418)**

in consultation with the Bureau of Democracy, Human Rights, and Labor of the Department of State: *Provided further*, That funds made available under this heading in this Act shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

International Narcotics Control and Law Enforcement
(INCLUDING TRANSFER OF FUNDS)

For an additional amount for "International Narcotics Control and Law Enforcement", $107,700,000, to remain available until September 30, 2008: *Provided*, That of the funds appropriated under this heading, not less than $3,300,000 shall be made available for assistance for the Peace and Justice Unit of the Colombian Fiscalia notwithstanding section 599E of Public Law 109- 102: *Provided further*, That of the funds appropriated under this heading, up to $13,000,000 is available for procurement of a maritime patrol aircraft for the Colombian Navy and may be transferred to and merged with funds previously appropriated to the "Foreign Military Financing Program" to finance such procurement: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Migration and Refugee Assistance

For an additional amount for "Migration and Refugee Assistance", $75,700,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

DEPARTMENT OF THE TREASURY
International Affairs Technical Assistance

For an additional amount for "International Affairs Technical Assistance", $13,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

MILITARY ASSISTANCE
FUNDS APPROPRIATED TO THE PRESIDENT
Peacekeeping Operations

For an additional amount for "Peacekeeping Operations", $178,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated **\*435** as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

GENERAL PROVISIONS--THIS CHAPTER

SEC. 1301. Funds appropriated or made available by transfer in this chapter may be obligated and expended notwithstanding section 15 of the State Department Basic Authorities Act of 1956 and section 10 of Public Law 91-672 (22 U.S.C. 2412).

<< 22 USCA § 2151 NOTE >>

SEC. 1302. (a) Notwithstanding any other provision of law, amounts under the heading "Iraq Relief and Reconstruction Fund" in title II of Public Law 108-106 shall remain available for one additional year from the date on which the availability of funds would otherwise have expired, if such funds are initially obligated before the expiration of the period of availability provided herein: *Provided*, That notwithstanding section 2207(d) of Public Law 108-106, requirements of section 2207 of Public Law 108-106 shall expire on October 1, 2008.

(b) Chapter 2 of title II of Public Law 108-106 (117 Stat. 1225-1226), as amended by Public Law 108-309 (118 Stat. 1142-1143), is further amended under the heading "Iraq Relief and Reconstruction Fund" by--

Copr. © West 2006 No Claim to Orig. Govt. Works

(1) striking "$5,090,000,000" and inserting "$5,036,000,000" for security and law enforcement;

(2) striking "$1,960,000,000" and inserting "$2,349,800,000" for justice, public safety infrastructure, and civil society;

(3) striking "$4,455,000,000" and inserting "$4,220,000,000" for the electric sector;

(4) striking "$1,723,000,000" and inserting "$1,735,600,000" for oil infrastructure;

(5) striking "$2,361,000,000" and inserting "$2,131,100,000" for water resources and sanitation;

(6) striking "$500,000,000" and inserting "$465,500,000" for transportation and telecommunications;

(7) striking "$370,000,000" and inserting "$333,700,000" for roads, bridges, and construction;

(8) striking "$793,000,000" and inserting "$739,000,000" for health care;

(9) striking "$845,000,000" and inserting "$805,300,000" for private sector development;  and

(10) striking "$342,000,000" and inserting "$410,000,000" for education, refugees, human rights, and governance.

SEC. 1303. Of the funds made available for Coalition Solidarity Initiative under the heading "Peacekeeping Operations" in chapter 2 of title II of division A of Public Law 109-13, $7,000,000 is rescinded.

SEC. 1304. (a) Section 550 of Public Law 109-102 (119 Stat. 2217) is amended to read as follows:

"PROHIBITION ON ASSISTANCE FOR THE PALESTINIAN AUTHORITY

"SEC. 550. (a) PROHIBITION ON ASSISTANCE.--None of the funds appropriated by this Act or any prior Act making appropriations for foreign operations, export financing, and related programs, may be obligated or expended for assistance for the Palestinian Authority unless the Secretary of State determines, and so reports to the Committees on Appropriations, that the Palestinian Authority has **436** complied with the standards contained in the Quartet's January 30, 2006 Statement on the Situation in the Middle East that 'a future Palestinian government must be committed to nonviolence, recognition of Israel, and acceptance of previous agreements and obligations, including the Roadmap".

"(b) WAIVER AUTHORITY.--

"(1) The President may waive subsection (a) with respect to the administrative and personal security costs of the Office of the President of the Palestinian Authority, for activities of the President of the Palestinian Authority to promote democracy, peaceful resolution of the Israeli-Palestinian conflict, and the rule of law, and with respect to independent agencies, if the President certifies and reports to the Committees on Appropriations that--

"(A) it is in the national security interest of the United States to provide such assistance;

"(B) as the case may be, the President of the Palestinian Authority, the President's party, and independent agencies and any members thereof, are not members of, appointed by, or effectively controlled by Hamas or any other foreign terrorist organization;  and

"(C) assistance provided under the authority of this subsection will not be transferred or retransferred to any member of Hamas or other foreign terrorist organization or to any entity effectively controlled by Hamas or other foreign terrorist organization.

"(2) Not less than 15 days prior to exercising the authority provided in this subsection, the President shall consult with, and shall provide a written policy justification to, the Committees on Appropriations of the House of Representatives and the Senate and the Committee on International Relations of the House of Representatives and

Copr. ©  West 2006 No Claim to Orig. Govt. Works

the Committee on Foreign Relations of the Senate.

 "(c) REPORT.--Whenever the waiver authority pursuant to subsection (b) is exercised, the President shall submit a report to the Committees on Appropriations describing how the funds will be spent and the accounting procedures in place to ensure proper oversight and accountability.".

 (b) Effective on the date of enactment of this Act, none of the funds appropriated under the heading "Economic Support Fund" in Public Law 109-102 (119 Stat. 2217) or any prior Act making appropriations for foreign operations, export financing and related programs may be obligated for assistance for the West Bank and Gaza until the Secretary of State consults with the Committees on Appropriations, submits a revised plan for such assistance to the Committees on Appropriations, and determines and reports to the Committees on Appropriations that appropriate procedures and safeguards exist to ensure that United States assistance is not provided to or through any individual, private or government entity, or educational institution, that the Secretary knows or has reason to believe advocates, plans, sponsors, engages in, or has engaged in, terrorist activity.

 SEC. 1305. Of the funds appropriated under the heading "Subsidy Appropriation" for the Export-Import Bank of the United States that are available for tied-aid grants in title I of Public Law 107-115 and under such heading in prior Acts making appropriations **\*437** for foreign operations, export financing, and related programs, $37,000,000 are rescinded.

 SEC. 1306. To the extent not otherwise authorized, supervision and administrative costs of the Department of Defense associated with a construction project funded with the Iraq Relief and Reconstruction Fund may be obligated at the time a construction contract is awarded or, for pre-existing contracts, by September 30, 2006: *Provided*, That for the purposes of this section, supervision and administration costs include all in-house Government costs.

### CHAPTER 4
### DEPARTMENT OF HOMELAND SECURITY
#### United States Coast Guard
#### OPERATING EXPENSES
 For an additional amount for "Operating Expenses", $26,692,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### CHAPTER 5
### DEPARTMENT OF DEFENSE
#### MILITARY CONSTRUCTION
#### Military Construction, Army
 For an additional amount for "Military Construction, Army", $187,100,000, to remain available until September 30, 2007: *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006: *Provided further*, That $50,000,000 of the funds provided under this heading may not be obligated or expended until after that date on which the Secretary of Defense submits a detailed plan for Counter IED/Urban Bypass Roads, Iraq, to the Committees on Appropriations of the House of Representatives and Senate.

#### Military Construction, Air Force
 For an additional amount for "Military Construction, Air Force", $27,700,000, to remain available until September 30, 2007: *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

#### **\*438** Military Construction, Defense-Wide

Copr. ©  West 2006 No Claim to Orig. Govt. Works

 For an additional amount for "Military Construction, Defense-Wide", $20,600,000, to remain available until September 30, 2007: *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

CHAPTER 6
DEPARTMENT OF JUSTICE
Legal Activities
SALARIES AND EXPENSES, UNITED STATES ATTORNEYS

 For an additional amount for "Salaries and Expenses, United States Attorneys", $3,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

United States Marshals Service
SALARIES AND EXPENSES

 For an additional amount for "Salaries and Expenses", $1,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Federal Bureau of Investigation
SALARIES AND EXPENSES

 For an additional amount for "Salaries and Expenses", $85,700,000, to remain available until September 30, 2007: *Provided*, That no funding provided under this heading shall be available for obligation for a new or enhanced information technology program unless the Deputy Attorney General and the investment review board certify to the Committees on Appropriations that the information technology program has appropriate program management and contractor oversight mechanisms in place, and that the program is compatible with the enterprise architecture of the Department of Justice and Federal Bureau of Investigation: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*439** Drug Enforcement Administration
SALARIES AND EXPENSES

 For an additional amount for "Salaries and Expenses", $14,200,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Bureau of Alcohol, Tobacco, Firearms and Explosives
SALARIES AND EXPENSES

 For an additional amount for "Salaries and Expenses", $4,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

DEPARTMENT OF STATE AND RELATED AGENCY
DEPARTMENT OF STATE
Administration of Foreign Affairs
DIPLOMATIC AND CONSULAR PROGRAMS
(INCLUDING TRANSFER OF FUNDS)

 For an additional amount for "Diplomatic and Consular Programs", $1,383,625,000, to remain available until September 30, 2007: *Provided*, That of the funds available under this heading, not less than $250,000 shall be made available for the establishment and adequate support, including staffing and travel, of the Office of the Presidential Special Envoy for Sudan: *Provided further*, That of the amount made available under this heading, $1,000,000 shall be available for transfer to the United States Institute of Peace: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th

Copr. ©  West 2006 No Claim to Orig. Govt. Works

Congress), the concurrent resolution on the budget for fiscal year 2006.

OFFICE OF INSPECTOR GENERAL
(INCLUDING TRANSFER OF FUNDS)

 For an additional amount for "Office of Inspector General", $25,300,000, to remain available until September 30, 2007, of which $24,000,000 shall be transferred to the Special Inspector General for Iraq Reconstruction for reconstruction oversight:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*440** EDUCATIONAL AND CULTURAL EXCHANGE PROGRAMS

 For an additional amount for "Educational and Cultural Exchange Programs",  $5,000,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

International Organizations
CONTRIBUTIONS FOR INTERNATIONAL PEACEKEEPING ACTIVITIES

 For an additional amount for "Contributions for International Peacekeeping Activities", $129,800,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109 Congress), the concurrent resolution on the budget for fiscal year 2006.

RELATED AGENCY
Broadcasting Board of Governors
INTERNATIONAL BROADCASTING OPERATIONS

 For an additional amount for "International Broadcasting Operations" for programs and activities promoting democracy in Iran, $10,274,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

BROADCASTING CAPITAL IMPROVEMENTS

 For an additional amount for "Broadcasting Capital Improvements", $25,826,000, to support programming to Iran, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

GENERAL PROVISIONS--THIS CHAPTER

 SEC. 1601. Funds appropriated or made available in this chapter for the Broadcasting Board of Governors and the Department of State may be obligated and expended notwithstanding section 15 of the State Department Basic Authorities Act of 1956, section 313 of the Foreign Relations Authorization Act, Fiscal Years 1994 and 1995 (Public Law 103-236), and section 504(a)(1) of the National Security Act of 1947.

<< 22 USCA §  4064 >>

 SEC. 1602. (a) WAIVER OF ANNUITY LIMITATIONS ON REEMPLOYED FOREIGN SERVICE ANNUITANTS.--Section 824(g) of the Foreign Service Act of 1980 (22 U.S.C. 4064(g)) is amended to read as follows:

 "(g)(1) To facilitate the assignment of persons to Iraq and Afghanistan or to posts vacated by members of the Service assigned to Iraq and Afghanistan, the Secretary of State may waive the **\*441** application of subsections (a) through (d) on a case-by-case basis for an annuitant reemployed on a temporary basis, or grant authority to the head of an Executive agency to waive the application of subsections (a) through (d) on a case-by-case basis for an annuitant reemployed on a temporary basis--

Copr. ©  West 2006 No Claim to Orig. Govt. Works

"(A) if, and for so long as, such waiver is necessary due to an emergency involving a direct threat to life or property or other unusual circumstances; or

"(B) if the annuitant is employed in a position for which there is exceptional difficulty in recruiting or retaining a qualified employee.

"(2) The authority of the Secretary to waive the application of subsections  (a) through (d) for an annuitant pursuant to subparagraph (B) of paragraph (1), or to grant authority to the head of an Executive agency to waive the application of such subsections to an annuitant under subparagraphs (A) or (B) of such paragraph, shall terminate on October 1, 2008.  An annuitant reemployed pursuant to such authority prior to such termination date may be employed for a period ending not later than one year after such date.

"(3) The Secretary should prescribe procedures for the exercise of any authority under paragraph (1), including criteria for any exercise of authority and procedures for a delegation of authority.".

 (b) WAIVER OF ANNUITY LIMITATIONS ON REEMPLOYED CIVIL SERVICE ANNUITANTS.--

 (1) DEPARTMENT OF STATE.--Title I of the Department of State Basic Authorities Act of 1956 (22 U.S.C. 2651a et seq.) is amended by adding at the end the following new section:

<< 22 USCA § 2733 >>

"SEC. 61. REEMPLOYMENT OF ANNUITANTS UNDER THE CIVIL SERVICE RETIREMENT SYSTEM AND FEDERAL EMPLOYEES' RETIREMENT SYSTEM.

