UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION _K_ MAG _2_ |
| PERTAINS TO: ROAD HOME | |
| *State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

*****************************************************************************

## MOTION TO ENROLL COUNSEL

**NOW INTO COURT,** through undersigned counsel comes James D. "Buddy" Caldwell, Attorney General, State of Louisiana, who respectfully moves that Bryan K. McMinn, Assistant Attorney General, Bar Number 20520 be permitted to enroll as additional counsel of record in this matter.

**WHEREFORE**, James D. "Buddy" Caldwell, Attorney General, State of Louisiana prays that this Court enter an Order permitting Bryan K. McMinn, Assistant Attorney General be permitted to enroll as additional counsel of record.

    Respectfully submitted,

    **JAMES D. "BUDDY" CALDWELL**
    **ATTORNEY GENERAL**

    ___s/Sallie J. Sanders_____
    Sallie J. Sanders (Bar Roll # 11703)
    James Trey Phillips (Bar Roll # 19978)
    Stacie L. deBlieux (Bar Roll # 29142)
    Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
    1885 North Third Street
    Post Office Box 94005

Baton Rouge, Louisiana  70804-9005
Telephone: (225) 326-6400
Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                            /s/ Sallie J. Sanders
                                              Sallie J. Sanders