UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME**<br>*State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL**<br>**MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering the State's Motion to Enroll Counsel filed in the above referenced matters:

**IT IS ORDERED** that the Motion is granted and that Bryan K. McMinn., Assistant Attorney General, be substituted as additional counsel of record for the State of Louisiana in the above referenced matters.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

.