## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| _____ | | |
| PERTAINS TO LEVEE AND MR GO: | * | JUDGE DUVAL |

NO. 06-5116 (SIMS)                      NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)               NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)          NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)          NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)          NO. 06-5140 (PORTER)

## REQUEST FOR STATUS CONFERENCE

**NOW COMES** counsel for Plaintiffs, who move the Court for a Status Conference in
this matter prior to filing a substantive motion for leave to conduct settlement related discovery
under this Court's Amended Order filed January 22, 2009, [Doc. 10723], variously also entered
in these cases on January 28, 2009 (Doc. NO. 7;  06-5128, Adams); (Doc. No. 7; 06-5142,
Augustine).  Movers will also seek modification of the rules of Title V of the Federal Rules to
facilitate the Settlement Objection bar date of March 13, 2009.

Respectfully submitted,

/s/ William C. Gambel            __
William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD L.L.P  909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopier:  (504) 569-7001
wgambel@millinglaw.com

JOHN  J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000
Fax:  (504) 522-8423

CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that he has this <u>29th</u> day of January, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.


                <u>/s/ William C. Gambel</u>

W380226