UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:

07-5205 (Chudd & Arvis Abram, et al v.
       AAA Insurance, et al)

## JOINT MOTION TO DISMISS

Defendant, Argonaut Great Central Insurance Company (hereinafter "Argonaut"), through undersigned counsel, has entered into a settlement agreement with plaintiff, St. Andrews Baptist Church. Therefore, plaintiff, St. Andrews Baptist Church, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiff, St. Andrews Baptist Church, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,

**DEGAN, BLANCHARD, & NASH**         **HURRICANE LEGAL CENTER**

/s/ Julia A. Dietz
Sidney W. Degan, III (#4804)
Julia A. Dietz (#18866)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
Email: sdegan@degan.com
Email: jdietz@degan.com

*Attorneys for Argonaut Great Central Insurance Company*

/s/ Stuart T. Barasch
Stuart T. Barasch (#20650)
1100 Poydras Street
Suite 2900
New Orleans, Louisiana 70163
Telephone: (504) 525-1944

*Attorney for St. Andrews Baptist Church*