## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**PERTAINS TO:**

07-5205 (Chudd & Arvis Abram, et al v.
   AAA Insurance, et al)

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that any and all claims asserted herein by the plaintiff, St. Andrews Baptist Church, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2008.

**HONORABLE STANWOOD R. DUVAL, JR.**