## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE:** |
| | * | **STANWOOD R. DUVAL, JR.** |
| **Pertains to:** | * | |
| ***WINSTON, SR. & DONNA AARON,*** | * | **SECTION "K"** |
| ***ET AL.*** | * | |
| | * | **MAGISTRATE:** |
| ***VERSUS*** | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |
| ***AIG CENTENNIAL INSURANCE*** | * | **MAG.: (2)** |
| ***COMPANY, ET AL.*** | * | |
| | * | |
| ***CIVIL ACTION NO.: 06-4746*** | * | |
| ****************************************** | | |

*This pleading applies only to the claims of Andrea Adams regarding 5041 Warren Drive, New Orleans, Louisiana; Lela Forbe Adams regarding 1713 Clouet Street, New Orleans, Louisiana; Dorothy Bates regarding 3419 Eagle Street, New Orleans, Louisiana; Lucy Boudreaux regarding 4502 St. Anthony Street, New Orleans, Louisiana; David Chambers regarding 422 Elba Street, New Orleans, Louisiana; Nell Cordova regarding 4405 Touro Street, New Orleans, Louisiana; Elaine Davis regarding 3022 Allen Street, New Orleans, Louisiana; Gerald Davis regarding 4952 Kendall Drive, New Orleans, Louisiana; Evelyn Evans regarding 2936 Palmyra Street, New Orleans, Louisiana; LaDonnis Evans regarding 4324 Jeanne Marie Place, New Orleans, Louisiana; Jesse Farria regarding 4808 Majestic Oaks, New Orleans, Louisiana; Raneri Napoleon regarding 1112 Tupelo Street, New Orleans, Louisiana; Walden & Alma Guidry regarding 1711-11 ½ N. Galvez Street, New Orleans, Louisiana; Theodore Harkness regarding 4655 Werner Drive, New Orleans, Louisiana; Marcella Hines regarding 5439 S. Ferdinand Street, New Orleans, Louisiana; Willie & Edna Holmes regarding 3138 N. Rocheblave Street, New Orleans, Louisiana; Dennard & Vanessa Johnson regarding 13771 Pierres Court, New Orleans, Louisiana; Ida Nedd Johnson regarding 2207 Desire Street, New Orleans, Louisiana; Andrew A. LeDuff regarding 2511 Jonquil Street, New Orleans, Louisiana; Audrey Lee regarding 1226 Park Island, New Orleans, Louisiana; Herman & Vera Mitchell regarding 4209 Van Street, New Orleans, Louisiana; Robert Morgan regarding 1614 Sere Street, New Orleans, Louisiana; Phillip Morvant regarding 4760 Eastern Street, New Orleans, Louisiana; Adilah Muhammad regarding 1515 St. Maurice Avenue, New Orleans, Louisiana; Elliot Pinkney regarding 5627 Marais Street, New Orleans, Louisiana; Marshall Plummer regarding 10141 Flossmoor Drive, New Orleans, Louisiana; Mauricio Tabora & Quesada Waldina regarding W. Loyola Drive, Kenner, Louisiana; Margaret Randolph regarding 3441 Desaix Boulevard, New Orleans, Louisiana; Daris & Gwendolyn Scott regarding 5320 Vermillion Boulevard, New Orleans, Louisiana; Claudell St. Julien regarding 2014 St. Maurice Street, New Orleans, Louisiana; Joseph & Mary Stevenson Sylvester regarding 909 8th Street, New Orleans, Louisiana; Rhonda Wade regarding 4966 Pecan Street, New Orleans, Louisiana; Carl Washington regarding 1209 Charbonnet Street, New Orleans, Louisiana; Wendal & Cicely Webber, Sr. regarding 13233 St. Helena Place, New Orleans, Louisiana; Ethel Williams regarding 2036-38 Pauline Street, New Orleans, Louisiana; Dorothy Turner regarding 8440-8438 Oleanders, New Orleans, Louisiana,*

## **O R D E R**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice.

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of

Plaintiff(s):

