MINUTE ENTRY
DUVAL, J.
JANUARY 13, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| **PERTAINS TO:**<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-1885, 06-0225, 06-0886, 06-11208,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206,<br>07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | SECTION "K"(2) |

Attending a status conference to discuss a Motion for Summary Judgment filed by Sewerage & Water Board of New Orleans (Doc. 16843) and a Motion for Additional Time to Respond to Motion for Summary Judgment (Doc. 16848) were:

Joseph Bruno, Jim Roy, Darlene Jacobs, Rob Warren and Richard Martin for plaintiffs; Charles Lanier for SWBNO.

After a discussion was had as to the reason for the filing of this motion at this time and its possible effect on the state litigation,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Sewerage & Water Board of New Orleans (Doc. 16843) is **CONTINUED** from January 7, 2009 to February 27, 2009 at 10:30 a.m.

**IT IS FURTHER ORDERED** that the Motion for Additional Time to respond to Motion for Summary Judgment (Doc. 16848) is **GRANTED**. Plaintiffs' opposition shall be

filed **no later than February 13, 2009** and the SWB's reply brief shall be filed **no later than February 20, 2009.**