# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME** | |
| *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

**CONSIDERING** the foregoing Ex Parte Motion to Supplement Response/Reply with

Exhibits filed by the State of Louisiana:

**IT IS HEREBY ORDERED** that the State's Ex Parte Motion to Supplement

Response/Reply with Exhibits be granted.

New Orleans, Louisiana, this ___29th___ day of _____January_____, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

1