FILED '09 JAN 09 16:44 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>JUDGE: DUVAL<br><br>MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE:   *Aaron*, 06-4746 | |

## MOTION FOR LIMITED REOPENING OF CASE
## AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs Sherri and Allen Chance/Coleman respectfully request that this Court reopen this case with respect to defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") for the sole purpose of addressing this motion, and that any claims on any homeowners' policies issued by Allstate to these plaintiffs be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____

125077

**WHEREFORE**, Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ___ day of December, 2008.

125077