FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 28  AM 11:29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE:  *Aaron*, 06-4746 | |

## ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Sherri and Allen Chance/Coleman on any homeowners' insurance policies issued by defendants Allstate Insurance Company or Allstate Indemnity Company as to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 27th day of January, 2009.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 125077

_____
UNITED STATES DISTRICT JUDGE

125077