FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 28  AM II: 29

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| | * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:  *Aguilar*, 07-4852 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Rita and Larry Barard and Stacey Compass on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 24th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

_____ Fee_____
_____ Process_____
_X_ Dktd _____
_____ CtRmDep_____     125106
_____ Doc. No_____