UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| | § | |

NOTICE OF PRODUCTION

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set of Requests for Production propounded in Robinson (06-2268), Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants' Requests for Production of Documents, respectively, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| DAG-005-000000001 | to | DAG-005-000000001; |
| EFP-015-000000001 | to | EFP-015-000000001; |
| EFP-015-000000002 | to | EFP-015-000000002; |
| EFP-015-000000009 | to | EFP-015-000000009; |
| EFP-015-000000010 | to | EFP-015-000000010; |
| EFP-015-000000016 | to | EFP-015-000000016; |
| EFP-015-000000018 | to | EFP-015-000000018; |
| EFP-015-000000019 | to | EFP-015-000000019; |
| EFP-015-000000020 | to | EFP-015-000000020; |
| EFP-015-000000021 | to | EFP-015-000000021; |
| EFP-015-000000022 | to | EFP-015-000000022; |
| EFP-015-000000023 | to | EFP-015-000000023; |
| EFP-015-000000026 | to | EFP-015-000000026; |
| EFP-015-000000033 | to | EFP-015-000000033; |
| EFP-015-000000035 | to | EFP-015-000000035; |
| EFP-015-000000041 | to | EFP-015-000000041; |
| EFP-015-000000042 | to | EFP-015-000000042; |
| EFP-015-000000047 | to | EFP-015-000000047; |
| EFP-015-000000052 | to | EFP-015-000000052; |
| EFP-015-000000060 | to | EFP-015-000000060; |
| EFP-015-000000067 | to | EFP-015-000000067; |
| EFP-015-000000068 | to | EFP-015-000000068; |
| EFP-015-000000069 | to | EFP-015-000000069; |
| EFP-015-000000070 | to | EFP-015-000000070; |
| EFP-015-000000071 | to | EFP-015-000000071; |
| EFP-015-000000078 | to | EFP-015-000000078; |
| EFP-015-000000081 | to | EFP-015-000000081; |
| EFP-015-000000096 | to | EFP-015-000000096; |
| EFP-015-000000100 | to | EFP-015-000000100; |
| EFP-015-000000101 | to | EFP-015-000000101; |
| EFP-015-000000102 | to | EFP-015-000000102; |
| EFP-015-000000112 | to | EFP-015-000000112; |
| EFP-015-000000113 | to | EFP-015-000000113; |
| EFP-015-000000114 | to | EFP-015-000000114; |
| EFP-015-000000137 | to | EFP-015-000000137; |
| EFP-015-000000146 | to | EFP-015-000000146; |
| EFP-015-000000148 | to | EFP-015-000000148; |
| EFP-015-000000153 | to | EFP-015-000000153; |
| EFP-015-000000158 | to | EFP-015-000000158; |
| EFP-015-000000166 | to | EFP-015-000000166; |
| EFP-015-000000167 | to | EFP-015-000000167; |
| EFP-015-000000168 | to | EFP-015-000000168; |
| EFP-015-000000190 | to | EFP-015-000000190; |
| EFP-015-000000191 | to | EFP-015-000000191; |

