FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 28  AM 11: 28

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE:  *Aguilar*, 07-4852 | |

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Yvette Barnett, Elie Castille, Lillie Mae Cole, Gail M. Dominguez, Willie J. Franklin, Skyina Gaston, Hilda Green, Evelyn LeBlanc, Bessie Montana, Elliot Tigler, and Frankie Turner, Sr. on any homeowners' insurance policies issued by Allstate Insurance

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____ 123848

Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 27th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE