## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Sonia St. Cyr regarding 4204 Walmsley Avenue, New Orleans, LA 70125; Debra Simmons regarding 7138 West Laverne St, New Orleans, LA 70126; Margie Smith regarding 7632 Brevard Ave., New Orleans, LA 70127; Ethel Fields regarding 4949 Rosalia Dr., New Orleans, LA 70127; Desiree Theard regarding 7513 Expedition Dr., New Orleans, LA 70219; Ethel Coleman regarding 5314 Wildair Dr., New Orleans, LA 70122 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Sonia St. Cyr regarding 4204 Walmsley Avenue, New Orleans, LA 70125; Debra Simmons regarding 7138 West Laverne St, New Orleans, LA 70126; Margie Smith regarding 7632 Brevard Ave., New Orleans, LA 70127; Ethel Fields regarding 4949 Rosalia Dr., New Orleans, LA 70127; Desiree Theard regarding 7513 Expedition Dr., New Orleans, LA 70219; Ethel Coleman regarding 5314 Wildair Dr., New Orleans, LA 70122, who wish to voluntarily dismiss the claims against Defendant(s) Louisiana Citizens Property Insurance Corporation in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 30th day of January, 2009.

  /s/ Joseph M. Bruno
Joseph M. Bruno