UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:      *Aguilar*, 07-4852 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Joyce and Richard Clipps and Lawrence and Lydia Stewart on any homeowners' insurance policies issued by Allstate Insurance Company or Allstate Indemnity Company to any of these plaintiffs are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 30th day of January, 2009.

Stanwood R. Duval, Jr.
United States District Judge

125590 ORDER