**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 30, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  ROAD HOME    (07-5528) | NO. 05-4182 |
| | SECTION "K"(2) |

**MOTION to sever and remand subrogated claims to State Court by the State of Louisiana, filed 11/19/08, doc. 16480.**

**MOTION to dismiss the amended petition with prejudice by the defendants', filed 11/20/08, doc. 16493.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  CATHY PEPPER**

**APPEARANCES:**  See the attached list.

Court begins at 9:30 a.m.
Case called and all present and ready.
Oral argument by parties.
These matters are SUBMITTED.
Court adjourns at 10:56 a.m.

JS-10 (1:20)