**HEARING**

**IN RE KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**PERTAINS TO:**     **ROAD HOME**

**CIVIL ACTION**

**NO. 05-4182**

**SECTION "K"(2)**

DATE:        **FRIDAY, JANUARY 30, 2009**

TIME:        **9:30 A.M.**

## (PLEASE PRINT)

| NAME | FIRM | REPRESENTING |
|---|---|---|
| Richard L. Fenton | Sonnenschein, Nath & Rosenthal | Allstate, Encompass |
| Thomas R Blum | Simon, Peragine | Shelter |
| Kelly Bogart | Duplass Zwain | Fireman's Fund |
| Sean McCunt | Hailey McNamara | Fidelity & Deposit Co. Maryland |
| Seth Schmeeckle | Lugenbuhl | D Liaison |
| Maryann Hoskins | Degan, Blanchard, Nash | National Security, Omega One |
| Charles Chassaignac | Porteous, Hampel Johnson | State Farm, Liaison |
| Trey Phillips | AG | State |
| Kristen Schorp | Krebs Farley + Pelleteri | Aegis |
| Gordon Serou | Self | Assurant |
| Wayne Lee | Stone Pigman | State Farm |
| Andrew Fannin | Stone, Pigman | State Farm |
| Calvin Fayard | Fayard + Honey all | K. JMLC |

**Page 2 - Hearing on 1/30/09**

| NAME | FIRM | REPRESENTING |
|------|------|--------------|
| Maria Ruffin | Adams w/ Reese | Union National Fire Ins. Co. |