UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Winston and Donna Aaron, Sr., et al.* | * | |
| Civil Action No.: 06-4746 | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF DONNA AND FRED SIMMONS WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiffs, Donna and Fred Simmons ("the Simmons") who aver that they have amicably resolved their disputes and that the Simmons acknowledge receipt of adequate settlement funds from Hanover. Accordingly, the Simmons and Hanover jointly move this Court for entry of an order to (1) reopen *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by the Simmons against Hanover, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, the Simmons and Hanover pray that this Court enter an order which (1) reopens *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with

prejudice and at each party's cost all of the Simmons' claims asserted in the captioned matter, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

>Respectfully submitted,
>
>/s/ Jim S. Hall
>**Jim S. Hall, T.A., La. Bar # 21644**
>**Joseph W. Rausch, La. Bar # 11394**
>Jim S. Hall & Associates
>800 N. Causeway, Suite 100
>Metairie, LA 70001
>Telephone: (504) 832-3000
>Counsel for Plaintiffs
>
>And
>
>/s/ Seth Schmeeckle
>**Ralph S. Hubbard, III, T.A., La. Bar #7040**
>**Seth A. Schmeeckle, La. Bar # 27076**
>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
>601 Poydras Street, Suite 2775
>New Orleans, LA 70130
>Telephone: (504) 568-1990
>Facsimile: (504) 310-9195
>E-Mail:  rhubbard@lawla.com
>  sschmeeckle@lawla.com
>Counsel for Defendant,
>The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th [~~23rd~~] day of January 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

>/s/ Seth Schmeeckle
>Seth A. Schmeeckle

2