Attachment 1

<u>Plaintiffs</u>

- Brock, Emma & Lawrence
- Fields, AC & Ora
- Garcia, Janice
- Gibson, Cynthia A.
- Gibson, Morice
- Honore, Jerry & Elaine
- Jackson, Kay
- Lewis, Tammi
- McCray, George
- Owens, Anthony
- Polk, Andria
- Quiette, John
- Wright, Janis
- Amat, Ralph
- Dominick, Sherrilyn
- Dominque, Nathan & Emelda ( 2 properties)
- Fournier, Reginald & Elnora
- Jenkins, Gregory & Troylynn
- Lacour, Alin
- Leicher, Mary
- Macklin, Annette
- Morrison, Samuel & Christell
- Perry, James
- Robicheaux, Deborah
- Samuel, Sharon
- Singleton, Bernard ( 5 properties)
- Perry, James

- Fournier, Reginal & Elnora
- Bradley, Debra
- Cain, Mercedes
- Campbell, Louvella
- Castillo, Tony
- Dakin, Lois
- Davis, Miriam
- Fairman, Margie
- Ford, Stella L.
- Jackson, Patricia
- Joseph, Yvette
- Montegue, Latonya
- Richardson, Pamela & Milton
- Simpson, Joe
- Stevens, Keith Jr.
- Stewart, Helen
- Thomas, Wilma
- Walter, Rene & Beryl