Attachment 2

<u>Defendants</u>

- Safeco
- Lloyds
- Balboa
- Merit Plan
- Southwest Business Corporation