UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Jeanette Brown regarding 1301-1303 Elysian Field Ave., New Orleans, LA 70117; Jeanette Brown regarding 2213 Urquhart St., New Orleans, LA 70117 |

### ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Jeanette Brown regarding 1301-1303 Elysian Field Ave., New Orleans, LA 70117; Jeanette Brown regarding 2213 Urquhart St., New Orleans, LA 70117 against Defendants ZC Sterling Insurance, Fidelity and Casualty Company of Maryland, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
United States District Judge