UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE ACEVEDO, ET. AL., NO. 07-5208 | SECTION "K" (2) |

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Acevedo, et al., whose claims are part of Civil Action No. 07-5208, which has been consolidated into the consolidated Katrina Canal Breaches Litigation, Civil Action No. 05-4182, and move this Honorable Court for permission to enroll David A. Binegar and Tiffany R. Christian, and the firm of Binegar Christian, LLC,  as additional counsel of record for plaintiffs pursuant to Local Rule 83.2.12A.

Respectfully submitted this 31st day of January, 2009.

BY:

| | |
|---|---|
| /s/ Stuart T. Barasch_____ | ____/s/David A. Binegar_____ |
| Stuart T. Barasch  (20650) | David A. Binegar (26603) |
| HURRICANE LEGAL CENTER | Tiffany R. Christian (28529) |
| 910 Julia Street | BINEGAR CHRISTIAN , LLC |
| SBarasch1@aol.com | 4920 Canal Street |
| (504) 525-1944 | davidbinegar@hotmail.com |
| | tiffanychristian@hotmail.com |
| | (504) 301-1403 |

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record electronically this 31st day of January, 2009.

                                    _____/s/David A. Binegar_____