UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>ACEVEDO, ET. AL., NO. 07-5208 | SECTION "K" (2) |

## ORDER

**CONSIDERING** the foregoing ex parte motion to enroll co-counsel of record, said motion is hereby **GRANTED.**

**IT IS ORDERED** that David A. Binegar (26603) and Tiffany Christian (28529) and the firm of Binegar Christian, LLC, are enrolled as additional counsel fo record in the above entitled and captioned matter.

**DONE AND ORDERED** this _____ day of _____, 2009.

_____
**UNITED STATES DISTRICT COURT JUDGE**

-1-