## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Corliss Johnson regarding 6089 Wildair Dr, New Orleans, LA 70122; Charles Gray, Sadie J. Gray regarding 3217 Deers St., New Orleans, LA 70122; Antoinette Richards, Milton Richards regarding 1937 Peniston St., New Orleans, LA 70115 |

### ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Corliss Johnson regarding 6089 Wildair Dr, New Orleans, LA 70122; Charles Gray, Sadie J. Gray regarding 3217 Deers St., New Orleans, LA 70122; Antoinette Richards, Milton Richards regarding 1937 Peniston St., New Orleans, LA 70115 against Defendants St. Paul Fire and Marine Insurance Company, St. Paul Travelers Insurance, The Standard Fire Insurance Company, The Travelers Insurance Company, Travelers Casualty and Surety Company, Travelers Home and Marine Insurance Company, Travelers Property Casualty Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
United States District Judge