UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Agnes Sherman, regarding 3800 Franklin Ave, New Orleans, LA 70122; Marilyn Grant, regarding 5726 Dauphine Street, New Orleans, LA 70117; Erana Mayes, regarding 2339 S. Derbigny St., New Orleans, LA 70125; Joseph Tramontana, regarding 1703 22nd St., Gulfport, MS 39501 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Agnes Sherman, regarding 3800 Franklin Ave, New Orleans, LA 70122; Marilyn Grant, regarding 5726 Dauphine Street, New Orleans, LA 70117; Erana Mayes, regarding 2339 S. Derbigny St., New Orleans, LA 70125; Joseph Tramontana, regarding 1703 22nd St., Gulfport, MS 39501, who wish to voluntarily dismiss the claims against Defendant(s) Louisiana Citizens Property Insurance Corporation, Audubon Insurance Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each

party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                Respectfully submitted:

                BY:   /s/ Joseph M. Bruno
                JOSEPH M. BRUNO (# 3604)
                L. SCOTT JOANEN (# 21431)
                The Law Offices of Joseph M. Bruno
                855 Baronne Street
                New Orleans, Louisiana 70113
                Telephone: (504) 525-1335
                Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 2nd day of February, 2009.

                  /s/ Joseph M. Bruno
                Joseph M. Bruno