| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION K; MAG. 2** |
| **PERTAINS TO:**<br>**LEVEE & MRGO,**<br>*CURTIS*, **NO. 07-5193** | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

\* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AND SUBSTITUTE AS COUNSEL OF RECORD

Plaintiff, Martha Y. Curtis, moves this Court to enroll as additional counsel of record: Martha Y. Curtis (La. Bar No. 20446) of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. and substitute Kevin M. McGlone (La. Bar No. 28145) also of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. in place of R. Scott Hogan (La. Bar No. 2991) in the above captioned matter.

-1-

Respectfully submitted,

JAMES M. GARNER , #19589, T.A.
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MARTHA Y. CURTIS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ James M. Garner
JAMES M. GARNER