UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| | This pleading applies only to the claim of Patricia Cook Wilson, Robert Wilson regarding 2425 Pecan Drive, Chalmette, LA 70043; Alfred Edwards regarding 5219 Louis Pima Dr West, New Orleans, LA 70128; Douglas Arceneaux regarding 2025 Fable Dr., Meraux, LA 70075; Viola Blackman regarding 3720 Piedmont Dr., New Orleans, LA 70122; Donald Moore regarding 6820 Rugby Court, New Orleans, LA 70126; Lynn Lennox regarding 5422-5424 Vicksburg St., New Orleans, LA 70124; George Bourgeois, Gay Bourgeois regarding 6115 Mandeville St., New Orleans, LA 70122; Andrew Bruno regarding 2009 Pelitere Dr., Chalmette, LA |
| No. 07-5111, *Allen et al., v State Farm Fire and Casualty Co., et al.* | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Patricia Cook Wilson, Robert Wilson regarding 2425 Pecan Drive, Chalmette, LA 70043; Alfred Edwards regarding 5219 Louis Pima Dr West, New Orleans, LA 70128; Douglas Arceneaux regarding 2025 Fable Dr., Meraux, LA 70075; Viola Blackman regarding 3720 Piedmont Dr., New Orleans, LA 70122; Donald Moore regarding 6820 Rugby Court, New Orleans, LA 70126; Lynn Lennox regarding 5422-5424 Vicksburg St., New Orleans, LA 70124; George Bourgeois, Gay Bourgeois regarding 6115 Mandeville St., New Orleans, LA 70122; Andrew Bruno regarding 2009 Pelitere Dr., Chalmette, LA, who wish to voluntarily dismiss the claims against Defendant(s) State Farm Fire and Casualty Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 2nd day of February, 2009.

 /s/ Joseph M. Bruno
Joseph M. Bruno