15-6820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES                CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                                                  JUDGE DUVAL

PERTAINS TO:  INSURANCE                            MAGISTRATE WILKINSON
PLAINTIFF:  ALEXANDER, 07-4538

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiff, Marilyn Merridth, and of defendant, Allstate Insurance Company, both parties appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice as to all of plaintiff's rights therein, each party to bear its own costs.

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (2926)
BECNEL LAW FIRM
106 W. 7th St., P.O. Drawer H
Reserve, LA 70084
Telephone:  (985) 536-1186
Facsimile:  (985) 536-6445

Attorneys for plaintiff,
Marilyn Merridth

-1-

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone:  (504) 454-6808
Facsimile:  (504) 887-5885
Email:  jdonovan@donovanlawler.com

Attorneys for defendant,
Allstate Insurance Company


## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Daniel E. Becnel, Jr.**
  dbecnel@becnellaw.com,kserven@becnellaw.com,mmoreland@becnellaw.com

- **James L. Donovan, Jr.**
  jdonovan@donovanlawler.com,jtaulli@donovanlawler.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

/s/ James L. Donovan, Jr.

-2-