UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO: INSURANCE PLAINTIFF: ALEXANDER, 07-4538 | MAGISTRATE WILKINSON |

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Case;

IT IS ORDERED that the Complaint of Marilyn Merridth against Allstate Insurance Company be, and the same is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of February, 2009.

_____
**UNITED STATES DISTRICT JUDGE**