UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2), (3) |
| _____ | * | |
| | * | |
| PERTAINS TO LEVEE AND MR GO: | * | JUDGE DUVAL |
| | * | |
| | * | Mag. J. KNOWLES |
| | * | |
| NO. 06-5116 (SIMS) | * | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | * | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | * | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | * | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | * | NO. 06-5140 (PORTER) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO CONDUCT
SETTLEMENT RELATED DISCOVERY**

**NOW INTO COURT,** through undersigned counsel, come the Plaintiffs in Case No. 06-5116 (*Sims*), Case No. 06-5118 (*Richard*), Case No. 06-5142 (*Augustine*), Case No. 06-5132 (*Ferdinand*), Case No. 06-5131 (*Bourgeois*), Case No. 06-5134 (*Christophe*), Case No. 06-5137 (*Williams*), Case No. 06-5127 (*DePass*), Case No. 06-5128 (*Adams*), and Case No. 06-5140 (*Porter*), who move for leave to file this reply to the Settling Defendants Joint Memorandum in Opposition to Motion for Leave to Conduct Settlement Discovery set for hearing on an expedited basis on February 4, 2009, at 11:00 a.m.

Respectfully submitted,

/s/ William C. Gambel_____
William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD L.L.P  909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010

Telephone:  (504) 569-7000
Telecopier:  (504) 569-7001
wgambel@millinglaw.com

JOHN  J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000
Fax (504) 522-8423

W380306

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this <u>2nd</u> day of February, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

<u>/s/ William C. Gambel</u>

W380306