## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2),  (3) |
| _____ | * | |
| | * | |
| PERTAINS TO LEVEE AND MR GO: | * | JUDGE DUVAL |
| | * | |
| | * | Mag. J. KNOWLES |
| | * | |
| NO. 06-5116 (SIMS) | * | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | * | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | * | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | * | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | * | NO. 06-5140 (PORTER) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering Movers' Motion for Leave to File Reply Memorandum in Support of Motion for Leave to Conduct Settlement Related Discovery,

IT IS HEREBY ORDER that said Motion for Leave to File Reply Memorandum in Support of Motion for Leave to Conduct Settlement Related Discovery is GRANTED.

New Orleans, Louisiana, this _____ day of February, 2009.

_____

W380307