## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM R. BURK, IV AND<br>BURK BROKERAGE, LLC | * <br> * <br> * | CIVIL ACTION <br><br> NO. 06-10852 |
| VERSUS | * <br> * | <br> SECTION "S" |
| ALLSTATE INSURANCE COMPANY,<br>KATIE HYMEL, KATIE HYMEL AGENCY,<br>INC. AND ABC INSURANCE COMPANY | * <br> * <br> * | <br> MAG. 3 |

*********************************************************************

### JOINT STIPULATION OF DISMISSAL

ON MOTION of Plaintiffs, William R. Burk, IV and Burk Brokerage, LLC, and Defendants, Allstate Insurance Company, Katie Hymel, Katie Hymel Agency, Inc. and ABC Insurance Company, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice as to all of Plaintiffs' rights herein, each party to bear its own costs.

Respectfully submitted,

S/John A. Venezia
JOHN A. VENEZIA (#23963)
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005
Telephone:   504-486-3910
Facsimile:   504-486-3913
Counsel for Plaintiffs

Respectfully submitted,

LOZES & PONDER

_____
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2008, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: Steven M. Lozes, Esq. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

S/John A. Venezia
John A. Venezia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM R. BURK, IV. AND<br>BURK BROKERAGE, LLC | * | CIVIL ACTION |
| | * | NO. 06-10852 |
| VERSUS | | |
| | * | SECTION "S" |
| ALLSTATE INSURANCE COMPANY,<br>KATIE HYMEL, KATIE HYMEL AGENCY,<br>INC. AND ABC INSURANCE COMPANY | * | MAG. 3 |
| | * | |

*******************************************

## ORDER

Considering the foregoing Stipulation of Dismissal;

IT IS HEREBY ORDERED that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
JUDGE

3