UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE: *Aguilar*, 07-4852 | |

## **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Freddie Mitchell and Esperanza Lee on any homeowners' insurance policy issued by Allstate Insurance Company or Allstate Indemnity Company to these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 30th day of January, 2009.

Stanwood R. Duval, Jr.
United States District Judge

127762 ORDER