# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** **Insurance** | **MAGISTRATE (2)** |

**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.*

This pleading applies only to the claim of Sandra Pettice regarding 2768 N Rocheblave St, New Orleans, LA 70117; Frank Faulkner regarding 82 Marywood Ct, New Orleans, LA 70128; Brenda Collins regarding 2318 Benefit St., New Orleans, LA 70122; Raymond Morrell regarding 2723 Mexico St., New Orleans, LA 70122; Larnell Hubbard, Corinne Hubbard regarding 3622 Joliet St., New Orleans, LA 70118; Joseph Zardies regarding 5613 Baccich St, New Orleans, LA 70122; Douglas Myles regarding 7541 Rochon Dr., New Orleans, LA 70128; Debra Leach regarding 7633 Woodbine Dr, New Orleans, LA 70126; Percy Smith regarding 11421 S. Easterly Circle, New Orleans, LA 70128; Melvin Wheeler regarding 4958 Nottingham Dr., New Orleans, LA 70127; Ronald Dwyer, Charmaine Dwyer regarding 941 St. Maurice Ave., New Orleans, LA 70117; Jason Freeman regarding 1837 Jourdan Ave., New Orleans, LA 70017; Sandra Johnson, Clarence Johnson regarding 6208 Painters St., New Orleans, LA 70122; Elizabeth Terry regarding 2120 Law St., New Orleans, LA 70119; Nelda Jones regarding 1647 Pratt Dr., New Orleans, LA 70122; Diane Fleming regarding 7700 Shubrick St., New Orleans, LA 70127; Janice Brumfield regarding 7301 Vanderklout Ave., New Orleans, LA 70127; Carrie Kinard regarding 3011 Law St., New Orleans, LA 70117; Annie Hills regarding 7401 Horizon Dr., New Orleans, LA 70129; Rebecca Johnson, Stanley Johnson regarding 4667 Eunice Dr., New Orleans, LA 70127; Delores White regarding 7332 Dogwood Dr., New Orleans, LA 70126; Michael Cratchan, Thea Cratchan regarding 7612 Means Ave., New Orleans, LA 70127; Mary Lockett, Edna

M. Locket regarding 2439 Delery St., New Orleans, LA 70117; Raymond Washington regarding 5105 Lafaye Street, New Orleans, LA 70122; Larry Menendez regarding 13040 Biscay St., New Orleans, LA 70129; Tina Thomas, Carnell Joseph Thomas regarding 2344 Alvar Street, New Orleans, LA 70117; Ronald Dauphin, Natalie Dauphin regarding 1202 Chimneywood lane, New Orleans, LA 70126; Deborah Washington, David Washington regarding 7112 Geutry, Marrero, LA 70072; Carolyn Mattio regarding 2400 Deers St., New Orleans, LA 70117; Alan Boisdore regarding 7339 Perth St., New Orleans, LA 70126; Leonard Louis regarding 2366 Odin St., New Orleans, LA 70122; Lorraine Fields regarding 1230 Reynes St, New Orleans, LA 70117; James Youngblood, Angela M. Youngblood regarding 7321 E Renaissance Ct, New Orleans, LA 70128; Tiffany Gallaud, Kyle Gallaud regarding 4659 Kendall Dr., New Orleans, LA 70126; Willie Jenkins regarding 68 Marywood Ct., New Orleans, LA 70128; Patricia Boutwell regarding 3601 Ventura Dr, Chalmette, LA 70043; Doris Aubry regarding 4726 Press Dr., New Orleans, LA 70121; Frank Wiltz regarding 4911 Redwood St, New Orleans, LA 70127; Fredrika Trotter, Don Trotter regarding 7660 Wave Dr., New Orleans, LA 70128; Barbara Johnson regarding 4307 Walmsley Ave., New Orleans, LA 70125; Isabelle Frazier regarding 2122 Sumtter St., New Orleans, LA 70122; Sharon Williams regarding 1827 Independence St., New Orleans, LA 70117; Beatrice Jones regarding 2433 Pauline St., New Orleans, LA 70117; Herman Johnson, Linda Johnson regarding 4949 Francisco Verrette Dr., New Orleans, LA 70126; Janie Landrum regarding 4668 Francisco Verret Dr., New Orleans, LA 70126; Alfreda Baker regarding 6222 Music Street, New Orleans, LA 70122; Mary Spriggins regarding 2125 Forstall St., New Orleans, LA 70117; Bernard Waters regarding 3900 Hamilton St., New Orleans, LA 70118; Jane Frayle, Alfred Frayle regarding 5032 Hastings St., Metarie, LA 70006; Joycelyn Manuel regarding 7579 Forest Glen Rd, New Orleans, LA 70127; Oscar Brown

