# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Sonia St. Cyr regarding 4204 Walmsley Avenue, New Orleans, LA 70125; Debra Simmons regarding 7138 West Laverne St, New Orleans, LA 70126; Margie Smith regarding 7632 Brevard Ave., New Orleans, LA 70127; Ethel Fields regarding 4949 Rosalia Dr., New Orleans, LA 70127; Desiree Theard regarding 7513 Expedition Dr., New Orleans, LA 70219; Ethel Coleman regarding 5314 Wildair Dr., New Orleans, LA 70122 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Sonia St. Cyr regarding 4204 Walmsley Avenue, New Orleans, LA 70125; Debra Simmons regarding 7138 West Laverne St, New Orleans, LA 70126; Margie Smith regarding 7632 Brevard Ave., New Orleans, LA 70127; Ethel Fields regarding 4949 Rosalia Dr., New Orleans, LA 70127; Desiree Theard regarding 7513 Expedition Dr., New Orleans, LA 70219; Ethel Coleman regarding 5314 Wildair Dr., New Orleans, LA 70122 against Defendant Louisiana Citizens Property Insurance Corporation, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 2nd day of February, 2009.

_____
United States District Judge