# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Ruth Young regarding 2803 Washington Ave, New Orleans, LA 70113; Laura Dennis regarding 5611 Congress Dr., New Orleans, LA 70126 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Ruth Young regarding 2803 Washington Ave, New Orleans, LA 70113; Laura Dennis regarding 5611 Congress Dr., New Orleans, LA 70126 against Defendants St. Paul Fire and Marine Insurance Company, St. Paul Travelers Insurance, The Standard Fire Insurance Company, The Travelers Insurance Company, Travelers Casualty and Surety Company, Travelers Home and Marine Insurance Company, Travelers Property Casualty Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  2nd  day of  February , 2009.

_____
United States District Judge