UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K"(2)
             AARON, 06-4746

## ORDER

Considering the Plaintiff's Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice (Rec. Doc. 17470), accordingly

**IT IS ORDERED** that the motion is **GRANTED.** All claims asserted by Plaintiff Donna and Fred Simmons asserted in the Complaint for Damages are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __2nd__ day of February, 2009.

_____
       **STANWOOD R. DUVAL, JR.**
       **UNITED STATES DISTRICT JUDGE**