MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 2, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: MRGO, <u>Robinson</u>, 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

At the request of plaintiffs' Liaison Counsel, a telephone conference was conducted on this date. Participating were: Joseph M. Bruno, plaintiffs' Liaison Counsel; and Robin Smith, counsel for the United States. Various issues concerning depositions and related discovery of expert witnesses were discussed. Counsel may file whatever motions, if any, they deem appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **0 : 20**