UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                  NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE/FORCED PLACE              JUDGE DUVAL
              Record Doc. No. 17472               MAG. WILKINSON

**ORDER**

Record Doc. No. 17472 is a "First Amended Complaint" filed in response to the court's prior severance orders by the Hurricane Legal Center on behalf of various plaintiffs who have "Forced Place" Insurance policies.  Its caption is incomplete.  The Clerk is hereby directed to assign this "First Amended Complaint" a new civil action number bearing the title "Emma and Lawrence Brock et al. v. Safeco et al." with a filing date of January 30, 2009.  Once the new civil action number is assigned, the new case should be allotted to Section "K"(2) and consolidated with the Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K"(2), as a member case in the newly established Insurance/Forced Place Category, so that it may be included in the motion-practice case management order for "Forced Place" cases that the court will issue in the near future.  For docketing purposes, the Clerk must list all plaintiffs identified on

Attachment 1 to the "First Amended Complaint" as plaintiffs in the new civil action and all five (5) defendants identified on Attachment 2 as defendants in the new civil action.

New Orleans, Louisiana, this ____3rd____ day of February, 2009.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**