UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| FILED IN: | 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, -5-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-1885, 06-0225, 06-0886, 06-11028,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206,<br>07-0647, 07-0993, 07-1284, 07-1286, 07-1288,<br>and 07-1289. | |

### MOTION TO DISMISS CLAIMS
### AGAINST SEWERAGE AND WATER BOARD OF NEW ORLEANS

**NOW INTO COURT,** through undersigned counsel, comes the Levee Plaintiffs' Subgroup Litigation Committee, who respectfully moves this Honorable Court for an Order pursuant to Fed.R.Civ.P. 41(a) and 28 U.S.C. § 1367 (C)(3), dismissing *without* prejudice all claims against Defendant, the Sewerage and Water Board of New Orleans, for reason that this Court does no longer possesses subject matter jurisdiction over Plaintiffs' purely state-law claims against this Defendant.

**Respectfully submitted,**

   */s/* Joseph M. Bruno
Joseph M. Bruno (La. Bar# 3604)
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 561-6776
Plaintiffs' Liaison Counsel

Gerald E. Meunier (La. Bar# 9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Liaison Counsel, Levee Plaintiffs' Sub-Group Litigation Committee

Darlene M. Jacobs (La. Bar # 7208)
Jacobs, Sarrat & Lovelace
823 St. Louis Street, New Orleans, LA 70112
Levee Plaintiffs' Sub-Group Litigation Committee

Richard M. Martin, Jr. (La. Bar #8998)
Law Office of Richard M. Martin, Jr., L.L.C.
20 Versailles Boulevard
New Orleans, LA 70125-4114
Telephone: (504) 861-8476
Levee Plaintiffs' Sub-Group Litigation Committee

## CERTIFICATE OF SERVICE

I certify that on February 3, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I further certify that there are no non-CM/ECF participants that would require a first-class mailing to of the foregoing document and notice of electronic filing.

   */s/* Joseph M. Bruno