UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:      KATRINA CANAL BREACHES                 CIVIL ACTION
            CONSOLIDATED LITIGATION
                                                   NO. 05-4182

                                                   SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
            05-6073, -5-6314, 05-6324, 05-6327, 05-6359,
            06-0020, 06-1885, 06-0225, 06-0886, 06-11028,
            06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
            06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
            06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
            07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
            and 07-1289.

NOTICE OF HEARING

PLEASE TAKE NOTICE that the Levee Plaintiffs' Subgroup Litigation Committee will

on Wednesday, February 18, 2009 at 9:30 o'clock a.m., before the Honorable Stanwood Duval, U.S.

District Judge for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, bring

on for hearing its Motion to Dismiss Claims Against Sewerage and Water Board of New Orleans.

Page 1 of  2

**Respectfully submitted,**

     */s/* Joseph M. Bruno
Joseph M. Bruno (La. Bar# 3604)
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 561-6776
Plaintiffs' Liaison Counsel

Gerald E. Meunier (La. Bar# 9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Liaison Counsel, Levee Plaintiffs' Sub-Group Litigation Committee

Darlene M. Jacobs (La. Bar # 7208)
Jacobs, Sarrat & Lovelace
823 St. Louis Street, New Orleans, LA 70112
Levee Plaintiffs' Sub-Group Litigation Committee

Richard M. Martin, Jr. (La. Bar #8998)
Law Office of Richard M. Martin, Jr., L.L.C.
20 Versailles Boulevard
New Orleans, LA 70125-4114
Telephone: (504) 861-8476
Levee Plaintiffs' Sub-Group Litigation Committee