UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| **FILED IN:** | 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, -5-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-1885, 06-0225, 06-0886, 06-11028,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206,<br>07-0647, 07-0993, 07-1284, 07-1286, 07-1288,<br>and 07-1289. | |

### LOCAL RULE 78.1E REQUEST FOR ORAL ARGUMENT

The Levee Plaintiffs' Subgroup Litigation Committee respectfully requests the privilege of presenting oral argument on Wednesday, February 18, 2009 at 9:30 o'clock a.m., in connection with its Motion to Dismiss Claims Against Sewerage and Water Board of New Orleans.

                                          **Respectfully submitted,**
                                            /s/ Joseph M. Bruno
                                            Joseph M. Bruno (La. Bar# 3604)
                                            The Law Offices of Joseph M. Bruno, APLC
                                            855 Baronne Street
                                            New Orleans, LA 70113
                                            Telephone: (504) 561-6776
                                            Plaintiffs' Liaison Counsel

Gerald E. Meunier (La. Bar# 9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Liaison Counsel, Levee Plaintiffs' Sub-Group Litigation Committee

Darlene M. Jacobs (La. Bar # 7208)
Jacobs, Sarrat & Lovelace
823 St. Louis Street, New Orleans, LA 70112
Levee Plaintiffs' Sub-Group Litigation Committee

Richard M. Martin, Jr. (La. Bar #8998)
Law Office of Richard M. Martin, Jr., L.L.C.
20 Versailles Boulevard
New Orleans, LA 70125-4114
Telephone: (504) 861-8476
Levee Plaintiffs' Sub-Group Litigation Committee