UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2), (3) |
| _____ | * | |
| | * | |
| PERTAINS TO LEVEE AND MR GO: | * | JUDGE DUVAL |
| | * | |
| | * | Mag. J. KNOWLES |
| | * | |
| NO. 06-5116 (SIMS) | * | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | * | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | * | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | * | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | * | NO. 06-5140 (PORTER) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering Movers' Motion for Leave to File Reply Memorandum in Support of Motion for Leave to Conduct Settlement Related Discovery,

IT IS HEREBY ORDER that said Motion for Leave to File Reply Memorandum in Support of Motion for Leave to Conduct Settlement Related Discovery is GRANTED.

New Orleans, Louisiana, this  3rd  day of February, 2009.

*Daniel E. Knowles, III*

W380307