**From:** "Joe Bruno" <jbruno@jbrunolaw.com>
**To:** WGAMBEL@millinglaw.com
**Date:** Mon, Jan 26, 2009  4:54 PM
**Subject:** RE: In Re Katrina Consolidated; Sims et al

I have no objection to that.


Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com


The information contained in this electronic message is attorney
privileged and confidential information intended only for the use of the
owner of the email address listed as a receipient of this message.  If
you are not the intended recipient, or the employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any disclosure, dissemination, distribution, or copying of
this communication is strictly prohibited.  If you have received this
transmission in error, please immediately notify us by telephone at
(504) 525-1335.


-----Original Message-----
From: William Gambel [mailto:WGAMBEL@millinglaw.com]
Sent: Monday, January 26, 2009 4:34 PM
To: Joe Bruno
Subject: RE: In Re Katrina Consolidated; Sims et al

Joe; to the defendants every thing is liability related. I don't want to
fight over ever question. How about advising the Court you do not object
to Sims' et al conducting settlement related discovery.

William C. Gambel, Esq.
Milling Benson Woodward L.L.P.
909 Poydras, Suite 2300
New Orleans, LA  70112
Telephone:  (504) 569-7210
Fax: (504) 569-7001
E-mail:  wgambel@millinglaw.com



>>> "Joe Bruno" <jbruno@jbrunolaw.com> 1/26/2009 3:44 PM >>>
Bill. I do not think a lift is necessary. You can conduct all the
discovery you want. The stay regards liability discovery.


Joseph M. Bruno
Attorney-at-Law
855 Baronne Street

New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com


The information contained in this electronic message is attorney
privileged and confidential information intended only for the use of the
owner of the email address listed as a receipient of this message. If
you are not the intended recipient, or the employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any disclosure, dissemination, distribution, or copying of
this communication is strictly prohibited. If you have received this
transmission in error, please immediately notify us by telephone at
(504) 525-1335.


-----Original Message-----
From: William Gambel [mailto:WGAMBEL@millinglaw.com]
Sent: Monday, January 26, 2009 3:40 PM
To: Joe Bruno
Cc: ccdlawfirm@aol.com
Subject: RE: In Re Katrina Consolidated; Sims et al

Joe; all you all in a position to Consent to Entry of My Motion for
Leave to Conduct Settlement Related discovery?

William C. Gambel, Esq.
Milling Benson Woodward L.L.P.
909 Poydras, Suite 2300
New Orleans, LA  70112
Telephone:  (504) 569-7210
Fax: (504) 569-7001
E-mail:  wgambel@millinglaw.com



>>> "Joe Bruno" <jbruno@jbrunolaw.com> 1/23/2009 1:30 PM >>>
We do not object. We have done a great deal of discovery already. Please
simply advise what you want.

-----Original Message-----
From: William Gambel [mailto:WGAMBEL@millinglaw.com]
Sent: Friday, January 23, 2009 12:06 PM
To: Joe Bruno; gmeunier@gainsben.com
Cc: ccdlawfirm@aol.com; gzwain@duplass.com; bmayeau@In-law.com;
rhubbard@lawla.com; rmeese@lawla.com; TANZELMO@mcsalaw.com;
HOOTSELA@phelps.com; jimr@wrightroy.com
Subject: In Re Katrina Consolidated;

Gentlemen, I would like to seek leave to conduct settlement related
discovery, in Katrina Consolidated  Please let me know whether we may
represent that the Committee has no objection, or is prepared to offer
some other suitable accommodation. Given that I received no meaningful
responses for my letters to Messers. Bruno and Hubbard [Aug. 7, and Sept
10, 2008], I am inclined to the view that my request is futile, and that

we should seek leave, and our effort to do so will be contested.

If I am mistaken, or if you wish to discuss the matter, I can be reached at my office, or on my cell 504 495 5410

William C. Gambel, Esq.
Milling Benson Woodward L.L.P.
909 Poydras, Suite 2300
New Orleans, LA  70112
Telephone:  (504) 569-7210
Fax: (504) 569-7001
E-mail:  wgambel@millinglaw.com

**CC:**            k_tillman@jbrunolaw.com