UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: INSURANCE CASES | SECTION "K" (2) |
| *Acevedo*, No. 07-5199 | JUDGE DUVAL |
| | MAG. WILKINSON |

### JOINT MOTION AND INCORPORATED MEMORANDUM FOR TEMPORARY LIFTING OF STAY ORDER FOR PURPOSE OF DISMISSING ALL CLAIMS OF PLAINTIFF SHAWN HAMPTON WITH PREJUDICE

NOW INTO COURT, come Plaintiff, Shawn Hampton (hereinafter "Plaintiff"), and defendant, Homesite Insurance Company (hereinafter "Homesite"), who respectfully aver as follows:

I.

Plaintiff filed suit against Homesite in the United States District Court, Eastern District of Louisiana in the proceeding entitled *Acevedo, et al. vs. AAA Insurance, et al.*, No. 07-5199 (hereinafter the "*Acevedo* Matter"), asserting claims under his homeowner's policy for damages associated with or resulting from Hurricane Katrina and its aftermath and/or the subsequent handling, investigation and/or adjustment of his claim under the policy.

II.

The *Acevedo* Matter was consolidated with the above captioned *In Re Katrina Canal Breaches Consolidated Litigation* under the Insurance Umbrella.

NO 99918220.1

III.

By virtue of this Court's Order, all matters within the *In Re Katrina* Insurance Umbrella are currently stayed.

IV.

Plaintiff and Homesite represent that Plaintiff desires to voluntarily dismiss all claims asserted against Homesite in the *Acevedo* Matter.

V.

Accordingly, Plaintiff and Homesite jointly move this Court for entry of an order to (1) temporarily lift the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismiss, with prejudice and with each party to bear its own costs, all of the claims of Plaintiff against Homesite in the *Acevedo* Matter, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

**WHEREFORE,** Plaintiff and Homesite pray that this Court enter an order which (1) temporarily lifts the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismisses, with prejudice and with each party to bear its own costs, all claims asserted by Plaintiff Shawn Hampton against Homesite in the *Acevedo* Matter, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

Respectfully submitted

BY: _____
Stuart T. Barasch (Bar #20650)
Hurricane Legal Center, LLC
910 Julia Street
New Orleans, Louisiana  70113
Telephone: (504) 525-1944

**COUNSEL FOR PLAINTIFF, SHAWN HAMPTON**

BY: _____
Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
**Phelps Dunbar LLP**
365 Canal Street • Suite 2000
New Orleans, LA  7130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
**And**
Marshall M. Redmon (Bar #18398)
**Phelps Dunbar LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197

**COUNSEL FOR DEFENDANT, HOMESITE INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3 day of Feb, 2009, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

_____