UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182** |
| **PERTAINS TO: INSURANCE**<br>*Soto*, **No. 07-3079** | **SECTION "K"(2)** |

## ORDER

Defendants in the above-captioned case filed a Motion to Enforce Settlement (Rec. Doc. 17234). Defense counsel has notified the Court that it is withdrawing this motion. Accordingly,

**IT IS ORDERED** that the Motion to Enforce Settlement be **WITHDRAWN.**

New Orleans, Louisiana, this ___2nd___ day of February, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1