## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>**No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Gail Beloney, Carl Beloney regarding 1620 Numa St., New Orleans, LA 70114; GEORGE JACKSON, ANITA G. JACKSON regarding 8602 PALM ST., New Orleans, LA 70118; Marilyn Benoit regarding 7251 Lake Barrington Dr., New Orleans, LA 70128; Lois Alugas, Herman J. Alugas regarding 4730 Touro St., New Orleans, LA 70122; BRUNO MASON regarding 8030-32 GUS ST., New Orleans, LA 70127; Sharon Dehesa regarding 3504 Pauger St., New Orleans, LA 70119; Joe James regarding 631 Gordon St., New Orleans, LA 70117; Lora Magee, Bruce Magee (Husband) regarding 635 Gordon St., New Orleans, LA 70117; Corless Wheeler regarding 7524 Daniel Dr., New Orleans, LA 70127; David Leflore, Adrienne F. Leflore regarding 7081 W. Rennaissance Ct., New Orleans, LA 70128; Ronald Stimage, Lolita T. Stimage regarding 7741 Sandpiper Dr., New Orleans, LA 70128; Angele Brooks, Jimmie Brooks regarding 11110 Whiteside Rd., New Orleans, LA 70128; Stanley Collins, Denise H. Collins regarding 6841 Coventry, New Orleans, LA 70126; Emma Thompson regarding 1627 S. Liberty St., New Orleans, LA 70113; Shirley Jackson, Oscar Jackson, Sr. regarding 2479 Gladiolus St., New Orleans, LA 70117; Muriel Aperwhite regarding 6205 Craigie Rd, New Orleans, LA 70126; Thomas Gondolfo regarding 3720 Mumphrey Rd., Chalmette, LA 70043; Gwendolyn Millender, Samuel E. Millender regarding 6041 Baccich St., New Orleans, LA 70122; Tosha Hooks regarding 14347 Intrepid St., New Orleans, LA 70129; Robert Self regarding 6431 Memphis St., New Orleans, LA 70124; Robert Mathis, Linda |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Gail Beloney, Carl Beloney regarding 1620 Numa St., New Orleans, LA 70114; GEORGE JACKSON, ANITA G. JACKSON regarding 8602 PALM ST., New Orleans, LA 70118; Marilyn Benoit regarding 7251 Lake Barrington Dr., New Orleans, LA 70128; Lois Alugas, Herman J. Alugas regarding 4730 Touro St., New Orleans, LA 70122; BRUNO MASON regarding 8030-32 GUS ST., New Orleans, LA 70127; Sharon Dehesa regarding 3504 Pauger St., New Orleans, LA 70119; Joe James regarding 631 Gordon St., New Orleans, LA 70117; Lora Magee, Bruce Magee (Husband) regarding 635 Gordon St., New Orleans, LA 70117; Corless Wheeler regarding 7524 Daniel Dr., New Orleans, LA 70127; David Leflore, Adrienne F. Leflore regarding 7081 W. Rennaissance Ct., New Orleans, LA 70128; Ronald Stimage, Lolita T. Stimage regarding 7741 Sandpiper Dr., New Orleans, LA 70128; Angele Brooks, Jimmie Brooks regarding 11110 Whiteside Rd., New Orleans, LA 70128; Stanley Collins, Denise H. Collins regarding 6841 Coventry, New Orleans, LA 70126; Emma Thompson regarding 1627 S. Liberty St., New Orleans, LA 70113; Shirley Jackson, Oscar Jackson, Sr. regarding 2479 Gladiolus St., New Orleans, LA 70117; Muriel Aperwhite regarding 6205 Craigie Rd, New Orleans, LA 70126; Thomas Gondolfo regarding 3720 Mumphrey Rd.,

Chalmette, LA 70043; Gwendolyn Millender, Samuel E. Millender regarding 6041 Baccich St., New Orleans, LA 70122; Tosha Hooks regarding 14347 Intrepid St., New Orleans, LA 70129; Robert Self regarding 6431 Memphis St., New Orleans, LA 70124; Robert Mathis, Linda Mathis regarding 204 Mink Dr, Arabi, LA 70032; Veronica Magee regarding 2320 Alvar St., New Orleans, LA 70117; Melanie Stalmaker regarding 7624 Woodbine Dr., New Orleans, LA 70126; Janice Shepard, Young regarding 5322 Warrington Dr., New Orleans, LA 70122; Clayton Arabie, Trisah Arabie regarding 2201 Green Ave., St. Bernard, LA 70085 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
United States District Judge