UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Beverly Christophe-Hitts, Freeman Christophe regarding 1635 S. Rendon St., New Orleans, LA 70125; Renato Burgess regarding 5819-5821 Elysian Fields Ave, New Orleans, LA 70122 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Beverly Christophe-Hitts, Freeman Christophe regarding 1635 S. Rendon St., New Orleans, LA 70125; Renato Burgess regarding 5819-5821 Elysian Fields Ave, New Orleans, LA 70122 against Defendant Louisiana Citizens Property Insurance Corporation, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  3rd  day of  February , 2009.

_____
United States District Judge