# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Beulah Davis, Clyde Davis regarding 1802 Mandeville St., New Orleans, LA 70117; Ted Gilman, Michele VonHoven regarding 7013 Longvue Dr., Mandeville, LA 70448** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Beulah Davis, Clyde Davis regarding 1802 Mandeville St., New Orleans, LA 70117; Ted Gilman, Michele VonHoven regarding 7013 Longvue Dr., Mandeville, LA 70448 against Defendants Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
United States District Judge