**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Ngon Nguyen regarding 2200 St. Anne St., New Orleans, LA 70119 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Ngon Nguyen regarding 2200 St. Anne St., New Orleans, LA 70119 against Defendants Certain Underwriters at Lloyds of London (aka Proctor Financial Inc, Equity Partners Insurance Services Inc, Forest Insurance Facilities, Burns & Wilcox, Martin Insurance Agency Inc, N-Surance Outlets Inc, Insurisk Excess & Surplus Lines), in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 3rd day of February, 2009.

United States District Judge