# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Kimberly Lawson, Ernest Lawson regarding 2314 - 2316 Feliciana St., New Orleans, LA 70117; Barbara Stewart regarding 221 Homewood Pl., Reserve, LA 70084** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Kimberly Lawson, Ernest Lawson regarding 2314 - 2316 Feliciana St., New Orleans, LA 70117; Barbara Stewart regarding 221 Homewood Pl., Reserve, LA 70084 against Defendant Louisiana Citizens Property Insurance Corporation, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  3rd  day of    February   , 2009.

United States District Judge