# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Agnes Sherman, regarding 3800 Franklin Ave, New Orleans, LA 70122; Marilyn Grant, regarding 5726 Dauphine Street, New Orleans, LA 70117; Erana Mayes, regarding 2339 S. Derbigny St., New Orleans, LA 70125; Joseph Tramontana, regarding 1703 22nd St., Gulfport, MS 39501 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Agnes Sherman, regarding 3800 Franklin Ave, New Orleans, LA 70122; Marilyn Grant, regarding 5726 Dauphine Street, New Orleans, LA 70117; Erana Mayes, regarding 2339 S. Derbigny St., New Orleans, LA 70125; Joseph Tramontana, regarding 1703 22nd St., Gulfport, MS 39501 against Defendants Louisiana Citizens Property Insurance Corporation, Audubon Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  3rd  day of ___February___, 2009.

_____
United States District Judge