| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION K; MAG. 2** |
| **PERTAINS TO:**<br>**LEVEE & MRGO,**<br>*CURTIS*, **NO. 07-5193** | **JUDGE DUVAL**<br><br>**MAGISTRATE JUDGE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO ENROLL AND SUBSTITUTE AS COUNSEL OF RECORD

**CONSIDERING** the foregoing Motion to Enroll and Substitute as Counsel of Record (the "Motion") and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Martha Y. Curtis (La. Bar No. 20446) of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be enrolled as counsel of record and, further, that Kevin M. McGlone (La. Bar. No. 28145) of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as counsel of record in place of and R. Scott Hogan (La. Bar No. 29911) in the above captioned matter for Plaintiff in the captioned matter.

New Orleans, Louisiana, this __3rd__ day of February 2009.

_____
UNITED STATES DISTRICT JUDGE