**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5111, *Allen et al., v State Farm, et al.* | This pleading applies only to the claim of Patricia Cook Wilson, Robert Wilson regarding 2425 Pecan Drive, Chalmette, LA 70043; Alfred Edwards regarding 5219 Louis Pima Dr West, New Orleans, LA 70128; Douglas Arceneaux regarding 2025 Fable Dr., Meraux, LA 70075; Viola Blackman regarding 3720 Piedmont Dr., New Orleans, LA 70122; Donald Moore regarding 6820 Rugby Court, New Orleans, LA 70126; Lynn Lennox regarding 5422-5424 Vicksburg St., New Orleans, LA 70124; George Bourgeois, Gay Bourgeois regarding 6115 Mandeville St., New Orleans, LA 70122; Andrew Bruno regarding 2009 Pelitere Dr., Chalmette, LA |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Patricia Cook Wilson, Robert Wilson regarding 2425 Pecan Drive, Chalmette, LA 70043; Alfred Edwards regarding 5219 Louis Pima Dr West, New Orleans, LA 70128; Douglas Arceneaux regarding 2025 Fable Dr., Meraux, LA 70075; Viola Blackman regarding 3720 Piedmont Dr., New Orleans, LA 70122; Donald Moore regarding 6820 Rugby Court, New Orleans, LA 70126; Lynn Lennox regarding 5422-5424 Vicksburg St., New Orleans, LA 70124; George Bourgeois, Gay Bourgeois regarding 6115 Mandeville St., New Orleans, LA 70122;

Andrew Bruno regarding 2009 Pelitere Dr., Chalmette, LA against Defendant State Farm Fire and Casualty Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

     New Orleans, Louisiana, this  3rd  day of   February   , 2009.

                                                                                                                                _____

                                                                  United States District Judge