UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Ancar, No. 07-4853) | *<br>* | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **TIMOTHY McGRUDER**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 3rd day of February, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA