UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION** |
| | * * | **NO. 05-4182** and consolidated cases |
| **PERTAINS TO: BARGE** | * * | **SECTION "K" (2)** |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | **JUDGE** |
| *Perry v. Ingram*         06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | **MAGISTRATE** |
| *Lafarge v. USA*          07-5178 | * * | **JOSEPH C. WILKINSON, JR.** |

### ORDER TO LIFT STAY FOR *PARFAIT* CASE

Upon consideration of the Unopposed Motion to Lift Stay of the *Parfait* action filed by Defendant Lafarge North America Inc., it is hereby ORDERED that the motion is GRANTED. The stay of the *Parfait* action as it relates to the Barge Track Litigation is lifted for the purpose of allowing the claims to be dismissed without prejudice.

New Orleans, Louisiana this ____ day of _____, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

1242018-1