UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | |
|---|---|
| **IN RE:  KATRINA CANAL BREACHES** * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** * | |
| * | **NO. 05-4182 "K" (2) and (3)** |
| * | |
| **PERTAINS TO LEVEE AND MR GO:** * | **JUDGE DUVAL** |
| * | |
| **NO. 06-5116 (SIMS)** * | **NO. 06-5134 (CHRISTOPHE)** |
| **NO. 06-5118 (RICHARD)** * | **NO. 06-5137 (WILLIAMS)** |
| **NO. 06-5142 (AUGUSTINE)** * | **NO. 06-5127 (DEPASS)** |
| **NO. 06-5132 (FERDINAND)** * | **NO. 06-5128 (ADAMS)** |
| **NO. 06-5131 (BOURGEOIS)** * | **NO. 06-5140 (PORTER)** |

**MOTION FOR STATUS CONFERENCE**

    **NOW COMES** counsel for Plaintiffs, who move the Court for a Status Conference in this matter prior to filing a substantive motion for leave to conduct settlement related discovery under this Court's Amended Order filed January 22, 2008, [Doc. 10723], variously also entered in these cases on January 28, 2009 (Doc. No. 7;  06-5128, Adams); and January 29, 2009 (Doc. No. 7; 06-5142, Augustine), (Doc. No. 8, 06-5131 Bourgeois), (Doc. No. 10, 06-5134, Christophe.  Movers will also seek modification of the rules of Title V of the Federal Rules to facilitate the Settlement Objection bar date of March 13, 2009.

                                       Respectfully submitted,

                                       /s/ William C. Gambel  
                                       William C. Gambel (LA Bar No. 5900)  
MILLING BENSON WOODWARD L.L.P 909 Poydras Street, Suite 2300  
                                       New Orleans, LA  70112-1010  
                                       Telephone:  (504) 569-7000  
                                       Telecopier:  (504) 569-7001  
                                       wgambel@millinglaw.com

JOHN  J. CUMMINGS, III, Bar # 4652  
CUMMINGS & CUMMINGS  
416 Gravier Street  
New Orleans, LA 70130  
Telephone: (504) 586-0000  
Fax:  (504) 522-8423

CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he has this <u>4th</u> day of February, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

<u>/s/ William C. Gambel</u>

W380328