# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *    C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION       *    JUDGE: DUVAL
                                   *    MAG.: WILKINSON
                                   *

PERTAINS TO:                           *
INSURANCE (Wright, No. 07-2198)    *

---

## ORDER

       IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby

dismissed, with prejudice, each party to bear their own costs of court.

       NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009

                                           _____
                                           UNITED STATES DISTRICT JUDGE
                                           EASTERN DISTRICT OF LOUISIANA