KNOWLES, M.J.
FEBRUARY 4, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: Katrina Canal Breaches Litigation**                    **CIVIL ACTION**

**NO. 05-4182**

**SECTION "K" (3)**


A status conference is scheduled in the above-captioned case on **TUESDAY,**

**FEBRUARY 17, 2009,  at 11:00 A.M.**  in the undersigned U.S. Magistrate Judge's chambers,

located at 500 Poydras Street, **Hale Boggs Building, Third  Floor**, Room B335, New Orleans,

Louisiana.


_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**