**MINUTE ENTRY**
**KNOWLES, M.J.**
**FEBRUARY 4, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |

On this date, Williams, et al's Motion for Leave to Conduct Settlement-Related Discovery #17334 came on for hearing before the undersigned Magistrate Judge.

PRESENT WERE:

    William C. Gambel - counsel for Movants
    Gary Swain - counsel for East Jefferson Levee District
    Ralph S. Hubbard, III - counsel for St. Paul Fire and Marine Insurance Company
    Thomas Anselmo - counsel for Orleans Levee District

Pursuant to the hearing, for the reasons stated therein, including that the Court views this evolution of the case (*Pre-Certification/Fairness* inquiry) as a Case Management issue, the plaintiffs' motion was GRANTED *IN PART* in that counsel were ordered: (1) to confer, to disclose relevant information available and to discuss and agree, if possible, as to the scheduling of any *necessary* discovery previously unaccomplished which shall be accomplished only within the confines of the above captioned consolidated proceedings; and (2) to reconvene for status conference in the Chambers of the undersigned within two weeks.

                                                                                */s/ Daniel E. Knowles, III*
                                                                                **DANIEL E. KNOWLES, III**
                                                                                **UNITED STATES MAGISTRATE JUDGE**

MJSTAR(00:10)