| | |
|---|---|
| **From:** | Rob Warren |
| **To:** | "Robin Smith"; |
| **Subject:** | Expert Documentation |
| **Date:** | Tuesday, January 06, 2009 1:50:54 PM |
| **Attachments:** | Requested Information from Defense Experts for Review by R G Bea.pdf |

Robin -

Please find attached a preliminary list of data requested of the US experts. Please let me know when we can expect to receive the requested information.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.



EXHIBIT A