| | |
|---|---|
| **From:** | Rob Warren |
| **To:** | "Smith, Robin (CIV)"; |
| **cc:** | Joe Bruno; |
| **Subject:** | Additional Data Request |
| **Date:** | Thursday, January 15, 2009 1:44:32 PM |

Robin -

We need to know the levee heights used in the ADCIRC modeling along Reach 2, Reach 1 both north and south bank and the Citrus/NO East back levees.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.



EXHIBIT B