**From:** Rob Warren
**To:** "Smith, Robin (CIV)";
**Subject:** Barrass
**Date:** Friday, January 16, 2009 2:58:40 PM

Robin -

Please prove the photographs and materials referenced by Barrass below:

*Closing and General Statements*
*I intend to use photography and other materials cited in my report or included in plaintiffs'*
*expert reports to support my testimony at trial."*

Thanks,
Rob

### J. Robert Warren, II, A PLC
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.



EXHIBIT C