| | |
|---|---|
| **From:** | Rob Warren |
| **To:** | "Smith, Robin (CIV)"; |
| **cc:** | Joe Bruno; "Pierce ODonnell"; "Jim Roy"; |
| **Subject:** | Data Request from Resio |
| **Date:** | Wednesday, January 28, 2009 9:47:31 AM |
| **Attachments:** | DEFENSE PRODUCTION REQUEST - COULWAVE RESULTS - RESIO EXPERT REPORT.doc |

Robin -

Please see the attached data request from Resio.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
   504.561.6771 - Direct
   504.561.6775 - Facsimile
   504.723.1011 - Mobile
   rob@jbrunolaw.com
   rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

