UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION  NUMBER: 05-4182 "K"(2)  JUDGE DUVAL |
| PERTAINS TO: MRGO, Robinson  (No. 06-2268) | * * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 37.1E CERTIFICATE

Undersigned counsel certifies that on Tuesday, February 3, 2009, he conferred with counsel for the United States, Robin Smith, by telephone for purposes of amicably resolving the issues subject of the pending Motion to Compel and they were unable to agree on an amicable resolution.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 4th day of February, 2009.

      /s/ Joseph M. Bruno
      Joseph M. Bruno