# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | MAG. WILKINSON |
| (No. 06-2268) | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING re: MOTION TO COMPEL

**PLEASE TAKE NOTICE** that Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz in the above referenced action, on Wednesday, February 25, 2009 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Joseph C. Wilkinson, Jr., will bring on for hearing the Motion to Compel the defendant United States to produce its experts' reliance materials.

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 4th day of February, 2009.


_____/s/ Joseph M. Bruno_____
Joseph M. Bruno