UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION       * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson   * | | MAG. WILKINSON |
| (No. 06-2268)                 * | | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

### re: Request for Oral Argument

**IT IS ORDERED** that the Request for Oral Argument by Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz be **GRANTED**, and that oral argument on the Plaintiffs' Motion to Compel be had at the date and time specified on the accompanying Order granting the Plaintiffs' Motion for Expedited Hearing Motion at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, LA, this _____ day of _____, 2009.

_____
JUDGE