UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**

**THE PLAINTIFFS' MOTION TO COMPEL**

**MAY IT PLEASE THE COURT:**

**I.**

**INTRODUCTION**

     **NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who in accordance with the provisions of Fed.R.Civ.P. 37 (a) (1) and (2) (B), respectfully moves this Honorable Court for an Order compelling the defendant United States of America to produce its experts for deposition at the times and places set forth in each experts' respective Notice of Deposition, for the reasons more fully set forth below.

    Prior to the oral deposition of Professor J.K. Vrijling Ph.D. MSc., Counsel for Plaintiffs entered into an agreement with defendant United States regarding the locations of the remaining expert depositions. Plaintiffs agreed to incur the expenses associated with producing Dr.

Vrijling in New Orleans, Louisiana, rather than the Netherlands, in exchange for defendants agreement to produce its remaining experts in New Orleans, LA.

On January 27, 2009, Counsel for Plaintiffs', Jim Roy and Jonathan Andry, made several attempts to confirm with Robin Smith, lead counsel for the government, that the deposition of Dr. Donald T. Resio would in fact take place on Monday, February 9, 2009 at 400 Poydras Street, Suite 900, New Orleans, LA 70130, as stated in the Notice of Deposition. A copy of the Original Notice of Deposition (Document 17283) and Amended Notice of Deposition (Document 17283) are attached hereto as Exhibit A and Exhibit B, respectively.

Thus far, defendant United States of America has failed to comply with the parties prior agreement and remains non-responsive to Plaintiffs numerous attempts to confirm the location of Dr. Resio's deposition. If defendant's expert should find himself no longer available on the date previously noticed, Plaintiffs agree to reschedule his deposition to take place in New Orleans, LA, at a later date.

As undersigned counsel has exhausted all other remedies,  Plaintiffs respectfully move this Honorable Court for an Order compelling the defendant United States of America to produce its experts for deposition at the times and places set forth in each experts' respective Notice of Deposition, for the reasons set forth above.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the Plaintiffs' Motion to Compel.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 4th day of February, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno