UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> * <br> PERTAINS TO: MRGO, Robinson * <br> (No. 06-2268) * <br> * * * * * * * * * * * * * * * * * * * * * * * * * | | CIVIL ACTION <br><br> NUMBER: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**ORDER**

CONSIDERING the Motion to Compel Discovery, and for good cause shown;

IT IS HEREBY ORDERED that the Plaintiffs' motion is GRANTED and the Dr. Resio is ordered to appear for deposition in New Orleans.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE