UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NUMBER: 05-4182 "K"(2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| **PERTAINS TO: MRGO, Robinson** | * | |
| **(No. 06-2268)** | * | |

*************************************************************************

## ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that Plaintiffs' Motion for Expedited Hearing of the Plaintiffs' Motion to Compel be and hereby is **GRANTED**, and will be heard on the _____ day of February, 2009 at _____ o'clock a.m.

New Orleans, Louisiana, this _____ day of February, 2009.

_____

**UNITED STATES DISTRICT COURT JUDGE**