UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE |  *  * | SECTION "K" (2) |
| Mumford           05-5724 | * |  |
| Lagarde            06-5342 | * |  |
| Boutte              05-5531 | * | JUDGE |
| Perry               06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit              06-7516 | * |  |
| Parfait Family    07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE TO FILE SUPPLEMENTAL SURREPLY MEMORANDUM AND NOTICE OF SUPPLEMENTAL AUTHORITY

Lafarge North America Inc. ("LNA") hereby moves for leave to file the accompanying six-page supplemental surreply and notice of supplemental authority in order to: (1) respond to the "sur-surreply" memorandum by the Barge Plaintiffs (Doc. 17422), including rebutting allegations therein of supposed "misstatements" and "misquotes" by LNA; and (2) supply notice of supplemental case authority appearing after the parties' class certification briefing.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

  /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

February 5, 2009

### Certificate of Service

I hereby certify that I have on this 5th day of February, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock