UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * * | CIVIL ACTION |
| | | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | | * * | SECTION "K" (2) |
| Mumford | 05-5724 | * | |
| Lagarde | 06-5342 | * | JUDGE |
| Boutte | 05-5531 | * | STANWOOD R. DUVAL, JR. |
| Perry | 06-6299 | * | |
| Benoit | 06-7516 | * | MAGISTRATE |
| Parfait Family | **07-3500** | * * | JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING MOTION TO FILE SUPPLEMENTAL SURREPLY MEMORANDUM**

Upon consideration of the motion of Lafarge North America Inc. to file a supplemental surreply memorandum and citation of supplemental authority in opposition to the Motion for Class Certification filed by the Plaintiffs, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file LAFARGE NORTH AMERICA INC.'S SUPPLEMENTAL SURREPLY MEMORANDUM AND CITATION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.

New Orleans, Louisiana, this _____ day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE