**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE KATRINA CANAL BREACHES**                          **CIVIL ACTION**
**CONSOLIDATED LITIGATION**
                                                                                    **NO. 05-4182**

**PERTAINS TO: INSURANCE**                                     **SECTION "K"(2)**
**Master Consolidated Class Action Complaint**
**Rec. Doc. No. 3413**

<u>**ORDER**</u>

Having reviewed the pleadings and memoranda filed with respect to Defendants' Motion

to Strike Class Action Allegations from Insurance Master Complaint (Doc. 16711) and finding

that the Court will not be aided by oral argument in determining this matter,

**IT IS ORDERED** that Oral Argument on  Defendants' Motion to Strike Class Action

Allegations from Insurance Master Complaint (Doc. 16711) set for February 13, 2009, is

**CANCELED.**

New Orleans, Louisiana, this _4th_ day of February, 2009.

_____
                **STANWOOD R. DUVAL, JR.**
         **UNITED STATES DISTRICT COURT JUDGE**