**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>**ABRAM, 07-5205** | SECTION "K"(2) |

**ORDER**

Considering the Plaintiff's Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice (Rec. Doc. 17509), accordingly

**IT IS ORDERED** that the motion is **GRANTED.** All claims asserted by Plaintiff Elliott Peralta and Phyllis Peralta asserted against Homesite Insurance Company and AIG Insurance Company are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __4th__ day of February, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**