# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>**ACEVEDO, 07-5199** | SECTION "K"(2) |

## ORDER

Considering the Plaintiff's Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice (Rec. Doc. 17510), accordingly

**IT IS ORDERED** that the motion is **GRANTED.** All claims asserted by Plaintiff Shawn Hampton asserted against Homesite Insurance Company are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __4th__ day of February, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**