UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>         (Mass Joiner Cases) | JUDGE DUVAL<br>MAG. WILKINSON |

        Aaron 06-4746
        Abadie I 06-5164
        Abadie II  07-5112
        Abram 07-5205
        Acevedo 07-5199
        Acevedo 07-5208
        Adams 07-5206
        Adams 07-4459
        Aguda 07-4457
        Aguilar 07-4852
        Alexander 07-4455
        Alexander 07-4538
        Alexander 07-5768
        Allen 07-5111
        Allen-Perkins 07-5204
        Ancar 07-4853
        Anderson 07-6737
        Ansardi 07-5767
        Aucoin 07-4458
        Austin 06-5383
        Call 07-5769
        Kiefer 06-5370

## **DISMISSAL ORDER**

Pursuant to the court's previous orders, the claims of all plaintiffs in the referenced "mass joinder" cases that have been settled should already have been dismissed, and all

others that have not been settled should already have been severed and refiled via amended complaints. There should no longer be any reason why the referenced "mass joinder" cases should remain pending. Accordingly,

**IT IS ORDERED** that all of the above-referenced "mass joinder" cases are hereby DISMISSED, as follows: (1) without prejudice as to all claims that have been reasserted via severed amended complaint, pursuant to the court's severance order; (2) as to all settled claims, without prejudice to the right, upon good cause shown within ninety (90) days, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated, the court having approved the settlements, incorporated them into its dismissal order, and retained jurisdiction for enforcement purposes; and (3) with prejudice for failure to prosecute as to all claims that have not been settled, previously dismissed or reasserted via severed amended complaint.

New Orleans, Louisiana, this __4th__ day of February, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

CLERK TO NOTIFY:
MAGISTRATE JUDGE WILKINSON