UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAURICE DE LA HOUSSAYE, ET AL.** | * | **CIVIL ACTION** |
| | * | **NO. 2:09-CV-00145-SRD-DEK** |
| **V.** | * | |
| | * | **SECT. K** |
| **JEFFERSON PARISH, ET AL.** | * | **MAG. 2** |

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, who represent to this Honorable Court that because these cases fall with both an exclusion and various exceptions to the Class Action Fairness Act of 2005, this case should be remanded back to the 24th Judicial District Court. Accordingly, for the reasons set forth in the attached supporting Memorandum, it is respectfully requested that this motion be **GRANTED,** remanding this case to State Court.

Respectfully submitted,

PLAINTIFFS LIAISON COUNSEL:

/s/ Stephen K. Conroy
STEPHEN K. CONROY (Bar No. 4343) T.A.
REGAL L. BISSO (Bar No. 3088)
CHRISTINE W. MARKS (Bar No. 23207)
TOM D. SNYDER, JR. (Bar No. 28764)
CONROY LAW FIRM, PLC
3838 N. Causeway Boulevard, Suite 3130
Metairie, LA  70002
Telephone:  (504) 830-3450
Telecopier:  (504) 830-4545

- 1 -

WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopier: (504) 569-7001

PLAINTIFFS LITIGATION COMMITTEE:

JOHN J. CUMMINGS, III, Bar # 4652
Special Counsel
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

RICHARD A. WEIGAND, Bar # 13324
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, LA 70130
Telephone:   (504) 568-1256

SUZETTE BAGNERIS, Bar # 2224
JUANA MARINE LOMBARD, #25783
3520 General DeGaulle Drive, Suite 4070
New Orleans, LA 70114
Telephone: (504) 368-1911

STEVEN GILL, Bar #30520
1465 North Broad, Suite 203
New Orleans, LA  70119
Telephone:  (504) 942-0290
Telecopier:  (504) 942-0294

DEBORAH SULZER, Bar # 19806
650 Poydras Street, Suite 2635
New Orleans, LA 70130
Telephone: (504) 299-3380

ARTHUR MORRELL, Bar # 1494
J.P. MORRELL, Bar # 29635
1660 Treasure Street
New Orleans, LA 70119
Telephone: (504) 261-0535

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this 3rd day of February, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gary M. Zwain gzwain@duplass.com, jbradford@duplass.com, mcalandro@duplass.com

David F. Bienvenu davidb@spsr-law.com, kathyb@spsr-law.com

Richard Anthony Weigand richard@richardweigand.com, erintelmer@aol.com, lauraleerailey@aol.com

J. Warren Gardner, Jr jwgardner@christovich.com, sgros@christovich.com

Dennis J. Phayer dphayer@burglass.com, jpursell@burglass.com

Thomas P. Anzelmo Tanzelmo@mcsalaw.com, jtorrence@mcsalaw.com, mfoote@mcsalaw.com, tleard@mcsalaw.com

Stephen F. Babin BabinS@ag.state.la.us

John J. Cummings, III ccdlawfirm@aol.com

Louis Gerard Gruntz, Jr lgruntz@jeffparish.net

Ralph Shelton Hubbard, III rhubbard@lawla.com, ljackson@lawla.com

Arthur Anthony Morrell jeanpaulmorrell@hotmail.com

George R. Simno, III gsimno@swbno.org

Nolan Patrick Lambert nolanplambert@aol.com

John Bologna Krentel jkrentel@bellsouth.net, jbkflooddefense@yahoo.com

Charles Munson Lanier, Jr cmlanier@christovich.com, dprice@christovich.com, rcastle@christovich.com

Franz L. Zibilich fzibilich@bellsouth.net, jbalser@bellsouth.net

Deborah M. Sulzer deborah@deborahsulzerlaw.com

Ben Louis Mayeaux bmayeaux@ln-law.com, denisen@ln-law.com

Lambert Joseph Hassinger, Jr  Jhassinger@gjtbs.com, kking@gjtbs.com

Jonathan H. Sandoz  jsandoz@daiglefisse.com, idevin@daiglefisse.com, tbarrios@daiglefisse.com

Joseph Pierre Guichet  jguichet@lawla.com, aboyd@lawla.com

Timothy William Hassinger  thassinger@gjtbs.com, awebster@gjtbs.com, coconnor@gjtbs.com

Kirk Norris Aurandt  kaurandt@daiglefisse.com

Heather M. Valliant  heathervalliant@yahoo.com

Penya M. Moses-Fields  pmfields@cityofno.com, majohnson@cityofno.com

Rachel Ann Meese  rmeese@lawla.com, mnguyen@lawla.com

Isaka R. Williams  irwilliams@cityofno.com, isakawilliams@gmail.com

He further certifies that he mailed a copy of the foregoing document and the notice of electronic filing by first-class mail and via electronic communication to the following non-CM/ECF participant(s):  None.

*/s/ Stephen K. Conroy*
STEPHEN K. CONROY