**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW COPORATION
SUITE 2775, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LA 70130-6027

Rachel A. Meese
Tel: (504) 568-1990
Fax: (504) 310-9195

Email:
rmeese@lawla.com

January 21, 2009

SENT VIA CERTIFIED MAIL
RETURN RECIEPT REQUESTED
William C. Gambel, Esq.
Milling Benson Woodward, LLC
909 Poydras Street, Suite 2300
New Orleans, LA 70112

      Re: *DelaHoussaye, et. al. v. The Parish of Jefferson, et. al.*,
          No. 09-0146
          *Bennett, et. al. v. Board of Commissioners of the Orleans Levee District,*
          et. al., No. 09-0145
          United States District Court, Eastern District of Louisiana
          Our File No.: 18730-09002

Dear Mr. Gambel,

      I am in receipt of your correspondence of January 19, 2009 with respect to the removal of the captioned matters.

      First, with respect to your demand to respond to the written discovery which was served with the state court Petition(s), you granted St. Paul an extension of time to answer the Petition(s) and to respond to the discovery until January 16, 2009. On January 16, 2009, St. Paul removed the captioned matters to Federal District Court for the Eastern District of Louisiana. Pursuant to F.R.C.P. Rule 81, St. Paul has five days after notice of removal to file an answer, or until January 26, 2008. Obviously, St. Paul has no duty to respond to any discovery until it has filed responsive pleading(s). Moreover, pursuant to F.R.C.P. Rule 26, a party may not seek discovery before the parties have conducted the required Rule 26 conference and the scheduling order of the Court is issued. St. Paul will respond to the suit and the discovery as required by the Federal Rules.

      Second, with respect to St. Paul's removal of the captioned matters, St. Paul notes your reference to *Bennett v. Board of Com'rs for East Jefferson Levee Dist.*, Not Reported in F.Supp.2d, 2007 WL 2571942 (E.D. La. 2007) and respectfully disagrees with your analysis. In the event of a Motion to Remand, St. Paul anticipates raising argument(s) not asserted previously by the Sewerage and Water Board in its prior removal of the cases. Moreover, St. Paul notes that the Fifth Circuit has not yet

1



addressed this issue and the appeal of the *Bennett* remand was denied solely on procedural grounds, and did not address the substance of the legal issues therein.

Additionally, enclosed herein please find St. Paul's Answer in both the *De la Houssaye* and *Bennett* matters which have been filed on today's date, along with a Motion to Supplement the removal pleadings with the complete state court record. Further, while we are not required to do so, St. Paul has responded to the discovery propounded with the Petition(s) and same is also enclosed herein.

Sincerely,

Ralph S. Hubbard, III
Rachel A. Meese

Enclosure(s)