UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAURICE DE LA HOUSSAYE, ET AL.** | * | CIVIL ACTION |
| | * | NO. 2:09-CV-00145-SRD-DEK |
| V. | * | |
| | * | SECT. K |
| **JEFFERSON PARISH, ET AL.** | * | MAG. 2 |

# NOTICE OF HEARING

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that the foregoing Motion to Remand will be brought on for hearing before the Honorable Stanwood R. Duvall on the 18th day of February, 2009, at 9:00 o'clock a.m. in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

PLAINTIFFS LIAISON COUNSEL:

/s/ Stephen K. Conroy
STEPHEN K. CONROY (Bar No. 4343) T.A.
REGAL L. BISSO (Bar No. 3088)
CHRISTINE W. MARKS (Bar No. 23207)
TOM D. SNYDER, JR. (Bar No. 28764)
CONROY LAW FIRM, PLC
3838 N. Causeway Boulevard, Suite 3130
Metairie, LA  70002
Telephone:  (504) 830-3450
Telecopier:  (504) 830-4545

WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopier: (504) 569-7001

PLAINTIFFS LITIGATION COMMITTEE:

JOHN J. CUMMINGS, III, Bar # 4652
Special Counsel
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

RICHARD A. WEIGAND, Bar # 13324
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, LA 70130
Telephone:   (504) 568-1256

SUZETTE BAGNERIS, Bar # 2224
JUANA MARINE LOMBARD, #25783
3520 General DeGaulle Drive, Suite 4070
New Orleans, LA 70114
Telephone: (504) 368-1911

STEVEN GILL, Bar #30520
1465 North Broad, Suite 203
New Orleans, LA  70119
Telephone:  (504) 942-0290
Telecopier:  (504) 942-0294

DEBORAH SULZER, Bar # 19806
650 Poydras Street, Suite 2635
New Orleans, LA 70130
Telephone: (504) 299-3380

ARTHUR MORRELL, Bar # 1494
J.P. MORRELL, Bar # 29635
1660 Treasure Street
New Orleans, LA 70119
Telephone: (504) 261-0535

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has this 3rd day of February, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gary M. Zwain gzwain@duplass.com, jbradford@duplass.com, mcalandro@duplass.com

David F. Bienvenu davidb@spsr-law.com, kathyb@spsr-law.com

Richard Anthony Weigand richard@richardweigand.com, erintelmer@aol.com, lauraleerailey@aol.com

J. Warren Gardner, Jr jwgardner@christovich.com, sgros@christovich.com

Dennis J. Phayer dphayer@burglass.com, jpursell@burglass.com

Thomas P. Anzelmo Tanzelmo@mcsalaw.com, jtorrence@mcsalaw.com, mfoote@mcsalaw.com, tleard@mcsalaw.com

Stephen F. Babin BabinS@ag.state.la.us

John J. Cummings, III ccdlawfirm@aol.com

Louis Gerard Gruntz, Jr lgruntz@jeffparish.net

Ralph Shelton Hubbard, III rhubbard@lawla.com, ljackson@lawla.com

Arthur Anthony Morrell jeanpaulmorrell@hotmail.com

George R. Simno, III gsimno@swbno.org

Nolan Patrick Lambert nolanplambert@aol.com

John Bologna Krentel jkrentel@bellsouth.net, jbkflooddefense@yahoo.com

Charles Munson Lanier, Jr cmlanier@christovich.com, dprice@christovich.com, rcastle@christovich.com

Franz L. Zibilich fzibilich@bellsouth.net, jbalser@bellsouth.net

Deborah M. Sulzer deborah@deborahsulzerlaw.com

Ben Louis Mayeaux bmayeaux@ln-law.com, denisen@ln-law.com

Lambert Joseph Hassinger, Jr Jhassinger@gjtbs.com, kking@gjtbs.com

Jonathan H. Sandoz jsandoz@daiglefisse.com, idevin@daiglefisse.com, tbarrios@daiglefisse.com

Joseph Pierre Guichet jguichet@lawla.com, aboyd@lawla.com

Timothy William Hassinger thassinger@gjtbs.com, awebster@gjtbs.com, coconnor@gjtbs.com

Kirk Norris Aurandt kaurandt@daiglefisse.com

Heather M. Valliant heathervalliant@yahoo.com

Penya M. Moses-Fields pmfields@cityofno.com, majohnson@cityofno.com

Rachel Ann Meese rmeese@lawla.com, mnguyen@lawla.com

Isaka R. Williams irwilliams@cityofno.com, isakawilliams@gmail.com

He further certifies that he mailed a copy of the foregoing document and the notice of electronic filing by first-class mail and via electronic communication to the following non-CM/ECF participant(s):  None.

> */s/ Stephen K. Conroy*
> STEPHEN K. CONROY