UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO SEVERED MASS JOINDER CASES | * * * * * | CIVIL ACTION NO. 05-4182 SECTION K (2) |
| Severed from Ailes 06-7822 | * * | |
| LESTER MORGAN, ET AL | * * | CIVIL ACTION NO. 07-1578 |
| VERSUS | * * | SECTION   K (2) |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND ORDER FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, **LESTER MORGAN** and **SHEILA S. MORGAN**, and defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost;

Respectfully Submitted

_____
TERRENCE J. LESTELLE, # 08540
ANDREA S. LESTELLE, # 08539
JEFFERY B. STRUCKHOFF, # 30173
Lestelle and Lestelle, APLC
3421 North Causeway Boulevard, Suite 602
Metairie, Louisiana  70002
Telephone: (504) 828-1225
Facsimile: (504) 828-1229
ATTORNEYS FOR PLAINTIFF

_____
SIDNEY J. HARDY, #1938
McCranie, Sistrunk, Anzelmo,
   Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Ste. 800
Metairie, Louisiana  70002
Telephone: 504-831-0946
Facsimile: 504-831-2492
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ *Sidney J. Hardy*

_____
SIDNEY J. HARDY