UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 <br> § <br> § JUDGE: DUVAL |
| PERTAINS TO: | § <br> § MAGISTRATE: WILKINSON |
| INSURANCE: *Roselda Taylor*, 07-1585 | § <br> § |

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Roselda Taylor, who, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, submits this Motion to Dismiss Voluntarily, with prejudice, as a settlement has been reached in this matter. Plaintiff respectfully requests that this Court enter an Order dismissing all of the claims asserted by Roselda Taylor against State Farm Fire and Casualty Company ("State Farm"), with prejudice, each party to bear its own costs.

Respectfully submitted,
CONNICK AND CONNICK, L.L.C.

s:/ William P. Connick
**WILLIAM P. CONNICK (#14158)**
2551 Metairie Road
Metairie, Louisiana 70005
Telephone: (504) 838-8777
Facsimile: (504) 838-9903

**LAW OFFICE OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. – 2449**
**Brent A. Klibert – 29296**
228 St. Charles Avenue, Suite 801
New Orleans, Louisiana 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783

**PATRICK G. KEHOE, JR., A.P.L.C.**
**Patrick G. Kehoe, Jr. – 14419**
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

**LESTELLE & LESTELLE, A.P.L.C.**
**Terrence J. Lestelle – 08540**
**Andrea S. Lestelle – 08539**
**Jeffery B. Struckhoff – 30173**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. – 11338**
Mailing Address:  P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Ave., Suite 304
New Orleans, Louisiana 70122
Telephone: (504) 286-2022
Facsimile: (504) 282-6298

**ALLAN BERGER & ASSOCIATES, A.P**
**Allan Berger – 2977**
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
**ATTORNEYS FOR THE PLAINTIFF**
**Gerald and Ladonna Smith**

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to e-mail notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 31st day of October, 2008.

s:/ William P. Connick
**WILLIAM P. CONNICK**