UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION:  K   MAG: 2 |
| PERTAINS TO: ROAD HOME | |
| *State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

## STATE'S STIPULATION

**NOW INTO COURT,** comes Plaintiff, the State of Louisiana, who respectfully offers this stipulation into the record of the above-captioned matter:

Plaintiff, the State of Louisiana stipulates that:

1. Other than the State's subrogation claims, the class action allegations regarding excess coverage, including "bad faith" and under adjusted claims, in the Road Home Complaint filed August 23, 2007, Record Docket No.: 07-5528, contain common questions of fact and law as contained in the class allegations in the Insurance Master Consolidated Class Action Complaint, Record Docket No.: 07-3413.

2. The State stipulates to be bound by the Court's ruling following the hearing on February 13, 2009, to the extent that such hearing is dispositive of defendant's Motion to Strike Class Allegations only, but not the State's subrogation claims.

3. This stipulation is being filed in the interest of judicial economy and efficiency and pursuant to FRCP 42(a)(1).

1

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL**

   s/Bryan K. McMinn
Bryan K. McMinn (Bar Roll # 20520)
Assistant Attorney General
James Trey Phillips (Bar Roll # 19978)
Director – Public Protection Division
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Baton Rouge, Louisiana  70802
Telephone: (225) 326-6400
Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

_/s/ Bryan K. McMinn_
Bryan K. McMinn
