```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 30 2008

LORETTA G. WHYTE
CHARLES R. FULBRUGE III
CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 29, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-31011 Bennett v. E Jefferson Levee
    USDC No.  2:07-CV-3131
                2:07-CV-3130

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate and a copy of the court's opinion.

The electronic copy of the record has been recycled.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

    By: _____
        Peter Conners, Deputy Clerk
        504-310-7685

cc: (letter only)
    Honorable Stanwood R Duval Jr
    Mr Charles M Lanier Jr
    Mr David F Bienvenu
    Mr Stephen K Conroy
    Mr Lawrence J Duplass
    Mr William C Gambel
    Mr Timothy William Hassinger
    Mr John Fredrick Kessenich
    Mr Dennis J Phayer
    Mr Tommy D Snyder Jr

MDT-1

```
__ Fee _____
__ Process _____
X  Dktd _____
__ CtRmDep _____
__ Doc. No. _____
```



EXHIBIT 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 3 0 2008

LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

**FILED**
April 8, 2008

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 07-31011
Summary Calendar

D.C. Docket No. 2:07-CV-3131
2:07-CV-3130

GAYLE T BENNETT, individually on behalf of all similarly situated Louisiana citizens; WILLIAM T BENNETT, individually and on behalf of all similarly situated Louisiana citizens; DONNA S CUMMINGS, individually and on behalf of all similarly situated Louisiana citizens; KENNETH GORDON, individually and on behalf of all similarly situated Louisiana citizens; DIANE GORDON, individually and on behalf of all similarly situated Louisiana citizens; MAURICE DE LA HOUSSAYE, individually and on behalf of all others similary situated

        Plaintiffs - Appellees

v.

EAST JEFFERSON LEVEE DISTRICT, Board of Commissioners; JEFFERSON PARISH PUBLIC WORKS DEPARTMENT, Drainage Department; JEFFERSON PARISH; ORLEANS LEVEE DISTRICT, Board of Commissioners; NEW ORLEANS CITY; LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; PORT OF NEW ORLEANS, Board of Commissioner; AARON BROUSSARD; AMERICAN ALTERNATIVE INSURANCE CORPORATION

        Defendants - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS;

        Defendant - Appellant

---

MAURICE DE LE HOUSSAYE, Individually and on behalf of all others similarly situated

        Plaintiff - Appellee

v.

JEFFERSON PARISH, AARON BROUSSARD, AMERICAN ALTERNATIVE

INSURANCE CORPORATION; EAST JEFFERSON LEVEE DISTRICT,
Board of Commissioners; JEFFERSON PARISH PUBLIC WORKS
DEPARTMENT, Drainage Department; ORLEANS LEVEE DISTRICT,
Board of Commissioner; NEW ORLEANS CITY; LOUISIANA
DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; PORT OF
NEW ORLEANS, Board of Commissioner;

                Defendants - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

                Defendant - Appellant


      Appeal from the United States District Court for the
           Eastern District of Louisiana, New Orleans.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:  **MAY 2 9 2008**

A True Copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
         Deputy
                  MAY 2 9 2008
New Orleans, Louisiana

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

April 8, 2008

No. 07-31011

Charles R. Fulbruge III
Clerk

GAYLE T BENNETT, individually on behalf of all similarly
situated Louisiana citizens; WILLIAM T BENNETT, individually
and on behalf of all similarly situated Louisiana citizens;
DONNA S CUMMINGS, individually and on behalf of all
similarly situated Louisiana citizens; KENNETH GORDON,
individually and on behalf of all similarly situated
Louisiana citizens; DIANE GORDON, individually and on behalf
of all similarly situated Louisiana citizens; MAURICE DE LA
HOUSSAYE, individually and on behalf of all others similary
situated

    Plaintiffs - Appellees

v.

EAST JEFFERSON LEVEE DISTRICT, Board of Commissioners;
JEFFERSON PARISH PUBLIC WORKS DEPARTMENT, Drainage
Department; JEFFERSON PARISH; ORLEANS LEVEE DISTRICT,
Board of Commissioners; NEW ORLEANS CITY; LOUISIANA
DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; PORT OF
NEW ORLEANS, Board of Commissioner; AARON BROUSSARD;
AMERICAN ALTERNATIVE INSURANCE CORPORATION

    Defendants - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS;

    Defendant - Appellant

No. 07-31011

---

MAURICE DE LE HOUSSAYE, Individually and on behalf of all others similarly situated

    Plaintiff - Appellee

v.

JEFFERSON PARISH, AARON BROUSSARD, AMERICAN ALTERNATIVE INSURANCE CORPORATION; EAST JEFFERSON LEVEE DISTRICT, Board of Commissioners; JEFFERSON PARISH PUBLIC WORKS DEPARTMENT, Drainage Department; ORLEANS LEVEE DISTRICT, Board of Commissioner; NEW ORLEANS CITY; LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; PORT OF NEW ORLEANS, Board of Commissioner;

    Defendants - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant - Appellant

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:07-CV-3131
USDC No. 2:07-CV-3130

---

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

    This interlocutory appeal is DENIED pursuant to 28 U.S.C. § 1453(c). We do not reach, and express no opinion on, the merits of the appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2

No. 07-31011