UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO:<br>LEVEE–Doc. 17288 | SECTION "K"(2) |

and

| | |
|---|---|
| GAYLE T. BENNETT, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-146 |
| BOARD OF COMMISSIONERS | SECTION "K"(3) |

**ORDER**

Pending before the Court is a Motion to Remand filed in the *Bennett* matter (Doc. 18) and a Joint Motion to Supplement Order Confirming Stay of Certain Claims (Doc. 17288) filed in *In re Katrina*. Because the Court has before it at this time an inordinate amount of substantive motions under submission that must be decided forthwith as they are lodged in the *Robinson* matter which is set to go to trial on April 20, 2009 and has motion dates set for *Daubert* hearings in *Robinson* in March, as well as other matters lodged in *In re Katrina* concerning, *inter alia,* the Road Home litigation ,

**IT IS ORDERED** that the Motion to Remand filed in the *Bennett* matter (Doc. 18) and the Joint Motion to Supplement Order Confirming Stay of Certain Claims (Doc. 17288) filed in *In re Katrina* are **CONTINUED** to **March 18, 2009 with oral argument to commence at 1:30 p.m.** However, the briefing schedule for these motions shall remain in place–that is oppositions

shall be filed in compliance with the Local Rules based on the date that each of these motions were originally set for hearing.

New Orleans, Louisiana, this 4th day of February, 2009.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**