UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>    LEVEE–Doc. 17288 | SECTION "K"(2) |

and

| | |
|---|---|
| GAYLE T. BENNETT, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-146 |
| BOARD OF COMMISSIONERS | SECTION "K"(3) |

## ORDER

The Court has reviewed the Motion to Dismiss Claims Against Sewerage and Water Board of New Orleans (Doc. 17506) and finds that this motion should be heard in conjunction with the already pending Motion for Summary Judgment filed by the Sewerage and Water Board (Doc. 16843) that is set for hearing on **February 27, 2009 at 10:30 a.m.**

**IT IS ORDERED** that the Motion to Dismiss Claims Against Sewerage and Water Board  (Doc. 17506) is **CONTINUED** to **February 27, 2009 at 10:30 a.m.** with oral argument.

New Orleans, Louisiana, this 4th day of February, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE