UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*     07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### ORDER TO LIFT STAY FOR *PARFAIT* CASE

Upon consideration of the Unopposed Motion to Lift Stay of the *Parfait* action filed by Defendant Lafarge North America Inc., it is hereby ORDERED that the motion is GRANTED. The stay of the *Parfait* action as it relates to the Barge Track Litigation is lifted for the purpose of allowing the claims to be dismissed without prejudice.

**DENIED**

New Orleans, Louisiana this 5th day of February, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

Because of the status of this case, and the failure of plaintiff's counsel to inform his clients thereof, the Court finds that dismissal without prejudice of those individuals would be unfair to the litigants.

1242018-1