UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
   Schubert, 07-5075                            MAG. WILKINSON

# ORDER

The court, after considering the complaint, the record, the applicable law and the Magistrate Judge's Report and Recommendation, and there being no opposition filed into the record, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendants, United States Department of Homeland Security and Federal Emergency Management Agency, are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, C.A. No. 05-4182 "K"(2), for all purposes, so that it may proceed to resolution independently as to plaintiff's remaining claim against defendant Hartford Insurance Company of the Midwest. The Clerk is hereby DIRECTED to docket a copy of this

order and henceforth all future filings in C.A. No. 07-5075 on the docket of C.A. No. 07-5075 and <u>not</u> on the docket of C.A. No. 05-4182.

The Section "K" case manager is DIRECTED to schedule a preliminary conference so that this case may be set for trial.

New Orleans, Louisiana, this 4th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE