UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Williams</u>, 06-2919 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The Louisiana Supreme Court in <u>Sher v. Lafayette Ins. Co.</u>, No. 07-C-2441, 2008 WL 928486, at *6-7 (La. Apr. 8, 2008), and the United States Fifth Circuit Court of Appeals in <u>In re Katrina Canal Breaches Litig.</u>, 495 F.3d 191, 214 (5th Cir. 2007), have issued their rulings. In addition, on the parties' motion, the putative class action allegations previously asserted in this matter have been stricken. Record Doc. No. 16548. Accordingly,

**IT IS ORDERED** that the referenced <u>Williams</u> case, C.A. No. 06-2919, is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk of Court is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 06-2919 on the docket of C.A. No. 06-2919, and <u>not</u> on the docket of C.A. No. 05-4182. The Clerk is

also **DIRECTED** to maintain the allotment of this case in Section "K"(2) for future proceedings.

**IT IS FURTHER ORDERED** that a **Status Conference** is hereby set on **FEBRUARY 19, 2009 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss further proceedings in this matter, including scheduling, settlement and whether the remaining claims are misjoined and should be severed. Counsel must appear in person.

New Orleans, Louisiana, this ____4th____ day of February, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**