UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                        NO. 05-4182 "K"(2)

PERTAINS TO:  MRGO, <u>Robinson</u>, 06-2268          JUDGE DUVAL
                                        MAG. WILKINSON

## ORDER

**IT IS ORDERED** that plaintiffs' Motions for Expedited Hearing, Record Doc.

Nos. 17543 and 17545, and Request for Oral Argument, Record Doc. No. 17546, are

hereby DENIED. Plaintiffs' Motions to Compel Discovery, Record Doc. Nos. 17542 and

17544, will be decided on the record without oral argument.  Written opposition to both

motions, if any, must be filed no later than **February 13, 2009**.

New Orleans, Louisiana, this _____6th_____ day of February, 2009.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE