UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE Master Class Action Consolidated Complaint, Record Doc. No. 3413 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE CLASS ACTION ALLEGATIONS FROM INSURANCE MASTER COMPLAINT**

Defendants request leave to file a brief reply memorandum in support of Defendants' Motion to Strike Class Action Allegations from Insurance Master Complaint.  The Reply Memorandum will address issues raised in Plaintiffs' Opposition Memorandum. Defendants aver that the Reply Memorandum will assist this Court in making a proper ruling and will not delay the progress of this lawsuit.

Respectfully submitted,

*/s/ Ralph S. Hubbard*
Ralph S. Hubbard, III, 7040
Seth A. Schmeeckle, 27076
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

- 1 -

128528

And

Stephen E. Goldman
Wystan M. Ackerman
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut  06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299
*Attorneys for The Standard Fire Insurance
Company, improperly named as Travelers Casualty
and Surety Company, Travelers Home and Marine
Insurance Company, The Travelers Indemnity
Company, Travelers Insurance Company, Travelers
Property Casualty Insurance Company and as
Counsel for Travelers Property Casualty Company
of America*

And

*/s/ John W. Waters, Jr.*
JOHN W. WATERS, JR. (#13258)
GREGORY J. McDONALD (#1933)
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
(504) 310-1500
Fax:  (504) 310-1501
jwaters@bfrob.com
*Counsel for Louisiana Citizens
Property Insurance Corporation*

And

*/s/ Seth A. Schmeeckle*
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195

and

- 2 -

128528

Alan S. Gilbert (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
*Attorneys for Defendant Horace Mann Insurance
Company*

And

*/s/ Seth A. Schmeeckle*
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

And

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
Alan S. Gilbert (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
*Attorneys for Defendants The Hanover Insurance
Company and The Hanover American Insurance
Company*

And

*/s/ Steven W. Usdin*
Steven W. Usdin, 12986
Edward R. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
        FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

- 3 -

128528

And

H. Christopher Bartolomucci
Christopher T. Handman
HOGAN & HARTSON, LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5600
*Attorneys for Great Northern Insurance Company*
(erroneously sued as Chubb Group of Insurance
Companies, a non-entity, incapable of being sued)

And

*/s/ John P. Wolff*
John P. Wolff, III, Bar #14504
Nancy B. Gilbert, Bar #23095
Christopher K. Jones #28101
KEOGH, COX & WILSON, LTD.
701 Main Street (P. O. Box 1151)
Baton Rouge, Louisiana  70821
Telephone:  225.383.3796
Facsimile: 225.343.9612
*Attorneys for Amica Mutual Insurance Co.*

And

*/s/ Alan J. Yacoubian*
ALAN J. YACOUBIAN (#17213)
NEAL J. FAVRET (#24412)
RACHAEL P. CATALANOTTO (#31095)
JOHNSON, JOHNSON, BARRIOS
        & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone:  (504) 528-3001
*Attorneys for defendant, Auto Club Family
Insurance Company*

And

- 4 -

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700

And

Richard L. Fenton
SONNENSCHEIN NATH &
  ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000
*Attorneys for Allstate Indemnity Company, Allstate Insurance Company, Encompass Indemnity Company, Encompass Insurance Company of America and Encompass Property & Casualty Company*

And

/s/ Lawrence J. Duplass
Lawrence J. Duplass (#5199)
C. Michael Pfister (#14317)
Kelly Cambre Bogart (#22985)
Jaime M. Cambre (#29116)
DUPLASS, ZWAIN, BOURGEOIS,
       PFISTER & WEINSTOCK
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
*Attorneys for The American Insurance Company and Fireman's Fund Insurance Company*

And

128528

_/s/ Marshall M. Redmon_
Marshall M. Redmon, 18398
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197

And

_/s/ Amy R. Sabrin_
Amy R. Sabrin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
_Attorneys for Farmers Insurance Exchange_

And

_/s/ Robert I. Siegel_
Robert I. Siegel
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras St., Suite 4800
New Orleans, Louisiana 70139-4800
(504) 654-1307

And

Richard J. Doren
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
(213) 229-7038

And

Daniel W. Nelson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500
_Attorneys for Lexington Insurance Company_

128528

And

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
*Attorneys for Liberty Mutual Insurance Company
and Liberty Mutual Fire Insurance Company*

And

*s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
*Attorneys for Metropolitan Property and Casualty
Insurance Company*

And

*/s/ Wayne J. Lee*
Wayne J. Lee, 7916
  wlee@stonepigman.com
Stephen G. Bullock, 3648
  sbullock@stonepigman.com
Andrea L. Fannin, 26280
  afannin@stonepigman.com
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
*Attorneys for State Farm Fire and Casualty
Company*

And

128528

_/s/ Sean P. Mount_____
DOMINIC J. OVELLA, #15030 – T.A.
dovella@hmhlp.com
SEAN P. MOUNT, #27584
smount@hmhlp.com
ANNE E. MEDO, #24556
amedo@hmhlp.com
JUSTIN E. ALSTERBERG, #31015
jalsterberg@hmhlp.com
JASON M. BAER, #31609
 jbaer@hmhlp.com
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone: (504) 836-6500
Counsel for Defendants, *Fidelity and Deposit Company of Maryland, Empire Fire & Marine Insurance Company, Empire Indemnity Insurance Company, ZC Sterling Insurance Agency, Inc., ZC Sterling Corporation*

