UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION  PERTAINS TO: INSURANCE  Master Class Action Consolidated Complaint, Record Doc. No. 3413 | § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2)  JUDGE DUVAL  MAGISTRATE WILKINSON |
|---|---|---|

**O R D E R**

Upon considering the Motion of Defendants for leave to file a Reply Memorandum in support of Defendants' Motion to Strike Class Action Allegations from Insurance Master Complaint;

**IT IS ORDERED** that the motion is granted and the Reply Memorandum be filed into the record.

New Orleans, Louisiana, this _____ day of February, 2008.

_____
JUDGE