# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) and (3) |
| _____ | * | |
| | | |
| PERTAINS TO LEVEE AND MR GO: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## ORDER

Considering Movers' Motion for Status Conference,

IT IS HEREBY ORDERED that said Motion for Status Conference is GRANTED.  Said Status Conference is scheduled for the 17th of February, 2009, at 11:00 a.m. before Magistrate Judge Daniel E. Knowles, III.

New Orleans, Louisiana, this _____6th_____ day of February, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

W380329