**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| | * |
| IN RE: KATRINA CANAL | * |
| BREACHES | |
| CONSOLIDATED LITIGATION | *   **CIVIL ACTION** |
| | * |
| | *   **NO. 05-4182** |
| | *   **and consolidated cases** |
| PERTAINS TO: BARGE | * |
| | *   **SECTION "K" (2)** |
| *Weber v. Lafarge*          **08-4459** | * |
| | * |
| | *   **JUDGE** |
| | *   **STANWOOD R. DUVAL, JR.** |
| | * |
| | *   **MAGISTRATE** |
| | *   **JOSEPH C. WILKINSON, JR.** |

*EX PARTE*/CONSENT MOTION OF LAFARGE NORTH AMERICA INC. FOR
EXTENSION OF TIME TO FILE RESPONSE

NOW INTO COURT, through undersigned counsel, comes Lafarge North America Inc.

("LNA"), who respectfully moves this Honorable Court for an extension of the deadline to file

responsive pleadings to the cross-claims of New York Marine and General Insurance Company

("NYMAGIC"), American Home Assurance Company ("AHAC") and the Northern Assurance

Company of America ("NACA") (hereinafter collectively referred to as "Excess Insurers").

Excess Insurers filed their Cross-Claims (Doc. 15997) against LNA on October 20, 2008, with

LNA's responsive pleadings originally due on or before November 10, 2008.  That deadline has

been extended to February 9, 2009 by Order of this Honorable Court on January 9, 2009 (Doc.

No. 17043). Because this Court has stayed the coverage issues addressed in Excess Insurer's Cross-Claims (Doc. 14719), LNA requests an extension of the deadline in which to file its responsive pleadings until the Court ultimately resolves the stay issued in Document 14719.

Undersigned counsel certifies that counsel for Excess Insurers have been contacted and that they have no objection to the requested continuance.

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715
***Attorneys for Lafarge North America Inc.***

**<u>Certificate of Service</u>**

I hereby certify that I have on this 6th day of February, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

<u>/s/ Derek A. Walker</u>