UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Weber v. Lafarge*      08-4459 | * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**O R D E R**

CONSIDERING Lafarge North America Inc.'s Motion for Extension of Time to File Responses,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**.  The deadline for Lafarge North America to file responsive pleadings to New York Marine And General Insurance Company, American Home Assurance Company and the Northern Assurance Company of America's Cross-Claims (Doc. 15997) is hereby extended indefinitely pursuant to the stay issued in this Court's Order (Doc. 14719).  The deadline for LNA to file responsive pleadings to New York Marine And General Insurance Company, American Home Assurance Company and the Northern Assurance Company of America's Cross-Claims (Doc. 15997) can be reset by future Order of this Court.

1242040-1

2

NEW ORLEANS, LOUISIANA, this _____ day of February, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE