UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**
**LEVEE & MRGO   (Redemptorist Ltd. P'ship, No. 07-5354)**

## MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, Redemptorist Limited Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel Investors Limited Partnership [collectively "Plaintiffs"], move this Court to substitute Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR REDEMPTORIST LIMITED PARTNERSHIP; LGD RENTAL I, LLC; 800 IBERVILLE STREET LIMITED PARTNERSHIP; and SOUTH PETERS HOTEL INVESTORS LIMITED PARTNERSHIP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER