UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**
**LEVEE & MRGO** (Union Ltd. P'ship, No. 07-4959)

### MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, Union Limited Partnership, 800 Canal Street Limited Partnership, Historic Restoration, Inc., EFL Hotel Operating Company, LLC, Eleventh Floor Lodging, LLC, and Commerce Building Condominium Association, Inc. [collectively "Plaintiffs"], move this Court to substitute Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. The proposed substitution of counsel will not delay this case.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

                    s/ James M. Garner
                    _____
                    JAMES M. GARNER #19589, T.A.
                    DARNELL BLUDWORTH #18801
                    MATTHEW C. CLARK #31102
                    **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
                    909 Poydras Street, Twenty-eighth Floor
                    New Orleans, Louisiana 70112
                    Telephone: (504) 299-2100
                    Facsimile: (504) 299-2300
                    **ATTORNEYS FOR REDEMPTORIST LIMITED PARTNERSHIP; LGD RENTAL I, LLC; 800 IBERVILLE STREET LIMITED PARTNERSHIP; and SOUTH PETERS HOTEL INVESTORS LIMITED PARTNERSHIP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                    s/ James M. Garner
                    _____
                    JAMES M. GARNER