UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

PERTAINS TO:
LEVEE & MRGO    (Union Ltd. P'ship, No. 07-5318)

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiffs, Redemptorist Limited

Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel

Investors Limited Partnership [collectively "Plaintiffs"]:

IT IS ORDERED that Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein &

Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly

of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner and Darnell

Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional

counsel of record for Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
J U D G E