UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**
**LEVEE & MRGO**     (Adler as Trustee of Coleman E. Adler, II Children's Trust, No. 07-4991)

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiff, Coleman E. Adler, II as Trustee and on behalf of the Coleman E. Adler, II Children's Trust:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E