UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
**LEVEE & MRGO**   (Adler as Trustee of Coleman E. Adler, II Children's Trust, No. 07-5329)

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Coleman E. Adler, II as Trustee and on behalf of the Coleman E. Adler, II Children's Trust, moves this Court to substitute Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
RAYMOND C. LEWIS #31236
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR COLEMAN E. ADLER, II as Trustee and on behalf of the COLEMAN E. ADLER, II CHILDREN'S TRUST**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER

2