-1-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION  NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**DEFENDANTS' PRELIMINARY RESPONSE TO
STATE'S STIPULATION REGARDING CLASS ALLEGATIONS**

NOW INTO COURT, comes Defendants Liaison Counsel, Ralph S. Hubbard III, who respectfully submits the instant Preliminary Response to the State's Stipulation Regarding Class Allegations on behalf of the Insurer Defendants. On February 5, 2009 the State of Louisiana ("State") filed a document entitled "State's Stipulation" (Doc. 17568) stating that a dispositive ruling on Defendants' Motion to Strike Class Action Allegations from Insurance Master Complaint (Doc. 16711) could be applied to the State's class allegations in the Road Home case. Based on prior discussions among the parties and the Court, Defendants understand that, if the class allegations in the Road Home case are eliminated, the State's position will be that the Road Home case should be remanded to State court.  In such prior discussions, the Court has indicated that Defendants would be given the opportunity to submit briefing on the impact, if any, that eliminating the class allegations would have on the Court's jurisdiction.  Defendants reiterate their position that eliminating the class action allegations would have no impact on this Court's

-2-

jurisdiction and respectfully renew their request to submit briefing on this issue should the class action allegations be struck.

        Respectfully submitted,

        /s/Ralph S. Hubbard
        **Ralph S. Hubbard III, T.A., La. Bar #7040**
        **Seth A. Schmeeckle, La. Bar #27076**
        **Insurer Defendants' Liaison Counsel**
        Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana 70130
        Telephone:  (504) 568-1990
        Facsimile:  (504) 310-9195
        E-Mail:    rhubbard@lawla.com
                    sschmeeckle@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Preliminary Response to State's Stipulation Regarding Class Allegations has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing System, this 6th day of February, 2009.

        */s/ Ralph S. HubbardIII*
        Ralph S. Hubbard III