UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
**LEVEE & MRGO    (Adler, No. 07-4967)**

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiff, Coleman E. Adler, II:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E