**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

_____

**PERTAINS TO:**
**LEVEE & MRGO    (Adler, No. 07-5376)**

_____

<u>**MOTION TO SUBSTITUTE COUNSEL**</u>

Plaintiff, Coleman E. Adler, II, moves this Court to substitute Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein &

Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.


s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
RAYMOND C. LEWIS #31236
**SHER GARNER CAHILL RICHTER KLEIN &**
  **HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR COLEMAN E. ADLER, II**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2009 a copy of the above and foregoing has been filed

electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.


s/ James M. Garner
_____
JAMES M. GARNER