UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES** | SECTION "K" (2) |
| **CONSOLIDATED LITIGATION** | |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
**LEVEE & MRGO** (Adler's Special Account, No. 07-4993)

### MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Adler's Special Account, moves this Court to substitute Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. The proposed substitution of counsel will not delay this case.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.

s/ James M. Garner

_____

JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
RAYMOND C. LEWIS #31236
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR ADLER'S SPECIAL
ACCOUNT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner

_____

JAMES M. GARNER