UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re

KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

JUDGE DUVAL

MAGISTRATE JUDGE WILKINSON

PERTAINS TO:
LEVEE & MRGO    (Adler's Special Account, No. 07-5345)

### MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Adler's Special Account, moves this Court to substitute Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. The proposed substitution of counsel will not delay this case.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
RAYMOND C. LEWIS #31236
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR ADLER'S SPECIAL
ACCOUNT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER