UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES** | SECTION "K" (2) |
| **CONSOLIDATED LITIGATION** | |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |
| **PERTAINS TO:** | |
| LEVEE      (Adler, No. 07-5369) | |

### MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Annette M. Adler, moves this Court to substitute Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

  James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.

                s/ James M. Garner
                _____
                JAMES M. GARNER #19589, T.A.
                DARNELL BLUDWORTH #18801
                RAYMOND C. LEWIS #31236
                **SHER GARNER CAHILL RICHTER KLEIN &**
                 **HILBERT, L.L.C.**
                909 Poydras Street, Twenty-eighth Floor
                New Orleans, Louisiana 70112
                Telephone: (504) 299-2100
                Facsimile: (504) 299-2300
                **ATTORNEYS FOR ANNETTE M. ADLER**

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on February 6, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                s/ James M. Garner
                _____
                JAMES M. GARNER