UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re | CIVIL ACTION NO. 05-4182

**KATRINA CANAL BREACHES** | SECTION "K" (2)
**CONSOLIDATED LITIGATION**

JUDGE DUVAL

MAGISTRATE JUDGE WILKINSON

_____

**PERTAINS TO:**
**LEVEE**   (Adler, No. 07-5369)

_____

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiff, Annette M. Adler:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E