MINUTE ENTRY
FEBRUARY 6, 2009
WILKINSON, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                               NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, FORCED PLACE       JUDGE DUVAL
                                                                           MAG. WILKINSON

At my request, a telephone conference was conducted on this date concerning the status of the recently severed insurance "Forced Place" cases. Participating were: Joseph M. Bruno, plaintiffs' Liaison Counsel, and Wendy Hickok Robinson, counsel for Safeco.

The Clerk's Office has undertaken the logistical processing of the approximately 200 severed complaints in this newly created category of the consolidated litigation. Once processed, they will be consolidated in a separate category of the captioned litigation for motion practice. Counsel will submit to Judge Duval a proposed motion briefing and hearing schedule.

                                                                   JOSEPH C. WILKINSON, JR.
                                                         UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 15