UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES** | SECTION "K" (2) |
| **CONSOLIDATED LITIGATION** | |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
**LEVEE      (Wells, No. 07-5322)**

## MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, King S. Wells, Sr. and Helen C. Wells, move this Court to substitute Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR KING S. WELLS, SR. and
HELEN C. WELLS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER

2