UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**
**LEVEE & MRGO    (Southpoint Technologies, LLC, No. 07-5371)**

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Southpoint Technologies LLC, moves this Court to substitute Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. The proposed substitution of counsel will not delay this case.

James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for Plaintiff.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR SOUTHPOINT
TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER