UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
LEVEE & MRGO    (Southpoint Technologies, LLC, No. 07-5371)

_____

### O R D E R

Considering the Motion to Substitute Counsel filed by Plaintiff, Southpoint Technologies LLC:

   IT IS ORDERED that Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for Plaintiff.

   New Orleans, Louisiana, this _____ day of _____, 2009.

                  _____
                  J U D G E