## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**In re**

**KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION NO. 05-4182**

**SECTION "K" (2)**

**JUDGE DUVAL**

**MAGISTRATE JUDGE WILKINSON**

_____

**PERTAINS TO:**
**MRGO      (Sloan, No. 07-5013)**

_____

## <u>MOTION TO SUBSTITUTE COUNSEL</u>

Plaintiffs, Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah [collectively "Plaintiffs"], move this Court to substitute Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____

JAMES M. GARNER #19589, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN &**
  **HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR HAROLD T. SLOAN, both**
**individually and on behalf of his minor child,**
**ZACHARY SLOAN; BAMBI G. SHAMAH;**
**MICHELLE SHAMAH; and MEGAN SHAMAH**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____

JAMES M. GARNER