UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |
| **PERTAINS TO:** | |
| **MRGO      (Sloan, No. 07-5344)** | |

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiffs, Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah [collectively "Plaintiffs"]:

IT IS ORDERED that Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for

Plaintiffs.

    New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                            _____
                                                                                   J U D G E