UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |
| **PERTAINS TO:** <br> **MRGO** (Bell, No. 07-4965) | |

### MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Karen D. Bell, moves this Court to substitute Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. The proposed substitution of counsel will not delay this case.

James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for Plaintiff.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
RAYMOND C. LEWIS #31236
**SHER GARNER CAHILL RICHTER KLEIN &**
  **HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR KAREN D. BELL**

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER