UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |
| **PERTAINS TO:** | |
| MRGO      (Bell, No. 07-4965) | |

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiff, Karen D. Bell:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E