# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re

KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

_____

PERTAINS TO:
MRGO        (Bell, No. 07-5327)

_____

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

JUDGE DUVAL

MAGISTRATE JUDGE WILKINSON

### O R D E R

Considering the Motion to Substitute Counsel filed by Plaintiff, Karen D. Bell:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
J U D G E