UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re                                         CIVIL ACTION NO. 05-4182

KATRINA CANAL BREACHES               SECTION "K" (2)
CONSOLIDATED LITIGATION
                                              JUDGE DUVAL

                                              MAGISTRATE JUDGE WILKINSON

_____

PERTAINS TO:
LEVEE          (Davis, No. 07-5314)
_____

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiff, Claire B. Davis:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiff's counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
J U D G E