UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES** | SECTION "K" (2) |
| **CONSOLIDATED LITIGATION** | |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
**LEVEE & MRGO**   (Dillard University, No. 07-4948)

### O R D E R

Considering the Motion to Substitute Counsel filed by Plaintiffs, Dillard University, Dillard University Apartments, Ltd., and Gentilly Gardens Corporation [collectively "Plaintiffs"]:

IT IS ORDERED that Ashley G. Coker of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner and Peter L. Hilbert, Jr. of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E