UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES** | **SECTION "K" (2)** |
| **CONSOLIDATED LITIGATION** | |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

_____

**PERTAINS TO:**
**LEVEE & MRGO    (Robert, No. 07-5341)**

_____

## MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, Cliff S. Robert, Sr. and Cecilia H. Robert, move this Court to substitute Ryan O. Luminais of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein &

Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
MARTHA Y. CURTIS #20466
RYAN O. LUMINAIS #30605
**SHER GARNER CAHILL RICHTER KLEIN &**
  **HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR CLIFF S. ROBERT, SR. and**
**CECILIA H. ROBERT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2009 a copy of the above and foregoing has been filed

electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER