UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |
| **PERTAINS TO:** | |
| **MRGO    (Haydel, No. 07-4980)** | |

### MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, Clara Mae S. Haydel and Cliff S. Robert, Jr., move this Court to substitute Ryan O. Luminais of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay this case.

James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
MARTHA Y. CURTIS #20466
RYAN O. LUMINAIS #30605
**SHER GARNER CAHILL RICHTER KLEIN &**
  **HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR CLARA MAE S. HAYDEL**
**and CLIFF S. ROBERT, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER

2