UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| INSURANCE (Johnson, No. 07-3842) | * | |

**JOINT MOTION TO DISMISS**

COME NOW, Bennie Frank Johnson ("Johnson"), plaintiff in Docket No. 07-3842 (consolidated with Docket No. 05-4182), and defendant, The Standard Fire Insurance Company, on behalf of itself and the incorrectly referred to entities, St. Paul Travelers Group, and The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, one of the Travelers Property and Casualty [Insurance] Companies (hereinafter "Standard Fire"), who suggest to the Court that Johnson's claims asserted against Standard Fire in Docket No. 07-3842 have been compromised

1

in full, and that the parties desire to dismiss Johnson's claims against Standard Fire, with prejudice, with each party to bear its own court costs.

                              Respectfully submitted,

                              _____

                              Patrick G. Kehoe, Jr.
                              Patrick G. Kehoe, Jr. APLC
                              833 Baronne St.
                              New Orleans, LA 70113
                              504-588-1110
                              Email: pgkehoejr@kehoejr.com

                              Roy F. Amedee, Jr.
                              Brent A. Klibert
                              Law Offices of Roy F. Amedee, Jr.
                              228 St. Charles Ave., Suite 801
                              New Orleans, LA 70130
                              504-592-3222
                              Email: remedeejr@aol.com

                              Allan Berger
                              Allan Berger & Associates, PLC
                              4173 Canal St.
                              New Orleans, LA 70119
                              504-486-9481
                              Email: aberger@allan-berger.com

                              Terrence Jude Lestelle
                              Andrea S. Lestelle
                              Jeffery Bryan Struckhoff
                              Lestelle & Lestelle
                              3421 N. Causeway Blvd., Suite 602
                              Metairie, LA  70002-3726
                              504-828-1224
                              Email: alestelle@lestellelaw.com

John Van Robichaux, Jr.
Brian D. Page
Robichaux Law Firm
6305 Elysian Fields Ave., Suite 304
P.O. Box 792500
New Orleans, LA 70122
504-286-2022
brian@robichauxlaw.com

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777
Fax: 504-838-9903
Email: pconnick@connicklaw.com

**ATTORNEYS FOR PLAINTIFF,
BENNIE FRANK JOHNSON**

/s/Gary J. Russo
Gary J. Russo (#10828)
Douglas C. Longman, Jr. (#8719)
LONGMAN RUSSO,
A Professional Law Corporation
P. O. Drawer 3408
Lafayette, LA 70502-3408
337-262-9000

**ATTORNEYS FOR THE STANDARD FIRE
INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.

/s/ Gary J. Russo

3