UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge*      05-5531 | | |
| *Mumford v. Ingram*   05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge*   06-5342 | | |
| *Perry v. Ingram*         06-6299 | * | |
| *Benoit v. LaFarge*       06-7516 | | |
| *Parfait Family v. USA*  07-3500 | * | |
| *LaFarge v. USA*           07-5178 | | |
| *   *   *   *   *   * | *   *   *   *   *   *   * | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes American Home Assurance Company and The Northern Assurance Company of America , who move this Honorable Court for an Order withdrawing Leah N. Engelhardt, (La. Bar No. 23232), of the law firm of Preis & Roy and substituting  Joseph E. Lee III (La. Bar No. 26968),  of the law firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana 70130, as additional counsel of record with Frank A. Piccolo, (La. Bar No. 02049), for American Home Assurance Company and The Northern Assurance Company of America, in the above captioned matter.

WHEREFORE, considering the foregoing, American Home Assurance Company and The Northern Assurance Company of American, herein, pray that the Court grant the instant motion and relief prayed for herein by issuing an Order withdrawing Leah N. Engelhardt of Preis & Roy as counsel of record and substituting Joseph E. Lee III of Preis & Roy, as additional counsel of record in the above captioned matter.

Respectfully submitted:

*/s/Leah N. Engelhardt*
FRANK A. PICCOLO (02049)
LEAH N. ENGELHARDT (23232)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:(504) 581-6062
Facsimile: (504) 522-9129

- and -

NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
Email:  jnicoletti@nicolettihornig.com

COUNSEL FOR AMERICAN HOME
ASSURANCE COMPANY AND THE
NORTHERN ASSURANCE COMPANY OF
AMERICA

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

|  |  |
|---|---|
| (   )   Hand Delivery | (   )   Prepaid U.S. Mail |
| (   )   Facsimile | (   )   Federal Express |
| ( X )   ECF Filing | (   )   E-Mail |

New Orleans, Louisiana, this 9 day of February, 2009.

/s/*Leah N. Engelhardt*
LEAH N. ENGELHARDT

1545676