UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | | * | CIVIL ACTION NO. 05-4182 |
| | | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | | |
| | | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge* | 05-5531 | | |
| *Mumford v. Ingram* | 05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge* | 06-5342 | | |
| *Perry v. Ingram* | 06-6299 | * | |
| *Benoit v. LaFarge* | 06-7516 | | |
| *Parfait Family v. USA* | 07-3500 | * | |
| *LaFarge v. USA* | 07-5178 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record;

IT IS HEREBY ORDERED that Leah N. Engelhardt, of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana 70130, be and is hereby withdrawn as counsel of record for American Home Assurance Company and The Northern Assurance Company of America..

IT IS FURTHER ORDERED that Joseph E. Lee III, of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana 70130, be and the same is hereby added as additional counsel

of record for American Home Assurance Company and The Northern Assurance Company of America.

    New Orleans, Louisiana, this ___ day of _____, 2009.

                                                                                                     _____
                                                                                                     UNITED STATES DISTRICT JUDGE