## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Roselda Taylor*, 07-1585 | MAGISTRATE: WILKINSON |

******************************************

### ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims between plaintiff, Roselda Taylor, and defendant, State Farm Fire and Casualty Company, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 9th day of February, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT