MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 9, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: <u>Robinson</u>, 06-2268 | JUDGE DUVAL |
| | MAG. WILKINSON |

At the request of plaintiffs' Liaison Counsel, a telephone conference was conducted on this date to discuss expert discovery. Participating were Joseph Bruno, representing plaintiffs; Robin Smith, representing the United States. Without knowledge or background concerning who these experts are or what they have or have not produced or what amount of time in days counsel thought they had agreed upon or whether one day or two days or three days might be an appropriate time limit to set on the depositions of particular experts, the court is in no position to issue any orders. Counsel were directed to file any motions that they might find appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 10**