UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION  NO.  05-4182 "K"(2) JUDGE DUVAL  MAGISTRATE WILKINSON |
| PERTAINS TO:  INSURANCE | | |

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

**NOW INTO COURT**, comes The Standard Fire Insurance Company, which respectfully requests this Court enter an order continuing the status conference presently set for February 10, 2009 at 5:00 p.m.  On December 10, 2008 the Court ordered a status conference be held on January 27, 2009 concerning settlement possibilities as it related to Travelers.  [Rec. Doc. 16737].  On January 12, 2009, the Court continued the date of the status conference to February 10, 2008.  [Rec. Doc. 17077]   Undersigned counsel conferred with Frank Dudenhefer who advised he was authorized to speak on behalf of all counsel, other than counsel for Travelers, concerning this Motion.  Furthermore, Mr. Dudenhefer advised there was no opposition to this motion.  It is believed that judicial economy can best be served if the parties report to the Court on February 13, 2009 via telephone as to the status of possible settlements and selects a new status conference date at the conclusion of the proposed February 13, 2009 teleconference.

**WHEREFORE**,  The Standard Fire Insurance Company prays that this Court enter an order (1) continuing the status conference presently set for February 10, 2008; (2) requiring the Parties to report to the Court on February 13, 2009 via telephone concerning the status of

-1-

-2-

settlement discussions, and (3) providing that a status conference shall be set after the February 13, 2009 telephone conference.

>Respectfully submitted,
>
>*/s/ Ralph S. HubbardIII*
>Seth A. Schmeeckle, 27076
>Ralph S. Hubbard, III, 7040
>    Of
>LUGENBUHL, WHEATON, PECK,
> RANKIN & HUBBARD
>601 Poydras Street, Suite 2775
>New Orleans, Louisiana  70130
>Telephone:  (504) 568-1990
>**Counsel for The Standard Fire Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing System, this 10th day of February, 2009.

>*/s/ Ralph S. Hubbard III*
>Ralph S. Hubbard III