-1-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION  NO.   05-4182 "K"(2) JUDGE DUVAL  MAGISTRATE WILKINSON |
| PERTAINS TO:  INSURANCE | | |

## ORDER

Upon considering the foregoing Unopposed Motion to Continue Status Conference filed by The Standard Fire Insurance Company,

**IT IS HEREBY ORDERED** that the Motion to Continue Status Conference is GRANTED and the status conference set for February 10, 2009 is postponed in conformity with the remainder of this order.

**IT IS HEREBY FURTHER ORDERD** that the Parties shall report to the Court via telephone by February 13, 2009 regarding the status of settlement discussions.  The Court will select a new status conference date after it receives the telephonic report.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-