UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) and (3) |
| | * | |
| PERTAINS TO LEVEE AND MR GO: | * | JUDGE DUVAL |
| | * | |
| NO. 09-00146 (Bennett) | * | |
| NO. 09-00145 (de la Houssaye) | * | |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
JOINT MOTION TO SUPPLEMENT ORDER CONFIRMING
STAY OF CERTAIN CLAIMS / DOC. NO. 17288**

**MAY IT PLEASE THE COURT:**

Plaintiffs, Gayle T. Bennett, et al., and Maurice de la Houssaye, et al, submit this memorandum to oppose the Joint Motion to Supplement Order Confirming Stay of Certain Claims filed by and on behalf of Class Representatives, Kenneth & Jeannine Armstrong, Thurman R, Kaiser, and Donna Augustine, individually and on behalf of the proposed Class, and the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Southeast Louisiana Flood Protection Authority-East, and St. Paul Fire and Marine Insurance Company hereinafter ("Settling Defendants").

Because the Bennett and de la Houssaye Plaintiffs have moved to Remand this case to the

24th Judicial District Court [09-cv-0146; Doc. 18], the Motion is premature so long as the Remand Motion is pending,[1] and/or the Court's jurisdiction does not extent to granting the relief requested in the Motion. See Anti-Injunction Act, 28 U.S.C. § 2283 (1994 ed.).[2] Furthermore, the Motion should be denied because Plaintiffs should be allowed to conduct discovery necessary to enable them to evaluate the effect of the Proposed Settlement of claims against the Settling Defendants, and to timely object to the Limited Fund-Non Opt Out-Class Settlement Only Certification, which was noticed in the mail out posted in January, 2009. *(See* Exhibit A). The Settlement must not only be fair, it must qualify both as a Limited Fund Settlement under *Ortiz v. Fibreboard Corp.,* 527 U.S. 815, 834, 119 S.Ct. 2295, 144 L.Ed.2d 715 (1999), and eligible for certification as a Class Only Settlement under *Amchem Prods., Inc. v. Windsor,* 521 U.S. 591, 620, 117 S.Ct. 2231, 138 L.Ed.2d 689 (1997), by meeting a myriad of other requirements imposed by Rule 23, in general, and 23(e), in particular. "Federal courts, in any case, lack authority to substitute for Rule 23's certification criteria a standard never adopted-that if a settlement is 'fair,' then certification is proper." Id. at 622.

---

[1] *See* 09-cv-0146; Doc. 21; *See* ORDER dismissing as premature [9] Motion to Compel pending the disposition of the Motion to Remand.

[2] "A court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments."

Date:   February  10, 2009.                    Respectfully submitted,

PLAINTIFFS LIAISON COUNSEL:

/s/ *William C. Gambel*
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopier: (504) 569-7001

STEPHEN K. CONROY (Bar No. 4343) T.A.
REGAL L. BISSO (Bar No. 3088)
CHRISTINE W. MARKS (Bar No. 23207)
TOM D. SNYDER, JR. (Bar No. 28764)
CONROY LAW FIRM, PLC
3838 N. Causeway Boulevard, Suite 3130
Metairie, LA  70002
Telephone:  (504) 830-3450
Telecopier:  (504) 830-4545

PLAINTIFFS LITIGATION COMMITTEE:

JOHN  J. CUMMINGS, III, Bar # 4652
Special Counsel
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

RICHARD A. WEIGAND, Bar # 13324
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, LA 70130
Telephone:   (504) 568-1256

SUZETTE BAGNERIS, Bar # 2224
JUANA MARINE LOMBARD, #25783
3520 General DeGaulle Drive, Suite 4070
New Orleans, LA 70114
Telephone: (504) 368-1911

STEVEN GILL, Bar #30520
1465 North Broad, Suite 203
New Orleans, LA 70119
Telephone: (504) 942-0290
Telecopier: (504) 942-0294

DEBORAH SULZER, Bar # 19806
650 Poydras Street, Suite 2635
New Orleans, LA 70130
Telephone: (504) 299-3380

ARTHUR MORRELL, Bar # 1494
J.P. MORRELL, Bar # 29635
1660 Treasure Street
New Orleans, LA 70119
Telephone: (504) 261-0535

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this 10th day of February, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gary M. Zwain gzwain@duplass.com, jbradford@duplass.com, mcalandro@duplass.com

David F. Bienvenu davidb@spsr-law.com, kathyb@spsr-law.com

Richard Anthony Weigand richard@richardweigand.com, erintelmer@aol.com, lauraleerailey@aol.com

J. Warren Gardner, Jr jwgardner@christovich.com, sgros@christovich.com

Dennis J. Phayer dphayer@burglass.com, jpursell@burglass.com

Thomas P. Anzelmo Tanzelmo@mcsalaw.com, jtorrence@mcsalaw.com, mfoote@mcsalaw.com, tleard@mcsalaw.com

Stephen F. Babin BabinS@ag.state.la.us

John J. Cummings, III ccdlawfirm@aol.com

Louis Gerard Gruntz, Jr lgruntz@jeffparish.net

Ralph Shelton Hubbard, III rhubbard@lawla.com, ljackson@lawla.com

Arthur Anthony Morrell jeanpaulmorrell@hotmail.com

George R. Simno, III gsimno@swbno.org

Nolan Patrick Lambert nolanplambert@aol.com

John Bologna Krentel jkrentel@bellsouth.net, jbkflooddefense@yahoo.com

Charles Munson Lanier, Jr cmlanier@christovich.com, dprice@christovich.com, rcastle@christovich.com

Franz L. Zibilich fzibilich@bellsouth.net, jbalser@bellsouth.net

Deborah M. Sulzer deborah@deborahsulzerlaw.com

Ben Louis Mayeaux bmayeaux@ln-law.com, denisen@ln-law.com

- 6 -

Lambert Joseph Hassinger, Jr Jhassinger@gjtbs.com, kking@gjtbs.com

Jonathan H. Sandoz jsandoz@daiglefisse.com, idevin@daiglefisse.com, tbarrios@daiglefisse.com

Joseph Pierre Guichet jguichet@lawla.com, aboyd@lawla.com

Timothy William Hassinger thassinger@gjtbs.com, awebster@gjtbs.com, coconnor@gjtbs.com

Kirk Norris Aurandt kaurandt@daiglefisse.com

Penya M. Moses-Fields pmfields@cityofno.com, majohnson@cityofno.com

Rachel Ann Meese rmeese@lawla.com, mnguyen@lawla.com

Isaka R. Williams irwilliams@cityofno.com, isakawilliams@gmail.com

He further certifies that he mailed a copy of the foregoing document and the notice of electronic filing by first-class mail and via electronic communication to the following non-CM/ECF participant(s):  None.

>*/s/ William C. Gambel*
>WILLIAM C. GAMBEL

W380579