UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE MASTER CONSOLIDATED | * | |
| CLASS ACTION COMPLAINT | * | |
| | * | |

*******************************************

**JOINT MOTION AND INCORPORATED MEMORANDUM FOR THE PURPOSE
OF TEMPORARILY LIFTING STAY ORDER AND DISMISSAL OF THE CLAIMS
OF LINDA GASPARD AND MADELYN COCHRANE WITH PREJUDICE**

**NOW INTO COURT,** comes plaintiffs Linda Gaspard and Madelyn Cochrane and USAA Casualty Insurance Company, ("USAA CIC") who respectfully aver as follows:

I.

The Insurance Master Consolidated Class Action Complaint consolidated several putative class actions, one of which was *Abadie, et al vs. Aegis, et al.,* No. 06-5164. By virtue of this Court's Order dated March 16, 2007 [Doc. 3426}, the Insurance Master Class Action Consolidated Complaint was stayed. To date, no known order lifting that stay has been entered.

II.

Linda Gaspard and Madelyn Cochrane were named plaintiffs in the putative class action lawsuit styled as *Abadie, et al vs. Aegis, et al.,* No. 06-5164.

III.

Linda Gaspard and Madelyn Cochrane also appear as named plaintiffs in the Insurance Master Consolidated Class Action Complaint.

IV.

Linda Gaspard and Madelyn Cochrane aver that their claims, as originally presented in *Abadie, et al vs. Aegis, et al.,* No. 06-5164, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling have been amicably resolved.

V.

Because Gaspard and Cochrane's claims are presented in *Abadie, et al vs. Aegis, et al.,* No. 06-5164, have been resolved there is no basis for them to continue asserting those same claims against USAA CIC in the Insurance Master Consolidated Class Action Complaint.

VI.

Accordingly, Linda Gaspard and Madelyn Cochrane on the one hand and USAA CIC on the other hand jointly move this Court for entry of an order (1) lifting the stay order in effect solely for the purpose of addressing this motion and (2) dismissing all of Linda Gaspard and Madelyn Cochrane's claims asserted against USAA CIC from the Insurance Master Consolidated Class Action Complaint with prejudice.

VII.

Accordingly, both undersigned counsel aver that there are no remaining plaintiffs in the Insurance Master Consolidated Class Action Complaint with claims against USAA Casualty Insurance Company. As such, both undersigned counsel move this court for entry of an order terminating USAA CIC as a defendant in the Insurance Master Consolidated Class Action Complaint.

**WHEREFORE,** plaintiffs Linda Gaspard and Madelyn Cochrane, and Defendant USAA Casualty Insurance Company pray that this Court enter an order which (1) temporarily lifts the stay of the Insurance Master Class Action Consolidated Complaint solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of the claims of Linda Gaspard and Madelyn Cochrane including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling by their respective insurers.

Furthermore, plaintiffs and defendants pray for entry of an order terminating USAA Casualty Insurance Company as a defendant to the Insurance Master Class Action Consolidated Complaint because there are no named plaintiffs in the Insurance Master Class Action Consolidated Complaint with claims against it.

Respectfully submitted,

/s/ Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar #3604**
**Plaintiff's Liaison Counsel**
Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, La 70113
Telephone: (504) 561-6776
Facsimile:  (504) 561-6775
E-Mail: jbruno@jbrunolaw.com

And

/s/ Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendant's Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, La 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: rhubbard@lawla.com

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the 10th day of February 2009, a copy of the foregoing JOINT MOTION FOR THE PURPOSE OF TEMPORARILY LIFTING THE STAY ORDER AND DISMISSAL OF THE CLAIMS OF LINDA GASPARD AND MADELYN COCHRANE WITH PREJUDICE was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

                 /s/ Joseph M. Bruno

                 /s/ Ralph S. Hubbard