UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF EXPERT REPORT AMENDMENT

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008.  Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts:  John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff.  *See* Doc. Rec. No. 16833. Subsequently, the United States provided notice of an expert report amendment for Steven Fitzgerald on December 23, 2008.  *See* Doc. Rec. No. 16842.  Moreover, the United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In Re: Katrina Canal Breaches Consolidated Litigation.  See* Doc. Rec. No. 16908.

During the deposition of Mr. Barras on February 6, 2009, the United States noted that the following documents were inadvertantly omitted during the United States' production of Mr. Barras' expert report:

A.  Attachment 1:  Classification Table for Coastal Louisiana, 1956 and 1978 National Wetlands Inventory Cowardin Habitat Codes,  Aggregation Table Level One Classes, Finalized for the U.S. Minerals Management Serive Project, Environmental Characteristics and Habitat Change for the Louisiana Coastal Zone.  In a Study of Marsh Management Practice in Coastal Louisiana.

B.  Attachment 2: Classification Aggregation Table for U.S. Fish & Wildlife Service, National Wetland Research Center, 1988 National Wetlands Inventory Cowardin Wetland Habitat Codes.

C. Attachment 3: Aggregated 1988 U.S. Fish & Wildlife Service, National Wetlands Research Center, Habitat Codes to Level One Land Cover Classes.

D.  One page list of cites authored by John Barras and dated February 9, 2009.

Accordingly, the United States is hereby providing notice that these documents are being produced within the following Bates ranges in the manner specified in its Document Production Protocol (Doc Rec. No. 5368):

XJB-002-000000001 - XJB-002-000000012

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 10, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on February 10, 2009, I served a true copy of the United States' Notice of Expert Report Amendment upon the Plaintiffs by ECF.


    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.