PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XJB | 002 | XJB-002-000000001 | XJB-002-000000012 | Expert Witness | John Barras | KC1017 | 2/10/2009 | Robinson | Supplemental Production from Expert Report and Related Documents of John Barras produced on 12/22/08 |