UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br>Master Class Action Consolidated<br>Complaint, Record Doc. No. 3413 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
|---|---|---|

**O R D E R**

Upon considering the Motion of Defendants for leave to file a Reply Memorandum in support of Defendants' Motion to Strike Class Action Allegations from Insurance Master Complaint;

**IT IS ORDERED** that the motion is granted and the Reply Memorandum be filed into the record.

New Orleans, Louisiana, this __9th__ day of February, 2009.

_____
JUDGE