COPY

## INTRODUCTION

 The St. Paul

This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number:  GP06301698

ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST. PAUL MN 55102-1118

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company**. We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

LEVEE DISTRICT
BOARD OF COMMISSIONERS OF THE EAST
203 PLAUCHE COURT
HARAHAN LA 70123

\*\*\*INSURED NAMES CONTINUED ON BACK\*\*\*

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 01/01/05 and will continue until 01/01/06

Your former policy number is automatically replaced:  GP06301136

Your premium for the policy period shown is:        $300,515.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

INCLUDES UMBRELLA EXCESS PREMIUM
FEDERAL EMPLOYER
IDENTIFICATION NUMBER:  720854044

Our authorized representative is:
1710203
ALVAREZ-DONNAWAY-PASSONS INC
P.O. BOX  9462
METAIRIE LA 70055

*Jay S. Fishman*
President

Authorized Representative            Date

*Secretary*

Processing Date 01/24/05   13:40   001

40800 Ed. 5-87 Printed in U.S.A.                    Introduction
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved            Page   1


DEFENDANT'S
EXHIBIT
B

**COPY**

## PUBLIC ENTITY GENERAL LIABILITY PROTECTION COVERAGE SUMMARY

The**St.Paul**

 This Coverage Summary shows the limits of coverage that apply to your Public Entity General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | |
|---|---|
| **General total limit.** | $ 1,000,000 |
| **Products and completed work total limit.** | $ 1,000,000 |
| **Personal injury each person limit.** | $ 1,000,000 |
| **Advertising injury each person limit.** | $ 1,000,000 |
| **Each event limit.** | $ 0 |
| *Failure to supply limit.* | $ 0 |
| *Medical expenses limit.* | $ 0 |
| *Premises damage limit.* | $ 0 |
| *Sewer back-up limit.* | $ 0 |

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms List.

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301698 | **Effective Date** 01/01/05 |
| BOARD OF COMMISSIONERS OF THE EAST | **Processing Date** 01/24/05   13:40   001 | |

G0208 Ed.10-97 Printed in U.S.A.      Coverage Summary
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved      Page   1

TRV-LDE-00069

**COPY**



**UMBRELLA EXCESS LIABILITY PROTECTION
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of
coverage and deductible that apply to your
Umbrella Excess Liability Protection.  It also
lists those endorsements, if any, that must have
certain information shown for them to apply.

**Limits Of Coverage**

| | |
|---|---|
| **General total limit.** | $ 4,000,000. |
| **Products and completed work total limit.** | $ 4,000,000. |
| **Personal injury each person limit.** | $ 4,000,000. |
| **Advertising Injury each person limit.** | $ 4,000,0000 |
| **Each event limit.** | $ 4,000,000. |

**Deductible**                              $ 10,000.
(This deductible applies to each event or
offense not covered by your Basic Insurance.)



**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table.  The required information follows the name of each such endorsement.  Other
endorsements may apply too.  If so, they're listed on the Policy Forms List.

**Name of Insured**                   **Policy Number** GP06301698        **Effective Date** 01/01/05
BOARD OF COMMISSIONERS OF THE EAST        **Processing Date** 01/24/05   13:40   001

E0119 Ed. 3-96 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved                 Page   1

TRV-LDE-00184



COPY

**INTRODUCTION**



The**St.Paul**

This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number:  GP06300925

ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST. PAUL MN 55102-1118

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

LEVEE DISTRICT
ORLEANS LEVEE DISTRICT
6920 FRANKLIN AVENUE
NEW ORLEANS LA 70122

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 11/01/04 and will continue until 11/01/05 .

Your former policy number is automatically replaced:  GP06300925

Your premium for the policy period shown is:       $536,206.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

INCLUDES UMBRELLA EXCESS PREMIUM
FEDERAL EMPLOYER
IDENTIFICATION NUMBER:   111111111

Our authorized representative is:
1701641
MORRISON INSURANCE AGENCY INC
P.O. BOX  8860
METAIRIE LA 70011

*Jay S. Fishman*
*President*

Authorized Representative          Date

*Secretary*

Processing Date 11/19/04   15:29   001

TRV-OLD-00001

**COPY**

**PUBLIC ENTITY GENERAL LIABILITY PROTECTION
COVERAGE SUMMARY**

The **StPaul**

This Coverage Summary shows the limits of
coverage that apply to your Public Entity
General Liability Protection.  It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

**Limits Of Coverage**

| | | |
|---|---|---|
| General total limit. | $ | 1,000,000 |
| Products and completed work total limit. | $ | 1,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Failure to supply limit.* | $ | 0 |
| *Medical expenses limit.* | $ | 0 |
| *Premises damage limit.* | $ | 100,000 |
| *Sewer back-up limit.* | $ | 0 |

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply
are named in this table.  The required information follows the name of each such endorsement.
Other endorsements may apply too.  If so, they're listed on the Policy Forms List.

PSS General Liability Self-Insured Retention Endorsement
  Self Insured Retentions
  Personal Injury Each Person Retention:        $50,000
  Advertising Injury Each Person Retention;     $50,000
  Each Event Retention:                         $50,000
   *SIR applies for all G.L. except roads & bridges, existence, maintenance &
     design

  Self Insured Retentions
  Personal Injury Each Person Retention:        $250,000
  Advertising Injury Each Person Retention:     $250,000
  Each Event Retention:                         $250,000
   *SIR applies to roads & bridges, existence, maintenance & design

PSS Described Person Or Organization Endt - Addl Protected Persons
  Described Person or Organization
  Any person or organization is an additional protected person as required
  by covered contract and evidenced by certificate of insurance on file
  with company.

| Name of Insured | Policy Number GP06300925 | Effective Date 11/01/04 |
|---|---|---|
| ORLEANS LEVEE DISTRICT | Processing Date 11/19/04  15:29  001 | |

G0208 Ed.10-97 Printed in U.S.A.                      Coverage Summary
®St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved                Page   1

TRV-OLD-00034

**PUBLIC SECTOR SERVICES**
**UMBRELLA EXCESS LIABILITY PROTECTION**
**COVERAGE SUMMARY**

The**StPaul**



This Coverage Summary shows the limits of coverage and deductible that apply to your Umbrella Excess Liability Protection.  It also lists those endorsements, if any, that must have certain information shown for them to apply.

## Limits Of Coverage

| | |
|---|---|
| **General total limit.** | $ 9,000,000 |
| **Products and completed work total limit.** | $ 9,000,000 |
| **Personal injury each person limit.** | $ 9,000,000 |
| **Advertising injury each person limit.** | $ 9,000,000 |
| **Law enforcement liability each wrongful act limit.** | $ 9,000,000 |
| **Each event limit.** | $ 9,000,000 |

**Deductible**      $ 10,000
(This deductible applies to each event or offense not covered by your Basic Insurance.)

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table.  The required information follows the name of each such endorsement.  Other endorsements may apply too.  If so, they're listed on the Policy Forms List.

Described Premises Exclusion Endorsement—Umbrella Excess Liability
 Described Premises Exclusion
   Marina
   Fuel Farm

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06300925 | **Effective Date** 11/01/04 |
| ORLEANS LEVEE DISTRICT | **Processing Date** 11/19/04   15:29   001 | |

E0113 Ed. 9-95 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved                    Page    1