UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES** | SECTION "K" (2) |
| **CONSOLIDATED LITIGATION** | |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

---

**PERTAINS TO:**

| | |
|---|---|
| **LEVEE & MRGO** | (Union Ltd. P'ship, No. 07-4959) |
| | (Redemptorist Ltd. P'ship, No. 07-4970) |
| | (Miller, No. 07-4975) |
| | (Southpoint Technologies, LLC, No. 07-4992) |
| | (Union Ltd. P'ship, No. 07-5318) |
| | (Miller, No. 07-5346) |
| | (Redemptorist Ltd. P'ship, No. 07-5354) |
| | (Southpoint Technologies, LLC, No. 07-5371) |
| | |
| **LEVEE** | (Wells, No. 07-4973) |
| | (Wells, No. 07-5322) |
| | |
| **MRGO** | (Sloan, No. 07-5013) |
| | (Sloan, No. 07-5344) |

---

**MOTION TO SUBSTITUTE COUNSEL**

Plaintiffs in the following consolidated matters:

- Union Limited Partnership, 800 Canal Street Limited Partnership, Historic Restoration, Inc., EFL Hotel Operating Company, LLC, Eleventh Floor Lodging, LLC, and Commerce Building Condominium Association, Inc. (07-4959, 07-5318);

- Redemptorist Limited Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel Investors Limited Partnership (07-4970, 07-5354);

- King S. Wells, Sr. and Helen C. Wells (07-4973, 07-5322);

- Ammon L. Miller, Jr. (07-4975, 07-5346);

- Southpoint Technologies LLC (07-4992, 07-5371); and

- Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah (07-5013, 07-5344),

move this Court to substitute Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay these cases.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Union Limited Partnership, 800 Canal Street Limited Partnership, Historic Restoration, Inc., EFL Hotel Operating Company, LLC, Eleventh Floor Lodging, LLC, and Commerce Building Condominium Association, Inc. (07-4959, 07-5318);

- Redemptorist Limited Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel Investors Limited Partnership (07-4970, 07-5354); and

- King S. Wells, Sr. and Helen C. Wells (07-4973, 07-5322).

James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for the following Plaintiffs:

- Ammon L. Miller, Jr. (07-4975, 07-5346);

- Southpoint Technologies LLC (07-4992, 07-5371); and

- Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah (07-5013, 07-5344).

s/ James M. Garner

_____
JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR UNION LIMITED PARTNERSHIP; 800 CANAL STREET LIMITED PARTNERSHIP; HISTORIC RESTORATION, INC.; EFL HOTEL OPERATING COMPANY, LLC; ELEVENTH FLOOR LODGING, LLC; COMMERCE BUILDING CONDOMINIUM ASSOCIATION, INC.; REDEMPTORIST LIMITED PARTNERSHIP; LGD RENTAL I, LLC; 800 IBERVILLE STREET LIMITED PARTNERSHIP; SOUTH PETERS HOTEL INVESTORS LIMITED PARTNERSHIP; KING S. WELLS, SR.; and HELEN C. WELLS**

s/ James M. Garner

_____
JAMES M. GARNER #19589, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR AMMON L. MILLER, JR.; SOUTHPOINT TECHNOLOGIES LLC; HAROLD T. SLOAN, both individually and on behalf of his minor child, ZACHARY SLOAN; BAMBI G. SHAMAH; MICHELLE SHAMAH; and MEGAN SHAMAH**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                s/ James M. Garner
                                                _____
                                                JAMES M. GARNER