UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**
**LEVEE & MRGO**   (Dillard University, No. 07-4948)
                  (Dillard University, No. 07-5359)

### MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, Dillard University, Dillard University Apartments, Ltd., and Gentilly Gardens Corporation [collectively "Plaintiffs"], move this Court to substitute Ashley G. Coker of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay these cases.

James M. Garner and Peter L. Hilbert, Jr. of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
PETER L. HILBERT, JR. #6875
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR DILLARD UNIVERSITY;
DILLARD UNIVERSITY APARTMENTS, LTD.;
and GENTILLY GARDENS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER