UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**

**LEVEE & MRGO**   (C. Adler, No. 07-4967)
(Adler as Trustee of Coleman E. Adler, II Children's Trust, No. 07-4991)
(Adler's Special Account, No. 07-4993)
(Adler as Trustee of Coleman E. Adler, II Children's Trust, No. 07-5329)
(Adler's Special Account, No. 07-5345)
(C. Adler, No. 07-5376)

**LEVEE**   (A. Adler, No. 07-4977)
(Davis, No. 07-5009)
(Davis, No. 07-5314)
(A. Adler, No. 07-5369)

**MRGO**   (Bell, No. 07-4965)
(Keppel, No. 07-5007)
(Bell, No. 07-5327)
(Keppel, No. 07-5343)

### MOTION TO SUBSTITUTE COUNSEL

Plaintiffs in the following consolidated matters:

- Karen D. Bell (07-4965, 07-5327);

- Coleman E. Adler, II (07-4967, 07-5376);

- Annette M. Adler (07-4977, 07-5369);

- Coleman E. Adler, II as Trustee and on behalf of the Coleman E. Adler, II Children's Trust (07-4991, 07-5329);

- Adler's Special Account (07-4993, 07-5345);

- Dr. Frederick Keppel and Dr. Frederick Keppel, a Professional Medical Corporation (07-5007, 07-5343); and

- Claire B. Davis (07-5009, 07-5314),

move this Court to substitute Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay these cases.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Coleman E. Adler, II (07-4967, 07-5376);

- Annette M. Adler (07-4977, 07-5369);

- Coleman E. Adler, II as Trustee and on behalf of the Coleman E. Adler, II Children's Trust (07-4991, 07-5329); and

- Adler's Special Account (07-4993, 07-5345).

2

James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for the following Plaintiffs:

- Karen D. Bell (07-4965, 07-5327);

- Dr. Frederick Keppel and Dr. Frederick Keppel, a Professional Medical Corporation (07-5007, 07-5343); and

- Claire B. Davis (07-5009, 07-5314).


s/ James M. Garner

_____
JAMES M. GARNER #19589, T.A.
DARNELL BLUDWORTH #18801
RAYMOND C. LEWIS #31236
**SHER GARNER CAHILL RICHTER
 KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR COLEMAN E. ADLER, II; ANNETTE M. ADLER; COLEMAN E. ADLER, II as Trustee and on behalf of the COLEMAN E. ADLER, II CHILDREN'S TRUST; and ADLER'S SPECIAL ACCOUNT**

s/ James M. Garner

_____
JAMES M. GARNER #19589, T.A.
RAYMOND C. LEWIS #31236
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR KAREN D. BELL; DR. FREDERICK KEPPEL; DR. FREDERICK KEPPEL, A PROFESSIONAL MEDICAL CORPORATION; and CLAIRE B. DAVIS**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 10, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                s/ James M. Garner
                                                                _____
                                                                JAMES M. GARNER