UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

_____

**PERTAINS TO:**

LEVEE & MRGO   (Union Ltd. P'ship, No. 07-4959)
                           (Redemptorist Ltd. P'ship, No. 07-4970)
                           (Miller, No. 07-4975)
                           (Southpoint Technologies, LLC, No. 07-4992)
                           (Union Ltd. P'ship, No. 07-5318)
                           (Miller, No. 07-5346)
                           (Redemptorist Ltd. P'ship, No. 07-5354)
                           (Southpoint Technologies, LLC, No. 07-5371)

LEVEE      (Wells, No. 07-4973)
               (Wells, No. 07-5322)

MRGO      (Sloan, No. 07-5013)
              (Sloan, No. 07-5344)

_____

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiffs in the following consolidated matters:

- Union Limited Partnership, 800 Canal Street Limited Partnership, Historic Restoration, Inc., EFL Hotel Operating Company, LLC, Eleventh Floor Lodging, LLC, and Commerce Building Condominium Association, Inc. (07-4959, 07-5318);

- Redemptorist Limited Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel Investors Limited Partnership (07-4970, 07-5354);

- King S. Wells, Sr. and Helen C. Wells (07-4973, 07-5322);

- Ammon L. Miller, Jr. (07-4975, 07-5346);

- Southpoint Technologies LLC (07-4992, 07-5371); and

- Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Union Limited Partnership, 800 Canal Street Limited Partnership, Historic Restoration, Inc., EFL Hotel Operating Company, LLC, Eleventh Floor Lodging, LLC, and Commerce Building Condominium Association, Inc. (07-4959, 07-5318);

- Redemptorist Limited Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel Investors Limited Partnership (07-4970, 07-5354); and

- King S. Wells, Sr. and Helen C. Wells (07-4973, 07-5322).

James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for the following Plaintiffs:

- Ammon L. Miller, Jr. (07-4975, 07-5346);

- Southpoint Technologies LLC (07-4992, 07-5371); and

- Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E