UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES** | SECTION "K" (2) |
| **CONSOLIDATED LITIGATION** | |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**LEVEE & MRGO**   (Cl. Robert, No. 07-5001)
　　　　　　　　　(Cl. Robert, No. 07-5341)

**LEVEE**   (Ch. Robert, No. 07-4974)

**MRGO**   (Haydel, No. 07-4980)
　　　　　(Haydel, No. 07-5374)

## MOTION TO SUBSTITUTE COUNSEL

Plaintiffs in the following consolidated matters:

- Chad S. Robert, Sr., Esme Louise Robert, and Chad S. Robert, Jr. (07-4974);

- Clara Mae S. Haydel and Cliff S. Robert, Jr. (07-4980, 07-5374); and

- Cliff S. Robert, Sr. and Cecilia H. Robert (07-5001, 07-5341),

move this Court to substitute Ryan O. Luminais of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay these cases.

James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
MARTHA Y. CURTIS #20466
RYAN O. LUMINAIS #30605
**SHER GARNER CAHILL RICHTER KLEIN &
 HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR CHAD S. ROBERT, SR.;
ESME LOUISE ROBERT; CHAD S. ROBERT,
JR.; CLARA MAE S. HAYDEL; CLIFF S.
ROBERT, JR.; CLIFF S. ROBERT, SR.; and
CECILIA H. ROBERT**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        s/ James M. Garner
                                        _____
                                        JAMES M. GARNER