UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**

**LEVEE & MRGO**   (Cl. Robert, No. 07-5001)
                               (Cl. Robert, No. 07-5341)

**LEVEE**   (Ch. Robert, No. 07-4974)

**MRGO**   (Haydel, No. 07-4980)
                  (Haydel, No. 07-5374)

### O R D E R

Considering the Motion to Substitute Counsel filed by Plaintiffs in the following consolidated matters:

- Chad S. Robert, Sr., Esme Louise Robert, and Chad S. Robert, Jr. (07-4974);

- Clara Mae S. Haydel and Cliff S. Robert, Jr. (07-4980, 07-5374); and

- Cliff S. Robert, Sr. and Cecilia H. Robert (07-5001, 07-5341):

IT IS ORDERED that Ryan O. Luminais of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E