UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

LEVEE      (Tanner, No. 07-4990)

MRGO      (Marrero Land & Improvement Ass'n Ltd., No. 07-5011)
               (Marrero Land & Improvement Ass'n Ltd., No. 07-5366)

### MOTION TO SUBSTITUTE COUNSEL

Plaintiffs in the following consolidated matters:

• Valencia Tanner (07-4990); and

• the Marrero Land and Improvement Association Limited (07-5011, 07-5366),

move this Court to substitute Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  The proposed substitution of counsel will not delay these cases.

James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
MARTHA Y. CURTIS #20466
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR VALENCIA TANNER; and
THE MARRERO LAND AND IMPROVEMENT
ASSOCIATION LIMITED**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER