UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**

**LEVEE**       (Tanner, No. 07-4990)

**MRGO**       (Marrero Land & Improvement Ass'n Ltd., No. 07-5011)
           (Marrero Land & Improvement Ass'n Ltd., No. 07-5366)

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiffs in the following consolidated matters:

- Valencia Tanner (07-4990); and

- the Marrero Land and Improvement Association Limited (07-5011, 07-5366):

IT IS ORDERED that Matthew C. Clark of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.  James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E