UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re                                              CIVIL ACTION NO. 05-4182

KATRINA CANAL BREACHES                             SECTION "K" (2)
CONSOLIDATED LITIGATION
                                                   JUDGE DUVAL

                                                   MAGISTRATE JUDGE WILKINSON

_____

PERTAINS TO:

LEVEE & MRGO    (Hurwitz Mintz Finest Furniture Store South, L.L.C., No. 07-4560)
                (Imperial Trading Co., No. 07-4997)
                (United Restaurant Entities, L.L.C., No. 07-5008)
                (Imperial Trading Co., No. 07-5323)
                (United Restaurant Entities, L.L.C., No. 07-5342)

LEVEE       (Mintz, No. 07-4559)

_____

<u>MOTION TO SUBSTITUTE COUNSEL</u>

Plaintiffs in the following consolidated matters:

•    Mitchell Mintz (07-4559);

•    Hurwitz Mintz Finest Furniture Store South, LLC, d/b/a Hurwitz Mintz Furniture

     Co., and Airridge Investors, LLC (07-4560);

- Imperial Trading Co., L.L.C. (07-4997, 07-5323); and

- United Restaurant Entities, L.L.C. (07-5008, 07-5342),

move this Court to substitute Andrew R. Capitelli of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. The proposed substitution of counsel will not delay these cases.

James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Mitchell Mintz (07-4559); and

- Hurwitz Mintz Finest Furniture Store South, LLC, d/b/a Hurwitz Mintz Furniture Co., and Airridge Investors, LLC (07-4560).

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Imperial Trading Co., L.L.C. (07-4997, 07-5323); and

- United Restaurant Entities, L.L.C. (07-5008, 07-5342).

2

s/ James M. Garner                                        s/ James M. Garner
_____          _____
JAMES M. GARNER #19589, T.A.                 JAMES M. GARNER #19589, T.A.
MARTHA Y. CURTIS #20466                       DARNELL BLUDWORTH #18801
ANDREW R. CAPITELLI #31649                   ANDREW R. CAPITELLI #31649
**SHER GARNER CAHILL RICHTER**          **SHER GARNER CAHILL RICHTER**
  **KLEIN & HILBERT, L.L.C.**                     **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor       909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112                      New Orleans, Louisiana 70112
Telephone: (504) 299-2100                          Telephone: (504) 299-2100
Facsimile: (504) 299-2300                           Facsimile: (504) 299-2300
**ATTORNEYS FOR MITCHELL MINTZ;**      **ATTORNEYS FOR IMPERIAL**
**HURWITZ MINTZ FINEST FURNITURE**   **TRADING CO., L.L.C.; and UNITED**
**STORE SOUTH, LLC, d/b/a HURWITZ**    **RESTAURANT ENTITIES, L.L.C.**
**MINTZ FURNITURE CO.; and**
**AIRRIDGE INVESTORS, LLC**

## CERTIFICATE OF SERVICE

   I hereby certify that on February 10, 2009 a copy of the above and foregoing has been filed

electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

           s/ James M. Garner
           _____
           JAMES M. GARNER

3