UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**

**LEVEE & MRGO**  (Hurwitz Mintz Finest Furniture Store South, L.L.C., No. 07-4560)
(Imperial Trading Co., No. 07-4997)
(United Restaurant Entities, L.L.C., No. 07-5008)
(Imperial Trading Co., No. 07-5323)
(United Restaurant Entities, L.L.C., No. 07-5342)

**LEVEE**  (Mintz, No. 07-4559)

### O R D E R

Considering the Motion to Substitute Counsel filed by Plaintiffs in the following consolidated matters:

- Mitchell Mintz (07-4559);

- Hurwitz Mintz Finest Furniture Store South, LLC, d/b/a Hurwitz Mintz Furniture

- Co., and Airridge Investors, LLC (07-4560);

- Imperial Trading Co., L.L.C. (07-4997, 07-5323); and

- United Restaurant Entities, L.L.C. (07-5008, 07-5342):

IT IS ORDERED that Andrew R. Capitelli of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Mitchell Mintz (07-4559); and

- Hurwitz Mintz Finest Furniture Store South, LLC, d/b/a Hurwitz Mintz Furniture Co., and Airridge Investors, LLC (07-4560).

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Imperial Trading Co., L.L.C. (07-4997, 07-5323); and

- United Restaurant Entities, L.L.C. (07-5008, 07-5342).

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E