UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  MRGO, <u>Robinson</u>, 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiffs' Motion to Compel Discovery, Record Doc. No. 17544

O R D E R E D:

 XXX :  DISMISSED AS MOOT.  Counsel for movants has advised the court (by letter filed separately in the record) that the referenced motion is moot.

New Orleans, Louisiana, this   11th   day of February, 2009.

*[signature]*

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE