UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| INSURANCE (Johnson, No. 07-3842) | * | |

## ORDER OF DISMISSAL

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the claims of plaintiff, Bennie Frank Johnson, against defendant, The Standard Fire Insurance Company, and the incorrectly named entities, St. Paul Travelers Group, and The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, one of the Travelers Property and Casualty [Insurance] Companies, asserted in Docket No. 07-3842, be and the same are hereby dismissed, with prejudice, with each party to bear its own costs. ,

Thus done and signed at New Orleans, Louisiana this __10th__ day of __February__, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge