UNITED STATES DISTRICT CORUT
EASTERN DISTRICT OF LOUISIANA

IN RE:    KATRINA CANAL BREACHES           CIVIL ACTION
              CONSOLIDATED LITIGATION

                                                                    NO. 05-4182

                                                                    SECTION "K"(2)

FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
            05-6073, 05-6314, 05-6324, 05-6327, 05-6369
            06-0020, 06-1885, 06-0225, 06-0886, 06-11028,
            06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
            06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
            06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
            07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
            and 07-1289

## ORDER

Due to a conflict in the Court's schedule, the hearings on the "Motion to Dismiss Claims Against Sewerage and Water Board of New Orleans" filed on behalf of Levee Plaintiffs' Subgroup Litigation Committee (Doc. 17506) and the "Motion for Summary Judgment" filed on behalf of defendant Sewerage and Water Board of New Orleans (Doc. 16843) presently scheduled for February 27, 2008, are hereby continued until **March 4, 2009**, at **9:30 a.m.**

New Orleans, Louisiana, this 10th day of February, 2009.

                                                    STANWOOD R. DUVAL, JR.
                                              UNITED STATES DISTRICT JUDGE