UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| Mumford        05-5724 | * | |
| Lagarde        06-5342 | * | |
| Boutte         05-5531 | * | JUDGE |
| Perry          06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit         06-7516 | * | |
| Parfait Family 07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

EX PARTE JOINT MOTION OF BARGE PLAINTIFFS PSLC AND
LAFARGE NORTH AMERICA INC. TO MODIFY
CASE MANAGEMENT AND SCHEDULING ORDER NO. 7

Barge Plaintiffs PSLC ("Barge Plaintiffs") and Lafarge North America Inc. ("LNA") jointly move for a modification of certain deadlines contained in Case Management and Scheduling Order No. 7 (Doc. 12935) in furtherance of the efficient adjudication of this matter.

1. The parties propose a limited exception to the Court's deadlines for the disclosure of merits expert reports which are due on March 16, 2009 (plaintiffs) and April 13, 2009 (defendants). In particular, the parties propose that the deadline for the expert report of James Kilpatrick for the plaintiffs, and any responsive expert report for the defendants, be postponed. Barge Plaintiffs and LNA have agreed that they will not present any testimony or evidence developed by Dr. Kilpatrick in the context of the individual trials that are currently set to begin in

July 2009. The parties wish to clarify that expert discovery as to Dr. Kilpatrick will be governed by such orders at the Court may set regarding either a future class action trial or future individual trials occurring subsequent to the individual trials set to begin in July, 2009.

2. The parties propose to modify the deadlines for final witness lists and fact depositions so that the cutoff for fact depositions would move from March 9, 2009 to March 31, 2009, and the cutoff for witness lists would move from February 16, 2009 to April 1, 2009. The parties concur that having a few extra weeks to complete fact depositions would be useful and would not interfere with the Court's trial date or other milestone deadlines. The parties also agree that moving the deadline for final witness lists would allow them to take advantage of the deposition discovery taken during this period.

3. The parties propose to modify the deadline for filing summary judgment motions so that the deadline for summary judgment motions and supporting materials would move from March 1, 2009 to May 4, 2009, with opposition papers due on May 22, 2009 and reply papers due on June 1, 2009. This modification is necessary to permit the filing of summary judgment motions after the completion of expert discovery, which will be relevant to the issues that would likely be raised by way of summary judgment.

4. All other deadlines in Case Management Order No. 7 would remain unchanged. A proposed form of order is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Shawn Khorrami |
| Robert B. Fisher, Jr., T.A. (#5587) | Shawn Khorrami |
| Derek A. Walker (#13175) | **Khorrami Pollard & Abir, LLP** |
| Ivan M. Rodriguez (#22574) | 444 S. Flower Street 33rd Floor |
| **CHAFFE MCCALL, L.L.P.** | Los Angeles, CA 90071 |
| 2300 Energy Centre | **Tel** 213.596.6000 **Fax** 213.596.6010 |
| 1100 Poydras Street |  |
| New Orleans, LA 70163-2300 | *Attorneys for Barge Plaintiffs PSLC* |
| Telephone: (504) 585-7000 |  |
| Facsimile: (504) 585-7075 |  |
| Fisher@chaffe.com |  |
| Walker@chaffe.com |  |
| Harrison@chaffe.com |  |

   /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

February 11, 2009

## Certificate of Service

I hereby certify that I have on this 11th day of February, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/ John D. Aldock