UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO: <br> INSURANCE MASTER CONSOLIDATED <br> CLASS ACTION COMPLAINT | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br> <br> SECTION "K"(2) |

*******************************************

## ORDER

      Considering the foregoing Joint Motion and Incorporated Memorandum to Temporarily Lift the Stay Order and For Dismissal of the Claims of Linda Gaspard and Madelyn Cochrane filed by Linda Gaspard, Madelyn Cochrane, and USAA Casualty Insurance Company;

      **IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order dated March 16, 2007 [Doc. 3426] temporarily lifted for the sole purpose of addressing the aforementioned mention motion only;

      **IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Linda Gaspard and Madelyn Cochrane asserted in the Insurance Master Class Action Consolidated Complaint, including without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against USAA Casualty Insurance Company are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that as a result of the foregoing dismissal with prejudice in the preceding paragraph, there are no plaintiffs in the Insurance Master Class Action Consolidated Complaint with claims asserted against USAA Casualty Insurance Company and it should be terminated as a defendant to the Insurance Master Class Action Consolidated Complaint.

New Orleans, Louisiana, this 11th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE