UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES** | SECTION "K" (2) |
| **CONSOLIDATED LITIGATION** | |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**LEVEE & MRGO**  (Union Ltd. P'ship, No. 07-4959)
(Redemptorist Ltd. P'ship, No. 07-4970)
(Miller, No. 07-4975)
(Southpoint Technologies, LLC, No. 07-4992)
(Union Ltd. P'ship, No. 07-5318)
(Miller, No. 07-5346)
(Redemptorist Ltd. P'ship, No. 07-5354)
(Southpoint Technologies, LLC, No. 07-5371)

**LEVEE**  (Wells, No. 07-4973)
(Wells, No. 07-5322)

**MRGO**  (Sloan, No. 07-5013)
(Sloan, No. 07-5344)

**O R D E R**

Considering the Motion to Substitute Counsel filed by Plaintiffs in the following consolidated matters:

- Union Limited Partnership, 800 Canal Street Limited Partnership, Historic Restoration, Inc., EFL Hotel Operating Company, LLC, Eleventh Floor Lodging, LLC, and Commerce Building Condominium Association, Inc. (07-4959, 07-5318);

- Redemptorist Limited Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel Investors Limited Partnership (07-4970, 07-5354);

- King S. Wells, Sr. and Helen C. Wells (07-4973, 07-5322);

- Ammon L. Miller, Jr. (07-4975, 07-5346);

- Southpoint Technologies LLC (07-4992, 07-5371); and

- Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah:

IT IS ORDERED that Raymond C. Lewis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as Plaintiffs' counsel of record in place of Ellen P. Dunbar, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

James M. Garner and Darnell Bludworth of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remain as additional counsel of record for the following Plaintiffs:

- Union Limited Partnership, 800 Canal Street Limited Partnership, Historic Restoration, Inc., EFL Hotel Operating Company, LLC, Eleventh Floor Lodging, LLC, and Commerce Building Condominium Association, Inc. (07-4959, 07-5318);

- Redemptorist Limited Partnership, LGD Rental I, LLC, 800 Iberville Street Limited Partnership, and South Peters Hotel Investors Limited Partnership (07-4970, 07-5354); and

- King S. Wells, Sr. and Helen C. Wells (07-4973, 07-5322).

James M. Garner of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. remains as additional counsel of record for the following Plaintiffs:

- Ammon L. Miller, Jr. (07-4975, 07-5346);

- Southpoint Technologies LLC (07-4992, 07-5371); and

- Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah.

New Orleans, Louisiana, this 11th day of February, 2009.

_____
JUDGE