UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008.  Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts:  John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff.  *See* Doc. Rec. No. 16833. Subsequently, the United States provided notice to the Plaintiffs of expert report amendments regarding Steven Fitzgerald on December 23, 2008, and for John Barras on February 10, 2009. *See* Doc. Rec. Nos. 16842 and 17663, respectively.  Moreover, the United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In Re: Katrina Canal Breaches Consolidated Litigation.  See* Doc. Rec. No. 16908.

As noted in the United States' December 22, 2008, Notice of Production, the Plaintiffs were instructed to contact United States counsel after they reviewed the expert reports to obtain any evidence that they may require that was relied upon by the experts when they drafted their

reports.  Accordingly, on January 19, 2009, the Plaintiffs requested information from Mr.

Ebersole regarding the "dataset of boreholes used by Dally."  Therefore, the United States is

producing to the Plaintiffs all of the materials held by Mr. Ebersole related to the William Dally

report within the following Bates ranges in the manner specified in its: (1) ESI Production

Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document

Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In

addition, all ESI produced in this matter is produced in accordance with the Court's Order

Authorizing and Requiring the United States to Produce Personal Identifying Information

Contained Within Electronically Stored Information and Prohibiting all Parties From

Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

XBE-002-000000001 thru XBE-002-000000010

       Respectfully submitted,

       MICHAEL F. HERTZ
       Acting Assistant Attorney General

       PHYLLIS J. PYLES
       Director, Torts Branch

       JAMES G. TOUHEY, JR.
       Assistant Director, Torts Branch

        s/ James F. McConnon, Jr.    
       JAMES F. McCONNON, JR.
       Trial Attorney, Torts Branch, Civil Division
       U.S. Department of Justice
       Benjamin Franklin Station, P.O. Box 888
       Washington, D.C.  20044
       (202) 616-4400 / (202) 616-5200 (Fax)
       Attorneys for the United States

Dated: February 12, 2009

2

**<u>CERTIFICATE OF SERVICE</u>**

I, James F. McConnon, Jr., hereby certify that on February 12, 2009, I served a true copy

of the United States' Notice of Production upon the Plaintiffs by ECF.


    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.