PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XBE | 002 | XBE-002-000000001 | XBE-002-000000010 | Expert Witness | Bruce Ebersole | KC1018 | 2/12/2009 | Robinson | Supplemental Production from Expert Report and Related Documents of Bruce Ebersole regarding Dally materials originally produced on 12/22/08. |