**MINUTE ENTRY**
**DUVAL, J.**
**FEBRUARY 11, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  BARGE<br>(05-5531 05-5724 06-5342 06-6299<br>06-7516 07-3500 07-5178) | NO. 05-4182<br><br>SECTION "K"(2) |

**AMENDED MOTION** to certify the class and subclasses, to appoint class counsel, and to approve plaintiff's proposed trial plan by Barge, filed 9/29/08, doc. 15549.

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  PINKEY FERDINAND**

**APPEARANCES:**   Shawn Khorrami, Dylan Pollard, Richard Seymour, Pat Sanders, Brian Gilbert, John Aldock, Mark Raftman, Jeffrey Ehrlich, Daniel Webb, Derek Walker, Karen Wiedemann, Kirk Aurant & Karl Wiedemann

Court begins at 9:14 a.m.
Case called and all present and ready.
Oral argument by parties.
This matter is SUBMITTED.
Court adjourns at 10:13 a.m.

JS-10 (:59)