UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: *Robinson*, No. 06-2268 | § | |
| _____ | § | |

**NOTICE OF CONTINUED VIDEOTAPED DEPOSITION**

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned counsel, will continue to take the videotaped deposition of Dr. Robert Bea, at the Law Office of Goodwin Proctor, 3 Embarcadero Center, 24th Floor, San Francisco, California 94111 on February 27, 2009 at 9:00 a.m.  The videotaped deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.  Additionally, counsel for the United States may ask Dr. Bea to mark exhibits in an effort to make the record more clear when necessary.

Pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, the Defendant United States requests that Dr. Bea produce the documents set forth in the attached Exhibit A to the undersigned counsel at the commencement of the deposition on Friday, February 27, 2009.

        Respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        THOMAS DUPREE
        Principal Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

          /s/ Richard R. Stone, Sr
        RICHARD R. STONE, SR.
        Senior Trial Counsel
        ROBIN D. SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        (202) 616-4291 (tel.)
        (202) 616-5200 (fax)
        Richard.Stone@usdoj.gov
        Attorneys for Defendant United States

Dated: February 12, 2009.

## EXHIBIT A TO NOTICE OF CONTINUED VIDEOTAPED DEPOSITION

1. Any and all materials considered or relied upon by the deponent in connection with this litigation.

2. Any and all updates to the deponent's July 11, 2008 reports.

3. Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal, state or local.

4. Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

## **CERTIFICATE OF SERVICE**

I, Richard Stone, hereby certify that on February 12, 2009, I served a true copy of the United States' Notice of Videotaped Deposition upon all parties by ECF.

s/ Richard R. Stone, Sr.
Richard R. Stone, Sr.