UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES   CONSOLIDATED LITIGATION | * * * | CIVIL ACTION   NO. 05-4182 |
| FILED IN: | 09-0145    *de la Houssaye*   09-0146    *Bennett* | * * * | SECTION "K" (2) |
| PERTAINS TO:  LEVEE | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come defendants, Aaron Broussard and the Parish of Jefferson, who, pursuant to the pertinent provisions of the Federal Rules of Civil Procedure, move for an order directing that the above specified matters be remanded back to the 24th Judicial District Court for the Parish of Jefferson, from which they were recently removed, on the grounds that the stated basis for the removal and this Court's exercise of federal jurisdiction, namely, the Class Action Fairness Act of 2005, is invalid and improper, such that removal was improvident and remand appropriate. The grounds for remand are more fully set forth in the attached supporting memorandum.

WHEREFORE, defendants, Aaron Broussard and the Parish of Jefferson, pray that after due hearing, this Court issue an order directing that the *Bennett* (09-0146) and *de la Houssaye* (09-0145) matters be remanded back to the 24th Judicial District Court for the Parish of Jefferson.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com

Attorneys for defendants, Aaron Broussard
and the Parish of Jefferson

## CERTIFICATE OF SERVICE

We hereby certify that on February 13, 2009, we electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

**BURGLASS & TANKERSLEY, LLC**

/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com