UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | |
| | | * | NO.  05-4182 |
| FILED IN: | 09-0145     *de la Houssaye* | * | |
| | 09-0146     *Bennett* | * | SECTION "K" (2) |
| | | * | |
| PERTAINS TO:  LEVEE | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION TO REMAND

MAY IT PLEASE THE COURT:

This memorandum is submitted by defendants, Aaron Broussard and the Parish of Jefferson (hereafter collectively referred to as "the Parish") in support of their Motion to Remand.  For the reasons hereafter set forth, the Parish submits that the consolidated *Bennett* (09-0146) and *de la Houssaye* (09-0145) matters should be remanded back to 24th J.D.C. for the Parish of Jefferson, from which they were recently removed, as the stated basis under which removal was effected, namely, the Class Action Fairness Act of 2005, is inapplicable to the instant situation and cannot serve as a valid basis for either removal or a continuing exercise of federal jurisdiction.

Plaintiffs in *de la Houssaye* (Doc.12) and *Bennett* (Doc. 18) have previously filed separate motions to remand.  Those motions were originally set for hearing on February 18, 2009 but were recently continued by the Court and rescheduled for hearing on March 18, 2009 (Docs. 17570 and 17571).  The Parish has now filed its own Motion to Remand, and in support of its motion reurges, reiterates, and adopts as its own, as if copied herein in extenso, the legal arguments previously advanced by the *Bennett* and *de la Houssaye* plaintiffs in their respective remand motions, as well

as those previously offered by the Parish in support of its earlier remand motion (Docs. 18 and 38) filed in *Bennett I* (07-03130).  As plaintiffs have pointed out in their supporting briefs, this Court has not only previously ordered remand in cases involving similar issues, but has actually previously ordered remand in the identical litigation, involving the identical legal issues, and for all intents and purposes involving the identical parties.  Except to the extent plaintiffs' motions, in addition to remand, seek assessment of sanctions pursuant to 29 U.S.C. 1447(c) and F.R.C.P. 11, the Parish adopts plaintiffs' remand motions with supporting memorandum and attached exhibits, and urges this Court to remand both the *Bennett* and *de la Houssaye* matters back to 24th J.D.C.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com

Attorneys for defendants, Aaron Broussard
and the Parish of Jefferson

## CERTIFICATE OF SERVICE

We hereby certify that on February 13, 2009, we electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

**BURGLASS & TANKERSLEY, LLC**


/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com