UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| FILED IN: | 09-0145   *de la Houssaye* 09-0146   *Bennett* | * * * | SECTION "K" (2) |
| PERTAINS TO:  LEVEE | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Remand,

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that the Motion is hereby granted, and that the *Bennett* (09-0146) and *de la Houssaye* (09-0145) matters be remanded back to the 24th Judicial District Court for the Parish of Jefferson.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
JUDGE