UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| FILED IN: | 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, -5-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-1885, 06-0225, 06-0886, 06-11028,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206,<br>07-0647, 07-0993, 07-1284, 07-1286, 07-1288,<br>and 07-1289. | |

# AFFIDAVIT OF BETH LeBLANC

STATE OF LOUISIANA

PARISH OF ORLEANS

**BEFORE ME,** the undersigned Notary Public, came and appeared Beth LeBlanc ("Affiant"), a resident citizen of Louisiana and a person of the full age of majority, who being first duly sworn did depose and state as follows:

1. The facts presented in this Affidavit are true and correct to the best of Affiant's personal knowledge, information and belief.

2. Prior to Hurricane Katrina, I resided at 6780 Bellaire Drive in New Orleans. The rear of my property abutted the Orleans Parish side of the 17th Street Canal.

3. I was the next-door neighbor of Peter Marcello, who resided at 6800 Bellaire Drive.

4. Beginning around Thanksgiving 2004, Affiant and Mr. Marcello both noticed standing water near an oak tree located between the two separate slabs of his double driveway. This water, which was ankle-deep in grassy areas, flowed onto the driveway area on the Bellaire Drive side of Affiant's property.

5. The water-logged area froze during a cold snap at Christmas 2004.

6. This water-logged area, over 100 feet from the 17th Street Canal, never dried up before Hurricane Katrina struck on August 29, 2005.

7. The water-logged area was inspected several times in December 2004 and in February 2005.

8. An environmental consultant who inspected the water-logged area told Affiant that:

   (A.) He had been hired by the Sewerage & Water Board of New Orleans;

   (B.) "I don't think it's a leak, it's brackish levee water;" and

   (C.) These matters would be reported to the Sewerage & Water Board.

9. The water seeping out in the affected area was dark-colored.

10. Affiant was present whenever men inspected or worked in the water-logged area, and on one occasion observed a work crew dig a large hole in the Marcello's driveway near the water meter.

11. Affiant did not observe any water pipes being repaired, and the water-logged area on the Bellaire Drive side of her property persisted after the hole in the driveway was patched.

12. An oak tree near the 17th Street Canal levee in the rear of the Marcello property fell on Affiant's property and struck her house. The uprooted area at the base of the fallen tree was filled with brackish water.

13. This fallen oak tree was at least 75 to 100 feet from the water-logged area in the front of Affiant's property, and was on the opposite side of her house.

14. The brackish water intrusion on Affiant's property also killed two other trees.

*Beth LeBlanc*
BETH LeBLANC

Sworn to and subscribed before me, the undersigned Notary Public on Thursday, the 12th day of February, 2009.

Richard M. Martin, Jr.   La. Bar #8998