# EXHIBIT 1

## McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, February 05, 2009 2:43 PM |
| **To:** | undisclosed-recipients |
| **Subject:** | Online FedEx Tracking - 865334692595 |

---

This tracking update has been requested by:
Name:   (not provided by requestor)
E-mail:   (not provided by requestor)
Tracking number          865334692595

Reference                75542 R930 9801 1000
Ship date                Dec 22, 2008
Delivered to             Receptionist/Front Desk
Delivery date            Dec 24, 2008 10:28 AM
Signed for by            Y.BROWNE
Service type             Priority Box

Tracking results as of Feb 5, 2009 1:43 PM CST

Date/Time                     Location/Activity
Dec 24, 2008 10:28 AM         /Delivered
Dec 24, 2008 8:57 AM          LOS ANGELES, CA/On FedEx vehicle for delivery
Dec 24, 2008 8:43 AM          LOS ANGELES, CA/At local FedEx facility
Dec 24, 2008 8:43 AM          LOS ANGELES, CA/At local FedEx facility
Dec 23, 2008 11:04 PM         LOS ANGELES, CA/At dest sort facility
Dec 23, 2008 7:10 PM          MEMPHIS, TN/Departed FedEx location
Dec 23, 2008 7:54 AM          MEMPHIS, TN/In transit
Dec 22, 2008 10:23 PM         DULLES, VA/Left FedEx origin facility
Dec 22, 2008 9:19 PM          DULLES, VA/Picked up

Disclaimer
--------------------------------------------------------------------------
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the request and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

1