# EXHIBIT 2

## McConnon, Jim (CIV)

**From:** McConnon, Jim (CIV)
**Sent:** Tuesday, December 23, 2008 5:38 PM
**To:** aowen@oslaw.com
**Subject:** Decrypting Info for Katrina

**Attachments:** mounting TruCrypt drives.doc; KF1.txt; KF2.txt; KF5.txt; KF7.txt; KF11.txt; KF15.txt; KF20.txt

      

mounting TruCrypt drives.doc (...)   KF1.txt (291 B)   KF2.txt (68 KB)   KF5.txt (291 B)   KF7.txt (53 KB)   KF11.txt (297 B)   KF15.txt (297 B)



KF20.txt (24 KB)

Andy,

   The encryption keys for the expert report production are attached.   Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)

**McConnon, Jim (CIV)**

**From:** Henry, Camille (CIV)
**Sent:** Thursday, February 05, 2009 11:30 AM
**To:** Henry, Camille (CIV)
**Subject:** FW: Defendant's Expert Report

---

**From:** McConnon, Jim (CIV)
**Sent:** Monday, December 29, 2008 12:14 PM
**To:** Henry, Camille (CIV)
**Subject:** RE: Defendant's Expert Report

Thanks, Camille.

Jim McConnon
(202) 353-2604

---

**From:** Henry, Camille (CIV)
**Sent:** Monday, December 29, 2008 11:52 AM
**To:** McConnon, Jim (CIV)
**Cc:** 'Cynthia Vide'; McAuliffe, John (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV); Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Green, Joe (CIV)
**Subject:** RE: Defendant's Expert Report

Joe called Andy and resent via email the keys and instructions sent by Jim last week. Joe instructed Andy to drag and drop the keys directly into the "Truecrypt - Keyfiles" box. Andy told Joe that they appear to work now and he will let us know if he encounters any further problems. Camille

---

**From:** McConnon, Jim (CIV)
**Sent:** Monday, December 29, 2008 8:35 AM
**To:** Henry, Camille (CIV)
**Cc:** 'Cynthia Vide'; McAuliffe, John (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV); Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV)
**Subject:** FW: Defendant's Expert Report

Camille,

Please have someone contact Andy this morning to sort out his below problem. Thanks. Jim

Jim McConnon
(202) 353-2604

---

**From:** Andy Owen [mailto:aowen@oslaw.com]
**Sent:** Friday, December 26, 2008 2:27 PM
**To:** McConnon, Jim (CIV)
**Cc:** Smith, Robin (CIV); Pierce O'Donnell; Joe Bruno
**Subject:** RE: Defendant's Expert Report

2/5/2009

Robin and Jim,

I've discussed the discs and key codes with our computer technician and he confirmed that the codes you sent me are improper.

Because we cannot wait any longer, please convert the expert reports to PDFs and upload through sendspace or some other 3d party website. Also, please arrange for any other documents that reside on the discs you sent to be accessible to plaintiffs' counsel.

I understand that OMB has mandated that you send these reports in encrypted format, but the format is not accessible and we need the expert reports immediately.

Thank you.

Andy

**From:** Andy Owen
**Sent:** Friday, December 26, 2008 8:05 AM
**To:** 'McConnon, Jim (CIV)'
**Cc:** 'Smith, Robin (CIV)'; Pierce O'Donnell
**Subject:** Defendant's Expert Report

Dear Robin and Jim,

I need someone's assistance in attempting to decode all of the encrypted expert reports. The key codes you sent me do not appear to be working. As a result, we cannot access any of the reports and send them to our experts for their review. As you know, expert depositions are nearing and we needed access to these reports today.

Please advise.

Thank you.

Andy Owen
Law Clerk
O'Donnell & Associates PC
550 S. Hope Street, Suite 1000
Los Angeles, CA 90071
Tel: 213.347.0290
Fax: 213.347.0299

+++
This e-mail and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify O'Donnell & Associates PC immediately -- by replying to this message -- and destroy all copies of this message and any attachments. Thank you. For more information about O'Donnell & Associates PC, please visit us at http://www.oslaw.com.

2/5/2009

**McConnon, Jim (CIV)**

**From:** Henry, Camille (CIV)
**Sent:** Thursday, February 05, 2009 11:29 AM
**To:** Henry, Camille (CIV)
**Subject:** FW: Please Try This Set

---

**From:** Joe Green [mailto:jgreen@caci.com]
**Sent:** Monday, December 29, 2008 11:41 AM
**To:** Henry, Camille (CIV)
**Subject:** Fw: Please Try This Set

Joe L. Green, Jr.
CACI Katrina Systems Manager
Office Phone: 202.712.7850

Attorney Work Product - Privileged and Confidential

----- Forwarded by Joe Green/COMM/CACI on 12/29/2008 11:41 AM -----

Andy Owen <aowen@oslaw.com>

12/29/2008 11:18 AM

To: Joe Green <jgreen@caci.com>
cc:
Subject RE: Please Try This Set

Hey Joe,

These appear to work now. I will let you know if I run into any additional problems.

-Andy

**From:** Joe Green [mailto:jgreen@caci.com]
**Sent:** Monday, December 29, 2008 8:16 AM
**To:** Andy Owen
**Subject:** Please Try This Set

Andy,

Try this set of keyfiles. You should be able to drag and drop them directly into the "Truecrypt - Keyfiles" box. I'll give you a call shortly.

Thanks,

Joe L. Green, Jr.
CACI Katrina Systems Manager
Office Phone: 202.712.7850

Attorney Work Product - Privileged and Confidential

2/5/2009