# EXHIBIT 3

**Subject:** FW:

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Tuesday, December 23, 2008 11:40 AM
**To:** Smith, Robin (CIV)
**Cc:** Kirsten R. Tillman
**Subject:** RE:

Pls send me a copy.


Joseph M. Bruno

Attorney-at-Law

855 Baronne Street

New Orleans, LA 70113

Telephone: (504) 525-1335

Facsimile (504) 304-4217

jbruno@jbrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Tuesday, December 23, 2008 10:45 AM
**To:** Joe Bruno
**Cc:** Kirsten R. Tillman
**Subject:** RE:

Sent to POD on disk by FedEx.

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Tuesday, December 23, 2008 10:49 AM

2/5/2009

**To:** Smith, Robin (CIV)
**Cc:** Kirsten R. Tillman
**Subject:**

did you send expert reports?

Joseph M. Bruno

Attorney-at-Law

855 Baronne Street

New Orleans, LA 70113

Telephone: (504) 525-1335

Facsimile (504) 304-4217

jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/5/2009