# EXHIBIT 4

## McConnon, Jim (CIV)

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, February 05, 2009 2:44 PM
**To:** undisclosed-recipients
**Subject:** Online FedEx Tracking - 865334692600

```
This tracking update has been requested by:
Name:    (not provided by requestor)
E-mail:  (not provided by requestor)
Tracking number          865334692600

Reference                75542 R930 9301 1000
Ship date                Dec 23, 2008
Delivered to             Receptionist/Front Desk
Delivery date            Dec 29, 2008 12:23 PM
Signed for by            N.JEFFARDS
Service type             Priority Box

Tracking results as of Feb 5, 2009 1:44 PM CST

Date/Time                Location/Activity
Dec 29, 2008 12:23 PM    /Delivered
Dec 29, 2008 6:15 AM     HARAHAN, LA/On FedEx vehicle for delivery
Dec 26, 2008 9:06 AM     HARAHAN, LA/At local FedEx facility
Dec 26, 2008 8:58 AM     HARAHAN, LA/Delivery exception
Dec 26, 2008 7:01 AM     HARAHAN, LA/At local FedEx facility
Dec 24, 2008 6:15 PM     KENNER, LA/At dest sort facility
Dec 24, 2008 12:59 PM    MEMPHIS, TN/Departed FedEx location
Dec 24, 2008 9:30 AM     MEMPHIS, TN/In transit
Dec 24, 2008 9:30 AM     MEMPHIS, TN/In transit
Dec 24, 2008 6:49 AM     MEMPHIS, TN/Departed FedEx location
Dec 24, 2008 6:16 AM     MEMPHIS, TN/In transit
Dec 24, 2008 6:16 AM     MEMPHIS, TN/In transit
Dec 24, 2008 3:16 AM     MEMPHIS, TN/Arrived at FedEx location
Dec 23, 2008 9:30 PM     ALEXANDRIA, VA/Left FedEx origin facility
Dec 23, 2008 6:05 PM     ALEXANDRIA, VA/Picked up

Disclaimer
-----------------------------------------------------------------
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted
above. FedEx does not validate the authenticity of the request and does not validate,
guarantee or warrant the authenticity of the request, the requestor's message, or the
accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to
fedex.com.
```