# EXHIBIT 5

**Subject:** FW: Expert documentation
**Importance:** High
**Attachments:** Requested Information from Defense Experts for Review by R G Bea.pdf

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Tuesday, January 06, 2009 2:51 PM
**To:** Smith, Robin (CIV)
**Subject:** Expert Documentation

Robin -

Please find attached a preliminary list of data requested of the US experts. Please let me know when we can expect to receive the requested information.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**Requested information cited in the following Defense Expert Reports**

**Dr. D. T. Resio**

Booij, N., Haagsma, I.J. G., Holthuijsen, L. H., Kieftenburg, A.T.M.M., Ris, R. C., van der Westhuysen, A. J., and Zijlema, M. 2004. "SWAN Cycle III Version 40.41 Users Manual," Delft University of Technology, Delft, The Netherlands, 118 p, http://fluidmechanics.tudelft.nl/swan/index.htm.

Booij, N., Ris, R. C., and Holthuijsen, L. H. 1999. "A Third-Generation Wave Model for Coastal Regions, Part I: Model Description and Validation," J. Geophys. Res., 104(C4), 7649-7666.

Fonseca, M.S. and Cahalan, J.A. 1992: A preliminary evaluation of wave attenuation for four species of seagrass. Estuarine Coastal Shelf Sci. 35. 565-576.

Knutson, P.L., Seelig, W.N. and Inskeep, M.R., 1982: Wave damping in *Spartina Alterniflora* marshes. Welands, 2, 87 – 104.

Smith, J. M. 2007. Full-plane STWAVE: II. Model overview. ERDC TN-SWWRP-07-5. Vicksburg, MS: U.S. Army Engineer Research and Development Center. http://chl.erdc.usace.army.mil/library/publications/chetn/pdf/chetn-i-75.pdf

Smith, S. J., and Smith, J. M. 2001. "Numerical Modeling of Waves at Ponce de Leon Inlet, Florida." J. Waterway, Port, Coastal and Ocean Engineering, 127(3), 176-184.

Smith, J. M., Sherlock, A. R. and Resio, D. T. 2001. "STWAVE: Steady-State Spectral Wave Model User's manual for STWAVE, Version 3.0," ERDC/CHL SR-01-1, US Army Corps of Engineers Engineer Research and Development Center, Vicksburg, MS.

Thompson, E. F., Smith, J. M., and Miller, H. C. 2004. "Wave Transformation Modeling at Cape Fear River Entrance, North Carolina." J. Coastal Research, 20 (4), 1135-1154.

van der Westhuysen, A.J, Zijlema, M., Battjes, J.A. 2007. "Nonlinear saturation-based whitecapping dissipation in SWAN for deep and shallow water." J. Coastal Engr. 54, 151-170.

Peregrine, D.H. 1972. "Equations for Water Waves and the Approximation Behind Them." Waves on Beaches and Resulting Sediment Transport. R.E. Meyer, ed., Academic Press, pp 95-121

Whitham, G.B. 1967. "Variational Methods and Applications to Water Waves." Proc. Roy. Soc. London, Series A, Vol 299, pp 6-25

(1) Lynett, P., Liu, P. L.-F., Losada, I., and Vidal, C., "Solitary Wave Interaction with Porous Breakwaters," *Journal of Waterway, Port, Coastal, and Ocean Engineering (ASCE)*, v. 126(6), p. 314-322. 2000.

(2) Lynett, P., Wu, T.-R., and Liu, P. L.-F., "Modeling Wave Runup with Depth-Integrated Equations," *Coastal Engineering*, v. 46(2), p. 89-107. 2002.

(3) Lynett, P. and Liu, P. L.-F., "A Two-Dimensional, Depth-Integrated Model for Internal Wave Propagation," *Wave Motion*, v. 36, p. 221-240. 2002.

(4) Lynett, P. and Liu, P. L.-F., "A Numerical Study of Submarine Landslide Generated Waves and Runup," *Proc. Royal Society of London A.* v. 458, p. 2885-2910. 2002.

(5) Liu, P. L.-F., Lynett, P., and Synolakis, C.E., "Analytical Solutions for Forced Long Waves on a Sloping Beach," *Journal of Fluid Mechanics*, v. 478, p. 101-109. 2003.

(6) Cheung, K., Phadke, A., Wei, Y., Rojas, R., Douyere, Y., Martino, C., Houston, S., Liu, P. L.-F., Lynett, P., Dodd, N., Liao, S., and Nakazaki, E., "Modeling of Storm-induced Coastal Flooding for Emergency Management," *Ocean Engineering*, v. 30, p. 1353-1386. 2003.

