# EXHIBIT 6

**From:** Rob Warren [rob@jbrunolaw.com]
**Sent:** Monday, January 26, 2009 4:53 PM
**To:** Levine, Paul (CIV); Smith, Robin (CIV); McConnon, Jim (CIV)
**Cc:** Joe Bruno; Woodcock, Jack (CIV)
**Subject:** RE: Resio Disc

Thank you Paul. I will unlock and verify the data.


J. Robert Warren, II, A PLC
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Levine, Paul (CIV) [mailto:Paul.Levine@usdoj.gov]
**Sent:** Monday, January 26, 2009 3:59 PM
**To:** Rob Warren; Smith, Robin (CIV); McConnon, Jim (CIV)
**Cc:** Joe Bruno; Woodcock, Jack (CIV)
**Subject:** RE: Resio Disc

Rob-

We have checked what you were sent, and CACI inadvertently placed the Attorney Work Product label on the document. The CD should contain a number of references cited in the Resio report. If you see otherwise, please let me know.

Paul Levine
Trial Attorney, Torts Branch
United States Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044
ph: (202) 616-4266/ fax (202) 616-5200

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Monday, January 26, 2009 2:38 PM
**To:** Smith, Robin (CIV); Levine, Paul (CIV); McConnon, Jim (CIV)
**Cc:** Joe Bruno
**Subject:** Resio Disc

I received this morning a Federal Express envelope from CACI containing a disc labeled:

**Resio Reference Materials**
**Attorney Work Product Prepared in Anticipation of Litigation**

There was no cover letter accompanying the disc. Please advise we should have this disc or

2/5/2009

not.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/5/2009


McConnon, Jim (CIV)


**From:** Smith, Robin (CIV)
**Sent:** Thursday, February 05, 2009 12:06 PM
**To:** McConnon, Jim (CIV)
**Subject:** FW: CD of Resio Referenced Material

As you can see, we responded to the plaintiffs' requests.

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Wednesday, January 21, 2009 5:19 PM
**To:** Woodcock, Jack (CIV)
**Cc:** Smith, Robin (CIV); Carter, George (CIV)
**Subject:** RE: CD of Resio Referenced Material

Thanks Jack.

---

**From:** Woodcock, Jack (CIV) [mailto:Jack.Woodcock@usdoj.gov]
**Sent:** Wednesday, January 21, 2009 4:19 PM
**To:** Rob Warren
**Cc:** Smith, Robin (CIV); Carter, George (CIV)
**Subject:** CD of Resio Referenced Material

Rob-

A CD is currently being made of all of the referenced materials contained in Resio's report.
It will be shipped and should get it in the next couple of days.

One of the materials is a book and therefore we are not able to obtain it with any speed. It is probably fastest if you request it through a library.

Here is that reference:

Peregrine, D.H. 1972. "Equations for Water Waves and the Approximation Behind Them." Waves on Beaches and Resulting Sediment Transport. R.E. Meyer, ed., Academic Press, pp 95-121.

If you do not receive the CD by next week, please let me know.

Thanks,

Jack

Jack Woodcock
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
202-616-4233

