# EXHIBIT

# 7

| From: | Smith, Robin (CIV) |
|---|---|
| Sent: | Friday, February 06, 2009 12:40 PM |
| To: | McConnon, Jim (CIV) |
| Subject: | FW: Additional Data Request |
| Attachments: | St Bernard Levee Crest Plots 1-21-09.pdf; St Bernard Levee Crest Elevation Table 1-21-09.pdf |

**From:** Smith, Robin (CIV)
**Sent:** Friday, February 06, 2009 12:38 PM
**To:** 'Rob Warren'
**Cc:** 'Joe Bruno'; Carter, George (CIV); Greif, Michele (CIV); Woodcock, Jack (CIV); Baeza, Dan (CIV); Levine, Paul (CIV); Stone, Richard (CIV); Mitsch, Rupert (CIV)
**Subject:** RE: Additional Data Request

Rob, I don't know if I previously responded to this request. The attached files show the elevations used in the ADCIRC modeling.

Robin

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, January 15, 2009 2:45 PM
**To:** Smith, Robin (CIV)
**Cc:** Joe Bruno
**Subject:** Additional Data Request

Robin -

We need to know the levee heights used in the ADCIRC modeling along Reach 2, Reach 1 both north and south bank and the Citrus/NO East back levees.

Thanks,
Rob

**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/6/2009

Revised 11-13-08, sf







MRGO Reach 2A

Revised 11-13-08, sf



MRGO Reach 2B



Revised 11-13-08, sf

Ycloskey/Chalmette

St Marys PS

Turn & 40 Arpent

Chalmette Begins

Hwy 46 Crossing

Elevation (NAVD 88 2004.65)

Station (feet)

— IPET HEC-RAS   —■— Modified



Revised 11-13-08, sf



St. Bernard Levee Profile

# Continuous Alignment

|  | 550 | 13.5 | IPET crest elevations modified by sf based on several source |  |  |
|---|---|---|---|---|---|

| Station | Adjusted Station | Elevation | Lateral Structure | Physical Location | Approx. Adj. Station |
|---|---|---|---|---|---|
|  | 0 | 13.2 | GAP | Lock | 0 |
|  | 349 | 13.5 | | | |
| 349 | 349 | 13.5 | | | |
|  | 550 | 13.5 | | | |
| 651.7 | 600 | 11.5 | IHNC Reach 1 Lateral Station 1000 | 2 - 90 degree turns | 650 |
| 696.6 | 750 | 11.5 | | | |
|  | 800 | 13.4 | | | |
| 1029 | 1029 | 13.2 | | | |
| 1029 | 1029 | 13.2 | GAP | | |
| 1053.75 | 1053.75 | 13.7 | | | |
| 1053.75 | 1053.75 | 13.7 | | N. Clairborne Ave. | 1050 |
| 1419.55 | 1419.55 | 13.4 | | | |
| 1876.15 | 1876.15 | 12.3 | IHNC Reach 1 Lateral Station 4250 | | |
| 2381.25 | 2381.25 | 12.3 | | | |
| 3011.15 | 3011.15 | 12.3 | | | |
| 3256.95 | 3256.95 | 12.3 | | | |
| 4253.75 | 4253.75 | 12.3 | | | |
| 4253.75 | 4253.75 | 12.3 | GAP | | |
| 4273 | 4273 | 12.3 | | | |
| 4273 | 4273 | 12.3 | IHNC Reach 1 Lateral Station 5470 | | |
| 4476.2 | 4476.2 | 12.3 | | | |
| 5473 | 5473 | 12.9 | | Florida Ave. | 5470 |
|  | 5473 | 12.9 | | | |
|  | 5900 | 12.5 | | | |
|  | 6600 | 12.8 | GAP | | |
|  | 7100 | 13.3 | | | |
|  | 7160 | 13.1 | | | |
|  | 7460 | 13.1 | | | |
|  | 8627.1 | 13.77 | | GIWW Starts | 7160 |
| 1231.1 | 8627.1 | 13.77 | | | |
| 5331.1 | 12727.1 | 16.81 | | 120° Bend | 11930 |
| 8031.1 | 15427.1 | 14.34 | | | |
| 10581.1 | 17977.1 | 14.07 | | | |
| 13731.1 | 21127.1 | 15.92 | | | |
| 16931.1 | 24327.1 | 14.5 | | | |
| 19131.1 | 26527.1 | 15.11 | IWW Reach 1 Lateral Station 26930 | | |
| 21531.1 | 28927.1 | 15.66 | | | |
| 22231.1 | 29627.1 | 16.21 | | | |
| 22831.1 | 30227.1 | 15.87 | | | |
| 23231.1 | 30627.1 | 17.01 | | | |
| 23831.1 | 31227.1 | 16.44 | | | |
| 25231.1 | 32627.1 | 16.89 | | | |
| 26931.1 | 34327.1 | 17 | | | |
|  | 34327.1 | 17 | GAP | | |
|  | 34863.59 | 16.6 | | | |
| 27467.59 | 34863.59 | 16.6 | | | |
|  | 35500 | 11.5 | | | |
| 28415.1 | 35811.1 | 12.2 | | Paris Rd | 36300 |
| 28724 | 36120 | 12.6 | | | |
|  | 36400 | 13.5 | IWW Reach 1 | | |

