# EXHIBIT 8

**McConnon, Jim (CIV)**

**From:** Smith, Robin (CIV)
**Sent:** Friday, February 06, 2009 12:31 PM
**To:** McConnon, Jim (CIV)
**Subject:** FW: Barrass

---

**From:** Smith, Robin (CIV)
**Sent:** Wednesday, January 21, 2009 9:25 AM
**To:** 'rob@jbrunolaw.com'
**Cc:** Carter, George (CIV); Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** Re: Barrass


Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202.616.4289

---

**From:** Miller, Kara K. (CIV)
**To:** Smith, Robin (CIV)
**Cc:** Carter, George (CIV); Stone, Richard (CIV)
**Sent:** Wed Jan 21 09:07:45 2009
**Subject:** Re: Barrass

The intent of this statement was just to allow use of the figures in the different reports (including the various photography/maps) as exhibits at trial. It is unclear to me what Rob is really asking for. As far as I understand, everything cited in John's report is publicly available or was produced. If there is something specific they can identify, it would be easier to respond.

---

**From:** Smith, Robin (CIV)
**To:** Miller, Kara K. (CIV)
**Cc:** Carter, George (CIV); Stone, Richard (CIV)
**Sent:** Wed Jan 21 07:22:54 2009
**Subject:** FW: Barrass

Have we produced these?

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Friday, January 16, 2009 3:59 PM
**To:** Smith, Robin (CIV)
**Subject:** Barrass

Robin -

Please prove the photographs and materials referenced by Barrass below:

*Closing and General Statements*
*I intend to use photography and other materials cited in my report or included in plaintiffs'*
*expert reports to support my testimony at trial."*


2/9/2009

Thanks,
Rob

J. Robert Warren, II, A PLC
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.