# EXHIBIT 10

McConnon, Jim (CIV)

**From:** Smith, Robin (CIV)
**Sent:** Thursday, February 05, 2009 12:00 PM
**To:** McConnon, Jim (CIV)
**Subject:** FW: Expert Data

I got no response to this email.

---

**From:** Smith, Robin (CIV)
**Sent:** Tuesday, January 20, 2009 11:23 AM
**To:** 'Rob Warren'
**Cc:** Carter, George (CIV); Woodcock, Jack (CIV); Baeza, Dan (CIV); Levine, Paul (CIV); Mitsch, Rupert (CIV); Miller, Kara K. (CIV); Stone, Richard (CIV); Greif, Michele (CIV)
**Subject:** RE: Expert Data

Rob,

If you tell me what you still need and from whom, I'll dun the appropriate persons. You have sent a series of requests and I have forwarded them to the experts and they have responded. If there are some requests outstanding, please send me a master list and we will respond asap. Thanks

Robin

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Monday, January 19, 2009 2:16 PM
**To:** Smith, Robin (CIV)
**Cc:** Joe Bruno
**Subject:** Expert Data

Robin -

On page 47 of Ebersole's report, he references a video file "S1H6T10_Rollup-LowRes.avi" that he indicates should accompany his report. Please forward this file.

Also, can you please give us a status on all previous requests. Our experts needs this data as soon as possible.

Rob

---

**J. Robert Warren, II, A PLC**

504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/5/2009