# EXHIBIT 11

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Thursday, January 22, 2009 8:34 PM |
| **To:** | 'rob@jbrunolaw.com' |
| **Cc:** | Baeza, Dan (CIV); Carter, George (CIV) |
| **Subject:** | Fw: Ebersole video file |
| **Attachments:** | show_case_doc log.pdf; Production Log 20080307.xls |

Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202.616.4289

---

**From:** Baeza, Dan (CIV)
**To:** Smith, Robin (CIV)
**Sent:** Thu Jan 22 08:54:39 2009
**Subject:** FW: Ebersole video file

Plaintiffs have had the file for almost a year.

**From:** Henry, Camille (CIV)
**Sent:** Wednesday, January 21, 2009 5:25 PM
**To:** McConnon, Jim (CIV)
**Cc:** 'Cynthia Vide'; McAuliffe, John (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Baeza, Dan (CIV)
**Subject:** RE: Ebersole video file

Based on our searches of native filenames for S1H6T10_Rollup_LowRes, produced 2/29/08 on KC687 as part of self disclosed ERDC ESI production provided through Tom Taff. Custodian: Bruce Ebersole.

| FILEBATESNUMBER | FILENAME | FILESIZE | HASH |
|---|---|---|---|
| EFP-037-000000166 | S1H6T10_Rollup-LowRes.AVI | 50323456 | E01AC1CBDA4242F6712CA035CD3D4F29 |
| EFP-041-000000175 | S1H6T10_Rollup-LowRes.AVI | 50323456 | E01AC1CBDA4242F6712CA035CD3D4F29 |
| EFP-042-000000094 | S1H6T10_Rollup-LowRes.AVI | 50323456 | E01AC1CBDA4242F6712CA035CD3D4F29 |
| EFP-042-000000666 | S1H6T10_Rollup-LowRes.AVI | 50323456 | E01AC1CBDA4242F6712CA035CD3D4F29 |

See attached production log.

EFP-037-000000166 on page 96 of filed production log: EFP-037-000000072 - EFP-037-000000288
EFP-041-000000175 on page 100 of filed production log: EFP-041-000000081 - EFP-041-000000297
EFP-042-000000094 on page 100 of filed production log: EFP-042-000000001 - EFP-042-000000407
EFP-042-000000666 on page 100 of filed production log: EFP-042-000000409 - EFP-042-000000847

Also produced 3/7/2008 from ESI collected by GSI from ERDC custodian Jose Sanchez: CHL-4909C-SANCH\C\Documents and Settings\u4hcnjes\Desktop\LeveeArmoring-Aug07\**S1H6T10MR007a.avi**
Production Number EFP-452-000000836, EFP452 produced on KC706 on 3/7/2008. See attached production log.

**From:** McConnon, Jim (CIV)
**Sent:** Wednesday, January 21, 2009 10:28 AM
**To:** Henry, Camille (CIV)

2/5/2009

**Cc:** 'Cynthia Vide'; McAuliffe, John (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Baeza, Dan (CIV)
**Subject:** FW: Ebersole video file

Camille,

Have we already produced the below described video? If so, please point me to the production log. Thanks. Jim

Jim McConnon
(202) 353-2604

---

**From:** Baeza, Dan (CIV)
**Sent:** Wednesday, January 21, 2009 10:26 AM
**To:** McConnon, Jim (CIV)
**Subject:** Ebersole video file

S1H6T10_Rollup_LowRes

2/5/2009