# EXHIBIT 12

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Wednesday, January 28, 2009 12:29 PM |
| **To:** | 'Donald.T.Resio@usace.army.mil' |
| **Cc:** | Levine, Paul (CIV); Woodcock, Jack (CIV); Carter, George (CIV); McConnon, Jim (CIV) |
| **Subject:** | Fw: Data Request from Resio |
| **Attachments:** | DEFENSE PRODUCTION REQUEST - COULWAVE RESULTS - RESIO EXPERT REPORT.doc |

Don, is this a request for something we have not yet provided? If so, can you send us the requested dated?

Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202.616.4289

**From:** Rob Warren
**To:** Smith, Robin (CIV)
**Cc:** Joe Bruno ; Pierce ODonnell ; Jim Roy
**Sent:** Wed Jan 28 10:47:30 2009
**Subject:** Data Request from Resio

Robin -

Please see the attached data request from Resio.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
 504.561.6771 - Direct
 504.561.6775 - Facsimile
 504.723.1011 - Mobile
 rob@jbrunolaw.com
 rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/5/2009

Request for Defense production of information.

COULWAVE detailed results.

Dr. Resio has documented in his December Expert Report that he performed COULWAVE analyses for the locations shown below.



Figure 1. Map showing locations of 21 points along MRGO Reach 2 for which wave information was generated to examine wave effects on levees for the six scenarios considered in this report.

COULWAVE analyses were performed for the following generic profile



Figure 23. Generic profile for Boussinesq simulations with COULWAVE.

Dr. Resio did not provide the detailed results that came from the COULWAVE analyses at these points. He presented a 'Look-Up Table for results that pertain to the overtopping conditions. He stated that results had been developed for 'pre-surge overtopping conditions as shown below (page 47 Expert Report).

> Incident waves were run for a number of significant wave heights (0, 2, 4, 6, and 8 feet), a number of spectral peak wave periods (6, 8, and 12 seconds) and a number of relative freeboards (-4, -2, 0, and 2 feet). For relative freeboards greater than 2 feet,

We request that the Defense provide ALL of the output from the COULWAVE analyses including the information pertaining to the 'pre-overtopping' conditions at the geographic locations which were studied. This output should include ALL OF THE VELOCTY results that were developed.