# EXHIBIT 58



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

July 25, 1990

Planning Division
Plan Formulation Branch

Honorable John Breaux
United States Senate
Washington, DC   20510

Dear Senator Breaux:

   This is in response to your letter of June 28, 1990, requesting a report on a letter from Mr. Charles "Pete" Savoye and Mr. Chris Holmes of the St. Bernard Sportmen's League, Inc., in Chalmette, Louisiana. Messrs. Savoye and Holmes expressed concerns over the effects of the Mississippi River-Gulf Outlet (MR-GO) project on St. Bernard Parish.

   We have enclosed a fact sheet entitled Mississippi River-Gulf Outlet, LA, which addresses the concerns expressed over the economic viability of the project. We have also enclosed a fact sheet entitled Mississippi River-Gulf Outlet (Bank Erosion), which addresses the questions concerning the feasibility of erosion control structures. The remaining concerns are addressed below.

   The Mississippi River-Gulf Outlet project has caused significant land loss in St. Bernard Parish. The construction of the project resulted in the conversion of large areas of marsh to open water and disposal areas, and wave-wash from vessel traffic continues to erode the marsh along the east bank of the channel. The saltwater intrusion caused by the channel has also caused land loss and the conversion of fresh marsh and swamp to salt marsh. The salt marsh is far from barren as it is a valuable nursery area and habitat for fish and shellfish, including red drum, speckled trout, shrimp, oysters, and blue crabs.

   While no substantial industrial sites have been developed on the portion of the MR-GO located in St. Bernard Parish, a number of commercial and recreational fishing businesses and oil field service vendors are based near the channel in the Bayou Bienvenue, Violet, and Hopedale-Yscloskey areas. These businesses make heavy use of the MR-GO.

*[Handwritten annotation:]* We had all of this before MRGO plus soft shell crabs and fur bearing animals.

*[Handwritten annotation:]* These businesses were here 40 yrs. ago, before anybody heard of MRGO.

- 2 -

The channel represents no significant flood threat to the citizens of St. Bernard Parish. The virtually complete Chalmette Area Loop of the Lake Pontchartrain and Vicinity hurricane protection project, built at a cost of approximately $60 million, provides standard project hurricane (SPH) storm protection to nearly all of the populated portions of the parish. An SPH is a hurricane with a frequency of once every 300 to 500 years.

*What about Betsy in 1965*

Messrs. Savoye and Holmes asked if a lock or a closure could be constructed across the MR-GO. We estimate that such a structure would cost approximately $300 million, which could not be economically justified. Furthermore, such a lock would not be a complete solution to either the erosion problem or maintenance demands of the channel. It would, however, represent a significant liability to the container industry and would doubtless cause the loss of cargoes, public investment, and jobs. As to closure of the channel, the losses mentioned above would be increased dramatically, to a minimum of about $13 million a year, in replacement facilities elsewhere and added cost of transportation.

Sincerely,

Harold E. Manuel, Jr.
Major, U.S. Army
Acting District Engineer

Enclosures

*There would be no loss of jobs, it would only mean that the container industry would have to relocate.*

*St. Bernard parish has a lot of available space.*

MRGOY06347
MGP-008-000006347