# EXHIBIT 59

LMNED-PP                                                    23 September 1969


Honorable F. Edward Hébert
House of Representatives
Washington, D.C.  20515


Dear Mr. Hébert:

This is in reply to your 28 August 1969 letter to General Clarke, Chief
of Engineers, inclosing a copy of a letter dated 25 August 1969 from
Mr. John L. Crosby of New Orleans concerning the Lake Pontchartrain,
Louisiana and Vicinity hurricane protection project.

Public Law 298, 89th Congress, 1st Session, approved 27 October 1965,
authorized the Lake Pontchartrain, Louisiana and Vicinity hurricane
protection project. The features of the project are shown on the
inclosed map, file No. H-2-23693.(inclosure 1).

The project is comprised of two independent units--the Lake Pontchartrain
Barrier Plan and the Chalmette Area Plan. The former unit has as its
most salient feature the Lake Pontchartrain Barrier--a system of embank-
ments; a control structure, a navigation lock, and closure dam at
the Rigolets; a control structure, floodgate, and closure dam at the
Chef Menteur Pass; and a lock and gated flow structure at the lakeward
terminus of the Inner Harbor Navigation Canal in the vicinity of Seabrook.
The rationale of the barrier plan is to prevent uncontrolled entry
of hurricane tides into Lake Pontchartrain, thus reducing stages in
the lake. At the same time navigational access is preserved.

Since authorization, we have investigated several plans involving
modifications in the alignment of the Lake Pontchartrain Barrier.
One of these plans, as shown on the inclosed map, file No. H-2-24066
(inclosure 2), is essentially the same as that offered by Mr. Crosby.
It should be noted that, although not shown on this map, the plan would
also provide control and navigation structures at the Rigolets. The results
of our studies indicated that adoption of such a plan of protection
in lieu of the Chalmette Area Plan and portions of the Lake Pontchartrain
Barrier Plan, as now authorized, would result in a substantial increase in
costs. The increase in benefits was small by comparison.

Mr. Broussard/kn/430
23 September 1969

LMNED-PP
Honorable F. Edward Hebert

Beyond the fact that the plan is not economically justified, it is undesirable for a number of other reasons. Its adoption would mean that none of the work already accomplished by local interests subsequent to project authorization would be incorporated into the Federal project and no credit for such work could be allowed. Further, the modifications involved are so broad in scope as to be beyond the discretionary authority of the Chief of Engineers to adopt, so that project review and subsequent Congressional action would be required. During the time that this process was being accomplished, progress in planning and constructing some of the most urgently needed project features would be discontinued. Assuming that the plan is authorized and funded, substantially greater planning and construction times would be involved. In view of the extended delay in realizing protection under the Federal project, it is likely that local interests would find it necessary to proceed independently and at great cost with improvements to the existing levee systems for interim protection. For these reasons, the Orleans Levee District, the agency designated by the Governor to provide the local cooperation required for the project, and the Louisiana Department of Public Works, local coordinator for the project, have expressed their opposition to such a plan.

In addition to the above, operation of two features of the plan; namely, the navigation gate in the Mississippi River-Gulf Outlet and the lock in the Gulf Intracoastal Waterway, would significantly impede seagoing and inland navigation.

The interest expressed by Mr. Crosby relative to the need for construction of the aforementioned project is greatly appreciated. Please be assured that we share his concern for providing early and adequate protection and are directing our efforts toward that end.

If we can be of any further assistance, do not hesitate to call on us.

Sincerely yours,

Seale

Mask

HERBERT R. HAAR, JR.
Colonel, CE
District Engineer

Baehr

Exe Ofc

2 Incl
1. Map file H-2-23693
2. Map file H-2-24066

CF: w/basic & incl to basic
OCE, ATTN: ENGCW-V
LMVD, ATTN: LMVED-TD

69-2136

2



# DEPARTMENT OF THE ARMY
### OFFICE OF THE CHIEF OF ENGINEERS
### WASHINGTON, D.C. 20315

S-

IN REPLY REFER TO

ENG CW-OM                                            15 September 1969

SUBJECT: Lake Pontchartrain and Vicinity Hurricane Protection Project

District Engineer, New Orleans

The attached correspondence is referred for:

____ Information as basis for further reply, to reach CofEngrs,
     ATTN: ENG         not later than

____ Draft of reply.
                                              ATTN: ENGCW-OM
_X_ Direct reply, information copy to OCE. /Correspondent
    has    XXXXXXX     been informed of reference.

