# EXHIBIT 60

# EXHIBIT 60

# EXHIBIT 60

IN REPLY REFER TO
LMNED-MP

21 April 1975

Mr. G. J. Lannes, Jr.
Regional Planning Commission
333 St. Charles Avenue
Suite 900
New Orleans, LA 70130

Dear Mr. Lannes:

This is in reply to your letter of 7 March 1975 in which you requested information concerning the Lake Pontchartrain, Louisiana, and Vicinity hurricane protection project, particularly the alternative which would combine the Lake Pontchartrain Barrier Plan and the Chalmette Area Plan.

As you noted in your letter, this alternative plan which you have called the "Combined Levees Plan" was discussed in section 5 of the final environmental statement of the project dated August 1974. This plan was first considered about 8 years ago. Basically, this alternative plan would provide for a levee which would connect the Chalmette Area Plan levee located along the Mississippi River-Gulf Outlet (MR-GO) with the Chef Menteur Complex. It would include navigable floodgates in the MR-GO, and Bayou Bienvenue, and a navigation lock in the Gulf Intracoastal Waterway (GIWW) in the vicinity of the Chef Menteur Complex.

This alternative plan would not eliminate the requirement for the barrier complexes at The Rigolets, Chef Menteur Pass, and Seabrook. In effect, this alternative plan would move the primary line of hurricane protection for the areas in the vicinity of Lake Borgne eastward to the western shore of that lake. This realinement would not eliminate the need for controlling the water level in Lake Pontchartrain under hurricane conditions by operating The Rigolets and Chef Menteur Complexes. The regulation of the salinity level of Lake Pontchartrain and the reduction of existing high currents in the Inner Harbor Navigation Canal (IHNC), both of which are required to mitigate adverse effects of the MR-GO, necessitate a navigation lock and control structure complex somewhere in the IHNC between MRGO and Lake Pontchartrain. This complex is presently authorized at Seabrook and a floodgate in the MR-GO would not eliminate this requirement.

LMNED-MP  
Mr. G. J. Lannes, Jr.

Mr. Shelton/pbs/430  
21 April 1975

This alternative plan would have allowed the IHNC and MR-GO levees to be constructed to lower grades. These lower levees would still be required, however, to protect against non-hurricane generated tides and wave action. This plan would also have provided hurricane protection for the industrial development along the IHNC outside the authorized protective works. However, this alternative plan was more expensive than the selected plan and would impede navigation in both the MR-GO and the GIWW.

There are certain advantages to this alternative plan as it pertains to a new ship lock in St. Bernard Parish. The levees along the channel between the new ship lock and the MR-GO levee could be built to a lower grade. The floodgate in the Violet Canal where it would intersect the channel, would not be required. The dredged material from the construction of the recommended barge canal connecting the GIWW and the MR-GO could be used in the construction of the alternate plan levee. However, the new ship lock and the alternative levee plan are separate features and they are in no way dependent on each other.

Even if we could support the "Combined Levees Plan," and we cannot, the modifications involved are so broad in scope that congressional action would be required to authorize it. The attending time loss in the preparation of planning documents for congressional review and in the cessation of design and construction activities in the affected area would delay the achievement of hurricane protection for Orleans and St. Bernard Parishes. Were this alternative plan to receive congressional authorization, a large portion of the work already accomplished by local interests could not be incorporated into the new, authorized project and no credit for this portion of the local interests' work could be allowed. Also, any Federal funds expended to bring protective systems to grades in excess of the new, authorized project grades would have been wasted.

I hope that this discussion of the alternative plan and its history has answered your questions concerning the viability of the plan as an alternative barrier alinement. If I may be of any further service in this matter, please call on me.

BARTON  
LMNED-MP

SEALE  
LMNED-M

Sincerely yours,

E. R. HEIBERG III  
Colonel, CE  
District Engineer

2

NED-125-000000995