# EXHIBIT 65

MGP-003-000005479

*Joey Wagner*
*(504) 862-1662*



**US Army Corps
of Engineers**
New Orleans District

# Mississippi River-Gulf Outlet St. Bernard Parish, La.

## Bank Erosion

## Reconnaissance Report

January 1994

MRGOX10022

# INTRODUCTION

This report presents the findings of a reconnaissance study of bank erosion and erosion-related problems in the vicinity of the Mississippi River-Gulf Outlet (MR-GO) channel in Orleans and St. Bernard Parishes, Louisiana. The report includes six appendixes: Appendix A--Climatological and Hydrologic Data; Appendix B--Environmental Resources; Appendix C--Mississippi River-Gulf Outlet Maintenance Analysis; Appendix D--Cost and Benefit Estimates; Appendix E--Real Estate Cost Estimates; Appendix F--U.S. Fish and Wildlife Service Planning Aid Letter. Information on the follow-on feasibility phase study is contained in a separate document, the Draft Feasibility Study Cost Sharing Agreement and Initial Project Management Plan (IPMP). The draft agreement outlines the obligations, responsibilities, and relationships between the Federal government and the non-Federal sponsor for the feasibility phase. The IPMP is comprised of the study schedule, scope of work, a breakdown of study tasks and responsible organizations, and time and cost estimates.

## STUDY AUTHORITY

The study was authorized by a resolution adopted September 23, 1982, by the Committee on Public Works and Transportation of the United States House of Representatives at the request of Representative Robert L. Livingston, Louisiana 1st Congressional District. The resolution is as follows:

> "Resolved by the Committee on Public Works and Transportation of the House of Representatives, United States, that the Board of Engineers for Rivers and Harbors is hereby requested to review the report of the Chief of Engineers on the Mississippi River Gulf Outlet, Louisiana, published as House Document No. 245, 82nd Congress, 1st Session, and other pertinent reports, with a view to determining whether, in light of extensive erosion which has been occurring in St. Bernard Parish along the unleveed banks of the Gulf Outlet Channel, any modifications to the recommendations contained therein are advisable at this time with reference to the feasibility of bank protection measures."

## STUDY PURPOSE AND SCOPE

This study is in response to the study resolution and will be conducted in two phases: a reconnaissance phase and a feasibility phase. This report contains the results of the reconnaissance phase studies.

The purpose of the reconnaissance phase is to accomplish the following objectives:

- define the extent of erosion and erosion-related problems projected to occur in the study area;
- identify opportunities to implement potential solutions to the defined problems;
- appraise the Federal interest in potential solutions to defined problems by evaluating the costs, benefits, and environmental effects of the potential solutions;
- determine, based on the appraisal of Federal interest, whether planning should proceed beyond the reconnaissance phase into more detailed feasibility phase investigations;
- estimate the time and cost required to complete feasibility phase studies, if Federal interest is indicated; and
- assess the level of interest and support of non-Federal interests in the identified potential solutions to defined problems.

Study efforts in the reconnaissance phase include the use of available information and data, ground reconnaissance of the study area, limited field surveys, and office studies. Existing conditions and projected conditions with and without Federal improvements are assessed. Problems and opportunities are identified. The feasibility and performance of potential improvements are determined. Social, cultural, economic, and environmental impacts are evaluated.

The study area is located in southeast Louisiana in Orleans and St. Bernard Parishes. The study specifically addresses a segment of the Mississippi River-Gulf Outlet navigation channel. The study area is shown on Plate 1.

## MISSISSIPPI RIVER-GULF OUTLET PROJECT

The Mississippi River-Gulf Outlet, Louisiana, project was authorized by the Rivers and Harbors Act of 29 March 1956 (Public Law 84-455) substantially in accordance with recommendations of the Chief of Engineers in House Document No. 245, 82nd Congress, 1st Session, entitled, <u>Mississippi River-Gulf Outlet, Louisiana</u>. The project is located in southeast Louisiana, in Orleans, St. Bernard, and Plaquemines Parishes and provides for deep-draft navigation access to the Inner Harbor Navigation Canal from the Gulf of Mexico via a new tidewater channel. Features of the project are:
- a 76-mile channel with a project depth of 36 feet Mean Low Gulf (MLG) and a 500-foot bottom width extending from the Inner Harbor Navigation Canal in New Orleans to the Chandeleur Islands and increasing gradually to a width of 600 feet and a depth of 38 feet to the -38-foot contour in the the Gulf of Mexico;
- a turning basin with a project depth of 36 feet MLG, a width of 1,000 feet, and a length of 2,000 feet at the junction of the new channel and the Inner Harbor Navigation Canal in New Orleans;
- a suitable bridge over the new channel for Louisiana Highway 47;

MRGOX10031

MGP-003-000005521

- reduce the rate of loss of valuable coastal wetlands adjacent to the MR-GO channel, and

- restore, to the extent practicable, wetlands previously converted to open water as a result of bank erosion and saltwater intrusion.

## PLAN FORMULATION RATIONALE

Both structural and non-structural measures were considered for reducing bank erosion and/or restoring adjacent wetlands along the MR-GO. Structural measures included the construction of bank protection structures, such as rock dikes, along the channel; and the enlargement of the channel to increase its cross-sectional area. Each of these measures would reduce effects of wave draw-down and subsequent run-up caused by deep-draft vessels. The bank stabilization measures would also provide a means for protecting maintenance dredged material to facilitate the creation of wetlands.

