# EXHIBIT 66

# EXPERT REPORT

Geotechnical Analysis of the United States Corps
of Engineers' Design, and Its Contractors' Construction
of, the Lake Pontchartrain and Vicinity Hurricane Protection Project
Structures Adjacent to the Mississippi River – Gulf Outlet,
Gulf Intracoastal Waterway, and Inner Harbor Navigation
Canal and their Performance During Hurricane Katrina

*Thomas F Wolff*

Thomas F. Wolff, Ph.D., P.E.
Geotechnical Engineering Consultant
2595 Robins Way
Okemos, MI 48864
December 18, 2008

**TABLE OF CONTENTS**

BACKGROUND ...........................................................................................................................5

QUALIFICATIONS .....................................................................................................................5

DOCUMENTS REVIEWED........................................................................................................6

INTRODUCTION ........................................................................................................................7

**PART I: MISSISSIPPI RIVER GULF OUTLET (MRGO) LEVEES AND CONTROL STRUCTURES**......................................................................................................................9

DEFINITION OF A LEVEE .......................................................................................................9
    Corps' Definition .................................................................................................................9
    Design Documents...............................................................................................................9
    Post-Katrina Reports .........................................................................................................10
    Other Sources....................................................................................................................10
    Conclusion ........................................................................................................................11

DESIGN AND CONSTRUCTION OF THE MRGO LEVEES.................................................11
    Mississippi River Gulf Outlet (MRGO) Project ...............................................................11
        Opinion ..................................................................................................................12
    Authorization of the Lake Pontchartrain and Vicinity Hurricane Protection Project (LPVHPP)..........................................................................................................................12
    Design Guidance and Practice in 1966 .............................................................................13
        1947 Code for Utilization of Soils Data for Levees ..............................................13
        Opinion ..................................................................................................................14
        1966 Paper by Kaufman and Weaver ...................................................................15
        Opinion ..................................................................................................................16
    November, 1966 Lake Pontchartrain and Vicinity, GDM No. 3, Chalmette Area Plan....16
        Review Process ......................................................................................................16
        Levee Grades .........................................................................................................16
        Soils........................................................................................................................17
        Seepage and Uplift.................................................................................................17
        Opinion ..................................................................................................................17
        Erosion Protection..................................................................................................18
        Opinion ..................................................................................................................18
        Levee Stability .......................................................................................................18
        Opinion ..................................................................................................................18
        Levee Construction ................................................................................................19
        Foreshore Protection ..............................................................................................19
        Opinion ..................................................................................................................19
        Plan and Profile Drawings, and Boring Logs .......................................................20
        Design Section Drawings.......................................................................................20
        Lift and Shaping Details ........................................................................................20

      Summary Opinions on GDM No. 3 ....................................................................... 20  
   March 1967, First Lift, Sta. 594+00 to 770+00 .............................................................. 21  
   January 1968, First Lift, Sta. 387+40 to Sta. 523+00 ..................................................... 21  
   April 1970, First Lift, Sta. 770+00 to Sta. 995+00 ......................................................... 21  
      Opinion ................................................................................................................ 22  
   April 1972, Second Lift, Sta. 370+00 to Sta. 682+00 ..................................................... 22  
   March 1978, EM 1110-2-1913, Design and Construction of Levees .............................. 22  
      Engineer Manual Provides Basic Principles and Guidance ................................. 22  
      Opinion ................................................................................................................ 22  
      Slope Stability Safety Factors .............................................................................. 22  
      Opinion ................................................................................................................ 23  
      Erosion Protection ................................................................................................ 23  
      Opinion ................................................................................................................ 24  
      Levee Materials .................................................................................................... 24  
      Opinion ................................................................................................................ 25  
   April 1978, First Enlargement, B/L Sta. 708+95 to B/ Sta. 945+85 ............................... 25  
      Opinion ................................................................................................................ 25  
   July 1980, First Enlargement, Sta. 360+70 to Sta. 699+00 ............................................. 25  
   November 1982, Bayou Bienvenue to Bayou Dupre Levee Closure ............................... 26  
   March 1983, Second Enlargement, B/L Sta. 708+68 to B/L Sta. 945+87 ....................... 26  
      Opinion ................................................................................................................ 26  
   March 1985, Second Enlargement, MRGO B/L Sta. 380+50 to Sta. 692+50 ................. 27  
   August 1985 NOD Decision on Benchmarks ................................................................ 27  
      Opinion ................................................................................................................ 28  
   January 1987, Levee Closures, B/L Sta. 367+60 to 1005+49 ......................................... 28  
   May 1992, Levee Closures, Sta. 366+00 C/L to Sta. 1007+91 C/L ................................ 29  
   April 2000 Engineer Manual (EM) on Design and Construction of Levees .................... 29  
      Engineer Manual Provides Basic Principles and Guidance ................................. 29  
      Opinion ................................................................................................................ 29  
      Erosion Protection ................................................................................................ 29  
      Opinion ................................................................................................................ 29  
      Overtopping Considerations ................................................................................ 30  
      Opinion ................................................................................................................ 30  
      Levee Materials .................................................................................................... 30  
   2001 Geotechnical Investigation, Chalmette Area Plan, Bayou Bienvenue to Bayou  
   Dupre .............................................................................................................................. 30  
      Opinion ................................................................................................................ 31  

