# EXHIBIT 70



1110-2-1150a   LPV, St. Bernard Miscellaneous

25Q → 12E

October 23, 2002

Planning, Programs and Project
Management Division

Honorable Nita R. Hutter
Louisiana House of Representatives
240 Marlin Drive, Suite 210
Chalmette, Louisiana 70043

Dear Mrs. Hutter:

    Colonel Rowan is out of town for an extended period, however, he has asked that I forward this response to your letter of August 26, 2002. Unfortunately, we have been extremely busy with the impacts of Tropical Storm Isodore and Hurricane Lili and were not able to respond to your request until now. One benefit is that we are able to report to you on how the project performed during these two recent storms. We have had discussions with Mr. Bob Turner of the Lake Borgne Levee District since the storms, and he has informed us that the hurricane protection levees in St. Bernard successfully resisted the storm surges without significant damage.

    You are correct in noting that levees on the St. Bernard side of the Gulf Outlet are being raised. As you are probably aware, due to the weak and highly compressible nature of the soils in this area, it is necessary to periodically reconstruct levees in phases, or "lifts". As settlement occurs, we award contracts to insure that the levees remain at the design elevation. The current contract is being constructed by Grillot Construction Company, and is scheduled for completion by April 1, 2003. Regarding the floodgate west of the Paris Road bridge, we have determined that conditions warrant modification of that structure. Those conditions relate to specific subsurface problems at this site. It is our intent to increase the elevation at this steel gate and the short section of adjacent concrete wall before the onset of the next hurricane season. These modifications will insure that the project design elevation at this location is maintained.

    The computer model that we are developing is intended to provide us with an enhanced ability to determine storm surge elevations for all of Southeast Louisiana. The model is currently undergoing peer review by a committee of academic experts. Because this model is very complex, the review and verification efforts are very time consuming and exacting. Current expectations are to have a useful, working model by early 2003.

    Regarding the Industrial Canal corridor, we have not performed any recent surveys in this area. However, all of the floodwall sections were constructed to design elevations derived for that area from an analysis of the expected effects of the Standard Project Hurricane. As recently as 1991 the steel sheet pile floodwall between Florida

Avenue and the Gulf Outlet was capped with concrete. In addition, two efforts are underway that will impact flood protection in this area. First, the section of floodwall starting at the river end of the existing Inner Harbor Navigation Canal (IHNC) lock and ending near the existing Florida Avenue bridge will be replaced in toto with protection equal in height to the Mississippi River levee (approx. elev. 23.0) when the new IHNC lock is constructed. This elevation would be more than 6 feet higher than that required for hurricane protection. Second, we intend to begin a re-evaluation of the entire project area, including the Industrial Canal corridor, with the intent of determining if existing project elevations need to be modified. This effort will be undertaken when the new computer model becomes available. As new technology provides us with a better understanding of the likely effects of hurricanes on the area, we will respond as expeditiously as possible. As this information becomes available, we will be happy to share the results of the model studies and updated surveys with you.

Please call Mr. Mervin Morehiser at (504) 862-1776 if you have any questions.

Sincerely,

Alfred C. Naomi
Senior Project Manager

Enclosure