UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____ | § | |

NOTICE OF MANUAL ATTACHMENT

The following exhibit was too large to be attached electronically with the Defendant United States' Notice of Supplementation of the Record For its Motion to Dismiss, Doc. No. 16511. For purposes of completeness, the following exhibits are manually submitted herewith in their entirety via CD-ROM.

Exhibit 71: Mississippi River Gulf Outlet Budget Justification Sheets

This notice of manual attachment is respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR
        Assistant Director, Torts Branch

        *s/ Robin D. Smith*
        ROBIN DOYLE SMITH
        Senior Trial Counsel
        Conor Kells
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4289 / (202) 616-5200 (Fax)
        Attorneys for the Defendant United States

Dated: February 13, 2009