UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO INSURANCE<br>(Wilson, No. 07-3835) | MAGISTRATE WILKINSON |

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Patricia Wilson and Clarence Wilson (the "Wilsons"), plaintiffs in Docket No. 07-3835 (consolidated with Docket No. 05-4182), and defendant, The Standard Fire Insurance Company, on behalf of itself and the incorrectly named entities, St. Paul Travelers Group, Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of The Travelers Property and Casualty [Insurance] Companies (hereinafter "Standard Fire"), who suggest to the Court that the Wilsons' claims against Standard Fire have been compromised, and the parties desire to dismiss the Wilsons' claims asserted in Docket No. 07-3835, with prejudice, with each party to bear its own costs.

WHEREFORE, plaintiffs, Patricia Wilson and Clarence Wilson, and defendant, The Standard Fire Insurance Company, pray that this motion to dismiss be granted, dismissing the claims of the Wilsons asserted in Docket No. 07-3835, against defendant, The Standard Fire Insurance Company, and the incorrectly named entities listed above, with prejudice, with each party to bear its own costs.

Respectfully submitted:

/s/

Roy F. Amedee, Jr.
Brent A. Klibert
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222

Allan Berger
Allan Berger & Associates, APLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224

John Van Robichaux, Jr.
Robichaux Law Firm
6305 Elysian Fields Ave., Suite 406
P.O. Box 792500
New Orleans, LA 70122
504-286-2022

Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777

ATTORNEYS FOR PLAINTIFFS, PATRICIA WILSON
AND CLARENCE WILSON


/s/Gary J. Russo
Gary J. Russo (#10828)
Douglas C. Longman, Jr. (#8719)
LONGMAN RUSSO,
A Professional Law Corporation
P. O. Drawer 3408
Lafayette, LA 70502-3408
337-262-9000

ATTORNEYS FOR THE STANDARD FIRE
INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.


/s/ Gary J. Russo