UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO INSURANCE<br>(Wilson, No. 07-3835) | MAGISTRATE WILKINSON |

## ORDER OF DISMISSAL

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the claims of plaintiffs, Patricia Wilson and Clarence Wilson, against defendant, The Standard Fire Insurance Company, and the incorrectly named entities, St. Paul Travelers Group, Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of The Travelers Property and Casualty [Insurance] Companies (hereinafter "Standard Fire") asserted in Docket No. 07-3835, be and the same are hereby dismissed, with prejudice, with each party to bear its own costs.

Thus done and signed at New Orleans, Louisiana this ___ day of _____, 2009.