UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD DUVAL, JR |
| PERTAINS TO: BARGE | MAGISTRATE: (2)<br>JUDGE WILKINSON |
| Boutte v. LaFarge         05-5531<br>Mumford v. Ingram      05-5734<br>Lagrande v. LaFarge   06-5342<br>Perry v. Ingram             06-6299<br>Benoit v. LaFarge         06-7516<br>Parfait Family v. USA  07-3500<br>LaFarge v. USA            07-5178<br>In Re: Unique              06-3313 | |

## UNIQUE TOWING'S FINAL WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come Unique Towing, Inc., and pursuant to the Court's Case Management and Scheduling Order No. 7 entered on May 1, 2008, submits its Final Witness and Exhibit Lists by adopting the Fifteenth Preliminary Witness and Exhibit Lists filed by Lafarge North America on or about January 20, 2009, R.Doc. #s 17240 and 17241.

Respectfully submitted on February 16, 2009.

                                             WAITS, EMMETT & POPP

                                             s/ John F. Emmett
                                             JOHN F. EMMETT (1861)
                                             1515 Poydras Street, Suite 1950
                                             New Orleans, Louisiana 70112
                                             Telephone:    (504) 581-1301
                                             Facsimile:      (504) 585-1796
                                             E-mail:            jemmett@wep-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by filing same with the Court's electronic filing system, or by U.S. mail, postage prepaid and properly addressed, this 16th day of February, 2009.

                                            s/ John F. Emmett
                                            JOHN F. EMMETT