UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| Mumford 05-5724 | * | |
| Lagarde 06-5342 | * | JUDGE |
| Boutte 05-5531 | * | STANWOOD R. DUVAL, JR. |
| Perry 06-6299 | * | |
| Benoit 06-7516 | * | MAGISTRATE |
| Parfait Family 07-3500 | * * | JOSEPH C. WILKINSON, JR. |

### ORDER GRANTING MOTION TO MODIFY
### <u>CASE MANAGEMENT AND SCHEDULING ORDER NO. 7</u>

Upon consideration of the motion of the joint ex parte motion of Barge Plaintiffs PSLC and Lafarge North America Inc. to modify Case Management and Scheduling Order No. 7, it is hereby ORDERED that the motion is GRANTED.

Case Management and Scheduling Order No. 7 (Rec. Doc. 12935) is hereby modified as follows:

1. <u>Merits Experts</u>:   The deadline for the expert report of James Kilpatrick, and for the report of any expert designated by Lafarge North America Inc. to respond to Dr. Kilpatrick, is hereby extended to be reset when the Court sets expert discovery and disclosure deadlines either in the case of a class trial or at the time the Court sets such deadlines for the next set of individual trials.

2. <u>Merits Fact Witness Depositions and Witness Lists</u>. All depositions of merits fact witnesses shall be concluded no later than March 31, 2009. Final witness lists in the form required by Case Management Order No. 7 shall be filed no later than April 1, 2009.

3. <u>Motions for Summary Judgment</u>. Any motion for summary judgment must be filed no later than May 4, 2009. Any memorandum in opposition to a motion for summary judgment must be filed no later than May 22, 2009, and any reply memorandum must be filed no later than June 1, 2009. The Court will set a hearing on summary judgment motions for a date after June 1, 2009.

4. All provisions of Case Management Order No. 7, as previously modified, remain in effect.

New Orleans, Louisiana, this 13th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE