## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION         * | JUDGE: DUVAL |
|                                 * | MAG.: WILKINSON |
|                                 * | |
| PERTAINS TO:                    * | |
| INSURANCE (Ancar, No. 07-4853)  * | |

### ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **WILLIE AND CAROL BREAUX**, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 13th day of February, 2009

UNITED STATES DISTRICT JUDGE