**MINUTE ENTRY**
**DUVAL, J.**
**February 13, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>**INSURANCE** | **SECTION "K"(2)** |

Attending a status conference held this day were:

Joseph M. Bruno, Calvin Fayard and Frank Dudenhefer for Plaintiffs
Ralph Hubbard for Travelers.

At the parties request, a telephonic status conference to report to the Court concerning settlement possibilities was held this day.

**IT IS ORDERED** that these parties shall attend another telephonic status conference on February 20, 2009 at 11:30 a.m. to report on their further progress. Ralph Hubbard shall initiate the call.

JS-10 - 10 mins.