UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION No. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | |
| * | | |
| PERTAINS TO: BARGE * | | |
| * | | |
| Boutte v. LaFarge 05-5531 * | | SECTION "K" |
| Mumford v. Ingram 05-5734 * | | |
| Lagrande v. LaFarge 06-5342 * | | |
| Perry v. Ingram 06-6299 * | | |
| Benoit v. LaFarge 06-7516 * | | |
| Parfait Family v. USA 07-3500 * | | |
| LaFarge v. USA 07-5178 * | | |
| In Re: Unique 06-3313 * | | |
| * | | JUDGE STANWOOD DUVAL, JR. |
| * | | |
| * | | MAGISTRATE: (2) |
| * | | JUDGE WILKINSON |

### JOSEPH C. DOMINO'S FINAL WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes Joseph C. Domino, Inc., and pursuant to the Court's Case Management and Scheduling Order No. 7 entered on May 1, 2008, submits its Final Witness and Exhibit Lists by adopting the Fifteenth Preliminary Witness and Exhibit Lists filed by Lafarge North America on or about January 20, 2009, R.Doc. #s 17240 and 17241.

RESPECTFULLY SUBMITTED,

HARRIS & RUFTY, LLC

/s/ Rufus C. Harris, III
Rufus C. Harris, III (#6638)
Alfred J. Rufty, III (#19990)
Jill S. Willhoft (#28990)
Cindy G. Martin (#25159)
650 Poydras Street, #2710
New Orleans, Louisiana 70130
(504) 525-7500 Telephone
(504) 525-7222 Facsimile
**Attorneys for Joseph C. Domino, Inc.**

## Certificate of Service

I hereby certify that a copy of the above and forgoing pleading was served on all counsel of record by facsimile or other electronic transmission this 17th day of February, 2009.

/s/ Rufus C. Harris, III
