From: Janet_Daley@laed.uscourts.gov
Sent: Tuesday, February 10, 2009 6:23 PM
To: pierceodonnell@att.blackberry.net; Smith, Robin (CIV)
Subject: question.

Follow Up Flag: Follow up
Flag Status: Red

Robin and/or Pierce:

Can you explain to me the purpose of a "Reconnaissance Report:"

1)      For whom is it prepared?
2)      To whom is it disseminated?

Specifically--Plaintiffs' Doc. 32 re: Bank Erosion.--were these comments part of the Report?

thanks,
Janet

Janet Daley
Chambers of Stanwood Duval, Jr.
Office  (504) 589-7540
Fax     (504) 589-2393