UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008. Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts: John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff. *See* Doc. Rec. No. 16833. Subsequently, the United States provided notice to the Plaintiffs of expert report amendments regarding Steven Fitzgerald on December 23, 2008, and for John Barras on February 10, 2009. *See* Doc. Rec. Nos. 16842 and 17663, respectively. Moreover, the United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In Re: Katrina Canal Breaches Consolidated Litigation. See* Doc. Rec. No. 16908.

As noted in the United States' December 22, 2008, Notice of Production, the Plaintiffs were instructed to contact United States counsel after they reviewed the expert reports to obtain any evidence that they may require that was relied upon by the experts when they drafted their

reports. Accordingly, on December 31, 2008, the Plaintiffs requested the United States to "please produce the map showing the location of the measured high water marks as referenced in table 1 on page 27 of the Ebersole report." The map requested by the Plaintiffs is located on page 12 of Mr. Ebersole's expert report. As such, the United States will not be producing the map again.

On January 6, 2009, the Plaintiffs requested from the United States the articles cited by Dr. Resio in his expert report. The Plaintiffs also requested from Dr. Resio and Dr. Westerink "all of the information and data that was used to set up their models. All input and output files." The information requested from Dr. Resio was provided by the United States to the Plaintiffs on a CD on January 26, 2009. The United States is now producing to the Plaintiffs a Bates-stamped version of that information. Concerning the request for information from Dr. Westerink, the United States is producing marsh elevations he used as reliance materials when drafting his expert report.

The United States is producing to the Plaintiffs the documents and/or electronically stored information (ESI) requested in the above paragraph within the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368). In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

XJW-002-000000001 thru XJW-002-000000001

XDR-002-000000001 thru XDR-002-000000030

        Respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        *s/ James F. McConnon, Jr.*
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: February 17, 2009

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on February 17, 2009, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

       s/ James F. McConnon, Jr.
       JAMES F. McCONNON, JR.