EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XJW | 002 | XJW-002-000000001 | XJW-002-000000001 | Expert Witness | Joannes Westerink | KC1019 | 2/17/2009 | Robinson | Supplemental Production from Expert Report and Related Documents of Joannes Westerink produced on 12/22/08 |
| XDR | 002 | XDR-002-000000001 | XDR-002-000000030 | Expert Witness | Donald Resio | KC1020 | 2/17/2009 | Robinson | Supplemental Production of Reliance Materials from expert Donald Resio |

2/17/2009