UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | C.A. NO. 05-4182; "K" (2) JUDGE: DUVAL MAG.: WILKINSON |
| PERTAINS TO: INSURANCE (Sacrite, No. 07-2159) | * * | |

### JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiff, **IRVIN AND JACQUELINE SACRITE**, and Defendant, State Farm Fire and Casualty Company, through their undersigned counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with settlement and accordingly, should be dismissed, with prejudice, each party to bear its own cost of court.

Respectfully submitted,

| | |
|---|---|
| JIM S. HALL (21644) JOSEPH W. RAUSCH (11394) Attorney for Plaintiff 800 N. Causeway Blvd., Suite 100 Metairie, Louisiana 70001 (504) 832-3000 | CHARLES L. CHASSAIGNAC, IV (20746) PORTEOUS, HAINKEL & JOHNSON Attorneys for Defendant State Farm Fire and Casualty Company 343 Third Street, Ste. 202 Baton Rouge, LA 70801 (225) 383-8900 |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 17th day of Feb., 2009.

_____
CHARLES L. CHASSAIGNAC, IV (#20746)