MINUTE ENTRY
KNOWLES, M.J.
FEBRUARY 17, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |

On this date, Williams, et al's Motion for Leave to Conduct Settlement-Related Discovery #17334 came on for discussion again before the undersigned Magistrate Judge.

PRESENT WERE:

    William C. Gambel - counsel for Movants
    Jerry Meunier - counsel for Plaintiffs
    Joseph Bruno - counsel for Plaintiffs
    Hugh Lambert - counsel for Plaintiffs and Cayre
    Gary Zwain - counsel for East Jefferson Levee District
    Ralph S. Hubbard, III/Joseph Guichet - counsel for St. Paul Fire and Marine Insurance Company
    Thomas Anselmo/Ben Mayeux - counsel for Orleans Levee District
    John Etter - CSXT

Pursuant to the hearing conducted in Chambers this date, the Court determined that, in addition to all of discovery that has been and will continue to be made available by class counsel, the following discovery is appropriate. Within the next fourteen days, (1) St. Paul Travelers shall supplement its discovery responses with respect to explanatory materials relating to the applicable policy and (2) the Levee District shall make a representative available to answer questions with respect to the financial statements, including an individual who is capable of addressing questions with respect to South Louisiana Flood Protection Authority - East's financial statements, all of which were previously made available.

MJSTAR(00:23)

_____
**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**