MINUTE ENTRY
DUVAL, J.
February 17, 2009

                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

PERTAINS TO: MRGO,  *Robinson* C.A. No. 06-2268

      Attending a telephonic status conference held this day concerning  the United States filed Defendant United States' Notice of Supplementation of the Record for Its Motion to Dismiss, Doc. 16511. (Doc. 17703) were:

      Joseph Bruno and Pierce O'Donnell for plaintiffs and

      Robin Smith for defendants.

      As the result of a written request by the Court for clarification concerning Plaintiffs' Doc. 32, Excerpts of Mississippi River Gulf-Outlet, St. Bernard Parish, La., Bank Erosion Reconnaissance Report, February 1988, and Doc. 35 Excerpts of Army Corps, Environmental Considerations of an Expanded Mississippi River-Gulf Outlet, Appendix I., the United States filed the subject Defendant United States' Notice of Supplementation of the Record by which the it sought to supplement the record by adding 14 new exhibits containing more than 600 pages of documents and deposition testimony, most of which addressed issues that had been discussed in oral argument of the United States' Motion to Dismiss (Doc. 16511) but about which the Court had made neither no inquiry since oral argument nor had given leave for augmenting the record in that regard.

As a result, plaintiffs' filed an Opposition to Defendant's Notice of Supplementation of the Record (Doc. 17706) and the United States filed an Opposition to Plaintiffs' Motion to Strike Defendant's Notice of Supplementation of the Record, Doc. 17703 (Doc. 17715).  In addition, the Court scheduled the subject status conference to discuss these developments.

During the conference, the Court noted that  Plaintiffs' Motion for Partial Summary Judgment (Doc. 16510) and Defendant United States' Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment. (Doc. 16511) were argued on January 8, 2008.  Additional briefing was ordered and with the motions finally being  submitted on February 6, 2008.  The case is scheduled to go to trial on April 20, 2008, and a decision must be rendered forthwith.

This matter has been pending for nearly 4 years.  The case has been scheduled for trial three times.  The Court's resources are such that another continuance is impossible.  As such, the Court cannot allow a wholesale augmentation of the record which would require briefing by plaintiffs and delay the Court in rendering its decision.

Plaintiffs' agreed that if the Court were to allow to be filed the Miller Testimony (Exh. 61), the Podany Testimony (Exh. 62) and the Montvai Testimony (Exh. 63) additional briefing would not be necessary.  These documents address the Court's questions concerning "Reconnaissance Reports."  As such,

**IT IS ORDERED** that the Defendant United States' Notice of Supplementation of the Record for Its Motion to Dismiss, Doc. 16511. (Doc. 17703) shall be treated as a Motion for Leave to Supplement the Record.

**IT IS FURTHER ORDERED** that the Motion is **GRANTED** with respect to

the Miller Testimony (Exh. 61), the Podany Testimony (Exh. 62) and the Montvai Testimony (Exh. 63) and **DENIED** with respect to all other documents filed therein.

*[signature]*

JS:10- 20 mins.