UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538) | * | |

## JOINT MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come **DARLENE CRAWFORD** and State Farm Fire and Casualty Company, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims in the above captioned matter should be dismissed, with prejudice, as it pertains to **DARLENE CRAWFORD, ONLY**, with each party to bear their own costs.

Respectfully submitted,

DANIEL E. BECNEL, JR. (# 2926 )
KEVIN P. KLIBERT (#_____)
LAW OFFICES DANIEL E. BECNEL
Attorneys for Plaintiff
425 W. Airline Highway
La Place, LA. 70068

CHARLES L. CHASSAIGNAC, IV (#20746)
ELEANOR WEEKS WALL (#29695)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for Defendant State Farm Fire
  and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801

1

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 18th day of Feb, 2009.

_____
CHARLES L. CHASSAIGNAC, IV (#20746)