UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Sacrite, No. 07-2159) | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 18th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA