UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.: 05-4182 |
| | SECTION "K" (2) |
| | JUDGE DUVAL |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO:  LEVEE

*EX PARTE* MOTION OF THE PUBLIC BELT RAILROAD COMMISSION
FOR THE CITYOF NEW ORLEANS TO MODIFY CASE MANAGEMENT
AND SCHEDULING ORDER NO. 7 TO EXTEND THE TIME FOR
<u>MOVER TO FILE A SUMMARY JUDGMENT MOTION</u>

NOW INTO COURT comes defendant, the **Public Belt Railroad Commission for the City of New Orleans** (the **"Public Belt Railroad"**), through undersigned counsel, and respectfully moves the Court for a modification of the deadlines contained in Case Management

and Scheduling Order No. 7 (Doc. 12,935) for the limited purpose of extending the deadline for the Public Belt Railroad to file a summary judgment motion.

1.

The Public Belt Railroad, a defendant in the LEVEE Superseding Master Consolidated Complaint, proposes a limited modification to the deadline for filing summary judgment motions, so that the deadline within which the Public Belt Railroad may file a summary judgment motion and supporting materials would move from March 1, 2009, as established by Case Management and Scheduling Order No. 7 (Doc. 12,935) to March 31, 2009, with opposition papers due April 21, 2009 and reply papers due May 1, 2009. The motion will be set for hearing on May 13, 2009.

2.

This modification is requested by undersigned counsel for the Public Belt Railroad due to his recent cancer surgery and chemotherapy treatment from February 2008 through September 2008. Undersigned counsel is now back at work full time and has been deemed by his treating physicians to be cancer free.

3.

Due to the pending consideration by the Court of the proposed settlement between the LEVEE plaintiff class representatives and several defendants in the LEVEE class action proceeding, the requested extension of the deadline for the Public Belt Railroad to file its summary judgment motion will not delay the resolution of the LEVEE class action proceeding.

4.

All other deadlines in Case Management No. 7 (Doc. 12,935) would remain unchanged. A proposed form of Order granting the request is attached.

**5.**

Undersigned counsel has conferred with Plaintiffs' Liaison Counsel, Joseph M. Bruno, concerning this requested extension of time and the proposed new schedule for filing the Public Belt Railroad's summary judgment motion and oppositions thereto, and Mr. Bruno has graciously consented thereto.

APPROVED:

LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III, (Bar No. 7040)
Seth A. Schmeeckle (Bar. No. 27076)
Pan American Life Center
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Fax:  (504) 310-9195
E-Mail: sschmeeckle@lawla.com

***Defendants' Liaison Counsel***

Respectfully submitted,

HAMILTON, BROWN & BABST, LLC

Galen S. Brown
GALEN S. BROWN, T.A. (Bar No. 03556)
Pan American Life Center
601 Poydras Street, Suite 2750
New Orleans, Louisiana  70130
Telephone:  (504) 566-1805
Fax:  (504) 566-1569
E-Mail: gbrown@hamiltonfirm.net

***Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program, and otherwise consented to receive notice and service via CM/ECF.

**I HEREBY FURTHER CERTIFY** that I have mailed a copy of the foregoing document and the notice of electronic filing by first class United States Mail to all non-CM/ECF participants, if any.

/s/ Galen S. Brown
GALEN S. BROWN, T.A. (Bar No. 03556)
*Attorney for Defendant:*
*Public Belt Railroad Commission*
*for the City of New Orleans*
Hamilton, Brown & Babst, LLC
Pan American Life Center
601 Poydras Street, Suite 2750
New Orleans, Louisiana  70130
Telephone: 504-566-1805
Fax: 504-581-1569
E-mail: gbrown@hamiltonfirm.net