UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.:  05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO:  LEVEE

### ORDER GRANTING *EX PARTE* MOTION TO EXTEND THE TIME FOR THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS TO FILE A SUMMARY JUDGMENT MOTION

Upon consideration of the *Ex Parte* Motion of the Public Belt Railroad Commission for the City of New Orleans to modify Case Management Order No. 7 (Doc. 12,935) to extend the

1

time for Mover to file a summary judgment motion, it is hereby ORDERED that the motion is **GRANTED**.

Case Management and Scheduling Order No. 7 (Rec. Doc. 12,935) is hereby modified as follows:

1. *__Motion for Summary Judgment__*. The Public Belt Railroad Commission for the City of New Orleans may file a motion for summary judgment no later than March 31, 2009. Any memorandum in opposition to that motion for summary judgment must be filed no later than April 21, 2009 and any reply memorandum must be filed no later than May 1, 2009. The summary judgment motion will be set for hearing on May 13, 2009.

2. All provisions of Case Management Order No. 7 (Rec. Doc. 12,935), as previously modified, remain in effect.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**