## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

SEC. K, MAG. 2

PERTAINS TO: 07-4538 (ALEXANDER)
******************************************************************

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Debra Mercandel, one of the Plaintiffs in the captioned lawsuit, and Auto Club Family Insurance Company ("ACFIC"), one of the Defendants in the captioned lawsuit, and upon suggesting to the court that all matters between the Plaintiff, Debra Mercandel, and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, Debra Mercandel and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Complaint of Plaintiff, with prejudice.

Respectfully submitted,

**BECNEL LAW FIRM, L.L.C.**

By: _____*Daniel E. Becnel, Jr.*_____
**DANIEL E. BECNEL, JR. (#2926)**
106 W. Seventh Street
P. O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
*Attorneys for Debra Mercandel*

CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.

By: /s/ Thomas M. Richard

THOMAS M. RICHARD (#2069)
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (5040 836-9543
***Attorneys for Defendant, Auto Club Family Insurance Company and Automobile Club Inter-Insurance Exchange***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

/s/ Thomas M. Richard
THOMAS M. RICHARD

2