# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SEC. K, MAG. 2 |
| PERTAINS TO:  07-4538 (ALEXANDER) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Complaint of Debra Mercandel against Auto Club Family

Insurance Company be and is hereby **DISMISSED**, with prejudice.

New Orleans, Louisiana this _____ day of February,  2009.


_____
                 **JUDGE**