## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>*Acevedo I, et al.*<br>*Civil Action No.: 07-5199* | *<br>*<br>* | JUDGE DUVAL <br><br> MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF BEVERLY SMITH WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiff, Beverly Smith ("Smith") who aver that they have amicably resolved their disputes and that Smith acknowledges receipt of adequate settlement funds from Hanover. Accordingly, Smith and Hanover jointly move this Court for entry of an order to (1) reopen *Rafael & Dioigna Acevedo, et al versus AAA Insurance, et al.*, No. 07-5199 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by Smith against Hanover, including without limitation her claims arising under her respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, Smith and Hanover pray that this Court enter an order which (1) reopens *Rafael & Dioigna Acevedo, et al versus AAA Insurance, et al.*, No. 07-5199 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of Smith's claims asserted in the captioned matter, including without limitation her claims arising under her respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

Respectfully submitted,

**/s/ Stuart Barasch**
**Stuart Barasch, T.A., La. Bar # 20650**
**Hurricane Legal Center, LLC**
910 Julia Street
New Orleans, LA 70113
Telephone: (504) 525-1944
Counsel for Plaintiffs, Joseph and Brenda Spires

**And**

**/s/ Seth Schmeeckle**
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar # 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: rhubbard@lawla.com
sschmeeckle@lawla.com
Counsel for Defendant,
The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of February 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

**/s/ Seth Schmeeckle**
Seth A. Schmeeckle

2