UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538) | * | |

## ORDER

**IT IS ORDERED** that all claims of **DARLENE CRAWFORD**, plaintiff herein, against State Farm, in the above captioned matter are hereby dismissed, with prejudice, with each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this 19th day of February, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

3