UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SEC. K, MAG. 2 |
| PERTAINS TO:  07-4538 (ALEXANDER) | |

************************************************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Complaint of Debra Mercandel against Auto Club Family Insurance Company be and is hereby **DISMISSED**, with prejudice.

New Orleans, Louisiana this 19th day of February, 2009.

_____
JUDGE