UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAROLD, JR. AND FLORA VILLERE | * | CIVIL ACTION NO. 07-1567 |
| VS. | * | MAGISTRATE |
| STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "K" |

## ORDER

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE