UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO SEVERED MASS<br>JOINDER CASES | * * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION K (2) |
| Severed from Ailes 06-7822 | * * | |
| GILDA MORGAN, ET AL | * * | CIVIL ACTION NO. 07-1583 |
| VERSUS | * * | SECTION   K (2) |
| STATE FARM FIRE AND<br>CASUALTY COMPANY | * * | |

*********************************************

## MOTION AND ORDER FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, **GILDA MORGAN and HERBERT MORGAN**, and defendant, **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY**, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost.

Respectfully Submitted:

/s/ Patrrick G. Kehoe, Jr.                             /s/ Sidney J. Hardy
_____                _____
**Patrick G. Kehoe, Jr., Bar No. 14419**           **Sidney J. Hardy (1938)**
**Patrick G. Kehoe, Jr., APLC**                    McCranie, Sistrunk, Anzelmo,
833 Baronne Street                                      Hardy, Maxwell & McDaniel
New Orleans, Louisiana 70113                     3445 N. Causeway Blvd., Ste. 800
Telephone: 504-588-1110                           Metairie, LA 70002
Facsimile: 504-588-1954                             Telephone: 504-831-0946
ATTORNEY FOR PLAINTIFFS                    Facsimile: 504-831-2492
                                                                   ATTORNEY FOR DEFENDANT