UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who move for leave to file their reply to the Defendant United States' Response to Plaintiffs' Motion to Compel Discovery (Rec. Doc. 17701), for the following reasons:

I.

The defendant United States filed its Response to Plaintiffs' Motion to Compel Discovery on February 13, 2009.

II.

The defendant's Response contains substantial procedural inaccuracies that can not be addressed by any other means.

III.

The defendant's Response likewise contains factual inaccuracies that are not supported by the testimony of the expert witness, and these are clearly misleading as presented in the Response.

## IV.

The expert discovery is proceeding at a rapid pace, and the response of the defendant that it "will be producing any responsive information in the near future" is but another example, in a long line of dilatory conduct, of unacceptable responses to its obligations to participate in discovery without causing unnecessary delay.  The trial in this matter commences on April 20, 2009.

## V.

In its Reply, the Plaintiffs further illustrate the United States' contumacious behavior in flaunting the Court's Order regarding production of expert reports and reliance materials.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, pray for an Order by the Court granting leave to file the attached Reply.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**
    /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of February, 2009.

                                          /s/ Joseph M. Bruno
                                           Joseph M. Bruno