## Scott Joanen

**From:** Rob Warren
**Sent:** Monday, July 14, 2008 4:18 PM
**To:** 'Smith, Robin (CIV)'
**Cc:** 'Andy Owen (E-mail)'; 'Ashley Philen'; Scott Joanen; Florian Buchler; 'Bob Wright'; 'Calvin Fayard'; 'James Roy'; Joe Bruno; 'John Andry'; 'John Andry'; 'Matt Schultz'; 'Pierce ODonnell'
**Subject:** Katrina: MRGO-Robinson Expert Reports

Robin

The following files are available for download:

1. Description: **Chad Morris - Report**
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/oorsfx

2. Description: **Chad Morris – Appendix A**
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/7madgs

3. Description: **Chad Morris – Appendix B**
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/5jw4w5

4. You've got a file called **Morris-Appendix C.pdf,** (5 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Chad Morris
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/rs70u8

5. You've got a file **called Morris-Appendix1 MRGO Bathymetric Survey Report.pdf,** (491 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Chad Morris
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/rnuv32

6. You've got a file called **Morris-Curriculum Vitae.pdf,** (9 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Chad Morris
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/h7fpxl

7. You've got a file called **FinalReport_flow_20080623.pdf,** (11 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Vrijling-Delft
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/qncvqj

8. You've got a file called **Report_flood_simulation_july_2008.pdf,** (2 MB) waitin


EXHIBIT Reply 1

at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Vrijling-Delft
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/vp8mya

9. You've got a file called **SWANKatrina_appendices_09Jul08.pdf**, (4 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Vrijling-Delft
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/p7qsi2

10. You've got a file called **SWANKatrina_final_09Jul08.pdf**, (7 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Vrijling-Delft
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/bhcsi1


**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/18/2009

# Scott Joanen

**From:** Rob Warren
**Sent:** Monday, July 14, 2008 4:32 PM
**To:** 'Smith, Robin (CIV)'
**Cc:** Scott Joanen; Florian Buchler; 'Ashley Philen'; 'Andy Owen (E-mail)'; 'Bob Wright'; 'Calvin Fayard'; 'James Roy'; Joe Bruno; 'John Andry'; 'John Andry'; 'Matt Schultz'; 'Pierce ODonnell'
**Subject:** Katrina: MRGO-Robinson Expert Reports-Part 3

Robin –

The following files are available for download:

1. You've got a file called **Crawford Engineering (Lattimore).pdf**, (2 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Crawford Engineering
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/wekq3m

2. You've got a file called Crawford **Engineering (Franz).pdf**, (3 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Crawford Engineering
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/rpwqyc

3. You've got a file called **Crawford Engineering (K. Lattimore).pdf**, (1 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Crawford Engineering
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/4p8yok

4. You've got a file called **Crawford Engineering (Robinson).pdf**, (1 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Crawford Engineering
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/2ys6gf

5. You've got a file called **Crawford Engineering (Tanya Smith).pdf**, (2 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Crawford Engineering
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/059bew

6. You've got a file called **Franz-Damage Report.pdf**, (33 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Taylor Adjusting
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/s46fx0

7. You've got a file called **Franz-estimate.pdf**, (2 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).

Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/vsynj7

8. You've got a file called **Latt&Assoc-Damage Report.pdf**, (25 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/9qgfth

9. You've got a file called **Lattimore&Assoc-estimate.pdf**, (1 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/1ihm7n

10. You've got a file called **Lattimore-MH-Damage Report.pdf**, (26 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/ff1kg8

11. You've got a file called **Lattimore-MH-estimate.pdf**, (365 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/vcdwpf

12. You've got a file called **Lattimore-MH-latest-mobile.pdf,** (43 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/vjsc9a

13. You've got a file called **Lattimore-MH-MobileHomeListing.pdf**, (55 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/kqv9fa

14. You've got a file called **Lattimore-MH-MobileHomeListing2.pdf**, (53 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/kgfrv5

15. You've got a file called **Lattimore-MH-Survey-mobile.pdf**, (12 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
Description: Taylor Adjusting
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/cjffjt

16. You've got a file called **Robinson-Damage Report.pdf**, (27 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
    Description: Taylor Adjusting
    You can use the following link to retrieve your file:
    http://www.sendspace.com/pro/dl/xq7vj2

17. You've got a file called **Smith-Damage Report.pdf**, (29 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
    Description: Taylor Adjusting
    You can use the following link to retrieve your file:
    http://www.sendspace.com/pro/dl/u5jwk9

18. You've got a file called **Robinson-estimate.pdf,** (1 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
    Description: Taylor Adjusting
    You can use the following link to retrieve your file:
    http://www.sendspace.com/pro/dl/sxohgq

