PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EPA | 017 | EPA-017-000000001 | EPA-017-000000546 | United States Environmental Protection Agency; Economics, Methods and Risk Analysis Division, Office of Solid Waste | Becky Cuthbertson | KC1021 | 2/20/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents regarding Industrial Surface Impoundments in the Unites States |
| NED | 276 | NED-276-000000001 | NED-276-000000490 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC1022 | 2/20/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous MRGO documents, including Maps |