UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE/FORCED PLACE<br>    Abadie I  06-5164<br>    Abadie II  07-5112<br>    Aaron 06-4746<br>    Aguilar 07-4852<br>    Alexander 07-4538<br>    Ancar 07-4853<br>    Abram 07-5205<br>    Acevedo 07-5199 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

**<u>INSURANCE UMBRELLA<br>FORCED PLACE POLICY<br>CASE MANAGEMENT ORDER</u>**

The captioned "mass joinder" insurance cases may include claims by individual plaintiffs against insurance carriers whose policies were force placed by the plaintiff's mortgage companies. Those cases will need specialized case management. Having considered the input of counsel and the record in these proceedings, and pursuant to Fed. R. Civ. P 16, further proceedings in these cases will proceed as follows:

**IT IS ORDERED** that a new category of cases is created in these consolidated actions, which is known as the Forced Place Insurance category. Whenever any plaintiff in this consolidated litigation whose case is the subject of any of the recent severance orders entered herein files an amended complaint against any defendant under an

insurance policy that was force placed, the caption of the amended complaint and any subsequent pleadings filed in the case must indicate that the case is in the Forced Place Insurance category. This category is created for the purposes of consolidated motion practice, which will be separately scheduled by Judge Duval. As an initial matter only, to maximize efficiencies and judicial economy in the anticipated motion practice, counsel who represent multiple plaintiffs whose cases are being severed from the referenced "mass joinder" cases may again join numerous plaintiffs and defendants in either of the two permissible amended complaints discussed at the January 8, 2009 call docket before me. If necessary and appropriate after the anticipated motion dispositive practice before Judge Duval, additional severance orders may be issued.

New Orleans, Louisiana, this  12th  day of January, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**