UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K"(2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

PERTAINS TO: LEVEE

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes the Sewerage & Water Board of New Orleans, and requests an Order enrolling Charlotte Jane Sawyer of the law firm of Christovich & Kearney, LLP, as additional counsel for the Sewerage & Water Board of New Orleans in this matter.

WHEREFORE, defendant, the Sewerage & Water Board of New Orleans, requests the Court issue an Order allowing the enrollment of additional counsel on its behalf.

/s/ Charles M. Lanier, Jr.
_____
**CHARLES M. LANIER, JR. - BAR 18299**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana   70165
Telephone:  (504) 585-2242
Facsimile:  (504) 585-2426

*Attorneys for Defendant*
*Sewerage & Water Board of New Orleans*


# CERTIFICATE

I do hereby certify that on the 20th day of February, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.


/s/ Charles M. Lanier, Jr.
_____
**CHARLES M. LANIER, JR.**