UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CALAN BREACHES | * | CIVIL ACTION |
| CONSOLIDATION LITIGATION | * | NO. 05-4182 ("K") (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Ancar, No. 07-4853) | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ADRIENNE HARRIS**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009

                                                  _____
                                                UNITED STATES DISTRICT JUDGE
                                                EASTERN DISTRICT OF LOUISIANA