MINUTE ENTRY
DUVAL, J.
February 20, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>    LEVEE AND MRGO | SECTION "K"(2) |

Attending a telephonic status conference held this day were:

Joseph M. Bruno  for Plaintiffs and
Ralph Hubbard for Travelers.

The Court was informed that the Public Belt Railroad Commission for the City of New Orleans intends to file a Motion for Summary Judgment concerning intervening cause in the Master Levee Complaint.  In light of the impending fairness hearing with respect to the Class Settlement Agreement pertaining to all the levee districts, the Court finds that it is necessary for this issue to be heard with alacrity.  Accordingly,

**IT IS ORDERED** that the Public Belt Railroad shall file its Motion for Summary Judgment no later than **March 3, 2009.**  An opposition shall be filed by **March 11, 2009** at which time this motion shall be taken on the papers without oral argument.  For purposes of docketing only, the motion shall be noticed for hearing on **March 18, 2009 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the *Ex Parte* Motion of the Public Belt Railroad Commission for the City of New Orleans to Modify Case Management and Scheduling Order No. 7 (Doc. 17768) is **MOOT**.

JS10(00:15)