**MINUTE ENTRY**
**DUVAL, J.**
**February 20, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>    INSURANCE | SECTION "K"(2) |

Pursuant to Doc. No. 17713, a report was rendered informing the Court that settlement discussions continue. Accordingly,

**IT IS ORDERED** that the parties shall report via telephonic status conference on **March 9, 2009 at 10:30 a.m.** as to their further progress. Ralph Hubbard shall initiate the call.

JS10(00:05)