UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  MRGO, <u>Robinson</u>, 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:        Plaintiffs' Motion to Compel Discovery, Record Doc. No. 17542

O R D E R E D:

 XXX :  GRANTED.  <u>All</u> materials upon which defendants' experts relied in preparing their reports or crafting their opinions must be produced to plaintiffs no later than **February 27, 2009**. Defendant's objection that Rule 30(b)(5) requests for production were prohibited by the court's previous orders is wholly unavailing in this instance. Production of defendant's expert reliance materials is a <u>disclosure</u> requirement of Fed. R. Civ. P. 26(a)(2)(B)(ii), as implemented by the court's previous orders concerning expert <u>disclosure</u>. These materials should have been produced by the United States to plaintiffs pursuant to the court's order almost two months ago, without the need for any separate <u>discovery</u> requests. The United States, which has been dilatory in its compliance with its disclosure obligations and the court's order in this regard, must produce the materials forthwith.

New Orleans, Louisiana, this   20th   day of February, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.