UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. J. WILKINSON |
| | § | |
| PERTAINS TO: BARGE, MRGO | § | |
| | § | |
| _____ | § | |

**DEFENDANT UNITED STATES OF AMERICA'S SECOND PRELIMINARY LIST OF FACT WITNESSES**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), Defendants United States of America and the United States Army Corps of Engineers (collectively herein, the "United States"[1]), through undersigned counsel, hereby submits this Second Preliminary List of Fact Witnesses.[2]

---

[1] The United States Army Corps of Engineers cannot be sued *eo nomine* under the Federal Tort Claims Act.  *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

[2] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

The United States has prepared this preliminary witness list in good faith however, it is necessarily limited because discovery in this case is not complete. As a result, this list is subject to later supplementation on the 20th day of every month as directed in CMO 7.

Walter Baumy
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction, operation, and maintenance of the MRGO.

Gregory E. Breerwood
Retired, U.S. Army Corps of Engineers
808 Colony Place
Metairie, LA 70003
Subject matter: Inspections.

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction, operation, and maintenance of the MRGO.

Jerry Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Levees; inspections.

Gerald J. Dicharry, Jr.
Retired, U.S. Army Corps of Engineers
1813 Francis Avenue
Metairie, LA 70003
Subject matter: IHNC.

John Grieshaber, Phd.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: IHNC.

Lee Guillory
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: IHNC.

James Randall Hanchey
Retired, U.S. Army Corps of Engineers and Louisiana Department of Natural Resources
1024 Woodstone Drive
Baton Rouge, LA 70808
Subject matter: Wetlands; efforts to evaluate and address impact of MRGO.

Suzanne Hawes
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Wetlands; efforts to evaluate and address impact of MRGO.

Victor Landry
Retired, U.S. Army Corps of Engineers and Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
Subject matter: The Gulf Intracoastal Waterway ("GIWW").

Gregory Miller
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Wetlands; efforts to evaluate and address impact of MRGO.

James A. Montegut, III
Retired, U.S. Army Corps of Engineers
6190 Tezcuco Court
Gonzales, LA 70737
Subject matter: IHNC.

Zoltan Montvai
U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, D.C.  20314-100
Subject matter: The Corps' procedure on obtaining Congressional approval and appropriations for civil works projects such as the MRGO.

Alfred Naomi
Retired, U.S. Army Corps of Engineers
520 Tallulah Avenue
River Ridge, LA 70123
Subject matter: LPVHPP project management.

Gib Owen
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118

Subject matter: The Corps hurricane storm damage risk reduction system 100-year design plan; environmental compliance.

Richard Pinner
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Geotechnical analysis of soil.

Thomas Podany
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: The 1988 Reconnaissance Report and subsequent actions taken to evaluate and address the impact of MRGO on the environment.

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Hydrology of MRGO.

Edmond Joseph Russo, Jr.
U.S. Army Corps of Engineers
Engineer Research and Development Center
3909 Halls Ferry Road
Vicksburg, Mississippi, 39180
Subject matter: Operation and maintenance of the MRGO.

Cecil Wayne Soileau
Retired, U.S. Army Corps of Engineers

10012 Walden Drive
River Ridge, LA 70123
Subject matter: Storm surge and the MRGO.

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction and maintenance of the LPVHPP; post-Katrina reconstruction of the flood protection system.

Harley Winer
Retired, U.S. Army Corps of Engineers
950 Picheloup Place
New Orleans, LA 70119
Subject matter: Storm surge and the MRGO.


                Respectfully submitted,

                MICHAEL F. HERTZ
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                s/ Jeffrey P. Ehrlich
                JEFFREY P. EHRLICH
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C. 20044
                (202) 616-4400 / (202) 616-5200 (Fax)
Dated: February 20, 2009         Attorneys for the United States

CERTIFICATE OF SERVICE

I, Jeffrey P. Ehrlich, hereby certify that on February 20, 2009, I served a true copy of the United States' Second Preliminary List of Witnesses upon all parties by ECF.

    s/ Jeffrey P. Ehrlich
    JEFFREY P. EHRLICH