UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Upon consideration of the Motion of the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, for Leave To File Reply, Record Doc. No. 17786, and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Clerk is directed to file the attached Reply.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE