UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724;<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### THIRTEENTH PRELIMINARY WITNESS LIST FOR THIRD-PARTY DEFENDANT, THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), third-party defendant, Board of Commissioners of the Port of New Orleans, submits this preliminary list of fact and expert witnesses who may or will be called to testify at any trial(s) on the merits.

The following former and current USACE employees, most of whom were listed or referred to in the United States of America's Answers to the Levee Plaintiffs' First Set of Interrogatories or in the Attachment to the United States'

Answers to the Levee Plaintiffs' First Set of Interrogatories, filed on June 14, 2007, may be called to testify in this matter:

Accardo, Christopher
Chief, Operations Division MVN
7400 Leake Avenue
New Orleans, LA 70118

Ashley, Chester
Resident Engineer
Hurricane Protection Office
CEMVN

Baumy, Walter O. Jr.
Chief, Engineering Division MVN
From 12/15/02 to present
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

Becnel, Alfred P
Retired 1/8/81
Chief, Hydraulics & Hydrologic Branch
Engineering Division
From 7/27/69 – 1/8/81

Breerword, Gregory E.
Retired 1/3/07
Chief, Operations
From 12/15/02 – 6/25/05

Brouse, Gary
Planning, Programs & Project Mgt. Division
Floodwalls-West Branch & Vicinity
CEMVN
8. Broussard, Richard
7400 Leake Avenue
New Orleans, LA 70118

Caver, William
Retired from Corps
Currently working for Eustis Engineering

Colletti, Jerry
Asst. Chief, Operations Division
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

Combe, Jay
Retired
Former Chief of Coastal Engineering Section
Hydraulics Branch

Decker, Charles
Retired 2/2/83
Chief, Regulatory Branch MVN
From 10/3/71 – 2/2/83

Duscha, Lloyd
Retired
Chief, Engineering Division in Civil Works
From 1979-1983

Edelman, Lester
Retired 1998
Chief Counsel for Army Corps of Engineers
From 1979-1998

Fairless, Robert
Retired 1/3/04
Contractor – Protection & Restoration Office

Goldman, Ronald C., P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay St.
Vicksburg MS 39183

Guillot, Albert J.
Retired 1/2/99
Chief, Operations
From 6/9/96 – 1/2/99

Hatch, Henry J.
Retired 1992
Lt. General – Chief of Army Corps of Engineers
From 1988-1992

Heiberg, Elvin R.
Retired
Lt. General – Army Corps Chief of Engineers
From 1984-1988

Hill, Richard
Retired 1/2/99
Chief, Construction Division
From 10/1/94 – 1/2/99

Hubert, Leo
Retired
Lt. Colonel – New Orleans Deputy District Engineer
From 1975-1978

Judlin, Dan
Retired 10/2/94
Chief, Design
From 11/25/73 – 8/26/77

Laurent, Arthur
Retired
Former Chief of Hydraulics

Lowe, Michael
Operations Division, Readiness Branch
CEMVN

Miller, Gregory
7400 Leake Avenue
New Orleans, LA 70118

Mosher, Reed L., Ph.D.
Chief, Structural Mechanics Division
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Naomi, Alfred
Project Manager
7400 Leake Avenue
New Orleans, LA 70118

Nettles, C.J. (retired)
Retired 7/1/88
Chief, Operations
From 1/13/80 – 7/1/88

Picciola, Rodney
Former Chief, Foundation and Materials Branch
Engineering Division

Pinner, Richard
7400 Leake Avenue
New Orleans, LA 70118

Richardson, Jim
Retired 1/3/02
Engineering Div, Geotechnical Branch

Romero, Jorge
Retired 1/3/04
Engineering Division, Structures Branch
From 3/13/86 – 1/3/04

Rush, Early
Retired
Colonel –New Orleans District Chief of Engineers
From 1975-1978

Russo, Edmund
7400 Leake Avenue
New Orleans, LA 70118

Sands, Colonel Tom
Former District Engineer, MVN

Satterlee, Jr., Gerard S.
Retired
Chief of Engineering Division
Currently with Fenstermaker
1100 Poydras Street, Suite 1550
New Orleans, LA 70163

Schorr, Henry
Retired 2/28/93
Chief, Operations
From 7/31/88 – 2/28/93

Soileau, Cecil W.
Retired 4/30/93
Chief, Hydraulics Branch, Engineering Division MVN
From 6/14/81 - 4/30/93

Stutts, David "Van"
Engineering Division, Hydraulics
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

Swindler, Roger
Operations Division, Central Evaluation Section
CEMVN

Tickner, Wilfred E.
Transferred 4/25/99
Chief, Engineering Division MVN
From 2/4/90 - 4/24/99

Tisdale, Robert L.
CAO 9/25/99
Chief, Operations
From 11/14/93 - 3/16/96

Varuso, Richard
7400 Leake Avenue
New Orleans, LA 70118

Ventola, Ron
Retired 3/31/07
Chief, Regulatory Branch
From 9/13/87 – 3/31/07

Vojkovich, Frank
Engineering Division
Structure Foundations Section
CEMVN

Wall, John
Retired
Lt. General – Director of Civil Works

Winer, Harley
7400 Leake Avenue
New Orleans, LA 70118

ADDITIONAL WITNESSES:

Berryhill, Carolyn
128 West Harrison
Baton Rouge, LA 70802
Subject Matter: Her personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Keller, Deborah
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA 70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA 70130
Subject matter:   Port development; interface between U.S. Army Corps of Engineers,
Levee Board, and Dock Board

