UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
**LEVEE & MRGO**   (Physician Mgmt. Servs. of La., L.L.C., No. 07-4998)
                            (Physician Mgmt. Servs. of La., L.L.C., No. 07-5324)

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Physician Management Services of Louisiana, L.L.C., moves this Court to substitute Thomas M. Flanagan of the firm of Flanagan Partners LLP as Plaintiff's counsel of record in place of James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., and R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.   The proposed substitution of counsel will not delay these cases.

| | |
|---|---|
| s/ James M. Garner | s/ Thomas M. Flanagan |
| JAMES M. GARNER #19589 | THOMAS M. FLANAGAN #19569, T.A. |
| MARTHA Y. CURTIS #20466 | **FLANAGAN PARTNERS LLP** |
| **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.** | 201 St. Charles Avenue, Suite 2405 |
| | New Orleans, Louisiana 70170 |
| 909 Poydras Street, Twenty-eighth Floor | Telephone: (504) 569-0235 |
| New Orleans, Louisiana 70112 | Facsimile: (504) 592-0251 |
| Telephone: (504) 299-2100 | **Substituting Attorney for PHYSICIAN MANAGEMENT SERVICES OF LOUISIANA, L.L.C.** |
| Facsimile: (504) 299-2300 | |
| **Withdrawing Attorneys for PHYSICIAN MANAGEMENT SERVICES OF LOUISIANA, L.L.C.** | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Thomas M. Flanagan
THOMAS M. FLANAGAN