UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
**LEVEE & MRGO**   (Physician Mgmt. Servs. of La., L.L.C., No. 07-4998)
                                 (Physician Mgmt. Servs. of La., L.L.C., No. 07-5324)

## O R D E R

Considering the Motion to Substitute Counsel filed by Plaintiff, Physician Management Services of Louisiana, L.L.C.:

IT IS ORDERED that Thomas M. Flanagan of the firm of Flanagan Partners LLP be substituted as Plaintiff's counsel of record.  James M. Garner and Martha Y. Curtis of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., and R. Scott Hogan, formerly of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., are withdrawn as counsel for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E