# Joe Bruno

| | |
|---|---|
| **From:** | Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov] |
| **Sent:** | Wednesday, July 16, 2008 9:33 AM |
| **To:** | Joe Bruno |
| **Cc:** | Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV); Rob Warren |
| **Subject:** | RE: Delft Flow Report |

Joe:  Presumably, the same materials were relied on in creating Figures A.5, A.16, and A.27, which are very similar to the figures cited below, but if not then please provide all materials relied on in creating these figures as well.

Robin

-----Original Message-----
From: Smith, Robin (CIV)
Sent: Wednesday, July 16, 2008 6:59 AM
To: 'jbruno@jbrunolaw.com'
Cc: Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV)
Subject: Delft Flow Report

Joe:  Will you please produce the materials that the Dutch relied on in creating Figures 2.19 and 2.30, which appear respectively on pages 41 and 67?  These figures depict the location and densities of Cypress forests that the Dutch modelers assumed existed prior to MRGO construction.  We want all of the material that they relied on in making these assumptions.

Thank you.

Robin

Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202-616-4289



EXHIBIT Reply 3

1

## Joe Bruno

**From:** Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]
**Sent:** Monday, July 21, 2008 10:01 AM
**To:** Joe Bruno
**Cc:** Jennifer Louis; Woodcock, Jack (CIV); Miller, Kara K. (CIV); Stone, Richard (CIV); Greif, Michele (CIV); Carter, George (CIV)
**Subject:** RE: Delft Flow Report

No. I had expected the attachment to be the map that was provided by "the Robinson experts" -- a phrase that includes Kok and Vrijling themselves -- but instead got a memo essentially reiterating what is in the report. Perphaps there is something lost in translation, but I do not know what the phrase "an impression of the map" means. Does he mean this is an exact reproduction of the map that was provided? Does he not know who created the map? Does he not know who sent it?

We have made production requests for all materials considered by your experts. Whatever information was provided by Kemp or Fitzgerald (or anyone else) to the Dutch should be provided. If Kemp sent emails to the Dutch (and they to him) then these should be provided. If you provide those and the documents attached to them, then I will have the answer to my question.

Robin

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Sunday, July 20, 2008 6:47 PM
**To:** Smith, Robin (CIV)
**Cc:** Jennifer Louis
**Subject:** FW: Delft Flow Report

I trust this answers your question.

---

**From:** Matthijs Kok - CITG [mailto:Matthijs.Kok@tudelft.nl]
**Sent:** Sunday, July 20, 2008 5:04 PM
**To:** Joe Bruno
**Subject:** FW: Delft Flow Report

Joe: here you have the answers on the question of the government.
Do you expet more questions?

Matthijs

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Thu 7/17/2008 12:31 AM
**To:** Matthijs Kok - CITG
**Cc:** Jennifer Louis
**Subject:** FW: Delft Flow Report

Would you please answer the Government's question?

2/18/2009

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney
privileged and confidential information intended only for the use of the
owner of the email address listed as a receipient of this message. If
you are not the intended recipient, or the employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any disclosure, dissemination, distribution, or copying of
this communication is strictly prohibited. If you have received this
transmission in error, please immediately notify us by telephone at
(504) 525-1335.

-----Original Message-----
From: Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
Sent: Wednesday, July 16, 2008 9:33 AM
To: Joe Bruno
Cc: Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV); Rob Warren
Subject: RE: Delft Flow Report

Joe: Presumably, the same materials were relied on in creating Figures A.5, A.16, and A.27, which are very similar to the figures cited below, but if not then please provide all materials relied on in creating these figures as well.

Robin

-----Original Message-----
From: Smith, Robin (CIV)
Sent: Wednesday, July 16, 2008 6:59 AM
To: 'jbruno@jbrunolaw.com'
Cc: Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV)
Subject: Delft Flow Report

Joe: Will you please produce the materials that the Dutch relied on in creating Figures 2.19 and 2.30, which appear respectively on pages 41 and 67? These figures depict the location and densities of Cypress forests that the Dutch modelers assumed existed prior to MRGO construction. We want all of the material that they relied on in making these assumptions.

Thank you.

Robin

Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202-616-4289

## Joe Bruno

**From:** Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]
**Sent:** Thursday, August 07, 2008 11:12 AM
**To:** Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

Joe, here is a list of reliance documents and data that we have compiled. We are still waiting to hear from some of our experts who are reviewing your experts' reports, so I expect that we will identify additional reliance materials. Please note that this list and any other than we compile is based on our review of the reports and therefore is almost certainly not exhaustive of the disclosure requirement imposed by Rule 26(a)(2)(B).

