## Joe Bruno

**From:**   Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]

**Sent:**   Tuesday, September 09, 2008 11:53 AM

**To:**   Joe Bruno

**Subject:** RE:

I have to admit, that thought crossed my mind.  If you do provide answers, though, it would help our experts understand your experts' reports.

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Tuesday, September 09, 2008 11:56 AM
**To:** Smith, Robin (CIV)
**Cc:** Carter, George (CIV); Woodcock, Jack (CIV); Greif, Michele (CIV); Courtney M. Melanson; Pierce O'Donnell
**Subject:** RE:

Robin, I will forward your request to my experts, however, please know that these requests are not requests for reliance information but rather cross examination questions.


Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Friday, September 05, 2008 8:03 AM
**To:** Joe Bruno
**Cc:** Carter, George (CIV); Woodcock, Jack (CIV); Greif, Michele (CIV)
**Subject:**

Joe, I continue to be pressed by my experts for answers to their questions.  These were previously passed along, but I'm sending them again at their request.

Robin

Below is what is needed to better understand the interior drainage reports, and to facilitate comparison with our results.

Kok Reports (Both July 2007 and July 2008)
1. For each scenario, what is the contribution from rainfall, overtopping, and breaching to the total volume at the maximum water level.
2. For each scenario, please provide the points in a spreadsheet or table format for the water level graphs presented in the reports. (facilitate comparison with our results)

Kok Report (July 2007):
3. In the model, how long did it take each breach to develop and how did the physical dimensions change with time?
4. Were there any model calibrations done to better match observed water levels or timing?  This is a yes/no question.  If yes, how were the models calibrated?


Kemp Report (July 2008):
5. Figures 24a-f - Do the overtopping rates and volumes plots include breach flow for Scenarios 1 and 3?



2/18/2009