# THE GILBERT FIRM, LLC

ATTORNEYS AT LAW
325 EAST 57TH STREET
NEW YORK, NEW YORK 10022

TELEPHONE (212) 286-8503
FACSIMILE (212) 286-8522

212-286-8503
DIRECT DIAL:
EMAIL: BGILBERT@GILBERTFIRM.COM

February 24, 2009

**Via Electronic Filing**

The Honorable Judge Stanwood R. Duvall, Jr.
United States District Court Judge
Eastern District of Louisiana, U.S. District Court
500 Poydras Street,
New Orleans, LA 70130

In re: **2:07-cv-04608-SRD-JCW**
**Entergy New Orleans, Inc. et al v. United States of America Notice**

Honorable Sir:

This firm represents the Plaintiffs in the above-captioned matter. On February 20, 2009 this office received ECF notification that this case was "closed" and received an Order of this Court, dated January 17, 2008, and the Amended Order dated January 22, 2008 which granted the Defendant United States of America's request for a stay of all cases apart from Barge, Robinson, and the Levee and MRGO Master Class Action Cases. That these Orders have been re-sent over one year after Issuance has caused some confusion in this office. As such, this office has sought guidance and clarification regarding this matter.

After consultation with Joseph M. Bruno, Esq., Liaison Counsel, we write to the Court seeking clarification of the recent notifications.

We seek guidance as to the intent of the Order that seems to be dated a year ago. Please advise as to the meaning of the language wherein the Stay is in effect until the resolution of "immunity issues". Specifically, we ask whether the phrase "resolution of immunity issues" refers to the upcoming Decision by this Court of the Motions argued before this Court on January 8, 2009, and which Plaintiffs supplemented by Order of this Court on February 6, 2009.

In addition, we seek clarification as to the reference that this matter is "Closed", as it is our understanding that the matter is merely "Stayed".

The Gilbert Firm, LLC

By: Brendan R. O'Brien, Esq. (BO-9033)
Attorneys for Plaintiffs Hartford Steam Boiler

BOB/ab