**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| GEP | 006 | GEP-006-000000001 | GEP-006-000000029 | Department of Interior; USGS; National Wetland Research Center | Scott Wilson | KC1024 | 2/25/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from USGS. (Originally withheld as privileged range GEP-006-000000001 - GEP-006-000000122: non-relevant system files deleted for this delivery). |