UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| | § | |

NOTICE OF AMENDED PRIVILEGE LOG

On December 30, 2008, the United States filed a Privilege Log asserting deliberative process privilege pursuant the Clawback Order over bates ranges GEP-006-000000001 thru 122. See Doc. Rec. 16861. The Privilege Log is being amended to reflect that this bates range has been produced by the United States. See Doc. Rec. No. 17847. Accordingly, the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| BFP-011-000000001 | to | BFP-011-000000001; |
| EFP-012-000000552 | to | EFP-012-000000552; |
| EFP-015-000000126 | to | EFP-015-000000126; |
| EFP-015-000000127 | to | EFP-015-000000127; |
| EFP-015-000000128 | to | EFP-015-000000128; |
| EFP-015-000000129 | to | EFP-015-000000129; |
| EFP-015-000000132 | to | EFP-015-000000132; |
| EFP-015-000000188 | to | EFP-015-000000188; |
| EFP-015-000000258 | to | EFP-015-000000258; |
| EFP-015-000000259 | to | EFP-015-000000259; |
| EFP-015-000000326 | to | EFP-015-000000326; |
| EFP-015-000000341 | to | EFP-015-000000341; |
| EFP-015-000000387 | to | EFP-015-000000387; |
| EFP-015-000000419 | to | EFP-015-000000419; |
| EFP-015-000000420 | to | EFP-015-000000420; |

| | | |
|---|---|---|
| EFP-015-000000421 | to | EFP-015-000000421; |
| EFP-015-000000422 | to | EFP-015-000000422; |
| EFP-015-000000492 | to | EFP-015-000000492; |
| EFP-015-000000493 | to | EFP-015-000000493; |
| EFP-015-000000494 | to | EFP-015-000000494; |
| EFP-015-00000586 | to | EFP-015-00000586; |
| EFP-015-000000591 | to | EFP-015-000000591; |
| EFP-015-000000603 | to | EFP-015-000000603; |
| EFP-015-000000655 | to | EFP-015-000000655; |
| EFP-015-000000656 | to | EFP-015-000000656; |
| EFP-015-000000749 | to | EFP-015-000000749; |
| EFP-040-000000177 | to | EFP-040-000000177; |
| EFP-042-000000848 | to | EFP-042-000000848; |
| EFP-043-000000006 | to | EFP-043-000000006; |
| EFP-043-000000042 | to | EFP-043-000000042; |
| EFP-043-000000061 | to | EFP-043-000000061; |
| EFP-043-000000221 | to | EFP-043-000000221; |
| EFP-043-000000236 | to | EFP-043-000000236; |
| EFP-043-000000440 | to | EFP-043-000000440; |
| EFP-043-000000468 | to | EFP-043-000000468; |
| EFP-622-000000001 | to | EFP-622-000000001; |
| EFP-622-000000002 | to | EFP-622-000000002; |
| EFP-622-000000003 | to | EFP-622-000000003; |
| EFP-622-000000004 | to | EFP-622-000000004; |
| EFP-622-000000005 | to | EFP-622-000000005; |
| GEP-005-000000001 | to | GEP-005-000000449; |
| JFP-006-000000005 | to | JFP-006-000000005; |
| JFP-006-000000006 | to | JFP-006-000000006; |
| QFP-008-000000001 | to | QFP-008-000000001; |
| QFP-009-000000001 | to | QFP-009-000000001; |
| ZFP-023-000000029 | to | ZFP-023-000000029. |

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

| | | |
|---|---|---|
| EFP-026-000000530 | to | EFP-026-000000530; |
| EFP-632-000000007 | to | EFP-632-000000007; |
| ENF-014-000000004 | to | ENF-014-000000004; |
| ENF-014-000000005 | to | ENF-014-000000005; |

|  |  |  |
|---|---|---|
| ENF-014-000000006 | to | ENF-014-000000006; |
| ENF-014-000000007 | to | ENF-014-000000007; |
| ENF-014-000000008 | to | ENF-014-000000008; |
| ZFP-022-000000024 | to | ZFP-022-000000024; |
| ZFP-022-000000025 | to | ZFP-022-000000025; |
| ZFP-022-000000026 | to | ZFP-022-000000026; |
| ZFP-022-000000027 | to | ZFP-022-000000027; |
| ZFP-022-000000028 | to | ZFP-022-000000028; |
| ZFP-022-000000029 | to | ZFP-022-000000029. |

The United States is not producing or placing on a privilege log those documents created on or after September 19, 2005 (the filing date of *Maureen O'Dwyer, et al. v. United States*, No. 05-4181) that contain attorney-work product or attorney-client communications between United States attorneys, to include agency counsel, or between their clients for matters involving the *In Re: Katrina Canal Breaches Consolidated Litigation.*

A privilege log is attached.

This Notice of Amended Privilege Log is respectfully submitted,

MICHAEL F. HERTZ
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 25, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on February 25, 2009, I served a true copy of the United States' Notice of Amended Privilege Log upon all parties by ECF.

                        s/ James F. McConnon, Jr.
                        JAMES F. McCONNON, JR.