UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841),

ordered the Defendant United States to produce its expert reports and computer generated

evidence on December 22, 2008.  On February 20, 2009, the Court ordered the United States to

produce by February 27, 2009, all materials upon which defendants' experts relied in preparing

their reports or crafting their opinions.  *See* Doc. Rec. No. 17816.   Accordingly, the United

States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the

following experts:  John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven

Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff.

*See* Doc. Rec. No. 16833.  Subsequently, the United States provided notice to the Plaintiffs of

expert report amendments regarding Steven Fitzgerald on December 23, 2008, and for John

Barras on February 10, 2009.  *See* Doc. Rec. Nos. 16842 and 17663, respectively.  Moreover, the

United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped

versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In

Re: Katrina Canal Breaches Consolidated Litigation.  See* Doc. Rec. No. 16908.

The United States is producing expert reliance materials or providing information

regarding the following United States experts:

    1.  John Barras - The following information is provided regarding the materials reviewed and references cited on pages 19 and 20 of Mr. Barras' expert report:

    A.  Materials Reviewed:

    a. Concerning the expert reports of John Day, Shea Penland, Fitzgerald and Paul Kemp.  These are Plaintiffs' experts.  As such, the United States will not be producing these materials.

    b. ArcGIS shapefile of modeling study area.  This information is being produced.

    c.  CD including materials relied upon by Day/Shaffer and Fitzgerald/Penland in the creation of their expert reports.  This material should already be in the possession of the Plaintiffs.  As such, the United States will not be producing these materials.

    d.  Photography produced in the litigation of the U.S. Army Corps of Engineers Archives.  This photography was produced on July 3, 2008 in NPA077 and NPA078 on KC879 (Doc. Rec. No. 13712), and on January 14, 2008 in NPP001-NPP051 on KC416 (Doc. Rec. No. 10381).

    e.  CDs of 1943 and 1952 photography from U.S. National Archives and Records Administration and index.  This photography was produced on November 14, 2008 in DAG001 on KC981 (Doc. Rec. No. 16385), and on November 21, 2008 in DAG002-DAG004 on KC982 (Doc. Rec. No. 16517).

    f.  1945 photography from U.S.D.A. Forest Service.  This photography was produced on December 12, 2008 in FWS002 on KC988 (Doc. Rec. No. 16693).

2

B.  References Cited:  All of the articles cited in this section have the website addresses listed where they can be downloaded except for the following few articles.  Those addresses are provided below:

a.  Land loss in coastal Louisana 1956-90: National Biological Survey National Wetlands Research Center Open-File Report 94-01.  This article can be accessed at: http://www.lacoast.gov/cwppra/reports/LandLoss/index.htm.

b.  A Study of marsh management practice in coastal Louisiana, Volume II, Technical Description.  This article can be accessed at: http://www.gomr.mms.gov/PI/PDFImages/ESPIS/3/3655.pdf.

c.  Classification of wetlands and deep-water habitats of the United States. This article can be accessed at: http://www.fws.gov/nwi/Pubs_Reports/Class_Manual/class_titlepg.htm.

d.  The Mississippi Deltaic Plant habitat mapping study.  This article can be accessed at: http://www.gomr.mms.gov/PI/PDFImages/ESPIS/3/4036.pdf.

e.  Louisiana Coastal Wetlands Conservation and Restoration Task Force and the Wetlands Conservation and Restoration Authority, 1998.  Coast 2050: Towards a Sustainable Coastal Louisiana.  This article can be accessed at: http://www.lacoast.gov/Programs/2050/MainReport.

f.  Louisiana Office of the State Registrar (LOSR), 2002, Title 43, Part I of the Titles of the Louisiana Administrative Code.  This Code provision can be accessed at: http://doa.louisiana.gov/osr/lac/lac43.htm.

Since all of the articles can be accessed via the website, the United States will not be

producing these articles.

          C.   The United States is releasing data sets (GEP-006-000000001 thru GEP-006-000000029) that were previously privileged  (Doc. Rec. No. 16861) that originated with the United States Geological Survey that Mr. Barras used as reliance materials when drafting his expert report.

    2.  Reed Mosher:  The United States is producing reliance materials that Dr. Mosher used when drafting his expert report.  This information was previously handed to the Plaintiffs on a CD on February 18, 2009.

    3.  Bruce Ebersole: On January 19, 2009, the Plaintiffs requested that the United States produce from Mr. Ebersole a "[c]orps Report dated November 23, 2006 titled 'New Orleans East and St. Bernard Parish Levee Peformance Report."  The Report that Plaintiffs seek is actually discussed in the Dally materials.  Mr. Ebersole does not have this report.  Given that the report is discussed in the Dally materials, Mr. Ebersole did not rely upon the report when drafting his expert report.

    The documents and/or electronically stored information (ESI) that the United States identified for production to the Plaintiffs in the above paragraphs will be produced within the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying

Information (Doc. Rec. No. 10293):

> XJB-003-000000001 thru XJB-003-000000006
>
> GEP-006-000000001 thru GEP-006-000000029
>
> XRL-002-000000001 thru XRL-002-000000084

Respectfully submitted,


MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 25, 2009

5

**<u>CERTIFICATE OF SERVICE</u>**

I, James F. McConnon, Jr., hereby certify that on February 25, 2009, I served a true copy

of the United States' Notice of Production upon the Plaintiffs by ECF.


    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.