EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XJB | 003 | XJB-003-000000001 | XJB-003-000000006 | Expert Witness | John Barras | KC1023 | 2/25/2009 | Robinson | Reliance material from expert John Barras |
| GEP | 006 | GEP-006-000000001 | GEP-006-000000029 | Department of Interior; USGS; National Wetland Research Center | Scott Wilson | KC1024 | 2/25/2009 | Robinson | ESI from USGS. Contains reliance material used by expert John Barras. (Originally withheld as privileged range GEP-006-000000001 - GEP-006-000000122: non-relevant system files deleted for this delivery |
| XRL | 002 | XRL-002-000000001 | XLR-002-000000084 | Expert Witness | Reed Mosher | KC1025 | 2/25/2009 | Robinson | Reliance material from expert Reed Moshe |