UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008. On February 20, 2009, the Court ordered the United States to produce by February 27, 2009, all materials upon which defendants' experts relied in preparing their reports or crafting their opinions. *See* Doc. Rec. No. 17816. Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts: John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff. *See* Doc. Rec. No. 16833. Subsequently, the United States provided notice to the Plaintiffs of expert report amendments regarding Steven Fitzgerald on December 23, 2008, and for John Barras on February 10, 2009. *See* Doc. Rec. Nos. 16842 and 17663, respectively. Moreover, the United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In*

*Re: Katrina Canal Breaches Consolidated Litigation. See* Doc. Rec. No. 16908.

Per the Plaintiffs' requests, the United States is producing Steven Fitzgerald's invoices minus redacted Privacy Act information, and Dr. Thomas Wolff's Masters and PhD thesis.

The documents and/or electronically stored information (ESI) that the United States identified for production to the Plaintiffs in the above paragraph will be produced within the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

XXF-004-000000001 thru XXF-004-000000002

XTW-002-000000001 thru XTW-002-000000004

XTW-003-000000001 thru XTW-003-000000005

                Respectfully submitted,

                MICHAEL F. HERTZ
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                s/ James F. McConnon, Jr.
                JAMES F. McCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400 / (202) 616-5200 (Fax)
                Attorneys for the United States

Dated: February 26, 2009

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on February 26, 2009, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                                                s/ James F. McConnon, Jr.
                                                                        JAMES F. McCONNON, JR.