EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XXF | 004 | XXF-004-000000001 | XXF-004-000000002 | Expert Witness | Steven Fitzgerald | KC1026 | 2/26/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Reliance materials from expert Fitzgerald. Invoices. Reflects redactions of personal information in accordance with Privacy Act guidelines. |
| XTW | 002 | XTW-002-000000001 | XTW-002-000000004 | Expert Witness | Thomas Wolff | KC1026 | 2/26/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Reliance materials from expert Wolff. Masters Thesis. |
| XTW | 003 | XTW-003-000000001 | XTW-003-000000005 | Expert Witness | Thomas Wolff | KC1026 | 2/26/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Reliance materials from expert Wolff. PhD Thesis. |