**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____§ | | |

**UNITED STATES' MOTION TO COMPEL PRODUCTION OF**
**PLAINTIFFS' EXPERTS' RELIANCE MATERIALS**

Pursuant to Fed. R. Civ. P. 37(a)(1) and 26(a)(2), the United States moves to compel the production of all materials upon which Plaintiffs' experts relied in preparing their expert reports or crafting their opinions.  As described in more detail in the Memorandum in Support of United States' Motion to Compel Production of Plaintiffs' Experts' Reliance Materials, attached hereto, Plaintiffs have failed to produce vast amounts of data and information upon which their experts have relied.  These reliance materials were due upon production of the Plaintiffs' expert reports, on July 14, 2008, and the United States is entitled to their immediate production.

As described in the Uniform Local Rule 37.1 Certificate, attached hereto, Plaintiffs' counsel and counsel for the United States have met and conferred by telephone.

The Court should grant the United States' Motion to Compel the Production of Plaintiffs' Experts' Reliance Materials.

                        Respectfully submitted,

                        MICHAEL F. HERTZ
                        Acting Assistant Attorney General

                        PHYLLIS J. PYLES
                        Director, Torts Branch

                        JAMES G. TOUHEY, JR.
                        Assistant Director, Torts Branch

                        ROBIN D. SMITH
                        Senior Trial Attorney

                         s/ John A. Woodcock
                        JOHN A. WOODCOCK
                        Trial Attorney, Torts Branch, Civil Division
                        U.S. Department of Justice
                        Benjamin Franklin Station, P.O. Box 888
                        Washington, D.C.  20044
                        (202) 616-4400/ (202) 616-5200 (Fax)
                        Attorneys for the United States

Dated: February 26, 2009

## **CERTIFICATE OF SERVICE**

I, John A. Woodcock, hereby certify that on February 26, 2009, I served a true copy of the United States' Motion to Compel Production of Plaintiffs' Experts' Reliance Materials upon all parties by ECF.

                                     s/ John A. Woodcock  
                                     JOHN A. WOODCOCK