UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

## UNIFORM LOCAL RULE 37.1 CERTIFICATE

The undersigned hereby certifies that he has complied with the provisions of Uniform Local Rule 37.1 by meeting and conferring with Plaintiffs' counsel by telephone on February 25, 2009.

        Respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        ROBIN D. SMITH
        Senior Trial Attorney

         s/ Robin D. Smith
        ROBIN D. SMITH
        Senior Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400/ (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: February 26, 2009

## **CERTIFICATE OF SERVICE**

I, John A. Woodcock, hereby certify that on February 26, 2009, I served a true copy of the United States' Uniform Local Rule 37.1 Certificate upon all parties by ECF.

 s/ John A. Woodcock  
 JOHN A. WOODCOCK