UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

## ORDER

Having considered Defendant United States of America's Motion to Compel Production of Plaintiffs' Experts' Reliance Materials, and for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED.  The Plaintiffs shall forthwith produce all of their experts' reliance materials to the United States.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE