### Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Wednesday, February 25, 2009 10:43 AM |
| **To:** | 'pierceodonnell@att.blackberry.net'; 'Joe Bruno' |
| **Cc:** | Carter, George (CIV); McConnon, Jim (CIV) |
| **Subject:** | Expert reliance materials |
| **Attachments:** | Doc3.wpd |

Please advise when you will provide the information in the attached document.

Also, I have not heard from you concerning our motion to compel production of all of your expert materials. If you wish to discuss this beforehand, please call me today.

Thanks.

Robin