UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

## EX PARTE MOTION FOR EXPEDITED HEARING

The United States moves for an order granting an expedited hearing on the United States' Motion to Compel Production of Plaintiffs' Experts' Reliance Materials. The reasons for such an order are set forth in a Memorandum attached hereto.

The Court should grant the United States' Motion for Expedited Hearing.

            Respectfully submitted,

            MICHAEL F. HERTZ
            Acting Assistant Attorney General

            PHYLLIS J. PYLES
            Director, Torts Branch

            JAMES G. TOUHEY, JR.
            Assistant Director, Torts Branch

            ROBIN D. SMITH
            Senior Trial Attorney

            s/ John A. Woodcock
            JOHN A. WOODCOCK
            Trial Attorney, Torts Branch, Civil Division
            U.S. Department of Justice
            Benjamin Franklin Station, P.O. Box 888
            Washington, D.C. 20044
            (202) 616-4400/ (202) 616-5200 (Fax)
            Attorneys for the United States

Dated: February 26, 2009

## **CERTIFICATE OF SERVICE**

I, John A. Woodcock, hereby certify that on February 26, 2009, I served a true copy of the United States' Motion for Expedited Hearing upon all parties by ECF.

 s/ John A. Woodcock
JOHN A. WOODCOCK