# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| § | MAG. WILKINSON |
| § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 § | |
| § | |

## MEMORANDUM IN SUPPORT OF UNITED STATES' EX PARTE MOTION FOR EXPEDITED HEARING

The United States moves for an order granting an expedited hearing on the United States' Motion to Compel Production of Plaintiffs' Experts' Reliance Materials. With the trial date less than two months away, the United States has still yet to receive all of Plaintiffs' experts' reliance materials. The next regularly scheduled court date for hearing is little more than a month before the scheduled trial date. The United States is entitled to an expedited hearing to resolve this dispute to allow as much time as possible to review Plaintiffs' experts' reliance materials.

The Court should grant the United States' Motion for Expedited Hearing.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Attorney

                                           s/ John A. Woodcock
                                           JOHN A. WOODCOCK
                                           Trial Attorney, Torts Branch, Civil Division
                                           U.S. Department of Justice
                                           Benjamin Franklin Station, P.O. Box 888
                                           Washington, D.C.  20044
                                           (202) 616-4400/ (202) 616-5200 (Fax)
                                           Attorneys for the United States

Dated: February 26, 2009

## **CERTIFICATE OF SERVICE**

I, John A. Woodcock, hereby certify that on February 26, 2009, I served a true copy of the Memorandum in Support of United States' Motion for Expedited Hearing upon all parties by ECF.

 s/ John A. Woodcock

JOHN A. WOODCOCK