UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

## DEFENDANT UNITED STATES' MOTION TO RECONSIDER

Defendant United States of America respectfully requests the Court to reconsider its Order granting Plaintiffs' Motion to Compel Discovery.  In support of this motion, the Court is respectfully referred to the United States' Motion to Reconsider, Memorandum of Law in support of this motion and the entire record.

                                            Respectfully submitted,

                                            MICHAEL F. HERTZ
                                            Acting Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            JAMES G. TOUHEY, JR.
                                            Assistant Director, Torts Branch

                                             s/ James F. McConnon, Jr.
                                            JAMES F. McCONNON, JR.
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 616-4400 / (202) 616-5200 (Fax)
                                            Attorneys for the United States

Dated: February 26, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on February 26, 2009, I served a true copy of the Defendant United States' Motion to Reconsider upon the Plaintiffs by ECF.

    /s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.