# EXHIBIT

# 2

## Joe Bruno

| | |
|---|---|
| From: | Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov] |
| Sent: | Wednesday, July 16, 2008 9:33 AM |
| To: | Joe Bruno |
| Cc: | Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV); Rob Warren |
| Subject: | RE: Delft Flow Report |

Joe:  Presumably, the same materials were relied on in creating Figures A.5, A.16, and
A.27, which are very similar to the figures cited below, but if not then please provide
all materials relied on in creating these figures as well.

Robin

-----Original Message-----
From: Smith, Robin (CIV)
Sent: Wednesday, July 16, 2008 6:59 AM
To: 'jbruno@jbrunolaw.com'
Cc: Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV)
Subject: Delft Flow Report

Joe:  Will you please produce the materials that the Dutch relied on in creating Figures
2.19 and 2.30, which appear respectively on pages 41 and 67?  These figures depict the
location and densities of Cypress forests that the Dutch modelers assumed existed prior to
MRGO construction.  We want all of the material that they relied on in making these
assumptions.

Thank you.

Robin

Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202-616-4289



1

1

2

## Woodcock, Jack (CIV)

**From:**    Smith, Robin (CIV)
**Sent:**    Monday, February 23, 2009 5:02 PM
**To:**    Woodcock, Jack (CIV)
**Subject:** FW: Expert Documents

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Wednesday, October 29, 2008 4:15 PM
**To:** Smith, Robin (CIV)
**Cc:** Kirsten R. Tillman
**Subject:** RE: Expert Documents

Already sent.


Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, October 29, 2008 1:59 PM
**To:** Joe Bruno
**Cc:** Rob Warren; Carter, George (CIV); Woodcock, Jack (CIV)
**Subject:** FW: Expert Documents

Joe, the Dutch apparently did not send all of their SWAN files.  Based on what was on the disk, we were able to identify what we're missing.

Will you please ask that they send as soon as possible the remaining files?

Thanks.

Robin

3

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Tuesday, October 14, 2008 5:34 PM
**To:** Smith, Robin (CIV); McConnon, Jim (CIV)
**Cc:** McAuliffe, John (CIV); Joe Bruno; Pierce O'Donnell
**Subject:** Expert Documents

Robin -

Per your request, I am placing in Federal Express today a disc containing documents responsive to your requests from:

**Day/Shaffer**
1) Source documents for Appendix A, referenced on page 22
2) Source document for Appendix B
3) Source documents for vegetation studies cited on pages 8-9

**Vrijling:**
1) Swan Input files (zipped)

**Fitzgerald:**
1) Source documents regarding dredging

**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4

## Woodcock, Jack (CIV)

**From:**   Smith, Robin (CIV)
**Sent:**   Monday, February 23, 2009 4:59 PM
**To:**   Woodcock, Jack (CIV)
**Subject:** FW: Request for SWAN INPUT files

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Monday, October 13, 2008 12:53 PM
**To:** Smith, Robin (CIV)
**Cc:** Courtney M. Melanson; Mitsch, Rupert (CIV); Woodcock, Jack (CIV); Greif, Michele (CIV); Carter, George (CIV); Rob Warren; Courtney M. Melanson
**Subject:** RE: Request for SWAN INPUT files

They are on their way along with requested info from Fitzgerald.

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information
intended only for the use of the owner of the email address listed as a recipient of this message.  If you
are not the intended recipient, or the employee or agent responsible for delivering this message to the
intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of
this communication is strictly prohibited.  If you have received this transmission in error, please
immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Sunday, October 12, 2008 12:53 PM
**To:** Joe Bruno
**Cc:** Courtney M. Melanson; Mitsch, Rupert (CIV); Woodcock, Jack (CIV); Greif, Michele (CIV); Carter, George (CIV)
**Subject:** RE: Request for SWAN INPUT files

Joe, did I miss your response to my request that the Dutch provide us with the input files they used in
their wave modeling?  They supplied the SWAN output files.  We need the SWAN input files (.swn, .bot,
.lev, .wnd, .RVW files) for SWAN M and F Grids, scenarios 1, 2Cg, 2Ch, 2Ci, 3.  Please advise.  Thanks.

Robin

---

5

**From:** Smith, Robin (CIV)
**Sent:** Tuesday, September 23, 2008 2:26 PM
**To:** 'Joe Bruno'
**Cc:** 'Courtney M. Melanson'
**Subject:** Request for SWAN OUTPUT files

Joe, please forward my expert's request to the Dutch:

What they have supplied (per your e-mail below) are the SWAN output files.

What I need are the SWAN input files (.swn, .bot, .lev, .wnd, .RVW files) for SWAN M and F Grids, scenarios 1, 2Cg, 2Ch, 2Ci, 3.

Thanks,

Jane

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Monday, September 22, 2008 2:56 PM
**To:** Smith, Robin (CIV)
**Cc:** Courtney M. Melanson
**Subject:** FW:

As promised, here is the response.

