# EXHIBIT

# 3

**McConnon, Jim (CIV)**

---

**From:** Woodcock, Jack (CIV)

**Sent:** Tuesday, February 17, 2009 5:12 PM

**To:** Rob Warren; McConnon, Jim (CIV)

**Cc:** Carter, George (CIV)

**Subject:** Westerink input and output files

Rob-

As you are aware, you have requested "all of the information and data that was used to set up [Dr. Westerink's] models. All input and output files."

In talking with Dr. Westerink about producing this information, we have learned that this request if for an exceedingly voluminous amount of information.

For example, the output file of one (of six) scenarios takes days to download, because it is contained on magnetic tapes, and is 100 GB.

If the request can be more finally tailored, the data will get to you faster and may not contain unnecessary data.
For further example, separate files for each scenario such as a global water elevation file or a global water elevation file are only on the order of single digits in gigabits.

If you would like the information quicker, please tailor your request. Please advise us on how you would like to proceed.

Thanks,

Jack

2/24/2009