# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION § NO. 05-4182 "K" (2)
§ JUDGE DUVAL
§ MAG. WILKINSON
§
PERTAINS TO: MRGO, Robinson, No. 06-2268 §
§

## DECLARATION OF JOANNES J. WESTERINK

I, Joannes J. Westerink, declare as follows:

1. I am Professor in the Department of Civil Engineering and Geological Sciences and concurrent Professor in the Department of Mathematics at the University of Notre Dame and have been retained as an expert for the United States in the above captioned matters.

2. On December 22, 2008, I produced an expert report in *Robinson v. United States* which investigated the effects of the Mississippi River Gulf Outlet and the surrounding marsh on storm surge levels during Hurricane Katrina.

3. As part of the investigation, six scenarios were investigated using the Advanced Circulation (ADCIRC) hydrodynamic computer model and Steady State Spectral Wave near-shore wave (STWAVE) computer model.

4. These six scenarios were processed on two supercomputers, Jade and Sapphire, located at the U.S. Army Corps of Engineers' Engineering Research and Development Center (ERDC) in Vicksburg, Mississippi.

5. Jade and Sapphire are Department of Defense computers and have restricted access for security reasons.

6. There are no means by which a direct, onsite USB-based connection can be made with either Jade or Sapphire.

7. Therefore, all file transfers must be made through an internet connection.

8. Jade and Sapphire implement a thirty day scrub, which removes all the files, including all the files for the six scenarios, which have not been used in thirty days.

9. Consequently, the files for the six scenarios have been moved to the ERDC long term storage machine, Gold, which is a tape back up system.

10. The six scenarios have been stored in six "tar" files.

11. Tarring a file is a means by which multiple files can be combined to create one transferable and storable file.

12. Due to the nature of the tape back up system, compressing and bundling large files to a local machine directly from Gold is inefficient and taxing on the system.

13. Thus, ERDC discourages compression and bundling of files directly from Gold.

14. It is therefore necessary to download all the tar files back onto Jade or Sapphire.

15. The tar file sizes are as follows:

> Scenario 1 ADCIRC components: 87 gigabytes
> Scenario 2 ADCIRC components: 100 gigabytes
> Scenario 3 ADCIRC components: 95 gigabytes
> Scenario 4 ADCIRC components: 95 gigabytes
> Scenario 5 ADCIRC components: 122 gigabytes
> Scenario 6 ADCIRC components: 122 gigabytes
>
> STWAVE components for all 6 scenarios: 162 gigabytes
>
> Total: 783 gigabytes (821,035,008 kilobytes)

16. The most efficient manner to transfer these files is to start by the "untarring" of these files, creating the original multiple run files.

17. Then, each of the files must be rebundled, or "tarred," into approximately 25 gigabyte files so that the transfer over the internet does not time out.

18. Each of the rebundled files then must be individually compressed, which will regenerate files at approximately 25% of their original size.

19. This compression will take, at minimum, one day of effort.

20. Using the fastest bandwidth available for downloading the files, with an expected transfer rate of 1 mb/s, it would require two and a half straight days of transferring to a local machine.

21. This process, however, assumes continual transfer 24 hours a day with no operator or hardware disruptions.

22. Available bandwidth, however, will likely be limited by other users increasing download time.

23. A best case scenario for the time required to supply output data, considering only infrastructure but not taking into account manpower, would be:

- half a day to download tar files from Gold and untar those files
- one day to compress all files within the simulation directories
- two and a half days to download to a local drive
- half a day to upload to a drive disk
- one day to overnight ship the disk.

Total: five and a half days

24. This best case scenario assumes that downloading will occur without interruption for two and a half straight days which, due to lack of 24/7 manpower availability, will not be possible and will thus add at least two to three additional days to the five and a half days estimated for infrastructure requirements as stated above.

25. Furthermore, this best case scenario is unlikely because Jade and Sapphire were down for maintenance from February 20 to February 23 and the computers are currently being heavily used in the wake of this down time which will increase the time of operations (tar, untar, compress, and transfer).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2009.

Joannes J. Westerink