# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § § § | |

### DECLARATION OF CAMILLE HENRY

I, Camille Henry, declare as follows:

1. I am employed at CACI, Inc. – Commercial ("CACI'). My position at CACI is Vice President and I serve as Deputy Division Director on the MEGA 3 Contract (DJJ07-C-1521) with the United States Department of Justice (DOJ). Through the MEGA 3 contract, CACI provides litigation support services to DOJ in the above-styled matter ("this litigation").
2. One of the litigation support services provided by CACI to DOJ consists of the processing of Electronically Stored Information ("ESI") for production to the other parties in this litigation.
3. It is my understanding that we are going to receive the following amount of data from DOJ expert Dr. Joannes J. Westerink (the "Westerink data"):
   a. 6 tar files, equivalent to approximately 621 GB
   b. STWAVE Components, equivalent to approximately 162 GB
   For a total of approximately 783 GB of data.
4. CACI's standard procedures for processing the data received so it can be produced in the litigation includes the following:
   a. Labeling media for physical tracking and creating a backup.
   b. Processing media for native file production.
      i. Native file production requires assigning a number to each file on media; the Information Technology (IT) staff creates a cross-reference table to generate the appropriate 9-place bates number to match the file count on media
      ii. IT creates a .dat file to include on the production media. The .dat file includes fields such as container ID, file name, and custodian
      iii. IT copies the numbered native files and the .dat file to the production media
      iv. IT encrypts the production media and makes 5 production copies.
5. I estimate that 5 days will be necessary to prepare the Westerink data for production:
   a. Copy hard drives to processing server. 2 days
   b. Create dat files. 1 day
   c. Create the production master media, production log, copy the production media, duplicate master media, encrypt and perform quality review. 2 days
6. The following assumptions apply to the processes described, as well as associated time and cost estimates:

    a. 783 GB is the true size of the files in their untarred format. The files will be delivered to CACI compressed on at least two hard drives.
    b. CACI will not uncompress the files.
    c. CACI will produce the compressed files.
    d. The file type will have the extension for the name of the compression utility.
    e. The cross reference file will contain the name of the file it receives when it was compressed.
    f. CACI assumes the compressed files will be approximately 157 GB.
    g. The number of compressed files is not known.
    h. Assumes outgoing data will fit on one production 250 GB hard drive.

7. I estimate the effort to process the Westerink data for production will cost approximate $2,700.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2009.

*Camille Henry*
Camille Henry