# EXHIBIT 6

### Joe Bruno

**From:** Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]
**Sent:** Thursday, September 04, 2008 3:29 PM
**To:** Joe Bruno
**Cc:** Stone, Richard (CIV); Miller, Kara K. (CIV); Mitsch, Rupert (CIV); Ehrlich, Jeff (CIV); Woodcock, Jack (CIV); Greif, Michele (CIV); El-Amin, Taheerah (CIV); Baeza, Dan (CIV); Soja, Sarah (CIV); Kells, Conor (CIV); McConnon, Jim (CIV); Liddle, Keith (CIV); Levine, Paul (CIV); Carter, George (CIV)
**Subject:** Rule 26(a)(2)(B) materials

Joe, as I mentioned on the phone, following up on my earlier email requesting all materials considered by your experts, we are requesting specifically that they provide all of the information and data that was used to set up their models. This is the information that scientists necessarily provide when they publish studies because it allows other scientists to replicate the experiments and confirm or disconfirm the authors' conclusions. For example, the engineers who ran the LS-DYNA software must have been given instructions by Dr. Bea in order for them to know what inputs to use and how to set up the various scenarios. In addition, although you have suggested that all of the inputs used by the Dutch in their flow and wave modeling was provided by Drs. Kemp and Van Heerden, we do not have all of the SWAN input and output files that we need in order to replicate the SWAN modeling.

We received a number of files last week on a hard drive and on compact disks. Because of the time required to copy and distribute this information, our experts have not yet had a chance to review it. We will continue to request other specific information and data as soon as we identify what is missing, but I would appreciate your passing this broad request on to your experts now so they can begin forwarding to you the files that I have generally described above. To the extent that instructions for setting up and running models was set forth in emails, letters, and other documents, we request that those documents be produced along with the data files themselves.

Please contact me if you have any question about this. Thanks.

Robin