# EXHIBIT 7

**Woodcock, Jack (CIV)**

From: Smith, Robin (CIV)
Sent: Monday, February 23, 2009 5:02 PM
To: Woodcock, Jack (CIV)
Subject: FW: Expert Documents

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Wednesday, October 29, 2008 5:07 PM
**To:** Smith, Robin (CIV)
**Cc:** Kirsten R. Tillman
**Subject:** RE: Expert Documents

I meant that I already sent your request. Chill out.

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, October 29, 2008 4:05 PM
**To:** Joe Bruno
**Cc:** Kirsten R. Tillman; Woodcock, Jack (CIV); Carter, George (CIV); McConnon, Jim (CIV); Levine, Paul (CIV)
**Subject:** Re: Expert Documents

Joe, if you believe you already sent the files identified in the attachment to my prior email, please kindly tell me when, to whom, and how they were sent. We do not have a record of receiving them.

Thank you for your courtesy in helping us locate this data.

Robin D. Smith
Senior Trial Counsel

2/24/2009                                                          1

U.S. Dept. of Justice
202.616.4289

---

**From:** Joe Bruno
**To:** Smith, Robin (CIV)
**Cc:** Kirsten R. Tillman
**Sent:** Wed Oct 29 16:14:44 2008
**Subject:** RE: Expert Documents

Already sent.

---

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, October 29, 2008 1:59 PM
**To:** Joe Bruno
**Cc:** Rob Warren; Carter, George (CIV); Woodcock, Jack (CIV)
**Subject:** FW: Expert Documents

Joe, the Dutch apparently did not send all of their SWAN files. Based on what was on the disk, we were able to identify what we're missing.

Will you please ask that they send as soon as possible the remaining files?

Thanks.

Robin

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Tuesday, October 14, 2008 5:34 PM
**To:** Smith, Robin (CIV); McConnon, Jim (CIV)
**Cc:** McAuliffe, John (CIV); Joe Bruno; Pierce O'Donnell
**Subject:** Expert Documents

Robin -

2/24/2009

2

Per your request, I am placing in Federal Express today a disc containing documents responsive to your requests from:

**Day/Shaffer**
1) Source documents for Appendix A, referenced on page 22
2) Source document for Appendix B
3) Source documents for vegetation studies cited on pages 8-9

**Vrijling:**
1) Swan Input files (zipped)

**Fitzgerald:**
1) Source documents regarding dredging

J. Robert Warren, II, Esq.
In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.