# EXHIBIT 9

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION
                                   NO. 05-4182 "K"(2)

 PERTAINS TO:                      JUDGE DUVAL

 ROBINSON, Number 06-2268          MAG. WILKINSON


Videotaped deposition of GARY P. SHAFFER, Ph.D.,
Department of Biological Sciences, SLU 10736,
Southeastern Louisiana University, Hammond,
Louisiana  70402, taken in the offices of Bruno &
Bruno, 855 Baronne Street, New Orleans, Louisiana
70113, on Thursday, the 29th day of January,
2009, beginning at 9:20 a.m.


APPEARANCES:

        ANDRY LAW FIRM
        (BY:  JONATHAN ANDRY
              KEA SHERMAN
        610 Baronne Street
        New Orleans, Louisiana   70113

                    AND

        GAINSBURGH, BENJAMIN, DAVID,
          MEUNIER & WARSHAUER
        (BY:  GERALD E. MEUNIER)
        Suite 2800
        1100 Poydras Street
        New Orleans, Louisiana   70163-2800

                    AND

1      A.     Southeastern Louisiana University,
2  and I also have a company called Wetland
3  Resources, L.L.C.
4      Q.     What is Wetland Resources, L.L.C.?
5      A.     A consulting company.
6      Q.     Is that a company that you're an
7  owner of?
8      A.     Yeah. Part owner. Partner. I have
9  two partners.
10     Q.     And how long has that company been
11 in existence?
12     A.     It's brand-new.
13     Q.     Brand-new as of what date?
14     A.     Probably officially October, 2008.
15     Q.     Okay. Have you -- it looks like you
16 have a stack of documents in front of you. Can
17 you tell me what you've brought with you today?
18     A.     This is a very reduced stack of
19 information, and I intend to use none of it other
20 than the report that's on top, but I thought that
21 if something was necessary, I'd just know where
22 to find it. It's the same stack I brought
23 yesterday.
24     Q.     Okay. Would you mind just
25 identifying each of those documents?

Page 11

1   A.   First is the long report, here's our
2  supplemental. I will put them upside down so --
3  then, we have the 1930s map from FitzGerald.
4  Here's Claire Brown. Penfound and Hathaway.
5  Army Corps 1999 report, impacts of MRGO. And
6  then I've got Del Britsch's and John Barras'
7  expert reports. Deposition of Henry Rodriguez.
8       Q.   What is the date of that deposition?
9       A.   April 30th, 2008. And --
10      Q.   Is that a deposition taken in this
11  litigation?
12      A.   Yes.
13           Couple of pages of statistics.
14  Declaration of Paul Kemp.
15      Q.   What is the date of the Kemp
16  declaration?
17      A.   It doesn't appear to have a date. I
18  think it's December of 2008, though.
19           Plaintiffs' statement of uncontested
20  facts. Also doesn't appear to have a date on the
21  front. This says Katrina Canal Breaches
22  Consolidated Litigation. This is a Barras, et al
23  land loss document. Plaintiffs' memorandum of
24  points. Declaration of Pierce O'Donnel. More
25  statistics. I don't even know where these came

Page 12

1   from, statistics, probably from another Barras,
2   maybe '94. Declaration of Bob Bea. And in here
3   is mostly older material. Here's something on
4   stem density with a table from a pending
5   publication coming out this year. An old -- from
6   the '50s -- Department of Interior. This, again,
7   is -- yesterday, you were asking us where we got
8   the information, quotes from people and such.
9   They came in very scattered. In truth, we
10  never -- I never saw that binder that had
11  everything compiled. Everything came in, like
12  two hours, today, two days apart. This is what
13  it looks like. I get faxes. And John was in
14  Europe during that entire time. So, that's why I
15  had to deal with this part of it. Here's our
16  first expert report.
17       Q.   I'm sorry. By John, do you mean
18  John Day?
19       A.   I'm sorry. Dr. Day.
20       Q.   We have an attorney Jon, so, I'd
21  like to clarify.
22       A.   Dr. Day.
23            This is our first report, the short
24  one. And this is John's original deposition.
25  Here are some NEPA mandates. Design memorandum.

```
                                              Page 13
 1   Not even sure -- we were just given this
 2   recently.  I haven't actually looked at it yet.
 3           MR. ANDRY:
 4                  What is that?  Let me see
 5           that.
 6           THE WITNESS:
 7                  I didn't get to it.
 8           A.     And here's our supplemental report.
 9   Here are the very same stem densities.  So, I
10   have two copies of that.  And then our reference
11   location figure.  Dredge spoil.  Wicker, et al,
12   1982.  And that's it.
13   EXAMINATION BY MS. MILLER:
14           Q.     And this stack of things over here
15   are just additional copies of --
16           A.     Yesterday, we had wanted
17   enlargements of the supplemental photographs.
18   They're scrambled right now, but I'll have them
19   ready before you need them.
20           Q.     Okay.  And these are -- are these
21   copies that we can -- can mark on if we need to?
22           A.     Absolutely.
23           Q.     Thank you for bringing those.  That
24   will be helpful.
25           MS. MILLER:
```

```
                                              Page 14
 1              I'd like to get a copy of
 2         that stack of information, or the
 3         items that we don't already have,
 4         such as the statistics on stem
 5         density and --
 6         MR. ANDRY:
 7              To the extent you don't have
 8         them and to the extent that
 9         they're -- I haven't looked
10         through his stack.  To the extent
11         that they're not work product or
12         something, we'll provide that.
13    EXAMINATION BY MS. MILLER:
14         Q.   Are these items that you --
15         A.   I'd be happy to take these off of
16    here and just -- I don't really need any of this
17    stuff.  I don't know why I even brought it in.
18         Q.   Are these items that you relied on
19    in the preparation of your expert report?
20         A.   Yes.
21         MS. MILLER:
22              Okay.  In that case, I would
23         like to get copies.
24         MR. ANDRY:
25              Well, to the extent they're
```