# EXHIBIT 10

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION

NO. 05-4182

"K" (2)

PERTAINS TO: MRGO ROBINSON          JUDGE DUVAL

MAG. WILKINSON

VIDEOTAPED DEPOSITION OF

GEORGE PAUL KEMP,

633 Magnolia Wood Avenue, Baton Rouge,

Louisiana 70808, taken in the offices of

Joseph Bruno, 855 Baronne Street, New Orleans,

Louisiana, on Thursday, January 15, 2009.

KEMP, GEORGE P. KEMP

1/15/2009

Page 66

```
 1    breaching?
 2         A.    That's absolutely correct.  That's a
 3    fundamental -- And that's also true of SL-15.
 4    Or SO-8.  They're all the same.
 5              MR. LEVINE:
 6                 You have the pictures?
 7              MR. ROY:
 8                 I do.  We have copies of each.
 9            So why don't you return his originals
10            to him.  I mean, after you --
11              MR. LEVINE:
12                 Sure.
13              MR. ROY:
14                 -- Look at them.  A set for you
15            to keep, a set to mark, and a set for
16            Joe and I.  So you have one set to
17            attach.
18              THE WITNESS:
19                 Okay.  And I will try and explain
20            what the heck I am looking at here.
21    EXAMINATION BY MR. LEVINE:
22         Q.    All right.  I am going to mark these
23    -- Is this all the pictures?
24         A.    There's a bunch more here, but these
25    illustrate pretty much what --
```

KEMP, GEORGE P. KEMP

1/15/2009

Page 67

```
 1      Q.   These three?
 2      A.   I think so.
 3      Q.   Okay.
 4           MR. ROY:
 5              And as you give them an exhibit
 6      number for the deposition, if you
 7      cross reference them with your NED
 8      identifier number, since we got these
 9      from y'all.
10           MR. LEVINE:
11              Okay.  That sounds good.
12   EXAMINATION BY MR. LEVINE:
13      Q.   I am going to hand you three
14   pictures which I have marked as Exhibit 8 and
15   they are NED-27597, NED-275115, and
16   NED-27590.
17           MR. LEVINE:
18              All right.  A more experienced
19      colleague has suggested to me a better
20      idea.  So Exhibit 8 will be NED-27597;
21      Exhibit 9 will be NED-275115, and
22      Exhibit 10 will be NED-27590.
23           THE WITNESS:
24              You may also want to include this
25      sort of as a guide (indicating).
```

KEMP, GEORGE P. KEMP

1/15/2009

Page 299

1   that.
2      Q.   All right.  Let's go through these
3   exhibits really quickly just to put them on
4   the record.  I'm not going to ask you any
5   questions about them.
6           MR. ROY:
7              The stuff you just had copied?
8              (Whereupon a discussion was held
9         off the record.)
10          MR. LEVINE:
11             This is everything.  So I am
12        going to mark as Exhibit 20 Dr. Kemp's
13        version of Dr. Ebersole's report.
14  EXAMINATION BY MR. LEVINE:
15     Q.   Can you identify that for the
16  record?
17          MR. ROY:
18             As out of your file.  That's what
19        he is asking you.
20          THE WITNESS:
21             Okay.  So I am looking for my own
22        little scratch marks?
23          MR. MITSCH:
24             Just identify the document as out
25        of your file.

KEMP, GEORGE P. KEMP

1/15/2009

Page 300

```
 1              THE WITNESS:
 2                   Okay.  If you say so.
 3      EXAMINATION BY MR. LEVINE:
 4           Q.   Is that your copy?  Is that a copy
 5      of --
 6           A.   It came out of this box, I assume.
 7           Q.   Right.
 8           A.   Okay.  So that's it.  I see that
 9      it's punched, and mine was punched.
10           Q.   All right.  And I am going to mark
11      as Exhibit 21, do you know what that is?
12           A.   This is out of my file.  This is Don
13      Resio's effort.
14           Q.   Okay.  And I am going to mark this
15      as Exhibit 22.  Do you know what that is?
16           A.   This is my version of Joannes
17      Westerink's report.
18           Q.   And I am going to mark this Exhibit
19      23.  Do you know what that is?
20           A.   Okay.  This is somewhat out of
21      order, but this is also -- most of the text of
22      his report.  The other is mostly figures.
23      That is Westerink's report.
24           Q.   All right.  And I am going to mark
25      this as Exhibit 24.  Do you know what that
```

