UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

### NOTICE OF HEARING RE: UNITED STATES' MOTION TO RECONSIDER

**PLEASE TAKE NOTICE** that the defendant United States of America on Wednesday, March 18, 2009 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Poydras Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr., will bring on for hearing the United States' Motion to Reconsider the Court's Order (Doc. Rec. No. 17816) on Plaintiffs' Motion to Compel Discovery (Doc. Rec. No. 17542) and that the

motion will be submitted upon the pleadings and supplemental materials, without oral argument.

        Respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ James F. McConnon, Jr.
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: February 26, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on February 26, 2009, I served a true copy of "Notice of Hearing Re: United States' Motion to Reconsider" upon all counsel of record by ECF.

/s/ James F. McConnon, Jr.
James F. McConnon, Jr.