UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

**<u>DEFENDANT UNITED STATES' EX PARTE MOTION FOR EXPEDITED HEARING</u>**

The United States moves for an order granting an expedited hearing on the United States Motion to Reconsider the Court's Order (Doc. Rec. No. 17816) on Plaintiffs' Motion to Compel Discovery (Doc. Rec. No. 17542). In support of this motion, the Court is respectfully referred to the United States' Ex Parte Motion for Expedited Hearing, Memorandum of Law in support of this motion and the entire record.

The Court should grant the United States' Motion for Expedited Hearing.

                                        Respectfully submitted,

                                        MICHAEL F. HERTZ
                                        Acting Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                        _s/ James F. McConnon, Jr._
                                        JAMES F. McCONNON, JR.
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400 / (202) 616-5200 (Fax)
                                        Attorneys for the United States

Dated: February 26, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on February 26, 2009, I served a true copy of the Defendant United States' Ex Parte Motion for Expedited Hearing upon the Plaintiffs by ECF.

/s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
