UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' MEMORANDUM
IN SUPPORT OF EX PARTE MOTION FOR EXPEDITED HEARING**

Defendant United States of America respectfully submits this Memorandum in Support of its Ex Parte Motion for Expedited Hearing of its Motion to Reconsider the Court's Order (Doc. Rec. No. 17816) on Plaintiffs' Motion to Compel Discovery (Doc. Rec. No. 17542).

Expedited hearing is necessary because the Court's February 20, 2009, Order requires the United States to produce to the Plaintiffs "[a]ll materials upon which defendants' experts relied in preparing their reports or crafting their opinions . . . no later than **February 27, 2009.**" (Emphasis in original) Doc. Rec. No. 17816.  The United States is unable to comply with the Court's Order for two reasons.  First, it is an impossible production deadline for the United States to meet because of the extraordinary volume of all of its experts' reliance materials.  Second, production of "all materials" would impose an undue burden on the United States and fail to promote the purposes of Fed. R. Civ. P. 26(a).  Moreover, an expedited hearing is required because the Court ordered production deadline occurs before the Court's next availabale regularly-scheduled motion hearing date of March 18, 2009.

For these reasons, the United States respectfully requests that its Ex Parte Motion for

Expedited Hearing be granted.

                                                            Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 26, 2009

CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on February 26, 2009, I served a true copy of the Defendant United States' Memorandum in Support of Ex Parte Motion for Expedited Hearing upon all parties by ECF.

s/ James F. McConnon, Jr.<br>JAMES F. McCONNON, JR.