UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

## ORDER

Having considered Defendant United States of America's Ex Parte Motion for Expedited Hearing of its Motion to Reconsider the Court's Order (Doc. Rec. No. 17816) on Plaintiffs' Motion to Compel Discovery (Doc. Rec. No. 17542), and for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED.

Hearing on the United States' Motion to Reconsider shall be brought for hearing without oral argument before Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge, on March 18, 2009 at 11:00 a.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE