UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K"(2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

PERTAINS TO: LEVEE

**ORDER**

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel:

IT IS ORDERED that Charlotte Jane Sawyer of the law firm of Christovich & Kearney, LLP, be and the same is hereby enrolled as additional counsel on behalf of defendant, the Sewerage & Water Board of New Orleans.

New Orleans, Louisiana, this 25th day of February, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge