# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CALAN BREACHES CONSOLIDATION LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 ("K") (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (Ancar, No. 07-4853) | * * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ADRIENNE HARRIS**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 25th day of February, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA