# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION * | JUDGE: DUVAL |
| * | MAG.: WILKINSON |
| PERTAINS TO: * | |
| INSURANCE (Ancar, No. 07-4853) * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **HILTON AUGUSTINE**, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 25th day of February, 2009

_____
UNITED STATES DISTRICT JUDGE