UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 "K" (2)<br>§<br>§ JUDGE DUVAL<br>§ |
| *PERTAINS TO:*   INSURANCE | § MAGISTRATE WILKINSON<br>§ |
| KERRY and CATHERINE SCHEUERMANN<br>NO.:  07-2752 | §<br>§<br>§ |
| VERSUS | §<br>§ |
| ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY<br>_____ | §<br>§<br>§ |

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, Kerry and Catherine Scheuermann, as well as Defendant, Allstate Indemnity Company, through undersigned counsel and who hereby stipulate to the dismissal of this action no. 07-2752 in its entirety, with prejudice.

WHEREFORE, the Plaintiffs and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

THE ROBICHAUX LAW FIRM


*/s/ Brian D. Page*
**Brian D. Page, Bar No. 30941**
PO Box 792500
6305 Elysian Fields, Suite 406
New Orleans, Louisiana 70179
Telephone: (504) 286-2022
Facsimile: (504) 282-6298

SHORTY, DOOLEY & HALL, LLC

_____
**Edwin M. Shorty, Jr., Bar No. 28421**
**Michael J. Hall, Bar No. 28067**
**Toy Dooley, Bar No. 28557**
650 Poydras, Ste. 2230
New Orleans, Louisiana 70130
Telephone: (504) 949-2545
Facsimile: (504) 949-2547