UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** | |
| **KATRINA CANAL BREACHES** | § CIVIL ACTION NO. 05-4182 "K" (2) |
| **CONSOLIDATED LITIGATION** | § |
| | § JUDGE DUVAL |
| | § |
| *PERTAINS TO: INSURANCE* | § MAGISTRATE WILKINSON |
| | § |
| **KERRY and CATHERINE SCHEUERMANN** | § |
| **NO.: 07-2752** | § |
| | § |
| **VERSUS** | § |
| | § |
| **ALLSTATE INSURANCE COMPANY and** | § |
| **ALLSTATE INDEMNITY COMPANY** | § |
| | § |

### ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-2752, in its entirety, is dismissed with prejudice.

_____
JUDGE