UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:   INSURANCE<br><br>ERIC and ROBYN ALFONSO   NO. 07-2756<br><br>VERSUS<br><br>ALLSTATE INDEMNITY COMPANY | § § § § § § § § § § § § § |

CIVIL ACTION

NO. 05-4182  "K" (2)

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, Eric and Robyn Alfonso, as well as Defendant, Allstate Indemnity Company, through undersigned counsel and who hereby stipulate to the dismissal of this action no. 07-2756 in its entirety, with prejudice.

WHEREFORE, the Plaintiffs and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court find that the court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

ROBICHAUX LAW FIRM

*/s/ Brian D. Page*
**Brian D. Page, Bar No. 30941**
PO Box 792500
6305 Elysian Fields, Suite 406
New Orleans, Louisiana 70179
Telephone: (504) 286-2022
Facsimile: (504) 282-6298