UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO: INSURANCE** | § | |
| | § | |
| **ERIC and ROBYN ALFONSO   NO. 07-2756** | § | |
| **VERSUS** | § | |
| **ALLSTATE INDEMNITY COMPANY** | § | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-2756, in its entirety, is dismissed with prejudice.

_____
JUDGE