UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO:   INSURANCE*<br><br>**VERNON LEVAL**           NO. : 07-2749<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY and**<br>**ALLSTATE INDEMNITY COMPANY**<br>_____ | § **CIVIL ACTION NO. 05-4182 "K" (2)**<br>§<br>§ **JUDGE DUVAL**<br>§<br>§ **MAGISTRATE WILKINSON**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

COMES NOW, the Plaintiff, Vernon Leval, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of this action no. 07-2749 as against Allstate Insurance Company and Allstate Indemnity Company in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

1

2

and

ROBICHAUX LAW FIRM


*/s/ Brian D. Page*
**Brian D. Page, Bar No. 30941**
PO Box 792500
6305 Elysian Fields, Suite 406
New Orleans, Louisiana 70179
Telephone: (504) 286-2022
Facsimile: (504) 282-6298