UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION §
§ NO. 05-4182 "K" (2)
*PERTAINS TO:* INSURANCE §
§
HOWARD and BETTY GONZALES §
NO. 07-2746 §
VERSUS §
§
ALLSTATE INSURANCE COMPANY §
§

## RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, Howard and Betty Gonzales, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of this action no. 07-2746 in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

1

Respectfully submitted,

ROBICHAUX LAW FIRM


*/s/ Brian D. Page*
**Brian D. Page, Bar No. 30941**
PO Box 792500
6305 Elysian Fields, Suite 406
New Orleans, Louisiana 70179
Telephone: (504) 286-2022
Facsimile: (504) 282-6298