# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:
**KATRINA CANAL BREACHES** § **CIVIL ACTION**
**CONSOLIDATED LITIGATION** §
§ **NO. 05-4182 "K" (2)**
*PERTAINS TO:* **INSURANCE** §
§
**HOWARD and BETTY GONZALES** §
**NO. 07-2746** §
**VERSUS** §
§
**ALLSTATE INSURANCE COMPANY** §
_____ §

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-2746, in its entirety, is dismissed with prejudice.

_____
JUDGE