UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  MRGO, <u>Robinson</u>, 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

**IT IS ORDERED** that defendant's Motion for Expedited Hearing, Record Doc. No. 17914, is GRANTED as follows.  Defendant's Motion to Compel Production of Plaintiffs' Experts' Reliance Materials, Record Doc. No. 17913, will be decided on the record without oral argument.  Written opposition to defendant's motion, if any, must be filed no later than **March 6, 2009**.

New Orleans, Louisiana, this   27th   day of February, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE