**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| LFP | 140 | LFP-140-000000001 | LFP-140-000000013 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |
| LFP | 141 | LFP-141-000000001 | LFP-141-000007151 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |
| LFP | 142 | LFP-142-000000001 | LFP-142-000000658 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |
| LFP | 143 | LFP-143-000000001 | LFP-143-000001943 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |
| LFP | 144 | LFP-144-000000001 | LFP-144-000000001 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |
| LFP | 145 | LFP-145-000000001 | LFP-145-000000015 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |
| LFP | 146 | LFP-146-000000001 | LFP-146-000000003 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |
| LFP | 147 | LFP-147-000000001 | LFP-147-000000034 | USACE; MVD; MVN; CEMVN-RE | Linda C Labure | KC1028 | 2/27/2009 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from MVN; Real Estate Office |