UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO.:  05-4182 |
| | SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531
05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359
06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389
06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163
06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937
06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284
07-1286, 07-1288, 07-1289, 07-3500

PERTAINS TO LEVEE, MRGO and BARGE
*****************************************************************************

## MOTION TO WITHDRAW SUBPOENA

NOW INTO COURT come plaintiffs, through undersigned counsel, who move this Court for an Order withdrawing the subpoena issued by plaintiffs to Washington Group International for the appearance of a corporate representative on March 5, 2009 at 6:30 p.m. for a deposition and production of documents.

Respectfully submitted,

/s/  Darleen M. Jacobs
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of February, 2009 served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

/s/  Darleen M. Jacobs
DARLEEN M. JACOBS