UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO.: 05-4182 |
| | SECTION "K" (2) |

FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531
05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359
06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389
06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163
06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937
06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284
07-1286, 07-1288, 07-1289, 07-3500

PERTAINS TO LEVEE, MRGO and BARGE
******************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW SUBPOENA

MAY IT PLEASE THE COURT:

    Counsel for plaintiffs Jerry Meunier and Joe Bruno are satisfied that Washington Group International has provided all the documents requested by the subpoena and request this court to dismiss the subpoena.

                                            Respectfully submitted,

                                            /s/ Darleen M. Jacobs
                                            DARLEEN M. JACOBS (#7208)
                                            *A Professional Law Corporation*
                                            823 St. Louis Street
                                            New Orleans, Louisiana 70112
                                            (504) 522-0155 and (504) 522-3287
                                            Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of February, 2009 served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

/s/ Darleen M. Jacobs
DARLEEN M. JACOBS