EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XBE | 003 | XBE-003-000000001 | XBE-003-000003719 | Expert Witness | Bruce Ebersole | KC1027 | 2/27/2009 | Robinson | Reliance Materials for expert Ebersol |
| XDR | 003 | XDR-003-000000001 | XDR-003-000000221 | Expert Witness | Donald Resio | KC1027 | 2/27/2009 | Robinson | Reliance Materials from expert Resio |
| XDR | 004 | XDR-004-000000001 | XDR-004-000000001 | Expert Witness | Donald Resio | KC1027 | 2/27/2009 | Robinson | Reliance Materials from expert Resio |
| XDR | 005 | XDR-005-000000001 | XDR-005-000000012 | Expert Witness | Donald Resio | KC1027 | 2/27/2009 | Robinson | Reliance Materials from expert Resio |
| XJW | 003 | XJW-003-000000001 | XJW-003-000000007 | Expert Witness | Joannes Westerink | KC1027 | 2/27/2009 | Robinson | Reliance materials from expert Westerink Invoices. Reflects redactions of personal information in accordance with Privacy Act guidelines. |
| XLB | 002 | XLB-002-000000001 | XLB-002-000000003 | Expert Witness | Louis Britsch | KC1027 | 2/27/2009 | Robinson | Reliance Materials from expert Britsch. |
| XLB | 003 | XLB-003-000000001 | XLB-003-000000012 | Expert Witness | Louis Britsch | KC1027 | 2/27/2009 | Robinson | Reliance Materials from expert Britsch. |