EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|
| Donald Resio | KC1029 | 2/27/2009 | Robinson | Reliance Materials from expert Resio. |