

THE LAW OFFICE OF
# JOSEPH M. BRUNO APLC
FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 FEB 11 AM 10:59
LORETTA G. WHYTE
CLERK

RESTRICTED
TO U.S. FEDERAL COURTS

RECEIVED
FEB 11 2009
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

February 11, 2009

VIA ELECTRONIC TRANSMISSION ONLY
Magistrate Joseph C. Wilkinson, Jr.
United States District Court, Eastern District of Louisiana
500 Poydras Street
Room B409
New Orleans, LA 70130

RE: In Re: Katrina Canal Levee Breaches Litigation,
USDC, EDLA, Case No. 05-4182 "K"(2)

Dear Judge Wilkinson:

As you know, the Plaintiffs filed two (2) Motions to Compel on February 4, 2009. One of them, seeking to compel Donald Resio, a defense expert, to appear in New Orleans (Rec. Doc. 17544) is now moot. As such, your calendar can be adjusted accordingly.

However, the other motion, seeking to compel the production of the defense expert's reliance materials (Rec. Doc. 17542) per the Court's Order of October 9, 2008 is still at issue. Presently, we still intend to proceed with this motion. Should this matter be resolved prior to the hearing date of February 25, 2009, I will inform the court immediately.

Sincerely,

LAW OFFICES OF JOSEPH M. BRUNO

L. Scott Joanen

LSJ:jlb

cc: Joseph Bruno
    Robin Smith

___ Fee ___
✓ Process ___
X Dktd ___
✓ CtRmDep ___
___ Doc. No. ___

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.JBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-561-6775