UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                        CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                     NO. 05-4182

PERTAINS TO: BARGE                                   SECTION "K"(2)
    *Boutte v. Lafarge* (05-5531)
    *Mumford v. Ingram* (05-5724)
    *Lagarde v. Lafarge* (06-5342)
    *Perry v. Ingram Barge* (06-6299)
    *Benoit v. Lafarge* (06-7516)

# ORDER

Before the Court are three pending motions: a motion for summary judgment filed by the third-party defendant the Board of Commissioners for the Port of New Orleans (Rec. Doc. 14710), and a motion for summary judgment filed by third-party defendant Orleans Levee District (Rec. Doc. 15059), and a motion for summary judgment filed by third-party defendant Lake Borgne Basin Levee District (Rec. Doc. 16384). These motions substantially assert the same arguments and seek dismissal of third-party plaintiff Lafarge North America's third-party complaints. This Court finds these motions to be premature, however. The Orleans Levee District and the Lake Borgne Basin Levee District have filed a motion for reconsideration (Rec. Doc. 16719) of this Court's prior Order dated December 1, 2008 (Rec. Doc. 16574) denying in part their motion to dismiss. The Barge Plaintiffs also have appealed Magistrate Judge Joseph Wilkinson's denial of their motion to file a seventh amended class action complaint (Rec. Doc. 16889). The resolution of those motions is necessary before the consideration of the present

1

motions for summary judgment and moreover may moot the present motions. Accordingly,

**IT IS ORDERED** that the Motions for Summary Judgment by Third-Party Defendants the Board of Commissioners for the Port of New Orleans, the Orleans Levee District, and the Lake Borgne Basin Levee District (Rec. Docs. 14710, 15059, 16384) are **DENIED AS PREMATURE.**

New Orleans, Louisiana, this __28th__ day of February, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**