UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*PERTAINS TO:*  INSURANCE<br><br>KERRY and CATHERINE SCHEUERMANN<br>NO.:  07-2752<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY | § CIVIL ACTION NO. 05-4182 "K" (2)<br>§<br>§ JUDGE DUVAL<br>§<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-2752, in its entirety, is dismissed with prejudice.

New Orleans, Louisiana, this ___2nd___ day of March, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge