UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: <br> **KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** <br><br> **PERTAINS TO: INSURANCE** <br><br> **ERIC and ROBYN ALFONSO   NO. 07-2756** <br><br> **VERSUS** <br><br> **ALLSTATE INDEMNITY COMPANY** <br> _____ | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION** <br><br> **NO. 05-4182  "K" (2)** |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-2756, in its entirety, is dismissed with prejudice.

New Orleans, Louisiana, this __2nd__ day of March, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge