UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION §
§ NO. 05-4182 "K" (2)
*PERTAINS TO:*  INSURANCE §
§
HOWARD and BETTY GONZALES §
NO. 07-2746 §
VERSUS §
§
ALLSTATE INSURANCE COMPANY §
_____ §

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-2746, in its entirety, is dismissed with prejudice.

New Orleans, Louisiana, this   2nd   day of March, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge