UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO: 05-4182 |
| | SECTION: "K"(2) |
| **PERTAINS TO:** INSURANCE: *Flowers,* **07-8447** | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Jennie Flowers and Maria J. Auzenne, and defendant, Republic Fire And Casualty Insurance Company, who respectfully submit to this Honorable Court that a settlement of all claims has been reached in this matter, and that plaintiffs wish to dismiss any and all claims against defendant, Republic Fire And Casualty Insurance Company, with prejudice, with each party to bear its own costs.

Respectfully submitted:

**Gary M. Pendergast**
**Attorney at Law**
1515 Poydras Street, Ste. 2260
New Orleans, LA  70112
Telephone:     (504) 523-0454
Telefax:         (504) 523-0464

**BY:**     **/s/ Gary M. Pendergast**
            **GARY M. PENDERGAST, T.A. (No. 4534)**
                GMPendergastLLC@aol.com

            **ATTORNEY FOR PLAINTIFFS,**
            **JENNIE FLOWERS AND MARIA J. AUZENNE**

            **-AND-**

            **LARZELERE PICOU WELLS**
                **SIMPSON LONERO, LLC**
            Two Lakeway Center - Suite 1100
            3850 North Causeway Boulevard
            Metairie, LA  70002
            Telephone:     (504) 834-6500
            Telefax:         (504) 834-6565

**BY:**     **/s/ Scot P. Koloski**
            **JAY M. LONERO, T.A. (No. 20642)**
                jlonero@lpwsl.com
            **CHRISTOPHER R. PENNISON (No. 22584)**
                cpennison@lpwsl.com
            **ANGIE ARCENEAUX AKERS (No. 26786)**
                aakers@lpwsl.com
            **SCOT P. KOLOSKI (No. 27537)**
                skoloski@lpwsl.com

            **ATTORNEYS FOR DEFENDANT,**
            **REPUBLIC FIRE AND CASUALTY**
            **INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                           */s/ Scot P. Koloski*