UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| **PERTAINS TO:**<br><br>**INSURANCE:** *Flowers,* **07-8447** | SECTION: "K"(2)<br><br>JUDGE: DUVAL<br><br>MAGISTRATE: WILKINSON |

### O R D E R

Considering the foregoing *Joint Motion to Dismiss with Prejudice*:

**IT IS HEREBY ORDERED** that all claims of plaintiffs, Jennie Flowers and Maria J. Auzenne, in the above-entitled case, are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**HONORABLE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**