UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO.:  05-4182 |
| | SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-5531
05-5724, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359
06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389
06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163
06-5342, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937
06-7516, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284
07-1286, 07-1288, 07-1289, 07-3500

PERTAINS TO LEVEE, MRGO and BARGE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing motion,

IT IS ORDERED that the subpoena issued by Plaintiffs to Washington Group International be and is hereby withdrawn.

Signed this __2nd_ day of ___March___, 2009, at New Orleans, Louisiana.

_____
Stanwood R. Duval, Jr.
United States District Judge