

# CLYDE&CO
## US LLP

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 FEB 19  PM 12: 47

LORETTA G. WHYTE
CLERK

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
John.Woods@Clydeco.us

February 18, 2009

**BY FEDERAL EXPRESS**

ATTORNEY INFO CLERK
Room C-151
500 Poydras Street
New Orleans, LA  70130

                **Re:**    *In re Katrina Canal Breaches Consol.*
                          E.D. La. Docket No.: 05-4182, Section "K" (2); BARGE
                          Our File No.: 31852-090105

To Attorney info Clerk:

    We represent defendant American Steamship Owners Mutual Protection and Indemnity Association, Inc. in the captioned matter.  On November 2, 2007, the undersigned was admitted *pro hoc vice* before this Court.  We write to inform the Court of a change in law firm and contact information due to the recent dissolution of Thacher Proffitt & Wood.

    The undersigned's new contact information is as follows:

                      John M. Woods
                      Clyde & Co. US LLP
                      The Chrysler Building
                      405 Lexington Avenue
                      New York, NY 10174
                      212-710-3900

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New York and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales that practices from branch and affiliate* offices in:  Abu Dhabi, Belgrade*, Caracas, Doha, Dubai, Guildford, Hong Kong, London, Moscow, Nantes, Paris, Piraeus, Rio de Janeiro, Shanghai, Singapore and St. Petersburg*

81522v1



Attorney Info Clerk, Second Circuit
February 18, 2009
Page 2

We thank the Court for its consideration.

Respectfully submitted,

Clyde & Co

By: *John M. Woods*
JOHN M. WOODS