EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XDR | 006 | XDR-006-000000001 | XDR-006-000004578 | Expert Witness | Donald Resio | KC1030 | 3/3/2009 | Robinson | Reliance Materials from expert Resio |