UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ESCO BICKHAM, JR. ,ET AL** | * | **CIVIL ACTION NO. 07-1582** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION   K (2)** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | |

*********************************************************************

## JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

ON MOTION of defendant, State Farm Fire and Casualty Company, and plaintiffs, Esco Bickham and Peggy Bickham, appearing herein through undersigned counsel of record, and on suggesting to the court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs; and

_____
PATRICK KEHOE, Esq. (#14414)
Attorney at Law
833 Baronne Street
New Orleans, La. 70113
Telephone: 504-588-1110
Facsimile:  504-588-1954

_____
ROY C. BEARD (#17461)
MCCRANIE, SISTRUNK, ANZELMO, HARDY
 MAXWELL & MCDANIEL
3445 N. Causeway Blvd., 8th Floor
Metairie, LA   70002
Telephone:  (504) 831-0946