UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| **PERTAINS TO:** **INSURANCE:** *Flowers,* **07-8447** | JUDGE:  DUVAL |
| | MAGISTRATE:  WILKINSON |

**O R D E R**

Considering the foregoing *Joint Motion to Dismiss with Prejudice*:

**IT IS HEREBY ORDERED** that all claims of plaintiffs, Jennie Flowers and Maria J. Auzenne, in the above-entitled case, are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this __3rd__ day of _____March_____, 2009.

_____
**HONORABLE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**