UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

Civil Action

No.: 05-4182 K

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to the Class Settlement Agreement in this cause, the **Louisiana Congregation of Holy Cross, also known as the Congregation of Holy Cross, Southern Province, Inc.**, ("Holy Cross") a member of the Class by virtue of its ownership of multiple real estate parcels in the Parish of Orleans, part of the Hurricane Geographic Affected Area as defined in the Class Settlement Agreement, through its attorneys, Sopko, Nussbaum, Inabnit & Kaczmarek appears in the above captioned case and requests that all Notices given or required to be given and all papers served or required to be served in this case be given and served upon the following:

> Richard A. Nussbaum, II
> Sopko, Nussbaum, Inabnit & Kaczmarek
> 5th Floor - Plaza Building
> 210 S. Michigan Street
> Post Office Box 300
> South Bend, Indiana 46624
> Telephone: (574) 234-3000
> Facsimile: (574) 234-4200
> E-mail: dickn@sni-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing request also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed

by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any member of the Class, party in interest, and/or other person or entity.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is expressly made for notice to be provided to this Party in lieu of notice sent in the manner attached hereto as Exhibit "A". All rights, remedies, claims, actions, setoffs or recoupments to which Holy Cross is or may be entitled to are hereby expressly reserved.

Dated: February 11, 2009

SOPKO, NUSSBAUM, INABNIT & KACZMAREK

_____
Richard A. Nussbaum, II
5th Floor - Plaza Building
210 S. Michigan Street
Post Office Box 300
South Bend, Indiana 46624
Telephone: (574) 234-3000
Attorney for Louisiana Congregation of Holy Cross, also known as the Congregation of Holy Cross, Southern Province, Inc.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon Joseph M. Bruno, Law Offices of Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, via United States Mail, postage prepaid, this 11th day of February, 2009.

_____
Richard A. Nussbaum, II

P:\WP51\DOC\PriestsHC\P\katrinaNTC