Notice Administrator for United States District Court
PO Box 5053
Portland, OR 97208-5053

Presorted
First Class Mail
U.S. Postage
**PAID**
Prince Frederick, MD
Permit No. 100

## Legal Notice - Levee Breach Class Action Settlement.

\*27040384518\*

LEVEE BREACH CLASS MEMBER
PO BOX 776
NOTRE DAME, IN 46556-0776

From:
Br. Walter Gluhm, CSC
P.O. Box 776
Notre Dame, IN 46556

New Orleans — 139 S. Lopez
New Orleans, LA
Jefferson Parish

**If you were affected by flooding from Hurricanes Katrina and/or Rita, you may be included in a proposed class action settlement.**



EXHIBIT A