# SOPKO, NUSSBAUM, INABNIT & KACZMAREK
### ATTORNEYS AT LAW
5TH FLOOR - PLAZA BUILDING
210 S. MICHIGAN STREET - P.O. BOX 300
SOUTH BEND, INDIANA 46624
TELEPHONE (574) 234-3000
FACSIMILE (574) 234-4220
E-MAIL ADDRESS: SNI@SNI-LAW.COM

RICHARD A. NUSSBAUM, II*
BRENT E. INABNIT**
MATTHEW R. KACZMAREK
JOSHUA A. VISSER
KEVIN E. WARREN
NICHOLAS J. DERDA

*ALSO ADMITTED IN MICHIGAN
**ALSO ADMITTED IN ILLINOIS

OF COUNSEL
THOMAS C. SOPKO
RONALD J. JAICOMO

February 11, 2009

Clerk of Court
United States District Court
 for the Eastern District of Louisiana
C151
Hale Boggs Federal Building
500 Poydras Street
New Orleans, Louisiana 70130

Sect K.

Re:   Katrina Canal Breaches Consolidated Litigation
      Civil Action No. 05-4182

Dear Sirs:

Pursuant to the instructions contained in the Settlement Agreement in the above captioned matter, I am providing a Notice of Appearance and Request for Notice and Service of Papers with regard to the Louisiana Congregation of Holy Cross, also known as the Congregation of Holy Cross, Southern Province, Inc., a Subclass 3 Member of the Class by virtue of its ownership of multiple parcels of real estate in the Parish of Orleans, New Orleans, Louisiana.

By copy of this letter, I am providing Notice to the Attorney for the Class, Joseph M. Bruno. I have enclosed a self-addressed, stamped envelope so that a file marked copy or a confirmation of receipt can be provided to me.

Thank you for your cooperation.

Sincerely,

Richard A. Nussbaum, II
Dickn@sni-law.com

RAN/sc
Enclosure

cc:   Mr. Joseph M. Bruno
      Priests of Holy Cross

P:\WP51\DOC\PriestsHC\LtrsRAN