UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.: 05-4182 |
| | SECTION "K" (2) |

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

### MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth more fully in the accompanying memorandum, the Public Belt Railroad Commission for the City of New Orleans ("PBR"), moves for a summary judgment dismissing, with prejudice, all claims asserted herein against it.

**WHEREFORE**, the Public Belt Railroad Commission for the City of New Orleans moves for a summary judgment dismissing, with prejudice, all claims asserted herein against it.

Respectfully submitted,

HAMILTON, BROWN & BABST

_/s/ Galen S. Brown_
GALEN S. BROWN, T.A. (#3556)
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt
Railroad Commission for the City of New Orleans

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record by electronic notice via the court's CM/ECF system, or by placing same in the United States mail, postage prepaid and properly addressed, this 3rd day of March, 2009.

_/s/ Galen S. Brown_
GALEN S. BROWN