UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO:  LEVEE

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Minute Entry and included orders of this Honorable Court filed on February 20, 2009 (Doc. 17813), the Public Belt Railroad Commission for the City of New Orleans will bring on for hearing its Motion for Summary Judgment, **on the 18th day of March, 2009, at 9:30 a.m.**, before the Honorable Stanwood R. Duval, Jr., in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130.

The Court has ordered that the matter will be taken up on the papers without oral argument.

Respectfully submitted,

HAMILTON, BROWN & BABST

*/s/ Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt
Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing notice of hearing has been served upon all counsel of record by electronic notice via the court's CM/ECF system, or by placing same in the United States mail, postage prepaid and properly addressed, this 3rd day of March, 2009.

*/s/ Galen S. Brown*
GALEN S. BROWN