UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES § CIVIL ACTION NO. 05-4182 "K" (2)
CONSOLIDATED LITIGATION §
§
§
*PERTAINS TO:* INSURANCE §
§
MARJORIE and RICHARD MONTELONGO §
NO.  08-1656 §
§
VERSUS §
§
ALLSTATE INSURANCE COMPANY §
_____ §

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 08-1656, in its entirety, is dismissed with prejudice.

_____
JUDGE