# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA LEON | * | CIVIL ACTION NO. 07-1609 |
| | * | |
| VERSUS | * | |
| | * | SECTION K (2) |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | |

*********************************************

## JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

ON MOTION of defendant, State Farm Fire and Casualty Company, and plaintiffs, Shelita J. Leon and Joseph A. Leon, appearing herein through undersigned counsel of record, and on suggesting to the court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs.

_____
Patrick Kehoe, Esq.  14119
A Professional Law Corporation
833 Baronne Street
New Orleans, La. 70113
Telephone: 504-588-1110
Facsimile: 504-588-1954

_____
ROY C. BEARD (#17461)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY
MAXWELL & MCDANIEL
3445 N. Causeway Blvd., 8th Floor
Metairie, LA  70002
Telephone: (504) 831-0946