UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:  BARGE | |
| | SECTION "K"  (2) |
| *Weisler v. Seymour, et al.*     09-2737 | |
| | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

# JOINT *EX PARTE* / CONSENT MOTION TO APPROVE THE PARTIES' STIPULATION ON TIME TO ANSWER

Plaintiff and the below-named defendants jointly move for approval of the following Stipulation:

Plaintiff, and all defendants who have been served and who have elected to waive the service of summons pursuant to Rule 4(d), Fed. R. Civ. Pro., or who hereafter elect to waive the service of summons within thirty days after the request was sent, will file their Answers or otherwise respond to the Complaint by the deadlines stated in the Docket Report for this action.

To avoid confusion, the Returns of Summons filed as Documents 3, 4, 5, 8, 9, 10, and 11 herein are withdrawn.

1

We so stipulate, and ask for this:

/s/Andrew C. Wilson
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley IV (28200)
Christopher B. Conley (31674)
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - Energy Centre
1l00 Poydras Street
New Orleans, LA 70163-3000
Telephone: 504-569-2030
Facsimile:  504-569-2999

Attorneys for Plaintiff

Dated: March 4, 2009

/s/ Brian A. Gilbert
Brian A. Gilbert (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Attorney for Defendants Brian A. Gilbert and for Law Office of Brian A. Gilbert, P.L.C.

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Attorney for Defendants Richard T. Seymour and for Law Office of Richard T. Seymour, P.L.L.C. (misnamed as Richard T. Seymour, P.L.L.C.)

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com

Attorney for Defendants Lawrence A. Wilson and Wilson, Grochow, Druker & Nolet

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg (N.Y.S.B.A. #1755966)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com

Attorney for Defendants Alan L. Fuchsberg and The Jacob D. Fuchsberg Law Firm

Dated: March 4, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served upon all parties by depositing same in the United States Mail, first class postage prepaid and properly addressed, and/or by facsimile, and/or by ECF upload, this 3d day of March, 2009.

/s/Brian A. Gilbert