**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182<br>and consolidated cases |
| **PERTAINS TO:  BARGE** | |
| | SECTION "K"  (2) |
| *Weisler v. Seymour, et al.*      **09-2737** | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

# JOINT MEMORANDUM IN SUPPORT OF *EX PARTE* / CONSENT MOTION TO APPROVE THE PARTIES' STIPULATION ON TIME TO ANSWER

Plaintiff and the below-named defendants have jointly moved for approval of their Stipulation in order to remove any confusion over the deadlines in which Answers or other responses to the Complaint must be filed.

Requests for waiver of service of summons were mailed to the below-named defendants by certified mail on February 11, 2009.  The packages also included a Summons.  When the certified-mail return receipts were received by counsel for plaintiff, they were filed on the ECF system as returns of summonses.

Under Rule 4(d), Fed. R. Civ. Pro., the defendants receiving these packages had a minimum of thirty days within which to waive service.  If they waive service, they must file an Answer or otherwise respond to the Complaint by the deadlines stated in the Docket Report for

this action.

The Stipulation for which approval is sought will clarify any confusion over the proper

deadline for the defendants receiving these packages.

WHEREFORE, Plaintiff and the below-named defendants request that Court grant their

motion, and approve the Stipulation of the parties.

We so stipulate, and ask for this:

/s/Andrew C. Wilson                              /s/ Brian A. Gilbert
Daniel J. Caruso (3941)                          Brian A. Gilbert (21297)
Andrew C. Wilson (01162)                         LAW OFFICE OF BRIAN A. GILBERT,
Charles E. Riley IV (28200)                      P.L.C.
Christopher B. Conley (31674)                    821 Baronne Street
Simon, Peragine, Smith & Redfearn, L.L.P.        New Orleans, Louisiana 70113
30th Floor - Energy Centre                       Telephone: (504) 885-7700
1l00 Poydras Street                              Telephone: (504) 581-6180
New Orleans, LA 70163-3000                       Facsimile: (504) 581-4336
Telephone: 504-569-2030                          e-mail: bgilbert@briangilbertlaw.com
Facsimile:  504-569-2999
                                                 Attorney for Defendants Brian A. Gilbert and
Attorneys for Plaintiff                          for Law Office of Brian A. Gilbert, P.L.C.

Dated: March 4, 2009                             /s/ Richard T. Seymour
                                                 Richard T. Seymour (D.C. Bar #28100)
                                                 Law Office of Richard T. Seymour, P.L.L.C.
                                                 1150 Connecticut Avenue N.W., Suite 900
                                                 Washington, D.C.  20036-4129
                                                 Voice: 202-862-4320
                                                 Cell:   202-549-1454
                                                 Facsimile:  800-805-1065 and 202-828-4130
                                                 e-mail: rick@rickseymourlaw.net

                                                 Attorney for Defendants Richard T. Seymour
                                                 and for Law Office of Richard T. Seymour,
                                                 P.L.L.C. (misnamed as Richard T. Seymour,
                                                 P.L.L.C.)

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com

Attorney for Defendants Lawrence A. Wilson
and Wilson, Grochow, Druker & Nolet

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg (N.Y.S.B.A. #1755966)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com

Attorney for Defendants Alan L. Fuchsberg
and The Jacob D. Fuchsberg Law Firm

Dated: March 4, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and

foregoing was served upon all parties by

depositing same in the United States Mail, first

class postage prepaid and properly addressed,

and/or by facsimile, and/or by ECF upload,

this 3d day of March, 2009.

/s/Brian A. Gilbert