UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: LEVEE - Doc. 17288 | SECTION "K"(2) |

and

| | |
|---|---|
| MAURICE DE LA HOUSSAYE, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-0145 |
| JEFFERSON PARISH, ET AL | SECTION "K"(2) |

and

| | |
|---|---|
| GAYLE T. BENNETT, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-0146 |
| BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, ET AL | SECTION "K"(2) |

## ORDER

The following motions are scheduled for hearing on March 18, 2009 at 1:30 p.m.:

| Civil Action No. | Case Name | Pending Motion |
|---|---|---|
| 05-4182 | In Re Katrina Canal Breaches Consolidated Litigation | Joint Motion to Supplement Order Confirming Stay of Certain Claims (Doc. 17288) Motion to Remand (Doc. 17699) |
| 09-0145 | DE LA Houssaye v. Jefferson Parish | Motion to Remand (Doc.18) |
| 09-146 | Bennett v. Board of Commissioners | Motion to Remand (Doc. 12) |

Considering the unexpected death of William C. Gambel, counsel for plaintiffs in the *Bennett* and *DE LA Houssaye* cases, and the related nature of the motions, the hearing on the motions, is hereby rescheduled to **April 1, 2009,** with oral argument to commence at **1:30 p.m.** The continuance of the hearing on these motions does not reopen the briefing schedules for the motions.

New Orleans, Louisiana, this 4th day of March, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE