UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | CONSOLIDATED LITIGATION |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |

*Jones,* C.A. No. 06-9874

\* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**ON JOINT MOTION** of Plaintiffs, TOMMIE L. JONES AND GEINA JONES, and

Defendants, STATE FARM FIRE AND CASUALTY COMPANY and BOB NOWLIN,

appearing herein through undersigned counsel, and upon suggesting to this Honorable Court that the

above entitled and numbered cause has been amicably settled and fully compromised as to all

allegations made against STATE FARM FIRE AND CASUALTY COMPANY, move that same

be dismissed, with full prejudice, each party to bear their own costs;

Respectfully submitted,

GARY M. PENDERGAST, ESQ.

1515 POYDRAS ST., SUITE 2260

NEW ORLEANS, LA  70112

ATTORNEY FOR PLAINTIFF

(504) 523-0454

BURT K. CARNAHAN, #3920

HEATHER CHEESBRO, #30437

LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER

400 POYDRAS, SUITE 2300

NEW ORLEANS, LA 70130

(504) 586-9292 FAX (504) 586-1290

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____4th_____ day of _March,_ **2009**, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: GARY M. PENDERGAST

/s/ Heather Cheesbro