UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| | * | **CONSOLIDATED LITIGATION** |
| | * | **NO. 05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |

*Jones,* **C.A. No. 06-9874**

\* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims and demands asserted by Plaintiffs, TOMMIE L. JONES and GEINA L. JONES in the above entitled and numbered cause be and the same are hereby dismissed, with full prejudice, each party to bear their own costs.

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this _____day of _____, 2007.

_____
J U D G E