## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| **LEVEE - Doc. 17288** | |

**and**

| | |
|---|---|
| **MAURICE DE LA HOUSSAYE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-0145** |
| **JEFFERSON PARISH, ET AL** | **SECTION "K"(2)** |

**and**

| | |
|---|---|
| **GAYLE T. BENNETT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-0146** |
| **BOARD OF COMMISSIONERS FOR**<br>**THE EAST JEFFERSON LEVEE**<br>**DISTRICT, ET AL** | **SECTION "K"(2)** |

**ORDER**

The following motions are scheduled for hearing on March 18, 2009 at 1:30 p.m.:

| Civil Action No. | Case Name | Pending Motion |
|---|---|---|
| 05-4182 | In Re Katrina Canal Breaches Consolidated Litigation | Joint Motion to Supplement Order Confirming Stay of Certain Claims (Doc. 17288) Motion to Remand (Doc. 17699) |
| 09-0145 | DE LA Houssaye v. Jefferson Parish | Motion to Remand (Doc.18) |
| 09-146 | Bennett v. Board of Commissioners | Motion to Remand (Doc. 12) |

Considering the unexpected death of William C. Gambel, counsel for plaintiffs in the *Bennett* and *DE LA Houssaye* cases, and the related nature of the motions, the hearing on the motions, is hereby rescheduled to **April 1, 2009,** with oral argument to commence at **1:30 p.m.** The continuance of the hearing on these motions does not reopen the briefing schedules for the motions.

New Orleans, Louisiana, this 4th day of March, 2009.

_____
          STANWOOD R. DUVAL, JR.
          UNITED STATES DISTRICT JUDGE