UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*PERTAINS TO:* INSURANCE<br><br>MARJORIE and RICHARD MONTELONGO<br>NO. 08-1656<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | CIVIL ACTION NO. 05-4182  "K" (2) |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 08-1656, in its entirety, is dismissed with prejudice.

New Orleans, Louisiana, this 5th day of March, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge