# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *    C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION        *    JUDGE: DUVAL
_____ *    MAG.: WILKINSON
                                         *
PERTAINS TO:                     *
INSURANCE (Glover, No. 07-1920)    *

## ORDER

       IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby

dismissed, with prejudice, each party to bear its own costs of court.

       NEW ORLEANS, LOUISIANA, this  5th  day of _____ March _____, 2009.


_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA