# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *    C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION    *    JUDGE: DUVAL
         *    MAG.: WILKINSON
         *
PERTAINS TO:        *
INSURANCE (Chetta, No. 07-1891)    *

## ORDER

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 5th day of _____ March _____, 2009.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA