UNITED STATES DISTRICT CORUT
EASTERN DISTRICT OF LOUISIANA

IN RE:     KATRINA CANAL BREACHES              CIVIL ACTION
           CONSOLIDATED LITIGATION

                                                NO. 05-4182

                                                SECTION "K"(2)

FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
          05-6073, 05-6314, 05-6324, 05-6327, 05-6369
          06-0020, 06-1885, 06-0225, 06-0886, 06-11028,
          06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
          06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
          06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
          06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
          07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
          and 07-1289

PERTAINS TO: LEVEE

### ORDER

During the oral argument held this date on the motion for summary judgment filed on behalf of defendant Sewerage and Water Board of New Orleans ("SWB")(Doc. 16843), counsel for plaintiffs represented that the record in the Katrina Canal Breaches Consolidated Litigation contains previously filed evidence which creates genuine issues of material fact regarding whether the SWB negligently dredging the 17th Street Canal. In order to complete the record on this motion, plaintiffs have until not later than **March 18, 2009** to identify and refile as a supplement to their opposition the previously filed competent summary judgment evidence which they contend creates genuine issues of material fact concerning whether the SWB negligently dredged the 17th Street Canal. Plaintiffs may not identify or file any evidence which has not previously been filed into this record. No supplemental briefing by plaintiffs on the issue of the SWB's alleged negligent dredging of the

17th Street Canal is necessary.

    New Orleans, Louisiana, this 4th day of March, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE
