UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CALAN BREACHES CONSOLIDATION LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 ("K") (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (Harris, No. 07-1944) | * * | |

## JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiff, **ADRIENNE HARRIS,** and Defendant, State Farm Fire and Casualty Company, through their undersigned counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with settlement and accordingly, should be dismissed, with prejudice, each party to bear their own costs of court.

Respectfully submitted,

| | |
|---|---|
| JIM S. HALL (21644) JOSEPH W. RAUSCH (11394) Attorney for Plaintiff 800 N. Causeway Blvd., Suite 100 Metairie, Louisiana 70001 (504) 832-3000 | CHARLES L. CHASSAIGNAC, IV (20746) PORTEOUS, HAINKEL & JOHNSON Attorneys for Defendant State Farm Fire and Casualty Company 343 Third Street, Ste. 202 Baton Rouge, LA 70801 (225) 383-8900 |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this ___6th___ day of ___March___, 2009.

                                                             _____
                                                             CHARLES L. CHASSAIGNAC, IV (#20746)