UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CALAN BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATION LITIGATION** | * | **NO. 05-4182 ("K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** | * | |
| **INSURANCE (Harris, No. 07-1944)** | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ADRIENNE HARRIS**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009

 

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA