UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | * | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*           08-4459 | * | |

### RE-NOTICE OF DEPOSITION OF WALTER BAUMY

TO:    ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that "Barge Plaintiffs," through undersigned counsel, are changing the date and location of the deposition of **Walter Baumy** originally noticed to take place on March 12, 2009 at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300. The deposition will now take place on **Friday, March 13, 2009 at 9:00 a.m. at DOJ Repository - 400 Poydras Street, 9th Floor, New Orleans, LA 70130** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,

By:     /s/ Edward L. Moreno,
    Brian A. Gilbert, Esq.(21297)
    Edward L. Moreno, Esq. (30838)
    LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
    821 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com,
    eleemoreno@gmail.com

    /s/ Lawrence D. Wiedemann,
    Lawrence D. Wiedemann.(13457)
    Karl Wiedemann (18502)
    Karen Wiedemann (21151)
    WIEDEMANN & WIEDEMANN
    821 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com,
    karen@wiedemannlaw.com,

    /s/ Patrick J. Sanders
    Patrick J. Sanders (18741)
    3316 Ridgelake Drive
    Suite 100
    Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

    /s/ Richard T. Seymour
    Richard T. Seymour (D.C. Bar #28100)
    Law Office of Richard T. Seymour, P.L.L.C.
    1150 Connecticut Avenue N.W., Suite 900
    Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454

        Facsimile:  800-805-1065 and 202-828-4130
        e-mail: rick@rickseymourlaw.net,

  /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
444 S. Flower Street 33rd Floor
Los Angeles, CA 90071
Tel 213.596.6000
Fax 213.596.6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF  upload, this 6TH day of March  2009.

\s\ Edward L. Moreno
**EDWARD L. MORENO**