PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EPA | 020 | EPA-020-000000001 | EPA-020-000000001 | United States Environmental Protection Agency; Office of General Counsel | Carol Ann Siciliano | KC1031 | 3/6/2009 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from the United States Environmental Protection Agency |