**MINUTE ENTRY**
**DUVAL, J.**
**MARCH 4, 2009**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: LEVEE<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-20, 06-1885, 06-225, 06-886, 06-11208,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-206,<br>07-647, 07-993, 07-1284, 07-1286, 07-1288, 07-1289 | NO. 05-4182<br><br>SECTION "K"(2) |

**MOTION** to dismiss claims against Sewerage and Water Board of New Orleans by Levee Plaintiffs' Subgroup Litigation Committee, filed 2/3/09, doc. 17506.

**MOTION** for summary judgment by Sewerage and Water Board of New Orleans, filed 12/23/08, doc. 16843.

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: TONI TUSA**

**APPEARANCES:** Charles Lanier, Jr., Kevin Tully, Richard Martin, Jr., Hugh Lambert, Joseph Bruno, Ralph Hubbard, Gary Zwain & Darlene Jacobs

Court begins at 10:14 a.m.
Case called and all present and ready.
Oral argument by parties.
Court DENIED Levee Pltfs' Subgroup Litigation Committee to dismiss claims against Sewerage and Water Board of New Orleans, doc. 17506.
Court SUBMITTED Sewerage and Water Board of New Orleans' mtn for summary, doc. 16843.
Court adjourns at 11:29 a.m.

JS-10 (1:14)