## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | MAG. WILKINSON |
| (No. 06-2268) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO COMPEL

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman

Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and

Lucielle Franz, who in opposition to the defendant United States' Motion to Compel, do state:

### I.

The defendant United States has filed a retaliatory Motion to Compel now that Magistrate

Wilkinson ordered the production of the defense experts' reliance materials.  In response,

Plaintiffs have undertaken the chore of identifying the date and manner of production of all the

evidentiary items that the defendant takes issue.

### II.

As shown in attached Exhibit 1, the material in question has either been produced, or is

not expert reliance material relied upon by the experts in formulating their original opinion.

**III.**

Upon receipt of the defense experts reports, Plaintiffs' experts provided critical analysis of the reports.  To the degree that these secondary opinions involved other materials, these have been produced as well.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, pray that the Court deny the defendant United States' Motion to Compel, recognizing that retaliatory motion was improperly presented as the Plaintiffs had previously complied with its production requirements.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 6th day of March, 2009.

/s/ Joseph M. Bruno

Joseph M. Bruno