UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CALAN BREACHES | * | CIVIL ACTION |
| CONSOLIDATION LITIGATION | * | NO. 05-4182 ("K") (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Harris, No. 07-1944) | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ADRIENNE HARRIS**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 9th day of March, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA