UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| PERTAINS TO:  BARGE | * <br> * <br> * | NO. 05-4182 <br> and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 <br> *Mumford v. Ingram*       05-5724 <br> *Lagarde v. Lafarge*        06-5342 <br> *Perry v. Ingram*             06-6299 <br> *Benoit v. Lafarge*           06-7516 <br> *Parfait Family v. USA*    07-3500 <br> *Lafarge v. USA*               07-5178 <br> *Weber v. Lafarge*           08-4459 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

### RE-NOTICE OF DEPOSITION OF WALTER BAUMY

TO:    ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that "Barge Plaintiffs," through undersigned counsel, are changing the date of the depositions of **Vic Schubert and A. J. Sylve** originally noticed to take place on March 6, 2009.  The depositions will now take place on **Tuesday, March 24, 2009** at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300  for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.  The depositions will take place

as follows:

**Vic Schubert at 2:00 p.m**

**A. J. Sylve at 3:30 p.m.**

                              Respectfully submitted,

By:     /s/ Edward L. Moreno,
Brian A. Gilbert, Esq.(21297)
Edward L. Moreno, Esq. (30838)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com,
eleemoreno@gmail.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)

Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

  /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
444 S. Flower Street 33rd Floor
Los Angeles, CA 90071
Tel 213.596.6000
Fax 213.596.6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF  upload, this 6TH  day of March  2009.

 \s\ Edward L. Moreno
**EDWARD L. MORENO**