# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |

*severed from Abadie*, 06-5164

| | |
|---|---|
| RHODA THORPE,          Plaintiff | CIVIL ACTION No. 07-2449 SECTION "K" (2) |

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
        Defendant

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Rhoda Thorpe, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 9th day of March , 2009.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.