### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |
| | * | |

*******************************************

### MOTION FOR LEAVE TO FILE SUMMARY OBJECTIONS ON MARCH 13, 2009 AND A MEMORANDUM IN SUPPORT OF OBJECTIONS ON MARCH 20, 2009

Because of the sudden death of their counsel, William C. Gambel, plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter), move for relief from the provisions of the Order of Preliminary Certification of the Settlement Class Preliminary Approval of the Proposed Settlement and Stay of Certain Claims and Actions by being permitted to file a summary notice of objections on or before March 13,

2009 and a Memorandum in support of those objections on or before March 20, 2009, in lieu of filing the Memorandum on March 13, 2009.

              Respectfully submitted,

              s/s James K. Irvin
              James K. Irvin (# 7166)
              MILLING BENSON WOODWARD L.L.P
              909 Poydras Street, Suite 2300
              New Orleans, LA  70112-1010
              Telephone:  (504) 569-7000
              Facsimile:  (504) 569-7001
              jirvin@millinglaw.com

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000
Facsimile:  (504) 522-8423

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of March, 2009, I electronically filed a Motion for Leave to File Summary Objections on March 13, 2009 and a Memorandum in Support of Objections on March 20, 2009 with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter.

              _/s/James K. Irvin_

MBW 381224