UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| *Weber v. Lafarge*        08-4459 | * * | SECTION "K" (2) |
| | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAG. JOSEPH C. WILKINSON, JR. |

## EXPARTE MOTION FOR DISMISSAL OF DEFENDANTS BOSTON OLD COLONY INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY AND CNA COMPANIES

**NOW COME** Plaintiffs, DANIEL WEBER, MELBA GIBSON AND KEVIN MCFARLAND through undersigned counsel and respectfully move this Court for an order dismissing Defendants, BOSTON OLD COLONY INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY AND CNA COMPANIES, **without prejudice**, to the extent that they are the insurer for Defendants, UNIQUE TOWING, INC. AND JOSEPH C. DOMINO, in the above captioned matter.

Movers aver that on October 28, 2008, they entered into a Stipulation and Agreement with Defendants, Unique Towing, Inc. and Joseph C. Domino that this Action would be dismissed, **without prejudice** as to Unique Towing, Inc. and Joseph C. Domino, Boston Old Colony Insurance Company, the Continental Insurance Company, Navigators Insurance

Company and CNA Companies. Stipulation and Agreement, (Rec. Doc. 16189) is attached for the Court's convenience, herein as Exhibit "A." Pursuant to said stipulation and agreement, undersigned moved this Court for an order of dismissal under the authority of *Federal Rules of Civil Procedure Rule 41(a)(2)*. Mover erroneously failed to include the insurers of Unique Towing, Inc. and Joseph C. Domino, Boston Old Colony Insurance Company, the Continental Insurance Company, Navigators Insurance Company and CNA Companies in the proposed order. This order of dismissal was signed by this Court on October 29, 2008, at (Rec. Doc. 16195).

Movers herein now wish to repair the above referenced error.

**WHEREFORE**, to the extent that Boston Old Colony Insurance Company, the Continental Insurance Company, Navigators Insurance Company and CNA Companies are the insurer for Defendants, Unique Towing, Inc. and Joseph C. Domino, and only with respect to their coverage of Unique Towing, Inc. and Joseph C. Domino in this Action, Movers hereby move this Court for an order dismissing Defendants, Boston Old Colony Insurance Company, the Continental Insurance Company, Navigators Insurance Company and CNA Companies, **without prejudice** pursuant to the Stipulation and Agreement between Plaintiffs, Daniel Weber, Melba Gibson and Kevin McFarland and Unique Towing, Inc. and Joseph C. Domino.

Respectfully submitted,

By:     /s/ Edward L. Moreno,
        Brian A. Gilbert, Esq.(21297)
        Edward L. Moreno, Esq. (30838)
        LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 885-7700
        Telephone: (504) 581-6180
        Facsimile: (504) 581-4336

e-mail: bgilbert@briangilbertlaw.com,
eleemoreno@gmail.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

 /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
444 S. Flower Street 33rd Floor
Los Angeles, CA 90071
Tel 213.596.6000
Fax 213.596.6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com

<mbailey@kpalawyers.com>

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF upload, this 9th day of March 2009.

\s\ Edward L. Moreno
**EDWARD L. MORENO**