# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | NO. 05-4182<br>and consolidated cases |
| **PERTAINS TO: BARGE** | SECTION "K" (2) |
| *Weber v. Lafarge 08-4459* | Hon. Stanwood R. Duval, Jr. |
| | Magistrate Judge Joseph C. Wilkinson, Jr. |

**STIPULATION & [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS UNIQUE TOWING, INC., JOSEPH C. DOMINO, INC., BOSTON OLD COLONY INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, <u>NAVIGATORS INSURANCE COMPANY & CNA COMPANIES</u>**

<u>STIPULATION</u>

**WHEREAS** this action was commenced on September 26, 2008, naming various defendants, including the Defendants UNIQUE TOWING, INC. , JOSEPH C. DOMINO, INC., BOSTON OLD COLONY INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY, and CNA COMPANIES, (hereinafter "Defendants");

1



EXHIBIT A

**WHEREAS** Defendants contend that Plaintiffs are parties to the Limitations Action, Case No. 06-3313, initiated by Defendants in 2006 pursuant to 46 USC § 183, et. seq. (hereinafter "Limitations Action");

**WHEREAS** Defendants contend that Plaintiffs' filing of claims against them in the instant action violates a July 17, 2006 Order enjoining the prosecution of any claims against Defendants outside of the Limitations Action;

**WHEREAS** judgment was entered in favor of Defendants in the Limitation Action on April 8, 2008;

**WHEREAS**, as of the date of this Stipulation, the judgment entered in the Limitations action is pending on appeal before the Fifth Circuit;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs DANIEL WEBER, MELBA GIBSON and KEVIN MCFARLAND ("Plaintiffs"), through the undersigned counsel, and Defendants UNIQUE TOWING, INC. , JOSEPH C. DOMINO, INC ("Defendants"), through the undersigned counsel as follows:

1. That pursuant to the Court's authority under *Federal Rules of Civil Procedure, Rule 41(a)(2)*, this Action shall be dismissed **only** as to Defendants UNIQUE TOWING, INC., and JOSEPH C. DOMINO, INC., **without prejudice**;

2. That this Stipulation shall in no way affect and/or impair the continuation of this Action against all remaining named defendants, or be construed as limiting in any way Plaintiffs' rights, except as expressly stated herein;

3. That Plaintiffs shall retain any and all rights to reinstatement of this Action against Defendants in the event of a ruling in favor of the Barge Plaintiffs in the appeal before the Fifth Circuit, and these Defendants agree that the applicable statute of limitations shall be tolled until the Fifth Circuit renders a ruling on said appeal.

Dated: October 28, 2008                                 Respectfully submitted,


                                                        By:\s\Brian A. Gilbert

2

        Brian A. Gilbert, Esq.(21297)
        Law Office Of Brian A. Gilbert, P.L.C.
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 885-7700
        Telephone: (504) 581-6180
        Facsimile: (504) 581-4336
        bgilbert@briangilbertlaw.com

        *Attorneys for Barge Plaintiffs*


By:\s\Jill S. Willhoft
    Rufus C. Harris, III (#6638)
    Alfred C. Rufty, III (#19990)
    Jill S. Willhoft (#28990)
    Harris & Rufty, LLC
    650 Poydras Street, Suite 2710
    New Orleans, Louisiana 70130
    Telephone: (504) 525-7500
    Facsimile: (504) 525-7222

    *Attorneys for Joseph C. Domino, Inc.*


By:\s\John F. Emmett
    John F. Emmett, Esq.(1861)
    Waits, Emmett & Popp
    1515 Poydras Street, Suite 1950
    New Orleans, Louisiana 70112
    Telephone: (504) 581-1301
    Facsimile: (504) 585-1796

    *Attorneys for Unique Towing, Inc.*


**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 28th day of October 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Brian Gilbert, Esq.