UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:  BARGE | * <br> * | |
| *Weber v. Lafarge*         08-4459 | * <br> * <br> * | SECTION "K"  (2) |
| | * <br> * <br> * | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | * <br> * <br> * | MAG.<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Pursuant to the Stipulation and Agreement entered into by the parties on October 28, 2008, and the Court's authority under Federal Rules of Civil Procedure, Rule 41(a)(2), **IT IS HEREBY ORDERED**

(a) that Plaintiffs' claims against Defendants BOSTON OLD COLONY INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY AND CNA COMPANIES, and **only** to the extent that they provide coverage for UNIQUE TOWING, INC. AND JOSEPH C. DOMINO in this Action, are dismissed WITHOUT PREJUDICE;

(b) that this Order shall in no way affect and/or impair the continuation of this Action against all remaining named defendants, or be construed as limiting in any way Plaintiffs' rights, except as expressly stated herein;

(c) that Plaintiffs shall retain any and all rights to reinstatement of this Action aganist Defendants in the event of a ruling in favor of the Barge Plaintiffs in the pending appeal to the Fifth Circuit; and

(d) that the applicable statute of limitations shall be tolled until the Fifth Circuit renders a ruling on said appeal.

New Orleans, Louisiana, this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE