UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OLIVIA COOPER                              *        CIVIL ACTION NO.:   07-5793
               Plaintiff                   *
                                           *        MAGISTRATE:    SECT. T, MAG. 4
VERSUS                                     *
                                           *        JUDGE: G. THOMAS PORTEOUS, JR.
ALLSTATE INSURANCE COMPANY,                *
               Defendant                   *
**************************************************

### JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the plaintiff herein, Olivia

Cooper, and defendant herein, Allstate Insurance Company, who respectfully submit to this

Court that all of their claims have been settled, and plaintiff desires that all of her claims

against defendant, Allstate Insurance Company, be withdrawn and/or dismissed, with

prejudice, each party to bear its own costs.

Respectfully submitted,

_____
GARY PENDERGAST #  10426
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
Telephone: 504-523-0454
Facsimile: 504-523-0464
**Counsel for Plaintiff,**
**Olivia Cooper**

_____
SCOTT G. JONES #14408
RAYMON G. JONES #07504
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
**Counsel for Defendant,**
**Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on March _IO_, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

_____
Raymon G. Jones