UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVIA COOPER<br>　　　　Plaintiff | * * * | CIVIL ACTION NO.:  07-5793 |
| | * | MAGISTRATE:   SECT. T, MAG. 4 |
| VERSUS | * * | JUDGE: G. THOMAS PORTEOUS, JR. |
| ALLSTATE INSURANCE COMPANY,<br>　　　　Defendant | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiff, Olivia Cooper, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
HONORABLE G. THOMAS PORTEOUS, JR.