EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XJW | 004 | XJW-004-000000001 | XJW-004-000064686 | Expert Witness | Joannes Westerink | KC1032 | 3/10/2009 | Robinson | Reliance Materials from expert Westerink |