UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |
| | * | |

**O R D E R**

Upon consideration of the foregoing Motion to Substitute Counsel of Record, it is hereby:

**ORDERED**: that James K. Irvin be, and hereby is, enrolled as counsel of record for plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter).

New Orleans, Louisiana, this _____10th_____ day of ____March____, 2009..

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE