**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE                                              NO. 05-4182

NO. 06-5116 (SIMS)                                               SECTION "K"(2)
NO. 06-5118 (RICHARD)
NO. 06-5127 (DEPASS)
NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)
NO. 06-5132 (FERDINAND)
NO. 06-5134 (CHRISTOPHE)
NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)
NO. 06-5140 (PORTER)

<u>ORDER</u>

Considering the foregoing motion,

**IT IS ORDERED** that the  motion is GRANTED;

**IT IS FURTHER ORDERED** that plaintiffs in C.A. No. 06-5116 (Sims), C.A. No. 06-5118

(Richard), C.A.  No. 06-5127 (DePass), C.A. No. 06-5128 (Adams), C.A. No. 06-5131 (Bourgeois),

C.A. No. 06-5132 (Ferdinand), C.A. No. 06-5134 (Chrisophe), C.A. No. 5137 (Williams), C.A. No.

5142 (Augustine), and C.A. No. 06-5140 (Porter) must file any objections to the certification of the

Settlement Class and to the approval of the Class Settlement Agreement, including a statement

describing the nature of their objections,  not later than **March 13, 2009,** and may file a

supplemental memorandum in support of their objections not later than **March 20, 2009.**

New Orleans, Louisiana, this 10th day of March, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE