UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:    INSURANCE     JUDGE DUVAL
Severed Mass Joinder Cases     MAG. WILKINSON

## CALL DOCKET ORDER

Counsel in the cases listed below previously reported to me that settlements had been reached in these cases and that appropriate motions to dismiss would be filed. As of the date of this order, the listed cases remain pending and motions to dismiss have not been filed. Accordingly,

**IT IS ORDERED** that counsel of record for plaintiffs and defendants in the cases listed below must appear before me in person on **April 15, 2009 at 10:30 a.m.** to show cause why these cases should not be dismissed, either with prejudice for failure to prosecute or conditionally based upon the previously reported settlements:

**Dennison v. State Farm**, 07-1901
**Gay v. State Farm**, 07-1915
**Kepp v. State Farm**, 07-1970
**Lewis v. State Farm**, 07-1982
**Page v. State Farm**, 07-2036
**Quest v. State Farm**, 07-2045
**Ridgley v. State Farm**, 07-2050
**Robertson v. State Farm**, 07-2052
**Rooney v. State Farm**, 07-2057
**Saunders v. State Farm**, 07-2162
**Welch v. State Farm**, 07-2184

**Davis v. State Farm, 07-2269**
**Johnson v. State Farm, 07-2289**
**Mele v. State Farm, 07-2295**
**Fortin v. State Farm, 07-2306**
**Catalanotto v. State Farm, 07-2319**
**Spears v. State Farm, 07-2357**
**Tramontans v. State Farm, 07-2360**
**Tramontans v. State Farm, 07-2361**
**Barrow v. State Farm, 07-2391**
**Walker v. State Farm, 07-2396**
**Coates v. State Farm, 07-2409**
**Morgan v. State Farm, 07-2420**
**Fultz v. State Farm, 07-2451**
**Fultz v. State Farm, 07-2452**
**Fultz v. State Farm, 07-2453**
**Maurice-Hall v. State Farm, 07-2471**
**Fefie v. State Farm, 07-2479**
**Rockingham v. State Farm, 07-2490**
**Age v. State Farm, 07-2526**
**Voebel v. State Farm, 07-2528**
**Evans v. State Farm, 07-2547**
**Gleason v. State Farm, 07-2555**
**Smith v. State Farm, 07-2566**
**Bell v. State Farm, 07-2574**
**Chatelain v. State Farm, 07-2580**
**Simon v. State Farm, 07-2605**
**Lewis v. State Farm, 07-2610**
**Brumfield v. State Farm, 07-2615**
**Pigott v. State Farm, 07-2620**
**Curtain v. State Farm, 07-2625**
**Green-Benita v. State Farm, 07-2631**
**Alexander v. State Farm, 07-2632**
**Muhammad v. State Farm, 07-2635**
**Henry v. State Farm, 07-2641**
**Callais v. State Farm, 07-2642**
**Davis v. State Farm, 07-2646**
**Dassau v. State Farm, 07-2648**

Filing motions to dismiss these cases prior to the hearing will eliminate the need to appear in person. Otherwise, failure to appear may result in the imposition of sanctions or a recommendation that the cases be dismissed for failure to prosecute.

New Orleans, Louisiana, this ___10th___ day of March, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**