UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE/FORCED PLACE<br>    Specific Case Nos. listed in Appendix A | Judge Duval<br><br>Magistrate Wilkinson |

### DEFENDANTS' MOTION FOR LEAVE
### TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
### <u>IN EXCESS OF PAGE LIMITATION</u>

NOW INTO COURT, through undersigned counsel, come Defendants, Safeco Insurance Company of America, General Insurance Company of America, Balboa Insurance Company, Meritplan Insurance Company, Newport Insurance Company, The Involved Lloyd's Underwriters, Southwest Business Corporation, and Proctor Financial, who move for leave to file a Memorandum in Support of their Motion to Dismiss in excess of the 25-page limitation set forth in the Local Rule 7.8.1E. In support of this motion, Defendants represent the following:

This Motion to Dismiss applies to multiple lawsuits (123), filed by four different groups of plaintiffs in the Forced-Placed Insurance Umbrella. It is filed on behalf of multiple defendants, each with different insurance policies. For these reasons, it is necessary to provide a full discussion of the policies at issue, the allegations in the complaints, and the reasons

supporting the requested dismissals. That discussion requires additional pages in our Memorandum in Support, which is attached.

WHEREFORE, for the foregoing reasons, Insurance Carrier Defendants request that this Court grant them leave to file their Memorandum in Support of the Motion to Dismiss, which exceeds the 25-page limitation contained in the Local Rules.

Respectfully submitted, this 10th day March, 2009.

   /s/ Wendy Hickok Robinson
Wendy Hickok Robinson (La. Bar No. 25225)
  whrobinson@gordonarata.com
Nina Wessel English (La. Bar No. 29176)
  nenglish@gordonarata.com
**GORDON, ARATA, McCOLLAM DUPLANTIS**
   **& EAGAN, L.L.P.**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111
(504) 582-1121 (*Facsimile*)

and

Cari K. Dawson (Ga. Bar No. 213490)
  cari.dawson@alston.com
Daniel F. Diffley (Ga. Bar No. 221703)
  DDiffley@alston.com
(admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)

**Attorneys for Safeco Insurance Company of America and General insurance Company of America**

and

-3-

/s/ Stephen W. Rider
Stephen W. Rider T.A. (La. Bar No. 2071)
Daniel T. Plunkett (La. Bar No. 21822)
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**Attorneys for Defendants Balboa Insurance Company, Meritplan Insurance Company And Newport Insurance Company**

and

/s/  Virginia Y. Trainor
Marshall M. Redmon (Bar #18398)
Virginia Y. Trainor (Bar #25275)
**PHELPS DUNBAR LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

and

Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys for Defendants The Involved Lloyd's Underwriters, Southwest Business Corporation and Proctor Financial**

C E R T I F I C A T E

     I hereby certify that on this 10th day of March, 2009, a copy of this **LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF 25-PAGE LIMIT** was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana.  A copy of this pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

                                                         /s/ Wendy Hickok Robinson