-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE/FORCED PLACE<br>Specific Case Nos. listed in Appendix A | Judge Duval<br>Magistrate Wilkinson |

**DEFENDANT'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Defendants, Safeco Insurance Company of America, General Insurance Company of America, Balboa Insurance Company, Meritplan Insurance Company, Newport Insurance Company, The Involved Lloyd's Underwriters, Southwest Business Corporation, and Proctor Financial, which, for the reasons set forth in the accompanying memorandum and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(a) request that the Court dismiss the claims of the plaintiffs in the suits listed in Appendix A with prejudice.  Plaintiffs' complaints should be dismissed because they are insufficiently pled and because plaintiffs have no standing to assert any cause of action against any Insurer Defendants.  Specifically, (1) no Forced-Placed Insurance ("FPI") plaintiff has any policy of insurance with the Insurer Defendants; (2) plaintiffs are not insureds entitled to recover

damages for loss under any policy of insurance issued by any defendant; and (3) plaintiffs are not third-party beneficiaries of the forced-placed policies. Without the requisite standing, plaintiffs can not assert claims against defendants for breach of contract, violations of La. Rev. Stat. Ann. §§ 22:658, 22:658.2, and 22:1220, including claims for insurance bad faith, or any other cause of action contained within any of the complaints. Accordingly, this Court should dismiss the FPI Umbrella cases listed in Appendix A in their entirety with prejudice.

WHEREFORE, for the reasons set forth in the attached Memorandum, Defendants, Safeco Insurance Company of America, General Insurance Company of America, Balboa Insurance Company, Meritplan Insurance Company, Newport Insurance Company, The Involved Lloyd's Underwriters, Southwest Business Corporation, and Proctor Financial pray that this Court grant their motion and dismiss plaintiffs' claims with prejudice.

Respectfully submitted, this 10th day March, 2009.

  /s/ Wendy Hickok Robinson
Wendy Hickok Robinson (La. Bar No. 25225)
  whrobinson@gordonarata.com
Nina Wessel English (La. Bar No. 29176)
  nenglish@gordonarata.com
**GORDON, ARATA, McCOLLAM DUPLANTIS & EAGAN, L.L.P.**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111
(504) 582-1121 (*Facsimile*)

and

Cari K. Dawson (Ga. Bar No. 213490)
  cari.dawson@alston.com
Daniel F. Diffley (Ga. Bar No. 221703)
  DDiffley@alston.com
(admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)

**Attorneys for Safeco Insurance Company of America and General insurance Company of America**

and


  /s/ Stephen W. Rider
Stephen W. Rider T.A. (La. Bar No. 2071)
Daniel T. Plunkett (La. Bar No. 21822)
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**Attorneys for Defendants Balboa Insurance Company, Meritplan Insurance Company And Newport Insurance Company**

and


  /s/  Virginia Y. Trainor
Marshall M. Redmon (Bar #18398)
Virginia Y. Trainor (Bar #25275)
**PHELPS DUNBAR LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

and

Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys for Defendants The Involved Lloyd's Underwriters, Southwest Business Corporation and Proctor Financial**

C E R T I F I C A T E

I hereby certify that on this 10th day of March, 2009, a copy of this **Motion to Dismiss, and the Memorandum in Support** was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana. A copy of this pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

    /s/ Wendy Hickok Robinson