## Amended Complaints in Consolidated Force Placed Insurance Umbrella Included in Insurance Defendants' Motion to Dismiss

|   | Case No. | Case Name | Defendant Insurer(s) | Atty |
|---|---|---|---|---|
| 1. | 09-1600 | John Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 2. | 09-1604 | Dianne Butler | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 3. | 09-1609 | Percy Kelson | Southwest Business Corp., ABC Mortgage Co. | Bruno |
| 4. | 09-1610 | Matthew Williams | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 5. | 09-1611 | Michelle Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 6. | 09-1612 | Shirley Mae Gaines | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 7. | 09-1614 | Iolanda Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |

| 8.  | 09-1615 | Alice Wroten       | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
|-----|---------|--------------------|------------------------------------------------------------------------------------------------------------------|-------|
| 9.  | 09-2559 | Dwayne Edwards     | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 10. | 09-2560 | Joan Hyde          | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 11. | 09-2561 | Consuella Lee      | Safeco, Travelers, ABC Mortgage Co. | Bruno |
| 12. | 09-2562 | Monica Jones       | Safeco, Regions Bank, ABC Mortgage, Co. | Bruno |
| 13. | 09-2563 | Lee Ausama         | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 14. | 09-2564 | Lordell Shearod    | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 15. | 09-2565 | Henry Youngblood   | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 16. | 09-2566 | Twanda Coleman     | Safeco, HSBC Mortgage Co., ABC Mortgage Co. | Bruno |
| 17. | 09-2567 | Bernadette Butler  | Safeco, Region Bank, ABC Mortgage Co. | Bruno |
| 18. | 09-2568 | Lillie Jefferson   | Safeco, Guaranty Savings & Home, ABC Mortgage Co. | Bruno |
| 19. | 09-2569 | Theresa Ross       | Safeco, Fidelity Homestead ABC Mortgage Co. | Bruno |

| 20. | 09-2570 | Lester Gaines | Safeco,<br>Colonial Mortgage & Loan,<br>ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 21. | 09-2571 | Lester Gaines | Safeco,<br>Colonial Mortgage & Loan,<br>ABC Mortgage Co. | Bruno |
| 22. | 09-2572 | Ida Smith | Safeco,<br>American Mortgage,<br>ABC Mortgage Co. | Bruno |
| 23. | 09-2573 | Odelia Condiff | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 24. | 09-2574 | Tyrone Jones | Certain Underwriters at Lloyds of London,<br>Novastar Mortgage, Inc.,<br>ABC Mortgage Co. | Bruno |
| 25. | 09-2575 | Jerry Darby | Certain Underwriters at Lloyds of London,<br>Novastar Mortgage, Inc.,<br>ABC Mortgage Co. | Bruno |
| 26. | 09-2582 | Angela Chalk | Balboa Insurance Group,<br>Meritplan Insurance Co.,<br>Newport Insurance Co.,<br>Saxon Mortgage,<br>ABC Mortgage Co. | Bruno |
| 27. | 09-2583 | Joseph Thomas | Safeco,<br>Guaranty Savings & Home,<br>ABC Mortgage Co. | Bruno |
| 28. | 09-2584 | Oliver White | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 29. | 09-2585 | Gustavis Biagas | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 30. | 09-2586 | Celeste Ovide | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |

| 31. | 09-2587 | Joseph Thomas | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 32. | 09-2588 | Francisco Blanco | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 33. | 09-2589 | Isadore Willis | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 34. | 09-2593 | Chiquetter Clayton | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 35. | 09-2594 | Henry Williams | Southwest Business Corp., Standard Mortgage, ABC Mortgage Co. | Bruno |
| 36. | 09-2595 | Darren Miller | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 37. | 09-2596 | Mark Hollander | Safeco, ABC Mortgage Co. | Bruno |
| 38. | 09-2597 | Eddie Smith | Safeco, Guaranty Savings & Home, ABC Mortgage Co. | Bruno |
| 39. | 09-2598 | Kevin Fabre | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 40. | 09-2599 | Karen Harris & Sharon Lee | Safeco, State Farm Acceptance, ABC Mortgage Co. | Bruno |
| 41. | 09-2600 | Betty Price | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 42. | 09-2607 | David Perkins | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |

