UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE/FORCED PLACE<br>Specific Case Nos. listed in Appendix A | Judge Duval<br><br>Magistrate Wilkinson |

## NOTICE OF MANUAL ATTACHMENT

### Exhibits A, B and C to Motion to Dismiss filed by Defendants

Exhibit A is a disk containing insurance policies issued by the Safeco Companies and an index

Exhibit B is a disk containing insurance policies issued by Balboa, Meritplan and Newport

Exhibit C is a disk containing insurance policies issued by The Involved Lloyd's Underwriters

GAMDE-NO: 242004-1