UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE/FORCED PLACE<br>    Specific Case Nos. listed in Appendix A | Judge Duval<br><br>Magistrate Wilkinson |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants Safeco Insurance Company of America, General Insurance Company of America, Balboa Insurance Company, Meritplan Insurance Company, Newport Insurance Company, The Involved Lloyd's Underwriters, Southwest Business Corporation, and Proctor will bring their Motion to Dismiss for hearing before the Honorable Stanwood R. Duval, Jr., United States District Judge, <u>without oral argument</u>, on April 1, 2009, or as soon thereafter as counsel can be heard.

Respectfully submitted, this 10th day March, 2009.

                                            /s/ Wendy Hickok Robinson
                                    Wendy Hickok Robinson (La. Bar No. 25225)
                                      whrobinson@gordonarata.com
                                  Nina Wessel English (La. Bar No. 29176)
                                      nenglish@gordonarata.com
                                  **GORDON, ARATA, McCOLLAM DUPLANTIS**
                                      **& EAGAN, L.L.P.**

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111
(504) 582-1121 (*Facsimile*)

and

Cari K. Dawson (Ga. Bar No. 213490)
  cari.dawson@alston.com
Daniel F. Diffley (Ga. Bar No. 221703)
  DDiffley@alston.com
(admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)

**Attorneys for Safeco Insurance Company of America and General insurance Company of America**

and

  /s/ Stephen W. Rider
Stephen W. Rider T.A. (La. Bar No. 2071)
Daniel T. Plunkett (La. Bar No. 21822)
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**Attorneys for Defendants Balboa Insurance Company, Meritplan Insurance Company And Newport Insurance Company**

and

/s/ Virginia Y. Trainor
Marshall M. Redmon (Bar #18398)
Virginia Y. Trainor (Bar #25275)
**PHELPS DUNBAR LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

and

Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys for Defendants The Involved Lloyd's Underwriters, Southwest Business Corporation and Proctor Financial**

C E R T I F I C A T E

I hereby certify that on this 10th day of March, 2009, a copy of this **Notice of Hearing on Motion to Dismiss** was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana. A copy of this pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

/s/ Wendy Hickok Robinson