UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  MRGO, *Robinson* (06-2268) | § | |
| _____ § | | |

UNITED STATES OF AMERICA'S
EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS'
OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO COMPEL

Plaintiffs have filed an opposition brief to the United States' Motion to Compel Production of Plaintiffs' Experts' Reliance Materials.  *See* D.R. 18057.  The United States seeks leave to file a reply brief to inform the Court that– in clear contravention of their assertions– Plaintiffs have failed to produce to the United States all their experts' reliance materials.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ John A. Woodcock
JOHN A. WOODCOCK
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated:  March 10, 2009

## **CERTIFICATE OF SERVICE**

      I, John A. Woodcock, hereby certify that on March 10, 2009, I served a true copy of the United States of America's Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendant United States' Motion to Compel upon all parties by ECF.

       s/ John A. Woodcock

       JOHN A. WOODCOCK