UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

NOTICE OF HEARING RE: UNITED STATES OF AMERICA'S
EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS'
OPPOSITION TO UNITED STATES' MOTION TO COMPEL

**PLEASE TAKE NOTICE** that the defendant United States of America on Wednesday, March 25, 2009 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Poydras Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr., will bring on for hearing the United States' Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendant United States' Motion to Compel  (D.R. 18057) and

that the motion will be submitted upon the pleadings and supplemental materials, without oral argument.

                                          Respectfully submitted,

                                          MICHAEL F. HERTZ  
                                          Acting Assistant Attorney General

                                          PHYLLIS J. PYLES  
                                          Director, Torts Branch

                                          JAMES G. TOUHEY, JR.  
                                          Assistant Director, Torts Branch

                                           s/ John A. Woodcock  
                                          JOHN A. WOODCOCK  
                                          Trial Attorney, Torts Branch, Civil Division  
                                          U.S. Department of Justice  
                                          Benjamin Franklin Station, P.O. Box 888  
                                          Washington, D.C. 20044  
                                          (202) 616-4400 / (202) 616-5200 (Fax)  
                                          Attorneys for the United States

Dated: March 10, 2009

## **CERTIFICATE OF SERVICE**

I, John A. Woodcock, hereby certify that on March 10, 2009, I served a true copy of the Notice of Hearing re: United States' Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendant United States' Motion to Compel upon all counsel of record by ECF.

                            s/ John A. Woodcock
                            JOHN A. WOODCOCK