Expert Reliance Material Needed

March 3, 2009

Kemp

1. The location (i.e., Shell Beach, Lake Pontchartrain, Chef Mentaur), value (i.e., water height), and source (i.e., IPET) for all high water marks used to modify the ADCIRC S0-8 hydrographs at the boundary locations selected for the finel model. (This discussion is on pages 30-31 of Paul Kemp's deposition)

2. The levee heights used in Plaintiffs FINEL models, particularly along Reach 2 of the MRGO. (This discussion on pages 24-25 of the Kemp deposition)

3. All documents and references indicating that an 80% wind reduction for the presence of cypress forest is an appropriate value (This discussion is on page 29 of the Kemp deposition) -

4. All gauge data obtained during Hurricane Rita detailing the purported effects the wetlands had in reducing storm surge.

5. Kemp has also authored another report, which is Technical Report III attached to Dr. Bea's Supplemental Expert Report dated January 29th, 2009. We need all input and output data relating to this report, including but not limited to: any high water marks obtained during Hurricane Gustav; any wave data captured during Hurricane Gustav; the ADCIRC data related to Hurricane Gustav; the wind fields related to Hurricane Gustav; all calculations made related to computing the waves for Hurricane Gustav, detailing the methodology for pulling wave data out of SWAN, the fetches and wind speeds used in the SPM curves, and any other assumptions made.

Bea

1. *Simulated Wave-Induced Erosion of the Mississippi River-Gulf Outlet Levees During Hurricane Katrina*, Journal of Waterway, Port, Coastal and Ocean Engineering, ASCE 2008.

2. All calculations and anaylses pertaining to the calculation of levee settlement as a result of creep and/or squeezing.

3. All peer-reviewed publications and any other materials relied upon in support of creep and squeezing analyses.

4. All analyses pertaining to the change in grass covering between Scenario 1 and Scenario 2C.

5. All peer-reviewed publications and any other materials relied upon in support of grasscovering change between Scenarios 1 and 2C.

6. All analyses pertaining to the change in vegetation between Scenario 1 and Scenario 2c.

7. All peer-reviewed publications and any other materials relied upon in support of vegetation

change between Scenarios 1 and 2c.

8.  All maps, charts, and other documents indicating locations where levees were raised to 17.5 feet NAVD88 2004.65 in Scenario 2c.

9.  All charts, drawings, and other documents indicating the shape of the levee used where levees were raised to 17.5 feet NAVD88 2004.65 in Scenario 2c.

10.  All equations, documents, and calculations used to compute the lift off time of grass on levees.

Shaffer

1.  CD of 266 Historic Photographs.  (See Shaffer deposition at pages 20-21.)

2.  Final report of a study by Day and Shaffer for a wetlands assimilation project in the Central Wetlands Unit.  (See Shaffer deposition at p. 93.)

3.  Photographs reviewed with Duncan Fitzgerald showing the presence of logging scars in the Central Wetlands Unit.  (See Shaffer deposition at pages 192-193.)

4.  A website link to the photograph used to create figure 2 on p. 17 of his report as well as identification of the latitude/longitude coordinates.

Day

1.  All photographs reviewed to create Appendix E of the report.

Fitzgerald

1.  Photographs used to create Figures 2.15-2.18.

2.  Sources for information in Figure 3.1.

3.  Full citation for report in Figure 3.2.

4.  Source(s) of information for figures 3.3-3.9.

5.  Section 4.1: Copies and specific citation for all maps referenced therein: 1932 T-Sheets; 1890 Topographic Maps; "other historical data"; historical and current USGS topographic maps.

6.  All maps used to create Figures 4.2-4.4.

7.  All data and information associated with the 2008 bathymetric survey cited in Figure 6.6.

8.  All underlying maps used and the ESRI raster grid and ArcMap files created and referenced in Appendix B.

9. All photographs taken during helicopter flight in 2008.

Vrijling

1. *Flow Modeling New Orleans- Mississippi River Gulf Outlet.*

2. How was ADCIRC S08 boundary information from the five boundary points in Table 2.1 on p. 10 of the *Flow Report* interpolated to apply over the entire boundary edge?

3. How did the interpolation process differ for each of the various scenarios?

4. Who proposed to interpolate between these points?

5. What changes were made to boundary conditions for each and every scenario?

6. Can you provide us with the wind fields that were used in the ADCIRC SO8 model which supplied the FINEL boundary conditions?

7. Exactly what calibrations were made for each and every scenario and why?

8. Provide each and every value that was calibrated for every scenario.

9. How were marsh elevations determined?

10. *Wave Modeling New Orleans- Mississippi River Gulf Outlet.*

11. How did Ivor Van Heerden determine values for stem rigidity and size used in the formula located on pg. 21 of the *Wave Report*?

12. Why was version g for bottom friction formulation used for Scenario 3?

13. Are there any papers which have peer reviewed the poster located in Appendix B?

14. Provide the results of the "sensitivity runs" for SWAN, the COLLINS, and JONSWAP friction formulations referenced on page 15 of the Joint Declaration dated January 21, 2009.