Page 541

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

--oOo--

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION,

                              No.  05-4182 "K" (2)

PERTAINS TO:  ROBINSON, NO.
06-2268
_____


DEPOSITION OF ROBERT GLENN BEA

(VOLUME III, Pages 541 - 784)

Friday, February 27, 2009












Reported By:

KATHLEEN WILKINS, CSR #10068, RPR, CRR

1           EXAMINATION BY MR. LEVINE

2           MR. LEVINE:  Q.  Is there a map anywhere in
3   your report that showed the locations where the loss of
4   protective elevation reductions would occur in
5   Scenario 1?
6       A.   No.
7       Q.   Did you create such a map at all?
8       A.   No.  We're in the process of creating that map
9   right now.
10      Q.   But you didn't have it done for these reports?
11      A.   For Phase I, we examined two locations.
12      Q.   But other than those two locations, you don't
13  have such a map?
14      A.   In -- that's correct.
15      Q.   Okay.  What's the basis for the loss of grass
16  cover in Scenario 1 that's caused by salinity?  I think
17  you said -- you mentioned you -- the other experts that
18  worked on this case, Shafer, Day --
19      A.   Correct.
20      Q.   Okay.  Where is that located in your report?
21  Where is there reference to that?
22      A.   We document the conditions in Declaration 1,
23  July 2008 expert report, that evaluates the Reach 2 EBSB
24  breaching for Hurricane Katrina Scenario 1 conditions.
25           I also further developed that evaluation in