# Flow Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT
Scenario 1, 2A, 2B, 2C, 2D, 3

L. de Wit, B. Maaskant, M. Kok and J.K. Vrijling

23rd June 2008
Ref: LdW/1474/08202/D




before Katrina, and 40 Arpent levee as is before Katrina). The third simulation reflects the 1958 healthy wetlands conditions with a MRGO maintained at authorized dimensions (depth and width MRGO as designed, pre-Katrina levees along MRGO). The model area for Scenario 1 and 3 includes the IHNC, MRGO Reach 1 and 2, the west part of Lake Borgne including the GIWW, the west boundary is the 40 Arpent levee (see Figure 1.1). For Scenario 2C the area between the 40 Arpent levee and Mississippi is included in the model area. In the appendix some additional Scenario 2 simulations (2A, 2B, 2D) can be found. Scenario 2A is similar to 2C, but without levees along the MRGO and the 40 Arpent levee is at 17.5 ft to represent a potential LPV levee and the grid ends at this levee. Scenario 2B is also similar to 2C, but without levees along the MRGO. Scenario 2D is similar to Scenario 2B, but with spoil piles along MRGO Reach 2. A summary of all scenarios is shown in Table 1.1.

*Table 1.1 FINEL MRGO Scenarios for hurricane Katrina conditions*

| Scenario | MRGO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| 1 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 |
| 2C | None | Pre MRGO | Existing 8/2005 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Pre MRGO 1958 |
| 2A | None | Pre MRGO | None | LPV authorized | Pre MRGO 1958 |
| 2B | None | Pre MRGO | None | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 2D | None | Pre MRGO | Spoil piles 8/1965 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |

The FINEL numerical model was developed by Svašek Hydraulics and the Fluid Mechanics section of the Civil Engineering faculty of the Delft University of Technology in the Netherlands. The model has been used for hydrodynamic simulations all over the world. The validity and calibration of the model has been extensively tested on projects such as the Western Scheldt estuary, the North Sea (the Netherlands), Dublin flooding (North Ireland), Hazira (India), Posorja (Ecuador), etc. For publications carried out with FINEL and a technical description see [Ref. 2 & 3].

The numerical flow model FINEL is based on the depth averaged equations for 2-dimensional horizontal flow, the equations of Saint Venant. In FINEL this system of equations is solved with a robust numerical finite element method, which can easily handle drying and flooding. The FINEL model is based on the same principles as the SOBEK model, which is used in the flooding study carried out in 2007 [Ref. 4]. The reason that we use the FINEL model is that the model area in FINEL is divided into a number of triangles, the so-called elements, instead of a grid consisting of squares which is used in SOBEK. The size and distribution of the triangles can vary over the grid, so complicated geometries are easily represented in the schematization and the grid can be more detailed in areas of specific interest. (See Figure 2.1). This is very important in the complex area around New Orleans, with channels which require a lot of detail adjacent to higher ground which require less.






*Figure 2.5: Manning roughness coefficient FINEL model area Scenario 1.*

*Table 2.2: Manning coefficient used for Scenario 1(based on: IPET Volume IV appendix page IV-5-102 [Ref. 6])*

| Area | Manning coefficient n ($m^{-1/3}s$) |
|---|---|
| Open water | 0.02 |
| Marsh along Lake Borgne | 0.05 |
| Shrub land St. Bernard | 0.05 |
| Grass at levees | 0.034 |
| Commercial area next to IHNC | 0.07 |

**Wind**
To take into account the influence of wind on the water motion, spatial variable wind fields are used in the flow calculations with FINEL. The wind fields are provided to us by the Robinson experts every 30 minutes for the study period. In forests the wind field will be affected by the wind canopy. As the wind flows through a forest the trunks, branches and leaves (solid portion) absorb some of the momentum of the wind and the wind speed is reduced. In addition as the wind blows over the tree canopy it is slowed by the roughness of the surface and the wind speed is reduced. Robinson experts reviewed the literature such as various reports by wind experts at the University of Nebraska
(http://www.ianrpubs.unl.edu/epublic/pages/index.jsp?what=publicationD&publicationId=6240)
and discussions with world renowned coastal meteorologist Professor S. A. Hsu to determine that a wind reduction of 80% would be realistic for storm conditions in cypress swamps. The wind speed surface stress is calculated by:

$$\frac{\tau_{wind,x}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,x} - U_x),$$

$$\frac{\tau_{wind,y}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,y} - U_y).$$

With:
    $C_d$ = wind drag coefficient (-),
    $W_{10}$ = wind speed at 10 meter height (m/s),
    $U$ = water velocity (m/s).

The wind drag is defined by Garrat's drag formula (Garrat 1977):
    $C_d = (0.75 + 0.067 W_{10}) \times 10^{-3}$


