UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § § § | |

### DECLARATION OF JAMES F. MCCONNON, JR.

I, James F. McConnon, Jr., declare as follows:

1. I am a Trial Attorney employed by the United States Department of Justice, Civil Division, Federal Tort Claims Act Branch. I have been in this position since August, 2006.

2. I am the Discovery Officer for the *In Re Katrina Canal Breaches Consolidated Litigation*. I have been serving in this position since February, 2007. As the Discovery Officer, I am responsible for collecting documents and electronically stored information from the opposing parties in this case.

3. After receiving Plaintiffs' Opposition to Defendant United States' Motion for Reconsideration (Doc. Rec. No. 18056), I caused a diligent search to be made of all the materials produced by the Plaintiffs in an effort to ascertain whether Plaintiffs had produced the FINEL and SOBEK input and output files. There was no record of the Plaintiffs ever having produced these files to the United States.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2009.

James F. McConnon, Jr.