## Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Monday, March 09, 2009 2:14 PM |
| **To:** | Rob Warren |
| **Cc:** | Joe Bruno; Smith, Robin (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV) |
| **Subject:** | Expert Reliance Materials |

Rob-

   The Plaintiffs' recently filed their Opposition to Defendant United States' Motion for Reconsideration (Doc. Rec. No. 18056) which states that "the plaintiffs have produced all their expert's reliance materials already." Opp. at 2 & 3. I reviewed your March 6, 2009, letter, but did not see where the Plaintiffs have produced the below described reliance materials to the United States. Please let me know when the Plaintiffs produced the following expert reliance materials to the United States because I have been unable to locate them. Please provide me with the information today.

1) ADCIRC SO-8 files- both input and output

2) FINEL files- both input and output

3) SWAN files- it appears we have received the input files. However, we do not appear to have the output files

4) SOBEK files - we have some AVI's related to the 2007 Flood Control Act Expert files, but we do not have the same type of data for the 2008 Expert files. Once again, it does not appear that we have the output files

5) LS-DYNA files- both the input and output files

By input files, we mean the computer files that are used to plug into the model. By output files, we do not mean just the paper results as listed in Plaintiffs' expert reports. Rather, we are referring to the actual computer files that were generated by the above models.

These files should be extremely voluminous.   Thanks.  Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)

3/10/2009