UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES  § CIVIL ACTION
       CONSOLIDATED LITIGATION  § NO. 05-4182 "K" (2)
         § JUDGE DUVAL
_____  § MAG. WILKINSON
         §
PERTAINS TO:  MRGO, *Robinson* (06-2268)  §
_____§

**UNITED STATES OF AMERICA'S
EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS'
OPPOSITION TO UNITED STATES' MOTION FOR RECONSIDERATION**

Plaintiffs have filed an opposition brief to the United States' Motion for Reconsideration. *See* Doc. Rec. No. 17915.  The United States seeks leave to file a reply brief to inform the Court that it has produced Dr. Joannes Westerink's input and output ADCIRC files, and that the Plaintiffs have failed to produce to the United States similar types of computer files used or

generated by their own Dutch experts.

                                            Respectfully submitted,

                                            MICHAEL F. HERTZ
                                            Acting Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            JAMES G. TOUHEY, JR.
                                            Assistant Director, Torts Branch

                                             s/ James F. McConnon, Jr.
                                            JAMES F. McCONNON, JR.
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 616-4400/ (202) 616-5200 (Fax)
                                            Attorneys for the United States

Dated:  March 10, 2009

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on March 10, 2009, I served a true copy of the United States of America's Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to United States' Motion for Reconsideration upon all parties by ECF.

                    s/ James F. McConnon, Jr.

                    JAMES F. McCONNON, JR.