UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____ | § | |

## ORDER

Having considered the United States of America's Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to United States' Motion for Reconsideration, and for good cause shown, it is hereby ORDERED that the motion is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

1