UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

NOTICE OF HEARING RE: UNITED STATES OF AMERICA'S
EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS'
OPPOSITION TO UNITED STATES' MOTION FOR RECONSIDERATON

**PLEASE TAKE NOTICE** that the defendant United States of America on Wednesday, March 25, 2009 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Poydras Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr., will bring on for hearing the United States' Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to United States' Motion for Reconsideration  (Doc. Rec. No. 17915) and

that the motion will be submitted upon the pleadings and supplemental materials, without oral argument.

            Respectfully submitted,

            MICHAEL F. HERTZ
            Acting Assistant Attorney General

            PHYLLIS J. PYLES
            Director, Torts Branch

            JAMES G. TOUHEY, JR.
            Assistant Director, Torts Branch

             s/ James F. McConnon, Jr.
            JAMES F. McCONNON, JR.
            Trial Attorney, Torts Branch, Civil Division
            U.S. Department of Justice
            Benjamin Franklin Station, P.O. Box 888
            Washington, D.C.  20044
            (202) 616-4400 / (202) 616-5200 (Fax)
            Attorneys for the United States

Dated: March 10, 2009

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on March 10, 2009, I served a true copy of "Notice of Hearing Re: United States of America's Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to United States' Motion for Reconsideration" upon all counsel of record by ECF.

      /s/ James F. McConnon, Jr.
      James F. McConnon, Jr.