UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION

    NO. 05-4182 "K"(2)

PERTAINS TO: MRGO, Robinson, 06-2268      JUDGE DUVAL
    MAG. JUDGE WILKINSON

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION:     United States' Motion to Reconsider, Record Doc. No. 17915

O R D E R E D:

 XXX : DENIED. The previous order stands unaltered.

New Orleans, Louisiana, this  11th  day of March, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE