UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES            §       CIVIL ACTION
         CONSOLIDATED LITIGATION           §       NO. 05-4182 "K" (2)
                                           §       JUDGE DUVAL
_____§       MAG. WILKINSON
                                           §
PERTAINS TO:  MRGO, *Robinson* (06-2268)   §
_____§

## ORDER

Having considered the United States of America's Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendant United States' Motion to Compel, Record Doc. No. 18089, and for good cause shown, **IT IS ORDERED** that the motion is GRANTED.

New Orleans, Louisiana, this __11th__ day of March, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE