UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE/FORCED PLACE<br>    Specific Case Nos. listed in Appendix A | Judge Duval<br><br>Magistrate Wilkinson |

### ORDER

Considering the foregoing Motion for Leave to file Memorandum in Support of Motion to Dismiss in Excess of Page Limitation filed by Defendants,

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED, that the Defendants are hereby granted leave to file their Memorandum, which exceeds the 25-page limitation set forth in the Local Rules.

New Orleans, Louisiana, this  11th  day of March, 2009.

_____
JUDGE