UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES              §        CIVIL ACTION
           CONSOLIDATED LITIGATION           §        NO. 05-4182 "K" (2)
                                             §        JUDGE DUVAL
_____§        MAG. WILKINSON
                                             §
PERTAINS TO:  MRGO, Robinson (06-2268)       §
_____§

## ORDER

Having considered the United States of America's Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to United States' Motion for Reconsideration, Record Doc. No. 18090, and for good cause shown, **IT IS ORDERED** that the motion is GRANTED.

New Orleans, Louisiana, this ___11th___ day of March, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE