UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Esteves, No. 07-3848) | * | |
| | * | |

**JOINT MOTION TO DISMISS**

COMES NOW, plaintiffs, Gertrude and Emanuel Esteves, and defendant, The Standard Fire Insurance Company ("Standard Fire"), incorrectly referred to as St. Paul Travelers Group, and The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that the parties desire to dismiss, with prejudice, the consolidated cause bearing Docket No. 07-3848, with each party to bear its own court costs.

1

Respectfully submitted:

_____
Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110
Email: pgkehoejr@kehoejr.com

Roy F. Amedee, Jr.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222
Email: remedeejr@aol.com

Allan Berger
Allan Berger & Associates, PLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481
Email: aberger@allan-berger.com

Andrea S. Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224
Email: alestelle@lestellelaw.com

Brent A. Klibert
Brent A. Klibert, Attorney at Law
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222
Email: brent@klibertlaw.com

Jeffery Bryan Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 7002-3726
504-828-1224
Email: struckhoff@lestellelaw.com

2

John Van Robichaux, Jr.
Robichaux Law Firm
6305 Elysian Fields Ave., Suite 304
P.O. Box 792500
New Orleans, LA 70122
985-809-0620
info@robichauxlaw.com

Terrence Jude Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224
Email: lestelle@lestellelaw.com

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777
Fax: 504-838-9903
Email: pconnick@connicklaw.com

ATTORNEYS FOR GERTRUDE AND EMANUEL ESTEVES

/s/ Gary J. Russo
GARY J. RUSSO (10828)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com

ATTORNEYS FOR THE STANDARD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on ___March 11___, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Gary J. Russo