## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE:  KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:  BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K"  (2)** |
| | * | |
| *Boutte v. Lafarge*        **05-5531** | * | |
| *Mumford v. Ingram*        **05-5724** | * | |
| *Lagarde v. Lafarge*        **06-5342** | * | **JUDGE** |
| *Perry v. Ingram*        **06-6299** | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*        **06-7516** | * | |
| *Parfait Family v. USA*        **07-3500** | * | **MAG.** |
| *Lafarge v. USA*        **07-5178** | * | **JOSEPH C. WILKINSON, JR.** |
| *Weber v. Lafarge*        **08-4459** | * | |

### RE-NOTICE OF DEPOSITION OF WALTER STONE

**TO:    ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that "Barge Plaintiffs," through undersigned counsel, are changing the date of the deposition **Walter Stone** originally noticed to take place on March 20, 2009.  The deposition will now take place on **Tuesday, March 31, 2009 at 10:30 a.m.** at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300  for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,


By:        /s/ Edward L. Moreno,
                 Brian A. Gilbert, Esq.(21297)
                 Edward L. Moreno, Esq. (30838)
                 LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                 821 Baronne Street
                 New Orleans, Louisiana 70113
                 Telephone: (504) 885-7700
                 Telephone: (504) 581-6180
                 Facsimile: (504) 581-4336
                 e-mail: bgilbert@briangilbertlaw.com,
                 eleemoreno@gmail.com

                 /s/ Lawrence D. Wiedemann,
                 Lawrence D. Wiedemann.(13457)
                 Karl Wiedemann (18502)
                 Karen Wiedemann (21151)
                 WIEDEMANN & WIEDEMANN
                 821 Baronne Street
                 New Orleans, Louisiana 70113
                 Telephone: (504) 581-6180
                 Facsimile: (504) 581-4336
                 e-mail: lawrence@wiedemannlaw.com,
                 karl@wiedemannlaw.com,
                 karen@wiedemannlaw.com,

                 /s/ Patrick J. Sanders
                 Patrick J. Sanders (18741)
                 3316 Ridgelake Drive
                 Suite 100
                 Metairie, LA 70002
                 Telephone: 504-834-0646
                 e-mail: pistols42@aol.com

                 /s/ Richard T. Seymour
                 Richard T. Seymour (D.C. Bar #28100)
                 Law Office of Richard T. Seymour, P.L.L.C.
                 1150 Connecticut Avenue N.W., Suite 900
                 Washington, D.C.  20036-4129
                 Voice: 202-862-4320
                 Cell:   202-549-1454
                 Facsimile:  800-805-1065 and 202-828-4130
                 e-mail: rick@rickseymourlaw.net,

/s/Shawn Khorrami

Shawn Khorrami (CA Bar #180411)

Dylan Pollard(CA Bar #180306)

Matt Bailey (CA Bar #218685)

Khorrami Pollard & Abir, LLP

444 S. Flower Street 33rd Floor

Los Angeles, CA 90071

Tel 213.596.6000

Fax 213.596.6010

skhorrami@kpalawyers.com

dpollard@kpalawyers.com

mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record, by ECF  upload, this 11TH  day of March  2009.

\s\ Edward L. Moreno

**EDWARD L. MORENO**