UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**FILED IN:**   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

### CONSENT MOTION & INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING DATE
### re: Motion for Summary Judgement (Rec Doc. 18001)

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT**, through undersigned counsel, comes the LEVEE PSLC, which moves for an extension of time in which to file an Opposition to the above referenced Motion for Summary Judgement, for the following reasons:

I.

By Order of the Court (Rec. Doc. 17813), the defendant the Public Belt Railroad Commission for the City of New Orleans ("PBR") filed a Motion for Summary Judgment on March 3, 2009 (Rec. Doc. 18001).

II.

By that Order, Plaintiffs were to file an opposition on March 11, 2009. However, the attorney focusing on the cause of action against the PBR, William Gambel, recently passed away.

III.

Plaintiffs request additional time to have the opposition assigned to new counsel. Plaintiffs propose that the new hearing date be April 1, 2009, with Plaintiffs' Opposition filed on Wednesday, March 18th.

IV.

Plaintiffs have conferred with counsel for the PBR, Galen Brown, who in consideration of the circumstances, enters no objection to a brief extension of time in which to file an opposition.

WHEREFORE, the LEVEE PSLC prays that the Court grant the above referenced Motion, and that a brief extension of time be a given to have an opposition filed to the PBR's Motion for Summary Judgement.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

LEVEE PLAINTIFFS' SUB-GROUP
LITIGATION COMMITTEE

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For
LEVEE PLAINTIFFS' SUB-GROUP LITIGATION
COMMITTEE

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 11th day of March, 2009.

 /s/ Joseph M. Bruno
Joseph M. Bruno