## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**FILED IN:**   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the LEVEE PSLC's Consent Motion to Continue the Hearing Date re; Motion for Summary Judgement (Rec.Doc. 18001) be and is hereby **GRANTED**, thereby allowing a brief extension of the hearing date to April 1, 2009, with the Plaintiffs to file their Opposition on March 18, 2009, to allow the Plaintiffs to file an opposition to the Public Belt's Motion for Summary Judgement.

This _____ day of _____, 2009, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE