## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:  ROAD HOME<br>*Louisiana State*, C.A. No. 07-5528 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION  NO.   05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE
### BY THE INSURER DEFENDANTS

**NOW INTO COURT**, come the Insurer Defendants, through their Liaison Counsel, Ralph S. Hubbard III, which respectfully request this Court enter an order extending the deadline for the Insurers to file their responsive pleadings to thirty (30) days after the Court rules on the presently pending Motion to Strike Class Allegations from Insurance Master Complaint for the following reasons to wit:

1.

This Court entered its ruling on the Insurer Defendants' Motion to Dismiss and the Motion to Remand and Sever filed by the State of Louisiana ("State") on March 5, 2009.  [Rec. Doc. 18033].  The Court denied the State's Motion to Remand and Sever, and the Court granted in part and denied in part the Defendant Insurers' Motion to Dismiss.  *Id*.

2.

Where a motion to dismiss is denied, FRCP 12(a)(4)(A) sets forth that "the responsive pleading shall be served within 10 days of notice of the court's action."

3.

Defendant Insurers' direct the Court to the State's Stipulation [Rec. Doc. 17568] wherein the State agreed to be bound by this Court's ruling on the Motion to Strike Class Allegations [Rec. Doc. 16711] from the Insurance Master Consolidated Class Action Complaint [Rec. Doc. 3413]. In response to the State's Stipulation, the Defendant Insurers filed a Preliminary Response to State's Stipulation Regarding Class Allegations. [Rec. Doc. 17613]

4.

In light of the volume of claims at issue and the number of defendants, the Defendant Insurers believe that a case management order should be employed by the Court to facilitate and streamline the litigation in conformity with past practices with other umbrellas of this consolidated litigation. The Insurer Defendants are committed to jointly working with the State towards a proposed case management order for the Court's consideration.

5.

However, in light of the State's Stipulation concerning its class allegations, the Defendant Insurers believe it is premature to commence working on a case management order. The direction of the instant litigation will be significantly impacted by the Court's resolution of the Motion to Strike Class Allegations [Rec. Doc. 16711] from the Insurance Master Consolidated Class Action Complaint [Rec. Doc. 3413].

6.

Undersigned counsel certifies that the State has been contacted and has no opposition to this motion.

**WHEREFORE**, the Insurer Defendants, through their Liaison Counsel, Ralph S. Hubbard III, which respectfully pray this Court enter an order extending the deadline for the

Insurers to file their responsive pleadings to thirty (30) days after the Court rules on the presently pending Motion to Strike Class Allegations from Insurance Master Complaint

Respectfully submitted:

*/s/ Ralph S. Hubbard III*
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504)310-9195
E-Mail:      rhubbard@lawla.com
             sschmeeckle@lawla.com
**Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2009, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard III
Ralph S. Hubbard III