Updated: 03/11/09

# LAFARGE DEPOSITIONS

| Date | Deponent | Case | Noticed By | Subject | Location/Time |
|---|---|---|---|---|---|
| 01/13/09 | Jimmie Perry | Barge | LNA | Fact | Chaffe McCall |
| 01/13/09 | Nellie Perry | Barge | LNA | Fact | Chaffe McCall |
| 01/12/09 | Mildred Dean | Barge | LNA | Fact | Chaffe McCall |
| 01/12/09 | Aida Koch | Barge | LNA | Fact | Chaffe McCall |
| 01/14/09 | Herbert Warren | Barge | LNA | Fact | Chaffe McCall |
| 01/14/09 | Mary Warren | Barge | LNA | Fact | Chaffe McCall |
| 01/14/09 | Emile Goetz | Barge | LNA | Fact | Chaffe McCall |
| 01/16/09 | Joyce Daniels | Barge | LNA | Fact | Chaffe McCall |
| 01/16/09 | Earl Daniels | Barge | LNA | Fact | Chaffe McCall |
| 01/20/09 | Henry "Junior" Rodriguez | Barge | LNA | St. Bernard Parish Council | Chaffe McCall |
| 01/20/09 | Karen Genovese | Barge | LNA | Fact | Chaffe McCall |
| 01/21/09 | Ethel Leon | Barge | LNA | Fact | Chaffe McCall |
| 01/21/09 | Karen Leon | Barge | LNA | Fact | Chaffe McCall |
| 01/21/09 | Aaron Lee | Barge | LNA | Boom Witness | Chaffe McCall |
| 01/22/09 | Donald Pritchett | Barge | LNA | Fact | Chaffe McCall |
| 01/22/09 | Michael Lagarde | Barge | LNA | Fact | Chaffe McCall |
| 01/22/09 | Marentha Lagarde | Barge | LNA | Fact | Chaffe McCall |
| 01/23/09 | Gregory Campbell | Barge | LNA | Boom Witness | Chaffe McCall |
| 01/26/09 | Joycelyn Moses | Barge | LNA | Fact | Chaffe McCall |
| 01/26/09 | Rico Sutton | Barge | LNA | Fact | Chaffe McCall |
| 01/27/09 | Blaire Boutee | Barge | LNA | Fact | Chaffe McCall |
| 01/27/09 | Darryl Traylor | Barge | LNA | Fact | Chaffe McCall |
| 01/27/09 | Sharlet Bordelon | Barge | LNA | Fact | Chaffe McCall |
| 01/27/09 | Clitton Bordelon | Barge | LNA | Fact | Chaffe McCall |
| 01/28/09 | Everidge Green | Barge | LNA | Fact | Chaffe McCall |
| 01/28/09 | Robert Green | Barge | LNA | Fact | Chaffe McCall |

1260051-1

| Date | Name | | | Type | Location |
|---|---|---|---|---|---|
| 01/29/09 | Steven D. Fitzgerald, P.E. | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | 400 Poydras St., Suite 900, N.O. ,LA 70130– 9:00am |
| 01/29/09 | Brian R. Jarvinen | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | 400 Poydras St., Suite 900, N.O. ,LA 70130– 9:00am |
| 01/29/09 | Kevin McFarland | Barge | LNA | Fact | Chaffe McCall – 10:00am |
| 01/29/09 | Melba Gibson | Barge | LNA | Fact | Chaffe McCall – 2:00pm |
| 01/30/09 | Mike Ginart | Barge | LNA | St. Bernard Council | Chaffe McCall – Cancelled, still in D.C. |
| 01/30/09 | Fred Everhardt, Jr. | Barge | LNA | St. Bernard Council | Chaffe McCall – Cancelled, still in D.C. |
| 01/30/09 | Doris Shanks | Barge | LNA | Fact | Chaffe McCall – Cancelled to be Rescheduled as per C.B. |
| 02/02/09 | Polly Boudreaux | Barge | LNA | Former St. Bernard Council | Chaffe McCall – 9:30am |
| 02/02/09 | Patricia Camp "Kampa" | Barge | LNA | Fact | Chaffe McCall – 11:30am – Service Difficulty. Holding service as requested by DAW |
| 02/03/09 | John Crawford | Robinson | Plaintiffs | 30(b)(2) (Videotaped) | Bruno Law Firm – 9:30am |
| 02/03/09 | David Payse | Barge | LNA | St. Bernard Atty. | Chaffe McCall – 11:30pm |
| 02/03/09 | Jack Stephens | Barge | LNA | St. Bernard Sheriff | Chaffe McCall – 3:00pm –Service |

