-1-

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION  NO.   05-4182 "K"(2) § § JUDGE DUVAL § § MAGISTRATE WILKINSON § |
| PERTAINS TO:  ROAD HOME *Louisiana State*, C.A. No. 07-5528 | § § |

## ORDER

Considering the foregoing Consent Motion to Extend Responsive Pleading Deadline filed by the Defendant Insurers;

**IT IS HEREBY ORDERED** the Motion to Extend Responsive Pleading Deadline filed by the Defendant Insurers is GRANTED.  The deadline for the defendants to file responsive pleadings is hereby extended up to and through the thirtieth day after the issuance of the Court's ruling on the Motion to Strike Class Allegations [Rec. Doc. 16711] from the Insurance Master Consolidated Class Action Complaint [Rec. Doc. 3413].

New Orleans, Louisiana this   13th   day of March, 2009.

_____
**UNITED STATES DISTRICT JUDGE**