# CHAFFE  McCALL
L.L.P.



**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

March 10, 2009

**VIA FACSIMILE: 504 589-7633**
The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Div. 2, U.S. District Court
Eastern District of La.
Room B409, Hale Boggs Bldg.
500 Poydras Street
New Orleans LA 70130

Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
C.A. No. 05-4182"K" (2), Applies to "Barge"
*Boutte V. Lafarge* C.A. No. 05-5531
*Mumford V. Ingram* C.A. No. 05-5724
*Lagarde V. Lafarge* C.A. No. 06-5342
*Perry V. Ingram Barge* C.A. No. 06-6299
*Benoit V. Lafarge* C.A. No. 06-7516
*Parfait V. USA* C.A. No. 07-3500
*LNA v. USA* C.A. No. 07-5178
*Weber v. Lafarge* C.A. No. 08-4459
U.S. District Court, E.D. of La.
Our Ref: 99675/28821

*File the in record* 3/11/09

Dear Magistrate Judge Wilkinson:

Barge plaintiffs and Lafarge North America Inc. ("LNA"), have diligently been attempting to finalize fact discovery within the present deadline of March 30. However, due to difficulties in scheduling numerous Government controlled witnesses and in locating and subpoenaing local displaced individuals, the parties need an additional two weeks, through April 17, to complete discovery. Moving this deadline will not affect any other deadlines.

We trust this meets with the Court's approval.

Respectfully submitted,

Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
*Attorney for Lafarge North America Inc.*

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 815 Walker Street, Suite 953 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806
www.chaffe.com

1259434-1

_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

March 10, 2009
Page 2

                                  Dylan Pollard, Esq. (CA Bar#180306)
                                  Khorrami Pollard & Abir LLP (KP&A)
                                  444 S. Flower Street
                                  33rd Floor
                                  Los Angeles, CA 90071
                                  *Attorney for Barge Plaintiffs*

DAW/DP:em

cc:    Mr. Brian Gilbert – bgilbert@briangilbertlaw.com
       All counsel

1259434-1