UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES   *     C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION     *     JUDGE: DUVAL
_____ *     MAG.: WILKINSON
                              *

PERTAINS TO:                  *
INSURANCE (Ancar, No. 07-4853)   *

---

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ELAINE HAYNES**, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA