UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*        07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*      08-4459 | * | |

## DECLARATION OF GENNARO G. MARINO, PH.D, P.E. IN SUPPORT OF BARGE PLAINTIFFS' FIRST MOTION TO CONTINUE INDIVIDUAL TRIALS AND FOR MODIFICATION OF CASE MANAGEMENT ORDER NO. 7

I, Gennaro G. Marino, Ph.D, P.E., declare as follows:

1. I am over the age of 18, and I am a resident of Urbana, Illinois. I make this Declaration in support of the *Plaintiffs' First Motion to Continue Individual Trials and Modify Case Management Order No. 7*. I have personal knowledge of the matters stated herein and if called as a witness I could and would testify truthfully and competently to the matters stated herein.

2. I am the principle of Marino Engineering Associates, Inc., located in Urbana, Illinois, and have been retained by the counsel for the Plaintiffs in the above captioned lawsuit to perform comprehensive analysis of the EBIA and eastern Industrial Canal floodwall breaches, and to offer expert opinion testimony as to the cause(s) and mechanics thereof for purposes of trial in the above captioned Action.

1

DECLARATION OF GENNARO G. MARINO, PH.D, P.E.

3. To date, a core component of my investigation has focused on whether the ground supporting the INHC floodwall played any causal role in failure of these portions of the INHC floodwall. Evaluation of this issue, which entails detailed analysis of soil boring data, has proven to be extremely time consuming, as the model requires massive quantities of data be inputted in segmented layers to achieve an accurate and reliable result. Since being retained, my firm has diligently been working on processing this information for purposes of creating a causation model that will stand as the basis of my expert report. However, this process cannot be expedited for completion by March 16, 2009 or any date before early June 2009, as the accuracy and reliability of the model requires that each variable be added and examined one layer at a time.

4. Currently, the status of the model has not been sufficiently developed to be included in my Report. In my opinion, submitting a partial report that excludes soil boring data analysis is not a workable solution, as soil boring analysis plays a significant role in the overall causal analysis. An extension of three months (to June 2009) will be sufficient to produce a model which is sufficiently developed to meet standards of reliability.

I declare under penalty of perjury of the laws of the State of Illinois and the United States that the foregoing is true and correct and that this declaration was executed by me on this 12th day of March 2009, at Urbana, Illinois.

Gennaro G. Marino, Ph.D, P.E., Declarant

2
**DECLARATION OF GENNARO G. MARINO, PH.D, P.E.**