# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*        08-4459 | * | |

## PROPOSED STATUS CONFERENCE ORDER ON MOTION FOR EXPEDITED STATUS CONFERENCE RELATIVE TO BARGE PLAINTIFFS' FIRST MOTION TO CONTINUE INDIVIDUAL TRIALS AND FOR MODIFICATION OF CASE MANAGEMENT ORDER NO. 7

Considering the above and foregoing, as well as Barge Plaintiffs' First Motion to Continue Individual Trials and for Modification of Case Management Order No. 7, it is hereby **ORDERED** that this Court shall conduct a status conference at _____ o'clock ___.m. on the _____ day of _____, 2009 for the purpose of evaluating the Barge Plaintiffs' request for continuance and modification of Case Management Order No. 7.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
**HON. STANWOOD R. DUVAL, JR.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document, the accompanying Memorandum and its attachments, the accompanying proposed form of Order, and the accompanying Notice, have been served upon counsel of record, by ECF upload, this 13th day of March, 2009.

\s\Brian A. Gilbert