UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2), (3) |
| PERTAINS TO LEVEE AND MR GO: | * | |
| | * | |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | MAG. J. KNOWLES |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |
| | * | |

*******************************************

### OBJECTIONS TO PROPOSED CERTIFICATION AND SETTLEMENT

Plaintiffs in Case No. 06-5116 (*Sims*), Case No. 06-5118 (*Richard*), Case No. 06-5142 (*Augustine*), Case No. 06-5132 (*Ferdinand*), Case No. 06-5131 (*Bourgeois*), Case No. 06-5134 (*Christophe*), Case No. 06-5137 (*Williams*), Case No. 06-5127 (*DePass*), Case No. 06-5128 (*Adams*), and Case No. 06-5140 (*Porter*), who filed Complaints under F.R.C.P. 20,  object to the Proposed Settlement submitted by the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Southeast

Louisiana Flood Protection Authority-East, the Southeast Louisiana Flood Protection Authority-East (sic), and St. Paul Fire and Marine Insurance Company, "Settling Defendants," as follows:

1. There is no evidence of the inadequacy of the "limited fund" to pay all claims, other than the agreement of the settling parties;

2. The defendants (as opposed to their insurers) are making no contributions to the limited fund;

3. There is no showing that the potential claimants will be treated fairly or equitably among themselves; and

4. The proponents of the settlement have not shown through investigation or otherwise that the insurance proceeds being paid are the only insurance proceeds available for purposes of settlement.

Movers will file their memorandum in support of these objections on or before March 20, 2009, in accordance with the Court's order dated March 10, 2009.

        Respectfully submitted,

        s/s James K. Irvin _____
        James K. Irvin (# 7166)
        MILLING BENSON WOODWARD L.L.P
        909 Poydras Street, Suite 2300
        New Orleans, LA  70112-1010
        Telephone:  (504) 569-7000
        Facsimile:  (504) 569-7001
        jirvin@millinglaw.com

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000

## Certificate of Service

      I hereby certify that on the 11th day of March, 2009, I electronically filed Objections to Proposed Certification Settlement with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter.

                                               /s/James K. Irvin

MBW 381292