EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XJW | 005 | XJW-005-000000001 | XJW-005-000000001 | Expert Witness | Joannes Westerink | KC1034 | 3/13/2009 | Robinson | ADCIRC Source Code |
| XJW | 006 | XJW-006-000000001 | XJW-006-000000002 | Expert Witness | Joannes Westerink | KC1034 | 3/13/2009 | Robinson | STWAVE Source Code |