UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2), (3) |
| PERTAINS TO LEVEE AND MR GO: | * | |
| | * | |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | MAG. J. KNOWLES |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED OBJECTIONS TO PROPOSED CERTIFICATION AND SETTLEMENT AND NOTICE OF INTENT TO APPEAR

Plaintiffs in Case No. 06-5116 (*Sims*), Case No. 06-5118 (*Richard*), Case No. 06-5142 (*Augustine*), Case No. 06-5132 (*Ferdinand*), Case No. 06-5131 (*Bourgeois*), Case No. 06-5134 (*Christophe*), Case No. 06-5137 (*Williams*), Case No. 06-5127 (*DePass*), Case No. 06-5128 (*Adams*), and Case No. 06-5140 (*Porter*), who filed Complaints under F.R.C.P. 20, object to the Proposed Settlement submitted by the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee

District, the East Jefferson Levee District, the Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East, the Southeast Louisiana Flood Protection Authority-East (sic), and St. Paul Fire and Marine Insurance Company, "Settling Defendants," as follows:

1. There is no evidence of the inadequacy of the funds available to the Settling Defendants to pay all claims, other than the agreement of the settling parties;

2. The defendants (as opposed to their insurers) are making no contributions to the limited fund;

3. There is no showing that the potential claimants will be treated fairly or equitably among themselves; and

4. The proponents of the settlement have not shown through investigation or otherwise that the insurance proceeds being paid are the only insurance proceeds available for purposes of settlement.

5. The proposed settlement with the levee boards fails to meet the tests set forth by the United States Supreme Court for the approval of a "limited fund" mandatory class, either with respect to adequacy of representation or due process of law.

Movers will file their memorandum in support of these objections on or before March 20, 2009, in accordance with the Court's order dated March 10, 2009, and specifically request leave of Court to appear for oral argument to present their opposition to this proposed settlement at the time of the Fairness Hearing scheduled for April 2, 2009. Plaintiffs reserve the right to adopt any or all of the objections filed herein by other affected persons or entities.

    Respectfully submitted,

    s/s James K. Irvin_____
    James K. Irvin (# 7166)
    MILLING BENSON WOODWARD L.L.P
    909 Poydras Street, Suite 2300

                                                                           New Orleans, LA  70112-1010
                                                                            Telephone:  (504) 569-7000
                                                                            Facsimile:  (504) 569-7001
                                                                             jirvin@millinglaw.com

Of Counsel:
John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000

## Certificate of Service

      I hereby certify that on the 13th day of March, 2009, I electronically filed Amended Objections to Proposed Certification Settlement and Notice of Intent to Appear with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter.

                                                                                s/s  James K. Irvin_____

381426