UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO LEVEE                             Civil Action No. 05-4182

### MOTION FOR ATTORNEY MICHAEL T. KIRKPATRICK
### TO APPEAR *PRO HAC VICE*

1.     Pursuant to Local Rule 83.2.6, Jennifer J. Rosenbaum, a member of this Court, moves this Court to allow her co-counsel, Michael T. Kirkpatrick, to appear *pro hac vice* on behalf of class members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart, objectors to the proposed class action settlement agreement.

2.     Michael T. Kirkpatrick is an attorney ineligible to become a member of the bar of this Court. Attached to this motion is a certificate by the Clerk of the District of Columbia Court of Appeals showing that Mr. Kirkpatrick is a member in good standing of the highest court of the District of Columbia. Also attached to this motion is a declaration stating that no disciplinary proceedings or criminal charges have ever been instituted against Mr. Kirkpatrick, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Louisiana and this Court.

1

3. Ms. Rosenbaum will be associated with Mr. Kirkpatrick and will be responsible to the Court at all stages of the proceedings.

Respectfully submitted this 11th day of March 2009,

Jennifer J. Rosenbaum, Local Counsel
La. Bar No. 31946
New Orleans Workers' Center for Racial Justice
217 N. Prieur St.
New Orleans, LA 70112
(615) 423-0152
jjrosenbaum@gmail.com


Michael T. Kirkpatrick, Trial Attorney
DC Bar No. 486293
*Pro Hac Vice Motion Pending*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
mkirkpatrick@citizen.org

Counsel for Objectors Mary Brinkmeyer,
Michelle LeBlanc, and Thomas C. Stuart

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2009, a copy of the foregoing Motion for Attorney Michael T. Kirkpatrick to Appear *Pro Hac Vice* was hand-delivered to the following counsel:

Joseph M. Bruno
LAW OFFICES OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, LA 70113

And

S. Ault Hootsell III
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Jennifer J. Rosenbaum, Local Counsel