UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO LEVEE                           Civil Action No. 05-4182

### DECLARATION OF MICHAEL T. KIRKPATRICK
### IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

1. My name is Michael T. Kirkpatrick. I am an attorney with Public Citizen Litigation Group, 1600 20th St., NW, Washington, DC 20009.

2. I am not currently admitted to practice in the state of Louisiana or in this Court.

3. I have been retained to represent class members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart, for the purpose of raising objections to the proposed class action settlement agreement in this case.

4. I am co-counsel in this matter with Jennifer J. Rosenbaum. Ms. Rosenbaum is a member in good standing of the bar of this Court.

5. I am a member in good standing of the highest court of the District of Columbia. A certificate of good standing by the Clerk of the District of Columbia Court of Appeals accompanies this declaration. I am also a member of the bars of the U.S. Supreme Court; U.S. Court of Appeals

for the D.C., First, and Fifth Circuits; the U.S. District Court for the District of Columbia; and the State of Texas (inactive).

6. No disciplinary proceedings or criminal charges have ever been instituted against me. I have never been subject to any disciplinary sanctions by any court or bar. In connection with my appearance *pro hac vice* in this case, I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Louisiana and this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2009.

_____
Michael T. Kirkpatrick
DC Bar No. 486293
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
mkirkpatrick@citizen.org

Counsel for Objectors Mary Brinkmeyer,
Michelle LeBlanc, and Thomas C. Stuart