UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAR 13  PM 12: 06

LORETTA G. WHYTE
CLERK

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO LEVEE                                   Civil Action No. 05-4182

## ORDER

Having considered the motion for attorney Michael T. Kirkpatrick to appear *pro hac vice*, and the materials submitted in support of the motion, it is hereby ORDERED that Michael T. Kirkpatrick may appear *pro hac vice* in this case on behalf of class members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart, objectors to the proposed class action settlement.

_____
United States District Judge

_____
Date

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____