AO 440 (Rev. 10/93) Summons in a Civil Action                                RETURN

# United States District Court

EASTERN DISTRICT OF LOUISIANA

ERICA AND DANIEL ROSS, ET AL

v.

SAFECO INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

09-2613

SECT. K MAG. 2

TO: (Name and Address of Defendant)
SAFECO INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE
NINA WESSEL ENGLISH
GORDON, ARATA, McCALLAM, DUPLANTIS & EAGAN
201 ST. CHARLES AVE. STE. 4000
NEW ORLEANS, LA 70170-4000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

February 19, 2009
DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. 1 | DATE 3/6/09 |
|---|---|
| NAME OF SERVER (PRINT) Jim S. Hall | TITLE Attorney for plaintiffs |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on 3/11/09
Date

Signature of Server

**JIM S HALL & ASSOCIATES, LLC**
ATTORNEY AT LAW
Address of Server 800 N Causeway Blvd, Ste 100
Metairie, LA 70001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Nina Wessel English
201 St. Charles Ave
Ste 4000
New Orleans, LA
70170-4000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tammy M. Frazier   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tammy M Frazier
C. Date of Delivery: 03/06/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1140 0004 7333 7646

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540