AO 440 (Rev. 10/93) Summons in a Civil Action                          *Return*

# United States District Court

EASTERN DISTRICT OF LOUISIANA

ERICA AND DANIEL ROSS, ET AL

V.

BALBOA INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 09-2613

SECT K MAG 2

TO: (Name and Address of Defendant)

BALBOA INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE OF LOUISIANA
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                              2/19/09
CLERK                                         DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me. 1 | 3/9/09 |
| NAME OF SERVER (PRINT)  Jim S. Hall | TITLE  Attorney for plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on  3/16/09
           Date

Signature: [signed]
JIM S. HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N Causeway Blvd, Ste 100
Address of Server: Metairie, LA 70001

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Secretary of State
State of LA
8585 Archives Ave
Baton Rouge LA
70809

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signed] T. Pascale    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tara Pascale
C. Date of Delivery: 3/9/09

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 1140 0004 7292 7459

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540