UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: BARGE MRGO BARGE | * * | SECTION "K" (2) |

### JOINT NOTICE OF IDENTITY OF BARGE PLAINTIFFS FOR FIRST COMBINED MRGO-BARGE "BELLWEATHER" TRIAL

This Court's Order of January 13, 2009 ordered the Liaison Counsel for MRGO plaintiffs, United States, BARGE plaintiffs, and BARGE defendants to "file with the Court a joint written statement proposing which cases should be tried in July in the event no class is certified." Doc. 17466. The Court further stated that "in the event that a consensus cannot be reached, then separate proposals may be filed." *Id*.

Pursuant to that Order, BARGE plaintiffs and Lafarge North America ("LNA") have agreed as follows:

The BARGE trial plaintiffs for the first combined MRGO-BARGE "bellweather" trial shall be John and Jerry Alford of 2423 Deslonde Street, New Orleans, LA, Bob Glaser of 8400 W. Judge Perez Dr., Chalmette, LA, and Josephine Richardson of 1321 Egania Street, New Orleans, LA.

Solely with regard to the three above-named plaintiffs and solely for purposes of the first combined "bellweather" trial, the BARGE plaintiffs and LNA stipulate as follows:

1.      The claims of each of the above-designated three trial plaintiffs shall be addressed under the Mumford complaint and pleadings;

2. LNA agrees to waive any deemed admissions by any of the above-designated three trial plaintiffs as set forth in Docket Nos. 14525 and 16053; and

3. LNA agrees that criminal record evidence of the above-designated three trial plaintiffs will not be used for impeachment or other purposes.

The rationale for the above selection was to choose one plaintiff who lived near the north breach, one who lived near the south breach, and one from Chalmette, far from the breaches.

The MRGO plaintiffs and MRGO defendants will submit their response under separate cover.

Dated:  March 16, 2009                    Respectfully submitted,

                                                                                         Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, AL  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/  John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone: (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

2

> Daniel A. Webb (#13294)
> **SUTTERFIELD & WEBB, LLC**
> 650 Poydras Street, Suite 2715
> New Orleans, LA  70130
> Telephone: (504) 598-2715
>
> *Attorneys for Lafarge North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify counsel for the parties have been served by electronic filing of this document on March 16, 2009.

> /s/  John D. Aldock