AO 440 (Rev. 10/93) Summons in a Civil Action                                           *Return*

# United States District Court

EASTERN DISTRICT OF LOUISIANA

WAYNE JOHNSON

V.

GENERAL INSURANCE COMPANY OF AMERICA

SUMMONS IN A CIVIL CASE

CASE NUMBER: **09-2614**

**SECT. K MAG. 2**

TO: (Name and Address of Defendant)

GENERAL INSURANCE COMPANY OF AMERICA
THROUGH THEIR AGENT FOR PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL AND ASSOCIATES, LLC
800 NORTH CAUSEWAY BLVD., SUITE 100
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                                February 19, 2009
CLERK                                                            DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. 1 | DATE 3/9/09 |
|---|---|
| NAME OF SERVER (PRINT)  Jim S. Hall | TITLE  Attorney for plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on  3/12/09
Date

Signature of Server  /s/ J S Hall

JIM S HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N Causeway Blvd, Ste 100
Metairie, LA 70001

Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Secretary of State
State of LA
8585 Archives Ave
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  T. Pascale   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Tara Pascale
C. Date of Delivery  3/9/09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7008 1140 0004 7333 7684

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540