UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE, MRGO | § | |
| _____ § | | |

DEFENDANT UNITED STATES' STATEMENT REGARDING
SELECTION OF INDIVIDUAL CASES FOR TRIAL

This Court's Order of January 13, 2009 ordered the Liaison Counsel for BARGE

plaintiffs, BARGE defendants, MRGO plaintiffs, and the United States to file a joint written

statement proposing which cases should be tried in July in the event no class is certified.

Doc. 17466.  The Court's Order allowed separate proposals to be filed if a consensus could

not be reached.  Id.

Pursuant to that Order, BARGE plaintiffs and the BARGE defendant, Lafarge North

America ("LNA") bilaterally proposed that the claims of three plaintiffs be tried.  See Doc.

18164.  The United States, which is the third-party defendant sued by LNA, was not

consulted.  The United States first learned of the selection of these BARGE claims on

Monday, March 16, just hours before the BARGE plaintiffs and LNA filed their "Joint

Notice," Document 18164.  Consequently, the United States has not had sufficient time to

scrutinize these claims to determine whether it has any objection to the proposal of the

1

BARGE plaintiffs and defendant or wishes to submit an alternative proposal.  The United

States will promptly submit an alternative proposal or submit objections upon further review

of the BARGE plaintiffs' and defendant's proposal.

The MRGO plaintiffs have not proposed any individual claims for trial but have

proposed a protocol for selecting claims.  The United States concurs in the proposed protocol

and intends to confer promptly with the MRGO plaintiffs upon receipt of their proposal of

individual claimants.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR
Assistant Director, Torts Branch

 s/ Robin D. Smith
ROBIN DOYLE SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorneys for the Defendant United States

3

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served by ECF on all parties of record on March 16, 2009.

s/ Robin D. Smith
ROBIN D. SMITH

3