UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*            05-5531 | * |  |
| *Mumford v. Ingram*      05-5724 | * |  |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Perry v. Ingram*              06-6299 | * |  |
| *Benoit v. Lafarge*           06-7516 | * |  |
| *Parfait Family v. USA*    07-3500 | * | MAGISTRATE JUDGE |
| *Weber v. Lafarge*           08-4459 | * | JOSEPH C. WILKINSON, JR. |

### *EX PARTE*/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes defendant Lafarge North America Inc. ("LNA"), who hereby moves this Honorable Court for an order dismissing all claims asserted by LNA against the Board of Commissioners of the Port of New Orleans ("Dock Board"), without prejudice. Based upon information presently available, it does not appear that the Dock Board will be adjudged to owe contribution or indemnity to LNA in the event that LNA may be found liable to the plaintiffs in these consolidated actions, which liability LNA has denied. LNA reserves all rights to re-file and re-assert these claims against the Dock Board if it is later determined that the Dock Board's acts or omissions created any liability to LNA for

1261631-1

contribution or indemnity. LNA reserves all rights against all other remaining defendants, third-party defendants, plaintiffs, and all other parties to this action.

Undersigned counsel certifies that counsel for the Dock Board has been contacted and has no objection to this dismissal.

>Respectfully submitted,
>
>/s/Robert B. Fisher, Jr. _____
>Derek A. Walker (#13175)
>Robert B. Fisher, Jr., (#5587)
>**CHAFFE MCCALL, L.L.P.**
>2300 Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163-2300
>Telephone: (504) 585-7000
>Facsimile: (504) 585-7075
>Walker@chaffe.com
>
>John D. Aldock
>Mark S. Raffman
>**GOODWIN PROCTER LLP**
>901 New York Avenue, N.W.
>Washington, DC 20001
>Telephone: (202) 346-4240
>
>Daniel A. Webb (#13294)
>**SUTTERFIELD & WEBB, LLC**
>Poydras Center
>650 Poydras Street, Suite 2715
>New Orleans, LA 70130
>Telephone: (504) 598-2715
>*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 17th day of March, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

>/s/ Robert B. Fisher, Jr.