# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| _____ | § | |

## UNITED STATES OF AMERICA'S EX PARTE
## MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

The United States of America respectfully moves for leave to file a motion for reconsideration of the Court's order deferring ruling on the issue of class certification (Doc. 18135). Leave should be granted for the reasons expressed in the attached memorandum of law

1

in support of this motion. The proposed motion for reconsideration and supporting memorandum of law are also attached to this motion.

        Respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch, Civil Division

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch, Civil Division

        ROBIN SMITH
        Senior Trial Counsel, Torts Branch, Civil Division

        /s/ Jeffrey P. Ehrlich
        JEFFREY P. EHRLICH
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C. 20044
        (202) 616-4448/(202) 616-5200 (Fax)
        Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Jeffrey P. Ehrlich, hereby certify that on March 17, 2009, I served a true copy of the foregoing upon all counsel of record by ECF.

                                        /s/ Jeffrey P. Ehrlich
                                        JEFFREY P. EHRLICH