**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| _____ | § | |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**LEAVE TO FILE A MOTION FOR RECONSIDERATION**
**OF ORDER DEFERRING RULING ON CLASS CERTIFICATION**

The United States seeks reconsideration of the Court's order granting a further

postponement of a decision on the issue of class certification (Docket No. 18135).  That order

makes repeated references indicating that the Court might have understood the request for

deferral to have been submitted by both Plaintiffs *and* Defendants.[1]  In fact, the United States

had filed an opposition memorandum in response to Plaintiffs' request for deferral.  *See* Doc.

17845.  The opposition filed by the United States is of crucial importance and should be

considered by the Court prior to deciding this critical question.  The United States therefore

---

[1]  *See* Doc. 18135 at 1 ("Before the Court is *the parties'* Joint Motion. . .") (emphasis added); *id.* ("*The parties* request that the Court defer any ruling. . .") (emphasis added); *id.* ("*They* submit. . .") (emphasis added); *id.* ("*The parties* note. . ."); *id.* at 2 ("*The parties* are indeed correct. . .").

respectfully requests that the Court grant it leave to file a motion for reconsideration of the

Court's order on deferral.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch, Civil Division

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch, Civil Division

ROBIN SMITH
Senior Trial Counsel, Torts Branch, Civil Division

/s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4448/(202) 616-5200 (Fax)
Attorneys for the United States