UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| _____ | § | |

**ORDER**

Having considered the United States of America's Ex Parte Motion for Leave to File Motion for Reconsideration, for good cause shown, it is hereby ORDERED that the motion is GRANTED. Accordingly, the Clerk of Court is directed to file the United States of America's Motion for Reconsideration of Order Deferring Ruling on Class Certification.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana