UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| _____ | § | |

**UNITED STATES OF AMERICA'S MOTION FOR RECONSIDERATION
OF ORDER DEFERRING RULING ON CLASS CERTIFICATION**

The United States of America respectfully moves for reconsideration of the Court's order deferring ruling on the issue of class certification (Doc. 18135). Reconsideration should be granted so that the Court may consider the arguments presented by the United States in its opposition to Plaintiffs' request for deferral. *See* Doc. 17845. In support of this motion, the United States submits the attached memorandum of law.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch, Civil Division
JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch, Civil Division
ROBIN SMITH
Senior Trial Counsel, Torts Branch, Civil Division

/s/ Jeffrey P. Ehrlich

1

                JEFFREY P. EHRLICH
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4448/(202) 616-5200 (Fax)
                Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I, Jeffrey P. Ehrlich, hereby certify that on March 17, 2009, I served a true copy of the foregoing upon all counsel of record by ECF.

/s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH