UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538)[1] | * | |

## EX PARTE MOTION TO SET STATUS CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company (hereinafter referred to as "State Farm"), who respectfully requests that this Honorable Court set a Status Conference, which will pertain to all Hurricane Katrina cases filed in this section by the Becnel law firm, against State Farm, and which are currently pending in this section, as more fully set forth below:

Counsel effected a settlement of each and all of the Becnel law firm's cases against State Farm, on July 29, 2008. Counsel then submitted a release, with an attached allocation spreadsheet, to Louisiana Road Home (hereinafter referred to "LRH"), requesting approval of the settlement allocations. Subsequently, on or about February 4, 2009, this Court issued forth an order dismissing all "mass joinder" cases in this Section, without prejudice, as to all settled claims and that said settlements be consummated in 90 days.

---

[1] Specifically, the following cases: Tammy Boyd, Michael and Sherry Campo, Lisa Colburn, Carlos Gomez, Jean Griffith, James and Gloria Kendrick, Leonard and Ann Lee, Hurby Oubre, Allen Parker, Ronald Schurr, and Debra Woods.

1

Unforeseen obstacles have made it necessary for undersigned counsel to respectfully request this Honorable Court's intervention as it pertains to expediting the Road Home approval process. Counsel further requests that this Honorable Court extend an invitation to Dan Rees, of Louisiana Road Home, as his presence is necessary to facilitate resolution of the approval process. The impediment, to date, has been counsel for plaintiffs' inability to produce attorney fee contracts. Production of the contracts are a necessary component for the computation of the attorney fee credit given the plaintiffs by the Road Home.

Therefore, counsel respectfully requests that this Court schedule an "in person" status conference, during which all matters referenced in *Footnote No. 1*, will be addressed, *in globo*, in order to determine the most expedient manner in which to Road Home obtain approval, and thus finalize the settlements. Counsel for Road Home, Dan Rees, has been consulted regarding this motion and has no objection.

**WHEREFORE,** defendant, State Farm Fire and Casualty Company prays that this Honorable Court grant its Motion for Status Conference.

Respectfully submitted,

CHARLES L. CHASSAIGNAC, IV (#20746)
ELEANOR WEEKS WALL (#29695)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for Defendant State Farm Fire
 and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900
e-mail: cchassaignac@phjlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing *Ex Parte Motion to Set Status Conference* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this ___17th___ day of ___March___ 2009.

_____
CHARLES L. CHASSAIGNAC, IV (#20746)