UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538)[2] | * | |

## ORDER

**IT IS ORDERED** that State Farm Fire and Casualty Company's Motion to Set Status Conference be, and is hereby **GRANTED**, and that said status conference is hereby scheduled to take place on the _____ day of _____, 2009, at _____ o'clock a.m./p.m., as it pertains to the following cases captioned under suit number 07-4538: Tammy Boyd, Michael and Sherry Campo, Lisa Colburn, Carlos Gomez, Jean Griffith, James and Gloria Kendrick, Leonard and Ann Lee, Hurby Oubre, Allen Parker, Ronald Schurr and Debra Woods.

**IT IS FURTHER ORDERED** that personal appearance of counsel, Kevin Klibert, Charles L. Chassaignac, IV, and Dan Rees, is required.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
JOSEPH C. WILKINSON, JR.
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

[2] Specifically, the following cases: Tammy Boyd, Michael and Sherry Campo, Lisa Colburn, Carlos Gomez, Jean Griffith, James and Gloria Kendrick, Leonard and Ann Lee, Hurby Oubre, Allen Parker, Ronald Schurr, and Debra Woods.