UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　Civil Action No. 05-4182
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION "K"(2)

PERTAINS TO LEVEE

**NOTICE OF SUBMISSION**

On March 11, 2009, class members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart submitted objections to the proposed class action settlement and a notice of intent to appear at the certification/fairness hearing. For the convenience of all counsel of record, those submissions are attached.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer J. Rosenbaum*
　　　　　　　　　　　　　　　　　　　　Jennifer J. Rosenbaum, Local Counsel
　　　　　　　　　　　　　　　　　　　　La. Bar No. 31946
　　　　　　　　　　　　　　　　　　　　New Orleans Workers' Center for Racial Justice
　　　　　　　　　　　　　　　　　　　　217 N. Prieur St.
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70112
　　　　　　　　　　　　　　　　　　　　(615) 423-0152
　　　　　　　　　　　　　　　　　　　　jjrosenbaum@gmail.com

1

            */s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick, Trial Attorney
DC Bar No. 486293
*Admitted Pro Hac Vice*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
mkirkpatrick@citizen.org


Counsel for Objectors Mary Brinkmeyer,
Michelle LeBlanc, and Thomas C. Stuart

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2009, I electronically filed the foregoing Notice of Submission, with attached objections and notice of intent to appear, with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter.

*/s/ Jennifer J. Rosenbaum*
Jennifer J. Rosenbaum, Local Counsel