UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>No.: 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | * * * * * * * * * * * * | MAG. WILKINSON |
| PERTAINS TO:    LEVEE AND MR-GO | * * | |

**FIRST SUPPLEMENTAL SUBMISSION REGARDING
PROPOSED LIMITED-FUND SETTLEMENT
PURSUANT TO RULE 23(e)(1) OF THE
<u>FEDERAL RULES OF CIVIL PROCEDURE</u>**

**NOW INTO COURT**, through undersigned counsel, come the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, and St.

Paul Fire and Marine Insurance Company (collectively, the "Settling Defendants"), which, pursuant to this Court's instruction, file this supplemental submission for the purpose of identifying insurance policies held by the above identified levee districts and boards of commissioners for those levee districts that were in effect on August 29, 2005.

The Settling Defendants have identified the following insurance policies as having been issued in the name of one of the levee districts, that were in effect on August 29, 2005, and that the Settling Defendants believe may potentially respond to the claims at issue:

| Policy No. | Insurer | Policyholder | Policy Period | Coverage Type |
| --- | --- | --- | --- | --- |
| GP06300925 | St. Paul | OLD | 11/1/04 – 11/1/05 | CGL, Auto, Excess |
| GP06301698 | St. Paul | EJLD | 1/1/05 – 1/1/06 | CGL, Auto, Excess |
| GP09312536 | St. Paul | LBBLD | 6/8/05 – 6/8/06 | CGL |

The limited fund settlement provided that the full policy limits for applicable coverages of each of these policies is to be tendered as part of the settlement.

The Settling Defendants have identified the following insurance policies as having been issued in the name of one of the levee districts, that were in effect on August 29, 2005, but that the Settling Defendants do not believe are potentially responsive to the claims at issue:

| Policy No. | Insurer | Policyholder | Policy Period | Coverage Type |
| --- | --- | --- | --- | --- |
| OL04200198 | St. Paul | OLD | 7/1/05 – 7/1/06 | Marina MGL - Primary |
| OX04200026 | St. Paul | OLD | 11/1/04 – 11/1/05 | Marina MGL – Excess |
| I660376P9139TCT04 | St. Paul | OLD[1] | 11/1/04 – 11/1/05 | Inland Marine |
| ST2608789 | National Union | OLD | 11/1/04 – 11/1/05 | Inland Marine |
| 2609736 | National Union | OLD | 11/1/05 – 11/1/06 | Inland Marine |
| 112984-D | LWCC | OLD | 7/1/05 – 7/1/06 | Worker's Compensation |

---

[1] The named insured on this policy is "New Orleans Lake Front Airport".

402733-1

2

| Policy No. | Insurer | Policyholder | Policy Period | Coverage Type |
|---|---|---|---|---|
| 7411690 | Lexington Ins. Co. | OLD | 7/1/05 – 7/1/06 | Employment Practices |
| BM2079808602 | CNA | OLD | 11/1/04 – 11/1/05 | Boiler & Machinery |
| HD337896 | RSUI Com. Ins. | OLD | 11/1/04 – 11/1/05 | Fire |
| NHD337896 | RSUI Com. Ins. | OLD | 11/1/04 – 4/1/06 | Fire |
| GW00460 | Hartford | OLD | 11/1/04 – 11/1/05 | Property |
| AAP N00978243002 | ACE USA | OLD | 7/1/05 – 7/1/06 | Airport Owners & Operators |
| G21823910-002 | ACE American Ins. | OLD | 3/5/05 – 3/5/06 | Underground Storage Tanks |
| 99-02099259-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099262-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099264-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099268-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099271-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099274-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099275-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099280-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099282-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099287-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099291-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099293-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099295-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099296-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099298-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099301-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099302-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099303-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099304-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |

| Policy No. | Insurer | Policyholder | Policy Period | Coverage Type |
|---|---|---|---|---|
| 99-02099306-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099310-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02099312-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 99-02141111712004 | Fidelity Nat'l Ins. | OLD | 10/2/04 – 10/2/05 | Flood |
| CCP004397402 | Fidelity & Deposit | OLD | 7/1/05 – 7/1/08 | Crime |
| QT660508D0549TIL05 | St. Paul | EJLD | 1/1/05 – 1/1/06 | Inland Marine |
| 72699B | LWCC | EJLD | 1/1/05 – 1/1/06 | Worker's Comp. |
| PTPN00720914 | ACE Amer. Ins. | EJLD | 3/6/05 – 3/6/06 | Blanket Accident |
| UGL0000123-0 | Gemini Ins. Co. | EJLD | 1/1/05 – 1/1/06 | Law Enforcement Liability |
| 978-27-27 | National Union | EJLD | 1/1/05 – 1/1/06 | Public Official's and Employer's Liability |
| B0595JT556005U | Trident Marine Mgr's | EJLD | 1/1/05 – 1/1/06 | Maritime Employer's Liability |
| FHO-5422263-07 | Hanover Ins. Grp. | LBBLD | 8/30/04 – 8/30/05 | Property |
| 6941-D | LWCC | LBBLD | 12/31/04–12/31/05 | Worker's Comp. |
| CUL-14376.033 | Royal Ins. Co. | LBBLD | 3/5/05 – 3/5/06 | Hull & Machinery |
| IHO5032579 09 | Mass. Bay Ins. | LBBLD | 12/4/04 – 12/4/05 | Inland Marine |
| IHO6553289 04 | Hanover Ins. Co. | LBBLD | 6/15/05 – 6/15/06 | Heavy Equip. |

As these policies do not respond to the claims at issue, no funds from these policies are being tendered as part of the limited fund settlement.

Respectfully submitted,

MCCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & MCDANIEL

BY: _____
Thomas P. Anzelmo (#2533)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone:    (504) 831-0946
Facsimile:     (504) 831-2492

ATTORNEYS FOR THE BOARD OF
COMMISSIONER'S FOR THE ORLEANS
LEVEE DISTRICT AND THE ORLEANS LEVEE
DISTRICT


DUPLASS, ZWAIN, BOURGEOIS, MORTON
PFISTER & WEINSTOCK

BY: _____
Gary M. Zwain (#13809)
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:    (504) 832-3700
Facsimile:     (504) 837-3119

ATTORNEYS FOR THE BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT, THE EAST
JEFFERSON LEVEE DISTRICT, THE BOARD
OF COMMISSIONERS FOR THE LAKE
BORGNE BASIN LEVEE DISTRICT, AND THE
LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

BY: /s/ Ralph S. Hubbard III
Ralph S. Hubbard III (#7040)
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2009, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF System with will send a notice of electronic filing to United's counsel of record.

402733-1

6