UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### O R D E R

Considering the foregoing *ExParte* Consent Motion to Extend Deadline for Completing Discovery;

**IT IS HEREBY ORDERED,** that the foregoing motion is **GRANTED**. The deadline for the parties to complete discovery in the above-listed Barge class of cases is hereby extended to April 17, 2009.

**IT IS FURTHER ORDERED,** that no United States Government employees will be noticed or deposed after March 30, 2009.

**New Orleans, Louisiana** this _____ day of March, 2009.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE