# When the "Levee" broke (17th Street Canal)



Source: National Geographic Channel ( Bob Bea)

## After the breach (17th Street Canal) September 1, 2005



Source: National Geographic Channel ( Bob Bea)

## 17th Street Canal Levees – Jefferson Parish side



Source: Bob Bea