
EXHIBIT
F 12

LMNED-DL (14 Jan 81)
SUBJECT: Appl S&WB of N.O. to dredge to improve drainage in Metairie

TO  C/Reg Func Br, Ops Div        FROM  C/Engr Div        DATE  5 Mar 81  CMT 2
                                                          Mr. Lee/dmu/2717

1. In addition to the drawings provided by your CMT 1, we also reviewed letters from Modjeski and Masters dated 28 Jan 81 and 6 Feb 81 which furnished stability analyses and design calculations for the proposed project.

2. The following comments should be resolved and the permit request resubmitted for our further review.

3. We concur in the applicant's analyses which shows the existing bulkhead on the Orleans Parish side of the canal located north of Hammond Hwy, was found to be unstable. by the analyses.

4. For the anchored wall proposed for the Jefferson Parish side of the canal, the method of analysis is adequate inasmuch as the method used for determining the wall pressures are concerned. The method for applying the factor of safety does not agree with our criteria. A factor of safety equal to 1.5 should be applied to the soil parameters before determining the wall penetration. It is permissible, however, to use a factor of safety = 1.0 when determining the anchor force.

5. Stability analyses utilizing the "Method of Wedges" should be furnished for the existing levee located north of the Hammond Hwy and on the Jefferson Parish side of the canal failing into the proposed improved canal.

6. The factors of safety at stations 554+00 and 604+00 are substantially below the minimum 1.30 factor of safety, therefore, the design sections should be redesigned.

7. Material shall not be placed on the Jefferson Parish levee.

8. Unless it is known that the material planned for excavation from the canal is firm and can be excavated without major problems, the stability analyses should indicate the over excavation which will occur when the soft material cannot be excavated and lower firm virgin material is excavated.

9. The drawings indicate that some excavating is planned on the canal bank on the Jefferson Parish side. The applicant will be responsible for any erosion to the bank as a result of his operations. The applicant should fertilize and seed the excavated bank above the water surface. Other erosion protection at and below the water surface will be required if it is necessary.

10. The cross sections between Sta. 547+15 and Hammond Hwy should be extended to the west 60 feet so the full levee section can be shown.

2 Incl                                CHATRY
Added 1 incl
2. Letters dtd 28 Jan 81 and 6 Feb 81

BS

531