**PARTNERS**

J. BRES EUSTIS
REG. C. E.

CHARLES A. BRAGG (1916-1979)
REG. C. E.

JOHN W. ROACH, JR.
REG. C. E.

GERALD A. BRAGG
REG. C. E.

LLOYD A. HELD, JR.
REG. C. E.

**EUSTIS ENGINEERING COMPANY**

SOIL AND FOUNDATION CONSULTANTS

BORINGS • TESTS • ANALYSES
3011 28TH STREET
METAIRIE, LOUISIANA 70002
P. O. BOX 8708
METAIRIE, LOUISIANA 70011
PHONE (504) 834-0157

**OFFICERS**

EUSTIS ENGINEERING CO., INC.
ASSOCIATED WITH
EUSTIS ENGINEERING CO.
CHAIRMAN OF THE BOARD
J. BRES EUSTIS
PRESIDENT
JOHN W. ROACH, JR.
CORP. VICE-PRESIDENT AND
CHIEF ADMINISTRATIVE OFFICER
GERALD A. BRAGG
VICE PRESIDENT AND
CHIEF ENGINEER
LLOYD A. HELD, JR.

23 August 1982

EXHIBIT F19

Modjeski and Masters
Consulting Engineers
John Hancock Building
1055 St. Charles Avenue
New Orleans, Louisiana 70113

Attention Mr. Barney Martin

Gentlemen:

Additional Subsoil Investigation
Sewerage and Water Board of New Orleans
Metairie Relief Canal
Station 617+50 to Station 663+00
Orleans and Jefferson Parishes, Louisiana

Transmitted is our engineering report for an additional subsoil investigation for the subject project.

Thank you for asking us to perform this work.

Yours very truly,

EUSTIS ENGINEERING COMPANY

By _____
J. Bres Eustis

ADDITIONAL SUBSOIL INVESTIGATION

SEWERAGE AND WATER BOARD OF NEW ORLEANS

METAIRIE RELIEF CANAL

STATION 617+50 TO STATION 663+00

ORLEANS AND JEFFERSON PARISHES, LOUISIANA


FOR
MODJESKI AND MASTERS
CONSULTING ENGINEERS
NEW ORLEANS, LOUISIANA


By
Eustis Engineering Company
Metairie, Louisiana

23 August 1982

## TABLE OF CONTENTS

| | Page |
|---|---|
| INTRODUCTION | 1 |
| SCOPE | 2 |
| SOIL BORINGS | 3 |
| PIEZOMETERS | 4 |
| LABORATORY TESTS | 5 |
| DESCRIPTION OF SUBSOIL CONDITIONS | 5 |
|     Ground Water Conditions | 6 |
| FOUNDATION ANALYSIS | 6 |
|     Stability Analysis | 6 |
|     Uplift Analysis | 7 |
|     Test Section | 9 |
|     Preventative Measures | 9 |
| CONCLUSIONS | 11 |

FIGURES 1 THROUGH 20

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

ADDITIONAL SUBSOIL INVESTIGATION

SEWERAGE AND WATER BOARD OF NEW ORLEANS

METAIRIE RELIEF CANAL

STATION 617+50 TO STATION 663+00

ORLEANS AND JEFFERSON PARISHES, LOUISIANA

INTRODUCTION

1. This report contains the results of an additional subsoil investigation performed for proposed improvements to the existing Metairie Relief Canal located between Stations 617+50 and 663+00 in Orleans and Jefferson Parishes, Louisiana. The investigation was performed in accordance with Eustis Engineering Company's letter of estimated cost for professional engineering services dated 25 March 1982. Authorization to proceed with the investigation was received on 5 May 1982 from Mr. Barney T. Martin of Modjeski and Masters, Consulting Engineers for the project.

2. This report has been prepared in accordance with generally accepted soil and foundation engineering practice for the exclusive use of Modjeski and Masters and their representatives for specific application to the proposed improvements to the Metairie Relief Canal between Stations 617+50 and 663+00 in Orleans and Jefferson Parishes, Louisiana. In the event that any changes in the nature, design or location of the improvements are planned, the conclusions and

- 1 -

recommendations contained in this report shall not be considered valid unless the changes are reviewed and the conclusions of this report are modified or verified in writing.

