

**MODJESKI AND MASTERS**
CONSULTING ENGINEERS
Founded 1893

1055 ST. CHARLES AVE.
NEW ORLEANS, LA. 70130
TELEPHONE (504) 517-2174

EXHIBIT F9

February 6, 1981

Mr. Jim Richardson
Foundations and Materials Branch
New Orleans District,
Army Corps of Engineers
P.O. Box 60267
New Orleans, La. 70160

Re: 17th Street Canal Permit Application

Dear Mr. Richardson:

Please find attached the following:

1) A stability analysis of the existing sheet pile wall along the east side of the canal north of Hammond Hwy.

2) Design calculations for the proposed sheet pile wall along the west side of the canal.

3) An updated set of Contract Plans showing the new sheet pile wall and some revisions in the dredging cross-section.

If any questions should arise concerning this matter, please contact us.

Very truly yours,

MODJESKI AND MASTERS
Engineers

Larry Cook

LC:bw

Attachment

**MODJESKI AND MASTERS**
**CONSULTING ENGINEERS**

Subject: Levee & Flood Walls — 17th Street at the Wall
Date: 2/4/70

### Conclusion:

Attached are calculations analyzing the existing sheet pile wall located north of Hammond Highway on the Orleans Parish side of the 17th Street Canal. The analysis was based on the following:

1) The existing levee configuration

2) Canal bottom profiles from soundings made in September 1980

3) Lateral earth pressure due to the levee surcharge after Boussinesq modified by Terzaghi

4) Multiple Cases
   A. Station 5+00
      1) Case I: Using a low water elevation of -10.23 (Cairo Datum) as required by the Corps, and Corps Boring 1-MP made in March 1983
      2) Case II: Using a normal water variation and an assumed cohesion of 250 psf

   B. Station 54+75
      1) Case I: Using a low water elevation of -10.23 and Corps Boring 1-MP
      2) Case II: Using a normal water variation and Corps Boring 1-MP
      3) Case III: Using a normal water variation and an assumed cohesion of 250 psf







MODJESKI AND MASTERS
CONSULTING ENGINEERS

The entire sheet pile wall was originally designed as a flood back wall. A review of the construction drawings reveal that the outlets for the wall are located in the entire surface, rendering them in the case of flooding virtually useless. Thus indicates where a forward movement of the wall seem to have already taken place.

It cannot be stated with any certainty that it was this particular design point as no tests were made in which this particular condition would occur, but it is only prudent to resolve these unknown conditions.

Recommendations:

1) That no more additional earthwork or levee upgrading will be done in its present condition.

2) A detailed soil investigation be performed to determine actual soil conditions.

3) Hydraulic wall system be designed on the basis of this detailed soil investigation and be put into effect as soon as possible.