
EXHIBIT
F 18

LMNED-OL
SUBJECT: Appl by New Orleans Sewerage and Water Board to improve drainage in 17th Street Canal, in Metairie, Louisiana, in Jefferson Parish

| TO C/Ops Div | FROM C/Engr Div | DATE 12 Feb 82 Mr. Lee/gs/2717 | CMT 2 |

1. The following comments should be resolved and the permit request resubmitted for our further review:

    a. Drawings 3, 4, and 5 show the east side sheetpile tip elevation as +12.0', however, the supplementary soil stability analysis in incl 6 shows the sheetpile elevation as +9.0', and this should be corrected.

    b. According to our analysis, there appears to be a stability problem between sta. 625+00 and sta. 670+00 where the excavation of the canal will directly tap the sands underlying the levee. A stability analysis should be done for the landside of the canal incorporating the effects of seepage to determine what corrective action is needed.

    c. The plans and specifications should require a plan of flood protection to the present grade during construction.

    d. Specifications relative to the floodwall should be submitted for review.

    e. Cathodic protection for the steel sheet piling should be provided.(see incl 12).

    f. Vertical reinforcing bars should be bent and extended along the bottom of the floodwall section to improve design. See incl 12.

    g. Details of how the new floodwall will tie into the bridges at Hammond Hwy., Veterans Blvd., I-10, I-610 and other tie-in areas should be included. Waterstops (L-type) should be provided at those locations to provide a watertight closure.

    h. Consider moving the floodwall further than 4" away from the edge of levee. This may help in simplifying construction and also provide additional fill material in front of the wall in case of any erosion of the bank slope.

    i. Place sheet pile interlocks at monolith joints to allow for differential settlement.

    j. The ½" monolith joints should be filled with preformed expansion joint material.

    k. A 3-bulb waterstop at the monolith joints would provide better protection than the waterstop show .

    l. Provide tension connectors for timber piles in tension.

2

ENCLOSURE 3

LMNED-DL
SUBJECT: Appl by New Orleans Sewerage and Water Board to improve drainage in 17th Street Canal, in Metairie, Louisiana, in Jefferson Parish

12 Feb 82

    m. Erosion protection should be provided on the canal slope. Fertilizing and seeding should also be included in the project.

    n. The earth material removed from the existing levees (not from the bottom of the canal) may be placed on the Jefferson Lakefront levee landside berm. If so placed, the material must be spread uniformly over the berm, sloped to drain, and not to exceed 2 feet in thickness. It must also be fertilized and seeded.

    o. Consideration should be given to extending concrete mats down slopes in canal beneath the bridges.

2. Since the proposed work modifies the completed Lake Pontchartrain, Louisiana project levee in Jefferson Parish, the final plans and specifications must be submitted for approval upon resolution of the above comments.

3. *

10 Incl  
wd incl 3 and 4  
added 1 incl  
12. Cathodic Protection & floodwall design

FREDERIC M. CHATRY  
Chief, Engineering Division

*It should be recognized that there is authorized a joint parish study, the purpose of which is to define a solution which both Orleans and Jefferson Parishes can indorse. Our comments may, therefore, be premature, but are being furnished as per fonecon Nettles-Chatry earlier this week.

3