U.S. Army. Corps of Engineers. New O[rleans]

EXHIBIT F13

DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT

CORPS OF ENGINEERS

PUBLIC HEARING

ON

PERMIT APPLICATION

BY SEWERAGE AND WATER BOARD OF

NEW ORLEANS

FOR DREDGING IN THE

SEVENTEENTH STREET CANAL

HELD

TUESDAY, MARCH 31, 1981

7:00 o'clock p. m.

Council Chambers, City Hall

New Orleans, Louisiana

Josemary L. Diliberto,
Reporter

---

Dietrich & Bendix, Inc.

Stenotypists

333 ST. CHARLES AVENUE, SUITE 1221
NEW ORLEANS, LOUISIANA 70130 - 522-3111

MR. CONWAY:

The canal has open channel flow, yes.

MR. BOUTALL:

At what level or water level were these cross-sectional measurements made?

MR. CONWAY:

They were made in a still water canal, lake level. We have assumed 22.5 Cairo datum, that's approximate lake level. These were made without the water necessarily running in the canal.

MR. BOUTALL:

Since the canal is open then when you pump doesn't the level in the canal rise and more water goes through?

MR. CONWAY:

The actual level down in the area, I think, that you're concerned with, north of the Hammond Highway Bridge is approximate lake level. That is the rise is fairly gradual through there.

MR. BOUTALL:

So the more you pump the higher the water rises, isn't that true?

1  MR. CONWAY:

2      The more you pump the higher the water
3          rises?

4  MR. BOUTALL:

5      In other words, the canal is a certain
6          cross-section at a certain sea level
7          or a certain level of water. If you
8          pump more water the water level
9          rises and you have a greater cross-
10         section. Is that not true?

11 MR. CONWAY:

12     If the water level rises there's a greater
13         cross-section, yes.

14 MR. BOUTALL:

15     Wouldn't the problem be solved by raising
16         the levees slightly so that we could
17         have more capacity in the canal in a
18         vertical manner rather than a hori-
19         zontal manner?

20 MR. CONWAY:

21     One approach to the problem and one that
22         I said we're trying to explore is
23         raising the levees, but we found
24         that -- well, I won't say raising
5          the leveees so much as widening the

1  canal adjacent to the levee, steepen-
2  ing their slopes. We found we can't
3  do that. The levees are currently
4  -- I won't say on the point of emi-
5  nent collapse, because they're not
6  -- but they currently violate the
7  Corps of Engineer standards for levee
8  stability. These standards generally
9  require a 1.3 factor of safety on
10 what is called slope stability. They
11 violate that standard virtually along
12 the canal. Any attempt by us to dig
13 more dirt away adjacent to those
14 levees tends to worsen that stability
15 problem. We're currently investi-
16 gating this in great detail. We're
17 starting a detailed investigation.

18 MR. BOUTALL:
19     The levees you're talking about are dirt
20     levees, aren't they just dirt slopes?
21 MR. CONWAY:
22     They're sheet pile and dirt.
23 MR. BOUTALL:
24     I'm talking about the levees north of the
25     Hammond Highway Bridge, south of the

1       (APPLAUSE)

2  COLONEL SANDS:

3      Thank you, sir.

4  MR. MELVIN VICTORY:

5      My name is Melvin Victory, and I want to
6  apologize to you, Colonel Sands, for
7  the outburst earlier this evening.
8  Colonel Sands, I do hope -- I know the
9  Corps is responsible for the Jeffer-
10 son levee, and I do hope that you
11 all do make real sure that the
12 theoretical sections of that levee,
13 the proposed theoretical sections,
14 for future raising of that levee is
15 not affected.  And also be real
16 careful on the studies on the dredg-
17 ing of the canal, if it becomes a
18 fact, that the dredging does not
19 infect the integrity of that levee.
20 That is a hurricane protection levee
21 which you, the Corps, is charged
22 with the responsibility of.  You are
23 not charged with the responsibility
24 of the Orleans levee, but you are
25 charged with the responsibility of

that Jefferson Parish levee. We have a Levee Board and I don't know what their feelings is on this, but I'm sure they would have to also issue a permit.

But those two facts, I wanted to make sure that it's on the record, that those two things are addressed.

Thank you.

(APPLAUSE)

COLONEL SANDS:

Thank you. Are there any others? Yes, sir.

I'm sorry, but I'm blocked right here, so if there is anybody over in the corner you've got to stand up.

Your name and address, please.

MR. RICK MARTIN:

My name is Rick Martin, excuse me. I'm a resident of Orleans Parish out in Lakeview and I've never had any real serious flood threats, so I'm kind of new at this, but I do have a business in Bucktown. A small fiberglass business.