UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| | * | **and consolidated cases** |
| **PERTAINS TO: BARGE** | * | |
| | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | **JUDGE STANWOOD R. DUVAL, JR.** |
| *Perry v. Ingram*      06-6299 | * | |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*      07-3500 | * | **MAGISTRATE JUDGE** |
| *Weber v. Lafarge*      08-4459 | * | **JOSEPH C. WILKINSON, JR.** |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Ex Parte/Consent Motion to Dismiss Without Prejudice filed by Lafarge North America Inc.;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Lafarge North America Inc.'s claims against the Board of Commissioners of the Port of New Orleans be and are hereby dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____18th_____ day of _____March_____, 2009.

_____
UNITED STATES DISTRICT JUDGE

1261653-1