# EXHIBIT 3

# Statement

**Marino Engineering Associates, Inc.**
1101 E. Colorado Avenue
Urbana, IL 61801
217-384-2288
Fax: 384-2291

| DATE |
|------|
| 6/18/2008 |

**TO:**
Inner Harbor Navigation Canal Failure
C/O Wiedemann & Wiedemann
821 Baronne Street
New Orlean, LA 70113-1102

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $83,934.91 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 12/31/2007 | Balance forward | | 0.00 |
| 03/05/2008 | PMT #142 dated 3-6-08 - Retainer | -7,500.00 | -7,500.00 |
| 03/20/2008 | INV #IHNC-031508 | 4,285.25 | -3,214.75 |
| 04/03/2008 | INV #IHNC033108 | 7,113.25 | 3,898.50 |
| 04/04/2008 | PMT #153 dtd 3-25-08 | -3,124.75 | 773.75 |
| 04/15/2008 | PMT #165 dtd 2-1-08 - check date should have been 4-1-08 or after | -773.75 | 0.00 |
| 04/18/2008 | INV #IHNC-041508 | 9,604.20 | 9,604.20 |
| 05/06/2008 | INV #IHNC-043008 | 14,011.20 | 23,615.40 |
| 05/15/2008 | PMT #230 dtd 5-7-08 | -9,604.20 | 14,011.20 |
| 05/20/2008 | INV #IHNC-051508 | 21,646.06 | 35,657.26 |
| 06/03/2008 | INV #IHNC-053108 | 23,627.90 | 59,285.16 |
| 06/18/2008 | INV #IHNC-061508 | 24,649.75 | 83,934.91 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 24,649.75 | 45,273.96 | 14,011.20 | 0.00 | 0.00 | $83,934.91 |