# EXHIBIT 7

## Raffman, Mark S

**Subject:** FW: Barge Plaintiffs' Expert - G. Marino

**Attachments:** Marino Resume.2008.pdf; depositions.pdf; Fees & Conditions.2008.pdf; Marino Compensation.pdf; IHNC report class certification.pdf

TRANSMITTAL FROM BRIAN GILBERT TO DEREK WALKER ET AL
MARCH 16, 2009

From: bgilbert <bgilbert@briangilbertlaw.com>
To: 'Joe Bruno' <jbruno@jbrunolaw.com>; 'Ralph Hubbard' <rhubbard@lawla.com>; jsw@harrisrufty.com <jsw@harrisrufty.com>; jemmett@wep-law.com <jemmett@wep-law.com>; 'Smith, Robin (CIV)' <Robin.Doyle.Smith@usdoj.gov>; Walker, Derek; 'Aurandt, Kirk' <kaurandt@daiglefisse.com>; mhanna@mcsalaw.com <mhanna@mcsalaw.com>
Sent: Mon Mar 16 15:54:11 2009
Subject: Barge Plaintiffs' Expert - G. Marino

Compact discs containing additional materials too large to email will be available for pickup at this office.

As all parties are aware, Mr. Marino's research and final report are not complete. The attached is a preliminary report tendered in connection with class certification, which is subject to revision. Plaintiffs tender this report for the express purpose of compliance to the greatest extent presently possible. Plaintiffs continue to nominate Genarro Marion as their expert. Plaintiffs will tender a final report at the earliest opportunity.

As the Court has not yet designated individual plaintiffs for trial, and class certification is not decided, individual property appraisals have not been performed. Once the Court rules, plaintiffs will designate particular appraisers and tender their reports. As per agreement, the final report of John Kilpatrick is not due until after the Court has ruled on class certification.

Brian A. Gilbert, Esq.

Law Office of Brian A. Gilbert, P.L.C.

821 Baronne Street

New Orleans, Louisiana  70113

Phone:  504/885-7700

. Phone:  504/581-6180

Facsimile:  504/581-4336

www.bargecase.com

**Chaffe McCall L.L.P. IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties, or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

**Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE**: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

----- Original Message -----