UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| *Weber v. LNA*   08-4459 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**RESPONSE OF LAFARGE NORTH AMERICA INC. TO BARGE PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON MOTION TO CONTINUE INDIVIDUAL TRIALS AND FOR MODIFICATION OF CASE MANAGEMENT ORDER NO. 7"**

Defendant Lafarge North America Inc. ("LNA") responds to the Barge Plaintiffs' motion for expedited hearing (Doc. 18131) on plaintiffs' underlying motion for a continuance of the trial and an extension of the expert report deadlines. LNA is today filing its opposition to the plaintiffs' underlying motion (Doc. 18130), and thus that motion is now fully briefed and ready for the Court to decide. Expedited treatment is warranted. The parties need a firm message from this Court that it intends to conduct a trial in July 2009, so that they can undertake their preparations accordingly.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre

                        1100 Poydras Street
                        New Orleans, LA 70163-2300
                        Telephone: (504) 585-7000
                        Facsimile: (504) 585-7075
                        Fisher@chaffe.com
                        Walker@chaffe.com

                        /s/ John D. Aldock
                        John D. Aldock
                        Richard M. Wyner
                        Mark S. Raffman
                        **GOODWIN PROCTER LLP**
                        901 New York Avenue, N.W.
                        Washington, DC 20001
                        Telephone: (202) 346-4240

March 18, 2009

## Certificate of Service

    I hereby certify that I have on this 18th day of March, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

                        /s/ John D. Aldock