UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §          CIVIL ACTION
        CONSOLIDATED LITIGATION          §          NO. 05-4182 "K" (2)
                                         §          JUDGE DUVAL
_____§          MAG. WILKINSON
                                         §
PERTAINS TO: ALL MRGO                    §
_____§

## ORDER

Having considered the United States of America's Ex Parte Motion for Leave to File

Motion for Reconsideration, for good cause shown, it is hereby ORDERED that the motion is

GRANTED.    Accordingly, the Clerk of Court is directed to file the United States of America's

Motion for Reconsideration of Order Deferring Ruling on Class Certification.


New Orleans, Louisiana, this __18th__ day of _____March_____, 2009.

_____

Judge Stanwood R. Duval
Eastern District of Louisiana