UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>Abadie I, 06-5164<br>Abadie II, 07-5112<br>Aaron 06-4746<br>Aguilar 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of plaintiffs' counsel, Joseph W. Rausch (by letter filed separately in the record),

**IT IS ORDERED** that a status conference is set in this matter before me on **MARCH 24, 2009 at 2:00 p.m.** The purpose of the conference is to discuss the ongoing issue of dual representation in the referenced cases. Plaintiffs' counsel, Joseph W. Rausch and Joseph Bruno, must participate in the conference in person.

New Orleans, Louisiana, this   18th   day of March, 2009.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**