UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Munna, No. 07-3843) | * | |
| | * | |

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Myrtle Munna ("Munna"), plaintiff in Docket No. 07-3843 (consolidated with Docket No. 05-4182), and defendant, The Standard Fire Insurance Company, on behalf of itself and the incorrectly named entities, St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies (hereinafter "Standard Fire"), who suggest to the Court that Munna's claims against Standard Fire have been compromised, and the parties desire to dismiss Munna's claims against Standard Fire in Docket No. 07-3843, with prejudice, with each party to bear its own costs.

1

WHEREFORE, plaintiff, Myrtle Munna, and defendant, The Standard Fire Insurance Company, pray that this motion to dismiss be granted, dismissing Munna's claims asserted in Docket No. 07-3843 against defendant, The Standard Fire Insurance Company, and the incorrectly named entities listed above, with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Roy F. Amedee, Jr.
Roy F. Amedee, Jr.
Brent A. Klibert
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222
Email: ramedeejr@aol.com

John Van Robichaux, Jr.
Brian D. Page
Robichaux Law Firm
6305 Elysian Fields Ave., Suite 406
P.O. Box 792500
New Orleans, LA 70122
504-286-2022

Allan Berger
Allan Berger & Associates, APLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777

Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Stuckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224

ATTORNEYS FOR PLAINTIFF, MYRTLE MUNNA


LONGMAN RUSSO,
A Professional Law Corporation


s/Gary J. Russo
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
P. O. Drawer 3408
Lafayette, LA 70503-3408
337-262-9000

ATTORNEYS FOR DEFENDANT,
THE STANDARD FIRE INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.


/s/ Gary J. Russo