UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES

CIVIL ACTION

NO. 05-4182

JUDGE DUVAL

MAGISTRATE WILKINSON

PERTAINS TO INSURANCE

(Munna, No. 07-3843)

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the claims of plaintiff, Myrtle Munna, against defendant, The Standard Fire Insurance Company and the incorrectly named entities, St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies (hereinafter "Standard Fire") asserted in Docket No. 07-3843, be and the same are hereby dismissed, with prejudice, with each party to bear its own costs.

Thus done and signed at New Orleans, Louisiana this ____ day of _____, 2009.

_____