UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO.: 05-4182

                                             SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MRGO

---

## NOTICE OF SUBPOENAS

In accordance with FRCP Rule 45(B)(1), please take notice that the Orleans Levee District has issued subpoenas duces tecum for the production of documents to American International Specialty Lines Insurance Company and Hartford Casualty Company, attached as exhibits A and B, returnable on March 30, 2009 at the office of Mr. Ralph Hubbard; Lugenbuhl, Wheaton, Peck, Rankin & Hubbard; 4313 Bluebonnet Blvd., Suite B, Baton Rouge, LA 70809; Telephone: 504-568-1990.

-1-

Respectfully submitted,

*s/Ben L. Mayeaux*
LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:         (337) 233-9450

and

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
Thomas P. Anzelmo, T.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
TELEPHONE:        (504) 831-0946
FACSIMILE:         (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*
COUNSEL

-2-