# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION  NO.   05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | § | |
| | § | JUDGE DUVAL |
| | § | |
| | § | MAGISTRATE WILKINSON |
| | § | |
| PERTAINS TO:  ROAD HOME | § | |
| *Louisiana State*  C.A. No. 07-5528 | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants will bring their Motion for Reconsideration of the Court's Order on Defendants' Motion to Dismiss for hearing before the Honorable Stanwood R. Duval, Jr. on April 15, 2009 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Ralph S. Hubbard*

Ralph S. Hubbard, III, 7040
Seth A. Schmeeckle, 27076
Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

And

Stephen E. Goldman
Wystan M. Ackerman
Of
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut  06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299

*Attorneys for The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity), St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Insurance Company (a non-existent entity), Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, The Automobile Insurance Company of Hartford, Connecticut, Hartford Accident & Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, "Hartford Insurance Group" (a non-existent entity), Hartford Underwriters Insurance Company, Property and Casualty Insurance Company of Hartford, and Twin City Fire Insurance Company*

And

/s/ Wayne J. Lee
Wayne J. Lee, 7916
wlee@stonepigman.com
Stephen G. Bullock, 3648
sbullock@stonepigman.com
Mary L. Dumestre, 18873
mdumestre@stonepigman.com
Andrea L. Fannin, 26280
afannin@stonepigman.com
Of
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

2

And

Charles L. Chassaignac IV, 20746
 cchassaignac@phjlaw.com
                    Of
PORTEOUS, HAINKEL & JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801
Telephone:  (225)383-8900
Facsimile:  (225) 383-7900
*Attorneys for State Farm Fire and Casualty*
*Company and State Farm General Insurance*
*Company*


And


*/s/ Maura Z. Pelleteri*
Maura Z. Pelleteri, 8463
Amy S. Malish, 28992
                    Of
KREBS, FARLEY & PELLETERI, L.L.C.
Texaco, Center, Suite 2500
400 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 299-3570
Facsimile:  (504) 299-3582
*Attorneys for Aegis Security Insurance Company*


And


*/s/ Howard B. Kaplan*
Howard B. Kaplan, 14414
                    Of
BERNARD CASSISA ELLIOTT & DAVIS
1615 Metairie Road
P.O. Box 55490
Metairie, Louisiana  70055-5490
Telephone:  (504) 834-2612
*Attorneys for Lafayette Insurance Company, United*
*Fire and Casualty Company and United Fire and*
*Indemnity Company*


And

_/s/ Judy Y. Barrasso_

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
            Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
_Attorneys for America First Insurance Company,_
_Liberty Mutual Fire Insurance Company, and_
_Liberty Mutual Insurance Company_

And


_/s/ Judy Y. Barrasso_

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
            Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
_Attorneys for Metlife, Inc., Economy Premier_
_Assurance Company, Metropolitan Casualty_
_Insurance Company, and Metropolitan Property &_
_Casualty Insurance Company_

And


_/s/ Seth A. Schmeeckle_

Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
            Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
And

4

Christopher W. Martin,
Texas Bar No. 13057620
Martin R. Sadler,
Texas Bar No. 00788842
       Of
MARTIN, DISIERE, JEFFERSON &
  WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101
*Attorneys for United Services Automobile*
*Association, also separately named by plaintiffs as*
*USAA, USAA Casualty Insurance Company and*
*USAA General Indemnity Company*

And

*/s/ Seth A. Schmeeckle*
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
       Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

And

Of Counsel:
Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
       Of
SONNENSCHEIN NATH &
  ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000
*Attorneys for The Hanover Insurance Company,*
*The Hanover American Insurance Company, and*
*Massachusetts Bay Insurance Company*

And

*/s/ Deborah B. Rouen*
Deborah B. Rouen, 2084
Chris A. D'Amour, 26252
       Of
ADAMS AND REESE LLP
4500 One Shell Square
New Orleans, Louisiana  70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
*Attorneys for Union National Fire Insurance*
*Company*


And


*/s/ Dominic J. Ovella*
Dominic J. Ovella, 15030
Anne E. Medo, 24556
Sean P. Mount, 27584
       Of
HAILEY, MCNAMARA, HALL,
  LARMANN & PAPALE, L.L.P.
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500
*Attorneys for Fidelity and Deposit Company of*
*Maryland, Empire Fire and Marine Insurance*
*Company, Empire Indemnity Insurance Company,*
*Centre Insurance Company, ZC Sterling Insurance*
*Agency, Inc., and ZC Sterling Corporation*


And


*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
       Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, LLC
LL&E Tower
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (5040 589-9701


And


6

Of Counsel
Richard L. Fenton
Steven M. Levy
Anthony T. Eliseuson
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
Chicago IL 60606
Telephone:  (312) 876-8000
*Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company*

