UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br><br>PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §    CIVIL ACTION  NO.   05-4182 "K"(2)<br>§<br>§    JUDGE DUVAL<br>§<br>§    MAGISTRATE WILKINSON<br>§<br>§<br>§ |

## ORDER

Considering the Request for Oral Argument filed by Defendants on their Motion for Reconsideration of the Court's Order on Defendants' on Motion to Dismiss.;

**IT IS HEREBY ORDERED** that  the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

1