UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' AND DEFENDANT'S JOINT EX PARTE CONSENT MOTION FOR LEAVE TO FILE A PRELIMINARY JOINT EXHIBIT LIST, WITNESS LIST, AND STIPULATED FACTS**

Pursuant to the Amended *Robinson* Case Management Order, Doc. No. 15841, Plaintiffs and Defendant's Joint Witness List, Exhibit List, and Stipulated Facts are due March 20, 2009. Plaintiffs and Defendants have been working diligently in preparing and exchanging these items and are continuing to work together in good faith to eliminate duplicate exhibits, pair down their respective witness lists, and stipulate to as many facts as possible for the Court's convenience.

In addition to amending and harmonizing the joint exhibit and witness lists, Plaintiffs are currently reviewing 473 proposed stipulated facts presented to them by Defendant on Wednesday, March 18. While both parties continue to work around the clock on these items, the parties will be unable to confect a final version of the Joint Exhibit List, Witness List, and Stipulated Facts on March 20, 2009. Because of the critical impact the Joint Exhibit List, Witness List, and Stipulated Facts will have on the trial of this case, the parties must carefully and methodically review the various comments and drafts of these items that are exchanged between them.

1

In addition, it is likely that the Joint Exhibit List, Witness List, and Stipulated Facts could change in light of the Court's pending Order concerning the parties' respective summary judgment motions on the discretionary function immunity.

Accordingly, the Parties respectfully request permission to file a <u>preliminary</u> version of the Joint Exhibit List, Witness List, and Stipulated Facts March 20, 2009.  From this date on, the parties will continue to work diligently together on creating a <u>final</u> version of the Joint Exhibit List, Witness List, and Stipulated Facts that will be due on April 3, 2009.

Pursuant to Local Rule 7.3E, a Proposed Order is provided.

Dated: March 19, 2009                                                          Respectfully submitted,


**O'Donnell & Associates P.C.**

By: <u>s/ Pierce O'Donnell</u>

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298
**Law Offices of Joseph M. Bruno**
By: <u>s/ Joseph M. Bruno</u>
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493


**U.S. Department of Justice**

<u>s/ Robin D. Smith</u>
ROBIN DOYLE SMITH
Senior Trial Counsel
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorney for the Defendant United States

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on March 19, 2009, I caused to be served **PLAINTIFFS' AND DEFENDANT'S JOINT EX PARTE CONSENT MOTION FOR LEAVE TO FILE A DRAFT FINAL JOINT EXHIBIT LIST, WITNESS LIST, AND EXHIBIT LIST**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell