UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson<br>(No. 6-2268) | |

**ORDER**

Having considered Plaintiffs' and Defendant's Joint Ex Parte Consent Motion for Leave to File a Preliminary Joint Exhibit List, Witness List, and Stipulated Facts, and for good cause shown, it is ORDERED that the parties' Motion is hereby GRANTED.  The parties may file a preliminary version of the Joint Exhibit List, Witness List, and Stipulated Facts on March 20, 2009, with a final version of the Joint Exhibit List, Witness List, and Stipulated Facts filed on April 3, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

1