UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                              NO.:  05-4182

                                                                              SECTION "K"(2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
             05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
             06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
             06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
             06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
             06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
             06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
             07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
             07-1289

PERTAINS TO:  LEVEE

### MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' POST-HEARING SUBMISSION IN OPPOSITION TO SEWERAGE AND WATER BOARD'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans and moves for leave to reply to plaintiffs' post-hearing submission (Doc. #18191) in opposition to the SWB's motion for summary judgment (Doc. #16834).  By Order (Doc. #18030) dated March 4, 2009, the Court gave plaintiffs leave "to identify and refile as a supplement to their opposition the previously filed competent summary judgment evidence which they contend creates a genuine issue of material fact

concerning whether the SWB negligently dredged the 17th Street Canal . . . . No supplemental briefing by plaintiffs on the issue of the SWB's alleged negligent dredging of the 17th Street Canal is necessary." On the March 18 deadline, plaintiffs identified and filed exhibits they suggest create a genuine issue of material fact. Despite the admonition against additional briefing, plaintiffs also filed a supplemental memorandum on the dredging issue. In response, the SWB would like an opportunity to reply to plaintiffs' submission and memorandum.

The Court's March 4, 2009, Order gave plaintiffs' two weeks or until March 18, 2009, to review the record and file their submission. Defendant requests a week to review and respond to plaintiffs' submission. Plaintiff's submission contains over 80 pages of exhibits and the SWB would like to review those exhibits in detail, confirm the nature, source and context of these records and file a reply as appropriate responding to the exhibits and additional arguments made by plaintiffs.

Accordingly, the Sewerage and Water Board of New Orleans requests leave until March 26, 2009, to file a reply to plaintiffs' post-hearing submission. .

                                        Respectfully submitted,

                                        s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHARLOTTE J. SAWYER – #28493**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

        **GEORGE R. SIMNO III - #12271**
        **GERARD M. VICTOR - #9815**
        625 St. Joseph Street, Room 201
        New Orleans, Louisiana 70165
        Telephone:  (504) 585-2242
        Facsimile:   (504) 585-2426

        ATTORNEYS FOR DEFENDANT SEWERAGE
        AND WATER BOARD OF NEW ORLEANS

## **C E R T I F I C A T E**

I do hereby certify that on the 19th day of March, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

        s/Charles M. Lanier, Jr.
        **CHARLES M. LANIER, JR.**