UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO.: 05-4182

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "K"(2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
　　　　　　05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
　　　　　　06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
　　　　　　06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
　　　　　　06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
　　　　　　06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
　　　　　　06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
　　　　　　07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
　　　　　　07-1289

PERTAINS TO: LEVEE

## ORDER

Considering the Sewerage and Water Board of New Orleans' Motion for Leave to File Reply to Plaintiffs' Post-Hearing Submission in Opposition to Sewerage and Water Board's Motion for Summary Judgment:

IT IS ORDERED that defendant's motion for leave is granted and the reply must be filed by Friday, March 26, 2009.

New Orleans, Louisiana, this _____ day of March, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE