UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> PERTAINS TO: INSURANCE * <br> Cooper, 07-6793 * | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K"(2) |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the plaintiff herein, Olivia Cooper, and defendant herein, Allstate Insurance Company, who respectfully submit to this Court that all of their claims have been settled, and plaintiff desires that all of her claims against defendant, Allstate Insurance Company, be withdrawn and/or dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

GARY PENDERGAST # 10426
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
Telephone: 504-523-0454
Facsimile: 504-523-0464
**Counsel for Plaintiff,**
Olivia Cooper

SCOTT G. JONES #14408
RAYMON G. JONES #07504
INABNET & JONES, L/L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
**Counsel for Defendant,**
Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on March 19th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

Scott G. Jones

2