UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br>  * <br> PERTAINS TO: INSURANCE * <br> Cooper, 07-5793 * | CIVIL ACTION NO.:  05-4182 <br><br> SECTION "K"(2) |

*************************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiff, Olivia Cooper, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of _____, 2009.


_____
HONORABLE STANWOOD R. DUVAL, JR.