UNITED STATES DISTRICT CORUT
EASTERN DISTRICT OF LOUISIANA

IN RE:    KATRINA CANAL BREACHES          CIVIL ACTION
          CONSOLIDATED LITIGATION

                                          NO. 05-4182

                                          SECTION "K"(2)

FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
          05-6073, 05-6314, 05-6324, 05-6327, 05-6369
          06-0020, 06-1885, 06-0225, 06-0886, 06-11028,
          06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
          06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
          06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
          06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
          07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
          and 07-1289

PERTAINS TO: LEVEE

### ORDER

Considering the Sewerage and Water Board of New Orleans's Motion for Leave to File Reply to Plaintiffs' Post-Hearing Submission in Opposition to Sewerage and Water Board's Motion for Summary Judgment.

**IT IS ORDERED** that defendant's motion for leave is granted and the reply must be filed by Friday, March 27, 2009.

New Orleans, Louisiana, this 20th day of March, 2009.

                                    STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT JUDGE