UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*           08-4459 | * | |
| | * | |
| | * | |

## AMENDED NOTICE OF FED. R. CIV. P. 30(B)(6) DEPOSITION OF LAFARGE NORTH AMERICA, INC.

To: **Lafarge North America, Inc.**
Through its attorney of record
Derek A. Walker, Esq.
Chaffe, McCall, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

**YOU ARE HEREBY NOTIFIED** that the Barge Plaintiffs, through undersigned counsel, will conduct the oral deposition of Lafarge North America, Inc., at 10:00 a.m. on the **14th day of April, 2009**, at the offices of Chaffe-McCall, L.L.P., 1100 Poydras Street, Suite 2300, New Orleans, Louisiana, before an officer authorized to administer oaths, and shall continue from day to day until completed, with respect to the following topics listed below.

**YOU ARE INSTRUCTED** in accord with Fed. R. Civ. P. to designate and produce one or

more officers, directors, or managing agents, or designate other persons who consent to testify on Lafarge North America's behalf concerning the following topics. The persons designated must testify about information known or reasonably available to the organization.

1. Any and all knowledge, communications, documents, photos and other information pertaining to the mooring methods of ING 4525 and/or the five barge tier of Bunge and/or other barges moored adjacent to the tier containing ING 4727, and the movements during the effects of Katrina of any and all of the aforesaid barges other than 4727;

    Examples include, ***but are not limited to***:

    A. Size, type, composition, number, age, condition, location of mooring lines/chains/cables used or available;

    B. Types, locations of mooring hardware used or available;

    C. Mooring methods used or available;

    D. Effectiveness, fastness, failure or slippage of mooring lines/chains/cables;

    E. Movement, direction, impact or physical contact of any of said barges, and/or physical effects thereof;

    F. Any and all communications to the USCG/IPET/ILIT/Team Louisiana/MRGO-Robinson plaintiffs pertaining to items included in this topic;

    G. Existence and location of any and all tangible and intangible proof or evidence or accounts of any of the foregoing.

2. Lafarge's awareness of any publically available pre-Katrina information concerning any contentions that MRGO would or might cause or contribute to hurricane related flooding or storm surge;

    Examples include ***but are not limited to***:

    A. Media reports; public information;

    B. Official/government announcements/press releases/guides/manuals/directives/policies/warnings/cautions/studies, etc., available to the public and/or known to LNA, its agents and employees;

    C. Any and all knowledge acquired through inquiry, conduct of any projects or studies made on Lafarge's behalf relative to facilities' potential for exposure to MRGO storm surge;

    D. Attendance, reports or communications regarding any public event concerning MRGO storm surge;

    E. Any and all due diligence or other investigation relative to purchase, finance, location, insuring of LNA facility vis-a-vis MRGO storm surge;

    F. Any and all risk analysis and/or awareness relative to MRGO storm surge.

3. The existence, nature, contents and custodians of any and all communications, statements, representations, and reports made by Lafarge to any and all governmental agencies and/or investigative bodies relevant to the breakaway of ING 4727 and/or the eastern IHNC

floodwall breaches subject of this suit, including but not limited to the United States Coast Guard, Army Corps of Engineers, IPET, ILIT, Team Louisiana, National Science Foundation; and/or parties to Robinson and/or MRGO litigation;

Examples include ***but are not limited to***:

A. Circumstances surrounding USCG investigation of ING 4727 breakaway and movements, investigatory findings as to moorings, negligence, information conveyed to USCG, participation and contacts with USCG, findings as to movements of ING 4727;

B. Circumstances surrounding contributions to or participation in IPET, ILIT, Team Louisiana investigations and/or findings, substance of information conveyed, interviews, tangible evidence, reports, etc.;

C. "Stopped Clock" data to investigative entities;

D. Documents, information and things tendered to/statements made to any and all MRGO/Robinson parties, incl. but not limited to MRGO/Robinson plaintiffs.

4. The existence, contents and custodians of any land, aerial or satellite video or photo, and/or graphic, diagram, or visual representation of areas constituting and/or included within the proposed Barge Class geography on August 28 - 29, 2005.

Examples include ***but are not limited to***:

A. Visuals of ING 4727 at the LNA terminal, in the IHNC, making contact with flood control or other structures;

B. Visuals of other barges at LNA facility;

C. Visuals of IHNC breaches;

D. Visuals of Florida Ave. and/or N. Claiborne Ave. bridges;

E. Visuals of persons and/or things affected by flooding;

F. Visuals of storm surge and/or flood waters;

G. Visuals of persons who claim to have accounts of the breakaway, floodwall breach(es), flooding.

Respectfully Submitted,

/s/Dylan Pollard
Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
        Dpollard@kpalawyers.com;
        Mbailey@kpalawyers.com


Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Lawrence D. Wiedemann.(13457)

Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
    karl@wiedemannlaw.com;
    karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
    ddruker@wgdnlaw1.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 20th day of March, 2009.

      \s\Brian A. Gilbert  
      BRIAN A. GILBERT