UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>**BARGE** | **SECTION "K"(2)** |

### ORDER

Having reviewed a Motion to Continue Individual Trials and Modification of Case Management Order No. 7 (Doc. 18130), Ex Parte Motion for Expedited Status Conference (Doc. 18131) and Joint Motion for Extension of Time to Complete Discovery (Doc. 18184),

**IT IS ORDERED** that a telephonic status conference shall be held on **Tuesday, March 24, 2008 at 10:30 a.m.** to discuss these motions.  Counsel for plaintiffs, Brian Gilbert, shall initiate the call and arrange for all counsel necessary to participate.  Counsel should contact Mr. Gilbert's office to insure inclusion in this call.  Should any counsel prefer to participate in person, he or she may do so and should contact Chambers to inform the Court of that intention.

**IT IS FURTHER ORDERED** that Ex Parte Motion for Expedited Status Conference (Doc. 18131) is **MOOT**.

New Orleans, Louisiana, this 20th day of March, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE