# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *      C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION       *      JUDGE: DUVAL
      *      MAG.: WILKINSON
      *

PERTAINS TO:       *
INSURANCE (Giles, No. 07-1917)       *

## ORDER

     IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

     NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF LOUISIANA