UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, <u>Alexander</u>, 07-4538<br>              ROAD HOME, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that State Farm Fire and Casualty Company's Motion to Set Status Conference, Record Doc. No. 18178, is hereby GRANTED, and that the status conference is hereby scheduled to take place before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana on **April 2, 2009 at 2:00 p.m.**, as it pertains to the following cases captioned under C.A. No. 07-4538: **Tammy Boyd, Michael and Sherry Campo, Lisa Colburn, Carlos Gomez, Jean Griffith, James and Gloria Kendrick, Leonard and Ann Lee, Hurby Oubre, Allen Parker, Ronald Schurr and Debra Woods.**

**IT IS FURTHER ORDERED** that personal appearance of counsel, Kevin Klibert, Charles L. Chassaignac, IV, and Dan Rees, is required.

New Orleans, Louisiana, this    20th    day of March, 2009.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE