UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*    07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## LAFARGE NORTH AMERICA'S SEVENTEENTH PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this preliminary exhibit list.

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available. It is necessarily limited because discovery in this case has only recently begun, and will not close until late 2008. LNA will supplement this list on the 20th of each month, as directed by Case Management and Scheduling Order No. 5.

Exhibit List

1. Photos and video of the IHNC levee and floodwall before Hurricane Katrina, including that produced as LNA 000740, 009533-35.

2. Photos and video of the IHNC levee and floodwall after Hurricane Katrina, including photos of the northern and southern breaches in the eastern IHNC levee, scour

        trenching and gapping, including those produced as LNA 000739-759, 001136, 001138-1161, 007783-90, 007807-13, 009718-9775, 010117-101163, 10250 and those produced as WGI 082924-082998.

3. Photos and video of the chain-link fence built on the IHNC floodwall, including those produced as LNA 001137, LNA 007783-90.

4. Photos and video of the IHNC before and after Hurricane Katrina, including those produced as LNA 000739-740, 007797-98, 009533-35.

5. Overhead and aerial photographs and videos of the IHNC and Lower Ninth Ward, including those produced as LNA 000739-740, 007817, 007881-89, 009533-35, 009563-9564, 009799-9812, 010201-10207.

6. Photos and video of other levees and floodwalls before Hurricane Katrina, including those produced as LNA 000760-769.

7. Photos and video of other levees and floodwalls after Hurricane Katrina, including breaches, including those produced as LNA 001162-1171, 007814-15, 009537-9562, 10250 .

8. Photos and video of other barges and vessels in the Greater New Orleans area, including barges that broke free during Hurricane Katrina and impacted other levees and floodwalls, including those produced as LNA 000760-769, 000791-807, 001172-1178, 001180-1182, 007815, 009568-009571, 009895-10083.

9. Photos of levees and floodwalls after Hurricane Gustav, including those produced as LNA 009508-32; 009604-9717.

10. Drawings of the locations of barges that broke free during Hurricane Gustav, including those produced as LNA 009602-9603.

11. Photos and video of ING 4727 in the Lower Ninth Ward, including those produced as LNA 000770-790, 001126-1127, 005802-7772, 007776-82, 007799-7806, 009776-9798, 010164-10174; 010209-10215.

12. Photos and video of the bottom 1/3 of ING 4727 taken after its removal from the Lower Ninth Ward produced as LNA 001088-1117, 009815-9894.

13. Photos taken in the Greater New Orleans area depicting damage after Hurricane Katrina, including those produced as LNA010084-10116, 010175-10193.

14. Photos and video of LNA's New Orleans Terminal and vicinity before and after Hurricane Katrina, including those produced as LNA 001128-1135, 001118-1125, 007791-96, 009565-9567, 009813-14, 010249.

15. Photos of Buzz-Unicem New Orleans East Cement Plant after Hurricane Katrina, including those produced as LNA 009565-9567.

16. Photos and video of debris in the neighborhood, including those produced as LNA 001183-1343, 007816.

17. Photos and video showing damage in Lower Ninth Ward and other neighborhoods that are or may be part of the alleged class, including those produced by plaintiffs in discovery (which are not bates labeled for identification with specificity).

18. Photos and video showing weather conditions and visibility during Hurricane Katrina, including those produced as LNA 001344-1360 and LNA 010314.

19. Exhibit 18 to the Deposition of Marenthia Lagarde.

20. Photos and video of storm surge during Hurricane Katrina, including those produced as LNA 001344-1360.

21. Photos from the IHNC lock station produced as LNA 001344-1360.

22. Photos of the IHNC lock station, including those produced as LNA 009573.

23. Maps for the Greater New Orleans Area showing locations of levees, levee breaches, man-made and natural geographical features, locations of property, LNA's New Orleans terminal, and similar points of interest, including that produced as LNA 007818, 009572, 010208.

24. National Oceanic and Atmospheric Association Hurricane Katrina Base Map Index and Photographs, produced as LNA 009536.

25. National Weather Service National Hurricane Center warnings regarding Hurricane Katrina, available at http://www.nhc.noaa.gov/archive/2005/pub/all22005.public.001.shtml?, produced as LNA 010251-10262

26. Drawing and schematics of LNA's New Orleans terminal, including those produced as LNA 001053-1065.

27. Nautical Charts, depicting junction of GIWW and IHNC, Michaud Canal, and the junction of MRGO with GIWW, including those produced as LNA 001081-1084, also available at http://www.charts.noaa.gov.

28. Schematics of IHNC levees and floodwall as designed and as built, including those produced as LNA 000723-738, 001085-1087, 007833-7880.

29. Photogrammetry showing IHNC levee and floodwall elevation and subsidence. This is exhibit has not yet been finalized by LNA's experts, but will be based upon the photographs produced as LNA 000739-740.

30. Photos showing high water marks and water depths, produced as LNA 005498-5500.

31. Photos documenting direction of water flow, including those produced as LNA 001183-1343.

32. Sewage and Water Board of New Orleans central control and pump station log books covering August 29, 2005, available at SWB-ED-M0001-000139 - SWB-ED-M0001-000146.

33. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data and previous draft versions of the report, available at https://ipet.wes.army.mil/

34. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report, including underlying data and previous draft versions of the report, available at http://www.ce.berkeley.edu/~new_orleans/

35. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina, including underlying data and previous draft versions of the report, available at http://www.publichealth.hurricane.lsu.edu/TeamLA.htm

36. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System: What Went Wrong and Why (2007), including underlying data, available at http://www.asce.org/static/hurricane/whitehouse.cfm

37. U.S. Coast Guard Report of Investigation into the Circumstances Surrounding the Incident Involving Hurricane Katrina ING4727 / Breakaway-Grounding, including Investigative Report: Grounding of Hopper Barge ING 4727, and including all attachments or exhibits, including those produced as LNA 001361-1388

38. Woolley, Douglas and Leonard Shabman, "Decision Making Chronology for the Lake Ponchartrain & Vacinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007, including all underlying material and previous version, available at http://www.iwr.usace.army.mil/inside/products/pub/hpdc/hpdc.cfm

39. Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, "A Failure of Initiative" (February 15, 2006), available at http://katrina.house.gov/full_katrina_report.htm

40. Special Report of the Committee on Homeland Security and Governmental Affairs, U.S. Senate, "Hurricane Katrina – A Nation Still Unprepared" (2006), available at http://www.gpoaccess.gov/serialset/creports/katrinanation.html

41. A. Graumann, T. Houston, J. Lawrimore, et al., NOAA's Climatic Data Center, "Hurricane Katrina: A Climatological Perspective, Updated August 2006, produced as LNA 009574-9601.

42. R. Knabb, J. Rhome & D. Brown, National Hurricane Center, Tropical Cyclone Report Hurricane Katrina 23-30 August 2005, Updated August 10, 2006, produced as LNA 010263.

43. R. Kayen, B. Collins & H. Gibbons, United States Geological Survey, *Soundwves*, "USGS Scientists Investigate New Orleans Levees Broken by Hurricane Katrina"

44. Photos of mooring ropes used to secure barges at LNA New Orleans Terminal during Hurricane Katrina

45. Mooring ropes used at LNA New Orleans Terminal during Hurricane Katrina, as previously made available to the plaintiffs for inspection

46. Tapes or transcripts of 911 emergency calls, available for inspection and copying at the offices of Chaffe McCall.

47. Hydrographs showing water levels in IHNC, including that produced as LNA 001390.

48. Line of Site Survey performed by Gandolfo Kuhn, L.L.C., produced as LNA 010306-010313.

49. Nathaniel Bowditch, *The American Practical Navigator: An Epitome of Navigation*, including the passages produced as LNA 010216-10248,

50. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep of levees within the greater New Orleans area, include along the IHNC, MRGO, and GIWW, including those produced as LNA 004144-4383, 004403-4529, 004530-4779, 004780-4989, 004990-4996, 005007-5041, 005042-5374, 005375-5412.

51. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep navigational channels within the greater New Orleans area, include along the IHNC, MRGO, and GIWW, including those produced as LNA 004144-4383, 004403-4529, 004530-4779, 004780-4989, 004990-4996, 005007-5041, 005042-5374, 005375-5412.

52. Legislative documents regarding the authorization of projects relating to the IHNC, MRGO, and GIWW.

53. U.S. Army Corps of Engineers documents relating to the performance of the New Orleans Hurricane Protection System during Hurricane Betsy, including those produced as LNA 005413, 005414-5427.

54. Mississippi Gulf River Outlet Deep Draft De-Authorization Interim Report to Congress, December 2006

55. Dr. John Day et al., Mister Go Must Go: A Guide for the Army Corps' Congressionally-Directed Closure of the Mississippi Gulf River Outlet, December 4, 2006, available at www.edf.org/documents/5665_Report%20-%20Mister%20Go%20Must%20Go.pdf, produced as LNA 004384-4402.

56. Documents discussing, analyzing, or evaluating the impact, effects, or merits of the IHNC or MRGO or maintenance, dredging, or expansion of those channels prior to Hurricane Katrina, including those produced as LNA 004530-4779, 004780-4989, 004990-4996, 004997-5006, 005007-5041, 005042-5374

57. Permits, plans, and documentation of any dredging, fence building, or other construction projects related to the IHNC or MRGO

58. Property records for properties in the Lower Ninth Ward and other neighborhoods that are or may be part of the alleged class

59. Media reports related to events during Hurricane Katrina or the failure of the hurricane protection system, including those produced as LNA 001079-1080.

60. Weather data showing the path of Hurricane Katrina and weather conditions during Katrina, including wind speed and direction at locations of interest, including those produced as LNA 001067-1078, 007819.

61. Astronomical data, including that produced as LNA 1389.

62. Representations of wind, weather, and current in the IHNC to be prepared by experts and to be disclosed with expert reports pursuant to Fed. R. Civ. P. 26(a)(3)

63. Representations of house movement and water flow in the Lower Ninth Ward to be prepared by experts to be disclosed with expert reports pursuant to Fed. R. Civ. P. 26(a)(3)

64. Illustrations of ING 4727, including those produced at IBCO0618-0642.

65. Exhibits to be used by experts as support for / summary of opinions, potentially including models, recreation, or animation, to be disclosed with expert reports pursuant to Fed. R. Civ. P. 26(a)(3)

66. U.S. Coast Guard documents showing timing of Port Conditions Whiskey, X-Ray, Yankee, and Zulu produced as LNA 001066-001069.

67. Government declarations / documents regarding evacuation in advance of Hurricane Katrina, including those produced as LNA 001066, 001079-1080.

68. Expert reports and depositions from MRGO/Levee litigation/Robinson

69. LNA documents produced by LNA in discovery, including from New Orleans terminal

6

70. Barge unloading report produced as LNA 000105.

71. New Orleans terminal shipping document produced as LNA 000106.

72. Fleet picture produced as LNA 000107.

73. New Orleans terminal report produced as LNA 000108.

74. Invoices for mooring line produced as LNA 000481-484.

75. Joseph C. Domino invoice produced as DOM 000008.

76. Email from Zito Dispatch, Hurricane Katrina, dated August 27, 2005, 9:54AM, produced as IBCO-0728.

77. Photographs of the United Bulk (Teco) fleet, produced in response to LNA's Rule 45 subpoena

78. Logs of M/V ANITA and M/V ANN PETERS for August 26-29, 2005, produced in response to LNA's Rule 45 subpoena

79. Azalea fleet diagrams of 8/27/05 and 9/10/05, produced in response to LNA's Rule 45 subpoena

80. Notes of barge locations at Azalea fleet, 9/1/05, produced in response to LNA's Rule 45 subpoena

81. Log of M/V MICHAEL 8/27/05 to 9/28/05, produced in response to LNA's Rule 45 subpoena

82. Elmwood Dockside Fleet diagrams for 8/28/05 and 9/01/05, produced in response to LNA's Rule 45 subpoena

83. 2005 U.S. Army Corps of Engineers "Organization Chart" (Attached as Exhibit #2 to the deposition of Gerard Coletti, Bates # MVD-007-000002668-2688

84. U.S. Army Corps of Engineers Technical Report No. 1; E-99 Sheet Pile Wall Field Load Test Report, produced as LNA 001391-1473

85. Guidelines of the U.S. Army Corps of Engineers, New Orleans District, prohibiting construction, dredging, excavation, or other subsurface work within 300 feet of hurricane protection levees and structures

86. U.S. Army Corps of Engineers report entitled, "Apparent Funneling Effects at Paris Road from Convergence of CITRUS and Chalmette Hurricane Protection Levees, attached as Exhibit No. 2 to the deposition of Cecil Soileau and bates numbered PET-020-00003593 et seq.

7

87. Bretschneider, C. L., and J.I. Collins. 1966. Storm Surge Effects of the Mississippi River-Gulf Outlet, Study A. NESCO Report SN-326-A. National Engineering Science Company. Pasadena, CA, produced as LNA 001474-1600

88. U.S. Army Corps of Engineers, New Orleans District, descriptive circular with maps and photographs, providing information as to the authorized features of the MR-GO navigational canal, including project width and depth and Dock Board participation in MR-GO project (September, 1961), produced as LNA 001601-1604

89. "Effects of the Mississippi River-Gulf Outlet on Coastal Wetlands in Southeastern Louisiana," Expert Report of John W. Day, Jr. and Gary P. Shaffer in Robinson (Sept. 15, 2007), produced as LNA 005428-5459

90. "Army Corps of Engineers: History of the Lake Pontchartrain and Vicinity Hurricane Protection Project," GAO Testimony of Anu Mittal (Nov. 9, 2005), produced as LNA 005460-5472

91. "New Orleans' Growing Danger," Philadelphia Inquirer (Oct. 8, 2004), produced as LNA 005473-5477

92. "Hurricane Katrina as a Predictable Surprise," Larry Irons, Homeland Security Affairs (Fall 2005), produced as LNA 005478-5497

93. Article, *Chicago Tribune*, "Suit Challenges Immunity on Levees," July 13, 2008, produced as LNA 007773-75.

94. U.S. Army Corps of Engineers, "*Report on Hurricane Betsy, 8-11 September, 1965, in the U.S. Army Engineer District, New Orleans*", November 1965, including hydrographs, tide gauges, wind information, high water elevations, together with maps and charts depicting hurricane track, inundated areas, water depths in the lower Ninth Ward, Gentilly, New Orleans East, and Chalmette, and aerial photographs of the flooded areas and hurricane damage, including the lower Ninth Ward and other areas in and around New Orleans

95. 1992 Louisiana Legislative Regular Session, Senate Concurrent Resolution 207, exhibit no. 3 to deposition of Ken Odinet

96. Louisiana Legislature Regular Session 1999, House Concurrent Resolution No. 266, exhibit no. 4 to deposition of Ken Odinet

97. St. Bernard Parish Government Resolution SBPC No. 1336-12-98, Resolution to close the Mississippi River Gulf Outlet, exhibit no. 5 to deposition of Ken Odinet

98. Report to the Police Jury of the Parish of St. Bernard of the Tidewater Channel Advisory Committee, exhibit no. 6 to deposition of Ken Odinet

99. Louisiana Legislature First Extraordinary Session 2005, House Concurrent Resolution No. 34, exhibit no. 7 to deposition of Ken Odinet

8

100. Louisiana Legislature Regular Session 2004 House Concurrent Resolution No. 68, exhibit no. 8 to deposition of Ken Odinet

101. St. Bernard Parish Government Resolution SBPC No. 1330-11-98, with attached Lake Borgne Basin Levee District Resolution No. R-188-98, exhibit no. 9 to deposition of Ken Odinet

102. St. Bernard Parish Government Resolution SBPC No. 1355-02-99, exhibit no. 10 to deposition of Ken Odinet

103. February 10, 1999 Letter from Department of Army to St. Bernard Parish Clerk, by Robert L. Gunn with attached St. Bernard Parish Government letter from Clerk of Council to Mr. Robert Gunn, Army Corps of Engineers, exhibit no. 11 to deposition of Ken Odinet

104. St. Bernard Port Harbor and Terminal District Resolution supporting the closing of the Mississippi River Gulf Outlet dated August 10, 1999 with attached August 16 letter to COE, exhibit no.12 to deposition of Ken Odinet

105. Lake Borgne Levee District Resolution No. R-161-99, exhibit no. 13 to deposition of Ken Odinet

106. Letter from St. Bernard Parish Government Clerk of Council dated February 25, 2004 to Col. Peter Rowan, District Engineer, New Orleans District Corps of Engineers, with attached Resolution SBPC No. 2284-02-04, exhibit no. 14 to deposition of Ken Odinet

107. Louisiana Legislature Regular Session 2006 House Concurrent Resolution No. 38, exhibit no. 15 to deposition of Ken Odinet

108. Louisiana Legislature First Extraordinary Session 2006, House Concurrent Resolution No. 24, exhibit no. 16 to deposition of Ken Odinet

109. Louisiana Legislature Regular Session 2006, House Concurrent Resolution No. 193, exhibit no. 17 to deposition of Ken Odinet

110. Louisiana Legislature Regular Session 2007, House Concurrent Resolution No. 67, exhibit no. 18 to deposition of Ken Odinet

111. Louisiana Legislature Regular Session 2007, House Concurrent Resolution No. 72, exhibit no. 19 to deposition of Ken Odinet

112. Letter dated December 31, 2003 from Representative Kenneth L. Odinet, Sr., District 103, to Louisiana Coastal Management Division, exhibit no. 20 to deposition of Ken Odinet

113. Email from Edward D. Creef, MVN to Jeff Harris and Edward Creef re. MRGO Mile 55-49 consistency determination changes, exhibit no. 21 to deposition of Ken Odinet

114. Exhibits to the deposition of Gregory Breerwood

115. Letter dated July 15 , 2008 from Kirk Aurandt, Daigle Fisse & Kessenich, as produced by the Board of Commissioners of the Port of New Orleans

116. First Amendment to the Lease Agreement between Board of Commissioners of Port of New Orleans and Lafarge North American, Inc. dated March 8, 2006, as produced by the Board of Commissioners of the Port of New Orleans

117. State of Louisiana Department of Natural Resources letter of approval to Dock Board, dated April 24, 2001, as produced by the Board of Commissioners of the Port of New Orleans

118. USCOE letter of "no objection" to Orleans Levee District, dated May 1, 2001, as produced by the Board of Commissioners of the Port of New Orleans

119. USCOE authorization letter to Dock Board dated May 2, 2001, with attachments, as produced by the Board of Commissioners of the Port of New Orleans

120. Orleans Levee District letter to Dock Board dated May 14, 2001, granting permission for barge unloader and dock construction, as produced by the Board of Commissioners of the Port of New Orleans

121. Dock Board approval letter to Lafarge, dated May 15, 2001, for dock modification and repair, as produced by the Board of Commissioners of the Port of New Orleans

122. Dock Board letter dated May 24, 2001, granting permit, as produced by the Board of Commissioners of the Port of New Orleans

123. Dock Board letter dated September 20, 2002 to USCOE requesting determination of consistency, as produced by the Board of Commissioners of the Port of New Orleans

124. Letter from Dock Board attorneys Daigle Fisse & Kessenich dated July 15, 2008, which letter makes reference to the "Board of Commissioners of the Port of New Orleans Tariff No. 5, containing rules and regulations for the operation and navigation of the Inner Harbor Navigation Canal" (reissued October 1, 1961)

125. USCOE letter dated March 13,2007 to Orleans Levee District stating no objection to permit, as produced by the Board of Commissioners of the Port of New Orleans

126. USCOE letter dated March 26, 2003 to Dock Bard authorizing work under permit, as produced by the Board of Commissioners of the Port of New Orleans

127. State of Louisiana Department of Transportation and Development letter dated April 7, 2003 to Orleans Levee District re. Permit Request, Form of No Objection, as produced by the Board of Commissioners of the Port of New Orleans

128. Any document listed or proffered by any other party

10

Dated: March 20, 2009                           Respectfully submitted,

                 Robert B. Fisher, Jr., T.A. (#5587)
                 Derek A. Walker (#13175)
                 Ivan M. Rodriguez (#22574)
                 **CHAFFE MCCALL, L.L.P.**
                 2300 Energy Centre
                 1100 Poydras Street
                 New Orleans, LA 70163-2300
                 Telephone:  (504) 585-7000
                 Facsimile:  (504) 585-7075
                 Fisher@chaffe.com
                 Walker@chaffe.com

                 /s/ John D. Aldock
                 John D. Aldock
                 Richard M. Wyner
                 Mark S. Raffman
                 **GOODWIN PROCTER LLP**
                 901 New York Avenue, N.W.
                 Washington, DC 20001
                 Telephone:  (202) 346-4240
                 jaldock@goodwinprocter.com
                 rwyner@goodwinprocter.com
                 mraffman@goodwinprocter.com

                 Daniel A. Webb (#13294)
                 **SUTTERFIELD & WEBB, LLC**
                 Poydras Center
                 650 Poydras Street, Suite 2715
                 New Orleans, LA 70130
                 Telephone:  (504) 598-2715

                 *Attorneys for Lafarge North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2009.

                 /s/ John D. Aldock