UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' AND DEFENDANT'S PRELIMINARY JOINT EXHIBIT LIST,
WITNESS LIST, AND STIPULATED FACTS**

Pursuant to the Amended *Robinson* Case Management Order, Doc. No. 15841, and Plaintiffs and Defendant's Joint Ex Parte Consent Motion for Leave to File a Preliminary Joint Exhibit List, Witness List, and Stipulated Facts (Doc. No. 18209-1) and proposed Order (Doc. No. 18209-2),[1] the parties hereby file their Preliminary Joint Exhibit List, Witness List, and Stipulated Facts.[2]

Attached hereto as Exhibit 1 is Plaintiffs' Preliminary Exhibit List.

Attached hereto as Exhibit 2 is Defendant's Preliminary Exhibit List.

Attached hereto as Exhibit 3 is Plaintiffs' Preliminary Witness List.

Attached hereto as Exhibit 4 is Defendant's Preliminary Witness List.

---

[1] The parties' ex parte consent motion and proposed order were filed yesterday, Thursday, March 19, 2009, and remain pending.

[2] As of today's date, the parties have not yet been able to merge their respective exhibit and witness lists into a single document due to their continued analysis and editing of the lists, as well as certain formatting conflicts. The parties continue to work diligently on creating a single master exhibit list and witness list for the Court's convenience.

As detailed in the parties' Ex Parte Consent Motion, there has not yet been an agreement reached on the 473 stipulated facts presented by the Defendant at this time. The parties agreed that the Defendant would first offer its proposed stipulated facts and then the Plaintiffs would review those in order to understand the scope of topics and issues they would encompass. The parties also agreed that the Plaintiffs would then inform the Defendant of those 473 facts to which they would stipulate as well as present to the Defendant the Plaintiffs' proposed stipulated facts. This process is active and ongoing.

In addition, the parties are also reviewing the Defendant's proposed stipulated facts for any changes or additions in light of the Court's Order on the discretionary function immunity issued today.

The parties continue working diligently together, and in good faith, to stipulate to as many facts as possible for the Court's convenience and will have a final version of stipulated facts by April 3, 2009, or at whatever alternative date the Court may order.

Dated: March 20, 2009                                          Respectfully submitted,


**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298
**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

3

**U.S. Department of Justice**

s/ Robin D. Smith
ROBIN DOYLE SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorney for the Defendant United States

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on March 20, 2009, I caused to be served **PLAINTIFFS' AND DEFENDANT'S PRELIMINARY JOINT EXHIBIT LIST, WITNESS LIST, AND STIPULATED FACT**, upon Defendants' counsel, Robin D. Smith, George Carter, James F. McConnon, Jr., and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, jim.mcconnon@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell