UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' \*\*\*DRAFT \*\*\* LIST OF POTENTIAL WITNESSES**

a. *WILL CALL WITNESSES:*
   1. Norman Robinson
   2. Monica Robinson;
   3. Kent Lattimore;
   4. Anthony Franz;
   5. Lucille Franz;
   6. Tanya Smith;
   7. Chad Morris;
   8. John W. Day, Jr. Ph.D;
   9. G. Paul Kemp, Ph.D;
   10. Johannes K. Vrijling;
   11. Duncan Fitzgerald, Ph.D;
   12. Gary P. Shaffer, Ph.D;
   13. Robert G. Bea, Ph.D;
   14. John W. Crawford, P.E.;
   15. Sherwood Gagliano, Ph.D;
   16. Scott Taylor;
   17. Henry Junior Rodriguez - St. Bernard local
   18. Glenn Diaz;
   19. David Riley.

b. *PLAINTIFFS' LIST OF MAY CALL WITNESSES:*
   1. Christopher John Accardo, Jr.- USACE\*
   2. Dan Arceneaux - St. Bernard local\*
   3. Jessie Arnold  - 702c Affiant\*

4. George Bacuta; - EBIA*
5. John Barras
6. Walter O. Baumy, Jr.- USACE*
7. Brian Bonanno - St. Bernard local*
8. Polly Boudreaux; - St. Bernard local*
9. Gregory E. Breerwood - USACE*
10. Del Britsch
11. Richard Broussard; - USACE*
12. Robert Buisson, Jr. - USACE*
13. Roy M. Carubba*
14. Alvin Clouatre; - EBIA*
15. Gerald A. (Jerry) Colletti-USACE*
16. Michelle Daigle-USACE*
17. Steven De Loach
18. Gerald DiCharry; - EBIA*
19. Bruce A. Ebersole, P.E.
20. Allan Ensminger - *
21. Steven Fitzgerald*
22. John Greishaber; - EBIA*
23. Lee Guillory; - EBIA*
24. James R. Hanchey - USACE*
25. Suzanne Hawes - USACE*
26. Lt. Gen'l Elvin R. Heiberg, III, P.E. - USACE*
27. Richard G. Henning*
28. Jack Heuerkamp - S&WB*
29. Leo A. Hubert, Jr. - USACE*
30. Brian Jarniven
31. Victor A. Landry - *
32. Gatien J. Livaudais, Jr.- St. Bernard local*
33. Richard J. Manguno - USACE*
34. Donald Gerard McCrosky - Entergy Witness re: photograph*
35. Melvin McElwee; - EBIA*
36. Gregory B. Miller - USACE*
37. Zoltan Montavi - USACE*
38. James Montegut; - EBIA*
39. Reed Mosher, Ph.D
40. Alfred James Naomi- USACE*
41. Keith O'Cain - USACE*
42. Kenneth L. Odinet, Sr. - St. Bernard local*
43. Gib Owen - USACE*
44. Dr. P Shea Penland  (Deceased)*
45. Richard B. Pinner, P.E. - USACE*
46. Thomas Podany - USACE*
47. Nancy Powell - USACE*
48. Donald Resio

49. Col. Early Rush - USACE*
50. Edmund Russo - USACE*
51. John P. Saia - USACE*
52. Thomas A. Sands - USACE*
53. Charles Pete Savoye - St. Bernard local*
54. Robert Schroeder, Jr.-USACE*
55. Arlene Francis Smith; - EBIA*
56. Cecil Wayne Souileau - USACE*
57. Arthur R. Theis - 702c Affiant*
58. David Vann Stutts - USACE*
59. Richard James Varuso - USACE*
60. Bert Verdigets;
61. Joannes J. Westerink, Ph. D,*
62. Harley Stanford Winer - USACE*
63. Thomas Wolff
64. Any witness listed by any other party to this litigation (past or current).
65. Any witness called by any other party to this litigation;
66. Any and all witnesses called to rebut any testimony a witness called by any other party to this litigation

*To be presented via deposition testimony.*

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**
   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com