UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>    Plaintiffs<br>VS.<br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>    Defendant | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Eddie Andrews regarding claim no. 18-R488-345, Rosalind Armour regarding claim no. 18-R249-604, Joseph and Bridget Bates regarding claim no. 18-R337-496, Patricia Brown regarding claim no. 18-R170-971, Michael and Rosa Davillier regarding claim no. 18-R348-287, Gregory and Terri Davis regarding claim no. 18-R249-833, David Duplantier regarding claim no. 18-R172-701, Darrell and Leslie Harden regarding claim no. 18-R256-171, Richard and Wendy Heyd regarding claim no. 18-R499-127, Charles and Audrey Jett regarding claim no. 18-R483-039, Louise and Raymond Johnson regarding claim no.

18-R482-035, Patricia Partlan regarding claim no. 18-R336-258, Nellie Stewart regarding claim no. 18-R326-418, Nora Lee and George Trammel regarding claim no. 18-R340-886, Raymond Williams regarding claim no. 18-R236-251 and Bianca Williams-Hugle regarding claim no. 18-R326-954, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2