UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) and (3) |
| | * | |
| PERTAINS TO LEVEE AND MR GO: | * | JUDGE DUVAL |
| | * | |
| NO. 09-00146 (Bennett) | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiffs Gayle T. Bennett, et al., move this Court for an Order substituting James K. Irvin for William C. Gambel as counsel of record for Plaintiffs.  Mr. Gambel recently died and Mr. Irvin will be assuming the role of lead counsel in this case.

Mr. Irvin is an attorney licensed to practice law in the State of Louisiana and before this Honorable Court.  Mr. Irvin's relevant information is as follows:

>James K. Irvin (#7166)
>MILLING BENSON WOODWARD L.L.P.
>909 Poydras Street
>Suite 2300
>New Orleans, Louisiana 70112
>Telephone:  (504) 569-7000
>Facsimile:  (504) 569-7001
>E-mail:   jirvin@millinglaw.com

>Respectfully submitted,

>s/s James K. Irvin _____
>James K. Irvin (# 7166)
>MILLING BENSON WOODWARD L.L.P
>909 Poydras Street, Suite 2300
>New Orleans, LA  70112-1010
>Telephone:  (504) 569-7000
>Facsimile:  (504) 569-7001
>jirvin@millinglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of March, 2009, I electronically filed a Motion to Substitute Counsel of Record with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter.

                                                        /s/ James K. Irvin

381662