UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE AND MR GO: | JUDGE DUVAL |
| NO. 09-00146 (Bennett) | |

## ORDER

Upon consideration of the foregoing Motion to Substitute Counsel of Record, it is hereby:

**ORDERED**: that James K. Irvin be, and hereby is, enrolled as counsel of record for plaintiffs in this case.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE

381663