EXHIBIT "A"

1. American International Specialty Lines Insurance Company's Policy Number BE7410215, issued to Boh Bros. Construction Co., LLC effective 10/01/04 to 12/01/05.