UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008.  On February 20, 2009, the Court ordered the United States to produce by February 27, 2009, all materials upon which defendants' experts relied in preparing their reports or crafting their opinions.  *See* Doc. Rec. No. 17816.  Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts:  John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff. *See* Doc. Rec. No. 16833.  Subsequently, the United States provided notice to the Plaintiffs of expert report amendments regarding Steven Fitzgerald on December 23, 2008, and for John Barras on February 10, 2009.  *See* Doc. Rec. Nos. 16842 and 17663, respectively.  Moreover, the United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In*

*Re: Katrina Canal Breaches Consolidated Litigation.  See* Doc. Rec. No. 16908.

The United States is producing a supplemental expert report with reliance materials from Dr. Donald Resio.  Today's production of Dr. Resio's supplemental expert report is not Bates-stamped.  However, the United States will produce a Bates-stamped version of the report in the near future.  The United States is also producing additional data generated by Dr. Resio for use by Bruce Ebersole.  This additional data was generated after Dr. Resio's and Mr. Ebersole's depositions and production of their expert reports.

The documents and/or electronically stored information (ESI) that the United States identified for production to the Plaintiffs in the above paragraph will be produced within the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

        XBE-004-000000001 thru XBE-004-000071200

        XDR-008-000000001 thru XDR-008-000311883

XDR-009-000000001 thru XDR-009-000000002

        Respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        <u> s/ James F. McConnon, Jr.                   </u>
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: March 23, 2009

## **CERTIFICATE OF SERVICE**

  I, James F. McConnon, Jr., hereby certify that on March 23, 2009, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

            s/ James F. McConnon, Jr.
            JAMES F. McCONNON, JR.