EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XBE | 004 | XBE-004-000000001 | XBE-004-000071200 | Expert Witness | Donald Resio | KC1039 | 3/23/2009 | Robinson | Data Generated by Dr. Resio for use by Bruce Ebersole. |
| XDR | 008 | XDR-008-000000001 | XDR-008-000311883 | Expert Witness | Donald Resio | KC1040 | 3/23/2009 | Robinson | Reliance Materials for Dr. Resio's Supplemental Expert Report. |
| XDR | 009 | XDR009-000000001 | XDR-009-000000002 | Expert Witness | Donald Resio | KC1041 | 3/23/2009 | Robinson | Dr. Resio's Supplemental Expert Report. |