## EXHIBIT A

1. Hartford Casualty Insurance Company's Policy Number 84SBWDI3353, issued to Meyer Engineers, Ltd. effective 11/1/04 to 11/01/05.