UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*   08-4459 | * | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF BARGE PLAINTIFFS' FIRST MOTION TO CONTINUE INDIVIDUAL TRIALS AND FOR MODIFICATION OF CASE MANAGEMENT ORDER NO. 7**

NOW COME Barge Plaintiffs who respectfully move for leave to file their Reply Memorandum In Support Of Barge Plaintiffs' First Motion To Continue Individual Trials And For Modification Of Case Management Order No. 7

March 24, 2009.

        Respectfully submitted,

        /s/ Brian A. Gilbert
        Brian A. Gilbert, Esq. (21297)
        LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
        821 Baronne Street
        New Orleans, Louisiana 70113
          Telephone: (504) 885-7700
          Telephone: (504) 581-6180
          Facsimile: (504) 581-4336
        e-mail: bgilbert@briangilbertlaw.com

/s/Shawn Khorrami
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
    Telephone:     (213) 596-6000
    Facsimile:      (213) 596-6010
    skhorrami@kpalawyers.com
    dpollard@kpalawyers.com
    mbailey@kpalawyers.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com,
    karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net

Attorneys for Barge Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing have been served upon counsel of record, by ECF upload, this 24th day of March, 2009.

      \s\Brian A. Gilbert