UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 *Mumford v. Ingram*     05-5724 *Lagarde v. Lafarge*       06-5342 *Perry v. Ingram*            06-6299 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 *Parfait Family v. USA*  07-3500 *Lafarge v. USA*            07-5178 | * * * | MAG. JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 | * |  |

### ORDER GRANTING LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF BARGE PLAINTIFFS' FIRST MOTION TO CONTINUE INDIVIDUAL TRIALS AND FOR MODIFICATION OF CASE MANAGEMENT ORDER NO. 7

Considering the above and foregoing, it is hereby ORDERED that Barge Plaintiffs be and are hereby granted leave to file their Reply Memorandum In Support Of Barge Plaintiffs' First Motion To Continue Individual Trials And For Modification Of Case Management Order No. 7

New Orleans, Louisiana, this ___ day of March, 2009.

_____
**HON. STANWOOD R. DUVAL, JR.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document have been served upon counsel of record, by ECF upload, this 24th day of March, 2009.

\s\Brian A. Gilbert