UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE AND MRGO**

---

## AMENDED NOTICE OF SUBPOENAS

In accordance with FRCP Rule 45(B)(1), please take notice that the Orleans Levee District has re-issued subpoenas duces tecum for the production of documents to American International Specialty Lines Insurance Company and Hartford Casualty Company, attached as exhibits A and B, returnable on March 30, 2009 at the office of Mr. Ralph Hubbard; Lugenbuhl, Wheaton, Peck, Rankin & Hubbard; 4313 Bluebonnet Blvd., Suite B, Baton Rouge, LA 70809; Telephone: 504-568-1990.

Respectfully submitted,

*s/Ben L. Mayeaux*
LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:    (337) 237-7000
FACSIMILE:    (337) 233-9450

and

McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, T.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
TELEPHONE:    (504) 831-0946
FACSIMILE:    (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*
COUNSEL