UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Gomez,* C.A. No. 06-8274 | | |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR LIMITED REOPENING OF CASE AND MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, ELAINE GOMEZ wife of/and PAUL GOMEZ, respectfully request that this Court reopen this case with respect to defendant, ALLSTATE INSURANCE COMPANY, for the sole purpose of addressing this motion as the parties have settled this matter. As a result of this settlement, plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice, each party to bear their own costs.

WHEREFORE, plaintiffs ELAINE GOMEZ, wife of/and PAUL GOMEZ pray that their claims and this lawsuit be dismissed, with prejudice.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464
E-Mail:  GMPendergastLLC@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th day of March 2009, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast