UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO.:  05-4182<br><br>SECTION "K"(2) |
| PERTAINS TO:   INSURANCE<br>Cooper, 07-5793 | *<br>* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiff, Olivia Cooper, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 24th day of March, 2009.

_____
HONORABLE STANWOOD R. DUVAL, JR.