UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K"  (2) |
| *Boutte v. Lafarge* 05-5531<br>*Mumford v. Ingram* 05-5724<br>*Lagarde v. Lafarge* 06-5342<br>*Perry v. Ingram* 06-6299<br>*Benoit v. Lafarge* 06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA* 07-5178<br>*Weber v. Lafarge* 08-4459 | *<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>*<br>* |

### NOTICE OF DEPOSITION OF THOMAS STONE

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of **Thomas Stone on March 25, 2009 at 10:00 a.m.** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend.

1264672-1

        Respectfully submitted,

        ___/s/ Derek A. Walker_____
        Derek A. Walker (#13175)
        Robert B. Fisher, Jr., (#5587)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Walker@chaffe.com

        John D. Aldock
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715
        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 24th day of March, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        ___/s/ Derek A. Walker_____