UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| **PERTAINS TO:** | * | |
| **INSURANCE (Ancar, No. 07-4853)** | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **JESSIE AND JEAN BARNEY**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 24th day of March, 2009.

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUSIANA