UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE AND MR GO: | * * | JUDGE DUVAL |
| NO. 09-00146 (Bennett) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the foregoing Motion to Substitute Counsel of Record, it is hereby:

**ORDERED**: that James K. Irvin be, and hereby is, enrolled as counsel of record for plaintiffs in this case.

New Orleans, Louisiana, this __24th__ day of __March__, 2009.

_____
UNITED STATES DISTRICT JUDGE

381663