UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE/FORCED PLACE<br>Specific Case Nos. listed in Appendix A | Judge Duval<br><br>Magistrate Wilkinson |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION**
**TO DEFENDANTS' MOTION TO DISMISS**

## ARGUMENT

On page 33 of their Memorandum Defendants concede that, prior to *Scheaffer v. Balboa Ins. Co.* _____ So. 2d _____, 2008 WL 5263776 (La. App. 4 Cir. 12/17/08) Judges Africk and Barbier did find a third-party beneficiary relationship. It is submitted that those decisions are correct and a third-party beneficiary relationship does exist herein. Based on those decisions it is requested that this court deny Defendants' motion herein.

DATED:  March 24, 2009.          Respectfully submitted,


                                 /s/ Lawrence J. Centola
                                 LAWRENCE J. CENTOLA (3962)
                                 STUART T. BARASCH (20650)
                                 HURRICANE LEGAL CENTER
                                 910 Julia Street
                                 New Orleans, LA 70113
                                 Telephone: (504) 525-1944
                                 Facsimile:  (504) 525-1279


## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss has been served upon all counsel of record, via electronic filing, this 24th day of March, 2009.

                                 /s/Lawrence J. Centola
                                 LAWRENCE J. CENTOLA