MINUTE ENTRY
WILKINSON, M.J.
MARCH 24, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE                JUDGE DUVAL
       Abadie I, 06-5164                       MAG. WILKINSON
       Abadie II, 07-5112
       Aaron 06-4746
       Aguilar 07-4852

At the request of plaintiffs' counsel and pursuant to my previous order, Record Doc. No. 18200, a status conference was conducted in this matter before me on March 24, 2009. Participating were: Plaintiffs' counsel, Joseph W. Rausch, and Joseph Bruno (with James Freeman, Jason Crews, Rick Harvey, Kyle Berry and Phillip Lee of Mr. Bruno's office). The purpose of the conference was to discuss the ongoing issue of dual representation of plaintiffs in settlements reached in the referenced cases and the allocation of plaintiffs' attorneys' fees from settlement funds. It appears that counsel have narrowed their dispute to 142 claims from the thousands originally included in these

MJSTAR: **0 : 40**

cases. Counsel will continue their discussions geared toward resolving these remaining disputes. A follow-up status conference to be attended only by plaintiffs' counsel will be conducted before me on **April 28, 2009 at 2:00 p.m.** At that time, counsel must provide me with a list identifying all persons with dual representation, together with their properties and insurers that remain in dispute.

                                                JOSEPH C. WILKINSON, JR
                                      UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**