AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

Richard H. Weisler, M.D.
_____
Plaintiff
v.
Richard T. Seymour, Esq., et al.
_____
Defendant

Civil Action No. **09-2737**

**RETURN**

**SECT. K MAG 2**

## Summons in a Civil Action

To: *(Defendant's name and address)*
Wiedemann & Wiedemann, P.L.C.
through its registered agent for service of process
L.D. Wiedemann
249 Citrus Road
River Ridge, Louisiana  70123

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Andy C. Wilson, Esq.
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: FEB 1 1 2009

_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __2-11-09__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Via certified mail return receipt requested and executed by J. Ward on 3/9/09__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Server's signature

Printed name and title: Andrew C. Wilson, Counsel for Richard H. Weisler, MD

Server's address: 1100 Poydras St, 30th Floor, New Orleans, LA 70163

Date: __3-19-09__

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): JWARD    C. Date of Delivery: 3/7 <br>D. Is delivery address different from item 1? ☑ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Wiedemann & Wiedemann, P.L.C.<br>249 Citrus Road<br>River Ridge, Louisiana 70123 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1830 0001 6380 5918 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540