UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
   CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: BARGE                               SECTION "K"(2)
      *Boutte v. Lafarge* (05-5531)
      *Mumford v. Ingram* (05-5724)
      *Lagarde v. Lafarge* (06-5342)
      *Perry v. Ingram* (06-6299)
      *Benoit v. Lafarge* (06-7516)
      *Parfait Family v. USA* (07-3500)
      *Lafarge v. USA* (07-5178)
      *Weber v. Lafarge* (08-4459)

## ORDER

Considering the Plaintiffs' Motion for Leave to File Reply Memorandum (Rec. Doc. 18258), accordingly

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this ___25th___ day of March, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**