UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |
| FILED IN:   Specific Case Numbers listed in Appendix A | |
| PERTAINS TO: Forced Place Insurance | |

## CONSENT MOTION & INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING DATE
### re: Motion to Dismiss(Rec Doc. 18100)

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs in the above referenced cases, who move to continue it's hearing date and all related deadlines to defendants motion to dismiss , for the following reasons:

I.

Plaintiffs were to file their response to defendants Motion to Dismiss (Rec Doc. 18100) on March 24, 2009. The Parties agreed that additional time to respond was necessary.

II.

Plaintiffs request that the hearing date and related deadlines of April 1, 2009 be continued to April 15, 2009.

III.

Plaintiffs have conferred with counsel for the defendants, Wendy Hickok Robinson, who

enters no objection to the grant of this motion.

WHEREFORE, Plaintiffs in the above referenced cases pray that the Court grant the above referenced Motion, and that a brief extension of time be a given to have an opposition filed to the defendants Motion to dismiss.

**Respectfully Submitted,**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 25th day of March, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno