UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO.: 05-4182

                                       SECTION "K" (2)

FILED IN:   Specific Case numbers listed in Appendix A

PERTAINS TO: Forced Place Insurance

---

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs Consent Motion to Continue the Hearing Date re; Motion to dismiss (Rec. Doc. 18100) be and is hereby **GRANTED**, thereby allowing a brief extension of the hearing date to April 15, 2009, with the Plaintiffs to file their Opposition on March 31, 2009, to allow the Plaintiffs to file an opposition to the defendants Motion to dismiss.

This _____ day of _____, 2009, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE