# Amended Complaints in Consolidated Force Placed Insurance Umbrella Included in Insurance Defendants' Motion to Dismiss

|    | Case No. | Case Name | Defendant Insurer(s) | Atty |
|----|----------|-----------|----------------------|------|
| 1. | 09-1600 | John Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 2. | 09-1604 | Dianne Butler | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 3. | 09-1609 | Percy Kelson | Southwest Business Corp., ABC Mortgage Co. | Bruno |
| 4. | 09-1610 | Matthew Williams | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 5. | 09-1611 | Michelle Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 6. | 09-1612 | Shirley Mae Gaines | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 7. | 09-1614 | Iolanda Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |

| 8.  | 09-1615 | Alice Wroten       | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
|-----|---------|--------------------|------------------------------------------------------------------------------------------------------------------|-------|
| 9.  | 09-2559 | Dwayne Edwards     | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co.                                                | Bruno |
| 10. | 09-2560 | Joan Hyde          | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co.                                                | Bruno |
| 11. | 09-2561 | Consuella Lee      | Safeco, Travelers, ABC Mortgage Co.                                                                              | Bruno |
| 12. | 09-2562 | Monica Jones       | Safeco, Regions Bank, ABC Mortgage, Co.                                                                          | Bruno |
| 13. | 09-2563 | Lee Ausama         | Safeco, Regions Mortgage, ABC Mortgage Co.                                                                       | Bruno |
| 14. | 09-2564 | Lordell Shearod    | Safeco, Regions Bank, ABC Mortgage Co.                                                                           | Bruno |
| 15. | 09-2565 | Henry Youngblood   | Safeco, Regions Bank, ABC Mortgage Co.                                                                           | Bruno |
| 16. | 09-2566 | Twanda Coleman     | Safeco, HSBC Mortgage Co., ABC Mortgage Co.                                                                      | Bruno |
| 17. | 09-2567 | Bernadette Butler  | Safeco, Region Bank, ABC Mortgage Co.                                                                            | Bruno |
| 18. | 09-2568 | Lillie Jefferson   | Safeco, Guaranty Savings & Home, ABC Mortgage Co.                                                                | Bruno |
| 19. | 09-2569 | Theresa Ross       | Safeco, Fidelity Homestead ABC Mortgage Co.                                                                      | Bruno |

| 20. | 09-2570 | Lester Gaines | Safeco, Colonial Mortgage & Loan, ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 21. | 09-2571 | Lester Gaines | Safeco, Colonial Mortgage & Loan, ABC Mortgage Co. | Bruno |
| 22. | 09-2572 | Ida Smith | Safeco, American Mortgage, ABC Mortgage Co. | Bruno |
| 23. | 09-2573 | Odelia Condiff | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 24. | 09-2574 | Tyrone Jones | Certain Underwriters at Lloyds of London, Novastar Mortgage, Inc., ABC Mortgage Co. | Bruno |
| 25. | 09-2575 | Jerry Darby | Certain Underwriters at Lloyds of London, Novastar Mortgage, Inc., ABC Mortgage Co. | Bruno |
| 26. | 09-2582 | Angela Chalk | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Saxon Mortgage, ABC Mortgage Co. | Bruno |
| 27. | 09-2583 | Joseph Thomas | Safeco, Guaranty Savings & Home, ABC Mortgage Co. | Bruno |
| 28. | 09-2584 | Oliver White | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 29. | 09-2585 | Gustavis Biagas | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 30. | 09-2586 | Celeste Ovide | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |

| #   | Case No. | Plaintiff | Defendants | Attorney |
|-----|----------|-----------|------------|----------|
| 31. | 09-2587 | Joseph Thomas | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 32. | 09-2588 | Francisco Blanco | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 33. | 09-2589 | Isadore Willis | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 34. | 09-2593 | Chiquetter Clayton | Southwest Business Corp.,<br>Litton Loan Servicing,<br>ABC Mortgage Co. | Bruno |
| 35. | 09-2594 | Henry Williams | Southwest Business Corp.,<br>Standard Mortgage,<br>ABC Mortgage Co. | Bruno |
| 36. | 09-2595 | Darren Miller | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 37. | 09-2596 | Mark Hollander | Safeco,<br>ABC Mortgage Co. | Bruno |
| 38. | 09-2597 | Eddie Smith | Safeco,<br>Guaranty Savings & Home,<br>ABC Mortgage Co. | Bruno |
| 39. | 09-2598 | Kevin Fabre | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 40. | 09-2599 | Karen Harris & Sharon Lee | Safeco,<br>State Farm Acceptance,<br>ABC Mortgage Co. | Bruno |
| 41. | 09-2600 | Betty Price | Safeco,<br>Regions Mortgage,<br>ABC Mortgage Co. | Bruno |
| 42. | 09-2607 | David Perkins | Balboa Insurance Group,<br>Meritplan Insurance Co.,<br>Newport Insurance Co.,<br>Countrywide Home Loans,<br>ABC Mortgage Co. | Bruno |

| 43. | | | | |
|---|---|---|---|---|
| 44. | 09-2615 | Frank Davis | Southwest Business Corp., ABC Mortgage Co. | Bruno |
| 45. | 09-2616 | Mable Temple | Safeco, ABC Mortgage Co. | Bruno |
| 46. | 09-2617 | Brenda Singleton | Safeco, ABC Mortgage Co. | Bruno |
| 47. | 09-2618 | Jacquelyn Ross | Safeco, ABC Mortgage Co. | Bruno |
| 48. | 09-2619 | Juanita Dyer | Safeco, ABC Mortgage Co. | Bruno |
| 49. | 09-2620 | Sylvia Jones | Safeco, ABC Mortgage Co. | Bruno |
| 50. | 09-2621 | Angela Irvin | Safeco, ABC Mortgage Co. | Bruno |
| 51. | 09-2622 | Brenda Singleton | Safeco, ABC Mortgage Co. | Bruno |
| 52. | 09-2623 | Tammie Jones | Safeco, ABC Mortgage Co. | Bruno |
| 53. | 09-2625 | Gerald Russell | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |

| 54. | 09-2630 | Dianne Butler | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 55. | 09-2640 | Robert Booth | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Flagstar ABC Mortgage Co. | Bruno |
| 56. | 09-2642 | Wanda Burgess | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans ABC Mortgage Co. | Bruno |
| 57. | 09-2644 | Carol Nelson | Safeco, State Farm Acceptance, ABC Mortgage Co. | Bruno |
| 58. | 09-2645 | Roslyn Flot | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 59. | 09-2646 | Tina Ball | Safeco, HSBC Mortgage ABC Mortgage Co. | Bruno |
| 60. | 09-2647 | Ronald Rollins | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 61. | 09-2648 | Jeorme Devezin | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 62. | 09-2649 | Louella Parnell | Safeco, HSBC Mortgage Co., ABC Mortgage Co. | Bruno |
| 63. | 09-2650 | Larry Posey | Safeco, Colonial Mortgage & Loan ABC Mortgage Co. | Bruno |
| 64. | 09-2651 | Sherrel Harris | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |

| 65. | 09-2652 | Madiere Moore | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 66. | 09-2653 | Isaac Miller | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 67. | 09-2654 | Pamela Taylor | Southwest Business Corp., Dovenmuehle Mortgage, ABC Mortgage Co. | Bruno |
| 68. | 09-2655 | Emile Armstrong | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 69. | 09-2656 | Stacey Davis | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 70. | 09-2657 | Patricia Noel | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 71. | 09-2658 | Deanne Marshall | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 72. | 09-2659 | Laura Waguespack | Southwest Business Corp., Litton Loan Servicing ABC Mortgage Co. | Bruno |
| 73. | 09-2660 | Dorothy Waker | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 74. | 09-2661 | Clarence Hunter | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 75. | 09-2662 | Oliver Comeaux | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 76. | 09-2663 | Georgine Washington | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 77. | 09-2664 | Mary Bush | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |

| 78. | 09-2665 | Barbara Simpson | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 79. | 09-2666 | Riley Scott | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 80. | 09-2667 | Pam Pugh | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 81. | 09-2668 | Cora Finnie | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 82. | 09-2677 | Anthony Thomas | Safeco, ABC Mortgage Co. | Bruno |
| 83. | 09-2678 | Gilda Crawford | Safeco, ABC Mortgage Co. | Bruno |
| 84. | 09-2679 | Byron Johnson | Safeco. ABC Mortgage Co. | Bruno |
| 85. | 09-2680 | Janice Garcia | Safeco, ABC Mortgage Co. | Bruno |
| 86. | 09-2681 | John Jackson | Safeco, ABC Mortgage Co. | Bruno |
| 87. | 09-2682 | Cottie Irving | Safeco, ABC Mortgage Co. | Bruno |
| 88. | 09-2683 | Dan Miller | Safeco, Advanced Mortgage Co. ABC Mortgage Co. | Bruno |
| 89. | 09-2684 | William Curran | Safeco, ABC Mortgage Co. | Bruno |
| 90. | 09-2685 | Daniel Poulan | Safeco, ABC Mortgage Co. | Bruno |
| 91. | 09-2686 | Betty Hamilton | Safeco, ABC Mortgage Co. | Bruno |
| 92. | 09-2687 | Aaron Smith | Safeco, ABC Mortgage Co. | Bruno |
| 93. | 09-2688 | Carl Severan | Safeco, ABC Mortgage Co. | Bruno |
| 94. | 09-2689 | Ulyssis Bently | Safeco, ABC Mortgage Co. | Bruno |

GAMDE-NO: Appendix A to motion to dismiss FPI as Filed.DOC

| | | | | |
|---|---|---|---|---|
| 95. | 09-2690 | Michelle Bailey | Safeco, State Farm Acceptance, ABC Mortgage Co. | Bruno |
| 96. | 09-2691 | Shakir Hameed | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 97. | 09-2692 | Jeanetta Burton | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 98. | 09-2693 | Pamela Finney | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 99. | 09-2694 | Rockial Riley | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 100. | 09-2695 | Belinda Chism | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 101. | 09-2696 | Owanda Campbell | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 102. | 09-2697 | Unel Mitchell | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 103. | 09-2702 | Sheila Franklin | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 104. | 09-2703 | James Allen | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 105. | 09-2705 | Lorraine Marshall | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |

| 106. | 09-2706 | Barbara Wilson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 107. | 09-2709 | Joseph Lane | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 108. | 09-2710 | Monique Forest | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 109. | 09-2711 | Gayle Williams | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 110. | 09-2712 | Carl Severan | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 111. | 09-2713 | Angela-Erve-Forbes | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 112. | 09-2716 | Valjon Lyons | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 113. | 09-2717 | Charlotte Lewis | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 114. | 09-2719 | Dana Clark | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |

-11-

| 115. | 09-2720 | Henry Louis | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
|---|---|---|---|---|
| 116. | 09-2723 | Keith Gonzales | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 117. | 09-2724 | Dave Richardson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 118. | 09-2729 | Jean West | Balboa Insurance Group, Meritplan Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 119. | 09-2730 | James Hardy | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |