## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: Severed Mass Joinder Cases<br>Forced Placed Insurance<br><br>Severed from Abadie, 06-5164 or Abadie II 07-5112<br><br>Cabrini Brock, Adolphus Brock<br>          Plaintiffs<br><br>VERSUS<br><br>State National Insurance Company, Wilshire, ABC<br>Mortgage Company<br>          Defendants | CIVIL ACTION<br><br>NO.: 2:09-cv-02592<br><br>SECTION "K"<br><br>MAGISTRATE (2) |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Cabrini Brock, Adolphus Brock regarding 4913/15 St. Claude Ave., New Orleans, LA 70117 against Defendant State National Insurance Company only, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 26th day of March, 2009.

United States District Judge