# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>PERTAINS TO: Severed Mass Joinder Cases<br>Forced Placed Insurance<br><br>Severed from Abadie, 06-5164 or Abadie II 07-5112<br><br>Shelia Bailey<br>　　　　Plaintiff<br><br>VERSUS<br><br>State National Insurance Company, ABC Mortgage Company<br>　　　　Defendants | CIVIL ACTION<br><br>NO.: 2:09-cv-02676<br><br>SECTION "K"<br><br>MAGISTRATE (2) |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Shelia Bailey against Defendants State National Insurance Company and ABC Mortgage Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 26th day of March, 2009.

_____
United States District Judge