UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | SECTION "K"  (2) |
| *Lagarde v. Lafarge*     06-5342 | * | |
| *Perry v. Ingram*         06-6299 | * | JUDGE |
| *Weber v. Lafarge*       08-4459 | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### EXPARTE MOTION FOR VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF DIANNE GLASER

**NOW COMES** the Barge P.S.L.C., who, respectfully move for an order of voluntary

dismissal without prejudice the allegations brought in the Barge Litigation Track of this litigation

by Dianne Glaser, fully and expressly reserving all rights, remedies and causes of action held by

persons presently putative Barge class members in the Barge Litigation Track.

It is so moved.

Respectfully submitted,

By:        /s/Brian A. Gilbert, Esq

Brian A. Gilbert, Esq.(21297)
Edward L. Moreno, Esq. (30838)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180

Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com,
eleemoreno@gmail.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

 /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
444 S. Flower Street 33rd Floor
Los Angeles, CA 90071
Tel 213.596.6000
Fax 213.596.6010
skhorrami@kpalawyers.com

dpollard@kpalawyers.com
mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF  upload, this 26TH  day of March  2009.

/s/Brian A. Gilbert, Esq
**BRIAN A. GILBERT**