UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | |
| *Boutte v. Lafarge*       05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarde v. Lafarge*   06-5342<br>*Perry v. Ingram*        06-6299<br>*Weber v. Lafarge*     08-4459 | SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

**ORDER**

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Motion for Voluntary Dismissal Without Prejudice of Dianne Glaser, be and is hereby **GRANTED**, fully and expressly reserving all rights, remedies and causes of action held by persons presently putative Barge class members in the Barge Litigation Track.

New Orleans, Louisiana this___ day of _____, 2009.

_____
STANWOOD R. DUVAL, JR.,
JUDGE, U.S. DISTRICT COURT