UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | SECTION "K" (2) |
| *Lagarde v. Lafarge*   06-5342 | * | |
| *Perry v. Ingram*   06-6299 | * | JUDGE |
| *Weber v. Lafarge*   08-4459 | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Motion for Voluntary Dismissal Without Prejudice of Dianne Glaser, be and is hereby **GRANTED**, fully and expressly reserving all rights, remedies and causes of action held by persons presently putative Barge class members in the Barge Litigation Track.

New Orleans, Louisiana this 27th day of March, 2009.

_____
STANWOOD R. DUVAL, JR.,
JUDGE, U.S. DISTRICT COURT