EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XDR | 010 | XDR-010-000000001 | XDR-010-000000053 | Expert Witness | Donald Resio | KC1043 | 3/27/2009 | Robinson | Supplemental Expert Report (Produced in native file format on 3/23/2009 as KC1041) |