UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE  LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of

Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No.

5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the

following documents as privileged:

| | | |
|---|---|---|
| EPA-018-000000001 | to | EPA-018-000000001 |
| EPA-018-000000002 | to | EPA-018-000000003 |
| EPA-018-000000004 | to | EPA-018-000000008 |
| EPA-018-000000009 | to | EPA-018-000000023 |
| EPA-018-000000024 | to | EPA-018-000000041 |
| EPA-018-000000042 | to | EPA-018-000000050 |
| EPA-018-00000051 | to | EPA-018-000000063 |
| EPA-018-000000064 | to | EPA-018-000000069 |
| EPA-018-000000070 | to | EPA-018-000000127 |
| EPA-018-000000128 | to | EPA-018-000000185 |
| EPA-018-000000186 | to | EPA-018-000000186 |
| EPA-018-000000187 | to | EPA-018-000000188 |

| | | |
|---|---|---|
| EPA-018-000000189 | to | EPA-018-000000209 |
| EPA-018-000000210 | to | EPA-018-000000211 |
| EPA-018-000000212 | to | EPA-018-000000213 |
| EPA-018-000000214 | to | EPA-018-000000217 |
| EPA-018-000000218 | to | EPA-018-000000221 |
| EPA-018-000000222 | to | EPA-018-000000223 |
| EPA-018-000000224 | to | EPA-018-000000225 |
| EPA-018-000000226 | to | EPA-018-000000228 |
| EPA-018-000000229 | to | EPA-018-000000230 |
| EPA-018-000000231 | to | EPA-018-000000233 |
| EPA-018-000000234 | to | EPA-018-000000236 |
| EPA-018-000000237 | to | EPA-018-000000238 |
| EPA-018-000000239 | to | EPA-018-000000241 |
| EPA-018-000000242 | to | EPA-018-000000246 |
| EPA-018-000000247 | to | EPA-018-000000249 |
| EPA-018-000000250 | to | EPA-018-000000252 |
| EPA-018-000000253 | to | EPA-018-000000254 |
| EPA-018-000000255 | to | EPA-018-000000255 |
| EPA-018-000000256 | to | EPA-018-000000260 |
| EPA-018-000000261 | to | EPA-018-000000264 |
| EPA-018-000000265 | to | EPA-018-000000279 |
| EPA-018-000000280 | to | EPA-018-000000281 |
| EPA-018-000000282 | to | EPA-018-000000283 |
| EPA-018-000000284 | to | EPA-018-000000284 |
| EPA-018-000000285 | to | EPA-018-000000287 |
| EPA-018-000000288 | to | EPA-018-000000293 |
| EPA-018-000000294 | to | EPA-018-000000296 |
| EPA-018-000000297 | to | EPA-018-000000298 |
| EPA-018-000000299 | to | EPA-018-000000305 |
| EPA-018-000000306 | to | EPA-018-000000308 |
| EPA-018-000000309 | to | EPA-018-000000309 |
| EPA-018-000000310 | to | EPA-018-000000312 |
| EPA-019-000000001 | to | EPA-019-000000079 |
| EPA-019-000000080 | to | EPA-019-000000085 |
| EPA-019-000000086 | to | EPA-019-000000088 |
| EPA-019-000000089 | to | EPA-019-000000090 |
| EPA-019-000000091 | to | EPA-019-000000091 |
| EPA-019-000000092 | to | EPA-019-000000092 |
| EPA-019-000000093 | to | EPA-019-000000097 |
| EPA-019-000000098 | to | EPA-019-000000102 |
| EPA-019-000000103 | to | EPA-019-000000104 |
| EPA-019-000000105 | to | EPA-019-000000105 |
| EPA-019-000000106 | to | EPA-019-000000154 |
| EPA-019-000000155 | to | EPA-019-000000164 |

2

EPA-019-000000165      to      EPA-019-000000169
EPA-019-000000170      to      EPA-019-000000170
EPA-019-000000171      to      EPA-019-000000175
EPA-019-000000176      to      EPA-019-000000224
EPA-019-000000225      to      EPA-019-000000228
EPA-019-000000229      to      EPA-019-000000277
EPA-019-000000278      to      EPA-019-000000278
EPA-019-000000279      to      EPA-019-000000279
EPA-019-000000280      to      EPA-019-000000281
EPA-019-000000282      to      EPA-019-000000317
EPA-019-000000318      to      EPA-019-000000335
EPA-019-000000336      to      EPA-019-000000338
EPA-019-000000339      to      EPA-019-000000340
EPA-019-000000341      to      EPA-019-000000343
EPA-019-000000344      to      EPA-019-000000346
EPA-019-000000347      to      EPA-019-000000347
EPA-019-000000348      to      EPA-019-000000348
EPA-019-000000349      to      EPA-019-000000379
EPA-019-000000380      to      EPA-019-000000455
EPA-019-000000456      to      EPA-019-000000456
EPA-019-000000457      to      EPA-019-000000463
EPA-019-000000464      to      EPA-019-000000465
EPA-019-000000466      to      EPA-019-000000466
EPA-019-000000467      to      EPA-019-000000469
EPA-019-000000470      to      EPA-019-000000471
EPA-019-000000472      to      EPA-019-000000506
EPA-019-000000507      to      EPA-019-000000509
EPA-019-000000510      to      EPA-019-000000515
EPA-019-000000516      to      EPA-019-000000517
EPA-019-000000518      to      EPA-019-000000524
EPA-019-000000525      to      EPA-019-000000528
EPA-019-000000529      to      EPA-019-000000529
EPA-019-000000530      to      EPA-019-000000572
EPA-019-000000573      to      EPA-019-000000575
EPA-019-000000576      to      EPA-019-000000578
EPA-019-000000579      to      EPA-019-000000589
EPA-019-000000590      to      EPA-019-000000595
EPA-019-000000596      to      EPA-019-000000601
EPA-019-000000602      to      EPA-019-000000606
EPA-019-000000607      to      EPA-019-000000611
EPA-019-000000612      to      EPA-019-000000614
EPA-019-000000615      to      EPA-019-000000616
EPA-019-000000617      to      EPA-019-000000622
EPA-019-000000623      to      EPA-019-000000626

3

EPA-019-000000627     to     EPA-019-000000628
EPA-019-000000629     to     EPA-019-000000629
EPA-019-000000630     to     EPA-019-000000633
EPA-019-000000634     to     EPA-019-000000634
EPA-019-000000635     to     EPA-019-000000637
EPA-019-000000638     to     EPA-019-000000640
EPA-019-000000641     to     EPA-019-000000642
EPA-019-000000643     to     EPA-019-000000692
EPA-019-000000693     to     EPA-019-000000694
EPA-019-000000695     to     EPA-019-000000707
EPA-019-000000708     to     EPA-019-000000708
EPA-019-000000709     to     EPA-019-000000709
EPA-019-000000710     to     EPA-019-000000711
EPA-019-000000712     to     EPA-019-000000712
EPA-019-000000713     to     EPA-019-000000716
EPA-019-000000717     to     EPA-019-000000718
EPA-019-000000719     to     EPA-019-000000720
EPA-019-000000721     to     EPA-019-000000721
EPA-019-000000722     to     EPA-019-000000725
EPA-019-000000726     to     EPA-019-000000726
EPA-019-000000727     to     EPA-019-000000735
EPA-019-000000736     to     EPA-019-000000738
EPA-019-000000739     to     EPA-019-000000739
EPA-019-000000740     to     EPA-019-000000740
EPA-019-000000741     to     EPA-019-000000742
EPA-019-000000743     to     EPA-019-000000769
EPA-019-000000770     to     EPA-019-000000845
EPA-019-000000846     to     EPA-019-000000848
EPA-019-000000849     to     EPA-019-000000850
EPA-019-000000851     to     EPA-019-000000853
EPA-019-000000854     to     EPA-019-000000856
EPA-019-000000857     to     EPA-019-000000907
EPA-019-000000908     to     EPA-019-000000924
EPA-019-000000925     to     EPA-019-000000964
EPA-019-000000965     to     EPA-019-000000986
EPA-019-000000987     to     EPA-019-000001078
EPA-019-000001079     to     EPA-019-000001082
EPA-019-000001083     to     EPA-019-000001083
EPA-019-000001084     to     EPA-019-000001084
EPA-019-000001085     to     EPA-019-000001087
EPA-019-000001088     to     EPA-019-000001091
EPA-019-000001092     to     EPA-019-000001092
EPA-019-000001093     to     EPA-019-000001093
EPA-019-000001094     to     EPA-019-000001096

| | | |
|---|---|---|
| EPA-019-000001097 | to | EPA-019-000001100 |
| EPA-019-000001101 | to | EPA-019-000001101 |
| EPA-019-000001102 | to | EPA-019-000001103 |
| EPA-019-000001104 | to | EPA-019-000001108 |
| EPA-019-000001109 | to | EPA-019-000001114 |
| EPA-019-000001115 | to | EPA-019-000001117 |
| EPA-019-000001118 | to | EPA-019-000001135 |
| EPA-019-000001136 | to | EPA-019-000001136 |
| EPA-019-000001137 | to | EPA-019-000001140 |
| EPA-019-000001141 | to | EPA-019-000001144 |
| EPA-019-000001145 | to | EPA-019-000001148 |
| EPA-019-000001149 | to | EPA-019-000001150 |
| EPA-019-000001151 | to | EPA-019-000001155 |
| EPA-019-000001156 | to | EPA-019-000001161 |
| EPA-019-000001162 | to | EPA-019-000001165 |
| EPA-019-000001166 | to | EPA-019-000001181 |
| EPA-019-000001182 | to | EPA-019-000001182 |
| EPA-019-000001183 | to | EPA-019-000001187 |
| EPA-019-000001188 | to | EPA-019-000001189 |
| EPA-019-000001190 | to | EPA-019-000001191 |
| EPA-019-000001192 | to | EPA-019-000001195 |
| EPA-019-000001196 | to | EPA-019-000001199 |
| EPA-019-000001200 | to | EPA-019-000001204 |
| EPA-019-000001205 | to | EPA-019-000001214 |
| EPA-019-000001215 | to | EPA-019-000001215 |
| EPA-019-000001216 | to | EPA-019-000001216 |
| EPA-019-000001217 | to | EPA-019-000001221 |
| EPA-019-000001222 | to | EPA-019-000001226 |
| EPA-019-000001227 | to | EPA-019-000001227 |
| EPA-019-000001228 | to | EPA-019-000001233 |
| EPA-019-000001234 | to | EPA-019-000001237 |
| EPA-019-000001238 | to | EPA-019-000001239 |
| EPA-019-000001240 | to | EPA-019-000001256 |
| EPA-019-000001257 | to | EPA-019-000001258 |
| EPA-019-000001259 | to | EPA-019-000001259 |
| EPA-019-000001260 | to | EPA-019-000001260 |
| EPA-019-000001261 | to | EPA-019-000001265 |
| EPA-019-000001266 | to | EPA-019-000001275 |
| EPA-019-000001276 | to | EPA-019-000001283 |
| EPA-019-000001284 | to | EPA-019-000001284 |
| EPA-019-000001285 | to | EPA-019-000001306 |
| EPA-019-000001307 | to | EPA-019-000001308 |
| EPA-019-000001309 | to | EPA-019-000001311 |
| EPA-019-000001312 | to | EPA-019-000001314 |

| | | |
|---|---|---|
| EPA-019-000001315 | to | EPA-019-000001317 |
| EPA-019-000001318 | to | EPA-019-000001322 |
| EPA-021-000000001 | to | EPA-021-000000002 |
| EPA-021-000000003 | to | EPA-021-000000003 |
| EPA-021-000000004 | to | EPA-021-000000004 |
| EPA-021-000000005 | to | EPA-021-000000013 |
| EPA-021-000000014 | to | EPA-021-000000027 |
| EPA-021-000000028 | to | EPA-021-000000031 |
| EPA-021-000000032 | to | EPA-021-000000034 |
| EPA-021-000000035 | to | EPA-021-000000048 |
| EPA-021-000000049 | to | EPA-021-000000066 |
| EPA-021-000000067 | to | EPA-021-000000069 |
| EPA-021-000000070 | to | EPA-021-000000071 |
| EPA-021-000000072 | to | EPA-021-000000077 |
| EPA-021-000000078 | to | EPA-021-000000090 |
| EPA-021-00000091 | to | EPA-021-000000100 |
| EPA-021-000000101 | to | EPA-021-000000103 |
| EPA-021-000000104 | to | EPA-021-000000332 |
| EPA-021-000000333 | to | EPA-021-000000337 |
| EPA-021-000000338 | to | EPA-021-000000342 |
| EPA-021-000000343 | to | EPA-021-000000357 |
| EPA-021-000000358 | to | EPA-021-000000358 |
| EPA-021-000000359 | to | EPA-021-000000361 |
| EPA-021-000000362 | to | EPA-021-000000363 |
| EPA-021-000000364 | to | EPA-021-000000365 |
| EPA-021-000000366 | to | EPA-021-000000367 |
| EPA-021-000000368 | to | EPA-021-000000383 |
| EPA-021-000000384 | to | EPA-021-000000386 |
| EPA-021-000000387 | to | EPA-021-000000388 |
| EPA-021-000000389 | to | EPA-021-000000390 |
| EPA-021-000000391 | to | EPA-021-000000414 |
| EPA-021-000000415 | to | EPA-021-000000417 |
| EPA-021-000000418 | to | EPA-021-000000432 |
| EPA-021-000000433 | to | EPA-021-000000436 |
| EPA-021-000000437 | to | EPA-021-000000484 |
| EPA-021-000000485 | to | EPA-021-000000490 |
| EPA-021-000000491 | to | EPA-021-000000528 |
| EPA-021-000000529 | to | EPA-021-000000530 |
| EPA-021-000000531 | to | EPA-021-000000540 |
| EPA-021-000000541 | to | EPA-021-000000548 |
| EPA-021-000000549 | to | EPA-021-000000551 |
| EPA-021-000000552 | to | EPA-021-000000556 |
| EPA-021-000000557 | to | EPA-021-000000564 |
| EPA-021-000000565 | to | EPA-021-000000569 |

| | | |
|---|---|---|
| EPA-021-000000570 | to | EPA-021-000000571 |
| EPA-021-000000572 | to | EPA-021-000000583 |
| EPA-021-000000584 | to | EPA-021-000000590 |
| EPA-021-000000591 | to | EPA-021-000000593 |
| EPA-021-000000594 | to | EPA-021-000000596 |
| EPA-021-000000597 | to | EPA-021-000000599 |
| EPA-021-000000600 | to | EPA-021-000000604 |
| EPA-021-000000605 | to | EPA-021-000000625 |
| EPA-021-000000626 | to | EPA-021-000000627 |
| EPA-021-000000628 | to | EPA-021-000000636 |
| EPA-021-000000637 | to | EPA-021-000000661 |
| EPA-021-000000662 | to | EPA-021-000000669 |
| EPA-021-000000670 | to | EPA-021-000000673 |
| EPA-021-000000674 | to | EPA-021-000000689 |
| EPA-021-000000690 | to | EPA-021-000000737 |
| EPA-021-000000738 | to | EPA-021-000000811 |
| EPA-021-000000812 | to | EPA-021-000000820 |
| EPA-021-000000821 | to | EPA-021-000000838 |
| EPA-021-000000839 | to | EPA-021-000000842 |
| EPA-021-000000843 | to | EPA-021-000000850 |
| EPA-021-000000851 | to | EPA-021-000000852 |
| EPA-021-000000853 | to | EPA-021-000000854 |
| EPA-021-000000855 | to | EPA-021-000000858 |
| EPA-021-000000859 | to | EPA-021-000000860 |
| EPA-021-000000861 | to | EPA-021-000000862 |
| EPA-021-000000863 | to | EPA-021-000000863 |
| EPA-021-000000864 | to | EPA-021-000000867 |
| EPA-021-000000868 | to | EPA-021-000000870 |
| EPA-021-000000871 | to | EPA-021-000000882 |
| EPA-021-000000883 | to | EPA-021-000000889 |
| EPA-021-000000890 | to | EPA-021-000000915 |
| EPA-021-000000916 | to | EPA-021-000000917 |
| EPA-021-000000918 | to | EPA-021-000000918 |
| EPA-021-000000919 | to | EPA-021-000000926 |
| EPA-021-000000927 | to | EPA-021-000000928 |
| EPA-021-000000929 | to | EPA-021-000000951 |
| EPA-021-000000952 | to | EPA-021-000000963 |
| EPA-021-000000964 | to | EPA-021-000000964 |
| EPA-021-000000965 | to | EPA-021-000000975 |
| EPA-021-000000976 | to | EPA-021-000000986 |
| EPA-021-000000987 | to | EPA-021-000000987 |
| EPA-021-000000988 | to | EPA-021-000000988 |
| EPA-021-000000989 | to | EPA-021-000000990 |
| EPA-021-000000991 | to | EPA-021-000000992 |

| | | |
|---|---|---|
| EPA-021-000000993 | to | EPA-021-000000994 |
| EPA-021-000000995 | to | EPA-021-000001000 |
| EPA-021-000001001 | to | EPA-021-000001003 |
| EPA-021-000001004 | to | EPA-021-000001005 |
| EPA-021-000001006 | to | EPA-021-000001026 |
| EPA-021-000001027 | to | EPA-021-000001035 |
| EPA-021-000001036 | to | EPA-021-000001036 |
| EPA-021-000001037 | to | EPA-021-000001043 |
| EPA-021-000001044 | to | EPA-021-000001046 |
| EPA-021-000001047 | to | EPA-021-000001059 |
| EPA-021-000001060 | to | EPA-021-000001062 |
| EPA-021-000001063 | to | EPA-021-000001065 |
| EPA-021-000001066 | to | EPA-021-000001072 |
| EPA-021-000001073 | to | EPA-021-000001075 |
| EPA-021-000001076 | to | EPA-021-000001080 |
| EPA-021-000001081 | to | EPA-021-000001091 |
| EPA-021-000001092 | to | EPA-021-000001094 |
| EPA-021-000001095 | to | EPA-021-000001102 |
| EPA-021-000001103 | to | EPA-021-000001122 |
| EPA-021-000001123 | to | EPA-021-000001156 |
| EPA-021-000001157 | to | EPA-021-000001161 |
| EPA-021-000001162 | to | EPA-021-000001166 |
| EPA-021-000001167 | to | EPA-021-000001170 |
| EPA-021-000001171 | to | EPA-021-000001175 |
| EPA-021-000001176 | to | EPA-021-000001181 |
| EPA-021-000001182 | to | EPA-021-000001195 |
| EPA-021-000001196 | to | EPA-021-000001201 |
| EPA-021-000001202 | to | EPA-021-000001216 |
| EPA-021-000001217 | to | EPA-021-000001218 |
| EPA-021-000001219 | to | EPA-021-000001233 |
| EPA-021-000001234 | to | EPA-021-000001240 |
| EPA-021-000001241 | to | EPA-021-000001242 |
| EPA-021-000001243 | to | EPA-021-000001252 |
| EPA-021-000001253 | to | EPA-021-000001254 |
| EPA-021-000001255 | to | EPA-021-000001256 |
| EPA-021-000001257 | to | EPA-021-000001263 |
| EPA-021-000001264 | to | EPA-021-000001266 |
| EPA-021-000001267 | to | EPA-021-000001272 |
| EPA-021-000001273 | to | EPA-021-000001273 |
| EPA-021-000001274 | to | EPA-021-000001275 |
| EPA-021-000001276 | to | EPA-021-000001283 |
| EPA-021-000001284 | to | EPA-021-000001303 |
| EPA-021-000001304 | to | EPA-021-000001305 |
| EPA-021-000001306 | to | EPA-021-000001306 |

NED-219-000000846     to     NED-219-000000847
NED-219-000000848     to     NED-219-000000856
NED-219-000000857     to     NED-219-000000892
NED-219-000000893     to     NED-219-000000894
NED-219-000001212     to     NED-219-000001247
MNO-354-000003613     to     MNO-354-000003613
MNO-355-000003614     to     MNO-355-000003614
MNO-358-000003661     to     MNO-358-000003661
MNO-356-000003659     to     MNO-356-000003659
MNO-357-000003660     to     MNO-357-000003660
MNO-359-000003667     to     MNO-359-000003667
MNO-360-000003668     to     MNO-360-000003668.

The United States is not producing or placing on a privilege log those documents created on or after September 19, 2005 (the filing date of *Maureen O'Dwyer, et al. v. United States*, No. 05-4181) that contain attorney-work product or attorney-client communications between United States attorneys, to include agency counsel, or between their clients for matters involving the *In Re: Katrina Canal Breaches Consolidated Litigation*.

The United States' privilege log is attached.

Respectfully submitted,


MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

_s/ James F. McConnon, Jr._
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: March 27, 2009

10

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on March 27, 2009, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.


_____s/ James F. McConnon, Jr._____
JAMES F. McCONNON, JR.