UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' LIST OF WITNESSES

a. *WILL CALL WITNESSES:*

1. Norman Robinson;
2. Monica Robinson;
3. Kent Lattimore;
4. Anthony Franz;
5. Lucille Franz;
6. Tanya Smith;
7. Chad Morris;
8. John W. Day, Jr. Ph.D;
9. G. Paul Kemp, Ph.D;
10. Johannes K. Vrijling;
11. Duncan Fitzgerald, Ph.D;
12. Gary P. Shaffer, Ph.D;
13. Robert G. Bea, Ph.D;
14. John W. Crawford, P.E.;
15. Scott Taylor;
16. Sherwood Gagliano, Ph.D;

b. *PLAINTIFFS' LIST OF MAY CALL WITNESSES:*

1. U.S. Army Corps of Engineers, via 30(b)(6) witnesses:

    A. Walter O. Baumy, Jr.;
    B. Alfred James Naomi;
    C. Nancy Powell

                D.      Keith O'Cain  
                E.      Richard Broussard;  
                F.      Gregory B. Miller  
                G.      Zoltan Montavi  
                H.      Reed Mosher, Ph.D;  
                I.      Gib Owen  
                J.      Thomas Podany;  
                K.      John P. Saia;  
                L.      Richard James Varuso

2. Glenn Diaz;
3. David Riley;
4. Jessie Arnold.
5. Arthur R. Theis;
6. Jack Heuerkamp;
7. Dr. P Shea Penland;
8. Donald Gerard McCrosky;
9. Charles Pete Savoye;
10. Polly Boudreaux;
11. Roy M. Carubba;
12. Richard G. Henning;
13. Bert Verdigets;
14. Richard James Varuso;
15. Gerald A. (Jerry) Colletti;
15. Michelle Daigle;
16. Christopher John Accardo, Jr.;
17. Gatien J. Livaudais, Jr.;
18. Walter O. Baumy, Jr.;
19. Alfred James Naomi;
20. Cecil Wayne Souileau;
21. Nancy Powell;
22. David Vann Stutts;
23. Leo A. Hubert, Jr.;
24. Gregory B. Miller;
25. Robert Schroeder, Jr.;
26. Robert Buisson, Jr.;
27. Suzanne Hawes;
28. Harley Stanford Winer;
29. Keith O'Cain;
30. Dan Arceneaux;
31. James R. Hanchey;
32. Lt. Gen'l Elvin R. Heiberg, III, P.E.;
33. Victor A. Landry;
34. Henry Junior Rodriguez;
35. Brian Bonanno;

36. Col. Early Rush;
37. Edmund Russo;
38. Allan Ensminger;
39. Thomas A. Sands;
40. Kenneth L. Odinet, Sr.;
41. Gregory E. Breerwood;
42. John P. Saia;
43. Richard B. Pinner, P.E.;
44. Richard J. Manguno;
45. Zoltan Montavi;
46. Thomas Podany;
47. Gib Owen;
48. Richard Broussard;
49. Reed Mosher, Ph.D;
50. Joannes J. Westerink, Ph. D;
51. Bruce A. Ebersole, P.E.;
52. John Barras;
53. Del Britsch;
54. Steven De Loach;
55. Brian Jarniven;
56. Donald Resio;
57. Thomas Wolff;
58. Steven Fitzgerald;
59. Any witness listed by any other party to this litigation;
60. Any witness called by any other party to this litigation;
61. Any and all witnesses called to rebut any testimony a witness called by any other party to this litigation.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

PIERCE O'DONNELL (pro hac vice)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298