UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| DANNY and DEIDRE HOWARD | * | CIVIL ACTION NO. 09-CV-2612 |
| --- | --- | --- |
| VERSUS | * * * | SECTION K |
| SOUTHWEST BUSINESS CORPORATION and UNDERWRITERS LLOYDS LONDON | * * * | MAG. JUDGE 2 |
| *This case relates to Insurance Umbrella Forced Placed Policy Case, 05-cv-4182* | | |

## UNOPPOSED MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Danny and Deidre Howard, who respectfully submit the instant Motion to Dismiss and who pray that after considering the foregoing, this Honorable Court will grant this motion, dismissing this matter with prejudice, with all parties to bear their own costs.

**WHEREFORE,** Plaintiffs pray that after considering the foregoing, this Honorable Court will grant this motion dismissing this matter with prejudice with all parties to bear their own costs.

RESPECTFULLY SUBMITTED,

/S/ Daniel E. Becnel, Jr.
**Becnel Law Firm, L.L.C.**
**Daniel E. Becnel, Jr. (La. 2926)**
**106 W. 7th Street, P.O. Drawer H**
**Reserve, LA  70084**
**(985) 536-1186**
**(985) 536-6445 (facsimile)**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon Defendant, through its counsel of record, via CM/ECF on this 30th day of March, 2009, and through U.S.P.S. for those persons not registered with CM/ECF.

/s/ Daniel E. Becnel, Jr.