# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANNY and DEIDRE HOWARD** | * | **CIVIL ACTION NO. 09-CV-2612** |
| | * | |
| **VERSUS** | * | **SECTION K** |
| | * | |
| **SOUTHWEST BUSINESS CORPORATION and UNDERWRITERS AT LLOYD'S LONDON** | * | **MAG. JUDGE 2** |
| | * | |
| | * | |
| | * | |
| | * | |
| *This case relates to Insurance Umbrella Forced Placed Policy Case, 05-cv-4182* | * | |
| | * | |

# ORDER

Considering the **Motion to Dismiss** filed by Plaintiff in this matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by Plaintiff is **GRANTED.**

**IT IS THUS ORDERED, ADJUDGED AND DECREED** that this matter is dismissed with prejudice with each party to bear their own costs.

**SO ORDERED,** in New Orleans, Louisiana this ___ day of _____, 2009.

_____
**JUDGE STANWOOD R. DUVAL, JR.**