UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE | | JUDGE STANWOOD DUVAL |
| | * | |
| | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | JURY TRIAL REQUESTED |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION and on suggesting to the Court that it has heretofore been represented herein by John W. Waters, Jr. and David E. Walle of the law firm of BIENVENU, FOSTER, RYAN & O'BANNON, LLC, and upon further suggesting to the Court that it has engaged the services of Emile C. Rolfs, III, David R. Kelly and Christopher D. Billings of the law firm of BREAZEALE, SACHSE & WILSON, LLP, to further represent its interests herein; and upon further

-1-

suggesting to the Court that it desires to enroll and substitute said attorneys and said law firm as its counsel of record herein;

**WHEREFORE**, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION respectfully prays that this motion be granted and that Emile C. Rolfs, III, David R. Kelly and Christopher D. Billings of the law firm of BREAZEALE, SACHSE & WILSON, LLP, be engaged as its counsel of record herein and substituted in the place and stead of John W. Waters, Jr. and David E. Walle of the law firm of BIENVENU, FOSTER, RYAN & O'BANNON, LLC.

All of which is most respectfully submitted.

/s/ *Emile C. Rolfs, III*
**EMILE C. ROLFS, III, La. Bar No. 11431, T.A.**
BREAZEALE, SACHSE & WILSON, LLP
23rd Floor, One American Place
Baton Rouge, Louisiana
Telephone: (225) 387-4000
Facsimile: (225) 381-8029
**Counsel for Defendant, Louisiana Citizens Property Insurance Corporation**


APPROVED:
BIENVENU, FOSTER, RYAN &
O'BANNON, LLC
BY: /s/ *John W. Waters, Jr.*
**JOHN W. WATERS, JR.** (#13258)
1010 Common Street, Suite 2200

-2-

New Orleans, LA 70112-2401<br>
(504) 310-1500<br>
Fax: (504) 310-1501<br>
Email: Jwaters@bfrob.com

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile transmission, hand delivery, electronic mail and/or depositing same in the United States Mail, postage pre-paid on March 30, 2009.

                        */s/ John W. Waters, Jr.*