UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE | | JUDGE STANWOOD DUVAL |
| | * | |
| | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | JURY TRIAL REQUESTED |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Motion to Enroll and Substitute Counsel of Record*:

IT IS ORDERED that Emile C. Rolfs, III, David R. Kelly and Christopher D. Billings of the law firm of BREAZEALE, SACHSE & WILSON be and they are now hereby enrolled as counsel of record herein for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and substituted in the place and stead of John W. Waters, Jr. and David E. Walle of the law firm of BIENVENU, FOSTER, RYAN AND O'BANNON, LLC.

THUS DONE, READ AND SIGNED in Chambers at New Orleans, Louisiana, on this

_____ day of _____, 2009.

_____
JUDGE, EASTERN DISTRICT COURT
OF LOUISIANA