UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * SECTION: K <br> * JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE/FORCED PLACE <br> <u>Johnson – 09-2614</u> <br> ***************************************** | * MAGISTRATE: 2 <br> * MAGISTRATE JUDGE: <br> * JOSEPH C. WILKINSON, JR |

## ORDER

Considering the first motion for extension of time to filed by defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company;

IT IS ORDERED that defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company are granted an extension of twenty (20) days, through and including April 20, 2009, within which to file responsive pleadings to plaintiffs' amended complaint in the captioned proceeding.

New Orleans, Louisiana, this ____ day of _____ 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT

804618.1