UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * SECTION:  K <br> * JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE/FORCED PLACE <br> Ross – 09-2613 | * MAGISTRATE:  2 <br> * MAGISTRATE JUDGE: <br> * JOSEPH C. WILKINSON, JR |

**FIRST MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, come defendants Balboa Insurance Company, misnamed in the amended complaint as Balboa Life and Casualty Company, ("Balboa"), Meritplan Insurance Company ("Meritplan") and Newport Insurance Company ("Newport"), and, pursuant to Local Civil Rule 7.9E, moves the Court for an extension of time of twenty (20) days, through and including April 20, 2009, within which to file responsive pleadings to the amended complaint filed by plaintiffs in the captioned case.  These defendants have only recently been served with the amended complaint, and defendants require additional time to investigate plaintiffs' allegations and to prepare responsive pleadings.  There has been no previous extension of time to plead requested from the Court by these defendants, and plaintiffs have not filed an objection in the record to an extension of time.  While these defendants joined in a motion to dismiss the claims of some of the named plaintiffs in this mass action [doc. no.

18,088], the joint motion to dismiss did not seek dismissal of all the plaintiffs. This motion for extension applies to the named plaintiffs whose claims are not subject to the joint motion to dismiss.

Respectfully submitted, this 30th day of March, 2009.

>/s/ Stephen W. Rider
> ANTHONY ROLLO (#1133)
> STEPHEN W. RIDER, T. A. (#2071)
> LAUREN CAMPESI (#29787)
> **McGlinchey Stafford, PLLC**
> 601 Poydras Street, 12th Floor
> New Orleans, Louisiana  70130
> Telephone:  (504) 586-1200
> Facsimile:  (504) 596-2800
> **Attorney for Defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 30th day of March, 2009.

>/s/ Stephen W. Rider
> STEPHEN W. RIDER

804336.1