UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * CIVIL ACTION NO. 05-4182 |
| **CONSOLIDATED LITIGATION** | * SECTION:  K |
| | * JUDGE: STANWOOD R. DUVAL, JR. |
| **PERTAINS TO: INSURANCE/FORCED PLACE** | * MAGISTRATE:  2 |
| <u>Ross – 09-2613</u> | * MAGISTRATE JUDGE: |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * JOSEPH C. WILKINSON, JR |

## ORDER

Considering the first motion for extension of time to filed by defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company;

IT IS ORDERED that defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company are granted an extension of twenty (20) days, through and including April 20, 2009, within which to file responsive pleadings to plaintiffs' amended complaint in the captioned proceeding.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT

804620.1