**PLAINTIFFS' PRODUCTION LOG**

In Re Katrina Canal Breaches Litigation (No. 05-4182), MRGO & Robinson (No. 06-2268)

| Bates First | Bastes Last | Source | Custodian | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|
| NODB000001 | NODB00995 | New Orleans Dock Board | Robert Warren, Esq. | 3/30/2009 | Levee, MRGO, Robinson | Document Produced pursuant to subpoena to New Orleans Dock Board |
| MRGOV-000001 | MRGOV-000001 | Polly Beaudreaux | Robert Warren, Esq. | 3/30/2009 | Levee, MRGO, Robinson | Hurrican storm surge video footage. St, Bernard Parish |
| MRGOV-000002 | MRGOV-000002 | WVUE Fox 8 New Orleans | WVUE | 3/30/2009 | Levee, MRGO, Robinson | WVUE Chalmette Security Camera 8/29/2005 |