UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| DANNY and DEIDRE HOWARD | * | CIVIL ACTION NO. 09-CV-2612 |
| --- | --- | --- |
| VERSUS | * | SECTION K |
| SOUTHWEST BUSINESS CORPORATION and UNDERWRITERS AT LLOYD'S LONDON | * | MAG. JUDGE 2 |
| *This case relates to Insurance Umbrella Forced Placed Policy Case, 05-cv-4182* | * | |

**ORDER**

Considering the **Motion to Dismiss** filed by Plaintiff in this matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by Plaintiff is **GRANTED.**

**IT IS THUS ORDERED, ADJUDGED AND DECREED** that this matter is dismissed with prejudice with each party to bear their own costs.

**SO ORDERED,** in New Orleans, Louisiana this 31st day of ____March____, 2009.

_____
JUDGE STANWOOD R. DUVAL, JR.