UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME<br>LOUISIANA STATE, 07-5528 | SECTION "K"(2) |

## ORDER

Before the Court is a Request for Oral Argument (Rec. Doc. 18208) filed by Defendant Insurance Companies regarding their Motion for Reconsideration. Because this Court finds that oral argument will not assist in the adjudication of this motion, accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Rec. Doc. 18208) is **DENIED.** The Motion for Reconsideration will be taken on the briefs.

New Orleans, Louisiana, this __31st__ day of March, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE