# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:  BARGE | SECTION "K" (2) |

*Boutte v. Lafarge_*    05-5531
*Mumford v. Ingram*    05-5724
*Lagarde v. Lafarge*    06-5342
*Perry v. Ingram*    06-6299
*Benoit v. Lafarge*    06-7516
*Parfait Family v. USA*    07-3500
*Lafarge v. USA*    07-5178
*Weber v. Lafarge*    08- 4459

**JUDGE
STANWOOD R. DUVAL, JR.**

**MAG. JOSEPH C. WILKINSON, JR.**

## ORDER

Considering the above and foregoing, it is hereby **ORDERED** that **Barge Plaintiffs'**

**Motion For Appointment Of Shawn Khorrami  As Co-Liaison Counsel** be, and is hereby

**GRANTED**.  **FURTHER ORDERED** that Shawn Khorrami is hereby appointed Barge

Plaintiffs' Co-Liaison Counsel, along with Brian A. Gilbert, and that Mr. Khorrami is directed to

this Court's Case Management Orders in this matter containing instructions and requirements

pertinent to this appointment.

New Orleans, Louisiana, this <u>31st</u> day of _____March_____, 2009.

_____

**HON. STANWOOD R. DUVAL, JR.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 27th day of January, 2009.

\s\Brian A. Gilbert
BRIAN A. GILBERT