UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION: K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| ANTHONY BANKS, ET AL | * | CIVIL ACTION NO. 07-1573 |
| | * | |
| VERSUS | * | JUDGE |
| | * | SECTION   K |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in New Orleans, Louisiana this __31st__ day of __March__, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT