## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:    Specific Case numbers listed in Appendix A

PERTAINS TO: Forced Place Insurance

---

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs Consent Motion to Continue the Hearing Date re;

Motion to dismiss (Rec. Doc. 18100) be and is hereby **GRANTED**, thereby allowing a brief

extension of the hearing date to April 15, 2009, with the Plaintiffs to file their Opposition on

March 31, 2009, to allow the Plaintiffs to file an opposition to the defendants Motion to dismiss.

This ___31st___ day of ___March___, 2009, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE