UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| ALL LEVEE | * | |

## EX PARTE MOTION TO SUBSTITUTE PLEADING

Plaintiffs respectfully request that this Court substitute the attached pleading for the Opposition to National Union's Motion for Summary Judgment, filed on March 24, 2009.[1] Plaintiffs inadvertently omitted the attached Statement of Disputed Facts from their original pleading, and they seek leave of the Court to file this document into the record at this time.

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**
 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

---

[1] R., Doc. No. 18264.

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

  /s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**
Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 31st day of March, 2008.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO