UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| ALL LEVEE | * | |

## ORDER

AND NOW, this 31st day of March, 2009, upon consideration of Plaintiffs' *Ex Parte* Motion to Substitute Pleading:

**IT IS HEREBY ORDERED AND DECREED THAT** Plaintiffs' Motion is **GRANTED**, and the attached Statement of Disputed Facts shall be substituted and filed into the record of this Court.

U.S. DISTRICT COURT JUDGE