**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| ALL LEVEE | * | |

**STATEMENT OF DISPUTED MATERIAL FACTS**

_____Plaintiffs respectfully assert the following objections and limitations with respect to the statement of "undisputed" material facts filed by Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in connection with its motion for summary judgment:

1.

Disputed, insofar as Plaintiffs have also asserted certain claims which, although they arose subsequent to Hurricane Katrina's making landfall, and the subsequent levee failures, are not directly tied to their own property damage. Such claims, by way of example, include loss of property, loss of income, loss of business opportunities, diminution of property value, evacuation expenses, attorneys' fees, and other special damages. Certain of these losses can occur independently of physical damage to a particular plaintiff's property. Thus, Plaintiffs dispute that all claims asserted arose "as a result of damage to property they owned in Jefferson and Orleans Parishes, Louisiana."

2.

Undisputed.

3.

Undisputed, within the context of the litigation arising out of Hurricane Katrina and the subsequent levee failures.

4.

Disputed.  Plaintiffs do not dispute the existence or issuance of the policies listed.  This list, however, fails to account for a 1989 policy issued by National Union to the East Jefferson Levee District.  Moreover, Plaintiffs have no knowledge as to whether this list is exclusive, insofar as they have no direct knowledge as to whether any additional policies were issued.

5.

Undisputed, but Plaintiffs refer to the Court's decision of August 28, 2008, as opposed to National Union's characterization of the Court's action.

6.

Disputed.  The policy language set forth in these documents speak for themselves.  Plaintiffs object to National Union's assertion of a legal conclusion and/or characterization of the quoted policy language.

7.

Disputed.  The policy language set forth in these documents speak for themselves.

Plaintiffs object to National Union's assertion of a legal conclusion and/or characterization of the

quoted policy language.


8.

Disputed.  The content of this policy cannot be verified because National Union cannot

locate it.  Plaintiffs have no direct information as to whether any other policies have been

identified.


9.

Undisputed.


10.

Disputed.  Plaintiffs object to National Union's assertion of a legal conclusion.


Plaintiffs further assert that the following facts are disputed, and thus, summary judgment

is unwarranted:

1.)   Whether National Union's search for all policies that it may have issued to the

East Jefferson Levee District ("EJLD") was exhaustive and fully comprehensive;

2.)   Whether there may exist an additional policy or policies issued by National Union

to the EJLD that it has not located or provided to this court.

3.)   Whether any policies contemplated by Disputed Fact No. 2 may provide coverage

3

based upon an "occurrence" basis as opposed to a "claims-made" basis.

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON
COUNSEL**
 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION
COMMITTEE**

  /s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION
COMMITTEE**
Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of
record by placing same in the United States Mail, properly addressed and first class postage pre-
paid, or by facsimile, or other electronic transmission this 31st day of March, 2008.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO