UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
         CONSOLIDATED LITIGATION
                                   NO.: 05-4182

                                   SECTION "K" (2)

PERTAINS TO: LEVEE, MRGO & ROBINSON

## NOTICE OF PRODUCTION

In response to the United States' First Request for Production of Documents to the Levee Plaintiffs and the Defendants' First Set of Joint Interrogatories, Requests for Production of Documents and Requests for Admissions to Plaintiffs Regarding Common Liability Issues, the Levee, MRGO & Robinson Plaintiffs have produced the following Bates range.

    MRGOM-00001    to    MRGOM-00001

    MRGOE-00001    to    MRGOE-00002

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno_____
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31st day of March, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno