# PLAINTIFFS' PRODUCTION LOG

In Re Katrina Canal Breaches Litigation (No. 05-4182), MRGO & Robinson (No. 06-2268)

| Bates First | Bastes Last | Source | Custodian | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|
| MRGOM-000001 | MRGOM-000001 | Andrew Milanes, Chad Morris | Andrew Milanes, Chad Morris | 03/30/09 | Levee, MRGO, Robinson | ESI: GIS Database |
| MRGOE-000001 | MRGOE-000001 | Professor H. Vrijling | Professor H. Vrijling | 03/31/09 | Levee, MRGO, Robinson | ESI:SOBEK, SWAN |
| MRGOE-000002 | MRGOE-000002 | Professor H. Vrijling | Professor H. Vrijling | 03/31/09 | Levee, MRGO, Robinson | Results of Updated FINEL |