UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K"  (2)<br>* |
| *Boutte v. Lafarge*        05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*      06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*            07-5178<br>*Weber v. Lafarge*        08-4459 | *<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>*<br>* |

## RE-NOTICE OF DEPOSITION OF STAN GUIDRY

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, is rescheduling the deposition of **Stan Guidry** originally scheduled for Wednesday, April 8, 2009, to now be taken on **Wednesday, April 15, 2009 at 11:00 a.m.** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend.

1271130-1

          Respectfully submitted,

           /s/ Derek A. Walker
          Derek A. Walker (#13175)
          Robert B. Fisher, Jr., (#5587)
          **CHAFFE MCCALL, L.L.P.**
          2300 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163-2300
          Telephone:  (504) 585-7000
          Facsimile:  (504) 585-7075
          Walker@chaffe.com

          John D. Aldock
          Mark S. Raffman
          **GOODWIN PROCTER LLP**
          901 New York Avenue, N.W.
          Washington, DC 20001
          Telephone:  (202) 346-4240

          Daniel A. Webb (#13294)
          **SUTTERFIELD & WEBB, LLC**
          Poydras Center
          650 Poydras Street, Suite 2715
          New Orleans, LA 70130
          Telephone:  (504) 598-2715
          *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 1st day of April, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

           /s/ Derek A. Walker