**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, BARGE | § | |
| | § | |
| _____ | § | |

## UNITED STATES' FINAL LIST OF WITNESSES

Pursuant to the Court's Order Granting Motion to Modify Case Management and

Scheduling Order No. 7 (Doc. Rec. No. 17710), Defendants United States of America and the

United States Army Corps of Engineers (collectively herein, the "United States"[1]), through

undersigned counsel, hereby submit this Final List of Witnesses.[2]  The United States certifies that

it has exchanged its expert reports with the MRGO Plaintiffs on December 22, 2008, per Court

Order (Doc. Rec. No. 15841).  *See* Doc. Rec. No. 16833.  The United States will be exchanging

its expert reports with the Barge parties on or before April 13, 2009, per Court Order (Doc. Rec.

---

[1] The United States Army Corps of Engineers cannot be sued *eo nomine* under the Federal Tort Claims Act.  *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

[2] If counsel wish to contact any current or former federal employees, such contact must be made through counsel for the United States.

No. 12935), provided the Court does not change the Case Management Order for the Barge

parties.

**FACT WITNESSES**

Walter Baumy
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction, operation, and maintenance of the Mississippi River
Gulf Outlet ("MRGO").

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction, operation, and maintenance of the MRGO.

Gerald Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Levees and inspections.

Gerald J. Dicharry, Jr.
Retired, U.S. Army Corps of Engineers
1813 Francis Avenue
Metairie, LA 70003
Subject matter: The Inner Harbor Navigation Canal ("IHNC") Lock Replacement Project.

Lee Guillory
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Total Environmental Remediation Contract ("TERC") and Task Order 26.

John Grieshaber, Phd.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: IHNC.

James Randall Hanchey
Retired, U.S. Army Corps of Engineers and Louisiana Department of Natural Resources
1024 Woodstone Drive
Baton Rouge, LA 70808
Subject matter: Wetlands; efforts to evaluate and address impact of MRGO.

Suzanne Hawes
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Wetlands; efforts to evaluate and address impact of MRGO.

Victor Landry
Retired, U.S. Army Corps of Engineers and Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
Subject matter: The Gulf Intracoastal Waterway.
Gregory Miller
U.S. Army Corps of Engineers

3

*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Wetlands; efforts to evaluate and address impact of MRGO.

Pete Luisa
U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, D.C.  20314-100
Subject matter: How the Corps determines its annual funding recommendations for projects such as the LPVHPP.

James A. Montegut, III
Retired, U.S. Army Corps of Engineers
6190 Tezcuco Court
Gonzales, LA 70737
Subject matter: TERC and Task Order 26.

Zoltan Montvai
U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, D.C.  20314-100
Subject matter: The Corps' procedure on obtaining Congressional approval and appropriations for civil works projects such as the MRGO.

Alfred Naomi
Retired, U.S. Army Corps of Engineers
520 Tallulah Avenue
River Ridge, LA 70123
Subject matter: Project Management of the Lake Pontchartrain and Vicinity Hurricane Protection Project ("LPVHPP").

Dennis O'Conner
35745 Calle Napal
Temecula, CA 92592
Subject matter: Work performed by Washington Group International (WGI) at the East Bank Industrial Area (EBIA) near the IHNC.

Kenneth Odinet
940 Angela Street
Arabi, LA 70032
Subject matter: Actions taken by the Louisana State legislature regarding the MRGO.

Gib Owen
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: The Corps' hurricane storm damage risk reduction system 100-year
design plan; environmental compliance.

Richard Pinner
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Geotechnical analysis of soil and the IHNC.

Thomas Podany
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: The 1988 and 1994 Reconnaissance Reports and 1996 Evaluation Report
and efforts to provide bank stabilization measures.

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*

7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Hydrology of the Hurricane Protection System and the MRGO.

Henry Junior Rodriguez
3809 Bayou Road
Saint Bernard, LA 70085
Subject matter: St. Bernard Parish's efforts regarding the closure of the MRGO.

Edmond Joseph Russo, Jr.
U.S. Army Corps of Engineers
Engineer Research and Development Center
3909 Halls Ferry Road
Vicksburg, Mississippi, 39180
Subject matter: Operation and maintenance of the MRGO.

Chuck Sainz
FOX 8, WVUE New Orleans
1025 South Jefferson Davis Parkway
New Orleans, LA 70125
Subject matter: Authenticate video clip from Fox 8 news tower security camera.

Cecil Wayne Soileau
Retired, U.S. Army Corps of Engineers
10012 Walden Drive
River Ridge, LA 70123
Subject matter: Storm surge, levee heights and the MRGO.

Phillip Lee Staggs
225 South Tropical Trail
Merritt Island, FL 32952
Subject matter: Work performed by WGI at the EBIA near the IHNC.

David Stutts
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Hydrologic effects of MRGO.

6

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction and maintenance of the LPVHPP; post-Katrina
reconstruction of the flood protection system.

Thomas Verna
U.S. Army Corps of Engineers
Institute for Water Resources
Navigation Data Center
7701 Telegraph Road, Casey Bldg.
Alexandria, VA 22315-3868
Subject matter: Corps wide dredging policies.

Harley Winer
Retired, U.S. Army Corps of Engineers
950 Picheloup Place
New Orleans, LA  70119
Subject matter: Storm surge, waves and the MRGO.

## EXPERT WITNESSES

John Barras
USGS/CR/BRD
National Wetlands Research Center
Coastal Restoration Field Station
Louisiana State University
212 Parker Coliseum
Baton Rouge, LA 70894
Subject matter: Wetland habitat mapping

Louis D. Britsch
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue

New Orleans, LA 70118
Subject matter: Geologic and geomorphic development; mapping, analysis and causes of land loss.

Stephen DeLoach, P.E., L.S.
Smithsonian Institution
Washington, DC
Subject matter: Light Detection and Ranging ("LIDAR"), LIDAR accuracy, datums, and elevations of structures.

Bruce Ebersole, P.E.
U.S. Army Corps of Engineers
Engineer Research and Development Center
Coastal and Hydraulics Laboratory
3909 Halls Ferry Road
Vicksburg, MS 39180
Subject matter: Storm surge modeling, hydrology, coastal engineering, and the performance of the levee system.

Steve Fitzgerald
8306 Pheasant Glen Drive
Spring, TX 77379
Subject matter: Hydrology, hydraulics and interior drainage.

Brian Jarvinen
17120 S.W. 78th Avenue
Miami, FL 33157-4811
Subject matter: Meteorology and hurricane storm surge research.

Dr. Reed Mosher
U.S. Army Corps of Engineers
U.S. Army Engineering Research
and Development Center
Coastal and Hydraulics Laboratory
3909 Halls Ferry Road
Vicksburg, MS 39180
Subject matter: Civil geotechnical engineering, project evaluation and performance assessment.

Dr. Donald Resio
U.S. Army Corps of Engineers
U.S. Army Engineering Research
and Development Center

Coastal and Hydraulics Laboratory
3909 Halls Ferry Road
Vicksburg, MS 39180
Subject matter: Hydrodynamic forces, oceanography, wind and wave interaction and
probability analysis.

Dr. Joannes Westerink
Department of Civil Engineering
and Geological Science
University of Notre Dame
Notre Dame, IN 46556
Subject matter: Storm surge modeling.

Dr. Thomas Wolff
Michigan State University
1415 Engineering Building
East Lansing, MI 48824-1226
Subject matter: Geotechnical and civil engineering issues related to design and
construction of the LPVHPP; state of practice for levee design and erosion modeling;
probabililty analysis and similar matters.

      The United States "will call" the following witnesses: Gerald Colletti, Suzanne
Hawes, Gregory Miller, Zoltan Montvai, Alfred Naomi, Thomas Podany, Nancy Powell,
Edmond Joseph Russo, Jr., Richard Varuso, John Barras, Bruce Ebersole, Brian Jarvinen,
Dr. Reed Mosher, Dr. Donald Resio, Dr. Joannes Westerink and Dr. Thomas Wolff.

The United States "may call" the following witnesses: Walter Baumy, Richard Broussard, Gerald Dicharry, Jr., Lee Guillory, John Grieshaber, James Hanchey, Victor Landry, Pete Luisa, James Montegut, III, Dennis O'Conner, Kenneth Odinet, Gib Owen, Richard Pinner, Henry  Rodriguez, Chuck Sainz, Cecil Soileau, Phillip Staggs, David Stutts, Thomas Verna, Harley Winer, Louis Britsch, Stephen DeLoach, and Steve Fitzgerald.  The United States may call any other witness listed by the Plaintiffs in their Final Witness List, and may call witnesses to rebut the Plaintiffs' witnesses' testimony.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 1, 2009

10

**CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on April 1, 2009, I served a true copy of the United States' Final List of Witnesses upon all parties by ECF.

s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.