UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION  * SECTION: K
 * JUDGE: STANWOOD R. DUVAL, JR.
PERTAINS TO: INSURANCE/FORCED PLACE  * MAGISTRATE: 2
Ross – 09-2613  * MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR
******************************************

## ORDER

Considering the first motion for extension of time to filed by defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company;

IT IS ORDERED that defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company are granted an extension of twenty (20) days, through and including April 20, 2009, within which to file responsive pleadings to plaintiffs' amended complaint in the captioned proceeding.

New Orleans, Louisiana, this 31st day of March 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT

804618.1