UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: *Gomez*, C.A. No. 06-8274 | * | SECTION "K" (2) |

* * * * * * * *

**O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Motion to Dismiss With Prejudice be and the same is hereby GRANTED and that all claims asserted herein by plaintiffs, ELAINE GOMEZ, wife of/and PAUL GOMEZ, against EDDIE CORCORAN be and the same are hereby dismissed, with prejudice, each party to bear their own costs.

**NEW ORLEANS, LOUISIANA**, this  1st  day of April, 2009.

_____
**JUDGE, UNITED STATES DISTRICT COURT**