UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES   * | | CIVIL ACTION |
| CONSOLIDATE LITIGATION   * | | |
| * | | NO. 05-4182 |
| * | | |
| PERTAINS TO: LEVEE & MR-GO   * | | SECTION "K" (2) |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED HEARING

**(re: Record Doc. 18370)**

**NOW INTO COURT,** through undersigned counsel, comes the comes the Levee and MRGO PSLCs, which respectfully move this Honorable Court for an Order granting an expedited hearing of the Motion to Quash, (Rec. Doc. 18370), for the reasons set forth in the attached Memorandum.

**WHEREFORE**, the Levee and MRGO PSLCs pray that their Motion for Expedited Hearing be granted.

                                                          **Respectfully Submitted,**

                                                          **APPROVED PLAINTIFFS LIAISON COUNSEL**

                                                                /s/ Joseph M. Bruno
                                                          JOSEPH M. BRUNO (La. Bar # 3604)
                                                          The Law Offices of Joseph M. Bruno,
                                                          855 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          Telephone: (504) 525-1335
                                                          Facsimile: (504) 561-6775
                                                          Email: jbruno@jbrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

/s/ James Parkerson Roy
JAMES PARKERSON ROY (La. Bar # 11511)
MR-GO PSLC LIAISON COUNSEL
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

For
**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

Jonathan Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

/s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**
Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of April, 2009.

      /s/ Joseph M. Bruno
      Joseph M. Bruno