UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATE LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: LEVEE & MR-GO | * | SECTION "K" (2) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that the Levee & MRGO PSLCs' Motion for Expedited Hearing of their Motion to Quash be and hereby is **GRANTED**, and will be heard on the _____ day of April, 2009 at _____ o'clock a.m.

New Orleans, Louisiana, this _____ day of April, 2009.

                                                **UNITED STATES DISTRICT COURT JUDGE**