RECVD '09 MAR 11 13:30 USDC LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO LEVEE                                    Civil Action No. 05-4182

**ENTRY OF APPEARANCE AND
NOTICE OF INTENT TO APPEAR AT
THE CERTIFICATION/FAIRNESS HEARINGS**

Please enter the appearance of Jennifer J. Rosenbaum as local counsel for class members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart, objectors to the proposed class action settlement agreement.   These Objectors are also represented by visiting attorney Michael T. Kirkpatrick.  A motion for Mr. Kirkpatrick to appear *pro hac vice* accompanies this notice.

Please note that counsel for Objectors Brinkmeyer, LeBlanc, and Stuart intend to appear before the Court at the Certification/Fairness Hearings and request to be heard.

1

Respectfully submitted this 11th day of March 2009,

Jennifer J. Rosenbaum, Local Counsel
La. Bar No. 31946
New Orleans Workers' Center for Racial Justice
217 N. Prieur St.
New Orleans, LA 70112
(615) 423-0152
jjrosenbaum@gmail.com


Michael T. Kirkpatrick, Trial Attorney
DC Bar No. 486293
*Pro Hac Vice Motion Pending*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
mkirkpatrick@citizen.org

Counsel for Objectors Mary Brinkmeyer,
Michelle LeBlanc, and Thomas C. Stuart

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2009, in accordance with the Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions, a copy of the foregoing Entry of Appearance and Notice of Intent to Appear was hand-delivered to the following counsel:

Joseph M. Bruno
LAW OFFICES OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, LA 70113

And

S. Ault Hootsell III
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Jennifer J. Rosenbaum, Local Counsel