# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

Telephone: (504) 832-3000
Telecopier: (504) 832-1799

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 MAR 18 PM 2: 57
LORETTA G. WHYTE
CLERK

March 16, 2009

**Sent via Facsimile (504) 589-7633**
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

*[Handwritten note: File in the record Katrina 05-4182 Parties to ensure associate I & A aaron, agenda]*

RE: **Dual Representation**

Dear Magistrate Wilkinson:

As we press to conclude our Katrina cases, the situation where there are dual representations with the Law Offices of Joseph M. Bruno continues to escape a ready solution, although a few cases have recently been resolved.

I write to request the Court's assistance in resolving issues of all dual representation between Jim S. Hall & Associates, LLC and the Law Offices of Joseph M. Bruno. By our count, dual representation cases with Mr. Bruno's office still tops two hundred, seventy five.

I thank you in advance for your assistance and await your guidance.

Most Respectfully,

JOSEPH W. RAUSCH

cc: Joseph M. Bruno (504)561-6775

JSH/rh

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___



RECEIVED
MAR 16 2009
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.