

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-31240

CV 05-4182 -K

IN RE: KATRINA CANAL BREACHES LITIGATION

------------------------------------------------------------

LINDA C BOURGEOIS; ARNOLD F BOURGEOIS; WANETTE BOUTTE; NIKITA BOUTTE; SHEILA M JOHNSON; ET AL

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

    Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 27, 2009

Charles R. Fulbruge III
Clerk

------------------------------------------------------------

KEITH C FERDINAND, MD, APMC; Et Al

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

    Defendant - Appellee



---

MARY CHRISTOPHE; Et Al

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

    Defendant - Appellee

---

SUSAN WILLIAMS; Et Al

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

    Defendant - Appellee

---

RHEALYNDA PORTER; Et Al

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS

    Defendant - Appellee

-------------------

Appeal from the United States District Court
for the Eastern District of Louisiana at New Orleans

-------------------

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 27, 2009, for want of prosecution. The appellant failed to timely order the transcript and make financial arrangements with court reporter.

CHARLES R. FULBRUGE III

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/Kimberly Folse
Kimberly Folse, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana   3/27/09


# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. (504) 310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**
**www.ca5.uscourts.gov**

March 27, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

   No. 08-31240, In Re: Katrina Canal, et al
      USDC No. 2:05-CV-4182
      USDC No. 2:06-CV-5131
      USDC No. 2:06-CV-5132
      USDC No. 2:06-CV-5134
      USDC No. 2:06-CV-5137
      USDC No. 2:06-CV-5140

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Kimfolse*
Kimberly Folse, Deputy Clerk
504-310-7712

cc: w/encl:
   Mr. William C Gambel
   Mr. John Fredrick Kessenich