UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

### NATIONAL UNION'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), defendant, through its undersigned counsel, moves for leave of court to file the attached Reply Brief in support of its Motion for Summary Judgment [Court Doc. 17325] in order to respond to certain statements and arguments included in the Opposition [Court Doc. 18264] filed on behalf of the Plaintiffs' Liaison Counsel and the Levee Plaintiffs' Sub-Group Litigation Committee.  National Union submits that this Reply Brief should aid and facilitate the Court's consideration and resolution of National Union's Motion for Summary Judgment, and respectfully requests that the Court grant the relief requested herein.

**WHEREFORE,** National Union Fire Insurance Company of Pittsburgh, Pa., prays that its Motion for Leave of Court to File a Reply Brief be **GRANTED**.

1

Respectfully submitted,

*/s/ George F. Fagan*_____
**GEORGE D. FAGAN (#14260)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email:  *gfagan@leakeandersson.com*

### CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading has been delivered to all counsel of record on April 1, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

_____*/s/ George D. Fagan*_____


CP / 38803 / Doc 57

2