UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | No.: 05-4182 |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346,  06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471,  06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |

PERTAINS TO: LEVEE AND MR-GO

<u>MOTION TO QUASH SUBPOENA TO TRIAL COUNSEL</u>

S. Ault Hootsell III, through undersigned counsel, respectfully moves this Court to quash the subpoena received by Mr. Hootsell on Tuesday, March 31, 2009 (only two days before the Certification/Fairness Hearings) and issued by James K. Irvin, counsel for several objectors to the proposed class settlement.  Mr. Hootsell is counsel for defendant, St. Paul Fire and Marine Insurance Company.  A copy of the Subpoena is attached as Exhibit "A".

Mr. Hootsell is unaware of any relevant, non-privileged information he may provide to the Court.  Mr. Hootsell does not waive the attorney-client privilege, work product doctrine, joint

NO.99937545.1

defense privilege, or any other privilege or protection which he and/or his client are entitled to assert as to any matters, and he expressly reserves the right to supplement this motion, if necessary, in view of the time constraints. *See* Fed. R. Evid. 501; *see generally* La. Code Evid. Art. 506. Equally as significant, the issuer of the subpoena made no effort to satisfy, and has not satisfied, the requirements of La. Code Evid. Art. 508.

For the reasons and legal authorities more fully set forth in the accompanying memorandum in support of this Motion, the last minute subpoena to Mr. Hootsell issued on behalf of a few objectors must be quashed. *See* Fed. Civ. Proc. Rule 45(b)(3); Fed. R. Evid. 501, and La. Code Evid. Arts. 506 and 508. Mr. Hootsell further requests such other just and equitable relief which this Court deems appropriate.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Harry Rosenberg*
      Harry Rosenberg (Bar #11465)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: harry.rosenberg@phelps.com

**ATTORNEYS FOR S. AULT HOOTSELL III**

NO.99937545.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2009, I electronically filed the foregoing with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and delivered the foregoing pleading to Mr. James K. Irvin via facsimile.

/s/ Harry Rosenberg

NO.99937545.1