AO88 (Rev. 12/07) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
Eastern District of Louisiana

IN RE: KATRINA CANAL BREACHES
V.
PERTAINS TO LEVEE AND MR-GO

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   05-4182(2), (3)

TO:   S. AULT HOOTSELL, III
Phelps Dunbar LLP
365 Canal Street, Suite 2000, New Orleans, LA 70130

x   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>500 Poydras St., Div. K, Room C-352, New Orleans, LA 70130 | Div K - Room C352 |
| | DATE AND TIME |
| | 4/2/2009   10:00a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Attorney for Plaintiffs | 3/31/09 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
James K. Irvin, Milling Benson Woodward, L.L.P., 909 Poydras St., #2300, New Orleans, LA 70112
(504-569-7000)

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.


EXHIBIT "A"