# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL | * | |
| BREACHES | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*      06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*       07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### LAFARGE NORTH AMERICA'S FINAL WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered

May 1, 2008 (Docket No. 12935), as extended, Lafarge North America Inc. ("LNA") submits

this final fact and expert witness list for the individual trial(s) that had been set for July 2009 and

that are to be rescheduled by the Court.

<u>Fact Witness List</u>

| **Witness and Contact Information** | **Topic of Testimony** |
| --- | --- |
| 1.   Ed Busch<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; arrival, unloading and handling of Barge ING 4727 while at LNA's terminal; release of Barge ING 4727 to Zito fleeting; method and rationale for mooring and other hurricane preparation activities in advance of Hurricane Katrina, including type and configuration of lines and rationale therefor; timing of receipt of information relative to Hurricane Katrina and response thereto; barge movements; any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in prior deposition and trial testimony |
| 2.   Earl Smith<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; arrival, unloading and handling of Barge ING 4727 while at LNA's terminal; release of Barge ING 4727 to Zito fleeting; method and rationale for mooring and other hurricane preparation activities in advance of Hurricane Katrina, including type and configuration of lines and rationale therefor; timing of receipt of information relative to Hurricane Katrina and response thereto; any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in prior deposition and trial testimony |

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|
| 3. Roland Johnson<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; arrival, unloading and handling of Barge ING 4727 while at LNA's terminal; release of Barge ING 4727 to Zito fleeting; method and rationale for mooring and other hurricane preparation activities in advance of Hurricane Katrina, including type and configuration of lines and rationale therefor; any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in deposition testimony |
| 4. Annette Gaskin<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; timing of receipt information relative to Hurricane Katrina and response thereto; any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in prior deposition testimony |
| 5. Ed VanderMeulen<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices in LNA's Distribution Department relative to handling and delivery of barges, barge safety, responsibility of terminal personnel, and similar issues; New Orleans terminal changes/upgrades; and any other matters and facts attested to in prior deposition and trial testimony |
| 6. Rachael Burnett<br>Contact c/o Counsel for LNA | To testify regarding facts related to LNA distribution procedures and practices, including communications regarding supply of cement and transport of ING 4727 |

| **Witness and Contact Information** | **Topic of Testimony** |
| --- | --- |
| 7.  Jennifer Arnold<br>Contact c/o Counsel for LNA | To testify regarding facts related to communications with LNA personnel at New Orleans terminal in advance of Hurricane Katrina regarding hurricane preparation and release of barge; and LNA safety procedures and practices. |
| 8.  Carrie Jenks<br>Contact c/o Counsel for LNA | To testify regarding facts related to LNA distribution procedures and practices, including communications regarding supply of cement and transport of ING 4727. |
| 9.  A.J. Guthrie<br>Contact c/o Counsel for LNA | To testify regarding facts related to LNA distribution procedures and practices including timing of upgrades to New Orleans terminal dock |
| 10.  D'Antionette Johnson<br>4407 Lonely Oak Drive<br>New Orleans, Louisiana 70126 | To testify regarding personal experience during and after Hurricane Katrina attested to during her deposition, including witnessing the breach of the floodwall without the involvement of a barge |
| 11.  Angelica Sanders<br>7920 Wave Drive<br>New Orleans, Louisiana 70128 | To testify regarding personal experience during and after Hurricane Katrina including overtopping of floodwall and witness to flooding without involvement of a barge. |
| 12.  Andrew Sartin | To testify regarding personal experience during and after Hurricane Katrina attested to during his deposition, including wind direction. |
| 13.  Ernest "All Night Shorty" Edwards<br>64422 Wicker Lane<br>Roseland, LA 70456 | To testify regarding personal experience during and after Hurricane Katrina attested to during his deposition, including wind direction |
| 14.  Marthenia Lagarde<br>3721 Rue Nichole<br>Algiers, LA | To testify regarding personal experience during and after Hurricane Katrina attested to during her deposition. |
| 15.  Robert Green<br>1832 Tennessee Street<br>New Orleans, LA 70117 | To testify regarding personal experience during and after Hurricane Katrina attested to during his deposition. |

4

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 16. Steven Lentz<br>409 LeGardeur Dr.<br>Slidell, Louisiana 70460 | To testify regarding personal experience during and after Hurricane Katrina including but not limited to testimony of "boom" sound made by failure of floodwall at 17th Street Canal location, similar to sounds reported by individuals at breach locations in Lower Ninth Ward |
| 17. David Scott Castaing<br>Contact c/o Counsel for Joseph C. Domino, Inc. | Handling of ING 4727 prior to Hurricane Katrina per previous testimony |
| 18. Raymond Grabert, Jr.<br>Contact c/o Counsel for Unique Towing, Inc. | Handling of ING 4727 prior to Hurricane Katrina per previous testimony |
| 19. Stan Cook (Ingram)<br>Contact c/o Counsel for Ingram Barge Company | Events concerning ING 4727 prior to Hurricane Katrina per previous testimony |
| 20. Michael O'Dowd<br>U.S. Army Corps of Engineers<br>Lockmaster | Personal experience during and after Hurricane Katrina, including visibility, measurements taken, and photographs from USCOE lock on IHNC |
| 21. Don McCrosky<br>Entergy Little Gypsy Plant<br>17420 River Road<br>Montz, LA 70068 | Personal experience during and after Hurricane Katrina, including wind direction and timing and authentication of photographs taken at Entergy plant and showing storm surge |
| 22. Charles Savoye | Personal knowledge of the effect of MRGO on tides and the marsh surrounding it |
| 23. Wallace Rainey<br>Contact c/o Counsel for the New Orleans Sewage & Water Board | To testify regarding personal experience during and after Hurricane Katrina, including events at Pump Station No. 5. |
| 24. Richard Riess<br>Contact c/o Counsel for the New Orleans Sewage & Water Board | To testify regarding personal experience during and after Hurricane Katrina, including events at Pump Station No. 5. |
| 25. Larry Arnold<br>c/o David Flotte, Preis & Roy<br>601 Poydras Street Suite 1700<br>New Orleans, LA 70130 | Loss of barges due to breakaways during Hurricane Katrina at Lone Star facility in New Orleans, despite measures taken to secure those barges. |

LIBW/1705014.2

| **Witness and Contact Information** | **Topic of Testimony** |
| --- | --- |
| 26.  Vic Schubert<br>c/o David Flotte, Preis & Roy<br>601 Poydras Street Suite 1700<br>New Orleans, LA 70130 | Loss of barges due to breakaways during Hurricane Katrina at Lone Star facility in New Orleans, despite measures taken to secure those barges. |
| 27.  A.J. Sylve<br>c/o David Flotte, Preis & Roy<br>601 Poydras Street Suite 1700<br>New Orleans, LA 70130 | Loss of barges due to breakaways during Hurricane Katrina at Lone Star facility in New Orleans, despite measures taken to secure those barges. |
| 28.  Walter Stone<br>Gandolfo Kuhn Civil Engineers<br>c/o Chaffe McCall | To provide fact and/or expert testimony regarding line of sight survey from residence in vicinity of IHNC north breach to area in vicinity of IHNC south breach |
| 29.  Witnesses from the IPET group, including Reed Mosher<br>c/o Army Corps of Engineers | The creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005, and including but not limited to the causes of the failures of the IHNC floodwall and the lack of involvement by the ING 4727 |
| 30.  Witnesses interviewed by IPET, ILIT, or Team Louisiana, and/or to breaches at 17th Street or London Ave. Canals, including<br><br>Don Davis, Jr.<br>4501 New Orleans St.<br>New Orleans, LA 70122<br><br>Alfred McRoyal<br>5749 Wickfield Drive<br>New Orleans, LA 70122<br><br>Donna Buford<br>4821 New Orleans Street<br>New Orleans, LA 70122<br><br>Aaron Lee<br>4821 New Orleans Street<br>New Orleans, LA 70122<br><br>Darrel Raymond | Personal experience during and after Hurricane Katrina, including "boom" noises occurring at other floodwall breaches, similar to sounds reported by Lower Ninth Ward residents |

**Witness and Contact Information**                    **Topic of Testimony**

4532 Annette Street
New Orleans, LA 70122

Rita Raymond
4532 Annette Street
New Orleans, LA 70122

Sarah Price
2300 Edenborn Avenue
Building 2, Apt. 214
Metairie, LA 70001

Darian Hunter
501 Wallace Drive
New Orleans, LA 70122

Jackie Campbell
8005 Warsaw Street
Metairie, LA 70003

Gary Hayes
4818 Warrington Drive
New Orleans, LA 70122

Tracy Haylock, Sr.
116 Live Oak Street,
Apt. 3
Metairie, LA 70005

Brenda Hayes
4818 Warrington Drive
New Orleans, LA 70122

Christian Gerstner, Sr.
68 Ridgewood Drive
LaPlace, LA 70068

Joy Davis
6801 Dorchester Street
New Orleans, LA 70126

Gregory Campbell
8005 Warsaw Street
Metairie, LA 70003

7

**Witness and Contact Information**                    **Topic of Testimony**

Paul Best
6967 Colbert Street
New Orleans, LA 70124

John Silvy, Sr.
4522 Magazine Street
New Orleans, LA 70115

Debra Blackwell
5733 Wickfield Drive
New Orleans, LA 70122

William Blackwell
5733 Wickfield Drive
New Orleans, LA 70122

Glenn Cross
1968 Carnot Street
New Orleans, LA 70122

Arthur Foley, Sr.
4309 Van Drive
New Orleans, LA 70122

Calvin Webb
4106 Rayne Drive
New Orleans, LA 70122

Linda Ashley
4818 Warrington Drive
New Orleans, LA 70122

Jurmale Davis
4720 Perlita Street
New Orleans, LA 70122

Lula Mae Watson
4309 Van Drive
New Orleans, LA 70122

Russell Plessy
4240 Pauger Street
New Orleans, LA 70122

**Witness and Contact Information**                    **Topic of Testimony**


Warren Harris
4303 Rayne Drive
New Orleans, LA 70122

Harry Pittmann
1925 Lombard Street
New Orleans, LA 70122

Elston King
4344 Van Avenue
New Orleans, LA 70122

Imogene King
4344 Van Avenue
New Orleans, LA 70122

Melvin Crump
419 Warrington Drive
New Orleans , LA 70122

Troy Variste
4334 St. Anthony Avenue
New Orleans, LA 70122

Charles Variste
4334 St. Anthony Avenue
New Orleans, LA 70122

Thomas Emory, Jr.
5371 Charlotte Drive
New Orleans, LA 70122

Elliott Marigny
3522 Republic Street
New Orleans, LA 70122

Vera Marigny
3522 Republic Street
New Orleans, LA 70122

Tracy Gately
1632 Carrolton Avenue
Apt. 6

LIBW/1705014.2

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|

Metairie, LA 70005

Harry Cook
2401 Division Street
Apt. B4
Metairie, LA 70001

Edward Lockhart
6048 Airway Street
New Orleans, LA 70126

Alecia St. Cyr
2401 Division Street
Apt. B4
Metairie, LA 70001

Alva St. Cyr
1717 Agriculture Street
New Orleans, LA 70119

Aliska St. Cyr
1717 Agriculture Street
New Orleans, LA 70119

Kevin Johnson
28 Park Place Drive
Apt. 310
Covington, LA 70433

Earleshia Leslie
11180 Susan Avenue
Baton Rouge, LA 70815

Tirrell Turner
408 Pacific Street
Port Barre, LA 70577

Paul Best
6967 Colbert Street
New Orleans, LA 70124

Thomas Emery
5371 Charlotte Drive
New Orleans, LA 70122

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|
| David Gordon<br>5210 Warrington Drive<br>New Orleans, LA 70122 | |
| Freddie Jones<br>4611 Pauger Street<br>New Orleans, LA 70122 | |
| Elgin Robertson<br>405 Warrington Drive<br>New Orleans, LA 70122 | |
| 31.  Helen McNeal<br>613 East Hamilton Street<br>Gonzales, LA 70737 | Personal experience during and after Hurricane Katrina, including "boom" noises occurring at other floodwall breach(es), similar to sounds reported by Lower Ninth Ward residents |
| 32.  Raymond McNeal<br>613 East Hamilton Street<br>Gonzales, LA 70737 | Personal experience during and after Hurricane Katrina including "boom" noises occurring at other floodwall breach(es), similar to sounds reported by Lower Ninth Ward residents |
| 33.  Jerome Aguillard<br>2221 Vickers Drive<br>Baton Rouge, LA 70815 | Personal experience during and after Hurricane Katrina including "boom" noises occurring at other floodwall breach(es), similar to sounds reported by Lower Ninth Ward residents |
| 34.  Thomas Kallas<br>1441 Lake Avenue, Apt. 307<br> Metairie, LA 70005 | Personal experience during and after Hurricane Katrina including "boom" noises occurring at other floodwall breach(es), similar to sounds reported by Lower Ninth Ward residents |
| 35.  Emile Perez, III<br>129 Jerald Drive<br>Monroe, LA 71203 | Personal experience during and after Hurricane Katrina, including "boom" noises occurring at other floodwall breaches, similar to sounds reported by Lower Ninth Ward residents |
| 36.  Reginal Kelley<br>13333 West Road, Apt. 125<br>Houston, TX 77041 | Personal experience during and after Hurricane Katrina, including "boom" noises occurring at other floodwall breaches, |

| Witness and Contact Information | Topic of Testimony |
|---|---|
| | similar to sounds reported by Lower Ninth Ward residents |
| 37. Derrick Andrews<br>157 Wildwood Circle<br>Jackson, MS 39212 | Personal experience during and after Hurricane Katrina, including "boom" noises occurring at other floodwall breaches, similar to sounds reported by Lower Ninth Ward residents |
| 38. Lamy Chopin<br>Hydro Consultants, Inc.<br>10275 Siegen Lane<br>Baton Rouge, LA 70810 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list |
| 39. Wayne Grip<br>Aero-Data Corp.<br>8245 YMCA Plaza Drive<br>Baton Rouge, LA 70810-0919 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list |
| 40. Max Hardberger<br>Jason Fernandes<br>Martin, Ottaway, van Hemmen & Dolan<br>365 Canal Street, Suite 2370<br>New Orleans, LA 70130 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list; post-storm observation, inspection, and survey. |
| 41. John Cunningham<br>Arthur Darden, Inc.<br>3200 Ridgelake Dr # 403<br>Metairie, LA 70002 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list; post-storm observation, inspection, and survey. |
| 42. Arthur Darden<br>Arthur Darden, Inc.<br>3200 Ridgelake Dr # 403<br>Metairie, LA 70002 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list; post-storm observation, inspection, and survey. |
| 43. James Huey<br>Former president, Orleans Levee District | Levee inspections; scope of the work and the fulfillment of duties related to levee projects |
| 44. Jerry Colletti<br>U.S. Army Corps of Engineers<br>(mailing)<br>P.O. Box 60267<br>New Orleans, LA 70160-0267<br>(physical)<br>7400 Leake Avenue<br>New Orleans, LA 70118 | Levee inspections |

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|
| 45. Rob Buisson<br>Chief of the Projects Management Branch East<br>United States Army Corps of Engineers District Headquarters<br>Mailing Address: P.O. Box 60267 New Orleans, LA 70160-0267<br>Physical Address: 7400 Leake Ave. New Orleans, LA 70118-3651 | Impact of the MRGO on its surrounding wetlands, including the Corps' decision-making about whether to protect the banks of the MRGO from further erosion. |
| 46. Walter Baumy<br>Chief of the Engineering Division<br>United States Army Corps of Engineers District Headquarters<br>Mailing Address: P.O. Box 60267 New Orleans, LA 70160-0267<br>Physical Address: 7400 Leake Ave. New Orleans, LA 70118-3651 | Widening of the MRGO subsequent to its original construction and environmental impact of the MRGO (including saltwater intrusion); tests of floodwall structures including E-99 floodwall test; any other matters attested to during deposition. |
| 47. Suzanne Hawes<br>Project Manager, Environmental Branch<br>United States Army Corps of Engineers District Headquarters<br>Mailing Address: P.O. Box 60267 New Orleans, LA 70160-0267<br>Physical Address: 7400 Leake Ave. New Orleans, LA 70118-3651 | Environmental impact of the MRGO following its construction (incl. saltwater intrusion, destruction of wetlands, etc.). |
| 48. Chris Accardo<br>Chief of the Operations Division<br>United States Army Corps of Engineers District Headquarters<br>Mailing Address: P.O. Box 60267 New Orleans, LA 70160-0267<br>Physical Address: 7400 Leake Ave. New Orleans, LA 70118-3651 | Dredging of the MRGO. |
| 49. Gatien Livaudais, Jr.<br>4626 E. Bernard Highway<br>Meraux, LA 70075. | Effects of the MRGO on the marshes, cypress groves, and other land adjacent to the MRGO (including increased salinity post-construction of the MRGO); efforts to close, restrict, and/or repair the MRGO. |
| 50. Rick Broussard<br>Operations Division | Lack of planning or implementation for protection for erosion from wave wash on |

13

| Witness and Contact Information | Topic of Testimony |
|---|---|
| United States Army Corps of Engineers District Headquarters Mailing Address: P.O. Box 60267 New Orleans, LA 70160-0267 Physical Address: 7400 Leake Ave. New Orleans, LA 70118-3651 | the MRGO; Corps oversight of contractors and their compliance with specifications for maintenance; effects of MRGO on wetlands destruction. |
| 51. Richard Varuso Geotechnical Branch United States Army Corps of Engineers District Headquarters Mailing Address: P.O. Box 60267 New Orleans, LA 70160-0267 Physical Address: 7400 Leake Ave. New Orleans, LA 70118-3651 | Failure mechanisms at the northern breach on the eastern side of the IHNC; natural hurricane buffer effects of wetlands. |
| 52. James Hall Captain James Hall Master, Tug MISTER WAYNE Personal: 34220 Cane Market Road, Walker, LA 70785 Home: 225-667-2401 Cell: 225-485-6692 | Personal experience during Hurricane Katrina aboard vessel at New Orleans Bulk Terminal in Gulf Intracoastal Waterway on August 29, 2005.  He will testify regarding his experiences and observations on the morning of the storm, including how his vessel was moored, weather (precipitation, wind, and visibility), seas and storm surge, as well as his observations of other vessels in the vicinity. |
| 53. Dr. Sherwood Gagliano Sherwood M. Gagliano, Ph.D. Coastal Environments, Inc. 1260 Main Street Baton Rouge, LA 70802 Phone: (225) 383-7455 | Will testify regarding history of complaints about the MRGO, effects of dredging (and dumping of dredge spoils), and foundation stability of the IHNC. |
| 54. Kenneth L. Odinet, Sr. 940 Angela Avenue Arabi, Louisiana 70032 | Will testify regarding warnings raised about regarding the erosion of the MRGO, the widening of the waterway through erosion and wetland loss, the danger the waterway posed to flood protection, increased vulnerability to hurricanes, and concern regarding the sufficiency of the St. Bernard levee system in general |
| 55. Gregory E. Breerwood | Will testify regarding MRGO bank erosion |

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 808 Colony Place<br>Metairie, Louisiana 70003 | and channel widening; the Corps' knowledge of and efforts to control or remediate the erosion; foreshore protection; disposal of dredge spoil and disposal dikes; the effect of erosion by the open water of Lake Borgne intruding into MRGO; coastal erosion and loss of wetlands; the USACE's lack of steps to control MRGO erosion; the "funnel effect"; MRGO's status as a federal navigation project and not a flood control project; and USACE's awareness that the banks of the MRGO had been eroding for years from ship wave wash, wheel wash and other causes. |
| 56.  Charles Cushing<br>C.R. Cushing & Co., Inc.<br>30 Vesey Street<br>7th Floor<br>New York, NY   10007 | Will provide expert testimony regarding the causes of the North and South breaches, the sequence of events leading up to the North and South breaches, the transit of the Barge ING 4727, and the effects of a hypothetical barge impact. |
| 57.  Reda Bakeer<br>4624 Pike Drive<br>Metairie, LA  70003<br>Phone (Mobile):  (504) 237-1062<br>E-Mail:  rbakeer@hotmail.com | Will provide expert testimony regarding the design and function of levees and floodwalls, the causes of the North and South breaches, the sequence of events leading up to the North and South breaches, and geotechnical analyses of the floodwall failures |
| 58.  Austin Dooley<br>Dooley SeaWeather Analysis, Inc.<br>P.O. Box 63<br>City Island, NY 10464 | Will provide expert testimony regarding meteorological issues regarding Hurricane Katrina including the wind and weather conditions in the IHNC resulting from Hurricane Katrina. |
| 59.  Larry Daggett<br>Waterway Simulation Technology, Inc.<br>2791 Burnt House Rd.<br>Vicksburg, MS  39180 | Will provide expert testimony regarding the hydrologic effects in the IHNC resulting from Hurricane Katrina and their potential effect on Barge ING 4727 and its transit. |
| 60.  Jason Weiss<br>Professor and Associate Head<br>Purdue University School of Civil Engineering<br>550 Stadium Mall Drive | Will provide expert testimony regarding the acoustic effects of levee and floodwall failures, including at the IHNC and other locations. |

LIBW/1705014.2

| Witness and Contact Information | Topic of Testimony |
|---|---|
| West Lafayette, IN 47907 | |
| 61. Joseph Nicholas Suhayda, Ph.D.<br>Coastal Oceanographic Consultant<br>Joseph Suhayda & Associates<br>285 Sunset Blvd.<br>Baton Rouge, LA  70808 | Will provide expert testimony regarding hydrology and coastal studies, including sources of flooding and damage and causes of flooding during Hurricane Katrina, and movement of water in the relevant waterways (including issues relating to wave mechanics and wave action), and authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list. |
| 62. Dr. Robert G. Bea<br>University of California at Berkeley<br>212 McLaughlin Hall<br>Berkeley, California 94720-1710 | Will testify regarding claims against the United States Government, including that a primary reason for the catastrophic flooding of the Lower 9th Ward and St Bernard Parish was the increased storm surge, waves, and currents caused by the presence and adverse effects of the MRGO.  Will testify regarding the causes of the breaches of the man-made features along Reach 1 and Reach 2 of the MRGO and along the IHNC, including the government's role in the floodwall breaches. Will also testify to the creation and genesis of the ILIT Report, including the various studies, analyses; and conclusions detailed in the ILIT Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005, and including but not limited to the causes of the failures of the IHNC floodwall and the lack of involvement by the ING 4727. |
| 63. Capt. Larry E. Strouse<br>Vice President<br>Dufour, Laskay & Strouse, Inc.<br>3939 N. Causeway Blvd<br>Suite 300<br>Metairie, LA  70002<br>http://www.portlite.com | Expert in maritime and fleeting practices, including marine vessel and barge operations, seamanship, safe operating practices, mooring, maritime hurricane preparations, to address propriety, due care and efficacy of hurricane preparation activities at LNA's New Orleans terminal in advance of Hurricane Katrina. |
| 64. Daniel F.  Ryan II, PE<br>DR Maritime Consulting | Expert in maritime regulations and practices to address practices related to compliance |

16

LIBW/1705014.2

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|
| 210 Tiger Tail Road<br>Houma, LA  70360<br>Resume previously provided | with U.S. Coast Guard recommendations regarding hurricane preparation / mooring of barges. |
| 65.  D. Philip Skaer II<br>Ropetech, Inc.<br>10712 Scioto Lane<br>Austin, TX  78747<br>Resume previously provided | Expert in cordage to address strength of rope used by LNA to secure Barge ING 4727, degree to which strength was added by LNA hurricane preparation activities, evidence regarding breakaway of Barge ING 4727, and advantages of rope used by LNA versus wire cable. |
| 66.  Dr. G. Paul Kemp<br>Gulf Coast Initiative<br>National Audubon Society<br>633 Magnolia Wood Ave.<br>Baton Rouge, Louisiana 70808 | Will testify regarding claims against the United States Government, including that the catastrophic inundation of Greater New Orleans associated with Hurricane Katrina was caused by the storm surge dynamics of the "funnel" and that the destruction of the wetlands and marshes surrounding the MRGO, were caused by the defective design, construction, operation, and maintenance of the MRGO.  Will also testify to the creation and genesis of the Team Louisiana Report, including the various studies, analyses; and conclusions detailed in the Team Louisiana Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005, and including but not limited to the causes of the failures of the IHNC floodwall and the lack of involvement by the ING 4727 |
| 67.  Dr. Duncan M. FitzGerald<br>Boston University<br>Department of Earth Sciences<br>675 Commonwealth Avenue<br>Boston, MA 02215 | Will testify regarding claims against the United States Government, including that (1) construction of the MRGO caused extensive coastal land loss in southeast Louisiana; (2) the MRGO resulted in catastrophic environmental degradation in southeast Louisiana, saltwater intrusion, access to storm processes that had both indirect and direct consequences in the Greater New Orleans area; (3) the construction of the |

17

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|

MRGO increased the vulnerability of the Greater New Orleans area to the impact of hurricanes and (4) the coastal landscape surrounding the MRGO is protective of the hurricane protection system, but the poor construction, maintenance and design of the MRGO washed that away and thus there was greater damage to the hurricane protection system than when there were intact wetlands.

68.  Any witness listed or called by any party in the In re: Katrina Canal Breaches Litigation

Witnesses subject to this category may include the following witnesses appearing on the MRGO plaintiffs' witness list, to the extent their testimony is offered against the United States in Robinson or MRGO:

David Vann Stutts
Cecil Soileau
John Saia
Alfred Naomi
Elvin R. Heiberg III
Brian Bonanno
Thomas Sands
James Hanchey
Early Rush
Leo A. Hubert, Jr.
Tom Podany

69.  Note: LNA objects to plaintiffs' witness list to the extent it purports to contain catch-all designations or to name experts for whom no reports were submitted on or before the deadline for plaintiffs' expert reports. Expert reports from plaintiffs were due March 16, 2009.  Based on the expert reports submitted, as may be supplemented by one expert only (G. Marino), there are no additional expert witnesses from LNA beyond those listed above.  Should plaintiffs obtain permission from the court to make

18

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|
| additional expert designations, LNA reserves all rights. | |
| LNA reserves the right to call additional witnesses as necessary for the purpose of impeachment and/or rebuttal. | |

.

19

Dated: April 1, 2009                     Respectfully submitted,

                                         Robert B. Fisher, Jr., T.A. (#5587)
                                         Derek A. Walker (#13175)
                                         Ivan M. Rodriguez (#22574)
                                         **CHAFFE MCCALL, L.L.P.**
                                         2300 Energy Centre
                                         1100 Poydras Street
                                         New Orleans, LA 70163-2300
                                         Telephone:  (504) 585-7000
                                         Facsimile:  (504) 585-7075
                                         Fisher@chaffe.com
                                         Walker@chaffe.com

                                          /s/ John D. Aldock
                                         John D. Aldock
                                         Richard M. Wyner
                                         Mark S. Raffman
                                         **GOODWIN PROCTER LLP**
                                         901 New York Avenue, N.W.
                                         Washington, DC 20001
                                         Telephone:  (202) 346-4240
                                         jaldock@goodwinprocter.com
                                         rwyner@goodwinprocter.com
                                         mraffman@goodwinprocter.com

                                         Daniel A. Webb (#13294)
                                         **SUTTERFIELD & WEBB, LLC**
                                         Poydras Center
                                         650 Poydras Street, Suite 2715
                                         New Orleans, LA 70130
                                         Telephone:  (504) 598-2715

                                         *Attorneys for Lafarge North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2009.

                                          /s/ John D. Aldock

LIBW/1705014.2