## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**FILED IN:**   **05-4181, 05-4182, 05-4191, 05-4568,**
**05-5237, 05-6073, 05-6314, 05-6324,**
**05-6327, 05-6359, 06-0020, 06-1885,**
**06-0225, 06-0886, 06-11208, 06-2278,**
**06-2287, 06-2346,  06-2545, 06-3529,**
**06-4065, 06-4389, 06-4634, 06-4931,**
**06-5032, 06-5042, 06-5159, 06-5163,**
**06-5367, 06-5471,  06-5771, 06-5786,**
**06-5937, 06-7682, 07-0206, 07-0647,**
**07-0993, 07-1284, 07-1286, 07-1288,**
**07-1289.**

**CIVIL ACTION**

**No.:  05-4182**

**JUDGE DUVAL**

**MAG. JUDGE WILKINSON**

**PERTAINS TO: LEVEE AND MR-GO**

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes S. Ault Hootsell III ("Hootsell"), who respectfully moves this Honorable Court to grant an expedited hearing on his Motion to Quash Subpoena to Trial Counsel.  Mr. Hootsell submits that this motion should be heard by the Court prior to the certification/fairness hearings in this matter, which are scheduled to start on Thursday, April 2, 2009, or, at a minimum, that the Court decide this motion before Mr. Hootsell is asked to take the stand to testify.

NO.99937550.1

WHEREFORE, Mr. Hootsell respectfully requests that this Honorable Court grant his Motion to Quash Subpoena to Trial Counsel and set the Motion to Quash for hearing prior to commencement of the certification/fairness hearings in this proceeding set for April 2, 2009.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Harry Rosenberg*

Harry Rosenberg (Bar #11465)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: harry.rosenberg@phelps.com

**ATTORNEYS FOR S. AULT HOOTSELL III**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2009, I electronically filed the foregoing with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and delivered the foregoing pleading to Mr. James K. Irvin via facsimile.

/s/ Harry Rosenberg