UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>No.: 05-4182 |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346,  06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471,  06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |

**PERTAINS TO: LEVEE AND MR-GO**

### ORDER

Considering the foregoing Motion for Expedited Hearing on S. Ault Hootsell III's Motion to Quash Subpoena to Trial Counsel,

IT IS HEREBY ORDERED that said motion for expedited hearing is GRANTED.  The Court will hear Hootsell's Motion to Quash Subpoena to Trial Counsel on April 2, 2009 at ____ o'clock a.m.

New Orleans, Louisiana, this ____ day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

NO.99937551.1