UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | No.: 05-4182 |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |

PERTAINS TO: LEVEE AND MR-GO

### REQUEST FOR ORAL ARGUMENT

Pursuant to the Local Rules of Court, S. Ault Hootsell III respectfully requests that the Court allow oral argument on his Motion to Quash Subpoena to Trial Counsel. Mr. Hootsell respectfully represents that oral argument will assist the Court in the adjudication as to whether a subpoena by a few objectors to trial counsel for a defendant is improper and will allow the Court, if necessary, to question why a subpoena to an attorney of record should not be quashed.

NO.99937552.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ *Harry Rosenberg*
      Harry Rosenberg (Bar #11465)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: harry.rosenberg@phelps.com

**ATTORNEYS FOR S. AULT HOOTSELL III**


## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2009, I electronically filed the foregoing with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and delivered the foregoing pleading to Mr. James K. Irvin via facsimile.


/s/ Harry Rosenberg