## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** | * | |
| **ALL LEVEE** | * | |

### ORDER

Considering the motion submitted by National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), defendant, through its undersigned counsel, for leave of court to file a Reply Brief in support of its Motion for Summary Judgment [Court Doc. 17325] in order to respond to certain statements and arguments included in the Opposition [Court Doc. 18264] filed on behalf of the Plaintiffs' Liaison Counsel and the Levee Plaintiffs' Sub-Group Litigation Committee;

**IT IS ORDERED THAT** National Union Fire Insurance Company of Pittsburgh, Pa., defendant, be and hereby is granted leave to file a Reply Brief in support of its Motion for Summary Judgment [Court Doc. 17325].

New Orleans, Louisiana, this 2nd day of April, 2009.

_____
**JUDGE**

CP / 38803 / Doc 58