UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>Pertains To: Severed Mass Joinder Cases<br><br>Damian Smith<br>     Plaintiff<br><br>**VERSUS**<br><br>State Farm Fire and Casualty Company<br>     Defendant | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br><br>Civil Action: 07-2566 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel comes plaintiff Damian Smith, who upon suggesting to the Court that plaintiff wishes to voluntarily dismiss her claims against defendant State Farm Fire and Casualty Company, with prejudice.

**WHEREFORE,** plaintiff prays the Court allow plaintiff to voluntarily dismiss her claim against defendant State Farm Fire and Casualty Company in the above captioned matters only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**LAW OFFICES OF JOSEPH M. BRUNO**

 /s/ Joseph M. Bruno
**Joseph M. Bruno (3604)**
**L. Scott Joanen (21431)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this [29th] day of March 31, 2008.