UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** <br> **Pertains To:Severed Mass Joinder Cases** <br><br> **Damian Smith** <br>     **Plaintiff** <br><br> **VERSUS** <br><br> **State Farm Fire and Casualty Company** <br>     **Defendant** | **CIVIL ACTION NO.: 05-4182** <br><br> **SECTION "K"** <br><br> **MAGISTRATE (2)** <br><br> **Civil Action: 07-2566** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Damian Smith against Defendant State Farm Fire and Casualty Company, in the above captioned matters only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
United States District Judge