# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| Mumford         05-5724 | * | |
| Lagarde          06-5342 | * | |
| Boutte            05-5531 | * | JUDGE |
| Perry              06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit             06-7516 | * | |
| Parfait Family  07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## UNOPPOSED EX PARTE MOTION OF LAFARGE NORTH AMERICA INC. TO EXTEND OR SUSPEND DEADLINES FOR EXPERT REPORTS, SUMMARY JUDGMENT MOTIONS, AND *DAUBERT* MOTIONS

Lafarge North America Inc. ("LNA") hereby moves for the extension or suspension of certain deadlines contained in Case Management and Scheduling Order No. 7 (Doc. 12935) in accordance with the continuance of the plaintiffs' deadline to submit an expert report from their "lynchpin" expert, Gennaro Marino (Doc. 18130), as set forth in the accompanying memorandum. Counsel for the plaintiffs and for the United States have authorized LNA to represent that they do not oppose this motion. A proposed order is attached.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

April 3, 2009

### Certificate of Service

I hereby certify that I have on this 3d day of April, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

/s/ John D. Aldock