# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | | * | |
| CONSOLIDATED LITIGATION | | * | CIVIL ACTION |
| | | * | NO. 05-4182 |
| | | * | and consolidated cases |
| PERTAINS TO: BARGE | | * | |
| | | * | SECTION "K" (2) |
| Mumford | 05-5724 | * | |
| Lagarde | 06-5342 | * | JUDGE |
| Boutte | 05-5531 | * | STANWOOD R. DUVAL, JR. |
| Perry | 06-6299 | * | |
| Benoit | 06-7516 | * | MAGISTRATE |
| Parfait Family | **07-3500** | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

**ORDER GRANTING EX PARTE MOTION TO SUSPEND OR EXTEND
DEADLINES FOR EXPERT REPORTS, SUMMARY JUDGMENT
MOTIONS, AND *DAUBERT* MOTIONS**

Upon consideration of the motion of the ex parte motion of Lafarge North America Inc. to suspend or extend deadlines for expert reports, summary judgment motions and *Daubert* motions it is hereby ORDERED that the motion is GRANTED.

Case Management and Scheduling Order No. 7 (Doc. 12935) is hereby modified as follows:

1. Defendants' Expert Reports: The deadline for the submission of defendants' expert reports is hereby extended until July 13, 2009, in accordance with the three-month extension granted for the submission of the report of plaintiffs' expert Gennaro Marino. This deadline may be reset upon the issuance of a new scheduling order.

2. Motions for Summary Judgment. The deadline for filing summary judgment motions is hereby extended until August 4, 2009, in accordance with the three-month extension granted

2

for the submission of the report of plaintiffs' expert, Gennaro Marino. This deadline may be reset upon the issuance of a new scheduling order.

    3. *Daubert* Motions. The deadline for filing *Daubert* motions is hereby extended until August 11, 2009, in accordance with the three-month extension granted for the submission of the report of plaintiffs' expert Gennaro Marino. This deadline may be reset upon the issuance of a new scheduling order.

    New Orleans, Louisiana, this _____ day of April, 2009.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE