UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>*LEWIS, ALVIN, NO. 06-3996* | * <br> * <br> * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Alvin Lewis and Cronwell Lewis ("Plaintiffs"), and Defendant, Allstate Insurance Company ("Allstate"), who jointly move this Court for an order dismissing this action with prejudice.

1.

A full and final settlement has been reached, a Receipt & Release has been fully executed and the consideration thereunder has been paid. The parties desire and are entitled to an order dismissing this action with prejudice, each party to bear its own costs.

WHEREFORE, Plaintiffs and Allstate respectfully move the Court for entry of the attached proposed Order of Dismissal.

RESPECTFULLY SUBMITTED,

/s/ David Cannella
MICKEY P. LANDRY (La. Bar #22817)
DAVID R. CANNELLA (La. Bar # 26231)
LANDRY & SWARR, LLC
1010 Common Street, Suite 2050
New Orleans, LA  70112
Telephone: (504)299-1214
*Attorneys for Alvin Lewis and Cronwell Lewis*

AND

/s/ Sarah R. Smith
MAUREEN O. SULLIVAN (La. Bar #12572)
SARAH R. SMITH (La. Bar #30963)
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
2014 West Pinhook, Suite 403
Lafayette, Louisiana  70508
Telephone: (337) 326-5777
*Attorneys for Allstate Insurance Company*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Joint Motion to Dismiss has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this _____ day of April, 2009.

/s/ Sarah R. Smith
SARAH R. SMITH
