UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO. 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | "K" (2) |
| | * | |
| PERTAINS TO INSURANCE: 07-1589 | * | JUDGE DUVAL |
| PLAINTIFF: Georgia Villere | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** Plaintiff's and Defendant's foregoing Joint Motion to Extend Order of Dismissal;

**IT IS ORDERED** that the joint Motion is hereby **GRANTED** and the Order of Dismissal is extended up to an including April 30, 2009.

New Orleans, Louisiana, this 2nd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE