UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br> "K" (2) |
| PERTAINS TO INSURANCE: 07-1806<br>PLAINTIFFS: CHARLES AND DARNELL<br>FREDERIC, JR. | * <br> * <br> * | JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this __3rd__ day of _____April_____, 2009.

_____
UNITED STATES DISTRICT JUDGE

DKP Library:RP8336