UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Ancar, No. 07-4853) | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **BARBARA AND BERNARD RIGAUD**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT LOUISIANA