UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*  CIVIL ACTION<br>*<br>*  NO. 05-4182 |
| PERTAINS TO:  BARGE | *  and consolidated cases<br>*<br>*  SECTION "K"  (2)<br>* |
| *Mumford v. Ingram*          05-5724 | *<br>*  JUDGE<br>*  STANWOOD R. DUVAL, JR.<br>*<br>*  MAG.<br>*  JOSEPH C. WILKINSON, JR.<br>* |

EX PARTE AND UNOPPOSED MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Ethel Mumford, individually, and on behalf of Group A (hereinafter collectively "plaintiffs"), plaintiffs herein in Civil Action No. 05-5724, who respectfully move this Honorable Court for an Order of Dismissal, Without Prejudice, dismissing Lloyd's Underwriters subscribing to Policy No. PCL-015604, Continental Insurance Company, Navigators Insurance Company, Indemnity Insurance Company of North America, Fireman's Fund Insurance Company, Great American Insurance Company of New York, and London Market Underwriters subscribing to Policy No. Z457411, and American Home Assurance Company, *only* in their capacity as insurers of Ingram Barge Company, Inc., reserving any and all rights against defendants as insurers of others potentially liable for damages herein, each party to bear his or its own costs.  All of the above named insurers were named as defendants according to the Fifth Supplemental and Amending Complaint in their capacity as insurers of Ingram Barge Company, Inc.

It is so moved.

                        Respectfully submitted,

                        **BARGE PLAINTIFFS**

By:       /s/ Brian A. Gilbert,
Brian A. Gilbert (21297)
Edward L. Moreno (30838)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
Professional Law Corporation
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com


/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129

Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

 /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
444 S. Flower Street 33rd Floor
Los Angeles, CA 90071
Tel 213.596.6000
Fax 213.596.6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 3rd day of April, 2009.

\s\Brian A. Gilbert
**BRIAN A. GILBERT**