UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases<br><br>SECTION "K"  (2)<br><br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: BARGE | | |
| *Mumford v. Ingram*          05-5724 | | |

## ORDER

Considering the foregoing Ex Parte Motion to Dismiss,

**IT IS HEREBY ORDERED** that all claims filed against defendants, Lloyd's Underwriters subscribing to Policy No. PCL-015604, Continental Insurance Company, Navigators Insurance Company, Indemnity Insurance Company of North America, Fireman's Fund Insurance Company, Great American Insurance Company of New York, London Market Underwriters subscribing to Policy No. Z457411, and American Home Assurance Company in Civil Action No. 05-5724, and *only* in their capacity as insurers of Ingram Barge Company, Inc., are hereby **DISMISSED**, without prejudice, reserving any and all rights against defendants as insurers of others potentially liable for damages herein.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE