# Robinson Preliminary Plaintiffs' Trial Exhibit List

Friday, March 27, 2009

## Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0001 | 0-0-1977 | | - | GRACI V. UNITED STATES, 435 F. SUPP. 189 (E.D. LA. 1977) ("GRACI IV") |
| PX-0002 | 10-1-1951 | R.W. CRAWFORD, MAJOR GENERAL, US ARMY, DE | MRGOY00038 - MRGOY00064 | 82D CONGRESS, 1ST SESSION, DOCUMENT NO. 245. MR-GO, LETTER FROM THE SECRETARY OF THE ARMY TRANSMITTING A LETTER FROM THE CHIEF OF ENGINEERS, US ARMY, DATED MAY 5, 1948, SUBMITTING A REPORT, TOGETHER WITH ACCOMPANYING PAPERS AND AN ILLUSTRATION ON A REVIE |
| PX-0003 | 7-31-2006 | | - | ILIT REPORT |
| PX-0004 | 12-18-2006 | TEAM LOUISIANA: IVOR VAN HEERDEN, G. PAUL KEMP, ET. AL | MRGO-TLA-0168 - MRGO-TLA-0434 | THE FAILURE OF THE NEW ORLEANS LEVEE SYSTEM DURING HURRICANE KATRINA (HTTP://WWW.PUBLICHEALTH.HURRICANE.LSU.EDU/TEAMLA.HTM) |
| PX-0005 | 11-26-1969 | | - | USACE - NEW ORLEANS DISTRICT CORRESPONDENCE TO MANUEL PINTO (NOVEMBER 26, 1969) |
| PX-0006 | 11-24-1965 | | - | CORRESPONDENCE FROM CITIZENS COMMITTEE FOR HURRICANE FLOOD CONTROL TO USACE (NOVEMBER 24, 1965) |
| PX-0007 | 7-11-2008 | | - | 702C EXPERT REPORT (KEMP) AND RELATED APPENDICES/EXHIBITS |
| PX-0008 | 11-14-2007 | | - | TRANSCRIPT OF VIDEOTAPED 30(B)(6) DEPOSITION OF USACE BY WALTER O. BAUMY, JR., ALFRED CHARLES NAOMI, NANCY JEAN POWELL, AND KEITH JOSEPH O'CAIN |
| PX-0009 | 2-0-1988 | NOD | MRGOX0411 - MRGOX0490 | MR-GO BANK EROSION RECONNAISANCE REPORT |
| PX-0010 | 7-6-1965 | | 10060024.001 - 10060024.087 | 89TH CONGRESS, 1ST SESSION, HOUSE DOC. NO. 231, LPV, LETTER FROM THE SECRETARY OF THE ARMY TRANSMITTING A LETTER FROM THE CHIEF OF ENGINEERS, DEPT OF THE ARMY… |
| PX-0011 | 0-0-0 | | - | INTEGRATED FINAL REPORT TO CONGRESS AND LEGISLATIVE ENVIRONMENTAL IMPACT STATEMENT FOR MRGO DEEP-DRAFT DE-AUTHORIZATION STUDY |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0012 | 0-0-0 | | - | DEFENDANT UNITED STATES' REBUTTAL OF PLAINTIFFS' SUR-REPLY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO CERTIFY (DOC. NO. 6052) |
| PX-0013 | 0-0-0 | | - | 702C EXPERT REPORT (THEIS) AND RELATED APPENDICES/EXHIBITS |
| PX-0014 | 0-0-0 | | - | 702C EXPERT REPORT (PENLAND) AND RELATED APPENDICES/EXHIBITS |
| PX-0015 | 9-0-1958 | | - | MISSISSIPPI RIVER - GULF OUTLET, LOUISIANA; DESIGN MEMORANDUM #1-B - CHANNELS (USACE SEPTEMBER 1958 [REVISED MAY 1959]) |
| PX-0016 | 2-17-1993 | | - | MISSISSIPPI RIVER - GULF OUTLET, LOUISIANA - BANK EROSION:  ISSUE PAPER (USACE FEBRUARY 17, 1993) |
| PX-0017 | 0-0-0 | | - | 702C EXPERT REPORT (DAY) AND RELATED APPENDICES/EXHIBITS |
| PX-0018 | 0-0-0 | | - | LOUISIANA COASTAL AREA ECOSYSTEM RESTORATION STUDY |
| PX-0019 | 0-0-0 | | - | U.S. GOVERNMENT ACCOUNTABILITY OFFICE, HURRICANE PROTECTION : STATUTORY AND REGULATORY FRAMEWORK FOR LEVEE MAINTENANCE AND EMERGENCY RESPONSE FOR THE LAKE PONTCHARTRAIN PROJECT (GAO 06-3622T) |
| PX-0020 | 3-26-2007 | IPET | - | PERFORMANCE EVALUATION OF THE NO AND SOUTHEAST LA HURRICANE PROTECTION SYSTEM; FINAL REPORT OF THE INTERAGENCY PERFORMANCE EVALUATION TASK FORCE; VOLUME IV-THE STORM; FINAL |
| PX-0021 | 2-1-2006 | | - | THE FEDERAL RESPONSE TO HURRICANE KATRINA, LESSONS LEARNED (FEBRUARY 1, 2006) |
| PX-0022 | 0-0-0 | | - | SELECT BIPARTISAN COMMITTEE TO INVESTIGATE THE PREPARATION FOR AND RESPONSE TO HURRICANE KATRINA, A FAILURE OF INITIATIVE |
| PX-0023 | 5-1-2006 | | - | HURRICANE KATRINA:  A NATION STILL UNPREPARED (MAY 1, 2006) S. REP. NO. 109-322 |
| PX-0024 | 0-0-0 | | - | U.S. GOVERNMENT ACCOUNTABILITY OFFICE, ARMY CORPS OF ENGINEERS: HISTORY OF THE LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT (GAO 06-244T) |
| PX-0025 | 8-31-1976 | | - | GENERAL ACCOUNTING OFFICE REPORT RE: LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PLAN (AUGUST 31, 1976) |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0026 | 6-0-2007 | | - | DOUGLAS WOOLLEY AND LEONARD SHABMAN, DECISION-MAKING CHRONOLOGY FOR THE LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT (USACE - JUNE, 2007) |
| PX-0027 | 0-0-0 | | - | DEPOSITION TRANSCRIPT: RICHARD VARUSO |
| PX-0028 | 9-18-2007 | | - | DEPOSITION OF ROBERT A. DALRYMPLE, PH.D; IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION; PERTAINS TO: MRGO |
| PX-0029 | 8-29-2007 | | - | EXPERT REPORT OF ROBERT A. DALRYMPLE, PH.D., P.E., N.A.E. (AUGUST 29, 2007) |
| PX-0030 | 0-0-0 | | - | LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PLAN: CHALMETTE AREA PLAN - GENERAL DESIGN MEMORANDUM NO. 3 (USACE NOVEMBER 1966) |
| PX-0031 | 0-0-0 | | - | 702C EXPERT REPORT (BEA) AND RELATED APPENDICES/EXHIBITS |
| PX-0032 | 0-0-0 | | - | DISPOSITION FORM WITH ATTACHED CORRESPONDENCE (USACE NOVEMBER 7, 1969) |
| PX-0033 | 0-0-0 | | - | 702C EXPERT REPORT (ARNOLD) AND RELATED APPENDICES/EXHIBITS |
| PX-0034 | 0-0-1982 | | - | CONSTRUCTION DRAWINGS FOR LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PLAN (88 DRAWINGS FROM 1982 - 1995) |
| PX-0035 | 0-0-0 | | - | LPVHPP STRUCTURE MAPS OF NEW ORLEANS EAST AND ST. BERNARD PARISH (ADJUSTED FOR MSL) |
| PX-0036 | 0-0-0 | | - | LPVHPP STRUCTURE MAPS OF NEW ORLEANS EAST AND ST. BERNARD PARISH (NOT ADJUSTED FOR MSL) |
| PX-0037 | 9-1-2005 | | - | AN UNNATURAL DISASTER: THE AFTERMATH OF HURRICANE KATRINA (SEPTEMBER 1, 2005) |
| PX-0038 | 0-0-0 | | - | LA TIMES ARTICLE, "UNFINISHED 1965 PROJECT LEFT GAPS" |
| PX-0039 | 0-0-0 | | - | 702C EXPERT REPORT (VRIJLING) AND RELATED APPENDICES/EXHIBITS |
| PX-0040 | 0-0-0 | | - | DEPOSITION TRANSCRIPT: JOHANNES VRIJLING (ROBINSON 702C PROCEEDINGS) |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0041 | 9-0-1968 | | - | LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PLAN: CHALMETTE AREA PLAN - GENERAL DESIGN MEMORANDUM NO. 3; SUPPLEMENT NO. 1 (USACE SEPTEMBER 1968) |
| PX-0042 | 0-0-0 | | - | AMERICAN SOCIETY OF CIVIL ENGINEERS EXTERNAL REVIEW PANEL (ERP) REPORT, THE NEW ORLEANS HURRICANE PROTECTION SYSTEM: WHAT WENT WRONG AND WHY |
| PX-0043 | 0-0-0 | | - | OFFICE OF MANAGEMENT AND BUDGET, AGENCY SCORECARDS, WASHINGTON D.C., AVAILABLE AT HTTP://WWW.WHITEHOUSE.GOV/OMB/BUDINTEGRATION/SCORECARDS/AGENCY_SCORECARDS.HTML |
| PX-0044 | 0-0-0 | | - | CENTER FOR GRASSROOTS OVERSIGHT PROFILE: AL NAOMI |
| PX-0045 | 0-0-0 | | - | DEPOSITION TRANSCRIPT: BOB BEA |
| PX-0046 | 6-28-2002 | | - | HURRICANE PROTECTION, LOUISIANA (STUDY OF HURRICANE PROTECTION PROJECTS IN SOUTHEAST LOUISIANA) (JUNE 28, 2002) |
| PX-0047 | 11-0-1966 | | - | HOMELAND SECURITY AFFAIRS, HURRICANE KATRINA AS PREDICTABLE SURPRISE, LARRY IRONS |
| PX-0048 | 12-1-2001 | | - | ARTICLE: "KEEPING ITS HEAD ABOVE WATER"; HOUSTON CHRONICLE |
| PX-0049 | 10-8-2004 | | - | PAUL NUSSBAUM, NEW ORLEANS' GROWING DANGER: WETLANDS LOSS LEAVES CITY A HURRICANE HIT AWAY FROM DISASTER, PHILADELPHIA INQUIRER (OCTOBER 8, 2004) |
| PX-0050 | 0-0-0 | | - | ORDER AND REASONS DENYING MOTION TO DISMISS, DOC. NO. 2994 |
| PX-0051 | 5-31-1979 | CARY W. KERLIN, FIELD SUPERVISOR | UDI-001-000000001 - UDI-001-000000020 | IMPACT OF MR-GO ON WETLANDS, AND FISH AND WILDLIFE |
| PX-0052 | 2-0-2007 | | - | TEAM LOUISIANA REPORT: TABLE 15 - DESIGN ELEVATION OF PROTECTION, PRE-KATRINA ELEVATION, SURGE LEVEL AND DAMAGE FOR GNO HPS ELEMENTS EXPOSED TO LAKE PONTCHARTRAIN AND LAKE BORGNE (FT, LMSL05) (FEBRUARY 2007) |
| PX-0053 | 0-0-0 | | - | POLDER FLOOD STIMULATIONS FOR GREATER NEW ORLEANS, HURRICANE KATRINA 2005, DELFT UNIVERSITY, M. KOK, M. AALBERTS, B. MASSKANT, L. DE WIT |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0054 | 0-0-1982 | | - | CONSTRUCTION DRAWINGS FOR LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PLAN (88 DRAWINGS FROM 1982 - 1995) |
| PX-0055 | 0-0-0 | | - | DESIGN AND CONSTRUCTION OF LEVEES (USACE # EM 1110-2-1913) (MARCH 31, 1978 ED.) |
| PX-0056 | 4-30-2000 | | - | ENGINEERING AND DESIGN, DESIGN AND CONSTRUCTION OF LEVEES, (USACE # EM 1110-2-1913) APRIL 30, 2000 |
| PX-0057 | 0-0-0 | | - | FLOOD CONTROL ACT OF 1965, P.L. 89-298, 79 STAT. 1073 (OCTOBER 27, 1965) |
| PX-0058 | 5-31-1979 | | - | UNITED STATES DEPARTMENT OF INTERIOR - FISH AND WILDLIFE SERVICE; CORRESPONDENCE TO ST. BERNARD PARISH PLANNING COMMISSION (MAY 31, 1979) |
| PX-0059 | 2-0-1958 | | - | GEOLOGICAL INVESTIGATION OF THE MISSISSIPPI RIVER - GULF OUTLET CHANNEL (USACE FEBRUARY 1958) |
| PX-0060 | 0-0-0 | | - | GAO REPORT, LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT, GAO-05-1050T |
| PX-0061 | 0-0-0 | | - | LEGISLATIVE HISTORY OF 1928 FLOOD CONTROL ACT |
| PX-0062 | 0-0-0 | | - | H.R. DOC. NO. 82-272, ANNUAL REPORT OF THE CHIEF OF ENGINEERS |
| PX-0063 | 0-0-0 | | - | LEGISLATIVE HISTORY OF 1965 FLOOD CONTROL ACT |
| PX-0064 | 0-0-0 | | - | CORRESPONDENCE RE ST. BERNARD CITIZEN'S COMPLAINT RE MRGO AND "FUNNEL" |
| PX-0065 | 0-0-0 | | - | TECHNICAL REPORT NO. 4, "SHORE PROTECTION, PLANNING AND DESIGN" |
| PX-0066 | 0-0-0 | | - | HEARING TRANSCRIPT ON MOTION TO DISMISS, ROBINSON V. UNITED STATES, CASE NO. 06-2268 |
| PX-0067 | 0-0-0 | | - | USACE LPVHPP GENERAL DESIGN MEMORANDUM NO. 2, "CITRUS BACK LEVEE" |
| PX-0068 | 9-9-1966 | DR. CHARLES BRETSCHNEIDER & DR. IAN COLLINS | 10080003.001 - 10080001.127 | STORM SURGE EFFECTS OF THE MR-GO, STUDY A, CONTRACT NO. DA-16-047-CIVENG-66-316 (AKA BRESTSCHNEIDER & COLLINS STUDY) |

Katrina Litigation Tracker!  (c) 2007 2008, 2009  J. Robert Warren II A PLC

Page 5 of 19

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| **PX-0069** | 9-0-2005 | | - | MISSISSIPPI RIVER-GULF OUTLET GENERAL REEVALUATION STUDY REPORT (USACE SEPTEMBER 2005) |
| **PX-0070** | 0-0-2008 | | - | MAP DEPICTING THE REACHES OF THE MISSISSIPPI RIVER GULF OUTLET (2008) |
| **PX-0071** | 7-14-2008 | DR. ROBERT BEA | - | EXPERT REPORT OF ROBERT GLENN BEA, PH.D., P.E. |
| **PX-0072** | 7-11-2008 | DR. ROBERT BEA | - | DECLARATION NO. 1: ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE REACH 2 OF THE MR-GO DURING HURRICANE KATRINA |
| **PX-0073** | 0-0-0 | | - | DECLARATION NO. 2 ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE INNER HARBOR NAVIGATION CANAL AT THE LOWER 9TH WARD DURING HURRICANE KATRINA |
| **PX-0074** | 7-11-2008 | DR. ROBERT BEA | - | DECLARATION NO. III: ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE MR-GO DURING 'NEUTRAL' MR-GO HURRICANE KATRINA CONDITIONS |
| **PX-0075** | 0-0-0 | | - | BEA TECHNICAL REPORT NO. I, ANALYSES OF BREACHING OF MR-GO REACH 2 EBSBS DURING HURRICANE KATRINA & THE "NEUTRAL" MR-GO HURRICANE KATRINA CONDITIONS |
| **PX-0076** | 0-0-0 | | - | BEA TECHINCAL REPORT NO. II, ANALYSES OF BREACHING AT THE MR-GO BAYOU DUPRE AND BAYOU BIENVENUE NAVIGATION STRUCTURES DURING HURRICANE KATRINA |
| **PX-0077** | 0-0-0 | | - | BEA TECHNICAL REPORT NO. III, ANALYSES OF THE EFFECTS OF THE USACE IHNC LOCK EXPANSION PROJECT EAST BANK INDUSTRIAL AREA SITE CLEARING EXCAVATIONS ON DEVELOPMENT OF THE BREACHES AT THE LOWER 9TH WARD DURING HURRICANE KATRINA |
| **PX-0078** | 0-0-0 | | - | BEA TECHNICAL REPORT NO. IV, REVIEW OF USACE EXCAVATIONS AND BACKFILL GUIDELINES AND PRACTICES NEAR FLOOD CONTROL STRUCTURES |
| **PX-0079** | 0-0-0 | | - | BEA TECHNICAL REPORT NO. V, TECHNICAL GUIDANCE AVAILABLE FOR DESIGN, CONSTRUCTION, AND MAINTENANCE OF THE MR-GO AND LPV |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0080 | 0-0-0 | | - | BEA TECHNICAL REPORT NO. VI, CASE STUDY OF THE SELA DWYER ROAD DRAINAGE PUMPING STATION IMPROVEMENTS, DISCHARGE TUBES AND CANAL |
| PX-0081 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 1 SUMMARY) |
| PX-0082 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 2 DECLARATION) |
| PX-0083 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 3, TECHNICAL REPORT I, MRGO LEGACIES SUMMARY ) |
| PX-0084 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 3, TECHNICAL REPOR II, EBSB WAVE BREACHING VALIDATIONS) |
| PX-0085 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 3, TECHNICAL REPORT III, HURRICANE GUSTAV CONDITIONS) |
| PX-0086 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 3, TECHNICAL REPORT IV, MRGO PHASE II EROSION ANALYSES) |
| PX-0087 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 3, TECHNICAL REPORT V, IHNC EBIA EXCAVATIONS) |
| PX-0088 | 0-0-0 | | - | EXPERT REPORT OF DR. ROBERT BEA (PART 3, TECHNICAL REPORT VI, LOWER 9TH WARD 2D & AMP; 3D SEEPAGE) |
| PX-0089 | 0-0-0 | | - | DR. ROBERT BEA'S CURRICULUM VITAE |
| PX-0090 | 0-0-0 | | - | DR. ROBERT BEA SUPPLEMENTAL DECLARATION |
| PX-0091 | 7-11-2008 | G. PAUL KEMP, PHD. | - | MRGO EFFECTS ON STORM SURGE, WAVES, AND FLOODING DURING HURRICANE KATRINA |
| PX-0092 | 7-14-2008 | | - | MRGO CHRONOLOGY, APPENDIX B |
| PX-0093 | 10-19-2008 | | - | DECLARATION OF DR. G. PAUL KEMP |
| PX-0094 | 0-0-0 | | - | DECLARATION OF DR. G. PAUL KEMP |
| PX-0095 | 7-11-2008 | JOHN W. DAY, JR., AND GARY P. SHAFFER | - | EFFECTS OF THE MRGO ON COASTAL WETLANDS AND OTHER ECOSYSTEMS IN SOUTHEASTERN LA |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0096 | 0-0-0 | | - | EXPERT REPORT OF DR. DUNCAN FITZGERALD, IMPACT OF THE MISSISSIPPI RIVER GULF OUTLET (MR-GO):  GEOLOGY & GEOMORPHOLOGY |
| PX-0097 | 0-0-0 | | - | CHAD MORRIS'S CURRICULUM VITAE |
| PX-0098 | 0-0-0 | | - | CHAD MORRIS EXPERT REPORT, SURVEY AND SPATIAL DATA IN THE VICINITY OF THE MISSISSIPPI RIVER GULF OUTLET |
| PX-0099 | 0-0-0 | | - | CHAD MORRIS EXPERT REPORT, APPENDIX 1, BATHYMETRIC SURVEY OF THE MISSISSIPPI RIVER GULF OUTLET (MRGO), GULF INTRACOASTAL WATERWAY (GIWW), AND INNER HARBOR NAVIGATIONAL CANAL (IHNC) FROM LAKE PONTCHARTRAIN TO BAYOU LA LOUTRE:  METHODOLOGY, QUALITY CONTROL, |
| PX-0100 | 0-0-0 | | - | CHAD MORRIS EXPERT REPORT, APPENDIX A, NATIONAL GEODETIC SURVEY BENCHMARK DATASHEETS |
| PX-0101 | 0-0-0 | | - | CHAD MORRIS EXPERT REPORT, APPENDIX B, SURVEY FIELD NOTES |
| PX-0102 | 0-0-0 | | - | CHAD MORRIS EXPERT REPORT, APPENDIX C, MANUFACTURER BROCHURES FOR SURVEY AND PROCESSING EQUIPMENT |
| PX-0103 | 0-0-0 | | - | VRIJLING, WAVE MODELING NEW ORLEANS - MISSISSIPPI RIVER GULF OUTLET, FINAL REPORT |
| PX-0104 | 0-0-0 | | - | VRIJLING, FLOW MODELING NEW ORLEANS - MISSISSIPPI RIVER GULF OUTLET, FINAL REPORT, SCENARIOS 1, 2A, 2B, 2C, 2D, 3 |
| PX-0105 | 0-0-0 | | - | VRIJLING, POLDER FLOOD SIMULATIONS FOR GREATER NEW ORLEANS:  THE NEUTRAL MRGO SCENARIO |
| PX-0106 | 0-0-0 | | - | VRIJLING, JOINT DECLARATION, VRIJLING, KOK, DE WIT, AND GAUTIER CONCERNING WAVE AND FLOW MODELING NEW ORLEANS -- MRGO FOR HURRICANE KATRINA, AUGUST 2005 |
| PX-0107 | 0-0-0 | | - | VRIJLING, APPENDIX 1 TO JOINT DECLARATION, VRIJLING, KOK, DE WIT, AND GAUTIER CONCERNING WAVE AND FLOW MODELING NEW ORLEANS -- MRGO FOR HURRICANE KATRINA, AUGUST 2005 |
| PX-0108 | 0-0-0 | | - | VRIJLING, SUPPLEMENT ON WAVE MODELING NEW ORLEANS, MEMO FROM GAUTIER TO VAN HEERDEN |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0109 | 7-9-2008 | C. GAUTIER, M. KOK, & J.K. VRIJLING | - | WAVE MODELING NEW ORLEANS-MRGO; HURRICANE KATRINA AUGUST 2005; APPENDICES |
| PX-0110 | 0-0-0 | | - | CRAWFORD -- LATTIMORE AND ASSOCIATES BUILDING FLOOD DAMAGE ASSESSMENT |
| PX-0111 | 0-0-0 | | - | CRAWFORD -- ANTHONY AND LUCILLE FRANZ RESIDENCE FLOOD DAMAGE ASSESSMENT |
| PX-0112 | 0-0-0 | | - | CRAWFORD -- KENT LATTIMORE RESIDENCE FLOOD DAMAGE ASSESSMENT |
| PX-0113 | 0-0-0 | | - | CRAWFORD -- NORMAN ROBINSON RESIDENCE FLOOD DAMAGE ASSESSMENT |
| PX-0114 | 0-0-0 | | - | CRAWFORD -- TANYA SMITH RESIDENCE FLOOD DAMAGE ASSESSMENT |
| PX-0115 | 0-0-0 | | - | TAYLOR DAMAGE REPORT, ANTHONY AND LUCILLE FRANZ |
| PX-0116 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, ANTHONY AND LUCILLE FRANZ |
| PX-0117 | 0-0-0 | | - | TAYLOR DAMAGE REPORT, LATTIMORE AND ASSOCIATES |
| PX-0118 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, LATTIMORE AND ASSOCIATES |
| PX-0119 | 0-0-0 | | - | TAYLOR DAMAGE REPORT, KENT LATTIMORE |
| PX-0120 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, KENT LATTIMORE |
| PX-0121 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, KENT LATTIMORE, AVERAGE SALES PRICE OF NEW MANUFACTURED HOMES BY REGION AND SIZE OF HOME |
| PX-0122 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, KENT LATTIMORE, LOUISIANA MOBILE HOMES FOR SALE 1 |
| PX-0123 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, KENT LATTIMORE, LOUISIANA MOBILE HOMES FOR SALE 2 |
| PX-0124 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, KENT LATTIMORE, AVERAGE SALES PRICE OF NEW MANUFACTURED HOMES PLACED BY SIZE OF HOME BY STATE -2000 |
| PX-0125 | 0-0-0 | | - | TAYLOR DAMAGE REPORT, NORMAN ROBINSON |

## Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0126 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, NORMAN ROBINSON |
| PX-0127 | 0-0-0 | | - | TAYLOR DAMAGE REPORT, TANYA SMITH |
| PX-0128 | 0-0-0 | | - | TAYLOR ESTIMATE REPORT, TANYA SMITH |
| PX-0129 | 0-0-0 | | - | TAYLOR VALUATION REPORT, TANYA SMITH |
| PX-0130 | 10-16-2008 | | - | VIDEOTAPED DEPOSITION OF USA, BY AND THROUGH THE USACE, THROUGH ITS DESIGNEE, GIB A. OWEN; IN RE; KATRINA CANAL BREACHES CONSOLIDATED LITIGATION; PERTAINS TO: MRGO, ROBINSON |
| PX-0131 | 6-0-2008 | | - | GREATER NEW ORLEANS HURRICANE AND STORM DAMAGE RISK REDUCTION SYSTEM (HSDRRS); STATUS-JUNE 2008 |
| PX-0132 | 8-28-2008 | | - | NEW ORLEANS HURRICANE AND STORM DAMAGE RISK REDUCTION SYSTEM 2008 FACTS AND FIGURES (AS OF AUGUST 28, 2008) |
| PX-0133 | 10-22-2008 | | - | PROJECT FACT SHEET: IHNC CANAL SURGE REDUCTION |
| PX-0134 | 10-0-1967 | OFFICE OF THE DE, NOD, COE | - | LPV DM NO. 1, HYDROLOGY AND HYDRAULIC ANALYSIS, PART IV-CHALMETTE EXTENSION |
| PX-0135 | 3-14-2008 | ALVIN LEE, COLONEL, US ARMY, DISTRICT COMMANDER | - | DECISION RECORD; INDIVIDUAL ENVIRONMENTAL REPORT #11; IMPROVED PROTECTION ON THE IHNC; IER #11 |
| PX-0136 | 8-0-2008 | | - | DRAFT INDIVIDUAL ENVIRONMENTAL REPORT; IMPROVED PROTECTION ON THE IHNC; ORLEANS AND ST. BERNARD PARISHES, LA; IER #11 TIER 2 BORGNE |
| PX-0137 | 5-1-2008 | JOHN W. DAY, JR. & GARY P. SHAFFER | - | EFFECTS OF THE MRGO ON COASTAL WETLANDS AND OTHER ECOSYSTEMS IN SOUTHEASTERN LA |
| PX-0138 | 1-31-2005 | | - | FACT SHEET: LCA ECOSYSTEM RESTORATION, LA (GENERAL INVESTIGATIONS): COMPREHENSIVE COASTWIDE ECOSYSTEM RESTORATION FEASIBILITY STUDY |
| PX-0139 | 10-0-1973 | DR. S. A. HSU | NED-111-000001184 - NED-111-000001211 | APPENDIX 1, THE IMPACT OF THE MR-GO ON HURRICANE FLOODDS OF ST. BERNARD PARISH AND NEW ORLEANS METROPOLITAN AREA |
| PX-0140 | 7-24-1963 | | NED-213-000000429 - NED-213-000000433 | LPV |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0141 | 4-21-1975 | E.R. HEIBERG III, COLONEL, CE, DE | NED-125-000000994 - NED-125-000000999 | ALTERNATIVE PLAN FOR LPV HPP |
| PX-0142 | 4-0-1958 | BRANCH OF RIVER BASINS OFFICE | MRGOY00251 - MRGOY00314 | AN INTERIM REPORT ON FISH AND WILDLIFE RESOURCES AS RELATED TO MR-GO PROJECT, LA AND AN OUTLINE OF PROPOSED FISH AND WILDLIFE RESOURCES |
| PX-0143 | 10-0-1972 | COASTAL ENVIRONMENTS, INC | MRGO-CEI-0003400 - MRGO-CEI-0003464 | EIS SHIP CHANNEL PROJECT |
| PX-0144 | 0-0-0 | J.M. MERAUX, CHAIRMAN, TIDEWATER CHANNEL ADVISORY COMMITTEE | MRGOX5728 - MRGOX5736 | REPORT TO THE POLICE JURY OF THE PARISH OF ST. BERNARD OF THE TIDEWATER CHANNEL ADVISORY COMMITTEE |
| PX-0145 | 3-16-2000 | ENVIRONMENTAL SUB-COMMITTEE | NED-188-000001511 - NED-188-000001566 | REPORT OF THE ENVIRONMENTAL SUB-COMMITTEE TO THE MRGO TECHNICAL COMMITTEE |
| PX-0146 | 10-22-1962 | W.L. TOWNS, ACTING REGIONAL DIRECTOR, BUREAU OF SPORT FISHERIES AND WILDLIFE, AND SETON H. THOMPSON, REGIONAL DIRECTOR, BUREAU OF COMMERCIAL FISHERIES | - | COMMENTS ON MODIFICATION OF LPV HPP |
| PX-0147 | 11-24-1965 | CAPTAIN KENNETH J. LASIEUR, CHAIRMAN | - | 1962 MASTER PLAN FOR HURRICANE FLOOD CONTROL |
| PX-0148 | 10-1-1969 | | AFW-143-000001049 - AFW-143-000001057 | MR-GO NEW SHIP LOCK REVIEW OF DOCK BOARD PROPOSALS FOR ST. BERNARD PARISH SITE |
| PX-0149 | 8-16-1971 | BECNEL, CHIEF, HYDRAULICS BRANCH | AFW-440-000000936 - AFW-440-000000937 | MR-GO NEW SHIP LOCK; RETURN LEVEES |
| PX-0150 | 6-21-1971 | MASK, CHIEF, PLANNING AND REPORTS BRANCH | AFW-440-000000938 - | MR-GO NEW SHIP LOCK; RETURN LEVEES |
| PX-0151 | 10-14-1969 | JEROME C. BAEHR, CHIEF, ENGINEERING DIVISION | AFW-467-000001698 - AFW-467-000001699 | MR-GO FLOODGATES AT IHNC |
| PX-0152 | 10-19-1966 | | AFW-467-000001821 - | LPV-REPORT ON CONTROLLING ELEVATION OF SEABROOK LOCK |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0153 | 8-4-2006 | NICOLE T. CARTER & CHARLES V. STERN | - | CRS REPORT FOR CONGRESS; MRGO: ISSUES FOR CONGRESS |
| PX-0154 | 0-0-0 | | - | APPENDIX C, REPORT ON THE EVALUATION OF ALTERNATE PLANS INVOLVING MODIFICATIONS IN THE ALIGNMENT OF THE LAKE PONTCHARTRAIN BARRIER |
| PX-0155 | 9-26-1957 | | UDI-001-000000352 - UDI-001-000000353 | LA CANAL'S EFFECTS ON FISH AND WILDLIFE AROUSE CONCERN OF CONSERVATIONISTS |
| PX-0156 | 3-10-1934 | | MRGOY00002 - MRGOY00003 | 73D CONGRESS. SESS. II. CHS. 54, 55. AN ACT TO PROMOTE THE CONSERVATION OF WILD LIFE, FISH, AND GAME, AND FOR OTHER PURPOSES; 16 USC 661 ET SEQ. |
| PX-0157 | 8-14-1945 | | MRGOY00026 - MRGOY00028 | PUBLIC LAWS-CHS. 964, 965-AUG 14, 1945. AN ACT TO AMEND THE ACT OF MARCH 10, 1934 ENTITLED "AN ACT TO PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME, AND FOR OTHER PURPOSES" |
| PX-0158 | 4-17-1946 | MR. FLANNAGAM, COMMITTEE ON AGRICULTURE | - | 79TH CONGRESS, 2D SESSION, HOUSE OF REPRESENTATIVES, REPORT NO. 1944. RELATING TO THE COORDINATION OF ACTIVITIES FOR THE CONSERVATION OF WILDLIFE, FISH, AND GAME. REPORT [TO ACCOMPANY H.R. 6097] |
| PX-0159 | 7-10-1946 | MR. THOMAS, COMMITTEE ON AGRICULTURE AND FORESTRY | - | 79TH CONGRESS, 2D SESSION, REPORT NO. 1698. TO AMEND THE ACT OF MARCH 10, 1934, ENTITLED "AN ACT TO PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME" REPORT [TO ACCOMPANY H.R. 6097] |
| PX-0160 | 12-18-1957 | BUREAU OF SPORT FISHERIES AND WILDLIFE, BRANCH OF RIVER BASINS | MRGO001700 - MRGO001710 | A SPECIAL REPORT ON FISH AND WILDLIFE RESOURCES IN RELATION TO THE MR-GO PROJECT, LA |
| PX-0161 | 9-23-1957 | FRED A. SEATON, SECRETARY OF THE INTERIOR | MRGOY00243 - MRGOY00244 | CONCERNS ABOUT EFFECT OF MRGO ON FISH AND WILDILFE |
| PX-0162 | 9-18-2006 | | - | DEFENDANT US' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS; IN RE: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION, PERTAINS TO MR-GO, ROBINSON (06-2268); CIVIL ACTION NO. 05-4182 "K" (2), JUDGE DUVAL, MAG. WILKINSON |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0163 | 8-5-1943 | | VRG-010-000000643 - VRG-010-000000678 | MRGO RECORD OF PUBLIC HEARING HELD AT ROOSEVELT HOTEL, NEW ORLEANS, LA. ON 5 AUGUST 1943, BY BRIG. GEN. M.C. TYLER, DE, LMVD |
| PX-0164 | 8-1-2007 | ROBIN D. SMITH, SENIOR TRIAL ATTORNEY | - | DEFENDANT UNITED STATES' RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES.<br>IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION, FILED IN: 06-2286, ROBINSON, PERTAINS TO: MRGO; CIVIL ACTION NO. 05-4182 "K"(2), JUDGE DUVAL, MAG. WILKINSON |
| PX-0165 | 6-0-1959 | OFFICE OF THE DE, US ARMY ENGINEER DISTRICT | - | MR-GO, LA, DM NO. 2, GENERAL DESIGN |
| PX-0166 | 9-24-1959 | P.C. GILLETT, ACTING REGIONAL DIRECTOR | MRGOY00315 - MRGOY00319 | MR-GO PROJECT |
| PX-0167 | 8-12-1958 | | MRGOY00245 - MRGOY00250 | PUBLIC LAW 85-624: AN ACT TO AMEND THE ACT OF MARCH 10, 1934, TO PROVIDE FOR MORE EFFECTIVE INTEGRATION OF A FISH AND WILDLIFE CONSERVATION PROGRAM WITH FEDERAL WATER-RESOURCE DEVELOPMENTS, AND FOR OTHER PURPOSES |
| PX-0168 | 0-0-1958 | | - | *3446 P.L. 85-624, FISH AND WILDLIFE CONSERVATION AND WATER-RESOURCE DEVELOPMENTS-COORDINATION<br>SENATE REPORT NO. 85-1981, JULY 28, 1958 (TO ACCOMPANY H.R. 13138)<br>HOUSE REPORT NO. 85-2183, JULY 16, 1958 (TO ACCOMPANY H.R. 13138) |
| PX-0169 | 12-19-1970 | | - | USCA TITLE 16: CONSERVATION, CH 29: WATER BANK PROGRAM FOR WETLANDS PRESERVATION; SEC 1301-131 |
| PX-0170 | 11-10-1986 | | - | USCA TITLE 16: CONSERVATION; CHAPTER 59: WETLANDS RESOURCES; SUBCHAPTER 1: GENERAL PROVISIONS; SEC 3901: FINDINGS AND STATEMENT OF PURPOSE |
| PX-0171 | 6-30-1948 | | - | USCA TITLE 33: NAVIGATION AND NAVIGABLE WATERS; CHAPTER 26: WATER POLLUTION PREVENTION AND CONTROL; SUBCHAPTER 1: RESEARCH AND RELATED PROGRAMS; SEC 1251: CONGRESSIONAL DECLARATION OF GOALS AND POLICY |
| PX-0172 | 5-24-1977 | JIMMY CARTER, THE WHITE HOUSE | - | EXECUTIVE ORDER 11990, PROTECTION OF WETLANDS; 1977 WL 23621; 42 FR 26961 |
| PX-0173 | 12-2-2002 | | - | USCA TITLE 16: CONSERVATION, CHAPTER 64: NORTH AMERICAN WETLANDS CONSERVATION, SEC 4401: FINDINGS AND STATEMENT OF PURPOSE |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0174 | 5-29-1957 | LA WILDLIFE AND FISHERIES COMMISSION | MRGOX6381 - MRGOX6388 | STATEMENT OF LA WILDLIFE AND FISHERIES COMMISSION RELATIVE TO THE N.O. TO THE GULF TIDEWATER CHANNEL |
| PX-0175 | 9-26-1957 | US FISH AND WILDLIFE SERVICE | UDI-001-000000352 - UDI-001-000000353 | LA'S CANAL'S EFFECTS ON FISH AND WILDLIFE AROUSE CONCERN OF CONSERVATIONISTS |
| PX-0176 | 4-0-2006 | COUNCIL ON ENVIRONMENTAL QUALITY | - | CONSERVING AMERICA'S WETLANDS 2006: TWO YEARS OF PROGRESS IMPLEMENTING THE PRESIDENT'S GOAL |
| PX-0177 | 12-28-1972 | | AFW-180-000002249 - AFW-180-000002387 | DIGEST OF WATER RESOURCES POLICIES AND ACTIVITIES; CHAPTER 19- WETLANDS CONSERVATION; -EP 1165-2-1 |
| PX-0178 | 1-31-2005 | NOD | - | FACT SHEET, LA COASTAL AREA (LCA) ECOSYSTEM RESTORATION, LA (GENERAL INVESTIGATIONS): COMPREHENSIVE COASTWIDE ECOSYSTEM RESTORATION FEASIBILITY STUDY |
| PX-0179 | 4-0-1958 | BRANCH OF RIVER BASINS | - | AN INTERIM REPORT ON FISH AND WILDLIFE RESOURCES AS RELATED TO MISSISSIPPI RIVER TO GULF OUTLET PROJECT, LA AND AN OUTLINE OF PROPOSED FISH AND WILDLIFE STUDIES |
| PX-0180 | 10-19-1966 | THOMAS J. BOWEN, COLONEL, CE, DE | - | APPENDIX E; REPORT ON CONTROLLING ELEVATION OF SEABROOK LOCK |
| PX-0181 | 10-10-2008 | | - | VOLUME II OF TRANSCRIPT OF DEPOSITION OF THE USA, BY AND THROUGH USACE DESIGNEE GREGORY MILLER |
| PX-0182 | 10-7-2008 | | - | TRANSCRIPT OF VIDEOTAPED DEPOSITION OF ZOLTAN MONTVAI, VOLUME I |
| PX-0183 | 10-9-2008 | | - | TRANSCRIPT OF VOLUME II OF RULE 30(B)(6) DEPOSITION OF THE USA, BY AND THROUGH USACE DESIGNEE THOMAS PODANY |
| PX-0184 | 9-30-2008 | | - | TRANSCRIPT OF VOL I OF RULE 30(B)(6) DEPOSITION OF THE USA, BY AND THROUGH USACE DESIGNEE JOHN SAIA |
| PX-0185 | 12-9-1992 | CECIL W. SOILEAU, CHIEF, HYDRAULICS AND HYDROLOGY BRANCH | NED-192-000000682 - NED-192-000000689 | MRGO, ST BERNARD PARISH, (BANK EROSION) REVISED RECON STUDY |
| PX-0186 | 0-0-0 | | AFW-180-000001004 - AFW-180-000001008 | MR-GO NEW LOCK AND CONNECTING CHANNELS QUANTITIES TO USE FOR REAL ESTATE FOR COMPARATIVE ANALYSIS OF 14 SCHEMES |
| PX-0187 | 3-0-1976 | US ARMY ENGINEER DISTRICT | - | FINAL ES; FINAL COMPOSITE ES FOR OPERATION AND MAINTENANCE WORK ON THREE NAVIGATION PROJECTS IN THE LAKE BORGNE VICINITY LA |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0188 | 11-0-2007 | | - | APPENDIX L, EA'S AND EIS'S INCORPORATED BY REFERENCE; MR-GO DEEP-DRAFT DE-AUTHORIZATION STUDY DRAFT INTEGRATED FINAL REPORT TO CONGRESS AND LEIS |
| PX-0189 | 10-6-1993 | MICHAEL SAUCIER, ENVIRONMENTAL PROJECTS SECTION | NPM-036-000001505 - NPM-036-000001506 | MR-GO, ST. BERNARD PARISH, AL (BANK EROSION) REVISED RECONNAISSANCE STUDY AND FEASIBILTIY STUDY |
| PX-0190 | 10-30-1972 | US ARMY ENGINEER DISTRICT | VRG-079-000000194 - VRG-079-000000250 | DRAFT ES; MR-GO, LA (MAINTENANCE); ASSOCIATED WATER FEATURES: GULF OF MEXICO, CHANDELEUR SOUND, BRETON SOUND, LAKE BORGNE, LAKE PONTCHARTRAIN, AND GULF INTRACOASTAL WATERWAY |
| PX-0191 | 12--1974 | STANLEY CONSULTANTS, INC | VRG-038-000000001 - VRG-038-000000374 | DRAFT ES; COMPOSITE DRAFT ES FOR OPERATION AND MAINTENANCE WORK ON THREE NAVIGATION CHANNELS IN THE LAKE BORGNE VICINITY, LA |
| PX-0192 | 3-0-1976 | US ARMY ENGINEER DISTRICT | - | FINAL ES; FINAL COMPOSITE ES FOR OPERATION AND MAINTENANCE WORK ON THREE NAVIGATION PROJECTS IN THE LAKE BORGNE VICINITY, LA |
| PX-0193 | 5-24-1988 | CECIL W. SOILEAU, CHIEF, HYDRAULICS AND HYDROLOGIC BRANCH | NED-192-000000254 - NED-192-000000261 | MR-GO, ST BERNARD PARISH, LA (BANK EROSION) |
| PX-0194 | 7-11-1985 | CLETIS R. WAGAHOFF, CHIEF, PLANNING DIVISION | NOP-002-000002282 - NOP-002-000002290 | SUPPLEMENTAL INFORMATION REPORT (SIR) TO COMPLEMENT THE FINAL COMPOSITE ES FOR OPERATION AND MAINTENANCE WORK ON THREE NAVIGATION PROJECTS IN THE LAKE BORGNE VICINITY, LA |
| PX-0195 | 10-1-2008 | | - | TRANSCRIPT OF VOLUME 2 OF RULE 30(B)(6) DEPOSTION OF THE USA, BY AND THROUGH THE USACE DESIGNEE JOHN SAIA |
| PX-0196 | 4-0-1990 | | NED-188-000002530 - NED-188-000002567 | LAND LOSS AND MARSH CREATION, ST. BERNARD, PLAQUEMINES, AND JEFFERSON PARISHES, LA; FEASIBILITY STUDY, VOLUME I, DRAFT MAIN REPORT AND DRAFT EIS |
| PX-0197 | 0-0-0 | | - | ARMY CORPS'S ENVIRONMENTAL ASSESSMENT 162 |
| PX-0198 | 0-0-0 | STEVE MATHIES, PREPARER | NOP-019-000001029 - NOP-019-000001038 | MR-GO FORESHORE PROTECTION EA #47 |
| PX-0199 | 0-0-0 | | NOP-019-000000736 - NOP-019-000000789 | MAINTENANCE DREDGING-FY 2005; MR-GO BAR CHANNEL MILE -4.0 TO -9.38 |
| PX-0200 | 4-0-1957 | OFFICE OF THE DE | - | MR-GO DM NO. 1-A, CHANNELS, MILE 63.77-MILE 68.85 |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0201 | 9--1958 | OFFICE OF THE DE | - | MR-GO DM NO. 1-B, CHANNELS, MILE 39.01-MILE 63.77 |
| PX-0202 | 4-0-1968 | OFFICE OF THE DE, NOD, COE | - | MR-GO GDM NO. 2, SUPP. NO. 4, FORESHORE PROTECTION |
| PX-0203 | 12-0-1984 | PERRY C. HOWARD, THOMAS J. DUENCKEL, SHERWOOD M. GAGLIANO, GREG J. GASPERECZ, & JOHN C. LESLIE | NED-188-000001800 - NED-188-000001928 | THE MRGO: A STUDY OF BANK STABILIZATION |
| PX-0204 | 4-13-1987 | CALVIN W. SHELTON, CHIEF, PROJECTS MANAGEMENT BRANCH | NED-192-000001164 - NED-192-000001169 | MRGO BANK EROSION RECONNAISANCE REPORT |
| PX-0205 | 12-9-1992 | CECIL W. SOILEAU, CHIEF, HYDRAULICS AND HYDROLOGY BRANCH | NED-167-000001832 - NED-167-000001834 | MRGO, ST BERNARD PARISH, (BANK EROSION) REVISED RECON STUDY |
| PX-0206 | 9-11-2008 | PLAINTIFFS | - | NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE, IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION; PERTAINS TO: ROBINSON (NO. 06-2268); CIVIL ACTION NO. 05-4182 "K" (2), JUDGE DUVAL, MAG WILKINSON |
| PX-0207 | 1-31-1975 | DRAKE WILSON, COLONEL, CE, DE | VRG-076-000000714 - VRG-076-000000715 | LETTER RE: EXPANSION OF EIS TO INCLUDE OIL AND GAS ACTIVITIES |
| PX-0208 | 4-11-2005 | | NOP-019-000000207 - NOP-019-000000210 | MR-GO PM-R PROPOSAL FOR GAINING NEPA COMPLIANCE FOR THE OPERATION AND MAINTENANCE PROGRAM |
| PX-0209 | 0-0-0 | | - | ARMY CORPS'S ENVIRONMENTAL ASSESSMENT 72 |
| PX-0210 | 0-0-0 | | - | ARMY CORPS'S ENVIRONMENTAL ASSESSMENT 294 |
| PX-0211 | 0-0-1970 | DEPT OF THE ARMY; COE | - | ANNUAL REPORT OF THE CHIEF OF ENGINEERS ON CIVIL WORKS' ACTIVITIES 1970-1979 |
| PX-0212 | 7-30-1999 | | - | ENGINEER PAMPHLET 1165-2-1: DIGEST OF WATER RESOURCES POLICIES AND AUTHORITIES; CHAPTER 19: ENVIRONMENTAL RESTORATION AND PROTECTION |
| PX-0213 | 0-0-0 | C. SCHWARTZ, US DISTRICT JUDGE | - | ORDER; SAVE OUR WETLANDS, INC VS EARLY J. RUSH |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0214 | 9-30-2005 | | - | ANNUAL REPORT FISCAL YEAR 2005 OF THE SECRETARY OF THE ARMY ON CIVIL WORKS ACTIVITIES (1 OCTOBER 2004- 30 SEPTEMBER 2005); PART 1 OF 2 |
| PX-0215 | 4-0-1970 | BUFFALO DISTRICT COE | NPM-014-000000276 - NPM-014-000000295 | LPV & MR-GO, SEABROOK LOCK, DM NO. 1, GENERAL |
| PX-0216 | 6-17-2004 | DON T. RILEY, BRIGADIER GENERAL, US ARMY, PRESIDENT DESIGNEE, MISS RIVER COMMISSION | NOP-019-000000811 - NOP-019-000000814 | FLOODGATE IN MRGO NEAR BAYOU LA LOUTRE |
| PX-0217 | 0-0-1951 | ARTHUR MAASS | - | MUDDY WATERS, THE ARMY ENGINEERS AND THE NATION'S RIVERS |
| PX-0218 | 0-0-0 | SPECIAL ASSISTANT, CIVIL FUNCTIONS | VRG-014-000000108 - VRG-014-000000109 | MODIFICATION OF THE MR-GO PROJECT TO PROVIDE FOR THE PROTECTION OF 24 MILES OF LEVEE AND FORESHORE FROM WAVE DAMAGE GENERATED ON THE NAVIGATION PROJECTS BY SEAGOING VESSELS |
| PX-0219 | 0-0-0 | ALFRED G. FITT, SPECIAL ASSISTANT, CIVIL FUNCTIONS | VRG-014-000000107 - | INCREASE IN THE COST OF THE MR-GO |
| PX-0220 | 0-0-0 | | NED-192-000000969 - NED-192-000000970 | DRAFT RECON REPORT MR-GO BANK EROSION STUDY |
| PX-0221 | 0-0-0 | ALFRED B. FITT, SPECIAL ASSISTANT (CIVIL FUNCTIONS) | VRG-014-000000094 - | INCREASE IN COST OF MRGO |
| PX-0222 | 9-8-1980 | JAMES P. ROY, CHIEF, PLANNING DIVISION | VRG-032-000002615 - VRG-032-000002617 | MRGO, ST. BERNARD PARISH, LA (BANK EROSION) |
| PX-0223 | 1-1-1982 | NOD | NED-086-000000949 - | DATA FOR TESTIFYING OFFICERS ON FY 1983 CIVIL WORKS BUDGET, LPV |
| PX-0224 | 2-24-1972 | | VRG-080-000000329 - VRG-080-000000331 | REVIEW OF REPORT ON MR-GO, LA-PRELIMINARY EVALUATION |
| PX-0225 | 8-29-1984 | | MVD-001-000000501 - | DRAFT MEMORANDUM FOR THE ASSISTANT SECRETARY OF THE ARMY RE: LPVHPP TO PROCEED WITH ACCOMPLISHMENT OF HIGH LEVEL PLAN WORK IN FY 1985 |
| PX-0226 | 1-1-1992 | NOD | AIN-167-000000337 - AIN-167-000000348 | DATA FOR TESTIFYING OFFICERS ON FY 1993 CIVIL WORKS BUDGET, MR-GO, LA |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| PX-0227 | 1-1-1982 | NOD | NED-086-000000974 - | CHANGE IN SCOPE SINCE AUTHORIZATION-LPV |
| PX-0228 | 1-1-1985 | NOD | NPM-033-000000556 - | DATA FOR TESTIFYING OFFICERS ON FY 1986 CIVIL WORKS BUDGET, LPV |
| PX-0229 | 3-0-2008 | DOUGLAS WOOLLEY AND LEONARD SHABMAN | - | DECISION-MAKING CHRONOLOGY FOR THE LPV HPP |
| PX-0230 | 9-26-1955 | SIMON SOBELOFF, WARREN BURGER, PAUL SWEENEY, & LESTER JAYSON | - | INDIAN TOWING COMPANY, INC. ET AL, V. THE UNITED STATES; SUPPLEMENTAL BRIEF FOR THE US ON REARGUMENT |
| PX-0231 | 0-0-1958 | | - | ANNUAL REPORTS OF THE CHIEF OF ENGINEERS ON CIVIL WORKS ACTIVITIES FROM 1958 THROUGH 2005 |
| PX-0232 | 2-13-1946 | | - | TRANSCRIPTS OF THE HEARINGS BEFORE THE COMMITTEE ON AGRICULTURE HOUSE OF REPRESENTATIVES, 79TH CONGRESS, SECOND SESSION ON H.R. 3821 AND H.R. 6097 (FEB. 13 AND APRIL 15, 1946) |
| PX-0233 | 0-0-0 | | - | TRANSCRIPTS OF THE HEARINGS BEFORE THE COMMITTEE ON AGRICULTURE AND FORESTRY ON H.R. 6097 |
| PX-0234 | 0-0-1996 | | - | 1996 MISSISSIPPI RIVER-GULF OUTLET NORTH BANK FORESHORE PROTECTION EVALUATION REPORT |
| PX-0235 | 0-0-1997 | | - | 1997 FEASIBILITY REPORT WETLANDS CREATION AND PROTECTION PROJECT MISSISSIPPI RIVER - GULF OUTLET, MILE 14 TO MILE 11, MARSH CREATION, ST. BERNARD AND PLAQUEMINES PARISHES, LOUISIANA |
| PX-0236 | 0-0-0 | | - | ARMY CORPS'S ENVIRONMENTAL ASSESSMENT 54 |
| PX-0237 | 0-0-0 | | - | APPENDIX "A," MATRIX OF REPORTED DECISIONS FINDING ARMY CORPS VIOLATIONS OF FEDERAL ENVIRONMENTAL LAWS (DOC. NO. 16510-5) |
| PX-0238 | 0-0-0 | | - | APPENDIX "B," REDLINED VERSION OF 1946 VERSIONS OF FWCA, PUB. L. 85-624 (DOC. NO. 16886-2) |
| PX-0239 | 0-0-0 | | - | APPENDIX "C," EXCERPTS FROM THE LEGISLATIVE HISTORY OF THE FWCA (DOC. NO. 16886-3) |
| PX-0240 | 0-0-0 | | - | APPENDIX "D," NEPA MANDATES AND VIOLATIONS |
| PX-0241 | 0-0-0 | | - | USACE, PROCEDURES FOR IMPLEMENTING NEPA, ER 200-2-2 |

# Plaintiffs' Exhibits

| Exhibit # (PX) | Date | Author | Bates Range | Title |
|---|---|---|---|---|
| **PX-0242** | 0-0-0 | | - | ARMY CORPS PUBLICATION PLANNING GUIDANCE NOTEBOOK (ER 1105-2-100) |
| **PX-0243** | 6-11-1930 | | - | 71ST CONG., 2D SESSION, COMMITTEE ON RIVERS AND HARBORS, HOUSE OF REPRESENTATIVES, DOC NO. 246, MR-GO, LETTER FROM THE CHIEF OF ENGINEERS, US ARMY, TRANSMITTING A REPORT OF THE BOARD OF ENGINEERS FOR RIVERS AND HARBORS ON REVIEW OF REPORTS HERETOFORE SUBM |