UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson (06-2268) | | |

DEFENDANT UNITED STATES' MOTION IN LIMINE
TO EXCLUDE EVIDENCE OF INJURIES TO PARTIES OTHER THAN THE PLAINTIFFS

COMES NOW Defendant United States of America, which moves in limine to exclude all evidence of injuries or damages to parties and property other than the Plaintiffs and their possessions. This motion is supported by the attached memorandum of law.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR
Assistant Director, Torts Branch

  s/ Peter G. Myer
PETER G. MYER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4043 / (202) 616-4159 (Fax)

Attorneys for the Defendant United States

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by ECF on all parties of record on April 3, 2009.

                                                              s/ Peter G. Myer
                                                           PETER G. MYER