UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

<u>ORDER</u>

This cause having come before the Court on the motion of the Defendant, the United States of America, to exclude as irrelevant and/or overly prejudicial under Fed. R. Evid. 403, all evidence of injuries or damages to parties and property other than the Plaintiffs and their possessions at the trial of this matter, and the Court being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED, and DECREED that the motion of the Defendant, the United States of America, is granted, and all evidence of injuries or damages to parties and property other than the Plaintiffs and their possessions is excluded at the trial of this matter.

DONE at New Orleans, Louisiana this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE