MINUTE ENTRY
DUVAL, J.
APRIL 1, 2009

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: LEVEE, MRGO & BARGE<br>No. 09-145 (deLAHOUSSYE, ET AL)<br>No. 09-146 (BENNETT, ET AL) | NO. 05-4182<br><br>SECTION "K"(2) |

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson, by defts, Aaron Broussard and the Parish of Jefferson, doc. 17699.

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson by pltfs', doc. 17569.

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson by pltfs', doc. 17561.

JOINT MOTION to supplement order confirming stay of certain claims (doc. 16811, filed 12/19/08) by Class Reps., doc. 17288.

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: KAREN IBOS

APPEARANCES: See the attached list.

Court begins at 1:41 p.m. Case called; all present and ready.
Oral argument by parties.
These matters are GRANTED, however, sanctions are DENIED.
Court adjourned at 2:36 p.m.

JS-10 (:54 )

**PLEASE PRINT - SIGN IN SHEET FOR C.A. 05-4182 "K"(2)**
**WEDNESDAY, APRIL 1, 2009 AT 1:30 P.M.**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
**(DELAHOUSSAYE, NO. 09-145 & BENNETT, NO. 09-146, - MOTIONS, DOCS. 17288,**
**17561, 17569 & 17699)**

| ATTORNEY | PARTY |
|---|---|
| Tom Snyder, Jr. | Bennett / de la Hayseuge |
| James Irvin | " " |
| Joseph Grichet | St Paul Fire + Marine |
| Chris Tankersby | Jefferson Parish + Aaron Broussard |
| Scott Gaspord | Jefferson Parish + Aaron Broussard |
| Isaka Williams | City of N.O |
| Ralph Hubbard | St Paul Fire + Marine |
| Doug Wynne | American Alternative Insura Co |
| Joseph E. Bearden, III | ESLD/LBBLD |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |