UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____ | § | |

### DEFENDANT UNITED STATES' MOTION IN LIMINE
### TO EXCLUDE EVIDENCE OF MENTAL ANGUISH AND INCONVENIENCE

COMES NOW Defendant United States of America, which moves in limine to exclude all evidence of "mental anguish and inconvenience" at the trial of this matter. This motion is supported by the attached memorandum of law.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR
Assistant Director, Torts Branch

  s/ Peter G. Myer
PETER G. MYER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4043 / (202) 616-4159 (Fax)

Attorneys for the Defendant United States

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by ECF on all parties of record on April 3, 2009.

                                                     s/ Peter G. Myer
                                                     PETER G. MYER