```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4  IN RE: KATRINA CANAL BREACHES    CIVIL ACTION

 5  CONSOLIDATED LITIGATION          NO. 05-4182 K2

 6                                   JUDGE DUVAL

 7  PERTAINS TO MRGO, Robinson       MAG. WILKINSON

 8  (No. 06-2268)

 9

10                    *    *    *

11

12          Deposition of ANTHONY OGDEN FRANZ,

13  JR., given at the Andry Law Firm, L.L.C., 610

14  Baronne Street, New Orleans, Louisiana 70113,

15  on May 2nd, 2008.

16

17

18

19

20

21

22

23  REPORTED BY:

24         JOSEPH A. FAIRBANKS, JR., CCR, RPR

25         CERTIFIED COURT REPORTER #75005
```

Exhibit A

Page 2

```
 1   APPEARANCES:
 2   REPRESENTING THE PLAINTIFFS:
 3         ELWOOD C. STEVENS, JR., APLC
 4         (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
 5         1205 Victor II Boulevard
 6         Morgan City, Louisiana 70380
 7
 8   REPRESENTING THE UNITED STATES OF AMERICA:
 9         UNITED STATES DEPARTMENT OF JUSTICE,
10         TORTS BRANCH, CIVIL DIVISION
11         (BY:  PETER MYER, ESQUIRE)
12         P.O. Box 888
13         Benjamin Franklin Station
14         Washington, D.C. 20044
15         202-616-4289
16   ALSO PRESENT:
17         RYAN MALONE, ESQ.
18         HEATHER LONIAN, ESQ.
19         GREGORY KOURY, ESQ.
20         MRS. FRANZ
21   PARTICIPATING VIA I-DEP:
22         ELISA GILBERT, ESQ.
23         BRENDAN O'BRIEN, ESQ.
24   VIDEOGRAPHER:
25         GILLEY DELORIMIER (DEPO-VUE)
```

Page 3

```
 1                  S T I P U L A T I O N
 2            IT IS STIPULATED AND AGREED by and
 3    among counsel for the parties hereto that the
 4    deposition of the aforementioned witness may be
 5    taken for all purposes permitted within the
 6    Federal Rules of Civil Procedure, in accordance
 7    with law, pursuant to notice;
 8            That all formalities, save reading
 9    and signing of the original transcript by the
10    deponent, are hereby specifically waived;
11            That all objections, save those as to
12    the form of the question and the responsiveness
13    of the answer, are reserved until such time as
14    this deposition, or any part thereof, is used
15    or sought to be used in evidence.
16
17
18                       *   *   *
19
20
21
22            JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23    Certified Court Reporter in and for the State
24    of Louisiana, officiated in administering the
25    oath to the witness.
```

Page 35

5    Q.         I need to ask you now about
6  August of 2005 when Katrina came through.  When
7  did you first understand -- thinking back to
8  that weekend of August 26, 27th, 28th, and then
9  Monday the 29th was when the hurricane actually
10 got there -- here, when did you first
11 understand there was a hurricane threatening
12 New Orleans?
13   A.    Oh, that was like almost the middle of
14 the week they started talking about it on TV,
15 you know.
16   Q.    Uh-huh.
17   A.    And then when we hit Friday, it was --
18 they were talking about it was really going to
19 be a hurricane this time, a real serious one.
20   Q.    Uh-huh.
21   A.    Strong.  Be careful.
22   Q.    Yeah.
23   A.    Be prepared to move and get out.
24   Q.    Yeah.
25   A.    And then it was, um -- Saturday --

```
 1   yeah, Saturday when we said, well, okay, we go.
 2   So we left.
 3       Q.   Uh-huh.
 4       A.   But it was about the middle of the
 5   week when, you know, they started really
 6   getting on about the hurricane.
 7       Q.   Yeah.
 8       A.   Before they was talking about little
 9   tropical disturbances and, you know, things
10   like that.
11       Q.   Yeah.  Then they were tracking the
12   probable track across the --
13       A.   Oh, yeah.  Yeah.
14       Q.   And you followed that all week.
```

```
16      Q.              So by Saturday you
17  understood that you were going to evacuate.
18      A.   Yeah.  Uh-huh.
19      Q.   And where -- when and to where did you
20  evacuate?
21      A.   Baton Rouge.
22      Q.   Okay.
23      A.   We got a -- got up to Baton Rouge.
```

```
 3              How did you get to Baton
 4    Rouge?
 5        A.   By car.
```

10     Q.    In her deposition a couple of hours
11  ago, Tanya described for us that y'all went to
12  the home of her ex-husband in Baton Rouge
13  first.
14     A.    Yeah. Mark. Yeah.
15     Q.    Yeah. Then she, Tanya and her boys
16  and you went on over then for a couple of days
17  to Spring, Texas?
18     A.    Yeah. Yeah, after that we went -- we
19  went there, yeah.

```
2      Q.   Yeah.  As Tanya described it, you were
3   in Baton Rouge for some four to five weeks?
4      A.   Yeah.  Yeah.  We stayed there.  Yeah.
5   It was about a month, yeah.  Maybe five weeks,
6   something like that, yeah.
```

Page 42

17     Q.    When did you first understand that the
18  flooding had hit your house, that your house
19  had been underwater?
20     A.    When we was in Baton Rouge.  On the
21  TV, you know, they were showing picture.  I
22  mean, they didn't show our house particularly,
23  but they showed pictures in the Lower Ninth
24  Ward.  And, um -- for some particular reason
25  every time you got a hurricane the Lower Ninth

ANTHONY FRANZ                                                      5/2/2008

Page 43

1    Ward flooded.

2         Q.   Yeah.