```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

 5   CONSOLIDATED LITIGATION           NO. 05-4182 K2

 6                                     JUDGE DUVAL

 7   PERTAINS TO MRGO, Robinson        MAG. WILKINSON

 8   (No. 06-2268)

 9

10                    *    *    *

11

12         Deposition of TANYA FRANZ SMITH, given

13   at the Andry Law Firm, L.L.C., 610 Baronne

14   Street, New Orleans, Louisiana 70113, on May

15   2nd, 2008.

16

17

18

19

20

21

22

23   REPORTED BY:

24        JOSEPH A. FAIRBANKS, JR., CCR, RPR

25        CERTIFIED COURT REPORTER #75005
```

```
 1   APPEARANCES:

 2   REPRESENTING THE PLAINTIFFS:

 3          ELWOOD C. STEVENS, JR., APLC

 4          (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)

 5          1205 Victor II Boulevard

 6          Morgan City, Louisiana 70380

 7   - AND -

 8          WIEDEMANN & WIEDEMANN

 9          (BY:  KARL WIEDEMANN, ESQUIRE)

10          821 Baronne Street

11          New Orleans, Louisiana 70113

12          504-581-6180

13

14   REPRESENTING THE UNITED STATES OF AMERICA:

15          UNITED STATES DEPARTMENT OF JUSTICE,

16          TORTS BRANCH, CIVIL DIVISION

17          (BY:  PETER MYER, ESQUIRE)

18          P.O. Box 888

19          Benjamin Franklin Station

20          Washington, D.C. 20044

21          202-616-4289

22

23

24

25
```

```
 2      Q.   Okay.  When was the electrical fire,
 3   do you know?
 4      A.   October 31st.
 5      Q.   Oh, okay.  So that was -- it was all
 6   done and ready to go and Halloween --
 7      A.   Yes.  I actually had furniture in the
 8   house, and what was delaying my move in was my
 9   bedroom furniture was actually coming that day.
10   So we were about a week out.  I had already put
11   in my notice at my apartment complex.  We were
12   all packed and had everything ready to go.
```

```
 3          So I had done that, and then Friday
 4   night I just had the boys pack up a bag of
 5   clothes for at least four or five days, and
 6   they, um -- took their little Play Station and,
 7   you know, just their little incidentals. My
 8   little one is kind of attached to things, so he
 9   took his little blanket and packed it all up.
10   And I just had then ready to roll.
11      Q.   And did they roll? Did they evacuate?
12      A.   Yes. Saturday, my ex-husband picked
13   them up, noon-ish. He came down from Baton
14   Rouge and got them. Because I wasn't able to
15   leave yet. We had -- the hospital hadn't made
16   a decision on who was going to work, who was
17   not going to work, and I just wanted them as
18   far away from here as I could get them. I
19   didn't want them to get stuck in traffic, and I
20   know how hurricane evacuations can be. So they
21   took their little back packs -- unfortunately,
22   I only packed them about four days worth of
23   clothing, but, um -- and they left about noon.
24      Q.   Where did they go?
25      A.   To Baton Rouge, to his house.
```

```
 1      Q.   Uh-huh.  Then how about yourself?
 2      A.   Um -- I went around the house and just
 3   lifted things, put things on beds, you know,
 4   just basic -- I mean, I didn't go extreme.
 5   Um -- packed myself a bag of stuff and just
 6   waited for my hospital to call me and let me
 7   know what the plan was.  And they called me
 8   about -- I want to say about between 3:00 and
 9   4:00.  It was late afternoon.
10      Q.   This is still on Saturday.
11      A.   On Saturday.
12      Q.   Okay.
13      A.   Uh-huh.  And they had decided to go
14   on -- they have a -- I guess a hurricane or --
15   you know, a kind of plan.  And they had
16   assigned me to the recovery team, which would
17   be post, so basically it was pack a couple of
18   uniforms, let me know where you're going, and
19   they would contact us when it was time for us
20   to come back.
21      Q.   Right.
22      A.   So they kind of let me off of work,
23   because I had stayed for the previous -- it's
24   one of those systems.
25      Q.   Right.
```

1      A.   And so I just packed up the puppy and
2   threw my stuff in the trunk, and I, um -- my
3   mother -- I took my mother with me.  My sister,
4   um -- came down and she took my dad with her --
5      Q.   Okay.
6      A.   -- because they're both older.  And
7   they both drive.  They both have vehicles but
8   we knew -- we anticipated being on the road a
9   little bit, and so we left probably about -- I
10  guess about 6:00 p.m. Saturday.
11     Q.   Okay.  And where did you go?
12     A.   We went to Baton Rouge, to my
13  ex-husband's house.
14     Q.   Okay.  And what happened thereafter?
15     A.   That Saturday night we all stayed
16  there.  Um -- Sunday morning we woke up, we saw
17  that the storm was a Category 5 and that it was
18  headed right for us and it was taking up the
19  entire Gulf of Mexico.  And my father had -- a
20  few years back, prior to the storm, he had an
21  abdominal aneurysm which strangulated his
22  kidneys, so he only had one functional kidney
23  which is only about 40, 50 percent.
24     Q.   Uh-huh.
25     A.   So he cannot be in heat, he cannot be

1    dehydrated, or else he goes into congestive
2    heart failure.
3           So at that time I called one of my
4    best friends who lives in Spring, Texas, and
5    she said, yes, come. Because I was afraid the
6    storm was so big that it would eventually knock
7    out Baton Rouge. And my husband -- my
8    ex-husband lives in a subdivision with lots of
9    trees and --
10        Q.   Yeah.
11        A.   -- so I packed us back up, with my
12   children, and my sister and I got on the road
13   Sunday and drove to Spring, Texas.
14        Q.   I hope you were out ahead of the
15   evacuation.
16        A.   We weren't. We were in it. We were
17   stuck in traffic probably twelve, thirteen
18   hours. Which is normally a five-hour drive.
19        Q.   Yeah. Uh-huh.
20        A.   And we arrived in Spring very late,
21   kind of about 1:00 a.m. And we stayed there
22   overnight Sunday night, Monday night. And then
23   Tuesday we -- after we had -- once we had seen
24   the storm had come and we had heard all the
25   reports, we didn't know a whole lot about --

1   because they never really said anything parish
2   specific.
3       Q.   Right.
4       A.   But once we start getting clues there
5   was water in the neighborhood, we decided,
6   well, let's try to get back as close as we can.
7   So we drove back to Baton Rouge.
8            I called and had gotten through a
9   cellphone, and he had said, yes, the power had
10  went down, it was now back on and everything
11  was fine.  So we got back on the highway and
12  drove back to Baton Rouge, and that's where we
13  stayed for weeks.
14      Q.   And that would have been Wednesday
15  morning you went back to Baton Rouge, or
16  Wednesday afternoon?
17      A.   Tuesday -- sometime Tuesday we got on
18  the road to head back.  We were back there by
19  Tuesday night late.
20      Q.   Okay.  And then how long were you in
21  Baton Rouge?
22      A.   Four weeks, five weeks, something like
23  that.

Page 38

```
 1      Q.  Yeah.  Okay.  When did you first
 2   understand that your house had been flooded?
 3      A.  Um -- actually, my cousin and her
 4   husband, their nephews are firemen and
 5   policemen, and somehow they had gotten a phone
 6   call from one of them.  They were required to
 7   stay.
 8      Q.  Okay.
 9      A.  And I want to say that was I think
10   Tuesday.
11      Q.  Okay.
12      A.  Because the storm actually hit on a
13   Monday.
14      Q.  Yep.  Uh-huh.
15      A.  Tuesday, um -- and they had said that
16   the water had risen and that, you know, the
17   whole parish had been flooded.
18      Q.  Uh-huh.
19      A.  And then, just, you know, Internet
20   things, I was watching people -- you know, the
21   cameras and stuff, and realized that, you know.
22   I actually -- there was -- I don't know what
23   website it was, but it was something that you
24   could do the aerial views.  And the water
25   was -- I mean the water was so high we couldn't
```

TANYA SMITH                                                                5/2/2008

Page 39

1    really -- I could distinguish where the house
2    is because I live on the very end of the block,
3    but all you could see was the top of my roof.