May 1, 2008

NORMAN HOLLIS ROBINSON

Page 1

1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4

5

6

7   IN RE:  KATRINA CANAL BREACHES        CIVIL ACTION
    CONSOLIDATED LITIGATION
8                                          NO. 05-4182
                                            "K" (2)
9   PERTAINS TO:  MRGO-ROBINSON           JUDGE DUVAL

10  FILED IN:  05-4181, 05-4182,         MAG. WILKINSON
    05-5237, 05-6073, 05-6314,
11  05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885,
12  06-2152, 06-2278, 06-2287,
    06-2824, 06-4024, 06-4065,
13  06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155,
14  06-5159, 06-5161, 06-5162,
    06-5260, 06-5771, 06-5786,
15  06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285

16

17

18

19            Videotaped Deposition of

20          NORMAN HOLLIS ROBINSON,

21  324 Delaronde Street, Algiers, Louisiana

22  70114, taken in the offices of the Andry Law

23  Firm, 610 Baronne Street, New Orleans,

24  Louisiana 70130, on Thursday, the 1st day of

25  May, 2008.

Exhibit C

Page 2

```
 1    APPEARANCES:

 2

 3         LAW OFFICE OF ELWOOD C. STEVENS, JR.
           (BY: ELWOOD C. STEVENS, JR., ESQ.)
 4         1205 Victor II Blvd.
           Morgan City, Louisiana 70380
 5              ATTORNEYS FOR PLAINTIFFS

 6

 7         SHER, GARNER, CAHILL, RICHTER, KLEIN &
           HILBERT
           (BY: R. SCOTT HOGAN, ESQ.)
 8         909 Poydras Street
           Suite 2800
 9         New Orleans, Louisiana 70112
                ATTORNEYS FOR PLAINTIFFS

10

11         MCCRANIE, SISTRUNK, ANZELMO, HARDY,
           MAXWELL & MCDANIEL
12         (BY: THOMAS P. ANZELMO, ESQ.)
           3445 North Causeway Blvd.
13         Suite 800
           Metairie, Louisiana 70002
14              ATTORNEYS FOR THE BOARD OF
                   COMMISSIONERS FOR THE
15                 ORLEANS LEVEE DISTRICT
                   (ALSO PRESENT)

16

17         DUPLASS, ZWAIN, BOURGEOIS, MORTON,
           PFISTER & WEINSTOCK
18         (BY:  JENNIFER M. MORRIS, ESQ.)
           Suite 2900
19         3838 North Causeway Boulevard
           Metairie, Louisiana  70002
20              ATTORNEYS FOR THE BOARD OF
                   COMMISSIONERS FOR THE LAKE BORGNE
21                 BASIN LEVEE DISTRICT
                   (ALSO PRESENT)

22

23         STONE, PIGMAN
           (BY: HEATHER LONIAN, ESQ.)
24         546 Carondelet Street
           New Orleans, Louisiana 70130
25              ATTORNEYS FOR WASHINGTON GROUP
                   INTERNATIONAL
```

```
 1
       APPEARANCES CONTINUED:
 2

 3           UNITED STATES DEPARTMENT OF JUSTICE
             CIVIL DIVISION
 4           TORTS BRANCH
             (BY:  PETER G. MYER, ESQ.)
 5           Post Office Box 888
             Benjamin Franklin Station
 6           Washington, D.C.  20044
                ATTORNEYS FOR UNITED STATES
 7

 8
       ALSO PRESENT:  MONICA ROBINSON
 9


10
       VIDEOTAPED BY:
11           Georgette Rinkus
             Hard Video of Louisiana
12

13
       REPORTED BY:
14           ROGER D. JOHNS, RMR, CRR, RDR, CSR
             Certified Court Reporter
15           State of Louisiana

16

17

18

19

20

21

22

23

24

25
```

NORMAN HOLLIS ROBINSON                                    May 1, 2008

14        Q.    Okay.  So you did get your family

15   evacuated?

16        A.    Yes.

17        Q.    Could you describe that?  How did --

18   Where did they go and how did you get them

19   out?

20        A.    Well, I had been on the air for I

21   guess approximately 15, 16 hours and I got

22   home, I think it was about 3:00 or 4:00 A.M.

23   that Saturday morning and -- Oh, I think it --

24   that would have been a Sunday morning.  I got

25   there and I -- I was supposed to sleep and go

NORMAN HOLLIS ROBINSON

May 1, 2008

Page 28

```
 1    back to work around noon.  I was awakened

 2    abruptly at around 8:00 A.M. and my news

 3    manager was on the other end of the line

 4    saying, "We need you to get out; we need you

 5    to pack some things and get to Jackson,

 6    Mississippi.  We need you to be there in case

 7    our tower goes down."  Our tower was in

 8    Chalmette, Louisiana, which took the brunt --

 9         Q.   Yes.

10         A.   -- of the storm in this section.

11    And at that point I guess I was disoriented.

12    We were all fumbling around like chickens with

13    our heads cut off and my wife was not in a

14    mood to go any place, but, you know, I just

15    kept insisting.  And so we were frantically

16    running around trying to grab what we could.

17    I thought we'd just be gone a couple of days

18    and so I just -- I grabbed a couple of days'

19    worth of clothes and I -- We were packing her

20     -- my car.  She took -- I have an SUV.  So

21    she took the SUV.  We packed it with as much

22    stuff as we could.  And my first thought was,

23    where is she going to go, how long is it going

24    to take her to get there, and then what about

25    my granddaughter.  And it was then that she
```

```
 1    shared with me that my granddaughter was going

 2    with her -- with her biological grandmother.

 3    And so we did what we could, and she was

 4    worried about her cats, because our house was

 5    the neighborhood -- we were -- we were the

 6    refuge for all the stray cats in the

 7    neighborhood.  And my wife would feed all the

 8    cats.  And I only had one requisite, and that

 9    was the cats don't come in the house, you

10    know.  But when I went to work, I found out

11    the cats were in the house.  They were out by

12    the time I got home, but they were in the

13    house; they were enjoying themselves while I

14    was at work.  But she rounded up the two --

15    the cats that she could get, because only the

16    female cats would cooperate.  The tom boys

17    would just run around and you never could

18    catch them.  In fact, we don't even know what

19    happened to them.  That still bothers me to

20    this day, what happened to, you know, our

21    cats.  But we -- I guess it took us about two

22    to three hours to really get our bearing.  And

23    we finally got my wife off.  I don't know what

24    we took.  I have no idea.  We were just

25    throwing, slamming stuff and trying to
```

1   remember what to take and just -- we didn't

2   have time to really do much of anything.

3   Because we really didn't expect to evacuate.

4           She left, headed to Mobile to her

5   sister's house, and I was driving her BMW at

6   the time, a 525; I think it was a

7   1980-something.  A 1995.  Was it?  1995 BMW.

8   So I packed my little clothes in the -- And I

9   felt like a dummy because I had no idea why I

10  was going to Jackson really, because I wanted

11  to be here.  But it was -- I'm thinking, well,

12  why am I going to Jackson, Mississippi for?

13  Am I going to be doing satellite interviews?

14  Am I going to be doing the stand ups?  So what

15  should I take?  Should I take khakis and

16  should I take my reporter's jacket or

17  whatever.  So I really didn't know what to

18  pack.  I am just in this total daze, this

19  flummox.  So I am driving around and then I am

20  trying to figure out how to get out.  Because

21  by that time everybody was in a panic at -- I

22  think it was around 11:30 or something in the

23  morning, everybody was in a panic.  It was

24  just complete chaos.  So I am driving up Mayo

25  Boulevard to Hayne Boulevard, which is a big

1    levee, a road along the levee of the lake.  So

2    I said, okay, I am going to take this road and

3    then I am going to take 510, which goes down

4    past the amusement park or -- and then I am

5    going to get on Highway 90 and then I am going

6    to zoop down to Highway 90 and then I am going

7    to get on the Rigolets.  Nobody will be

8    there.  Nobody is going that way, because

9    that's close to the -- that's close to the

10   Gulf of Mexico.  I am going to get on the

11   Rigolets and then I am going to shoot down

12   Highway 90 and then I'm going to cut through

13   Mississippi and get back over there and I am

14   going to get on Highway 59, Interstate 59.

15             Well, I got as far as Hayne

16   Boulevard and it was total gridlock.  Total

17   panic.  And I don't have a cell phone.  My

18   cell phone was dead at the time.  I had

19   forgotten to charge it.  So I couldn't talk.

20   And I turned the radio on because you could

21   hear our station on the radio, 87.5 FM.  So I

22   am listening to everybody talk about what's

23   going on and they're wondering where I am and

24   I can't call them.  And I can't call them and

25   I can't warn then because we're evacuating

```
 1   half our staff to Jackson, Mississippi.  I

 2   can't call them and warn them not to take that

 3   route, not to take Hayne and 90 and try -- I

 4   can't warn anybody because I don't have a cell

 5   phone.  So I am there, I am trapped, I am

 6   stuck in traffic.

 7             So about four hours later I am

 8   still in New Orleans.  But I get to the

 9   Rigolets and the bridge was up at the Rigolets

10   and I see all of these cars turning around.

11   They're turning around, they're saying "Go

12   back.  Go back.  The bridge is stuck."  So

13   then, you know, that created an even more

14   dramatic situation.  People became really

15   crazy at that point.  They were driving over

16   each other.  They were cutting in front of

17   each other.  They were getting out of their

18   cars, they were banging on hoods, "I was here

19   first, I was here."  And it was just like it

20   was this thing that was going -- I was

21   wondering if I was on the brink of sanity --

22   insanity at this point.

23             And so I get on the interstate

24   finally, the interstate, and I am thinking,

25   okay, so they're depending on me to get on the
```

1    air at some point.  And I am on the interstate

2    and then the police, the state troopers in

3    Mississippi are -- they're making you get off,

4    and I am running out of gas.  And I get off

5    the interstate to go get some gas and they

6    won't let me back on the interstate.  They

7    won't let me back on the interstate.  So I am

8    on Highway 11, tooling along Highway 11, the

9    old highway that you used before there was an

10   interstate.  I am on Highway 11 just driving

11   and wondering how the hell I'm getting to

12   Jackson, Mississippi.  And so finally some

13   nice trooper let me back on the interstate.

14           So I get to Lumberton, Mississippi

15   and the traffic gets a little better.  Get up

16   to Hattiesburg and it's okay.  You're driving

17   along, and then I -- almost to -- almost to --

18   Oh, where the hell is the next town?  There's

19   Lumberton, there's Hattiesburg, and then

20   there's --

21           MR. STEVENS:

22               Laurel.

23           THE WITNESS:

24               Laurel, yes.  Laurel,

25       Mississippi.  So I get off the

NORMAN HOLLIS ROBINSON                                May 1, 2008

Page 34

1          interstate at Laurel and so I take the

2          other -- I get on the highway going to

3          Jackson, Mississippi.  And the sun is

4          setting.  And so I am thinking, wow,

5          this is really going to be cutting it

6          close because I've got to get on the

7          air.  I've got to get on the air.

8          I've got to be broadcasting.

9               And I get to Jackson, Mississippi

10         finally, it's 9:00-something at

11         night.  And remember, I left New

12         Orleans around 11:00.

13    EXAMINATION BY MR. MYER:

14         Q.   11:00 in the morning.

15         A.   Yeah, and it's 9:00 at night and I

16    am driving around Jackson, Mississippi, a

17    place that I had never really driven around

18    before.  I had driven through, but never

19    around.  And I am trying to find WAPTV, that's

20    our sister station, the ABC station in

21    Jackson, the station that we're going to be

22    broadcasting out of in the event that our

23    station goes down in the storm.

24               So I am driving around Jackson,

25    Mississippi, so finally I pull off to a hotel

1   and I tell them where I want to go and they

2   describe this place that's out in the country,

3   out in the woods, the sticks, so it takes me

4   another hour and a half to find WAPT.   I

5   finally get there about 10:30, 10:30, quarter

6   of 11:00.  So I call my news manager and I

7   said, you know, "What's going on?" He said,

8    "Well, you know, the winds have picked up

9   here.  We want you to get on TV."  I said,

10    "Well, what am I going to talk about?"  He

11   said, "I don't know.  Just get on TV.  Just

12   tell people you're there and tell them about

13   your trip and how long it took you to get

14   there and what was going on and the

15   experiences that you ran into when you were on

16   the highway and all of these people were out

17   there.  And tell them how you almost ran out

18   of gas and the state troopers wouldn't let you

19   --"  So I am on there vamping, trying to

20   figure out and so I am finally saying, "Well,

21   get me somebody on the phone.  Find the Mayor,

22   find somebody, find the Director of the Office

23   of Emergency Management.  Find somebody that I

24   can talk to, to tell me what's happening in

25   New Orleans," because it was -- I had a total

1   disconnect.  By this time I'm a crazed man.  I

2   don't know where my family is at this point.

3   I have no idea if my wife made it.  I have no

4   idea if my granddaughter and her biological

5   grandmother made it to wherever they were

6   going.  In fact, I had no idea where in the

7   hell they were going, and that was one of my

8   paramount concerns.  So I was a blithering

9   idiot on TV.  Here's this crazy man sitting in

10  this chair on television going total nuts, and

11  nobody's wanting -- and then I developed this

12  stutter and people are going, "Well, what's

13  wrong with Norman Robinson?  Is he on drugs?"

14  They had no idea what I was going through.

15  And it was at this point, and you're thinking,

16  okay, well, I am going to be cool, I'm going

17  to be Dan Rather, I'm going to be Peter

18  Jennings.  I'm going to be -- Peter Jennings

19  and Dan Rather never had to do the hell what I

20  had to do.  They never had this -- They never

21  had this -- this -- this challenge.

22          So I am there wondering about the

23  safety of my family and whether they're going

24  to survive or not and how we're going to

25  survive and whether the city of New Orleans is

NORMAN HOLLIS ROBINSON

 1   going to survive.  Because I had no idea.

 2   Everybody was saying "This is the one we have

 3   always dreaded."  I didn't know what that

 4   meant.  I had no idea what "dread" meant.  I

 5   had no idea what "panic" meant until that

 6   particular moment.  And there was nothing I

 7   could do about it.  As much as I wanted to be

 8   calm and rational and strong and vigilant,

 9   there was nothing I could do about it because

10   my entire persona was fear, anxiety, and

11   uncertainty.

12           So I am on the air, but I got up.

13   I am on the air for the people.  I am thinking

14   about, you know, the people in New Orleans who

15   are like me; they don't know what's going on,

16   so I have got to be at least informative for

17   them, so I can give them some idea of what is

18   happening.

19           So at that point I was in the

20   catbird seat and I didn't get out of that seat

21   for three or four weeks.  And we are in the

22   garage of our sister station at a makeshift

23   studio; on the Internet first, and then

24   finally we got a signal through the religious

25   station here, W -- WHO.  I think that's the

```
 1    call letters for the station.  They let us

 2    borrow their signal because our tower was

 3    under 20 feet -- 25 feet of water in

 4    Chalmette.  And so I am like this crazed guy.

 5    It's all a blur to me.  I am on automatic

 6    pilot.  And that's the extent of my experience

 7    for the evacuation.

 8         Q.   Yes.  Some experience.  Wow.

 9              When did you get back in touch --

10    When did you establish communications with

11    your family?  How long did that take?

12         A.   It was -- The first four days, I had

13    this list of priorities.  Sorry, dear.  I had

14    this list of priorities.  I knew that my wife

15    was okay finally.  I knew that she was at her

16    sister's in Mobile.  I knew the storm didn't

17    hurt Mobile.  But I didn't know where my

18    granddaughter was.  I didn't know whether she

19    was alive or dead.  So my priority was find

20    her.  So I would stay up at night, I would

21    work until 2:00 and 3:00 in the morning and I

22    would stay up until 3:00 and 5:00 trying to,

23    first of all, call the insurance company,

24    trying to call FEMA -- Well, that's -- that's

25    an ordeal, I want to tell you.  Because you
```

1    would be on the phone,  you would be on hold

2    for them for two and three hours; trying to

3    locate your insurance company, trying to talk

4    to them, and then trying to find the Red Cross

5    to see if they had heard any word of a Barbara

6    Robinson or a Jenna Robinson or -- or any

7    Lombards, because that's where she went.  I

8    found out that she went to Picayune,

9    Mississippi.  So then I started calling the

10   Emergency Management Office and the State

11   Police in Mississippi asking them if they

12   could tell me anything, and nobody could tell

13   me anything.  I had no idea.  The only thing

14   that I knew for a fact was that the eye of the

15   storm went over Picayune.  That was not

16   encouraging.

17           So finally our big bosses -- Our

18   company is owned by Hearst Argyle out of New

19   York.  Our big bosses came in from New York

20   and they brought a whole bunch of money, they

21   brought helicopters and everything, and so I

22   related the story to them and they said,

23     "Well, we're going to get you a photographer,

24   we're going to put you in a car, we're going

25   to send you down to Picayune, Mississippi.

NORMAN HOLLIS ROBINSON

May 1, 2008

 1    You take as long as you need to to find your

 2    granddaughter."  So that's what I did.  We

 3    went down there with a photographer.  I found

 4    my granddaughter.  It was -- That was -- That

 5    was the first time I was rational in the whole

 6    process.  I found her; she was fine.  We put

 7    her in the car with us and then we started

 8    doing our jobs reporting.  So she sat in the

 9    car with a coloring book while my photographer

10    and I went out to do reports, and we ran into

11    all of these people from Mississippi and they

12    were all crying on our shoulders, wondering

13    what they were going to do.  We ran into this

14     -- this old man who couldn't find his

15    children and he wanted our help.  And we ran

16    into this -- this -- this family of people

17    from Mandeville and they had been displaced

18    and they had no contact and they all were

19    looking for help from -- from me.  So my

20    granddaughter patiently sat in the car while I

21    tried to help them.  I took their stories, I

22    took their names, I recorded their

23    experiences, and I took those stories and the

24    story of my granddaughter and we went back to

25    Jackson, Mississippi.  But again we

 1    experienced, because the -- There was a

 2    shortage of gas.  We almost ran out of gas.

 3    So I prevailed upon a service station owner to

 4    let us somehow get in line ahead of everybody

 5    else to get some gas because we had a story,

 6    and I told him about my granddaughter and I

 7    told him -- And he let us get some gas and so

 8    we made it back to Jackson, Mississippi on

 9    fumes.

10             So we took this story and we put

11    it on the air and that's how people started to

12    reconnect.  They found that they had loved

13    ones that had made it to various places, and

14    they were all like me.  They were in the same

15    condition I was.  They had no idea where their

16    people were.  Because everybody had been

17    dispersed because of this storm.  And it was

18    at that point that I realized my most

19    important job was to try to get people some

20    kind of closure on where their families were.

21    And that's what I started doing.  That became

22    my mission at that point, to tell people what

23    I knew about their families and their

24    whereabouts.

25             Q.   How long were you in Jackson

NORMAN HOLLIS ROBINSON                                          May 1, 2008

Page 42

1    overall?

2        A.    Four weeks.

3        Q.    Okay.

4        A.    About four weeks.  That's the best

5    that I can recall.  It's all a blur to me.  I

6    think I was there four weeks.

7              MR. STEVENS:

8                 Can we take a short break one

9            second.

10             MR. MYER:

11                Oh, sure.

12             MR. STEVENS:

13                I apologize for the interruption.

14             VIDEO OPERATOR:

15                You want to go off the record?

16             MR. STEVENS:

17                Yes.  Would you, please?

18             VIDEO OPERATOR:

19                Off the record.

20                (Whereupon a discussion was held

21            off the record.)

22             VIDEO OPERATOR:

23                We're back on record.

24    EXAMINATION BY MR. MYER:

25        Q.    All right.  You just told us that

NORMAN HOLLIS ROBINSON

May 1, 2008

Page 43

1    you were in Jackson for four weeks.

```
12        Q.    When did you first understand that

13   the house on Mayo Boulevard had flooded?

14        A.    When I talked to my brother-in-law.

15   My brother-in-law who lives in Algiers, that

16   side of the river was not -- was not flooded,

17   and he had been listening to reports from the

18   Deputy Police Chief, Warren Riley, who is now

19   the Police Chief, who lived in the same

20   neighborhood, and my brother-in-law was

21   feeding all of the police officers because

22   that's the way my brother-in-law is.  He had

23   all of this equipment and all these

24   generators.  That's my brother-in-law's

25   thing.  He does that.  He's a survivalist.
```

```
 1    And he was feeding all the police officers and

 2    all the first responders and all the National

 3    Guards people who would come through the

 4    neighborhood and he was sort of the

 5    neighborhood watchman, and they were telling

 6    him about the condition of the city.  And

 7    Warren Riley knew me, and the Captain of the

 8    Fifth District at the time lived across the

 9    street from me, and so they were communicating

10    and he told them that our community was -- was

11    gone.  And we still didn't believe it.

12    Because we -- I mean, I would go on the

13    satellite every day.  I would Google the

14    neighborhood and I would go, "Oh, that doesn't

15    look so bad," you know.  "It's not really that

16    bad.  Well, about two or three feet of water.

17    We can muster that.  That's not a problem."

18    We had no -- Because we had no -- no concept.

19    We had nothing, no frame of reference,

20    nothing.  We could not have imagined anything

21    of this magnitude.  There was just nothing in

22    our psyche that prepared us for this.  So we

23    -- the best we could do was Google.  And I

24    recall in getting -- I would actually get in

25    arguments with my brother-in-law.  I'd call
```

NORMAN HOLLIS ROBINSON

May 1, 2008

```
 1    him an asshole.  He said, "Man, your house is

 2    lost, I'm telling you right now. It's lost."

 3    I said, "You're an asshole.  You hadn't been

 4    out there", you know, and this whole thing.

 5    And then the whole world dropped out when my

 6    wife went back.  She was the week -- She was

 7    the first person to go back.  Because I was

 8    stuck in Jackson working and, of course, the

 9    Mayor was saying, "You can't come back if

10    you're not in this flood zone, you're not in

11    this zip code" and I am going like, "What the

12    hell does the zip code have to do with it?"

13     "Well, you can't come back, because this zip

14    code is still closed, that zip code is

15    closed," and we said, "Well, you know, the

16    water is down.  How come we can't go back to

17    check on our house?  It's our house.  We paid

18    the mortgage on it, we paid the property taxes

19    on it, we paid the city services.  Why can't

20    we go back to our neighborhood?"

21              So my wife and her friend from

22    Atlanta came down, was nice enough to come

23    down with my wife, and they sneaked into the

24    neighborhood.  And they had to break a window

25    and actually climb through to get in the house
```

1   because the doors were sealed shut because of

2   the moisture from all the water that had been

3   sitting in there for three weeks.

4           So it was when my wife told me

5   that everything was lost that I finally

6   accepted reality.  And then at this point I

7   began to try to visualize what it was like,

8   because she told me it was just -- everything

9   was just unbelievably messed up.  And so then

10  I began to be -- to get really anxious about

11  coming back to see it.  So I started hounding

12  my bosses.  You know, "Can -- When can I go

13  back?  When can I go back?"  And so finally

14  they relented and let me come back one

15  weekend.  And I tell you, we had to have -- we

16  had hired our -- When I say we, our company

17  had hired mercenaries.  They -- because of the

18  instability of the situation.  And it was the

19  mercenaries that got me and my brother-in-law

20  into my neighborhood.  The National Guard

21  didn't let anybody in.  So the mercenaries

22  flashed some kind of badge, I have no idea

23  what they were and I wasn't asking any

24  questions.  So they got me and my

25  brother-in-law to the neighborhood and I got

May 1, 2008

1    out and I could not believe it.  It just -- I

2    was crestfallen.  Had I not -- Had it not been

3    for just trying to be macho and strong, I

4    would have just -- I would have just collapsed

5    right there on the lawn.  I was not prepared

6    for it.

7              I tried to open the door and this

8    big, burly mercenary said, you know, "Stand

9    back."  So he opened the door.  Actually the

10   first time I ever saw somebody actually kick a

11   door in.  He says, "You got to know how to do

12   it; got to know where to put pressure."  He

13   kicked the door in and that's how we got in

14   our house.  And the smell coming from the

15   house, I grew up in Toomsuba, Mississippi; I

16   used two feed my uncle's hogs; that was the

17   last time I smelled a smell like that, when I

18   was feeding the hogs in the pigpen.  The smell

19   of the house, it hit me and it just took all

20   of my sense of reality away.  And I am walking

21   in and I am thinking this cannot be my house.

22   This cannot be my house.  Slime and -- and --

23   and all kind of mold growing on the wall an

24   inch thick.  My granddaughter's piano had been

25   totally dissolved as if somebody had dropped

NORMAN HOLLIS ROBINSON

May 1, 2008

Page 50

```
 1    it in a vat of acid.  And it had -- it had
 2    traveled from one side of the living room to
 3    the other side of the living room.  I couldn't
 4    find anything that resembled my house.  It was
 5    as if we had been away for 150 years and
 6    mother nature had just reclaimed everything.
 7    There was no sound of life, nothing.  Nothing
 8    green, everything gray and brown.  No birds,
 9    no squirrels, no nothing.  No pigeons,
10    nothing.  Looking for the cats?  No cats.
11    Looking for my fish?  No fish.  Nothing.
12    Everything was just total -- just total
13    ruination.  And that word kept sticking in my
14    mind, because that was my grandmother's
15    favorite word.  Ruination.  "That is going to
16    be the ruination of you."  And for the first
17    time I understood the complete and utter
18    definition of the word "ruination".  Because
19    my life at that point was ruination.  It was
20    ruined.  Everything.  Nothing.  I couldn't
21    imagine ever putting that back together.  It
22    was just horrible.  There was nothing -- I
23    still to this day do not know what happened to
24    our dining room table.  Don't know how it got
25      -- somehow it magically floated out of the
```

NORMAN HOLLIS ROBINSON

May 1, 2008

1    house.  It was too wide to get out of the

2    windows.  I have no idea.  And I know no one

3    carried it off.  Because no one could open any

4    doors in there.

5         Q.    What was the date that you got back?

6         A.    I can't remember the date.

7         Q.    October?

8         A.    It was in October.  But I don't

9    remember what day in October.  All I know, it

10   was a weekend.