```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6

 7   IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
     CONSOLIDATED LITIGATION
 8                                      NO. 05-4182
                                          "K" (2)
 9   PERTAINS TO: MRGO-ROBINSON         JUDGE DUVAL

10   FILED IN: 05-4181, 05-4182,        MAG. WILKINSON
     05-5237, 05-6073, 05-6314,
11   05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885,
12   06-2152, 06-2278, 06-2287,
     06-2824, 06-4024, 06-4065,
13   06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155,
14   06-5159, 06-5161, 06-5162,
     06-5260, 06-5771, 06-5786,
15   06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285
16

17

18

19              Videotaped Deposition of

20         MONICA HALL ROBINSON,

21   324 Delaronde Street, Algiers, Louisiana

22   70114, taken in the offices of the Andry Law

23   Firm, 610 Baronne Street, New Orleans,

24   Louisiana 70130, on Thursday, the 1st day of

25   May, 2008.
```

MONICA HALL ROBINSON                                                May 1, 2008

Page 2

```
 1    APPEARANCES:
 2
 3         LAW OFFICE OF ELWOOD C. STEVENS, JR.
           (BY: ELWOOD C. STEVENS, JR., ESQ.)
 4         1205 Victor II Blvd.
           Morgan City, Louisiana 70380
 5             ATTORNEYS FOR PLAINTIFFS
 6
           SHER, GARNER, CAHILL, RICHTER, KLEIN &
 7         HILBERT
           (BY: R. SCOTT HOGAN, ESQ.)
 8         909 Poydras Street
           Suite 2800
 9         New Orleans, Louisiana 70112
               ATTORNEYS FOR PLAINTIFFS
10
11         MCCRANIE, SISTRUNK, ANZELMO, HARDY,
           MAXWELL & MCDANIEL
12         (BY: THOMAS P. ANZELMO, ESQ.)
           3445 North Causeway Blvd.
13         Suite 800
           Metairie, Louisiana 70002
14             ATTORNEYS FOR THE BOARD OF
                  COMMISSIONERS FOR THE
15                ORLEANS LEVEE DISTRICT
                  (ALSO PRESENT)
16
17         DUPLASS, ZWAIN, BOURGEOIS, MORTON,
           PFISTER & WEINSTOCK
18         (BY: JENNIFER M. MORRIS, ESQ.)
           Suite 2900
19         3838 North Causeway Boulevard
           Metairie, Louisiana  70002
20             ATTORNEYS FOR THE BOARD OF
                  COMMISSIONERS FOR THE LAKE BORGNE
21                BASIN LEVEE DISTRICT
                  (ALSO PRESENT)
22
23         STONE, PIGMAN
           (BY: HEATHER LONIAN, ESQ.)
24         546 Carondelet Street
           New Orleans, Louisiana 70130
25             ATTORNEYS FOR WASHINGTON GROUP
                  INTERNATIONAL
```

```
 1    APPEARANCES CONTINUED:
 2
 3        UNITED STATES DEPARTMENT OF JUSTICE
          CIVIL DIVISION
 4        TORTS BRANCH
          (BY: PETER G. MYER, ESQ.)
 5        Post Office Box 888
          Benjamin Franklin Station
 6        Washington, D.C.  20044
             ATTORNEYS FOR UNITED STATES
 7
 8
 9
10
     VIDEOTAPED BY:
11       Georgette Rinkus
         Hard Video of Louisiana
12
13
     REPORTED BY:
14       ROGER D. JOHNS, RMR, CRR, RDR, CSR
         Certified Court Reporter
15       State of Louisiana
16
17
18
19
20
21
22
23
24
25
```

```
 2             I left New Orleans at about 10:30
 3   or 11:00.  I got on I-10 going east to Mobile
 4   because I knew that it was not going to hit
 5   Mobile, so I figured I'd be -- You know, I
 6   knew Mobile would get, you know, wind from it,
 7   but I'd be sort of safe.  And after going to
 8   Atlanta, I know I wouldn't be able to make it
 9   to Atlanta, so I wouldn't even attempt that.
10   I think I got to -- I got to Biloxi.  It took
11   about two or three hours to get to Biloxi.
12   The traffic was just a big parking lot.  I
13   said, I want to get off and go down 90.  So I
14   got off at Biloxi to go down 90, and I am
15   driving down 90 and, you know, I am just
16   breezing along the road and then all of a
17   sudden it was all the traffic in the world.
18   And it just clogged up.  Well, I found out
19   later, I guess after the hurricane in the
20   paper or on the news in Mobile, they shut down
21   the interstates in Mississippi.  So everybody
22   that was trying to leave all of a sudden had
23   to get on surface roads.  Well, I guess they
24   had to take back ways, because I did know the
25   brim was out, that same -- the Rigolets I
```

```
 1   guess they call it, on 90 in Louisiana, that
 2   was out.  But everybody had cut through to get
 3   down on 90 so they could go -- because they
 4   didn't shut 90 down.  So it's like a big
 5   parking lot.
 6             So I think I got to -- I got
 7   through Gulfport and I got to -- Which is
 8   first, Biloxi or Gulfport?  It's Biloxi first
 9   and then Gulfport, right?  Gulfport and
10   Biloxi.  I'm sorry, I got off at Gulfport.
11   Let me change that.  And I got a little bit
12   past Biloxi and there was a bridge between
13   Biloxi and Pascagoula maybe.  It's one of
14   those bridges.  It was like the last thing I
15   had to go over.  But the traffic was not
16   moving.  And my dread was that I would be
17   sitting on this bridge and the hurricane would
18   come in.  So I said, you know, I got to figure
19   out another way to go.  So I saw a street -- I
20   think it was a Washington Avenue in one --
21   maybe Biloxi that forked off, so I took that
22   and I saw some little guys and I am like,
23    "Will this take me north?"  So I took -- You
24   know, I kind of like asked around and got
25   directions and found my way back under the
```

```
 1   interstate.  Of course, they weren't letting
 2   people back on the interstate.  If you got off
 3   to get gas, you couldn't get back on.  It was
 4   horrible.  And I saw a state trooper and I
 5   said, "Well, how do I get to Mobile?"  He
 6   said, "Well, take this road and go up and
 7   you'll see -- you know, go this many miles and
 8   you'll see this restaurant or whatever, turn
 9   on that street" and it was -- it turned out to
10   be a road that took me into Mobile on the
11   north side of town by the highway.  It took me
12   way out of the way.  It took me seven hours to
13   get from New Orleans to Mobile, which is
14   normally a two hour drive.
15        Q.   Ouch.
16        A.   I had my cat in the car.  The one
17   cat that survived was in her carrier.  You
18   know, I couldn't stop to let her out, so the
19   poor thing couldn't go to the bathroom all
20   day.  You know, I always travel with a
21   pillow.  So I had just like two bags of
22   clothes and pillows and stuff piled up, but I
23   didn't really try to take -- I took some
24   things upstairs in the house before I left.  A
25   lot of stuff, like a lot of our really nice
```

MONICA HALL ROBINSON                                           May 1, 2008

Page 25

```
 1    artwork I left on the wall because I was
 2    rushing.  A lot -- I really didn't try to take
 3    that much stuff in the car.  So I didn't have
 4    a whole lot.  But I mainly had the cat in the
 5    back in her carrier.
 6         Q.   So then you got to Mobile and --
 7    your sister's there?
 8         A.   I got to Mobile and got my sister's
 9    house and we kind of, you know, slept through
10    the storm and didn't have power for about
11    three or four days.
```