```
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
5
6
7   IN RE:  KATRINA CANAL BREACHES      CIVIL ACTION
        CONSOLIDATED LITIGATION
8                                       NO. 05-4182
                                            "K" (2)
9   PERTAINS TO:  MRGO-ROBINSON          JUDGE DUVAL

10  FILED IN:  05-4181, 05-4182,         MAG. WILKINSON
        05-5237, 05-6073, 05-6314,
11      05-6324, 05-6327, 05-6359,
        06-0225, 06-0886, 06-1885,
12      06-2152, 06-2278, 06-2287,
        06-2824, 06-4024, 06-4065,
13      06-4066, 06-4389, 06-4634,
        06-4931, 06-5032, 06-5155,
14      06-5159, 06-5161, 06-5162,
        06-5260, 06-5771, 06-5786,
15      06-5937, 07-0206, 07-0621,
        07-1073, 07-1271, 07-1285
16
17
18
19              Videotaped Deposition of
20                KENT PAUL LATTIMORE,
21  3224 East St. Bernard Highway, Meraux,
22  Louisiana 70075, taken in the offices of the
23  Andry Law Firm, 610 Baronne Street, New
24  Orleans, Louisiana 70130, on Thursday, the 1st
25  day of May, 2008.
```

Page 2

```
 1    APPEARANCES:
 2
 3         LAW OFFICE OF ELWOOD C. STEVENS, JR.
           (BY: ELWOOD C. STEVENS, JR., ESQ.)
 4         1205 Victor II Blvd.
           Morgan City, Louisiana 70380
 5              ATTORNEYS FOR PLAINTIFFS
 6
           SHER, GARNER, CAHILL, RICHTER, KLEIN &
 7         HILBERT
           (BY: R. SCOTT HOGAN, ESQ.)
 8         909 Poydras Street
           Suite 2800
 9         New Orleans, Louisiana 70112
                ATTORNEYS FOR PLAINTIFFS
10
11         MCCRANIE, SISTRUNK, ANZELMO, HARDY,
           MAXWELL & MCDANIEL
12         (BY: THOMAS P. ANZELMO, ESQ.)
           3445 North Causeway Blvd.
13         Suite 800
           Metairie, Louisiana 70002
14              ATTORNEYS FOR THE BOARD OF
                    COMMISSIONERS FOR THE
15                  ORLEANS LEVEE DISTRICT
                    (ALSO PRESENT)
16
17         DUPLASS, ZWAIN, BOURGEOIS, MORTON,
           PFISTER & WEINSTOCK
18         (BY:  JENNIFER M. MORRIS, ESQ.)
           Suite 2900
19         3838 North Causeway Boulevard
           Metairie, Louisiana  70002
20              ATTORNEYS FOR THE BOARD OF
                    COMMISSIONERS FOR THE LAKE BORGNE
21                  BASIN LEVEE DISTRICT
                    (ALSO PRESENT)
22
23         STONE, PIGMAN
           (BY: HEATHER LONIAN, ESQ.)
24         546 Carondelet Street
           New Orleans, Louisiana 70130
25              ATTORNEYS FOR WASHINGTON GROUP
                    INTERNATIONAL
```

KENT P. LATTIMORE                                                     May 1, 2008

Page 3

```
 1
     APPEARANCES CONTINUED:
 2

 3        UNITED STATES DEPARTMENT OF JUSTICE
          CIVIL DIVISION
 4        TORTS BRANCH
          (BY: PETER G. MYER, ESQ.)
 5        Post Office Box 888
          Benjamin Franklin Station
 6        Washington, D.C.   20044
              ATTORNEYS FOR UNITED STATES
 7

 8

 9

10   VIDEOTAPED BY:
          Georgette Rinkus
11        Hard Video of Louisiana

12

13   REPORTED BY:
          ROGER D. JOHNS, RMR, CRR, RDR, CSR
14        Certified Court Reporter
          State of Louisiana
15

16

17

18

19

20

21

22

23

24

25
```

19    Q.            To walk through now the
20 painful memories of what happened, when did
21 you -- to take you back to that weekend, when
22 did you first appreciate that a hurricane was
23 threatening New Orleans?
24    A.    Well, we -- we signed up to go on a
25 cruise leaving out of New Orleans on

```
 1    Saturday.  And I believe that was the 27th.
 2    And the cruise line, you know, the thing
 3    turned -- the -- the isthmus of Florida, it
 4    was coming in the Gulf and Bob Breck, I'll
 5    never forget, he was saying it was going to
 6    miss us.  And, you know, I was calling the
 7    people who we were going on the cruise and
 8    they were saying they were going to go still,
 9    and we get down there and they said, if you
10    don't want to go, they will refund us.  We
11    were already down there and packed up and I
12    figured Bob Breck knew, you know, it wasn't
13    going to hit us.  So we got on the cruise ship
14    and we leave out of the mouth -- We were going
15    down the river.
16         Q.   Yikes.
17         A.   Yeah.
18         Q.   So, unfortunately, you were cruising
19    when it actually hit New Orleans?
20         A.   Yes, sir.
```

```
11       Q.   When did you first understand that
12   the neighborhood had been flooded?
13       A.   We were watching CNN.
14       Q.   From the ship?
15       A.   From the ship.  Watching all the
16   mess that was going on, and they -- they
17   really didn't tell you any information about
18   St. Bernard Parish at all.
19       Q.   Right.  Right.
20       A.   So we didn't know -- There was a
21   couple of guys that were from Chalmette and we
22   were hearing different reports.  Nobody really
23   knew anything.
24       Q.   Right.  When did you first realize
25   -- When did you -- How long were you on the
```

```
1   ship?
2      A.   It was a five, seven day cruise.  We
3   left out of New Orleans that Saturday and they
4   couldn't bring us back to New Orleans.  They
5   had some ships and stuff that something had --
6   like there wasn't a path and there was no
7   place really -- So they brought us to
8   Galveston, Texas.
```

21      A.   And I got a ride with them from some

22   -- Paradis or something.  I met them in

23   Paradis and we came across -- we got across

24   the bridge here, and they were all at each

25   other's throats, they were fighting and

```
 1    deciding where to go, and I just -- they
 2    stopped on Poydras Street and I jumped out of
 3    the truck and started jogging to where I left
 4    my vehicle.
 5         Q.   Where was that?
 6         A.   That was up on Burgundy Street.
 7         Q.   Okay.  What kind of vehicle was it?
 8         A.   I have a Toyota Tundra.
 9         Q.   Okay.  Do you remember what the date
10    was, that trip back into New Orleans?
11         A.   Well, the -- That was September
12    10th, I believe, 2005.
13         Q.   Okay.  Did you have any chance that
14    day to get out to Chalmette and see --
15         A.   Yes, I did.  I didn't know if my
16    vehicle was going to even be there or be
17    flooded or what kind of condition.  And it was
18    -- it was -- it was there, it was intact, and
19    I just jumped in.
```

16      Q.   What did you find when you got to
17   9117 St. Bernard?
18      A.   It was just -- It was just -- The
19   door was kicked open.  A tree had hit the
20   trailer.  My office was broken into.
21   Everything -- It was just like everything was
22   just, you know, jumbled to the point, you
23   know, you couldn't even -- you couldn't even
24   get in.  It was so hot, to bust through the
25   office and, you know, the furniture and stuff