UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____ | § | |

ORDER

This cause having come before the Court on the motion of the Defendant, the United

States of America, to exclude as irrelevant all evidence of "mental anguish and inconvenience"

at the trial of this matter, and the Court being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED, and DECREED that the motion of the Defendant, the United

States of America, is granted, and all evidence of "mental anguish and inconvenience" is

excluded at the trial of this matter.

DONE at New Orleans, Louisiana this __ day of _____, 2009.


_____
UNITED STATES DISTRICT JUDGE