UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | |
| | | **NO.  05-4182** |
| **PERTAINS TO: BARGE** | | **and consolidated cases** |
| | | |
| *Boutte v. Lafarge* | 05-5531 | **SECTION "K" (2)** |
| *Mumford v. Ingram* | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | **JUDGE** |
| *Perry v. Ingram* | 06-6299 | **STANWOOD R. DUVAL, JR.** |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | **MAGISTRATE** |
| Lafarge v. USA | 07-5178 | **JOSEPH C. WILKINSON, JR.** |

**FINAL WITNESS LIST ON BEHALF OF**
**ZITO FLEETING, LLC  AND ZITO FLEETING, INC.**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) as extended, ZITO Fleeting, LLC and ZITO Fleeting, Inc. ("ZITO"), submit this final fact and expert witness list for the individual trial(s) that had been set for July, 2009 and that are to be re-scheduled by the Court.

**FACT WITNESS LIST**

1. Ed Busch
   To testify concerning communication and alleged communication between Lafarge and ZITO.

2. Barry Boudreaux

1

|  | To testify concerning ZITO's relationship with Lafarge and Ingram, transportation of Barge ING 4727, and events of August 27, 2005. |
|---|---|
| 3. | Chad Wershbale<br>To testify concerning ZITO's relationship with Lafarge and Ingram, transportation of Barge ING 4727, and events of August 27, 2005. |
| 4. | Patrick Morton<br>To testify concerning ZITO's relationship with Ingram and transportation of Barge ING 4727. |
| 5. | Witnesses from the IPET group<br>To testify concerning the creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005. |
| 6. | Witnesses from the ILIT group<br>To testify concerning the creation and genesis of the ILIT Report, including the various studies, analyses, and conclusions detailed in the ILIT Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005. |
| 7. | Witnesses from the Team Louisiana group<br>To testify concerning the creation and genesis of the Team Louisiana Report, including the various studies, analyses, and conclusions detailed in the Team Louisiana Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005. |
| 8. | Daniel Mecklenborg<br>To testify concerning the relationship between ZITO and Ingram. |
| 9. | Representative(s) from AT&T Southeast and/or Bell South to authenticate records and/or testify regarding phone calls made from Lafarge's facility on or around 8/27/05. |
| 10. | Witnesses to authenticate evidence to be used at trial. |
| 11. | Any and all witnesses listed, subpoenaed or called by any other party (ies). |
| 12. | Any and all witnesses needed for rebuttal and/or impeachment. |
| 13. | For purposes of Case Management and Scheduling Orders Nos. 5 and 7, |

ZITO and Lafarge comprise the "Barge Interests" category of parties in this matter. ZITO is submitting this list of witnesses with the intent to avoid further duplicating witnesses identified in Lafarge's List of Witnesses.

14. ZITO reserves the right to supplement and amend this list as additional information becomes available.

## EXPERT WITNESSES

1. Edward L. Shearer, P.E.
   Shearer & Assoc.
   3663 NASA Road One #608
   Seabrook, TX

   Mr. Shearer may testify about industry standards regarding movement, transportation and mooring arrangements/responsibilities for barges at third party fleets and wharves.

2. Captain John F. Whiteley
   P. O. Box 342
   St. Albans, WV
   www.whiteleyglobal.com

   Captain Whiteley may testify about maritime regulations and industry standards regarding movement, transportation and mooring arrangements/responsibilities for barges at third party fleets and wharves;

3. Any and all others experts that may be needed regarding issues relative to maritime activities, the cause of the floodwall breach, flood modeling, computer or other simulations, nature and extent of damages, causation, and any other relevant issues, specifically including the experts identified in Lafarge's witness lists.

4. For purposes of Case Management and Scheduling Order No. 5 and 7, Zito and Lafarge comprise the "Barge Interests" category of parties in this matter. Zito is submitting this list of experts with the intent to avoid duplicating experts in fields of expertise that have been identified in Lafarge's list of experts.

5. Active discovery is ongoing and Zito reserves the right to supplement and amend this list in accordance with law and court order.

Respectfully submitted,

**/s/ C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Email: bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of April, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile transmissions, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

**/s/ C. William Emory**