UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

**DEFENDANT UNITED STATES' MOTION *IN LIMINE*
TO BAR INTRODUCTION OF EVIDENCE
WHICH REMOVES THE MRGO FROM EXISTENCE**

Defendant United States of America respectfully moves the Court to bar the introduction of any evidence which removes the MRGO from existence.  In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, the exhibits attached thereto, and the entire record.

This motion *in limine* is respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR
        Assistant Director, Torts Branch

        s/ Paul Levine
        PAUL LEVINE
        Trial Attorneys
        ROBIN SMITH
        Senior Trial Counsel
        Civil Division, Torts Branch
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 353-2574 / (202) 616-5200 (Fax)

        Attorneys for the United States of America

Dated: April 3, 2009

## CERTIFICATE OF SERVICE

I, Paul Levine, hereby certify that on April 3, 2009, I served a true copy of the Defendant United States' Motion *in Limine* to Bar Introduction of Evidence Which Removes the MRGO from existence.

                                             /s/ Paul Levine
                                             PAUL LEVINE