# Exhibit 1 Part A

# Flow Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT
Scenario 1, 2A, 2B, 2C, 2D, 3

L. de Wit, B. Maaskant, M. Kok and J.K. Vrijling

23rd June 2008
Ref: LdW/1474/08202/D





before Katrina, and 40 Arpent levee as is before Katrina). The third simulation reflects the 1958 healthy wetlands conditions with a MRGO maintained at authorized dimensions (depth and width MRGO as designed, pre-Katrina levees along MRGO). The model area for Scenario 1 and 3 includes the IHNC, MRGO Reach 1 and 2, the west part of Lake Borgne including the GIWW, the west boundary is the 40 Arpent levee (see Figure 1.1). For Scenario 2C the area between the 40 Arpent levee and Mississippi is included in the model area. In the appendix some additional Scenario 2 simulations (2A, 2B, 2D) can be found. Scenario 2A is similar to 2C, but without levees along the MRGO and the 40 Arpent levee is at 17.5 ft to represent a potential LPV levee and the grid ends at this levee. Scenario 2B is also similar to 2C, but without levees along the MRGO. Scenario 2D is similar to Scenario 2B, but with spoil piles along MRGO Reach 2. A summary of all scenarios is shown in Table 1.1.

*Table 1.1 FINEL MRGO Scenarios for hurricane Katrina conditions*

| Scenario | MRGO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|----------|--------------|--------------|---------------|-----------------|------------|
| 1 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 |
| 2C | None | Pre MRGO | Existing 8/2005 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Pre MRGO 1958 |
| 2A | None | Pre MRGO | None | LPV authorized | Pre MRGO 1958 |
| 2B | None | Pre MRGO | None | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 2D | None | Pre MRGO | Spoil piles 8/1965 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |

The FINEL numerical model was developed by Svašek Hydraulics and the Fluid Mechanics section of the Civil Engineering faculty of the Delft University of Technology in the Netherlands. The model has been used for hydrodynamic simulations all over the world. The validity and calibration of the model has been extensively tested on projects such as the Western Scheldt estuary, the North Sea (the Netherlands), Dublin flooding (North Ireland), Hazira (India), Posorja (Ecuador), etc. For publications carried out with FINEL and a technical description see [Ref. 2 & 3].

The numerical flow model FINEL is based on the depth averaged equations for 2-dimensional horizontal flow, the equations of Saint Venant. In FINEL this system of equations is solved with a robust numerical finite element method, which can easily handle drying and flooding. The FINEL model is based on the same principles as the SOBEK model, which is used in the flooding study carried out in 2007 [Ref. 4]. The reason that we use the FINEL model is that the model area in FINEL is divided into a number of triangles, the so-called elements, instead of a grid consisting of squares which is used in SOBEK. The size and distribution of the triangles can vary over the grid, so complicated geometries are easily represented in the schematization and the grid can be more detailed in areas of specific interest. (See Figure 2.1). This is very important in the complex area around New Orleans, with channels which require a lot of detail adjacent to higher ground which require less.




## 2.2    Scenario 2C: The 'virgin' no-MRGO Scenario and a simulated Katrina storm with pre-Katrina MRGO levees and 40 Arpent levee crest at 6.5 ft+NAVD

### 2.2.1    Description of Scenario

In order to interpret the full impacts of the MRGO we decided to run a Katrina storm with a scenario run without the MRGO channel with the pre-Katrina MRGO levees. For this, we added the pre-Katrina levees to the situation of to the late 1950s. Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 model input in the following ways:

(1)    90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);

(2)    MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;

(3)    The levees along MRGO Reach 1 and 2 are at their pre-Katrina crest elevations (same as in Scenario 1);

(4)    Bayou  LaLoutre ridge is restored to fill-in the hole dredged for MRGO Reach 2;

(5)    The area between the 40 Arpent levee and the Mississippi is added to the model grid. The pre-Katrina crest level of 6.5 ft NAVD is used for the 40 Arpent levee.

(6)    The Cypress trees originally present between the MRGO and the 40 Arpent levees have influence on the water current velocities and the wind velocities. A higher Manning's roughness is used for the  Cypress forests reflecting their greater frictional impacts on surge currents, and the wind velocities are reduced by 80% inside the Cypress forests due to the wind break/canopy effect of tall forests.

### 2.2.2    FINEL model input data

The FINEL model is set up to utilize the metric system, so all data is thus subsequently converted to feet. The coordinate system used in the simulations is UTM (zone 15 R). Input data that was received in longitude and latitude was translated accordingly.

**Model grid**
The model grid used for Scenario 2C is expanded from that used for Scenario 1 with the area between the 40 Arpent levee and the Mississippi River added to the grid. See Figure 2.14.





Flow Modeling MRGO                                                        FINAL REPORT 23rd June 2008



*Figure 2.14: Model grid FINEL Scenario 2C, including area between 40 Arpent and Mississippi. Note the grid is denser in channel areas to more accurately simulate the flow conditions.*

**Bathymetry and Topography**
The bathymetry for Scenario 2C is modified to represent the conditions prior to the construction of the MRGO, but with the pre-Katrina levees along the MRGO. Reach 2 of the MRGO is filled to the height of the surrounding marshes and swamps in the grid. Reach 1 is modified to the original GIWW design dimensions of 150 ft wide and 12 ft deep, as provided by the Robinson experts. The levees along MRGO Reach 1 and 2 are input at their pre-Katrina crest elevations provided by the Robinson experts. The marshes and swamps around Lake Borgne are, where needed, restored to a 1950s elevation of 2.5 ft+NAVD88. A land-water map provided by the Robinson experts has been used to construct the original small water streams in the marshes. The topography of the area between the 40 Arpent levee and the Mississippi is taken from LIDAR data, provided by Robinson experts. The 40 Arpent levee has a pre-Katrina crest level of 6.5 ft+NAVD88. The resulting topography and bathymetry for the model area are shown in Figure 2.15.

                              38                              

Flow Modeling MRGO                                          FINAL REPORT 23rd June 2008



*Figure 2.15: Bathymetry FINEL model area Scenario 2C*

**Simulation period**
The simulation starts at 12h00 LT 28th August 2005 and continues until 24h00 29th August 2005.

**Boundary conditions**
The boundary conditions consist of water level time series from the constructed Scenario 2 hydrographs, provided to us by the Robinson experts. ADCIRC outputs with and without the

 

MRGO are used to modify Scenario 1 outputs reducing the maximum surge and delaying the peak at Shell Beach at Reach 2.

Figure 2.16 shows the locations of the boundary conditions and Table 2.10 gives the corresponding locations which are used for every boundary. The boundary time series themselves are shown in Figure 2.17. All boundaries not mentioned in Table 2.10 are closed boundaries.



*Figure 2.16: Location boundary conditions FINEL flow model*

*Table 2.10: Boundary conditions*

|   | Boundary | Used hydrograph2 (modified ADCIRC) |
|---|----------|-----------------------------------|
| 1 | Lake Pontchartrain | IHNC@LakeP |
| 2 | IHNC Locks | Closed boundary (discharge=0) |
| 3 | GIWW | NOEbackA |
| 4 | Lake Borgne | Interpolation between 3 and 5 |
| 5 | MRGO | Shell Beach |



*Figure 2.17: Time series boundary conditions FINEL flow model Scenario 2C*





**Bottom roughness**

In the model area a spatial variable Manning coefficient is used for the bottom roughness. The Manning roughness coefficients used are based on years of experience in modeling coastal environments. These data were collaborated with other data sets such as from the US Geological Survey (http://www.fhwa.dot.gov/bridge/wsp2339.pdf), the world renowned book Open-channel hydraulics [Ref. 5] and IPET [Ref. 6]. For each scenario the spatial extent of the Manning's used is based on the presence or lack of wetlands; shoreline location and presence; and lack or presence of levees. In 1958 Cypress forests existed between the MRGO and the 40 Arpent levees (Figure 2.18). The Cypress trees cause friction on the flow, this influence is taken into account by a higher roughness coefficient. In a map provided by Robinson experts, two types of Cypress forests are distinguished: normal (Manning n=0.1 m$^{-1/3}$s) and dense (Manning n=0.12 m$^{-1/3}$s). At the strip of land along the MRGO levees a roughness representing grass (Manning n=0.034 m$^{-1/3}$s) is used. The Manning roughness coefficients are shown in Figure 2.19 and summarized in Table 2.11.



*Figure 2.18: Photograph of cypress trees in swampy areas (send to us by Robinson experts)*



*Figure 2.19: Manning roughness coefficient FINEL model area Scenario 2C. The cypress areas are red (dark red = dense cypress trees, light red = normal cypress trees).*

 

*Table 2.11: Manning coefficient (based on: IPET Volume IV appendix page IV-5-102 [Ref. 6])*

| Area | Manning coefficient n ($m^{-1/3}s$) |
|------|-------------------------------------|
| Open water | 0.02 |
| Marsh along Lake Borgne | 0.05 |
| Grass at levees | 0.034 |
| Normal Cypress forest | 0.1 |
| Dense Cypress forest | 0.12 |
| Commercial area next to IHNC | 0.07 |
| Low residential area between 40Arpent and Mississippi | 0.07 |

**Wind**

To take into account the influence of wind on the water motion, spatial variable wind fields are used in the flow calculations with FINEL. The wind fields were provided to us by the Robinson experts spaced at 30 minute intervals. Within the cypress forest the influence of the wind on water movement is dramatically reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by Dr Robinson experts) within the Cypress forests (both dark red and light red areas in Figure 2.19). Also for the strip of levees along the MRGO inside the Cypress forests the wind velocities are reduced. We are confident with this arrangement because for most of the simulation period the wind is blowing perpendicular to the MRGO Reach 2 and the forest northeast of the MRGO would have reduced the winds at the levees. The wind speed surface stress is calculated by:

$$\frac{\tau_{wind,x}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,x} - U_x),$$

$$\frac{\tau_{wind,y}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,y} - U_y).$$

With:

$C_d$      = wind drag coefficient (-),
$W_{10}$   = wind speed at 10 meter height (m/s),
$U$        = water velocity (m/s).

The wind drag is defined by Garrat's drag formula (Garrat 1977):

$C_d = (0.75 + 0.067W_{10}) \times 10^{-3}$

## 2.2.3     Results

The FINEL flow model is used to produce details of the water current. This section shows the results of Scenario 2C: The 'virgin' no-MRGO Scenario and a simulated Katrina storm with pre-Katrina MRGO levees and 40 Arpent levee crest at 6.5 ft+NAVD. The results are shown on 6 time steps on the day Katrina struck, 29th August 2005, namely:

1. 4:00am Local Time;
2. 5:00am Local Time;
3. 6:00am Local Time;
4. 7:00am Local Time;
5. 8:00am Local Time;
6. 9:00am Local Time.

**Area plots**

The water levels in the model area for these time steps are shown in Figure 2.20. The current velocities are shown in Figure 2.21.  A close up along MRGO Reach 1 is shown in Figure 2.22, and along MRGO Reach 2 in Figure 2.23. Compared with Scenario 1 the surge in the IHNC and MRGO Reach 1 is lower. Overtopping over the MRGO Reach 1 and 2 levees starts approximately 1 hour later and remains less than in Scenario 1. The Cypress forests along Lake Borgne in front of the MRGO Reach 2 levees with high bottom friction and low wind velocities reduce the flow velocities, leading to reduced wind set up and reduced surge elevation.





Flow Modeling MRGO                                      FINAL REPORT 23rd June 2008





*Figure 2.20a: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2C at 4:00am, 5:00am local time.*



43







*Figure 2.20b: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2C at 6:00am, 7:00am local time. Note the reduction in surge level of 1 foot in front of the MRGO Reach 2 levees between X=801-805 km caused by the wind reduction inside the Cypress forest.*

 

Flow Modeling MRGO                                        FINAL REPORT 23rd June 2008





*Figure 2.20c: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2C at 8:00am, 9:00am local time. Note the reduction in surge level of 1 foot in front of the MRGO Reach 2 levees between X=801-805 km caused by the wind reduction inside the Cypress forest. Surge amplification 16-17 ft NAVD in front of the MRGO levees and some flooding in St Bernard Parish. The flooding in St Bernard Polder represents contribution from levee overtopping only.*





Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



Figure 2.21a: Spatial current velocities for Scenario 2C at 4:00am, 5:00am local time. Note the high current velocities in MRGO Reach 1.

 

Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



Figure 2.21b: Spatial current velocities for Scenario 2C at 6:00am, 7:00am local time. Note the high current velocities in MRGO Reach 1.

 



*Figure 2.21c: Spatial current velocities for Scenario 2C at 8:00am, 9:00am local time. Note the high current velocities in MRGO Reach 1.*

 



*Figure 2.22a: Spatial current velocities (magnitude with color scale, direction with arrows) IHNC, MRGO Reach 1 and funnel for Scenario 2C at 4:00am local time.*



49





*Figure 2.22b: Spatial current velocities (magnitude with color scale, direction with arrows) IHNC, MRGO Reach 1 and funnel for Scenario 2C at 5:00am local time.*






Figure 2.22c: Spatial current velocities (magnitude with color scale, direction with arrows) IHNC, MRGO Reach 1 and funnel for Scenario 2C at 6:00am local time.






*Figure 2.22d: Spatial current velocities (magnitude with color scale, direction with arrows) IHNC, MRGO Reach 1 and funnel for Scenario 2C at 7:00am local time. Note difference with Scenario 1: overtopping at southern side of the MRGO Reach 1 has not started yet.*

 



*Figure 2.22e: Spatial current velocities (magnitude with color scale, direction with arrows) IHNC, MRGO Reach 1 and funnel for Scenario 2C at 8:00am local time. Note overtopping has started at southern side MRGO Reach 1, one hour later than in Scenario 1. The flooding represents contribution from levee overtopping only.*




Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



Figure 2.22f: Spatial current velocities (magnitude with color scale, direction with arrows) IHNC, MRGO Reach 1 and funnel for Scenario 2C at 9:00am local time. Note levee overtopping velocities of about 4 feet per second at the levee crest. Only overtopping over part of Reach 1 levees. The flooding represents contribution from levee overtopping only.

                    54                    



*Figure 2.23a: Spatial current velocities (magnitude with color scale, direction with arrows) MRGO Reach 2 for Scenario 2C at 4:00am, 5:00am local time.*

 





*Figure 2.23b: Spatial current velocities (magnitude with color scale, direction with arrows) MRGO Reach 2 for Scenario 2C at 6:00am, 7:00am local time. Note difference with Scenario 1: overtopping at MRGO Reach 2 has not started at 7:00am.*

 

Flow Modeling MRGO                                                    FINAL REPORT 23rd June 2008



Figure 2.23c: Spatial current velocities (magnitude with color scale, direction with arrows) MRGO Reach 2 for
        Scenario 2C at 8:00am, 9:00am local time. Note overtopping has started at southern side
        MRGO Reach 1 at 8:00 am, one hour later than in Scenario 1. Levee overtopping velocities of
        about 8 feet per second at the levee crest. The flooding represents contribution from levee
        overtopping only.

                                57                                

**Detailed flow information at several locations**

At the same locations as in Scenario 1 (see Figure 2.24 and Table 2.12) detailed information about current velocities and water levels are given in Figure 2.25. The details are summarized in Table 2.13 to Table 2.18.



*Figure 2.24: Output locations Scenario 2C*

*Table 2.12: Coordinates output locations*

| Loc | Name | lat [N] | lon [W] | UTM [m] | UTM [m] |
|-----|------|---------|---------|---------|---------|
| 1 | B. Bienvenue | 29°59' 54.51" | 89°54' 55.54" | 797571 | 3322628 |
| 2 | Station 430 | 29°59'12.29" | 89°54' 03.80" | 798993 | 3321367 |
| 3 | Loc I | 29.97368° | 89.884833° | 800613 | 3319954 |
| 4 | MRGO Halfway | 29°58' 5.11" | 89°52' 40.14" | 801540 | 3319563 |
| 5 | Station 540 | 29°57'58.19" | 89°52' 32.15" | 801515 | 3319142 |
| 6 | B. Dupre | 29°56' 5.52" | 89°50' 12.26" | 805355 | 3315765 |
| 7 | GIWW@BackB | 30° 01.597' | 89°52.291' | 801670 | 3325901 |
| 8 | Loc II 40Arpent | | | 798527 | 3316406 |
| 9 | Loc A 40 Arpent | | | 791213 | 3319277 |
| 10 | Loc B 40 Arpent | | | 801991 | 3309702 |
| 11 | Loc C 40 Arpent | | | 808892 | 3310020 |
| 12 | Loc D 40 Arpent | | | 812966 | 3305607 |

 



*Figure 2.25a: Results for location 1, 2 and 3 Scenario 2C from 4:00am to 9:00am*




Flow Modeling MRGO                                      FINAL REPORT 23rd June 2008



*Figure 2.25b: Results for location 3, 4 and 5 Scenario 2C from 4:00am to 9:00am*

 

Flow Modeling MRGO                                        FINAL REPORT 23rd June 2008



*Figure 2.25c: Results for location 7 and 8 Scenario 2C from 4:00am to 9:00am*

 

*Table 2.13: Summary results Scenario 2C at 29th August 2005 4:00am*

|     |                | Requested output location |           |          | Output location at water line |           |          |
|-----|----------------|---------------------------|-----------|----------|-------------------------------|-----------|----------|
| Loc | Name           | H (ft+NAVD)               | Vel (fps) | Dir (°N) | H (ft)                        | Vel (fps) | Dir (°N) |
| 1   | B. Bienvenue   | 8.63                      | 0.50      | 289      | 8.59                          | 1.26      | 309      |
| 2   | Station 430    | 8.97                      | 0.05      | 258      | 8.91                          | 0.90      | 328      |
| 3   | Loc I          | 9.06                      | 0.09      | 243      | 8.98                          | 0.86      | 318      |
| 4   | MRGO Halfway   | 8.91                      | 0.04      | 101      | 8.97                          | 0.93      | 153      |
| 5   | Station 540    | 8.95                      | 1.19      | 139      | 8.91                          | 0.95      | 137      |
| 6   | B. Dupre       | 9.11                      | 0.41      | 309      | 9.10                          | 0.60      | 303      |
| 7   | GIWW@BackB     | 7.85                      | 1.03      | 245      |                               |           |          |
| 8   | Loc II 40Arpent| 2.33                      | 0.07      | 126      |                               |           |          |

*Table 2.14: Summary results Scenario 2C at 29th August 2005 5:00am*

|     |                | Requested output location |           |          | Output location at water line |           |          |
|-----|----------------|---------------------------|-----------|----------|-------------------------------|-----------|----------|
| Loc | Name           | H (ft+NAVD)               | Vel (fps) | Dir (°N) | H (ft)                        | Vel (fps) | Dir (°N) |
| 1   | B. Bienvenue   | 10.44                     | 0.80      | 297      | 10.40                         | 1.48      | 309      |
| 2   | Station 430    | 10.79                     | 0.17      | 36       | 10.72                         | 0.97      | 326      |
| 3   | Loc I          | 10.76                     | 0.29      | 3        | 10.76                         | 0.84      | 326      |
| 4   | MRGO Halfway   | 10.65                     | 0.21      | 117      | 10.72                         | 1.21      | 151      |
| 5   | Station 540    | 10.68                     | 1.56      | 137      | 10.64                         | 1.34      | 136      |
| 6   | B. Dupre       | 10.80                     | 0.56      | 309      | 10.79                         | 0.71      | 301      |
| 7   | GIWW@BackB     | 9.39                      | 1.13      | 244      |                               |           |          |
| 8   | Loc II 40Arpent| 2.44                      | 0.10      | 117      |                               |           |          |

*Table 2.15: Summary results Scenario 2C at 29th August 2005 6:00am*

|     |                | Requested output location |           |          | Output location at water line |           |          |
|-----|----------------|---------------------------|-----------|----------|-------------------------------|-----------|----------|
| Loc | Name           | H (ft+NAVD)               | Vel (fps) | Dir (°N) | H (ft)                        | Vel (fps) | Dir (°N) |
| 1   | B. Bienvenue   | 12.45                     | 1.05      | 301      | 12.40                         | 1.68      | 309      |
| 2   | Station 430    | 12.83                     | 0.30      | 355      | 12.76                         | 1.02      | 324      |
| 3   | Loc I          | 12.80                     | 0.39      | 347      | 12.80                         | 0.73      | 347      |
| 4   | MRGO Halfway   | 12.66                     | 0.35      | 122      | 12.75                         | 1.55      | 150      |
| 5   | Station 540    | 12.69                     | 2.06      | 136      | 12.64                         | 1.85      | 136      |
| 6   | B. Dupre       | 12.84                     | 0.81      | 310      | 12.81                         | 0.89      | 299      |
| 7   | GIWW@BackB     | 10.98                     | 1.29      | 244      |                               |           |          |
| 8   | Loc II 40Arpent| 2.56                      | 0.13      | 113      |                               |           |          |

*Table 2.16: Summary results Scenario 2C at 29th August 2005 7:00am*

|     |                | Requested output location |           |          | Output location at water line |           |          |
|-----|----------------|---------------------------|-----------|----------|-------------------------------|-----------|----------|
| Loc | Name           | H (ft+NAVD)               | Vel (fps) | Dir (°N) | H (ft)                        | Vel (fps) | Dir (°N) |
| 1   | B. Bienvenue   | 14.78                     | 1.31      | 303      | 14.72                         | 1.91      | 309      |
| 2   | Station 430    | 15.22                     | 0.48      | 338      | 15.14                         | 1.08      | 322      |
| 3   | Loc I          | 15.20                     | 0.36      | 11       | 15.19                         | 0.74      | 7        |
| 4   | MRGO Halfway   | 15.00                     | 0.46      | 126      | 15.12                         | 1.92      | 150      |
| 5   | Station 540    | 15.04                     | 2.64      | 135      | 14.98                         | 2.39      | 135      |
| 6   | B. Dupre       | 15.22                     | 1.12      | 305      | 15.20                         | 1.08      | 297      |
| 7   | GIWW@BackB     | 12.73                     | 1.50      | 244      |                               |           |          |
| 8   | Loc II 40Arpent| 2.75                      | 0.16      | 113      |                               |           |          |





Flow Modeling MRGO                                              FINAL REPORT 23rd June 2008

*Table 2.17: Summary results Scenario 2C at 29th August 2005 8:00am*

| Loc | Name | Requested output location | | | Output location at water line | | |
|---|---|---|---|---|---|---|---|
| | | H (ft+NAVD) | Vel (fps) | Dir (°N) | H (ft) | Vel (fps) | Dir (°N) |
| 1 | B. Bienvenue | 17.00 | 1.79 | 294 | 16.96 | 2.03 | 303 |
| 2 | Station 430 | 17.41 | 0.49 | 333 | 17.33 | 0.91 | 320 |
| 3 | Loc I | 17.23 | 0.21 | 240 | 17.23 | 0.77 | 78 |
| 4 | MRGO Halfway | 16.96 | 0.79 | 138 | 17.07 | 2.21 | 149 |
| 5 | Station 540 | 16.93 | 3.21 | 135 | 16.87 | 2.90 | 136 |
| 6 | B. Dupre | 16.51 | 1.10 | 288 | 16.51 | 0.78 | 284 |
| 7 | GIWW@BackB | 15.05 | 1.66 | 244 | | | |
| 8 | Loc II 40Arpent | 2.95 | 0.20 | 110 | | | |

*Table 2.18: Summary results Scenario 2C at 29th August 2005 9:00am*

| Loc | Name | Requested output location | | | Output location at water line | | |
|---|---|---|---|---|---|---|---|
| | | H (ft+NAVD) | Vel (fps) | Dir (°N) | H (ft) | Vel (fps) | Dir (°N) |
| 1 | B. Bienvenue | 15.33 | 0.23 | 302 | 15.31 | 0.39 | 310 |
| 2 | Station 430 | 15.22 | 0.76 | 137 | 15.21 | 0.78 | 122 |
| 3 | Loc I | 15.01 | 1.60 | 125 | 15.02 | 1.92 | 127 |
| 4 | MRGO Halfway | 14.92 | 0.75 | 120 | 14.94 | 1.42 | 142 |
| 5 | Station 540 | 14.89 | 2.01 | 135 | 14.88 | 1.90 | 134 |
| 6 | B. Dupre | 14.08 | 0.15 | 312 | 14.07 | 0.24 | 359 |
| 7 | GIWW@BackB | 14.11 | 0.80 | 66 | | | |
| 8 | Loc II 40Arpent | 3.02 | 0.17 | 107 | | | |





# Appendix A:        Additional Scenarios

## A.1   Scenario 2A: The 'virgin' no-MRGO Scenario and a simulated Katrina storm without MRGO levees with 40 Arpent levee crest at 17.5 ft+NAVD

### A.1.1  Description of Scenario

Scenario 2A is similar to Scenario 2D with the following differences: no MRGO levees and the model grid of Scenario 1 is used (without the area between the 40 Arpent Levee and the Mississippi) because the 40 Arpent Levee has a crest elevation of 17.5 ft and no overflowing occurs.

Through the discovery process US Army Corps of Engineers officials have stated that if the Lake Pontchartrain and Vicinity (LPV) hurricane protection levees had not been built alongside the MRGO channel, then the 40 Arpent levees would have been the location of the LPV levees. For this reason Scenario 2 A is run assuming the LPV along the 40 Arpent levees at an elevation of 17.5 ft. For this, we have envisioned a situation similar to the late 1950s. Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 grid in the following ways:

(1)     90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);

(2)     MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;

(3)     The spoil disposal area and LPV EBSB is degraded to natural swamp or marsh elevation depending on the 1955 habitat map;

(4)     Bayou  LaLoutre ridge is restored filling the hole dredged for MRGO Reach 2;

(5)     LPV EBSB is rebuilt on alignment of 40 Arpent/Florida Avenue levee with a crest elevation of 17.5 ft (NAVD88);

(6)     The Cypress trees originally present between the MRGO and the 40 Arpent levees have influence on the water current velocities and the wind velocities. A higher Manning's roughness is used for the  Cypress forests reflecting their greater frictional impacts on surge currents, and the wind velocities are reduced by 80% inside the Cypress forests due to the wind break/canopy effect of tall forests

### A.1.2  FINEL model input data

The FINEL model is set up to utilize the metric system, so all data is thus subsequently converted to feet. The coordinate system used in the simulations is UTM (zone 15 R). Input data that was received in longitude and latitude was translated accordingly.

**Model grid**
The model grid used for Scenario 2A is equal to the model grid used in Scenario 1, see section 2.1.2.

**Bathymetry and Topography**
The bathymetry for Scenario 2A is modified to represent the conditions prior to the construction of the MRGO. Reach 2 of the MRGO is filled up to the height of the surrounding marshes and swamps in the bathymetry. Reach 1 is modified to the original GIWW design dimensions of 150 ft wide and 12 ft deep, as provided by Robinson experts. The levees and spoil disposal area next to MRGO Reach 2 are degraded to the height of the surrounding marshes and swamps. The marshes and swamps around Lake Borgne are, where needed, restored to a 1950s elevation of 2.5 ft+NAVD88. A land-water map provided by Robinson experts has been used to construct the original small water streams in the marshes. The resulting depths in the model area are shown in Figure A.1.



