# Exhibit 1 Part B



*Figure A.1: Bathymetry FINEL model area Scenario 2A*

**Simulation period**
The simulation starts at 12h00 LT 28th August 2005 and continues until 24h00 29th August 2005.





**Boundary conditions**
The boundary conditions consist of water level time series from the constructed Scenario 2 hydrographs, provided to us by the Robinson experts. ADCIRC outputs with and without the MRGO are used to modify Scenario 1 outputs reducing the maximum surge and delaying the peak at Shell Beach at Reach 2.

Figure A.2 shows the locations of the boundary conditions and Table A.1 gives the corresponding locations which are used for every boundary. The boundary time series themselves are shown in Figure A.3. All boundaries not mentioned in Table A.1 are closed boundaries.



*Figure A.2: Location boundary conditions FINEL flow model*

*Table A.1: Boundary conditions*

|   | Boundary | *Used hydrograph in 10MinuteHydrographsforDelft_pre_post_MRGOScenario 2.xls* |
|---|---|---|
| 1 | Lake Pontchartrain | IHNC@LakeP |
| 2 | IHNC Locks | Closed boundary (discharge=0) |
| 3 | GIWW | NOEbackA |
| 4 | Lake Borgne | Interpolation between 3 and 5 |
| 5 | MRGO | Shell Beach |



 

*Figure A.3: Time series boundary conditions FINEL flow model Scenario 2A*

**Bottom roughness**

In the model area a spatial variable Manning coefficient is used for the bottom roughness. The Manning roughness coefficients used are based on years of experience in modeling coastal environments. These data were collaborated with other data sets such as from the US Geological Survey (http://www.fhwa.dot.gov/bridge/wsp2339.pdf), the world renowned book Open-channel hydraulics [Ref. 5] and IPET [Ref. 6]. For each scenario the spatial extent of the Manning's used is based on the presence or lack of wetlands; shoreline location and presence; and lack or presence of levees. In 1958 Cypress forests existed between the MRGO and the 40 Arpent levees (Figure A.4). The Cypress trees cause friction on the flow, this influence is taken into account by a higher roughness coefficient. In a map provided by Robinson experts, two types of Cypress forests are distinguished: normal (Manning n=0.1 m$^{-1/3}$s) and dense (Manning n=0.12 m$^{-1/3}$s). The Manning roughness coefficients are shown in Figure A.5 and summarized in Table A.2.



*Figure A.4: Photograph of cypress trees in swampy areas (send to us by Robinson experts)*



*Figure A.5: Manning roughness coefficient FINEL model area Scenario 2A. The cypress areas are red (dark red = dense cypress trees, light red = normal cypress trees).*





*Table A.2: Manning coefficient (based on: IPET Volume IV appendix page IV-5-102 [Ref. 6])*

| Area | Manning coefficient n ($m^{-1/3}s$) |
|---|---|
| Open water | 0.02 |
| Marsh along Lake Borgne | 0.05 |
| Normal Cypress forest | 0.1 |
| Dense Cypress forest | 0.12 |
| Commercial area next to IHNC | 0.07 |

**Wind**

To take into account the influence of wind on the water motion, spatial variable wind fields are used in the flow calculations with FINEL. The wind fields were provided to us by the Robinson experts spaced at 30 minute intervals. Within the cypress forest the influence of the wind on water movement is dramatically reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by Robinson experts) within the Cypress forests (both dark red and light red areas in Figure A.5). The wind speed surface stress is calculated by:

$$\frac{\tau_{wind,x}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,x} - U_x),$$

$$\frac{\tau_{wind,y}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,y} - U_y).$$

With:

$C_d$      = wind drag coefficient (-),
$W_{10}$    = wind speed at 10 meter height (m/s),
$U$        = water velocity (m/s).

The wind drag is defined by Garrat's drag formula (Garrat 1977):

$C_d = (0.75 + 0.067W_{10}) \times 10^{-3}$

## A.1.3  Results

The FINEL flow model is used to produce details of the water currents especially along the MRGO Reach 2. This section shows the results of Scenario 2A: The 'virgin' no-MRGO Scenario and a simulated Katrina storm with 40 Arpent Levee crest at 17.5 ft. The results are shown on 6 time steps on the day Katrina struck, 29th August 2005, namely:

1. 4:00am Local Time;
2. 5:00am Local Time;
3. 6:00am Local Time;
4. 7:00am Local Time;
5. 8:00am Local Time;
6. 9:00am Local Time.

These time steps are identical to the time steps used in Scenario 1, but note that the peak of the storm in Scenario 2A has shifted in time (in the IHNC about 30 minutes later) compared with Scenario 1.

**Area plots**

The water levels in the model area for these time steps are shown in Figure A.6. The current velocities are shown in Figure A.7.  A close up along MRGO Reach 1 is shown in Figure A.8, and along GIWW/Lake Borgne in Figure A.9. The difference in current patterns and water elevations between Scenario 2 and Scenario 1 is obvious. In Scenario 2A there are no levees along the MRGO to build up surge or to guide the flow. The water can flow over the wetlands. There is no MRGO Reach 2 with a large discharge capacity and also Reach 1 is reduced in size and transport capacity. The Cypress forests with higher bottom friction and low wind velocities have a major impact on the water motion. The surge in the IHNC start to build up later and less (peak surge IHNC@Junction is around 9:00 am), therefore a flow towards Lake Pontchartrain start to develop much later than in Scenario 1 and it remains much calmer.







Figure A.6a: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2A
at 4:00am, 5:00am local time. Note surge reduction due to cypress swamp up to 6 feet.





Flow Modeling MRGO                                                    FINAL REPORT 23rd June 2008



Figure A.6b: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2A
at 6:00am, 7:00am local time. Note surge reduction due to cypress swamp by up to 5 feet.









*Figure A.6c: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2A at 8:00am, 9:00am local time.*

 

Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



Figure A.7a: Spatial current velocities for Scenario 2A at 4:00am, 5:00am local time. Note low current velocities except in the GIWW, where the surge is making use of the channel opportunity to enhance discharge.

 



*Figure A.7b: Spatial current velocities for Scenario 2A at 6:00am, 7:00am local time. Note the low current velocities except in the GIWW where velocities up to 9 feet per second are found and where the surge is making use of the channel opportunity to enhance discharge.*





Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



Figure A.7c: Spatial current velocities for Scenario 2A at 8:00am, 9:00am local time. Note the rise of the
current velocities in the IHNC; much later than in Scenario 1. The surge is making use of the
GIWW channel to enhance discharge.







*Figure A.8a: Spatial current velocities (magnitude with color scale, direction with arrows) close up at MRGO Reach 1 for Scenario 2A at 4:00am local time. Note not much flow in the MRGO Reach 1.*

 



Figure A.8b: Spatial current velocities (magnitude with color scale, direction with arrows) close up at MRGO Reach 1 for Scenario 2A at 5:00am local time.






*Figure A.8c: Spatial current velocities (magnitude with color scale, direction with arrows) close up at MRGO Reach 1 for Scenario 2A at 6:00am local time. Note some flow concentration in the MRGO Reach 1.*







*Figure A.8d: Spatial current velocities (magnitude with color scale, direction with arrows) close up at MRGO Reach 1 for Scenario 2A at 7:00am local time. Note the flow concentration in the MRGO Reach 1.*

 



Figure A.8e: Spatial current velocities (magnitude with color scale, direction with arrows) close up at MRGO Reach 1 for Scenario 2A at 8:00am local time. Note the flow concentration in the MRGO Reach 1. Difference with Scenario 1: still no currents in the IHNC.







Figure A.8f: Spatial current velocities (magnitude with color scale, direction with arrows) close up at MRGO Reach 1 for Scenario 2A at 9:00am local time. Note the current velocities in the IHNC start to grow at 9:00am; much later than in Scenario 1.







*Figure A.9a: Spatial current velocities (magnitude with color scale, direction with arrows) close up at GIWW/Lake Borgne for Scenario 2A at 4:00am, 5:00am local time.*




Flow Modeling MRGO                                          FINAL REPORT 23rd June 2008



*Figure A.9b: Spatial current velocities (magnitude with color scale, direction with arrows) close up at GIWW/Lake Borgne for Scenario 2A at 6:00am, 7:00am local time.*




Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



*Figure A.9c: Spatial current velocities (magnitude with color scale, direction with arrows) close up at GIWW/Lake Borgne for Scenario 2A at 8:00am, 9:00am local time. Note the flow direction on Lake Borgne has changed to northeast at 9:00am.*

 

**Detailed flow information at several locations**

At several locations (see Figure A.10 and Table A.3) detailed information about current velocities and water levels are given in Figure A.11. The details are summarized in Table A.4 to Table A.9.



*Figure A.10 Output locations Scenario 2A*

*Table A.3: Coordinates output locations*

| Loc | Name | lat [N] | lon [W] | UTM [m] | UTM [m] |
|---|---|---|---|---|---|
| 1 | B. Bienvenue | 29°59' 54.51" | 89°54' 55.54" | 797571 | 3322628 |
| 2 | Station 430 | 29°59'12.29" | 89°54' 03.80" | 798993 | 3321367 |
| 3 | Loc I | 29.97368° | 89.884833° | 800613 | 3319954 |
| 4 | MRGO Halfway | 29°58' 5.11" | 89°52' 40.14" | 801540 | 3319563 |
| 5 | Station 540 | 29°57'58.19" | 89°52' 32.15" | 801515 | 3319142 |
| 6 | B. Dupre | 29°56' 5.52" | 89°50' 12.26" | 805355 | 3315765 |
| 7 | GIWW@BackB | 30° 01.597' | 89°52.291' | 801670 | 3325901 |
| 8 | Loc II 40Arpent | | | 798527 | 3316406 |
| 9 | Loc A 40 Arpent | | | 791213 | 3319277 |
| 10 | Loc B 40 Arpent | | | 801991 | 3309702 |
| 11 | Loc C 40 Arpent | | | 808892 | 3310020 |
| 12 | Loc D 40 Arpent | | | 812966 | 3305607 |







*Figure A.11a: Results for location 1, 2 and 3 Scenario 2A from 4:00am to 9:00am*

     



*Figure A.11b: Results for location 4, 5 and 6 Scenario 2A from 4:00am to 9:00am*







*Figure A.11c: Results for location 7, 8 and 9 Scenario 2A from 4:00am to 9:00am*

 



*Figure A.11d: Results for location 10, 11 and 12 Scenario 2A from 4:00am to 9:00am*

 

*Table A.4: Summary results Scenario 2A at 29th August 2005 4:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|---|---|---|---|---|
| 1 | B. Bienvenue | 5.67 | 1.34 | 231 |
| 2 | Station 430 | 5.92 | 1.70 | 238 |
| 3 | Loc I | 6.47 | 0.75 | 255 |
| 4 | MRGO Halfway | 6.93 | 0.94 | 234 |
| 5 | Station 540 | 6.59 | 1.34 | 213 |
| 6 | B. Dupre | 8.12 | 1.07 | 234 |
| 7 | GIWW@BackB | 7.23 | 1.27 | 244 |
| 8 | Loc II 40Arpent | 5.27 | 0.30 | 110 |
| 9 | Loc A 40 Arpent | 4.82 | 0.10 | 276 |
| 10 | Loc B 40 Arpent | 3.34 | 0.68 | 226 |
| 11 | Loc C 40 Arpent | 6.07 | 0.40 | 268 |
| 12 | Loc D 40 Arpent | 9.20 | 0.29 | 269 |

*Table A.5: Summary results Scenario 2A at 29th August 2005 5:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|---|---|---|---|---|
| 1 | B. Bienvenue | 6.66 | 1.65 | 234 |
| 2 | Station 430 | 7.11 | 2.07 | 238 |
| 3 | Loc I | 7.87 | 0.94 | 257 |
| 4 | MRGO Halfway | 8.34 | 1.15 | 237 |
| 5 | Station 540 | 8.04 | 1.50 | 218 |
| 6 | B. Dupre | 9.71 | 1.27 | 234 |
| 7 | GIWW@BackB | 8.56 | 1.52 | 244 |
| 8 | Loc II 40Arpent | 6.54 | 0.37 | 111 |
| 9 | Loc A 40 Arpent | 5.95 | 0.13 | 279 |
| 10 | Loc B 40 Arpent | 4.19 | 0.67 | 228 |
| 11 | Loc C 40 Arpent | 8.01 | 0.58 | 269 |
| 12 | Loc D 40 Arpent | 11.23 | 0.27 | 281 |

*Table A.6: Summary results Scenario 2A at 29th August 2005 6:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|---|---|---|---|---|
| 1 | B. Bienvenue | 7.99 | 1.98 | 236 |
| 2 | Station 430 | 8.66 | 2.41 | 238 |
| 3 | Loc I | 9.60 | 1.10 | 260 |
| 4 | MRGO Halfway | 10.07 | 1.35 | 240 |
| 5 | Station 540 | 9.84 | 1.67 | 222 |
| 6 | B. Dupre | 11.62 | 1.50 | 236 |
| 7 | GIWW@BackB | 9.93 | 1.83 | 244 |
| 8 | Loc II 40Arpent | 8.52 | 0.47 | 111 |
| 9 | Loc A 40 Arpent | 7.61 | 0.20 | 284 |
| 10 | Loc B 40 Arpent | 5.94 | 0.59 | 236 |
| 11 | Loc C 40 Arpent | 10.46 | 0.74 | 269 |
| 12 | Loc D 40 Arpent | 13.76 | 0.28 | 286 |

 

*Table A.7: Summary results Scenario 2A at 29th August 2005 7:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|---|---|---|---|---|
| 1 | B. Bienvenue | 9.82 | 2.29 | 240 |
| 2 | Station 430 | 10.67 | 2.72 | 240 |
| 3 | Loc I | 11.80 | 1.26 | 266 |
| 4 | MRGO Halfway | 12.23 | 1.54 | 244 |
| 5 | Station 540 | 12.09 | 1.79 | 229 |
| 6 | B. Dupre | 13.95 | 1.71 | 239 |
| 7 | GIWW@BackB | 11.46 | 2.19 | 244 |
| 8 | Loc II 40Arpent | 11.22 | 0.60 | 111 |
| 9 | Loc A 40 Arpent | 10.02 | 0.33 | 287 |
| 10 | Loc B 40 Arpent | 9.90 | 0.55 | 261 |
| 11 | Loc C 40 Arpent | 13.24 | 0.87 | 270 |
| 12 | Loc D 40 Arpent | 16.63 | 0.37 | 298 |

*Table A.8: Summary results Scenario 2A at 29th August 2005 8:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|---|---|---|---|---|
| 1 | B. Bienvenue | 12.71 | 2.33 | 245 |
| 2 | Station 430 | 13.46 | 2.71 | 244 |
| 3 | Loc I | 14.46 | 1.32 | 276 |
| 4 | MRGO Halfway | 14.78 | 1.50 | 248 |
| 5 | Station 540 | 14.74 | 1.66 | 241 |
| 6 | B. Dupre | 15.92 | 1.43 | 238 |
| 7 | GIWW@BackB | 13.86 | 2.47 | 244 |
| 8 | Loc II 40Arpent | 14.40 | 0.56 | 112 |
| 9 | Loc A 40 Arpent | 13.36 | 0.41 | 289 |
| 10 | Loc B 40 Arpent | 14.51 | 0.46 | 279 |
| 11 | Loc C 40 Arpent | 15.43 | 0.55 | 269 |
| 12 | Loc D 40 Arpent | 15.76 | 0.12 | 315 |

*Table A.9: Summary results Scenario 2A at 29th August 2005 9:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|---|---|---|---|---|
| 1 | B. Bienvenue | 15.57 | 0.60 | 245 |
| 2 | Station 430 | 15.51 | 0.35 | 236 |
| 3 | Loc I | 15.39 | 0.73 | 44 |
| 4 | MRGO Halfway | 15.27 | 0.71 | 44 |
| 5 | Station 540 | 15.38 | 0.59 | 78 |
| 6 | B. Dupre | 14.90 | 0.96 | 47 |
| 7 | GIWW@BackB | 13.99 | 0.28 | 66 |
| 8 | Loc II 40Arpent | 16.11 | 0.57 | 110 |
| 9 | Loc A 40 Arpent | 16.15 | 0.35 | 291 |
| 10 | Loc B 40 Arpent | 15.76 | 0.06 | 122 |
| 11 | Loc C 40 Arpent | 15.28 | 0.52 | 92 |
| 12 | Loc D 40 Arpent | 14.47 | 0.22 | 140 |





## A.2    Scenario 2B: The 'virgin' no-MRGO Scenario and a simulated Katrina storm without MRGO levees with 40 Arpent levee crest at 6.5 ft+NAVD

### A.2.1 Description of Scenario

In order to interpret the full impacts of the MRGO we decided to run a Katrina storm with a scenario run modified to a condition as if the MRGO had never existed. For this, we have to envision a situation similar to the late 1950s. Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 model input in the following ways:

(1)    90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);
(2)    MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;
(3)    The spoil disposal area and LPV EBSB are degraded to natural swamp or marsh elevation depending on the 1958 habitat map;
(4)    Bayou  LaLoutre ridge is restored to fill-in the hole dredged for MRGO Reach 2;
(5)    The area between the 40 Arpent levee and the Mississippi is added to the model grid. The pre-Katrina crest level of 6.5 ft NAVD is used for the 40 Arpent levee.
(6)    The Cypress trees originally present between the MRGO and the 40 Arpent levees have influence on the water current velocities and the wind velocities. A higher Manning's roughness is used for the  Cypress forests reflecting their greater frictional impacts on surge currents, and the wind velocities are reduced by 80% inside the Cypress forests due to the wind break/canopy effect of tall forests

### A.2.2 FINEL model input data

The FINEL model is set up to utilize the metric system, so all data is thus subsequently converted to feet. The coordinate system used in the simulations is UTM (zone 15 R). Input data that was received in longitude and latitude was translated accordingly.

**Model grid**
The model grid used for Scenario 2B is equal to the model grid used in Scenario 2C, see section 2.2.2.

**Bathymetry and Topography**
The bathymetry for Scenario 2b is modified to represent the conditions prior to the construction of the MRGO. Reach 2 of the MRGO is filled to the height of the surrounding marshes and swamps in the grid. Reach 1 is modified to the original GIWW design dimensions of 150 ft wide and 12 ft deep, as provided by the Robinson experts. The levees and spoil disposal area next to MRGO Reach 2 are degraded to the height of the surrounding marshes and swamps. The marshes and swamps around Lake Borgne are, where needed, restored to a 1950s elevation of 2.5 ft+NAVD88. A land-water map provided by the Robinson experts has been used to construct the original small water streams in the marshes. The topography of the area between the 40 Arpent levee and the Mississippi is taken from LIDAR data, provided by Robinson experts. The 40 Arpent levee has a pre-Katrina crest level of 6.5 ft+NAVD88. The resulting topography and bathymetry for the model area are shown in Figure A.12.






*Figure A.12: Bathymetry FINEL model area Scenario 2B*

**Simulation period**
The simulation starts at 12h00 LT 28th August 2005 and continues until 24h00 29th August 2005.



143



**Boundary conditions**
The boundary conditions consist of water level time series from the constructed Scenario 2 hydrographs, provided to us by the Robinson experts. ADCIRC outputs with and without the MRGO are used to modify Scenario 1 outputs reducing the maximum surge and delaying the peak at Shell Beach at Reach 2.

Figure A.13 shows the locations of the boundary conditions and Table A.10 gives the corresponding locations which are used for every boundary. The boundary time series themselves are shown in Figure A.14. All boundaries not mentioned in Table A.10 are closed boundaries.



*Figure A.13: Location boundary conditions FINEL flow model*

*Table A.10: Boundary conditions*

|   | Boundary | Used hydrograph2 (modified ADCIRC) |
|---|---|---|
| 1 | Lake Pontchartrain | IHNC@LakeP |
| 2 | IHNC Locks | Closed boundary (discharge=0) |
| 3 | GIWW | NOEbackA |
| 4 | Lake Borgne | Interpolation between 3 and 5 |
| 5 | MRGO | Shell Beach |



*Figure A.14: Time series boundary conditions FINEL flow model Scenario 2B*





**Bottom roughness**
In the model area a spatial variable Manning coefficient is used for the bottom roughness. The Manning roughness coefficients used are based on years of experience in modeling coastal environments. These data were collaborated with other data sets such as from the US Geological Survey (http://www.fhwa.dot.gov/bridge/wsp2339.pdf), the world renowned book Open-channel hydraulics [Ref. 5] and IPET [Ref. 6]. For each scenario the spatial extent of the Manning's used is based on the presence or lack of wetlands; shoreline location and presence; and lack or presence of levees. In 1958 Cypress forests existed between the MRGO and the 40 Arpent levees (Figure A.15). The Cypress trees cause friction on the flow, this influence is taken into account by a higher roughness coefficient. In a map provided by Robinson experts, two types of Cypress forests are distinguished: normal (Manning $n=0.1$ m$^{-1/3}$s) and dense (Manning $n=0.12$ m$^{-1/3}$s). The Manning roughness coefficients are shown in Figure A.16 and summarized in Table A.11.



*Figure A.15: Photograph of cypress trees in swampy areas (send to us by Robinson experts)*



*Figure A.16: Manning roughness coefficient FINEL model area Scenario 2B. The cypress areas are red (dark red = dense cypress trees, light red = normal cypress trees).*

