# Exhibit 1 Part C

*Table A.11: Manning coefficient (based on: IPET Volume IV appendix page IV-5-102 [Ref. 6])*

| Area | Manning coefficient n ($m^{-1/3}s$) |
|------|--------------------------------------|
| Open water | 0.02 |
| Marsh along Lake Borgne | 0.05 |
| Normal Cypress forest | 0.1 |
| Dense Cypress forest | 0.12 |
| Commercial area next to IHNC | 0.07 |
| Low residential area between 40Arpent and Mississippi | 0.07 |

**Wind**
To take into account the influence of wind on the water motion, spatial variable wind fields are used in the flow calculations with FINEL. The wind fields were provided to us by the Robinson experts spaced at 30 minute intervals. Within the cypress forest the influence of the wind on water movement is dramatically reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by Dr Robinson experts) within the Cypress forests (both dark red and light red areas in Figure A.16). The wind speed surface stress is calculated by:

$$\frac{\tau_{wind,x}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,x} - U_x),$$

$$\frac{\tau_{wind,y}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,y} - U_y).$$

With:
  $C_d$     = wind drag coefficient (-),
  $W_{10}$  = wind speed at 10 meter height (m/s),
  $U$       = water velocity (m/s).

The wind drag is defined by Garrat's drag formula (Garrat 1977):
  $C_d = (0.75 + 0.067W_{10}) \times 10^{-3}$

## A.2.3  Results

The FINEL flow model is used to produce details of the water current. This section shows the results of Scenario 2B: The 'virgin' no-MRGO Scenario and a simulated Katrina storm without MRGO levees with 40 Arpent levee crest at 6.5 ft+NAVD. The results are shown on 6 time steps on the day Katrina struck, 29th August 2005, namely:
  1.  4:00am Local Time;
  2.  5:00am Local Time;
  3.  6:00am Local Time;
  4.  7:00am Local Time;
  5.  8:00am Local Time;
  6.  9:00am Local Time.
These time steps are identical to the time steps used in Scenario 1, but note that the peak of the storm in Scenario 2B has shifted in time (about 40 minutes later in MRGO Reach 1) compared with Scenario 1.

**Area plots**

The water levels in the model area for these time steps are shown in Figure A.17. The current velocities are shown in Figure A.18.  A close up along MRGO Reach 1 is shown in Figure A.19, and along GIWW/Lake Borgne in Figure A.20. The difference in current patterns and water elevations between Scenario 2B and Scenario 1 is obvious. In Scenario 2B there are no levees along the MRGO to build up surge or to guide the flow. The water can freely flow over the wetlands, there is no MRGO Reach 2 with a large discharge capacity and also Reach 1 is reduced in size and discharge capacity. The Cypress forests with high bottom friction and low wind velocities reduce the flow velocities, leading to reduced wind set up and reduced surge elevation. The surge in the IHNC start to build up later and less (peak surge IHNC@Junction is around 9:00 am), therefore a flow towards Lake Pontchartrain has not developed at 9:00am.





The 40 Arpent levee is readily overtopped and the bowl area between the 40 Arpent and the Mississippi is filled to 10-13 ft+NAVD88 at 9:00am (same water levels in front of and at the back of the 40 Arpent levee). The filling of this area calculated with FINEL is a conservative result, in reality it could happen faster. In the FINEL model for Scenario 2B the area between the 40 Arpent Levee and the Mississippi has a uniform higher bottom roughness (low residential area; Manning = $0.07 \text{m}^{-1/3}/\text{s}$). Also the grid elements containing the 40 Arpent Levee have this higher bottom roughness. Therefore the current velocities over the 40 Arpent Levee in FINEL are lower than when a grass bottom roughness is used on the levee itself, leading to a lower discharge over the levee, leading to a conservative result of the filling of the bowl.



147







Figure A.17a: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2B at 4:00am, 5:00am local time. Note the start of overtopping of the pre-Katrina level 40 Arpent levee and the strong differential in surge elevation (6 ft at 5:00am) between Lake Borgne and the area in front of the 40 Arpent levees where dense swamp is present.





Flow Modeling MRGO                                      FINAL REPORT 23rd June 2008





*Figure A.17b: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2B at 6:00am, 7:00am local time. Note the strong differential of 7 ft in surge elevation between Lake Borgne and the area in front of the 40 Arpent levees caused by the dense swamp and overtopping of the 40 Arpent Levee.*









*Figure A.17c: Spatial water levels (surge elevations with a color scale) with wind field (arrows) for Scenario 2B at 8:00am, 9:00am local time. Note the area between the 40 Arpent and the Mississippi has filled up to 10-13 f +NAVD88 at 9:00am, there is no water level difference over the 40 Arpent levee anymore. At 08:00 the strong differential in surge elevation is 8 ft between Lake Borgne and the area in front of the 40 Arpent levees, this is caused by the dense swamp and overtopping of the 40 Arpent Levee. However, by 09:00 the wind has gone north and flows from Reach 1 area now impact the surge against the southern section of the 40 Arpent levee, in essence short circuiting the flow path.*





Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



*Figure A.18a: Spatial current velocities for Scenario 2B at 4:00am, 5:00am local time. Note low current velocities except in the GIWW, where the surge is making use of the channel opportunity to enhance discharge.*

 



*Figure A.18b: Spatial current velocities for Scenario 2B at 6:00am, 7:00am local time. Note the low current velocities except in the GIWW where velocities up to 9 feet per second are found and where the surge is making use of the channel opportunity to enhance discharge.*





Flow Modeling MRGO                                          FINAL REPORT 23rd June 2008



FigureA.18c: Spatial current velocities for Scenario 2B at 8:00am, 9:00am local time. Note almost no current velocities in the IHNC, in contrast with Scenario 1.The surge is making use of the GIWW channel to enhance discharge



153



Flow Modeling MRGO

FINAL REPORT 23rd June 2008



*Figure A.19a: Spatial current velocities (magnitude with color scale, direction with arrows) close up of MRGO Reach 1 for Scenario 2B at 4:00am, 5:00am local time. Note not much flow in the MRGO Reach 1.*







*Figure A.19b: Spatial current velocities (magnitude with color scale, direction with arrows) close up of MRGO Reach 1 for Scenario 2B at 5:00am local time. Note overtopping of the 40 Arpent levee has started.*







*Figure A.19c: Spatial current velocities (magnitude with color scale, direction with arrows) close up of MRGO
Reach 1 for Scenario 2B at 6:00am local time. Note almost the total length of the 40 Arpent
levee is overflowing.*







*Figure A.19d: Spatial current velocities (magnitude with color scale, direction with arrows) close up of MRGO Reach 1 for Scenario 2B at 7:00am local time. Note overtopping over total length of 40 Arpent levee at maximum velocities of 3 to 5 feet per second.*







*Figure A.19e: Spatial current velocities (magnitude with color scale, direction with arrows) close up of MRGO Reach 1 for Scenario 2B at 8:00am local time. Note the currents in the IHNC are directed to the south in contrast with Scenario 1. The overtopping of the 40 Arpent levee continues at 3 feet per second.*

 



Figure A.19f: Spatial current velocities (magnitude with color scale, direction with arrows) close up of MRGO
Reach 1 for Scenario 2B at 9:00am local time. Note the currents in the IHNC are still
southwards, in contrast with Scenario 1. The overtopping of the 40 Arpent levee slows down to
1-2 feet per second.

 

Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



*Figure A.20a: Spatial current velocities (magnitude with color scale, direction with arrows) close up of GIWW/Lake Borgne for Scenario 2B at 4:00am, 5:00am local time.*






*Figure A.20b: Spatial current velocities (magnitude with color scale, direction with arrows) close up of GIWW/Lake Borgne for Scenario 2B at 6:00am, 7:00am local time.*

 



*Figure A.20c: Spatial current velocities (magnitude with color scale, direction with arrows) close up of GIWW/Lake Borgne for Scenario 2B at 8:00am, 9:00am local time. Note the flow direction on Lake Borgne is changing to northeast at 9:00am.*

 

**Detailed flow information at several locations**

At several locations (see Figure A.21 and Table A.12) detailed information about current velocities and water levels are given in Figure A.22. The details are summarized in Table A.13 to Table A.18.



*Figure A.21: Output locations Scenario 2B*

*Table A.12: Coordinates output locations*

| Loc | Name | lat [N] | lon [W] | UTM [m] | UTM [m] |
|-----|------|---------|---------|---------|---------|
| 1 | B. Bienvenue | 29°59' 54.51" | 89°54' 55.54" | 797571 | 3322628 |
| 2 | Station 430 | 29°59'12.29" | 89°54' 03.80" | 798993 | 3321367 |
| 3 | Loc I | 29.97368° | 89.884833° | 800613 | 3319954 |
| 4 | MRGO Halfway | 29°58' 5.11" | 89°52' 40.14" | 801540 | 3319563 |
| 5 | Station 540 | 29°57'58.19" | 89°52' 32.15" | 801515 | 3319142 |
| 6 | B. Dupre | 29°56' 5.52" | 89°50' 12.26" | 805355 | 3315765 |
| 7 | GIWW@BackB | 30° 01.597' | 89°52.291' | 801670 | 3325901 |
| 8 | Loc II 40Arpent | | | 798527 | 3316406 |
| 9 | Loc A 40 Arpent | | | 791213 | 3319277 |
| 10 | Loc B 40 Arpent | | | 801991 | 3309702 |
| 11 | Loc C 40 Arpent | | | 808892 | 3310020 |
| 12 | Loc D 40 Arpent | | | 812966 | 3305607 |

 



*Figure A.22a: Results for location 1, 2 and 3 Scenario 2B from 4:00am to 9:00am*

 



*Figure A.22b: Results for location 3, 4 and 5 Scenario 2B from 4:00am to 9:00am*







*Figure A.22c: Results for location 7, 8 and 9 Scenario 2B from 4:00am to 9:00am*







*Figure A.22d: Results for location 10, 11 and 12 Scenario 2B from 4:00am to 9:00am*





*Table A.13: Summary results Scenario 2B at 29th August 2005 4:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|-----|------|-------------|-----------|----------|
| 1 | B. Bienvenue | 5.67 | 1.34 | 231 |
| 2 | Station 430 | 5.92 | 1.70 | 238 |
| 3 | Loc I | 6.47 | 0.75 | 255 |
| 4 | MRGO Halfway | 6.93 | 0.94 | 234 |
| 5 | Station 540 | 6.59 | 1.34 | 213 |
| 6 | B. Dupre | 8.12 | 1.07 | 234 |
| 7 | GIWW@BackB | 7.23 | 1.27 | 244 |
| 8 | Loc II 40Arpent | 5.27 | 0.30 | 110 |
| 9 | Loc A 40 Arpent | 4.82 | 0.10 | 276 |
| 10 | Loc B 40 Arpent | 3.34 | 0.68 | 226 |
| 11 | Loc C 40 Arpent | 6.06 | 0.39 | 267 |
| 12 | Loc D 40 Arpent | 9.16 | 0.30 | 270 |

*Table A.14: Summary results Scenario 2B at 29th August 2005 5:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|-----|------|-------------|-----------|----------|
| 1 | B. Bienvenue | 6.66 | 1.65 | 234 |
| 2 | Station 430 | 7.11 | 2.07 | 238 |
| 3 | Loc I | 7.87 | 0.94 | 257 |
| 4 | MRGO Halfway | 8.34 | 1.15 | 237 |
| 5 | Station 540 | 8.04 | 1.50 | 218 |
| 6 | B. Dupre | 9.71 | 1.27 | 234 |
| 7 | GIWW@BackB | 8.56 | 1.52 | 244 |
| 8 | Loc II 40Arpent | 6.51 | 0.33 | 112 |
| 9 | Loc A 40 Arpent | 5.96 | 0.13 | 279 |
| 10 | Loc B 40 Arpent | 4.19 | 0.67 | 228 |
| 11 | Loc C 40 Arpent | 7.40 | 0.47 | 236 |
| 12 | Loc D 40 Arpent | 11.01 | 0.32 | 286 |

*Table A.15: Summary results Scenario 2B at 29th August 2005 6:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|-----|------|-------------|-----------|----------|
| 1 | B. Bienvenue | 7.96 | 2.00 | 236 |
| 2 | Station 430 | 8.61 | 2.44 | 238 |
| 3 | Loc I | 9.56 | 1.12 | 259 |
| 4 | MRGO Halfway | 10.05 | 1.36 | 240 |
| 5 | Station 540 | 9.80 | 1.68 | 222 |
| 6 | B. Dupre | 11.59 | 1.50 | 236 |
| 7 | GIWW@BackB | 9.93 | 1.83 | 244 |
| 8 | Loc II 40Arpent | 7.86 | 0.42 | 179 |
| 9 | Loc A 40 Arpent | 7.25 | 0.25 | 232 |
| 10 | Loc B 40 Arpent | 5.92 | 0.59 | 236 |
| 11 | Loc C 40 Arpent | 8.60 | 0.72 | 218 |
| 12 | Loc D 40 Arpent | 13.24 | 0.38 | 294 |





*Table A.16: Summary results Scenario 2B at 29th August 2005 7:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|-----|------|-------------|-----------|----------|
| 1 | B. Bienvenue | 9.49 | 2.43 | 238 |
| 2 | Station 430 | 10.37 | 2.90 | 239 |
| 3 | Loc I | 11.54 | 1.33 | 262 |
| 4 | MRGO Halfway | 12.04 | 1.61 | 242 |
| 5 | Station 540 | 11.85 | 1.91 | 227 |
| 6 | B. Dupre | 13.84 | 1.77 | 238 |
| 7 | GIWW@BackB | 11.43 | 2.20 | 244 |
| 8 | Loc II 40Arpent | 9.22 | 0.80 | 202 |
| 9 | Loc A 40 Arpent | 8.21 | 0.53 | 220 |
| 10 | Loc B 40 Arpent | 7.82 | 1.18 | 231 |
| 11 | Loc C 40 Arpent | 10.76 | 0.93 | 222 |
| 12 | Loc D 40 Arpent | 15.86 | 0.52 | 302 |

*Table A.17: Summary results Scenario 2B at 29th August 2005 8:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|-----|------|-------------|-----------|----------|
| 1 | B. Bienvenue | 11.45 | 2.76 | 241 |
| 2 | Station 430 | 12.40 | 3.23 | 240 |
| 3 | Loc I | 13.60 | 1.53 | 264 |
| 4 | MRGO Halfway | 14.10 | 1.77 | 243 |
| 5 | Station 540 | 13.93 | 2.01 | 233 |
| 6 | B. Dupre | 15.56 | 1.71 | 235 |
| 7 | GIWW@BackB | 13.70 | 2.54 | 244 |
| 8 | Loc II 40Arpent | 10.88 | 1.08 | 205 |
| 9 | Loc A 40 Arpent | 9.09 | 0.82 | 214 |
| 10 | Loc B 40 Arpent | 8.90 | 1.43 | 242 |
| 11 | Loc C 40 Arpent | 13.61 | 0.86 | 231 |
| 12 | Loc D 40 Arpent | 15.37 | 0.28 | 318 |

*Table A.18: Summary results Scenario 2B at 29th August 2005 9:00am*

| Loc | Name | H (ft+NAVD) | Vel (fps) | Dir (°N) |
|-----|------|-------------|-----------|----------|
| 1 | B. Bienvenue | 13.44 | 1.71 | 244 |
| 2 | Station 430 | 13.72 | 1.80 | 241 |
| 3 | Loc I | 14.01 | 0.70 | 268 |
| 4 | MRGO Halfway | 14.07 | 0.59 | 250 |
| 5 | Station 540 | 14.09 | 0.71 | 231 |
| 6 | B. Dupre | 14.10 | 0.24 | 273 |
| 7 | GIWW@BackB | 13.50 | 0.59 | 242 |
| 8 | Loc II 40Arpent | 13.27 | 0.75 | 213 |
| 9 | Loc A 40 Arpent | 11.54 | 0.67 | 226 |
| 10 | Loc B 40 Arpent | 12.37 | 0.80 | 203 |
| 11 | Loc C 40 Arpent | 13.82 | 0.54 | 212 |
| 12 | Loc D 40 Arpent | 14.30 | 0.10 | 139 |





## A.3 Scenario 2D: The 'virgin' no-MRGO Scenario and a simulated Katrina storm with spoil piles along the MRGO and 40 Arpent levee crest at 6.5 ft+NAVD

### A.3.1 Description of Scenario

In order to interpret the full impacts of the MRGO we decided to run a Katrina storm with a scenario run without the MRGO channel and with spoil piles along the MRGO Reach 1 and 2. For this, we added the spoil piles to the situation similar to the late 1950s. Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 model input in the following ways:

(1)     90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);

(2)     MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;

(3)     Spoil piles along MRGO Reach 2 are added to the topography;

(4)     Bayou  LaLoutre ridge is restored to fill-in the hole dredged for MRGO Reach 2;

(5)     The area between the 40 Arpent levee and the Mississippi is added to the model grid. The pre-Katrina crest level of 6.5 ft NAVD is used for the 40 Arpent levee.

(6)     The Cypress trees originally present between the MRGO and the 40 Arpent levees have influence on the water current velocities and the wind velocities. A higher Manning's roughness is used for the Cypress forests reflecting their greater frictional impacts on surge currents, and the wind velocities are reduced by 80% inside the Cypress forests due to the wind break/canopy effect of tall forests.

### A.3.2 FINEL model input data

The FINEL model is set up to utilize the metric system, so all data is thus subsequently converted to feet. The coordinate system used in the simulations is UTM (zone 15 R). Input data that was received in longitude and latitude was translated accordingly.

**Model grid**
The model grid used for Scenario 2D is equal to the model grid used in Scenario 2C, see section 2.2.2.

**Bathymetry and Topography**
The bathymetry for Scenario 2D is modified to represent the conditions prior to the construction of the MRGO (similar to Scenario 2B), but with the spoil piles along MRGO Reach 2. Reach 2 of the MRGO itself is filled to the height of the surrounding marshes and swamps in the grid. Reach 1 is modified to the original GIWW design dimensions of 150 ft wide and 12 ft deep, as provided by the Robinson experts. The location, elevation and slopes of the spoil piles along MRGO Reach 2 were provided by the Robinson experts and added to the topography.
The marshes and swamps around Lake Borgne are, where needed, restored to a 1950s elevation of 2.5 ft+NAVD88. A land-water map provided by the Robinson experts has been used to construct the original small water streams in the marshes. The topography of the area between the 40 Arpent levee and the Mississippi is taken from LIDAR data, provided by Robinson experts. The 40 Arpent levee has a pre-Katrina crest level of 6.5 ft+NAVD88. The resulting topography and bathymetry for the model area are shown in Figure A.23.





Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008



*Figure A.23: Bathymetry FINEL model area Scenario 2D*

**Simulation period**
The simulation starts at 12h00 LT 28th August 2005 and continues until 24h00 29th August 2005.



171



Flow Modeling MRGO                                              FINAL REPORT 23rd June 2008

**Boundary conditions**
The boundary conditions consist of water level time series from the constructed Scenario 2
hydrographs, provided to us by the Robinson experts. ADCIRC outputs with and without the
MRGO are used to modify Scenario 1 outputs reducing the maximum surge and delaying the
peak at Shell Beach at Reach 2.

Figure A.24 shows the locations of the boundary conditions and Table A.19 gives the
corresponding locations which are used for every boundary. The boundary time series
themselves are shown in Figure A.25. All boundaries not mentioned in Table A.19 are closed
boundaries.



*Figure A.24: Location boundary conditions FINEL flow model*

*Table A.19: Boundary conditions*

|   | Boundary          | Used hydrograph2 (modified ADCIRC) |
|---|-------------------|------------------------------------|
| 1 | Lake Pontchartrain | IHNC@LakeP                        |
| 2 | IHNC Locks        | Closed boundary (discharge=0)      |
| 3 | GIWW              | NOEbackA                           |
| 4 | Lake Borgne       | Interpolation between 3 and 5      |
| 5 | MRGO              | Shell Beach                        |



*Figure A.25: Time series boundary conditions FINEL flow model Scenario 2D*





Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008

**Bottom roughness**
In the model area a spatial variable Manning coefficient is used for the bottom roughness. The roughness coefficients used in Scenario 2D are equal to the ones used in Scenario 2B. The Manning roughness coefficients used are based on years of experience in modeling coastal environments. These data were collaborated with other data sets such as from the US Geological Survey (http://www.fhwa.dot.gov/bridge/wsp2339.pdf), the world renowned book Open-channel hydraulics [Ref. 5] and IPET [Ref. 6]. For each scenario the spatial extent of the Manning's used is based on the presence or lack of wetlands; shoreline location and presence; and lack or presence of levees. In 1958 Cypress forests existed between the MRGO and the 40 Arpent levees (Figure A.26). The Cypress trees cause friction on the flow, this influence is taken into account by a higher roughness coefficient. In a map provided by Robinson experts, two types of Cypress forests are distinguished: normal (Manning n=0.1 m$^{-1/3}$s) and dense (Manning n=0.12 m$^{-1/3}$s). The Manning roughness coefficients are shown in Figure A.27 and summarized in Table A.20.



*Figure A.26: Photograph of cypress trees in swampy areas (send to us by Robinson experts)*



*Figure A.27: Manning roughness coefficient FINEL model area Scenario 2D. The cypress areas are red (dark red = dense cypress trees, light red = normal cypress trees).*

 

*Table A.20: Manning coefficient (based on: IPET Volume IV appendix page IV-5-102 [Ref. 6])*

| Area | Manning coefficient n ($m^{-1/3}s$) |
|---|---|
| Open water | 0.02 |
| Marsh along Lake Borgne | 0.05 |
| Grass at levees | 0.034 |
| Normal Cypress forest | 0.1 |
| Dense Cypress forest | 0.12 |
| Commercial area next to IHNC | 0.07 |
| Low residential area between 40Arpent and Mississippi | 0.07 |

**Wind**

To take into account the influence of wind on the water motion, spatial variable wind fields are used in the flow calculations with FINEL. The wind fields were provided to us by the Robinson experts spaced at 30 minute intervals. Within the cypress forest the influence of the wind on water movement is dramatically reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by Dr Robinson experts) within the Cypress forests (both dark red and light red areas in Figure A.27). The wind speed surface stress is calculated by:

$$\frac{\tau_{wind,x}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,x} - U_x),$$

$$\frac{\tau_{wind,y}}{\rho_{water}} = C_d \frac{\rho_{air}}{\rho_{water}} |W_{10} - U|(W_{10,y} - U_y).$$

With:

$C_d$      = wind drag coefficient (-),
$W_{10}$    = wind speed at 10 meter height (m/s),
$U$        = water velocity (m/s).

The wind drag is defined by Garrat's drag formula (Garrat 1977):

$C_d = (0.75 + 0.067W_{10}) \times 10^{-3}$

## A.3.3 Results

The FINEL flow model is used to produce water level hydrographs, overtopping rates and discharges MRGO for Scenario 2D. See Section 2.4 for these results.



