# Exhibit 2

# Wave Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT

C. Gautier, M. Kok, and J.K. Vrijling

July 9th, 2008
Ref: cg/1474/08109/F





# 4    SWAN Scenario 2C

## 4.1    Introduction

This chapter deals with Scenario 2C. In order to interpret the full impacts of the MRGO we decided to run a Katrina storm with a scenario run modified to a condition as if the MRGO had never existed but with pre-Katrina levees present. For this, we added the pre-Katrina levees to the situation similar to the late 1950s.

Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the current model input in the following ways:

    (1)    MRGO Reach 2 is removed and replaced with land at normal marsh or swamp elevations;

    (2)    The influence of the vegetation originally present between Lake Borgne and the 40 Arpent levees is taken into account in the spatial roughness field.

Like Scenario 1, the six time steps 4a, 5am, 6am, 7am, 8am, 9am (local time on August 29th, 2005) are considered.

The position and resolution of the computational grids is equal to those in Scenario 1. Also the wave boundary conditions, numerical settings, output locations and most physical settings are the same. Since the difference between this Scenario and Scenario 1 is limited to the area within computational grid C, the Scenario 1 results on the base grid (A) are valid for Scenario 2C.

Input for Scenario 2C that differs from Scenario 1:
- Bathymetry
- Bottom friction
- Wind
- Water levels

In Scenario 2C the original dense marsh vegetation that was present in the area before the MRGO was constructed is taken into account. Since the original vegetation patterns are not exactly known, three different options are presented here, reflecting the influence of vegetation on the waves. Scenario 2C-i is considered most likely. In addition, Scenario 2C-g presents an upper bound for the potential roughness effects and Scenario 2C-h a lower bound.

In Paragraph 4.2 additional model tests are presented to show the influence of vegetation on the waves.

Besides Scenario 2C there are also SWAN results available for Scenario 2A and 2B in which both the MRGO and its levees are absent. The elevation of the 40 Arpent levee is respectively 17.5 and 6.5 ft for these scenarios. They are presented in Appendix C and D.





## 4.2    Sensitivity tests for influence of vegetation on waves

**Wave decay by propagation through vegetated areas**

A SWAN test was performed with a simple pool, 5 ft deep, Hs0=2 ft and T=3 s in order to see how the results correspond to analytical models by a.o. Dalrymple as included in Bea, 2008. The friction coefficients Cfr considered are 0.015 (default, no vegetation), 0.46 2.0 and a rather extreme 6.0. Cfr=0.46 corresponds with the light vegetation characterized by average diameters of 0.1 ft, clear spacings of 1.0 ft (10 trees per m$^2$) and heights of 5 ft.

The Collins friction coefficient entered in the SWAN model is calculated based on the following equation (Appendix B):     $C_{fr} = C_w * d * n * h_{veg}$

$C_w$   = measure of stem rigidity
d      = plant diameter in meters
n      = number of plants per m$^2$
$h_{veg}$ = stem height of the vegetation

Figure 4.1 shows the wave decay as function of propagation distance through vegetation in terms of Hs0/Hs. Compared with the analytical results SWAN tends to overestimate the wave height in these situations. However, still a considerable reduction in wave height can be recognized. Note that the tests have been done without wind. When wind growth is considered, the large reduction in wave height due to vegetation will be far less.



*Figure 4.1:     Decay of incident wave height as functuion of propagation distance through light vegetation (SWAN results and analytical model)*

**SWAN test results Scenario 2C**

Some SWAN tests were performed to check the sensitivity of vegetation for the waves in Scenario 2C for time step 8:00 am local time on 29 August 2005. Only the F-grid is





considered. The runs are based on Scenario 2C. The area and type of vegetations has been varied resulting in the following runs:

S:      less dense small cypress forest resulting in:
        wind reduction on small area
        friction due to vegetation on small area and Cfr=0.2

T:      dense cypress forest on entire F-grid excpet Lake Borgne and levee resulting in:
        wind reduction on larger area
        increased friction coefficient Cfr=2.0
        increased friction coefficient on larger area

U:      wind reduction on large area (wind as T)
        friction due to vegetation on large area, but Cfr=0.2

V:      wind reduction on large area (wind as T)
        friction due to vegetation on small area and Cfr=0.2 (friction as S)

W:      wind reduction on small area (wind as S)
        increased friction coefficient on large area, Cfr=2.0 (friction as T)



Friction S & V:

small area vegetation Cfr=0.2

0.9 * 0.4 m * 0.11/m² * 5 m
rigidity * diam * # * h

Friction T & W:

large area vegetation Cfr=2.0

1.0   * 0.4 m * 1/m² * 5 m
rigidity * diam * # * h

Friction U:

large area vegetation Cfr=0.2

0.9 * 0.4 m * 0.11/m² * 5 m
rigidity * diam * # * h

*Figure 4.2: Friction coefficients applied in SWAN tests*

Figure 4.3 presents the resulting significant wave height of the five runs and some input parameters like friction, surge and bottom elevation. The zero on the x-axis is the north eastern end, and the 8000 (ft) is somewhere on the levee. The pink lines refer to the friction coefficient (times 10, so 0.2 and 2.0). One can see its higher value in run T and also the larger stretch where it is applied.

The blue line is the significant wave height of run S with limited vegetation and hence little wave decay. The red line presents the extreme situation that the cypress forest covered almost entirely grid F and were very dense (one rigid tree with diameter 0.4 m per m²). In between the red and the blue line, the results of runs U, V and W can be found.

 

U (black):      Run U gives the influence of the friction coefficient. We had hoped that the
                wind reduction would be so important that the value of the friction coefficient
                would not make a difference and that T and U would lay on top of each
                other. The only difference between run T and U (red and black) is the friction
                coefficient of respectively 2.0 and 0.2.  The difference between these runs is
                maximum (ca 2 ft) at circa X=1000-2000 ft. In the vicinity of the output
                locations D, T and L, the difference is about 1 foot. So the value of the
                friction coefficient does matter.

V (cyan):       This runs gives the influence of the wind reduction on the waves on ray 3.
                The input is similar to Scenario 2C except for the larger area of wind
                reduction (cyan vs blue). The difference in wave height is maximum between
                X= 2000 ft and 5000 ft and circa 2 feet. At locations D, T and L the
                difference is approximately 1 foot. Comparing run V and U (cyan and black),
                one can see the influence of the larger area of the increased friction (U and V
                have similar wind). This is about one foot in the area of the levee.

W (green):      Comparing W and T (green and red), the influence of the wind reduction in
                combination with large friction can be seen. The friction coefficient is high
                both for W and for T. In run W, on most part of ray 3 the wind is still severe.
                The reduced wind of run T has considerable influence from X=0 to X=5000
                ft. Closer to the levee, the wind in run W reduces too, and the difference in
                Hs between run T and W is reduced to a little over 1 foot. Note that the wind
                has more influence on small waves (with the increased friction, red and
                green) than on larger waves (with the friction of Scenario 2C, cyan and
                blue).



*Figure 4.3: Results SWAN tests for influence friction on waves*





**Conclusions SWAN tests**

When waves propagate through vegetation, they will dissipate. According to analytical models the reduction in wave height through vegetation with 0.1 ft diameter, 1 ft spacing and 5 ft height (and water depth) can be as high as 85% in only 200 ft. SWAN - as applied here - computes ca 60% which is the same order of magnitude.

A number of tests were performed simulating Katrina waves near the current levees (MRGO absent) under influence of various types of vegetations. Near the levee on ray 3 the significant wave height would be 4.1 ft when the vegetation was not so dense and only present on a small area. But if a dense forest were present covering a large area between Lake Borgne and the levee, the wave height may have been reduced till only1.5 ft according to the SWAN simulations.


## 4.3    Input Scenario 2C

**Bathymetry Scenario 2C**

The bathymetry for Scenario 2C is modified to represent the conditions prior to the construction of the MRGO but with the levees present. Reach 2 of the MRGO is filled up to the height of the surrounding marshes and swamps in the bathymetry, being at 2ft NAVD88 in the western part, and 1.5 ft NAVD88 in the eastern part. A land-water map provided by the Robinson experts has been used to construct the original small water streams in the marshes (elevation set at -1ft NAVD88). Where the levees of Scenario 1 are above 4ft they have been added to the bathymetry of Scenario 2C. The resulting depths in the model area are shown in Figure 4.4.

The adjusted bathymetry for Scenario 2C is only included in computational grids C, M, F and G.

**Bottom friction Scenario 2C (version g, h, i)**

Originally, the area between the MRGO and the 40 Arpent levees was covered with vegetation which would considerably reduce wave propagation. For the remaining vicinity of Lake Borgne, the marsh vegetation was much denser than it is now. The influence of the vegetation on the waves is included by locally enlarging the friction coefficient.

SWAN has three options for the bottom friction. For Scenario 2C, Collins is most appropriate since it allows for a spatially varying friction coefficient which may be modified to represent vegetation characteristics. In SWAN the default value of $C_{fr}$ is 0.015. The model of Turner (Appendix B) makes it possible to express the friction coefficient in terms of vegetation as follows:    $C_{fr} = \quad C_w * d * n * h_{veg}$

$C_w$  = measure of stem rigidity
$d$   = plant diameter in meters
$n$   = number of plants per m$^2$
$h_{veg}$= stem height of the vegetation





Since the original vegetation patterns are not exactly known, three different options are presented here, reflecting the influence of vegetation on the waves. Scenario 2C-i is considered most likely. In addition, Scenario 2C-g presents an upper bound for the potential roughness effects and Scenario 2C-h a lower bound.

The following vegetation patterns are considered:

| 2C | | $C_{fr}$ | $C_w$ | d [m] | n [1/m$^2$] | $h_{veg}$ [m] |
|---|---|---|---|---|---|---|
| version g | marsh | 0.49 | 0.5 | 0.01 | 49 | 2 |
| | Cypress trees | 2.00 | 0.9 | 0.5 | 0.9 | 5 |
| version h | moderate dense marsh | 0.49 | 0.5 | 0.01 | 49 | 2 |
| version i | dense marsh | 0.98 | 0.5 | 0.02 | 49 | 2 |

The levees are thought to be grown with marsh vegetation too. Lake Borgne and the ocean have the default friction of 0.015. The larger bottom friction is only included in computational grids M, F and G. Figure 4.6 shows the friction coefficient as input for the SWAN computations.




Figure 4.5:     Impression of cypress trees in swampy areas (provided by the Robinson experts) for version g

**Wind Scenario 2C**

Inside the cypress forest the influence of the wind is reduced by the trees. Here a reduction factor of 80% (percentage provided to us by the Robinson experts) is applied for version g.

The marsh vegetation is thought to have no influence on the wind velocities.

The reduced wind is only included in computational grids M and F. Figure 4.7 shows the wind velocities as input for the SWAN computations. The resolution of the wind file for Scenario 2 is 500 m x 500 m (1640 ft x 1640 ft) which is twice as fine as in Scenario 1.

**Water levels Scenario 2C**




The computed water levels resulting from the FINEL Scenario 2C-runs (de Wit, 2008) have been used to locally modify the water level fields of Scenario 1 to Scenario 2. The FINEL simulations have a high resolution and cover fully the F-grid. The water level field for the M-grid has been completed with the ADCIRC Scenario 1 data.

The water levels for Scenario 2C are only included in computational grids M, F and G. Figure 4.8 shows the water levels as input for the SWAN computations.

## 4.4    Results Scenario 2C

**General**

In this scenario we simulate the situation before the MRGO was constructed, with dense vegetation and with MRGO-levees.

The absence of the deep and wide MRGO prevents the waves growing as they did in Scenario 1. Furthermore, the vegetation suppresses the waves. Also, the water levels of Scenario 2C are less, and in shallower water the waves will be smaller. The general outcome of the SWAN simulations of Scenario 2C is that the waves on the location of the present levee would be lower if there were no MRGO.

**Scenario 2C: SWAN results at output locations**

The significant wave height, wave direction and peak period as computed by SWAN on the output locations for the six time steps are presented in Table 4.1, 4.2 and 4.3  for respectively version g (forest and marsh vegetation), h (moderate dense marsh vegetation) and i (dense marsh vegetation). The water levels are also included in these tables. Note that the output locations "L", "T" and "D" have the same name and location as in Scenario 1, although "D" is not so deep since there is no MRGO in Scenario 2C.

Time step 8 am shows the largest wave heights and periods. If we consider the levee output location of ray 3, the significant wave height varies between 2.4 ft (version g) and 4.7 ft (version h) and 4.3 ft (version i). On ray 1 the wave height on the levees are highest, respectively 5.4 ft, 5.3 ft and 4.9 ft. In general, the difference between version h and i is about 0.5 ft. The peak period varies between approximately 3 and 4 seconds. Both periods and wave heights are considerably lower than in Scenario 1.

Rays 1 and 2 of version g have no limiting influence of Cypress woods and reduced wind and show therefore much higher waves than on the other rays.
The water levels of Scenario 2C are slightly lower than in Scenario 1.

**Scenario 2C: 2d-overview of significant wave height - Hs**

Figures 4.9.a-c reflect the significant wave height of version i on the six time steps in 2d-plots. One can see the higher waves on Lake Borgne (up to 9 ft on 8:00am), and smaller waves on the marshes. When comparing these plots with the ones from Scenario 1, the main difference is the absence of the MRGO. For the time step with maximum waves, also the results of version g and h are presented, see Figure 4.10. In version g one can recognize the Cypress forest as the area with lower waves.





**Scenario 2C: 2d-overview of peak wave period - Tp**

Figures 4.11.a-c present the peak wave period in 2d-plots. The peak period is a measure of how the wave energy is divided over the wave frequencies, rather than a measure for the amount of energy (which would be the significant wave height).

**Scenario 2C: Wave parameters along the rays**

Figures 4.12.a-c show the wave height, peak period, wave direction, water depth (including surge level) and friction coefficient along rays through the pre described output locations, perpendicular to the MRGO. These plots show the variation in wave parameters and water depth. The location of the rays can be found in Figure 2.6. The colored dots have the same position as the ones in Scenario 1, but since the MRGO has been removed in Scenario 2, the vertical elevation is almost the same now for the first four locations. Figure 4.12.a presents version g, Figure 4.12.b version h and Figure 4.12.c version i. Only time step 8am is presented.

Due to the absence of the MRGO, the variation in depth is less than in Scenario 1. The variation in friction coefficient depends on the presence of the vegetation causing additional friction. One can see that the wave height reduces as the friction coefficient increases (especially in version g).





# APPENDIX C:    Scenario 2A "virgin no-MRGO scenario, no levees

## C.1 Introduction Scenario 2A

This appendix deals with Scenario 2A, the "virgin no-MRGO scenario". In order to interpret the full impacts of the MRGO we decided to run a Katrina storm with a scenario run modified to a condition as if the MRGO had never existed, nor its levees.  For this, we have to envision a situation similar to the late 1950s.

Through the discovery process the Corps of Engineers has admitted that if the LPV levees had not been built along the banks of the MRGO, they would have used the 40 Arpent levee alignment. The levees on the 40 Arpent Avenue would then have had an elevation of 17.5 ft. The surge does not overtop these levees and as a result the water levels in the area of interest of the wave computations would be higher.

Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the current model input in the following ways:

(1)     90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW;

(2)     MRGO Reach 2 is removed and replaced with land at normal marsh or swamp elevations;

(3)     The spoil disposal area and LPV EBSB is degraded to natural swamp or marsh elevation based on the 1958 habitat map;

(4)     Bayou LaLoutre ridge is restored to plug the hole dredged for MRGO Reach 2;

(5)     The 40 Arpent/Florida Avenue levee has a pre-Katrina crest elevation of 17.5 ft (NAVD88);

(6)     The influence of the Cypress trees originally present between the MRGO and the 40 Arpent levees is taken into account in the spatial roughness field.

For the SWAN wave simulations only items (2), (3) and (6) play a role. Like Scenario 1, the six time steps 4a, 5am, 6am, 7am, 8am, 9am (local time on August 29th, 2005) are considered.

The position and resolution of the computational grids is equal to those in Scenario 1. Also the wave boundary conditions, numerical settings, output locations and most physical settings are the same. Since the difference between this Scenario and Scenario 1 is limited to the area within computational grid C, the Scenario 1 results on the base grid (A) are valid for Scenario 2A.

Input for Scenario 2A that differs from Scenario 1:
- Bathymetry
- Bottom friction
- Wind
- Water levels

Besides Scenario 2A there are also SWAN results available for Scenario 2B which has the 40 Arpent levee at 6.5 ft (see Appendix D).





## C.2 Input Scenario 2A

**Bathymetry Scenario 2A**

The bathymetry for Scenario 2A is modified to represent the conditions prior to the construction of the MRGO. Starting from the bathymetry of Scenario 1, Reach 2 of the MRGO is filled up to the height of the surrounding marshes and swamps in the bathymetry. The levees and spoil disposal area next to MRGO Reach 2 are degraded to the height of the surrounding marshes and swamps, being at 2ft NAVD88 in the western part, and 1.5 ft NAVD88 in the eastern part. A land-water map provided by the Robinson experts has been used to construct the original small water streams in the marshes (elevation set at -1ft NAVD88). The resulting depths in the model area are shown in Figure C1.

The adjusted bathymetry for Scenario 2A is only included in computational grids C, M, F and G.

**Bottom friction Scenario 2A**

Originally, the area between the MRGO and the 40 Arpent levees was covered with Cypress trees (data provided by the Robinson experts) which would considerably reduce wave propagation. The influence of the trees on the waves is included by locally enlarging the friction coefficient.

For Scenario 2A the friction coefficient is locally (the areas of Figure 4.5) set to 0.2. Figure C2 shows the friction coefficient as input for the SWAN computations. Note that this is different from Scenario 2C. The larger bottom friction is only included in computational grids M and F.

**Wind Scenario 2A**

Inside the cypress forest the influence of the wind is reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by the Robinson experts) inside the Cypress forests. For Scenario 2A the same wind files are used as for Scenario 2C version g, see Figure 4.7.

**Water levels Scenario 2A**

The computed water levels resulting from the FINEL Scenario 2A-runs (de Wit, 2008) have been used to locally modify the ADCIRC water level fields of Scenario 1 to Scenario 2A. The FINEL simulations have a high resolution and cover fully the F-grid. The water level field for the M-grid has been completed with the ADCIRC Scenario 1 data.

The water levels for Scenario 2A are only included in computational grids M, F and G. Figure C.3 shows the water levels as input for the SWAN computations.





## C.3 SWAN results Scenario 2A

**General**

In this scenario we simulate the situation before the MRGO was constructed, with Cypress swamps, no MRGO-levees and with the 40 Arpent Avenue levees having an elevation of 17.5 ft. The absence of the deep and wide MRGO prevents the waves growing as they did in Scenario 1. Furthermore, the Cypress forests suppress the waves and reduce the wind velocity so that there is less driving force for the waves to grow. The water levels of Scenario 2A are less, and in shallower water the waves will be smaller. The general outcome of the SWAN simulations of Scenario 2A is that the waves on the location of the present levee would be lower if there were no MRGO.

**Scenario 2A: SWAN results at output locations**

The significant wave height, wave direction and peak period as computed by SWAN on the output locations for the six time steps are presented in Table C.1. The water levels are also included in this table.

Time step 8 am shows the largest wave heights and periods. On Ray 2, the maximum significant wave height is 5.8 ft. The largest period occurs on ray 6 and is 6.2 seconds (however, in combination with a smaller wave height of 4.6 ft).

Since the levees have been removed in Scenario 2A, the locations "levee", "toe" and "deep" should be comparable. Still, small differences occur caused by local variations in depth, friction, wind and water level.

Rays 1 and 2 have no limiting influence of Cypress woods and reduced wind.

On all rays the wave height of Scenario 2A is considerably lower than in Scenario 1.

**Scenario 2A: 2d-overview of significant wave height - Hs**

Figures C.4.a-c reflect the significant wave height in 2d-plots. One can see the higher waves on Lake Borgne (up to 9 ft on 8:00am), and smaller waves on the marshes. The Cypress forests can be recognized as the area with lower waves. When comparing these plots with the ones from Scenario 1, the main difference is the absence of the MRGO and the levees.

**Scenario 2A: 2d-overview of peak wave period - Tp**

Figures C.5.a-b present the peak wave period in 2d-plots. The peak period is a measure of how the wave energy is divided over the wave frequencies, rather than a measure for the amount of energy (which would be the significant wave height).

**Scenario 2A: Wave parameters along the rays**

Figure C.6a-b shows the wave height, peak period, wave direction, water depth (including surge level) and friction coefficient along rays through the pre described output locations, perpendicular to the MRGO. These plots show the variation in wave parameters and water depth. The location of the rays can be found in Figure 2.6. The colored dots have the same





position as the ones in Scenario 1, but since the MRGO and the levees have been removed in Scenario 2A, their vertical elevation is almost the same now for the five locations. Only the plots of time step 8:00 local time are presented.

Due to the absence of the MRGO and the levees, the variation in depth is less than in Scenario 1. The variation in friction coefficient depends on the presence of the Cypress trees causing additional friction. One can see that the wave height reduces as the friction coefficient increases.

**Conclusion Scenario 2A**

In Scenario 2A the situation before the MRGO was constructed has been simulated, with Cypress trees growing in the marshes, and no MRGO-levees. The absence of the deep and wide MRGO prevents the waves to grow as they did in Scenario 1. Furthermore, the Cypress forests suppress the waves and reduce the wind velocity so that there is less driving force for the waves to grow. The general outcome of the SWAN simulations of Scenario 2A is that the waves on the location of the present levee would be lower if there were no MRGO.





| Hs [ft] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 1.7 | 1.7 | 1.7 | | 2.1 | 2.1 | 2.2 |
| 2 | 2.5 | 2.5 | 2.1 | | 3.1 | 3.1 | 2.7 |
| 3 | 1.2 | 1.2 | 1.4 | | 1.7 | 1.6 | 1.9 |
| 4 | 1.6 | 1.3 | 1.3 | | 2.1 | 1.7 | 1.7 |
| 5 | 1.6 | 1.2 | 1.1 | | 2.0 | 1.6 | 1.5 |
| 6 | 1.6 | 1.8 | 1.9 | | 2.1 | 2.4 | 2.5 |
| 7 | | | 3.4 | | | | 4.0 |

| dir come from [°N] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 59 | 58 | 58 | | 57 | 56 | 56 |
| 2 | 51 | 55 | 70 | | 50 | 54 | 67 |
| 3 | 71 | 65 | 72 | | 68 | 63 | 69 |
| 4 | 38 | 33 | 41 | | 37 | 33 | 41 |
| 5 | 50 | 51 | 50 | | 46 | 47 | 49 |
| 6 | 54 | 53 | 53 | | 53 | 52 | 52 |
| 7 | | | 54 | | | | 53 |

| Tp [s] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 2.6 | 2.4 | 2.4 | | 2.9 | 2.6 | 2.6 |
| 2 | 2.6 | 2.6 | 2.9 | | 2.9 | 2.9 | 3.2 |
| 3 | 2.4 | 2.4 | 2.4 | | 2.9 | 2.9 | 3.2 |
| 4 | 2.4 | 2.4 | 2.4 | | 2.9 | 2.9 | 2.6 |
| 5 | 2.0 | 2.0 | 2.9 | | 2.2 | 2.4 | 3.2 |
| 6 | 2.9 | 5.1 | 5.1 | | 3.2 | 5.1 | 5.1 |
| 7 | | | 3.2 | | | | 3.5 |

| wl [ft] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 5.7 | 5.7 | 5.8 | | 6.7 | 6.7 | 6.8 |
| 2 | 5.9 | 6.0 | 6.2 | | 7.1 | 7.2 | 7.4 |
| 3 | 6.5 | 6.6 | 6.9 | | 7.9 | 8.0 | 8.3 |
| 4 | 6.6 | 6.7 | 6.9 | | 8.1 | 8.1 | 8.3 |
| 5 | 6.6 | 6.6 | 7.0 | | 8.0 | 8.1 | 8.4 |
| 6 | 8.1 | 8.4 | 8.4 | | 9.7 | 10.0 | 10.0 |
| 7 | | | 7.2 | | | | 8.6 |

Table C1.a: Results SWAN Scenario 2A: 4am and 5 am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L="levee", T="toe", D="deeper parts")





| Hs [ft] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 2.8 | 2.8 | 2.8 | 3.7 | 3.7 | 3.7 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 |
| 2 | 3.8 | 3.8 | 3.4 | 4.8 | 4.8 | 4.4 | 5.8 | 5.8 | 5.5 | 4.9 | 4.9 | 4.9 |
| 3 | 2.2 | 2.2 | 2.4 | 3.0 | 2.9 | 3.1 | 3.8 | 3.7 | 3.9 | 3.1 | 3.1 | 3.2 |
| 4 | 2.7 | 2.2 | 2.3 | 3.5 | 3.0 | 3.1 | 4.1 | 3.6 | 3.8 | 3.5 | 3.4 | 3.4 |
| 5 | 2.6 | 2.1 | 2.0 | 3.4 | 2.7 | 2.7 | 3.9 | 3.3 | 3.4 | 3.1 | 2.9 | 3.1 |
| 6 | 2.8 | 3.1 | 3.3 | 3.7 | 4.1 | 4.2 | 4.2 | 4.6 | 4.8 | 2.6 | 2.9 | 3.0 |
| 7 | | | 4.8 | | | 5.8 | | | 6.8 | | | 4.6 |

| dir come from [°N] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 54 | 53 | 53 | 52 | 51 | 51 | 52 | 51 | 51 | 33 | 33 | 34 |
| 2 | 49 | 52 | 63 | 49 | 51 | 60 | 50 | 52 | 59 | 21 | 22 | 25 |
| 3 | 65 | 60 | 66 | 64 | 59 | 63 | 65 | 60 | 64 | 17 | 16 | 17 |
| 4 | 36 | 33 | 40 | 37 | 35 | 41 | 39 | 38 | 43 | 10 | 10 | 11 |
| 5 | 42 | 43 | 47 | 41 | 42 | 47 | 43 | 44 | 48 | 8 | 10 | 18 |
| 6 | 51 | 50 | 51 | 51 | 51 | 51 | 54 | 54 | 54 | 21 | 20 | 19 |
| 7 | | | 51 | | | 50 | | | 54 | | | 34 |

| Tp [s] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 3.2 | 2.9 | 2.9 | 3.2 | 3.2 | 3.2 | 3.8 | 3.5 | 3.8 | 5.1 | 5.1 | 5.1 |
| 2 | 3.2 | 3.2 | 3.5 | 3.8 | 3.8 | 3.8 | 4.2 | 4.2 | 4.7 | 5.1 | 5.1 | 5.1 |
| 3 | 3.2 | 3.2 | 3.8 | 3.8 | 3.5 | 4.2 | 4.2 | 4.2 | 4.7 | 4.7 | 4.7 | 4.7 |
| 4 | 3.2 | 3.2 | 3.2 | 3.5 | 3.5 | 3.5 | 3.8 | 3.8 | 3.8 | 4.7 | 4.7 | 4.7 |
| 5 | 2.6 | 2.9 | 3.5 | 2.9 | 3.2 | 4.2 | 3.5 | 3.8 | 4.7 | 4.7 | 4.7 | 4.7 |
| 6 | 4.2 | 5.1 | 5.1 | 4.7 | 4.7 | 4.7 | 5.1 | 6.2 | 6.2 | 4.7 | 4.7 | 4.7 |
| 7 | | | 3.5 | | | 3.5 | | | 3.8 | | | 4.2 |

| wl [ft] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 8.0 | 8.1 | 8.1 | 9.8 | 9.9 | 9.9 | 12.7 | 12.7 | 12.7 | 15.6 | 15.6 | 15.5 |
| 2 | 8.7 | 8.7 | 8.9 | 10.7 | 10.7 | 10.8 | 13.5 | 13.5 | 13.5 | 15.5 | 15.5 | 15.4 |
| 3 | 9.6 | 9.7 | 10.0 | 11.8 | 11.9 | 12.1 | 14.5 | 14.5 | 14.6 | 15.4 | 15.4 | 15.3 |
| 4 | 9.8 | 9.9 | 10.0 | 12.1 | 12.1 | 12.2 | 14.7 | 14.7 | 14.7 | 15.4 | 15.3 | 15.3 |
| 5 | 9.8 | 9.8 | 10.2 | 12.1 | 12.1 | 12.4 | 14.7 | 14.7 | 14.9 | 15.4 | 15.3 | 15.3 |
| 6 | 11.6 | 11.9 | 12.0 | 14.0 | 14.2 | 14.3 | 15.9 | 16.1 | 16.1 | 14.9 | 14.8 | 14.8 |
| 7 | | | 10.0 | | | 11.5 | | | 13.9 | | | 14.0 |

Table C1.b:     Results SWAN Scenario 2A: 6-9am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L="levee", T="toe", D="deeper parts")

 





Figure C1: Bathymetry for Scenario 2A=2B, for grids C, M, F and G.

 



Figure C2: Scenario 2A=2B; Applied friction coefficient for SWAN computations on M-grid and F-grid






Figure C3:     Scenario 2A: Water levels based on the combination of FINEL Scenario 2A and ADCIRC Scenario 1

 





Figure C4.a:   Scenario 2A; SWAN results significant wave height (Hs [ft]) and wave
               direction, 4:00 am and 5:00 am LT on grid F, G, and part of grid M

                      15                      



Figure C4.b:    Scenario 2A; SWAN results significant wave height (Hs [ft]) and wave
                direction, 6:00 am - 9:00 am LT on grid F, G, and part of M







Figure C5.a:    Scenario 2A; SWAN results peak wave period (Tp [s]), 4:00 am and 5:00 am on grid F, G and part of M

 

Wave modeling MRGO                                APPENDICES July 9th, 2008



Figure C5.b:    Scenario 2A; SWAN results peak wave period (Tp [s]), 6:00 am - 9:00 am
                on grid F, G and part of M

                       18                       

Wave modeling MRGO                                                          APPENDICES July 9th, 2008



Figure C6.a:    Wave parameters on rays 1-4 at 8:00 am LT Scenario 2A





Wave modeling MRGO    APPENDICES July 9th, 2008



Figure C6.b:    Wave parameters on rays 5-7 at 8:00 am LT Scenario 2A





# APPENDIX D:    Scenario 2B "virgin no-MRGO scenario, no levees"

## D.1 Introduction Scenario 2B

Scenario 2B is the situation as if the MRGO nor its levees had ever existed. In this scenario the 40 Arpent Avenue levee has a pre-Katrina crest elevation of 6.5 ft (NAVD88).

## D.2 Input SWAN simulations Scenario 2B

The only difference between Scenario 2A and 2B are the water levels of grids M, F and G. Instead of FINEL run 2A, the water levels are based on the results of FINEL run 2B.

Figure D1 shows the water levels as input for the SWAN computations.

## D.3 SWAN results Scenario 2B

<u>SWAN results at output locations</u>
Table D.1 gives the significant wave height, peak wave period, wave direction and surge water level for the seven pre-described output locations. At time 8:00 am (t3) the wave conditions are most severe. The location where the levee used to be in Scenario 1 has the following maxima: 5.5 ft as significant wave height at ray 2, 5.1 seconds as peak period at ray 6 and 15.6 ft as water level at ray 6.

On the levee, the significant wave height in Scenario 2B is 0.1 till 0.5 ft lower than in Scenario 2A. The water levels are in the order of 1 ft lower.

<u>2d-overview of significant wave height - Hs</u>
Figures D2 present the significant wave height on the the F and G grids, completed with parts of the M-grid. In the Cypress forest the wave height is less than in the swamp areas without trees, due to the presence of the trees and the reduced wind velocity. Note that in Scenario 2B, the MRGO has been removed.

<u>2d-overview of peak wave period - Tp</u>
Figure D3 shows the peak wave period on the F and G grids, completed with parts of the M-grid.

<u>Wave parameters along the rays</u>
Figure D4 presents the wave parameters along the seven rays in the area of interest, for time step 8:00 am.

**Conclusion Scenario 2B**

In Scenario 2B the situation before the MRGO was constructed has been simulated, with Cypress trees growing in the marshes, and no MRGO-levees. The absence of the deep and wide MRGO prevents the waves to grow as they did in Scenario 1. Furthermore, the Cypress forests suppress the waves and reduce the wind velocity so that there is less driving force for the waves to grow. The general outcome of the SWAN simulations of Scenario 2B is that the waves on the location of the present levee would be lower if there were no MRGO.

 

| Hs [ft] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 1.7 | 1.7 | 1.7 | | 2.1 | 2.1 | 2.2 |
| 2 | 2.5 | 2.5 | 2.1 | | 3.1 | 3.1 | 2.7 |
| 3 | 1.2 | 1.2 | 1.4 | | 1.7 | 1.6 | 1.9 |
| 4 | 1.6 | 1.3 | 1.3 | | 2.1 | 1.7 | 1.7 |
| 5 | 1.6 | 1.2 | 1.1 | | 2.0 | 1.6 | 1.5 |
| 6 | 1.6 | 1.8 | 1.9 | | 2.1 | 2.4 | 2.5 |
| 7 | | | 3.4 | | | | 4.0 |

| dir come from [°N] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 59 | 58 | 58 | | 57 | 56 | 56 |
| 2 | 51 | 55 | 70 | | 50 | 54 | 67 |
| 3 | 71 | 65 | 72 | | 68 | 63 | 69 |
| 4 | 38 | 33 | 41 | | 37 | 33 | 41 |
| 5 | 50 | 51 | 50 | | 46 | 47 | 49 |
| 6 | 54 | 53 | 53 | | 53 | 52 | 52 |
| 7 | | | 54 | | | | 53 |

| Tp [s] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 2.6 | 2.4 | 2.4 | | 2.9 | 2.6 | 2.6 |
| 2 | 2.6 | 2.6 | 2.9 | | 2.9 | 2.9 | 3.2 |
| 3 | 2.4 | 2.4 | 2.4 | | 2.9 | 2.9 | 3.2 |
| 4 | 2.4 | 2.4 | 2.4 | | 2.9 | 2.9 | 2.6 |
| 5 | 2.0 | 2.0 | 2.9 | | 2.2 | 2.4 | 3.2 |
| 6 | 2.9 | 5.1 | 5.1 | | 3.2 | 5.1 | 5.1 |
| 7 | | | 3.2 | | | | 3.5 |

| wl [ft] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 5.7 | 5.7 | 5.8 | | 6.7 | 6.7 | 6.8 |
| 2 | 5.9 | 6.0 | 6.2 | | 7.1 | 7.2 | 7.4 |
| 3 | 6.5 | 6.6 | 6.9 | | 7.9 | 8.0 | 8.3 |
| 4 | 6.6 | 6.7 | 6.9 | | 8.1 | 8.1 | 8.3 |
| 5 | 6.6 | 6.6 | 7.0 | | 8.0 | 8.1 | 8.4 |
| 6 | 8.1 | 8.4 | 8.4 | | 9.7 | 10.0 | 10.0 |
| 7 | | | 7.2 | | | | 8.6 |

Table D1.a:      Results SCENARIO 2B SWAN simulations 4am and 5 am on output locations
                 (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5;
                 L=levee, T=toe, D=deeper parts)





| Hs [ft] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 2.8 | 2.8 | 2.8 | 3.5 | 3.5 | 3.6 | 4.4 | 4.4 | 4.5 | 4.3 | 4.3 | 4.4 |
| 2 | 3.8 | 3.8 | 3.4 | 4.7 | 4.7 | 4.3 | 5.5 | 5.5 | 5.2 | 4.5 | 4.5 | 4.6 |
| 3 | 2.2 | 2.2 | 2.4 | 2.9 | 2.9 | 3.1 | 3.5 | 3.5 | 3.8 | 2.8 | 2.8 | 2.9 |
| 4 | 2.7 | 2.2 | 2.3 | 3.4 | 2.9 | 3.1 | 4.0 | 3.5 | 3.7 | 3.3 | 3.1 | 3.2 |
| 5 | 2.6 | 2.1 | 2.0 | 3.3 | 2.7 | 2.7 | 3.8 | 3.2 | 3.3 | 2.9 | 2.7 | 2.8 |
| 6 | 2.8 | 3.1 | 3.3 | 3.6 | 4.0 | 4.2 | 4.1 | 4.5 | 4.7 | 2.4 | 2.7 | 2.8 |
| 7 | | | 4.8 | | | 5.8 | | | 6.7 | | | 4.6 |

| dir come from [°N] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 54 | 53 | 53 | 52 | 51 | 51 | 52 | 51 | 51 | 32 | 32 | 33 |
| 2 | 49 | 52 | 63 | 49 | 51 | 60 | 50 | 52 | 59 | 22 | 23 | 27 |
| 3 | 65 | 60 | 66 | 64 | 59 | 63 | 65 | 61 | 65 | 19 | 17 | 19 |
| 4 | 36 | 33 | 40 | 37 | 35 | 41 | 40 | 38 | 43 | 10 | 9 | 10 |
| 5 | 42 | 43 | 47 | 41 | 42 | 47 | 44 | 45 | 49 | 8 | 11 | 18 |
| 6 | 51 | 50 | 51 | 51 | 51 | 51 | 54 | 54 | 54 | 22 | 20 | 20 |
| 7 | | | 51 | | | 50 | | | 54 | | | 34 |

| Tp [s] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 3.2 | 2.9 | 2.9 | 3.2 | 3.2 | 3.2 | 3.5 | 3.5 | 3.5 | 4.7 | 4.7 | 4.7 |
| 2 | 3.2 | 3.2 | 3.5 | 3.8 | 3.8 | 3.8 | 4.2 | 4.7 | 4.2 | 4.7 | 4.7 | 5.1 |
| 3 | 3.2 | 3.2 | 3.8 | 3.5 | 3.5 | 4.2 | 4.2 | 3.8 | 4.7 | 4.7 | 4.7 | 4.7 |
| 4 | 3.2 | 3.2 | 3.2 | 3.5 | 3.5 | 3.5 | 3.8 | 3.8 | 3.8 | 4.7 | 4.7 | 4.7 |
| 5 | 2.6 | 2.9 | 3.5 | 2.9 | 3.2 | 4.2 | 3.2 | 3.8 | 4.2 | 4.7 | 4.7 | 4.7 |
| 6 | 4.2 | 5.1 | 5.1 | 4.7 | 4.7 | 4.7 | 5.1 | 6.2 | 6.2 | 4.7 | 4.7 | 4.7 |
| 7 | | | 3.5 | | | 3.5 | | | 3.8 | | | 4.2 |

| wl [ft] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 8.0 | 8.0 | 8.1 | 9.5 | 9.5 | 9.6 | 11.5 | 11.5 | 11.6 | 13.4 | 13.5 | 13.5 |
| 2 | 8.6 | 8.7 | 8.8 | 10.4 | 10.4 | 10.6 | 12.4 | 12.5 | 12.6 | 13.7 | 13.7 | 13.8 |
| 3 | 9.6 | 9.7 | 9.9 | 11.5 | 11.6 | 11.9 | 13.6 | 13.7 | 13.9 | 14.0 | 14.0 | 14.0 |
| 4 | 9.8 | 9.9 | 10.0 | 11.8 | 11.9 | 12.0 | 13.9 | 14.0 | 14.1 | 14.1 | 14.1 | 14.1 |
| 5 | 9.8 | 9.8 | 10.2 | 11.9 | 11.8 | 12.2 | 13.9 | 13.9 | 14.2 | 14.1 | 14.1 | 14.1 |
| 6 | 11.6 | 11.9 | 11.9 | 13.9 | 14.1 | 14.2 | 15.6 | 15.8 | 15.8 | 14.1 | 14.1 | 14.1 |
| 7 | | | 10.0 | | | 11.5 | | | 13.7 | | | 13.5 |

Table D1.b:    Results SCENARIO 2B SWAN simulations 6-9am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L=levee, T=toe, D=deeper parts)

 



Figure D1:      Scenario 2B: Surge water level fields [ft relative to NAVD88] 4am, 5am, 6am, 7am, 8am, 9am LT based on data from FINEL and ADCIRC

 



Figure D2.a:    Scenario 2B: SWAN results significant wave height Hs [ft] and wave
                direction 4am and 5am LT on grid F, G and part of M

 



Figure D2.b:     Scenario 2B: SWAN results significant wave height Hs [ft] and wave direction 6am and 7am LT on grid F, G and part of M

 



Figure D2.c:     Scenario 2B: SWAN results significant wave height Hs [ft] and wave direction 8am and 9am LT on grid F, G and part of M

 





Figure D3.a:     Scenario 2B: SWAN results peak wave period Tp [s] 4am and 5am LT on
                 grid F, G and part of M

 



Figure D3.b:    Scenario 2B: SWAN results peak wave period Tp [s] 6am and 7am LT on grid F, G and part of M

 



Figure D3.c:    Scenario 2B: SWAN results peak wave period Tp [s] 8am and 9am LT on
                grid F, G and part of M

 



Figure D4.a:     Scenario 2B; Wave parameters on rays 1-4 at 8am LT
                 (colored circles indicate output locations)







Figure D4.b:    Scenario 2B; Wave parameters on rays 5-7 at 8am LT
                (colored circles indicate output locations)



