# Exhibit 4

# MISSISSIPPI RIVER GULF OUTLET EFFECTS ON STORM SURGE, WAVES AND FLOODING DURING HURRICANE KATRINA

EXPERT REPORT

BY

G. PAUL KEMP, Ph.D.

*ROBINSON V. UNITED STATES*

JULY 11, 2008

# CHAPTER 5
# OUR METHODS

Following Hurricane Katrina, investigating engineers and scientists noted that levees and floodwalls adjacent to the MRGO project had failed catastrophically while performance was generally better elsewhere except on the New Orleans East Back Levee and the newer Orleans Metro drainage canals (Team Louisiana 2007, ILIT 2006, IPET 2006, 2007). The USACE has consistently maintained that any linkage between the MRGO project and failures of floodwalls and levees constructed under the LPV hurricane protection project is entirely coincidental. To show that it was not, we have been forced to imagine a landscape in which the 1958 MRGO project never existed.

This is a world in which the IHNC is connected to the Gulf solely by the Gulf Intracoastal Waterway (GIWW), a 150 foot wide, 12 foot deep barge canal, instead of by a 2,000 to 3,000 foot wide, 42 foot deep arm of the sea; where the main line of flood defense for St. Bernard is a real levee built on a stable foundation along the 40 Arpent Levee alignment two to three miles south of the MRGO channel of today behind thousands of acres of the surge and wave protection afforded by cypress-tupelo swamp forest and healthy marsh. Using computer models and historic maps and photographs, we have brought that world to life in an effort to determine the incremental augmentation of surge and wave attack that can be reliably attributed to the design, construction, maintenance and operation of the MRGO navigation project, from the Mississippi River lock on the IHNC to the Gulf of Mexico.

The only direct measurements of waves and surge during Hurricane Katrina in the MRGO funnel outside of the flood protection system and even within the various reaches of the MRGO and IHNC boil down to (1) a few dozen high-water marks surveyed after the storm, (2) hourly readings made by the USACE lockmaster on a staff gage at the IHNC lock, (3) partial records from USGS gages at Paris Road and on the IHNC at the I-10 crossing, (4) video and still camera footage from the Entergy Plant at the north end of the Paris Road I-510 bridge, and (5) records from two small wave buoys installed near the south shore of Lake Pontchartrain. This is a meager dataset, even compared with what was available after Hurricane Betsy in 1965, because the damage to electronic gages was so complete.

## 5.1  Direct Observations of Surge and Waves

The high water marks are not unequivocal because they always document surge with some added unknowable surplus due to waves. The amount of wave surplus depends on where the mark is located and particularly on how well protected it is from waves. Through my work with the LSU Hurricane Center, I was personally involved in the identification of many of these marks and understand their limitations as I detailed in my second expert report (Kemp 702c Immunity 2007). The lockmaster recorded stage at hourly intervals, meaning that he may well not have captured the peak, and would certainly have missed any more subtle changes as the floodwalls and levees on each side of the IHNC gave way. Furthermore, neither of the partial gage records available from

69