UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**UNITED STATES OF AMERICA'S MOTION IN LIMINE
TO BAR INTRODUCTION OF EVIDENCE RELATED TO VIOLATIONS OF NEPA**

The United States of America hereby moves to exclude from trial any evidence related to the Corps's compliance or non-compliance with NEPA. In support of this motion, the United States respectfully submits the attached memorandum of law.

Respectfully submitted,
MICHAEL F. HERTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR
Assistant Director, Torts Branch

 s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH
Trial Attorney
ROBIN SMITH
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 353-2574 / (202) 616-5200 (Fax)

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Ehrlich, hereby certify that on April 3, 2009, I served a true copy of the foregoing upon all Parties by ECF.

/s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH