UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| _____ | § | |

**ORDER**

Having considered the United States of America's Motion in Limine to Bar Introduction of Evidence related to Violations of NEPA, for good cause shown, it is hereby ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana