## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

### DEFENDANT UNITED STATES' MOTION *IN LIMINE* TO BAR EVIDENCE OF DAMAGE CAUSED BY THE DESIGN AND CONSTRUCTION OF THE MRGO

Defendant United States of America respectfully moves the Court to bar the introduction of any evidence pertaining to damage caused by the design and construction of the MRGO.  In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, the exhibits attached thereto, and the entire record.

This motion *in limine* is respectfully submitted,

                    MICHAEL F. HERTZ
                    Acting Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch

                    JAMES G. TOUHEY, JR
                    Assistant Director, Torts Branch

                    <u>s/ Paul Levine</u>
                    PAUL LEVINE
                    Trial Attorneys
                    ROBIN SMITH
                    Senior Trial Counsel
                    Civil Division, Torts Branch
                    U.S. Department of Justice
                    Benjamin Franklin Station, P.O. Box 888
                    Washington, D.C.  20044
                    (202) 353-2574 / (202) 616-5200 (Fax)

                    Attorneys for the United States of America

Dated: April 3, 2009

## **CERTIFICATE OF SERVICE**

      I, Paul Levine, hereby certify that on April 3, 2009, I served a true copy of the Defendant United States' Motion *in Limine* to Bar Introduction of Evidence Which Removes the MRGO from existence.

                                             /s/ Paul Levine
                                             PAUL LEVINE