UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| | § | |

**ORDER**

Having considered the United States of America's Motion *in Limine* to Bar Evidence of Damage Caused by the Design and Construction of the MRGO, it is hereby ORDERED that the motion is GRANTED.  Accordingly, Plaintiffs are barred from introducing any evidence pertaining to damage caused by the design and construction of the MRGO.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana