**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

**DEFENDANT UNITED STATES' MOTION *IN LIMINE*
TO BAR INTRODUCTION OF
ALTERNATIVE METHODS OF HURRICANE PROTECTION**

Defendant United States of America respectfully moves the Court to bar the introduction of all of evidence regarding alternative methods of hurricane protection, such as storm surge barriers, levee height enlargements, and salinity gates.  In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, the exhibits attached thereto, and the entire record.

This motion *in limine* is respectfully submitted,

                        MICHAEL F. HERTZ
                        Acting Assistant Attorney General

                        PHYLLIS J. PYLES
                        Director, Torts Branch

                        JAMES G. TOUHEY, JR
                        Assistant Director, Torts Branch

                        s/ Paul Levine
                        PAUL LEVINE
                        Trial Attorney
                        ROBIN SMITH
                        Senior Trial Counsel
                        Civil Division, Torts Branch
                        U.S. Department of Justice
                        Benjamin Franklin Station, P.O. Box 888
                        Washington, D.C.  20044
                        (202) 353-2574 / (202) 616-5200 (Fax)

                        Attorneys for the United States of America

Dated: April 3, 2009

## **CERTIFICATE OF SERVICE**

I, Paul Levine, hereby certify that on April 3, 2009, I served a true copy of the Defendant United States' Motion *in Limine* to Bar Introduction of Alternative Methods of Hurricane Protection upon the Plaintiffs by ECF.

        /s/ Paul Levine
        PAUL LEVINE