Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION

                                     NO. 05-4182

                                       "K" (2)

PERTAINS TO: MRGO ROBINSON      JUDGE DUVAL

                                     MAG. WILKINSON

VIDEOTAPED DEPOSITION OF

GEORGE PAUL KEMP,

633 Magnolia Wood Avenue, Baton Rouge,

Louisiana 70808, taken in the offices of

Joseph Bruno, 855 Baronne Street, New Orleans,

Louisiana, on Thursday, January 15, 2009.

KEMP, GEORGE P. KEMP

1/15/2009

Page 108

```
 1   to property is related to the depth of
 2   flooding, the measure obtained by subtracting
 3   the land or floor elevation of buildings from
 4   the maximum elevation of water."  Is that
 5   correct?
 6        A.   Yeah, I think that's reasonable.
 7        Q.   I mean, I think -- You wrote it.
 8             MR. BRUNO:
 9                That's reasonable.
10             THE WITNESS:
11                I am -- This is getting a little
12          bit out of my area, but --
13   EXAMINATION BY MR. LEVINE:
14        Q.   Sure.  Then on page 64 --
15        A.   I did survey a lot of buildings like
16   that.  Huh?
17        Q.   On page 64 you write "Post-storm
18   surveys disclosed that about half of the MRGO
19   EBSBs had --"  Let me make sure -- sorry.  I
20   am reading the wrong thing.  I am reading the
21   right things.  "Post-storm surveys disclosed
22   that about half of the MRGO EBSBs had
23   experienced significant degradation of
24   breaching.  If they had not failed and not
25   been -- and had been at the designed grade,
```

1  general overtopping should have lasted only
2  for about an hour prior to the surge peak at
3  8:30 and this window would not have provided
4  enough water to explain the filling of the St.
5  Bernard developed area." Do you believe the
6  levees were at too low of a grade?
7       A.   It's not a matter of belief for me.
8  It's a fact.
9       Q.   In your opinion, the levees were --
10      A.   Yeah.
11      Q.   -- Were too low?
12      A.   And I think that Westerink's report
13 supports this statement and as well as all the
14 FINEL modeling.
15      Q.   Turn to page 141 of your report.
16 Never mind about that. We'll look over that
17 right now.
18           I guess is it -- is it your
19 opinion that the breaching of the levees was
20 the main source of the water that entered St.
21 Bernard Parish during Hurricane Katrina?
22      A.   Yes.
23      Q.   And is it your opinion that the
24 breaching of the levees was the main source of
25 the water that entered New Orleans East during

1   enlarged so that it now admits a huge -- you
2   know, three times the amount of surge into the
3   city, I have got to figure out some way to
4   block that.
5        Q.   So your suggestion is to modify the
6   LPV project by installing a surge gate, a
7   surge barrier?
8        A.   Well, you probably have seen some of
9   the records going back in time about what
10  projects -- should the economic development
11  project pay for it or should the public safety
12  project pay for it, and they never could
13  figure it out so nothing was ever built.
14       Q.   But your suggestion is that they
15  should have changed the LPV project to include
16  a surge barrier?
17       A.   Either that or the -- or the MRGO
18  navigation project, you know.  They could have
19  put a gate on it, you know.  And so I don't
20  care who pays for it, but, you know, it comes
21  out of our pocket eventually anyway.  But, you
22  know, the fact is that wasn't done, now it's
23  being done.  You know, it's costing, what,
24  about $900 million, something like that.
25       Q.   But do you know if the Corps needed

```
 1   to obtain Congressional authorization for that
 2   new surge barrier?
 3        A.   I mean, the Corps has to obtain
 4   Congressional authorization for most things
 5   that it does.  And for things that they care
 6   about, they get Congressional authorizations.
 7   For things they don't care about, they don't.
 8        Q.   So is that yes, they did have to
 9   obtain Congressional authorization?
10        A.   Yeah, because you're talking about a
11    -- you know, when the flaw was discovered, it
12   was not included in the -- in the cost
13   estimate.
14        Q.   Did the Corps need to obtain --
15   Obviously the Corps needed to obtain
16   Congressional funding for the current surge
17   barrier.
18        A.   Yeah.  It was -- It's the most
19   expensive civil works project, I guess
20   domestic civil works project that they have.
21        Q.   Is it your opinion that any time the
22   Corps wanted to put in the surge barrier, they
23   probably would have had to go to Congress to
24   obtain authorization and funding?
25        A.   Right.  They would have had to raise
```

1   the alarm, say, "Look, you know, we're going
2   to -- we're going to -- we're likely to -- you
3   know, our calculations were wrong.  The LPV is
4   not going to protect against, you know, the
5   surge that we said, and we have got to take
6   these other steps to enhance that protection."
7   That alarm was never sounded.  In fact, they
8   kept squelching any discussion of it.
9        Q.   Let me ask you, in your opinion,
10  this is a different topic, but in your
11  opinion, why is it improper for the government
12  to isolate the effects of the operation and
13  maintenance on the MRGO?
14       A.   Why is it improper?
15       Q.   Yes.
16       A.   It's just illogical, I guess.
17       Q.   What's illogical about it?
18       A.   It's all one project and the effects
19  of the operations and maintenance are to
20  exacerbate the -- you know, cause -- increase
21  the widening, the rate of widening, that kind
22  of thing, that then exposes the levees to more
23  wave attack that then hastens the onset of
24  flooding.  So it's all -- it's all one thing.
25  I mean, I -- I suppose one can artificially

KEMP, GEORGE P. KEMP

1/15/2009

Page 291

```
 1   They're just there because that's where they
 2   were.
 3       Q.   Do you believe the MRGO project was
 4   under-funded?
 5       A.   I think that the MRGO project for
 6   most of its lifetime has had to fight for
 7   money because it's been such a loss leader in
 8   terms of -- You know, the economic benefits
 9   that were supposed to accrue in terms of
10   traffic and development never -- never came
11   and, as a result, the Congressional support
12   for maintaining it was always hard to come by
13   and it had to be kind of buried -- you know,
14   the money for it had to be kind of buried in
15   other -- in the overall budget for dredging
16   and, of course, it was very expensive to
17   maintain.  Every time a thunderstorm went
18   through, it filled up with, you know, silt
19   and, you know, most of the time you couldn't
20   get the boats in it.  For half the career it
21   had, they only maintained -- they didn't --
22   they didn't actually maintain the whole cross
23   section because they didn't have -- they
24   couldn't justify getting the money for it.
25       Q.   Do you believe the LPV project was
```

1   under-funded?
2       A.   I would have to say in hindsight it
3   was very under-funded because now we're
4   spending 15 billion and we're not quite
5   getting the same level of protection that they
6   promised with the $1 billion project.
7       Q.   When dealing with the MRGO, do you
8   think the Corps favored the shipping interests
9   over other interests?
10      A.   Absolutely.  They do today.
11      Q.   Turn to page --
12      A.   I mean, there's --
13      Q.   -- 193 of your expert report.
14      A.   They regard the shipping industry as
15  their customer.
16      Q.   There's two paragraphs at the top of
17  the page there that were written by Wooley and
18  Shadman that you cite to.  Do you know what
19  these paragraphs say?
20      A.   Okay.  You know, Wooley and Shadman
21  have provided essentially the Corps' official
22  apology for why they did things the way they
23  did.  This is -- That was the purpose of
24  that.  And this is I think, you know, a good
25  example of the kind of rationale that -- I