Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: KATRINA CANAL BREACHES   * CIVIL ACTION
CONSOLIDATED LITIGATION         * NO. 05-4182
                                * Consolidated
PERTAINS TO:                    * SECTION K(2)
                                *
MRGO, ROBINSON                  * JUDGE DUVAL
(No. 06-2268)                   *
                                * MAG.WILKINSON
                                *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  **
```

Videotaped Deposition of UNITED STATES OF AMERICA, BY AND THROUGH THE UNITED STATES ARMY CORPS OF ENGINEERS, through its designee, GIB A. OWEN, taken in the above-entitled cause, pursuant to the following stipulation, before Dawn H. Hymel, Certified Court Reporter, at the U.S. Army Corps of Engineers, 7400 Leake Avenue, New Orleans, Louisiana, on Thursday, the 16th of October, 2008, commencing at 10:10 a.m.

Page 12

1  more detailed map with photo inserts.
2  A.  Right.
3  Q.  Do you see that?
4  A.  We don't have the back page.  We just
5  have the front page.
6  Q.  Okay.  Well, we probably won't talk much
7  about at all the back page.  I'm interested in
8  the front page.
9      First of all, tell me what the generic
10 title or name is for the project you're
11 working on that relates to our topic today.
12 A.  Well, the over, the overall is the
13 Hurricane Storm Damage Risk Reduction System.
14 Q.  Is that the HSDR --
15 A.  Yes, RRS.
16 Q.  -- RS?
17 A.  Yeah.  And then we --
18 Q.  When was that -- Go ahead.
19 A.  I'm sorry.  No, that's fine.  Go ahead.
20 Q.  When was that project initiated or
21 conceived or when did it start?
22 A.  It would have come out of the
23 authorization, the fourth supplemental
24 authorization that came out of Congress in, I
25 believe it was early 2007.

Page 13

```
 1   Q.   Was this a project that the Corps had
 2   proposed to Congress for authorization?
 3   A.   I don't know.  I mean, it's the 100-year
 4   protection plan.
 5   Q.   Okay.  This is a component of the
 6   100-year protection plan or is this the
 7   protection plan itself?
 8   A.   This is the 100-year protection plan.
 9   Q.   Okay.  And has Congress -- You mentioned
10   authorization in early 2000 (sic).  Has
11   Congress appropriated funds to implement this,
12   this project?
13   A.   Yes, sir.
14   Q.   And how much has Congress appropriated to
15   date, to your knowledge?
16   A.   To my knowledge, right now we have been
17   appropriated 16.8 billion dollars.
18   Q.   And is this money now being spent?
19   A.   Yes, sir.
20   Q.   Is some of the money being spent on
21   projects involving repairing damaged levees
22   from Katrina?
23   A.   Yes, sir.
24   Q.   And that part of the project or one part
25   of the project, as I understand it, has been
```

OWEN, GIB A.

10/16/2008

Page 49

1   said, how many openings, how long is it, you
2   know, is there more risk associated with it.
3   Q.   So when these criteria are applied to
4   various alternatives, right, that's what you
5   do?
6   A.   Right.
7   Q.   There's already been a scientific
8   assessment that we need to plan for surge that
9   could get as high in a 100-year event of 24 to
10  26 feet, correct?
11  A.   Correct.
12  Q.   Okay.  Now, let me digress for a moment.
13  If we look at Reach 2 of the MRGO, --
14  A.   Okay.
15  Q.   -- we see -- Let's take the three colored
16  boxes right to the right of Bayou Mercier.  Do
17  you see that?
18  A.   Yes, sir.
19  Q.   And I see in the green box 26.5 to 28
20  feet.  Do you see that?
21  A.   Yes, sir.
22  Q.   What does that mean?
23  A.   That is the established height for this
24  structure to be in 2057.
25  Q.   2057?

Page 50

```
 1   A.   Yes, sir.
 2   Q.   And how about the 19.5 to 21.6 brown
 3   band, what year is that goal?
 4   A.   That is the current elevation of the
 5   area, and that's the red line.  That's not the
 6   surge barrier, because it's not there, but --
 7   Q.   No, I understand that, but currently the
 8   Corps has determined that the existing earthen
 9   berms or levees there vary between 19 and a
10   half and 21.6 feet?
11   A.   That's correct.
12   Q.   And what's the 16.0 to 17.0 in the blue
13   box?
14   A.   That's what the elevation would have been
15   pre-Katrina.
16   Q.   Okay.  So do I understand correctly that
17   the Corps thinks raising these earthen levees
18   along this part of Reach 2 to the 26 and a
19   half to 28 foot level will take almost fifty
20   years?
21   A.   Well, it will be built in lifts.  They --
22   They -- They've established a height that it
23   will need to be to for the 2011 100-year and
24   they would build to that, and then they would
25   have lifts over the, whatever number of years
```

1   east of this point will be primarily

2   influenced by conditions in Lake Borgne.

3           Have I read that correctly?

4   A.   Yes, sir.

5   Q.   Now, going back to the Exhibit 1, the

6   map, we see that the HSDRRS project also

7   contemplates, if approved, a surge barrier at

8   Seabrook, correct?

9   A.   Yes, sir.

10  Q.   And one primary purpose of such a surge

11  barrier at Seabrook would be to prevent storm

12  surge emanating off of Lake Pontchartrain from

13  entering the IHNC?

14  A.   Yes, sir.

15  Q.   And what is the status of that project

16  right now, sir?

17  A.   We're in the initial phases of, of

18  evaluating the reasonable alternatives that

19  could be built in the area selected in the

20  Tier 1 document for further evaluation.

21  Q.   And this would also appear to be

22  responsive to the concerns expressed in IPET

23  that I just read, correct?

24  A.   I don't know if it's in response to it,

25  but, I mean, it is -- the modelers are seeing,

OWEN, GIB A.

10/16/2008

Page 134

```
 1   Q.   And the first bullet says that this IHNC
 2   surge protection barrier, surge reduction
 3   barrier, I'm sorry, is, quote, linchpin of the
 4   HSDRRS-essential to providing 100-year level
 5   of protection, right?
 6   A.   Yes, sir.
 7   Q.   And by linchpin, I assume they're trying
 8   to suggest that it's a fundamental, integral,
 9   critical component?
10   A.   Yes, sir.
11   Q.   Next point, which I didn't know, by the
12   way, it is the largest design-build civil
13   works project in Corps history.
14   A.   That's correct.  And that's just that
15   piece, so when you look at the overall thing,
16   it's really big.
17   Q.   Right.  Yeah, it's 18 billion you told
18   me, something like that?
19   A.   Yeah, 16.8 billion.
20   Q.   16.8.  And we're pretty confident that,
21   that's what's been appropriated, we may need
22   some more money before we're finished, right?
23   A.   I -- Hopefully not.
24   Q.   Well, the history of the LPV from 1965 to
25   Katrina was a history of escalating costs
```

Page 135

1  beyond the original projected costs, wouldn't
2  you agree?
3  A.   The costs increased over the years, yes,
4  sir.
5  Q.   And that's already what's happened to
6  this particular IHNC surge reduction barrier,
7  it's grown from 695 million dollars when the
8  contract was issued to now, what did you say,
9  800 and what million?
10 A.   I believe it's 822.  It's in the IER 2
11 document or the Tier 2 document.
12 Q.   Okay.  822 million.  And -- Okay.  The
13 third bullet on Page 7 of Exhibit 7, it says,
14 I'm sorry, the fourth bullet, IHNC surge
15 reduction project reduce, will reduce surge
16 risk for New Orleans East, Lower Ninth Ward,
17 Metro New Orleans, and St. Bernard Parish.
18      Do you see that?
19 A.   Yes, sir.
20 Q.   And finally, the construction is to begin
21 in the fall of this year.
22      Is that still on target once the Colonel
23 makes his decision?
24 A.   I believe so.  The -- The -- When the
25 Colonel makes his decision, since a design-