**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

**DEFENDANT UNITED STATES' MOTION *IN LIMINE*
TO BAR INTRODUCTION OF EVIDENCE CONCERNING
BREACHES ON THE EAST BANK OF THE IHNC**

Defendant United States of America respectfully moves the Court to bar any evidence regarding the flood-wall breaches at the east bank of the Inner Harbor Navigational Canal ("IHNC"). In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, the exhibits attached thereto, and the entire record.

This motion *in limine* is respectfully submitted,

>MICHAEL F. HERTZ
>Acting Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR
>Assistant Director, Torts Branch
>
> s/ Paul Levine
>PAUL LEVINE
>Trial Attorneys
>ROBIN SMITH
>Senior Trial Counsel
>Civil Division, Torts Branch
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C.  20044
>(202) 353-2574 / (202) 616-5200 (Fax)
>
>Attorneys for the United States of America

Dated: April 3, 2009

## **CERTIFICATE OF SERVICE**

      I, Paul Levine, hereby certify that on April 3, 2009, I served a true copy of the Defendant United States' Motion *in Limine* to Bar Introduction of Evidence Concerning Breaches on the East Bank of the IHNC upon the Plaintiffs by ECF.

                                             /s/ Paul Levine
                                             PAUL LEVINE