UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| | § | |

**ORDER**

Having considered the United States of America's Motion *in Limine* to Bar Introduction of Evidence Concerning Breaches on the East Bank of the IHNC, it is hereby ORDERED that the motion is GRANTED. Accordingly, Plaintiffs are barred from introducing any evidence concerning breaches on the east bank of the IHNC.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana