# Exhibit 1

# Expert Report

of

# Robert Glenn Bea, Ph.D., P.E.

Prepared for Plaintiffs in:

Katrina Canal Breaches Consolidated Litigation
[Civil Action Number: 05-4182 "K" (2)]

United States District Court
Eastern District of Louisiana

## Pertains to: MR-GO, Robinson

(C. A. No. 06-2268)

Moraga, California

January 29, 2009

*Edits February 16, 2009*

17. I have further concluded that during the defined "do no harm" MR-GO 'Neutral' Hurricane Katrina conditions (Plaintiffs' Scenario 2C), that the breaches that developed at the Lower 9th Ward would develop in similar ways and at similar times. In the absence of the backfilled excavations developed during the USACE Lock Expansion Project EBIA site clearing activities, the breaches that developed at the Lower 9th Ward would (probably) not develop in similar ways, locations, and times. I conclude the excavations were a primary factor in causation of the breaches because they facilitated development of destabilizing hydraulic uplift pressures acting on and seepage effects developed in the soils supporting the flood protection structures at the North and South Breaches. Floodwall failures did not develop adjacent to open EBIA excavations (e.g. flooded borrow pit) between the North and South Breaches because the walls of these excavations had been lined with low permeability clays – thereby insulating the underlying soils from the destabilizing hydraulic uplift pressures and seepage effects.