# Exhibit 2

BEA, ROBERT

1/30/2009

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

--oOo--

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION,

                          No.  05-4182 "K" (2)

PERTAINS TO:  ROBINSON, NO.
06-2268
_____

DEPOSITION OF ROBERT GLENN BEA

Friday, January 30, 2009

Reported By:

KATHLEEN WILKINS, CSR #10068, RPR, CRR

BEA, ROBERT

1/30/2009

Page 210

```
 1   to it and -- or didn't try to have access to it.
 2          But you've just said that you talked to
 3   them; they talked to you?
 4       A.   Yes.
 5       Q.   Free exchange of ideas and information?
 6       A.   Dr. Don Resio, whom I hope is still
 7   here, was part of that development of
 8   collaboration.
 9       Q.   All right.
10          MR. STONE:  Need a break?  Okay.
11          THE VIDEOGRAPHER:  The time is
12   3:59 p.m., and we are off the record.
13          (Whereupon, a recess was taken.)
14          THE VIDEOGRAPHER:  The time is 4:16 p.m.
15   and we are back on the record.
16          MR. STONE:  Q.  At the bottom of page
17   21, where you discuss the north and south breach
18   of the IHNC, is that section --
19          MR. BRUNO:  What page?
20          THE WITNESS:  21.
21          MR. STONE:  Q.  Does that section
22   essentially state that the north and the south
23   breach of the IHNC on the east flood wall would
24   have occurred under either the neutral or the
25   as-was scenario?
```

BEA, ROBERT

1/30/2009

Page 211

1     A.    That's correct.
2     Q.    You know, there have been several things
3  said in these reports about the levees not being
4  proper levees, and they truly aren't hurricane
5  protection system -- I mean -- they aren't
6  hurricane protection levees.
7           How long have those levees existed down
8  in the New Orleans area up to the day before
9  Hurricane Katrina?
10    A.    Since 1850.
11    Q.    Since?
12    A.    1850 and before.  The river built up
13 naturally.
14    Q.    And the levees that we've been talking
15 about this morning that were built along the MRGO
16 have been in since -- they started building
17 in '68, right?
18    A.    Correct.
19    Q.    So these levees have withstood
20 hurricanes in the past; is that true?
21    A.    Which levees are you referring to?
22    Q.    The ones on the MRGO.
23    A.    Prior to Hurricane Katrina and after
24 Hurricane Betsy?
25    Q.    Yes.