# Exhibit 3

# Expert Report

of

# Robert Glenn Bea, Ph.D., P.E.

Prepared for:

Katrina Canal Breaches Consolidated Litigation
[Civil Action Number: 05-4182 "K" (2)]

United States District Court
Eastern District of Louisiana

## Pertains to MR-GO, Robinson

(C. A. No. 06-2268)

Moraga, California

July 14, 2008

structure mitigating measures include provision of protected and flood side armor for levees and embankments, wave berms, foreshore protection, EBSB and levee profiles that reduce surge – current – and wave effects, use of proper materials and construction methods, use of deeper sheet piling and other means to cut-off subterranean seepage paths, and construction and maintenance procedures to maintain levees and EBSBs to adequate elevations.

21. In summary, based on my experience, my observations and analyses, and the forensic engineering studies of the breaches of the man-made features of the MR-GO that resulted in the catastrophic flooding of St. Bernard Parish, the Lower 9th Ward, New Orleans East, and portions of the New Orleans Metro Bowl (Upper 9th Ward), it is my conclusion that given Hurricane Katrina Neutral MR-GO conditions as analyzed and determined by Wit, et al (2008) and Gautier, et al (2008):

(a) Reach 2 – There would have not been any significant breaching of the EBSBs along Reach 2 (Figure 3). Breaching of the Bayou Bienvenue (south) navigation structure wing-wall to EBSB interface would have developed following surge overtopping initiating between 8:00 am and 9:00 am (CDT) and completing approximately one hour later. The Bayou Dupre (north) navigation structure wing-wall to EBSB interface breach would not have developed. There would have not been any breaching or overtopping of the 40 Arpent Levees—and therefore no catastrophic flooding of the areas on the protected side of the 40 Arpent Levees. These times are referenced to the surge hydrographs developed by Wit, et al (2008) for Hurricane Katrina Neutral MR-GO conditions (characterized as Scenario 2C). Engineering analyses of the performance of these man-made flood

        protection structures during Hurricane Katrina and during Hurricane Katrina Neutral MR-GO conditions are addressed in a separate Declaration (Bea 2008a).

(b)    Reach 1 – With one exception, there would have not been any significant breaching of the New Orleans East Back Levee EBSBs, the Citrus Back Levee and the man-made flood protection structures along this alignment (Figure 3). The levee – floodwall sheet pile interface breach at the Air Products Plant would have developed due to a sheet pile interlock failure close to the time of overtopping – at approximately 8:00 am (CDT). With two exceptions, there would have been no significant breaching of floodwalls, levees, and man-made flood protection structures at the MR-GO – GIWW - IHNC intersection and north of this intersection. The first exception would be at the CSX railroad crossing where the temporary sandbag closure would have failed at approximately 7:00 am (CDT). The second exception would be behind the southern end of the Port of New Orleans where two large breaches would develop through an earthen levee – embankment fill (lightweight shell-sand) at the intersection of the levee, embankment and a concrete floodwall sections at approximately 9:00 am (CDT). South of the MR-GO – GIWW – IHNC intersection two breaches would have developed at the locations of the North Breach and South Breach at the Lower 9th Ward. The North Breach initiated at approximately 5:00 am and completed at 7:00 am (CDT). The South Breach initiated at approximately 6:00 am and completed at 8:00 am (CDT). These times are referenced to the surge hydrographs developed by Wit, et al (2008) for hurricane Katrina 'surge Neutral' MR-GO conditions (defined as Scenario 2c). Engineering analyses of the

21

performance of the man-made flood protection structures at the Lower 9th Ward during Hurricane Katrina and during Hurricane Katrina Neutral MR-GO are addressed in a separate Declaration (Bea 2008b).

22. Based on the evidence previously cited, in the case of the Reach 1 extension into IHNC, the MR-GO - GIWW foreseeably exacerbated the hurricane surge, currents, and waves experienced at this location. Surge peak elevations were increased by 2 to 3 feet and the durations of overtopping significantly extended. The increased surge contributed significantly to the failures of the floodwalls, Levees, and other man-hade hurricane flood protection structures on both east and west sides of the IHNC and along the GIWW. Water which came in through these breaches not only devastated the Lower 9th Ward, but as well contributed to the catastrophic flooding of the St. Bernard Parish – Lower 9th Ward 'polder', the New Orleans East polder, and the New Orleans Metropolitan area polder. Much of the catastrophic flooding, property damage, injuries, and loss of life could have been prevented if the USACE had properly designed, constructed, and maintained hurricane flood protection structures along the MR-GO Reach 1 and Reach 2 in conjunction with a properly located, designed, constructed, and maintained 'Hurricane Neutral' MR-GO.

23. Given these pervasive and multiple failures that developed and persisted over a long period of time (55 years), it is reasonable to ask: why did this happen? The answer to this simple question is not simple. A large number of organizational, political, social, scientific, and engineering 'causes' have been identified (ILIT 2006, Woolley and Shabman 2008, NAE / NRC 2006, ASCE 2007, Committee on Homeland Security 2006, Committee to Investigate the Preparation for and Response to Hurricane Katrina 2006, Towsend 2006, Farber et al 2007, Bea 2007b). A synthesis of these extensive in-depth investigations clearly indicates that the failures