UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BESSIE WELCH | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| versus | * | CIVIL NO.: 2:07-cv-2184-SRD-JCW |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |
| | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RULE 41(a)(1)(A)(i) STIPULATION OF VOLUNTARY DISMISSAL**

NOW INTO COURT, through undersigned counsel of record, come Plaintiff, BESSIE WELCH, who wishes to dismiss the action with prejudice pursuant to Rule 41(a)(1)(A)(i) which provides a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant, STATE FARM FIRE AND CASUALTY COMPANY, has not filed an answer or a motion for summary judgment into the record. Thus, Plaintiff prays that this Honorable Court will grant the Rule 41(a)(1)(A)(i) with prejudice and issue an Order dismissing this case, with prejudice.

**RESPECTFULLY SUBMITTED:**

By: */s/ Jim S. Hall*
Jim S. Hall
Louisiana Bar No. 21644
Joseph W. Rausch
Louisiana Bar No. 11394
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd.
Suite 100
Metairie, Louisiana 70001
Telephone: (504)832-3000
Counsel for Plaintiff, Bessie Welch

## CERTIFICATE OF SERVICE

I hereby certify that on this _6th_ day of April, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Gerald J. Nielsen
Kim Tran Britt
Nielsen Law Firm, LLC
3838 N. Causeway Blvd.
Suite 2850
Metairie, Louisiana 70002
Counsel for Defendant,
State Farm Fire and Casualty Company

I further certify that I mailed the foregoing document via facsimile and first-class mail to the following non-CM/ECF participants:

N/A

*/s/ Jim S. Hall*
Jim S. Hall