UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BESSIE WELCH | * |
| Plaintiff | * |
| versus | *   CIVIL NO.: 2:07-cv-2184-SRD-JCW |
| STATE FARM FIRE AND CASUALTY COMPANY | * |
| Defendant. | * |

**O R D E R**

Considering the foregoing Rule 41(a)(1)(A)(i) Stipulation of Voluntary Dismissal With Prejudice,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA this _____ day of April, 2009

_____
UNITED STATES DISTRICT JUDGE