UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases<br><br>SECTION "K"  (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:  BARGE | | |
| *Weisler v. Seymour, et al.*       09-2737 | | |

# JOINT *EX PARTE* / CONSENT MOTION SETTING ALL DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AS MAY 29, 2009

Plaintiff and the below-named defendants jointly move for approval of the following Stipulation:

1.   Defendants Brian A. Gilbert; Law Office of Brian A. Gilbert, P.L.C.; Richard T. Seymour; Law Office of Richard T. Seymour, P.L.L.C., (misnamed as Richard T. Seymour, P.L.L.C.); Lawrence A. Wilson; Wilson, Grochow, Druker & Nolet; Alan L. Fuchsberg; The Jacob D. Fuchsberg Law Firm, and Wiedemann & Wiedemann, P.L.C., have been sent the Summons and Complaint by certified mail and have elected to waive the service of summons pursuant to Rule 4(d), Fed. R. Civ. Pro.

2.   All defendants have waived service.

3.   All defendants will file their Answers or otherwise respond to the Complaint by May

1

29, 2009.

We so stipulate, and ask for this:

| | |
|---|---|
| /s/ | /s/ Brian A. Gilbert |
| Daniel J. Caruso (3941) | Brian A. Gilbert (21297) |
| Andrew C. Wilson (01162) | LAW OFFICE OF BRIAN A. GILBERT, P.L.C. |
| Charles E. Riley IV (28200) | 821 Baronne Street |
| Christopher B. Conley (31674) | New Orleans, Louisiana 70113 |
| Simon, Peragine, Smith & Redfearn, L.L.P. | Telephone: (504) 885-7700 |
| 30th Floor - Energy Centre | Telephone: (504) 581-6180 |
| 1l00 Poydras Street | Facsimile: (504) 581-4336 |
| New Orleans, LA 70163-3000 | e-mail: bgilbert@briangilbertlaw.com |
| Telephone: 504-569-2030 | |
| Facsimile: 504-569-2999 | Attorney for Defendants Brian A. Gilbert and for Law Office of Brian A. Gilbert, P.L.C. |
| Attorneys for Plaintiff | |
| Dated: April 6, 2009 | /s/ Richard T. Seymour |
| | Richard T. Seymour (D.C. Bar #28100) |
| | Law Office of Richard T. Seymour, P.L.L.C. |
| | 1150 Connecticut Avenue N.W., Suite 900 |
| | Washington, D.C.  20036-4129 |
| | Voice: 202-862-4320 |
| | Cell:    202-549-1454 |
| | Facsimile:  800-805-1065 and 202-828-4130 |
| | e-mail: rick@rickseymourlaw.net |
| | |
| | Attorney for Defendants Richard T. Seymour and for Law Office of Richard T. Seymour, P.L.L.C. (misnamed as Richard T. Seymour, P.L.L.C.) |
| | |
| | /s/ Lawrence A. Wilson |
| | Lawrence A. Wilson (N.Y.S.B.A. 2487908) |
| | Wilson, Grochow, Druker & Nolet |
| | Woolworth Building |
| | 233 Broadway, 5th Floor |
| | New York, NY 10279-0003 |
| | Telephone: (212) 608-4400 |
| | Facsimile: (212) 227-5159 |
| | e-mail: lwilson@wgdnlaw1.com |
| | |
| | Attorney for Defendants Lawrence A. Wilson and Wilson, Grochow, Druker & Nolet |

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg (N.Y.S.B.A. #1755966)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com

Attorney for Defendants Alan L. Fuchsberg
and The Jacob D. Fuchsberg Law Firm

Dated: April 6, 2009