UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | |
| | * | SECTION "K"  (2) |
| *Weisler v. Seymour, et al.*     09-2737 | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

# ORDER APPROVING STIPULATION ON TIME TO ANSWER

This matter comes before the Court on the Joint *Ex Parte* / Consent Motion to Approve the Stipulation on Time to Answer of Plaintiff and Defendants Brian A. Gilbert; Law Office of Brian A. Gilbert, P.L.C.; Richard T. Seymour; Law Office of Richard T. Seymour, P.L.L.C. (misnamed as Richard T. Seymour, P.L.L.C.); Lawrence A. Wilson; Wilson, Grochow, Druker & Nolet; Alan L. Fuchsberg; The Jacob D. Fuchsberg Law Firm, and Wiedemann & Wiedemann, PLC.

The Court finds that the Stipulation is proper.  It is therefore hereby ORDERED, that all defendants will file their Answers or otherwise respond to the Complaint by May 29, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**