UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | MAG. WILKINSON |
| (No. 06-2268) | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion, and for good cause shown:

**IT IS ORDERED** that the Plaintiffs' Motion for Leave to File Out-of-Time Pretrial Memorandum be **GRANTED**, and the Pretrial Memorandum of the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz be filed into the record.

New Orleans, LA, this _____ day of _____, 2009.

_____

JUDGE