UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE OUT-OF-TIME PRETRIAL MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who request leave to file their Pretrial Memorandum, for the following reasons:

I.

As the Court is aware, trial in the above enumerated matter was previously set for January 20, 2009, with "all pretrial filings" to be filed in chambers eight (8) days before trial, January 12, 2009. (Rec Doc. 13438-3).

II.

When the January 20, 2009 trial date was continued, a new Order dated October 9, 2008 was issued, with a new trial date of April 20, 2009. (Rec. Doc. 15841). However, this new Order established that "all Findings of Fact and Conclusions of Law, Pretrial Memoranda and Motions in Limine" were to be filed seventeen (17) days before trial, April 3, 2009.

### III.

Plaintiffs's counsel, having reviewed the October 9, 2008 Order innumerable times, recognized that the filing periods had been expanded (the Findings of Fact and Conclusions of Law were filed on April 3, 2009); however, they incorrectly noted the change for the Pretrial Memorandum.

### IV.

Plaintiffs' counsel, cognizant of the Pre-Trial Notice Form issued by the Court on March 29, 2007, and having experience before this Court, were aware of the standing order that in a non-jury case, "a separate trial memorandum [is] required. ... [t]o be submitted not less than five full working days prior to trial." (Rec. Doc. 3603-2, § 14(b)).

### V.

Clearly, the October 9, 2008 Order established the proper filing date of the Pretrial Memorandum and takes precedence over the March 29, 2007 Pre-Trial Notice Form. Plaintiffs' do not dispute this.

### VI.

Plaintiffs' transgression was not done with malice aforethought, but was simply a miscue in evaluating the numerous deadlines incumbent on trial preparation. Likewise, Plaintiffs here are not presenting an excuse, simply trying to express to the court that this was simply inadvertence in correlating the new deadline amongst many, many changing deadlines as trial approaches.

## VII.

The Court should grant leave as it will invoke no prejudice to the defendant. Both parties have exchanged the full gamut of trial positions. The filing of the Pretrial Memorandum expands the explanation of the Plaintiffs' position set forth in the Pre-Trial Order.

## VIII.

A district court may permit modifications of a pretrial order to prevent manifest injustice, though modifications should not be allowed that would seriously prejudice one of the parties. McFadden v. Sanchez, 710 F.2d 907 (2nd Cir (N.Y.) 1983), certiorari denied 104 S.Ct. 394, 464 U.S. 961, 78 L.Ed.2d 337. Where the trial court determines that refusal to allow a modification of the pretrial order might result in injustice while allowance would cause no substantial injury to the opponent and no more than slight inconvenience to the court, a modification of the order should ordinarily be allowed. U. S. v. First Nat. Bank of Circle, 652 F.2d 882 (9th Cir. Mont.) 1981).

Substantial expenditures of time and money constituted the type of prejudice that rule, allowing order following final pretrial conference to be modified only to prevent manifest injustice, sought to prevent. Raney v. District of Columbia, 892 F.Supp. 283 (D.D.C.1995).

## IX.

The filing of Plaintiffs' Pre-Trial Memorandum was filed the following business day after the defendant filed its Pre-Trial Memorandum.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the Plaintiffs' Motion to Leave, thereby allowing the filing of the Pretrial Memorandum.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**
      /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
**Law Offices of Joseph M. Bruno**, **A PLC**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


      /s/ Pierce O'Donnell
PIERCE O'DONNELL (pro hac vice)
**O'Donnell & Associates, P.C.**
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Telephone: (213) 347-0290
Facsimile: (213) 347-0298
Email: pod@oslaw.com

**MRGO SUBGROUP LITIGATION COMMITTEE LIAISON**
James P. Roy, *Approved Liaison Counsel*
John Andry
Joseph Bruno
Clay Mitchell
Pierce O'Donnell

**THE MRGO LITIGATION GROUP**

**The Andry Law Firm, LLC**
Jonathan B. Andry
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**Andry & Andry**
Jay Andry
Gilbert V. Andry
Arthur Landry
710 Carondolet Street
New Orleans, LA 70130
Telephone: (504) 581-4334
Facsimile: (504) 586-0288

**The Law Office of Joseph M. Bruno A PLC**
Joseph M. Bruno
Scott Joanen
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett
Philip L. Gregory
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Carlton Dunlap Olinde & Moore**
John B. Dunlap, III
Richard P. Ieyoub
One American Place, Suite 900
301 Main Street
Baton Rouge, LA 70825
Telephone: (225) 282-0600
Facsimile: (225) 282-0650

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Facsimile: (504) 525-9522

**Domengeaux Wright Roy & Edwards LLC**
James P. Roy
Bob F. Wright
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**The Dudenhefer Law Firm , LLC**
Frank C. Dudenhefer, Jr.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 616-5226

**Dumas & Associates Law Firm, LLC**
Walter C. Dumas
Travis J. Turner
Lawyer's Comples
1261 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366
Telephone: (225) 383-4701
Facsimile: (225) 383-4719

**Fayard & Honeycutt**
Calvin C. Fayard, Jr.
Blayne Honeycutt
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Glen J. Lerner & Associates**
Glen J. Lerner
4795 S. Durango Drive
Las Vegas, NV 89147
Telephone: (702) 877-1500
Facsimile: (702) 968-7572

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell
Matt Schultz
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan
John Smith
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**O'Donnell & Associates P.C.**
Pierce O'Donnell
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**Michael C. Palmintier, A PLC**
Michael C. Palmintier
Joshua M. Palimintier
618 Main Street
Baton Rouge, LA 70801-1910
Telephone: (225) 344-3735
Facsimile: (225) 336-1146

**Robinson, Calcagnie & Robinson**
Mark P. Robinson, Jr.
Kevin F. Calcagnie
620 Newport Center Drive
7th Floor
Newport Beachm CA 92660

**Law Office of Elwood C. Stevens, Jr., A PLC**
Elwood C. Stevens, Jr.
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 6th day of April, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno
