UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  *<br>CONSOLIDATED LITIGATION           *<br>                                                         *<br>                                                         *<br>                                                         *<br>                                                         *<br>PERTAINS TO: MRGO, Robinson   *<br>(No. 06-2268)                                  * | | CIVIL ACTION<br><br>NUMBER: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion, and for good cause shown:

**IT IS ORDERED** that the Plaintiffs' Motion for Leave to File Out-of-Time Pretrial Memorandum be **GRANTED**, and the Pretrial Memorandum of the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz be filed into the record.

New Orleans, LA, this _____ day of _____, 2009.

_____

JUDGE