**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

**District Court:** Eastern District of Louisiana

**District Court Docket Number:** 5-4182 (6-5131, 6-5132, 6-5134, 6-5137, 6-5140)

**Short Case Title:** In Re: Katrina Canal Breaches, et al

**Court Reporter:** ___

**Date Notice of Appeal Filed by Clerk of District Court:** 12/8/08

**Court of Appeals #:** 8-31240 *(If Available)*

FILED 2009 APR -2 PM 4: [?]
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

## PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- [X] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: *(check appropriate box)*
    - Voir dire [ ]; Opening statement of plaintiff [ ] defendant [ ];
    - Closing argument of plaintiff [ ] defendant [ ]; Opinion of court [ ];
    - Jury instructions [ ]; Sentencing [ ]; Bail hearing [ ];

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds; [ ] Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter; [ ] U.S. Government Funds;
- [ ] Other ___

**Signature:** *(signed)*

**Date Transcript Ordered:** ___

**Print Name:** James K. Irvin

**Counsel for:** Plaintiffs

**Address:** 909 Poydras, Suite 2300, New Orleans, LA 70112

**Telephone:** (504) 569-7000

*ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.*

## PART II.  COURT REPORTER ACKNOWLEDGEMENT
*(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- [ ] Satisfactory Arrangements for payment were made on ___
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received [ ] Unable to contact ordering party [ ] Other *(Specify)* ___

**Date** ___ **Signature of Court Reporter** ___ **Telephone** ___

**Address of Court Reporter:** ___

*\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

## PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
*(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

**Actual Number of Pages** ___ **Actual Number of Volumes** ___

**Date** ___ **Signature of Court Reporter** ___

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No. ___

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I