

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**FILED  APR - 6 2009**
**LORETTA G. WHYTE**
**CLERK**

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

March 31, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 07-30349, In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-4389
        USDC No. 2:06-CV-5786
        USDC No. 2:06-CV-6099

Enclosed, for the United States District Court for the Eastern District of Louisiana at New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the United States District Court for the Eastern District of Louisiana at New Orleans only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

(1) Envelope

Enclosed for the United States District Court for the Eastern District of Louisiana at New Orleans and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc: (letter only)
    Mr. Michael C Keller
    Mr. Ashton R O'Dwyer Jr.

P.S. to Judge Duval: A copy of the opinion was sent to your office via email the day it was filed.