MINUTE ENTRY
DUVAL, J.
March 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:　　　　　　　　　　　　　　　　　　SECTION "K"(2)
BARGE

　　　　Attending a status conference concerning a Motion to Continue Individual Trials and Modification of Case Management Order No. 7 (Doc. 18130) and Joint Motion for Extension of Time to Complete Discovery (Doc. 18183) were:

In person:

　　　　Robin Smith and Jeff Ehrich for the United States;
　　　　Derek Walker for Lafarge;
　　　　Brian Gilbert for Barge Plaintiffs; and
　　　　Joseph Bruno for MRGO Plaintiffs.

By telephone:

　　　　Rob Fisher, John Aldock, Mark Raffman for Lafarge;
　　　　Jill Willhoft for Joseph C. Domino, Inc.;
　　　　Andre Mouledoux and Bill Emory for Zito Fleeting, LLC and Zito Fleeting, Inc.;
　　　　Larry Wiedemann for Barge Plaintiff's Subgroup Committee;
　　　　Gordon Grant for the American Club;
　　　　Shawn Khorami for Barge Plaintiffs.

　　　　Barge plaintiffs discussed the need for a continuance based on their expert's inability to complete his report in a timely manner. They sought a continuance to October of this year; however, the Court informed the litigants that it would be unable to accommodate such a setting.

A general discussion concerning the interlocking nature of the Barge and the MRGO class actions occurred. Having ascertained that with respect to the MRGO class action, the only issue remaining after the *Robinson* trial will be that concerning the EBIA, the necessity of linking the Barge and MRGO class actions seemed to be less compelling. Accordingly,

**IT IS ORDERED** that the trials of MRGO Master Class Action suit and BARGE Master Class Action Suit and/or individual suits are **SEVERED.**

**IT IS FURTHER ORDERED** that the trial of the last remaining claim in the MRGO Master Class Action matter–that is the EBIA claim against the United States–is **CONTINUED** to commence on **September 14, 2009 at 9:00 a.m. as a non-jury trial.**

**IT IS FURTHER ORDERED** that the following schedule shall amend previous deadlines contained in Case Management Order No. 7 as applicable; those deadlines not mentioned herein remain in place as set forth in Case Management Order No. 7:

| | |
|---|---|
| July 2, 2009 | The United States shall file its discretionary function exception motion. |
| July 16, 2009 | Plaintiffs' shall file their opposition thereto. |
| July 23, 2009 | United States' reply shall be filed. |
| July 30, 2009 | Oral Argument on discretionary function exception motion. |
| August 20, 2009 | Pre-Trial Order shall be filed. |
| August 24, 2009 | Pre-Trial Conference shall be held at 1:30 p.m. |
| August 28, 2009 | All pre-trial filings shall be filed including Motions in Limine, Exhibits and Objections, Findings of Fact and Conclusions of Law and Pre-Trial Memoranda. |
| September 4, 2009 | Oppositions and responses to pre-trial filings shall be filed. |

**IT IS FURTHER ORDERED** that the Motion to Continue Individual Trials and Modification of Case Management Order No. 7 (Doc. 18130) and Joint Motion for Extension of Time to Complete Discovery (Doc. 18183) are **GRANTED**.

**IT IS FURTHER ORDERED** that the trial of the Barge Master Class Action suit or the Individual BARGE trial as designated in the Joint Notice of Identity of Barge Plaintiffs for First Combined MRGO-BARGE "Bellwether" Trial (Doc. 18164) shall commence on **February 22, 2010 at 8:30 a.m. as a jury trial.**

**IT IS FURTHER ORDERED** that Case Management Order No. 7 is **AMENDED** to provided for the following cut-offs.:

| | |
|---|---|
| July 1, 2009 | Plaintiffs' Expert Reports shall be exchanged. |
| August 3, 2009 | Defendants' Expert Reports shall be exchanged. |
| August 21, 2009 | Last day to file Substantive Motions. |
| September 4, 2009 | Last day to file opposition to Substantive Motions. |
| September 11, 2009 | Last day to file reply to Substantive Motions. |
| October 8, 2009 | Hearing on Substantive Motions to commence at 10:30 a.m. |
| October 30, 2009 | *Daubert* Motions shall be filed. |
| November 10, 2009 | Opposition to *Daubert* motions shall be filed. |
| November 13, 2009 | Reply to *Daubert* motions shall be filed. |
| December 3, 2009 | *Daubert* Hearing at 10:30 a.m. |
| January 7, 2010 | Pre-Trial Conference at 1:30 p.m. |
| January 15, 2010 | Pre-Trial Filings shall be filed including Motions in Limine, Jury Charges, Objections to Exhibits, etc. |

January 22, 2010            Responses to Pre-Trial Filings shall be filed.

**No extensions shall be granted with respect to these cut-offs as the Court has delayed this trial far beyond what the parties knew to be the constraints placed upon them.**

**IT IS FURTHER ORDERED** that Motion for Extension of Deadlines (Doc. 18413) is **MOOT**.

JS-10: 1 HOUR 20 MINS