UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>*LEWIS, ALVIN*, NO. 06-3996 | * * * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

*********************************************

## ORDER

**CONSIDERING** the above and foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the above-captioned action be and it is hereby dismissed WITH PREJUDICE, each party to bear its own attorneys' fees, costs and other litigation expenses.

New Orleans, Louisiana, this __6th__ day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE