# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K"(2) |
| | * | JUDGE DUVAL |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Williams, Diana, No. 07-2188) | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby

dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 6th day of _____April_____, 2009

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA