## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Ancar, No. 07-4853) | * | |

### ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **BETTY AND DUVAL WELCOME**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this 6th day of April, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT LOUISIANA