517. Early failure of the LPV structures along Reach 2 allowed the 32,000 acre wetland buffer between the MR-GO and 40 Arpent Canal Back Levee (Central Wetlands Unit) to fill and overtop the 40 Arpent Canal Back Levee while the surge was still rising, resulting in catastrophic flooding in St. Bernard Parish to an elevation of at least 11 feet (NAVD88) as well as catastrophic flooding in the Lower 9th Ward. Exh. 81, Bea Expert Report (Jan. 2009) at p. 15, ¶13; Exh. 83, Bea Technical Report I (Jan. 2009) at p. 11; Exh. 4, Team Louisiana Report at p. v.

518. Overtopping of resilient Reach 2 LPV structures at the design level (MSL) would have delivered only about half of the volume necessary to fill the 32,000 acre wetland (Central Wetlands Unit) behind, and initiate overtopping of, the local 40 Arpent Canal Back Levee. Had these LPV structures failed at a later stage in the surge hydrograph, or failed less completely, the storage capacity of the Central Wetlands Unit would likely have absorbed the discharge across the LPV structure alignment for long enough to save Chalmette and the rest of St. Bernard Parish and Lower 9th Ward from the disastrous flooding that occurred across the local 40 Arpent Canal Back Levee. Exh. 4, Team Louisiana Report at p. 135; Exh. 91 Kemp Expert Report (July 2008) at pp. 63, 66, 146.

**IHNC**

519. The maximum surge height in the IHNC was 17.5 feet during Hurricane Katrina as shown in the "Katrina As Was" conditions (Scenario 1). Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

520. Under the "Neutral MR-GO" conditions (Scenario 2C), the maximum surge height in the IHNC would have been 14.5 feet—three feet lower than the actual maximum surge height during Hurricane Katrina. Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

158

521. The design elevation of the LPV structures along the IHNC was 14.8 feet. Exh. 73, Bea Expert Decl. II (July 2008) at p. 28.

522. The actual elevation of the LPV structures along the IHNC was between 12-12.5 feet during Hurricane Katrina. Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

523. All of the LPV structure reaches exposed to the Lake Borgne surge system, including those along the IHNC, experienced overtopping. If the IHNC LPV structures had been at the design elevation, they should have experienced less than 1 foot of overtopping at peak surge, rather than the 1.5 to 3.0 feet that occurred. This would have prevented some of the breaches and transition failures. Exh. 4, Team Louisiana Report at pp. 133-34.

524. Overtopping of the LPV system by Katrina occurred along nearly all portions of the IHNC. There were four breaches in the protection system, two on the east side and two on the west side. The east side breaches are both located in the Lower 9th Ward neighborhood and the west side breaches are both in the vicinity of France Road and Benefit Street. Exh. 20, IPET at p. III-439.

525. Defendant's experts have concluded that the failure of the LPV floodwall at the southern end of the east side of the IHNC ("South Beach")—the larger of the two breaches—was caused (and preceded) by surge water pressure imposed on the LPV structure and overtopping and the resulting erosion of the soil on the protected side of the LPV floodwall. Exh. 81, Bea Expert Report, Summary (Jan. 2009) at pp. 27-28.

526. The South Breach developed at a water level of 12 to 14 feet. Exh. 74, Bea Expert Decl. III (July 2008) at p. 148, ¶141.

527. The overtopping of this LPV floodwall at the southern end of the east side was caused in part by the incremental three feet of surge caused by the "funnel effect," and was a

159

contributing cause of the South Breach. Exh. 72, Bea Expert Decl. No. II (July 2008) at p. 15, ¶25; Exh. 81, Bea Expert Decl. (Jan. 2009) at p. 6, ¶7.

528. The South Breach developed from a combination of causes, including seepage and hydraulic uplift effects caused by the EBIA site during excavation and backfilling work and amplified surge in the IHNC caused by the "funnel effect" which increased LPV structure overtopping intensities and devastation, thereby increasing the protected (back) side erosion. Exh. 81, Bea Expert Report (Jan. 2009) at pp. 28, ¶29.

529. Both parties' experts therefore agree that overtopping of the LPV structures was a contributing cause of the South Breach. Exh. 82, Bea Expert Decl. (Jan. 2009) at p. 105, ¶147.

530. Defendant's experts have concluded that the failure of the LPV floodwall at the northern end of the east side of the IHNC ("North Breach") developed very early during the morning of August 29th as a result of lateral instability due to surge water pressure imposed on the LPV structure and the reduced cross section of the LPV structure at this location before overtopping. Exh. 82, Bea Expert Decl. (Jan. 2009) at p. 104, ¶146.

531. The North Breach developed at a water level of approximately 9 feet. Exh. 73, Bea Expert Decl. II (July 2008), at p. 99, ¶107.

532. Both Plaintiffs' and Defendant's experts agree that the North Breach developed before overtopping. Exh. 82, Bea Expert Decl. (Jan. 2009) at p. 104, ¶146.

**40 Arpent Canal Levee**

533. The storm surges produced by Hurricane Katrina passed over the Reach 2 LPV structure into the Central Wetlands Unit, then filled up the bowl, overtopped the 40 Arpent Canal Levee, and catastrophically flooded the St. Bernard/Lower 9th Ward polder. Exh. 20, IPET at p. IV-258.

Team Louisiana Report at pp. 71-72, Figure 19; Exh. 20, IPET, p. IV-190-93; Exh. 91, Kemp Expert Report (July 2008) at pp. 15, 38; Exh. 74, Bea Expert Decl. III (July 2008) at p. 14, ¶23; p. 152, Table 5.

559. Breaches along Reach1/GIWW affecting the residential areas of New Orleans East were much less extensive than those affecting the MR-GO LPV structures on the south side of the funnel. As a result, most flooding was caused by overtopping that stopped once surge levels dropped. Exh. 4, Team Louisiana Report at pp. 71-72; Exh. 20, IPET at p. IV-190-93.

560. The water level in New Orleans East initially got to +1.5 ft in some residential areas close to sources of overtopping, and higher in the industrial land to the south, and in the Bayou Sauvage marsh to the east. Exh. 4, Team Louisiana Report at pp. 71-72; Exh. 20, IPET at p. IV-190-93.

561. The overtopping of Reach 1/GIWW began at about 6 a.m. and subsided around midnight on August 30, 2005 when the peak surge receded. Exh. 105, Vrijling Polder Flood Simulations (July 2008) at pp. 17-19.

562. Once the surge abated on the Reach 1/GIWW and the IHNC, the surge water that had entered New Orleans East then spread out, dropping in some areas and rising in others until it reached equilibrium more than a foot below mean sea level. Because Little Woods is so low, however, with many homes between 8 and 12 feet below sea level, even flooding to this modest elevation had catastrophic consequences. Exh. 4, Team Louisiana Report at pp. 71-72; Exh. 20, IPET at p. IV-190-93.

**Lower 9th Ward**

563. The floodwaters that catastrophically inundated the Lower 9th Ward—and the property of Plaintiffs Anthony and Lucile Franz—came from three sources:

(a) water in the Reach 2 channel that overtopped and breached the Reach 2 LPV structures, filled the Central Wetlands Unit, passed over the 40 Aprent Canal Levee, and poured into St. Bernard Parish and the Lower 9th Ward;

(b) water in the IHNC that overtopped and breached the LPV structures at the North Breach and South Breaches on the eastern side; and

(c) water from overtopping of the southern side of Reach 1/GIWW.

Exh. 105, Vrijling Polder Flood Simulations (July 2008) at pp. 25-28; Exh. 91, Kemp Expert Report (July 2008) at pp. 3, 15-16.

564. The St. Bernard polder (bowl) is one single area—with a minor, very low divider at the railroad tracks—that includes upper St. Bernard Parish and the Lower 9th Ward. By 8:30 a.m. on August 29th, water was overflowing the 40 Arpent Canal Levee and inundating areas both east and west of this divider. Trial testimony of Glenn Diaz; Trial testimony of Donald Riley.

565. Water entering the St. Bernard polder from the east—originating in Reach 2 and then filling up the Central Wetlands, and then overflowing the 40th Arpent Canal Levee—was distributed throughout upper St. Bernard Parish and the Lower 9th Ward. Exh. 105, Vrijling Polder Flood Simulations (July 2008) at pp. 25-28; Exh. 91, Kemp Expert Report (July 2008) at pp. 3, 15-16.

566. Some of the flooding of the Lower 9th Ward was also caused by the waters overflowing the flood protection works on the east side of the IHNC and two breaches of flood protection works on the east side and some overtopping of LPV structures. The South Breach was the largest—nearly 900 feet in length. Overtopping and scouring occurred at both ends of the breach. Exh. 28, Dalrymple Depo. (Sept. 18, 2007) at 138:7-139:9; Exh. 105, Vrijling Polder

168

Flood Simulations (July 2008) at pp. 25-28; Exh. 20, IPET at p. IV-200; Exh. 73, Bea Expert Decl. II (July 2008) at p. 15, ¶25.

567. The North Breach occurred at about 7:30 am on August 29th and flooding lasted until after August 30, 2005 when the surge receded. Exh. 105, Vrijling Polder Flood Simulations (July 2008) at pp. 25-28.

568. The South Breach occurred at about 9:00 a.m. on August 29th and flooding lasted until after August 30, 2005 when the surge receded. Exh. 105, Vrijling Polder Flood Simulations (July 2008) at pp. 25-28.

569. While the North and South Breaches had a local effect on the time of onset of flooding in Lower 9th Ward which was earlier than flooding from Reach 1 and Reach 2, the maximum water levels in the St. Bernard Polder (including the Lower 9th Ward) was determined exclusively by flooding from Reach 2. In other words, the catastrophic flooding of the Lower 9th Ward was caused by floodwaters originating in Reach 2. Steven Fitzgerald Expert Report (Dec. 2008) (Defendant's Expert) at p. 20.

570. With respect to sources of flooding of the Lower 9th Ward, only a relatively small percentage of the total volume came from the North and South Breaches along the IHNC. Most of the remaining floodwaters came from Reach 2, with some minor contribution from Reach 1. Exh. 4, Team Louisiana Report at p. 80; Steven Fitzgerald Expert Report (Dec. 2008) (Defendant's Expert) at p. 20.

571. Without the IHNC breaches, almost the same volume of floodwater enters the populated area of the St. Bernard bowl—upper St. Bernard Parish and Lower 9th Ward— compared with the scenario of MR-GO breaches plus overtopping plus rain. Without the IHNC breaches, it takes a little longer in the western part of bowl to reach the peak water level, but the

169