Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION

CONSOLIDATED LITIGATION          NO. 05-4182 K2

                                                JUDGE DUVAL

PERTAINS TO:                     MAG. WILKINSON

Robinson, No. 06-2286

      Deposition of G. PAUL KEMP, PH.D.,
given at the offices of Lambert & Nelson,
P.L.C., 701 Magazine Street, New Orleans,
Louisiana 70130, on November 27th, 2007.

REPORTED BY:

      JOSEPH A. FAIRBANKS, JR., CCR, RPR

      CERTIFIED COURT REPORTER #75005

1 in New Orleans East suggested in 1965.  It's
2 essential the same design.  And what it shows
3 is that then the area in the apex of the funnel
4 and in these connecting channels, the IHNC and
5 what IPET has called MRGO Reach 1 are then
6 controlled by lake levels -- Lake Pontchartrain
7 levels rather than Lake Borgne levels.  Okay?
8 So this was an example of showing, um -- some
9 of the ways that the MRGO and what kind of
10 closure would really be required.  And most of
11 that is in response to the congressional
12 interest in the closure plan, trying to look at
13 the --
14           Okay.  This is Appendix 4, Closing New
15 Orleans Back Door, a Plan to Reduce
16 Consequences of the Mississippi River Gulf
17 Outlet and Improve Flood Protection.  I believe
18 this was probably submitted as part of, um --
19 testimony to Congress.  I'm not sure.
20 EXAMINATION BY MR. SMITH:
21     Q.   When it says, looking at the subtext
22 below Figure A4.9 --
23     A.   Yes.
24     Q.   It says that peak surge in the
25 southeastern part of the MRGO levee is raised

1 about two feet, though it is greatly reduced
2 elsewhere.  What's that referring to?
3    A.   Okay.  One thing about surge, and, you
4 know, we are dealing with Newtonian physics
5 here, so water is essentially incompressible.
6 So there's no free lunch here.  When you
7 prevent surge from going someplace it goes
8 someplace else.  And in this case, it piles up
9 on that, um -- connecting levee, that structure
10 that has been created -- fictional structure.
11           MR. O'DONNELL:
12                As shown on Figure A4.8?
13    A.   Yes.  That's correct.  A4.8.  And you
14 can see actually you have this yellow color
15 which is indicative of much higher surge, on
16 the order of 19 feet or so, is actually
17 occurring now out midway out the MRGO Reach 2
18 as opposed to in the apex of the funnel where
19 it occurred during Katrina.
20 EXAMINATION BY MR. SMITH:
21    Q.   In fact, during Katrina it didn't
22 actually occur in the apex of the funnel, did
23 it?
24    A.   Actually, the maximum elevation
25 occurred on south shore.  There were -- you