Page 1

                UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION               NO. 05-4182 K2

                                      JUDGE DUVAL

PERTAINS TO:   MRGO AND ROBINSON

                    (No. 06-2268)




                (V O L U M E   I)

        Deposition of REED L. MOSHER, PH.D.,

given at the Law Offices of the Joseph M.

Bruno, 855 Baronne Street, New Orleans,

Louisiana 70113, on February 19th, 2009.











REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

 1 a lot more going out into the channel you

 2 should see a tilt to your levees.  We didn't

 3 see a tilt to the levees.  Because more is

 4 going to be moving out on that side of the

 5 levee than on the land side.  It just makes

 6 sense.

 7           And we see this.  When levees are

 8 built and you get some local failures at the

 9 toe, he whole thing tilts -- failures at the

10 toe from lateral spread.  It's just not

11 unusual.  They built -- you know, this is a

12 similar thing that they saw when they built the

13 turnpikes in New Jersey.  They put a lot of

14 soil above them to consolidate them and let

15 them spread and then go back and raise the

16 height.

17    Q.   Right.  Okay.  So your testimony is

18 that -- and I'm a little confused.  Did you

19 evaluate this, yes or no?

20    A.   Evaluate it in terms of --

21    Q.   As a forensic exercise.  Okay?  Here

22 we are, we're out there, we're asking ourselves

23 the question what caused the levee failure?

24 You've indicated that the height of the levees

25 was a cause, right?

 1     A.    Uh-huh.

 2     Q.    You say that in black and white.  So a

 3 forensic engineer would ask himself, or

 4 herself, the question what caused that levee to

 5 sink?  Right?

 6     A.    Uh-huh.

 7     Q.    And a good forensic engineer would

 8 evaluate the various potential mechanisms by

 9 which that could occur, right?

10     A.    Uh-huh.

11     Q.    Okay.  And we have one mechanism right

12 there which is, got this material which is

13 going to displace under a light load.  So that

14 becomes a potential mechanism of failure, isn't

15 that true?

16     A.    It is a potential --

17     Q.    Just a potential.

18     A.    -- a potential mode that you --

19     Q.    A potential mode.  That's all I'm

20 after.  So the question is, did the IPET team

21 evaluate from a forensic perspective the

22 potential of that interdistributary lateral

23 displacement to be a potential explanation for

24 the sinking of the levee?  Did they do that

25 exercise, yes or no?

 1     A.    There were slope stability analyses

 2 done, but they were not significant to actually

 3 report because they weren't -- we did checks on

 4 them to see if there was a potential.  They

 5 were so high we moved on to looking at other

 6 things, particularly because the physical

 7 evidence didn't show that there was failures of

 8 large lateral movements in that direction.

 9 There was a lot of vertical movement and that's

10 from the settlement.

11     Q.    We're talking about vertical movement.

12 Doc, we're talking about vertical movement.

13 You're talking about slope stability, which you

14 and I both know is something else.  Okay?  The

15 slope stability is the degree to which the

16 slope will be maintained given the conditions

17 that you find it in.  It's a 1:5 slope, right?

18 And you saw no indication that that slope had

19 deteriorated from any other reason other than

20 erosion.

21     A.    No.  You're incorrect.  Because what

22 causes -- okay, what causes lateral movement?

23 It's stresses.  The stresses from the slope

24 cause the lateral movement.  Those stresses

25 also are involved in the slope stability.