Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION

CONSOLIDATED LITIGATION          NO. 05-4182 K2

JUDGE DUVAL

PERTAINS TO:  MRGO AND ROBINSON

(No. 06-2268)


          Deposition of THOMAS F. WOLFF, PH.D., P.E., given at the offices of the United States Department of Justice, 400 Poydras Street, 9th Floor, New Orleans, Louisiana 70130, on February 6th, 2009.




REPORTED BY:

          JOSEPH A. FAIRBANKS, JR., CCR, RPR

          CERTIFIED COURT REPORTER #75005

 1  Engineers are having discussions about regional
 2  subsidence, because if the region is in fact
 3  subsiding the levees and the flood protection
 4  system are subsiding with it, sea level is not,
 5  and as a result the level of protection could
 6  be being compromised.
 7      Q.   Would that be, as we discussed
 8  earlier, a change in the topographic area
 9  adjacent to the levees?
10      A.   It would be the change in the
11  topographic area of the entire region, levees
12  and all.
13      Q.   Okay.  Now, in your report you start
14  off with the statement that in '84 and '85 the
15  New Orleans division and the 1lower Mississippi
16  Valley Division confronted the issue that
17  significant subsidence was occurring in the
18  region and that the design levee grades may not
19  be sufficiently high to protect against the
20  intended standard project hurricane, period,
21  end of quote.
22           Did I correctly quote your report?
23      A.   Yes.
24      Q.   All right.  Can you tell us whether
25  either division, the New Orleans Division or

```
 1 the Lower Mississippi Valley Division of the
 2 U.S. Army Corps of Engineers ever did anything
 3 to account for that subsidence?
 4      A.   It would be the New Orleans
 5 District --
 6      Q.   Oh, I'm sorry.
 7      A.   The New Orleans District made a
 8 decision not to change the project heights
 9 because part of the project had already been
10 completed, and the division concurred with that
11 recommendation.
12      Q.   Now, as a prudent engineer, if
13 conditions change do you know what impact that
14 lowering, if you will, or subsidence of the
15 benchmarks would have on wave heights, surge
16 heights or wave run-up?
17      A.   No.
18      Q.   To your knowledge, did anyone at the
19 Corps analyze or consider these subsided
20 benchmarks?  Is that a fair term?
21      A.   Yes.  This whole exercise was about
22 what to do from the information of subsided
23 benchmarks.
24      Q.   But did they consider it in the
25 context of elevated storm surge and/or wave
```

1 heights?

2    A.   Let me answer that this way:  The
3 subsidence would not change the elevations of
4 the design storm surge, but as the ground being
5 lower, the height of that storm surge relative
6 to the ground would now be higher.  But most
7 importantly, the top of the protection would
8 now be lower and closer to the same storm
9 surge.  And they did in fact consider that, and
10 in my opinion, I could even say that they were
11 prudent in the following sense:  They had a
12 very difficult decision to make because
13 probably millions of dollars of this
14 construction had been completed at what was now
15 an insufficient elevation, and then there were
16 other millions of dollars yet to be
17 constructed.  And then the decision was -- at
18 least the way they approached the decision was,
19 it would be important to have a uniform level
20 of protection, and they made the decision to
21 move forward to complete a uniform level of
22 protection, apparently knowing that that level
23 of protection would not be as high as they
24 intended at the time construction began.  In
25 fact, on Page 28 of my report their letter said

1 hurricane protection projects which are

2 partially completed, that was the case for LPV.

3    Q.   And they made that analysis based upon

4 the same standard project hurricane that they

5 had used to design the levees in the first

6 place, correct?

7    A.   I don't know the specifics.  I just

8 know that they found the levee to be lower than

9 they thought it was, both the partially

10 completed levees and the part that had not yet

11 been designed -- or constructed, that they were

12 designed to be -- provide a certain level of

13 protection against a standard project

14 hurricane, and that they would now be lower.

15    Q.   Now, on Page 28 of your report you

16 report about -- it's a first indorsement to

17 that letter dated November 19, 1985 --

18    A.   Yes.

19    Q.   -- and I quote -- are you're quoting

20 from that first indorsement.

21    A.   Yes.

22    Q.   Quote:  Considerations should be given

23 to reanalyzing and modifying, if needed,

24 hurricane protection work in high density urban

25 areas where the datum changes will drastically