UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *     C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION        *     JUDGE: DUVAL
_____  *     MAG.: WILKINSON
                                  *
PERTAINS TO:                     *
INSURANCE (Ancar, No. 07-4853)    *

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to

**BARBARA AND BERNARD RIGAUD**, be and the same is hereby dismissed, with prejudice,

each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this 6th day of April, 2009

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT LOUISIANA