|  |  |  |
|---|---|---|
| LMNED-HC | Apparent Funneling Effects at Paris Road from Convergence of ~~Michoud~~ and Chalmette Hurricane Protection Levees   CITRUS | |
| MEMORANDUM FOR RECORD | C/Hyd & Hydro Br | 6 Feb 73<br>Mr. Soileau/esk/369 |

TO: C/Eng Div
for Comments/Approval

THRU: C/Design Br, to note
Act C/Design Memo Br, to note
FILE: C/Hyd & Hydro Br

1. Purpose: The purpose of this memorandum is to provide a unitive statement on the position of the New Orleans District concerning the accusation by Dr. Sherwood M. Gagliano or anyone else, that the alinement of the protection levees creates a funnel effect in the vicinity of Paris Road at Lake Borgne. This accusation was aired by Dr. Gagliano while in attendance at the public hearings on replacement of IHNC Lock held at the Naval Reserve Center, New Orleans on 29 November 1972 and the Municipal Auditorium, Chalmette on 9 December 1972. At these meetings Dr. Gagliano et al., presented three reports which are a matter of record of the public hearings.

2. Bases of Position: The bases of our position are the results of a study performed by the National Engineering Science Company (NESCO) in 1966 while under contract with the U.S. Army Corps of Engineers and the heights of water levels experienced during hurricanes Betsy and Camille.

    a. The purposes of the NESCO study were twofold. The primary objective of the study was to determine surge elevations at key locations within the Michoud-Chalmette area in order that accurate decisions could be made concerning the design of authorized levees and associated works. The second objective was to evaluate the effects of the Mississippi River-Gulf Outlet channel, spoil banks, and existing protection works on the hurricane surge environment within the study area.



PET-020-000003593

LMNED-HC  
SUBJECT: Apparent Funneling Effects at Paris Road from Convergence of Michoud and Chalmette Hurricane Protection Levees – Continuation of CMT 1

6 Feb 73

    b. The four numerical (mathematical) models employed in the study are as follows:

        I. Existing levees with no Gulf Outlet Channel.

        II. Existing levees with the Gulf Outlet Channel.

        III. Proposed levees with the Gulf Outlet Channel.

        IV. Proposed levees with no Gulf Outlet Channel.

The numerical models are shown schematically on attachment 1. Attachment 2 is a map showing six locations, lettered A through F, where surge elevations were determined in each numerical model. A comparison of the surge peaks at location C indicated that a difference of only 0.4 foot between results for models I and IV; and no difference between results for models II and III which included the Gulf Outlet Channel. Models III and IV included the proposed levees.

    c. The surge peaks at Paris Road (location C on attachment 2) for Betsy in 1965 and Camille in 1969 were 10.0 and 9.7 feet above mean sea level, respectively.

3. Statement: The New Orleans District of the U.S. Army Corps of Engineers, considered the possibility that the alinement of the Michoud-Chalmette hurricane protection levees might cause a funneling effect in the vicinity of Paris Road during the course of designing the protection system. The results of extensive numerical modeling of the Michoud-Chalmette area which included the Mississippi River-Gulf Outlet channel with existing and proposed levee alinements indicated that there would be no funneling effects in the vicinity of Paris Road with the proposed levees. These results were more than adequately exemplified during the experience of Hurricane

2

PET-020-000003594

LMNED-HC  6 Feb 73
SUBJECT: Apparent Funneling Effects at Paris Road from Convergence of Michoud and Chalmette Hurricane Protection Levees - Continuation of CMT 1

Camille in 1969. In the interim period between the occurrences of hurricanes Betsy and Camille, floodwalls, levees and spoil banks were raised in the vicinity of Michoud, Paris Road, the Mississippi River-Gulf Outlet, and the IHNC, so that when Hurricane Camille occurred, conditions in the vicinity of Michoud, along the north, south, and southwest banks of the MR-GO, and in the IHNC, reflected essentially those hydraulic and physical conditions that will prevail when the project is completed. The experienced water level at Paris Road on the MR-GO during Camille in 1969 was practically a mirror image of that experienced during Hurricane Betsy in 1965 at the same location. This experience strengthens the conclusions obtained from results of the numerical models II and III for existing and proposed levees with the Gulf Outlet Channel in place. Based upon the foregoing, the New Orleans District Corps of Engineers has determined that water levels in the vicinity of Paris Road and Michoud will not be higher than at adjacent locations eastward along the Gulf Intracoastal Waterway or southeastward along the Gulf Outlet Channel; that levee grades have been designed adequately to contain the hurricane surge, and that the design hurricane could not flood St. Bernard Parish as a result of this project feature.

2 Incl  
as

P. A. BECNEL, JR.  
Chief, Hydraulics & Hydrologic Branch

3

PET-020-000003595

Figure 5
Schematic models used for numerical computations

Figure 1

General location map of area under study

PA-3-10289

PET-020-000003597