UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

The United States inadvertently produced a privileged document in its August 31, 2007, document production.  *See* Doc. Rec. No. 7414.  The Court's "Clawback" Order provides "that the production of a document or ESI, in whole or part, shall <u>not</u> alone constitute a waiver of any privilege or other protection as to any portion of that document or ESI, in this or any other proceeding."  *See* Doc. Rec. No. 5183.  Accordingly, the United States hereby designates the following document as privileged:  NOP-007-000000994 thru NOP-007-000001005.

The United States first became aware of the inadvertant release of this privileged document when the Plaintiffs provided it to the United States with their Final Exhibit List in the

MRGO, *Robinson* (06-2268) litigation tract on April 6, 2008.  A privilege log is attached.

                                                Respectfully submitted,

                                                MICHAEL F. HERTZ
                                                Acting Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                JAMES G. TOUHEY, JR.
                                                Assistant Director, Torts Branch

                                                s/ James F. McConnon, Jr.
                                                JAMES F. McCONNON, JR.
                                                Trial Attorney, Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C.  20044
                                                (202) 616-4400 / (202) 616-5200 (Fax)
                                                Attorneys for the United States

Dated: April 8, 2009

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on April 8, 2009, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

           s/ James F. McConnon, Jr.

           JAMES F. McCONNON, JR.