Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in August 31, 2007 Production

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NOP-007-000000994 | NOP-007-000001005 | Attorney-Client; Attorney Work Product | 19910225 | Edelman, Lester | USACE - Department of the Army, Chief Counsel | Distribution | USACE CECC-E | Memorandum regarding 1990 Amendments to the Coastal Zone Mangement Act with enclosure. |
| | | | | | | Executive Assistant | USACE CECC-E | |
| | | | | | | Deputy | USACE CECC-E | |
| | | | | | | Deputy-S | USACE CECC-E | |
| | | | | | | Deputy-P | USACE CECC-E | |
| | | | | | | Commander | USACE CECC-E | |