**MINUTE ENTRY**
**DUVAL, J.**
**March 24, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| **LEVEE AND MRGO** | |

Attending a status conference held this day were:

Joseph M. Bruno for Plaintiffs and
Ralph Hubbard for St. Paul's.

The Court informed counsel that it would require it to provide an agenda or an Order of Proof outline for the Court to review with respect to the upcoming hearing.

JS-10 - 15 mins.