# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * |  |
| IN RE:  KATRINA CANAL BREACHES | * |  |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * |  |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
|  | * |  |
|  | * | SECTION "K"  (2) |
| *Weisler v. Seymour, et al.*     09-2737 | * |  |
|  | * | JUDGE |
|  | * | STANWOOD R. DUVAL, JR. |
|  | * |  |
|  | * | MAGISTRATE JUDGE |
|  | * | JOSEPH C. WILKINSON, JR. |

# ORDER APPROVING STIPULATION ON TIME TO ANSWER

This matter comes before the Court on the Joint *Ex Parte* / Consent Motion to Approve the Stipulation on Time to Answer of Plaintiff and Defendants Brian A. Gilbert; Law Office of Brian A. Gilbert, P.L.C.; Richard T. Seymour; Law Office of Richard T. Seymour, P.L.L.C. (misnamed as Richard T. Seymour, P.L.L.C.); Lawrence A. Wilson; Wilson, Grochow, Druker & Nolet; Alan L. Fuchsberg; The Jacob D. Fuchsberg Law Firm, and Wiedemann & Wiedemann, PLC.

The Court finds that the Stipulation is proper.  It is therefore hereby ORDERED, that all defendants will file their Answers or otherwise respond to the Complaint by May 29, 2009.

2

New Orleans, Louisiana, this __7th__ day of _____April_____, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge