UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Preston Smith regarding 8727 Stroelitz St, New Orleans, LA 70118; Clara Bonadona regarding 7045 Wuerpel Street, New Orleans, LA 70124; Elizabeth Daniels-Kennedy regarding 436 S. Bernadotte St., New Orleans, LA 70119; Betty Carter regarding 4323 Wellington Dr, New Orleans, LA 70122; Lloyd Coleman regarding 5720 St. Bernard Ave., New Orleans, LA 70122; Barbara McGinnis regarding 5005 N. Derbigny St., New Olreans, LA 70117; Ann Marie Howard-Cornin regarding 5846 Prodivdence Pl., New Orleans, LA 70126; Clarence Marchand regarding 3708 Monroe St., New Orleans, LA 70118; Melanie Flot regarding 1494 Crecent Drive, New Orleans, LA 70122; Frankie Turner regarding 3004 & 3006 Republic St., New Orleans, LA 70119; Elizabeth Zepherin regarding 655 S Gayoso, New Orleans, LA 70119; Nancy Watts, William Watts regarding 2505 Mariette St., Chalmette, LA 70043; Susie Wells regarding 8228 Fig St., New Orleans, LA 70118; Lena McClellan regarding 129 W. Willowbrook, Gretna, LA 70056; Charlotte Harris regarding 5948 Babylon St., New Orleans, LA 70126; Tyronne Augusta regarding 5767 Louis Prima Dr. W, New Orleans, LA 70128; Alonzo Dawson regarding 4918 Warrignton Dr., New Orleans, LA 70122; Sylvester Williams regarding 7731/33 Shelly St., New Orleans, LA 70126; Sandra Stewart regarding 2431 Jonquil Rd., New Orleans, LA 70122; Bonnie Payton regarding 11274 Asphodal Dr., New Orleans, LA 70128; Joanna Platenburg regarding 4891 Chareese Ave., New Orleans, LA 70127; Shantonda** |

Yarborough regarding 6010 Morrison Rd., New Orleans, LA 70126; Samuel Washington regarding 10300 Chevy Chase Dr., New Orleans, LA 70127; Harold Alexander regarding 2018 Congress St., New Orleans, LA 70117; Jeffrey DeShazo regarding 3024/26 Packenham Dr., Chalmette, LA 70043; Willie Brock regarding 4674 Saudlewood St., New Orleans, LA 70127; Lena Riley, Ernest regarding 2028/30 Independence St., New Orleans, LA 70117; Rita Faulkner regarding 2333 Mandeville St., New Orleans, LA 70117; Gloria Robertson regarding 7410 Dartmore Dr., New Orleans, LA 70127; Toiya Braud regarding 6570 Coveview Ct., New Orleans, LA 70126; Cynthia Johnson regarding 14544 Tilbury Rd., New Orleans, LA 70128; Elaine Thomas regarding 5323 Wingate Dr., New Orleans, LA 70122; Elaine Daigle-Foley regarding 4600 Cerise Dr., New Orleans, LA 70127; Elease Bradford regarding 2106 Timoleon St., New Orleans, LA 70122; Rosa Williams, Thelma Gaines regarding 2824-2822 Bruxelles St., New Orleans, LA 70119; Doretha Chambliss, Oliver Chambliss, Sr. regarding 9026 Apple St., New Orleans, LA 70118; Carey Carter regarding 8649 Grant St., New Orleans, LA 70127; Harold McMillian, Linda McMillian regarding 7136 Gray Oaks Dr., New Orleans, LA 70126; Harold McMillian, Linda McMillian regarding 1520 & 1522 Spain St., New Orleans, LA 70117; Rutha Blackmon regarding 1426 Forstall Street, New Orleans, LA 70117; Julie McCrary regarding 1439 Mithra Street, New Orleans, LA 70122; Neicie Johnson, Maxson, Ernest regarding 3333 Frenchmen Street, New Orleans, LA 70122; Charles VanVrancken, Rose VanVrancken regarding 5920 Vicksburg St., New Orleans, LA 70124; JoAnn Powell regarding 14586 Duane Road, New Orleans, LA 70128; Carlette Smith, Gary Smith regarding 4910 Friar Tuck Dr., New Orleans, LA 70128; Glenda Edwards-Burgess, Johnny O'Neal regarding 507 Alabo Street, New Orleans, LA 70117; Herbert Jackson, Aline Jackson regarding 7070 Ridgefield Dr., New Orleans, LA 70128; Linda Bullock, Samuel Spears regarding 67 Marywood Ct., New Orleans,

LA 70128; Posey James, Mildred James regarding 1815 Treasure St., New Orleans, LA 70122; Adrian Mason regarding 8730 Curran Blvd., New Orleans, LA 70127; Judith Watson regarding 7311 Northgate Dr., New Orleans, LA 70128; James Anderson, Janice Richards Anderson regarding 1916 Tino Ln. (formerly Caluda St.), Violet, LA 70092; Charles Thibodeaux regarding 669 W. Nigana Circle, Terrytown, LA 70056; Melva Stevenson regarding 2416 Franklin Ave., New Orleans, LA 70117; Maudra Dangerfield, Blanch Dangerfield regarding 4968 Miles Dr., New Orleans, LA 70122; Martha Hohensee regarding 6560 Colbert St., New Orleans, LA 70124; Delano Melton regarding 1212 Mandolin st., New Orleans, LA 70122; Donald Villavasso regarding 5140 Kandall Dr., New Orleans, LA 70126; Walter Wright regarding 510 Warrington Dr., New Orleans, LA 70122; Ronald Hammler, Alice Hammler regarding 1726-28 St. Ferdinand St., New Orleans, LA 70117; Mercedes Brazley regarding 4519 Cartier Ave., New Orelans, LA 70122; Paulette Simon regarding 923 Reynes St., New Orleans, LA 70117; Robert Levy, Melinda Jones Coello regarding 3909 Arkansas Ave., Kenner, LA 70065; Ernest Owens regarding 7331 Perth st., New Orleans, LA 70126; Oscar Singleton regarding 1619 Jourdan Ave., New Orleans, LA 70117; Fabiola Macklin regarding 1714 Andry St., New Orleans, LA 70117; Sykina Gaston regarding 4711 Redwood St., New Orleans, LA 70127; Betty McClendon regarding 4935 Eastview Dr., New Orleans, LA 70126; Corinne Zimmerman regarding 407 22nd St., New Orleans, LA 70124; Geraldine Gray regarding 217/19 Lowerline St., New Orleans, LA 70118; Anthony Brown regarding 4540 Hickerson, New Orleans, LA 70127; Joseph Lamarque regarding 4902 Baccich St., New Orleans, LA 70122; Elmira Hawkins regarding 5159 Montegut Dr., New Orleans, LA 70126; Jeanne Ker-Jacques regarding 7820 Venice St., New Orleans, LA 70128; Tannor Hills regarding 3340 St. Anthony Ave., New Orleans, LA 70122; Bernice Mitchell, Wanda Eli regarding 9204 Edinburgh St., New Orleans, LA 70118; Florence White regarding 9012 Nelson St, New Orleans,

LA 70118; Myra McClendon regarding 327 S Rendon St, New Orleans, LA 70119; Ruby Ellis, Ashley B Ellis regarding 4431 Dreaux Ave, New Orleans, LA 70126; Carol Gray regarding 2508 Jollet St., New Orleans, LA 70118; Lester Reed regarding 5151 Montegut St., New Orleans, LA 70126; Lloyd Lee regarding 1839 Deslonde, New Orleans, LA 70117; Araine Batiste-Davis, Odessa G Batiste regarding 7831 Star st, New Orleans, LA 70128; Jerome Devezin regarding 2200 Lamanche St, New Orleans, LA 70117; Rose Landry regarding 10211 Lakewood St, New Orleans, LA 70127; Florence Maney regarding 10115 Pressburg St., New Orleans, LA 70127; Bobbie Tate regarding 2115 Lafierniere St, New Orleans, LA 70122; Marita Johnson regarding 2917 Dublin St., New Orleans, LA 70118; Winston Bastian, Barbara Bastian regarding 6021 Debore Dr., New Orleans, LA 70126; Joseph Harris, Eluria l Harris regarding 5419 DeBore Dr., New Orleans, LA 70126; Mattie Summers regarding 4535 Paris Ave., New Orleans, LA 70122; Rosalind Condoll-Johnson regarding 7543 Stonewood Dr., New Orleans, LA 70128; Beverly Hampton, Napoleon B. Hampton regarding 4500 & 4502 Lynhuber Dr., New Orleans, LA 70126; Zalie Newell regarding 531 Warrington Dr., New Orleans, LA 70122; Gina Age regarding 4900 St. Bernard Ave., New Orleans, LA 70122; Beatrice LeBlanc regarding 4510 Cerise Ave., New Orleans, LA 70127; John James, Jacquelyn James regarding 6322 Music St., New Orleans, LA 70122; Joann Cargo regarding 2317 Delta Queen Dr., Violet, LA 70092; Debra Surtain, Donald Surtain regarding 4762 Marigny St., New Orleans, LA 70122; CONSTANCE KENNIE regarding 4852 SIERRA MADRE DR, NEW ORLEANS, LA 70127; Rodney Hayes, lanece Hayes regarding 106 Winthrop Pl., New Orleans, LA 70119; Daisy Innis regarding 4024 Stutz St., New Orleans, LA 70126; Edward Johnson, Lovida M. Johnson regarding 4237 Alfred St, New Orleans, LA 70122; Felix Garcia, Sandra A. Garcia regarding 10136 Blvd Way, New Orleans, LA 70127; Christine Williams regarding 4674 Stephen Girard Ave., New Orleans, LA 70126; Gloria Magee regarding 4724 St.

Roch Ave., New Orleans, LA 70122

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Preston Smith regarding 8727 Stroelitz St., New Orleans, LA 70118; Clara Bonadona regarding 7045 Wuerpel Street, New Orleans, LA 70124; Elizabeth Daniels-Kennedy regarding 436 S. Bernadotte St., New Orleans, LA 70119; Betty Carter regarding 4323 Wellington Dr, New Orleans, LA 70122; Lloyd Coleman regarding 5720 St. Bernard Ave., New Orleans, LA 70122; Barbara McGinnis regarding 5005 N. Derbigny St., New Olreans, LA 70117; Ann Marie Howard-Cornin regarding 5846 Prodivdence Pl., New Orleans, LA 70126; Clarence Marchand regarding 3708 Monroe St., New Orleans, LA 70118; Melanie Flot regarding 1494 Crecent Drive, New Orleans, LA 70122; Frankie Turner regarding 3004 & 3006 Republic St., New Orleans, LA 70119; Elizabeth Zepherin regarding 655 S Gayoso, New Orleans, LA 70119; Nancy Watts, William Watts regarding 2505 Mariette St., Chalmette, LA 70043; Susie Wells regarding 8228 Fig St., New Orleans, LA 70118; Lena McClellan regarding 129 W. Willowbrook, Gretna, LA 70056; Charlotte Harris regarding 5948 Babylon St., New Orleans, LA 70126; Tyronne Augusta regarding 5767 Louis Prima Dr. W, New Orleans, LA 70128; Alonzo Dawson regarding 4918 Warrignton Dr., New Orleans, LA 70122; Sylvester Williams regarding 7731/33 Shelly St., New Orleans, LA 70126; Sandra Stewart regarding 2431 Jonquil Rd., New Orleans, LA 70122; Bonnie Payton regarding 11274 Asphodal Dr., New Orleans, LA 70128; Joanna Platenburg regarding 4891 Chareese Ave., New Orleans, LA 70127; Shantonda Yarborough regarding 6010 Morrison Rd., New Orleans, LA 70126; Samuel Washington regarding 10300 Chevy Chase Dr., New Orleans, LA 70127; Harold

MOOT

Case 2:05-cv-04182-SRD-JCW   Document 18493   Filed 04/08/09   Page 6 of 9

Alexander regarding 2018 Congress St., New Orleans, LA 70117; Jeffrey DeShazo regarding 3024/26 Packenham Dr., Chalmette, LA 70043; Willie Brock regarding 4674 Saudlewood St., New Orleans, LA 70127; Lena Riley, Ernest regarding 2028/30 Independence St., New Orleans, LA 70117; Rita Faulkner regarding 2333 Mandeville St., New Orleans, LA 70117; Gloria Robertson regarding 7410 Dartmore Dr., New Orleans, LA 70127; Toiya Braud regarding 6570 Coveview Ct., New Orleans, LA 70126; Cynthia Johnson regarding 14544 Tilbury Rd., New Orleans, LA 70128; Elaine Thomas regarding 5323 Wingate Dr., New Orleans, LA 70122; Elaine Daigle-Foley regarding 4600 Cerise Dr., New Orleans, LA 70127; Elease Bradford regarding 2106 Timoleon St., New Orleans, LA 70122; Rosa Williams, Thelma James regarding 2824-2822 Bruxelles St., New Orleans, LA 70119; Doretha Chambliss, Oliver Chambliss, Sr. regarding 9026 Apple St., New Orleans, LA 70118; Carey Carter regarding 8649 Grant St., New Orleans, LA 70127; Harold McMillian, Linda McMillian regarding 7136 Gray Oaks Dr., New Orleans, LA 70126; Harold McMillian, Linda McMillian regarding 1520 & 1522 Spain St., New Orleans, LA 70117; Rutha Blackmon regarding 1426 Forstall Street, New Orleans, LA 70117; Julie McCrary regarding 1439 Mithra Street, New Orleans, LA 70122; Neicie Johnson, Maxson, Ernest regarding 3333 Frenchmen Street, New Orleans, LA 70122; Charles VanVrancken, Rose VanVrancken regarding 5920 Vicksburg St., New Orleans, LA 70124; JoAnn Powell regarding 14586 Duane Road, New Orleans, LA 70128; Carlette Smith, Gary Smith regarding 4910 Friar Tuck Dr., New Orleans, LA 70128; Glenda Edwards-Burgess, Johnny O'Neal regarding 507 Alabo Street, New Orleans, LA 70117; Herbert Jackson, Aline Jackson regarding 7070 Ridgefield Dr., New Orleans, LA 70128; Linda Bullock, Samuel Spears regarding 67 Marywood Ct., New Orleans, LA 70128; Posey James, Mildred James regarding 1815 Treasure St., New Orleans, LA 70122; Adrian Mason regarding 8730 Curran Blvd., New Orleans, LA 70127; Judith Watson regarding 7311 Northgate Dr., New Orleans, LA

MOOT

70128; James Anderson, Janice Richards Anderson regarding 1916 Tino Ln. (formerly Caluda St.), Violet, LA 70092; Charles Thibodeaux regarding 669 W. Nigana Circle, Terrytown, LA 70056; Melva Stevenson regarding 2416 Franklin Ave., New Orleans, LA 70117; Maudra Dangerfield, Blanch Dangerfield regarding 4968 Miles Dr., New Orleans, LA 70122; Martha Hohensee regarding 6560 Colbert St., New Orleans, LA 70124; Delano Melton regarding 1212 Mandolin st., New Orleans, LA 70122; Donald Villavasso regarding 5140 Kandall Dr., New Orleans, LA 70126; Walter Wright regarding 510 Warrington Dr., New Orleans, LA 70122; Ronald Hammler, Alice Hammler regarding 1726-28 St. Ferdinand St., New Orleans, LA 70117; Mercedes Brazley regarding 4519 Cartier Ave., New Orelans, LA 70122; Pauletta Simon regarding 923 Reynes St., New Orleans, LA 70117; Robert Levy, Melinda John Coello regarding 3909 Arkansas Ave., Kenner, LA 70065; Ernest Owens regarding 7331 Perth st., New Orleans, LA 70126; Oscar Singleton regarding 1619 Jourdan Ave., New Orleans, LA 70117; Fabiola Macklin regarding 1714 Andry St., New Orleans, LA 70117; Sykina Gaston regarding 4711 Redwood St., New Orleans, LA 70127; Betty McClendon regarding 4935 Eastview Dr., New Orleans, LA 70126; Corinne Zimmerman regarding 407 22nd St., New Orleans, LA 70124; Geraldine Gray regarding 217/19 Lowerline St., New Orleans, LA 70118; Anthony Brown regarding 4540 Hickerson, New Orleans, LA 70127; Joseph Lamarque regarding 4902 Baccich St., New Orleans, LA 70122; Elmira Hawkins regarding 5159 Montegut Dr., New Orleans, LA 70126; Jeanne Ker-Jacques regarding 7820 Venice St., New Orleans, LA 70128; Tannor Hills regarding 3340 St. Anthony Ave., New Orleans, LA 70122; Bernice Mitchell, Wanda Eli regarding 9204 Edinburgh St., New Orleans, LA 70118; Florence White regarding 9012 Nelson St, New Orleans, LA 70118; Myra McClendon regarding 327 S Rendon St, New Orleans, LA 70119; Ruby Ellis, Ashley B Ellis regarding 4431 Dreaux Ave, New Orleans, LA 70126; Carol Gray regarding 2508 Jollet St., New Orleans, LA 70118; Lester Reed regarding 5151 Montegut St., New

**MOOT**

Orleans, LA 70126; Lloyd Lee regarding 1839 Deslonde, New Orleans, LA 70117; Araine Batiste-Davis, Odessa G Batiste regarding 7831 Star st, New Orleans, LA 70128; Jerome Devezin regarding 2200 Lamanche St, New Orleans, LA 70117; Rose Landry regarding 10211 Lakewood St, New Orleans, LA 70127; Florence Maney regarding 10115 Pressburg St., New Orleans, LA 70127; Bobbie Tate regarding 2115 Lafierniere St, New Orleans, LA 70122; Marita Johnson regarding 2917 Dublin St., New Orleans, LA 70118; Winston Bastian, Barbara Bastian regarding 6021 Debore Dr., New Orleans, LA 70126; Joseph Harris, Eluria I Harris regarding 5419 DeBore Dr., New Orleans, LA 70126; Mattie Summers regarding 4535 Paris Ave., New Orleans, LA 70122; Rosalind Condoll-Johnson regarding 7543 Stonewood Dr., New Orleans, LA 70128; Beverly Hampton, Napoleon B. Hampton regarding 4500 & 4502 Lynhuber Dr., New Orleans, LA 70126; Zalie Newell regarding 531 Warrington Dr., New Orleans, LA 70122; Gina Age regarding 4900 St. Bernard Ave., New Orleans, LA 70122; Beatrice LeBlanc regarding 4510 Cerise Ave., New Orleans, LA 70127; John James, Jacquelyn James regarding 6322 Music St., New Orleans, LA 70122; Joann Cargo regarding 2317 Delta Queen Dr., Violet, LA 70122; Debra Surtain, Donald Surtain regarding 4762 Marigny St., New Orleans, LA 70122; CONSTANCE KENNIE regarding 4852 SIERRA MADRE DR, NEW ORLEANS, LA 70127; Rodney Hayes, lanece Hayes regarding 106 Winthrop Pl., New Orleans, LA 70119; Daisy Innis regarding 4024 Stutz St., New Orleans, LA 70126; Edward Johnson, Lovida M. Johnson regarding 4237 Alfred St, New Orleans, LA 70122; Felix Garcia, Sandra A. Garcia regarding 10136 Blvd Way, New Orleans, LA 70127; Christine Williams regarding 4674 Stephen Girard Ave., New Orleans, LA 70126; Gloria Magee regarding 4724 St. Roch Ave., New Orleans, LA 70122 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

MOOT

New Orleans, Louisiana, this __8th__ day of ____April____, 2009.

_____
United States District Judge

This motion is MOOT based on the dismissal order of February 4, 2009 Doc. No. 17556. There is no need to file Motions to Dismiss individual cases which were included in that order and such motions will be denied as moot in the future.