**MINUTE ENTRY**
**DUVAL, J.**
**March 27, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| **LEVEE AND MRGO** | |

Attending a status conference held this day were:

Joseph M. Bruno and Jerry Meunier for Plaintiffs and
Ralph Hubbard for St. Paul's.

Counsel presented its Order of Proof as proposed for the conduct of the Fairness Hearing on April 2, 2009.

JS-10 - 15 mins.