MINUTE ENTRY
DUVAL, J.
APRIL 2, 2009
JS-10 (5:40)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: LEVEE AND MRGO<br>(05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-20, 06-1885,<br>06-225, 06-886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-206, 07-647,<br>07-993, 07-1284, 07-1286, 07-1288, 07-1289) | NO. 05-4182<br><br>SECTION "K"(2) |

HEARING ON ORDER OF PRELIMINARY CERTIFICATION OF A SETTLEMENT CLASS, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND STAY OF CERTAIN CLAIMS AND ACTIONS, FILED 12/15/08, DOC. 16721

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: TONI TUSA

APPEARANCES: See the attached list

Court begins at 9:59 a.m.
Case called and all present and ready.
Opening statements by Gerald Meunier, Thomas Anzelmo, & Ralph Hubbard.
Joint exhibits 1 thru 60, admitted. Joint exhibits 47, 51 & 52 to be supplemented, later.
Gary Zwain, witness, Expert, Gregory C. Rigamer, sworn and testified.
Court recesses for lunch at 11:54 a.m. Court resumes at 1:07 p.m.
Pltf, Wayne Duchmann orally states that he withdraws his objections to the settlement on the record.
Testimony of Expert, Gregory C. Rigamer resumes.
Joint exhibits 61 thru 68, admitted.
Thomas Anzelmo, witness,Timothy P. Doody, sworn and testified.
Gerald Meunier, witness, Expert, Pete Ligeros, sworn and testified.
Joint exhibit 69, admitted.
James Roy, witness, Joseph Michael Bruno, sworn and testified.
Joint exhibits 70 thru 85, admitted.
Gary Zwain, witness, Expert, Edward F. Sherman, sworn and testified. Joint exhibit 86, objected, however, to be filed and docketed into the record as a supplemental brief per Court.

Joint exhibits, 87 thru 90, admitted.

Preliminary Certification hearing: Ralph Hubbard (St. Paul Ins.) shall file a brief by April 17, 2009. Gerald Meunier (Levee PSLC) shall file a brief by May 1, 2009. Ralph Hubbard (St. Paul Ins.) shall file a response by May 8, 2009, after which time this matter is SUBMITTED.

Fairness hearing: Ralph Hubbard (St. Paul Ins.) shall file a brief by May 4, 2009. Gerald Meunier (Levee PSLC) shall file a brief by May 19, 2009. Ralph Hubbard (St. Paul Ins.) shall file a response by May 25, 2009, after which time this matter is SUBMITTED.

Court adjourns at 5:25 p.m.