**PLEASE PRINT - SIGN IN SHEET FOR C.A. 05-4182 "K"(2)**
**THURSDAY, APRIL 2, 2009 AT 10:00 A.M.**

**IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
**(LEVEE AND MRGO) CERTIFICATION HEARING, FAIRNESS HEARING, DOC.**
**16721**

| ATTORNEY | PARTY |
|---|---|
| Jonathan Andry | MRGO PSLC |
| Michael Kirkpatrick | Objectors Brinkmeyer, LeBlanc, & Stuart |
| Jennifer Rosenbaum | " " |
| Daniel E. Becnel, Jr | Levee |
| Gary Zwain | EJLD and LBBLD |
| Nicole Bayer | EJLD and LBBLD |
| Gerald Meunier | Levee PSLC |
| James P. Roy | MRGO PSLC |
| Wanda Edwards | PSLC |
| Ralph S Hubbard | St. Paul |
| Rachel A Meese | " |
| Tina Kappen | " |
| Joseph Guichet | " |
| Robert M. Becnel | Levee |
| Joseph Bruno | Plaintiffs' Liaison Counsel |
| Thomas P Anzelmo | Orleans Levee District |
| Ben Mayeaux | " |
| Elwood Stevens | MRGO PSLC / Robinson ptffs |
| James K. Irvin | Objecting plaintiffs |
| Hurt / Dotbell | St. Paul |
| Darleen Jacobs | PLF Levee DMC |
| Donna Cummings | Objecting Plaintiffs |