CASE NO. 05-4182 *In Re Katrina Consolidated Litigation*

*[handwritten: admitted 4/2/09 awd]*

**EXHIBIT NO. 1** – Exhibit List of all 2005 Insurance Policies and all post-August 2005 Liability Policies Issued to Orleans Levee District, East Jefferson Levee District, and Lake Borgne Basin Levee District Introduced into Evidence at April 2, 2009

| Exhibit | Policy No. | Insurer | Insured | Policy Period | Coverage Type |
|---|---|---|---|---|---|
| 2 | GP06300925 | St. Paul | OLD | 11/1/04 – 11/1/05 | CGL, Auto, Excess |
| 3 | GP06301698 | St. Paul | EJLD | 1/1/05 – 1/1/06 | CGL, Auto, Excess |
| 4 | GP09312536 | St. Paul | LBBLD | 6/8/05 – 6/8/06 | CGL |
| 5 | OL04200198 | St. Paul | OLD | 7/1/05 – 7/1/06 | Marina MGL - Primary |
| 6 | OX04200026 | St. Paul | OLD | 11/1/04 – 11/1/05 | Marina MGL – Excess |
| 7[1] | I660376P9139TCT04 | St. Paul | OLD | 11/1/04 – 11/1/05 | Inland Marine |
| 8[2] | ST2608789 | National Union | OLD | 11/1/04 – 11/1/05 | Inland Marine |
| 9[3] | ST2609736 | National Union | OLD | 11/1/05 – 11/1/06 | Inland Marine |
| 10 | 112984-D | LWCC | OLD | 7/1/05 – 7/1/06 | Worker's Compensation |
| 11 | 7411690 | Lexington Ins. Co. | OLD | 7/1/05 – 7/1/06 | Employment Practices |
| 12 | BM2079808602 | CNA | OLD | 11/1/04 – 11/1/05 | Boiler & Machinery |
| 13[4] | NHD337896 | RSUI Indemnity Co. | OLD | 11/1/04 – 11/1/05 | Commercial Property |
| 14 | NHD337896 | RSUI Indemnity Co. | OLD | 11/1/04 – 4/1/06 | Commercial Property |
| 15 | GW0000460 | Hartford | OLD | 11/1/04 – 11/1/05 | Property |
| 16 | AAP N00978243002 | ACE USA | OLD | 7/1/05 – 7/1/06 | Airport Owners & Operators |
| 17 | G21823910-002 | ACE American Ins. | OLD | 3/5/05 – 3/5/06 | Underground Storage Tanks |
| 18[5] | 99-02099259-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 19 | 99-02099262-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 20 | 99-02099264-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 21 | 99-02099268-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |

---

[1] The named insured on this policy is "New Orleans Lake Front Airport".
[2] The named insured on this policy is "New Orleans Lake Front Airport".
[3] The named insured on this policy is "New Orleans Lake Front Airport".
[4] This policy was incorrectly listed on Rec. Doc. No. 18180 as "HD337896." The actual policy No. is NHD337896 and is identical to Exhibit No. 14.
[5] The Standard Flood Policy contained in Exhibit No. 18 is applicable to Exhibits No. 18 through 40. As the identical policy applies to Exhibits No. 19 through 40, only the declarations page has been included with respect to Exhibits No. 19 through 40.

admitted
4/2/09
JWD

| 22 | 99-02099271-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
|---|---|---|---|---|---|
| 23 | 99-02099274-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 24 | 99-02099275-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 25 | 99-02099280-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 26 | 99-02099282-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 27 | 99-02099287-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 28 | 99-02099291-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 29 | 99-02099293-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 30 | 99-02099295-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 31 | 99-02099296-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 32 | 99-02099298-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 33 | 99-02099301-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 34 | 99-02099302-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 35 | 99-02099303-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 36 | 99-02099304-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 37 | 99-02099306-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 38 | 99-02099310-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 39 | 99-02099312-2005 | Fidelity Nat'l Ins. | OLD | 7/21/05 – 7/21/06 | Flood |
| 40 | 99-021411112004 | Fidelity Nat'l Ins. | OLD | 10/2/04 – 10/2/05 | Flood |
| 41 | CCP004397402 | Fidelity & Deposit | OLD | 7/1/05 – 7/1/08 | Crime |
| 42 | QT660508D0549TIL05 | Travelers Prop. Cas. Co. | EJLD | 1/1/05 – 1/1/06 | Inland Marine |
| 43 | 72699B | LWCC | EJLD | 1/1/05 – 1/1/06 | Worker's Comp. |
| 44 | PTPN00720914 | ACE Amer. Ins. | EJLD | 3/6/05 – 3/6/06 | Blanket Accident |
| 45 | UGL0000123-0 | Gemini Ins. Co. | EJLD | 1/1/05 – 1/1/06 | Law Enforcement Liability |
| 46 | 978-27-27 | National Union | EJLD | 1/1/05 – 1/1/06 | Public Official's and Employer's Liability |
| 47[6] | B0595JT556005U | Trident Marine Mgr's | EJLD | 1/1/05 – 1/1/06 | Maritime Employer's Liability |

---

[6] Coverage note attached. Defendants will supplement with full policy upon receipt. A subpoena has been issued and is included herein.

2

*admitted 4/2/09* (awd)

| | | | | | |
|---|---|---|---|---|---|
| 48 | FHO-5422263-07 | Hanover Ins. Grp. | LBBLD | 8/30/04 – 8/30/05 | Property |
| 49 | 6941-D | LWCC | LBBLD | 12/31/04–12/31/05 | Worker's Comp. |
| 50[7] | CUL-14706.035 | Continental Underwriters, Ltd. | LBBLD | 3/5/05 – 3/5/06 | Hull & Machinery/Protection and Indemnity |
| 51[8] | IHO5032579 09 | Mass. Bay Ins. | LBBLD | 12/4/04 – 12/4/05 | Inland Marine |
| 52[9] | IHO6553289 04 | Hanover Ins. Co. | LBBLD | 6/15/05 – 6/15/06 | Heavy Equip. |

## LIABILITY POLICIES ISSUED TO LEVEE DISTRICTS POST AUGUST 2005

| | | | | | |
|---|---|---|---|---|---|
| 53 | 6CG16926 | American Empire Surplus Lines Ins. Co. | EJLD | 7/19/2006- 7/19/2007 | CGL |
| 54 | XPE G23859038 | Illinois Union Ins. Co. | EJLD | 7/19/2007-7/19/2008 | CGL |
| 55 | XPE G24645186 | Illinois Union Ins. Co. | EJLD | 7/19/2008-7/19/2009 | CGL |
| 56 | XPE G23859051 | Illinois Union Ins. Co. | OLD | 7/19/2007-7/19/2008 | CGL |
| 57 | XPE G24645265 | Illinois Union Ins. Co. | OLD | 7/19/2008 -7/19/2009 | CGL |
| 58 | 6CG16888 | American Empire Surplus Lines Ins. Co. | LBBLD | 6/8/2006 – 7/19/2007 | CGL |

59 Objections to settlement
60 Joint Stipulations

✱ Exhibits to be supplemented later – ¶nt 47, 51 & 52.

---

[7] This policy was listed on Rec. Doc. No. 18180 as CUL-14376.033 issued by Royal Ins. Co. This was a typographical error and the correct policy is hereby submitted
[8] Defendants will supplement with full policy upon receipt. A subpoena has been issued and is included herein.
[9] Defendants will supplement with full policy upon receipt. A subpoena has been issued and is included herein.

3

AO 187(Rev. 4/82)           EXHIBIT LIST

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | | | | DISTRICT COURT EASTERN DISTRICT OF LA | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>See the attached list | | | DEFENDANT'S ATTORNEY<br>See the attached list | | DOCKET NUMBER<br>05-4182 "K"(2) | |
| | | | | | TRIAL DATE(S)<br>April 2, 2009 | |
| PRESIDING JUDGE<br>STANWOOD R. DUVAL, JR. | | | COURT REPORTER<br>TONI TUSA | | CASE MANAGER<br>SHEENA DEMAS | |
| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| Jnt 61 | | 4/2/09 | X | X | Curriculum Vitae Gregory C. Rigamer & Slides | |
| Jnt 62 | | " | X | X | Affidavit of Carol Kiefer | |
| Jnt 63 | | " | X | X | Resolutions 1-121599 & 7-062100 | |
| Jnt 64 | | " | X | X | Affidavit of T. Robert Lacour | |
| Jnt 65 | | " | X | X | Affidavit of Charlotte K. Lane | |
| Jnt 66 | | " | X | X | Affidavit of Gerard J. Gillen | |
| Jnt 67 | | " | X | X | Affidavit of Robert A. Turner, Jr. | |
| Jnt 68 | | " | X | X | Affidavit of Shannon Wheatman | |
| Jnt 69 | | " | X | X | Written Rpt of Pete Ligeros | |
| Jnt 70 | | " | X | X | Subclass Zone Map | |
| Jnt 71 | | " | X | X | Greater N.O. Cities & Neighborhoods Map | |
| Jnt 72 | | " | X | X | Multiple failures of levees | |
| Jnt 73 | | " | X | X | Letter from Bruno's Office to Nadine LeBlanc | |
| Jnt 74 | | " | X | X | Affidavit of Jeannine Armstrong | |
| Jnt 75 | | " | X | X | Affidavit of Kenneth Armtrong | |
| Jnt 76 | | " | X | X | Affidavit of Thurman R. Kaiser | |
| Jnt 77 | | " | X | X | Affidavit of Donna Augustine | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

3

AO 187(Rev. 4/82)　　　　　　EXHIBIT LIST

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | | | | DISTRICT COURT EASTERN DISTRICT OF LA | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>See the attached list | | | DEFENDANT'S ATTORNEY<br>See the attached list | | DOCKET NUMBER<br>05-4182 "K"(2) | |
| | | | | | TRIAL DATE(S)<br>April 2, 2009 | |
| PRESIDING JUDGE<br>STANWOOD R. DUVAL, JR. | | | COURT REPORTER<br>TONI TUSA | | CASE MANAGER<br>SHEENA DEMAS | |
| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| Jnt 78 | | 4/2/09 | X | X | Affidavit of Gerald Edward Meunier | |
| Jnt 79 | | " | X | X | Affidavit of Joseph M. Bruno | |
| Jnt 80 | | " | X | X | Affidavit of James Parkerson Roy | |
| Jnt 81 | | " | X | X | Deposition of Donna M. Augustine 7/13/07 | |
| Jnt 82 | | " | X | X | V. Deposition of Jeannine B. Armstrong 7/9/07 | |
| Jnt 83 | | " | X | X | V. Deposition of Kenneth P. Armstrong, Jr. 7/9/07 | |
| Jnt 84 | | " | X | X | V. Deposition of Thurman R. Kaiser, Sr., 7/30/07 | |
| Jnt 85 | | " | X | X | Curriculum Vitae of Edward F. Sherman | |
| Jnt 87 | | " | X | X | State of LA House Bill No. 1287 | |
| Jnt 88 | | " | X | X | OLD basic financial statements 6/30/07 | |
| Jnt 89 | | " | X | X | OLD financial statements 10/21/98 | |
| Jnt 90 | | " | X | X | OLD financial statements 10/2/96 | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

4