## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES   * | | CIVIL ACTION |
| CONSOLIDATE LITIGATION              * | | |
|                                                            * | | NO. 05-4182 |
|                                                            * | | |
| PERTAINS TO: LEVEE & MR-GO    * | | SECTION "K" (2) |
|                                                            * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that the Levee & MRGO PSLCs' Motion for Expedited Hearing of their Motion to Quash be and hereby is **GRANTED**, and will be heard on the ___1st___ day of April, 2009 at ___3:30___ o'clock p.m. by phone.

New Orleans, Louisiana, this ___8th___ day of April, 2009.

_____
**UNITED STATES DISTRICT COURT JUDGE**