UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | |
| PERTAINS TO INSURANCE<br>(Heintz, No. 06-03999) | * | MAGISTRATE WILKINSON |
| | * | |
| | * | |

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Carol Ann Heintz ("Heintz"), plaintiff in Docket No. 06-3999 (consolidated with Docket No. 05-4182), and defendant, The Standard Fire Insurance Company (hereinafter "Standard Fire"), who suggest to the Court that Heintz's claims against Standard Fire have been compromised, and the parties desire to dismiss Heintz's claims against Standard Fire in Docket No. 06-3999, with prejudice, with each party to bear its own costs.

WHEREFORE, plaintiff, Carol Ann Heintz, and defendant, The Standard Fire Insurance Company, pray that this motion to dismiss be granted, dismissing the claims of Carol Ann Heintz

1

asserted in Docket No. 06-3999 against defendant, The Standard Fire Insurance Company, with prejudice.

                                      Respectfully submitted:

                                      *David R. Cannella*
                                      Mickey P. Landry
                                      David Ryan Cannella
                                      Frank J. Swarr
                                      Landry & Swarr, LLC
                                      1010 Common Street, Suite 2050
                                      New Orleans, LA  70112
                                      Phone:  (504) 299-1214

                                      ATTORNEYS FOR PLAINTIFF, CAROL ANN HEINTZ

                                      /s/ Gary J. Russo
                                      Gary J. Russo #10828
                                      Nadia M. delaHoussaye
                                      Jones, Walker, Waechter, Poitevent,
                                        Carrère & Denègre, L.L.P.
                                      P. O. Drawer 3408
                                      Lafayette, LA. 70502-3408
                                      Telephone: (337) 262-9000
                                      Fax: (337) 262-9001
                                      Email: grusso@joneswalker.com

                                      DOUGLAS C. LONGMAN, JR. (#8719)
                                      LONGMAN RUSSO,
                                      A Professional Law Corporation
                                      P. O. Drawer 3408
                                      Lafayette, LA  70502-3408
                                      Telephone:  (337) 262-9000
                                      Fax:  (337) 262-9001

                                      ATTORNEYS FOR DEFENDANT, THE STANDARD
                                      FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on ___April 8___, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gary J. Russo