# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182"K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § § | |

## UNITED STATES' MOTION TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERT ROBERT BEA

Defendant United States of America respectfully moves the Court to exclude the expert opinions of Robert Bea for failure to produce reports stating his final opinion in contravention of the Court's Case Management Order, or, in the alternative, to strike his out-of-time April 3, 2009 expert report and preclude him from testifying to the opinions stated therein. In the event that the Court declines to grant either of these remedies, the United States respectfully requests a postponement of the trial concomitant with the time necessary for the United States' experts to adequately study and respond to this new report. In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, the exhibits attached thereto, and the entire record.

This Motion to Exclude the Expert Opinions of Plaintiffs' Expert Robert Bea is respectfully submitted,

                MICHAEL F. HERTZ
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                  /s/Daniel M. Baeza
                DANIEL M. BAEZA
                Trial Attorney
                ROBIN D. SMITH
                Senior Trial Counsel
                Torts Branch, Civil Division
                U.S. Department of Justice
                P.O. Box 888
                Benjamin Franklin Station
                Washington, D.C. 20044
                (202) 616-4916 (tel.)
                (202) 616-5200 (fax)
                Dan.Baeza@usdoj.gov
                Attorneys for Defendant United States

Dated: April 8, 2009

## CERTIFICATE OF SERVICE

      I, Daniel M. Baeza, certify that on April 8, 2009 I served a true copy of the United States of America's Motion to Exclude the Expert Opinions of Plaintiffs' Expert Robert Bea on all parties by ECF.

                                            /s Daniel M. Baeza
                                            DANIEL M. BAEZA