# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## UNITED STATES' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, the United States respectfully requests oral argument on its Motion to Exclude the Opinions of Plaintiffs' Expert Robert Bea. Oral argument is warranted in this instance to resolve several pressing issues prior to the *Robinson* trial that is scheduled to commence on April 20, 2009. First, Plaintiffs' expert Dr. Robert Bea has still failed to provide a final expert report stating his opinions and their bases more than eight months *after* the Court's firm deadline for the submission of Plaintiffs' expert reports. Second, on April 3, 2009, Dr. Bea submitted an additional 525 pages of expert reports expressing new opinions and containing new analyses. These reports would require the United States' experts an additional three months to perform a complete review and render their opinions. Resolution of this matter with oral argument as early as possible will aid in providing clear guidance as to what issues can be raised at the pending trial.

This Request for Oral Argument is respectfully submitted,

>MICHAEL F. HERTZ
>Acting Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR
>Assistant Director, Torts Branch
>
> s/ Dan Baeza
>DAN BAEZA
>Trial Attorney
>ROBIN SMITH
>Senior Trial Counsel
>Civil Division, Torts Branch
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C.  20044
>(202) 353-2574 / (202) 616-5200 (Fax)
>
>Attorneys for the United States of America

Dated: April 8, 2009