**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182"K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

**NOTICE OF HEARING**

TO: All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States of America's Motion to Exclude the Opinions of Plaintiffs' Expert Robert Bea at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 29th day of April, 2009 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE STANWOOD R. DUVAL
Eastern District of Louisiana