# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182"K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | §<br>§ | |

## ORDER

Having considered the United States of America's Motion to Exclude the Opinions of Plaintiffs' Expert Robert, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiffs' expert Robert Bea is precluded from testifying.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE STANWOOD R. DUVAL
Eastern District of Louisiana