# EXHIBIT 1

# Declaration No. I.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE REACH 2 OF THE MISSISSIPPI RIVER-GULF OUTLET (MR-GO) DURING HURRICANE KATRINA

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

19. I first arrived in New Orleans as a member of the National Science Foundation and University of California sponsored Independent Levee Investigation Team (ILIT) on 30 September 2005. Figure 3 depicts the locations of the major breaches and failures that I have studied (ILIT 2006). This Declaration will address analyses of the breaches that developed along the MR-GO Reach 2 (identified as 2a and 2b in Figure 3). During the past three years, I have made multiple field trips and performed investigations of the major breaches and failures that were responsible for flooding Greater New Orleans. These trips have included study and investigations of the repair and re-construction work that has been performed on these breaches and failures. I am not aware of any other civil engineer who has devoted more time to, or written more professional articles and papers, concerning the performance of the man-made features along Reach 2 of the MR-GO.



Figure 3: Summary of principal failures, breaches, and distress features and locations of 3 primary polders in the Greater New Orleans area (ILIT 2006).

16

**EBSB INSTABILITY EXACERBATED BY MR-GO CHANNEL DREDGING AND WIDENING**

145. One of the modes of EBSB performance evaluated as part of this investigation was the potential for EBSB creep and settlements and associated soil lateral 'squeezing' exacerbated by the dredging and widening of the MR-GO channel. Analyses of the aerial LiDAR data gathered before and after Hurricane Katrina (Morris 2008) indicated that in many cases, sections of the EBSBs that had unusually low crown elevations were also located very close to the banks of the MR-GO channel (Figure 146). In the case of the location shown in Figure 146, the crown of the EBSB segment had sunk to an elevation of +12.5 feet NGVD 88. The banks of the MR-GO had come to within 150 feet of the toe of the EBSB segment.



Figure 145: Processed LiDAR data showing EBSB cross section relative to the expanded channel of the MR-GO (Morris 2008).

161

146. As early as 1958, the USACE was concerned with the possibility of soil 'squeezing' into the adjacent MR-GO channel under the weight of the EBSBs (USACE 1958): "*As much as 75 percent of the material forming the bottom and sides of a channel crossing Chandeleur Sound between major distributary trends, particularly north of the North Islands, see plates 1 and 2), might consist of interdistributary and/or prodelta clays. From the standpoint of side slopes this may appear desirable, but it is possible that the poorly consolidated, high-water content interdistributary <u>clays will tend to flow laterally into an excavation</u> particularly under the extra weight of a spoil bank.*" (underline added for emphasis). This concern again surfaced in 1981: "*<u>(h) Within 10 years the MR-GO bank will have eroded past the MR-GO R/W line (over 200 feet) and will threaten the stability of the hurricane levee</u>.*" (underline added for emphasis (USACE 1981). During this investigation, no evidence could be obtained that would indicate that the USACE either understood or took proper corrective action to mitigate these dangers to the EBSBs.

147. Creep is a time dependent deformation of soils that is often referred to as 'secondary consolidation'. Consolidation – or squeezing of water from the soil – also results in a time dependent deformation of the soil. Creep does not require squeezing of water from the soil. Creep results from deformations of the soil structure that are dependent on the intergranular stresses and the nature of the soil particle contacts (e.g. electro-chemical for cohesive soils). For low stresses exerted on cohesive soils (less than about 50% of the soil shear strength), there are no significant creep deformations. For moderate stresses (about 50% to 75% of the soil shear strength), there can be significant creep deformations. For high stresses (greater than about 75% of the soil shear strength), there can be very large creep deformations that can become 'unbounded' and result in a stability failure.

148.  Creep was studied as part of the USACE's Atchafalaya levee test section performed in the mid-1960s (Figure 147; Kaufan and Weaver 1967; USACE 1968). This levee test section was extensively instrumented and analyzed (Foott and Ladd 1977; Edgers 1973). The levee test section showed 'lateral squeezing' – displacement of the underlying soft clay soils that was concentrated in the underlying peat and soft organic clays (Figure 148). Lateral displacements after 75 months approached 3 feet and were accompanied by similar decreases in the elevation of the levee crown. The lateral displacements extended more than 300 feet from the levee crown.



Figure 146: Atchafalaya Levee Test Section (Foot and Ladd 1977; USACE 1968).

163



Figure 147: Atchafalaya Levee Test Section Soil Lateral Displacements from End of Construction (0 time) to 75 Months After Construction (Edgers 1973).

149. The analytical work performed by Edgers concluded: "*The lateral creep movements below heavily loaded areas cause large vertical settlements at these locations and a resultant heave of less heavily loaded areas such as beyond the berms of the Test Sections. The large berms of Test Section III result in reduced lateral movements close to the levee centerline and also reduced crest settlement caused by undrained creep*" (Edgers 1973). These results were confirmed by the later analyses performed by Redman and Poulos (1984).

150. This type of levee performance consideration has been encountered previously in connection with construction of embankments in Florida by the USACE (Schmertmann 1966; 2008). The embankments were constructed on top of a plastic clay (Marl). The overburden

164

stresses exerted by the embankments squeezed the Marl out from under the embankment and into the adjacent channel (Figure 149). The channel bottom grade could not be maintained. The tops of the embankments subsided and 'cones of soil heave' developed in the channel. It is noteworthy that this experience also involved a permeable layer that was under the mobile plastic soils – marl. Water pressures developed in this underlying permeable layer acted to exacerbate the soil heaving in the channel. A similar type of sand layer is located in the area of the MR-GO Reach 2 EBSBs, and when subjected to elevated water levels in the MR-GO could be expected to affect soil heaving in a similar manner.

     151.    Concerns for EBSB creep related displacements were reinforced when it was observed (March 2006) that 'islands' of soil were developing in the borrow pits adjacent to the recently re-constructed EBSBs along sections of the MR-GO Reach 2 (Figure 150). These islands of soil were not initially present after the EBSB re-construction was completed and the borrow pits allowed to fill with water (Esteves 2007, Figure 151). They were particularly evident where the edges of the borrow pits were close to the toes of the levee berms (Figure 152). The banks of the borrow pits were within 150 feet of the toe of the EBSB. Observations indicated that soil was filling the borrow pits from two sources: from the surface of the EBSBs (erosion) and from under the EBSBs (soil squeezing from under the EBSBs).



Figure 148. Transect of USACE embankment and channel in Florida showing causes of instability to maintain the channel by squeezing the plastic clay – marl – soils from under the constructed embankments (Schmertmann 1966; 2008).



Figure 149: Islands of soil growing in post-Karina soil borrow pits excavated on protected side of MR-GO Reach 2 EBSBs (Bea 2007).



Figure 150: Photograph of post-Hurricane Katrina EBSB repair borrow pits (Storesund 2006).

167



Figure 151: Picture of Southern section of MR-GO Reach 2 EBSBs with post-Karina soil borrow pits excavated on protected side of EBSBs. Bank of borrow pit is approximately 100 to 200 feet from toe of EBSB (Bea 2007).

152.    Recently, Kemp has performed bathymetric surveys of these borrow pits (Kemp 2008). The surveys showed several dramatic instances of soil heave in the bottom of the borrow pits (Figures 153 and 154). The soil heave proceeded to the point where 'islands' were formed in the middle of the borrow pit (Figure 154) – similar to 'mud lumps' found in parts of the Mississippi River Delta (Morgan 1952; Coleman and Gagliano 1964) – or mud squeezing up between a person's toes and around their feet as they walk through soft mud. These features were not present when the levee re-construction was completed (Esteves 2007). These features were not connected with soil erosion and deposition associated with the surfaces of the EBSBs.

168



Figure 152: Traverse through the re-constructed EBSBs protected side borrow pits (Kemp 2008).



Figure 153: Traverses through the re-constructed EBSBs protected side borrow pits (Kemp 2008).

169



Figure 154: Photograph of mud lump 'island' being formed in borrow pit adjacent to re-constructed EBSBs (Kemp 2008).

153.    This concern was raised again when cross sections were produced that showed the MR-GO channel adjacent to the EBSBs before Hurricane Katrina (Figures 156 and 157) (Morris 2007). The channel dredging and erosion of the banks of the MR-GO had widened to the point where there would be concerns for both the EBSB stability and exacerbation of the creep related displacements. The 'drop off' into the MR-GO channel was within 200 feet to 250 feet of the toes of the EBSBs.



Figure 155: Cross section at EBSB breaching study location mid way between Bayous Dupre and Bienvenue (after Morris 2007).



Figure 156: Cross section at EBSB south of Bayou Dupre (after Morris 2007).

154.  Several different analytical approaches have been developed and applied to address this type of embankment and soil behavior (Silversti 1983; Poulos et al 1976; Edgers 1973; Redman and Poulos 1984). The analytical model developed by Silverstri was specifically for embankments founded on soft soils of limited thickness (Figure 158). Silverstri used this analytical model to evaluate soil squeezing behavior under 10 soil embankments (including the USACE Atchafalaya test levee cited earlier). These test embankments were constructed so as to develop long-term incipient failure (continuing horizontal and vertical settlements). Agreement between the Silverstri analytical model and the performance of these embankments was excellent. In addition, the Silverstri analytical model produced results that were very comparable with those from conventional lateral

stability analysis when these stability analyses took account of the soil creep strength and deformation characteristics (Silverstri 1983).



Figure 157: Analytical model for trapezoidal embankment on a soft clay (Silverstri 1983).

155.   Silverstri's analytical models were applied to several of the cross sections of the EBSBs along Reach 2 of the MR-GO. The soil shear properties used in the stability analyses performed for the breaches at Bayous Bienvenue and Dupre were used in these analyses. Adjustments were made to the laboratory shear strengths to account for the long-term duration of application of the EBSBs loadings (Figure 159; Shehan et al 1996; Edgers 1977; Silvestri 1983). As summarized in Figure 160, Factors of Safety (FS) for squeezing of the cohesive soils under the EBSBs ranged from FS = 0.8 to FS = 1.1, indicating that lateral squeezing – creep of the underlying clays should be taking place along significant sections of the EBSBs. This lateral squeezing would be accompanied by significant decreases in the elevations of the crowns of the EBSBs.

173



Figure 158: Reduction in effective undrained soil shear strength as a function of long-duration applied stresses (Edgers 1973; Sheahan et al 1996).



Figure 159: EBSB Factor of Safety against lateral squeezing – creep
174

156. Similar conclusions were reached by Schmertmann (2008): *"In your case, according to my rough estimates, the p/su = 7 (ratio of overburden pressure to effective soil shear strength) under the levee and also between its toe and the excavations...indicates it (underlying soft clay) should squeeze out."* These analytical evaluations confirmed the field observations and levee test results cited earlier.

157. Stability analyses also were performed during this investigation using GEOSTUDIO software SLOPE\W (Spencer's method) to evaluate stability of a 'typical' EBSB under long-term creep conditions with the channel of the MR-GO located 250 feet away from the toe of the EBSB (Figure 161). The results (Figure 162) showed that the EBSB would be in a condition of 'Neutral' stability' – factors of safety close to unity. Lateral stability Factors of Safety ranged from FS = 1.0 to 1.2. These results confirmed those developed using the analytical model developed by Silversteri (1983). These results are confirmed by the instrumentation and analytical results associated with the USACE Atchafalaya levee Test Section 3 (Edgers 1973; Redman and Poulos 1984).



Figure 160: EBSB creep lateral stability analytical model.

175



Figure 161: Lateral stability factors of safety (1.2 to 1.0) determined from GeoStudio analytical model using Spencers method.

158.    The USACE has specific guidelines for 'excavations' near or within federally constructed flood control projects (USACE 2005, Bea and Storesund 2008b). These guidelines stipulate: "*The Corps of Engineers provides engineering review to ensure that any work within or near the flood control unit does not reduce the level of protection and to assure the continued integrity of the flood control system.*" During this study, no such analyses by the USACE could be located that addressed the effects of dredging and erosion of the MR-GO channel banks would have on the adjacent EBSBs stability and protective elevations.

159.    It is clear that in some cases the MR-GO channel banks were allowed by the USACE to encroach into the 'critical areas' adjacent to the EBSBs. These encroachments endangered the elevations and stability of the EBSBs. The observations and analyses indicate

that lateral squeezing of the underlying marsh and clay layers into the adjacent MR-GO channel resulted in significant decreases in the crown elevations of the EBSBs. No documentation of precautions taken or analyses performed by the USACE to assure that the integrity and stability of the EBSBs was not endangered could be found during this study. Similar observations apply to the recent construction of soil borrow pits by the USACE adjacent to the protected sides of the MR-GO Reach 2 EBSBs.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2008 in Moraga, California.

Robert Bea, Ph.D, PE