# EXHIBIT 5

## **DECLARATION OF ROBERT G. BEA**

Robert G. Bea, under penalty of perjury, states as follows:

1. This Declaration is submitted on behalf of the Plaintiffs in *Robinson v. United States*. As detailed below, this Declaration constitutes a response to expert opinions made by Defense experts Mr. B. Ebersole, Dr. D. Resio, and Dr. R. Mosher (Defense Expert Reports dated December 2008 and subsequent Depositions of these experts performed during January – March 2009). My Declaration relates to the studies I have performed to evaluate the Losses in Protective Elevations (LPEs) of the man-made earthen flood protection structures (EBSBs, Earthen Berm – Spoil Banks) along Reach 2 of the Mississippi River Gulf Outlet (MR-GO) that are due to the progressive widening and deepening of the MR-GO channel during its operation and maintenance. I incorporate by reference here all previous Declarations and Expert Reports I have prepared for the Plaintiffs in *Robinson v. United States*. If called to testify, I could and would testify competently as follows:

2. In my January 29, 2009 Expert report, I cited two inter-related aspects associated with the operation and maintenance of the MR-GO along Reach 2:

*"**Channel Growth** – The MR-GO channel was allowed to grow to several times its originally authorized width* (Figure 1). *Maintenance dredging and dredging to provide a source of material for construction of the earthen man-made flood protection structures contributed to this growth as did wave erosion of the channel banks. The growth of the channel had multiple negative environmental impacts including development of a hydrologic system that facilitated salt water intrusion, encroachment of the channel banks into areas near the man-made flood protection structures thereby threatening their*

1

27.     Based on the foregoing analytical results, I conclude that the close proximity of the MR-GO channel to Site 1 (250 feet) was a primary causitive factor in the LPE of the EBSB at this location. During the construction, operation, and maintenance history at this site, the MR-GO channel contributed a best estimate of 4.3 feet in LPE at Site 1.

28.     This conclusion is substantiated with results from analyses of the LPE at Site 2 as caused by the MR-GO channel. Because the channel had not migrated as close to the Site 2 EBSB alignment (750 feet), the contribution of the MR-GO channel to the LPE was negligible. Given that the MR-GO channel was constructed and maintained at its authorized alignment and depth, there would not have been any important contributions of the MR-GO channel to the LPE of the Reach 2 EBSBs.

29.     This conclusion also is substantiated with the results from aerial photographic and LiDAR surveys (Figure 11). There is a good correlation between the proximity of the MR-GO channel banks with the protective elevations of the Reach 2 EBSBs prior to Hurricane Katrina. – the closer the MR-GO channel banks are to the unprotected 'toes' of the EBSBs, then the lower are the protective elevations of the crests of the EBSBs.

30.     The conclusions reached by the Defense experts (December 2008 Expert Reports by Resio, Ebersole, and Mosher) is that the primary mechanism responsible for breaching of the Reach 2 EBSBs was due to the severity and duration of Hurricane Katrina's surge and wave overtopping. Further, that this overtopping was primarily related to the protective elevations of the EBSBs (Figures 7 and 8).

31.     Given the results from the analyses summarized in this Declaration and the conclusions reached by Resio, Ebersole, and Mosher (December 2008 Expert Reports), one

would conclude there is a direct correlation between the overtopping breaching mechanism purportedly responsible for breaching the EBSBs and the proximity of the MR-GO channel.

32. Given these results, I have concluded that approximately 50% of the Reach 2 EBSBs were subjected to substantial losses in protective elevations (greater than approximately 2 feet) due to the proximity of the MR-GO channel (Figure 39). The history of operation and maintenance of the MR-GO channel had important effects in lowering the protective elevations of the Reach 2 EBSBs. These lowered protective elevations and the associated overtopping and breaching developed during Hurricane Katrina had important effects on the flooding of the St Bernard – Lower 9th Ward Polder.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2008 in Moraga, California.

Robert Bea, Ph.D, PE