# EXHIBIT 6

## **DECLARATION OF DR. ROBERT GLENN BEA**

Robert G. Bea, under penalty of perjury, states as follows:

1. This Declaration is submitted on behalf of the Plaintiffs in *Robinson v. United States* in connection with the Flood Control Act ("FCA") immunity issues. As detailed below, this Declaration constitutes my FCA expert report concerning the composition of the materials, design, and construction, and the performance during Hurricane Katrina, of the man-made features bordering the Mississippi River- Gulf Outlet (MR-GO). In particular, this Declaration will address: (a) the condition, composition, design, and construction of man-made features along the MR-GO prior to Hurricane Katrina; (b) the performance of those features during and following Hurricane Katrina; (c) engineering forensic studies that provide insights into the reasons for breaches, failures, and overtopping that developed with respect to those features; and (d) the extent to which any of those features constitute hurricane flood protection systems for human population areas according to generally accepted engineering principles and/or the pertinent manuals, guidelines, criteria, and policies of the United States Army Corps of Engineers ("USACE"). I reserve the right to revise and supplement this Declaration in light of the fact that the USACE has not completed production of documents, has not provided Plaintiffs' counsel with usable electronic copies of numerous documents selected for production, and I have not had the opportunity to review or assess these documents. If called to testify, I could and would testify competently as follows:

2. My Declaration is divided into four sections. Section I provides an overview of my qualifications to serve as an expert on the issues discussed below. Section II provides a summary of the results of engineering forensic observations to determine the causes of the breaches, failures, and overtopping that developed with respect to the man-made features along

1



Figure 80: Reach 2 re-constructed EBSBs looking north toward the GIWW. The MR-GO is to the right. The soil borrow pit is to the left (National Geographic Society 2007)

184. In June 2007, I again returned to the MR-GO re-constructed EBSBs with personnel from the St. Bernard Parish Sheriff's office and a team from CNBC Television. We found that the 'crevasses' (gullies) in the levees had been filled with materials that had been washed from the crevasses. In some cases, the crevasses had been filled with a mixture of organic material, straw, and Bermuda grass seed and covered with straw. Some crevasses had been overgrown with grass and hence were not easily detected. They had not been filled with anything. Large amounts of sandy, silty, and organic materials incorporated into the levee had been exposed by erosion from rain and vehicle traffic. (Figures 81, 82). Producers at CNBC Television contacted personnel at the USACE headquarters in Washington DC regarding these and other observations concerning potential defects and flaws in the flood protection reconstruction work (Personal communications with CNBC Unit Manager Ms. Pamela Gaskins, 2007).



Figure 81: Shell, organic, sandy, silty soils in surface of MR-GO Reach 2 levee south of Bayou Dupre. Inset shows exposed organic material incorporated into face of EBSB.



Figure 82: Grass covered crevasse in MR-GO Reach 2 re-constructed EBSB south of Bayou Dupre. Borrow pit is to the left approximately 50 feet from toe of levee to the right. Inset shows authors leg above knee in crevasse

134

185. Observed features on the borrow pit side of the levee (Figure 83) indicate lateral 'squeezing' – deformations – resulting from the recently placed and settling ESBS. The land manager for the area adjacent to this levee (Mr. John Esteves) opined that these lateral deformations had been taking place for years along both sides of the levee. His observations were that these lateral deformations resulted in partially filling the borrow pits that were in close proximity to the toes of the levees, thereby accelerating levee settlements.



Figure 83: Grass covered lateral deformation features at borrow pit adjacent to MR-GO ESB and protected side berm south of Bayou Dupre