# EXHIBIT 8

# Technical Report IV

# Phase 2 Analyses of MR-GO Reach 2 EBSB Breach Development

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

[No. 06-2268]

By

Dr. Robert Bea and Rune Storesund

**Risk Assessment and Management Services**

Moraga, California

January 28, 2009

## I.  INTRODUCTION

This report contains the analytic results of a preliminary Phase II erosion evaluation of the MR-GO Reach 2 alignment to corroborate Phase I classification of the MR-GO EBSB breaching mechanisms during Hurricane Katrina.  Figure 1 shows an overview of the breach mechanisms and breach type examples (Locations A through F) identified as part of our Phase I erosion analyses.  Phase I erosion analyses were cursory in nature, based on breach classification from features identified from photographs, LiDAR surveys, aerial video surveys, and field visits.  Phase II erosion analyses consist of more detailed evaluation of geometry (crest elevation), soil type (and associated erodibility), storm surge levels (based on storm hydrographs), wave action (based on characteristics estimated by numerical models), and armor (grass cover) protection at the time of Hurricane Katrina.

Figure 2 shows a diagram listing important factors to be evaluated in order to assess the performance of coastal flood protection structures.  Performance is a function both the "capacity" (the ability of the structure to resist imposed demands) and the "demands" (factors/forces imposed on a structure such as waves, water levels, etc.).  A comprehensive analysis must evaluate both "capacity" and "demand" elements, not just the remnant traces of either poor or excellent performance.

It is also very important to note that the Demand and Capacity elements are not the same along the entire MR-GO Reach 2 alignment.  There is significant heterogeneity, resulting in very different performance along Reach 2 and oversimplification can lead to incorrect conclusions regarding system performance.