# EXHIBIT 10

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## DECLARATION OF DR. REED L. MOSHER

I, Reed L. Mosher, declare as follows:

1. I am employed by the United States Army Corps of Engineers and am currently the Director of the Information Technology Laboratory ("ITL") at the United States Army Engineer Research and Development Center in Vicksburg, Mississippi.

2. I was a member of the Interagency Performance Evaluation Task Force ("IPET") and was Co-Lead of IPET Volume V, "The Performance – Levees and Floodwalls."

3. I was retained by the United States as an expert witness and have submitted an expert report in *Robinson v. United States* on behalf of the United States on December 18, 2008. This report analyzes the geotechnical issues concerning the flood protection structures adjacent to the Mississippi River-Gulf Outlet.

4. I have been studying soil and soil/structure interactions for over 25 years. I have extensive experience in using computer modeling to analyze these issues. For example, I wrote my doctoral dissertation on a three dimensional finite element code examining soil and soil/structure interactions.

5. I received Dr. Bea's April 3, 2009 report on Sunday, April 5, 2009.

6. Due to its length, I have not completed reading the report at the time of this declaration.

7. In my initial review of the report, I noted the use of a computer software program known as PLAXIS. PLAXIS is a finite element program used to model soil and soil/structure interactions. This program was developed by researchers at Delft University in the Netherlands.

PLAXIS was used during the IPET report to analyze some of the soil/structure interactions.

7. I will need at least three months from the time I receive Dr. Bea's supporting materials to analyze Dr. Bea's latest report and develop opinions. In particular, I would be most interested in recreating the PLAXIS modeling provided in the recent report. This analysis will require, at a minimum: (1) an analysis of Dr. Bea's latest opinions and the bases for them; (2) a data collection effort to collect reliable inputs to place into the PLAXIS model, (3) a comparison of the model results to observed data at this location and other locations, and (4) construction of the model.

8. In addition to this work, I will also have to review Dr. Bea's underlying source documents, perform a literature review, review Dr. Bea's methodology, and conduct additional field testing.

9. The impact of the MR-GO channel on lateral displacement of soils was not directly addressed in my December 18, 2008 report. This impact was not addressed because Dr. Bea's limited conclusions on this subject relied upon faulty analysis. Therefore, the "squeezing" mechanism identified by Dr. Bea was easily determined to not be a cause of the levee failures. Given the new and extensive analyses conducted by Dr. Bea, including finite element computer modeling, further exploration into this issue is warranted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2009.

Reed L. Mosher

2