# EXHIBIT 11

|                                      |   |                     |
| ------------------------------------ | - | ------------------- |
| In re: KATRINA CANAL BREACHES        | § | CIVIL ACTION        |
| CONSOLIDATED LITIGATION              | § | NO. 05-4182 "K" (2) |
|                                      | § | JUDGE DUVAL         |
|                                      | § | MAG. WILKINSON      |

## DECLARATION OF DR. THOMAS F. WOLFF

I, Thomas F. Wolff, declare as follows:

1. I am employed by Michigan State University and am currently the Associate Dean for Undergraduate Studies, College of Engineering.

2. I was a member of the Interagency Performance Evaluation Task Force ("IPET") review team, which conducted internal reviews of draft reports.

3. I was retained by the United States as an expert witness on November 28, 2007 and have been asked to prepare and submit an expert report in *Robinson v. United States* on behalf of the United States.

4. On December 18, 2008, I submitted an expert report to the Department of Justice concerning geotechnical analysis of the flood protection structures adjacent to the Mississippi River-Gulf Outlet, Gulf Intracoastal Waterway, and Inner Harbor Navigation Canal. This report includes, but is not limited to, opinions on the state of practice for levee and floodwall design and construction; state of the art for erosion modeling; and proper calibration of numerical models.

5. I received Dr. Bea's April 3, 2009 report on Sunday, April 5, 2009.

6. Due to its length, I have not completed reading the report at the time of this declaration.

7. I will need two months from the time I receive Dr. Bea's supporting documentation to analyze Dr. Bea's latest report and develop opinions. The following tasks need to be completed:

    a.     Develop an understanding of Dr. Bea's opinions and the bases for them:

    b.     Review Dr. Bea's selection of soil parameters;

    c.     Determine whether any soil information is missing from Dr. Bea's analyses;

    d.     Compare Dr. Bea's soil characterizations to the current published literature;

    e.     Perform a literature review of Dr. Bea's sources and any other publications pertinent to this issue;

    f.     Review Dr. Bea's numerical modeling methodology with the PLAXIS software program;

    g.     Perform a literature review of the PLAXIS program;

    h.     Review the state of the practice with respect to lateral displacement of soils;

    i.     Review the methodology and accuracy of Dr. Bea's probabilistic calculations.

8. The impact of the MR-GO channel on lateral displacement of soils was not directly addressed in my December 18, 2008 report.

9. This was not directly addressed in my expert report because Dr. Bea's opinion regarding this matter in his July 2008 report does not provide a quantitative analysis of where and by how much this lateral displacement affected the levees. In short, there was no reliable data to address.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2009.

Thomas F. Wolff