**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182"K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

**UNITED STATES OF AMERICA'S MOTION FOR EXPEDITED HEARING**

The United States has moved to strike Plaintiffs' expert Dr. Robert G. Bea for not submitting final opinions in contravention of the Court's Case Management Order, or in the alternative, to either strike his late April 3 report, or postpone the *Robinson* trial past its April 20, 2009 start date.

The Court's next available motion day is Wednesday, April 29, 2009.  However, trial in *Robinson* is scheduled to commence on Monday, April 20.  A hearing on April 29 will be in the midst of trial, possibly even during Dr. Bea's testimony.  An expedited hearing is warranted in this instance to resolve this pressing issue, namely Plaintiffs' expert Dr. Robert Bea's inability to render final opinions and his submission on Saturday, April 3 of 525 pages of new expert reports and technical appendices.  Resolution of this matter as early as possible will aid in providing clear guidance as to what issues shall be raised at the pending trial to which both parties have so assiduously prepared.

This Motion for Expedited Hearing is respectfully submitted,

                                        MICHAEL F. HERTZ
                                        Acting Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                         /s/Daniel M. Baeza
                                        DANIEL M. BAEZA
                                        Trial Attorney
                                        ROBIN D. SMITH
                                        Senior Trial Counsel
                                        Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 888
                                        Benjamin Franklin Station
                                        Washington, D.C. 20044
                                        (202) 616-4916 (tel.)
                                        (202) 616-5200 (fax)
                                        Dan.Baeza@usdoj.gov
                                        Attorneys for Defendant United States

Dated: April 8, 2009

## CERTIFICATE OF SERVICE

I, Daniel M. Baeza, certify that on April 8, 2009 I served a true copy of the United States

of America's Motion for Expedited Hearing on all parties by ECF.


/s Daniel M. Baeza
DANIEL M. BAEZA