# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182"K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## ORDER

Having considered the United States of America's Motion for Expedited Hearing, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The United States of America's Motion to Exclude the Opinions of Plaintiffs' Expert Robert Bea shall be heard on April ____, 2009 at ____ a.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE STANWOOD R. DUVAL
Eastern District of Louisiana