Plaintiff's Exhibit List-Exhibits Not Received

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-0001 | MRGO-001701 | - | 1977/0/0 | EDLA | Graci v. United States, 435 F. Supp. 189 (E.D. La. 1977) ("Graci IV") | | FALSE |
| PX-0003 | MRGO-001702 | - | 2006/7/31 | INDEPENDENT LEVEE INVESTIGATION TEAM (ILIT) | INVESTIGATION OF THE PERFORMANCE OF THE NEW ORLEANS FLOOD PROTECTION SYSTEMS IN HURRICANE KATRINA ON AUGUST 29, 2005, VOL I: MAIN TEXT AND EXECUTIVE SUMMARY | | FALSE |
| PX-0005 | MRGO-001703 | - | 1969/11/26 | Major Steven West, Major, CE, Acting DE | USACE - New Orleans District Correspondence to Manuel Pinto | | FALSE |
| PX-0006 | MRGO-001704 | - | 1965/11/24 | Citizens Committee for Hurricane Flood Control | Correspondence from Citizens Committee for Hurricane Flood Control to USACE | | FALSE |
| PX-0007 | MRGO-001705 | - | 2008/7/11 | KEMP | 702c Expert Report (Kemp) and related appendices/exhibits | | FALSE |
| PX-0011 | MRGO-001706 | - | 2007/11/0 | USACE NOD | Integrated Final Report to Congress and Legislative Environmental Impact Statement for MRGO Deep-Draft De-authorization Study (rev 1/2008) | | FALSE |
| PX-0012 | MRGO-001707 | - | 0/0/0 | Attorneys for Defendant United States | Defendant United States' Rebuttal of Plaintiffs' Sur-Reply in Support of Opposition to Defendant's Motion to Certify (Doc. No. 6052) | | FALSE |
| PX-0013 | MRGO-001708 | - | 2007/0/0 | THEIS | 702c Expert Report (Theis) and related appendices/exhibits | | FALSE |
| PX-0014 | MRGO-001709 | - | 2007/0/0 | PENLAND | 702c Expert Report (Penland) and related appendices/exhibits | | FALSE |
| PX-0015 | MRGO-001710 | - | 1958/9/0 | USACE, NOD | Mississippi River - Gulf Outlet, Louisiana; Design Memorandum #1-B - Channels (revised May 1959) | | FALSE |
| PX-0016 | MRGO-001711 | - | 1993/2/17 | USACE, NOD | Mississippi River - Gulf Outlet, Louisiana - Bank Erosion: Issue Paper | | FALSE |
| PX-0017 | MRGO-001712 | - | 2007/0/0 | DAY | 702c Expert Report (Day) and related appendices/exhibits | | FALSE |
| PX-0018 | MRGO-001713 | - | 2004/0/0 | USACE, NOD | Louisiana Coastal Area Ecosystem Restoration Study | | FALSE |
| PX-0019 | MRGO-001714 | - | 2005/12/15 | GAO | U.S. Gov. Accountability Office, Hurricane Protection : Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project (GAO 06-362T)-Testimony Before the Committee on Homeland Security and Gov Affairs, US Senate | | FALSE |
| PX-0021 | MRGO-001715 | - | 2006/2/1 | Homeland Security and Counter-Terrorism | The Federal Response to Hurricane Katrina, Lessons Learned | | FALSE |
| PX-0023 | MRGO-001717 | - | 2006/5/1 | Committee on Homeland Security and Governmental Affairs, US Senate | Hurricane Katrina: A Nation Still Unprepared, S. Rep. No. 109-322, 109th Congress, 2nd Session, Special Report | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-0024 | MRGO-001718 | - | 2005/11/9 | GAO | U.S. Government Accountability Office, Army Corps of Engineers: History of the Lake Pontchartrain and Vicinity Hurricane Protection Project (GAO 06-244T); Testimony Before the Committee on Environment and Public Works, US Senate | | FALSE |
| PX-0025 | MRGO-001719 | - | 1976/8/31 | GAO | General Accounting Office Report Re: Lake Pontchartrain and Vicinity Hurricane Protection Plan | | FALSE |
| PX-0026 | MRGO-001720 | - | 2007/6/0 | WOOLEY AND SHABMAN | Douglas Woolley and Leonard Shabman, Decision-Making Chronology for the Lake Pontchartrain and Vicinity Hurricane Protection Project (USACE - June, 2007) | | FALSE |
| PX-0027 | MRGO-001721 | - | 2008/4/1 | VARUSO | Deposition Transcript: Richard Varuso | | FALSE |
| PX-0029 | MRGO-001722 | - | 2007/8/29 | R.A. DALRYMPLE | Expert Report of Robert A. Dalrymple, Ph.D., P.E., N.A.E. (August 29, 2007) | | FALSE |
| PX-0030 | MRGO-001723 | - | 1966/11/0 | USACE | Lake Pontchartrain and Vicinity Hurricane Protection Plan: Chalmette Area Plan - General Design Memorandum No. 3 (USACE November 1966) | | FALSE |
| PX-0031 | MRGO-001724 | - | 1969/11/7 | BEA | 702c Expert Report (Bea) and related appendices/exhibits | | FALSE |
| PX-0032 | MRGO-001725 | - | 0/0/0 | USACE | Disposition Form with Attached Correspondence (USACE November 7, 1969) | | FALSE |
| PX-0033 | MRGO-001726 | - | 0/0/0 | ARNOLD | 702c Expert Report (Arnold) and related appendices/exhibits | | FALSE |
| PX-0034 | MRGO-001727 | - | 1982/0/0 | | Construction Drawings for Lake Pontchartrain and Vicinity Hurricane Protection Plan (88 Drawings from 1982 - 1995) | | FALSE |
| PX-0035 | MRGO-001728 | - | 0/0/0 | | LPVHPP Structure Maps of New Orleans East and St. Bernard Parish (Adjusted for MSL) | | FALSE |
| PX-0036 | MRGO-001729 | - | 0/0/0 | | LPVHPP Structure Maps of New Orleans East and St. Bernard Parish (Not Adjusted for MSL) | | FALSE |
| PX-0037 | MRGO-001730 | - | 2005/9/1 | MemberScholars of the Center for Progressive Reform | An Unnatural Disaster: The Aftermath of Hurricane Katrina (CPR Publication #512) | | FALSE |
| PX-0039 | MRGO-001732 | - | 0/0/0 | VRIJLING | 702c Expert Report (Vrijling) and related appendices/exhibits | | FALSE |
| PX-0040 | MRGO-001733 | - | 0/0/0 | VRIJLING | Deposition Transcript: Johannes Vrijling (Robinson 702c proceedings) | | FALSE |
| PX-0041 | MRGO-001734 | - | 1968/9/0 | USACE | Lake Pontchartrain and Vicinity Hurricane Protection Plan: Chalmette Area Plan - General Design Memorandum No. 3; Supplement No. 1 (USACE September 1968) | | FALSE |
| PX-0042 | MRGO-001735 | - | 2007/0/0 | ASCE | American Society of Civil Engineers External Review Panel (ERP) Report, The New Orleans Hurricane Protection System: What Went Wrong and Why | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-0043 | MRGO-001736 | - | 0/0/0 | | Office of Management and Budget, Agency Scorecards, Washington D.C., available at http://www.whitehouse.gov/omb/budintegration/scorecards/agency_scorecards.html | | FALSE |
| PX-0044 | MRGO-001737 | - | 0/0/0 | NAOMI | Center for Grassroots Oversight Profile: Al Naomi | | FALSE |
| PX-0045 | MRGO-001738 | - | 0/0/0 | BOB BEA | Deposition Transcript: Bob Bea | | FALSE |
| PX-0046 | MRGO-001739 | - | 2002/6/28 | | Hurricane Protection, Louisiana (Study of Hurricane Protection Projects in Southeast Louisiana) (June 28, 2002) | | FALSE |
| PX-0047 | MRGO-001740 | - | 1966/11/0 | LARRY IRONS | Homeland Security Affairs, Hurricane Katrina as Predictable Surprise, Larry Irons | | FALSE |
| PX-0049 | MRGO-001742 | - | 2004/10/8 | PAUL NUSSBAUM | Paul Nussbaum, New Orleans' Growing Danger: Wetlands Loss Leaves City a Hurricane Hit Away from Disaster, Philadelphia Inquirer (October 8, 2004) | | FALSE |
| PX-0050 | MRGO-001743 | - | 0/0/0 | | Order and Reasons Denying Motion to Dismiss, Doc. No. 2994 | | FALSE |
| PX-0052 | MRGO-001744 | - | 2007/2/0 | Team Louisiana: Ivor van Heerden, G. Paul Kemp, et. Al | Team Louisiana Report: Table 15 - Design Elevation of Protection, Pre-Katrina Elevation, Surge Level and Damage for GNO HPS Elements Exposed to Lake Pontchartrain and Lake Borgne (ft, LMSL05) (February 2007) | | FALSE |
| PX-0053 | MRGO-001745 | - | 0/0/0 | M. Kok, M. Aalberts, B. Masskant, L. de Wit | Polder Flood Stimulations for Greater New Orleans, Hurricane Katrina 2005, Delft University, M. Kok, M. Aalberts, B. Masskant, L. de Wit | | FALSE |
| PX-0054 | MRGO-001746 | - | 1982/0/0 | | Construction Drawings for Lake Pontchartrain and Vicinity Hurricane Protection Plan (88 Drawings from 1982 - 1995) | | FALSE |
| PX-0055 | MRGO-001747 | - | 0/0/0 | USACE | Design and Construction of Levees (USACE # EM 1110-2-1913) (March 31, 1978 ed.) | | FALSE |
| PX-0057 | MRGO-001749 | - | 0/0/0 | 89TH CONGRESS | Flood Control Act of 1965, P.L. 89-298, 79 Stat. 1073 (October 27, 1965) | | FALSE |
| PX-0058 | MRGO-001750 | - | 1979/5/31 | United States Department of Interior - Fish and Wildlife Service | United States Department of Interior - Fish and Wildlife Service; Correspondence to St. Bernard Parish Planning Commission (May 31, 1979) | | FALSE |
| PX-0059 | MRGO-001751 | - | 1958/2/0 | USACE | Geological Investigation of the Mississippi River - Gulf Outlet Channel (USACE February 1958) | | FALSE |
| PX-0060 | MRGO-001752 | - | 0/0/0 | | GAO Report, Lake Pontchartrain and Vicinity Hurricane Protection Project, GAO-05-1050T | | FALSE |
| PX-0061 | MRGO-001753 | - | 0/0/0 | | Legislative History of 1928 Flood Control Act | | FALSE |
| PX-0062 | MRGO-001754 | - | 0/0/0 | | H.R. Doc. No. 82-272, Annual Report of the Chief of Engineers | | FALSE |
| PX-0063 | MRGO-001755 | - | 0/0/0 | | Legislative History of 1965 Flood Control Act | | FALSE |
| PX-0064 | MRGO-001756 | - | 0/0/0 | | Correspondence re St. Bernard citizen's complaint re MRGO and "funnel" | | FALSE |

Plaintiff's Exhibit List-Exhibits Not Received

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-0065 | MRGO-001757 | - | 0/0/0 | ARMY COASTAL ENGINEERING RESEARCH CENTER | Technical Report No. 4, "Shore Protection, Planning and Design" | | FALSE |
| PX-0066 | MRGO-001758 | - | 0/0/0 | | Hearing Transcript on Motion to Dismiss, Robinson v. United States, Case No. 06-2268 | | FALSE |
| PX-0067 | MRGO-001759 | - | 0/0/0 | USACE | USACE LPVHPP General Design Memorandum No. 2, "Citrus Back Levee" | | FALSE |
| PX-0069 | MRGO-001761 | - | 2005/9/0 | USACE | Mississippi River-Gulf Outlet General Reevaluation Study Report (USACE September 2005) | | FALSE |
| PX-0070 | MRGO-001762 | - | 2008/0/0 | | Map depicting the reaches of the Mississippi River Gulf Outlet (2008) | | FALSE |
| PX-0073 | MRGO-001763 | - | 0/0/0 | | Declaration No. 2 Engineering Forensic Studies Of Performance Of The Man-Made Features Bordering The Inner Harbor Navigation Canal At The Lower 9th Ward During Hurricane Katrina | | FALSE |
| PX-0075 | MRGO-001764 | - | 0/0/0 | BEA | Bea Technical Report No. I, Analyses of Breaching of MR-GO Reach 2 EBSBs During Hurricane Katrina & The "Neutral" MR-GO Hurricane Katrina Conditions | | FALSE |
| PX-0076 | MRGO-001765 | - | 0/0/0 | BEA | Bea Techincal Report No. II, Analyses of Breaching at the MR-GO Bayou Dupre and Bayou Bienvenue Navigation Structures During Hurricane Katrina | | FALSE |
| PX-0077 | MRGO-001766 | - | 0/0/0 | BEA | Bea Technical Report No. III, Analyses of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina | | FALSE |
| PX-0078 | MRGO-001767 | - | 0/0/0 | BEA | Bea Technical Report No. IV, Review of USACE Excavations and Backfill Guidelines and Practices Near Flood Control Structures | | FALSE |
| PX-0079 | MRGO-001768 | - | 0/0/0 | BEA | Bea Technical Report No. V, Technical Guidance Available for Design, Construction, and Maintenance of the MR-GO and LPV | | FALSE |
| PX-0080 | MRGO-001769 | - | 0/0/0 | BEA | Bea Technical Report No. VI, Case Study of the SELA Dwyer Road Drainage Pumping Station Improvements, Discharge Tubes and Canal | | FALSE |
| PX-0081 | MRGO-001770 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 1 Summary) | | FALSE |
| PX-0082 | MRGO-001771 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 2 Declaration) | | FALSE |
| PX-0083 | MRGO-001772 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 3, Technical Report I, MRGO Legacies Summary ) | | FALSE |
| PX-0084 | MRGO-001773 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 3, Technical Repor II, EBSB Wave Breaching Validations) | | FALSE |
| PX-0085 | MRGO-001774 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 3, Technical Report III, Hurricane Gustav Conditions) | | FALSE |
| PX-0086 | MRGO-001775 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 3, Technical Report IV, MRGO Phase II Erosion Analyses) | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-0087 | MRGO-001776 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 3, Technical Report V, IHNC EBIA Excavations) | | FALSE |
| PX-0088 | MRGO-001777 | - | 0/0/0 | BEA | Expert Report of Dr. Robert Bea (Part 3, Technical Report VI, Lower 9th Ward 2D & Amp; 3D Seepage) | | FALSE |
| PX-0089 | MRGO-001778 | - | 0/0/0 | BEA | Dr. Robert Bea's Curriculum Vitae | | FALSE |
| PX-0090 | MRGO-001779 | - | 0/0/0 | BEA | Dr. Robert Bea Supplemental Declaration | | FALSE |
| PX-0094 | MRGO-001780 | - | 0/0/0 | KEMP | Declaration of Dr. G. Paul Kemp | | FALSE |
| PX-0096 | MRGO-001781 | - | 0/0/0 | DR. DUNCAN FITZGERALD | Expert Report of Dr. Duncan Fitzgerald, Impact of the Mississippi River Gulf Outlet (MR-GO): Geology & Geomorphology | | FALSE |
| PX-0097 | MRGO-001782 | - | 0/0/0 | CHAD MORRIS | Chad Morris's Curriculum Vitae | | FALSE |
| PX-0098 | MRGO-001783 | - | 0/0/0 | CHAD MORRIS | Chad Morris Expert Report, Survey and Spatial Data in the Vicinity of the Mississippi River Gulf Outlet | | FALSE |
| PX-0099 | MRGO-001784 | - | 2008/3/7 | Chad Morris | Chad Morris Expert Report, Appendix 1, Bathymetric Survey of the Mississippi River Gulf Outlet (MRGO), Gulf Intracoastal Waterway (GIWW), and Inner Harbor Navigational Canal (IHNC) from Lake Pontchartrain to Bayou La Loutre: Methodology, Quality Control, | | FALSE |
| PX-0100 | MRGO-001785 | - | 2008/7/13 | Chad Morris, CMor Consulting LLC | Chad Morris Expert Report, Appendix A, National Geodetic Survey Benchmark Datasheets | | FALSE |
| PX-0101 | MRGO-001786 | - | 2008/7/13 | Chad Morris, CMor Consulting LLC | Chad Morris Expert Report, Appendix B, Survey Field Notes | | FALSE |
| PX-0102 | MRGO-001787 | - | 2008/7/13 | Chad Morris, CMor Consulting LLC | Chad Morris Expert Report, Appendix C, Manufacturer Brochures for Survey and Processing Equipment | | FALSE |
| PX-0103 | MRGO-001788 | - | 2008/7/9 | Gautier, Kok, & Vrijling | Vrijling, Wave Modeling New Orleans - Mississippi River Gulf Outlet, Final Report | | FALSE |
| PX-0104 | MRGO-001789 | - | 2008/6/23 | J. K. Vrijling et al | Vrijling, Flow Modeling New Orleans - Mississippi River Gulf Outlet, Final Report, Scenarios 1, 2A, 2B, 2C, 2D, 3 | | FALSE |
| PX-0105 | MRGO-001790 | - | 2008/7/9 | Kok et al | Polder Flood Simulations for Greater New Orleans: the neutral MRGO scenario | | FALSE |
| PX-0106 | MRGO-001791 | - | 2009/1/21 | Vrijling et al | Joint declaration, Vrijling, Kok, de Wit, and Gautier concerning wave and flow modeling New Orleans -- MRGO for Hurricane Katrina, August 2005 | | FALSE |
| PX-0107 | MRGO-001792 | - | 2009/0/0 | Vrijling et al | Appendix 1 to Joint declaration, Vrijling, Kok, de Wit, and Gautier concerning wave and flow modeling New Orleans -- MRGO for Hurricane Katrina, August 2005 | | FALSE |
| PX-0108 | MRGO-001793 | - | 0/0/0 | Gautier | Supplement on Wave Modeling New Orleans, memo from Gautier to van Heerden | | FALSE |
| PX-0110 | MRGO-001794 | - | 2008/4/28 | John Crawford, Crawford Engineering LLC | Lattimore and Associates Building Flood Damage Assessment | | FALSE |
| PX-0111 | MRGO-001795 | - | 2008/4/20 | John Crawford, Crawford Engineering LLC | Anthony and Lucille Franz Residence Flood Damage Assessment | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-0112 | MRGO-001796 | - | 2008/4/28 | John Crawford, Crawford Engineering LLC | Kent Lattimore Residence Flood Damage Assessment | | FALSE |
| PX-0113 | MRGO-001797 | - | 2008/4/28 | John Crawford, Crawford Engineering LLC | Norman Robinson Residence Flood Damage Assessment | | FALSE |
| PX-0114 | MRGO-001798 | - | 2008/4/29 | John Crawford, Crawford Engineering LLC | Tanya Smith Residence Flood Damage Assessment | | FALSE |
| PX-0115 | MRGO-001799 | - | 2009/2/4 | Scott Taylor Adjusting Services | Taylor Final Loss Report, Anthony and Lucille Franz | Duplicate of MRGO 1609 | FALSE |
| PX-0116 | MRGO-001800 | - | 0/0/0 | Scott Taylor Adjusting Services | Taylor Estimate Report, Anthony and Lucille Franz | | FALSE |
| PX-0117 | MRGO-001801 | - | 2009/2/4 | Scott Taylor Adjusting Services | Taylor Final Loss Report, Lattimore and Associates | | FALSE |
| PX-0118 | MRGO-001802 | - | 0/0/0 | Scott Taylor Adjusting Services | Taylor Estimate Report, Lattimore and Associates | | FALSE |
| PX-0119 | MRGO-001803 | - | 2009/2/4 | Scott Taylor Adjusting Services | Taylor Final Loss Report, Kent Lattimore | Duplicate of MRGO 1614 | FALSE |
| PX-0120 | MRGO-001804 | - | 0/0/0 | Scott Taylor Adjusting Services | Taylor Estimate Report, Kent Lattimore | | FALSE |
| PX-0121 | MRGO-001805 | - | 2000/0/0 | Census Bureau | Taylor Estimate Report, Kent Lattimore, Average Sales Price of New Manufactured Homes By Region and Size of Home | | FALSE |
| PX-0122 | MRGO-001806 | - | 2008/3/3 | | Taylor Estimate Report, Kent Lattimore, Louisiana Mobile Homes for Sale 1 | Webpage addres is: http://louisiana.mobilehomes-for-sale.com/MobileHomeListing.php?Listing=271238 | FALSE |
| PX-0123 | MRGO-001807 | - | 2008/3/3 | | Taylor Estimate Report, Kent Lattimore, Louisiana Mobile Homes for Sale 2 | Webpage addres is: http://louisiana.mobilehomes-for-sale.com/MobileHomeListing.php?Listing=271238 | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-0124 | MRGO-001808 | - | 2000/0/0 | Census Bureau | Taylor Estimate Report, Kent Lattimore, Average Sales Price of New Manufactured Homes Placed by Size of Home By State -2000 | Duplicate of MRGO 1617 | FALSE |
| PX-0125 | MRGO-001809 | - | 2008/3/1 | Scott Taylor Adjusting Services | Taylor Final Loss Report, Norman Robinson | | FALSE |
| PX-0126 | MRGO-001810 | - | 0/0/0 | Scott Taylor Adjusting Services | Taylor Estimate Report, Norman Robinson | | FALSE |
| PX-0127 | MRGO-001811 | - | 2008/3/1 | Scott Taylor Adjusting Services | Taylor Final Loss Report, Tanya Smith | Duplicate of MRGO 1604 | FALSE |
| PX-0128 | MRGO-001812 | - | 0/0/0 | Scott Taylor Adjusting Services | Taylor Estimate Report, Tanya Smith | | FALSE |
| PX-0129 | MRGO-001813 | - | 0/0/0 | Scott Taylor Adjusting Services | Taylor Valuation Report, Tanya Smith | | FALSE |
| PX-0197 | MRGO-001815 | - | 1992/7/10 | USACE | Army Corps's Environmental Assessment #162, entitled "MR-GO, St. Bernard and Plaquemines Parishes, LA-Marsh Enhancement/ Creation and Berm Construction | | FALSE |
| PX-0209 | MRGO-001816 | - | 1988/5/26 | USACE | Army Corps's Environmental Assessment 72, entitled "MR-GO Breton Sound Jetty Repairs" | | FALSE |
| PX-0210 | MRGO-001817 | - | 0/0/0 | USACE | Army Corps's Environmental Assessment 294 | | FALSE |
| PX-0231 | MRGO-001818 | - | 1958/0/0 | | Annual Reports of the Chief of Engineers on Civil Works Activities from 1958 through 2005 | | FALSE |
| PX-0232 | MRGO-001819 | - | 1946/2/13 | | transcripts of the Hearings Before the Committee on Agriculture House of Representatives, 79th Congress, Second Session on H.R. 3821 and H.R. 6097 (Feb. 13 and April 15, 1946) | | FALSE |
| PX-0233 | MRGO-001820 | - | 0/0/0 | | Transcripts of the Hearings before the Committee on Agriculture and Forestry on H.R. 6097 | | FALSE |
| PX-0234 | MRGO-001821 | - | 1996/0/0 | | 1996 Mississippi River-Gulf Outlet North Bank Foreshore Protection Evaluation Report | | FALSE |
| PX-0235 | MRGO-001822 | - | 1997/0/0 | | 1997 Feasibility Report Wetlands Creation and Protection Project Mississippi River - Gulf Outlet, Mile 14 to Mile 11, Marsh Creation, St. Bernard and Plaquemines Parishes, Louisiana | | FALSE |
| PX-0236 | MRGO-001823 | - | 0/0/0 | | Army Corps's Environmental Assessment 54 | | FALSE |
| PX-0237 | MRGO-001824 | - | 0/0/0 | | Appendix "A," Matrix of Reported Decisions Finding Army Corps Violations of Federal Environmental Laws (Doc. No. 16510-5) | | FALSE |
| PX-0238 | MRGO-001825 | - | 0/0/0 | | Appendix "B," Redlined version of 1946 versions of FWCA, Pub. L. 85-624 (Doc. No. 16886-2) | | FALSE |
| PX-0239 | MRGO-001826 | - | 0/0/0 | | Appendix "C," Excerpts from the Legislative History of the FWCA (Doc. No. 16886-3) | | FALSE |
| PX-0240 | MRGO-001827 | - | 0/0/0 | | Appendix "D," NEPA Mandates and Violations | | FALSE |
| PX-1463 | MRGO-001343 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1464 | MRGO-001344 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1465 | MRGO-001345 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1466 | MRGO-001346 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1467 | MRGO-001347 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1468 | MRGO-001348 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1469 | MRGO-001349 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1562 | MRGO-001442 | - | 0/0/0 | | Exhibit is missing | Exhibit is missing | FALSE |
| PX-1567 | MRGO-001449 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1569 | MRGO-001457 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1570 | MRGO-001460 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1571 | MRGO-001462 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1572 | MRGO-001463 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1573 | MRGO-001464 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1574 | MRGO-001467 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1575 | MRGO-001469 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1576 | MRGO-001470 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1577 | MRGO-001471 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1578 | MRGO-001472 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1579 | MRGO-001473 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1580 | MRGO-001474 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1581 | MRGO-001475 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1582 | MRGO-001476 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1583 | MRGO-001477 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1584 | MRGO-001478 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1585 | MRGO-001479 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1586 | MRGO-001480 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1587 | MRGO-001481 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1588 | MRGO-001482 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1589 | MRGO-001483 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1590 | MRGO-001484 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1591 | MRGO-001485 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1592 | MRGO-001486 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1593 | MRGO-001487 | - | 0/0/0 | | No Exhibit | No Exhibit | FALSE |
| PX-1725 | MRGO-001620 | - | 0/0/0 | | | | FALSE |
| PX-1726 | MRGO-001621 | - | 0/0/0 | | | | FALSE |
| PX-1727 | MRGO-001622 | - | 0/0/0 | | | | FALSE |
| PX-1728 | MRGO-001623 | - | 0/0/0 | | | | FALSE |
| PX-1729 | MRGO-001624 | - | 0/0/0 | | | | FALSE |
| PX-1730 | MRGO-001625 | - | 0/0/0 | | | | FALSE |
| PX-1731 | MRGO-001626 | - | 0/0/0 | | | | FALSE |
| PX-1732 | MRGO-001627 | - | 0/0/0 | | | | FALSE |
| PX-1733 | MRGO-001628 | - | 0/0/0 | | | | FALSE |
| PX-1734 | MRGO-001629 | - | 0/0/0 | | | | FALSE |
| PX-1735 | MRGO-001630 | - | 0/0/0 | | | | FALSE |
| PX-1736 | MRGO-001631 | - | 0/0/0 | | | | FALSE |
| PX-1737 | MRGO-001632 | - | 0/0/0 | | | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1738 | MRGO-001633 | - | 0/0/0 | | | | FALSE |
| PX-1739 | MRGO-001634 | - | 0/0/0 | | | | FALSE |
| PX-1740 | MRGO-001635 | - | 0/0/0 | | | | FALSE |
| PX-1741 | MRGO-001636 | - | 0/0/0 | | | | FALSE |
| PX-1742 | MRGO-001637 | - | 0/0/0 | | | | FALSE |
| PX-1743 | MRGO-001638 | - | 0/0/0 | | | | FALSE |
| PX-1744 | MRGO-001639 | - | 0/0/0 | | | | FALSE |
| PX-1745 | MRGO-001640 | - | 0/0/0 | | | | FALSE |
| PX-1746 | MRGO-001641 | - | 0/0/0 | | | | FALSE |
| PX-1747 | MRGO-001642 | - | 2008/12/18 | Thomas F. Wolff, Ph.D., P.E. | Expert Report: Geotechnical Analysis of the United States Corps of Engineers' Design, and Its Contractors' Construction of, the Lake Pontchartrain and Vicinity Hurricane Protection Project structures Adjacent to the Mississippi River - Gulf Outlet, Gult Intracoastal Waterway, and Inner Harbor Navigation Canal and their Performance During Hurricane Katrina and supporting documentation | | TRUE |
| PX-1748 | MRGO-001643 | - | 2008/12/22 | Joannes J. Westerink, Ph. D. | Department of Justice Expert Witness Report: ADCIRC Storm Surge Simulations and supporting documentation | | TRUE |
| PX-1749 | MRGO-001644 | - | 2008/12/21 | Donald T. Resio | Expert Report and supporting documentation | | TRUE |
| PX-1750 | MRGO-001645 | - | 2008/12/18 | Reed L. Mosher | Expert Report and supporting documentation | | FALSE |
| PX-1751 | MRGO-001646 | - | 2008/12/22 | Brian R. Jarvinen | Meteorological and Storm Tide Analysis of Hurricane Katrina in Southeast Louisiana and supporting documentation | | FALSE |
| PX-1752 | MRGO-001647 | - | 2008/12/18 | Steven D. Fitzgerald, P.E. | Interior Flooding Analysis - St. Bernard Parish and Lower Ninth Ward, Orleans Parish: Hurricane Katrina, August 2005: New Orleans Area, Louisiana and supporting documentation | | FALSE |
| PX-1753 | MRGO-001648 | - | 2008/12/17 | Bruce A. Ebersole, P.E. | Expert Report and supporting documentation | | FALSE |
| PX-1754 | MRGO-001649 | - | 2008/12/18 | Stephen R. DeLoach, P.E., L.S. | Expert Report and supporting documentation | | FALSE |
| PX-1755 | MRGO-001650 | - | 2008/12/18 | Louis D. Britsch | Expert Report of Louis D. Britsch III and supporting documentation | | FALSE |
| PX-1756 | MRGO-001651 | - | 2008/12/22 | John A Barras | Land Area Changes and Forest Area Changes in the vicinity of the Mississippi River Gulf Outlet from 1965 to 2006 and supporting documentation | | FALSE |
| PX-1757 | MRGO-001652 | - | 0/0/0 | Raymond W. Schaffranek* and Harry L. Jenter** | Observations of Daily Temperature Patterns in the Southern Florida Everglades (Vrijling) | | FALSE |
| PX-1758 | MRGO-001653 | - | 2009/1/23 | Caroline Gautier | Figure showing similar results for their default settings (JONSWAP 0.067 and Collins 0.015). (vrijlingvraagS1compJONSCOLLINS[1].doc) | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1759 | MRGO-001654 | - | 2009/1/21 | Han Vrijling, Matthijs Kok, Lynyrd de Wit and Caroline Gautier | Joint declaration, Vrijling, Kok, de Wit and Gautier dd Janaury 21st, 2009 concerning wave and flow modeling New Orleans - MRGO for Hurricane Katrina, August 2005 | | FALSE |
| PX-1760 | MRGO-001655 | - | 0/0/0 | Ty WamsleyTy WamsleyUSACE Coastal and Hydraulics LaboratoryUSACE Laboratory | Influence of Wetland Degradation and Restoration on Storm SurgeStorm SurgePresented (Vrijling) | | FALSE |
| PX-1761 | MRGO-001656 | - | 2007/0/0 | Andre van der Westhuysen | Advances in the spectral modelling of wind waves in the nearshore (Vrijling) | | FALSE |
| PX-1762 | MRGO-001657 | - | 2009/1/27 | John W. Day, Jr. and Gary P. Shaffer | Supplemental Report to To Expert Report Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana and supporting documentation | | FALSE |
| PX-1763 | MRGO-001658 | - | 2009/1/29 | Dr. Robert Bea and Diego Cobos-Roa | Technical Report VI: 2D and 3D Seepage Analyses: Lower 9th Ward Breaches and supporting documentation | | FALSE |
| PX-1764 | MRGO-001659 | - | 2009/1/29 | Robert Glenn Bea, Ph.D., P.E.; Chad Morris, P.L.S. | Technical Report V: IHNC Lock Expansion EBIA Site Clearing Excavations: Lower 9th Ward Breaches and supporting documentation | | FALSE |
| PX-1765 | MRGO-001660 | - | 2009/1/28 | Robert Glenn Bea, Ph.D., P.E. and Rune Storesund | Technical Report IV: Phase 2 Analyses of MR-GO Reach 2 EBSB Breach Development and supporting documentation | | FALSE |
| PX-1766 | MRGO-001661 | - | 2009/1/29 | Robert Glenn Bea, Ph.D.,; Ivor van Heerden, Ph.D. LSU Hurricane Center & Paul Kemp, Ph.D. National Audubon Society | Technical Report III: ASSESSMENT OF THE HURRICANE GUSTAV HYDRODYNAMIC CONDITIONS AND EROSION OF MRGO REACH 2 EBSBs and supporting documentation | | FALSE |
| PX-1767 | MRGO-001662 | - | 2009/1/29 | Robert Glenn Bea, Ph.D., P.E. and Rune Storesund | Technical Report II: Validations of EBSB Wave Induced Erosion and Breaching Analyses and supporting documentation | | FALSE |
| PX-1768 | MRGO-001663 | - | 2009/1/29 | Robert Glenn Bea, Ph.D., P.E.; Chad Morris, P.L.S. and Rune Storesund | Technical Report I: The Legacies of the MR-GO and supporting documentation | | FALSE |
| PX-1769 | MRGO-001664 | - | 2009/1/29 | Robert Glenn Bea, Ph.D., P.E. | DECLARATION OF ROBERT G. BEA and supporting documentation | | FALSE |
| PX-1770 | MRGO-001665 | - | 2009/1/29 | Robert Glenn Bea, Ph.D., P.E. | Expert Report of Robert Glenn Bea, Ph.D., P.E. (Edited Feb 16, 2009) and supporting documentation | | FALSE |
| PX-1771 | MRGO-001666 | - | 2009/1/27 | ir. B. Maaskant, dr.ir. M. Kok | Comparison flood depth development between Katrina event and Scenario 2C and supporting documentation | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1772 | MRGO-001667 | - | 2008/11/13 | Caroline Gautier (Svašek Hydraulics) | Supplement on Wave Modeling New Orleans (Gautier, 2008) and supporting documentation | | FALSE |
| PX-1773 | MRGO-001668 | - | 2008/6/23 | L. de Wit, B. Maaskant, M. Kok and J.K. Vrijling | Flow Modeling New Orleans - Mississippi River Gulf Outlet Hurricane Katrina August 2005: FINAL REPORT: Scenario 1, 2A, 2B, 2C, 2D, 3 and supporting documentation | | FALSE |
| PX-1774 | MRGO-001669 | - | 2008/7/9 | J.K. Vrijling;; M. Kok, M. Aalberts, W. Kanning, B. Maaskant, L. de Wit | Polder Flood Simulations for Greater New Orleans: the neutral MRGO scenario and supporting documentation | | FALSE |
| PX-1775 | MRGO-001670 | - | 2008/7/9 | J.K. Vrijling; C. Gautier; and M. Kok | Wave Modeling New Orleans - Mississippi River Gulf Outlet Hurricane Katrina August 2005 and supporting documentation | | FALSE |
| PX-1776 | MRGO-001671 | - | 2008/7/13 | Chad Morris | Survey and Spatial Data In the Vicinity of the Mississippi River Gulf Outlet (MRGO) and supporting documentation | | FALSE |
| PX-1777 | MRGO-001672 | - | 2008/7/11 | G. Paul Kemp | MISSISSIPPI RIVER GULF OUTLET EFFECTS ON STORM SURGE, WAVES AND FLOODING DURING HURRICANE KATRINA and supporting documentation | | FALSE |
| PX-1778 | MRGO-001673 | - | 2008/7/11 | D. FitGerald; S. Penland; A. Milanes; M. Miner; K. Westphal | Impact of the Mississippi River Gulf Outlet (MR-GO): Geology & Geomorphology and supporting documentation | | FALSE |
| PX-1779 | MRGO-001674 | - | 2008/7/11 | John W. Day, Jr. and Gary P. Shaffer | Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana and supporting documentation | | FALSE |
| PX-1780 | MRGO-001675 | - | 2008/4/28 | John W. Crawford, P.E. | ANTHONY AND LUCILLE FRANZ RESIDENCE FLOOD DAMAGE ASSESSMENT and supporting documentation | | FALSE |
| PX-1781 | MRGO-001676 | - | 2008/4/28 | John W. Crawford, P.E. | TANYA SMITH RESIDENCE FLOOD DAMAGE ASSESSMENT and supporting documentation | | FALSE |
| PX-1782 | MRGO-001677 | - | 2008/4/28 | John W. Crawford, P.E. | NORMAN ROBINSON RESIDENCE FLOOD DAMAGE ASSESSMENT and supporting documentation | | FALSE |
| PX-1783 | MRGO-001678 | - | 2008/4/28 | John W. Crawford, P.E. | KENT LATTIMORE RESIDENCE FLOOD DAMAGE ASSESSMENT and supporting documentation | | FALSE |
| PX-1784 | MRGO-001679 | - | 2008/4/28 | John W. Crawford, P.E. | LATTIMORE AND ASSOCIATES BUILDING FLOOD DAMAGE ASSESSMENT and supporting documentation | | FALSE |
| PX-1785 | MRGO-001680 | - | 2008/7/11 | Robert Glenn Bea, Ph.D., P.E. | Technical Report No. VI.: Case Study of the SELA Dwyer Road Drainage Pumping Station Improvements, Discharge Tubes and Canal and supporting documentation | | FALSE |
| PX-1786 | MRGO-001681 | - | 2008/7/11 | Robert Glenn Bea, Ph.D., P.E. | Technical Report No. V.: TECHNICAL GUIDANCE AVAILABLE FOR DESIGN, CONSTRUCTION, AND MAINTENANCE OF THE MR-GO AND LPV and supporting documentation | | FALSE |

Plaintiff's Exhibit List-Exhibits Not Received

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1787 | MRGO-001682 | - | 2008/7/11 | Robert Glenn Bea, Ph.D., P.E. | Technical Report No. IV.: Review of USACE Excavation and Backfill Guidelines and Practices Near Flood Control Structures and supporting documentation | | FALSE |
| PX-1788 | MRGO-001683 | - | 2008/7/11 | Robert Glenn Bea, Ph.D., P.E. | Technical Report No. III.: Analyses of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina and supporting documentation | | FALSE |
| PX-1789 | MRGO-001684 | - | 2008/7/11 | Robert Glenn Bea, Ph.D., P.E. | Technical Report No. II.: Analyses of Breaching at the MR-GO Bayou Dupre & Bayou Bienvenue Navigation Structures During Hurricane Katrina and supporting documentation | | FALSE |
| PX-1790 | MRGO-001685 | - | 2008/7/11 | Robert Glenn Bea, Ph.D., P.E. | Technical Report No. I.: Analyses of Breaching of MR-GO Reach 2 EBSBs During Hurricane Katrina & The 'Neutral' MR-GO Hurricane Katrina Conditions and supporting documentation | | FALSE |
| PX-1791 | MRGO-001686 | - | 2008/7/15 | Robert Glenn Bea, Ph.D., P.E. | Declaration No. III.: ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE MISSISSIPPI RIVER – GULF OUTLET (MR-GO) DURING 'NEUTRAL' MR-GO HURRICANE KATRINA CONDITIONS and supporting documentation | | FALSE |
| PX-1792 | MRGO-001687 | - | 2008/7/15 | Robert Glenn Bea, Ph.D., P.E. | Declaration No. II.: ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE INNER HARBOR NAVIGATION CANAL AT THE LOWER 9TH WARD DURING HURRICANE KATRINA and supporting documentation | | FALSE |
| PX-1793 | MRGO-001688 | - | 2008/7/15 | Robert Glenn Bea, Ph.D., P.E. | Declaration No. I.: ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE REACH 2 OF THE MISSISSIPPI RIVER-GULF OUTLET (MR-GO) DURING HURRICANE KATRINA and supporting documentation | | FALSE |
| PX-1794 | MRGO-001689 | - | 2008/7/15 | Robert Glenn Bea, Ph.D., P.E. | Expert Report of Robert Glenn Bea, Ph.D., P.E. (Summary) and supporting documentation | | FALSE |
| PX-1795 | MRGO-001690 | - | 2007/9/17 | JOHANNES VRIJLING | DECLARATION OF JOHANNES VRIJLING and supporting documentation | | FALSE |
| PX-1796 | MRGO-001691 | - | 2007/9/17 | ARTHUR R. THEIS | DECLARATION OF ARTHUR R. THEIS and supporting documentation | | FALSE |
| PX-1797 | MRGO-001692 | - | 2007/9/15 | P. SHEA PENLAND, PhD | EXPERT REPORT Of P. SHEA PENLAND, PhD and supporting documentation | | FALSE |
| PX-1798 | MRGO-001693 | - | 2007/9/16 | Chad Morris | Survey and Spatial Data In the Vicinity of the Mississippi River Gulf Outlet (MR-GO) and supporting documentation | | FALSE |

Plaintiff's Exhibit List-Exhibits Not Received

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1799 | MRGO-001694 | - | 2007/9/16 | Paul Kemp | DECLARATION OF DR. G. PAUL KEMP and supporting documentation | | FALSE |
| PX-1800 | MRGO-001695 | - | 2007/9/17 | Robert Bea, PhD, PE | DECLARATION OF DR. ROBERT GLENN BEA and supporting documentation | | FALSE |
| PX-1801 | MRGO-001696 | - | 2007/9/15 | John W. Day, Jr. and Gary P. Shaffer | Effects of the Mississippi River-Gulf Outlet on Coastal Wetlands in Southeastern Louisiana and supporting documentation | | FALSE |
| PX-1802 | MRGO-001697 | - | 2007/9/17 | Jesse L. Arnold P.E. | DECLARATION OF JESSE L. ARNOLD, P.E. 702( c ) Immunity Expert Report and supporting documentation | | FALSE |
| PX-1803 | MRGO-001698 | - | 2007/7/28 | Paul Kemp | DATA SUPPLIED TO DELFT TEAM MODELING INTERNAL FLOODING OF GREATER NEW ORLEANS DURING HURRICANE KATRINA and supporting documentation | | FALSE |
| PX-1804 | MRGO-001699 | - | 2007/7/30 | Vrijling, J; M. Kok, M. Aalberts, B. Maaskant and L. de Wit | Polder Flood Simulations for Greater New Orleans Hurricane Katrina August 2005 and supporting documentation | | FALSE |
| PX-1805 | MRGO-001700 | - | 2007/7/30 | Chad Morris | Survey of Spatial Data Inputs for Flood Water Modeling of Hurricane Katrina's Affects on Greater New Orleans and supporting documentation | | FALSE |
| PX-1806 | PX 1806 | - | 2006/0/0 | N. Odenwald and J. Turner | Identification, Selection, and Use of Southern Plants for Landscape Design (4th Edition) | | FALSE |
| PX-1807 | PX 1807 | - | 0/0/0 | New Orleans Public Library/USACE | MRGO-PHOTOS-0000001-266 | | FALSE |
| PX-1808 | PX 1808 | - | 2005/8/0 | Fanien Guerra | Fabien Guerra Hurricane Footage (Video) | | FALSE |
| PX-1810 | PX 1810 | - | 0/0/0 | IPET | Boundaries of New Orleans East Poulder from USACE IPET.mdb - ESRI shapefile | | FALSE |
| PX-1811 | PX 1811 | - | 0/0/0 | IPET | Boundaries of New Orleans Poulder from USACE IPET.mdb - ESRI shapefile | | FALSE |
| PX-1812 | PX 1812 | - | 0/0/0 | IPET | Boundaries of St. Bernard Poulder from USACE IPET.mdb - ESRI shapefile | | FALSE |
| PX-1813 | PX 1813 | - | 0/0/0 | IPET | Points of maximum elevations along HPL from USACE IPET - ESRI shapefile | | FALSE |
| PX-1814 | PX 1814 | - | 0/0/0 | IPET | Locations of breaches identified by USACE from USACE IPET - ESRI shapefile | | FALSE |
| PX-1815 | PX 1815 | - | 0/0/0 | IPET | USACE hydrographic survey base maps from USACE IPET - Microstation DGN | | FALSE |
| PX-1816 | PX 1816 | - | 0/0/0 | IPET | Location of pumping stations from USACE IPET - ESRI shapefile | | FALSE |
| PX-1817 | PX 1817 | - | 0/0/0 | IPET | Location of USACE levees from USACE IPET - ESRI shapefile | | FALSE |
| PX-1818 | PX 1818 | - | 0/0/0 | USACE | Mile markers along MRGO from derived from USACE hydro survey base maps - ESRI shapefile | | FALSE |
| PX-1819 | PX 1819 | - | 0/0/0 | USACE | Channel stations along MRGO from derived from USACE hydro survey base maps - ESRI shapefile | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1820 | PX 1820 | - | 0/0/0 | USACE | MRGO top of channel design alignment from derived from USACE hydro survey base maps - ESRI shapefile | | FALSE |
| PX-1821 | PX 1821 | - | 0/0/0 | USACE | MRGO design channel alignment from derived from USACE hydro survey base maps - ESRI shapefile | | FALSE |
| PX-1822 | PX 1822 | - | 2009/0/0 | John Day & Gary Shaffer | Locations of photos referenced in Day-Shaffer 2009 supplemental report from Day-Shaffer 2009 supplemental report - ESRI shapefile | | FALSE |
| PX-1823 | PX 1823 | - | 0/0/0 | | Location of levee breaches identified by Plantiff from delineated from LIDAR and GE imagery - ESRI shapefile | | FALSE |
| PX-1824 | PX 1824 | - | 2006/12/18 | Team Louisiana | Location of levee breaches identified in Team LA Report from Team LA Report - ESRI shapefile | | FALSE |
| PX-1825 | PX 1825 | - | 2005/10/0 | | Shoreline of MRGO digitized from Oct-Nov 2005 aerial photos from delineated from 2005 DOQQs - ESRI shapefile | | FALSE |
| PX-1826 | PX 1826 | - | 2008/0/0 | Fitzgerald | Habitat map for the 1950s from Figure 4.2 FitzGerald Report July 2008 - ESRI Grid | | FALSE |
| PX-1827 | PX 1827 | - | 2008/0/0 | Fitzgerald | Habitat map for the 1960s from Figure 4.3 FitzGerald Report July 2008 - ESRI Grid | | FALSE |
| PX-1828 | PX 1828 | - | 2008/0/0 | Fitzgerald | Habitat map for the 2000s from Figure 4.4 FitzGerald Report July 2008 - ESRI Grid | | FALSE |
| PX-1829 | PX 1829 | - | 2008/0/0 | Fitzgerald | Landloss map for 1932-1958 from Figure 5.1 FizGerald Report July 2008 - TIF image | | FALSE |
| PX-1830 | PX 1830 | - | 2008/0/0 | Fitzgerald | Landloss map for 1958-1974 from Figure 5.2 FizGerald Report July 2008 - TIF image | | FALSE |
| PX-1831 | PX 1831 | - | 2008/0/0 | Fitzgerald | Landloss map for 1974-2001 from Figure 5.3 FizGerald Report July 2008 - TIF image | | FALSE |
| PX-1832 | PX 1832 | - | 2008/0/0 | Fitzgerald | Landloss map for 1958-2001 from Figure 5.4 FizGerald Report July 2008 - TIF image | | FALSE |
| PX-1833 | PX 1833 | - | 1932/0/0 | | Delineation of scattered and dense trees in Central Wetlands from 1932 US Coast and Geodetice Survey T-Sheet (T-5306) - ESRI Grid | | FALSE |
| PX-1834 | PX 1834 | - | 1932/0/0 | | mosaic of 1932 US Coast and Geodetice Survey T-Sheets from T-5306, T-5307, T-5308, T-5309, T-5314, T-5315, T-5316, T-5317, T-5318 - IMG image | | FALSE |
| PX-1835 | PX 1835 | - | 2006/0/0 | Britsch and Dunbar | 1958 land-water map from USACE "Landloss in Coastal Louisiana 1932 to 2001" Maps 4, 5, 6, and 7, Britsch and Dunbar 2006 - ESRI Grid | | FALSE |
| PX-1836 | PX 1836 | - | 1952/0/0 | USACE | mosaic of 1952 aerial photography from USACE - IMG image | | FALSE |
| PX-1837 | PX 1837 | - | 1958/0/0 | P2E Energy Solutions (Tobin) | mosaic of 1958 aerial photography from P2E Energy Solutions (Tobin) - TIF image | | FALSE |
| PX-1838 | PX 1838 | - | 1958/11/22 | USACE | various mosaics of aerial photography dated 11/22/58, 12/15/58, 03/07/59, & 10/25/59 from USACE - IMG image | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1839 | PX 1839 | - | 1961/0/0 | USACE | mosaic of 1961 aerial photography from USACE - IMG image | | FALSE |
| PX-1840 | PX 1840 | - | 1961/0/0 | USACE | mosaic of 1961 aerial photography from USACE - IMG image | | FALSE |
| PX-1841 | PX 1841 | - | 1965/0/0 | P2E Energy Solutions (Tobin) | mosaic of 1965 aerial photography from P2E Energy Solutions (Tobin) - TIF image | | FALSE |
| PX-1842 | PX 1842 | - | 1965/0/0 | USACE | mosaic of 1965 aerial photography from USACE - IMG image | | FALSE |
| PX-1843 | PX 1843 | - | 1969/10/18 | USACE | mosaic of aerial photography dated 10/18/69, 10/22/69, & 10/01/72 from USACE - TIF image | | FALSE |
| PX-1844 | PX 1844 | - | 1976/0/0 | USACE | mosaic of 1976 aerial photography from USACE - IMG image | | FALSE |
| PX-1845 | PX 1845 | - | 1985/0/0 | USGS | mosaic of 1985 aerial photography from USGS - IMG image | | FALSE |
| PX-1846 | PX 1846 | - | 1998/1/0 | USGS | mosaic of 1998 Digital Ortho Quarter Quadrangle images dated Jan-Mar 1998 from USGS - IMG image | | FALSE |
| PX-1847 | PX 1847 | - | 2004/0/0 | USGS | 2004 Digital Ortho Quarter Quadrangle images dated Jan-Mar 2004 from USGS - SID image | | FALSE |
| PX-1848 | PX 1848 | - | 2005/0/0 | USGS | mosaic of 2005 pre-Katrina aerial photography from USDA NAIP - SID image | | FALSE |
| PX-1849 | PX 1849 | - | 2005/0/0 | USGS | 2005 Digital Ortho Quarter Quadrangle images dated Oct-Nov 2005 from USGS - SID image | | FALSE |
| PX-1850 | PX 1850 | - | 0/0/0 | IPET | 2005 GE Imagery from GE-Hardin via IPET - TIF image | | FALSE |
| PX-1851 | PX 1851 | - | 0/0/0 | IPET | pre-storm Lidar of the levees, 1-ft resolution (adjusted) from IPET - IMG image | | FALSE |
| PX-1852 | PX 1852 | - | 0/0/0 | IPET | pre-storm Lidar, 15-ft resolution (adjusted) from IPET - IMG image | | FALSE |
| PX-1853 | PX 1853 | - | 0/0/0 | IPET | post-storm Lidar of the levees, 2-ft resolution (adjusted) from IPET - IMG image | | FALSE |
| PX-1854 | PX 1854 | - | 0/0/0 | IPET | post-storm lidar, 3-ft resolution (adjusted) from IPET - IMG image | | FALSE |
| PX-1855 | PX 1855 | - | 0/0/0 | IPET | post-storm bathymetry of IHNC (adjusted) from IPET - IMG image | | FALSE |
| PX-1856 | PX 1856 | - | 2005/0/0 | Chad Morris | survey points in Chalmette performed post Katrina 2005 from Chad Morris - AutoCAD DWG | | FALSE |
| PX-1857 | PX 1857 | - | 2008/2/14 | Chad Morris | bathymetric survey points for MRGO and IHNC performed 2008-02-14 from Chad Morris/Es² - ESRI shapefile | | FALSE |
| PX-1858 | PX 1858 | - | 0/0/0 | Robert "Bob" Bea | location of Bea cross section A-A' from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1859 | PX 1859 | - | 0/0/0 | Robert "Bob" Bea | location of different breach types along MRGO levee reach 2 from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1860 | PX 1860 | - | 0/0/0 | Robert "Bob" Bea | location of analysis site 1 (end points) from Bea/Rune - ESRI shapefile | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1861 | PX 1861 | - | 0/0/0 | Robert "Bob" Bea | location of analysis site 2 (end points) from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1862 | PX 1862 | - | 0/0/0 | Robert "Bob" Bea | location of levee overtopping or waves along MRGO reach 2 from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1863 | PX 1863 | - | 0/0/0 | Robert "Bob" Bea | location of sheetpile on levee along MRGO reach 2 from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1864 | PX 1864 | - | 0/0/0 | Robert "Bob" Bea | location of analysis site 1 from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1865 | PX 1865 | - | 0/0/0 | Robert "Bob" Bea | location of analysis site 2 from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1866 | PX 1866 | - | 0/0/0 | Robert "Bob" Bea | location of wave erosion on levee along MRGO reach 2 from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1867 | PX 1867 | - | 0/0/0 | Robert "Bob" Bea | location of barges inside the levee post Katrina along MRGO reach 2 from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1868 | PX 1868 | - | 0/0/0 | Robert "Bob" Bea | locations of various soil borings from Bea/Rune - ESRI shapefile | | FALSE |
| PX-1869 | PX 1869 | - | 1890/0/0 | USGS | USGS 15' topographic map mosaic dated 1890s from USGS - TIF image | | FALSE |
| PX-1870 | PX 1870 | - | 1940/0/0 | USGS/ USACE | USGS and USACE 7.5' and 15' topographic maps dated 1940s-1950s from USGS/USACE - TIF image | | FALSE |
| PX-1871 | PX 1871 | - | 1960/0/0 | USGS | USGS 15' topographic maps dated 1960s from USGS - TIF image | | FALSE |
| PX-1872 | PX 1872 | - | 1965/0/0 | NOAA | NOAA nautical charts mosaic dates 1965-1967 from NOAA - TIF image | | FALSE |
| PX-1873 | PX 1873 | - | 1990/0/0 | USGS | USGS 7.5' topographic maps dated 1990s-2000s from USGS - TIF image | | FALSE |
| PX-1874 | PX 1874 | - | 1885/0/0 | UNO | Shoreline of Breton Island from 1885-2005 from UNO PIES - ESRI shapefile | | FALSE |
| PX-1875 | PX 1875 | - | 0/0/0 | NOAA | Historical Atlantic Hurricane tracks from NOAA - ESRI shapefile | | FALSE |
| PX-1876 | PX 1876 | - | 0/0/0 | UNO | LCA Coast 2050 Units from UNO PIES - ESRI shapefile | | FALSE |
| PX-1877 | PX 1877 | - | 0/0/0 | IPET | Data files produced on IPET Hard Drive Production | | FALSE |
| PX-1896 | PX 1896 | WHQ-001-000004446 - WHQ-001-000004453 | 1966/1/28 | Thomas Bowen, Colonel, CE, DE | Plan of Survey for St. Bernard Parish, LA (revised 21 Feb 1966) | -need to pull doc from Corps disk | FALSE |
| PX-1897 | PX 1897 | WHQ-001-000002206 - | 1966/6/30 | USACE | Lake Pontchartrain, Condition of Improvement, 30 June 1966 | -need to pull doc from Corps disk | FALSE |
| PX-1898 | PX 1898 | WHQ-001-000003598 - WHQ-001-000003602 | 1967/1/31 | USACE | Narrative Status Reports, Small Navigation Projects, Sec. 107, P.L. 86-645 (Investigation and Preconstruction Planning) | -need to pull doc from Corps disk | FALSE |

Plaintiff's Exhibit List-Exhibits Not Received

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1899 | PX 1899 | WHQ-001-000003585 - WHQ-001-000003587 | 1967/4/14 | Emero Stiegman, Asst Secretary of the Board of Commissioners of the Port of New Orleans | CERTIFICATION (of an extract from the minutes of the Board adopted at a regular meeting in the City of New Orleans, LA on April 14, 1967) | -need to pull doc from Corps disk | FALSE |
| PX-1900 | PX 1900 | WHQ-001-000003596 - WHQ-001-000003597 | 1967/9/25 | NOD | Memo re: Survey of Deepwater Harbor Program | -need to pull doc from Corps disk | FALSE |
| PX-1901 | PX 1901 | WHQ-001-000003375 - WHQ-001-000003405 | 1967/12/18 | US Army Engineer District, NOD | Review of Reports, Gulf Intracoastal Waterway East of the MR-GO and the Michoud Canal, LA; Serial No. 21 | -need to pull doc from Corps disk | FALSE |
| PX-1902 | PX 1902 | WHQ-001-000003414 - WHQ-001-000003416 | 1968/4/4 | Joseph V. Ferguson, Cobb & Wright Attorneys at Law | Letter Re: Michoud Canal | -need to pull doc from Corps disk | FALSE |
| PX-1903 | PX 1903 | WHQ-001-000003417 - | 1968/4/24 | USACE | Memo to Files re: Michoud Canal | -need to pull doc from Corps disk | FALSE |
| PX-1904 | PX 1904 | WHQ-001-000004429 - WHQ-001-000004440 | 1966/11/23 | Various federal agencies | Review of Reports on St. Bernard Parish, LA, Appendix C, Comments of Other Federal Agencies (used date from 1st letter) | -need to pull doc from Corps disk | FALSE |
| PX-1905 | PX 1905 | WHQ-001-000004245 - WHQ-001-000004247 | 1969/11/12 | Groves, Dep Dir, CW | Memo re: Potential Presidential Message on Flood Disaster Relief Programs | -need to pull doc from Corps disk | FALSE |
| PX-1906 | PX 1906 | WHQ-001-000004290 - WHQ-001-000004293 | 1970/0/0 | Center for Military History, US Army, Washington, D.C. | (DAHS 90) Dept of the Army Historical Summary, Fiscal Year 1970; Chapter 10: Civil Works and Military Engineering | -need to pull doc from Corps disk | FALSE |
| PX-1907 | PX 1907 | WHQ-001-000004248 - WHQ-001-000004255 | 1970/4/16 | Major General Francis Koisch | Remarks by: Major General Francis P. Koisch, Director of Civil Works, USACE, Hurricane Foresight Conference, New Orleans, LA | -need to pull doc from Corps disk | FALSE |
| PX-1908 | PX 1908 | WHQ-001-000000561 - WHQ-001-000000562 | 1970/8/3 | USACE | Memo for File Re; LPV, Orleans Parish Lakefront Levee West of IHNC-Outfall Canals | -need to pull doc from Corps disk | FALSE |
| PX-1909 | PX 1909 | WHQ-001-000003739 - WHQ-001-000003740 | 1972/6/7 | Wallace | Letter re: comments on draft EIS for LPV HPP | -need to pull doc from Corps disk | FALSE |
| PX-1910 | PX 1910 | WHQ-001-000004259 - WHQ-001-000004266 | 1972/7/0 | NOD Public Affairs Office | LPV Hurricane Protection (Cover pg shows Hurricane Betsy flooding in Orleans and St Bernard Parish) | -need to pull doc from Corps disk | FALSE |
| PX-1911 | PX 1911 | - | 0/0/0 | Don McCroskey | ENTERGY Michoud - Katrina Video (McCroskey Deposition Exhibit) | | FALSE |
| PX-1911 | | WHQ-001-000004648 - WHQ-001-000004705 | 1973/10/1 | Charles Pearre | LPV, Chalmette Area Plan, Bayou Bienvenue Control Structure, Periodic Inspection Report No. 1 (revised Sep 1974) | -need to pull doc from Corps disk | FALSE |
| PX-1912 | PX 1912 | - | 0/0/0 | Don McCroskey | Pictures of Katrina flooding at Entergy (McCroskey Deposition Exhibit 5) | | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| PX-1912 | | WHQ-001-000002979 - WHQ-001-000002980 | 1974/2/1 | John McNamara, Chief Engineer, The Board of Levee Commissioners of the Orleans Levee District | Letter re: Levee-South Side M.R.G.O. | -need to pull doc from Corps disk | FALSE |
| PX-1913 | PX 1913 | WHQ-001-000000385 - WHQ-001-000000388 | 1974/2/3 | Edward Scogin, State Representative, House District 76 of LA | Letter re: LPVHPP & Slidell | -need to pull doc from Corps disk | FALSE |
| PX-1914 | PX 1914 | WHQ-001-00000454 - | 1976/4/16 | Early Rush, Colonel, CE, DE | Letter re: LPV HPP & local cooperation | -need to pull doc from Corps disk | FALSE |
| PX-1915 | PX 1915 | WHQ-001-000000839 - WHQ-001-000000840 | 1976/5/19 | L.A. Hubert, LTC, CE, Acting DE | Letter re: LPV HPP & environmental damage | -need to pull doc from Corps disk | FALSE |
| PX-1916 | PX 1916 | WHQ-001-000000838 - | 0/0/0 | Congress | AN ACT (to auhtorize the acquisition by the Secretary of the Army, acting through the Chief of Engineers, of flood hazard wetlands areas in Orleans Parish) | -need to pull doc from Corps disk | FALSE |
| PX-1917 | PX 1917 | WHQ-001-000002754 - WHQ-001-000002755 | 1976/6/9 | Frederic Chatry, Chief, Engineering Division | Letter re: concern about plans for construction of Citrus Lakefront Levee | -need to pull doc from Corps disk | FALSE |
| PX-1918 | PX 1918 | WHQ-001-000002253 - | 1976/7/8 | Roy, C/ Plng Div | Memo re: LPV-New Orleans East | -need to pull doc from Corps disk | FALSE |
| PX-1919 | PX 1919 | WHQ-001-000000817 - WHQ-001-000000821 | 1976/9/13 | Early Rush, Colonel, CE, DE | letter re: LPV HPP | -need to pull doc from Corps disk | FALSE |
| PX-1920 | PX 1920 | WHQ-001-000000791 - | 1977/2/25 | Frederic Chatry, Chief, Engineering Division | letter re: copy of DM entitled LPV, Lake Pontchartrain Barrier Plan, DM No 2-General Design, Supp. No. 3, Chef Menteur Pass Complex | -need to pull doc from Corps disk | FALSE |
| PX-1921 | PX 1921 | WHQ-001-000000786 - WHQ-001-000000788 | 0/0/0 | WES | excerpt from speech re: hurricane protection | -need to pull doc from Corps disk | FALSE |
| PX-1922 | PX 1922 | WHQ-001-000000928 - | 1977/3/18 | Tom purdy, Chamber of Commerce of the New Orleans Area | letter in response to letter dated Feb17 asking for dates on LPVHPP | -need to pull doc from Corps disk | FALSE |
| PX-1923 | PX 1923 | WHQ-001-000000935 - WHQ-001-000000936 | 1977/3/24 | | letter re: hurricane protection (discusses current at Seabrook Bridge just inside the mouth of the Industrial Canal | -need to pull doc from Corps disk | FALSE |
| PX-1924 | PX 1924 | WHQ-001-000000923 - WHQ-001-000000924 | 1977/3/29 | Frederic Chatry, Chief, Engineering Division | Letter re: response to 11 Feb 1977 & 25 Feb 1977 letters concering LPV HPP | -need to pull doc from Corps disk | FALSE |
| PX-1925 | PX 1925 | WHQ-001-000000748 - | 1977/6/15 | Edgar Poe, Times-Picayune Washington Correspondent | Waterways OK'd | -need to pull doc from Corps disk | FALSE |

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| **PX-1926** | PX 1926 | WHQ-001-000000765 - WHQ-001-000000767 | 0/0/0 | Chester Peyronnin, Professor, Tulane University, Dept of Mechanical Engineering | Letter re: New Orleans Hurricane Protection (Barrier Plan) | -need to pull doc from Corps disk | FALSE |
| **PX-1927** | PX 1927 | WHQ-001-000000802 - WHQ-001-000000803 | 1979/1/10 | Thomas Sands, Colonel, CE, DE | Letter re: LPV HPP Alternative Plans Study | -need to pull doc from Corps disk | FALSE |
| **PX-1928** | PX 1928 | WHQ-001-000002202 - WHQ-001-000002206 | 1978/5/0 | Rush (concur) | Position Paper re: Jefferson Parish lakefront pumping stations/ Lake Pontchartrain Hurricane Protection project | -need to pull doc from Corps disk | FALSE |
| **PX-1929** | PX 1929 | WHQ-001-000002194 - WHQ-001-000002196 | 1979/6/13 | D. Vann Stutts & Ernest Barton | Memo to File re: LPV HPP-Jefferson Parish Pumping Stations | -need to pull doc from Corps disk | FALSE |
| **PX-1930** | PX 1930 | WHQ-001-000000527 - | 1980/6/16 | Harrington, C/ Design Memo Br | Memo re: Orleans Parish Outfall Canals, Alternative Plans Study | -need to pull doc from Corps disk | FALSE |
| **PX-1931** | PX 1931 | MVD-001-000000419 - ?? | 1986/12/16 | Chief Joe B.Graham, Jr. Real Estate Division | Cmt 2 to LMVPD (Mr.Walton), Lake Pontchartrain and Vicinity Hurricane Protection Project | | FALSE |
| **PX-1932** | PX 1932 | MVD-003-000000556 - MVD-003-000000568 | 1987/8/0 | Wilfred Kucera, Fish and Wildlife Biologist, USFES | Planning Aid Report on MRGO St. Bernard Parish, Louisiana (Bank Erosion) Reconnaissance Study | | FALSE |
| **PX-1933** | PX 1933 | AIN-173-000000185 - ?? | 1990/6/26 | | Land Loss and Marsh Creation; Illustration A-2.1; New Start Preconstruction Engineering and Design; Louisiana Coastal Area, Land Loss and Marsh Creation, St. Bernard, Plaquemine and Jefferson Parishes | | FALSE |
| **PX-1934** | PX 1934 | AIN-108-000001593 - AIN-108-000001597 | 1983/1/24 | Chief Cecil Soileau, Hydraulics and Hydrologic Branch | Cmt 2 to C/ Proj Mgmt Br, MRGO-Erosion Protection at Bayou Yscloskey | | FALSE |
| **PX-1935** | PX 1935 | NED-192-000000435 - ?? | 1983/1/28 | | LMNED-HC, Subject: Foreshore Protection Test Sections MRGO South Bank Sta 475 to 501 | | FALSE |
| **PX-1936** | PX 1936 | NED-192-000000432 - NED-192-000000437 | 1993/1/28 | Larry DeMent | Memo to File, Subject: Foreshore Protection Test Sections MRGO South Bank Sta 475 to 501 | | FALSE |
| **PX-1937** | PX 1937 | NED-167-000001598 - NED-167-000001600 | 1992/12/9 | Chief Cecil Soileau, Hydraulics & Hydrology Branch | 1st End for CELMN-ED-H, MRGO, St. Bernard Parish, (Bank Erosion) Revised Recon Study | | FALSE |
| **PX-2018** | PX 2018 | NED-007-000001752 - NED-007-000001753 | 1960/0/0 | USACE | CROSS SECTIONS FROM EARLY 1960'S STATIONS 0 TO OVER 2000 | MISSING IMAGES: ENCORE PRODUCTION BLANK PAGES | TRUE |
| **PX-2020** | | - | 2008/9/12 | Plaintiff's Counsel | Exhibit C to Notice of Intent to Introduce Summary Evidence; Legend | | FALSE |

19

**Plaintiff's Exhibit List-Exhibits Not Received**

| PX Number | Image File | Bates Range | Date | Author | Subject | Notes | Image |
|---|---|---|---|---|---|---|---|
| **PX-2088** | PX 2088 | - | 1962/0/0 | | 1962 Hyrdrological Studies | NEED IMAGE FORM ANDY | FALSE |
| **PX-2089** | PX 2089 | - | 1966/0/0 | | 1966 Hyrdrological Studies | NEED IMAGE FORM ANDY | FALSE |
| **PX-2090** | PX 2090 | - | 2009/2/19 | Reed Mosher | Deposition Transcript of Reed Mosher, Robinson | | FALSE |
| **PX-2091** | PX 2091 | - | 1994/0/0 | Swenson, E.M | Hurricane Andrew: the Inundation of the Louisiana Coastal Marshes, Report Submitted to the Louisiana Department of Natural Resources, Baton Rouge, Louisiana, DNR Contract No. 256081-95-02 | Need Image from Andy | FALSE |
| **PX-2094** | PX 2094 | - | 2009/4/1 | Chad Morris | MRGO Reach 2 Midpoint Timeline | | FALSE |
| **PX-2095** | PX 2095 | - | 2009/3/30 | Chad Morris | MRGO Significant Events Timeline | | FALSE |
| **PX-2111** | PX 2111 | - | 0/0/0 | | Certified copy of National Hurricane Center Advisory data relating to Hurricane Katrina | | FALSE |