## McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Monday, April 06, 2009 7:25 PM |
| **To:** | 'Rob Warren' |
| **Cc:** | Smith, Robin (CIV); 'joe@brunobrunolaw.com' |
| **Subject:** | Pls Exhibit List |

**Tracking:**

| Recipient | Read |
|---|---|
| 'Rob Warren' | |
| Smith, Robin (CIV) | Read: 4/6/2009 7:26 PM |
| 'joe@brunobrunolaw.com' | |
| Levine, Paul (CIV) | Read: 4/6/2009 7:27 PM |
| Hinds, Antoinette (CIV) | |
| Marvray, Charles (CIV) | |
| Carter, George (CIV) | |
| Jones, Marjorie Kaye (CIV) | Read: 4/7/2009 8:01 AM |
| Henry, Camille (CIV) | Read: 4/6/2009 7:41 PM |
| Vide, Cynthia (CIV) | |
| McAuliffe, John (CIV) | Read: 4/7/2009 8:25 AM |
| Floyd, Maria (CIV) | Read: 4/6/2009 7:24 PM |
| Pirich, Andrew (CIV) | Read: 4/6/2009 8:03 PM |
| Stanko, James (CIV) | Read: 4/6/2009 10:06 PM |
| Walmsley, Tammy (CIV) | Read: 4/7/2009 7:45 AM |
| Lahue, Milagros (CIV) | Read: 4/6/2009 7:27 PM |

Rob,

I am not able to verify all of the docs on the Plaintiffs' Exhibit List because I do not have Bates ranges for all of them.  I also noted that many of the docs with Bates ranges listed are not the entire document for which you are citing.  When do you think you will be able to provide me with the Bates ranges for all of your docs?  Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)