UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION NO. 05-4182
       CONSOLIDATED LITIGATION

                                      JUDGE: STANWOOD R. DUVAL, JR.

                                      MAG.: JOSEPH C. WILKINSON, JR.

PERTAINS TO:   INSRURANCE
               WELCH, 07-2184`         SECTION: "K-2"

## RULE 41(a)(1)(A)(i) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, come Plaintiff, BESSIE WELCH, who wishes to dismiss the action with prejudice pursuant to Rule 41(a)(1)(A)(i) which provides a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Defendant, STATE FARM FIRE AND CASUALTY COMPANY, has not filed an answer or a motion for summary judgment into the record.  Thus, Plaintiff prays that this Honorable Court will grant the Rule 41(a)(1)(A)(i) with prejudice and issue an Order dismissing this case, with prejudice.

**RESPECTFULLY SUBMITTED:**

By:   */s/ Jim S. Hall*
      Jim S. Hall
      Louisiana Bar No. 21644
      Joseph W. Rausch
      Louisiana Bar No. 11394
      Jim S. Hall & Associates, LLC
      800 N. Causeway Blvd.
      Suite 100
      Metairie, Louisiana 70001
      Telephone: (504)832-3000
      Counsel for Plaintiff, Bessie Welch

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this _9th_ day of April, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

    Gerald J. Nielsen
    Kim Tran Britt
    Nielsen Law Firm, LLC
    3838 N. Causeway Blvd.
    Suite 2850
    Metairie, Louisiana 70002
    Counsel for Defendant,
    State Farm Fire and Casualty Company

      I further certify that I mailed the foregoing document via facsimile and first-class mail to the following non-CM/ECF participants:

    N/A

                                                  */s/ Jim S. Hall*
                                                  Jim S. Hall