UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE: STANWOOD R. DUVAL, JR. |
| | MAG.: JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:   INSRURANCE  WELCH, 07-2184` | SECTION: "K-2" |

**O R D E R**

Considering the foregoing Rule 41(a)(1)(A)(i) Stipulation of Voluntary Dismissal With Prejudice,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA this _____ day of April, 2009

_____
**UNITED STATES DISTRICT JUDGE**