UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | MAGISTRATE WILKINSON |
| (Heintz, No. 06-03999) | * | |
| | * | |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the claims of plaintiff, Carol Ann Heintz, against defendant, The Standard Fire Insurance Company, asserted in Docket No. 06-3999, be and the same are hereby dismissed, with prejudice, with each party to bear its own costs.

Thus done and signed at New Orleans, Louisiana this __9th__ day of __April__, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

1