**AMENDED MINUTE ENTRY**
**DUVAL, J.**
**April 6, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                    **CIVIL ACTION**
**CONSOLIDATED LITIGATION**
                                                     **NO. 05-4182**

                                                     **SECTION "K"(2)**

**PERTAINS TO: MRGO,** *Robinson* **C.A. No. 06-2268**

Attending a telephonic status conference concerning an issue that has arisen with respect to deposition cuts were:

Joseph Bruno for plaintiffs and

Robin Smith for defendants.

As stated in the Pretrial Conference Minute Entry (Doc. 18433), the parties have had difficulty making their designations for the deposition testimony that will be offered in lieu of testimony at trial.  As such, they had informed the Court that they would be unable to comply with the requirement that all deposition testimony be submitted as well as briefing on any objections they seek to preserve contained in those depositions by April 3, 2009.  As a result, the Court amended its normal order and allowed for the depositions to begin to be produced on April 13, 2009.

Today, the Court was contacted by counsel and was informed that the parties have not agreed as to the witnesses who are subject to the subpoena power of the Court being offered through deposition testimony as opposed to live testimony.  After a general discussion, it was agreed that the attorneys would continue to negotiate to find a reasonable solution to this problem.  The Court reminded counsel that it would appreciate any action that would help to streamline the prosecution of this case.  It also indicated that in the event that the Government

would require the testimony to be live, the Court would consider increasing the length of the trial accordingly.  In order to bring resolution to this issue,

      **IT IS ORDERED** that a telephonic status conference shall occur on **April 13, 2009 at 10:00 a.m. CST** with counsel for plaintiffs initiating the call to report to the Court as to the final resolution of this matter.

JS:10- ½ hr.

2