# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO STRIKE SUPPLEMENTAL REPORT OF DEFENDANT UNITED STATES' EXPERT DONALD RESIO AND PRECLUDE DERIVATIVE TESTIMONY

    **NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who urge this Court to strike the tardy "supplemental report" of Dr. Donald T. Resio and to preclude any testimony derivative of that report.

    As more fully set forth in the attached Memorandum in Support, the defendant United States produced an unsigned "Supplemental Report on Waves and Overtopping Characteristics along the MRGO," received on March 24, 2009, that relied upon information contained on seven (7) 500 gigabyte hard drives. Plaintiffs cannot ameliorate the prejudice this late production inflicts.

    **WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the

Plaintiffs' Motion to Strike the Supplemental Report of Defendant United States Expert Donald Resio and Preclude Derivative Testimony.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 9th day of April, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno