| | |
|---|---|
| **From:** | Rob Warren |
| **To:** | "Smith, Robin (CIV)"; |
| **Subject:** | Additional Data needs |
| **Date:** | Monday, January 19, 2009 11:16:21 AM |

Robin -

Please provide the information requested below from Ebersole:

1.
    Corps Report dated November 23, 2006 titled "New Orleans East and St. Bernard Parish Levee Performance Report,"
2.
    The dataset of boreholes used by Dally
3.
    Specifically, were there boreholes 98U-CHBD numbers 1-8; 10; 14 and 15 & Were there any boreholes between 13BU-CHBD and 10 CUI

**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

