| **From:** | Rob Warren |
|---|---|
| **To:** | "Smith, Robin (CIV)"; |
| **cc:** | "Baeza, Dan (CIV)"; |
| | "Carter, George (CIV)"; |
| **Subject:** | RE: Expert Data |
| **Date:** | Wednesday, January 21, 2009 10:16:37 AM |

I appreciate it.


## J. Robert Warren, II, A PLC

   504.561.6771 - Direct
   504.561.6775 - Facsimile
   504.723.1011 - Mobile
   rob@jbrunolaw.com
   rob@jrobertwarren.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.


**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, January 21, 2009 10:23 AM
**To:** Rob Warren
**Cc:** Baeza, Dan (CIV); Carter, George (CIV)
**Subject:** FW: Expert Data


**From:** Baeza, Dan (CIV)
**Sent:** Wednesday, January 21, 2009 11:04 AM
**To:** Smith, Robin (CIV)
**Subject:** RE: Expert Data

CACI is looking into it right now. If something is missing, then we'll


EXHIBIT
E

produce it (again).

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Wednesday, January 21, 2009 10:56 AM
**To:** Smith, Robin (CIV)
**Cc:** Baeza, Dan (CIV); Carter, George (CIV); Joe Bruno
**Subject:** RE: Expert Data

Then again, please identify the bates number.  the only .avi file produced on the KC1001 is EA9108F77C3CDD71A21587D099AEAF10. avi .  On the original discs, there was not an avi file included.

Rob


**J. Robert Warren, II, A PLC**
   504.561.6771 - Direct
   504.561.6775 - Facsimile
   504.723.1011 - Mobile
   rob@jbrunolaw.com
   rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Wednesday, January 21, 2009 6:11 AM
**To:** Rob Warren
**Cc:** Baeza, Dan (CIV); Carter, George (CIV); Joe Bruno
**Subject:** RE: Expert Data

That's not what we mean.  It was produced with the expert production.

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Tuesday, January 20, 2009 3:41 PM
**To:** Smith, Robin (CIV)
**Cc:** Baeza, Dan (CIV); Carter, George (CIV); Joe Bruno
**Subject:** RE: Expert Data

Ebersole states that the file S1H6T10_Rollup-LowRes.avi accompanies the report.  However, the only .avi file accompanying any of the expert reports is EA9108F77C3CDD71A21587D099AEAF10.avi (See KC1001).   If you mean that this file was produced in one of many terabytes of production then please indicate which volume and the Bates number of the production or appropriate file name.

Given the extremely short period of time for review and the voluminous amount of materials produced surely this is not an unreasonable request.

Rob

**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]

**Sent:** Tuesday, January 20, 2009 1:02 PM
**To:** Rob Warren
**Cc:** Baeza, Dan (CIV); Carter, George (CIV)
**Subject:** FW: Expert Data

Rob, I am reliably informed that the video has been produced.

Robin

---

**From:** Baeza, Dan (CIV)
**Sent:** Tuesday, January 20, 2009 12:41 PM
**To:** Smith, Robin (CIV)
**Subject:** Re: Expert Data

Seriously, they need to actually look at what we produced. The video is included in the production materials. This is getting ridiculous.

---

**From:** Smith, Robin (CIV)
**To:** 'Rob Warren'
**Cc:** Carter, George (CIV); Woodcock, Jack (CIV); Baeza, Dan (CIV); Levine, Paul (CIV); Mitsch, Rupert (CIV); Miller, Kara K. (CIV); Stone, Richard (CIV); Greif, Michele (CIV)
**Sent:** Tue Jan 20 11:23:20 2009
**Subject:** RE: Expert Data

Rob,

If you tell me what you still need and from whom, I'll dun the appropriate persons. You have sent a series of requests and I have forwarded them to the experts and they have responded. If there are some requests outstanding, please send me a master list and we will respond asap. Thanks

Robin

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Monday, January 19, 2009 2:16 PM
**To:** Smith, Robin (CIV)
**Cc:** Joe Bruno
**Subject:** Expert Data

Robin –

On page 47 of Ebersole's report, he references a video file "S1H6T10_Rollup-LowRes.avi" that he indicates should accompany his report.  Please forward this file.

Also, can you please give us a status on all previous requests.  Our experts needs this data as soon as possible.

Rob


**J. Robert Warren, II, A PLC**
   504.561.6771 - Direct
   504.561.6775 - Facsimile
   504.723.1011 - Mobile
   rob@jbrunolaw.com
   rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.