ebersole02041

1

```
 1  U N E D I T E D    R O U G H    D R A F T
 2
 3
 4
 5  Test-bly test test Ebersole deposition.
 6  Checking tracking.  Writing realtime to check
 7  throughput to I-Dep.  Checking I-Dep signal.
 8          MR. LEVINE:
 9              And.
10          MR. LEVINE:
11     Q.   And?
12          MR. MITSCH:
13              And.
14          MR. MITSCH:
15     Q.   Dictionary building here.
16  Mr. Ebersole deposition given February 4th,
17  2009.  Van Heerden.  Also present.
18
19          Present are Rupert Mitsch, Paul
20  Levine, Joe Bruno, Mr. Van Heerden,
21  Ms. Christopher hydraulics hydrology had a
22  David dire.  Test writing for realtime.  Had a
23  Matthew and toy Anna to the appearance list and
24  Jim Roy is on his way.  Had a sandy owe
25  HREUPBD.  Bruce had Ebersole deposition given
```

2

```
 1  February 4, 2009.  PWRU TKPHO plaintiffs
 2  liaison counsel, Jim Roy Mr. Subgroup liaison
```



EXHIBIT 14

ebersole02041

21          He's justing you to peek U that's
22          you a he's doing. Nothing I, just
23          speak louder.  -FR.
24     MR. BRUNO:
25              He said levees watts, how is the

                                                21

1      per many toe off you have.
2  EXAMINATION BY MR. BRUNO:
3      Q.   Is that right?
4      A.   Could I repeat that.
5      Q.   How is the perimeter of this polder
6  responding to those loadings, hydrodynamic
7  loadings.
8      A.   Yes.
9      Q.   The second thing we asked for is a
10 copy of your entire file.  Have you already
11 produced to us?
12     A.   Yes.  As far as I know, they took
13 everything on my hard drive.
14     Q.   Okay.  So the government took
15 everything on your hard drive, but you don't
16 know if they gave it to the plaintiffs.
17     A.   No.
18     Q.   Okay.
19     MR. BRUNO:
20              Rupert, do we know if you give
21          that to us, and if so when and how?
22     MR. MITSCH:
23              My assumption is that we did.  If
24          we didn't, we will.
25     MR. BRUNO:

ebersole02041

22

| | |
|---|---|
| 1 | Well, I just -- can't we just |
| 2 | learn when? Because I have no |
| 3 | earthly -- this wasn't produced with |
| 4 | the expert reports. And if you will |
| 5 | remember, for the record, Robin filed |
| 6 | a pleading which says that he wasn't |
| 7 | producing anything unless we asked for |
| 8 | it. Now I'm asking for it, and you're |
| 9 | telling me you already gave it to me. |
| 10 | So I'm terribly troubled by -- |
| 11 | MR. MITSCH: |
| 12 | I believe we have. I know there |
| 13 | have been various requests along the |
| 14 | way since the production of our expert |
| 15 | reports, requesting further follow-up |
| 16 | information, and to the extent |
| 17 | possible we've always made that |
| 18 | available. My position is that we |
| 19 | have. If there's something that we've |
| 20 | missed inadvertently, surely we'll |
| 21 | produce it. |
| 22 | MR. BRUNO: |
| 23 | All I'm asking you to do is tell |
| 24 | me on what day and how it was |
| 25 | transmitted, because we don't have it. |

23

| | |
|---|---|
| 1 | Was it in the black box, perhaps, of |
| 2 | all the computer files that you gave |

```
                                  ebersole02041
     3           us?
     4           MR. MITSCH:
     5                (Gesturing.)
     6           MR. BRUNO:
     7                You don't know.
     8           MR. MITSCH:
     9                I cannot state that.  I will
    10           endeavor to find out.
    11           MR. BRUNO:
    12                Can we agree for the purposes of
    13           this record that that material wasn't
    14           transmitted with the expert reports on
    15           December the 17th?
    16           MR. MITSCH:
    17                We can't agree to that right now
    18           because I personally don't know that.
    19           I will find that out.
    20           MR. BRUNO:
    21                All right.  Let's try to get that
    22           at the break, will you?  That's really
    23           important.  I need to know what's
    24           going on here because we don't have
    25           it.  And then we have this pleading
                                                24


     1           that Robin sent saying we're not going
     2           to give it to me.  So it's really
     3           problematic.
     4   EXAMINATION BY MR. BRUNO:
     5       Q.  All right.  Can you, Bruce, tell me,
     6   other than correspondence, okay, and E-mails,
     7   I'm not interested in that, what I'm trying to
                              Page 20
```