UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION           * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson    * | | MAG. WILKINSON |
| (No. 06-2268)                                 * | | |

* * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT re:
### MOTION TO STRIKE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who hereby request oral argument in connection with the Plaintiffs' Motion to Strike the Supplemental Report of Defendant United States Expert Donald Resio and Preclude Derivative Testimony. Plaintiffs maintain that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal and factual issues involved.

**WHEREFORE**, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz request that this Court entertain oral argument in this matter.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**
  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 9th day of April, 2009.

                                                           /s/ Joseph M. Bruno

                                                           Joseph M. Bruno