UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | MAG. WILKINSON |
| (No. 06-2268) | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**re: Request for Oral Argument**

  **IT IS ORDERED** that the Request for Oral Argument by Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz be **GRANTED**, and that oral argument on the Plaintiffs' Motion to Strike the Supplemental Report of Defendant United States Expert Donald Resio and Preclude Derivative Testimony be had at the date and time specified on the accompanying Notice, or at a time specified by the Court pursuant to Plaintiffs' Motion for Expedited Hearing Motion.

  New Orleans, LA, this _____ day of _____, 2009.

                    _____

                     JUDGE