# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    * CIVIL ACTION
CONSOLIDATED LITIGATION    *
   * NO. 05-4182
   * and consolidated cases
PERTAINS TO: BARGE    *
   * SECTION "K"  (2)
   *
| | | |
|---|---|---|
| *Boutte v. Lafarge* | **05-5531** | * |
| *Mumford v. Ingram* | **05-5724** | * |
| *Lagarde v. Lafarge* | **06-5342** | * JUDGE |
| *Perry v. Ingram* | **06-6299** | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | **06-7516** | * |
| *Parfait Family v. USA* | **07-3500** | * MAG. |
| *Lafarge v. USA* | **07-5178** | * JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* | **08-4459** | * |
| | | * |

## RE-NOTICE OF DEPOSITION OF MADELINE FAUST

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, is rescheduling the deposition of **Madeline Faust** originally scheduled for Wednesday, April 8, 2009, now be taken on **Friday, April 17th at 1:00 p.m.**, for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend.

Respectfully submitted,


_____/s/ Derek A. Walker_____
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com


John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240


Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715
*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I hereby certify that I have on this 10th day of April, 2009 served a copy of the foregoing

pleading on counsel for all parties to this proceeding, by electronic filing notification.


_____/s/ Derek A. Walker_____