

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 23, 2009

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re: Maureen O'Dwyer, et al.
v. United States, et al.
No. 08-882
(Your No. 06-30840)

CV 05-4182-K

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

April 03, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 06-30840, In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4181
        USDC No. 2:05-CV-4182
        USDC No. 2:05-CV-4181
        USDC No. 2:05-CV-4182

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

*Charlene A. Vogelaar*
By:_____
Charlene Vogelaar, Deputy Clerk
504-310-7648