UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  LEVEE AND MRGO<br>(05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289) | SECTION "K"(2) |

## ORDER

Pursuant to an Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions (Doc. 16721), the potential settlement class members received notification that objections and/or "Notice of Intent to Appear" at a hearing set for April 2, 2009 were required to be submitted to the Court so that any such document is received no later than **March 13, 2009.** The letters and motions were separated into types (lists attached): Notice of Intent to Appear, Objections, and Approvals/Other. The original documents are attached as a Manual Attachment. Accordingly,

1

**IT IS HEREBY ORDERED** that the letters of objection and the notices of intent to appear be filed and docketed into the record.

New Orleans, Louisiana, this 9th day of April, 2009.

                                                STANWOOD R. DUVAL, JR.
                                       UNITED STATES DISTRICT COURT JUDGE