UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL |
| PERTAINS TO: LEVEE AND MRGO | NO: 05-4182 |
| (05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-20, 06-1885, 06-225, 06-886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-206, 07-647, 07-993, 07-1284, 07-1286, 07-1288, 07-1289) | |
| | SECTION: "K" (2) |

ATTACHMENTS TO DOCUMENT NO. 18532

    DESCRIPTION: Notices of Intent to Appear at Hearing 4/2/09;
                       Objections of Disapproval Letters Received;
                       Letters of Approval Received;
                       Letters Received after 3/13/09 Deadline

    FILED BY:   blg

    FILE DATE:   4/9/09

ARE LOCATED IN THE CLERK'S OFFICE.