## NOTICES OF INTENT TO APPEAR AT HEARING
## LEVEE CLASS ACTION SETTLEMENT
## HEARING DATE: APRIL 2, 2009

1. Frances S. Feigler
2. John J. Jr. Therence
3. Lawrence and Noella Thonn
4. Amy and Don Dowling
5. Barber, Charles R. (or his daughter SonTasha Barber)
6. James K. Irvin of Milling Benson Woodward L.L.P. (Pertains to: Levee 06-5116 (Sims), 06-5118 (Richards), 06-5127 (Depass), 06-5128 (Adams), 06-5134 (Christophe), 06-5137 (Williams), 06-5131 (Bourgeois), 06-5142 (Augustine), 06-5132 (Ferndinand), and 06-5140 (Porter) (Doc. #18138)
7. Jennifer J. Rosenbaum and Michael T. Kirkpatrick - representing Mary Brinkmeyer, Michelle LeBlanc and Thomas C. Stuart (Doc. 18376)
8. Richard A. Nussbaum - attorney representing the Louisiana Congregation of Holy Cross, also known as the Congregation of Holy Cross, Southern Province, Inc.