## OBJECTIONS OR DISAPPROVAL LETTERS RECEIVED
## LEVEE CLASS ACTION SETTLEMENT
## HEARING DATE: APRIL 2, 1009

1. Barbara and Percy Shelton
2. Tamar McFarlane
3. Diane Collins
4. Elnora Baptist
5. Damien Burton
6. Edward Collins
7. Donald Collins
8. Avra Burton
9. Marik Gaugis
10. Shirley M. Smith
11. Terrell Pye
12. Joseph Taylor
13. Ernest Taylor
14. Desiree Johnson
15. Jirrea Johnson Sr.
16. Chanell Jefferson
17. Jerease Gaines
18. Jarrielle Johnson
19. Chrishon Fortenberry
20. Carlanda A. Isaac
21. Carolyn Isaac
22. Charlana Hilton
23. Charlea Hilton
24. Curry Isaac
25. Jairielle Ratcliff
26. Jairron Isaac
27. W. C. Johnson
28. Jonathan Woods
29. William Winchester
30. Marlo Solomon
31. Brandon M. Coleman
32. Denise E. Collins
33. Fredrick Johnson

34. Rachelle Ogden
35. Eugene and Regina Dazet
36. Eddie, Erin, Erika and Lisa Banks
37. Jeanne Burton
38. Dwayne White
39. Mrs. Joyce C. Williamson
40. Benjamin Thorne, Jr.
41. Carey F. Brassette
42. Keith and Rotonda Sandifer
43. Robert C. Weaver
44. F. G. Barnett
45. Mr. Robin Washington
46. Henry and Rose Gipson
47. Lea Ann Mack
48. Vincent Charles Canzoneri, Jr.
49. Cynthia Davis
50. Dempsey J. Markey
51. Cynthia M. Jeanmarie
52. Patricia King
53. James E. Smith, Sr. and Elouise P. Smith
54. Jeanette R. Brown and Alfred A. Hill, Jr.
55. Deborah Galle
56. Mrs. Doris F. Thompson
57. Darrell E. Hollins, Sr. and Judy C. Hollins
58. Mary Preston, Ronald Jett, William Preston, Frederick Preston, Joel Preston and Gerald Preston
59. Deborah R. Williams and Elizabeth D. Russell
60. Darlene Heep (filed three times)
61. James K. Irving of Milling Benson Woodward L.L.P. (Pertains to: Levee 06-5116 (Sims), 06-5118 (Richards), 06-5127 (Depass), 06-5128 (Adams), 06-5134 (Christophe), 06-5137 (Williams), 06-5131 (Bourgeois), 06-5142 (Augustine), 06-5132 (Ferndinand), and 06-5140 (Porter) (Doc. 18134)
62. Jennifer J. Rosenbaum and Michael T. Kirkpatrick-representing Mary Brinkmeyer, Michelle LeBlanc and Thomas C. Stuart (Doc. 18179)
63. Wayne Duchmann
64. Plaintiff's Mitchell's Fruit Stand Incorporated thru Nathaniel Joseph