# LETTERS OF APPROVAL OR NOTIFICATION RECEIVED
# LEVEE CLASS ACTION SETTLEMENT
# HEARING DATE: APRIL 2, 2009

1. Jerrica J. Hughes
2. Jeanette Bean
3. Gail Gray
4. Andre J. Casadaban (2 letters)
5. Mary Eileen Hendrix
6. Sarah M. Brooks
7. Lenora and Ernest Cooley
8. Leatha M. Hill
9. Pauline Carter
10. J. C. Williamson
11. Carl Booth
12. Angela Taylor
13. Renata D. Brown
14. Cynthia Ann Holmes
15. Mrs. Tecora Pate
16. Michael McBride
17. Daisy B. Martin
18. Clarissa Davenport
19. Steven Saulsberry
20. Marie F. Finnorn
21. Delores Trask
22. William D. McDonald
23. Lynn E. G. Thompson
24. Sherry G. Lemoine
25. Ron C. E. Fox
26. Melvin P. DeGruyer
27. Jerrold Shelton
28. Carolyn Guss Batiste
29. Elizabeth Fortenberry
30. Mary Lou Senko
31. Nyra and Brian Johnson
32. Valerie West
33. Bertha Moore

34. Nathaniel and Barbara Johnson
35. Veronica Peterson
36. Robert Williams
37. Gail Mitchell
38. Lula Johnson
39. Ardeen Guy
40. Levaiors Carpenter
41. Preston G. Demouchette
42. Judith Lee Watson
43. Antoinette Jones
44. LaRon Phillips
45. Nadine LeBlanc
46. Anatasia Gabrille Leblanc
47. Leroy, Ron and Rose Givens (difficult to read last name)
48. Lynn Etta Gibbs Thompson
49. Stanley Williams
50. Jeraldine Galle
51. Candy Lemieux
52. Michelle Brown
53. Bianka Russell
54. Pamela Jean Braud
55. C. T. LeBlanc III
56. C. T. LeBlanc Jr.
57. Iresha Nicole Scott
58. Kent Johnson
59. Joyce Bazile
60. Elaine Chamois