## LETTERS RECEIVED BY DISTRICT COURT <u>AFTER</u> 3/13/09 DEADLINE
## LEVEE CLASS ACTION SETTLEMENT

| **Name** | **Date Received** |
|---|---|
| Shani Scott | March 30, 2009 (this letter read in court) |
| Anne Marie Bickham | April 1, 1009 |
| James Rivers | April 6, 2009 |
| Ricardo V. Burns | April 8, 2009 |