UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Jack Mevers regarding 3912 Evangeline Dr., Chalmette, LA 70043; Karen Durand, Tyrone Bachemin regarding 5734 Chamberlain Dr., New Orleans, LA 70122; Staford Cola, Lillian T. Cola regarding 7700 Scottwood Dr., New Orleans, LA 70128; Francine Thomas regarding 4619 Camelot Dr., New Orleans, LA 70127; Barbara Stewart regarding 1929 Feliciana St., New Orleans, LA 70117; Renita Bourgeois regarding 4657 Charlene Dr., New Orleans, LA 70127; Sherrell Sylvester, Gentry Sylvester regarding 7003 Prentiss Avenue, New Orleans, LA 70126; Samuel Harding regarding 4753 Bonita Dr., New Orleans, LA 70126; Perry Richard regarding 5601 Third St., Violet, LA 70092; Larry Dace, Lucille Dace regarding 7511 Kingsport Blvd., New Orleans, LA 70128; YOLANDA BIENEMY, SIDNEY BIENEMY (SPOUSE) regarding 4841 WERNER DR, NEW ORLEANS, LA 70126; Lille Cole, David Cole, husband regarding 325 Layman St, Avondale, LA 70094; Chris Jacques regarding 2816 D'Adadie St., New Orleans, LA 70119; Lucretia Briscoe regarding 1440 Prentiss Ave., New Orleans, LA 70122; Carol Sterling regarding 2512 Dreux Avenue, New Orleans, LA 70122; Elaine Joseph, Elaine Joseph regarding 5308-10 Dauphine Street, New Orleans, LA 70117; Arthur Augusta regarding 4110 Rayne Drive, New Orleans, LA 70122; LINDA MAGEE regarding 2736 EDNA ST, NEW ORLEANS, LA 70126; DE BRANCH regarding 304 WALLACE DR, NEW ORLEANS, LA 70122; HILDA GREEN |

regarding 7823 DEVINE ST, NEW ORLEANS, LA 70127; PAULETTE CHAUPPETTE regarding 3212 MUNSTER BLVD., MERAUX, LA 70075; Gwendolyn Jackson regarding 3020 Louisa St., Nerw Orleans, LA 70126; Roy Singleton, Jean Singleton regarding 5610 Holley Lane, New Orleans, LA 70126; Fay Ann West regarding 3033 Spain St., New Orleans, LA 70122; Robert Claverie regarding 2631 Verbena St., New Orleans, LA 70122; Alma Kelley regarding 9120 Olive St., New Orleans, LA 70118; Sandra Stephens regarding 7543 Dearborn Rd., New Orleans, LA 70127; SHELIA STELLY, DEMICKA A. DESUIGNE (DAUGHTER) regarding #7 WEST BLUE RIDGE COURT, NEW ORLEANS, LA 70128; CLEMENTINE FRANKLIN regarding 7740 BREVARD AVE., NEW ORLEANS, LA 70131; Michele Lewis regarding 7501 HICKMAN AVE., NEW ORLEANS, LA 70127; Noah Sims regarding 4656 Flake St., New Orleans, LA 70127; Roxanne Melerine regarding 231 Surgi Dr., Mandeville, LA 70448; BERNICE HITTS regarding 2924 UPPERLINE ST., NEW ORLEANS, LA 70115; CLARA STANSBERRY regarding 4957 MAID MARION DR., NEW ORLEANS, LA 70128; Norma Johnson, Gilbert regarding 7411 Wayfarer St., New Orleans, LA 70129; KARIN COLEMAN regarding 2316-18 PLEASURE ST., NEW ORLEANS, LA 70122; MILILENET RICHARDSON, ROBERT RICHARDSON, Mililenet Bullie regarding 2541 JONQUIL ST., NEW ORLEANS, LA 70122; MORRIS SMITH, LYNNE KELLAR SMITH regarding 7501 PRIMROSE DR., NEW ORLEANS, LA 70126; Debra Wheeler-Bennett regarding 5913 Lafaye St., New Orleans, LA 70122; Yunshen Lee regarding 6937 Fleur De Lis Dr., New Orleans, LA 70124; Josephine Lucas regarding 9412 Cabildo Ln., Westwego, LA 70094; Monica Chanel regarding 4222 Jumonville St., New Orleans, LA 70122; ELIE CASTILLE, LUCILLE CASTILLE regarding 2113 PIRATE DR., CHALMETTE, LA 70043; Lynn Starks regarding 7556 Daniel Dr., New Orleans, LA 70127; Bessie Montana regarding 14201 Explorers Ave., New Orleans, LA 70129; Cynthia Lazard regarding 2050 N. Dorgenois St., New Orleans, LA 70119; Danny Harris, Sharon

Robinson Harris regarding 7521 Wave Dr., New Orleans, LA 70128; Geraldine West, Glen West regarding 2052 Waters St., Marrero, LA 70072; Merdis Fields regarding 2334 Dreux Ave., New Orleans, LA 70122; Weldon Marshall, Brenda A. Marshall regarding 4900 Charlene Dr., New Orleans, LA 70127; Kathleen Tippen regarding 5807 Pauline Dr., New Orleans, LA 70126; Elliot Tigler, Des Marie Tigler regarding 2020 Betty Blvd., Metairie, LA 70072; James Hilton regarding 3411 Clermont Dr., New Orleans, LA 70122; Paul West, Lynn Ann West regarding 4734 East View Dr., New Orleans, LA 70126; Bobby Thomas regarding 531-33 Bermuda St, New Orleans, LA 70114; Jesse Herman, Margo regarding 3741 Inwood Dr, Harvey, LA 70058; Denise Naylor, Walter Naylor regarding 920 St. Maurice Ave., New Orleans, LA 70117; Leo Evans, Isabella Evans regarding 2940 Kent Dr., Algiers, LA 70131; Karen Peralla regarding 2405 Kingbird Dr., St. Bernard, LA 70085; Wilma Wright regarding 7320 Willowbrae Dr., New Orleans, LA 70127; Barry Domino regarding 1325 Congress St., New Orleans, LA 70117; William Thomas regarding 2663 N. Rocheblave St., New Orleans, LA 70117; Katherine Peralla regarding 2025 Green Ave., St. Bernard, LA 70085; Anthony Melancon, Antoinette Melancon regarding 4706 Touro St., New Orleans, LA 70122; Warren Walker regarding 10721 Kinnier Rd., New Orleans, LA 70127; Raymond Ducote regarding 2008 Redbird Dr., St. Bernard, LA 70085; Wanda Hawkins, Micheal Hawkins regarding 3001 Moss St., Violet, LA 70092; Isabel Meilleur, Marcel R. Meilleur, Jr. regarding 4673 Nottingham Dr., New Orleans, LA 70127; Angela Mercadel regarding 4734 Evangeline Dr., New Orleans, LA 70127; Paul Gremillion, Gayle Gremillion regarding 3016 Charles Dr., Chalmette, LA 70043; Beverly Brown regarding 4662 Camelia St, New Orleans, LA 70126; Samantha Isidore regarding 2016 Centanni Drive, Poydras, LA 70085; Dawn Howard, Joffery Howard regarding 5616 Fourth St, Violet, LA 70092; Lloyd Batiste, Debra J. Batiste regarding 5040 Basinview Dr., New Orleans, LA 70126; Dianne Thornton regarding 1521 Harcourt Dr., New Orleans, LA 70122; Earl Bush,

Susan Bush regarding 3117 St. Marie St., Meraux, LA 70075; Rundy Waffer, Brenda Waffer regarding 4717 Pauline Dr., New Orleans, LA 70126; Donna Papania, Jino Papania regarding 3901 Plaza Dr., Chalmette, LA 70043; Phillip Jolly regarding 7740 Sandpipper Dr., New Orleans, LA 70118; Joseph Isom, Aurlisa B. Isom regarding 5928 Painters St., New Orleans, LA 70122; Mary Hammothe regarding 628 & 630 Lamanche, New Orleans, LA 70117; Harold Anderson regarding 7912 Sandy Cove Dr., New Orleans, LA 70128; Wilmot Washington regarding 7423 Horizon Dr., New Orleans, LA 70117; Patricia Thompson, Toledano regarding 5418 Press Dr., New Orleans, LA 70126; Wanda Stevens regarding 2409 Volpe Dr., Chalmette, LA 70043; Nora Jones regarding 7597 Pineridge Ln., New Orleans, LA 70128; Rose Williams regarding 7671 Wave Dr., New Orleans, LA 70128; Desiree Hebert regarding 3820 Despaux Dr., Chalmette, LA 70043; Glenda Green, Leonard McDowell & Linda Weathersby regarding 5403 N. Miro St., New Orleans, LA 70117; Emily Jones regarding 13170 Maplewood Dr., New Orleans, LA 70129; Micheline Stephens regarding 6124 Marshall Foch, New Orleans, LA 70124; Gail Alexander, Walter Bardell regarding 7931 W. Laverne, New Orleans, LA 70126; Sylvia Cordier, Arnold Cordier regarding 7661 Dune Dr., New Orleans, LA 70128; Daniel Fisher regarding 4740 & 4742 Viola St., New Orleans, LA 70126; June Varnado regarding 5801 & 5803 Burgundy St., New Orleans, LA 70117; Orman Walters regarding 6631 Louisville St., New Orleans, LA 70124; John Simmons, Samaria L. Simmons regarding 3918 Banks St., New Orleans, LA 70119; Frances Ellis regarding 6735 Louis XIV, New Orleans, LA 70124; Eugene Davis regarding 14643 Emory Rd., New Orleans, LA 70128; Janell St. Martin regarding 4780 Demontluzin St., New Orleans, LA 70122; Karen Robinson-Bailey regarding 7301 Voyageur Dr., New Orleans, LA 70129; Gwendolyn Armstrong regarding 3917 Odin St., New Orleans, LA 70126; Marilyn Castille regarding 3100 Volpe Dr., Chalmette, LA 70043; Ashley Moore, Regina M. Mason regarding 7817 Doyle

Ct., New Orleans, LA 70126; Wanda Rich regarding 5181 Privateer Blvd., New Orleans, LA 70036; Dorothy Felix regarding 3719 St. Ferdinand St., New Orleans, LA 70126; James Franklin regarding 623 S.Solomon St., New Orleans, LA 70119; Benjamin Treaudo, Gloria Treaudo regarding 4750 Hickerson Dr., New Orleans, LA 70127; Joann Bean regarding 14075 Partridge Ln, New Orleans, LA 70128; Barbara Mack regarding 7451 Cranbrook Dr., New Orleans, LA 70128; Carolyn Davis regarding #14 Brownlee Ct., New Orleans, LA 70128; Joanne Rozigas regarding 1943 St. Maurice Ave., New Orleans, LA 70117; Charles Jacobs regarding 8006 Mullet St., New Orleans, LA 70126; Debra Washington regarding 3031 Danneel St., New Orleans, LA 70115; Sylvia Angeletta regarding 1725 &1727 Agriculture St., New Orleans, LA 70119; Carolyn Love regarding 2755 Edna St., New Orleans, LA 70127; Wayne Leflore regarding 2512 Guerra Dr., Violet, LA 70092; Harley Blanchard regarding 226 S. Johnson St., New Orleans, LA 70112; Gloria McKenzie-Calvert regarding 3926 Delachaise St., New Orleans, LA 70125; Ernest Grant, Ollie Grant regarding 74 Marywood Ct., New Orleans, LA 70128; Velva McKinsey, John McKinsey regarding 4846 Tulip St., New Orleans, LA 70126; Shyam Ambardar regarding 229 Jewel St., New Orleans, LA 70124; Tereska Washington, Tyrone Washington regarding 4811 Sherwood Dr., New Orleans, LA 70128; Albert Franklin, Marlene Franklin regarding 2325-25 1/2 General Pershing, New Orleans, LA 70115; Lula Reed, Oscar Reed - Husband regarding 1928 Melba Place, Marrero, LA 70072; Avis August regarding 1827-27 1/2 Industry St., New Orleans, LA 70119; Leslie Vincent regarding 6 Assumption Pl., New Orleans, LA 70129; Deborah McManus regarding 3631 Elysian Fields Ave, New Orleans, LA 70122; Barbara August, Nelson August regarding 2444 Congress St., New Orleans, LA 70117; Barbara Blanchard regarding 7807 Henley St., New Orleanss, LA 70126; Miles Brandon, Lisa Brandon regarding 2401 Fenelon St., St. Bernard, LA 70043; Ronald Weber regarding 2913 Concordia St., Laplace, LA 70068; Fred

Benjamin, Catherine Benjamin regarding 4733 Overton Dr., New Orleans, LA 70122; Jeanne Jackson, Joseph Jackson, Jr. regarding 10210 Deerfield Dr., New Orleans, LA 70127; George Stewart regarding 2416 Cleveland Ave, New Orleans, LA 70115

# UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Jack Mevers regarding 3912 Evangeline Dr., Chalmette, LA 70043; Karen Durand, Tyrone Bachemin regarding 5734 Chamberlain Dr., New Orleans, LA 70122; Staford Cola, Lillian T. Cola regarding 7700 Scottwood Dr., New Orleans, LA 70128; Francine Thomas regarding 4619 Camelot Dr., New Orleans, LA 70127; Barbara Stewart regarding 1929 Feliciana St., New Orleans, LA 70117; Renita Bourgeois regarding 4657 Charlene Dr., New Orleans, LA 70127; Sherrell Sylvester, Gentry Sylvester regarding 7003 Prentiss Avenue, New Orleans, LA 70126; Samuel Harding regarding 4753 Bonita Dr., New Orleans, LA 70126; Perry Richard regarding 5601 Third St., Violet, LA 70092; Larry Dace, Lucille Dace regarding 7511 Kingsport Blvd., New Orleans, LA 70128; YOLANDA BIENEMY, SIDNEY BIENEMY (SPOUSE) regarding 4841 WERNER DR, NEW ORLEANS, LA 70126; Lille Cole, David Cole, husband regarding 325 Layman St, Avondale, LA 70094; Chris Jacques regarding 2816 D'Adadie St., New Orleans, LA 70119; Lucretia Briscoe regarding 1440 Prentiss Ave., New Orleans, LA 70122; Carol Sterling regarding 2512 Dreux Avenue, New Orleans, LA 70122; Elaine Joseph, Elaine Joseph regarding 5308-10 Dauphine Street, New Orleans, LA 70117; Arthur Augusta regarding 4110 Rayne Drive, New Orleans, LA 70122; LINDA MAGEE regarding 2736 EDNA ST, NEW ORLEANS, LA 70126; DE BRANCH regarding 304 WALLACE DR, NEW ORLEANS, LA 70122; HILDA GREEN regarding 7823 DEVINE ST, NEW ORLEANS,

LA 70127; PAULETTE CHAUPPETTE regarding 3212 MUNSTER BLVD., MERAUX, LA 70075; Gwendolyn Jackson regarding 3020 Louisa St., Nerw Orleans, LA 70126; Roy Singleton, Jean Singleton regarding 5610 Holley Lane, New Orleans, LA 70126; Fay Ann West regarding 3033 Spain St., New Orleans, LA 70122; Robert Claverie regarding 2631 Verbena St., New Orleans, LA 70122; Alma Kelley regarding 9120 Olive St., New Orleans, LA 70118; Sandra Stephens regarding 7543 Dearborn Rd., New Orleans, LA 70127; SHELIA STELLY, DEMICKA A. DESUIGNE (DAUGHTER) regarding #7 WEST BLUE RIDGE COURT, NEW ORLEANS, LA 70128; CLEMENTINE FRANKLIN regarding 7740 BREVARD AVE., NEW ORLEANS, LA 70131; Michele Lewis regarding 7501 HICKMAN AVE., NEW ORLEANS, LA 70127; Noah Sims regarding 4656 Flake St., New Orleans, LA 70127; Roxanne Melerine regarding 231 Surgi Dr., Mandeville, LA 70448; BERNICE HITTS regarding 2924 UPPERLINE ST., NEW ORLEANS, LA 70115; CLARA STANSBERRY regarding 4957 MAID MARION DR., NEW ORLEANS, LA 70128; Norma Johnson, Gilbert regarding 7411 Wayfarer St., New Orleans, LA 70129; KARIN COLEMAN regarding 2316-18 PLEASURE ST., NEW ORLEANS, LA 70122; MILILENET RICHARDSON, ROBERT RICHARDSON, Mililenet Bullie regarding 2541 JONQUIL ST., NEW ORLEANS, LA 70122; MORRIS SMITH, LYNNE KELLAR SMITH regarding 7501 PRIMROSE DR., NEW ORLEANS, LA 70126; Debra Wheeler-Bennett regarding 5913 Lafaye St., New Orleans, LA 70122; Yunshen Lee regarding 6937 Fleur De Lis Dr., New Orleans, LA 70124; Josephine Lucas regarding 9412 Cabildo Ln., Westwego, LA 70094; Monica Chanel regarding 4222 Jumonville St., New Orleans, LA 70122; ELIE CASTILLE, LUCILLE CASTILLE regarding 2113 PIRATE DR., CHALMETTE, LA 70043; Lynn Starks regarding 7556 Daniel Dr., New Orleans, LA 70127; Bessie Montana regarding 14201 Explorers Ave., New Orleans, LA 70129; Cynthia Lazard regarding 2050 N. Dorgenois St., New Orleans, LA 70119; Danny Harris, Sharon Robinson Harris regarding 7521

Wave Dr., New Orleans, LA 70128; Geraldine West, Glen West regarding 2052 Waters St., Marrero, LA 70072; Merdis Fields regarding 2334 Dreux Ave., New Orleans, LA 70122; Weldon Marshall, Brenda A. Marshall regarding 4900 Charlene Dr., New Orleans, LA 70127; Kathleen Tippen regarding 5807 Pauline Dr., New Orleans, LA 70126; Elliot Tigler, Des Marie Tigler regarding 2020 Betty Blvd., Metairie, LA 70072; James Hilton regarding 3411 Clermont Dr., New Orleans, LA 70122; Paul West, Lynn Ann West regarding 4734 East View Dr., New Orleans, LA 70126; Bobby Thomas regarding 531-33 Bermuda St, New Orleans, LA 70114; Jesse Herman, Margo regarding 3741 Inwood Dr, Harvey, LA 70058; Denise Naylor, Walter Naylor regarding 920 St. Maurice Ave., New Orleans, LA 70117; Leo Evans, Isabella Evans regarding 2940 Kent Dr., Algiers, LA 70131; Karen Peralla regarding 2405 Kingbird Dr., St. Bernard, LA 70085; Wilma Wright regarding 7320 Willowbrae Dr., New Orleans, LA 70127; Barry Domino regarding 1325 Congress St., New Orleans, LA 70117; William Thomas regarding 2663 N. Rocheblave St., New Orleans, LA 70117; Katherine Peralla regarding 2025 Green Ave., St. Bernard, LA 70085; Anthony Melancon, Antoinette Melancon regarding 4706 Touro St., New Orleans, LA 70122; Warren Walker regarding 10721 Kinnier Rd., New Orleans, LA 70127; Raymond Ducote regarding 2008 Redbird Dr., St. Bernard, LA 70085; Wanda Hawkins, Micheal Hawkins regarding 3001 Moss St., Violet, LA 70092; Isabel Meilleur, Marcel R. Meilleur, Jr. regarding 4673 Nottingham Dr., New Orleans, LA 70127; Angela Mercadel regarding 4734 Evangeline Dr., New Orleans, LA 70127; Paul Gremillion, Gayle Gremillion regarding 3016 Charles Dr., Chalmette, LA 70043; Beverly Brown regarding 4662 Camelia St, New Orleans, LA 70126; Samantha Isidore regarding 2016 Centanni Drive, Poydras, LA 70085; Dawn Howard, Joffery Howard regarding 5616 Fourth St, Violet, LA 70092; Lloyd Batiste, Debra J. Batiste regarding 5040 Basinview Dr., New Orleans, LA 70126; Dianne Thornton regarding 1521 Harcourt Dr., New Orleans, LA 70122; Earl Bush, Susan Bush regarding 3117 St. Marie St.,

Meraux, LA 70075; Rundy Waffer, Brenda Waffer regarding 4717 Pauline Dr., New Orleans, LA 70126; Donna Papania, Jino Papania regarding 3901 Plaza Dr., Chalmette, LA 70043; Phillip Jolly regarding 7740 Sandpipper Dr., New Orleans, LA 70118; Joseph Isom, Aurlisa B. Isom regarding 5928 Painters St., New Orleans, LA 70122; Mary Hammothe regarding 628 & 630 Lamanche, New Orleans, LA 70117; Harold Anderson regarding 7912 Sandy Cove Dr., New Orleans, LA 70128; Wilmot Washington regarding 7423 Horizon Dr., New Orleans, LA 70117; Patricia Thompson, Toledano regarding 5418 Press Dr., New Orleans, LA 70126; Wanda Stevens regarding 2409 Volpe Dr., Chalmette, LA 70043; Nora Jones regarding 7597 Pineridge Ln., New Orleans, LA 70128; Rose Williams regarding 7671 Wave Dr., New Orleans, LA 70128; Desiree Hebert regarding 3820 Despaux Dr., Chalmette, LA 70043; Glenda Green, Leonard McDowell & Linda Weathersby regarding 5403 N. Miro St., New Orleans, LA 70117; Emily Jones regarding 13170 Maplewood Dr., New Orleans, LA 70129; Micheline Stephens regarding 6124 Marshall Foch, New Orleans, LA 70124; Gail Alexander, Walter Bardell regarding 7931 W. Laverne, New Orleans, LA 70126; Sylvia Cordier, Arnold Cordier regarding 7661 Dune Dr., New Orleans, LA 70128; Daniel Fisher regarding 4740 & 4742 Viola St., New Orleans, LA 70126; June Varnado regarding 5801 & 5803 Burgundy St., New Orleans, LA 70117; Orman Walters regarding 6631 Louisville St., New Orleans, LA 70124; John Simmons, Samaria L. Simmons regarding 3918 Banks St., New Orleans, LA 70119; Frances Ellis regarding 6735 Louis XIV, New Orleans, LA 70124; Eugene Davis regarding 14643 Emory Rd., New Orleans, LA 70128; Janell St. Martin regarding 4780 Demontluzin St., New Orleans, LA 70122; Karen Robinson-Bailey regarding 7301 Voyageur Dr., New Orleans, LA 70129; Gwendolyn Armstrong regarding 3917 Odin St., New Orleans, LA 70126; Marilyn Castille regarding 3100 Volpe Dr., Chalmette, LA 70043; Ashley Moore, Regina M. Mason regarding 7817 Doyle Ct., New Orleans, LA 70126; Wanda Rich regarding 5181 Privateer Blvd., New Orleans, LA 70036;

Dorothy Felix regarding 3719 St. Ferdinand St., New Orleans, LA 70126; James Franklin regarding 623 S.Solomon St., New Orleans, LA 70119; Benjamin Treaudo, Gloria Treaudo regarding 4750 Hickerson Dr., New Orleans, LA 70127; Joann Bean regarding 14075 Partridge Ln, New Orleans, LA 70128; Barbara Mack regarding 7451 Cranbrook Dr., New Orleans, LA 70128; Carolyn Davis regarding #14 Brownlee Ct., New Orleans, LA 70128; Joanne Rozigas regarding 1943 St. Maurice Ave., New Orleans, LA 70117; Charles Jacobs regarding 8006 Mullet St., New Orleans, LA 70126; Debra Washington regarding 3031 Danneel St., New Orleans, LA 70115; Sylvia Angeletta regarding 1725 &1727 Agriculture St., New Orleans, LA 70119; Carolyn Love regarding 2755 Edna St., New Orleans, LA 70127; Wayne Leflore regarding 2512 Guerra Dr., Violet, LA 70092; Harley Blanchard regarding 226 S. Johnson St., New Orleans, LA 70112; Gloria McKenzie-Calvert regarding 3926 Delachaise St., New Orleans, LA 70125; Ernest Grant, Ollie Grant regarding 74 Marywood Ct., New Orleans, LA 70128; Velva McKinsey, John McKinsey regarding 4846 Tulip St., New Orleans, LA 70126; Shyam Ambardar regarding 229 Jewel St., New Orleans, LA 70124; Tereska Washington, Tyrone Washington regarding 4811 Sherwood Dr., New Orleans, LA 70128; Albert Franklin, Marlene Franklin regarding 2325-25 1/2 General Pershing, New Orleans, LA 70115; Lula Reed, Oscar Reed - Husband regarding 1928 Melba Place, Marrero, LA 70072; Avis August regarding 1827-27 1/2 Industry St., New Orleans, LA 70119; Leslie Vincent regarding 6 Assumption Pl., New Orleans, LA 70129; Deborah McManus regarding 3631 Elysian Fields Ave, New Orleans, LA 70122; Barbara August, Nelson August regarding 2444 Congress St., New Orleans, LA 70117; Barbara Blanchard regarding 7807 Henley St., New Orleanss, LA 70126; Miles Brandon, Lisa Brandon regarding 2401 Fenelon St., St. Bernard, LA 70043; Ronald Weber regarding 2913 Concordia St., Laplace, LA 70068; Fred Benjamin, Catherine Benjamin regarding 4733 Overton Dr., New Orleans, LA 70122; Jeanne Jackson, Joseph Jackson, Jr. regarding 10210 Deerfield Dr., New

Orleans, LA 70127; George Stewart regarding 2416 Cleveland Ave, New Orleans, LA 70115, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

      Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of  April, 2009.

   /s/ Joseph M. Bruno
Joseph M. Bruno