MINUTE ENTRY
WILKINSON, M.J.
APRIL 2, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  ROAD HOME                          JUDGE DUVAL
        State of Louisiana, 07-5528              MAG. WILKINSON

 

 

At the request of counsel for State Farm Fire and Casualty Company and pursuant

to my previous order, Record Doc. Nos. 18178 and 18224, a conference was conducted

on this date pertaining to the following claims included in Alexander, C.A. No. 07-4538:

**Tammy Boyd, Michael and Sherry Campo, Lisa Colburn, Carlos Gomez, Jean**

**Griffith, James and Gloria Kendrick, Leonard and Ann Lee, Hurby Oubre, Allen**

**Parker, Ronald Schurr and Debra Woods.**  The same claims are part of the interest

asserted by the State of Louisiana in the "Road Home" case, C.A. No. 07-5528.

Participating in the conference before me were:  Kevin Klibert, counsel for plaintiffs;

Charles L. Chassaignac, IV, representing defendant State Farm; Melissa Theriot,

MJSTAR:  **1  :  00**

representing Allstate Insurance Company; and Dan Rees, in-house counsel for the State of Louisiana Office of Community Development "Road Home" Program.

Counsel reported as follows:  Settlements were previously reached, subject to Road Home Program approval, as to the claims of the plaintiffs named above (and others), all of whom are represented by the Becnel Law Firm, including particularly some of the firm's member attorneys, Daniel Becnel, Jr., Daniel Becnel III and Kevin Klibert. As part of its settlement approval  procedures and calculations, the Road Home Program considers and takes into account attorney's fees incurred by the claimant/Road Home grant recipient in achieving the settlements, if incurred pursuant to a written agreement between client and counsel.  Unfortunately, the Reserve, Louisiana, office of the Becnel Law Firm was damaged in September 2008 during Hurricane Gustav, and some of the firm's files were damaged or destroyed, including some client representation contracts. This exigency has delayed Road Home Program consideration of certain proposed settlements.

Duplicate copies of the written representation contracts of all of the claimants listed above have now been located in other offices of the Becnel Law Firm and provided to the Road Home Program, so that its review and approval process as to those claims may now be completed. However, it appears that duplicate copies of the written representation contracts between the Becnel Law Firm and/or its member attorneys and

other claimants/Road Home grant recipients whose cases have settled subject to Road Home Program approval may not be available. A search for duplicate copies has been undertaken and is ongoing.

Considering the representations of counsel concerning the circumstances summarized above and the record of these proceedings, **IT IS ORDERED** that this court's "Case Management Order Re: Road Home Settlement Protocol," Record Doc. No. 13598, is hereby supplemented as follows:

As to the proposed settlement of any claimant/Road Home grant recipient represented by the Becnel Law Firm and its member attorneys, for whom the original or duplicate of the written contract of representation between client and counsel cannot be located due to damage caused by Hurricane Gustav as described above, The Road Home Program will accept as part of its settlement evaluation and approval process, in place of the written contract of representation, an affidavit, executed by both the lawyer and the individual client(s), describing the circumstances of the loss of the original written agreement, setting forth the date of commencement of the representation, and the terms and conditions of the representation agreement.

Counsel will submit to me a form of affidavit which they agree will suffice for these purposes, and the court will make it part of the record as a further addendum to this

court's "Case Management Order Re: Road Home Settlement Protocol," Record Doc.

No. 13598, if appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**