UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

JUDGE: STANWOOD R. DUVAL, JR.

MAG.: JOSEPH C. WILKINSON, JR.

PERTAINS TO:     INSRURANCE
            WELCH, 07-2184`         SECTION: "K-2"

**O R D E R**

Considering the foregoing Rule 41(a)(1)(A)(i) Stipulation of Voluntary Dismissal With Prejudice,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA this __10th__ day of April, 2009

_____
**UNITED STATES DISTRICT JUDGE**