## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**
**NO. 05-4182 "K"(2)**

**PERTAINS TO: BARGE**

**EXHIBIT A of**
**Motion to Admit**
**Visiting Attorney**

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, John R. Stevenson, of Clyde & Co US LLP, 405 Lexington Avenue, New York, New York, 10174, do state under the authority of 28 U.S.C. §1746, and for the purpose of satisfying the requirements of Uniform Local Rule 83.2.6E for the United States District Court, Eastern District of Louisiana, that no disciplinary proceedings or criminal charges have been instituted against me, that I am admitted to practice before the United States District Court, District of New Jersey, and that I am in good standing therein.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed in New York, New York, on this 20th day of March_____, 2009.

_____
John R. Stevenson


EXHIBIT

A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JOHN RUSSELL STEVENSON**
(No. **041822007** ) was constituted and appointed an Attorney at Law of New Jersey on **November 26, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

**EXHIBIT B**



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **11TH** day of **February** , 20 **09**

Clerk of the Supreme Court

-453a-