UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: INSURANCE/FORCED PLACE
**Specific Case Nos.** 09-1600, 09-1604, 09-1609, 09-1610, 09-1611, 09-1612, 09-1614, 09-1615, 09-2559, 09-2560, 09-2561, 09-2562, 09-2563, 09-2564, 09-2565, 09-2566, 09-2567, 09-2568, 09-2569, 09-2570, 09-2571, 09-2572, 09-2573, 09-2574, 09-2575, 09-2582, 09-2583, 09-2584, 09-2585, 09-2586, 09-2587, 09-2588, 09-2589, 09-2593, 09-2594, 09-2595, 09-2596, 09-2597, 09-2598, 09-2599, 09-2600, 09-2607, 09-2612, 09-2613, 09-2614, 09-2615, 09-2616, 09-2617, 09-2618, 09-2619, 09-2620, 09-2621, 09-2622, 09-2623, 09-2625, 09-2630, 09-2640, 09-2642, 09-2644, 09-2645, 09-2646, 09-2647, 09-2648, 09-649, 09-2650, 09-2651, 09-2652, 09-2653, 09-2654, 09-2655, 09-2656, 09-2657, 09-2658, 09-2659, 09-2660, 09-2661, 09-2662, 09-2663, 09-2664, 09-2665, 09-2666, 09-2667, 09-2668, 09-2677, 09-2678, 09-2679, 09-2680, 09-2681, 09-2682, 09-2683, 09-2684, 09-2685, 09-2686, 09-2687, 09-2688, 09-2689, 09-2690, 09-2691, 09-2692, 09-2693, 09-2694, 09-2695, 09-2696, 09-2697, 09-2702, 09-2703, 09-2705, 09-2706, 09-2709, 09-2710, 09-2711, 09-2712, 09-2713, 09-2716, 09-2717, 09-2719, 09-2720, 09-2723, 09-2724, 09-2729, 09-2730, 09-2879, 09-2880

**CIVIL ACTION
NO. 05-4182 "K" (2)**

**Judge Duval**

**Magistrate Wilkinson**

ORDER

Considering the foregoing Motion for Leave to file Reply Memorandum in Support of Motion to Dismiss,

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the Applicants are hereby granted leave to file their 12 page Reply Memorandum.

New Orleans, Louisiana, this _____ day of April, 2009