**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: MRGO | SECTION "K"(2) |

**PERTAINS TO: MRGO**
**05-4181, 05-4182, 05-5237, 05-6073,**
**05-6314, 05-6324, 05-6327, 06-0020,**
**06-0225, 06-0866, 06-2278, 06-2287,**
**06-0465, 06-4389, 06-4634, 06-4931,**
**06-5032, 06-5159, 06-5161, 06-5260,**
**06-5308, 06-5785, 06-5786, 06-5937,**
**06-8708, 07-1113, 07-1271, 07-1349,**
**07-3173, 07-3500, 07-4392, 07-4550,**
**07-4555, 07-4837, 07-4945, 07-4976,**
**07-4979, 07-4995, 07-5007, 07-5012,**
**07-5013, 07-5016, 07-5067, 07-5254,**
**07-5286, 07-5339, 07-5343, 07-5344,**
**07-5350, 07-5355, 07-5356, 07-5375,**
**07-5397**

## JUDGMENT

Pursuant to this Court's Order of April 13, 2009 (Rec. Doc. 18541) and Federal Rule of

Civil Procedure 54(b), accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in

favor of defendant, Washington Group International, Inc., and against the Plaintiffs named in the

above-captioned civil actions, dismissing the complaints with prejudice, with each party to bear

their own costs.

New Orleans, Louisiana, this _____14th_____ day of April, 2009.


_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**