UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | NO.: 05-4182 "K"(2) |
| LITIGATION | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO: ROAD HOME | * | MAGISTRATE JUDGE |
| *Louisiana State*, C.A. No. 07-5528 | * | WILKINSON |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Reconsideration filed by Insurer Defendants;

**IT IS HEREBY ORDERED** that Insurer Defendants' *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Motion for Reconsideration is GRANTED.

New Orleans, Louisiana this _____ day of April, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE