UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>Severed Mass Joinder Cases | JUDGE DUVAL<br>MAG. WILKINSON |

**ORDER**

Due to the unavailability of counsel for State Farm, **IT IS ORDERED** that the call docket set in this matter on April 15, 2009 by previous orders, Record Doc. Nos. 18086 and 18106, is hereby CANCELLED.

New Orleans, Louisiana, this  14th  day of April, 2009.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE