## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of     California

County of     Orange

I,     Lawrence P. Serdenia     , hereby declare that the attached reproduction of

Countrywide Home Loans Fire Insurance Policy
Description of Original Document

is a true, correct, and complete photocopy of a document in my possession or control.

_Serdenia_
Signature of Custodian of Original Document

3349 Michelson Drive, Suite 200

Irvine, CA 92612-8893

Subscribed and sworn to before me this     4th     day of     October     , 2006 by

Lawrence P. Serdenia

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

_Florence Diep_
Signature of Notary Public

FLORENCE DIEP
Commission # 1603339
Notary Public — California
Orange County
My Comm. Expires Sep 26, 2009

**Further Description of Attached Document**

Title or Type of Document:     Mortgage Protection Fire Ins. Master Policy

Document Date:     10/9/99                    Number of Pages:     29

Signer or Issuing Agency:     n/a

Capacity Claimed by Custodian: Individual Trustee

Custodian is Representing:     n/a

**EXHIBIT**

A

RE: Bryan Scheaffer
2137 Brigade Drive, Chalmette, LA 70043
Cert. #CW5360294
Loan #027395508

**Newport Insurance Company**
**Lender Placed Mortgage Protection Policy**
**(Arizona & California Lenders only)**

Forms & Endorsements attached to Master Policy Declarations Page 5F205D-E999

Master Policy #: 4800-0100                 Effective Date: 10-09-99

**Standard Forms:**

| | |
|---|---|
| ☒ Policy | 5F204P-E999 |
| ☒ Common Policy Conditions | 5F209E-E999 |
| ☒ Additional Limits of Liability Endorsement | 05A09-04ED0007-E0405 (eff. 6/29/05) |

**Optional Forms:**

| | |
|---|---|
| ☒ Automatic Coverage Endorsement | 5F204E-E999 |
| ☒ Blanket Vandalism Incl. Fair Plan | 5F205E-E999 |
| ☒ REO Monthly Reporting Endorsement | 5F206E-E999 |
| ☒ Notice of Premium | 5F206N-E999 |
| ☒ General Change Endorsement | 5F207E-E999 |
| ☒ Advice of Change | 5F208E-E999 |
| ☒ Blanket Vandalism Endorsement | 5F213E-E999 |

**State Specific Endorsements:**

| | | |
|---|---|---|
| ☒ California | Earthquake Extension Endorsement | 5F210E-04E999 |
| | California Earthquake Option – 1 | 5F211E-04E999 |
| | California Earthquake Option – 2 | 5F212E-04E999 |
| | Advice of Change Endorsement | 5H227E-04E0602 (eff. 6/10/02) |

Rev. 2/16/06                                        Newport MPP (AZ, CA)

(CA3F\5F205D)                                                                    STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office: 18581 Teller Avenue, Irvine, California 92612-1627
A Stock Company

## MORTGAGE PROTECTION POLICY DECLARATIONS

POLICY NUMBER:  MP 4800-0100

LENDER NUMBER: 9046

PRODUCER NUMBER:  4800-0100

**ITEM 1.**  NAMED INSURED:  Countrywide Home Loans

**ITEM 2.**  POLICY PERIOD  10/09/99  12:01 a.m. standard time at the address of the named insured and continuing until cancelled.

**ITEM 3.**  COVERAGES:

DIRECT PHYSICAL LOSS subject to all term of this policy.

**ITEM 4.**  PREMIUM: Premiums are as shown on the individual Notice of Premium.

**ITEM 5.**  DEDUCTIBLE:

|              | Residential | Commercial |
|--------------|-------------|------------|
| Occupied:    | $1,000.00   | $1,000.00  |
| Vacant:      | $1,000.00   | $1,000.00  |
| Wind & Hail: | $1,000.00   | $1,000.00  |

**ITEM 6.**  ENDORSEMENTS attached to policy at issuance:

See attached forms listing.

Countersigned at:_____          Date:_____

Authorized Representative: _____

5F205D-E999

## NEWPORT INSURANCE COMPANY

3349 Michelson Drive, Suite 200
Irvine, CA 92612-8893
800-854-6115

### ADDITIONAL LIMITS OF LIABILITY ENDORSEMENT

Not valid unless signed by a duly authorized representative of the company.

| Date and Place of Issue | |
|---|---|
| July 7, 2005      Irvine, California | |
| Effective From (Standard Time as stated in Policy) | Amending Policy No. |
| June 29, 2005 | 4800-0100 |
| Issued To | |
| Countrywide Home Loans | |
| By Newport Insurance Company | |

In consideration of the premium charged, it is understood and agreed to the extent that coverage is provided, to amend the present limits of liability for residential dwelling(s) and commercial building(s) to $5,000,000, per any one occurrence or combined occurrences.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the above mentioned policy, other than as stated above.

All other terms and conditions remain unchanged.

05A09-04ED0007-E0405

(PM7\CA1F\5F204PE999)

STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office: Irvine, California A Stock Company

## MORTGAGE PROTECTION POLICY

### AGREEMENT

**We** will provide the insurance described in this policy in return for the premium and in compliance with all applicable provisions of this policy.

### DEFINITIONS

Throughout this policy, the words **"you"** and **"your"** refer to the financial institution shown as the NAMED INSURED in the Declarations. The words **"we"**, **"us"** and **"our"** refer to the company providing this insurance.

Other words used in this policy have special meaning.

**"Residential Property"** means the dwellings and other structures covered by this policy.

**"Commercial Property"** means the commercial buildings covered by this policy.

**"Real Estate Owned"** means Residential or Commercial property owned by you as the result of your purchase following foreclosure.

**"Rating Amount"** means the amount shown on the Notice of Premium.

**"Net Loan Balance"** means the total amount due on the individual loan including, without limitation, unpaid principal, accrued and unpaid interest and uncollected fees and charges, but not unearned insurance premiums and unearned interest.

**"Unrepaired Value"** means replacement cost with property deduction for contractor's overhead and profit.

## SECTION I - Residential Property

### COVERAGES

Coverage under this section applies only to Residential Property for which you have an interest as mortgagee, servicing agent by written agreement, or obtained through foreclosure or voluntary conveyance; and only to the Described Location shown on the Notice of Premium.

1. Dwellings

   We cover:

   a. the dwelling on the Described Location only if used principally for dwelling purposes and consisting of no more than four (4) units;

   b. structures attached to the dwelling;

   c. materials and supplies on or adjacent to the Described Location for use in the construction, alteration or repair of the dwelling or other structures on this location; and

   d. building equipment and outdoor equipment used exclusively for the service of and located on the Described Location.

2. Other Structures

   We cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line, or similar connections are considered to be other structures.

   We do not cover other structures:

   a. used in whole or in part for commercial, manufacturing or farming purposes; or

   b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

**Other Coverages**

1. **Other Structures**—You may use up to 10% of the Rating Amount shown on the Notice of Premium for loss by a Peril Insured Against to other structures described in SECTION 1, Paragraph 2. Use of this coverage does not reduce the Rating Amount shown on the Notice of Premium.

2. Debris Removal. **We** will pay your reasonable expense for the removal of:

   a. debris of covered property if a Peril Insured Against causes the loss; or

   b. ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

(PM7\CA1F\5F204PE999)                                                                                    STK# 00 0000

Debris removal expense is included in the limit of liability applying to the damaged property.

3. Reasonable Repairs. In the event that covered property is damaged by an applicable Peril Insured Against, **we will pay** the reasonable cost incurred by **you** for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, **we will pay** for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

   a. does not increase the limit of liability that **applies** to the **covered** property;

   b. does not relieve **you** of **your** duties, in case of a loss to covered property, as set forth in Condition 9.

4. Collapse - **We** insure the risk of direct physical loss to covered property involving collapse of the building or any part of a building caused only by one or more of the following:

   a. Perils Insured Against in SECTION 1;

   b. hidden decay;

   c. hidden insect or vermin damage;

   d. weight of rain or snow, which collects on a roof

   e. use of defective material or methods in construction, remodeling, or renovating if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b, c, d and e, unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the Limit of Liability applying to the damaged covered property.

## PERILS INSURED AGAINST

**We** insure for risk of direct physical loss to the dwellings and other structures described in SECTION I Coverages, except damage caused by:

1. collapse, other than as provided in Other Coverages 4;

2. freezing of a plumbing, heating, air-conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed unless you have used reasonable care to:

   a. maintain heat in the building; or

   b. shut off the water supply and drain the system and appliances of water;

3. freezing, thawing, pressure or weight of water or ice whether driven by **wind or not**, to a fence, pavement, patio, swimming pool, foundation, retaining wall, bulkhead, pier, wharf or dock;

4. theft of any property which is not actually part of any building or structure covered;

5. theft in or to a dwelling or structure under construction;

6. wind, hail, ice, snow, or sleet to lawns, trees, shrubs, or plants;

7. continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system, or from within a household appliance;

8. wear and tear; marring; deterioration; inherent vice; latent defect; mechanical breakdown; rust; mold; wet or dry rot; contamination; smog; smoke from agricultural smudging or industrial operations; discharge, dispersal, seepage, migration, release or escape of pollutants (pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed); settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings; birds, vermin, rodents, or insects or domestic animals. If any of these cause water to escape from a plumbing, heating or air conditioning system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped;

9. losses excluded under Exclusions.

(PM7\CA1F\5F204PE999)                                                                                                    STK# 00 0000

# EXCLUSIONS

1. **We** do not insure for loss caused directly or indirectly by any of the **following. Such loss is** excluded **regardless of any** other cause or event contributing concurrently or in any sequence to the loss.

   a. Ordinance or law, meaning enforcement of any ordinance or law regulating the use, construction, repair, or demolition of property unless specifically provided under this Policy.

   b. Earth movement, meaning any loss caused by, resulting from, contributed to or aggravated by earthquake; landslide; mudflow; earth sinking, rising or shifting; volcanic eruption meaning the eruption, explosion or effusion of a volcano; unless direct loss by:

      1 ) fire; or

      2) explosion other than the explosion of a volcano;

      ensues and then we will pay only for the ensuing loss.

      The peril, volcanic action, is not considered within the term earth movement

   c. Water damage, meaning:

      1) flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

      2) water which backs up through sewers or drains; or

      3) water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

      Direct loss by fire or explosion resulting from water damage is covered.

   d. Power interruption, meaning the interruption of power or other utility service. If the interruption takes place away from the location of the property, **we** will pay only for loss caused by an insured peril.

   e. Neglect, meaning neglect to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered by an insured peril.

   f. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

   g. Nuclear hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled, uncontrolled, or however caused, or any consequence of any of these.

      Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

   h. Intentional Loss, meaning any loss arising out of any act committed

      1) by or at the direction of you or any person or organization named **as an additional insured; and**

      2) with the intent to cause a loss.

   i. Asbestos

      **We** will not pay for any loss, damage or debris removal **or "clean-up" expense caused directly or indirectly by or** resulting from asbestos or asbestos containing materials. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

      "Clean-up" includes testing, monitoring, removal, containment, treatment, detoxification or neutralization.

   j. Absolute Pollution Exclusion

      This insurance does not apply to **any injury, damage, expense, cost, loss, liability or legal obligation arising out of or** in any way related to pollution, **however caused.**

      Pollution includes the actual, alleged or potential presence in or introduction into the environment of any substance if such substance has, or is alleged to have, the effect of making the environment impure, harmful, or dangerous. Environment includes any air, land, structure or the air therein, watercourse or water, including underground water.

      **We** shall have no duty to defend any suit arising out of or in any way related to pollution.

2. **We** do not insure for loss to property caused by any of the following. However, any ensuing loss to the covered property not excluded or excepted in this Policy is covered.

   a. Weather conditions. This exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above, to produce the loss.

(PM7\CA1F\5F204PE999)                                                                    STK# 00 0000

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

c. Faulty, inadequate or defective:

 1) planning, zoning, development, surveying, siting;

 2) design, specification, workmanship, repair, construction, renovation, remodeling, grading, compaction;

 3) material used in repair, construction, renovation, or remodeling; or

 4) maintenance;

 of part or all of any property whether on or off the location of the property insured.

## SECTION II - Commercial Property

### COVERAGES

Coverage under this section applies only to Commercial Property for which you have an interest as Mortgagee, servicing agent by written agreement, or obtained through foreclosure or voluntary conveyance; and only to the Described Location shown on the Notice of Premium.

Buildings

We cover:

a. The building on the Described Location.

b. Completed additions.

c. Permanently installed fixtures, machinery and equipment.

d. Building equipment used exclusively for the service of and located on the Described Location.

e. If not covered by other insurance:

 1) Additions under construction, alterations and repairs to the building or structure.

 2) Materials, equipment, supplies, and temporary structures, on or within one hundred (100) feet of the described premises, used for making additions, alterations or repairs to the building or structure.

## ADDITIONAL COVERAGES

1. Debris Removed—We will pay the reasonable expense to remove debris from a property loss covered by this coverage part. Debris removal expense is included in the Limit of Liability applying to the damaged property.

2. Preservation of Property—If it is necessary to move covered property from the Described Location to preserve it from loss or damage covered by this Section, we will pay for any direct physical loss or damage to that property:

 a. while it is being moved or while temporarily stored at another location; and

 b. only if the loss or damage occurs within ten (10) days after the property is first moved;

3. Fire Department Service Charge—When the fire department is called to save or protect the property covered under this Coverage Part from a Covered Cause of Loss, we will pay up to $1,000 for fire department service charges:

 a) assumed by contract or agreement prior to loss; or

 b) required by local ordinance.

 No deductible applies to these additional coverages.

4. Outdoor Property—you may extend the insurance provided by this Coverage Part to apply to your outdoor fences, signs, (other than signs attached to buildings), trees, shrubs, and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

 a. fire;

 b. lightning;

 c. explosion;

 d. riot or civil commotion; or

 e. aircraft.

 The most we will pay for loss or damage under this Additional Coverage is $1,000 but not more than $250 for any one tree, shrub, or plant.

(PM7\CA1F\5F204PE999)                                                                          STK# 00 0000

## COVERED CAUSES OF LOSS

**We** insure for direct physical loss or **damage** to buildings or structures described in SECTION II COVERAGES caused by or resulting from the following Covered Causes of Loss:

1. Fire.

2. Lightning.

3. Explosion, including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by:

   a. rupture, bursting, or operation of pressure relief devices; or

   b. rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

4. Windstorm or hail, but not including:

   a. frost or cold weather; or

   b. ice (other than hail), snow or sleet, whether driven by wind or **not.**

   **We** will not pay for loss or damage to the interior of any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand, or dust enters.

5. Smoke causing sudden and accidental loss or damage. This cause of loss does not include smoke from agricultural smudging or industrial operations.

6. Aircraft or vehicles, meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a **vehicle** or an object thrown **up** by a vehicle with the covered property. This cause of loss includes loss or damage by objects falling from aircraft.

7. Riot or civil commotion, including:

   a. acts of striking employees while occupying the Described Location; and

   b. looting occurring at the time and place of a riot or civil commotion.

8. Vandalism, meaning the willful and malicious damage to, or destruction of the Described Location.

   **We** will not pay for loss or damage:

   a. To glass (other than glass building blocks) that is part of a building, structure, or an outside sign.

   b. Caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

9. Sprinkler leakage, meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

   If the building or structure containing the Automatic Sprinkler System is covered property, we will also pay the cost to:

   a. Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

      1) results in sprinkler leakage; or

      2) is directly caused by freezing.

   b. Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage.

      Automatic Sprinkler System means:

      1) Any automatic fire protection or extinguishing system, including connected:

         i) sprinklers and discharge nozzles;

         ii) ducts, pipes, valves, and fittings;

         iii) tanks, their component parts and **supports; and**

         iv) pumps and private fire protection mains.

      2) When supplied from an automatic fire protective system:

         i) non-automatic fire protective system; and

         ii) hydrants, standpipes, and **outlets.**

10. Sinkhole collapse, meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations. This cause of loss does not include the cost of filling sinkholes.

(PM7\CA1F\5F204PE999)                                                                    STK# 00 0000

## EXCLUSIONS

1. **We** will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the

   a. Building Ordinance.

   The enforcement of any ordinance or law:

   1) regulating the construction, use or repair of any property; or

   2) requiring the tearing down of any property, including the cost of removing its debris.

   b. Earth Movement.

   1) Any earth movement (other than sinkhole collapse) such as an earthquake, landslide or earthsinking, rising, or shifting. However, if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

   2) Volcanic eruption, explosion or effusion.

   c. Governmental Action.

   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   d. Nuclear hazard meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke whether these perils are specifically named in or otherwise included within the Covered Causes of Loss.

   e. Power Failure.

   The failure of power or other utility service supplied to the Described Location, however caused, if the failure occurs away from the Described Location.

   However, if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   f. War and Military Action.

   1 ) War, including undeclared or civil War;

   2) warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   3) insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

   g. Water

   1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

   2) mudslide or mudflow;

   3) water under the ground surface pressing on, or flowing or seeping through:

   i) foundation, walls, floors, or paved surfaces;

   ii) basements, whether paved or not; or

   iii) doors, windows, or other openings.

   However, if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

   h. Asbestos

   We will not pay for any loss, damage or debris removal or "clean-up" expense caused directly or indirectly by or resulting from asbestos or asbestos containing materials. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   "Clean-up" includes testing, monitoring, removal, containment, treatment, detoxification or neutralization.

   i. Absolute Pollution Exclusion

   This insurance does not apply to any injury, damage, expense, cost, loss, liability or legal obligation arising out of or in any way related to pollution, however caused.

(PM7\CA1F\5F204PE999)   STK# 00 0000

Pollution includes the **actual, alleged or potential presence in or introduction into the environment** of any substance if such substance has, or is alleged to have, the effect of making the environment impure, harmful, or dangerous. Environment includes any air, land, structure or the air therein, watercourse or water, including underground water.

**We** shall have no duty to defend any suit arising out of or in any way related to pollution.

2. **We** will not pay for loss or damage caused by or resulting from:

   a. Artificially generated electrical current including electric arcing **that disturbs electrical devices, appliances or wires.**

      However, if loss or damage by fire results, we will pay for that resulting loss or damage.

   b. Rupture or bursting of water pipes (other than an Automatic Sprinkler Systems) unless caused by a Covered Cause of Loss.

   c. Leakage **or discharge of water or steam resulting from the breaking or cracking** of any part of a system or appliance containing water or steam (other than an Automatic Sprinkler system), unless the system or appliance is damaged by a Covered Cause of Loss.

   d. Explosion of steam boilers, steam pipes, steam engines or steam turbines. However, if loss or damage by a fire or combustion explosion results, we will pay for that resulting loss or damage.

   e. Mechanical breakdown, including rupture or bursting caused by Centrifugal force.

      However, if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   f. Intentional Loss, meaning any loss arising out of any act committed:

      1) by or at the direction of you or any person or organization named as an additional insured; and

      2) with the intent to cause a loss.

### SECTION III - Second Mortgages

Coverage is extended under this section to **Residential and Commercial Property** in which **you** have an interest as second mortgagee.

Coverage applies to insured **Residential Property** as provided in Section I of this Policy. Coverage applies to insured **Commercial Property** as provided in Section II of this Policy.

### SECTION IV - General Provisions

#### TERM

This policy is effective the date shown on the Declarations and continues until terminated.

Coverage for individual properties becomes effective at 12:01 A.M. Standard Time on the effective date shown on the individual Notice of Premium. If the insurance afforded by this policy is also provided by other insurance terminating at noon on the inception date of the Notice of Premium, insurance under this policy shall not become effective until such other insurance has terminated.

No coverage shall be provided for any property prior to the effective date of this policy.

#### CONDITIONS

1. Concealment or fraud. The entire policy will be void if, whether before or after a loss, you **have**:

   a. intentionally concealed or misrepresented any material fact or circumstance;

   b. engaged in fraudulent conduct; or

   c. made false statements;

   relating to this insurance.

2. Control of property.

   Any act or neglect of any person other than **you,** beyond your direction or control, will not affect this insurance for your interest.

   If **you** violate a condition of this policy, **we** will not pay for loss or **damage at the involved location. However, your** coverage will continue for other locations at which the violation does not apply.

(PM7\CA1F\5F204PE999)                                                                                          STK# 00 0000

3. Legal action against **us**.

No one may bring a legal action against us under this policy unless:

a. there has been full compliance with all of the terms of this policy; and

b. the action is brought within two years after the date on which the direct physical loss or damage occurred.

4. Liberalization.

If **we** adopt any revision, which would broaden the coverage under this policy without additional premium within sixty (60) days before or during the policy period, the broadened coverage will immediately apply to this policy.

5. Other Insurance

If **we** have issued a Notice of Premium because **you** have not received evidence of other acceptable insurance from the borrower and you subsequently receive such evidence, you shall immediately notify **us** and request coverage to be terminated on the covered location. Coverage on any described location provided under this policy is terminated on the effective date of other acceptable insurance.

We shall not be liable if, at the time of loss or damage there is any other insurance which would attach if this insurance had not been effected, except that this insurance shall apply only as excess and in no event as contributing insurance, and then only after all other insurance has been exhausted.

6. Transfer of Rights of Recovery Against Others to **Us.**

If any person or organization to whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

7. Limits of Recovery.

a. **Residential Property**

In case of loss or damage to **residential property** covered by this policy, **we** shall not be liable for an amount greater than the smaller of the following:

1) The cost to repair or replace the damaged residential property provided **you** actually incur such cost within one year from the date of loss.

2) The replacement cost of the damaged residential property which you actually incur within one year from the date of loss not to exceed the lesser of:

a. the **Net Loan Balance** at time of loss; or

b. 110% of the **Rating Amount** as shown on the individual Notice of Premium or on the schedule of properties.

3) The **Unrepaired Value** of the damaged **residential property** until you actually incur contractor's overhead and profit in the repair or replacement of the damaged property.

4) $1,000,000.

b. **Commercial Property**

In the event of loss or damage to **commercial property** covered by this policy, **we** shall not be liable for an amount greater than the smaller of the following:

1) The cost to repair or replace the damaged commercial **property**, provided you actually incur such cost within one year from the date of loss.

2) The replacement cost of the **damaged commercial property which you actually incur** within one year from the date of loss not to exceed the lesser of:

a. the **Net Loan Balance** at time of loss; or

b. 110% of the **Rating Amount** as shown on **the individual Notice of Premium** or on the schedule of **properties.**

3) The **Unrepaired Value** of the damaged **commercial property** until **you** actually incur contractor's overhead and profit in the repair or replacement of the damaged property.

4) $1,000,000.

(PM7\CA1F\5F204PE999)                                                    STK# 00 0000

c. **Second Mortgages**

In the event of loss or damage to residential or commercial property in which **you** have a second mortgage that is covered by this policy, **we** shall not be liable for an amount greater than the smaller of the following:

1) The cost to repair or replace the damaged **residential property** or **commercial property,** provided **you** actually incur such cost within one year from the date of loss.

2) The Rating Amount shown on the Notice of Premium or RE0 Monthly Reporting form per each location of covered property in which **you** have a second mortgage.

3) The remaining balance of the mortgage or loan at the time of the loss, less:

   a. unearned interest, points, finance charges, or service fees;

   b. unearned insurance premiums;

   c. property taxes, or any other taxes;

4) The **Unrepaired Value** of the damaged **residential property** or **commercial property** until **you** actually incur contractor overhead and profit in the repair or replacement of the damaged property.

5) $250,000.

d. **Real Estate Owned**

In the event of loss or damage to Residential or Commercial property classified as **Real Estate Owned** that is covered by this policy, **we** shall not be liable for an amount greater than the smaller of the following:

1) The cost to repair or replace the damaged **residential property** or **commercial property,** provided you actually incur such cost within one year from the date of loss.

2) The replacement cost of the damaged **residential property** or **commercial property** which you actually incur not to exceed 110% of the **Rating Amount** as shown on the individual Notice of Premium or on the schedule of properties.

3) The **Unrepaired Value** of the damaged **residential property** or **commercial property** until you actually incur contractor's overhead and profit in the repair or replacement of the damaged property.

4) $1,000,000.

8. Deductible.

**We** will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown on the Notice of Premium. **We** will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Recovery.

9. Conditions Precedent to Liability.

**Our** liability under this policy shall not attach unless and until the following conditions exist or have been performed by you:

a. A covered loss has occurred.

b. **Your** interest in the Covered property is impaired because of the **covered loss**

c. **You** must:

1) Protect the covered property from further **loss or damage,** make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair and expenditures.

2) Promptly notify **us** of the loss or damage.

3) As soon as possible, give **us** a description of how, when and where the loss or damage occurred.

4) Permit **us** to inspect the property and records proving the loss or damage.

5) If requested, permit **us** to question **you** under oath at such times as may be reasonably required about any matter relating to this insurance or **your** claim, including **your** books and records. In such event, **your** answer must be signed.

6) Send **us** a signed, sworn statement of loss containing the information we request to settle the claim. **You** must do this within sixty (60) days after **our** request. **We** will supply **you** with the necessary forms.

7) Cooperate with **us** in the investigation or settlement of the claim.

(PM7\CA1F\5F204PE999) STK# 00 0000

**10. Loss Payable.**

Loss or damage, if any, shall be adjusted with and made payable to **you.**

**11. Inspection and Audit.**

**We** shall be permitted at all reasonable times to inspect the property covered and to examine your records at any time during the currency of this Policy and within one (1) year after final settlement of any claim so far as the books and records relate to any payments made because of losses occurring during the term of this policy. **We** waive no rights and undertake no responsibility by reason of such inspection or examination or the omission thereof.

**We** shall also be permitted at all reasonable times to audit your records to verify the number of existing loans for which renewal policies have not been received.

**12. Reinstatement of Insurance.**

It is understood and agreed **that any claim under this policy shall not reduce the Limits of Recovery.**

**13. Cancellation.**

a. This policy may be cancelled during the policy period as follows:

   1) **you** may cancel this policy by giving us written notice at least seventy (70) days prior to the date cancellation is to take effect; or

   2) **We** may cancel this policy by giving **you** a seventy (70) day advance written notice.

   Cancellation of this policy by either **you** or **us** will not affect the individual properties for which a Notice of Premium has been issued. Coverage for these properties shall remain in force until the expiration date shown on the Notice of Premium.

b. Coverage for individual properties may be cancelled as follows:

   1) you may cancel individual coverage by giving us written notice stating when cancellation is to take effect.

   No cancellation may be effected more than thirty (30) days before the date such written request is received by our office; unless,

   a) there was other valid and collectible insurance coverage for the individual property; or

   b) **you** have obtained our prior approval.

   2) we may cancel by mailing to **you:**

   a) at least ten (10) days notice if cancellation is for nonpayment of premium; or

   b) at least thirty (30) days notice in all other cases.

In the event coverage is terminated for an individual property, the unearned premium will be calculated pro rata and refunded to **you.**

**14.** Request for Coverage.

a) Coverage for individual properties under this policy shall be effective on the date:

   1) of the borrower's indebtedness to **you;** or

   2) the borrower furnished insurance ceases to apply;

   whichever is later, not to exceed sixty (60) days.

b) **You** shall make a specific request to us for coverage, in accordance with the provisions of this Policy and pay the premium due.

   No coverage shall apply for locations where you have previously declined to require coverage, or waived coverage requirements.

c) Maintenance of Records/Insurance Documentation:

   1) The Coverages afforded to **you** shall not apply unless **you** maintain procedures to **identify the status of borrower** furnished insurance on eligible loans. As a further condition, **you** will take reasonable and customary steps to secure coverage to protect **your** interest in the event the borrower does not provide acceptable insurance or such insurance is cancelled or expires.

   2) **We** maintain the right to audit **your** loan files for eligible classes of collateral upon fifteen (15) days written notice by **us.**

(PM7\CA1F\5F204PE999)                                                                STK# 00 0000

15. Premium.

The premium payable for each property covered shall be calculated using the rates that are in effect at the time coverage is requested.

16. Coverage Territory.

We cover loss or damage commencing within the United States of America, including its territories and possessions.

### TERMS OF POLICY CONFORMED TO STATUTE

Terms of this policy which are in conflict with the statutes of the State wherein this policy is issued are hereby amended to conform to such statutes.

### CHANGES

This policy contains all the agreements between **you** and **us.** Its terms may not be changed or waived except by written endorsement issued by **us.**

In Witness Whereof, **we** have caused this policy to be signed by our President and Secretary.

### THIS POLICY IS NOT VALID UNLESS COUNTERSIGNED BY OUR AUTHORIZED REPRESENTATIVE

SECRETARY                                                           PRESIDENT

(CA3F\5F209E)

STK# 00 0000

# NEWPORT INSURANCE COMPANY

Administrative Office: Irvine, California   A Stock Company

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium: or

   b. 45 days before the effective date of cancellation if we cancel for any other reason,

   except as provided in paragraph 3. and 4. below.

3. We may cancel the Commercial Property Coverage Part, if made a part of this policy, by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation at least 5 days before the effective date of cancellation for any structure where 2 or more of the following conditions exist:

   a. Without reasonable explanation, the structure is unoccupied for more than 60 consecutive days, or at least 65% of the rental units are unoccupied for more than 120 consecutive days unless the structure is maintained for seasonal occupancy or is under construction or repair;

   b. Without reasonable explanation, progress toward completion of permanent repairs to the structure has not occurred within 60 days after receipt of funds following satisfactory adjustment or adjudication of loss resulting from a fire;

   c. Because of its physical condition, the structure is in danger of collapse;

   d. Because of its physical condition, a vacation or demolition order has been issued for the structure, or it has been declared unsafe in accordance with applicable law;

   e. Fixed and salvageable items have been removed from the structure, indicating an intent to vacate the structure;

   f. Without reasonable explanation, heat, water, sewer, and electricity are not furnished, for the structure for 60 consecutive days; or

   g. The structure is not maintained in substantial compliance with fire, safety and building codes.

4. If:

   a. You are an individual;

   b. A covered auto you own is of the "private passenger type"; and

   c. The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards,

   we may cancel the Commercial Auto Coverage Part by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation, including the actual reason for cancellation, to the last mailing address known to us:

   a. At least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. At least 10 days before the effective date of cancellation for any other reason if the policy is in effect less than 30 days; or

   c. At least 20 days before the effective date of cancellation for other than nonpayment if the policy is in effect 30 days or more; or

   d. At least 20 days before the effective date of cancellation if the policy is in effect for 60 days or more or is a renewal or continuation policy, and the reason for cancellation is that your driver's license or that any driver who customarily uses a covered "auto" has been suspended or revoked during policy period.

Copyright, Insurance Services Office, Inc., 1989, 1992
Copyright, ISO Commercial Risk Services, Inc.,1989, 1992

5F209E-E999

(CA3F\5F209E)

5. We will also mail or deliver to **any mortgage holder,** pledgee or other person shown in this policy to have an interest in any loss which may occur under this policy, at their last mailing address known to **us,** written **notice** of cancellation, prior to the effective date of cancellation. If cancellation is for reasons other than those contained in paragraph A.3. above, this notice will be the same as that mailed or delivered to the first Named Insured. If cancellation is for a reason contained in paragraph A.3. above, we will mail or deliver this notice at least 20 days prior to the effective date of cancellation.

6. Notice of **cancellation will state the effective date** of cancellation. The policy period will **end on that** date.

7. **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata.

   **b.** For Division Two-Boiler and Machinery, **if the first** Named Insured cancels, the refund will be at least 75% of the pro rata refund.

   **c.** Except as provided in paragraph b. above and d. below, if **the first Named Insured cancels, the** refund will be at least 90% of the pro rata refund.

   **d.** If:

      (1) You **are an individual;**

      (2) A covered auto you own is of the private passenger type;

      (3) The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards; and

      (4) The first Named Insured cancels,

      the refund will be not **less than 90% of any** unearned portion not exceeding $100, plus 95% of any unearned portion over $100 but not exceeding $500, and not less than 97% of any unearned portion in excess of $500.

   **e.** The **cancellation will be effective even if we have** not made or offered a **refund.**

8. If notice is mailed, proof of mailing **will be sufficient** proof of notice.

**B. CHANGES**

The policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a pan of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTION AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**E. PREMIUMS**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all **premiums; and**

2. Will be the payee for any return premiums we pay.

Copyright, Insurance Services Office, Inc., 1989, 1992
Copyright, ISO Commercial Risk Services, Inc.,1989, 1992

(CA3F\5F209E)

STK# 00 0000

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. NONRENEWAL**

1. We may elect not to renew this policy by mailing or delivering written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured and the first Named Insured's agent or broker, at their last mailing addresses known to us. We will also mail to any mortgage holder, pledgee or other person shown in this policy to have an interest in any loss which may occur under this policy, at their last mailing address known to us, written notice of nonrenewal. We will mail or deliver these notices at least 45 days before the:

   a. Expiration of the policy; or

   b. Anniversary date of this policy if this policy has been written for a term of more than one year.

   Otherwise, we will renew this policy unless:

   a. The first Named Insured fails to pay the renewal premium after we have expressed our willingness to renew, including a statement of the renewal premium to the first Named Insured and the first Named Insured's insurance agent or broker, at least 20 days before the expiration date; or

   b. Other coverage acceptable to the insured has been procured prior to the expiration date of the policy.

2. If:

   a. You are an individual;

   b. A covered auto you own is of the "private passenger type;" and

   c. The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards,

the following applies to nonrenewal of the Commercial Auto Coverage Part in place of G.1.:

a. We may elect not to renew or continue this policy by mailing or delivering to you and your agent or broker written notice at least 20 days before the end of the policy period including the actual reason for the nonrenewal. If the policy period is more than one year, we will have the right not to renew or continue it only at an anniversary of its original effective date. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

b. We will not refuse to renew Liability Coverage or Collision Coverage solely because an "insured" has submitted claims under Comprehensive Coverage or Towing and Labor Coverage.

c. If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance this policy will end on the effective date of that insurance.

Copyright, Insurance Services Office, Inc., 1989, 1992
Copyright, ISO Commercial Risk Services, Inc., 1989, 1992

(CA3F\5F206N)                                                                    STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office: 3349 Michelson Drive, Suite 200, Irvine, California 92612-8893
A Stock Company

## MORTGAGE PROTECTION POLICY
### NOTICE OF PREMIUM

NAMED INSURED & ADDRESS:

BORROWER'S NAME & ADDRESS:



NOTICE #          :
EFFECTIVE DATE    :
EXPIRATION DATE   :

PRODUCER #     :                                BASE PREMIUM   :
POLICY #       :                                TOTAL PREMIUM  :
LOAN #         :
TYPE OF LOAN   :

DESCRIBED LOCATION:                    DEDUCTIBLE:

                                       OCCUPIED : $
                                       VACANT     : $
                                       WIND & HAIL: $
                                       HURRICANE: $
                                       EARTHQUAKE: _____% of Rating Amount

RATING AMOUNT: $

THIS IS A NOTICE OF PREMIUM WHICH DOES NOT PROVIDE THE TERMS OF THE NAMED INSURED'S POLICY. YOU
CAN LOOK AT THE POLICY AT THE NAMED INSURED'S ADDRESS SHOWN ABOVE.

### IMPORTANT NOTICE

The insurance coverage provided by the above referenced policy has been requested by the Insured Lienholder or
Mortgagee in absence of the required insurance on the Described Location. If you have other insurance covering this
property, please request your insurance company or agent to notify the Insured Lienholder or Mortgagee promptly.
Upon receipt of acceptable notice of other coverage, this coverage will be cancelled.

THIS POLICY DOES NOT PROVIDE CONTENTS COVERAGE, PROPERTY DAMAGE LIABILITY
COVERAGE, BODILY INJURY LIABILITY COVERAGE, MEDICAL PAYMENT COVERAGE OR ANY
OTHER FORM OF WORKERS COMPENSATION COVERAGE. THE POLICY PROTECTS ONLY THE
MORTGAGEE'S INTEREST IN THE DESCRIBED LOCATION. YOU ARE NOT AN INSURED UNDER
THIS POLICY, AND YOU ARE NOT ENTITLED TO RECEIVE THE PROCEEDS FROM THIS POLICY
IN THE EVENT OF LOSS OR DAMAGE TO YOUR PROPERTY.

iF206N-E999

(CA3F\5F208E)

STK# 00 0000

## NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California   A Stock Company

### ADVICE OF CHANGE

| Named Insured |  | Endorsement Number |
|---|---|---|
| Countrywide Home Loans |  | 001 |

| Policy Number | Policy Period |  | Effective Date of Endorsement |
|---|---|---|---|
| MP 4800-0100 | 10/09/99 | to   continuous | 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ADVICE CHANGES THE NOTICE OF PREMIUM. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

### MORTGAGE PROTECTION POLICY



Re:

Loan No.:

Property Address:

All other terms and conditions of the Policy remain unchanged.

_____          _____
            Authorized Agent                                    Date

5F208E-E999

(CA3F\5F207E)                                                                                          STK# 00 0000

## NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California   A Stock Company

### GENERAL CHANGE ENDORSEMENT

| Named Insured | | Endorsement Number |
|---|---|---|
| Countrywide Home Loans | | 002 |
| Policy Number | Policy Period | Effective Date of Endorsement |
| MP 4800-0100 | 10/09/99       to      continuous | 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### MORTGAGE PROTECTION POLICY

**IT IS AGREED AS FOLLOWS:**
This endorsement provides only those changes where an ☒ appears in the box ☐ beside the change.

☐  1.  Effective dates amended as shown below.

☐  2.  Add/delete coverage endorsement as shown below.

☐  3.  Add/delete additional insureds as shown below.

☐  4.  Schedule of eligible property amended as shown below.

☐  5.  Deductible/Limit of Liability amended as shown below.

☐  6.  Other.

All other terms and conditions of the Policy remain unchanged.

_____                    _____
Authorized Agent                                                          Date

5F207E-E999

(CA3F\5F206E)                                                                        STK# 00 0000

## NEWPORT INSURANCE COMPANY
Administrative Office: Irvine, California   A Stock Company

### REO MONTHLY REPORTING ENDORSEMENT

| Named Insured | | Endorsement Number |
|---|---|---|
| Countrywide Home Loans | | 003 |
| Policy Number | Policy Period | Effective Date of Endorsement |
| MP 4800-0100 | 10/09/99          to     continuous | 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**MORTGAGE PROTECTION POLICY**

It is agreed the Policy will provide coverage for residential and commercial property owned by you as a result of foreclosure or voluntary conveyance for a one month term.

You shall maintain a schedule of properties for which this coverage is desired and forward this schedule to us each month listing all such properties.

The schedule shall include:

1. Occupancy and description of each property.

2. Address of each property.

3. Amount of insurance requested for each property.

4. Effective date and expiration date of coverage for each property.

5. Number of days coverage is in force.

6. Premium for each property, calculated in accordance with premium rates provided by us.

The schedule of properties to be covered shall be forwarded to us within fifteen (15) days following the last day of the month for which the policy applies.

All other provisions of the Policy apply.

Authorized Representative

_____
                                                                        Authorized Agent

5F206E-E999

(CA3F\5F204E)

# NEWPORT INSURANCE COMPANY

Administrative Office: Irvine, California   A Stock Company

STK# 00 0000

## AUTOMATIC COVERAGE ENDORSEMENT

| Named Insured | | |
|---|---|---|
| Countrywide Home Loans | | |

| Policy Number | Policy Period | Endorsement Number |
|---|---|---|
| MP 4800-0100 | 10/09/99 | 004 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

to   continuous

Effective Date of Endorsement
10/09/99

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

### MORTGAGE PROTECTION POLICY

This endorsement is made and entered in this _____ 09 _____ day of _____ Nov _____, _____ 1999 _____ between the Company and the insured, hereinafter called the Mortgagee.

It is hereby understood and agreed as follows:

1. AUTOMATIC COVERAGE will become effective on _____ 10/09/99 _____

   a. AUTOMATIC COVERAGE: Coverage on all properties eligible for coverage under the terms and conditions of the Policy shall be effective concurrent with the effective date of AUTOMATIC COVERAGE as stated above.

   b. The company maintains the right to audit the Mortgagee's loan files for eligible classes of collateral upon fifteen (15) days written notice by the Company.

   c. Upon discovery of properties subject to this endorsement, you will make a specific request for coverage to us in accordance with the provisions of this policy, and will pay the additional premium due. In the event of a loss prior to discovery, a fully earned annual premium will be charged for the subject location and deducted from the loss payment. There is no coverage for locations where you have previously refused to accept other coverage.

2. Maintenance of Records/Insurance Documentation

   a. The Coverages afforded to the Mortgagee under this endorsement shall not apply unless the Mortgagee maintains procedures to identify the status of borrower furnished insurance on eligible loans. As a further condition, the Mortgagee will take reasonable and customary steps to secure coverage to protect its interest in the event the borrower does not provide acceptable insurance or such insurance is cancelled or expires.

3. Cancellation/Termination:

   a. It is understood and agreed that this endorsement may be terminated by either party with forth five days notice in writing.

4. This agreement is subject to all restrictions placed upon the Mortgagee by the laws of the state in which the Mortgagee is organized, and to the terms and conditions of the Policy.

IN WITNESS WHEREOF, the company and the Mortgagee hereby subscribe to this endorsement signifying their agreement to all terms and conditions contained herein.

Company: _____

By: _____

Title: _____

Mortgagee: _____

By: _____

Title: _____

5F204E-E999

Authorized Agent _____

(CA3F\5F213E)                                                                                    STK# 00 0000

# NEWPORT INSURANCE COMPANY

Administrative Office:  Irvine, California   A Stock Company

## BLANKET VANDALISM ENDORSEMENT

| Named Insured | | Endorsement Number |
|---|---|---|
| Countrywide Home Loans | | 005 |

| Policy Number | Policy Period | | Effective Date of Endorsement |
|---|---|---|---|
| MP 4800-0100 | 10/09/99 | continuous | 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

#### This endorsement modifies insurance provided under the following:

#### MORTGAGE PROTECTION POLICY

In consideration of the premium charged, it is hereby understood and agreed that this policy is extended to provide coverage for the perils of Vandalism and Malicious Mischief to any dwelling, building or other structure that is contained within the lender's loan portfolio. Coverage under this endorsement shall apply only when the following conditions are met:

A. The dwelling, building, or other structure, to which this loss has occurred, was insured at the time of loss for those coverages required by the lender.

B. The dwelling, building, or other structure was vacant at the time of loss.

C. Loss was caused by the perils of Vandalism and Malicious Mischief to other structures or to property attached to the dwelling, building, or other structure.

D. The vacancy provision of the required insurance has been imposed and coverage for Vandalism and Malicious Mischief has been suspended as a result of the vacancy.

E. Liability under this endorsement shall be limited to a maximum amount of $25,000 per loss, to any dwelling, building, or other structure, and under no circumstances will payment for any single loss paid under this endorsement exceed this amount.

In the event that all conditions of this endorsement have been met, and liability for loss is assumed under this endorsement, the following deductible shall apply:

A. Dwellings and other Structures: The deductible shall be $   1,000.00                    .

B. Buildings: The deductible shall be $   1,000.00                    .

Endorsement Premium: $  5,500.00                    .

Annual Minimum Premium: $   5,500.00                    .

All other provisions of this Policy apply.

_____
Authorized Agent

5F213E-E999

(CA3F\5F205E)                                                                    STK# 00 0000

## NEWPORT INSURANCE COMPANY
Administrative Office: Irvine, California   A Stock Company

### BLANKET VANDALISM INCLUDING FAIR PLAN ENDORSEMENT

| Named Insured | | Endorsement Number |
|---|---|---|
| Countrywide Home Loans | | 006 |
| Policy Number<br>MP 4800-0100 | Policy Period<br>10/09/99      to      continuous | Effective Date of Endorsement<br>10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### MORTGAGE PROTECTION POLICY

In consideration of the premium **charged**, it is hereby understood and agreed that this policy is extended to provide coverage for the perils of Vandalism and Malicious Mischief to any dwelling, building or other structure that is contained within the lender's loan portfolio. Coverage under this endorsement shall apply only when the following conditions are met:

A. **The dwelling, building, or other structure, to which the loss has occurred, was insured at the time of loss** for those coverages required by the lender or was insured by a policy issued by a FAIR Plan in any state.

B. The dwelling, building, or other structure **was vacant at the time of loss.**

C. Loss was caused by the perils of Vandalism and Malicious Mischief to other structures or to property attached to the dwelling, building, or other structure.

D. The vacancy provision of the required insurance has been imposed and coverage for Vandalism and Malicious Mischief has been suspended as a result of the vacancy. This condition is omitted if the dwelling, building, or other structure was insured by a policy issued by a FAIR Plan in any state.

E. Liability under this endorsement shall be limited to a maximum amount of $25,000 per loss, to any dwelling, **building,** or other structure, and under no circumstances will payment for any single loss paid under this endorsement exceed this amount.

In the event that **all** conditions of this endorsement have been met, **and** liability **for** loss is assumed under this endorsement, the following deductible shall apply:

A. Dwellings **and other** Structures: The deductible shall be $ ___1,000.00___ .

B. **Buildings:** The deductible shall be $ ___1,000.00___ .

Endorsement Premium: $ ___5,500.00___

Annual Minimum Premium: $ ___5,500.00___

All other provisions of this Policy apply.

_____
**Authorized Agent**

5F205E-E999

(CA3F\5F210E)

STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office: Irvine, California   A Stock Company

## EARTHQUAKE EXTENSION ENDORSEMENT

| Named Insured | Countrywide Home Loans | | Endorsement Number 007 |
|---|---|---|---|
| Policy Number MP 4800-0100 | Policy Period 10/09/99 | continuous | Effective Date of Endorsement 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### SECTION I - PERIL INSURED AGAINST

This policy is extended to insure against direct loss by Earthquake and Volcanic Eruption only when premium for Earthquake is shown on the first page of this policy or by endorsement.

If more than one Earthquake shock or Volcanic Eruption shall occur within any period of seventy-two hours during the term of this endorsement, such Earthquake shocks or Volcanic Eruptions shall be deemed to be a single Earthquake or Volcanic Eruption. This Company shall not be liable for any loss caused by any Earthquake Shock or Volcanic Eruption occurring before the effective date and time of this endorsement, nor occurring after the expiration date and time of this policy.

### SECTION II - DEDUCTIBLE CLAUSE
This Company shall not be liable for loss to any unit of insurance unless such loss exceeds the Deductible percentage **(specified on the first page of this policy or by endorsement)** of the actual cash value of such unit of insurance at the time when such loss shall happen, and then only for its proportion of such excess.

The following shall each be considered a separate unit of insurance: (a) each separate building or structure; (b) the contents of each separate building or structure; and (c) property in each yard.

This Deductible shall supersede any other Deductible in this policy as respects the peril **of Earthquake and Volcanic Eruption.**

This Deductible shall not apply to Insurance covering Business Interruption, Tuition Fees, Extra Expense, Additional Living Expense, Rent or Rental Value or Leasehold Interest.

### SECTION III - GENERAL EXCLUSIONS
1. **EXCESS CLAUSE:** This Company shall not be liable for loss by Earthquake and Volcanic Eruption to property which is more specifically covered in whole or in part by this or any other contract of insurance, except for the amount of loss which is in excess of the amount due from such more specific insurance after application of the above Deductible Clause to the entire loss.

2. **MASONRY VENEER CLAUSE:** This Company shall not be liable for any loss to exterior masonry veneer (other than stucco) on wood frame walls and the value of such veneer shall not be considered in the determination of the actual cash value when applying the Deductible and Coinsurance Clauses.

   This Clause is not applicable (a) where less than 10% of the total **exterior** wall area is faced with masonry veneer, nor (b) when voided on the first page of this policy or by endorsement.

3. **PERILS NOT INSURED AGAINST:**
   A. This Company shall not be liable by this **Earthquake Extension** Endorsement for loss caused by, resulting from, contributed to or aggravated by fire, explosion, flood surface water, mudslide, mudflow, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray from any of the foregoing, **whether** or not attributable to Earthquake or Volcanic Eruption.

   B. Nuclear Exclusion - (Not applicable in New York): Loss by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, is not insured against by this endorsement, whether such loss be direct or indirect, proximate or remote, or be in whole or part caused by, contributed to, or aggravated by Earthquake or Volcanic Eruption.

**This Endorsement must be attached to Change Endorsement when issued after the Policy is written.**

5F210E-04E999

Authorized Agent

(CA3F\5F210E)                                                                                    STK# 00 0000

## SECTION IV - OTHER PROVISIONS

1. APPORTIONMENT OF LOSS CLAUSE: In the event of loss to any unit of insurance in excess of the Deductible amount, this Company shall be liable for no greater proportion of such excess than (a) the proportion of liability of this Company for loss under this Earthquake Extension Endorsement as determined by the Coinsurance Clause attached to this policy, or (b) for a greater proportion of such excess than the amount provided by this Earthquake Extension Endorsement shall bear to all Earthquake insurance, whether collectible or not.

2. This Earthquake Extension Endorsement does not increase the amount(s) of insurance provided in this policy.

3. PROVISIONS APPLICABLE ONLY WHEN THIS POLICY COVERS BUSINESS INTERRUPTION, TUITION FEES EXTRA EXPENSE, ADDITIONAL LIVING EXPENSE, RENT OR RENTAL VALUE, LEASEHOLD INTEREST OR OTHER CONSEQUENTIAL LOSS: The term "direct", as applied to loss means loss as limited and conditioned in this policy, resulting from direct loss to described property by Earthquake or Volcanic Eruption. If the business of the owner or tenant(s) of the described building(s) is interrupted by a strike at the described location, this Company shall not be liable for any loss due to interference by any person(s) with rebuilding, repairing or replacing the property damaged or destroyed or with the resumption or continuation of business.



5F210E-04E999

(CA3F\5F211E)                                                                      STK# 00 0000

## NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California   A Stock Company

### CALIFORNIA EARTHQUAKE OPTION -1
### STRUCTURAL ENGINEERING OR DEMOLITION COSTS

| Named Insured Countrywide Home Loans | | Endorsement Number 008 |
|---|---|---|
| Policy Number MP 4800-0100 | Policy Period 10/09/99          continuous | Effective Date of Endorsement 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### MORTGAGE PROTECTION POLICY

This policy provides coverage for a payment of service, except as provided by public entities, for the purpose of structural engineering costs to determine the habitability of the residential dwelling or coverage for the homeowner liability for the actual costs of residential dwelling demolition due to structural condemnation as the result of damage or loss from the peril of earthquake.

The amount of coverage provided by this endorsement shall be equal to 10% of the coverage provided for in this policy.

This coverage is subject to the earthquake deductible specified in this policy.

All other provisions of this policy remain unchanged.


Authorized Agent

5F211E-04E999

(CA3F\5F212E)

STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California   A Stock Company

## CALIFORNIA EARTHQUAKE OPTION -2
### RECONSTRUCTION COSTS

| Named Insured Countrywide Home Loans | | Endorsement Number 009 |
|---|---|---|
| Policy Number MP 4800-0100 | Policy Period 10/09/99     continuous | Effective Date of Endorsement 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies Insurance provided under the following:

### MORTGAGE PROTECTION POLICY

This policy provides coverage in the amount of ten thousand dollars ($10,000) for the purpose of reconstruction costs required to bring the covered residence up to required local residential building code standards as required by the local government as part of the approval of the reconstruction permit process after loss from the peril of earthquake.

This coverage is subject to the earthquake deductible specified in this policy.

THIS COVERAGE TAKES EFFECT ONLY AFTER RETROFITTING HAS BEEN COMPLETED BY THE INSURED AND VERIFIED BY THE INSURANCE COMPANY.

All other provisions of this policy remain unchanged.



Authorized Agent

5F212E-04E999

(CA1F/5H227E04)                                                STK# 00 0000

# NEWPORT INSURANCE COMPANY

## ADVICE OF CHANGE

Named Insured _____ Countrywide Home Loans _____ Endorsement number ___ 001 _____

Policy number _____ 4800-0100 _____ Effective Date of this Endorsement _____ 6/10/02 _____

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

It is agreed that the following changes are made to this Policy:

1.  Under "SECTION IV -General Provisions, CONDITIONS, 9. Conditions Precedent to Liability, C. 2.)" is hereby deleted and replaced by the following:

    2) , or a mortgagor in legal possession of the insured **Residential Property** or **Commercial Property**, promptly notify us of the loss or damage.

2.  Under "SECTION IV -General Provisions, CONDITIONS, 9. Conditions Precedent To Liability, C. 10" is hereby deleted and replaced by the following:

    10. Loss Payable

    Loss or damage, if any, shall be adjusted with and made payable to **YOU**. In the event that the covered amount of a covered loss exceeds Your interest in the covered property and a mortgagor is in legal possession of the insured **Residential Property** or **Commercial Property** at the time of payment for loss or damage payment, will be made to **You** and the mortgagor.

3.  **You** warrant that any payments made to **You** will be used to repair or replace the damaged or destroyed **Residential Property** or **Commercial Property** if the mortgagor is in legal possession of such property and the mortgage loan is not in default.

**Notwithstanding the foregoing, nothing contained in this endorsement shall make a Mortgagor in legal possession of the insured Residential Property or Commercial Property an insured or an additional insured under this Policy.**

All other terms and conditions of the Policy remain unchanged.

_____               _____
Authorized Agent                                              Date

5H227E04 E0602