**MINUTE ENTRY**
**DUVAL, J.**
**April 13, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K"(2)** |

**PERTAINS TO: MRGO,** *Robinson* **C.A. No. 06-2268**

Attending a telephonic status conference concerning the resolution concerning deposition cuts to be used in lieu of live testimony were:

Joseph Bruno for plaintiffs and

Robin Smith for defendants.

Prior to discussing the issue of depositions, the court informed the parties that it expected the parties to tailor the trial to the issues about which they differed, to be incisive and to avoid needless repetition as this is a bench trial, and the Court will have reviewed all of the expert reports and deposition testimony prior to trial.

The Court also informed counsel that it had received the Motion to Strike Supplemental Report of Defendant United States' Expert Donald Resio (Doc. 18514). Counsel for Plaintiffs informed the Court that it did not want oral argument. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument contained in (Doc. 18514) is **MOOT**.

The Court also informed the United States that it would not require an immediate response to the motion; the United States indicated that it would file its opposition forthwith.

Nonetheless, in order to assure that the Court can rule on this motion prior to the commencement of trial,

**IT IS FURTHER ORDERED** that an opposition to this motion must be filed no later than **9:00 a.m. on Friday, April 17, 2009**.

Finally, as to the deposition cuts, the Court was informed that it would be receiving deposition cuts for approximately 18 witnesses all but 2 of whom are Rule 30(b)(6) witnesses by close of business Monday. It was assured that the amounts were not to be voluminous. It should be remembered that a 2-page executive summary of the deposition testimony was to accompany these materials.

Finally, with respect to the seating arrangement, the Government acquiesced in the Plaintiffs' request to be seated next to the jury box. The Court assured the Government that the jury room would be made available to them to accommodate the difference in area for materials.

*[signature]*

JS:10- 20 mins.