# UNITED STATE DISTRIC COURT
# FORE THE EASTERN DISTRICT OF LOUISANA

In Re; KATRINA CANAL BREACHES CONSOIDATED LITIGATION

No. 05-4182
Section K (2)

************************************************************

## MOTION AND ORDER FOR FORMA PAUPERIS.

**NOW INTO COURT;**   Agent Wayne J Duchmann. Mover/Agent

Who moves this Honorable Court to respectfully to Grant to motion

Are set forth in the memorandum in support of the motion for

*forma paupers* .

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel for all party by: facsimile or hand delivery and by depositing the same in the U.S mail, postage prepaid this 20 day of March         2009

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
Doc. No._____

Respectfully submitted,

Wayne J. Duchmann
Pro se /Plaintiff/Mover/Agent
2224 Jacob dr.
Chalmette, Louisiana 70043.
(504) 610-8320
E-mail: murphyoilspill@aol.com.

## MORANADUM IN SUPPORT OF MOTION AND ORDER FOR 28 USC 1915 FORMA PAUPERIS

MAY IT PLEASE THE COURT; This Motion come out the fact that Wayne J. Duchmann who is a agent for his late mother who pass on after Hurricanes Katrina and Rita, Who was deprive of her right to live her life In her home as she wish as a result in part due to the defendants' negligence This is in action found in *subclass 1.* of the Court Order.

Wayne J. Duchmann (hereafter) know as the Agent for the estate GRACE BLANCHARD DUCHMANN Issuers with regard to true Principals/Agent has full right to prosecution this Action in the above caption matter.

Due to the fact that Estate will soon filed for Chapter 13th protection And if and when a *trustee* take over to resolve most of the estate matter.

However until a *Trustee* is appointed . Wayne J Duchmann this agent will Stay focus on see that only proper Principals / Agent. Receive Payment for claims. *In Re: KATRIN CANAL BREACH CONSOIDATED LITIGATION* 05-4182. In this claim their was a who is given the legal authority to manage money or property on behalf of said principals' acting as the Attorney in fact.

And now hereby pray that this Court will Order this motion be GRANTED to proceed in *Forma paupers* .[1] Under 28 USC § 1915.

Louisiana Recovery Authority, The Louisiana Road Home Program ,The Untied State Army Corp of Engineers and Murphy Oil Corporation." see Exhibit [O-3] ACT OF PARTITION Three page dated May 2, 2007.see Objection filed on March 9, 2009 .Where Kenny and Danny Duchmann Wave any and all right the Estate .

Wherefore now comes Henry G. Duchmann who request that he be Revocation from Power of Attorney under C.C. ART. 3028[2] See exhibit [H] . Until Henry be advise of the action . And the conquests of the breach of Power of Attorney request must be dined by Agent. And will be added Trustee in Charge chapter 13th . The Estate pray that this Court Order Grant this motion and Order.

---

[1] 28 USC § 1915.
[2] C.C ART. 3028.

Henry G. Duchmann
121 Mill Creek Road
Poplarville, Mississippi 39470


Wayne Duchmann
2224 Jacob Drive
Chalmette, LA  70043               CERTIFIED MAIL # 70060100000226111513

## NOTICE OF REVOCATION OF POWER OF ATTORNEY

To Wayne Duchmann :

Be advised that the Power of Attorney executed on April 12, 2007, has been revoked by the Principal, Henry Duchmann, Jr., and the former Agent, Wayne Duchmann, shall no longer act as an agent on his behalf in the matters stated therein. The mandate of agency designated to Wayne Duchmann and created through the aforementioned Power of Attorney has been terminated by the Principal, Henry Duchmann, Jr. A copy of the Revocation of Power of Attorney is enclosed.

This revocation applies only to the Principal, Henry G. Duchmann.

*THIS LETTER WILL SERVE AS NOTICE OF THE REVOCATION OF POWER OF ATTORNEY PURSUANT TO LA. C.C. ART. 3028*

_____        DATE: 2-13-09
Henry G. Duchmann


**Enclosure**

## UNITED STATE DISTRIC COURT
## FORE THE EASTERN DISTRICT OF LOUISANA

In Re; KATRINA CANAL BREACHES CONSOIDATED LITIGATION

No. 05-4182
Section K (2)

*************************************************************************

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on counsel for all party by: facsimile or hand delivery and by depositing the same in the U.S mail, postage prepaid this ___ day of March ___ 2009

Respectfully submitted,

Wayne J. Duchmann
Pro se /Plaintiff/Mover/Agent
2224 Jacob dr.
Chalmette, Louisiana 70043.
(504) 610-8320
E-mail: murphyoilspill@aol.com.