# UNITED STATE DISTRIC COURT
# FORE THE EASTERN DISTRICT OF LOUISANA

## In Re; KATRINA CANAL BREACHES CONSOIDATED LITIGATION

**No. 05-4182**
**Section K (2)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS  FURTHER ORDER**  That the Estate be GRANTED to proceed

In the forma paupers.                                         *Moot as objection*
                                                             *was withdrawn on April 2,*
**IT SO ORDER;** considering the forgoing motion and order and after  court   *2009*

Review and see that is reasonable and the court may grant relif witch is   *in open*
                                                                           *Court.*
equity and lawful done this day _____ ~~March~~ *April* , 2009.New Orleans,
Louisiana

_____
HONOABLE DUVAL STANWOOD R. Jr.
UNITED STATE DISTRICT COURT JUDGE.