# King, Krebs & Jurgens, P.L.L.C.

COUNSELORS AT LAW

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LOUISIANA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233
E-MAIL: info@kingkrebs.com
www.kingkrebs.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 13  PM 5: 02

LORETTA G. WHYTE
CLERK

HENRY A. KING (1)
PATRICIA A. KREBS (1)
GEORGE B. JURGENS III
ROBERT J. BURVANT (1)
J. GRANT COLEMAN, LLM (2)(4)
ERIC E. JARRELL
LEN R. BRIGNAC (3)(5)(1)
TIMOTHY S. MADDEN
ROBERT J. STEFANI (2)(7)
JAMES D. BERCAW

LINDSAY A. LARSON III
DAVID A. STRAUSS (1) (8)
JEFFREY M. BURMASTER
ROBERT C. SCRUGGS (9)
DOUGLAS P. MATTHEWS
MICHAEL L. VINCENZO
CHRISTIAN A. GARBETT, SR.
JOHN A. CANGELOSI
MICHAEL D. ROCHE

Of Counsel:
FREDERICK W. BRADLEY
CHARLOTTE P. LIVINGSTON
BRENT M. BURNS

HOUSTON OFFICE:
6363 Woodway, Suite 820
HOUSTON, TEXAS 77057
PHONE: (713) 334-5644
FAX:   (713) 334-5826

AFFILIATED OFFICES:

NEW DELHI, INDIA
ATHENS, GREECE

JOANNE MANTIS (6)
REBECCA H. DIETZ (2) (10)
BETH E. ABRAMSON
ADAM P. MASSEY
MEGAN COLE MISKO (11)
SUSAN E. DINNEEN (2) (10)
MONICA M. WALDRON
MICHAEL J. CERNIGLIA (13)

SARAH S. MONSOUR
ASHLEY P. GONZALEZ
SUSAN KELLER-GARCIA
JUSTIN M. CHOPIN
PAUL G. VAN HOOSE
WILLIAM D. BOYLES
SHALNI A. CHANDWANI
ANDREW J. QUACKENBOS

(1) ALSO ADMITTED IN TEXAS
(2) ALSO ADMITTED IN WASHINGTON, D.C.
(3) ALSO ADMITTED IN FLORIDA

(4) TAX LAW SPECIALIST
CERTIFIED BY THE LOUISIANA
BOARD OF LEGAL SPECIALIZATION
(5) REGISTERED PATENT ATTORNEY
(6) ALSO ADMITTED IN GREECE

(7) ALSO ADMITTED IN NEW YORK
(8) ALSO ADMITTED IN ILLINOIS
(9) ADMITTED IN TEXAS ONLY

(10) ALSO ADMITTED IN MARYLAND
(11) ALSO ADMITTED IN TENNESSEE
(13) ALSO ADMITTED IN COLORADO

WRITER'S DIRECT LINE: (504) 582-3816
E-MAIL: dstrauss@kingkrebs.com

April 9, 2009

***Via Email Only***
Magistrate Joseph C. Wilkinson, Jr.
USDC, Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

Re: Katrina Canal Breaches Consolidated Litigation
Civil Action No. 05-4182 "K" (2)
Pertains to Insurance – Severed Mass Joinder Cases
Our File: 2900-001

Dear Judge Wilkinson:

Your honor recently issued a Call Docket Order (rec. doc. 18086) and a Supplemental Call Docket Order (rec. doc. 18106) relative to a number of State Farm cases. Many of these cases were prosecuted by Joe Bruno's office and defended by my office. Those cases are all subject to pending or concluded settlements. As I will be on vacation on the day of the call docket, April 15, 2009, I respectfully ask that in lieu of my appearance the court accept the attached chart which provides a status of all of the State Farm cases filed by Joe Bruno that are identified in the two call docket orders, or alternatively, I respectfully ask that the court move the call docket to the following week in order to allow me to attend.

As you will see by review of the chart submitted, many of the cases have been dismissed by Mr. Bruno's office subsequent to the issuance of your call docket orders and the other cases are awaiting final execution of the release documents prior to formal dismissal being entered by the court.

{N0190790}

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

The other State Farm cases in your call docket orders that are not identified on our attached chart are being handled, on behalf of State Farm, by Chase Chassignac. I have spoken with Chase and he will be in attendance at the hearing on behalf of State Farm and prepared to speak on the cases that he is defending as well as any general questions regarding all of the State Farm cases on the call docket.

We thank the court for its attention to this matter.

Very truly yours,

David A. Strauss

DAS:drb
Enclosure

cc: (via email)
Chase Chassignac
Joe Bruno
Scott Joanen

{N0190790}

Info for April 15, 2009 Call Docket

| Case Name | USDC Case # | Our File # | JBA # | Status |
|---|---|---|---|---|
| Sheila Davis v. SF | 07-2269 | 2900-326 | JBA02708 | Order of Dismissal signed on 3/24/09 |
| Elnora Johnson v. SF | 07-2289 | 2900-209 | JBA01756 | Still waiting on executed Release from Bruno |
| Louise & Philip Mele v. SF | 07-2295 | 2900-224 | JBA01866 | Still waiting on executed Release from Bruno |
| Waldo Fortin v. SF | 07-2306 | 2900-147 | JBA01163-02 | Still waiting on executed Release from Bruno |
| Joseph & Ana Catalanotto v. SF | 07-2319 | 2900-195 | JBA01572 | Still waiting on executed Release from Bruno |
| Juanita Spears v. SF | 07-2357 | 2900-013 | JBA01732 | Still waiting on executed Release from Bruno |
| Joseph Tramontans v. SF | 07-2360 | 2900-279 | JBA02280-03 | Still waiting on executed Release from Bruno |
| Joseph Tramontans v. SF | 07-2361 | 2900-279 | JBA02280-04 | Still waiting on executed Release from Bruno |
| Clarence Barrow v. SF | 07-2391 | 2900-021 | ? | Order of Dismissal signed on 4/1/08 |
| Shirley Walker v. SF | 07-2396 | 2900-066 | JBA00414 | Still waiting on executed Release from Bruno |
| Fara Coates v. SF | 07-2409 | 2900-084 | JBA000542 | Delivering settle chks to Bruno 4/8/09 |
| Otis Morgan v. SF | 07-2420 | 2900-095 | JBA00623 | Order of Dismissal signed on 4/3/09 |
| Ernestine Fultz v. SF | 07-2451 | 2900-138 | ? | Order of Dismissal signed on 4/3/09 |
| Ernestine Fultz v. SF | 07-2452 | 2900-138 | ? | Order of Dismissal signed on 4/3/09 |
| Ernestine Fultz v. SF | 07-2453 | 2900-138 | ? | Order of Dismissal signed on 4/3/09 |

{N0188027}

| Case | Number | | Status |
|---|---|---|---|
| Cherylyn Maurice-Hall v. SF | 07-2471 | 2900-166 | JBA01263 | Still waiting on executed Release from Bruno |
| Cynthia Fefie v. SF | 07-2479 | 2900-177 | JBA01407 | Still waiting on executed Release from Bruno |
| Cynthia Rockingham v. SF | 07-2490 (duplicate case) | 2900-191 | JBA01525-03 | Order of Dismissal signed on 4/3/09 |
| Allen & Chaniel Age v. SF | 07-2526 | 2900-232 | JBA01913 | Still waiting on executed Release from Bruno |
| Eric Voebel v. SF | 07-2528 (duplicate case) | 2900-233 | JBA01914 | Order of Dismissal signed on 4/3/09 |
| Oliver Evans v. SF | 07-2547 | 2900-257 | JBA02139 | Still waiting on executed Release from Bruno |
| Gwendolyn & Willie Gleason v. SF | 07-2555 | 2900-265 | JBA02190 | Order of Dismissal signed on 3/24/09 |
| Damian Smith v. SF | 07-2566 | 2900-278 | JBA02273 | Order of Dismissal signed on 4/3/09 |
| Philip & Charlene Bell v. SF | 07-2574 | 2900-019 | JBA00020 | Order of Dismissal signed on 4/3/09 |
| James Chatelain v. SF | 07-2580 | 2900-358 | JBA02882 | Still waiting on executed Release from Bruno |
| Mattie Simon v. SF | 07-2605 | 2900-337 | JBA02778-02 | Still waiting on executed Release from Bruno |
| Edward Lewis v. SF | 07-2610 | 2900-342 | JBA02799-01 | Still waiting on executed Release from Bruno |
| Marie Brumfield v. SF | 07-2615 | 2900-356 | JBA02877 | Still waiting on executed Release from Bruno |
| Casaline & Charles Pigott v. SF | 07-2620 | 2900-363 | JBA02951 | Still waiting on executed Release from Bruno |
| Tommy & Alice Curtain v. SF | 07-2625 | 2900-367 | JBA02990 | Still waiting on executed Release from Bruno |
| Karen Green-Benita v. SF | 07-2631 | 2900-374 | JBA03042 | Still waiting on executed Release from Bruno |
| Avanell & Dalfrey | 07-2632 | 2900-375 | JBA03049 | Order of Dismissal signed |

{N0188027}

| | | | |
|---|---|---|---|
| Alexander v. SF | | | on 3/24/09 |
| Gloria Muhammad v. SF | 07-2635 | ? | ? | Order of Dismissal signed on 4/3/09 |
| Denise & Cornel Henry v. SF | 07-2641 | 2900-384 | JBA03138 | Order of Dismissal signed on 3/24/09 |
| Linda Callais v. SF | 07-2642 | 2900-385 | JBA03162 | Still waiting on executed Release from Bruno |
| Josephine & Fred Davis v. SF | 07-2646 | 2900-002 | ? | Order of Dismissal signed on 4/3/09 |
| Gaynelle Dassau v. SF | 07-2648 | 2900-003 | ? | Order of Dismissal signed on 4/3/09 |

{N0188027}