## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

311 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

EMAIL ADDRESS OF WRITER
cchassaignac@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8913

WILLIAM R. PORTEOUS, JR. (1899-1969)
CARL J. JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. DARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

OF COUNSEL:
CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

PLEASE REPLY TO:
**BATON ROUGE**

April 14, 2009

<u>Via Facsimile: 504-589-7633</u>
Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
B409 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Re: Mass Action (Katrina Litigation) – Call Docket
C.A. No. 05-4182; "K"/(2) - USDC Eastern District
Our File No.: 895.1032

Dear Magistrate Judge Wilkinson:

Your Honor recently issued a Call Docket Order (rec. doc. 18086) and a Supplemental Call Docket Order (rec. doc. 18106), relative to a number of State Farm cases. Nineteen (19) of the cases referenced in your Call Docket are being prosecuted by Jim Hall's office and defended by undersigned's office. Attached to this correspondence is an Excel spreadsheet listing the nineteen (19) cases and their current status.

As fate would have it, I also have a personal matter (family medical issue) which conflicts with the currently scheduled Call Docket. Counsel respectfully requests that Your Honor re-schedule the Call Docket currently set for April 15, 2009, or accept the attached spreadsheet outlining the current status of the matters pending on the Call Docket *in lieu* of my appearance. If it is Your Honor's wish, I can make myself available by cellular phone at the time of the scheduled conference.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Mag. Judge Wilkinson
April 14, 2009
Page 2

---

As you will see by review of the spreadsheet, a few of the cases have been dismissed, numerous others are duplicative of lawsuits already settled by Strauss and Bruno and warrant dismissal, while others are awaiting receipt of settlement funds and/or execution of settlement documents. Five (5) cases have not been settled and no negotiations are currently taking place.

Thank you very much for your time and consideration. Should you have any questions or concerns in this regard, please do not hesitate to contact me.

Sincerely,

CHARLES L. CHASSAIGNAC, IV

CLC/rlk
Enclosure
cc:   Jim Hall
      Joseph Rausch

WILKINSON CALL DOCKET
APRIL 15, 2009 AT 10:00 A.M.

| | A | B | C | D | I |
|---|---|---|---|---|---|
| 1 | Claimant Name | | Case No. | Originating Lawsuit 06-4746 | Status |
| 2 | Dennison, Janice | | 07-1901 | Aaron | Duplicate - needs to be dismissed |
| 3 | Gay, Byron/Mildred | | 07-1915 | Aaron | Duplicate - needs to be dismissed |
| 4 | Kepp, Melinda/Melvina | | 07-1970 | Aaron | Duplicate - needs to be dismissed |
| 5 | Lewis, Kevin | | 07-1982 | Aaron | Not settled |
| 6 | Page, Zina | | 07-2036 | Aaron | Awaiting settlement chks from SF |
| 7 | Quest, Lilly | | 07-2045 | Aaron | Awaiting execution of release |
| 8 | Ridgley, Ella | | 07-2050 | Aaron | Duplicate - needs to be dismissed |
| 9 | Robertson, Marclean/Willie | | 07-2052 | Aaron | Duplicate - needs to be dismissed |
| 10 | Rooney, Giselle/Joseph | | 07-2057 | Aaron | Duplicate - needs to be dismissed |
| 11 | Saunders, Rose | | 07-2162 | Aaron | Duplicate - needs to be dismissed |
| 12 | Welch, Bessie | | 07-2184 | Aaron | Dismissal filed 04-13-09 |
| 13 | Blay, Anitra/Mark | | 07-1878 | Aaron | Awaiting settlement chks from SF |
| 14 | Butler, Rose | | 07-1887 | Aaron | Dismissed |
| 15 | Crutchfield, Johnny | | 07-1895 | Aaron | Dismissed |
| 16 | Harris, Mary/Roland | | 07-1946 | Aaron | Dismissed |
| 17 | Johnson, Shiela | | 07-1967 | Aaron | Not settled |
| 18 | Mora, Charlene | | 07-2030 | Aaron | Not Settled |
| 19 | Perrault, Dorothy/Harry | | 07-2042 | Aaron | Not settled |
| 20 | Robinson, Sheila | | 07-2055 | Aaron | Not settled |