UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:* **BARGE**
*Weber v. Lafarge C.A. No. 08-4459*

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

  BEFORE ME, the undersigned authority, personally appeared Katherine W. Heck, of the law firm Chaffe McCall, LLP, 1100 Poydras Street, 2300 Energy Centre, New Orleans, Louisiana 70163-2300, who after being duly sworn, said that on the 5th day of January, 2009 she did cause to be mailed Third Party Summonses and copies of the "Answer to Amended Complaint in Admiralty and Third-Party Complaint of Lafarge North America Inc." which applies to *"Weber v. Lafarge"* C.A. No. 08-4459, which is consolidated with "In Re: Katrina Canal Beaches Consolidated Litigation (Barge)", Civil Action No. 05-4182 "K" (2), by Lafarge North America Inc. against United States of America, in this action in accordance with Rule 4 of

1274432-1

the Federal Rules of Civil Procedure, by mailing the process to U.S. Attorney James B. Letten, 210 Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana 70130, Attention Civil Process Clerk, and to Attorney General, United States of America, Michael Mukasey, U.S. Department of Justice, 5137 Robert F. Kennedy Bldg., 10th Street & Constitution Avenue, NW, Washington, DC 20530, with copies to Lt. Gen. Robert L. Van Antwerp, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers Headquarters, 441 G. Street NW, Washington DC 20314, Col. Alvin B. Lee, District Engineer, U.S. Army Corps of Engineers, New Orleans, District Headquarters, P. O. Box 60267, New Orleans LA 70160-0267, and Robin D. Smith, Esq., Senior Trial Counsel, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Benjamin Franklin Station, P. O. Box 888, Washington DC 20044, each enclosed in an envelope deposited in the United States mail by Certified Mail, Return Receipt Requested, on said date, properly addressed with sufficient postage affixed; and that she received the certified domestic postal return receipts, attached hereto as Exhibit "A", indicating delivery of same on the following dates:

 U. S. Atty. James Letten, delivered on January 6, 2009
 U.S. Atty. Gen. Michael Mukasey delivered on January 13, 2009
 Lt. General Robert L. Van Antwerp delivered on January 15, 2009
 Col. Alvin B. Lee delivered on January 6, 2009
 Robin D. Smith, Esq., delivered on January 9, 2009

*Katherine W. Heck*
Katherine W. Heck

Sworn to and subscribed before me, Notary, this _14_ day of _April_, 2009.

_____
NOTARY PUBLIC

JOHN L. ROBERT, III
NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL NUMBER 29400
COMMISSION ISSUED FOR LIFE

1274432-1   2