UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:* **BARGE**

*Weber v. Lafarge* C.A. No. 08-4459

<u>**CERTIFIED MAIL RETURN RECEIPTS**</u>

# EXHIBIT A

1274455-1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
HON. JAMES B. LETTEN
U.S. ATTORNEY, Eastern District
of Louisiana
210 Hale Boggs Federal Bldg
500 Poydras Street
New Orleans LA 70130
ATTN: CIVIL PROCESS CLERK

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____
☐ Agent
☐ Addressee
B. Received by (Printed Name): JOSIA NADARES
C. Date of Delivery: 1/6/08
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0662 1790

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Honorable Michael Mukasey
Attorney General, United States
of America
U.S. Department of Justice
5137 Robert F. Kennedy Bldg
10TH Street & Constitution Ave. NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____
☐ Agent
☐ Addressee
B. Received by (Printed Name): _____
C. Date of Delivery: JAN 13 2009
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0662 1783

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
LT. GENERAL Robert L. Van Antwerp
Chief of Engineers & Commanding
General
U.S. Army Corps of Engineers
Headquarters
441 G Street NW
Washington DC 20314

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Michael Merriweather
☑ Agent
☐ Addressee
B. Received by (Printed Name): Michael Merriweather
C. Date of Delivery: 1-15-09
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0662 1820

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Card 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robin D. Smith, Esq.
Senior Trial Counsel
U.S. Department of Justice
(BOX 888) Civil Division
Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington DC 20044

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature]  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name): [illegible]
- C. Date of Delivery: JAN 0 2009
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0662 1806

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Card 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Col. Alvin B. Lee
District Engineer
U.S. Army Corps of Engineers,
New Orleans
District Headquarters
P.O. Box 60267
New Orleans LA 70160-0267

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X R. Harris  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name): [illegible]
- C. Date of Delivery: JAN -8 2009
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0662 1813

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540