AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| DANIEL WEBER, ET AL <br> Plaintiff <br> v. <br> LAFARGE NORTH AMERICA, INC. <br> Defendant, Third-party plaintiff <br> v. <br> UNITED STATES OF AMERICA <br> Third-party defendant | Civil Action No.  08-4459 c/w 05-4182 "K" (2) <br><br> In Re: Katrina Canal Breaches Litigation |

## Summons on a Third-Party Complaint

To: *(Third-party defendant's name and address)*

United States of America
c/o HOn. James B. Letten
United States Attorney, Eastern District of Louisiana
210 Hale Boggs Federal Building, 500 Poydras Street
New Orleans, Louisiana 70130

A lawsuit has been filed against defendant __Lafarge North America__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Daniel Weber, et al__.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

Robert B. Fisher, Jr.
Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300

It must also be served on the plaintiff's attorney, whose name and address are:

Brian A. Gilbert
Law Office of Brian A. Gilbert, PLC, 821 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __JAN - 5 2009__

__LORETTA G. WHYTE__
Name of clerk of court

__B. Gregory__
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 441 (Rev. 04/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on JAMES B. LETTON by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify): DELIVERING TO HIS OFFICE IN THE HALE BOGGS BUILDING

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

Date: 1/5/2009

_____
Server's signature

TED P. TINDELL   PARALEGAL
Printed name and title

1100 POYDRAS Street
# 2300
New Orleans, La 70163
Server's address