⬛AO 88 (Rev. 12/07) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Katrina Canal Breaches Consolidated Litigation

V.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    05-4182 Section "K"(2)

TO:   Cecil Wayne Soileau
      10012 Walden Drive
      River Ridge, La 70123

X   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA , 500 POYDRAS STREET, NEW ORLEANS, LA 70130 | COURTROOM<br>C352 |
| --- | --- |
| | DATE AND TIME<br>APRIL 20, 2009, 9:00AM |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]*  Attorney for Plaintiffs | DATE<br>April 9, 2009 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
   Joseph M. Bruno, The Law Offices of Joseph M. Bruno, 855 Baronne Street, New Orleans, La 70113 (504) 561-6776

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/07) Subpoena in a Civil Case (Page 2)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 4/11/09 | 1002 Waldon Dr, Slidell |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| Cecil Wayne Sollow | | By Hand |
| SERVED BY (PRINT NAME) | | TITLE |
| Brian Bellina | | Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   4/11/09
                DATE

Brian
SIGNATURE OF SERVER

6909 Amanda St
ADDRESS OF SERVER

Not In Town

Federal Rule of Civil Procedure 45 (c), (d), and (e), as amended on December 1, 2007: