UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    <u>Abadie</u>  06-5164 | JUDGE DUVAL<br>MAG. WILKINSON |

\* \* \*

| | |
|---|---|
| CHARLES PIGOTT ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-6288 |
| ALLSTATE INSURANCE COMPANY | SECTION "L" (4) |

## ORDER

At the request of Edwin Shorty, counsel for plaintiffs in Civil Action No. 07-6288 "L"(4), an in-person conference is set in the referenced matters before me on **April 20, 2009 at 3:00 p.m.** The purpose of the conference is to discuss the issue of dual representation of the Pigotts in their Hurricane Katrina claims against Allstate and the allocation of attorney fees between competing plaintiffs' counsel from settlement funds.

New Orleans, Louisiana, this __14th__ day of April, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. ELDON E. FALLON**
**HON. KAREN WELLS ROBY**