## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **JUDGE DUVAL** |
| *PERTAINS TO:   INSURANCE* | § | |
| | § | **MAGISTRATE WILKINSON** |
| **MALCOLM SCHULZ          NO.:  07-3081** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| _____ | § | |

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL
### WITH PREJUDICE

COMES NOW, the Plaintiff, Malcolm Schulz, as well as Defendant, Allstate Insurance

Company, through undersigned counsel and who hereby stipulate to the dismissal of this action

no. 07-3081 in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendant pray that this Rule 41 (a) Joint Stipulation of

Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached

Order.

RESPECTFULLY SUBMITTED,


*/s/ Gregory J. Schwab* _____

**GREGORY J. SCHWAB #21075**

100 Ramey Road, Suite B

Houma, Louisiana 70360

Telephone: (985) 223-4457

Facsimile:  (985) 851-5051

E-mail: gjschwab@exceedtech.net

Attorney for Allstate


and

LESTELLE & LESTELLE, APLC


*/s/ Andrea S. Lestelle*
**Terrence J. Lestelle, Bar No. 08540**
**Andrea S. Lestelle, Bar No. 08539**
**Jeffery B. Struckhoff, Bar No. 30173**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229