# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re:
**KATRINA CANAL BREACHES**                            §   **CIVIL ACTION NO. 05-4182 "K" (2)**
**CONSOLIDATED LITIGATION**                           §
                                                      §   **JUDGE DUVAL**
*PERTAINS TO:   INSURANCE*                            §
                                                      §   **MAGISTRATE WILKINSON**
**MALCOLM SCHULZ**              NO.:  07-3081         §
                                                      §
**VERSUS**                                            §
                                                      §
**ALLSTATE INSURANCE COMPANY**                        §
_____              §

### <u>ORDER</u>

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-3081, in its entirety, is dismissed with prejudice.


_____
JUDGE