UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (Palumbo, No. 06-9990) | * * | |

## JOINT MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, **ANDREW S. PALUMBO,** and Defendant, State Farm Fire and Casualty Company (defendant, Elaine Bilstad has already been dismissed). State Farm appears herein privately in all respects as to the homeowner's policy of insurance at issue in the instant lawsuit. As to the Standard Flood Insurance Policy ("SFIP") at issue, State Farm appears in its capacity as a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. §4001, *et seq.*) (the "NFIA"), and appearing herein in its fiduciary[1] capacity as the "fiscal agent of the United States,"[2] and files this Joint Motion and Order of Dismissal in the captioned matter.

Through their undersigned counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with

---

[1] 44 C.F.R. §62.23(f).

[2] 42 U.S.C. §4071 (a)(1) and *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

1

settlement and accordingly, should be dismissed, with prejudice, each party to bear its own cost of court.

_____
GARY M. PENDERGAST (#10420)
ATTORNEY AT LAW
Attorney for Plaintiff
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
Telephone: (504) 523-0454

_____
CHARLES L. CHASSAIGNAC, IV (#20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for Defendant State Farm Fire
and Casualty Company in its capacity as
homeowner's insurer
343 Third Street, Ste. 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 16th day of April, 2009.

_____
CHARLES L. CHASSAIGNAC, IV (#20746)

2