UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Palumbo, No. 06-9990) | * | |

## ORDER

**IT IS ORDERED** that all claims against State Farm Fire and Casualty Company, brought by **ANDREW S. PALUMBO,** plaintiff herein, be and are hereby dismissed, with prejudice, with each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

3