UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                            NO. 05-4182

                                            SECTION "K"(2)

PERTAINS TO: MRGO, *Robinson* C.A. No. 06-2268

# ORDER AND REASONS

Before the Court is a Motion for Reconsideration re: Order (Doc No. 15515) and Motion to Supplement the Record (Doc. 15652). In essence Plaintiffs seeks reconsideration of the Court's decision that their claims concerning the EBIA and the Washington Group International, Inc. ("WGI") were barred by Plaintiffs' failure to exhaust their administrative claims under 28 U.S.C. §2675(a) and were time-barred under 28 U.S.C. § 2401(b) based on the fact that the claims sought to be added had not been included in the initial administrative claim. Relying on a single letter from the Corps, Plaintiffs argue:

> As the Court can see from the attached correspondence, the information provided by the Department of the Army being provided to claimants is inconsistent with the arguments presented by the defendant United States of America. (See Exhibit 1). For this very reason, the jurisprudence referenced by the Plaintiffs should be given greater deference than that presented by the defendant.

(Doc. 15652-2, p. 1). This statement comprises the entirety of Plaintiffs' argument and is supported neither by any discussion of the alleged inconsistency nor any case citation. As such, the Court finds no merit in this motion. However, it will allow the record to be supplemented. Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration re: Order (Doc No. 15515) and Motion to Supplement the Record (Doc. 15652) is **DENIED** with respect to reconsideration and **GRANTED** with respect to supplementing the record.

New Orleans, Louisiana, this  15th  day of April, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE