UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K"(2)** |

**PERTAINS TO: MRGO,** *Robinson* **C.A. No. 06-2268**

## ORDER AND REASONS

In Defendant United States' Objections to Exhibits Identified by Plaintiffs, an objection was lodged to Plaintiffs' exhibit list entry of MRGO-000487. The United States opined that the exhibit was inadvertently produced to the Plaintiffs on August 31, 2007. They argue that the document is protected by the Attorney -Client Privilege and/or the Attorney-Work Product Doctrine. The Court has since been informed by plaintiffs' counsel they will not seek to admit this document into evidence. Accordingly,

**IT IS ORDERED** that the Defendant United States' Objections to MRGO–000487 is **MOOT** as this document will not be offered into evidence by Plaintiffs.

New Orleans, Louisiana, this 15th day of April, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE