UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARENCE BARROW | CIVIL ACTION |
| VERSUS | NO. 07-2391 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "K" (2) |

## ORDER

The claims of plaintiff, Clarence Barrow, against defendant State Farm Fire and Casualty Company were previously dismissed by order of the presiding district judge in the In re Katrina Canal Breaches Consolidated Litigation, C.A. No. 05-4182 "K(2), Record Doc. Nos. 12008 and 12110, as also accurately reflected in Exhibit 1 to plaintiff's counsel's response to my call docket order, Record Doc. Nos. 18553 and 18086. Accordingly, the Clerk is directed to file in the record of C.A. No. 07-2391 the previously filed motion and subsequently issued order of Judge Duval dismissing the claims of plaintiff Clarence Barrow against defendant State Farm Fire and Casualty Company, Record Doc. Nos. 12008 and 12110, and mark the referenced Barrow case, C.A. No. 07-2391, CLOSED.

New Orleans, Louisiana, this 15th day of April, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**