MINUTE ENTRY
WILKINSON, M.J.
APRIL 15, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO:   INSURANCE                     JUDGE DUVAL
               Severed Mass Joinder Cases    MAG. WILKINSON

In response to the court's call docket and supplemental call docket orders, Record Doc. Nos. 18086 and 18106, Joseph M. Bruno, counsel for plaintiffs, and David Straus and Charles Chassaignac, counsel for defendant State Farm, have provided the court with detailed status reports. Having studied those status reports, counsel for plaintiffs (in his letter dated April 9, 2009 and in Exhibits 2 or 4 to that letter, Record Doc. No. 18553), and defendant have confirmed in writing that the following cases have been settled and are ready for entry of a 90-day dismissal order.

**Johnson v. State Farm, 07-2289**
**Mele v. State Farm, 07-2295**
**Fortin v. State Farm, 07-2306**
**Catalanotto v. State Farm, 07-2319**
**Spears v. State Farm, 07-2357**

MJSTAR: 0 : 45

**Tramontans v. State Farm, 07-2360**
**Tramontans v. State Farm, 07-2361**
**Walker v. State Farm, 07-2396**
**Coates v. State Farm, 07-2409**
**Maurice-Hall v. State Farm, 07-2471**
**Fefie v. State Farm, 07-2479**
**Age v. State Farm, 07-2526**
**Evans v. State Farm, 07-2547**
**Chatelain v. State Farm, 07-2580**
**Simon v. State Farm, 07-2605**
**Lewis v. State Farm, 07-2610**
**Brumfield v. State Farm, 07-2615**
**Pigott v. State Farm, 07-2620**
**Curtain v. State Farm, 07-2625**
**Green-Benita v. State Farm, 07-2631**
**Callais v. State Farm, 07-2642**

Accordingly, by copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the above-listed cases.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**