UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:    INSURANCE<br>                          Severed Mass Joinder Cases | JUDGE DUVAL<br>MAG. WILKINSON |

## CALL DOCKET ORDER

Counsel in the cases listed below previously reported to me that settlements had been reached in these cases and that appropriate motions to dismiss would be filed. As of the date of this order, the listed cases remain pending and motions to dismiss have not been filed. Accordingly,

**IT IS ORDERED** that Joseph Rausch, counsel for plaintiffs, and Charles Chassaignac, counsel for defendant State Farm, in the cases listed below must appear before me in person on **May 20, 2009 at 10:30 a.m.** to show cause why these cases should not be (1) set for trial, (2) dismissed for failure to prosecute, or (3) conditionally based upon the previously reported settlements:

**Dennison v. State Farm, 07-1901**
**Gay v. State Farm, 07-1915**
**Kepp v. State Farm, 07-1970**
**Lewis v. State Farm, 07-1982**
**Page v. State Farm, 07-2036**
**Quest v. State Farm, 07-2045**

**Ridgley v. State Farm, 07-2050**
**Robertson v. State Farm, 07-2052**
**Rooney v. State Farm, 07-2057**
**Saunders v. State Farm, 07-2162**
**Blay v. State Farm, 07-1878**
**Johnson v. State Farm, 07-1967**
**Mora v. State Farm, 07-2030**
**Perrault v. State Farm, 07-2042**
**Robinson v. State Farm, 07-2055**

Filing joint or consent motions with proposed orders to dismiss all of these cases prior to the hearing will eliminate the need to appear in person.

New Orleans, Louisiana, this ___16th___ day of April, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**