UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO<br>05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 06-0020,<br>06-0225, 06-0866, 06-2278, 06-2287,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5159, 06-5161, 06-5260,<br>06-5308, 06-5785, 06-5786, 06-5937,<br>06-8708, 07-1113, 07-1271, 07-1349,<br>07-3173, 07-3500, 07-4392, 07-4550,<br>07-4555, 07-4837, 07-4945, 07-4976,<br>07-4979, 07-4995, 07-5007, 07-5012,<br>07-5013, 07-5016, 07-5067, 07-5254,<br>07-5286, 07-5339, 07-5343, 07-5344,<br>07-5350, 07-5355, 07-5356, 07-5375,<br>07-5397 | SECTION "K"(2) |

## JUDGMENT

Pursuant to this Court's Order of April 13, 2009 (Rec. Doc. 18541) and Federal Rule of Civil Procedure 54(b), accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendant, Washington Group International, Inc., and against the Plaintiffs named in the above-captioned civil actions, dismissing the complaints with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this ___14th___ day of April, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE