# Exhibit A

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Wednesday, April 08, 2009 11:10 AM |
| **To:** | McConnon, Jim (CIV) |
| **Subject:** | FW: Plaintiffs' Deposition Cuts |
| **Attachments:** | Accardo 2008-04-04.wpd; Hawes 2008-04-17.wpd; Rush 2008-05-09.wpd; Powell 2008-4-14.wpd |

Jim McConnon
(202) 353-2604

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Friday, April 03, 2009 12:10 AM
**To:** McConnon, Jim (CIV); Smith, Robin (CIV)
**Cc:** Joe Bruno; Pierce ODonnell; Jim Roy; Scott Joanen; Andy Owen
**Subject:** Plaintiffs' Deposition Cuts

Jim -

Attached, please find the deposition cuts of:

Accardo
Hawes
Powell
Rush

Rob

**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Wednesday, April 08, 2009 11:09 AM |
| **To:** | McConnon, Jim (CIV) |
| **Subject:** | FW: Deposition Cuts |
| **Attachments:** | Sands 2008-07-3.wpd; Pinner 2008-07-17.wpd; Varuso 2008-04-01.wpd |

Jim McConnon
(202) 353-2604

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Friday, April 03, 2009 3:08 PM
**To:** McConnon, Jim (CIV)
**Cc:** Joe Bruno; Pierce ODonnell; Andy Owen; Scott Joanen
**Subject:** Deposition Cuts

Jim -

Please find attached the deposition cuts of the following:

    Pinner
    Sands
    Varuso

**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Wednesday, April 08, 2009 11:09 AM |
| **To:** | McConnon, Jim (CIV) |
| **Subject:** | FW: |
| **Attachments:** | Livaudais 2008-04-7.wpd; Savoye 2008-3-5.wpd; Arceneaux 2008-4-24DRAFT.wpd |

Jim McConnon
(202) 353-2604

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Friday, April 03, 2009 10:56 PM
**To:** McConnon, Jim (CIV); Smith, Robin (CIV)
**Cc:** Joe Bruno; Jim Roy; Pierce ODonnell; Andy Owen; Scott Joanen
**Subject:**

Jim -

Attached please fin Plaintiffs' depo cuts for:
Arceneaux
Livaudais
Savoye

**J. Robert Warren, II, A PLC**
 504.561.6771 - Direct
 504.561.6775 - Facsimile
 504.723.1011 - Mobile
 rob@jbrunolaw.com
 rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

**From:** McConnon, Jim (CIV)
**Sent:** Wednesday, April 08, 2009 11:08 AM
**To:** McConnon, Jim (CIV)
**Subject:** FW: Plaintiffs' Depo Cuts
**Attachments:** Van Stutts 2008-04-15.wpd; Daigle (2008-04-03).wpd; Naomi (2008-04-10).wpd

Jim McConnon
(202) 353-2604

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Sunday, April 05, 2009 9:16 PM
**To:** McConnon, Jim (CIV)
**Cc:** Joe Bruno; pod@osmlaw.com; Andy Owen; Jim Roy
**Subject:** Plaintiffs' Depo Cuts

Jim -

Attached are the cuts for:

- Daigle
- Naomi
- Van Stutts


J. Robert Warren, II, A PLC
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

---

**From:** McConnon, Jim (CIV)
**Sent:** Wednesday, April 08, 2009 11:08 AM
**To:** McConnon, Jim (CIV)
**Subject:** FW: Plaintiffs Deposition Cuts
**Attachments:** Rodriguez (4-30-2008).wpd; Odinet (2008-07-09).wpd

Jim McConnon
(202) 353-2604

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Sunday, April 05, 2009 9:47 PM
**To:** McConnon, Jim (CIV); Smith, Robin (CIV)
**Cc:** Joe Bruno; pod@osmlaw.com; Andy Owen; Jim Roy
**Subject:** Plaintiffs Deposition Cuts

Jim -

Attached please find the deposition cuts of:

- Odinet
- Rodriguez

**J. Robert Warren, II, A PLC**
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Wednesday, April 08, 2009 11:07 AM |
| **To:** | McConnon, Jim (CIV) |
| **Subject:** | FW: Plaintiffs' Deposition Cuts |
| **Attachments:** | Baumy (2008-04-09).wpd; Buisson (2008-04-17).wpd |

Jim McConnon
(202) 353-2604

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Sunday, April 05, 2009 11:51 PM
**To:** McConnon, Jim (CIV); Smith, Robin (CIV)
**Cc:** Joe Bruno; pod@osmlaw.com; andy owen; Jim Roy
**Subject:** Plaintiffs' Deposition Cuts

Attached please find Plaintiffs Deposition Designations for the following:

- Baumy
- Buisson

Rob

**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Wednesday, April 08, 2009 11:07 AM |
| **To:** | McConnon, Jim (CIV) |
| **Subject:** | FW: Plaintiffs depo cuts |
| **Attachments:** | Hanchey (2008-04-24).wpd; Miller (2008-10-2).wpd; Miller (2008-10-10).wpd; Miller (2008-10-14).wpd; Powell (2008-10-3).wpd; Saia (2008-07-14).wpd; Saia (2008-09-30).wpd; Saia (2008-10-1).wpd; Soileau (2008-4-11).wpd |

Jim McConnon
(202) 353-2604

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Monday, April 06, 2009 3:03 PM
**To:** McConnon, Jim (CIV); Smith, Robin (CIV)
**Cc:** Joe Bruno; pod@osmlaw.com; andy owen; Jim Roy
**Subject:** Plaintiffs depo cuts

Jim -

Please find attached the depo cuts for the following:

- Hanchey (4-24-2008)
- Miller (10-2-2008)
- Miller (10-10-2008)
- Miller (10-14-2008)
- Powell (10-3-2008)
- Saia (7-14-2008)
- Saia (9-30-2008)
- Saia (10-1-2008)
- Soileau (4-11-2008)


**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Wednesday, April 08, 2009 11:06 AM |
| **To:** | McConnon, Jim (CIV) |
| **Subject:** | FW: Plaintiff Deposition cuts |
| **Attachments:** | Montvai (2008-10-7).wpd; Broussard (2008-03-31).wpd; Broussard (2008-10-15).wpd; Miller (2008-04-16).wpd; Miller (2008-10-15).wpd |

Jim McConnon
(202) 353-2604

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Monday, April 06, 2009 6:27 PM
**To:** McConnon, Jim (CIV); Smith, Robin (CIV)
**Cc:** Joe Bruno; pod@osmlaw.com; andy owen; McConnon, Jim (CIV)
**Subject:** Plaintiff Deposition cuts

Jim -

Attached, please find the depo cuts for the following:

- Broussard (3-31-08)
- Broussard (10-15-08)
- Miller (4-16-08)
- Miller (10-15-08)
- Montvai (10-7-08)


**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | Rob Warren [rob@jbrunolaw.com] |
| **Sent:** | Wednesday, April 08, 2009 8:15 AM |
| **To:** | McConnon, Jim (CIV) |
| **Cc:** | Joe Bruno; Pierce ODonnell; Andy Owen; Jim Roy |
| **Subject:** | Plaintiffs Depo Cuts |
| **Attachments:** | Winer (2008-04-18).wpd; Bonanno (2008-04-30).wpd; Engineers 702C (2007-11-14).wpd; Heiberg (2008-04-29).wpd; Huerkamp (2007-07-27).wpd; Landry (2008-4-30).wpd; Manguno (2008-07-24).wpd; Mosher (2008-11-25).wpd; Powell (2008-10-16).wpd; Russo (2008-05-21).wpd; Schroeder (2008-04-16).wpd; Saia (2008-10-2).wpd |

Jim -

Attached, please find deposition cuts for the following witnesses:

- Winer
- Bonanno
- Corps (702(c)) 30(b)(6)
- Heiberg
- Huerkamp
- Landry
- Manguno
- Mosher
- Powell
- Russo
- Saia
- Schroeder


**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | Rob Warren [rob@jbrunolaw.com] |
| **Sent:** | Wednesday, April 08, 2009 7:19 PM |
| **To:** | McConnon, Jim (CIV) |
| **Cc:** | Joe Bruno; Scott Joanen; Pierce ODonnell; Andy Owen |
| **Subject:** | PLTF Deposition Cuts |
| **Attachments:** | Podany (2008-10-9).wpd; Podany (2008-10-8).wpd |

Jim -

Attached are the deposition cuts for Podany. I believe you should have all the 30(b)(6) cuts now. Please let me know if you find one missing.

Rob


**J. Robert Warren, II, A PLC**
 504.561.6771 - Direct
 504.561.6775 - Facsimile
 504.723.1011 - Mobile
 rob@jbrunolaw.com
 rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/9/2009

McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | Rob Warren [rob@jbrunolaw.com] |
| **Sent:** | Thursday, April 09, 2009 4:15 PM |
| **To:** | Rob Warren; McConnon, Jim (CIV); Smith, Robin (CIV) |
| **Cc:** | Joe Bruno; Pierce ODonnell; Andy Owen; Jim Roy |
| **Subject:** | RE: Deposition Cuts |

Jim -

Please add Varusso 30(b)(6) from Murphy Oil to the list below. This is one that would probably need to be cut regardless of what we agree to do on the others.

Thanks,
Rob


J. Robert Warren, II, A PLC
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Rob Warren
**Sent:** Thursday, April 09, 2009 2:41 PM
**To:** 'McConnon, Jim (CIV)'; 'Smith, Robin (CIV)'
**Cc:** Joe Bruno; 'Pierce ODonnell'; 'Andy Owen'; 'Jim Roy'
**Subject:** Deposition Cuts

Jim -

In order to supply the Court with deposition cuts in a proper and timely manner, we propose the US concentrate on the following depositions.

1) All 30(B)(6) depositions of the Corps of Engineers, including the 702(c) deposition.
2) Huerkamp 30(b)(6)
2) Heiberg
3) Gatien Livaudais. Mr. Livaudais is local, but is unavailable for trial due to health reasons.

As per our conversation earlier this week. If the US will supply the counter designations to these depositions in Word Perfect, we will compose the final cuts and transmit to the Court. In order for this to happen we must begin receiving counter designations by mid day Saturday.

You will also notice that the earlier deposition cuts sent attached a cover sheet listing the

4/9/2009

Deponent ... which this information is pulled. The Court's March 31 Order directs us to supply a summary of the testimony offered to accompany the cuts. We propose to attach the cover pages and simply recite the 30(B)(6) topics addressed by each witness, without additional narrative. I believe this should assist both sides in finalizing the cuts for presentation to the Court. Please let me know if the US will agree to this. I can send a sample "final" cut to you later this afternoon if you like.

Thanks,
Rob

**J. Robert Warren, II, A PLC**
 504.561.6771 - Direct
 504.561.6775 - Facsimile
 504.723.1011 - Mobile
 rob@jbrunolaw.com
 rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

# McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Tuesday, April 14, 2009 1:48 PM |
| **To:** | Robinson, Dwayne (CIV) |
| **Subject:** | FW: 30(b)(6) Deposition Cuts |
| **Attachments:** | Owen (2008-10-16).wpd; Miller Vol II 30(b)(6).wpd; Huerkamp, John 07272007 Depo Cuts.wpd; Miller Vol I 30(b)(6).wpd |

**Tracking:** **Recipient** **Read**

Robinson, Dwayne (CIV) Read: 4/14/2009 1:50 PM


Jim McConnon
(202) 353-2604


**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Monday, April 13, 2009 10:20 PM
**To:** McConnon, Jim (CIV)
**Cc:** Joe Bruno
**Subject:** 30(b)(6) Deposition Cuts

Jim -

Please see the attached "FINAL" deposition cuts.

1. Heurkamp: Added Plaintiffs' Summary and added additional cut (Page 180:15-25)
2. Miller Vol I: Added Plaintiffs' Summary and Exhibit Index
3. Miller Vol II: Added Plaintiffs' Summary and Exhibit Index and added additional designation (Page 86:24-25)

In addition please find Plaintiffs' designations for Gib Owen.


**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/14/2009

# McConnon, Jim (CIV)

**From:** Rob Warren [rob@jbrunolaw.com]
**Sent:** Tuesday, April 14, 2009 4:36 PM
**To:** McConnon, Jim (CIV); Smith, Robin (CIV)
**Subject:** Varuso
**Attachments:** Varuso 2006-08-22.wpd

Please find attached, plaintiffs' deposition designations for Varuso 30(b)(6)

**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | Rob Warren [rob@jbrunolaw.com] |
| **Sent:** | Wednesday, April 15, 2009 11:14 PM |
| **To:** | McConnon, Jim (CIV) |
| **Cc:** | Joe Bruno |
| **Subject:** | 702(c) Deposition Designations |
| **Attachments:** | Baumy 2007-11-14 30(b)(6) & 702(c) Depo Cuts.wpd; O'Cain 2007-11-14 30(b)(6) & 702(c) Depo Cuts.wpd; Powell 2007-11-14 30(b)(6) & 702(c) Depo Cuts.wpd |

Jim -

Attached, please find the plaintiffs counter designations to the 702(c) deposition. Please advise if the US would like to add more designation. I plan to deliver to the Court as soon I head back from you.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

4/16/2009