UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION FOR USE OF DEPOSITION AT TRIAL

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who move this Court to allow the Plaintiffs to use the deposition of the United States Corps of Engineers, through its designated representative Richard Varusso at trial.

As more fully set forth in the attached Memorandum in Support, the deposition testimony at issue is a prior statement by the US Corps of Engineers concerning the design, construction, and performance of the Reach 2 MRGO federal flood control levee.  Because there were common questions of law and fact, and a substantial identity of the issue, along with all of the elements necessary for the introduction of the deposition testimony of the USA Corps of Engineers being met, the deposition testimony at issue should e admitted by the Court.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the Plaintiffs' Motion for Use of Deposition at Trial.

        **Respectfully Submitted,**

        **PLAINTIFFS LIAISON COUNSEL**

        /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 16th day of April, 2009.

        /s/ Joseph M. Bruno
        Joseph M. Bruno