UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz in the above referenced action, on Wednesday, May 13, 2009 at 9:30 a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Judge Stanwood R. Duval Jr., will bring on for hearing the attached motion.

         **Respectfully Submitted,**

         **APPROVED PLAINTIFFS LIAISON COUNSEL**

           /s/  Joseph M. Bruno
         JOSEPH M. BRUNO (La. Bar # 3604)
         Law Offices of Joseph M. Bruno
         855 Baronne Street
         New Orleans, Louisiana 70113
         Telephone: (504) 525-1335
         Facsimile: (504) 561-6775
         Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 16th day of April, 2009.


                                                /s/ Joseph M. Bruno
                                                Joseph M. Bruno