UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION IN LIMINE

### re: Introduction of Dr. Penland Transcript

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who move this Court to preclude the introduction of the deposition testimony of Dr. Shea Penland, for reasons more fully set forth in the attaced Memorandum in Support.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the Plaintiffs' Motion in Limine.

                                        **Respectfully Submitted,**

                                        **PLAINTIFFS LIAISON COUNSEL**

                                            /s/ Joseph M. Bruno
                                        JOSEPH M. BRUNO (La. Bar # 3604)
                                        Law Offices of Joseph M. Bruno
                                        855 Baronne Street
                                        New Orleans, Louisiana 70113
                                        Telephone: (504) 525-1335
                                        Facsimile: (504) 561-6775
                                        Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 16th day of April, 2009.

                                         /s/ Joseph M. Bruno
                                       Joseph M. Bruno