# DECLARATION OF ROBERT G. BEA

Robert G. Bea, under penalty of perjury, states as follows:

1.      This Declaration is submitted on behalf of the Plaintiffs in *Robinson v. United States*. As detailed below, this Declaration constitutes a response to expert opinions made by Defense experts Mr. B. Ebersole, Dr. D. Resio, and Dr. R. Mosher (Defense Expert Reports dated December 2008 and subsequent Depositions of these experts performed during January – March 2009). My Declaration relates to the studies I have performed to evaluate the Losses in Protective Elevations (LPEs) of the man-made earthen flood protection structures (EBSBs, Earthen Berm – Spoil Banks) along Reach 2 of the Mississippi River Gulf Outlet (MR-GO) that are due to the progressive widening and deepening of the MR-GO channel during its operation and maintenance. I incorporate by reference here all previous Declarations and Expert Reports I have prepared for the Plaintiffs in *Robinson v. United States*. If called to testify, I could and would testify competently as follows:

2.      In my January 29, 2009 Expert report, I cited two inter-related aspects associated with the operation and maintenance of the MR-GO along Reach 2:

*"**Channel Growth** – The MR-GO channel was allowed to grow to several times its originally authorized width (Figure 1). Maintenance dredging and dredging to provide a source of material for construction of the earthen man-made flood protection structures contributed to this growth as did wave erosion of the channel banks. The growth of the channel had multiple negative environmental impacts including development of a hydrologic system that facilitated salt water intrusion, encroachment of the channel banks into areas near the man-made flood protection structures thereby threatening their*

1

*performance, and development of a wide and deep water body that would intensify hurricane surge, currents, and waves."*

***"Accelerated and Increased Settlement*** *- The close proximity of the deep water MRGO navigation channel to the MR-GO hurricane flood protection structures increased settlement (due to soil creep and 'squeezing') and loss of levee crest elevation* (Figure 2)*. The proximity of the MR-GO channel to the hurricane flood protection structures also threatened their stability. The low areas of the levee crest had an increased exposure to both erosive wave action and overtopping.  Many of the portions of the levee that were the lowest at the time of Katrina experienced the most breaching.  This series of connections provides a direct link between the MR-GO channel and the flooding of populated areas."*

3.      These forensic engineering investigation conclusions were addressed in my July 2008 Expert Report. This expert report provided results from on-site observations, terrerstial and bathymetric surveys, and geotechnical stability analyses that indicated that portions of the Reach 2 EBSBs had been and currently were being subjected  to destabilizing influences associated with the proximity of the widenened MR-GO channel to the man-made flood protection strucutres (Figure 3). Stability factors of safety generally were found to be close to unity when the long term loading 'creep' effects on the soil strengths and deformations were recognized. These results indicated that lateral squeezing of the supporting soils into the adjacent 'excavations' could be expected and could be expected to lead to losses in the protective elevations of the EBSBs.



Figure 1: MR-GO channel expansion.



Figure 2: Accelerated and increased settlements caused by encroachment of MR-GO channel.



Figure 3: On site observations and results from analytical models that showed that excavations (borrow pits used to construct the EBSBs, adjacent MR-GO channel) had endangered the stability of the EBSBs due to lateral squeezing of the supporting soils.



Figure 4. Transect of USACE embankment and channel in Florida showing causes of instability to maintain the channel by squeezing the plastic clay – marl – soils from under the constructed embankments (Schmertmann 1966; 2008).

4.      My forensic engineering observations and analyses confirmed what had been recognized earlier by the USACE. As early as 1958, the USACE was concerned with the possibility of soil 'squeezing' into the adjacent MR-GO channel under the weight of the EBSBs (USACE 1958): "*As much as 75 percent of the material forming the bottom and sides of a channel crossing Chandeleur Sound between major distributary trends, particularly north of the North Islands, see plates 1 and 2), might consist of interdistributary and/or prodelta clays. From the standpoint of side slopes this may appear desirable, but it is possible that the poorly consolidated, high-water content interdistributary clays will tend to flow laterally into an excavation particularly under the extra weight of a spoil bank.*" (underline added for emphasis). This concern again surfaced in 1981: "*(h) Within 10 years the MR-GO bank will have eroded past the MR-GO R/W line (over 200 feet) and will threaten the stability of the hurricane levee.*" (underline added for emphasis (USACE 1981). During my forensic engineering investigations, no evidence could be obtained that would indicate that the USACE either understood or took proper corrective action to mitigate these dangers to the EBSBs.

5.      These observations were even more remarkable when I learned the USACE had encountered similar problems when channels were allowed to encroach on adjacent earthen flood protection structures. This type of levee performance consideration has been encountered previously in connection with construction of embankments in Florida by the USACE (Schmertmann 1966; 2008). The embankments were constructed on top of a plastic clay (Marl). The overburden stresses exerted by the embankments squeezed the Marl out from under the embankment and into the adjacent channel (Figure 4). The channel bottom grade could not be maintained. The tops of the embankments subsided and 'cones of soil heave' developed in the channel.

6.      Lateral squeezing of the soils from under levees was studied as part of the USACE's Atchafalaya levee test section performed in the mid-1960s (Figure 5; Kaufan and Weaver 1967; USACE 1968). This levee test section was extensively instrumented and analyzed (Foott and Ladd 1977; Edgers 1973). The levee test section showed 'lateral squeezing' – displacement of the underlying soft clay soils that was concentrated in the underlying peat and soft organic clays (Figure 6). Lateral displacements after 75 months approached 3 feet <u>and were accompanied by similar decreases in the elevation of the levee crown.</u> The lateral displacements extended more than 300 feet from the levee crown.



Figure 5: Atchafalaya Levee Test Section (Foot and Ladd 1977; USACE 1968).



Figure 6: Atchafalaya Levee Test Section Soil Lateral Displacements from End of Construction (0 time) to 75 Months After Construction (Edgers 1973).

8

7.     The analytical work performed by Edgers concluded: "*The lateral creep movements below heavily loaded areas cause large vertical settlements at these locations and a resultant heave of less heavily loaded areas such as beyond the berms of the Test Sections. The large berms of Test Section III* result *in reduced lateral movements close to the levee centerline and also reduced crest settlement caused by undrained creep*" (Edgers 1973). These results were confirmed by the later analyses performed by Redman and Poulos (1984).

8.     Concerns for the Losses in Protective Elevations (LPEs) were reinforced in the Defense expert reports by Resio, Ebersole, and Mosher (December 2008). Their analyses indicated that the breaching of the Reach 2 EBSBs had been associated primarily with overtopping by Hurricane Katrina's surge and waves (Figures 7 and 8).  The intensity of this overtopping and the associated breaching was attributed primarily to the crest elevations of the EBSBs.  Further, they concluded that the EBSBs would have breached due to overtopping absent negative effects of the MR-GO on the hurricane Katrina surge and waves. The Defense experts did not address the potential interactions between the elevations of the EBSBs at the time of Hurricane Katrina and the history of the operation and maintenance of the MR-GO channel that had resulted in its progressive encroachments into the adjacent man-made flood protection structures.



Figure 7: Hurricane Katrina maximum surge, pre- and post-Katrina EBSB crest elevations along Reach 2 (Resio 2008, Ebersole 2008).



Figure 8: Variation of maximum overtopping rates along Reach 2 for Hurricane Katrina surge and wave scenarios evaluated by Resio and Ebersole (2008).

9.      Losses in protective elevations of the Reach 2 EBSBs can be attributed primarily to three mechanisms: 1) regional subsidence, 2) consolidation of the sediments under the EBSBs, and 3) lateral squeezing or creep of the sediments from under the EBSBs exascerbated by the presence of the MR-GO channel.

10.     A study was performed by Fitzgerald, Miner and Morris (2009, Appendix A). This study indicated that during the period between the construction of the MR-GO and the adjacent Reach 2 EBSBs and Hurricane Katrina, that the best estimate – average – subsidence in this area would be approximately 5 millimeters (mm) per year. During the 40-year 'life' of the EBSBs, regional subsidence could be expected to account for approximately 200 mm (0.66 ft, 7.9 in). This study of regional subsidence showed that the elevations of the Reach 2 EBSBs had experienced a much greater rate of subsidence than the surrounding area – a difference of more than 20 mm per year (during the period 2002 to 2005).

11.     To evaluate the contributions to LPEs of the Reach 2 EBSBs that could be attributed to consolidation settlement and lateral squeezing – creep of the underlying mobile plastic sediments a detailed analytial study was performed at two 'control' sites: Site 1 (MR-GO Station 632+50) and Site 2 (MR-GO Station 742+50)  (Figure 10). These two 'control' sites were chosen because they were associated with two locations that experienced the greatest and least LPEs prior to Hurricane Katrina, were associated with maximum and minimun encroachment of the MR-GO channel (Figure 11), and had sufficient detailed information on soil characteristics and properties (Appendix B).

12.     Based on USACE documentation of the contruction of the Reach 2 EBSBs, construction time – activity histories of the EBSBs at Site 1 and Site 2 were developed (Figures 12 and 13, NAVD 88 elevations = NGVD 29 elevations – 0.2 feet). In addition, the time –

activity histories of the migrations of the MR-GO channel banks relative to the adjacent EBSBs were developed (Appendix B). Site 1 and Site 2 protective elevations were both approximately +18.5 feet NAVD 88 prior to Hurricane Katrina. The protective elevation at Site 1 had been achieved by driving sheet piling in this section of the EBSBs in 1992-1993. The crest of the EBSB at this location was at approximately +16 feet (NAVD 88) prior to Hurricane Katrina. At the time of Hurricane Katrina, the MR-GO channel bank was approximately 250 feet away from the unprotected 'toe' of the Site 1 EBSB, and was approximately 750 feet away from the unprotected 'toe'' of the Site 21 EBSB (Appendix B).

13.     Soil stratigraphy for the two study sites was interpreted based on soil and geologic profiles developed by Kolb (1959) as part of the MR-GO Deep Draft Navigation Channel design and the USACE (1966) for the Chalmette Area Plan (Figures 14 and 15).  Coastal Environments (CEI, 1984) mapped the two study sites as soft marsh (Site 1) and firm marsh (Site 2), implying that more vertical displacement would be anticipated at Site 1 compared with Site 2, due to the consistency of the foundation materials (Figure 16). Refer to Appendix B for additional details on the soil stratragraphy at Site 1and Site 2.

14.     Based on this information, the native (1959 pre-MR-GO excavation) materials (Figure 17) at Site 1 are Marsh (+2 ft to -8 ft); Interdistributary (-8 ft to -50 ft); Prodelta (-50 ft to -54 ft); Nearshore Gulf (-54 ft to -62 ft); and Pleistocene (-62 ft and deeper).  Following placement of the dredge spoils (1965), the Site 1 stratigraphy (Figure 18) was characterized as Fill (+5 ft to -8 ft); Marsh (-1 ft to -8 ft); Interdistributary (-8 ft to -50 ft); Prodelta (-50 ft to -54 ft); Nearshore Gulf (-54 ft to -62 ft); and Pleistocene (-62 ft and deeper).

15.     The native (1959 pre-MR-GO excavation) materials (Figure 19) at Site 2 are Marsh (+3 ft to -9 ft); Interdistributary (-9 ft to -15 ft); Intradelta (-15 ft to -48 ft); Prodelta (-48

ft to -56 ft); Nearshore Gulf (-56 ft to -61 ft); and Pleistocene (-61 ft and deeper).  Following placement of the dredge spoils (1967), the Site 2 stratigraphy (Figure 20) was characterized as Fill (+8 ft to -1 ft); Marsh (-1 ft to -9 ft); Interdistributary (-9 ft to -15 ft); Intradelta (-15 ft to -48 ft); Prodelta (-48 ft to -56 ft); Nearshore Gulf (-56 ft to -61 ft); and Pleistocene (-61 ft and deeper).

16.    Locations of the soil borings used to characterize the soils in the vicinity of Site 1 are shown in Figure 21. The best estimate soil characteristics for the soils in the vicinity of Site 1 are summarized in Figures 22 and 23. Locations of the soil borings used to characterize the soils in the vicinity of the Site 2 are shown in Figure 24. The best estimate soil characteristics for the soils in the vicinity of Site 2 are summarized in Figures 25 and 26. Additional details of the determination of soil characteristics are given in Appendix B and Appendix C.

17.    The state-of-the-art finite element analysis (FEA) commercially available computer program PLAXIS (Brinkgreve 2007) was used to analyze the LPEs during the construction of the EBSBs at Site 1 and Site 2 (Appendix C). In these analyses, the soft soil model, an isotropic effective stress constitutive model, was used to simulate the EBSB and foundation soils. PLAXIS has been applied extensively in geotechnical forensic engineering analyses and in particular to those performed as part of the studies of flood protection structure failures that developed around the Greater New Orleans Area during Hurricane Katrina (ILIT 2006; Seed et al 2008a, 2008b, 2008c; Bea 2008, 2009; Bea and Cobos-Roa 2008; Cobos-Roa and Bea 2009).

18.    The geotechnical characterizations used as input to the PLAXIS FEA were developed using a 'triangulation procedure' (Appendix C). This procedure utilized information from: (1) site-specific laboratory and field data, including consolidation tests, shear strength and

index tests; (2) generalized procedures developed for comparable soils and sites as reported values by Foot and Ladd (1972) and Independent Levee Investigation Team forensic engineering investigations (ILIT 2006); and (3) an element test modeling procedure in PLAXIS to determine the compressibility parameters for the constitutive models.   From this procedure, Shear resistance parameters and an Over-Consolidation Ratio (OCR) profile was estimated. The OCR profile was a key characterization in the EBSB LPE analyses. An initial OCR and stress history profile was determined from the 1956 soil explorations and laboratory testing, in order to assess the 'virgin' conditions of the soil, with no nearby excavation or fill placed atop the original surficial marsh layer.

19.     The Soft Soil Creep Model (SSCM) from PLAXIS was used to simulate the stress-strain behavior of the Marsh and Interdistributary clay deposits beneath the MR-GO Reach 2 EBSBs.   The creep and primary consolidation settlements were assessed simultaneously with the PLAXIS SSCM, characterizing squeezing of the marsh and clays after each fill placement stage. Previously, as part of the ILIT (2006) and Seed et al (2008a, 2008b, 2008c) the PLAXIS SSCM was validated and calibrated with the results cited earlier from the USACE Atachafalaya levee testing program performed during the mid-1960s.

20.     The PLAXIS FEA mesh analytical models used for the LPEs of the Site 1 and Site 2 EBSBs are summarized in Figures 27 and 28, respectively. The soil properties characterizations used for each of the layers – elements in the FEA models of Site 1 and Site 2 are summarized in Tables 1 and 2, respectively. Additional information on the ranges of soil properties charcteristics used in the PLAXIS FEA models to determine the 'error rates' associated with the LPEs are contained in Appendix C.

21.     Seven sets of PLAXIS FEA models were developed for both Site 1 and Site 2 for the following time periods: (1) 1965-1967, (2) 1967-1972, (3) 1972-1980, (4) 1980-1985, (5) 1985-1992, (6) 1992-2001, and (7) 2001-2005. These time 'snapshots' allowed the analytical models to simulate each of the 'lifts' used to construct the Reach 2 EBSBs. These time snapshots also allowed the analtical models to simulate the progressive widening and deepening of the MR-GO channel.

22.     An additional seven sets of PLAXIS FEA models were developed for both Site 1 and Site 2. As in the first set of analyses, these analyses covered the same time periods and simulated each of the 'lifts' used to construct the Reach 2 EBSBs. However, in this set of analyses, the MR-GO channel was removed. This analytical process allowed direct determination of the effects of the MR-GO channel on the LPEs at Site 1 and Site 2.

23.     Figure 29 summarizes the best estimate LPEs for Site 1 with and without the MR-GO channel. The best estimate cumulative contribution of the MR-GO channel to the LPE of Site 1 is 4.3 feet. Figure 30 summarizes the lateral displacements of the soils during the time history of construction, operation, and maintenance of the Site 1 EBSB. The large lateral displacements of the soils near the MR-GO channel are very similar to those measured by the USACE during the Atachafalaya levee tests (Figure 6). These lateral displacement patterns clearly show the effects of the close proximity of the MR-GO channel to this location.

24.     Figure 31 summarizes the best estimate LPEs for Site 2 with and without the MR-GO channel. The best estimate cumulative contribution of the MR-GO channel to the LPE of Site 1 is 0.0 feet. Figure 32 summarizes the lateral displacements of the soils during the time history of construction, operation, and maintenance of the Site 1 EBSB. The much smaller lateral displacements of the soils near the MR-GO channel indicate that the much larger distance

between the banks of the MR-GO and the 'foot print' of the Site 2 EBSB has significant 'restraining' effects that limit the lateral displacements. These lateral displacement patterns clearly show the effects of the MR-GO channel maintained near its originally authorized width and depth.

25.      Figures 33 and 34 summarize results from the analyses of the effects of the variabilities in soil characteristics on the Site 1 LPEs with and without the MR-GO channel, respectively. Appendix C provides details of the analyses of the variabilities in soil characteristics as they affect the LPEs at Site 1. Plus and minus one Standard Deviation results are shown. Figure 35 summarizes the variabilities in the cumulative contributions of the MR-GO channel. The best estimate LPE at Site 1 is 4.3 feet and the variability (expressed as the Coefficient of Variation, COV, the ratio of the Standard Deviation LPE to the best estimate LPE) is estimated to be 49%.

26.      Figures 36 and 37 summarize results from the analyses of the effects of the variabilities in soil characteristics on the Site 2 LPEs with and without the MR-GO channel, respectively. Appendix C provides details of the analyses of the variabilities in soil characteristics as they affect the LPEs at Site 2. Plus and minus one Standard Deviation results are shown. Figure 38 summarizes the variabilities in the cumulative contributions of the MR-GO channel. The best estimate LPE at Site 2 is 0.0 feet and the variability (expressed as the Coefficient of Variation, COV, the ratio of the Standard Deviation LPE to the best estimate LPE) is estimated to be 22%. The significantly smaller contributions of consolidation settlements and lateral squeezing – creep of the soils are reflected in the smaller variability associated with the LPE at Site 2 as compared with the LPE at Site 1.



Figure 9: Subsidence may from Dixon et al (2006) and Fitzgerald et al (2009) showing vertical subsidence rates (mm per year) derived from satellite altimetry data between 2002 and 2005. Note the exceptionally high rates of subsidence along the MR-GO Reach 2 EBSBs.



Figure 10: Location of Site 1 and Site 2 – detailed analytical study locations.



Figure 11: Correlation of Pre-Katrina Reach 2 EBSB crest elevations (NAVD 88) and encroachment of the MR-GO channel (Miner 2009).



Figure 12: History of protective elevations of the EBSBs at Site 1 (with sheet piling).



Figure 13: History of protective elevations of the EBSBs at Site 2 (no sheet piling).



Figure 14: Generalized soil profile from Kolb (1958) used as a basis for development of site stratigraphy.



Figure 15:  Generalized soil profile from Chalmette Area Plan (USACE, 1966) used as a basis for development of site stratigraphy.



Figure 16: Spatial distribution of soft marsh and firm marsh along the MR-GO EBSB alignment (CEI, 1984).



Figure 17: Stratigraphy used for the initial Site 1 (MR-GO Sta 632+50) analysis conditions (base year is 1959).



Figure 18:  Stratigraphy used for the Site 1 (MR-GO Sta 632+50) analysis conditions after initial placement of dredge spoils from excavations within the MR-GO Deep Draft Navigation Channel (base year is 1967).



Figure 19:  Stratigraphy used for the initial Site 2 (MR-GO Sta 742+50) analysis conditions (base year is 1959).



Figure 20:  Stratigraphy used for the Site 2 (MR-GO Sta 742+50) analysis conditions after initial placement of dredge spoils from excavations within the MR-GO Deep Draft Navigation Channel (base year is 1967).



Figure 21: Soil boring locations used in characterizations of soil properties in the vicinity of Site 1.



**BOR. 12BU-CHBD & 13BU-CHBD (USACE , Feb 2001)**
Ground Surface, 02-Feb 2001, for 12BU-CHBD +16.00 (ft) and 13BU-CHBD +15.40 (ft)
Estimated water table , +0.00

Figure 22: Laboratory soils test data used to define soil properties applied in loss of protective elevations at Site 1.



Figure 23: Correlated soil properties based on laboratory test data applied in loss of protective elevations at Site 1.



Figure 24: Soil boring locations used in characterizations of soil properties in the vicinity of Site 2.



**BOR. 9CUA & 9CUB (USACE , Sep 1981)**
Ground Surface, 25-28-Sep 1981, for 9CUA +17.90 (ft) and 23-24-Sep for CUB +11.50 (ft)
Estimated water table , +0.00

Figure 25: Laboratory soils test data used to define soil properties applied in loss of protective elevations at Site 2.



**BOR. G65-G66-G67-G68-G69 &G70 (USACE , Apr 1966)**
Ground Surface, 29-Apr 1966, for  G65 +11.00 (ft), G66 +10.00 (ft), G67+10.00ft) and 30 Apr for
G68  +8.00 (ft), G69 +8.00 (ft), G70+7.00(ft)
Estimated water table   +0.00

Figure 26: Correlated soil properties based on laboratory test data applied in loss of protective elevations at Site 2.



Figure 27: PLAXIS FEA mesh used for Site 1 EBSB LPE analyses. Numbers correspond to the last column in Table 1.

**Error!**



Figure 28: PLAXIS FEA mesh used for Site 2 EBSB LPE analyses. Numbers correspond to the last column in Table 2.

| Layer | Model | Shearing Type | $\gamma$ (pcf) | Kh (ft/day) | kv | $\nu$ | $\lambda*$ | $\kappa*$ | $\nu_{ur}$ | $\mu*$ | Eref (psf) | Cref (psf) | $\phi$ | $\psi$ | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARSH | SSC | Undr. | 80 [60-110] | 0.0032 | 0.00032 | | 0.217 | 0.060 | 0.15 | 0.0153 | | | 31 | | 2 |
| INTERD.[1] | SSC | Undr. | 100 [80-120] | 0.0001 | 0.0001 | | 0.130 | 0.056 | 0.15 | 0.0070 | | | 18 [16-31] | | 3 |
| FILL | MC | Undr. | 120 | 0.0028 | 0.0028 | 0.35 | | | | | 1.9e5 | 632 | 0.0 | 0.0 | 1 |
| PRODELTA | MC | Undr. | 120 [90-130] | 0.0028 | 0.0028 | 0.30 | | | | | 3e5 | 1e3 | 0.0 | 0.0 | 4 |
| PLEISTOC. | MC | Undr. | 120 | 0.0028 | 0.0028 | 0.30 | | | | | 1.2e6 | 2e3 | 0.0 | 0.0 | 5 |
| NEARSH. | MC | Drained | 120 | 0.0028 | 0.0028 | 0.30 | | | | | 8e5 | 0.0 | 30 [25-35] | 0.0 | 6 |

SSC: Soft Soil Creep Model
MC: Mohr-Coulomb.
[1]the interdistributary layer was divided in four sublayers, given the observed OCR results.
[]: Values in brackets reported by Montgomery (1974).

Table 1: Summary of best estimate soil properties characteristics for Site l.

| Layer | Model | Shearing Type | $\gamma$ (pcf) | Kh (ft/day) | kv | $\nu$ | $\lambda*$ | $\kappa*$ | $\nu_{ur}$ | $\mu*$ | Eref (psf) | Cref (psf) | $\phi$ | $\psi$ | No |
|-------|-------|---------------|----------------|-------------|-----|-------|-----------|-----------|-----------|--------|-----------|-----------|--------|--------|-----|
| MARSH | SSC | Undr. | 80 [60-110] | 0.0008 | 0.00008 | | 0.139 | 0.060 | 0.15 | 0.0087 | | | 33 | | 2 |
| INTERD.[1] | SSC | Undr. | 100 [80-120] | 0.0001 | 0.0001 | | 0.130 | 0.056 | 0.15 | 0.0070 | | | 18 [16-31] | | 3 |
| FILL | MC | Undr. | 120 | 0.0028 | 0.0028 | 0.35 | | | | | 1.9e5 | 632 | 0.0 | 0.0 | 1 |
| INTRADELTA | SSC | Undr. | 110 [80-120] | 0.0002 | 0.0002 | | 0.070 | 0.017 | 0.15 | 0.0024 | | | 19 [19-31] | | 4 |
| PRODELTA | MC | Undr. | 120 [90-130] | 0.0028 | 0.0028 | 0.30 | | | | | 3e5 | 1e3 | 0.0 | 0.0 | 5 |
| NEARSH. | MC | Drained | 120 | 0.28 | 0.28 | 0.30 | | | | | 3e5 | 0.0 | 30 [25-35] | 0.0 | 6 |
| PLEISTOC. | MC | Undr. | 120 | 0.0028 | 0.0028 | 0.30 | | | | | 1.2e6 | 2e3 | 0.0 | 0.0 | 7 |

SSC: Soft Soil Creep Model

MC: Mohr-Coulomb.

[1]the Interdistributary/Intradelta layer was divided in four sublayers, given the observed OCR results.

[]: Values in brackets reported by Montgomery (1974).

Table 2: Summary of best estimate soil properties characteristics for Site 2.

| YEAR | SETTLEMENT WITH MR-GO | SETTLEMENT WITH OUT MR-GO |
|---|---|---|
| 1965-1967 | 2,30 | 2,31 |
| 1967-1972 | 4,10 | 1,68 |
| 1972-1980 | 4,12 | 2,19 |
| 1980-1985 | 2,60 | 2,60 |
| 1985-1992 | 4,21 | 4,23 |
| 1992-2001 | 4,60 | 4,60 |
| 2001-2005 | 4,80 | 4,80 |

| YEAR | FILL INCREMENT |
|---|---|
| 1965 | 4,00 |
| 1968 | 10,50 |
| 1973 | 8,00 |
| 1981 | 5,50 |
| 1986 | 4,50 |



Figure 29: Summary of best estimate Loss of Protective Elevations at Site 1 with and without the MR-GO channel.



Figure 30: Horizontal displacements of soils from the PLAXIS FEA of the time-history of Site 1 with the MR-GO channel.



| YEAR | SETTLEMENT WITH MR-GO | SETTLEMENT WITH OUT MR-GO |
|------|------|------|
| 1968-1976 | 3,43 | 3,43 |
| 1979-1981 | 1,25 | 1,26 |
| 1987-1992 | 1,78 | 1,76 |
| 1992-2001 | 1,09 | 1,17 |
| 2001-2005 | 0,33 | 0,32 |

| YEAR | FILL INCREMENT |
|------|------|
| 1968 | 11,50 |
| 1979 | 7,00 |
| 1984 | 2,50 |

Figure 31: Summary of best estimate Loss of Protective Elevations at Site 2 with and without the MR-GO channel.



Figure 32: Horizontal displacements of soils from the PLAXIS FEA of the time-history of Site 2 with the MR-GO channel.



Figure 33: Results of variability analyses for Site 1 with the MR-GO channel (plus and minus one Standard Deviation values shown).



Figure 34: Results of variability analyses for Site 1 without the MR-GO channel (plus and minus one Standard Deviation values shown).



Figure 35: Results of variability analyses for Site 1 LPEs with and without the MR-GO channel. Best estimate of contribution of MR-GO channel to LPE of Site 1 is 4.3 feet.



Figure 36: Results of variability analyses for Site 2 with the MR-GO channel (plus and minus one Standard Deviation values shown).



Figure 37: Results of variability analyses for Site 2 without the MR-GO channel (plus and minus one Standard Deviation values shown).



Figure 38: Results of variability analyses of Site 2 LPEs with and without the MR-GO channel. Best estimate of contribution of MR-GO channel to LPE of Site 2 is 0.0 feet.

27.     Based on the foregoing analytical results, I conclude that the close proximity of the MR-GO channel to Site 1 (250 feet) was a primary causitive factor in the LPE of the EBSB at this location. During the construction, operation, and maintenance history at this site, the MR-GO channel contributed a best estimate of 4.3 feet in LPE at Site 1.

28.     This conclusion is substantiated with results from analyses of the LPE at Site 2 as caused by the MR-GO channel. Because the channel had not migrated as close to the Site 2 EBSB alignment (750 feet), the contribution of the MR-GO channel to the LPE was negligible. Given that the MR-GO channel was constructed and maintained at its authorized alignment and depth, there would not have been any important contributions of the MR-GO channel to the LPE of the Reach 2 EBSBs.

29.     This conclusion also is substantiated with the results from aerial photographic and LiDAR surveys (Figure 11). There is a good correlation between the proximity of the MR-GO channel banks with the protective elevations of the Reach 2 EBSBs prior to Hurricane Katrina. – the closer the MR-GO channel banks are to the unprotected 'toes' of the EBSBs, then the lower are the protective elevations of the crests of the EBSBs.

30.     The conclusions reached by the Defense experts (December 2008 Expert Reports by Resio, Ebersole, and Mosher) is that the primary mechanism responsible for breaching of the Reach 2 EBSBs was due to the severity and duration of Hurricane Katrina's surge and wave overtopping. Further, that this overtopping was primarily related to the protective elevations of the EBSBs (Figures 7 and 8).

31.     Given the results from the analyses summarized in this Declaration and the conclusions reached by Resio, Ebersole, and Mosher (December 2008 Expert Reports), one

would conclude there is a direct correlation between the overtopping breaching mechanism purportedly responsible for breaching the EBSBs and the proximity of the MR-GO channel.

32.     Given these results, I have concluded that approximately 50% of the Reach 2 EBSBs were subjected to substantial losses in protective elevations (greater than approximately 2 feet) due to the proximity of the MR-GO channel (Figure 39). The history of operation and maintenance of the MR-GO channel had important effects in lowering the protective elevations of the Reach 2 EBSBs. These lowered protective elevations and the associated overtopping and breaching developed during Hurricane Katrina had important effects on the flooding of the St Bernard – Lower 9th Ward Polder.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2008 in Moraga, California.

Robert Bea, Ph.D, PE



Figure 39: Length of Reach 2 EBSBs subjected to substantial losses in protective elevations due to encroachment of the MR-GO channel.