

# Input And Results SWAN Calculations

Scenario 1,2c&3
Versions J,K&L

**1474/BL/09088**
23 March 2009

**From:**
**Bastiaan Les**
**23 March 2009**



# Input SWAN Bathymetry data for M – F grid: Scenario 1, 2c & 3



Scenario 1 on M – F grid
Version bS1h

Scenario 2c on M – F grid
No MRGO (version j-k-l)

Scenario 3 on M – F grid
MRGO as designed (version j-k-l)



# Input SWAN waterlevel for M – F grid: Scenario 1, 2c & 3

### Scenario 1



### Scenario 2c



### Scenario 3





## Proposed Friction values based on color map



Figure 1. Pre-MRGO habitat distribution drawn from 1930 T-sheet, showing three wetland habitat zones discussed by Day and Shaffer (2009). Note gray area near river is not wetland.

From P. Kemp Memorandum
Translated to friction reference map





Scenario 1 on M – F grid
Version bS1h

**Water Cfr =0.015
Gray area = 0.15
Tan area = 0.15
Brown area = 0.15**

Scenario 2c on M – F grid
No MRGO (version j-k-l)

**Water Cfr =0.015
Gray area = 0.306
Tan area = 0.96
Brown area = 2.49**

Scenario 3 on M – F grid
MRGO as designed (version j-k-l)

**Water Cfr =0.015
Gray area = 0.306
Tan area = 0.96
Brown area = 2.49**



# Input SWAN Friction files for M – F grid : Scenario 1, 2c & 3





# Input SWAN WIND 8:00 for M – F grid: Scenario 2c & 3 Versions J-K&L



Scenario 1 → Original wind resolution 1000 m
Scenario 2C & 3 → Refined to 250 m grid



# Results
## SWAN calculations
### Scenario 1,2c&3
### Versions I,K&L

**From**:
**Bastiaan Les**
**16 May 2009**

**In request of:**



# Table Results, scenario 1, 2c and 3 Version j,k&L

**S1**

| bS1j | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **6.4** | **8.6** | **8.7** |
| 2 | 5.8 | 7.8 | 9.3 |
| 3 | **5.6** | **7.8** | **8.9** |
| 4 | 6.0 | 8.0 | 8.7 |
| 5 | 6.2 | 7.5 | 8.6 |
| 6 | **7.1** | **8.4** | **8.0** |

**S2c**

| jS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **5.6** | **6.0** | **6.0** |
| 2 | 5.4 | 6.6 | 6.3 |
| 3 | **4.4** | **5.5** | **5.8** |
| 4 | 5.3 | 5.7 | 5.4 |
| 5 | 5.1 | 5.5 | 5.5 |
| 6 | **5.0** | **5.1** | **5.4** |

| kS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **5.6** | **6.0** | **6.0** |
| 2 | 5.4 | 6.6 | 6.3 |
| 3 | **3.7** | **4.3** | **4.5** |
| 4 | 5.1 | 5.0 | 4.2 |
| 5 | 4.8 | 4.7 | 4.2 |
| 6 | **4.3** | **4.3** | **4.9** |

| lS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **5.6** | **6.0** | **6.0** |
| 2 | 5.4 | 6.6 | 6.3 |
| 3 | **2.5** | **2.9** | **3.1** |
| 4 | 4.6 | 3.6 | 2.8 |
| 5 | 4.1 | 3.2 | 2.7 |
| 6 | **3.3** | **3.2** | **4.1** |

**S3**

| jS3a | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **5.8** | **6.5** | **7.2** |
| 2 | 5.4 | 7.0 | 7.4 |
| 3 | **4.6** | **5.9** | **6.5** |
| 4 | 5.5 | 6.1 | 6.3 |
| 5 | 5.4 | 5.8 | 6.4 |
| 6 | **5.3** | **6.3** | **6.8** |

| kS3a | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **5.8** | **6.5** | **7.2** |
| 2 | 5.4 | 7.0 | 7.4 |
| 3 | **4.0** | **5.1** | **5.8** |
| 4 | 5.5 | 5.9 | 5.3 |
| 5 | 5.3 | 5.6 | 5.2 |
| 6 | **4.8** | **5.7** | **6.2** |

| lS3a | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **5.8** | **6.5** | **7.2** |
| 2 | 5.4 | 7.0 | 7.4 |
| 3 | **3.2** | **4.0** | **4.6** |
| 4 | 5.3 | 5.5 | 3.9 |
| 5 | 5.0 | 5.1 | 3.5 |
| 6 | **3.9** | **4.8** | **5.4** |

**Version J**

**Wind – reduction:
Tan 0%**

**Version K**

**Wind – reduction:
Tan 30%**

**Version L**

**Wind – reduction:
Tan 80%**



## Comparison J-K & L Scenarios 1, 2C & 3

**Comparison**

**J – S1, S2c & S3**

| Version J | 8:00 AM (local) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Levee | (Red spot) | | Toe | (green spot) | | Deep | (Blue spot) |
| loc | S1j | jS2c | jS3a | S1j | jS2c | jS3a | S1j | jS2c | jS3a |
| 1 | 6.4 | 5.6 | 5.8 | 8.6 | 6.0 | 6.5 | 8.7 | 6.0 | 7.2 |
| 2 | 5.8 | 5.4 | 5.4 | 7.8 | 6.6 | 7.0 | 9.3 | 6.3 | 7.4 |
| 3 | 5.6 | 4.4 | 4.6 | 7.8 | 5.5 | 5.9 | 8.9 | 5.8 | 6.5 |
| 4 | 6.0 | 5.3 | 5.5 | 8.0 | 5.7 | 6.1 | 8.7 | 5.4 | 6.3 |
| 5 | 6.2 | 5.1 | 5.4 | 7.5 | 5.5 | 5.8 | 8.6 | 5.5 | 6.4 |
| 6 | 7.1 | 5.0 | 5.3 | 8.4 | 5.1 | 6.3 | 8.0 | 5.4 | 6.8 |

**Comparison**

**K – S2c & S3**

| Version k | 8:00 AM (local) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Levee | (Red spot) | | Toe | (green spot) | | Deep | (Blue spot) |
| loc | | kS2c | kS3a | | kS2c | kS3a | | kS2c | kS3a |
| 1 | | 5.6 | 5.8 | | 6.0 | 6.5 | | 6.0 | 7.2 |
| 2 | | 5.4 | 5.4 | | 6.6 | 7.0 | | 6.3 | 7.4 |
| 3 | | 3.7 | 4.0 | | 4.3 | 5.1 | | 4.5 | 5.8 |
| 4 | | 5.1 | 5.5 | | 5.0 | 5.9 | | 4.2 | 5.3 |
| 5 | | 4.8 | 5.3 | | 4.7 | 5.6 | | 4.2 | 5.2 |
| 6 | | 4.3 | 4.8 | | 4.3 | 5.7 | | 4.9 | 6.2 |

**Comparison**

**L – S2c & S3**

| Version L | 8:00 AM (local) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Levee | (Red spot) | | Toe | (green spot) | | Deep | (Blue spot) |
| loc | | LS2c | LS3a | | LS2c | LS3a | | LS2c | LS3a |
| 1 | | 5.6 | 5.8 | | 6.0 | 6.5 | | 6.0 | 7.2 |
| 2 | | 5.4 | 5.4 | | 6.6 | 7.0 | | 6.3 | 7.4 |
| 3 | | 2.5 | 3.2 | | 2.9 | 4.0 | | 3.1 | 4.6 |
| 4 | | 4.6 | 5.3 | | 3.6 | 5.5 | | 2.8 | 3.9 |
| 5 | | 4.1 | 5.0 | | 3.2 | 5.1 | | 2.7 | 3.5 |
| 6 | | 3.3 | 3.9 | | 3.2 | 4.8 | | 4.1 | 5.4 |

*Wave Modeling New Orleans – MRGO, Hurricane Katrina August 2005, July 9th, 2009
**Joint Declaration Vrijling, Kok, de Wit, Gautier, January 21st, 2009 Concerning wave and flow modeling New Orleans – MRGO for Hurricane Katrina, August 2005



# Scenario 1,2c,3 version j





# Scenario 1,2c,3 version k





## Scenario 1,2c,3 version L





# Compare SWAN Results

## with report:
## Wave Modeling New Orleans – MRGO
## Hurrican Katrina August 2005

### & Joint Declaration Vrijling, Kok, de Wit, Gautier, January 21st, 2009

**From**:
**Bastiaan Les**
**18 March 2009**

**In request of:**



# Compare Scenario 1,2c&3 with report

**Wave Modeling New Orleans – MRGO, Hurricane Katrina August 2005, July 9th, 2009**

**Calculations March 2009**

**S1**

| S1 loc | 8:00 AM L | (local) T | D |
|---|---|---|---|
| 1 | 6.8 | 9.1 | 9.4 |
| 2 | 6.1 | 8.2 | 9.9 |
| 3 | 6.0 | 8.4 | 9.6 |
| 4 | 6.3 | 8.6 | 9.3 |
| 5 | 6.6 | 8.0 | 9.2 |
| 6 | 7.3 | 8.8 | 8.7 |

Jonswap:
CFJon=0.067
(equivalent to:
$Cfr_{all}$ = 0.015)

**Equal to Joint Declaration***

| bS1j loc | 8:00 AM L | (local) T | D |
|---|---|---|---|
| 1 | 6.4 | 8.6 | 8.7 |
| 2 | 5.8 | 7.8 | 9.3 |
| 3 | 5.6 | 7.8 | 8.9 |
| 4 | 6.0 | 8.0 | 8.7 |
| 5 | 6.2 | 7.5 | 8.6 |
| 6 | 7.1 | 8.4 | 8.0 |

$Cfr_{water}$ = 0.015
$Cfr_{land}$ = 0.15

Difference to bS1h:
Representation of MRGO on F-grid
**see slide 5**

**S2c**

| iS2c loc | 8:00 AM L | (local) T | D |
|---|---|---|---|
| 1 | 4.9 | 5.2 | 5.2 |
| 2 | 4.6 | 5.5 | 5.4 |
| 3 | 4.3 | 5.2 | 5.4 |
| 4 | 4.7 | 5.1 | 5.1 |
| 5 | 4.6 | 5.1 | 5.2 |
| 6 | 4.5 | 4.7 | 4.7 |

$Cfr_{land}$ = 0.98
No wind reduction

**Equal to Joint Declaration***

| jS2c loc | 8:00 AM L | (local) T | D |
|---|---|---|---|
| 1 | 5.6 | 6.0 | 6.0 |
| 2 | 5.4 | 6.6 | 6.3 |
| 3 | 4.4 | 5.5 | 5.8 |
| 4 | 5.3 | 5.7 | 5.4 |
| 5 | 5.1 | 5.5 | 5.5 |
| 6 | 5.0 | 5.1 | 5.4 |

$Cfr_{gray}$ = 0.306
$Cfr_{tan}$ = 0.98
No wind reduction

**S3**

| gS3 loc | 8:00 AM L | (local) T | D |
|---|---|---|---|
| 1 | 6.0 | 6.4 | 6.9 |
| 2 | 5.5 | 6.8 | 7.0 |
| 3 | 5.0 | 5.7 | 4.4 |
| 4 | 5.4 | 5.6 | 5.3 |
| 5 | 4.9 | 4.9 | 3.7 |
| 6 | 5.2 | 5.9 | 6.3 |

$Cfr_{gray}$ = 0.49
$Cfr_{tan}$ = 2

wind reduction:
80% on tan and brown areas

**Equal to Joint Declaration***

| jS3a loc | 8:00 AM L | (local) T | D |
|---|---|---|---|
| 1 | 5.8 | 6.5 | 7.2 |
| 2 | 5.4 | 7.0 | 7.4 |
| 3 | 4.6 | 5.9 | 6.5 |
| 4 | 5.5 | 6.1 | 6.3 |
| 5 | 5.4 | 5.8 | 6.4 |
| 6 | 5.3 | 6.3 | 6.8 |

$Cfr_{gray}$ = 0.306
$Cfr_{tan}$ = 0.98
No wind reduction

*Joint Declaration Vrijling, Kok, de Wit, Gautier, January 21st,2009 Concerning wave and flow modeling New Orleans – MRGO for Hurricane Katrina, August 2005



## Differences between Scenario 2c - 1 & Differences between Scenario 3 – 1

### S2c - S1  Calculations Report* & JD**

| S1-gS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **1.4** | **3.3** | **3.7** |
| 2 | 0.9 | 1.9 | 3.8 |
| 3 | **3.6** | **5.7** | **6.8** |
| 4 | 2.9 | 5.7 | 6.5 |
| 5 | 3.5 | 5.5 | 7.0 |
| 6 | **5.0** | **6.0** | **5.8** |

| S1-hS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **1.5** | **3.5** | **3.8** |
| 2 | 1.1 | 2.2 | 4.0 |
| 3 | **1.3** | **2.8** | **3.7** |
| 4 | 1.2 | 3.0 | 3.7 |
| 5 | 1.6 | 2.4 | 3.6 |
| 6 | **2.3** | **3.5** | **3.4** |

| S1-iS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **1.9** | **3.9** | **4.2** |
| 2 | 1.5 | 2.7 | 4.5 |
| 3 | **1.7** | **3.2** | **4.2** |
| 4 | 1.6 | 3.5 | 4.2 |
| 5 | 2.0 | 2.9 | 4.0 |
| 6 | **2.8** | **4.1** | **4.0** |

### S3 - S1  Calculations Report* & JD**

| S1-S3 | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **0.8** | **2.7** | **2.5** |
| 2 | 0.6 | 1.4 | 2.9 |
| 3 | **1.0** | **2.7** | **5.2** |
| 4 | 0.9 | 3.0 | 4.0 |
| 5 | 1.7 | 3.1 | 5.5 |
| 6 | **2.1** | **2.9** | **2.3** |

### S2c - S1  Calculations March 2009

| bS1j-jS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **0.8** | **2.6** | **2.7** |
| 2 | 0.4 | 1.2 | 3.0 |
| 3 | **1.2** | **2.3** | **3.1** |
| 4 | 0.7 | 2.3 | 3.3 |
| 5 | 1.1 | 2.0 | 3.1 |
| 6 | **2.1** | **3.3** | **2.6** |

| bS1j-kS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **0.8** | **2.6** | **2.7** |
| 2 | 0.4 | 1.2 | 3.0 |
| 3 | **1.9** | **3.5** | **4.4** |
| 4 | 0.9 | 3.0 | 4.5 |
| 5 | 1.4 | 2.8 | 4.4 |
| 6 | **2.8** | **4.1** | **3.1** |

| bS1j-LS2c | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **0.8** | **2.6** | **2.7** |
| 2 | 0.4 | 1.2 | 3.0 |
| 3 | **3.1** | **4.9** | **5.8** |
| 4 | 1.4 | 4.4 | 5.9 |
| 5 | 2.1 | 4.3 | 5.9 |
| 6 | **3.8** | **5.2** | **3.9** |

-------- Version J -------- Version k -------- Version L --------

### S3 - S1  Calculations March 2009

| bS1j-jS3a | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **0.6** | **2.1** | **1.5** |
| 2 | 0.4 | 0.8 | 1.9 |
| 3 | **1.0** | **1.9** | **2.4** |
| 4 | 0.5 | 1.9 | 2.4 |
| 5 | 0.8 | 1.7 | 2.2 |
| 6 | **1.8** | **2.1** | **1.2** |

| bS1j-kS3a | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **0.6** | **2.1** | **1.5** |
| 2 | 0.4 | 0.8 | 1.9 |
| 3 | **1.6** | **2.7** | **3.1** |
| 4 | 0.5 | 2.1 | 3.4 |
| 5 | 0.9 | 1.9 | 3.4 |
| 6 | **2.3** | **2.7** | **1.8** |

| bS1j-LS3a | 8:00 AM | (local) | |
|---|---|---|---|
| loc | L | T | D |
| 1 | **0.6** | **2.1** | **1.5** |
| 2 | 0.4 | 0.8 | 1.9 |
| 3 | **2.4** | **3.8** | **4.3** |
| 4 | 0.7 | 2.5 | 4.8 |
| 5 | 1.2 | 2.4 | 5.1 |
| 6 | **3.2** | **3.6** | **2.6** |

*Wave Modeling New Orleans – MRGO, Hurricane Katrina August 2005, July 9th, 2009
**Joint Declaration Vrijling, Kok, de Wit, Gautier, January 21st, 2009 Concerning wave and flow modeling New Orleans – MRGO for Hurricane Katrina, August 2005