### Woodcock, Jack (CIV)

| | |
|---|---|
| **From:** | Levine, Paul (CIV) |
| **Sent:** | Friday, April 10, 2009 12:56 PM |
| **To:** | Woodcock, Jack (CIV) |
| **Subject:** | FW: Notice of Production |
| **Attachments:** | PX 2009.pdf |

**From:** Smith, Robin (CIV)
**Sent:** Saturday, April 04, 2009 6:10 PM
**To:** Levine, Paul (CIV)
**Subject:** Fw: Notice of Production


Robin D. Smith
Senior Trial Counsel
U.S. Dept. of Justice
202.616.4289


**From**: Rob Warren
**To**: Smith, Robin (CIV)
**Cc**: Joe Bruno ; Jim Roy
**Sent**: Sat Apr 04 15:37:36 2009
**Subject**: Notice of Production

Robin -

We are producing today additional data.  Included in the production is Vrijling's response to Resio's critique.

Thanks,
Rob


**J. Robert Warren, II, A PLC**
    504.561.6771 - Direct
    504.561.6775 - Facsimile
    504.723.1011 - Mobile
    rob@jbrunolaw.com
    rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.