```
 1   anybody about the brownish area.  That's dense
 2   forest.
 3        Q.   And this figure, it's supposed to
 4   represent the landscape as it existed in
 5   1958?
 6        A.   I believe so, yes.  I mean, it's
 7   quite consistent with this 1930s image.  And
 8   the question is to what extent has the -- has
 9   that scattered cypress disappeared in the 20
10   years that separate the two.  We have some
11   images showing cypress still out there.
12        Q.   If you turn to the next page, under
13   "Wind" it says "Within the cypress forest the
14   influence of the wind on water movement is
15   dramatically reduced by trees.  Therefore, the
16   wind velocities are reduced by 80 percent,
17   within the cypress forest both dark red and
18   light red figures in areas figure 2.19."  Did
19   I read that correctly?
20        A.   Yes, you did.
21        Q.   So there's an 83 percent wind
22   reduction for every area in the brown and the
23   red?
24        A.   Yeah.  And this, of course, doesn't
25   make much difference on the FINEL, but it has
```

1  more effect on SWAN. And if I were, you know,
2  paying more attention, I would have told them
3  not to use the 80 percent reduction in the
4  areas that's -- of the less dense. Because
5  that's really a forest canopy phenomenon, not
6  something you get from scattered trees.
7        Q.   Would you have told them to not
8  apply that 80 percent reduction for the SWAN
9  wave modeling as well?
10       A.   I probably would have, yes. And it
11 doesn't make any effect on FINEL, but it does
12 have an effect on SWAN.
13       Q.   Just to confirm, when you say the
14 bright red area, you would include it as the
15 80 percent, can you circle that on page 41?
16       A.   Yeah, I am just -- If I have a
17 pencil I can do that. Yeah, I -- I am having
18 to read there what they say, they did it for
19 both.
20       Q.   Okay.
21       A.   I have to believe them, you know.
22 (Writing). And like I say, it has no
23 influence on FINEL results, but it has an
24 influence on SWAN.
25       Q.   I'm going to hand you a document

```
 1    which I am going to mark as Exhibit 7.
 2         A.   Uh-huh (affirmatively).  Are we done
 3    with this one (indicating)?
 4         Q.   Yes, for now.  Do you know what this
 5    is?
 6         A.   This is the report developed by
 7    Gautier, et al and Dr. Vrijling on the SWAN
 8    modeling.
 9         Q.   I assume you have seen it before as
10    well?
11         A.   I have.  You probably want to go to
12    page 22 maybe.  Or maybe there's an earlier
13    version.
14         Q.   Yes, on page 22 of Exhibit 7, it
15    says "Inside the cypress forest the influence
16    of the wind is reduced by the trees.  Air
17    reduction factor of 80 percent percentage
18    provided to us by the Robinson experts is
19    applied for version G".
20         A.   Right.
21         Q.   In figure 4.5, where is that
22    location where there's the cypress trees?
23         A.   Okay.  And I am trying to find out
24    if they used the same reduction factor in the
25    scattered trees and the dense trees.  And
```

```
 1   that, I don't know.  If they used the 80
 2   percent reduction for the whole thing, then
 3   you can see everything colored there has the
 4   -- has the 80 percent.
 5        Q.   The blue and the red?
 6        A.   The blue and the red.  If they --
 7   They may have used a different number for the
 8   scattered trees.  I don't know.  It's not
 9   stated here.  The blue is the area that nobody
10   argues about.  The red is the area that
11   there's some dispute.
12        Q.   I guess maybe it's on page 82?
13        A.   Because we had -- we had them do
14   some sensitivity analysis on this to look at
15   different ways of representing this.  Okay.
16        Q.   Page 82?
17        A.   Okay.  Yes.
18        Q.   So that blue area --
19        A.   Okay.
20        Q.   -- would be where --
21        A.   That's -- That answers the
22   question.  Yes.
23        Q.   So they did apply an 80 percent?
24        A.   They applied the 80 percent
25   throughout.
```

```
 1       Q.   Okay.
 2       A.   Okay.
 3       Q.   And you think that would have an
 4  impact on waves throughout?
 5       A.   You take the wind off the waves,
 6  they're gone.  You know, when you have got
 7  such huge friction effects all through the
 8  water column, oh, yeah.  I mean, that's the
 9  reason we want cypress trees out in front of
10  our levees.
11       Q.   So looking back at it on page 22,
12  they shouldn't have applied an 80 percent wind
13  reduction to the dark brown area --
14       A.   No.
15       Q.   -- or the red area.
16       A.   Well, this was part of a testing
17  program obviously.  It doesn't affect the
18  areas outside of that.  But, you know,
19  probably would be something less.  I would --
20  just guessing after I have looked at the
21  photographs, I'm saying probably, you know, it
22  should be more like a 15 percent reduction,
23  something like that.  Of course, there's a lot
24  of area outside the forest that it's not
25  applied at all.
```

```
 1        Q.   Can we take a look at those
 2   photographs?
 3        A.   I'm sorry, can I -- I've just got to
 4   go over here.
 5             MR. BRUNO:
 6                Why don't we take a break.  It's
 7        been an hour and a half.
 8             THE WITNESS:
 9                Take a break?  Okay.
10             VIDEO OPERATOR:
11                We're now off the record.  It is
12        10:23.
13             (Recess.)
14             VIDEO OPERATOR:
15                Returning to the record, it's
16        10:32.
17   EXAMINATION BY MR. LEVINE:
18        Q.   Before we look at your pictures, Dr.
19   Kemp, I have turned to page 34 of the wave
20   report appendices, and I believe this is
21   Appendix E for scenario 3 of the MRGO as
22   designed scenario.  Is that correct?
23        A.   That's correct.
24        Q.   And under wind scenario 3 it says
25   "Inside the cypress forest, the influence of
```

KEMP, GEORGE P. KEMP

1/15/2009

Page 56

```
 1   the wind is reduced by the trees; therefore,
 2   the wind velocities are reduced by 80 percent;
 3   percentage provided to us by the Robinson
 4   experts inside cypress forest."  Did I read
 5   that correctly?
 6        A.   That's correct.
 7        Q.   And then if you turn to page 39, the
 8   area where they would have that cypress forest
 9   listed was -- would be in figure E-2, where
10   it's at 2.0 up there?
11        A.   That's correct.
12        Q.   And then under figure E-3 --
13        A.   Although that's the friction
14   coefficient, not the wind reduction rate.
15        Q.   Right.  But that area seems to
16   correspond with the blue area in figure E-3.
17        A.   I would agree.
18        Q.   And that's where they applied the 80
19   percent wind reduction?
20        A.   That's my understanding.
21        Q.   And then, in your opinion, that's an
22   over-estimation of the winds reduction that
23   applies in that location?
24        A.   Yeah.  Based on my examination of
25   these photographs that I am about to show you,
```

1  this is more of a scattered forest out there
2  and would have had a less significant effect
3  on the boundary layer detachment.
4       Q.   And then you believe that should
5  have been, I think you said earlier something
6  in the range of 15 percent?
7            MR. ROY:
8                Let me object as to form.  15
9            percent from the small area.  He
10           maintained 80 for the larger area when
11           you got into the dark red versus the
12           red.
13 EXAMINATION BY MR. LEVINE:
14      Q.   I'll clarify that question.  You
15 stated that there should be a 15 percent
16 reduction for the area in blue on figure E-3.
17 Is that correct?
18      A.   That's my guess.  I could be -- You
19 know, the evidence -- the photography evidence
20 in that area is sketchy.  It does indicate the
21 presence of, you know, significant amount of
22 brush and trees, but it's mostly we're picking
23 that up from these oblique images which are
24 not easy to map off of, and that may be one
25 reason that most of the experts haven't mapped