UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | §<br>§ | |

## DECLARATION OF DONALD T. RESIO

I, Donald T. Resio, declare as follows:

1. I am a Senior Technologist with the U.S. Army Corps of Engineers' Engineering and Research Development Center and have been retained as an expert for the United States in the above captioned case.

2. On December 22, 2008, I produced an expert report in *Robinson v. United States* which investigated near-shore wave characteristics during Hurricane Katrina and the influence of the MRGO on those characteristics.

3. As part of that investigation, I used the computer model COULWAVE to estimate velocity, wave setup, and overtopping rates for water passing over the Reach 2 levees.

4. To estimate these conditions, the computer program COULWAVE was run using a generic levee and terrain profile– the characteristics of the levee and the terrain between the MRGO and the toe of the levee remained constant throughout the study.

5. Prior to the investigation I conducted for the expert report, as a Co-Leader of the Hydrodynamic Forces Analysis of IPET, I examined the near-shore wave conditions using COULWAVE for four different levee heights.

6. Based on that analysis and my experience in oceanographic research, I concluded that the differences between the MRGO Reach 2 levee profile and the generic levee profile would have only minimal effects and would not undermine or materially alter the findings and conclusions set forth in my report.

7. On January 29, 2009, Dr. Bob Bea suggested in a supplemental expert report that using the generic levee profile failed to accurately model the levee along Reach 2 of the MRGO.

8. On March 22, 2009, I produced a supplemental report addressing the critiques of Dr. Bea.

9. For the supplemental report, I re-ran the COULWAVE model changing six factors which were variable along the Reach 2 levees: (1) wave heights; (2) levee slope; (3) levee toe elevation; (4) MRGO bank elevation; (5) distance between the MRGO and levee; and (6) wave period.

10. These new runs confirmed my antecedent belief that variations in the MRGO levee profile only minimally influenced overtopping rates.

11. This analysis merely confirmed what my prior studies and experience led me to believe, namely, that the opinions and conclusions set forth in my initial report were sound even though they were based on analyses that employed a generic levee profile.

12. My supplemental report merely recited the methods and procedures employed in the additional modeling runs that I conducted following the receipt of Dr. Bea's criticisms and did not set forth any new opinions.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2009.

_Donald T. Resio_
Donald T. Resio