 "(a) AUTHORITY.--

 "(1) IN GENERAL.--To facilitate the assignment of persons to Iraq and Afghanistan or to posts vacated by members of the Service assigned to Iraq and Afghanistan, the Secretary of State may waive the application of the provisions of section 8344 or 8468 of title 5, United States Code, on a case-by-case basis for employment of an annuitant in a position in the Department of State for which there is exceptional difficulty in recruiting or retaining a qualified employee, or when a temporary emergency hiring need exists.

 "(2) TERMINATION OF AUTHORITY.--The authority of the Secretary under paragraph (1) shall terminate on October 1, 2008.  An annuitant reemployed pursuant to such authority prior to such termination date may be employed for a period ending not later than one year after such date.

 "(b) PROCEDURES.--The Secretary should prescribe procedures for the exercise of any authority under subsection (a), including criteria for any exercise of authority and procedures for a delegation of authority.

 "(c) ANNUITANTS NOT TREATED AS EMPLOYEES FOR PURPOSES OF RETIREMENT BENEFITS.--An employee for whom a waiver under this section is in effect shall not be considered an employee for purposes of subchapter III of chapter 83, or chapter 84 of title 5, United States Code.".

 **\*442** (2) UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT.--Section 625 of the Foreign Assistance Act of 1961 (22 U.S.C. 2385) is amended by adding at the end the following new subsection:

 "(j)(1)(A) To facilitate the assignment of persons to Iraq and Afghanistan or to posts vacated by members of the Service assigned to Iraq and Afghanistan, the Administrator of the United States Agency for International Development may waive the application of the provisions of section 8344 or 8468 of title 5, United States Code, on a case-by-case basis for employment of an annuitant in a position in the United States Agency for International Development for which there is exceptional difficulty in recruiting or retaining a qualified employee, or when a temporary emergency hiring need exists.

 "(B) The authority of the Administrator under subparagraph (A) shall terminate on October 1, 2008.  An annuitant

Copr. ©  West 2006 No Claim to Orig. Govt. Works

reemployed pursuant to such authority prior to such termination date may be employed for a period ending not later than one year after such date.

 "(2) The Administrator should prescribe procedures for the exercise of any authority under this subsection, including criteria for any exercise of authority and procedures for a delegation of authority.

 "(3) An employee for whom a waiver under this section is in effect shall not be considered an employee for purposes of subchapter III of chapter 83, or chapter 84 of title 5, United States Code.".

 (c) REPORT ON USE OF ANNUITY LIMITATION WAIVER AUTHORITY.--Not later than 1 year after the date of the enactment of this Act, the Secretary of State shall submit to the Committee on Foreign Relations, the Committee on Appropriations, and the Committee on Homeland Security and Governmental Affairs of the Senate and the Committee on International Relations, the Committee on Appropriations, and the Committee on Government Reform of the House of Representatives a report on the exercise of the waiver authorities provided under section 824(g) of the Foreign Service Act of 1980 (22 U.S.C. 4064(g)), as amended by subsection (a), section 61 of the State Department Basic Authorities Act of 1956, as added by subsection (b)(1), and section 625(j) of the Foreign Assistance Act of 1961, as added by subsection (b)(2).  The report shall include the number and type of positions that have been filled under such waiver authority, and the retirement date, former job title, and new job title of each annuitant reemployed under such authority.

 (d) HOME LEAVE PROVISIONS.--

<< 22 USCA §  4081 >>

 (1) TRAVEL EXPENSES FOR REST AND RECUPERATION TRAVEL.--Section 901(6) of the Foreign Service Act (22 U.S.C. 4081(6)) is amended by striking "unbroken by home leave" each place it appears.

<< 22 USCA §  4083 >>

 (2) AUTHORITY TO REQUIRE LEAVES OF ABSENCE.--Section 903(a) of the Foreign Service Act (22 U.S.C. 4083) is amended by striking "18 months" and inserting "12 months".

<< 22 USCA §  2703 NOTE >>

 (e) AUTHORITY TO PROVIDE ACCOMMODATION AND SUBSISTENCE TO INDIVIDUALS SERVING IN IRAQ AND AFGHANISTAN.--The Secretary of State may provide during any fiscal year, with or without reimbursement, accommodation and subsistence to personnel in Iraq and Afghanistan for whom the Chief of Mission is responsible.

 **\*443** SEC. 1603. (a) IN GENERAL.--During fiscal years 2006, 2007, and 2008, the head of an agency may, in the agency head's discretion, provide to an individual employed by, or assigned or detailed to, such agency allowances, benefits, and gratuities comparable to those provided by the Secretary of State to members of the Foreign Service under section 413 and chapter 9 of title I of the Foreign Service Act of 1980 (22 U.S.C. 3973;  4081 et seq.), if such individual is on official duty in Iraq or Afghanistan.

 (b) CONSTRUCTION.--Nothing in this section shall be construed to impair or otherwise affect the authority of the head of an agency under any other provision of law.

 (c) APPLICABILITY OF CERTAIN AUTHORITIES.--Section 912(a) of the Internal Revenue Code of 1986 shall apply with respect to amounts received as allowances or otherwise under this section in the same manner as section 912 of the Internal Revenue Code of 1986 applies with respect to amounts received by members of the Foreign Service as allowances or otherwise under chapter 9 of title I of the Foreign Service Act of 1980.

CHAPTER 7
DEPARTMENT OF THE TREASURY

Copr. ©  West 2006 No Claim to Orig. Govt. Works

Departmental Offices
SALARIES AND EXPENSES

For an additional amount for "Salaries and Expenses", $1,800,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

TITLE II
FURTHER HURRICANE DISASTER RELIEF AND RECOVERY
CHAPTER 1
DEPARTMENT OF AGRICULTURE
Executive Operations
WORKING CAPITAL FUND

For an additional amount for "Working Capital Fund", $25,000,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*444** Office of the Inspector General

For an additional amount for "Office of the Inspector General", $445,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Agricultural Research Service
SALARIES AND EXPENSES

For an additional amount for "Salaries and Expenses", $10,000,000, to remain available until expended, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

BUILDINGS AND FACILITIES

For an additional amount for "Buildings and Facilities", $20,000,000, to remain available until expended, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Natural Resources Conservation Service
EMERGENCY WATERSHED PROTECTION PROGRAM

For an additional amount for "Emergency Watershed Protection Program", $50,955,000, to remain available until expended, for emergency measures in disaster areas affected by Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That notwithstanding any other provision of law, the Secretary, acting through the Natural Resources Conservation Service, using funds made available under this heading may provide financial and technical assistance to remove and dispose of debris and animal carcasses that could adversely affect health and safety on non-Federal land in a hurricane-affected county: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Rural Development
SALARIES AND EXPENSES

For an additional amount for "Salaries and Expenses", $1,000,000, to remain available until expended, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season for State Rural Development **\*445** offices located in Mississippi and Louisiana: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Copr. © West 2006 No Claim to Orig. Govt. Works

PL 109-234, 2006 HR 4939                                                                Page 20
PL 109-234, June 15, 2006, 120 Stat 418
**(Cite as: 120 Stat 418)**

## RURAL COMMUNITY ADVANCEMENT PROGRAM

For an additional amount for the cost of community facilities direct loans, loan guarantees, and grants described in section 381E(d)(1) of the Consolidated Farm and Rural Development Act, $25,000,000, to remain available until expended, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That not to exceed $5,000,000 shall be available for direct and guaranteed loans: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## GENERAL PROVISIONS--THIS CHAPTER
### (INCLUDING TRANSFER OF FUNDS)

SEC. 2101. Notwithstanding subsection (b) of section 102 of title I of division B of Public Law 109-148 (119 Stat. 2748), the Secretary of Agriculture may provide financial and technical assistance in carrying out such section in an amount up to 100 percent Federal share, as provided in regulations implementing the emergency watershed protection program: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

SEC. 2102. Notwithstanding any other provision of law, the Chief of the Natural Resources Conservation Service may enter into agreements to donate up to 20 used vehicles currently on loan to organizations or State or local units of government affected by Hurricane Katrina and other hurricanes of the 2005 season.

SEC. 2103. The Secretary of Agriculture may continue to use any of the authorities provided in section 105 of chapter 1 of title I of division B of Public Law 109-148 (119 Stat. 2749-2750), for a period not to exceed 18 additional months: *Provided*, That the authority provided in subsection (a)(7) of such section may allow funds made available under the Community Facility Grant program to be approved without regard to income limits for purposes related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season for structures designated by a State or local governmental entity as an emergency shelter: *Provided further*, That the amount provided under this section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

SEC. 2104. Of the funds appropriated in section 101(a) of chapter 1 of title I of division B of Public Law 109-148 (119 Stat. 2747), to provide assistance under the emergency conservation program established under title IV of the Agricultural Credit Act of 1978 (16 U.S.C. 2201 et seq.), $38,000,000 are transferred to the National Oceanic and Atmospheric Administration in the **\*446** Department of Commerce for activities involving oysters: *Provided*, That the amount transferred under this section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

SEC. 2105. Section 101(b) of chapter 1 of title I of division B of Public Law 109-148 (119 Stat. 2747) is amended--

(1) in the heading, by striking ", Oyster,";

(2) in the matter preceding paragraph (1)--

(A) by striking ", oyster,";  and

(B) by striking "public and private oyster reefs or";

(3) in paragraph (3), by adding "and" at the end;

(4) by striking paragraph (4);  and

(5) by redesignating paragraph (5) as paragraph (4).

SEC. 2106. Funds made available for the wildlife habitat incentive program established under section 1240N of the Food Security Act of 1985 (16 U.S.C. 3839bb-1) under section 211(b) of the Agricultural Risk Protection Act of

Copr. ©  West 2006 No Claim to Orig. Govt. Works

2000 (Public Law 106-224;  7 U.S.C. 1421 note) and section 820 of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001 (Public Law 106-387;  114 Stat. 1549A-59) shall remain available until expended to carry out obligations made for fiscal year 2001 and are not available for new obligations.

CHAPTER 2
DEPARTMENT OF DEFENSE--MILITARY
MILITARY PERSONNEL
Military Personnel, Army

 For an additional amount for "Military Personnel, Army", $2,125,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Military Personnel, Navy

 For an additional amount for "Military Personnel, Navy", $22,002,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Military Personnel, Marine Corps

 For an additional amount for "Military Personnel, Marine Corps", $3,992,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section **\*447** 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Military Personnel, Air Force

 For an additional amount for "Military Personnel, Air Force", $21,610,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Reserve Personnel, Army

 For an additional amount for "Reserve Personnel, Army", $4,071,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Reserve Personnel, Navy

 For an additional amount for "Reserve Personnel, Navy", $10,200,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Reserve Personnel, Marine Corps

 For an additional amount for "Reserve Personnel, Marine Corps", $2,176,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Reserve Personnel, Air Force

 For an additional amount for "Reserve Personnel, Air Force", $94,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Copr. ©  West 2006 No Claim to Orig. Govt. Works

National Guard Personnel, Army

For an additional amount for "National Guard Personnel, Army", $1,304,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading **\*448** is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

National Guard Personnel, Air Force

For an additional amount for "National Guard Personnel, Air Force", $1,408,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

OPERATION AND MAINTENANCE
Operation and Maintenance, Navy

For an additional amount for "Operation and Maintenance, Navy", $29,913,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Air Force

For an additional amount for "Operation and Maintenance, Air Force", $37,359,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Navy Reserve

For an additional amount for "Operation and Maintenance, Navy Reserve", $12,755,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Air Force Reserve

For an additional amount for "Operation and Maintenance, Air Force Reserve", $1,277,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. **\*449** Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Operation and Maintenance, Army National Guard

For an additional amount for "Operation and Maintenance, Army National Guard", $42,307,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

PROCUREMENT
Procurement of Ammunition, Army

For an additional amount for "Procurement of Ammunition, Army", $700,000, to remain available until September 30, 2008, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Copr. ©  West 2006 No Claim to Orig. Govt. Works

### Other Procurement, Army
 For an additional amount for "Other Procurement, Army", $9,136,000, to remain available until September 30, 2008, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Aircraft Procurement, Navy
 For an additional amount for "Aircraft Procurement, Navy", $579,000, to remain available until September 30, 2008, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Procurement of Ammunition, Navy and Marine Corps
 For an additional amount for "Procurement of Ammunition, Navy and Marine Corps", $899,000, to remain available until September 30, 2008, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### *450 Shipbuilding and Conversion, Navy
### (INCLUDING TRANSFER OF FUNDS)
 For an additional amount for "Shipbuilding and Conversion, Navy",  $775,236,000, to remain available until September 30, 2010, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, which shall be available for transfer within this account to replace destroyed or damaged equipment;  prepare and recover naval vessels under contract;  and provide for cost adjustments for naval vessels for which funds have been previously appropriated:  *Provided*, That this transfer authority is in addition to any other transfer authority available to the Department of Defense:  *Provided further*, That the Secretary of Defense shall, not fewer than 15 days prior to making transfers within this appropriation, notify the congressional defense committees in writing of the details of any such transfer:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Other Procurement, Navy
 For an additional amount for "Other Procurement, Navy", $85,040,000, to remain available until September 30, 2008, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Aircraft Procurement, Air Force
 For an additional amount for "Aircraft Procurement, Air Force", $13,000,000, to remain available until September 30, 2008, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Procurement, Defense-Wide
 For an additional amount for "Procurement, Defense-Wide", $2,797,000, to remain available until September 30, 2008, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### *451 RESEARCH, DEVELOPMENT, TEST AND EVALUATION
### Research, Development, Test and Evaluation, Navy
 For an additional amount for "Research, Development, Test and Evaluation, Navy", $12,000,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and

Copr. ©  West 2006 No Claim to Orig. Govt. Works

other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Research, Development, Test and Evaluation, Air Force

 For an additional amount for "Research, Development, Test and Evaluation, Air Force", $6,250,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109 Congress), the concurrent resolution on the budget for fiscal year 2006.

### Research, Development, Test and Evaluation, Defense-Wide

 For an additional amount for "Research, Development, Test and Evaluation, Defense-Wide", $730,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## REVOLVING AND MANAGEMENT FUNDS
### Defense Working Capital Funds

 For an additional amount for "Defense Working Capital Funds", $1,222,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### National Defense Sealift Fund

 For an additional amount for "National Defense Sealift Fund", $10,000,000, to remain available until expended, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## **\*452** TRUST FUNDS
### General Fund Payment, Surcharge Collections, Sales of Commissary Stores, Defense

 For an additional amount for "General Fund Payment, Surcharge Collections, Sales of Commissary Stores, Defense", $10,530,000, to remain available until September 30, 2010, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## OTHER DEPARTMENT OF DEFENSE PROGRAMS
### Defense Health Program

 For an additional amount for "Defense Health Program", $33,881,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Office of the Inspector General

 For an additional amount for "Office of the Inspector General", $326,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## GENERAL PROVISIONS--THIS CHAPTER
### (TRANSFER OF FUNDS)

Copr. ©  West 2006 No Claim to Orig. Govt. Works

SEC. 2201. Upon his determination that such action is necessary to ensure the appropriate allocation of funds provided to the Department of Defense in this chapter and in chapter 2, title I of this Act, the Secretary of Defense may transfer up to $150,000,000 between appropriations made available for military personnel;  operation and maintenance;  procurement;  research, development, test and evaluation;  and revolving and management funds: *Provided*, That the Secretary shall notify the Congress promptly of each transfer made pursuant to this authority: *Provided further*, That the transfer authority provided in this section is in addition to any other transfer authority available to the Department of Defense.

SEC. 2202. None of the funds provided in this chapter may be used to finance programs or activities denied by Congress in fiscal year 2005 and 2006 appropriations to the Department of Defense or to initiate a procurement or research, development, **\*453** test and evaluation new start program without prior written notification to the congressional defense committees.

SEC. 2203. Notwithstanding any other provision of law, of the amounts appropriated or otherwise made available under the heading "Shipbuilding and Conversion, Navy" in chapter 2 of title II of this Act, or under said heading in chapter 2 of title I of the Emergency Supplemental Appropriations Act to Address Hurricanes in the Gulf of Mexico and Pandemic Influenza, 2006 (division B of Public Law 109-148;  119 Stat. 2757), not less than $140,000,000 shall be made available for infrastructure improvements at Gulf Coast shipyards that have existing Navy shipbuilding contracts and that were damaged by Hurricane Katrina in calendar year 2005.

CHAPTER 3
DEPARTMENT OF DEFENSE--CIVIL
DEPARTMENT OF THE ARMY
Corps of Engineers--Civil
INVESTIGATIONS

For an additional amount for "Investigations" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $3,300,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006:  *Provided further*, That the Secretary of the Army, acting through the Chief of Engineers, utilizing $3,300,000 of the funds provided herein shall develop a comprehensive plan, at full Federal expense, to deauthorize deep draft navigation on the Mississippi River-Gulf Outlet, Louisiana, extending from the Gulf of Mexico to the Gulf Intracoastal Waterway:  *Provided further*, That, not later than 6 months after the date of enactment of this Act, the Secretary shall submit an interim report to Congress comprising the plan:  *Provided further*, That the Secretary shall refine the plan, if necessary, to be fully consistent, integrated, and included in the final report to be issued in December 2007 for the Louisiana Coastal Protection and Restoration Plan:  *Provided further*, That the Secretary shall provide to the Congress a report, by not later than 90 days after the date of enactment of this Act, describing, for the period beginning on the date on which the individual system components for hurricane and storm damage reduction were constructed and ending on the date on which the report is prepared, the difference between the vertical settlement of the system that is attributable to the settling of levees and floodwalls or subsidence versus the vertical grade deficiencies that are attributable to new storm data that may require a higher level of vertical protection in order to comply with 100-year floodplain certification and standard project hurricane.

**\*454** CONSTRUCTION

For an additional amount for "Construction" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $549,400,000, to remain available until expended, of which up to $20,200,000 may be used to reduce the risk of storm damage to the greater New Orleans metropolitan area, at full Federal expense, by restoring the surrounding wetlands through measures to begin to reverse wetland losses in areas affected by navigation, oil and gas, and other channels and through modification of the Caernarvon Freshwater Diversion structure or its operations;  at least $495,300,000 shall be used consistent with the cost-sharing provisions under which the projects were originally constructed to raise levee heights where necessary and otherwise enhance the existing Lake Pontchartrain and Vicinity project and the existing West Bank and Vicinity project to provide the levels of protection necessary to achieve the certification required for participation in the National Flood Insurance Program under the base flood elevations current at the time of this construction:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95

Copr. ©  West 2006 No Claim to Orig. Govt. Works

(109th Congress), the concurrent resolution on the budget for fiscal year 2006: *Provided further*, That $1,500,000 shall be for the North Padre Island, Texas project: *Provided further*, That $30,400,000 is available for flood control work in the Sacramento, California, Area: *Provided further*, That $2,000,000 shall be provided at full Federal expense for the Hawaii Water Systems Technical Assistance Program.

OPERATIONS AND MAINTENANCE

 For an additional amount for "Operations and Maintenance" to dredge navigation channels and repair other Corps projects related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $3,200,000 to remain available until expended: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006: *Provided further*, That the Secretary of the Army, acting through the Chief of Engineers, is directed to use funds appropriated herein for dredging needs along the Texas Gulf Coast.

FLOOD CONTROL AND COASTAL EMERGENCIES
(INCLUDING RESCISSION OF FUNDS)

 For an additional amount for "Flood Control and Coastal Emergencies", as authorized by section 5 of the Act of August 18, 1941 (33 U.S.C. 701n), for necessary expenses relating to the consequences of Hurricane Katrina and other hurricanes, $3,145,024,000, to remain available until expended: *Provided*, That the Secretary of the Army is directed to use the funds appropriated under this heading to modify, at full Federal expense, authorized projects in southeast Louisiana to provide hurricane and storm damage reduction and flood damage reduction in the greater New Orleans and surrounding areas;  $530,000,000 shall be used to **\*455** modify the 17th Street, Orleans Avenue, and London Avenue drainage canals and install pumps and closure structures at or near the lakefront;  $250,000,000 shall be used for storm-proofing interior pump stations to ensure the operability of the stations during hurricanes, storms, and high water events;  $170,000,000 shall be used for armoring critical elements of the New Orleans hurricane and storm damage reduction system; $350,000,000 shall be used to improve protection at the Inner Harbor Navigation Canal;  $215,000,000 shall be used to replace or modify certain non-Federal levees in Plaquemines Parish to incorporate the levees into the existing New Orleans to Venice hurricane protection project; $1,584,000,000 shall be used for reinforcing or replacing flood walls, as necessary, in the existing Lake Pontchartrain and Vicinity project and the existing West Bank and Vicinity project to improve the performance of the systems;  $30,024,000 for repairs, replacements, modifications and improvements of non-Federal levees and associated protection measures in Terrebonne Parish at full Federal expense: *Provided further*, That $16,000,000 is provided for the restoration of funds for hurricane-damaged projects in the State of Pennsylvania: *Provided further*, That any project using funds appropriated under this heading shall be initiated only after non-Federal interests have entered into binding agreements with the Secretary requiring the non-Federal interests to pay 100 percent of the operation, maintenance, repair, replacement, and rehabilitation costs of the project and to hold and save the United States free from damages due to the construction or operation and maintenance of the project, except for damages due to the fault or negligence of the United States or its contractors: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

 Of the funds provided under this heading in chapter 3 of division B of Public Law 109-148, $15,000,000 are rescinded.

DEPARTMENT OF THE INTERIOR
Bureau of Reclamation
WATER AND RELATED RESOURCES

 For an additional amount for "Water and Related Resources", $9,000,000, to remain available until expended for Drought Emergency Assistance: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

GENERAL PROVISION--THIS CHAPTER

 SEC. 2301. USE OF UNEXPENDED FUNDS. (a) IN GENERAL.--Notwithstanding any other provision of law, amounts made available to the State of Oklahoma or agencies or authorities therein (referred to in this section as the "State") before the date of enactment of this Act for general remediation activities being conducted in the vicinity of

Copr. ©  West 2006 No Claim to Orig. Govt. Works

the Tar Creek Superfund Site in northeastern Oklahoma and in Ottawa County, Oklahoma, that remain unexpended as of the date of enactment of this Act are authorized **\*456** to be used by the State to assist individuals and entities in relocation from areas at risk or potential risk of damage caused by land subsidence as determined by the State.

 (b) USE OF UNEXPENDED FUNDS.--The use of unexpended funds in accordance with subsection (a)--

 (1) shall not be subject to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (42 U.S.C. 4601 et seq.);  and

 (2) may include any general remediation activities described in section (a) determined to be appropriate by the State, including the buyout of 1 or more properties to facilitate a relocation described in subsection (a).

 SEC. 2302. (a) The $12,000,000 provided in division B, chapter 3 of title I, Investigations, of Public Law 109-148 (119 Stat. 2761) for the Louisiana hurricane protection study shall be at full Federal expense.

 (b) Of the $12,000,000 provided in division B, chapter 3 of title I, Investigations, of Public Law 109-148 (119 Stat. 2761) for the Louisiana hurricane protection study, $5,000,000 shall be available for expenditure prior to the effective date of the enactment of a State law establishing a single State or quasi-State entity to act as local sponsor for construction, operation and maintenance of all of the hurricane, storm damage reduction and flood control projects in the greater New Orleans and southeast Louisiana area.

 SEC. 2303. Chapter 3, under division B of title I of Public Law 109-148 (119 Stat. 2762) under the heading "Flood Control, Mississippi River and Tributaries, Arkansas, Illinois, Kentucky, Louisiana, Mississippi, Missouri, and Tennessee" is modified by inserting the following before the period: ": *Provided further*, That the Corps is directed to expedite and accelerate completion of any study or any unconstructed portion of the Mississippi River and Tributaries project for the flood and storm damage reduction projects in the south Louisiana area": *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

 SEC. 2304. Chapter 3, under division B of title I of Public Law 109-148 (119 Stat. 2762) under the heading "Operations and Maintenance" is modified by inserting the following before the last proviso: ": *Provided further*, That $75,000,000 of the funds provided herein shall be used for the repair, construction or provision of measures or structures necessary to protect, restore or increase wetlands, to prevent saltwater intrusion or storm surge": *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

<< 33 USCA §  426h >>

SEC. 2305. Section 227 of Public Law 104-303 is modified as follows:

 (1) Section 5(a) is amended by striking "6", and inserting "7" in lieu thereof.

 (2) Section 5(e)(2) is amended by striking "$21,000,000", and inserting  "$25,000,000" in lieu thereof.

<< 43 USCA §  2214 >>

 SEC. 2306. (a) Section 104(c) of the Reclamation States Emergency Drought Relief Act of 1991 (43 U.S.C. 2214(c)) is amended by striking "September 30, 2005" and inserting "September 30, 2010" in lieu thereof.

**\*457**

<< 43 USCA §  2241 >>

 (b) Section 301 of the Reclamation States Emergency Drought Relief Act of 1991 (43 U.S.C. 2241) is amended by striking "fiscal years 1992, 1993, 1994, 1995, 1996, 1999, 2000, 2001, 2002, 2003, and 2004" and inserting "the

Copr. ©  West 2006 No Claim to Orig. Govt. Works

period of fiscal years 2006 through 2010" in lieu thereof.

<< 33 USCA § 2293a >>

Sec. 2307. None of the funds made available before, on, or after the date of enactment of this Act in an appropriations Act may be expended to prevent or limit any reprogramming of funds for a project to be carried out by the Corps of Engineers using funds appropriated in any Act making appropriations for energy and water development, based on whether the project was included by the President in the budget transmitted under section 1105(a) of title 31, United States Code, or is otherwise proposed by the President or considered part of the budget by the Office of Management and Budget, if the project received funds in an Act making appropriations for energy and water development or any other appropriations Act making additional funds available for energy and water development.

SEC. 2308. None of the funds made available under this or any other Act shall be used during fiscal year 2006 or previous to April 1, 2007, to make, or plan or prepare to make, any payment on bonds issued by the Administrator of the Bonneville Power Administration (referred in this section as the "Administrator") or for an appropriated Federal Columbia River Power System investment, if the payment is both--

(1) greater, during any fiscal year, than the payments calculated in the rate hearing of the Administrator to be made during that fiscal year using the repayment method used to establish the rates of the Administrator as in effect on February 6, 2006; and

(2) based or conditioned on the actual or expected net secondary power sales receipts of the Administrator.

<< 16 USCA § 4722 >>

SEC. 2309. Section 1202 of the Nonindigenous Aquatic Nuisance Prevention and Control Act of 1990, as amended (110 Stat. 4085, 4091; 16 U.S.C. 4722(i)(3)(C)), is amended by deleting ", to carry out this paragraph, $750,000", and inserting the following in lieu thereof: "such sums as are necessary to carry out the dispersal barrier demonstration project directed by this paragraph".

CHAPTER 4
DEPARTMENT OF HOMELAND SECURITY
Office of Inspector General

For an additional amount for "Office of Inspector General" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $2,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*458** Customs and Border Protection
SALARIES AND EXPENSES

For an additional amount for "Salaries and Expenses" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $12,900,000: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

CONSTRUCTION

For an additional amount for "Construction" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $4,800,000, to remain available until expended: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

United States Coast Guard
OPERATING EXPENSES
(INCLUDING TRANSFERS OF FUNDS)

Copr. © West 2006 No Claim to Orig. Govt. Works

PL 109-234, 2006 HR 4939                                                                 Page 29
PL 109-234, June 15, 2006, 120 Stat 418
**(Cite as: 120 Stat 418)**

 For an additional amount for "Operating Expenses" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $88,970,000, to remain available until September 30, 2007, of which up to $267,000 may be transferred to "Environmental Compliance and Restoration" to be used for environmental cleanup and restoration of Coast Guard facilities in the Gulf of Mexico region; and of which up to $470,000 may be transferred to "Research, Development, Test, and Evaluation" to be used for salvage and repair of research and development equipment and facilities: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### ACQUISITION, CONSTRUCTION, AND IMPROVEMENTS
 For an additional amount for "Acquisition, Construction, and Improvements" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $191,730,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Federal Emergency Management Agency
### ADMINISTRATIVE AND REGIONAL OPERATIONS
 For an additional amount for "Administrative and Regional Operations" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, **\*459** $71,800,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### PREPAREDNESS, MITIGATION, RESPONSE, AND RECOVERY
 For an additional amount for "Preparedness, Mitigation, Response, and Recovery" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $10,000,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### DISASTER RELIEF
 For an additional amount for "Disaster Relief" for necessary expenses under the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5121 et seq.), $6,000,000,000, to remain available until expended: *Provided*, That for States in which the President declared a major disaster (as that term is defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)) on September 24, 2005, as a result of Hurricane Rita, each county or parish eligible for individual and public assistance under such declaration in such States will be treated equally for purposes of cost-share adjustments under such Act, to account for the impact in those counties and parishes of Hurricanes Rita and Katrina:  *Provided further*, That the Secretary of Homeland Security shall submit for approval a proposal and an expenditure plan for housing, including the alternative housing pilot programs under section 2403 of this Act, to the Committees on Appropriations of the Senate and House of Representatives within forty-five days from the date of enactment of this Act:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### DISASTER ASSISTANCE DIRECT LOAN PROGRAM ACCOUNT
 For an additional amount for "Disaster Assistance Direct Loan Program Account" for the cost of direct loans as authorized under section 417 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5184), $279,800,000, to be used to assist local governments affected by Hurricane Katrina and other hurricanes of the 2005 season in providing essential services, of which $1,000,000 is for administrative expenses to carry out the direct loan program: *Provided*, That such funds may be made to subsidize gross obligations for the principal amount of direct loans not to exceed $371,733,000:  *Provided further*, That notwithstanding section 417(b) of such Act, the amount of any such loan issued pursuant to this section may exceed $5,000,000, and may be equal to not more than 50 percent of the annual operating budget of the local government in any case in which that local government has suffered a loss of 25 percent or more in tax revenues due to Hurricane **\*460** Katrina or Hurricane Rita: *Provided*

Copr. ©  West 2006 No Claim to Orig. Govt. Works

*further*, That notwithstanding section 417(c)(1) of such Act, such loans may not be canceled: *Provided further*, That the cost of modifying such loans shall be as defined in section 502 of the Congressional Budget Act of 1974 (2 U.S.C. 661a): *Provided further*, That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### GENERAL PROVISIONS--THIS CHAPTER

SEC. 2401. The Federal Emergency Management Agency may provide funds to a State or local government or, as necessary, assume an existing agreement from such unit of government, to pay for utility costs resulting from the provision of temporary housing units to evacuees from Hurricane Katrina and other hurricanes of the 2005 season if the State or local government has previously arranged to pay for such utilities on behalf of the evacuees for the term of any leases, not to exceed 12 months, contracted by or prior to February 7, 2006: *Provided*, That the Federal share of the costs eligible to be paid shall be 100 percent.

SEC. 2402. (a) Title III of Public Law 109-90 (119 Stat. 2079) is amended under the heading "National Flood Insurance Fund" by striking in the proviso "$30,000,000" and inserting "such sums as necessary".

(b) The provisions of this section are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

SEC. 2403. Notwithstanding any other provision of law, the Secretary of Homeland Security shall consider eligible under the Federal Emergency Management Agency Individual Assistance Program the costs sufficient for alternative housing pilot programs in the areas hardest hit by Hurricane Katrina and other hurricanes of the 2005 season.

### CHAPTER 5
### DEPARTMENT OF THE INTERIOR
### United States Fish and Wildlife Service
### CONSTRUCTION

For an additional amount for "Construction" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season and for repayment of advances to projects from which funds were transferred for such purposes, $132,400,000, to remain available until expended: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### *461 National Park Service
### HISTORIC PRESERVATION FUND

For an additional amount for the "Historic Preservation Fund" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $43,000,000, to remain available until September 30, 2007: *Provided*, That of the funds provided under this heading, $40,000,000 shall be provided to State Historic Preservation Officers, after consultation with the National Park Service, for grants for disaster relief in areas of Louisiana, Mississippi, and Alabama impacted by Hurricanes Katrina or Rita: *Provided further*, That grants shall be for the preservation, stabilization, rehabilitation, and repair of historic properties listed in or eligible for the National Register of Historic Places, for planning and technical assistance: *Provided further*, That preference shall be given to grants based upon, but not limited to, properties located within National Heritage Areas, owner-occupied houses, and an ability to spend the funds expeditiously: *Provided further*, That grants shall only be available for areas that the President determines to be a major disaster under section 102(2) of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122(2)) due to Hurricanes Katrina or Rita: *Provided further*, That individual grants shall not be subject to a non-Federal matching requirement: *Provided further*, That no more than 5 percent of funds provided under this heading for disaster relief grants may be used for administrative expenses: *Provided further*, That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### CONSTRUCTION

For an additional amount for "Construction" for necessary expenses related to the consequences of Hurricane

Copr. © West 2006 No Claim to Orig. Govt. Works

Katrina and other hurricanes of the 2005 season, $55,400,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

United States Geological Survey
SURVEYS, INVESTIGATIONS, AND RESEARCH
(INCLUDING TRANSFERS OF FUNDS)

 For an additional amount for "Surveys, Investigations, and Research" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season and for repayment of advances to other appropriation accounts from which funds were transferred for such purposes, $10,200,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*462** Minerals Management Service
ROYALTY AND OFFSHORE MINERALS MANAGEMENT
(INCLUDING TRANSFERS OF FUNDS)

 For an additional amount for "Royalty and Offshore Minerals Management" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season and for repayment of advances to other appropriation accounts from which funds were transferred for such purposes, $15,000,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

ENVIRONMENTAL PROTECTION AGENCY
Environmental Programs and Management

 For an additional amount for "Environmental Programs and Management" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $6,000,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Leaking Underground Storage Tank Program

 For an additional amount for the "Leaking Underground Storage Tank Program" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $7,000,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

DEPARTMENT OF AGRICULTURE
Forest Service
NATIONAL FOREST SYSTEM

 For an additional amount for the "National Forest System" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $20,000,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*463** CHAPTER 6
DEPARTMENT OF LABOR
Employment and Training Administration
TRAINING AND EMPLOYMENT SERVICES

 For an additional amount for "Training and Employment Services", $16,000,000, to remain available until expended, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, for construction, rehabilitation, and acquisition of Job Corps centers as authorized by the Workforce Investment Act of 1998:  *Provided*, That the amount provided under this heading is designated as an emergency

Copr. ©  West 2006 No Claim to Orig. Govt. Works

requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### Health Resources and Services Administration
### HEALTH RESOURCES AND SERVICES

 For an additional amount for "Community Health Centers", $4,000,000, to remain available until expended, to purchase and operate communications equipment including satellite phones for a communications network among departments of health, community health centers and major medical centers in States affected by Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Centers for Disease Control and Prevention
### DISEASE CONTROL, RESEARCH, AND TRAINING

 For an additional amount for "Disease Control, Research, and Training",  $8,000,000, to remain available until expended, for mosquito and other pest abatement activities in States affected by Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## DEPARTMENT OF EDUCATION

### Hurricane Education Recovery

 For an additional amount under the heading "Department of Education" in Public Law 109-148 for carrying out section 107 of title IV, division B of that Act, $235,000,000, for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: *Provided*, That the amount **\*464** provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

 For an additional amount under part B of title VII of the Higher Education Act of 1965 ("HEA") for institutions of higher education (as defined in section 102 of that Act) that are located in an area in which a major disaster was declared in accordance with section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act related to hurricanes in the Gulf of Mexico in calendar year 2005, $50,000,000: *Provided*, That such funds shall be available to the Secretary of Education only for payments to help defray the expenses (which may include lost revenue, reimbursement for expenses already incurred, and construction) incurred by such institutions of higher education that were forced to close, relocate or significantly curtail their activities as a result of damage directly caused by such hurricanes: *Provided further*, That such payments shall be made in accordance with criteria established by the Secretary and made publicly available without regard to section 437 of the General Education Provisions Act, section 553 of title 5, United States Code, or part B of title VII of the HEA: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

## RELATED AGENCIES
### Corporation for National and Community Service
### NATIONAL AND COMMUNITY SERVICE PROGRAMS, OPERATING EXPENSES
### (INCLUDING TRANSFER OF FUNDS)

 For an additional amount for the Corporation for National and Community Service (the "Corporation") for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $10,000,000, to remain available until September 30, 2007: *Provided*, That the funds made available under this heading shall be available for the Civilian Community Corps authorized under subtitle E of title I of the National and Community Service Act of 1990 (the "Act") (42 U.S.C. 12611 et seq.): *Provided further*, That the Corporation may transfer funds from the amount provided under the first proviso to the National Service Trust authorized under subtitle D of title I of the Act (42 U.S.C. 12601) upon determination that such transfer is necessary to support the activities of Civilian Community Corps participants and after notice is transmitted to Congress: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of

Copr. ©  West 2006 No Claim to Orig. Govt. Works

H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

GENERAL PROVISIONS--THIS CHAPTER

SEC. 2601. (a) In this section:

 (1) The term "affected institution" means an institution of higher education that is--

 **\*465** (A) a part B institution, as such term is defined in section 322 of the Higher Education Act of 1965 (20 U.S.C. 1061);

 (B) located in an area affected by a Gulf hurricane disaster;  and

 (C) able to demonstrate that the institution--

 (i) incurred physical damage resulting from the impact of Hurricane Katrina or Rita;

 (ii) has pursued collateral source compensation from insurance, the Federal Emergency Management Agency, or the Small Business Administration, as appropriate;  and

 (iii) has not been able to fully reopen in existing facilities or fully reopen to the levels that existed before the impact of such hurricane due to physical damage to the institution.

 (2) The terms "area affected by a Gulf hurricane disaster" and "Gulf hurricane disaster" have the meanings given such terms in section 209 of the Higher Education Hurricane Relief Act of 2005 (Public Law 109-148, 119 Stat. 2809).

 (b) Notwithstanding any other provision of law (unless enacted with specific reference to this section), the Secretary of Education is authorized to waive or modify, as the Secretary determines is necessary, any statutory or regulatory provision related to historically Black college and university capital financing under part D of title III of the Higher Education Act of 1965 (20 U.S.C. 1066 et seq.), in connection with a Gulf hurricane disaster, to ensure that--

 (1) the calculation of financing need under section 343 of such Act (20 U.S.C. 1066b) for an affected institution is modified to reflect any changes in the financial condition of the institution as a result of the Gulf hurricane disaster; and

 (2) an affected institution that was not receiving assistance under such part before the Gulf hurricane disaster is eligible to apply for capital financing to assist in institutional recovery from the Gulf hurricane disaster.

 (c)(1) Notwithstanding section 343(b)(1) or any other provision of title III of the Higher Education Act of 1965 (20 U.S.C. 1066b(b)(1), 1051 et seq.), in carrying out section 343 of such Act, a designated bonding authority shall withhold not more than 1 percent for the cost of issuance from the proceeds of qualified bonds that are loaned to an affected institution.

 (2) Notwithstanding section 343(b)(3) or any other provision of title III of the Higher Education Act of 1965 (20 U.S.C. 1066b(b)(3), 1051 et seq.), the Secretary shall pay any interest above 1 percent charged for a loan issued under part D of title III of such Act, after the date of enactment of this Act and with respect to an affected institution, such that the affected institution pays interest at a rate no higher than 1 percent.

 (3) Notwithstanding any other provision of title III of the Higher Education Act of 1965 (20 U.S.C. 1051 et seq.), the requirements of section 343(b)(8) and 343(c)(2) of such Act (20 U.S.C. 1066b(b)(8)) shall not apply with respect to an affected institution receiving a loan under part D of title III of such Act (20 U.S.C. 1066 et seq.).

 (d) Notwithstanding any provision of title III of the Higher Education Act of 1965 (20 U.S.C. 1051 et seq.), or any regulation **\*466** promulgated under such title, the Secretary of Education shall grant a deferment, for a period of not more than 3 years, to an affected institution that has received a loan under part D of title III of such Act (20 U.S.C.

1066 et seq.).  During the deferment period granted under this subsection, the affected institution shall not be required to pay any periodic installment of principal required under the loan agreement for such loan, and interest on such loan shall not accrue for the period of the deferment.  During the deferment period, the Secretary shall make principal and interest payments otherwise due under the loan agreement.  At the closing of the loan, terms shall be set under which the affected institution shall be required to repay the Secretary for the payments of principal made by the Secretary during the deferment, on a schedule that begins upon repayment to the lender in full on the loan agreement.

(e)(1) Except as provided in paragraph (2), the authority provided under this section to enter into, or modify or waive the terms of, a loan agreement or insurance agreement under part D of title III of the Higher Education Act of 1965 (20 U.S.C. 1066 et seq.), or to grant a loan deferment under subsection (d), shall terminate 1 year after the date of enactment of this Act.

(2) Any provision of a loan agreement or insurance agreement modified or waived by the authority under this section shall remain so modified or waived for the duration of the period covered by the loan agreement or insurance agreement.

(f) The amount provided in this section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Sec. 2602.  Notwithstanding sections 107(f) and 110 of title IV (commonly known as the "Hurricane Education Recovery Act") of division B of the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006 (Public Law 109-148;  119 Stat. 2680), the Secretary of Education may extend the period during which a State educational agency or local educational agency may obligate funds received under section 107 of that title to a date no later than September 30, 2006, except that such funds shall be used only for expenses incurred during the 2005-2006 school year, as required by section 107 of that title.

SEC. 2603.  Funds available to the Mississippi Institutes of Higher Learning under the heading "Department of Education" in Public Law 109-148 may be used to support activities authorized by part B of title VII of the Higher Education Act of 1965, as determined necessary by the Mississippi Institutes of Higher Learning:  *Provided*, That the amount provided under this section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

(TRANSFER OF FUNDS)

SEC. 2604.  Of the funds made available under the heading "Disaster Relief" under the heading "Federal Emergency Management Agency" in chapter 4 of this title, $38,000,000 is hereby transferred to the Social Security Administration for necessary expenses and direct or indirect losses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season: **\*467** *Provided*, That the amount transferred by this section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

CHAPTER 7
DEPARTMENT OF DEFENSE
MILITARY CONSTRUCTION
Military Construction, Navy and Marine Corps

For an additional amount for "Military Construction, Navy and Marine Corps", for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $44,770,000, to remain available until September 30, 2010:  *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Military Construction, Air Force

For an additional amount for "Military Construction, Air Force", for necessary expenses related to the consequences

of Hurricane Katrina and other hurricanes of the 2005 season, $97,300,000, to remain available until September 30, 2010: *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Military Construction, Army National Guard
### (INCLUDING RESCISSION OF FUNDS)

 For an additional amount for "Military Construction, Army National Guard", for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $330,071,000, to remain available until September 30, 2010: *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law: *Provided further*, That of the amount provided under this heading in chapter 7 of title I of division B of Public Law 109-148 (119 Stat. 2770), $120,000,000 are rescinded:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Military Construction, Air National Guard

 For an additional amount for "Military Construction, Air National Guard", for necessary expenses related to the consequences **\*468** of Hurricane Katrina and other hurricanes of the 2005 season, $5,800,000, to remain available until September 30, 2010:  *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### Military Construction, Navy Reserve
### (INCLUDING RESCISSION OF FUNDS)

 For an additional amount for "Military Construction, Navy Reserve", for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $24,270,000, to remain available until September 30, 2010: *Provided*, That such funds may be obligated and expended to carry out planning and design and military construction projects not otherwise authorized by law:  *Provided further*, That the amount provided under the heading "Military Construction, Naval Reserve" in chapter 7 of title I of division B of Public Law 109-148 (119 Stat. 2771) shall remain available until September 30, 2010, except that, of such amount $49,530,000 are rescinded:  *Provided further*, That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### DEPARTMENT OF VETERANS AFFAIRS
### Departmental Administration
### CONSTRUCTION, MAJOR PROJECTS

 For an additional amount for "Construction, Major Projects", for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $585,919,000, to remain available until expended: *Provided*, That $35,919,000 shall be available for environmental cleanup and removal of debris from the Department of Veterans Affairs land in Gulfport, Mississippi, and for any authorized purpose under this heading: *Provided further*, That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### RELATED AGENCY
### Armed Forces Retirement Home
### MAJOR CONSTRUCTION

 For an additional amount for "Major Construction", for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $176,000,000, to remain available until expended: *Provided*, That, notwithstanding any other provision of law, such funds shall be obligated and expended for the planning and design and construction of a new Armed Forces **\*469** Retirement Home in Gulfport, Mississippi:

Copr. ©  West 2006 No Claim to Orig. Govt. Works

*Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

### GENERAL PROVISIONS--THIS CHAPTER
SEC. 2701. The limitation of Federal contribution established under section 18236(b) of title 10 is hereby waived for projects appropriated in this chapter.

### (INCLUDING RESCISSION AND TRANSFER OF FUNDS)
SEC. 2702. (a) Of the amounts made available in chapter 7 of title I of division B of Public Law 109-148, Department of Veterans Affairs, "Medical Services", $198,265,000 are hereby rescinded.

(b) For an additional amount for Department of Veterans Affairs, "Medical Services", $198,265,000, to remain available until September 30, 2007, for necessary expenses related to the consequences of Hurrican Katrina and other hurricanes of the 2005 season.

(c) The funds made available in subsection (b) may be transferred to the Department of Veterans Affairs, "Medical Services", "Medical Administration", "Medical Facilities", "Construction, Minor Projects", and "Information Technology Systems" accounts as required.

(d) Not less than 15 days prior to making any such transfer as authorized under subsection (c), the Department shall notify the Committees on Appropriations of both Houses of Congress.

(e) This section is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

SEC. 2703. Notwithstanding any other provision of law, within six months of enactment of this Act, the Secretary of Veterans Affairs is authorized and directed to clean up and transfer all land parcels of the Department's land in Gulfport, Mississippi, to the city of Gulfport, Mississippi.

### (TRANSFER OF FUNDS)
SEC. 2704. The following unobligated balances shall be transferred to the Armed Forces Retirement Home "Major Construction" account, to remain available until expended, for the planning and design and construction of a new Armed Forces Retirement Home in Gulfport, Mississippi, from amounts appropriated under the heading "Armed Forces Retirement Home" in chapter 7 of division B of Public Law 109-148 (119 Stat. 2769), $45,000,000 provided for Armed Forces Retirement Home-Gulfport;  and unobligated balances of funds provided in fiscal years 1998 through 2004 for construction and renovation of the physical plants at the United States Naval Home/Armed Forces Retirement Home-Gulfport: *Provided*, That the General Services Administration, in consultation with the Naval Facilities Engineering Command and the management of the Armed Forces Retirement Home, shall be the agent for all matters with regard to the planning, design, construction, and contract administration related to the construction of the new **\*470** Armed Forces Retirement Home in Gulfport, Mississippi:  *Provided further*, That the amounts provided or otherwise made available under this section are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.


### CHAPTER 8
### DEPARTMENT OF JUSTICE
#### Legal Activities
#### SALARIES AND EXPENSES, GENERAL LEGAL ACTIVITIES
For an additional amount for "Salaries and Expenses, General Legal Activities" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $2,000,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

#### SALARIES AND EXPENSES, UNITED STATES ATTORNEYS
For an additional amount for "Salaries and Expenses, United States Attorneys" for necessary expenses related to the

Copr. ©  West 2006 No Claim to Orig. Govt. Works

consequences of Hurricane Katrina and other hurricanes of the 2005 season, $6,500,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
OPERATIONS, RESEARCH, AND FACILITIES

 For an additional amount for "Operations, Research, and Facilities" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $118,000,000, to remain available until September 30, 2007:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

PROCUREMENT, ACQUISITION AND CONSTRUCTION

 For an additional amount for "Procurement, Acquisition and Construction" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $32,000,000, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*471** SCIENCE
National Aeronautics and Space Administration
EXPLORATION CAPABILITIES

 For an additional amount for "Exploration Capabilities" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $35,000,000 shall be for the Stennis Space Center and Michoud Assembly Facility, to remain available until expended:  *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

RELATED AGENCIES
Small Business Administration
DISASTER LOANS PROGRAM ACCOUNT
(INCLUDING TRANSFER OF FUNDS)

 For an additional amount for the "Disaster Loans Program Account" for the cost of direct loans authorized by section 7(b) of the Small Business Act, $542,000,000, to remain available until expended:  *Provided*, That such costs, including the cost of modifying such loans shall be as defined in section 502 of the Congressional Budget Act of 1974:  *Provided further*, That up to $190,000,000 may be transferred to and merged with "Salaries and Expenses" for administrative expenses to carry out the disaster loan program:  *Provided further*, That none of the funds provided under this heading may be used for indirect administrative expenses:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

CHAPTER 9
DEPARTMENT OF TRANSPORTATION
Federal Highway Administration
FEDERAL-AID HIGHWAYS
EMERGENCY RELIEF PROGRAM

 For an additional amount for "Emergency Relief Program" as authorized under 23 U.S.C. 125, $702,362,500, to remain available until expended, for expenses identified under "Formal Requests" in the Federal Highway Administration table entitled "Emergency Relief Program Fund Requests--updated 06/06/06" with the exception of such expenses addressed in other provisions of this Act making amendments to Public Law 109-148 and expenses otherwise funded in other Appropriations Acts:  *Provided*, That notwithstanding 23 U.S.C. 125(d)(1), the Secretary of Transportation may obligate more than $100,000,000 for such projects in a State in a fiscal year, to respond to damage caused by Hurricane Dennis **\*472** and the 2004-2005 winter storms in the State of California:  *Provided*

Copr. ©  West 2006 No Claim to Orig. Govt. Works

*further,* That any amounts in excess of those necessary for emergency expenses relating to the eligible projects cited in the first sentence of this paragraph may be used for other projects authorized under 23 U.S.C. 125: *Provided further,* That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

(HIGHWAY TRUST FUND)
(RESCISSION)

 Of the unobligated balances of funds apportioned to each State under chapter 1 of title 23, United States Code, $702,362,500 are rescinded: *Provided,* That such rescission shall not apply to the funds distributed in accordance with 23 U.S.C. 130(f), 23 U.S.C. 133(d)(1) as in effect prior to the date of enactment of Public Law 109-59, the first sentence of 23 U.S.C. 133(d)(3)(A), 23 U.S.C. 104(b)(5), or 23 U.S.C. 163 as in effect prior to the enactment of Public Law 109-59.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Community Planning and Development
COMMUNITY DEVELOPMENT FUND
(INCLUDING TRANSFER OF FUNDS)

 For an additional amount for the "Community development fund", for necessary expenses related to disaster relief, long-term recovery, and restoration of infrastructure in the most impacted and distressed areas related to the consequences of Hurricanes Katrina, Rita, or Wilma in States for which the President declared a major disaster under title IV of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5121 et seq.), $5,200,000,000, to remain available until expended, for activities authorized under title I of the Housing and Community Development Act of 1974 (Public Law 93-383): *Provided,* That funds provided under this heading shall be administered through an entity or entities designated by the Governor of each State: *Provided further,* That such funds may not be used for activities reimbursable by or for which funds are made available by the Federal Emergency Management Agency or the Army Corps of Engineers: *Provided further,* That funds allocated under this heading shall not adversely affect the amount of any formula assistance received by a State under this heading: *Provided further,* That each State may use up to five percent of its allocation for administrative costs: *Provided further,* That not less than $1,000,000,000 from funds made available on a pro-rata basis according to the allocation made to each State under this heading shall be used for repair, rehabilitation, and reconstruction (including demolition, site clearance and remediation) of the affordable rental housing stock (including public and other HUD-assisted housing) in the impacted areas: *Provided further,* That no State shall receive more than $4,200,000,000: *Provided further,* That in administering the funds under this heading, the Secretary of Housing and Urban Development may waive, or specify **\*473** alternative requirements for, any provision of any statute or regulation that the Secretary administers in connection with the obligation by the Secretary or the use by the recipient of these funds or guarantees (except for requirements related to fair housing, nondiscrimination, labor standards, and the environment), upon a request by the State that such waiver is required to facilitate the use of such funds or guarantees, and a finding by the Secretary that such waiver would not be inconsistent with the overall purpose of the statute: *Provided further,* That the Secretary may waive the requirement that activities benefit persons of low and moderate income, except that at least 50 percent of the funds made available under this heading must benefit primarily persons of low and moderate income unless the Secretary otherwise makes a finding of compelling need: *Provided further,* That the Secretary shall publish in the Federal Register any waiver of any statute or regulation that the Secretary administers pursuant to title I of the Housing and Community Development Act of 1974 no later than 5 days before the effective date of such waiver: *Provided further,* That every waiver made by the Secretary must be reconsidered according to the three previous provisos on the two-year anniversary of the day the Secretary published the waiver in the Federal Register: *Provided further,* That prior to the obligation of funds each State shall submit a plan to the Secretary detailing the proposed use of all funds, including criteria for eligibility and how the use of these funds will address long-term recovery and restoration of infrastructure: *Provided further,* That prior to the obligation of funds to each State, the Secretary shall ensure that such plan gives priority to infrastructure development and rehabilitation and the rehabilitation and reconstruction of the affordable rental housing stock including public and other HUD-assisted housing: *Provided further,* That each State will report quarterly to the Committees on Appropriations on all awards and uses of funds made available under this heading, including specifically identifying all awards of sole-source contracts and the rationale for making the award on a sole-source basis: *Provided further,* That the Secretary shall notify the Committees on Appropriations on any proposed allocation of any funds and any related waivers made pursuant to these provisions under this heading no later than 5

Copr. ©  West 2006 No Claim to Orig. Govt. Works

days before such waiver is made:  *Provided further*, That the Secretary shall establish procedures to prevent recipients from receiving any duplication of benefits and report quarterly to the Committees on Appropriations with regard to all steps taken to prevent fraud and abuse of funds made available under this heading including duplication of benefits:  *Provided further*, That of the amounts made available under this heading, $12,000,000 shall be transferred to "Management and Administration, Salaries and Expenses", of which $7,000,000 is for the administrative costs, including IT costs, of the KDHAP/DVP voucher program;  $9,000,000 shall be transferred to the Office of Inspector General;  and $6,000,000 shall be transferred to HUD's Working Capital Fund:  *Provided further*, That none of the funds provided under this heading may be used by a State or locality as a matching requirement, share, or contribution for any other Federal program:  *Provided further*, That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*474** INDEPENDENT AGENCY
General Services Administration
FEDERAL BUILDINGS FUND

For an additional amount for the "Federal Buildings Fund" for necessary expenses related to the consequences of Hurricane Katrina and other hurricanes of the 2005 season, $37,000,000, from the General Fund and to remain available until expended:  *Provided*, That notwithstanding 40 U.S.C. 3307, the Administrator of General Services is authorized to proceed with repairs and alterations for affected buildings:  *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

TITLE III--EMERGENCY AGRICULTURAL DISASTER ASSISTANCE
<< 16 USCA §  3801 NOTE >>

SEC. 3001. SHORT TITLE.

This title may be cited as the "Emergency Agricultural Disaster Assistance Act of 2006".

SEC. 3002. DEFINITIONS.

In this title:

(1) HURRICANE-AFFECTED COUNTY.--The term "hurricane-affected county" means--

(A) a county included in the geographic area covered by a natural disaster declaration related to Hurricane Katrina, Hurricane Ophelia, Hurricane Rita, Hurricane Wilma, or a related condition;  and

(B) each county contiguous to a county described in subparagraph (A).

(2) NATURAL DISASTER DECLARATION.--The term "natural disaster declaration" means--

(A) a natural disaster declared by the Secretary--

(i) during calendar year 2005 under section 321(a) of the Consolidated Farm and Rural Development Act (7 U.S.C. 1961(a));  or

(ii) during calendar year 2006 under that section, but for which a request was pending as of December 31, 2005;  or

(B) a major disaster or emergency designated by the President--

(i) during calendar year 2005 under the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5121 et seq.);  or

Copr. ©  West 2006 No Claim to Orig. Govt. Works

(ii) during calendar year 2006 under that Act, but for which a request was pending as of December 31, 2005.

(3) SECRETARY.--The term "Secretary" means the Secretary of Agriculture.

**\*475** Subtitle A--Crop and Livestock Assistance

SEC. 3011. SUGAR AND SUGARCANE DISASTER ASSISTANCE.

(a) FLORIDA.--The Secretary of Agriculture shall use $40,000,000 of funds of the Commodity Credit Corporation to make payments to processors in Florida that are eligible to obtain a loan under section 156(a) of the Federal Agriculture Improvement and Reform Act of 1996 (7 U.S.C. 7272(a)) to compensate first processors and producers for crop and other losses in hurricane-affected counties that are related to hurricanes, tropical storms, excessive rains, floods, and wind in Florida during calendar year 2005, by an agreement on the same terms and conditions, to the maximum extent practicable, as the payments made under section 102 of the Emergency Supplemental Appropriations for Hurricane Disasters Assistance Act of 2005 (Public Law 108-324; 118 Stat. 1235), including that the 2005 base production of each harvesting unit shall be determined using the same base year crop production history that was used pursuant to the agreement under that section.

(b) LOUISIANA.--

(1) COMPENSATION FOR LOSSES.--The Secretary shall use $40,000,000 of the funds of the Commodity Credit Corporation to make assistance available to first processors of sugarcane that operate in a hurricane-affected county, or obtain sugarcane from a hurricane-affected county, and that are eligible to obtain a loan under section 156(a) of the Federal Agriculture Improvement and Reform Act of 1996 (7 U.S.C. 7272(a)), in the form of monetary payments or commodities in the inventory of the Commodity Credit Corporation derived from carrying out that section, to compensate producers and first processors for crop and other losses due to Hurricane Katrina, Hurricane Rita, or related conditions.

(2) ADMINISTRATION.--Assistance under this subsection shall be--

(A) shared by an affected first processor with affected producers that provide commodities to the processor in a manner that reflects contracts entered into between the processor and the producers, except with respect to a portion of the amount of total assistance provided under paragraph (1) necessary to compensate affected producers for individual losses experienced by the producers, including losses due to saltwater intrusion, flooding, wind damage, or increased planting, replanting, or harvesting costs, which shall be transferred by the first processor to the affected producers without regard to contractual share arrangements;  and

(B) made available under such terms and conditions as the Secretary determines are necessary to carry out this subsection.

(3) FORM OF ASSISTANCE.--In carrying out this subsection, the Secretary shall--

(A) convey to the first processor commodities in the inventory of the Commodity Credit Corporation derived from carrying out section 156(a) of the Federal Agriculture Improvement and Reform Act of 1996 (7 U.S.C. 7272(a));

(B) make monetary payments to the first processor;  or

**\*476** (C) take any combination of actions described in paragraphs (1) and  (2), using commodities or monetary payments.

(4) LOSS DETERMINATION.--In carrying out this subsection, the Secretary shall use the same base year to determine crop loss that was elected by a producer to determine crop loss in carrying out the hurricane assistance program under section 207 of the Agricultural Assistance Act of 2003 (Public Law 108-7;  117 Stat. 543).

(5) LIMITATION.--The Secretary shall provide assistance under this subsection only in a State described in section 359f(c)(1)(A) of the Agricultural Adjustment Act of 1938 (7 U.S.C. 1359ff(c)(1)(A)).

Copr. ©  West 2006 No Claim to Orig. Govt. Works

(c) TEXAS.--The Secretary shall use $400,000 of funds of the Commodity Credit Corporation to assist sugarcane growers in Texas by making a payment in that amount to a farmer-owned cooperative sugarcane processor in that State, for costs of demurrage, storage, and transportation resulting from hurricanes, excessive rains, floods, wind, and other related conditions during calendar year 2005.

SEC. 3012. LIVESTOCK ASSISTANCE.

 (a) LIVESTOCK COMPENSATION PROGRAM.--

 (1) USE OF COMMODITY CREDIT CORPORATION FUNDS.--Effective beginning on the date of enactment of this Act, the Secretary shall use $95,000,000 of funds of the Commodity Credit Corporation to provide assistance under the same terms and conditions as assistance provided under section 203 of the Agricultural Assistance Act of 2003 (Public Law 108-7;  117 Stat. 539).

 (2) ELIGIBLE APPLICANTS.--Subject to subsection (d), in providing assistance under paragraph (1), the Secretary shall provide assistance to any applicant that--

 (A) produces poultry, swine, sheep, beef, equine, buffalo, beefalo, dairy, goats, or an animal described in section 10806(a)(1) of the Farm Security and Rural Investment Act of 2002 (21 U.S.C. 321d(a)(1));

 (B) conducts an agricultural operation that is physically located in a hurricane-affected county;  and

 (C) meets all other eligibility requirements established by the Secretary.

 (b) LIVESTOCK INDEMNITY PROGRAM.--

 (1) IN GENERAL.--Effective beginning on the date of enactment of this Act, the Secretary shall use $30,000,000 of funds of the Commodity Credit Corporation to carry out a program under the same terms and conditions as the Livestock Indemnity Program authorized under title III of Public Law 105-18 (111 Stat. 170).

 (2) ELIGIBLE APPLICANTS.--Subject to subsection (d), in carrying out the Program, the Secretary shall provide assistance to any applicant that--

 (A) produces poultry, swine, sheep, eggs, beef, equine, buffalo, beefalo, dairy, goats, crawfish, or an animal described in section 10806(a)(1) of the Farm Security and Rural Investment Act of 2002 (21 U.S.C. 321d(a)(1));

 (B) conducts an agricultural operation that is physically located in a hurricane-affected county;  and

 **\*477** (C) meets all other eligibility requirements established by the Secretary for the Program.

 (c) LIVESTOCK INDEMNITY PROGRAM FOR CONTRACT GROWERS.--

 (1) IN GENERAL.--Subject to subsection (d), the Secretary shall use funds of the Commodity Credit Corporation to establish a program to assist poultry and egg producers in hurricane-affected counties that suffered income losses.

 (2) TERMS AND CONDITIONS.--The program established under paragraph (1) shall contain similar terms and conditions as the terms and conditions used for the livestock indemnity program for contract growers described in subpart E of chapter XIV of title 7, Code of Federal Regulations (as in effect on January 1, 2002).

 (d) LIMIT ON AMOUNT OF ASSISTANCE.--The Secretary shall ensure, to the maximum extent practicable, that no producer on a farm receives duplicative payments under this section and any other Federal program for the same loss.

SEC. 3013. SPECIALTY CROPS AND NURSERY CROPS.

Copr. ©  West 2006 No Claim to Orig. Govt. Works

 (a) IN GENERAL.--The Secretary shall use $95,000,000 of funds of the Commodity Credit Corporation to provide assistance to producers of specialty crops and nursery crops in hurricane-affected counties.

 (b) ADMINISTRATION.--

 (1) IN GENERAL.--Assistance required by subsection (a) shall be carried out by the Secretary under the same terms and conditions as the special disaster relief programs carried out for producers that suffered from crop damage and tree losses, and carried out related cleanup, in certain areas of Florida due to Hurricanes Charley, Frances, and Jeanne during August and September 2004, as described in the notice of program implementation relating to Florida citrus, fruit, vegetable, and nursery crop disaster programs (69 Fed. Reg. 63134 (October 29, 2004)), with vegetable losses treated as citrus losses for purposes of that program.

 (2) LOSS OF RECORDS.--Due to the complete destruction of the business records of many producers, the Secretary shall use the best available information in determining eligibility, determining losses, and calculating payment amounts under this section.

 (c) LIMIT ON AMOUNT OF ASSISTANCE.--The Secretary shall ensure, to the maximum extent practicable, that no producer on a farm receives duplicative payments under this section and any other Federal program for the same loss.

SEC. 3014. DAIRY ASSISTANCE.

 The Secretary shall use $17,000,000 of the funds of the Commodity Credit Corporation to make payments to dairy producers for dairy production losses and dairy spoilage losses in hurricane-affected counties.

SEC. 3015. COTTONSEED.

 (a) IN GENERAL.--The Secretary shall use $15,000,000 of the funds of the Commodity Credit Corporation to provide assistance to producers and first-handlers of the 2005 crop of cottonseed in hurricane-affected counties.

 (b) DISTRIBUTION OF FUNDS.--The Secretary shall provide disaster assistance under subsection (a) under the same terms and **\*478** conditions as assistance provided under section 206 of the Agricultural Assistance Act of 2003 (Public Law 108-7; 117 Stat. 543), except that assistance shall be--

 (1) distributed to producers and first handlers of cottonseed; and

 (2) based on cottonseed production during the most recent year for which a disaster payment specifically for cottonseed was not authorized.

Subtitle B--Forestry

SEC. 3021. TREE ASSISTANCE PROGRAM.

 (a) DEFINITION OF TREE.--In this section, the term "tree" includes a tree (including a Christmas tree, ornamental tree, nursery tree, and potted tree), bush (including a shrub), and vine.

 (b) PROGRAM.--Except as otherwise provided in this section, the Secretary shall use such sums of funds of the Commodity Credit Corporation to provide assistance under the tree assistance program established under sections 10201 through 10203 of the Farm Security and Rural Investment Act of 2002 (7 U.S.C. 8201 et seq.) to--

 (1) producers who suffered tree losses in hurricane-affected counties; and

 (2) fruit and tree nut producers in hurricane-affected counties for site preparation, replacement, rehabilitation, and pruning.

Copr. ©  West 2006 No Claim to Orig. Govt. Works

 (c) COSTS.--Funds made available under this section shall also be made available to cover costs associated with tree pruning, tree rehabilitation, and other appropriate tree-related activities as determined by the Secretary.

 (d) LIMIT ON AMOUNT OF ASSISTANCE.--The Secretary shall ensure, to the maximum extent practicable, that no producer on a farm receives duplicative payments under this section and any other Federal program for the same loss.

<< 16 USCA § 3831 >>

SEC. 3022. EMERGENCY FORESTRY CONSERVATION RESERVE PROGRAM.

 Section 1231(k)(3)(G) of the Food Security Act of 1985 (16 U.S.C. 3831(k)(3)(G)) is amended by striking "$404,100,000" and inserting "$504,100,000".

 SEC. 3023. When evaluating an offer to enroll private nonindustrial forest land into the emergency forestry conservation reserve program, as authorized by section 1231(k) of the Food Security Act of 1985 (16 U.S.C. 3831(k)), the Secretary of Agriculture shall accord equal weight to, and not distinguish between, private nonindustrial forest lands comprised of softwood or hardwood trees for the purpose of determining whether the private nonindustrial forest land of the landowner satisfies criteria used to evaluate the offer, including, but not limited to, soil erosion prevention, water quality improvement, wildlife habitat restoration, and mitigation of economic loss.

**\*479** Subtitle C--Miscellaneous

SEC. 3031. ADMINISTRATIVE COSTS.

 The Secretary may use not more than $9,600,000 of funds of the Commodity Credit Corporation to cover administrative costs incurred by the Farm Service Agency directly related to carrying out this title.

SEC. 3032. AQUACULTURE PRODUCER GRANTS.

 Grants to assist aquaculture producers announced by the Secretary on May 10, 2006 (71 Fed. Reg. 27188; relating to 2005 section 32 hurricane disaster programs) shall be provided for industry recovery in a manner consistent with the announcement or under the same terms and conditions as assistance provided under section 203(a)(2)(B) of the Agricultural Assistance Act of 2003 (Public Law 108-7; 117 Stat. 540).

SEC. 3033. EMERGENCY DESIGNATION.

 Amounts made available by the transfer of funds in or pursuant to this title are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

SEC. 3034. REGULATIONS.

 (a) IN GENERAL.--The Secretary may promulgate such regulations as are necessary to implement this title.

 (b) PROCEDURE.--The promulgation of the regulations and administration of this title shall be made without regard to--

 (1) the notice and comment provisions of section 553 of title 5, United States Code;

 (2) the Statement of Policy of the Secretary of Agriculture effective July 24, 1971 (36 Fed. Reg. 13804), relating to notices of proposed rulemaking and public participation in rulemaking; and

 (3) chapter 35 of title 44, United States Code (commonly known as the "Paperwork Reduction Act").

Copr. ©  West 2006 No Claim to Orig. Govt. Works

 (c) CONGRESSIONAL REVIEW OF AGENCY RULEMAKING.--In carrying out this section, the Secretary shall use the authority provided under section 808 of title 5, United States Code.

TITLE IV
PANDEMIC FLU
DEPARTMENT OF HEALTH AND HUMAN SERVICES
Office of the Secretary
PUBLIC HEALTH AND SOCIAL SERVICES EMERGENCY FUND
(INCLUDING TRANSFER OF FUNDS)

 For an additional amount for "Public Health and Social Services Emergency Fund" to prepare for and respond to an influenza pandemic, including international activities and activities in foreign countries, preparedness planning, enhancing the pandemic influenza regulatory science base, accelerating pandemic influenza **\*480** disease surveillance, developing registries to monitor influenza vaccine distribution and use, supporting pandemic influenza research, clinical trials and clinical trials infrastructure, and the development and purchase of vaccines, antivirals, and necessary medical supplies, $2,300,000,000, to remain available until expended:  *Provided,* That $30,000,000 shall be transferred to and merged with funds appropriated under the heading "Child Survival and Health Programs Fund" in chapter 3 of title II of division B, of Public Law 109-148 for activities related to international surveillance, planning, preparedness, and response to the avian influenza virus:  *Provided further,* That $250,000,000 shall be for upgrading State and local capacity, and at least $200,000,000 shall be for the Centers for Disease Control and Prevention to carry out global and domestic disease surveillance, laboratory capacity and research, laboratory diagnostics, risk communication, rapid response and quarantine:  *Provided further,* That products purchased with these funds may, at the discretion of the Secretary, be deposited in the Strategic National Stockpile:  *Provided further,* That notwithstanding section 496(b) of the Public Health Service Act, funds may be used for the construction or renovation of privately owned facilities for the production of pandemic influenza vaccines and other biologicals, where the Secretary finds such a contract necessary to secure sufficient supplies of such vaccines or biologicals:  *Provided further,* That the Secretary may negotiate a contract with a vendor under which a State may place an order with the vendor for antivirals;  may reimburse a State for a portion of the price paid by the State pursuant to such an order;  and may use amounts made available herein for such reimbursement:  *Provided further,* That funds appropriated herein and not specifically designated under this heading may be transferred to other appropriation accounts of the Department of Health and Human Services, as determined by the Secretary to be appropriate, to be used for the purposes specified in this sentence:  *Provided further,* That the amounts provided under this heading are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

TITLE V
BORDER SECURITY
CHAPTER 1
DEPARTMENT OF DEFENSE
OPERATION AND MAINTENANCE
Operation and Maintenance, Defense-Wide
(INCLUDING TRANSFER OF FUNDS)

 For an additional amount for "Operation and Maintenance, Defense-Wide",  $708,000,000 for emergency National Guard support to the Department of Homeland Security, including operating surveillance systems, analyzing intelligence, installing fences and vehicle barriers, building patrol roads, and providing training, to remain available until September 30, 2007:  *Provided,* That the Secretary of Defense may transfer these funds to appropriations **\*481** for military personnel, operation and maintenance, and procurement to be available for the same purposes as the appropriation or fund to which transferred:  *Provided further,* That this transfer authority is in addition to any other transfer authority available to the Department of Defense:  *Provided further,* That upon a determination that all or part of the funds so transferred from this appropriation are not necessary for the purposes provided herein, such amounts may be transferred back to this appropriation, to be merged with and made available for the same purposes and for the time period provided under this heading:  *Provided further,* That the Secretary of Defense shall, not more than five days after making transfers from this appropriation, notify the congressional defense committees in writing of any such transfer.

CHAPTER 2

Copr. ©  West 2006 No Claim to Orig. Govt. Works

DEPARTMENT OF HOMELAND SECURITY
Customs and Border Protection
SALARIES AND EXPENSES

 For an additional amount for "Salaries and Expenses", $410,000,000, to remain available until September 30, 2007: *Provided*, That the entire amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

AIR AND MARINE INTERDICTION, OPERATIONS, MAINTENANCE, AND PROCUREMENT

 For an additional amount for "Air and Marine Interdiction, Operations, Maintenance, and Procurement", $95,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

CONSTRUCTION

 For an additional amount for "Construction", $300,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Immigration and Customs Enforcement
SALARIES AND EXPENSES

 For an additional amount for "Salaries and Expenses", $327,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*482** PREPAREDNESS
Office for Domestic Preparedness
STATE AND LOCAL PROGRAMS

 For an additional amount for "State and Local Programs", for discretionary grants as determined by the Secretary, $15,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Federal Law Enforcement Training Center
ACQUISITION, CONSTRUCTION, IMPROVEMENTS, AND RELATED EXPENSES

 For an additional amount for "Acquisition, Construction, Improvements, and Related Expenses", $25,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

CHAPTER 3
DEPARTMENT OF JUSTICE
General Administration
ADMINISTRATIVE REVIEW AND APPEALS

 For an additional amount for "Administrative Review and Appeals", $9,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Legal Activities
SALARIES AND EXPENSES, GENERAL LEGAL ACTIVITIES

 For an additional amount for "Salaries and Expenses, General Legal Activities", $9,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

Copr. © West 2006 No Claim to Orig. Govt. Works

PL 109-234, 2006 HR 4939                                                                          Page 46
PL 109-234, June 15, 2006, 120 Stat 418
**(Cite as: 120 Stat 418)**

SALARIES AND EXPENSES, UNITED STATES ATTORNEYS
 For an additional amount for "Salaries and Expenses, United States Attorneys", $2,000,000, to remain available until September 30, 2007: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

**\*483** TITLE VI
LEGISLATIVE BRANCH
ARCHITECT OF THE CAPITOL
Capitol Power Plant
 For an additional amount for "Capitol Power Plant", $27,600,000, to remain available until September 30, 2011: *Provided*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

TITLE VII
GENERAL PROVISIONS AND TECHNICAL CORRECTIONS
AVAILABILITY OF FUNDS
 SEC. 7001. No part of any appropriation contained in this Act shall remain available for obligation beyond the current fiscal year unless expressly so provided herein.

 SEC. 7002. Funds appropriated in this Act, or made available by the transfer of funds in or pursuant to this Act, for intelligence activities are deemed to be specifically authorized by the Congress for purposes of section 504 of the National Security Act of 1947 (50 U.S.C. 414).

 SEC. 7003. Section 8044 of Public Law 109-148 (119 Stat. 2708) is amended as follows:  After "Defense," and before "acting" insert, "notwithstanding any other provision of law,".

 SEC. 7004. (a) Of the unobligated balances made available pursuant to section 504 of Public Law 108-334, $20,000,000 are rescinded.

 (b) For an additional amount for "United States Secret Service, Salaries and Expenses", $20,000,000, to remain available until September 30, 2007.

 SEC. 7005. (a) Of the funds available for "Screening Coordination and Operations", $3,960,000 are rescinded.

 (b) For an additional amount for the "Office of the Secretary and Executive Management", $3,960,000.

 SEC. 7006. Public Law 109-90 is amended by striking section 528.

<< 30 USCA §  1232 >>

 SEC. 7007. Section 402(b) of the Surface Mining Control and Reclamation Act of 1977 (30 U.S.C. 1232(b)) is amended by striking "June 30, 2006" and inserting "September 30, 2007".

 SEC. 7008. For an additional amount for "Department of Labor, Mine Safety and Health Administration, Salaries and Expenses", $25,600,000 for the enforcement of mine safety law with respect to coal mines, including the training and equipping of inspectors: *Provided*, That progress reports on hiring shall be submitted to the House and Senate Committees on Appropriations and the Committee on Health, Education, Labor and Pensions of the Senate and the Committee on Education and the Workforce of the House on a quarterly basis, with the first report due July 15, 2006: *Provided further*, That the amount provided under this heading shall remain available until September 30, 2007: *Provided further*, **\*484** That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

 SEC. 7009. Unexpended balances for Health Resources and Services Administration grant number 7C6HF03601-

Copr. ©  West 2006 No Claim to Orig. Govt. Works

01-00, appropriated in Public Law 106- 554, shall remain available until September 30, 2009.

 SEC. 7010. For an additional amount for "Department of Health and Human Services, Centers for Disease Control and Prevention, Disease Control, Research and Training", to carry out section 501 of the Federal Mine Safety and Health Act of 1977, $10,000,000 for research to develop mine safety technology: *Provided*, That progress reports on technology development shall be submitted to the House and Senate Committees on Appropriations and the Committee on Health, Education, Labor and Pensions of the Senate and the Committee on Education and the Workforce of the House on a quarterly basis, with the first report due July 15, 2006: *Provided further*, That the amount provided under this heading shall remain available until September 30, 2007: *Provided further*, That the amount provided under this heading is designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

 SEC. 7011. Public Law 109-149 (119 Stat. 2876) under the heading "Railroad Retirement Board, Dual Benefits Payments Account" is amended by striking "to the amount by which the product of recipients and the average benefit received exceeds $97,000,000" and inserting "to the amount by which the product of recipients and the average benefit received exceeds the amount available for payment of vested dual benefits" in lieu thereof.

 SEC. 7012. Section 224 of Public Law 109-149 (119 Stat. 2862) is amended by striking "June" and inserting "December" in lieu thereof.

 SEC. 7013. None of the funds appropriated in Public Law 109-149 or prior Acts under the heading "Employment and Training Administration" that are available for expenditure on or after the date of enactment of this section shall be used by a recipient or subrecipient of such funds to pay the salary and bonuses of an individual, either as direct costs or indirect costs, at a rate in excess of Executive Level II, except as provided for under section 101 of Public Law 109- 149.  This limitation shall not apply to vendors providing goods and services as defined in OMB Circular A-133. Where States are recipients of such funds, States may establish a lower limit for salaries and bonuses of those receiving salaries and bonuses from subrecipients of such funds, taking into account factors including the relative cost-of-living in the State, the compensation levels for comparable State or local government employees, and the size of the organizations that administer Federal programs involved including Employment and Training Administration programs.

<< 42 USCA §  12601 NOTE >>

 SEC. 7014. Any national service educational award described in subtitle D of title I of the National and Community Service Act of 1990 (42 U.S.C. 12601 et seq.), made with funds appropriated to, funds transferred to, or interest accumulated in the National Service Trust, shall hereafter be known as a "Segal AmeriCorps Education Award".

**\*485**

<< 20 USCA §  1078-3 >>

 SEC. 7015. (a) REPEAL OF SINGLE HOLDER RULE.--Section 428C(b)(1)(A) of the Higher Education Act of 1965 (20 U.S.C. 1078-3(b)(1)(A)) is amended by striking "and (i)" and all that follows through "so selected for consolidation)".

<< 20 USCA §  1078-3 NOTE >>

 (b) EFFECTIVE DATE.--The amendment made by subsection (a) shall apply with respect to any loan made under section 428C of the Higher Education Act of 1965 (20 U.S.C. 1078-3) for which the application is received by an eligible lender on or after the date of enactment of this Act.

<< 20 USCA §  1078-3 >>

 (c) CONSOLIDATION INTO DIRECT LENDING.--Section 428C(b)(5) of the Higher Education Act of 1965 (20 U.S.C. 1078-3(b)(5)) is amended by striking "DIRECT LOANS.-- " and all that follows through "Such direct

consolidation loan" and inserting the following:  "DIRECT LOANS.-- In the event that a borrower is unable to obtain a consolidation loan from a lender with an agreement under subsection (a)(1), or is unable to obtain a consolidation loan with income-sensitive repayment terms acceptable to the borrower from such a lender, the Secretary shall offer any such borrower who applies for it, a Federal Direct Consolidation loan.  Such direct consolidation loan".

<< 20 USCA §  1078-3 >>

 (d) REPEAL.--Section 8009(a) of the Higher Education Reconciliation Act of 2005 (Public Law 109-171, 120 Stat. 164) is amended by striking paragraph (2).

 SEC. 7016. Section 2401 of the Military Construction Authorization Act for Fiscal Year 2006 (Public Law 109-163) is amended by striking after "Augusta", "$61,466,000" and inserting in lieu thereof "$340,854,000". This project may be incrementally funded.  Funds appropriated in Public Law 109-114 for this project shall be available to fund the first increment.

 SEC. 7017. Section 2401 of the Military Construction Authorization Act for Fiscal Year 2006 (Public Law 109-163) is amended by striking after "Kunia", "$305,000,000" and inserting in lieu thereof "$350,490,000". The project may be incrementally funded.  Funds appropriated in Public Laws 108-7, 108-87, and 109-114 for this project shall be available to fund the first increment.

 SEC. 7018. Section 2403(b) of the Military Construction Authorization Act for Fiscal Year 2006 (division B of Public Law 109-163) is amended in paragraph (2) by striking "$12,500,000" and inserting "$291,888,000", and in paragraph (3) by striking "$256,034,000" and inserting "$301,524,000".

 SEC. 7019. Section 2846 of the Military Construction Authorization Act for Fiscal Year 2002 (division B of Public Law 107-107;  115 Stat. 1320), as amended by section 2865 of the Military Construction Authorization Act for Fiscal Year 2005 (division B of Public Law 108-375;  118 Stat. 2149) is further amended by striking "840 acres" and inserting "1,540 acres".

 SEC. 7020. Of the amount made available by the Department of Justice Appropriations Act, 2006 under the heading "Community Oriented Policing Services" (Public Law 109-108, 199 Stat. 2302), for Paul Coverdell Forensic Sciences Improvement Grants under part BB of title I of the Omnibus Crime Control and Safe Streets Act of 1968 (42 U.S.C. 3797 et seq.), $1,500,000 shall be available to the Attorney General, without regard to such part BB, for the study on forensic science described in House Report 109-272 to accompany Public Law 109-108.

 **\*486** SEC. 7021. The referenced statement of the managers in House Report 109-272, Making Appropriations for Science, the Departments of State, Justice, and Commerce, and Related Agencies for the Fiscal Year Ending September 30, 2006, and for other purposes, under this heading is deemed to be amended with respect to amounts made available under the heading "Science, Aeronautics and Exploration" for the Mitchell Institute by striking "educational purposes" and inserting "the science and engineering education endowment".

 SEC. 7022. Section 613 of the Science, State, Justice, Commerce, and Related Agencies Appropriations Act, 2006 (Public Law 109-108;  119 Stat. 2336) is amended--

 (1) by inserting after "$500,000 shall be available for the Iowa Department of Economic Development for the Entrepreneurial Venture Assistance Project" the following:  "(including the ability to make subgrants or loans for such project)";  and

 (2) by striking "Clark County Department of Aviation, Las Vegas," and inserting "University of Nevada Las Vegas,".

 SEC. 7023. Under the heading "Department of Transportation, Federal Highway Administration, Emergency Relief Program" in Public Law 109-148 (119 Stat. 2778), strike "$629,000,000" and insert "$803,000,000".

Copr. ©  West 2006 No Claim to Orig. Govt. Works

SEC. 7024. Notwithstanding 49 U.S.C. 5336, any funds remaining available under Federal Transit Administration grant numbers NY-03-345-00, NY-03-0325-00, NY-03-0405, NY-90-X398-00, NY-90-X373-00, NY-90-X418-00, NY-90-X465-00 together with an amount not to exceed $19,200,000 in urbanized area formula funds that were allocated by the New York Metropolitan Transportation Council to the New York City Department of Transportation as a designated recipient under 49 U.S.C. 5307 may be made available to the New York Metropolitan Transportation Authority for eligible capital projects authorized under 49 U.S.C. 5307 and 5309.

SEC. 7025. For recipients of assistance under chapter 53 of title 49, United States Code, directly affected by Hurricane Katrina, the Secretary may waive the Federal matching share requirements for Federal transit assistance programs under such chapter, including the Federal matching share requirements contained in existing Federal assistance grant agreements: *Provided*, That the Secretary may allow such recipients to use such assistance for operating assistance, notwithstanding the terms and conditions contained in existing Federal assistance grant agreements: *Provided further*, That the authority of the Secretary hereunder shall expire two years after the date of enactment of this section, unless determined otherwise by the Secretary for a compelling need.

SEC. 7026. The first sentence under the heading "Department of the Treasury, Departmental Offices, Salaries and Expenses" in title II of division A of Public Law 109-115 (119 Stat. 2432) is amended by inserting after "travel expenses" the words "(except for travel performed by officials in the Office of Terrorism and Financial Intelligence and the Office of International Affairs)".

SEC. 7027. (a) Funds appropriated for intelligence activities, or made available by the transfer of funds, by this Act, by Public Law 109-108 for the Department of Justice, or by Public Law 109-115 for the Department of the Treasury, are deemed to be specifically authorized by the Congress for purposes of section 504 of the National Security Act of 1947, as amended, (50 U.S.C. 414) **\*487** during fiscal year 2006 until the enactment of the Intelligence Authorization Act for Fiscal Year 2006.

(b) Subsection (a) shall be effective:

(1) with respect to funds appropriated, or made available by the transfer of funds, by this Act, upon the enactment of this Act;

(2) with respect to funds appropriated, or made available by the transfer of funds, by Public Law 109-108 for the Department of Justice, as if enacted on the date of enactment of Public Law 109-108; and

(3) with respect to funds appropriated, or made available by the transfer of funds, by Public Law 109-115 for the Department of the Treasury, as if enacted on the date of enactment of Public Law 109-115.

SEC. 7028. (a) The matter under the heading "Tenant-Based Rental Assistance" in chapter 9 of title I of division B of Public Law 109-148 is amended--

(1) in the first proviso, by striking "or the Stewart B. McKinney Homeless Assistance Act (Public Law 100-77)" and inserting "the McKinney-Vento Homeless Assistance Act, section 221(d)(3), 221(d)(5), or 236 of the National Housing Act, or section 101 of the Housing and Urban Development Act of 1965"; and

(2) in the second proviso, by inserting ", except that paragraph (7)(A) of such section shall not apply" after "1937".

(b) The provisions of this section are designated as an emergency requirement pursuant to section 402 of H. Con. Res. 95 (109th Congress), the concurrent resolution on the budget for fiscal year 2006.

SEC. 7029. The Department of Housing and Urban Development Appropriations Act, 2006 (Public Law 109-115) is amended in designated paragraph (5) under the heading "Tenant-based Rental Assistance"--

(1) by striking "$10,000,000" and inserting "$25,000,000"; and

(2) by striking "$1,240,000,000" and inserting "$1,225,000,000".

Copr. © West 2006 No Claim to Orig. Govt. Works

SEC. 7030. (a) The second paragraph under the heading "Community Development Fund" in title III of division A of Public Law 109-115 is amended by striking "statement of managers accompanying this Act" and inserting "statement of managers correction for H.R. 3058 relating to the Economic Development Initiative submitted to the House of Representatives by the Chairman of the Committee on Appropriations of the House on November 18, 2005, and printed in the House section of the Congressional Record on such date".

(b) Section 5023 of title V of division B of Public Law 109-148 is amended by striking "in title III of Public Law 109-115 (as in effect pursuant to H. Con. Res. 308, 109th Congress)" and inserting "in title III of division A of Public Law 109-115".

(c) Each amendment made by this section shall apply as if included in the amended public law on the date of its enactment.

SEC. 7031. The referenced statement of the managers under the heading  "Community Development Fund" in title II, division G of Public Law 108-199 is deemed to be amended--

**\*488** (1) with respect to item number 402, by striking "in Kansas City, Missouri" and inserting "in the Kansas City Metropolitan Statistical Area (MSA)";

(2) with respect to item number 329 by striking "for purchase of the D.C. Metropolitan Police Boys and Girls Club facility" and inserting "for renovation of Boys and Girls Clubs of Greater Washington Clubhouse #2, Clubhouse #4, Clubhouse #10, Clubhouse #11, and Clubhouse #14 in the District of Columbia";

(3) with respect to item number 188 by striking "the City of Macon for construction of the historic Coca-Cola building" and inserting "Wesleyan College in Macon, Georgia for facility renovation, build out, and construction";

(4) with respect to item number 830 by striking "construction" and inserting  "purchase, renovation, build out and upgrade";

(5) with respect to item number 380 by striking "for construction of a new facility" and inserting "to upgrade an existing facility";

(6) with respect to item number 348 by striking "land acquisition" and inserting "the construction and renovation of the Holyoke Community College Enrollment Center";  and

(7) with respect to item number 602 by striking "to the J. Frank Troy Senior Center in Toledo, Ohio for renovation and construction" and inserting ", including $100,000 to the Northwest Ohio Area Office on Aging for construction of the Jerusalem Township Senior Center and Food Pantry;  and $100,000 to Aurora Gonzales Resource Center, Toledo, Ohio, for renovation and build out of a facility".

SEC. 7032. The referenced statement of the managers under the heading  "Community Development Fund" in title II, division I of Public Law 108-447 is deemed to be amended--

(1) with respect to item number 838 by striking "City of Canby, Minnesota" and inserting "Western Five Community Development Corporation.";

(2) with respect to item number 912 by striking "renovations to the Broadway Market" and inserting "the demolition and redevelopment of properties in the Broadway-Fillmore Corridor, Buffalo, New York";

(3) with respect to item number 631 by striking "contruction" and inserting  "acquisition";

(4) with respect to item number 536 by striking "an economic development planning study" and inserting "the Main Street Revitalization Project";

Copr. ©  West 2006 No Claim to Orig. Govt. Works

(5) with respect to item number 444, by striking "City of St. Petersburg, Florida for facilities construction and renovation for the Mid-Pinellas Science Center" and inserting "St. Petersburg College, City of Seminole, Florida for the development of Science and Nature Park at St. Petersburg College";

(6) with respect to item 260 by inserting after renovations "and for property renovation at 754 Broad Street for the Family Center emergency shelter for families and children";  and

(7) with respect to item number 136, by striking "renovation of the Fire House in Brookhaven, Mississippi" and inserting "the restoration of the historic City Hall in Brookhaven, Mississippi".

**\*489** SEC. 7033. The statement of managers correction referenced in the second paragraph under the heading "Community Development Fund" in title III, division A of Public Law 109-115 is deemed to be amended--

(1) with respect to item number 793 by striking "for street infrastructure and parking facility improvements" and inserting "to purchase and demolish blighted property, develop detailed design/construction drawings, and to begin site preparation for new infill housing lots";

(2) with respect to item number 1114 by striking "West Virginia Technical College" and inserting "West Virginia University Institute of Technology Community and Technical College";

(3) with respect to item number 849, by striking "Mahonoy City, Pennsylvania for improvements to West Market Street" and inserting "Mahanoy City, Pennsylvania for improvements to Centre Street";

(4) with respect to item number 740 by striking "infrastructure improvements in Central Plaza Park" and inserting "the demolition and redevelopment of properties in the Broadway-Fillmore Corridor, Buffalo, New York";

(5) with respect to item number 374 by striking "Day Care" and inserting  "Senior Citizens";

(6) with respect to item number 714, by striking "construction of a senior center;"  and inserting "renovation and build out of a multipurpose center;";

(7) with respect to item number 850, by striking "City of Lancaster, Pennsylvania" and inserting "in Pennsylvania";

(8) with respect to item number 925, by striking "Greenwood Partnership Alliance, South Carolina for the renovation of the Old Federal Courthouse" and inserting "City of Greenwood, South Carolina for the Emerald Triangle Project";  and

(9) with respect to item number 615 by inserting "and UND Technology Transfer and Commercialization Center" before the semicolon.

SEC. 7034. Notwithstanding any other provision of law, the Administrator of General Services may convey, without consideration ownership and jurisdiction (custody, accountability and control) to the City of Crosby, North Dakota real property as described:  Lots 9, 10, 11, 12, 13, and 14, Eastlawn Addition to Crosby, Divide County, North Dakota.

SEC. 7035. 2007 DISCRETIONARY LIMITS. (a) IN GENERAL.--For the purposes of section 302(a) of the Congressional Budget Act of 1974, the allocations of the appropriate levels of budget totals for the Committee on Appropriations of the Senate for fiscal year 2007 shall be--

(1) $872,778,000,000 in total new budget authority for general purposes discretionary;  and

(2) $577,241,000,000 in total new budget authority for mandatory;  until a concurrent resolution on the budget for fiscal year 2007 is agreed to by the Senate and the House of Representatives pursuant to section 301 of the Congressional Budget Act of 1974.

Copr. ©  West 2006 No Claim to Orig. Govt. Works

PL 109-234, 2006 HR 4939                                                                      Page 52
 PL 109-234, June 15, 2006, 120 Stat 418
 **(Cite as: 120 Stat 418)**

 (b) ADJUSTMENTS AND LIMITS.--The limits and adjustments provided in section 402 of S. Con. Res. 83 (109th Congress), as **\*490** passed the Senate, for fiscal year 2007 shall apply to subsection (a).

 (c) APPLICATION.--The section 302(a) allocations in subsection (a) shall be deemed to be allocations set forth in the joint explanatory statement of managers accompanying the concurrent resolution on the budget for fiscal year 2007, as though adopted by Congress, for all purposes under titles III and IV of the Congressional Budget Act of 1974.  Section 302(a)(4) of the Congressional Budget Act of 1974 shall not apply to this section.

 (d) EXCEPTIONS.--The following provisions of H. Con. Res. 95 (109th Congress) shall not apply in the Senate--

 (1) Section 404;  and

 (2) until January 3, 2007, section 403(b)(2).

 (e) EFFECTIVE DATE.--This section shall take effect on the date of enactment of this Act.

 This Act may be cited as the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006".

Approved June 15, 2006.

 LEGISLATIVE HISTORY--H.R. 4939:

 HOUSE REPORTS: Nos. 109-388 (Comm. on Appropriations) and 109-494 (Comm. of Conference).

 SENATE REPORTS: No. 109-230 (Comm. on Appropriations).

 CONGRESSIONAL RECORD, Vol. 152 (2006):

 Mar. 15, 16, considered and passed House.

 Apr. 25-27, May 1-4, considered and passed Senate, amended.

 June 12, House considered conference report.

 June 13, House agreed to conference report. Senate considered conference report.

 June 14, 15, Senate considered and agreed to conference report.

 WEEKLY COMPLIATION OF PRESIDENTIAL DOCUMENT, Vol. 42 (2006):

 June 15, Presidential statement.

 PL 109-234, 2006 HR 4939

 END OF DOCUMENT

Copr. ©  West 2006 No Claim to Orig. Govt. Works