1. Andrea Adams regarding 5041 Warren Drive, New Orleans, Louisiana;
2. Lela Forbe Adams regarding 1713 Clouet Street, New Orleans, Louisiana;
3. Dorothy Bates regarding 3419 Eagle Street, New Orleans, Louisiana;
4. Lucy Boudreaux regarding 4502 St. Anthony Street, New Orleans, Louisiana;
5. David Chambers regarding 422 Elba Street, New Orleans, Louisiana;
6. Nell Cordova regarding 4405 Touro Street, New Orleans, Louisiana;
7. Elaine Davis regarding 3022 Allen Street, New Orleans, Louisiana;
8. Gerald Davis regarding 4952 Kendall Drive, New Orleans, Louisiana;
9. Evelyn Evans regarding 2936 Palmyra Street, New Orleans, Louisiana;
10. LaDonnis Evans regarding 4324 Jeanne Marie Place, New Orleans, Louisiana;
11. Jesse Farria regarding 4808 Majestic Oaks, New Orleans, Louisiana;
12. Raneri Napoleon regarding 1112 Tupelo Street, New Orleans, Louisiana;
13. Walden & Alma Guidry regarding 1711-11 ½ N. Galvez Street, New Orleans, Louisiana;
14. Theodore Harkness regarding 4655 Werner Drive, New Orleans, Louisiana;
15. Marcella Hines regarding 5439 S. Ferdinand Street, New Orleans, Louisiana;
16. Willie & Edna Holmes regarding 3138 N. Rocheblave Street, New Orleans, Louisiana;
17. Dennard & Vanessa Johnson regarding 13771 Pierres Court, New Orleans, Louisiana;
18. Ida Nedd Johnson regarding 2207 Desire Street, New Orleans, Louisiana;
19. Andrew A. LeDuff regarding 2511 Jonquil Street, New Orleans, Louisiana;
20. Audrey Lee regarding 1226 Park Island, New Orleans, Louisiana;
21. Herman & Vera Mitchell regarding 4209 Van Street, New Orleans, Louisiana;
22. Robert Morgan regarding 1614 Sere Street, New Orleans, Louisiana;
23. Phillip Morvant regarding 4760 Eastern Street, New Orleans, Louisiana;
24. Adilah Muhammad regarding 1515 St. Maurice Avenue, New Orleans, Louisiana;
25. Elliot Pinkney regarding 5627 Marais Street, New Orleans, Louisiana;
26. Marshall Plummer regarding 10141 Flossmoor Drive, New Orleans, Louisiana;
27. Mauricio Tabora & Quesada Waldina regarding W. Loyola Drive, Kenner, Louisiana;
28. Margaret Randolph regarding 3441 Desaix Boulevard, New Orleans, Louisiana;

S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\AARON\Pleadings\Lafayette\unopposed motion and inc memo in suppt dismiss w prejudice - order 01 29 09 (F).wpd     2

29. Daris & Gwendolyn Scott regarding 5320 Vermillion Boulevard, New Orleans, Louisiana;
30. Claudell St. Julien regarding 2014 St. Maurice Street, New Orleans, Louisiana;
31. Joseph & Mary Stevenson Sylvester regarding 909 8th Street, New Orleans, Louisiana;
32. Rhonda Wade regarding 4966 Pecan Street, New Orleans, Louisiana;
33. Carl Washington regarding 1209 Charbonnet Street, New Orleans, Louisiana;
34. Wendal & Cicely Webber, Sr. regarding 13233 St. Helena Place, New Orleans, Louisiana;
35. Ethel Williams regarding 2036-38 Pauline Street, New Orleans, Louisiana;
36. Dorothy Turner regarding 8440-8438 Oleanders, New Orleans, Louisiana,

against Defendants, Lafayette Insurance Company, United Fire & Casualty Company, United Fire & Indemnity Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana this _____ day of January, 2009.


                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\AARON\Pleadings\Lafayette\unopposed motion and inc memo in suppt dismiss w prejudice - order 01 29 09 (F).wpd

3