| | | |
|---|---|---|
| EFP-015-000000202 | to | EFP-015-000000202; |
| EFP-015-000000203 | to | EFP-015-000000203; |
| EFP-015-000000209 | to | EFP-015-000000209; |
| EFP-015-000000210 | to | EFP-015-000000210; |
| EFP-015-000000212 | to | EFP-015-000000212; |
| EFP-015-000000215 | to | EFP-015-000000215; |
| EFP-015-000000216 | to | EFP-015-000000216; |
| EFP-015-000000218 | to | EFP-015-000000218; |
| EFP-015-000000219 | to | EFP-015-000000219; |
| EFP-015-000000222 | to | EFP-015-000000222; |
| EFP-015-000000235 | to | EFP-015-000000235; |
| EFP-015-000000236 | to | EFP-015-000000236; |
| EFP-015-000000237 | to | EFP-015-000000237; |
| EFP-015-000000238 | to | EFP-015-000000238; |
| EFP-015-000000239 | to | EFP-015-000000239; |
| EFP-015-000000240 | to | EFP-015-000000240; |
| EFP-015-000000247 | to | EFP-015-000000247; |
| EFP-015-000000251 | to | EFP-015-000000251; |
| EFP-015-000000253 | to | EFP-015-000000253; |
| EFP-015-000000256 | to | EFP-015-000000256; |
| EFP-015-000000262 | to | EFP-015-000000262; |
| EFP-015-000000263 | to | EFP-015-000000263; |
| EFP-015-000000274 | to | EFP-015-000000274; |
| EFP-015-000000291 | to | EFP-015-000000291; |
| EFP-015-000000314 | to | EFP-015-000000314; |
| EFP-015-000000318 | to | EFP-015-000000318; |
| EFP-015-000000324 | to | EFP-015-000000324; |
| EFP-015-000000327 | to | EFP-015-000000327; |
| EFP-015-000000330 | to | EFP-015-000000330; |
| EFP-015-000000338 | to | EFP-015-000000338; |
| EFP-015-000000340 | to | EFP-015-000000340; |
| EFP-015-000000365 | to | EFP-015-000000365; |
| EFP-015-000000368 | to | EFP-015-000000368; |
| EFP-015-000000370 | to | EFP-015-000000370; |
| EFP-015-000000372 | to | EFP-015-000000372; |
| EFP-015-000000373 | to | EFP-015-000000373; |
| EFP-015-000000374 | to | EFP-015-000000374; |
| EFP-015-000000379 | to | EFP-015-000000379; |
| EFP-015-000000399 | to | EFP-015-000000399; |
| EFP-015-000000401 | to | EFP-015-000000401; |
| EFP-015-000000405 | to | EFP-015-000000405; |
| EFP-015-000000406 | to | EFP-015-000000406; |
| EFP-015-000000410 | to | EFP-015-000000410; |
| EFP-015-000000428 | to | EFP-015-000000428; |

EFP-015-000000429 to EFP-015-000000429;
EFP-015-000000431 to EFP-015-000000431;
EFP-015-000000437 to EFP-015-000000437;
EFP-015-000000440 to EFP-015-000000440;
EFP-015-000000444 to EFP-015-000000444;
EFP-015-000000445 to EFP-015-000000445;
EFP-015-000000446 to EFP-015-000000446;
EFP-015-000000448 to EFP-015-000000448;
EFP-015-000000453 to EFP-015-000000453;
EFP-015-000000454 to EFP-015-000000454;
EFP-015-000000455 to EFP-015-000000455;
EFP-015-000000458 to EFP-015-000000458;
EFP-015-000000459 to EFP-015-000000459;
EFP-015-000000460 to EFP-015-000000460;
EFP-015-000000461 to EFP-015-000000461;
EFP-015-000000463 to EFP-015-000000463;
EFP-015-000000467 to EFP-015-000000467;
EFP-015-000000469 to EFP-015-000000469;
EFP-015-000000471 to EFP-015-000000471;
EFP-015-000000472 to EFP-015-000000472;
EFP-015-000000474 to EFP-015-000000474;
EFP-015-000000480 to EFP-015-000000480;
EFP-015-000000495 to EFP-015-000000495;
EFP-015-000000496 to EFP-015-000000496;
EFP-015-000000505 to EFP-015-000000505;
EFP-015-000000506 to EFP-015-000000506;
EFP-015-000000525 to EFP-015-000000525;
EFP-015-000000570 to EFP-015-000000570;
EFP-015-000000572 to EFP-015-000000572;
EFP-015-000000573 to EFP-015-000000573;
EFP-015-000000577 to EFP-015-000000577;
EFP-015-000000605 to EFP-015-000000605;
EFP-015-000000615 to EFP-015-000000615;
EFP-015-000000616 to EFP-015-000000616;
EFP-015-000000617 to EFP-015-000000617;
EFP-015-000000618 to EFP-015-000000618;
EFP-015-000000619 to EFP-015-000000619;
EFP-015-000000628 to EFP-015-000000628;
EFP-015-000000637 to EFP-015-000000637;
EFP-015-000000639 to EFP-015-000000639;
EFP-015-000000643 to EFP-015-000000643;
EFP-015-000000644 to EFP-015-000000644;
EFP-015-000000647 to EFP-015-000000647;
EFP-015-000000654 to EFP-015-000000654;

| | | |
|---|---|---|
| EFP-015-000000662 | to | EFP-015-000000662; |
| EFP-015-000000663 | to | EFP-015-000000663; |
| EFP-015-000000664 | to | EFP-015-000000664; |
| EFP-015-000000666 | to | EFP-015-000000666; |
| EFP-015-000000667 | to | EFP-015-000000667; |
| EFP-015-000000668 | to | EFP-015-000000668; |
| EFP-015-000000669 | to | EFP-015-000000669; |
| EFP-015-000000670 | to | EFP-015-000000670; |
| EFP-015-000000672 | to | EFP-015-000000672; |
| EFP-015-000000684 | to | EFP-015-000000684; |
| EFP-015-000000687 | to | EFP-015-000000687; |
| EFP-015-000000691 | to | EFP-015-000000691; |
| EFP-015-000000692 | to | EFP-015-000000692; |
| EFP-015-000000699 | to | EFP-015-000000699; |
| EFP-015-000000700 | to | EFP-015-000000700; |
| EFP-015-000000701 | to | EFP-015-000000701; |
| EFP-015-000000702 | to | EFP-015-000000702; |
| EFP-015-000000703 | to | EFP-015-000000703; |
| EFP-015-000000704 | to | EFP-015-000000704; |
| EFP-015-000000705 | to | EFP-015-000000705; |
| EFP-015-000000706 | to | EFP-015-000000706; |
| EFP-015-000000707 | to | EFP-015-000000707; |
| EFP-015-000000708 | to | EFP-015-000000708; |
| EFP-015-000000710 | to | EFP-015-000000710; |
| EFP-015-000000718 | to | EFP-015-000000718; |
| EFP-015-000000720 | to | EFP-015-000000720; |
| EFP-015-000000734 | to | EFP-015-000000734; |
| EFP-015-000000735 | to | EFP-015-000000735; |
| EFP-015-000000736 | to | EFP-015-000000736; |
| EFP-015-000000740 | to | EFP-015-000000740; |
| EFP-015-000000764 | to | EFP-015-000000764; |
| EFP-015-000000766 | to | EFP-015-000000766; |
| EFP-015-000000767 | to | EFP-015-000000767; |
| EFP-015-000000776 | to | EFP-015-000000776; |
| EFP-015-000000779 | to | EFP-015-000000779; |
| EFP-015-000000784 | to | EFP-015-000000784; |
| EFP-015-000000786 | to | EFP-015-000000786; |
| EFP-015-000000788 | to | EFP-015-000000788; |
| EFP-015-000000793 | to | EFP-015-000000793; |
| EFP-015-000000795 | to | EFP-015-000000795; |
| EFP-015-000000796 | to | EFP-015-000000796; |
| EFP-015-000000797 | to | EFP-015-000000797; |
| EFP-015-000000799 | to | EFP-015-000000799; |
| EFP-015-000000806 | to | EFP-015-000000806; |

| | | |
|---|---|---|
| EFP-015-000000808 | to | EFP-015-000000808; |
| EFP-015-000000809 | to | EFP-015-000000809; |
| EFP-015-000000813 | to | EFP-015-000000813; |
| EFP-015-000000817 | to | EFP-015-000000817; |
| EFP-015-000000818 | to | EFP-015-000000818; |
| EFP-015-000000819 | to | EFP-015-000000819; |
| EFP-015-000000821 | to | EFP-015-000000821; |
| EFP-015-000000824 | to | EFP-015-000000824; |
| EFP-015-000000869 | to | EFP-015-000000869; |
| EFP-015-000000889 | to | EFP-015-000000889; |
| EFP-015-000000933 | to | EFP-015-000000933; |
| EFP-015-000000967 | to | EFP-015-000000967; |
| ERD-069-000000001 | to | ERD-069-000000162; |
| NGC-006-000000001 | to | NGC-006-000000025; |
| ZFP-023-000000002 | to | ZFP-023-000000002; |
| ZFP-023-000000003 | to | ZFP-023-000000003; |
| ZFP-023-000000005 | to | ZFP-023-000000005; |
| ZFP-023-000000006 | to | ZFP-023-000000006; |
| ZFP-023-000000007 | to | ZFP-023-000000007; |
| ZFP-023-000000008 | to | ZFP-023-000000008; |
| ZFP-023-000000011 | to | ZFP-023-000000011; |
| ZFP-023-000000014 | to | ZFP-023-000000014; |
| ZFP-023-000000017 | to | ZFP-023-000000017; |
| ZFP-023-000000018 | to | ZFP-023-000000018; |
| ZFP-023-000000019 | to | ZFP-023-000000019; |
| ZFP-023-000000020 | to | ZFP-023-000000020; |
| ZFP-023-000000021 | to | ZFP-023-000000021; |
| ZFP-023-000000022 | to | ZFP-023-000000022; |
| ZFP-023-000000023 | to | ZFP-023-000000023; |
| ZFP-023-000000025 | to | ZFP-023-000000025; |
| ZFP-023-000000026 | to | ZFP-023-000000026; |
| ZFP-023-000000027 | to | ZFP-023-000000027; |
| ZFP-023-000000028 | to | ZFP-023-000000028; |
| ZFP-023-000000030 | to | ZFP-023-000000030; |
| ZFP-023-000000031 | to | ZFP-023-000000031; |
| ZFP-023-000000032 | to | ZFP-023-000000032; |
| ZFP-023-000000033 | to | ZFP-023-000000033; |
| ZFP-023-000000034 | to | ZFP-023-000000034; |
| ZFP-023-000000035 | to | ZFP-023-000000035; |
| ZFP-023-000000036 | to | ZFP-023-000000036; |
| ZFP-023-000000037 | to | ZFP-023-000000037; |
| ZFP-023-000000038 | to | ZFP-023-000000038; |
| ZFP-023-000000039 | to | ZFP-023-000000039; |
| ZFP-023-000000040 | to | ZFP-023-000000040; |

|  |  |  |
|---|---|---|
| ZFP-023-000000041 | to | ZFP-023-000000041; |
| ZFP-023-000000043 | to | ZFP-023-000000043; |
| ZFP-023-000000045 | to | ZFP-023-000000045; |
| ZFP-023-000000073 | to | ZFP-023-000000073; |
| ZFP-023-000000074 | to | ZFP-023-000000074; |
| ZFP-023-000000076 | to | ZFP-023-000000076; |
| ZFP-023-000000077 | to | ZFP-023-000000077; |
| ZFP-023-000000078 | to | ZFP-023-000000078; |
| ZFP-023-000000079 | to | ZFP-023-000000079; |
| ZFP-023-000000080 | to | ZFP-023-000000080; |
| ZFP-023-000000081 | to | ZFP-023-000000081; |
| ZFP-023-000000082 | to | ZFP-023-000000082; |
| ZFP-023-000000083 | to | ZFP-023-000000083; |
| ZFP-023-000000084 | to | ZFP-023-000000084; |
| ZFP-023-000000086 | to | ZFP-023-000000086; |
| ZFP-023-000000088 | to | ZFP-023-000000088; |
| ZFP-023-000000089 | to | ZFP-023-000000089. |

The following documents, which contain redacted images protected under the Privacy Act, 5 U.S.C. § 552a, were also selected for production in the manner specified in the United States Document Production Protocol (Doc. Rec. 5368):

|  |  |  |
|---|---|---|
| EFP-627-000000001 | to | EFP-627-000000017; |
| EFP-015-000000234 | to | EFP-015-000000234; |
| EFP-015-000000244 | to | EFP-015-000000244; |
| EFP-015-000000260 | to | EFP-015-000000260; |
| EFP-015-000000275 | to | EFP-015-000000275; |
| EFP-015-000000564 | to | EFP-015-000000564; |
| EFP-015-000000759 | to | EFP-015-000000759; |
| ENF-014-000000001 | to | ENF-014-000000001; |
| ENF-014-000000002 | to | ENF-014-000000002; |
| ENF-014-000000003 | to | ENF-014-000000003; |
| ZFP-023-000000009 | to | ZFP-023-000000009; |
| ZFP-023-000000010 | to | ZFP-023-000000010; |
| ZFP-023-000000012 | to | ZFP-023-000000012; |
| ZFP-023-000000013 | to | ZFP-023-000000013. |

This Notice of Production is respectfully submitted,

                                      MICHAEL F. HERTZ
                                      Acting Assistant Attorney General

                                      PHYLLIS J. PYLES
                                      Director, Torts Branch

                                      JAMES G. TOUHEY, JR.
                                      Assistant Director, Torts Branch

                                      s/ James F. McConnon, Jr.
                                      JAMES F. McCONNON, JR.
                                      Trial Attorney, Torts Branch, Civil Division
                                      U.S. Department of Justice
                                      Benjamin Franklin Station, P.O. Box 888
                                      Washington, D.C.  20044
                                      (202) 616-4400 / (202) 616-5200 (Fax)
                                      Attorneys for the United States

Dated: January 30, 2009

**CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on January 30, 2009, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                             s/ James F. McConnon, Jr.
                                            JAMES F. McCONNON, JR.