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Sandra Pettice regarding 2768 N Rocheblave St, New Orleans, LA 70117; Frank Faulkner regarding 82 Marywood Ct, New Orleans, LA 70128; Brenda Collins regarding 2318 Benefit St., New Orleans, LA 70122; Raymond Morrell regarding 2723 Mexico St., New Orleans, LA 70122; Larnell Hubbard, Corinne Hubbard regarding 3622 Joliet St., New Orleans, LA 70118; Joseph Zardies regarding 5613 Baccich St, New Orleans, LA 70122; Douglas Myles regarding 7541 Rochon Dr., New Orleans, LA 70128; Debra Leach regarding 7633 Woodbine Dr, New Orleans, LA 70126; Percy Smith regarding 11421 S. Easterly Circle, New Orleans, LA 70128; Melvin Wheeler regarding 4958 Nottingham Dr., New Orleans, LA 70127; Ronald Dwyer, Charmaine Dwyer regarding 941 St. Maurice Ave., New Orleans, LA 70117; Jason Freeman regarding 1837 Jourdan Ave., New Orleans, LA 70017; Sandra Johnson, Clarence Johnson regarding 6208 Painters St., New Orleans, LA 70122; Elizabeth Terry regarding 2120 Law St., New Orleans, LA 70119; Nelda Jones regarding 1647 Pratt Dr., New Orleans, LA 70122; Diane Fleming regarding 7700 Shubrick St., New Orleans, LA 70127; Janice Brumfield regarding 7301 Vanderklout Ave., New Orleans, LA 70127; Carrie Kinard regarding 3011 Law St., New Orleans, LA 70117; Annie Hills regarding 7401 Horizon Dr., New Orleans, LA 70129; Rebecca Johnson, Stanley Johnson regarding 4667 Eunice Dr., New Orleans, LA 70127; Delores

White regarding 7332 Dogwood Dr., New Orleans, LA 70126; Michael Cratchan, Thea Cratchan regarding 7612 Means Ave., New Orleans, LA 70127; Mary Lockett, Edna M. Locket regarding 2439 Delery St., New Orleans, LA 70117; Raymond Washington regarding 5105 Lafaye Street, New Orleans, LA 70122; Larry Menendez regarding 13040 Biscay St., New Orleans, LA 70129; Tina Thomas, Carnell Joseph Thomas regarding 2344 Alvar Street, New Orleans, LA 70117; Ronald Dauphin, Natalie Dauphin regarding 1202 Chimneywood lane, New Orleans, LA 70126; Deborah Washington, David Washington regarding 7112 Geutry, Marrero, LA 70072; Carolyn Mattio regarding 2400 Deers St., New Orleans, LA 70117; Alan Boisdore regarding 7339 Perth St., New Orleans, LA 70126; Leonard Louis regarding 2366 Odin St., New Orleans, LA 70122; Lorraine Fields regarding 1230 Reynes St, New Orleans, LA 70117; James Youngblood, Angela M. Youngblood regarding 7321 E Renaissence Ct, New Orleans, LA 70128; Tiffany Gallaud, Kyle Gallaud regarding 4659 Kendall Dr., New Orleans, LA 70126; Willie Jenkins regarding 68 Marywood Ct., New Orleans, LA 70128; Patricia Boutwell regarding 3601 Ventura Dr, Chalmette, LA 70043; Doris Aubry regarding 4726 Press Dr., New Orleans, LA 70121; Frank Wiltz regarding 4911 Redwood St, New Orleans, LA 70127; Fredrika Trotter, Don Trotter regarding 7660 Wave Dr., New Orleans, LA 70128; Barbara Johnson regarding 4307 Walmsley Ave., New Orleans, LA 70125; Isabelle Frazier regarding 2122 Sumtter St., New Orleans, LA 70122; Sharon Williams regarding 1827 Independence St., New Orleans, LA 70117; Beatrice Jones regarding 2433 Pauline St., New Orleans, LA 70117; Herman Johnson, Linda Johnson regarding 4949 Francisco Verrette Dr., New Orleans, LA 70126; Janie Landrum regarding 4668 Francisco Verret Dr., New Orleans, LA 70126; Alfreda Baker regarding 6222 Music Street, New Orleans, LA 70122; Mary Spriggins regarding 2125 Forstall St., New Orleans, LA 70117; Bernard Waters regarding 3900 Hamilton St., New Orleans, LA 70118; Jane Frayle, Alfred Frayle regarding 5032 Hastings St., Metarie, LA 70006; Joycelyn Manuel regarding 7579 Forest

Glen Rd, New Orleans, LA 70127; Oscar Brown regarding 4634 Cerise Ave, New Orleans, LA 70127; Deloris Wells regarding 5528 Dauphine St., New Orleans, LA 70117; Edward Johnson, Lovida M. Johnson regarding 3737 Virgil Blvd, New Orleans, LA 70122 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _2nd_ day of _February_, 2009.

_____
United States District Judge