And

_/s/ Christopher R. Pennison_____
JAY M. LONERO, T.A. (No. 20642)
       jlonero@lwp-law.com
CHRISTOPHER R. PENNISON (No. 22584)
       cpennison@lwp-law.com
ANGIE ARCENEAUX AKERS (No. 26786)
       aakers@lwp-law.com
LARZELERE PICOU WELLS
       SIMPSON LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565
*Attorneys For Republic Fire And Casualty Insurance Company*

And

- 8 -

128528

*/s/ Seth A. Schmeeckle*
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
And
Christopher W. Martin,
Texas Bar No. 13057620
Martin R. Sadler,
Texas Bar No. 00788842
          Of
MARTIN, DISIERE, JEFFERSON &
  WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101
*Attorneys for USAA Casualty Insurance Company*

And

*/s/ Maura Z. Pelleteri*
Maura Z. Pelleteri (8463)
Amy S. Malish (28992)
Krebs, Farley & Pelleteri, L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
*Attorneys for Aegis Security Insurance Company*

And

*/s/ Richard E. King*
Richard E. King (#25128)
David M. Moragas (#29633)
Matthew J. Lindsay (#30599)
Galloway, Johnson, Tompkins,
          Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

128528

*Counsel For Defendant,*
*Zurich American Insurance Company*

And

 s/Laurie L. DeArmond
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
PORTEOUS, HAINKEL, & JOHNSON
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone: (504) 581-3838
pderouen@phjlaw.com
ldearmond@phjlaw.com
*Attorneys for Armed Forces Ins. Exchange*

And

/s/ Wendy Hickok Robinson
Wendy Hickok Robinson, La. Bar No. 25225
        whrobinson@gordonarata.com
Nina Wessel English, La. Bar No. 29176
        nenglish@gordonarata.com
GORDON, ARATA, MCCOLLAM,
   DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

And

Cari K. Dawson, Georgia Bar No. 213490
        Cari.dawson@alston.com
Daniel F. Diffley, Georgia Bar No. 221703
        Dan.diffley@alston.com
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Fax: (404) 881-7777
*Attorneys for Safeco Insurance Company*

And

128528

_/s/ A. Jacob Culotta, Jr._
DAVID P. SALLEY T.A. (#19770)
 A. JACOB CULOTTA, JR.  (#26856)
Salley, Hite & Mercer, LLC
 365 Canal Street, Suite 1710
 New Orleans, LA 70130
 Telephone: 504/566-8800
 Facsimile:  504/566-8828
_Attorneys For American Bankers Insurance_
_Company Of Florida_

And

_/s/ Harry Rosenberg_
Harry Rosenberg (Bar #11465)
Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
_Attorneys for Defendants Fidelity National_
_Insurance Company And Fidelity National Property_
_And Casualty Insurance Company_

And

_/s/ Harry Rosenberg_
Harry Rosenberg (Bar #11465)
Jay R. Sever (Bar #23935)
Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
_Attorneys For Defendants Scottsdale Insurance_
_Company and Scottsdale Indemnity Company_

And

- 11 -

128528

/s/  Jacqueline M. Brettner
George B. Hall, Jr. (Bar #6432)
Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
*Attorneys for American Empire Insurance Company*

And

/s/  Jacqueline M. Brettner
Neil C. Abramson (Bar #21436)
Jacqueline M. Brettner (Bar #30412)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

and

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197
*Attorneys for Defendants The Involved Lloyd's Underwriters*

And

/s/  Jacqueline M. Brettner
Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

- 12 -

128528

And

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197
*Attorneys for Defendant Homesite Insurance*
*Company*

And

*/s/ Howard B. Kaplan*
HOWARD B. KAPLAN (#14414)
BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation
1615 Metairie Road
P.O. Box 55490
Metairie, LA  70055-5490
Telephone:  (504) 834-2612

And

WILLIAM J. WEGMANN, JR. (#13317)
110 Veterans Memorial Blvd., Suite 440
Metairie Louisiana 70005
Telephone: (504) 833-3800
*Counsel for Lafayette Insurance Company,*
*United Fire and Casualty Company*
*and United Fire and Indemnity Company*

And

*/s/ Anthony Rollo*
ANTHONY ROLLO (La. #01133)
STEPHEN W. RIDER, T.A. (La. #02071)
McGLINCHEY STAFFORD, PLLC
12th Floor, 601 Poydras St.
New Orleans, LA  70130
Telephone: 504-586-1200
Facsimile: 504-596-2800
*Attorneys for Defendants Meritplan Insurance*
*Company and Balboa Insurance Company*

And

- 13 -

128528

*/s/ John E. Unsworth, Jr.*
**JOHN E. UNSWORTH, JR., #09477**
**W. GLENN BURNS, #3698**
**LAUREN E. BRISBI, #29778**
**HAILEY, McNAMARA, HALL,**
**LARMANN & PAPALE, L.L.P.**
One Galleria Blvd, Suite 1400
Post Office Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500

*Attorneys  for Defendant*
*Clarendon National Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 6th day of February 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

*/s/ Judy Y. Barrasso*

128528