(7) Lynett, P., Borrero, J., Liu, P. L.-F., and Synolakis, C.E., "Field Survey and Numerical Simulations: A Review of the 1998 Papua New Guinea Tsunami," *Pure and Applied Geophysics*, v.160, p. 2119-2146. 2003.

(8) Ryu, S., Kim, M.H., and Lynett, P., "Fully Nonlinear Wave-Current Interactions and Kinematics by a BEM-based Numerical Wave Tank," *Computational Mechanics*, v. 32, p. 336-346. 2003.

(9) Basterretxea, G., Orfila, A., Jordi, A., Casas, B., Lynett, P., Liu, P. L.-F., Duarte, C. M., and Tintoré, J., "Seasonal Dynamics of a Microtidal Pocket Beach with Posidonia Oceanica Seabeds (Mallorca, Spain)," *Journal of Coastal Research*, v. 20(4), p. 1155-1164. 2004.

(10) Lynett, P. and Liu, P. L.-F., "A Two-Layer Approach to Water Wave Modeling," *Proc. Royal Society of London A.* v. 460, p. 2637-2669. 2004.

(11) Lynett, P. and Liu, P. L.-F., "Linear Analysis of the Multi-Layer Model," *Coastal Engineering*, v. 51(6), p. 439-454. 2004.

(12) Hsiao, S.-C., Lynett, P., Hwung, H.-H., and Liu, P. L.-F., "Numerical Simulations of Nonlinear Short Waves Using the Multi-Layer Model," *Journal of Engineering Mechanics* v.131(3), p. 231-243. 2005

(13) Lynett, P. and Liu, P. L.-F., "A Numerical Study of the Runup Generated by Three-Dimensional Landslides," *JGR-Oceans*, doi:10.1029/2004JC002443. 2005

(14) Korycansky, D. G. and Lynett, P., "Offshore Breaking of Impact Tsunami: the Van Dorn Effect Re-Visited," *Geophysical Research Letters*, v. 32, No. 10, 10.1029/2004GL021918. 2005

(15) Sitanggang, K. and Lynett, P., "Parallel Computation of a Highly Nonlinear Boussinesq Equation Model through Domain Decomposition" *International Journal for Numerical Methods in Fluids*, v. 49(1), p. 57-74. 2005

(16) Liu, P., Lynett, P., Fernando, J., Jaffe, B., Fritz, H., Higman, B., Synolakis, C., Morton, R., and Goff, J., "Observations of the International Tsunami Survey Team in Sri Lanka," *Science*. v. 308(5728), p. 1595, June 10, 2005.

(17) Lynett, P., "Nearshore Modeling Using High-Order Boussinesq Equations," *Journal of Waterway, Port, Coastal, and Ocean Engineering (ASCE)*, v. 132(5), p. 348-357. 2006.

(18) Lynett, P., "Wave Breaking Velocity Effects in Depth-Integrated Models," *Coastal Engineering*, v. 53, p. 325-333. 2006.

(19) Goff, J., Liu, P., Higman, B., Morton, R., Jaffe, B., Fernando, J., Lynett, P., Fritz, H., Synolakis, C., and Fernando, S., "Sri Lanka Field Survey after the December 2004 Indian Ocean Tsunami," *EERI Spectra.*, v. 22(S3), p. 155-172. 2006

(20) Lynett, P., "The Effect of a Shallow Water Obstruction on Long Wave Runup and Overland Flow Velocity," in press, *Journal of Waterway, Port, Coastal, and Ocean Engineering (ASCE)*.

(21) Korycansky, D. G. and Lynett, P., "Runup from Impact Tsunami," in press *Geophysical Journal International.*

**Dr. T. F. Wolff**

Kaufman, R.I. and Weaver, F.J. (1966), "Stability of Atchafalaya Levees," *Stability and Performance of Slopes and Embankments,"* Conference Proceedings of the Soil Mechanics and Foundations Divisons, ASCE, Berkeley, CA, August 22-26, 1966.

Mansur, C.I. and Kaufman, R.I. (1956), "Underseepage, Mississippi River Levees, St. Louis District," *Journal of the Soil Mechanics and Foundations Division, ASCE,* January 1956.

Oreskes, N., Shrader-Frechette, K., and Belitz, K. (1994), "Verification, Validation and Confirmation of Numerical Models in the Earth Sciences, *Science,* Vol. 263, 4 February 1994, pp. 641-646.

**Mr. B. Ebersole:**

Copies of un-referenced written correspondence that provides background and information for the observations and conclusions regarding performance of the man-made flood protection structures during Hurricane Katrina contained in this report

**Westerink/Ebersole/Fitzgerald/Resio:**
We are requesting specifically that they provide all of the information and data that was used to set up their models. All input and output files.

We reserve to right to request more information as needed.