Page 1

## Continuous Alignment

| | 550 | 13.5 | IPET crest elevations modified by sf based on several source | | |
|---|---|---|---|---|---|

| Station | Adjusted Station | Elevation | Lateral Structure | Physical Location | Approx. Adj. Station |
|---|---|---|---|---|---|
| 29171.3 | 36567.3 | 18 | Lateral Station 31270 | | |
| 30044.7 | 37440.7 | 18 | | | |
| 30325.3 | 37721.3 | 17.5 | | | |
| 30498.6 | 37894.6 | 17.5 | | | |
| 31267.5 | 38663.5 | 18 | | | |
| | 38663.5 | 18 | GAP | | |
| | 39172 | 18 | | | |
| 31776 | 39172 | 18 | Mr-GO Reach 1 | MRGO Begins | 41100 |
| 34076 | 41472 | 18.5 | Lateral Station 35000 | 150° Bend | 41100 |
| 35276 | 42672 | 18 | | | |
| | 42672 | 18 | GAP | | |
| | 42807 | 18 | | | |
| 35411 | 42807 | 18 | | | |
| | 43600 | 16.5 | | | |
| | 43800 | 16.5 | | | |
| | 43780 | 14 | | | |
| | 43880 | 14 | | | |
| | 43900 | 15 | | Bayou Bienvenue | 44200 |
| | 44350 | 15 | | | (7900,900) |
| | 44400 | 16.5 | Mr-GO Reach 1 | | |
| 37661 | 45057 | 16.5 | Lateral Station 45000 | | |
| 37861 | 45257 | 16.5 | | | |
| | 45500 | 16.5 | | | |
| | 45700 | 17.5 | | | |
| 39711 | 47107 | 17 | | | |
| 41511 | 48907 | 17 | | | |
| 43511 | 50907 | 16.5 | | | |
| 45111 | 52507 | 16 | | | |
| | 52507 | 16 | GAP | | |
| | 52553.5 | 16 | | | |
| 45157.5 | 52553.5 | 16 | | | |
| 46007.5 | 53403.5 | 15.5 | | | |
| | 54700 | 17 | Mr-GO Reach 1 | | |
| 47857.5 | 55253.5 | 16 | Lateral Station 49600 | | |
| | 55400 | 16 | | | |
| | 56100 | 16 | | | |
| 49657.5 | 57053.5 | 16.6 | | | |
| | 57053.5 | 16.6 | GAP | | |
| | 57075.2 | 16.2 | | | |
| 49679.2 | 57075.2 | 16.2 | | | |
| 50229.2 | 57625.2 | 15.7 | Mr-GO Reach 1 | | |
| 51229.2 | 58625.2 | 16.5 | Lateral Station 51900 | | |
| 52329.2 | 59725.2 | 17.2 | | | |
| | 59725.2 | 17.2 | GAP | | |
| | 59796.8 | 16.9 | | | |
| 52400.8 | 59796.8 | 16.9 | | | |
| 53700.8 | 61096.8 | 16.5 | Mr-GO Reach 1 | | |
| | 61700 | 17 | Lateral Station 55000 | | |
| 55000.8 | 62396.8 | 16 | | | |
| | 62396.8 | 16 | GAP | | |

# Continuous Alignment

|  | 550 | 13.5 | IPET crest elevations modified by sf based on several source | | |
|---|---|---|---|---|---|
| **Station** | **Adjusted Station** | **Elevation** | **Lateral Structure** | **Physical Location** | **Approx. Adj. Station** |
|  | 62458.6 | 16 | GAP |  |  |
| 55062.6 | 62458.6 | 16 |  |  |  |
| 56812.6 | 64208.6 | 15.7 | Mr-GO Reach 1 Lateral Station 58300 |  |  |
|  | 65500 | 15.5 |  |  |  |
| 58562.6 | 65958.6 | 15.5 |  |  |  |
|  | 65958.6 | 15.5 | GAP |  |  |
|  | 66020 | 15.5 |  |  |  |
| 58624 | 66020 | 15.5 |  |  |  |
| 58949 | 66345 | 15.5 |  | Pipeline xing | 66500 |
|  | 67900 | 15.5 | Mr-GO Reach 1 Lateral Station 61500 |  |  |
| 60624 | 68020 | 17 |  |  |  |
| 62124 | 69600 | 15.7 |  | Added 80' to station |  |
|  | 69600 | 15.7 | GAP |  |  |
|  | 69591 | 15.7 |  |  |  |
| 62195 | 69591 | 15.7 | Mr-GO Reach 1 Lateral Station 64000 |  |  |
| 63495 | 70891 | 15 |  |  |  |
|  | 71200 | 15.7 |  |  |  |
| 64795 | 72191 | 15.8 |  |  |  |
|  | 72191 | 15.8 | GAP |  |  |
|  | 72237.2 | 15.5 |  |  |  |
| 64841.2 | 72237.2 | 15.5 | Mr-GO Reach 1 Lateral Station 68700 |  |  |
|  | 72700 | 15.8 |  |  |  |
|  | 73100 | 15.8 |  |  |  |
| 66891.2 | 74287.2 | 17 |  |  |  |
| 68791.2 | 76187.2 | 18.5 |  |  |  |
|  | 76187.2 | 18.5 | GAP |  |  |
|  | 76233.5 | 18.5 |  |  |  |
| 68837.5 | 76233.5 | 18.5 |  |  |  |
|  | 77900 | 18.5 |  |  |  |
|  | 78100 | 16 |  |  |  |
| 70887.5 | 78283.5 | 16 | Mr-GO Reach 1 Lateral Station 72700 | Bayou Dupree | 78300 |
|  | 78200 | 16 |  |  | (42000,35100) |
|  | 78300 | 15.5 |  |  |  |
|  | 78400 | 15.5 |  |  |  |
|  | 78600 | 18 |  |  |  |
| 72787.5 | 80183.5 | 19 |  |  |  |
|  | 80183.5 | 19 | GAP |  |  |
|  | 80276 | 18.5 |  |  |  |
| 72880 | 80276 | 18.5 |  |  |  |
|  | 81300 | 17.5 |  |  |  |
| 74930 | 82326 | 18.5 | Mr-GO Reach 1 Lateral Station 80700 |  |  |
| 76830 | 84226 | 17.5 |  |  |  |
| 78880 | 86276 | 17.9 |  |  |  |
|  | 87200 | 18.5 |  |  |  |
| 80780 | 88176 | 17.5 |  |  |  |
|  | 88176 | 17.5 | GAP |  |  |
|  | 88417.6 | 17 |  |  |  |
| 81021.6 | 88417.6 | 17 | Mr-GO Reach 1 Lateral Station 83600 |  |  |
| 82446.6 | 89842.6 | 17.5 |  |  |  |

## Continuous Alignment

|  | 550 | 13.5 | IPET crest elevations modified by sf based on several source | | |
|---|---|---|---|---|---|
| Station | Adjusted Station | Elevation | Lateral Structure | Physical Location | Approx. Adj. Station |
| 83871.6 | 91267.6 | 17.1 | Lateral Station 85000 | | |
|  | 91267.6 | 17.1 | | | |
|  | 91270 | 17.5 | GAP | | |
| 83874 | 91270 | 17.5 | Mr-GO Reach 1 Lateral Station 86000 | | |
| 85074 | 92470 | 18 | | | |
| 86274 | 93670 | 17.7 | | | |
|  | 93670 | 17.7 | GAP | | |
|  | 93724 | 18 | | | |
| 86328 | 93724 | 18 | Mr-GO Reach 1 Lateral Station 90200 | | |
| 87778 | 95174 | 17.5 | | | |
| 90278 | 97674 | 19 | | | |
|  | 97674 | 19 | GAP | | |
|  | 98684 | 18 | | | |
| 91288 | 98684 | 18 | Mr-GO Reach 1 Lateral Station 94200 | | |
| 91778 | 99174 | 17.5 | | | |
| 92278 | 99674 | 17.4 | | | |
| 92778 | 100174 | 18.2 | | | |
| 93278 | 100674 | 17.5 | | | |
| 93778 | 101174 | 17.5 | | | |
| 94278 | 101674 | 17.5 | | | |
|  | 101674 | 17.5 | GAP | | |
|  | 102500 | 18.5 | | | |
|  | 103800 | 17 | | | |
|  | 103900 | 14 | | | |
|  | 105200 | 14 | | | |
|  | 105300 | 17 | | | |
|  | 108200 | 17.5 | | Ycloskey Begins | 108200 |
|  | 109823.8 | 18.23 | | | |
| 1144.8 | 109823.8 | 18.23 | Ycloskey Reach 1 Lateral Station 10500 | | |
| 2444.8 | 111123.8 | 18.65 | | | |
| 3744.8 | 112423.8 | 18.48 | | | |
| 5044.8 | 113723.8 | 18.74 | | | |
| 6344.8 | 115023.8 | 18.41 | | | |
| 6644.8 | 115323.8 | 18.86 | | | |
| 7944.8 | 116623.8 | 18.1 | | | |
| 9244.8 | 117923.8 | 18 | | | |
|  | 118700 | 18.3 | | | |
| 111700 | 119050 | 19 | E of Hwy 46 | HPO survey from here to end | |
| 111800 | 119150 | 17 | HWY 46 CL | Hwy 46 crossing | 119150 |
| 111900 | 119250 | 15 | W of Hwy 46 | | |
| 112200 | 119550 | 15.7 | E of Old Hwy 46 | | |
| 112400 | 119750 | 17 | W of Old Hwy 46 | | |
| 113000 | 120350 | 18.3 | | | |
| 113700 | 121050 | 17 | | | |
| 114300 | 121650 | 17.9 | | | |
| 114600 | 121950 | 17.7 | | Chalmette Begins | 122150 |
| 115100 | 122450 | 18 | | | |
| 115300 | 122650 | 17.2 | | | |
| 115700 | 123050 | 17 | | | |
| 116100 | 123450 | 16.1 | | | |

## Continuous Alignment

550 13.5 *IPET crest elevations modified by sf based on several source*

| Station | Adjusted Station | Elevation | Lateral Structure | Physical Location | Approx. Adj. Station |
|---|---|---|---|---|---|
| 116700 | 124050 | 17.3 | | | |
| 117300 | 124650 | 16.5 | | Turn, 40 Arpent | 124650 |
| 118000 | 125350 | 17.3 | | | |
| 118500 | 125850 | 16.3 | | | |
| 119000 | 126350 | 16.1 | | | |
| 119200 | 126550 | 15.9 | E of St Mary's PS | St Mary's PS | 126550 |
| 119400 | 126750 | 16 | W of St Mary's PS | | |
| 120500 | 127850 | 16.1 | | | |
| 121000 | 128350 | 15.8 | | | |
| 121500 | 128850 | 15.2 | | | |
| 122000 | 129350 | 15.5 | | | |
| 122500 | 129850 | 14.6 | | | |
| 123000 | 130350 | 14.5 | | | |
| 123500 | 130850 | 15.6 | | | |
| 124000 | 131350 | 15.5 | | | |
| 124500 | 131850 | 15.1 | | | |
| 125000 | 132350 | 15.4 | | | |
| 125500 | 132850 | 14.9 | | | |
| 126000 | 133350 | 14.8 | | | |
| 126500 | 133850 | 15 | | | |
| 127000 | 134350 | 15 | | | |
| 127500 | 134850 | 14.9 | | | |
| 128000 | 135350 | 14.7 | | | |
| 128500 | 135850 | 15 | | | |
| 129000 | 136350 | 15 | | | |
| 130000 | 137350 | 14.4 | | | |
| 131000 | 138350 | 14 | | | |
| 131500 | 138850 | 13.9 | | | |
| 132000 | 139350 | 14.3 | | | |
| 132500 | 139850 | 14.5 | | | |
| 133000 | 140350 | 14.6 | | | |
| 133500 | 140850 | 15 | | | |
| 134500 | 141850 | 15.3 | | | |
| 135500 | 142850 | 15.6 | | Creedmoore Struc. | 142700 |
| 135580 | 142930 | 16.2 | | | |
| 136100 | 143450 | 15.1 | | | |
| 136400 | 143750 | 15.4 | | | |
| 136700 | 144050 | 15.1 | | | |
| 137000 | 144350 | 15.6 | | | |
| 137500 | 144850 | 17.8 | | | |
| 138500 | 145850 | 17.2 | | | |
| 139500 | 146850 | 16.6 | | | |
| 140500 | 147850 | 16.7 | | | |
| 141000 | 148350 | 17.4 | | | |
| 141500 | 148850 | 16.7 | | | |
| 142000 | 149350 | 17 | | | |
| 143000 | 150350 | 19 | | | |
| 144000 | 151350 | 16.9 | | | |
| 145000 | 152350 | 17.9 | | | |
| 145700 | 153050 | 16.5 | | | |

## Continuous Alignment

|  | 550 | 13.5 | IPET crest elevations modified by sf based on several source | | |
|---|---|---|---|---|---|
| Station | Adjusted Station | Elevation | Lateral Structure | Physical Location | Approx. Adj. Station |
| 147000 | 154350 | 17.4 | | | |
| 147500 | 154850 | 15.8 | | | |
| 148000 | 155350 | 17.9 | | | |
| 148500 | 155850 | 18.2 | | | |
| 149000 | 156350 | 17.5 | | | |
| 150500 | 157850 | 16.3 | | | |
| 151000 | 158350 | 14.9 | | | |
| 151500 | 158850 | 14.5 | | | |
| 152000 | 159350 | 15.5 | | | |
| 152500 | 159850 | 14.1 | | | |
| 153000 | 160350 | 14.8 | | | |
| 153500 | 160850 | 14.4 | Turn to Caernarvon | Turn to Caernarvon | 16085 |
| 154000 | 161350 | 16.8 | | | |
| 154500 | 161850 | 17.4 | | | |
| 155500 | 162850 | 15.9 | | | |
| 156000 | 163350 | 13.5 | Lv to FW Transition | | |
| 156500 | 163850 | 12.8 | FW | | |
| 158000 | 165350 | 13.1 | FW | | |
| 158300 | 165650 | 12.1 | FG | | |
| 158425 | 165775 | 19.6 | Miss R Lv | MR Levee | 165775 |