____ Appropriate action.

____ Information, copy of OCE reply.

____ Your information.

_X_ Copy furnished Division Engineer, Lower Mississippi Valley

____

FOR THE CHIEF OF ENGINEERS:

                              Carlyle H. Charles, LTC
2 Incl                    for  LEON E. McKINNEY
1. Ltr fr Rep Hebert           LTC, Corps of Engineers
   dtd 28 Aug 69 w/attach      Assistant Director of Civil Works
2. Cy ltr to Rep Hebert           for Mississippi Valley
   dtd 15 Sep 69

HAND CARRY AS NECESSARY
TO INSURE REPLY IN 36 HOURS

ENG FL 17, 1 Mar 68

ENGCW-ON

15 September 1969

Honorable F. Edward Hebert
House of Representatives
Washington, D. C. 20515

Dear Mr. Hebert:

I have your recent letter to General Clarke inclosing a copy of a letter from Mr. John L. Crosby, New Orleans, Louisiana, concerning Lake Pontchartrain and Vicinity Hurricane Protection Project.

In the interest of expediting a report on this matter I have requested the New Orleans District Engineer to reply directly to you and to furnish me a copy of his report.

Sincerely yours,

LEON E. McKINNEY
LTC, Corps of Engineers
Assistant Director of Civil Works
  for Mississippi Valley

F. EDWARD HÉBERT
1st District, Louisiana

COMMITTEE:
ARMED SERVICES

MARY SWANN
Administrative Assistant

VIRGINEA BURGUIERES
Executive Secretary
District Office

# Congress of the United States
## House of Representatives
### Washington, D.C.

August 28, 1969

Major General F. J. Clarke
Chief, Corps of Engineers
Department of the Army
Washington, D. C. 20315

Dear General Clarke:

     Enclosed please find a copy of a letter which I have today received from Mr. John L. Crosby of New Orleans, which is self-explanatory.

     I would deeply appreciate receiving your reaction to his proposals.

     With kindest regards.

Sincerely yours,

F. Edw. Hébert

FEH:lgb

HAND CARRY AS NECESSARY
TO INSURE REPLY IN 36 HOURS



# JOHN L. CROSBY, INC.

## GENERAL CONTRACTORS & BUILDERS

5630 BANCROFT DRIVE • NEW ORLEANS, LOUISIANA 70122 • 282-3186

August 25, 1969

Representative Edward Herbert
House Office Building
Washington, D.C.

Dear Representative Herbert:

As you know one of these days our entire city of New Orleans is going to get washed out if certain things are not done.

I understand that there is a project in the making; namely, "Lake Pontchartrain and Vicinity Hurricane Protection Project" which will be helpful, but it will not have all the answers, because it excludes flood gates at the Gulf Outlet.

As a man that knows possibly a little more than the average person, I strongly urge a good high levee from the Mississippi Levee to well past the Rigolets, with flood gates at the Chef, Rigolets and the Gulf Outlet. If we eleminate the Gulf Outlet we are leaving a big door open.

If we had the above, our City would be well protected, and the maintenance of the existing levees inside the new system would be greatly reduced.

As our representative, I would appreciate your putting a large part of your time and influence on this project.

If I can do anything as a citizen, I would appreciate your recommendations and advice.

Yours truly,

John L. Crosby

JLC:bd



AFW-467-000000225

AFW-467-000000226

[redacted]

ORLEANS PARISH
LOUISIANA
NEW ORLEANS EAST
Little Woods
Pine Island
Big Oak Island
Blind Lagoon
Horseshoe Lagoon
Big Lagoon
Michoud
Eleven Mile Post
Line of demarcation between fresh salt water marsh not determined
CHEF MENTEUR
Chef Menteur
PASS
Gentilly
LAKE BORGNE
FLOATING GATE
400' by -40' MLG
SCALE OF MILES
CHALMETTE
ST. BERNARD PARISH
MISSISSIPPI RIVER - GULF OUTLET
MISSISSIPPI
Meraux
Saxonholm
Stanton
Docville
Violet
ST. BERNARD
ORLEANS PARISH
INTRACOASTAL
N
Incl 2