Non-structural measures include the closure of the MR-GO navigation channel to deep-draft navigation and the imposition of speed limits on vessels using the channel. Both of these non-structural measures would significantly reduce the erosion and thereby the maintenance requirements of the navigation channel, and would reduce the loss of wetlands, but they would not restore or facilitate the restoration of wetlands along the MR-GO navigation channel.

These structural and non-structural plans and the rationale on whether they were addressed further during the reconnaissance phase are discussed below.

## STRUCTURAL MEASURES

<u>Bank Protection Structures</u>. Bank protection structures, such as rock dikes, could be constructed along limited reaches of the MR-GO navigation channel or along the entire channel. These structures could preclude most of the wave run-up and subsequent draw-down that causes the erosion of the channel bank and the associated higher maintenance dredging requirements and wetlands loss along the channel. They would also assist in the retention and protection of dredged material for creating wetlands by protecting the earthen dikes that will be constructed to retain dredged material during normal scheduled maintenance. Since bank protection structures address all three planning objectives and would not adversely affect navigation, they were further evaluated to determine their potential feasibility.

<u>Enlargement of the MR-GO Navigation Channel</u>. The enlargement of the cross-sectional area of the critical reaches of the MR-GO navigation channel would reduce the height of the wave pushed up in front of deep-draft vessels and

35

MRGOX10064

MGP-003-000005522

thereby reduce the effects of vessel movements on the erosion of the banks of the MR-GO along these reaches. Because this measure would only partially address the planning objectives of reducing maintenance dredging and reducing the loss rate of wetlands and would not address the third objective of wetland restoration, it was not considered further.

## NON-STRUCTURAL MEASURES

Closure of the MR-GO. The MR-GO could be closed to deep-draft vessel traffic which would address the bank erosion and consequent loss of wetlands resulting from vessel-generated wave wash. If this channel were closed to deep-draft traffic, the alternative courses of action would include 1) diverting this traffic to the Mississippi River, 2) diverting this traffic to an alternative port, and 3) constructing a deep-draft lock to connect the Mississippi River and the existing facilities along the MR-GO. In 1989, New Orleans District prepared an analysis of the economic feasibility of continued channel maintenance. Based solely on the costs of continued maintenance and the costs associated with the three alternatives, continued channel maintenance is economically justified as shown below; additional information is provided in Appendix C.

| Option | Average Annual Cost ($1,000) |
|---|---|
| Continue Channel Maintenance | $9,319 |
| Divert Traffic to Mississippi River | $13,384 |
| Divert Traffic to an Alternative Port | $15,140 |
| Construct a Deep-Draft Lock | $89,692 |

This option would not restore or facilitate the restoration of wetlands along the MR-GO navigation channel. Additionally, this option would not be supported by the navigation interests, the potential local sponsor for feasibility phase studies of this problem. Therefore, this alternative was not considered further in this reconnaissance phase study.

Speed Limits on Vessels. A speed limit alternative imposing a 10 mile per hour speed limit for large displacement vessel traffic within the 37 miles between mile 60 and mile 23 was previously evaluated. Currently, vessel transit speeds average about 14 miles per hour in this reach of the channel. A 10 mile per hour speed limit would diminish the wave-wash and drawdown effects produced by large displacement vessels that cause erosion of the unprotected channel banks.

MRGOX10065

MGP-003-000005523

Costs associated with this plan include increased vessel operating cost due to a reduction in average transit speed and speed limit enforcement costs. However, only vessel operating costs were considered in the evaluation of this plan.

Benefits of the speed limitation include the following:
- increased safety for small commercial and recreational craft
- reduced wave activity, and thus, a reduction in the rate of bank erosion and rate of marsh loss
- savings in average annual maintenance dredging for at least a portion of the planning horizon-2000 to 2050.

Shippers would face higher operating costs if forced to observe a speed limit of 10 statute miles per hour along the 37 mile portion of the waterway under study. For the without-project (i. e., no speed limit) condition, transit time for vessels averaging 14 statute miles per hour is 2.6 hours. Under with-project conditions (i. e., with a 10 mph speed limit), the transit time would be increased to 3.7 hours, a difference of 1.1 hours. Based on these data, the total incremental annual costs to shippers should a 10 mile per hour speed limit be imposed would be on the order of $2 million (with enforcement cost not quantified). Because this measure would only partially address the planning objectives of reducing maintenance dredging and reducing the loss rate of wetlands and would not address the third objective of wetland restoration, it was not considered further in this reconnaissance phase study. Additionally, this option would not be supported by the navigation interests, the potential local sponsor for feasibility phase studies of this problem. However, it is practicable to consider speed limit restrictions on vessels either separately or in combination with structural measures during the follow-on feasibility phase.

## DEVELOPMENT AND DESCRIPTION OF PLANS

### PLANS CONSIDERED FURTHER

As discussed in the plan formulation rationale section, bank protection structures were the only measures considered further in this reconnaissance phase study. Alternative locations of bank protection structures along the MR-GO were developed; alternative structural designs for the plans were developed, evaluated, and screened; and alternative plans were formulated and evaluated based on the results.

### ALTERNATIVE BANK PROTECTION PLANS

Four options were developed for the protection of the banks along the MR-GO. A slight variation on one of the options was also considered; therefore, a total of five plans was evaluated. Each of the alternative plans was similar except for

MRGOX10066