DESIGN AND CONSTRUCTION OF THE BAYOU BIENVENUE AND BAYOU DUPRE  
CONTROL STRUCTURES ................................................................................................... 31  
   Opinion ........................................................................................................................... 32  

MRGO BANK EROSION (LEVEE FORESHORE EROSION) ISSUES .................................... 32  

SUMMARY OPINIONS ON THE CORPS' DESIGN OF THE MRGO LEVEES .................... 32

MRGO LEVEES AT THE TIME OF HURRICANE KATRINA ................................................33
    Soil Borings ......................................................................................................................33
    Completion Reports ..........................................................................................................33
    November 2005 ASCE-UCB-NSF Report .......................................................................33
    IPET Report ......................................................................................................................33
    Opinion .............................................................................................................................36
    ILIT Report ......................................................................................................................37
    Opinion .............................................................................................................................38
    ASCE External Review Panel (ERP)...............................................................................38

EROSION TESTING AND MODELING.............................................................................................38
    Erosion Testing by the Interagency Performance Evaluation Task Force........................38
    Erosion Testing by Briaud, et al ......................................................................................39
    Opinion .............................................................................................................................41
    Dr. Bea's Analysis of, and Conclusions Regarding, Pre-Overtopping Breaching by
    Erosion .............................................................................................................................42
    Opinion .............................................................................................................................43
    Grass Lift-Off Under Wave Attack..................................................................................44
    Opinion .............................................................................................................................45
    Calibrating Numerical Models in Engineering ................................................................45
    Opinion .............................................................................................................................46

**PART II: IHNC FLOODWALL PERFORMANCE**..............................................................47

    IPET Findings ..................................................................................................................48
    ILIT Findings ...................................................................................................................48
    Bea Declaration II of July, 2008 ......................................................................................49

**CLOSING** ..............................................................................................................................50

**REFERENCES**......................................................................................................................51

**CURRICULUM VITAE**

**BACKGROUND**

This report reviews geotechnical issues related to the flooding of St. Bernard Parish, Louisiana, and areas of Orleans Parish in the Ninth Ward during and following Hurricane Katrina in 2005. These issues are raised in the case *Robinson, et. al. v. the United States.* Plaintiffs seek damages from the United States due to flooding during and following Hurricane Katrina, as a result of levee and floodwall breaches along the Inner Harbor Navigation Canal (INHC), the Gulf Intracoastal Waterway (GIWW) and the Mississippi River Gulf Outlet (MRGO). Design and construction of these levees was performed by the United States Army Corps of Engineers (USACE, or the Corps) through its contractors.

**QUALIFICATIONS**

I have more than 40 years experience in planning, design, and construction, and in the safety and reliability evaluation of levees and other navigation and flood control structures. Starting as a student intern with the St. Louis District of the USACE in 1967, I performed drafting and design calculations for levee work in Missouri and Illinois under the supervision of Corps geotechnical engineers. From 1970 to 1985, I was employed as a geotechnical engineer with the St. Louis District of the Corps and was involved in the planning, design, construction and safety evaluation of dams, levees and hydraulic structures in Missouri, Illinois and Louisiana. My work included an evaluation, and underseepage analysis, of the performance and reliability of 200+ miles of levees during the 1973 Mississippi River flood, and a portion of that work formed the basis of my report required for the Master of Science in civil engineering.

During my employment with the Corps, the work of the St. Louis District was reviewed by the Corps' Lower Mississippi Valley Division (LMVD) and the Office of the Chief of Engineers (OCE). These reviews involved the same offices, and in some cases the same personnel and time frame as reviews of the New Orleans District (NOD) levee designs at issue in the instant case. Consequently, I am very familiar with the Corps' review process at the time of design of the Lake Pontchartrain and Vicinity Hurricane Protection Project (LPVHPP). In addition to design work, I have also served on several Corps-wide committees that provided input to the development of Corps' computer programs for analysis and design of hydraulic structures, and that provided input to design guidance engineering manuals (EMs). In that capacity, I interacted with a number of personnel of the Waterways Experiment Station (WES, now Environmental Research and Development Center, ERDC) in Vicksburg, MS and also with personnel of OCE.

From 1986 to present, I have been on the faculty of the Department of Civil and Environmental Engineering at Michigan State University. Since 1998, I have served as Associate Dean of the College of Engineering. My relevant research and consulting funded by the Corps since 1986 includes the following:

- Research reports and draft engineering guidance related to the application of reliability and risk analysis in the evaluation and design of dams and levees.
- Research reports and draft guidance related to levee underseepage and reliability assessments of existing levees.

5

- Consultation on the application of reliability analysis to Hodges Village Dam (MA), Walter F. George Dam (GA, AL), Herbert Hoover Dike (FL), and Mississippi River Locks and Dams (MO, IL).
- Consultation on underseepage issues for the Chesterfield-Monarch levee in St. Louis County, MO.
- Acted as expert on consulting panel for Herbert Hoover Dike (FL).
- Acted as expert on consulting panel for underseepage criteria for Sacramento area levees (CA).

A complete curriculum vitae is provided in the Appendix.

I have been compensated for my work as an expert in this matter at the rate of $200.00 per hour.

**DOCUMENTS REVIEWED**

In preparing this report, I have reviewed a broad selection of documents, with particular emphasis on the following:

- Manuals and Design Guidance
    - The 1947 "Code for Utilization of Soils Data for Levees."
    - Engineering Manual (EM) 1110-2-1913, Design and Construction of Levees, 1978 and 2000 editions.
    - Design Memorandum No. 3, Lake Pontchartrain and Vicinity Hurricane Protection System, 1966
- Post-Katrina Forensic Reports
    - The Interagency Personnel Evaluation Team (IPET) report on Hurricane Katrina, especially Volume V – The Performance – Levees and Floodwalls
    - The Independent Levee Investigation Team (ILIT) report on Hurricane Katrina
    - The Team Louisiana Report on Hurricane Katrina
    - Wooley and Shabman, *Decision Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project.*
    - *What Went Wrong,* report of the ASCE External Review Panel (ERP)
- Litigation-Related Documents
    - Plaintiffs' Court filings and related motions and documents
    - Various declarations and a deposition of Dr. Robert Bea, who is being called as an expert for plaintiffs
    - Declaration and Deposition of Dr. G. Paul Kemp
    - Depositions of USACE personnel
- Published Journal Papers
    - Papers in special edition of the ASCE *Journal of Geotechnical and Geoenvironmental Engineering*, May 2008 (see references). This volume was made public during the course of the litigation and this writer's involvement. It provides invited papers from civil engineers involved in Corps / IPET studies of the failures as well as from members of the ILIT team, and provides a concise and convenient source to review similarities and difference in these expert opinions.

6

- Other papers as noted in references and in this report throughout (<u>e.g.</u>, soil boring logs, EMs, levee lift and construction records, design memoranda and other records necessary to obtain all relevant facts upon which to base informed opinions).

**INTRODUCTION**

During Hurricane Katrina in August 2005, large portions of the metropolitan New Orleans area flooded. Flooding occurred in the Ninth Ward of Orleans Parish and in St. Bernard Parish due to the breaching of levees and floodwalls along the Inner Harbor Navigation Canal (INHC) and the Mississippi River Gulf Outlet (MRGO). All post-Katrina expert reports agree that one of these breaches (north breach on the east side of the INHC) occurred prior to overtopping. Other locations were breached due to overtopping and associated erosion. The various post-hurricane studies differ on whether some of the breaches occurred prior to overtopping.

The Plaintiffs' complaint and their experts' declarations, reports and depositions allege that various deficiencies in the design and construction of hurricane protection levees and floodwalls along the IHNC and the MRGO led to significant and preventable damage in the protected areas behind these structures. Accordingly, the plaintiffs seek relief for these damages from the United States of America.

The INHC is a navigation channel constructed in 1918-1923 by the Port of New Orleans to connect the Mississippi River to Lake Pontchartrain. The lock and southern portion of the canal were leased to the Corps of Engineers starting in World War II and the Corps purchased the lock in 1986. The MRGO is a navigation channel constructed in 1960-1965 to connect the Gulf of Mexico (at an inlet or bay known as Lake Borgne) to the INHC.

This report will focus on the design, construction and maintenance of the flood control structures built pursuant to the Lake Pontchartrain and Vicinity Hurricane Protection Project (LPVHPP). This includes the state of the art for levee design over the course of the project, and the capability to analyze and numerically model the effects of storm surge, waves, and currents on soil erosion, slope stability, and seepage. Hurricane protection levees along the MRGO and INHC were constructed or raised over a period of decades starting in 1967. Because of the soft nature of the underlying soils, much of the levee construction was done in multiple stages to allow for settlement and strength gain due to soil consolidation. Figure 1 provides an overview of these channels and the adjacent levees and floodwalls. To assist in describing specific locations, the levees along MRGO have been divided into two reaches, with Reach One extending from the western end of the MRGO canal (where it joins the INHC) to the bend just west of the Bayou Bienvenue navigation structure, and Reach Two extending from the latter point eastward to Breton Sound.

**Opinion:** The Kaufman and Weaver paper provides further documentation of Corps' levee design and construction methods in Louisiana just prior to the design of the MRGO levees. The concept of building on soft compressible soils by first building a very wide and flat embankment by hydraulic fill, and then raising it by re-shaping it in stages over time, was an established practice in 1966.

**November, 1966 Lake Pontchartrain and Vicinity, GDM No. 3, Chalmette Area Plan**

GDM No. 3 documents the design of the levees along Reach 2 of the MRGO and is in accordance with available Corps guidelines and acceptable engineering practices regarding geotechnical considerations.

**Review Process**

The numerous letters of "indorsement" (Army spelling) bound in the front of GDM No. 3 illustrates how the design of Corps projects in the relevant timeframe involved a series of multiple reviews. The District Office (here the NOD) first documented the design of a project or major feature in a Design Memorandum and subsequently submitted it to the Division Office (LMVD). The Division office reviewed the design and commented, in a cover letter termed the first indorsement, and forwarded the Design Memorandum along with the cover letter to Headquarters, Office of the Chief of Engineers (OCE). OCE then would comment (second indorsement) and return the DM to LMVD, who would then write the third indorsement letter back to the district. This process would continue until all comments were resolved among the three levels of Corps offices. For GDM No. 3, the review correspondence chain extends through a ninth indorsement on June 22, 1967. A separate letter follows regarding modification of the plan that concludes in an eleventh indorsement on November 22, 1967. A similar review process occurred for the GDMs pertaining to the Citrus Back and New Orleans East Back levees.

The result of the comments and replies in these indorsements is that the ultimate design represented a convergence of experience-based opinion and judgment from multiple engineers at multiple levels within the Corps and with coordination and input from local entities. These engineers agreed upon a safe and economical design based on available guidelines and general knowledge in the civil engineering community. The indorsements reflect the deliberations and judgments related to addressing the specific characteristics, challenges and practicalities of designing the specific project in the available area. This includes the hydrodynamic loading conditions that the project was designed to withstand.

In general, the Division review provided for consistency across the Districts in the Mississippi River Valley in addressing site specific issues, while the Headquarters review often focused more on policy and project planning details. In most cases, reviewing engineers in the division office had significant experience in a district office prior to employment at the Division level.

**Levee Grades**

GDM No. 3, paragraph 12, states that the net levee grades were revised upward based on studies following Hurricane Betsy in 1965. Paragraph 14 anticipates the design wind tide level in Reach