19. You've got a file called **Smith-estimate.pdf,** (1 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
    Description: Taylor Adjusting
    You can use the following link to retrieve your file:
    http://www.sendspace.com/pro/dl/d8ftf6

20. You've got a file called **Smith-Residential Valuation.pdf**, (35 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
    Description: Taylor Adjusting
    You can use the following link to retrieve your file:
    http://www.sendspace.com/pro/dl/pk1gad


**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/18/2009

## Scott Joanen

| | |
|---|---|
| **From:** | Rob Warren |
| **Sent:** | Monday, July 14, 2008 5:21 PM |
| **To:** | 'Smith, Robin (CIV)' |
| **Cc:** | Scott Joanen; Florian Buchler; 'Ashley Philen'; 'Andy Owen (E-mail)'; 'Bob Wright'; 'Calvin Fayard'; 'James Roy'; Joe Bruno; 'John Andry'; 'John Andry'; 'Matt Schultz'; 'Pierce ODonnell' |
| **Subject:** | Katrina: MRGO-Robinson Expert Reports - Part 4 |

Robin –

The following files are available for download:

1. You've got a file called **Bea-Vita2008.pdf**, (201 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/loj59r

2. You've got a file called **Technical Report I.pdf**, (17 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/1cl3sw

3. You've got a file called **Technical Report II.pdf**, (6 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/hha09d

4. You've got a file called **Technical Report III.pdf**, (6 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/q59xtp

5. You've got a file called **Technical Report IV.pdf**, (8 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/qeo2lx

6. You've got a file called **Technical Report V.pdf**, (44 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/wloyil

7. You've got a file called **Technical Report VI.pdf**, (2 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).

Description: Bob Bea
You can use the following link to retrieve your file:
http://www.sendspace.com/pro/dl/sf224d


**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/18/2009

## Scott Joanen

| | |
|---|---|
| **From:** | Rob Warren |
| **Sent:** | Monday, July 14, 2008 6:31 PM |
| **To:** | 'Smith, Robin (CIV)' |
| **Cc:** | Scott Joanen; Florian Buchler; 'Ashley Philen'; 'Andy Owen (E-mail)'; 'Bob Wright'; 'Calvin Fayard'; 'James Roy'; Joe Bruno; 'John Andry'; 'John Andry'; 'Matt Schultz'; 'Pierce ODonnell' |
| **Subject:** | Katrina: MRGO-Robinson Expert Reports (Part 5) |

Robin -

The following files are available for download:

1. You've got a file called **July11finaKemp.pdf**, (14 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Kemp
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/69z9z3

2. You've got a file called **Kemp-MRGO Chronology Appendix B.pdf**, (348 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Kemp
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/r46z1k

## J. Robert Warren, II, Esq.
### In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**Scott Joanen**

| | |
|---|---|
| **From:** | Rob Warren |
| **Sent:** | Monday, July 14, 2008 7:44 PM |
| **To:** | 'Smith, Robin (CIV)' |
| **Cc:** | Scott Joanen; Florian Buchler; 'Ashley Philen'; 'Andy Owen (E-mail)'; 'Bob Wright'; 'Calvin Fayard'; 'James Roy'; Joe Bruno; 'John Andry'; 'John Andry'; 'Matt Schultz'; 'Pierce ODonnell' |
| **Subject:** | Katrina: MRGO-Robinson Expert Reports (Part 6) |

Robin –

The following files are available for download:

1. You've got a file called **Part I - Bea - Declaration.pdf**, (17 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/3rgfpm

2. You've got a file called **Part II - Bea - Declaration.pdf**, (7 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/xo65an

3. You've got a file called **Part III - Bea- Declaration.pdf,** (11 MB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/lbp0zf

4.

**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/18/2009

## Scott Joanen

**From:** Rob Warren
**Sent:** Monday, July 14, 2008 8:59 PM
**To:** 'Smith, Robin (CIV)'
**Cc:** Scott Joanen; Florian Buchler; 'Ashley Philen'; 'Andy Owen (E-mail)'; 'Bob Wright'; 'Calvin Fayard'; 'James Roy'; Joe Bruno; 'John Andry'; 'John Andry'; 'Matt Schultz'; 'Pierce ODonnell'
**Subject:** Katrina: MRGO-Robinson Expert Reports (FINAL)

Robin –

The following file is available for download:

1. You've got a file **called Bea Report Summary.pdf**, (501 KB) waiting for download at sendspace.com (Your email address was provided by rob@jrobertwarren.com).
   Description: Bob Bea
   You can use the following link to retrieve your file:
   http://www.sendspace.com/pro/dl/bjyl2h


**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/18/2009