McGill, Ronald
3005 Shannon Drive
Violet, LA 70092
Subject Matter: His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Miller, Clayton
Director, Business Development
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA 70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA 70130
Subject matter: Industrial real estate

Murph, Arthur
105 Berkeley Drive
New Orleans, LA 70131
Subject Matter: His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Orlesh, Michael
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA 70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA 70130
Subject matter: Historical overview

Plauche, Jeffrey
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA 70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA 70130
Subject matter: Permitting

Redden, Jennifer
GIS Coordinator – USACOE
167 North Main Street
Memphis, TN 38013
Subject Matter: Compilation and imagery of FEMA Blue Roof data, including how, when, by whom and why such data was compiled and imagery was made thereof, what the data and imagery represents, and the geographic dispersion of the blue roofs

Richardson, Lisa
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA 70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA 70130
Subject matter: Project Coordination

St. Cyr-Butler, Delores
12276 East Glenhaven Drive
Baton Rouge, LA 70815
Subject Matter: Her personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Smith, John, P.E.
USACOE
4155 Clay Street
Vicksburg, MS 39183
Subject Matter:  Use of USACOE Hydrology Engineering Center/River Analysis System computer modeling to prepare incremental flooding source analysis for the New Orleans Metro Area during the Hurricane Katrina time period measured in water surface elevations over time

Spalluto, Lenny
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Dredging

Tribble, Ahsha, Ph.D.
Executive Director
DOC/NOAA/NWS/NCEP
TPC/National Hurricane Center
11691 SW 17th Street
Miami, FL 33165

Villavasso, William
New Orleans Sewerage & Water Board
625 Saint Joseph Street
New Orleans, LA
Subject Matter:  His working at S&WB Pump Stations 5 and his personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Williams, Sidney
4564 Candy Lane
Lilburn, GA 30047
Subject Matter:  His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Any of the 160, more or less, people who were involved or participated in the investigation or subsequent report of the Interagency Performance Evaluation Task Force (IPET), including but not limited to:

Ebersole, Bruce A., P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Foster, Jerry, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

Garster, James K.
Topographic Engineering Center
U.S. Army Corps of Engineers
Engineer Research and Development Center
Alexandria, Virginia

Jaeger, John J., Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

Martin, Denise
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Moentenich, Brian L., P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers
Portland District
Portland, Oregon

Moser, David, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

Poindexter, Larry

Powell, Nancy
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

Resio, Donald T., Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Sharp, Michael K., Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Stevenson, Jeremy
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

Stroupe, Wayne
Public Affairs Office
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Wiggins, Elizabeth

EXPERT WITNESSES:

Charles T. Brigden
Clarion Associates, Inc.
601 South LaSalle Street
Suite 600
Chicago, IL 60605
Subject Matter/Expertise: Commercial and private real estate appraisal, feasibility studies, and market studies

Michael W. Flores, P.E.
GCR & Associates, Inc.
UNO Research and Technology Park
2021 Lakeshore Drive
Suite 100
New Orleans, LA 70122
Subject Matter/Expertise: Land surveying

Paul D. Kuhlmeier, Ph.D., P.E., P.G.
5296 E. Softwood Drive
Boise, ID 83716
Subject Matter/Expertise: Hydrology, hydraulics, and hydrological and geological engineering

Erik L. Nelson, Ph.D., P.E.
2740 Dallas Parkway
Suite 220
Dallas, TX 75093
Subject Matter/Expertise: Architectural engineering

James A. Richardson, Ph.D.
3200 CEBA Building
Louisiana State University
Baton Rouge, LA 70803
Subject Matter/Expertise: Economics

Gregory C. Rigamer
GCR & Associates, Inc.
UNO Research and Technology Park
2021 Lakeshore Drive
Suite 100
New Orleans, LA 70122
Subject Matter/Expertise: Demographics, cultural heritage and urban planning

Richard W. Roddewig, MAI
Clarion Associates, Inc.
601 South LaSalle Street
Suite 600
Chicago, IL 60605
Subject Matter/Expertise: Commercial and private real estate appraisal, feasibility studies, and market studies

Michael W. Truax, MAI
Truax, Robles & Baldwin, LLC
3045 Ridgelake Drive
Suite 100
Metairie, LA 70002
Subject Matter/Expertise: Commercial and private real estate appraisal

  Anyone listed or referred to in discovery, including Rule 26 Initial Disclosures and answers to interrogatories and requests for admissions, and responses to requests for production.

  Anyone else with any factual knowledge, information, or data concerning the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, Hurricane Katrina, the causes of any levee breach or failure mode related to this litigation, or any allegation in Plaintiffs' Complaint.

  Anyone listed or actually called as a witness by any party in this litigation.

          Respectfully submitted,

          DAIGLE FISSE & KESSENICH, PLC

          BY: /s/ Kirk N. Aurandt
             J. FREDRICK KESSENICH (7354)
             MICHAEL W. MCMAHON (23987)
             JON A. VAN STEENIS (27122)
             KIRK N. AURANDT (25336)
             P. O. Box 5350
             Covington, Louisiana 70434-5350
             Telephone: 985/871-0800
             Facsimile: 985/871-0899
             Attorneys for Third-Party Defendant,
             The Board of Commissioners of the Port
             of New Orleans

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 20th day of February, 2009.

/s/ Kirk N. Aurandt
KIRK N. AURANDT