Thanks for your cooperation in this.

Robin

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Wednesday, August 06, 2008 4:34 PM
**To:** Smith, Robin (CIV); pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

I believe you have. I will none the less ask my experts to identify and produce all nonpublic reliance material.


Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, August 06, 2008 12:46 PM
**To:** Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** Expert reports

We have not received the materials your experts relied on. If we conference with the magistrate concerning the expert depositions, I will bring this up. We need those materials ASAP. We are compiling a list of materials cited in the reports, but the list will not be exhaustive as the experts undoubtedly exchanged considerable materials between and among the group that are not specifically mentioned in the reports. The role of undesignated experts is also of concern. The Dutch ambiguously refer to "the Robinson experts" as the source of materials they relied on, and we know that in their view Ivor van Heerdon is comprised within this category even though he is not a designated expert.

## Partial List of Data and Other Information Considered by Plaintiffs' Experts
(Compiled 7 Aug. 2008)

### Bea
(1) All documents, data, and results from SLOPE/W and SEEP/W analyses
(2) All data inputs for LS-DYNA modeling
(3) All boring logs collected and prepared by the expert, the ILIT team, Storesund, and/or Cobos-Roa
(4) All manuals and policies from 1965-2005 that the expert considered; including which manuals, policies, and principles the expert considered applicable during each year
(5) Technical Report VI, pg. 33 Fig. 22 picture is missing

### Day/Shaffer
(1) Disk and sources referenced on p.22, Appendix A, and Appendix E
(2) Sources for Appendix B
(3) Full source information for vegetation studies cited on 8-9
(4) Sources of photographs in Fig. 2 on p. 17 and fig. 4 on p. 25

### Fitzgerald/Penland
(1) Photographs used to create Figures 2.15-2.18
(2) Sources for information in Figure 3.1 and Table 3.1
(3) Full citation for report in Figure 3.2
(4) Source(s) of information for figures 3.3-3.9
(5) Section 4.1: Copies and specific citation for all maps referenced therein: 1932 T-Sheets; 1890 Topographic Maps; "other historical data"; historical and current USGS topographic maps
(6) All maps used to create Figures 4.2-4.4
(7) All data and information associated with the 2008 bathymetric survey cited in Figure 6.6
(8) All underlying maps used and the ESRI raster grid and ArcMap files created and referenced in Appendix B

### Kemp
(1) Figures 24a-f (pp. 135-140): Do overtopping rates and volume plots include breach flow for scenarios 1 and 3?
(2) High water marks (source, geographic coordinates and elevations) that the expert and associates place the most confidence in for region east of the Mississippi River and east of and including the IHNC
(3) Specific high water marks used to establish FINEL boundary conditions through scaling of ADCIRC model output; the raw marks and datum used, and how these raw marks were adjusted to the proper vertical datum
(4) Averaging interval for winds used in the ADCIRC and FINEL surge modeling (e.g., 10 min average, 20 min., 30 min.)
(5) Reference elevation used to define the winds used in the surge modeling
(6) All input files to the pbl wind/atmospheric pressure model, the pbl model that was used, and the output wind files generated with the pbl model that were used to drive the surge modeling
(7) Which measures of wind speed (averaging interval and reference elevation) are reflected in

the input to the PBL model
(8) Repeat requests (2)-(7), but for SWAN wave modeling

Morris
(1) pre_katrina_levee_floodwall_max_elev.shp
(2) Results of bathymetric surveys of MR-GO, GIWW, and IHNC channels (dated 21 April 2008)

**Vrijling**
(1) SWAN M and F Grids: 1, 2Cg, 2Ch, 2Ci, 3
(2) SWANKatrina_final_09Jul08
(3) FinalReport_flow_20080623
(4) Contributions of rainfall, overtopping, and breaching to the total volume at the maximum water level for all scenarios (From both 702c and current interior flood simulations)
(5) Spreadsheet or table format of the water level graphs presented in each scenario (Both 702c and current interior flood simulations)
(6) Breach development and changes in physical dimensions as a result of breaching (702c report)
(7) Model calibrations, if any, to match observed water levels or timing (702c report)

## Joe Bruno

**From:** Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]
**Sent:** Thursday, August 07, 2008 1:33 PM
**To:** Smith, Robin (CIV); Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

Joe, it was just pointed out to me that Kemp has cited numerous documents in his chronology that do not appear to have been produced. In particular, a number of documents are referenced to Gagliano, some of which have Bates numbers and some of which do not. We presume that those documents lacking Bates numbers have not been produced. If they have been produced, please provide the Bates numbers.

On page 21 of his report, Kemp describes the chronology as having hyperlinks to the supporting documentation and says it is provided as Appendix B. The chronology that was produced to us does not have active hyperlinks. Will you please produce the document with active hyperlinks?

Finally, in your email below you promise to produce all nonpublic materials. We do not agree that you do not need to produce publicly available materials that have been considered by your experts. As you know, they cite hundreds of documents from various state and local and private sector entities. Gathering these documents from the many sources would be a needlessly time-consuming and costly task. Since your experts have gathered and considered them, we expect that they will be produced now unless they are already in our possession. Please advise if you do not agree to produce these materials, so we can bring an appropriate motion to compel.

Thank you.

Robin

---

**From:** Smith, Robin (CIV)
**Sent:** Thursday, August 07, 2008 12:12 PM
**To:** Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

Joe, here is a list of reliance documents and data that we have compiled. We are still waiting to hear from some of our experts who are reviewing your experts' reports, so I expect that we will identify additional reliance materials. Please note that this list and any other than we compile is based on our review of the reports and therefore is almost certainly not exhaustive of the disclosure requirement imposed by Rule 26(a)(2)(B).

Thanks for your cooperation in this.

Robin

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Wednesday, August 06, 2008 4:34 PM
**To:** Smith, Robin (CIV); pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

I believe you have. I will none the less ask my experts to identify and produce all nonpublic reliance material.

2/18/2009

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, August 06, 2008 12:46 PM
**To:** Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** Expert reports

We have not received the materials your experts relied on. If we conference with the magistrate concerning the expert depositions, I will bring this up. We need those materials ASAP. We are compiling a list of materials cited in the reports, but the list will not be exhaustive as the experts undoubtedly exchanged considerable materials between and among the group that are not specifically mentioned in the reports. The role of undesignated experts is also of concern. The Dutch ambiguously refer to "the Robinson experts" as the source of materials they relied on, and we know that in their view Ivor van Heerdon is comprised within this category even though he is not a designated expert.

2/18/2009

# Joe Bruno

**From:** Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]
**Sent:** Thursday, September 04, 2008 3:29 PM
**To:** Joe Bruno
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV); Mitsch, Rupert (CIV); Ehrlich, Jeff (CIV); Woodcock, Jack (CIV); Greif, Michele (CIV); El-Amin, Taheerah (CIV); Baeza, Dan (CIV); Soja, Sarah (CIV); Kells, Conor (CIV); McConnon, Jim (CIV); Liddle, Keith (CIV); Levine, Paul (CIV); Carter, George (CIV)
**Subject:** Rule 26(a)(2)(B) materials

Joe, as I mentioned on the phone, following up on my earlier email requesting all materials considered by your experts, we are requesting specifically that they provide all of the information and data that was used to set up their models. This is the information that scientists necessarily provide when they publish studies because it allows other scientists to replicate the experiments and confirm or disconfirm the authors' conclusions. For example, the engineers who ran the LS-DYNA software must have been given instructions by Dr. Bea in order for them to know what inputs to use and how to set up the various scenarios. In addition, although you have suggested that all of the inputs used by the Dutch in their flow and wave modeling was provided by Drs. Kemp and Van Heerden, we do not have all of the SWAN input and output files that we need in order to replicate the SWAN modeling.

We received a number of files last week on a hard drive and on compact disks. Because of the time required to copy and distribute this information, our experts have not yet had a chance to review it. We will continue to request other specific information and data as soon as we identify what is missing, but I would appreciate your passing this broad request on to your experts now so they can begin forwarding to you the files that I have generally described above. To the extent that instructions for setting up and running models was set forth in emails, letters, and other documents, we request that those documents be produced along with the data files themselves.

Please contact me if you have any question about this. Thanks.

Robin

2/18/2009

## Joe Bruno

**From:** Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]
**Sent:** Friday, September 26, 2008 11:24 AM
**To:** Joe Bruno; pierceodonnell@att.blackberry.net
**Cc:** Carter, George (CIV); Levine, Paul (CIV); Stone, Richard (CIV)
**Subject:** Proposed CMO with April trial date

Joe and Pierce:

I have made a couple of changes in the proposal you sent me. I pushed back our expert report deadline by a week, to December 22.. This is consistent with what I told the judge when this first came up, and we cannot finish any sooner. I also moved the deadline for dispositive motions back so that if follows the close of discovery. It makes no sense to have dispositive motions due before discovery is complete. If this is agreeable to you, I suggest that we informally run it by Janet before filing it. If you wish to discuss today, call me at 301.462.9187. Thanks.

Robin