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Matthijs Kok - CITG [mailto:Matthijs.Kok@tudelft.nl]
**Sent:** Monday, September 22, 2008 1:12 PM
**To:** Joe Bruno; paul kemp; Florian Buchler
**Cc:** Courtney M. Melanson; Bob Maaskant - CITG
**Subject:** RE:

Joe and Flo: enclosed you find the answers.

6

Please let me know if you need more information.,

Matthijs Kok

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Fri 9/5/2008 3:55 PM
**To:** Matthijs Kok - CITG; paul kemp
**Cc:** Courtney M. Melanson
**Subject:** FW:

Please respond to me about this.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Friday, September 05, 2008 8:03 AM
**To:** Joe Bruno
**Cc:** Carter, George (CIV); Woodcock, Jack (CIV); Greif, Michele (CIV)
**Subject:**

Joe, I continue to be pressed by my experts for answers to their questions. These were previously passed along, but I'm sending them again at their request.

Robin

> Below is what is needed to better understand the interior drainage reports, and to facilitate comparison with our results.
>
> Kok Reports (Both July 2007 and July 2008)
> 1. For each scenario, what is the contribution from rainfall, overtopping, and breaching to the total volume at the maximum water level.
> 2. For each scenario, please provide the points in a spreadsheet or table format for the water level graphs presented in the reports. (facilitate comparison with our results)
>
> Kok Report (July 2007):
> 3. In the model, how long did it take each breach to develop and how did the physical dimensions change with time?
> 4. Were there any model calibrations done to better match observed water levels or timing? This is a yes/no question. If yes, how were the models calibrated?
>
>
> Kemp Report (July 2008):
> 5. Figures 24a-f - Do the overtopping rates and volumes plots include breach flow for Scenarios 1 and 3?

7

## Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Monday, February 23, 2009 4:57 PM |
| **To:** | Woodcock, Jack (CIV) |
| **Subject:** | FW: Request for additional information from Professor Vrijling |

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Friday, September 19, 2008 10:40 AM
**To:** Smith, Robin (CIV)
**Cc:** Courtney M. Melanson; Florian Buchler
**Subject:** Request for additional information from Professor Vrijling

**Robin, please respond to the inquiry from the Dutch:**
Vrijling:
(1) SWAN M and F Grids: 1, 2Cg, 2Ch, 2Ci, 3
(2) SWANKatrina_final_09Jul08
(3) FinalReport_flow_20080623
(4) Contributions of rainfall, overtopping, and breaching to the total volume at the maximum
water level for all scenarios (From both 702c and current interior flood simulations)
(5) Spreadsheet or table format of the water level graphs presented in each scenario (Both 702c
and current interior flood simulations)
(6) Breach development and changes in physical dimensions as a result of breaching (702c
report)
(7) Model calibrations, if any, to match observed water levels or timing (702c report)

Of the seven "vrijling-items" I understood that Bob Maaskant delivered item 4, 5, 6 and 7
Item 1 is my business I think. But what do you mean by grids?

Grids are defined by their origin, length, width, rotation and resolution. these are given in paragraph 2.1 of
the wave report. They are the same for all scenarios.

Since you ask for various scenarios you probably mean something else. The bathymetry, the water level,
or the computed significant wave height? In plots or as numerical files?

As an example I send you F3bS1.zip containing all SWAN output on the F-grid for moment t3 (=8:00am
local time) of scenario 3.
The *.tab files are ascii files with the results on the pre defined rays.
The *.sp1 en *.sp2 files are ascii files with the 1d respectively 2dimensional wave spectra output on the
output locations. The *.mat files are matlab files with the significant waveheight (HS), depth (DE), wave
direction (DI), peak period (TP), etc on the entire computational grid, given by the X and Y coordinates
(XP and YP). You will need matlab to read these files.

I can make zipfiles for all scenarios you asked, which is
2 (M&F grids) * 6 (times)  *  5 (scenarios)  = 60 zipfiles, together about 180Mb

shall I send them via FTP of do you rather receive a USB-stick or CD-rom?

7

8

Or do you mean the plots?? As an example I send you two *.png files with the plots of significant wave height that are also included in the report.

Please let me know what you wish, and I will send it to you.

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

9

## Woodcock, Jack (CIV)

**From:**    Smith, Robin (CIV)
**Sent:**    Monday, February 23, 2009 4:56 PM
**To:**    Woodcock, Jack (CIV)
**Subject:** FW: Katrina: Expert Reports - Responses

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, September 11, 2008 6:13 PM
**To:** Smith, Robin (CIV)
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV); McConnon, Jim (CIV); McAuliffe, John (CIV);
pod@oslaw.com; Joe Bruno
**Subject:** RE: Katrina: Expert Reports - Responses

Robin -

Today we placed in Federal Express three discs from Bob Bea containing input files from the MRGO and
IHNC Stability and Seepage Analyses.  These should be delivered to CACI by tomorrow.

Thanks,
Rob


## J. Robert Warren, II, Esq.
## In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use
of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee
or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure,
dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error,
please immediately notify us by telephone at (504) 525-1335.

---

**From:** Rob Warren
**Sent:** Monday, August 25, 2008 3:11 PM
**To:** 'Smith, Robin (CIV)'; 'Stone, Richard (CIV)'; 'Miller, Kara K. (CIV)'; 'McConnon, Jim (CIV)'; 'McAuliffe,
John (CIV)'
**Cc:** Joe Bruno; 'pod@oslaw.com'
**Subject:** Katrina: Expert Reports - Responses

10

Robin -

Below please find responses to your list of questions from August 7.  Also, please be advised that the replacement files provided by Bob Bea will be sent out today via Federal Express and a hard drive containing input files will be sent out Tuesday via Federal Express.

Thanks,

Rob

***********************************

Q 1. Averaging interval for winds used in the ADCIRC surge modeling (e.g., 10 min average, 20 min., 30 min.)?

> 1)   The wind time intervals for the ADCIRC is 20 min.  We used PBL model to generate these 20 min  wind files which are used as an input for ADCIRC. We used Unisys  best track files to prepare a 2 hour storm track input file for PBL model. Max velocities to pressures for the forecast track were estimated using vmax=14*(1013-pcenter)**0.5 (wind speed knots and pressure mb)

Q 2. Reference elevation used to define the winds used in the surge modeling?

> 2)   2)   10 m above surface of ADCIRC grid

Q 3. Which measures of wind speed (averaging interval and reference elevation) are reflected in the input to the PBL model

Subroutine used :-


c  Modified from p08a by Joannes Westerink (jjw)      05/28/2003
c   Modified speed by 3x to allow 2 hourly input with faked times (still
c   6 hourly) so that will put out 20 min snaps (although PBL will
c   think of it as hourly)
c
c Modified further on 2003/05/28 so that better radius to max wind is computed
c   This has been done by adding Ed Thompson's subroutine JTrmax

cjjw - added to this version as per Norm's recommendation on 7-10-2002
c*****************************************************************
      subroutine JTrmax(ws,dp,rmax,spd

c... Computes radius to maximum wind as a function of pressure
c    difference & maximum sustained surface wind speed.
c    Calculation is based on relationships in Figure A1 of
c    Jelesnianski & Taylor (1973)

11

```
c     Complete reference: Jelesnianski, C.P., and Taylor, A.D.,
c     "A Preliminary View of Storm Surges Before and After Storm
c     Modifications," NOAA Technical Memorandum ERL WMPO-3, 1973.
      real ws,dp,rmax,ws30,slope

c... Compute max surface wind speed at rmax = 30 miles, in mph
c     (coefficients obtained by regression analysis of values
c     measured from Jelesnianski-Taylor (JT) curves)

      ws30 = 29.984 + 1.20035*dp - 0.002465642535*(dp**2)

c... Compute slope of JT line of constant dp

      slope = 0.410604 + 0.00383248*dp

c... Adjust best track max wind to be consistent with JT max wind
c     (developed for storm surge)
c     Subtract storm forward motion & convert from 1-min avg to 10-min avg.

      wsJT = (ws - spd*6080.0/5280.0)/1.05

c... Compute rmax (in miles) for desired surface wind speed

      rmax = 30.0 - (wsJT - ws30)/slope

      write(20,100) dp,ws,wsJT,ws30,slope,rmax
  100 format(f5.0,3f6.1,f6.4,f6.1)

      return
```

**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

12

## Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Monday, February 23, 2009 4:56 PM |
| **To:** | Woodcock, Jack (CIV) |
| **Subject:** | FW: Katrina Expert Materials |
| **Attachments:** | FINELBoundaryHydrographsforDesignMRGO.zip |

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Friday, September 05, 2008 11:08 AM
**To:** Smith, Robin (CIV)
**Cc:** Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Henry, Camille (CIV); Vide, Cynthia (CIV); McAuliffe, John (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV); McConnon, Jim (CIV); Joe Bruno
**Subject:** Katrina Expert Materials

Robin -

Attached please find the requested hydrographs.

Rob

## J. Robert Warren, II, Esq.
### In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** McConnon, Jim (CIV) [mailto:Jim.McConnon@usdoj.gov]
**Sent:** Thursday, August 14, 2008 1:53 PM
**To:** Rob Warren
**Cc:** Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Henry, Camille (CIV); Vide, Cynthia (CIV); McAuliffe, John

13

(CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV)
**Subject:** RE: Bob Bea documents

Rob,

Please FEDEX the materials to John McAuliffe at the following address:

CACI, Inc.

1100 L Street, Suite 2000

Washington, DC 20005

Attn: John McAuliffe

John's phone number is: 202-712-7909, reception phone number is 202-712-7979.

Jim McConnon
(202) 353-2604

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, August 14, 2008 2:46 PM
**To:** McConnon, Jim (CIV)
**Subject:** Bob Bea documents

Jim -

Since Robin is out this week, should I send discs from Bob Bea with requested information from the
expert reports to you or someone else?  Also, would you please let me now the Federal Express shipping
address.

Thanks,
Rob

## J. Robert Warren, II, Esq.
### In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use
of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee
or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure,
dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error,
please immediately notify us by telephone at (504) 525-1335.

14

## Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Monday, February 23, 2009 4:56 PM |
| **To:** | Woodcock, Jack (CIV) |
| **Subject:** | FW: Katrina: Expert Reports - Responses |

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Monday, August 25, 2008 4:11 PM
**To:** Smith, Robin (CIV); Stone, Richard (CIV); Miller, Kara K. (CIV); McConnon, Jim (CIV); McAuliffe, John (CIV)
**Cc:** Joe Bruno; pod@oslaw.com
**Subject:** Katrina: Expert Reports - Responses

Robin -

Below please find responses to your list of questions from August 7.  Also, please be advised that the replacement files provided by Bob Bea will be sent out today via Federal Express and a hard drive containing input files will be sent out Tuesday via Federal Express.

Thanks,

Rob

***********************************

Q 1. Averaging interval for winds used in the ADCIRC surge modeling (e.g., 10 min average, 20 min., 30 min.)?

    1)   The wind time intervals for the ADCIRC is 20 min.  We used PBL model to generate these 20 min  wind files which are used as an input for ADCIRC. We used Unisys  best track files to prepare a 2 hour storm track input file for PBL model. Max velocities to pressures for the forecast track were estimated using vmax=14*(1013-pcenter)**0.5 (wind speed knots and pressure mb)

Q 2. Reference elevation used to define the winds used in the surge modeling?

  2)   2)   10 m above surface of ADCIRC grid

Q 3. Which measures of wind speed (averaging interval and reference elevation) are reflected in the input to the PBL model

 Subroutine used :-

15

```
c  Modified from p08a by Joannes Westerink (jjw)      05/28/2003
c  Modified speed by 3x to allow 2 hourly input with faked times (still
c  6 hourly) so that will put out 20 min snaps (although PBL will
c  think of it as hourly)
c
c  Modified further on 2003/05/28 so that better radius to max wind is computed
c  This has been done by adding Ed Thompson's subroutine JTrmax

cjjw - added to this version as per Norm's recommendation on 7-10-2002
c******************************************************************
      subroutine JTrmax(ws,dp,rmax,spd)

c... Computes radius to maximum wind as a function of pressure
c    difference & maximum sustained surface wind speed.
c    Calculation is based on relationships in Figure A1 of
c    Jelesnianski & Taylor (1973)

c    Complete reference:  Jelesnianski, C.P., and Taylor, A.D.,
c    "A Preliminary View of Storm Surges Before and After Storm
c    Modifications," NOAA Technical Memorandum ERL WMPO-3, 1973.
      real ws,dp,rmax,ws30,slope

c... Compute max surface wind speed at rmax = 30 miles, in mph
c    (coefficients obtained by regression analysis of values
c    measured from Jelesnianski-Taylor (JT) curves)

      ws30 = 29.984 + 1.20035*dp - 0.002465642535*(dp**2)

c... Compute slope of JT line of constant dp

      slope = 0.410604 + 0.00383248*dp

c... Adjust best track max wind to be consistent with JT max wind
c    (developed for storm surge)
c    Subtract storm forward motion & convert from 1-min avg to 10-min avg.

      wsJT = (ws - spd*6080.0/5280.0)/1.05

c... Compute rmax (in miles) for desired surface wind speed

      rmax = 30.0 - (wsJT - ws30)/slope

      write(20,100) dp,ws,wsJT,ws30,slope,rmax
100   format(f5.0,3f6.1,f6.4,f6.1)

      return
```

2/24/2009                    15

16

**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 – Direct
504.561.6775 – Facsimile
504.723.1011 – Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/24/2009

17

## Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Monday, February 23, 2009 4:55 PM |
| **To:** | Woodcock, Jack (CIV) |
| **Subject:** | FW: Bob Bea documents |

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Friday, August 15, 2008 2:59 PM
**To:** McAuliffe, John (CIV)
**Cc:** Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); McConnon, Jim (CIV); Jones, Marjorie Kaye (CIV); Henry, Camille (CIV); Vide, Cynthia (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV); Joe Bruno
**Subject:** RE: Bob Bea documents

John -

I checked the original CD set provided to us by Bob Bea and found the same four file errors you identified.  We will contact Bob Bea to request replacement files and forward to you once received.

Thanks,
Rob

## J. Robert Warren, II, Esq.
## In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** McConnon, Jim (CIV) [mailto:Jim.McConnon@usdoj.gov]
**Sent:** Thursday, August 14, 2008 1:53 PM
**To:** Rob Warren
**Cc:** Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter,

18

George (CIV); Jones, Marjorie Kaye (CIV); Henry, Camille (CIV); Vide, Cynthia (CIV); McAuliffe, John
(CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV)
**Subject:** RE: Bob Bea documents

Rob,

Please FEDEX the materials to John McAuliffe at the following address:

CACI, Inc.

1100 L Street, Suite 2000

Washington, DC 20005

Attn: John McAuliffe

John's phone number is: 202-712-7909, reception phone number is 202-712-7979.


Jim McConnon
(202) 353-2604

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, August 14, 2008 2:46 PM
**To:** McConnon, Jim (CIV)
**Subject:** Bob Bea documents

Jim -

Since Robin is out this week, should I send discs from Bob Bea with requested information from the
expert reports to you or someone else? Also, would you please let me now the Federal Express shipping
address.

Thanks,
Rob


**J. Robert Warren, II, Esq.**
**In re Katrina Canal Breaches Consolidated Litigation**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use
of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee
or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure,
dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error,


2/24/2009

19

please immediately notify us by telephone at (504) 525-1335.

20

# Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Monday, February 23, 2009 4:55 PM |
| **To:** | Woodcock, Jack (CIV) |
| **Subject:** | FW: Bob Bea documents |

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, August 14, 2008 2:50 PM
**To:** McConnon, Jim (CIV)
**Cc:** Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Henry, Camille (CIV); Vide, Cynthia (CIV); McAuliffe, John (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV)
**Subject:** RE: Bob Bea documents

Thank you.


# J. Robert Warren, II, Esq.
# In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.


**From:** McConnon, Jim (CIV) [mailto:Jim.McConnon@usdoj.gov]
**Sent:** Thursday, August 14, 2008 1:53 PM
**To:** Rob Warren
**Cc:** Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Henry, Camille (CIV); Vide, Cynthia (CIV); McAuliffe, John (CIV); Stanko, James (CIV); Walmsley, Tammy (CIV); Lahue, Milagros (CIV); Jarvis, Maureen (CIV)
**Subject:** RE: Bob Bea documents

Rob,

Please FEDEX the materials to John McAuliffe at the following address:

21

CACI, Inc.

1100 L Street, Suite 2000

Washington, DC 20005

Attn: John McAuliffe

John's phone number is: 202-712-7909, reception phone number is 202-712-7979.


Jim McConnon
(202) 353-2604


---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, August 14, 2008 2:46 PM
**To:** McConnon, Jim (CIV)
**Subject:** Bob Bea documents

Jim -

Since Robin is out this week, should I send discs from Bob Bea with requested information from the expert reports to you or someone else?  Also, would you please let me now the Federal Express shipping address.

Thanks,
Rob

## J. Robert Warren, II, Esq.
## In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

22

## Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Monday, February 23, 2009 4:54 PM |
| **To:** | Woodcock, Jack (CIV) |
| **Subject:** | FW: Data Request: Chad Morris |
| **Attachments:** | Pre_Katrina_Levee_Floodwall_Max_Elev.prj;<br>Pre_Katrina_Levee_Floodwall_Max_Elev.dbf;<br>Pre_Katrina_Levee_Floodwall_Max_Elev.sbx;<br>Pre_Katrina_Levee_Floodwall_Max_Elev.sbn;<br>Pre_Katrina_Levee_Floodwall_Max_Elev.shx;<br>Pre_Katrina_Levee_Floodwall_Max_Elev.shp.xml;<br>Pre_Katrina_Levee_Floodwall_Max_Elev.shp; ALL_MRGO_XYZ_STATEPLANE.csv |

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, August 07, 2008 5:34 PM
**To:** Smith, Robin (CIV)
**Cc:** Joe Bruno
**Subject:** Data Request: Chad Morris

Robin -

Attached, please find the data requested from Chad Morris.

Thanks,
Rob

## J. Robert Warren, II, Esq.
## In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

23

Woodcock, Jack (CIV)

| | |
|---|---|
| From: | Smith, Robin (CIV) |
| Sent: | Monday, February 23, 2009 5:06 PM |
| To: | Woodcock, Jack (CIV) |
| Subject: | FW: *.swn files |
| Attachments: | swaninput.zip |

From: Joe Bruno [mailto:jbruno@jbrunolaw.com]
Sent: Thursday, October 30, 2008 10:19 AM
To: Smith, Robin (CIV)
Cc: Kirsten R. Tillman
Subject: FW: *.swn files

Please advise if this covers your request.

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a
recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby
notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately
notify us by telephone at (504) 525-1335.

From: Caroline Gautier [mailto:Caroline.Gautier@deltares.nl]
Sent: Thursday, October 30, 2008 3:04 AM
To: Joe Bruno; Rob Warren; matthijs.kok@hkv.nl
Subject: *.swn files

here i found the zip file with *.swn-files which i put on the FTP site on October 9th. is this what you need?

kind regards,

caroline gautier

Delft Hydraulics, GeoDelft, the Subsurface and Groundwater unit of TNO and parts of Rijkswaterstaat have joined forces in a new in

DISCLAIMER: This message is intended exclusively for the addressee(s) and may contain confidential and privileged information. If
The foundation 'Stichting Deltares', which has its seat at Delft, The Netherlands, Commercial Registration Number 41146461, is not

2/24/2009                                            23

## Joe Bruno

| | |
|---|---|
| **From:** | Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov] |
| **Sent:** | Monday, July 21, 2008 10:01 AM |
| **To:** | Joe Bruno |
| **Cc:** | Jennifer Louis; Woodcock, Jack (CIV); Miller, Kara K. (CIV); Stone, Richard (CIV); Greif, Michele (CIV); Carter, George (CIV) |
| **Subject:** | RE: Delft Flow Report |

No. I had expected the attachment to be the map that was provided by "the Robinson experts" — a phrase that includes Kok and Vrijling themselves — but instead got a memo essentially reiterating what is in the report. Perphaps there is something lost in translation, but I do not know what the phrase "an impression of the map" means. Does he mean this is an exact reproduction of the map that was provided? Does he not know who created the map? Does he not know who sent it?

We have made production requests for all materials considered by your experts. Whatever information was provided by Kemp or Fitzgerald (or anyone else) to the Dutch should be provided. If Kemp sent emails to the Dutch (and they to him) then these should be provided. If you provide those and the documents attached to them, then I will have the answer to my question.

Robin

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Sunday, July 20, 2008 6:47 PM
**To:** Smith, Robin (CIV)
**Cc:** Jennifer Louis
**Subject:** FW: Delft Flow Report

I trust this answers your question.

---

**From:** Matthijs Kok - CITG [mailto:Matthijs.Kok@tudelft.nl]
**Sent:** Sunday, July 20, 2008 5:04 PM
**To:** Joe Bruno
**Subject:** FW: Delft Flow Report

Joe: here you have the answers on the question of the government.
Do you expet more questions?

Matthijs

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Thu 7/17/2008 12:31 AM
**To:** Matthijs Kok - CITG
**Cc:** Jennifer Louis
**Subject:** FW: Delft Flow Report

Would you please answer the Government's question?

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney
privileged and confidential information intended only for the use of the
owner of the email address listed as a recipient of this message. If
you are not the intended recipient, or the employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any disclosure, dissemination, distribution, or copying of
this communication is strictly prohibited. If you have received this
transmission in error, please immediately notify us by telephone at
(504) 525-1335.

-----Original Message-----
From: Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
Sent: Wednesday, July 16, 2008 9:33 AM
To: Joe Bruno
Cc: Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV);
Rob Warren
Subject: RE: Delft Flow Report

Joe: Presumably, the same materials were relied on in creating Figures
A.5, A.16, and A.27, which are very similar to the figures cited below,
but if not then please provide all materials relied on in creating these
figures as well.

Robin

-----Original Message-----
From: Smith, Robin (CIV)
Sent: Wednesday, July 16, 2008 6:59 AM
To: 'jbruno@jbrunolaw.com'
Cc: Carter, George (CIV); Miller, Kara K. (CIV); Woodcock, Jack (CIV)
Subject: Delft Flow Report

Joe: Will you please produce the materials that the Dutch relied on in
creating Figures 2.19 and 2.30, which appear respectively on pages 41
and 67? These figures depict the location and densities of Cypress
forests that the Dutch modelers assumed existed prior to MRGO
construction. We want all of the material that they relied on in making
these assumptions.

Thank you.

Robin

Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202-616-4289

2/18/2009

**Joe Bruno**

| | |
|---|---|
| **From:** | Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov] |
| **Sent:** | Thursday, August 07, 2008 11:12 AM |
| **To:** | Joe Bruno; pod@osmlaw.com |
| **Cc:** | Stone, Richard (CIV); Miller, Kara K. (CIV) |
| **Subject:** | RE: Expert reports |

Joe, here is a list of reliance documents and data that we have compiled. We are still waiting to hear from some of our experts who are reviewing your experts' reports, so I expect that we will identify additional reliance materials. Please note that this list and any other than we compile is based on our review of the reports and therefore is almost certainly not exhaustive of the disclosure requirement imposed by Rule 26(a)(2)(B).

Thanks for your cooperation in this.

Robin ·

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Wednesday, August 06, 2008 4:34 PM
**To:** Smith, Robin (CIV); pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

I believe you have. I will none the less ask my experts to identify and produce all nonpublic reliance material.

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, August 06, 2008 12:46 PM
**To:** Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** Expert reports

We have not received the materials your experts relied on. If we conference with the magistrate concerning the expert depositions, I will bring this up. We need those materials ASAP. We are compiling a list of materials cited in the reports, but the list will not be exhaustive as the experts undoubtedly exchanged considerable materials between and among the group that are not specifically mentioned in the reports. The role of undesignated experts is also of concern. The Dutch ambiguously refer to "the Robinson experts" as the source of materials they relied on, and we know that in their view Ivor van Heerdon is comprised within this category even though he is not a designated expert.

**Partial List of Data and Other Information Considered by Plaintiffs' Experts**
(Compiled 7 Aug. 2008)

**Bea**
(1) All documents, data, and results from SLOPE/W and SEEP/W analyses
(2) All data inputs for LS-DYNA modeling
(3) All boring logs collected and prepared by the expert, the ILIT team, Storesund, and/or Cobos-Roa
(4) All manuals and policies from 1965-2005 that the expert considered; including which manuals, policies, and principles the expert considered applicable during each year
(5) Technical Report VI, pg. 33 Fig. 22 picture is missing

**Day/Shaffer**
(1) Disk and sources referenced on p.22, Appendix A, and Appendix E
(2) Sources for Appendix B
(3) Full source information for vegetation studies cited on 8-9
(4) Sources of photographs in Fig. 2 on p. 17 and fig. 4 on p. 25

**Fitzgerald/Penland**
(1) Photographs used to create Figures 2.15-2.18
(2) Sources for information in Figure 3.1 and Table 3.1
(3) Full citation for report in Figure 3.2
(4) Source(s) of information for figures 3.3-3.9
(5) Section 4.1: Copies and specific citation for all maps referenced therein: 1932 T-Sheets; 1890 Topographic Maps; "other historical data"; historical and current USGS topographic maps
(6) All maps used to create Figures 4.2-4.4
(7) All data and information associated with the 2008 bathymetric survey cited in Figure 6.6
(8) All underlying maps used and the ESRI raster grid and ArcMap files created and referenced in Appendix B

**Kemp**
(1) Figures 24a-f (pp. 135-140): Do overtopping rates and volume plots include breach flow for scenarios 1 and 3?
(2) High water marks (source, geographic coordinates and elevations) that the expert and associates place the most confidence in for region east of the Mississippi River and east of and including the IHNC
(3) Specific high water marks used to establish FINEL boundary conditions through scaling of ADCIRC model output; the raw marks and datum used, and how these raw marks were adjusted to the proper vertical datum
(4) Averaging interval for winds used in the ADCIRC and FINEL surge modeling (e.g., 10 min average, 20 min., 30 min.)
(5) Reference elevation used to define the winds used in the surge modeling
(6) All input files to the pbl wind/atmospheric pressure model, the pbl model that was used, and the output wind files generated with the pbl model that were used to drive the surge modeling
(7) Which measures of wind speed (averaging interval and reference elevation) are reflected in

the input to the PBL model
(8) Repeat requests (2)-(7), but for SWAN wave modeling

Morris
(1) pre_katrina_levee_floodwall_max_elev.shp
(2) Results of bathymetric surveys of MR-GO, GIWW, and IHNC channels (dated 21 April 2008)

<u>Vrijling</u>
(1) SWAN M and F Grids: 1, 2Cg, 2Ch, 2Ci, 3
(2) SWANKatrina_final_09Jul08
(3) FinalReport_flow_20080623
(4) Contributions of rainfall, overtopping, and breaching to the total volume at the maximum water level for all scenarios (From both 702c and current interior flood simulations)
(5) Spreadsheet or table format of the water level graphs presented in each scenario (Both 702c and current interior flood simulations)
(6) Breach development and changes in physical dimensions as a result of breaching (702c report)
(7) Model calibrations, if any, to match observed water levels or timing (702c report)

## Joe Bruno

| | |
|---|---|
| **From:** | Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov] |
| **Sent:** | Thursday, August 07, 2008 1:33 PM |
| **To:** | Smith, Robin (CIV); Joe Bruno; pod@osmlaw.com |
| **Cc:** | Stone, Richard (CIV); Miller, Kara K. (CIV) |
| **Subject:** | RE: Expert reports |

Joe, it was just pointed out to me that Kemp has cited numerous documents in his chronology that do not appear to have been produced. In particular, a number of documents are referenced to Gagliano, some of which have Bates numbers and some of which do not. We presume that those documents lacking Bates numbers have not been produced. If they have been produced, please provide the Bates numbers.

On page 21 of his report, Kemp describes the chronology as having hyperlinks to the supporting documentation and says it is provided as Appendix B. The chronology that was produced to us does not have active hyperlinks. Will you please produce the document with active hyperlinks?

Finally, in your email below you promise to produce all nonpublic materials. We do not agree that you do not need to produce publicly available materials that have been considered by your experts. As you know, they cite hundreds of documents from various state and local and private sector entities. Gathering these documents from the many sources would be a needlessly time-consuming and costly task. Since your experts have gathered and considered them, we expect that they will be produced now unless they are already in our possession. Please advise if you do not agree to produce these materials, so we can bring an appropriate motion to compel.

Thank you.

Robin

**From:** Smith, Robin (CIV)
**Sent:** Thursday, August 07, 2008 12:12 PM
**To:** Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

Joe, here is a list of reliance documents and data that we have compiled. We are still waiting to hear from some of our experts who are reviewing your experts' reports, so I expect that we will identify additional reliance materials. Please note that this list and any other than we compile is based on our review of the reports and therefore is almost certainly not exhaustive of the disclosure requirement imposed by Rule 26(a)(2)(B).

Thanks for your cooperation in this.

Robin

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Wednesday, August 06, 2008 4:34 PM
**To:** Smith, Robin (CIV); pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** RE: Expert reports

I believe you have. I will none the less ask my experts to identify and produce all nonpublic reliance material.

30
Case 2:05-cv-04182-SRD-JCW     Document 17786-7     Filed 02/20/2009     Page 2 of 2

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended
only for the use of the owner of the email address listed as a receipient of this message.  If you are not the
intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you
are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly
prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504)
525-1335.

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, August 06, 2008 12:46 PM
**To:** Joe Bruno; pod@osmlaw.com
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV)
**Subject:** Expert reports

We have not received the materials your experts relied on.  If we conference with the magistrate concerning the
expert depositions, I will bring this up.  We need those materials ASAP.  We are compiling a list of materials cited
in the reports, but the list will not be exhaustive as the experts undoubtedly exchanged considerable materials
between and among the group that are not specifically mentioned in the reports.  The role of undesignated
experts is also of concern.  The Dutch ambiguously refer to "the Robinson experts" as the source of materials
they relied on, and we know that in their view Ivor van Heerdon is comprised within this category even though he
is not a designated expert.

2/18/2009

## Smith, Robin (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Wednesday, February 25, 2009 10:43 AM |
| **To:** | 'pierceodonnell@att.blackberry.net'; 'Joe Bruno' |
| **Cc:** | Carter, George (CIV); McConnon, Jim (CIV) |
| **Subject:** | Expert reliance materials |
| **Attachments:** | Doc3.wpd |

Please advise when you will provide the information in the attached document.

Also, I have not heard from you concerning our motion to compel production of all of your expert materials.  If you wish to discuss this beforehand, please call me today.

Thanks.

Robin

Expert Reliance Material Needed

Kemp

1. The location (i.e., Shell Beach, Lake Pontchartrain, Chef Mentaur), value (i.e., water height), and source (i.e., IPET) for all high water marks used to modify the ADCIRC S0-8 hydrographs at the boundary locations selected for the finel model. (This discussion is on pages 30-31 of Paul Kemp's deposition)

2. The levee heights used in Plaintiffs FINEL models, particularly along Reach 2 of the MRGO. (This discussion on pages 24-25 of the Kemp deposition)

3. All documents and references indicating that an 80% wind reduction for the presence of cypress forest is an appropriate value (This discussion is on page 29 of the Kemp deposition) -

4. All gauge data obtained during Hurricane Rita detailing the purported effects the wetlands had in reducing storm surge.

5. Kemp has also authored another report, which is Technical Report III attached to Dr. Bea's Supplemental Expert Report dated January 29th, 2009. We need all input and output data relating to this report, including but not limited to: any high water marks obtained during Hurricane Gustav; any wave data captured during Hurricane Gustav; the ADCIRC data related to Hurricane Gustav; the wind fields related to Hurricane Gustav; all calculations made related to computing the waves for Hurricane Gustav, detailing the methodology for pulling wave data out of SWAN, the fetches and wind speeds used in the SPM curves, and any other assumptions made.

Bea

1. *Simulated Wave-Induced Erosion of the Mississippi River-Gulf Outlet Levees During Hurricane Katrina*, Journal of Waterway, Port, Coastal and Ocean Engineering, ASCE 2008.

Shaffer

1. CD of 266 Historic Photographs.

2. Final report of a study by Day and Shaffer for a wetlands assimilation project in the Central Wetlands Unit.

3. Photographs reviewed with Duncan Fitzgerald showing the presence of logging scars in the Central Wetlands Unit.

4. A website link to the photograph used to create figure 2 on p. 17 of his report as well as identification of the latitude/longitude coordinates.

<u>Day</u>

1. All photographs reviewed to create Appendix E of the report.

<u>Fitzgerald</u>

1. Photographs used to create Figures 2.15-2.18.

2. Sources for information in Figure 3.1 and Table 3.1.

3. Full citation for report in Figure 3.2.

4. Source(s) of information for figures 3.3-3.9.

5. Section 4.1: Copies and specific citation for all maps referenced therein: 1932 T-Sheets; 1890 Topographic Maps; "other historical data"; historical and current USGS topographic maps.

6. All maps used to create Figures 4.2-4.4.

7. All data and information associated with the 2008 bathymetric survey cited in Figure 6.6.

8. All underlying maps used and the ESRI raster grid and ArcMap files created and referenced in Appendix B.

9. All photographs taken during helicopter flight in 2008.

<u>Vrijling</u>

1. *Flow Modeling New Orleans- Mississippi River Gulf Outlet.*

2. How was ADCIRC S08 boundary information from the five boundary points in Table 2.1 on p. 10 of the *Flow Report* interpolated to apply over the entire boundary edge?

3. How did the interpolation process differ for each of the various scenarios?

4. Who proposed to interpolate between these points?

5. What changes were made to boundary conditions for each and every scenario?

6. Can you provide us with the wind fields that were used in the ADCIRC SO8 model which supplied the FINEL boundary conditions?

7. Exactly what calibrations were made for each and every scenario and why?

8. Provide each and every value that was calibrated for every scenario.

9. How were marsh elevations determined?

10. *Wave Modeling New Orleans- Mississippi River Gulf Outlet.*

11. How did Ivor Van Heerden determine values for stem rigidity and size used in the formula located on pg. 21 of the *Wave Report*?

12. Why was version g for bottom friction formulation used for Scenario 3?

13. Are there any papers which have peer reviewed the poster located in Appendix B?

14. Provide the results of the "sensitivity runs" for SWAN, the COLLINS, and JONSWAP friction formulations referenced on page 15 of the Joint Declaration dated January 21, 2009.