KEMP, GEORGE P. KEMP

1/15/2009

Page 301

1  is?
2      A.   These are these construction
3  pictures of the MRGO from 1959 showing trees
4  on both sides of the channel cut.
5      Q.   And I am going to mark this as
6  Exhibit 25.  Do you know what those are?
7      A.   These are some 1945 images of the
8  project area, showing conditions intermediate
9  between the -- showing that the trees that
10 were shown in the 1930s are still present in
11 1945.
12     Q.   These aren't Bates stamped.  Where
13 did you get these from?
14     A.   Where did I get them from.  Dr. Van
15 Heerden gave them to me.  And I am not sure
16 where he got them from.
17         MR. LEVINE:
18             Jim, can we have color copies of
19         these or color reproductions of these
20         three?  It doesn't have to be right
21         now.
22         THE WITNESS:
23             I mean, they're black and white
24         images.
25         MR. ROY:

KEMP, GEORGE P. KEMP

1/15/2009

Page 302

```
 1              It's a good thing.
 2           MR. LEVINE:
 3              I'll follow up with you.
 4           MR. ROY:
 5              If you follow up --
 6           THE WITNESS:
 7              Those are just black and white.
 8      So there's not going to be any
 9      colors.
10   EXAMINATION BY MR. LEVINE:
11      Q.   Do you have like --
12           MR. ROY:
13              Perhaps the better question is do
14      you have higher resolution photo
15      quality in your file somewhere.
16           THE WITNESS:
17              I don't.  I don't.  This is -- it
18      came form Ivor, so --
19           MR. ROY:
20              Will you make a note to
21      yourself?  Will you make a note to
22      yourself, Paul, --
23           THE WITNESS:
24              Yes.
25           MR. ROY:
```

KEMP, GEORGE P. KEMP

1/15/2009

Page 303

```
 1              -- to check on the source of
 2      Exhibit 25 --
 3          THE WITNESS:
 4              Okay.
 5          MR. ROY:
 6              -- and see if you can obtain the
 7      high resolution photographic copies?
 8          THE WITNESS:
 9              Okay.  So the 1945 or the photo
10      quads.
11          MR. ROY:
12              Exhibit 25, which is just going
13      to be a couple of them, and get two
14      copies.
15          THE WITNESS:
16              Two copies.  All right.
17          MR. ROY:
18              We'll pay you.  And we'll get one
19      for the government and one for the
20      file them.
21          THE WITNESS:
22              Okay.  Can I borrow a pen?
23          MR. ROY:
24              Yes, sure.
25      EXAMINATION BY MR. LEVINE:
```

KEMP, GEORGE P. KEMP

1/15/2009

Page 304

```
 1      Q.   Finally, here, I am --
 2      A.   Now, do you want digital versions of
 3   those?
 4      Q.   If you have digital versions of
 5   those.
 6      A.   I think they're probably -- they're
 7   printed out from digital versions.
 8           MR. ROY:
 9               If you have digital, that's
10           probably better.  Just get us each a
11           digital copy.
12           THE WITNESS:
13               Yeah.  Yeah.
14           MR. ROY:
15               Get me or Rob two digital
16           copies.  We'll have one with the file
17           and we'll send one over to the U.S.
18           Counsel.
19           THE WITNESS:
20               Okay.  I'm pretty certain that
21           they're actually received from the
22           Corps at some point, but I will --
23           MR. ROY:
24               That's what you're going to be
25           checking on, is the source, as well as
```

KEMP, GEORGE P. KEMP

1/15/2009

Page 305

```
 1        to the digital quality.
 2            THE WITNESS:
 3               Yeah.  Okay.
 4            MR. LEVINE:
 5               I'm also looking at here a
 6        declaration that's dated January 14th,
 7        2009, from Dr. G. Paul Kemp, which was
 8        provided to us this morning from Dr.
 9        Kemp and Plaintiff's Counsel.
10            MR. ROY:
11               Have you already given it a
12        number?
13            MR. LEVINE:
14               No, we didn't attach it, add it
15        to the record.  Do we have another
16        copy of it so we can add it to the
17        record?
18            MR. ROY:
19               We'll look.
20            MR. MITSCH:
21               I have a copy.
22            MR. LEVINE:
23               Use that.  We'll make this
24        Exhibit 26.
25   EXAMINATION BY MR. LEVINE:
```