| 43. | 09-2612 | Danny Howard (former *Alexander,* 07-4538) | Certain Underwriters at Lloyds, Southwest Business Corp. | Becnel |
|---|---|---|---|---|
| 44. | 09-2613 | Erica and Daniel Ross; Lois Conway; Sandra Cummings; Louise & Jerry A. Duplessis; Roosevelt & Wanda Patterson; Daisy & Melvin Perkins Voice; Saul & Janice Williams; Bertha & Chris Ballard; Eirene Berard; Sonya Brown; Cheryl Cook; Alita Cusher; Lawrence & Betty Hamilton; Evelyn and Joseph Harrison; Sylvester W. Lucien; Carrie Milton; Linye & Robert Mitchell, Sr.; Natalie B. & Anthony J. Price; Ida Mae Smith; Robin Watkins; Philip & Marietta Williams; Audrey Palmer; Roderick Broadway; Cynthia & Gregory Christian; Irwin & Sylvia Hatcher; Joan & Danny Howard; Calvin & Angela Martin; Marvin & Evelyn Mercadel; Julie Mae Thomas; Edward & Aundra Smith; Meredith Williams; Oretha & Wayne Wilson; Walter & Adriene Taylor; Dennis Price, Sr.; Theresa Fields, (former *Aaron,* 06-4746) | Proctor Insurance Co., Certain Underwriters at Lloyds of London, Balboa Insurance Co., Balboa Life and Casualty Co., Meritplan Insurance Co. Newport Insurance Co., Safeco Insurance Company, Safeco Insurance Co. of America, Safeco Companies, General Insurance Company of America Southwest Business Corp. | Rausch/Hall |

| 45. | 09-2614 | Wayne Johnson; Keisha Wright; Theresa Robertson; Michael Reed; Evangeline Brown; Karen Alfred; Laura Barthelemy; Mary Green; Irvin & Sylvia Hatcher, (former *Aguilar* 07-4852) | Balboa Insurance Co., Balboa Life and Casualty Co., Safeco Insurance Co., Safeco Insurance Company of America, Safeco Companies, Certain Underwriters at Lloyds of London, Meritplan Insurance Co., Newport Insurance Co., Southwest Business Corp. General Insurance Company of America | Rausch/Hall |
|---|---|---|---|---|
| 46. | 09-2615 | Frank Davis | Southwest Business Corp., ABC Mortgage Co. | Bruno |
| 47. | 09-2616 | Mable Temple | Safeco, ABC Mortgage Co. | Bruno |
| 48. | 09-2617 | Brenda Singleton | Safeco, ABC Mortgage Co. | Bruno |
| 49. | 09-2618 | Jacquelyn Ross | Safeco, ABC Mortgage Co. | Bruno |
| 50. | 09-2619 | Juanita Dyer | Safeco, ABC Mortgage Co. | Bruno |
| 51. | 09-2620 | Sylvia Jones | Safeco, ABC Mortgage Co. | Bruno |
| 52. | 09-2621 | Angela Irvin | Safeco, ABC Mortgage Co. | Bruno |
| 53. | 09-2622 | Brenda Singleton | Safeco, ABC Mortgage Co. | Bruno |
| 54. | 09-2623 | Tammie Jones | Safeco, ABC Mortgage Co. | Bruno |
| 55. | 09-2625 | Gerald Russell | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |

| 56. | 09-2630 | Dianne Butler | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 57. | 09-2640 | Robert Booth | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Flagstar ABC Mortgage Co. | Bruno |
| 58. | 09-2642 | Wanda Burgess | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans ABC Mortgage Co. | Bruno |
| 59. | 09-2644 | Carol Nelson | Safeco, State Farm Acceptance, ABC Mortgage Co. | Bruno |
| 60. | 09-2645 | Roslyn Flot | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 61. | 09-2646 | Tina Ball | Safeco, HSBC Mortgage ABC Mortgage Co. | Bruno |
| 62. | 09-2647 | Ronald Rollins | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 63. | 09-2648 | Jeorme Devezin | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 64. | 09-2649 | Louella Parnell | Safeco, HSBC Mortgage Co., ABC Mortgage Co. | Bruno |
| 65. | 09-2650 | Larry Posey | Safeco, Colonial Mortgage & Loan ABC Mortgage Co. | Bruno |
| 66. | 09-2651 | Sherrel Harris | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |

| | | | | |
|---|---|---|---|---|
| 67. | 09-2652 | Madiere Moore | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 68. | 09-2653 | Isaac Miller | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 69. | 09-2654 | Pamela Taylor | Southwest Business Corp., Dovenmuehle Mortgage, ABC Mortgage Co. | Bruno |
| 70. | 09-2655 | Emile Armstrong | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 71. | 09-2656 | Stacey Davis | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 72. | 09-2657 | Patricia Noel | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 73. | 09-2658 | Deanne Marshall | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 74. | 09-2659 | Laura Waguespack | Southwest Business Corp., Litton Loan Servicing ABC Mortgage Co. | Bruno |
| 75. | 09-2660 | Dorothy Waker | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 76. | 09-2661 | Clarence Hunter | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 77. | 09-2662 | Oliver Comeaux | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 78. | 09-2663 | Georgine Washington | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 79. | 09-2664 | Mary Bush | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |

| 80. | 09-2665 | Barbara Simpson | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| --- | --- | --- | --- | --- |
| 81. | 09-2666 | Riley Scott | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 82. | 09-2667 | Pam Pugh | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 83. | 09-2668 | Cora Finnie | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 84. | 09-2677 | Anthony Thomas | Safeco, ABC Mortgage Co. | Bruno |
| 85. | 09-2678 | Gilda Crawford | Safeco, ABC Mortgage Co. | Bruno |
| 86. | 09-2679 | Byron Johnson | Safeco. ABC Mortgage Co. | Bruno |
| 87. | 09-2680 | Janice Garcia | Safeco, ABC Mortgage Co. | Bruno |
| 88. | 09-2681 | John Jackson | Safeco, ABC Mortgage Co. | Bruno |
| 89. | 09-2682 | Cottie Irving | Safeco, ABC Mortgage Co. | Bruno |
| 90. | 09-2683 | Dan Miller | Safeco, Advanced Mortgage Co. ABC Mortgage Co. | Bruno |
| 91. | 09-2684 | William Curran | Safeco, ABC Mortgage Co. | Bruno |
| 92. | 09-2685 | Daniel Poulan | Safeco, ABC Mortgage Co. | Bruno |
| 93. | 09-2686 | Betty Hamilton | Safeco, ABC Mortgage Co. | Bruno |
| 94. | 09-2687 | Aaron Smith | Safeco, ABC Mortgage Co. | Bruno |
| 95. | 09-2688 | Carl Severan | Safeco, ABC Mortgage Co. | Bruno |
| 96. | 09-2689 | Ulyssis Bently | Safeco, ABC Mortgage Co. | Bruno |

| 97. | 09-2690 | Michelle Bailey | Safeco,<br>State Farm Acceptance,<br>ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 98. | 09-2691 | Shakir Hameed | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 99. | 09-2692 | Jeanetta Burton | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 100. | 09-2693 | Pamela Finney | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 101. | 09-2694 | Rockial Riley | Southwest Business Corp.,<br>Standard Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 102. | 09-2695 | Belinda Chism | Southwest Business Corp.,<br>Standard Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 103. | 09-2696 | Owanda Campbell | Southwest Business Corp.,<br>Standard Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 104. | 09-2697 | Unel Mitchell | Southwest Business Corp.,<br>Standard Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 105. | 09-2702 | Sheila Franklin | Balboa Insurance Group,<br>Meritplan Insurance Co.,<br>Newport Insurance Co.,<br>Countrywide Home Loans,<br>ABC Mortgage Co. | Bruno |
| 106. | 09-2703 | James Allen | Balboa Insurance Group,<br>Meritplan Insurance Co.,<br>Newport Insurance Co.,<br>Countrywide Home Loans,<br>ABC Mortgage Co. | Bruno |
| 107. | 09-2705 | Lorraine Marshall | Balboa Insurance Group,<br>Meritplan Insurance Co.,<br>Newport Insurance Co.,<br>Countrywide Home Loans,<br>ABC Mortgage Co. | Bruno |

| 108. | 09-2706 | Barbara Wilson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 109. | 09-2709 | Joseph Lane | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 110. | 09-2710 | Monique Forest | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 111. | 09-2711 | Gayle Williams | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 112. | 09-2712 | Carl Severan | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 113. | 09-2713 | Angela-Erve-Forbes | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 114. | 09-2716 | Valjon Lyons | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 115. | 09-2717 | Charlotte Lewis | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 116. | 09-2719 | Dana Clark | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |

| 117. | 09-2720 | Henry Louis | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 118. | 09-2723 | Keith Gonzales | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 119. | 09-2724 | Dave Richardson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 120. | 09-2729 | Jean West | Balboa Insurance Group, Meritplan Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 121. | 09-2730 | James Hardy | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 122. | 09-2879 | Emma & Lawrence Brock; Jerry & Elaine Honore; George McCray; Anthony Owens; John Quiette; Janis Wright; Nathan & Emelda Dominique; Reginald & Elnora Fournier; Samuel & Christell Morrison; Sharon Samuel; Lois Dakin; Patricia Jackson; Yvette Joseph; Pamela & Milton Richardson; Keith Stevens, Jr., Helen Stewart; Wilma Thomas, (former *Abram*, 07-5205) | Safeco, Balboa, Meritplan, Underwriters at Lloyds of London, Southwest Business Corporation | HLC/Centola |

| 123. | 09-2880 | A.C. & Ora Fields; Janice Garcia; Cynthia A. Gibson; Morice Gibson; Kay Jackson; Tammi Lewis; Andria Polk; Sherrilyn Dominick; Nathan & Emelda Dominique; Aline Lacour; Mary Leicher; Annette Macklin; James Perry; Deborah Robicheaux; Bernard Singleton; Debra Bradley; Mercedes Cain; Louvella Campbell; Tony Castillo; Miriam Davis; Margie Fairman; Stella L. Ford; Latyona Montegue; Joe Simpson; Rene & Beryl Walter, (former *Acevedo*, 07-5199) | Safeco, Balboa, Meritplan, Underwriters at Lloyds of London, Southwest Business Corporation | HLC/Centola |