1260051-1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Difficulty. Holding service as requested by DAW |
| 02/04/09 & 02/05/09 | Bruce A. Ebersole P.E. | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | 400 Poydras St., Suite 900, N.O. ,LA 70130 – 9:00am |
| 02/04/09 | Scott Taylor | Robinson | USA | 30(b)(2) (Videotaped) | Bruno Law Firm – 9:00am |
| 02/04/09 | Dr. Lynard de Wit | Robinson | USA | 30(b)(2) (Videotaped) | Bruno Law Firm – 9:00am |
| 02/04/09 | Ray Lauga, Jr. | Barge | LNA | St. Bernard Parish Council | Chaffe McCall – 12:30pm |
| 02/05/09 | Dr. C Gautier | Robinson | USA | 30(b)(2) (Videotaped) | Bruno Law Firm – 9:00am |
| 02/05/09 | Louis D. Britsch III | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | 400 Poydras St., Suite 900, N.O. ,LA 70130 – CANCELLED |
| 02/05/09 | Mike Gorbaty | Barge | LNA | St. Bernard Council | Chaffe McCall – 9:30am |
| 02/06/09 | Dr. Matthijs Kok | Robinson | USA | 30(b)(2) (Videotaped) | Bruno Law Firm – **Possible Cancellation** |
| 02/06/09 | Thomas F. Wolff, Ph.D, P.E. | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | 400 Poydras St., Suite 900, N.O. ,LA 70130 – 9:00am |
| 02/06/09 | John A. Barras | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | 400 Poydras St., Suite 900, N.O. ,LA 70130 – 9:00am |
| 02/09/09 | Dr. Donald T. Resio | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | 400 Poydras St., Suite 900, N.O. ,LA 70130 – 9:00am |
| 02/09/09 | Alfred McRoyal | Barge | LNA | Boom Witness | Chaffe McCall – 9:30 am |

1260051-1

| Date | Name | | | Type | Location |
|---|---|---|---|---|---|
| 02/09/09 | Don Davis, Jr. | Barge | LNA | Boom Witness | Chaffe McCall - 10:30am |
| 02/09/09 | Darrell Raymond | Barge | LNA | Boom Witness | Chaffe McCall – 1:00pm |
| 02/09/09 | Rita Raymond | Barge | LNA | Boom Witness | Chaffe McCall – 2:00pm |
| 02/10/09 | Stephen R. Deloach, P.E., L.S. | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | USDOJ, 1331 Pennsylvania Ave NW, Room 8078N, Washington, DC 20004 – 9:00am |
| 02/10/09 | Arcola Sutton | Barge | LNA | Fact | Chaffe McCall – 10:00am |
| 02/10/09 | Richard Riess, Jr. | Barge | LNA | Pump Station Operator | Charles Lanier, Pan American Life, 601 Poydras St., Suite 2300– 3:00pm |
| 02/11/09 | Dr. Duncan FitzGerald | Robinson | USA | 30(b)(2) (Videotaped) | Bruno Law Firm – 9:00am |
| 02/11/09 | Donna Buford | Barge | LNA | Boom Witness | Chaffe McCall – Medical reason per DAW e-mail |
| 02/11/09 | Darian Hunter | Barge | LNA | Boom Witness | Chaffe McCall – 1:00pm |
| 02/12/09 | Dr. Ivor van Heerden | Robinson | USA | 30(b)(2) (Videotaped) | Bruno Law Firm – 9:00am- per Rob Warren 02/10/09 e-mail.  Dr. is out of the country. |
| 02/13/09 | Dr. Shih-Ang Hsu | Robinson | USA | 30(b)(2) (Videotaped) | Bruno Law Firm – 9:00am |
| 02/13/09 | David Green | Barge | LNA | Fact | Chaffe McCall – 10:00am |

1260051-1

| 02/13/09 | Sarah Price | Barge | LNA | Boom Witness | Chaffe McCall – 2:00pm |
| 02/13/09 | Marie Benoit | Barge | LNA | Fact | Chaffe McCall – 4:00pm Per Dylan Pollard 02/04/09 E-Mail |
| 02/16/09 | David Gordon | Barge | LNA | Boom Witness | Chaffe McCall – 9:30am- Service held due to out of town location (Sugarland, TX) per DAW |
| 02/16/09 | Jerome Aguillard | Barge | LNA | Boom Witness | Chaffe McCall – 10:30am |
| 02/16/09 | Derrick Andrews | Barge | LNA | Boom Witness | Chaffe McCall – 1:00pm- Service held due to out of town location (Jackson, MS) per DAW |
| 02/16/09 | Reginal K-elley | Barge | LNA | Boom Witness | Chaffe McCall – 2:00pm- Service held due to out of town location (Houston, TX) per DAW |
| 02/17/09 | Debra Blackwell | Barge | LNA | Boom Witness | Chaffe McCall – 9:30am |
| 02/17/09 | William Blackwell | Barge | LNA | Boom Witness | Chaffe McCall – 10:30am- Crippled, wife (Debra Blackwell) attended. Per DAW, need not reschedule. |
| 02/17/09 | Glenn Cross | Barge | LNA | Boom Witness | Chaffe McCall – 1:00pm |

1260051-1

| Date | Name | | | Type | Location |
|---|---|---|---|---|---|
| 02/17/09 | Joy Davis | Barge | LNA | Boom Witness | Chaffe McCall – 4:00pm |
| 02/18/09 | Arthur Foley, Sr. | Barge | LNA | Boom Witness | Chaffe McCall – 9:30am |
| 02/18/09 | Helen Watts McNeal | Barge | LNA | Boom Witness | Chaffe McCall – 10:30am |
| 02/18/09 | Raymond McNeal | Barge | LNA | Boom Witness | Chaffe McCall – 1:00pm |
| 02/18/09 | Emile Perez, III | Barge | LNA | Boom Witness | Chaffe McCall – 2:00pm- Service held due to out of town location (Monroe, LA) per DAW |
| 02/19/09 & 02/20/09 | Reed L. Mosher | MGRO, Robinson | Plaintiffs (Bruno) | 30(b)(2) (Videotaped) | Bruno Law Firm- 02/19/09 @ 9:00am, 02/20/09 @ 8:00am |
| 02/19/09 | Tirrell Turner | Barge | LNA | Boom Witness | Chaffe McCall – 9:30am Service held due to out of town location (Port Barre, LA) per DAW |
| 02/19/09 | Calvin Webb | Barge | LNA | Boom Witness | Chaffe McCall – 10:30am |
| 02/27/09 | Jonathan Green | Barge | LNA | Fact | Chaffe McCall – 10:00am- per DAW e-mail Previously set for 2/13/09 & cancelled |
| 01/30/09 / 02/27/09 | Dr. Robert Bea | Robinson | USA | 30(b)(2) (Videotaped) | Goodwin Procter (San Francisco) – 9:00am |
| 03/02/09 | Anthony Dunn | Barge | LNA | Fact | Chaffe McCall – 10:00am rescheduled from  1/26/09 per |

1260051-1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | DAW e-mail. No show on 03/02/09 per DAW. |
| 03/04/09 | John Cunningham | Barge | Barge Plaintiffs / Brian Gilbert | Fact | Chaffe McCall – 2:00pm |
| 03/05/09 | Kenneth Henderson | Barge | LNA | St. Bernard Council Member | Chaffe McCall – 2:30pm Previously set for 02/02/09 and Cancelled |
| 03/09/09 | George Cavinac | Barge | LNA | St. Bernard Parish Council | Chaffe McCall – 11:00am Previously set for 02/04/09 and Cancelled |
| 03/09/09 | Frank Auderer, Jr. | Barge | LNA | St. Bernard Council | Chaffe McCall – 12:30pm Previously set for 01/30/09 and Cancelled do to D.C. trip |
| 03/10/09 | Jerry Colletti | Barge | Plaintiffs / Brian Gilbert | | DOJ Repository 400 Poydras Street, 9th Fl, N.O., LA 70130– 10:00am |
| | | | | | |
| 03/18/09 | Rob Buisson | Barge | Plaintiffs / Brian Gilbert | | DOJ Repository 400 Poydras Street, 9th Fl, N.O., LA 70130- 10:00am |
| 03/19/09 | Gregory Miller | Barge | Plaintiffs / Brian Gilbert | | DOJ Repository 400 Poydras Street, 9th Fl, N.O., LA 70130- 2:30am |
| 03/20/09 | Craig Taffaro | Barge | LNA | St. Bernard Parish Council | St. Bernard Gov Complex, 8201 W. |

1260051-1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Judge Perez Dr. – 10:00am per DAW e-mail Previously set for 02/04/09 and Cancelled per Gilbert |
| 03/23/09 | Max Hardberger | Barge | Plaintiffs / Brian Gilbert | | Chaffe McCall- 2:00pm |
| 03/24/09 | Vic Schubert | Barge | Plaintiffs / Brian Gilbert | | Chaffe McCall – 2:00pm |
| 03/24/09 | A.J. Sylve | Barge | Plaintiffs / Brian Gilbert | | Chaffe McCall – 3:30pm |
| 03/25/09 | Walter Baumy | Barge | Plaintiffs / Brian Gilbert | | DOJ Repository 400 Poydras Street, 9th Fl, N.O., LA 70130– 9:00am |
| 03/25/09 | LNA | Barge | Barge Plaintiffs / Brian Gilbert | 30(b)(2) | Chaffe McCall – 10:00am |
| 03/26/09 | Donald R. Bourgeois Jr. | Barge | | St. Bernard Recreational Dept. Director | Pending notification |
| 03/27/09 | Reed Mosher | Barge | Barge Plaintiffs / Brian Gilbert | | Goodwin Procter LLP, 901 New York Ave., NW, Washington, DC 20001 -9am |
| 04/02/09 | Harris Irvin, III | Barge | LNA | Fact | Thomas & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, TX 75201 |
| 04/06/09 | Jocelyn Carter | Barge | LNA | Fact | Chaffe McCall - 9:30am |
| 04/06/09 | Raymond Cross | Barge | LNA | Fact | Chaffe McCall - 1pm |
| 04/06/09 | Sydney Roux | Barge | LNA | Fact | Chaffe McCall - 3pm |

1260051-1

| 04/07/09 | John Vincent Meyers | Barge | LNA | Fact | Chaffe McCall - 10am |
| 04/07/09 | Dennis Martinez | Barge | LNA | Fact | Chaffe McCall - 1pm |
| 04/07/09 | Jonathan Samija | Barge | LNA | Fact | Chaffe McCall - 3pm |
| 04/08/09 | Madeline Faust | Barge | LNA | Fact | Chaffe McCall - 10am |
| 04/08/09 | Stan Guidry | Barge | LNA | Fact | Chaffe McCall - 1pm |
| 04/09/09 | Donald Bordelon | Barge | LNA | Fact | Chaffe McCall - 9:30am |
| 04/09/09 | Coleen Bordelon | Barge | LNA | Fact | Chaffe McCall - 1pm |
| 04/09/09 | Donna Bordelon | Barge | LNA | Fact | Chaffe McCall - 3pm |

1260051-1