3. The analyses and recommendations contained in this report are based in part on data obtained from the soil borings. The nature and extent of variations that may exist between boring locations may not become evident until construction. If variations then appear evident, it will be necessary to re-evaluate the recommendations contained in this report.

## SCOPE

4. The scope of the investigation included the drilling of undisturbed and auger type soil borings to determine subsoil conditions and stratification. Information regarding subsoil conditions was also obtained from borings previously drilled at the site and for other projects in the general area of the site. Piezometers were installed to periodically determine the ground water conditions and hydrostatic conditions on both sides of the canal. Soil mechanics laboratory tests were performed on samples obtained from borings previously drilled at the site to evaluate their physical properties. Engineering analyses were made to determine the stability of the levees adjacent to the canal and to determine the potential for a "blow-out" at the landside toe due to hydrostatic uplift.

EUSTIS ENGINEERING COMPANY

## SOIL BORINGS

5.  Soil borings were drilled during the period 5-10 May 1982 at the locations shown on Figure 1. All survey work necessary to determine the ground surface elevation at the boring locations was performed by Modjeski and Masters. Boring coordinates were estimated using survey data previously developed by Modjeski and Masters. Detailed descriptive logs of the individual borings are shown in both tabular and graphical form on Figures 2 through 9.

6.  Two of the undisturbed borings (Borings 5 and 12) previously drilled at the site to a depth of 50 feet were each deepened to 70 feet below the existing ground surface using a truck mounted rotary type drill rig. These borings were extended to verify the thickness of the underlying sand stratum. After first washing to a depth of 40 feet with a fishtail bit, cohesive and semi-cohesive soils were obtained at intervals of 5 feet using a 3-in. diameter Shelby tube sampling barrel. Cohesionless soils were sampled during performance of in situ Standard Penetration Tests.

7.  A total of nine (9) auger type borings were drilled to depths ranging between 10 and 17.5 feet below existing ground surface using a power-operated auger. These borings were drilled for the purpose of determining the thickness of the clay cover at and beyond the landside toe of the levee. Samples were obtained at close intervals, visually classified and placed in

- 3 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE LOUISIANA

glass jars for preservation. The auger borings are designated as Borings 101 through 103, 201 through 203 and 301 through 303.

8.  Three (3) borings, designated as Borings 100, 200 and 300, were drilled in the canal to depths of 18, 19.5 and 24 feet below the water surface, respectively. Samples were obtained at close intervals using a piston-type sampler, visually classified and placed in moisture proof containers for preservation. These borings were necessary to determine the thickness and composition of the sediment at the bottom of the canal and to determine the depth to the underlying sand stratum.

9.  The results of soil borings previously drilled at the site are contained in Eustis Engineering Company's report entitled "Subsoil Investigation, Sewerage and Water Board of New Orleans, Metairie Relief Canal, Station 554+00 to Station 670+00, Orleans and Jefferson Parishes, Louisiana," dated 3 November 1981. Information regarding subsoil conditions was also obtained from borings previously drilled for other projects in the general area of the site. The approximate location of these borings is shown on Figure 1.

## PIEZOMETERS

10. A total of five (5) piezometers were installed on 10 and 31 May 1982 at the locations shown on Figure 1. The elevation of the ground surface and riser pipe at the three locations on the Jefferson side were surveyed by Modjeski and Masters, and, at the two locations on the Orleans side, were

- 4 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS

estimated from survey data previously developed. These elevations and the estimated ground coordinates are tabulated on Figure 18. Measurements of the water level were made periodically and the results are tabulated on Figure 19.

## LABORATORY TESTS

11. Permeability tests were performed on samples of cohesive soils obtained from borings previously drilled at the site and the results are summarized in tabular form on Figure 10. Grain size analyses were performed on samples of granular soils that were also previously obtained. The results of these tests are shown graphically in the form of grain size distribution curves on Figures 11 through 17.

## DESCRIPTION OF SUBSOIL CONDITIONS

12. The surface of the underlying sand stratum varies from el 15 C.D. to el 3 C.D. and may extend as deep as el -25 C.D. to el -30 C.D. The coefficient of permeability (k) of this stratum estimated from the grain size distribution curves ranges from $2 \times 10^{-4}$ to $200 \times 10^{-4}$ cm/sec.

13. The landside clay cover consists primarily of soft to medium stiff clay with a coefficient of permeability (k) ranging between $3.6 \times 10^{-8}$ to $7.2 \times 10^{-7}$ cm/sec. The thickness of the clay is generally uniform in a direction perpendicular to the levee centerline.

- 5 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

anal bottom appears to be 4.5

c_ soft clay and loose sandy soil.

sand stratum is 8 to 10 feet

hat the bottom may have been

than at present.



Figure 19 indicate a relatively

the underlying sand stratum

d el 13 C.D. on the Jefferson

1 C.D. and el 12 C.D. on the

the water level in the canal

and el 23 C.D., it appears that

bottom and side slopes preventing

static head in the sand stratum.

iṅgs should reflect the true

the canal and levees.


N ANALYSIS


e to determine the stability of

ential failure toward the

conditions in the canal.  The

ished cross-sections of the final

a high water level one foot below

oodwall.


6 -

17. The "Method of Planes" analysis was used wherein horizontal potential failure surfaces are varied along with active and passive wedge locations to arrive at the lowest numerical value of safety factor. Soil parameters developed from the previous investigation at the site were used, and for conservative purposes, computations were based on full hydrostatic uplift pressures in the underlying sand stratum. Although excess hydrostatic pressures are not presently evident in the sand stratum, the <u>planned improvements to deepen and enlarge the canal</u> [the dredging project] may remove the seal that has apparently developed on the bottom and side slopes, thereby allowing a buildup of such pressures in the sand stratum.

18. The cross-sections and soil parameters along with typical computations for the critical, active and passive wedge locations are shown on Figure 20. The results of the computations indicate a minimum factor of safety of 1.38 which occurs at Station 646+00 on the Jefferson side. This factor of safety is considered acceptable. Computations for cross-sections located just beyond the north and south ends of the study area indicate factors of safety of 2.13 and 2.28, respectively.

Uplift Analysis

19. Analyses were made to determine the potential for a blow-out at the landside toe of the levee due to hydrostatic uplift pressure from high water in the canal. The computations were based on the assumption that the planned improvements [DREDGING] may

- 7 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

allow development of excess hydrostatic pressure in the underlying sand stratum.

20. The magnitude of hydrostatic pressure at the levee toe will depend on the amount of material sealing the canal removed during enlargement of the canal cross-section, the area of the sand stratum that becomes exposed, the duration of the high water level, and the head loss that occurs between the levee toe and seepage entrance point. For conservative purposes, the full hydrostatic uplift pressure was used to determine the theoretical factor of safety against a blow-out. Also, the resistance of the clay cover at the toe was based on the dead weight of the soil only without consideration of the soil shear strength. Under these conditions, a theoretical factor of safety slightly greater than 1.0 is considered acceptable since the actual safety factor should be higher.

21. Based on the results of the computations shown on Figure 20, it is believed that a blow-out on the landside levee toe should not occur north of Station 617+50 or south of Station 663+00. Between Stations 617+50 and 663+00, computations indicate the possibility of a blow-out during extreme high water in the canal. Unless more definitive information can be developed regarding the potential hydrostatic uplift pressure at the levee toe through this reach, measures should be taken to prevent a blow-out during extreme high water conditions.



- 8 -

### Test Section

22. Consideration should be given to the excavation of a segment of the canal to the planned cross-section prior to finalization of design plans to determine more definitive information regarding the potential for a blow-out at the landside toe. The test section should be located between Station 659+00 and Station 660+50 in order to utilize five piezometers installed in this area. Installation of several additional piezometers will be required to augment the existing piezometers in order to closely monitor changes in the hydrostatic pressures in the sand stratum.

### Preventative Measures

23. In the event that it is not practical or economically feasible to accomplish the test section previously described, measures must be taken to prevent a blow-out. Preventative measures include the installation of a <u>seepage cutoff through the levee crown</u>, <u>installation of pressure relief wells near the landside toe of the levee</u>, and sealing the canal bottom.

24. <u>Seepage Cutoff.</u> The most positive measure to minimize the possibility of a blow-out is the installation of a seepage cutoff through the levee crown. To provide an effective seepage cutoff, steel sheetpiling and/or a slurry wall should penetrate the sand stratum. Considering that the bottom of the sand stratum is at or near el -30 C.D., a 65-ft long cutoff wall would be required. General experience indicates that the use of steel sheetpiling should be more economical and

[handwritten margin note: 65 ft sheet piles recommended]

- 9 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

practical than the installation of a slurry wall. Additional computations will be necessary to determine the stability of the levee during the installation of a slurry wall.

25. <u>Relief Wells.</u>  Consideration should also be given to installation of pressure relief wells near the landside to of the levee.  To be effective, relief wells should penetrate close to the bottom of the sand, and, therefore, wells approximately 50 feet deep will be required.  For planning purposes, it is estimated that a well spacing of 30 to 45 feet may be necessary.  However, detailed analyses should be performed to determine the exact spacing required.  The use of pumps will not be necessary and seepage into the wells can be collected in header pipes buried a few feet below ground surface for discharge into the drainage system.

26. <u>Dry Bottom Seal.</u>  The canal bottom may be sealed to minimize seepage by placement of a concrete liner, an impervious membrane, or a ler of cohesive type soil.  To insure a positive seal, placement of these materials should be accomplished on a dry canal bottom.  This will require stage construction to maintain continuous operation of the pump station.  All liner materials should extend from the canal bottom up the side slopes to at least el 20 C.D.  If the liner is constructed of cohesive soil, a minimum thickness of 18 inches is required.  Cohesive soil must be placed in layers and each layer compacted to the degree necessary to provide a relatively impervious blanket.

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS

27. <u>Underwater Seal.</u>  Concrete and membrane liners have been successfully placed under water; however, this type of installation must be closely supervised by qualified and experienced divers.  If a soil liner is to be placed under water, the feasibility of this operation should be verified prior to initiation of construction.  Bentonite (trade name Volclay) has been successfully deposited under water to seal the bottom of shallow ponds and lakes in other areas.  In pellet form, the bentonite can be deposited by loose dumping from the side of marine equipment.  Bentonite may be available in panel form which may permit greater control of placement.  The placement of bentonite in gradual form will probably be the most difficult to control, if deposited by loose dumping.  Probably the most practical means for using granular bentonite is to form a slurry which can be pumped through discharge tubes to the canal bottom.  Continuous supervision during placement must be maintained by qualified and experienced divers to insure complete coverage is obtained.  Information from a local supplier of bentonite indicates that an estimate of the quantity of material required should be based on 1.5 pounds per square foot of area to be covered.

## CONCLUSIONS

28.  Unless a test section can be dredged to develop more definitive information regarding the potential hydrostatic pressure at the landside levee toe, measures should be taken

- 11 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

between Stations 617+50 and 663+00 to prevent a possible blowout indicated by theoretical analysis. The most positive method is installation of a seepage cutoff. Use of steel sheetpiling will be very costly, but should be more economical and practical than installation of a slurry wall.

*[handwritten margin note: 65 feet sheet pile]*

29. Placement of a dry bottom seal using a concrete liner, impervious membrane or a layer of cohesive soils is the most favorable alternate to the use of a seepage cutoff. Considering that stage construction will be required to maintain continuous operation of the station, the cost of this method may also be prohibitive.

30. Pressure relief wells have been successfully used for similar conditions and are considered to be an acceptable alternate method. The initial cost may be less than sheetpiling or a dry bottom seal. However, periodic inspection is necessary because wells may become clogged and must be flushed to remain functional. In some areas, particularly on the Orleans side, it may be necessary to locate wells at or near the levee crown due to insufficient right-of-way at the landside toe.

31. Concrete, membrane liners and bentonite have been successfully placed under water, but, because control and inspection are difficult, an underwater seal is not as positive an alternate as the preceding methods. If bentonite is used, the most practical means probably will be to form a slurry which can be pumped through tubes to the canal bottom. If construction will extend through the hurricane season, a stage operation

- 12 -

EUSTIS ENGINEERING COMPANY
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

is necessary to avoid the possibility of a high water condition occurring before the sealing material can be placed. If dredging can be completed before the approach of hurricane season, placement of the seal may be delayed in order to investigate the potential hydrostatic pressure and determine the necessity for placing the seal. In this event, several additional piezometers will be required to augment the existing piezometers in order to closely monitor changes in the hydrostatic pressure before and after dredging operations.

EUSTIS ENGINEERING COMPANY

By _____
J. Bres Eustis

L. J. Napolitano:bh

- 13 -



I-10 →

Veterans Blvd.

Station 663+00

Area with a possibility of a blow out according to this report. (p.8) However, blowout occurred further north, (but that area may not have been tested)

Station 615+50