And

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
                Of
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

And

Of Counsel:
Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
                Of
SONNENSCHEIN NATH &
   ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000
*Attorneys for Horace Mann Insurance Company, Teachers Insurance Company, and Horace Mann Property & Casualty Insurance Company*

And

*/s/ Alan J. Yacoubian*
Alan J. Yacoubian, 17213
Neal J. Favret, 24412
Rachel P. Catalanotto, 31095
       Of
JOHNSON, JOHNSON, BARRIOS &
  YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
*Attorneys for Auto Club Family Insurance Company*

And

*/s/ Neil C. Abramson*
Neil C. Abramson, 21436
Nora B. Bilbro, 22955
Jacqueline M. Brettner, 30412
       Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

And

Marshall M. Redmon, 18398
       Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197
*Attorneys for Homesite Insurance Company*

And

_/s/ Marshall M. Redmon_
Marshall M. Redmon, 18398
        Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197

And

Amy R. Sabrin
        Of
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
Telephone:  (202) 371-7000
Facsimile:  (202) 393-5760
_Attorneys for Farmers Insurance Exchange,
Foremost Insurance Company, Foremost Property
and Casualty Company, and Foremost Signature
Insurance Company_

And

_/s/ Neil C. Abramson_
Neil C. Abramson, 21436
Jacqueline M. Brettner, 30412
        Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
_Attorneys for American Manufacturers Mutual
Insurance Company, Lumbermens Mutual Casualty
Company, Merastar Insurance Company, Unitrin
Preferred Insurance Company, Unitrin Auto and
Home Insurance Company, Trinity Universal
Insurance Company, and Trinity Universal
Insurance Company of Kansas, Inc._

And

_/s/ Christopher R. Pennison_

9

Jay M. Lonero, 20642
Christopher R. Pennison, 22584
Angie Arceneaux Akers, 26786
        Of
LARZELERE PICOU WELLS SIMPSON
  LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA  70002
Telephone:  (504) 834-6500
Fax:  (504) 834-6565
*Attorneys for Republic Fire And Casualty Insurance*
*Company,  American National Property And*
*Casualty Company, American National General*
*Insurance Company, and ANPAC Louisiana*
*Insurance Company*

And

*/s/ Gerard Wimberly, Jr.*
GERARD E. WIMBERLY, JR. (#13584) (T.A.)
ANTHONY ROLLO ( # 01133)
DANIEL T. PLUNKETT (# 21822)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-0377

STEPHANIE G. JOHN (# 25111)
1001 McKinney St. Suite 1500
Houston, TX 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025
*ATTORNEYS FOR BALBOA INSURANCE*
*COMPANY ANDMERITPLAN INSURANCE*
*COMPANY*

And

*/s/ John E. Unsworth*
JOHN E. UNSWORTH, JR., #09477
W. GLENN BURNS, #3698
LAUREN E. BRISBI, #29778
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

One Galleria Blvd, Suite 1400
Post Office Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500
*Counsel for Defendant,*
*Clarendon National Insurance Company*

And


*/s/ Robert I. Siegel*
Robert I. Siegel, La. Bar No. 12063.
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras St., Suite 4800
New Orleans, Louisiana 70139-4800
(504) 654-1307

And

Richard J. Doren
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
(213) 229-7038

Daniel W. Nelson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

*Attorneys for Lexington Insurance Company,*
*Audubon Insurance Company, and AIU Insurance*
*Company*

And

*/s/ Laurie L. DeArmond*
Patrick D. DeRouen
Laurie L. DeArmond
DeRouen Law Firm
650 Poydras Street, Suite 2230
New Orleans, LA 70130
504-274-3660
*Counsel for Armed Forces Insurance*

And

*/s/ Andrew L. Plauche, Jr.*
ANDREW L. PLAUCHÉ, JR. (11023)
JAMES K. ORDENEAUX (28179)
PLAUCHÉ MASELLI PARKERSON, L.L.P.
701 Poydras Street, Suite 3800
New Orleans, LA 70139-3800
Office: 504.582.1142; Fax: 504.582.1172

And

H. ALSTON JOHNSON III (7293)
PHELPS DUNBAR, L.L.P.
445 North Blvd., Suite 701
Baton Rouge, LA 70802
Office: 225.346.0285; Fax: 225.381.9197
*Attorneys for Louisiana Farm Bureau Mutual*
*Insurance Company, Louisiana Farm Bureau*
*Casualty Insurance Company and Southern Farm*
*Bureau Casualty Insurance Company*

And

*/s/ Gordon P. Serou, Jr.*
Gordon P. Serou, Jr., 14432
            Of
LAW OFFICES OF
GORDON P. SEROU, JR., LLC
650 Poydras Street, Suite 1420
New Orleans, Louisiana 70130
Telephone: (504) 299-3421

And

Walter D. Willson
            Of
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157
Telephone:  (601) 605-6944

12

*Attorneys for American Bankers Insurance
Company of Florida, American Security Insurance
Company, American Reliable Insurance Company,
Standard Guaranty Insurance Company, Voyager
Indemnity Insurance Company, and Voyager
Property and Casualty Insurance Company*

And

*/s/ John R. Walker*
John R. Walker, 02165
                        Of
ALLEN & GOOCH
3900 N. Causeway Boulevard
Suite 1450
Metairie, Louisiana  70002
Telephone:  (504) 836-5210
*Attorneys for American Summit Insurance
Company and National Lloyds Insurance
Company*

And

*/s/ Julia A. Dietz*
Sidney W. Degan, III (#4804)
Julia A. Dietz (#18866)
Maryann G. Hoskins (#20869)
Degan, Blanchard & Nash
400 Poydras St., Suite 2600
New Orleans, LA  70130
(504) 529-3333 phone
(504) 529-3337 fax
*Attorneys for National Security Fire
 and Casualty Company and Omega
One Insurance Company*

And

*/s/   Matthew A. Woolf*
Matthew A. Woolf, 27146
mwoolf@bakerdonelson.com
                        Of
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200

Facsimile:  (504) 636-4000
   *Attorneys for G.U.I.C. Insurance Company,*
*American Family Home Insurance Company,*
*American Modern Home Insurance Company,*
*American Southern Home Insurance Company, and*
*American Western Home Insurance Company*

And

*/s/ Nancy B. Gilbert*
John P. Wolff, III, Bar #14504
Nancy B. Gilbert, Bar #23095
Christopher K. Jones #28101
**KEOGH, COX & WILSON, LTD.**
701 Main Street (P. O. Box 1151)
Baton Rouge, Louisiana  70821
Telephone:  225.383.3796
Facsimile: 225.343.9612
*Attorneys for Amica Mutual Insurance Co.*

And

*/s/ Matthew J. Lindsay*
RICHARD E. KING (#25128)
DAVID M. MORAGAS (#29633)
MATTHEW J. LINDSAY (#30599)
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456
*Counsel for Defendants,*
*Assurance Company of America, Zurich American*
*Insurance Company, and Zurich North America*

And

*/s/ Thomas R. Blum*
Thomas R. Blum, 3170
M. Davis Ready, 24616
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569 - 2030

14

Facsimile: (504) 569 - 2999
*Attorneys for Shelter Mutual Insurance Company*
*and Shelter General Insurance Company*

And

*/s/ Steven W. Usdin*
Steven W. Usdin, 12986
Stephen L. Miles, 31263
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  504/589-9700
*Attorney for Chubb Indemnity Insurance Company,*
*Chubb Custom Insurance Company, Chubb*
*National Insurance Company, Federal Insurance*
*Company, Great Northern Insurance Company, (for*
*itself and as erroneously sued as Chubb Insurance*
*Group, a non-entity, incapable of being sued), and*
*Vigilant Insurance Company*

And

*/s/Kelly Cambre Bogart*
KELLY CAMBRE BOGART (#22985)
LAWRENCE J. DUPLASS (#5199)
C. MICHAEL PFISTER (#14317)
JAIME M. CAMBRE (#29116)
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Tel.:    (504)  832-3700
kbogart@duplass.com
lduplass@duplass.com
mpfister@duplass.com
jcambre@duplass.com
*Attorneys for Fireman's Fund Insurance*
*Company, and The American*
*Insurance Company*

And

*/s/  Jacqueline M. Brettner*

15

Neil C. Abramson (Bar #21436)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

And

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197
*Attorneys for Defendants*
*The Involved Lloyd's Underwriters*

And

/s/   Harry Rosenberg
Harry Rosenberg (Bar #11465)
Jay R. Sever (Bar #23935)
Jacqueline M. Brettner (Bar #30412)
Canal Place
**PHELPS DUNBAR LLP**
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
*Attorneys for Defendant Scottsdale Insurance*
*Company*

And

/s/ Edward J. Lilly
EDWARD J. LILLY, LSBA #8571
CRULL, CASTAING &  LILLY
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Tel. (504)581-7700
Fax (504)581-5523
*Attorneys for Southwest Business Corporation*

And

16

/s/ Thomas H. Huval
Thomas H. Huval (Bar #21725)
Huval Veazey Felder & Aertker, L.L.C.
532 East Boston Street
Covington, LA 70433
(985) 809-3800 (telephone)
(985) 809-3801 (facsimile)
*Counsel for Security Plan Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Hearing on Defendants' Motion for Reconsideration of the Court's Order on Defendants' Motion to Dismiss has been served upon all counsel of record by electronic notice from the Court's CM/ECF Filing System, this 19th day of March, 2009.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle