erodibility. These parameters were not analyzed nor evaluated by Dr. Mosher. This is an important omission.

Table B-2. Summary of Dr. Mosher's Erodibility Evaluation Parameters

| | Mosher Erodibility Evaluation Parameter | Mosher Analyses |
|---|---|---|
| **Demands** | Storm surge and waves (pg 5) | Not Analyzed |
| | Turbulence (pg 30) | Not Analyzed |
| | Pore water chemistry (pg 30) | Not Analyzed |
| | Hydraulic stress (pg 30) | Not Analyzed |
| **Capacity** | Soil type (pg 26) | Not Analyzed |
| | Soil density (compaction) (pg 30) | Not Analyzed |
| | Construction method (pg 25) | Not Analyzed |
| | Moisture Content (pg 30) | Not Analyzed |
| | Soil structure (pg 30) | Not Analyzed |
| | Organic content (pg 30) | Not Analyzed |
| | In-situ shear strength (pg 30) | Not Analyzed |
| | Surface roughness (pg 31) | Not Analyzed |
| | Leeve geometry (pg 31) | Not Analyzed |

*Expert Report by Dr. Donald Resio*

Dr. Resio addresses the areas of wave modeling, EBSB (Levee) failure and breach development patterns, soils and erodibility, post-Katrina erosion observations, and IHNC breach assessments. Dr. Resio's analyses and conclusions are in substantial agreement with a number of the analyses and conclusions reached by the Plaintiffs Experts Dr. Resio confirms /agrees that wave overtopping is strongly affected by levee freeboard.

Dr. Resio's primary criticisms of the Plaintiff's work are:

- Simulation of wave effects for only a single levee elevation (17.5 ft) and a single time series of waves and surges;

- Lack of demonstrated applicability of the LS-DYNA model for velocities; and

- Incorrect application of the LS-DYNA code for predicting run-up and down-rush velocities on the water side faces of the EBSBs / Levees .

These points are discussed in more detail in the following sections.

1. *Simulation of wave effects for only a single levee elevation (17.5 ft) and a single time series of waves and surges*

It is not clear that Dr. Resio understood that the wave-induced erosion analyses were specific to a particular location (the "EBSB Study Location"). The results from the wave-induced erosion analyses were used as a basis by which to evaluate the likelihood of breaching at the EBSB Study Location due to wave and overtopping. Based on information, data, and observations from a variety of sources (photographs before and after Katrina, video and LiDAR surveys of the EBSBs after Hurricane Katrina and before Hurricane Rita, multiple field ground, water, and air inspections performed following Hurricane Katrina, review of available data on EBSB soil characteristics), these results were then extrapolated to other Reach 2 locations. It was not the intent of the wave erosion – overtopping breaching analyses performed at the EBSB Study Location as documented in the Plaintiffs Expert Reports to be applicable to the entire Reach 2 alignment. Figure B-18 (From Bea Declaration No. I, format edits July 15, 2008) shows that wave-induced erosion was not implied over the entire Reach 2 alignment.

In addition, a single time series of waves and surges were not used in performing the wave erosion – breaching analyses. For a given storm characterization (different potential Hurricane Katrina conditions), multiple surge elevations and wave time histories until the

189

point of surge overtopping were analyzed to develop the analyses. Also, multiple characterizations of the EBSB configurations, surface coverage, and soil properties were studied to develop an understanding of the parameteric uncertainties associated with results from the EBSB wave erosion models.



Figure B-18.  Wave-induced erosion was only implied to occur at some locations, not the entire alignment.

2. *Lack of demonstrated applicability of the LS-DYNA model for velocities.*

This comment has been addressed in the validation studies (see Technical Report No. 2 included with this Declaration).  Velocity profiles generated by LS-DYNA were compared with USACE laboratory studies and were found to be in substantial agreement (Figure B-19).

190

In addition, the velocities developed using LS-DYNA were in substantial agreement with empirical formulations as well as in substantial agreement with USACE (Ebersole, IPET) estimated values as well.



Figure 20: Velocity profile at P2 for a storm surge at +21 feet, a significant wave height of 3 feet and a period of 6 seconds (Hughes, 2008).

Figure 21: Velocity profile as determined by LSDYNA. The maximum velocity is approximately 20-30% higher than determined by Hughes (2008).

Figure B-19.  Velocity comparisons between laboratory test results and LS-DYNA.

> 3. *Incorrect application of the LS-DYNA code for predicting run-up and down-rush velocities on the water side faces of the EBSBs / Levees .*

The nature of this criticism / observation is unclear. We agree that wave energy was simplified through a regular sea state, however how is this an incorrect application of LS-DYNA code? Also, the presented wave equations do not explicitly outline the algorithm employed by the LS-DYNA code, rather these were scaling components to generate the desired hydrodynamics (as described by Resio's Equation 2 on page 27 of his report).

In his report, Dr. Resio presents new results that have been developed using the computer program COULWAVE. This computer program was used to analyze levee overtopping velocities during the USACE IPET investigations and analyses. These velocities were compared with those developed by Bea in his July 2008 Expert Report. Excellent agreements were found.

Dr. Resio cited a large number of references that provided background for the theoretical formulations incorporated in COULWAVE and for its validations. These references were not provided with his Expert Report. A request was made by Dr. Bea to obtain electronic copies of these references. This request was rejected by the Defense on the grounds that the references were "publicly available." Unfortunately, the majority of the references were not publicly available; special access privileges were required. This lack of professional courtesy is very unfortunate. Dr. Bea previously furnished electronic copies of <u>all</u> the important references cited in his Plaintiffs Expert Reports. As a result of the 'obstruction' provided by the Defense, all of the important references providing important background on the development, theoretical bases, and validations of the COULWAVE computer program could not be obtained and reviewed.

The references that were obtained and reviewed indicate the COULWAVE computer program is founded on sound theoretical principles and has been appropriately validated with results from other similar analytical approaches, results from laboratory experiments, and results from field experiments.

In Dr. Resio's Expert Report, a "typical profile" (cross-section) for the Reach 2 EBSBs (Levees) was used as a basis for the analyses and calculations of the water velocities acting on the water side and protected side of the EBSBs (Figure B-20). Figure B-21 shows the profile at the EBSB Wave Erosion Study Location identified in Dr. Bea's Expert Report. Figure B-22 is a photograph of a section of the Reach 2 EBSB in the vicinity of the EBSB Wave Erosion Study Location. Figure B-23 provides additional details pertaining to the Reach 2 EBSB cross-sections. It is immediately evident that the "typical profile" used by Dr. Resio is highly idealized and omits many of the important local features that have important effects on the hydrodynamic interactions between the water and the EBSBs. Of particular importance is the omission of vegetation between the banks of the MR-GO and the 'toes' of the EBSBs. The 'idealization' of the EBSB cross-section used in the COULWAVE analyses points out an important aspect of the COULWAVE computer program analyses. While the COULWAVE computer program appears to have been adequately validated and calibrated, it is equally if not more important that the data and information input to the computer program is realistic and that the output from the computer program is properly analyzed and interpreted; "garbage in – garbage out".



Figure 23. Generic profile for Boussinesq simulations with COULWAVE.

Figure B-20. Reach 2 EBSB cross-section used in COULWAVE fluid-structure interaction analyses (from Resio December 2008 Expert Report).



Figure B-21. Reach 2 EBSB Wave Erosion Study Location cross-section used in wave breaching analyses (from Bea July 2008 Expert Report.

194



Figure B-22. Photograph of the vegetation and rock riprap between the toes of the EBSBs and the MR-GO channel mid way between Bayou Dupre and Bayou Bienvenue (looking toward the Reach 2 EBSBs from the MR-GO channel).

195



Figure B-23. Processed LiDAR post-Hurricane Katrina survey data showing the substantial defensive line of vegetation outboard of the MR-GO Reach 2 EBSBs and the undamaged profile of the EBSBs in this section of the alignment.

196

In his December 2008 Expert Report, Dr. Resio states that COULWAVE analyses were performed for a range of surge elevations – below and above the crest (crown) of the idealized EBSB (Levee) incorporated into the analyses. Figure 24 shows results from Dr. Resio's Expert Report. These results and those subsequently documented in his expert report pertain solely to conditions in which the surge elevations exceed the crest elevations of the EBSBs (Levees). As noted earlier, comparisons developed and documented in Dr. Bea's July 2008 Expert Report show excellent agreements with the results from the COULWAVE analyses for surge overtopping conditions.



Figure 24. Snapshot of water surface from Boussinesq simulation over generic profile The green spikes denote strong wave breaking episodes.

Figure B-24. Results from COULWAVE analyses of fluid – structure interactions with idealized EBSB cross-section (from December 2008 Expert Report by Dr. Resio).

It is unfortunate, that Dr. Resio did not provide any results (e.g. water velocity characteristics) for the water side – wave attack conditions <u>before</u> surge overtopping. The report written by Dr. Resio indicates that these analyses were performed. Omission of

197

documentation and discussion of these results is a very curious and important omission because a primary point of contention is whether or not water side wave erosion before surge overtopping could have initiated breaching of the EBSBs. I have requested that these analytical results be provided for my review. I have not received the requested information. Based on the results documented previously in the USACE IPET Hurricane Katrina report and in the documentation that could be obtained and reviewed on the validations of the COULWAVE computer program, the water side wave induced velocities that are developed before surge overtopping during the Hurricane Katrina conditions are very high and are capable of developing wave induced breaches in the EBSBs – EBSB crest crenellation exploited by overtopping flows to develop breaches.

### *Expert Report by Dr. Thomas Wolff*

Dr. Dr. Wolff addresses the definition of a levee, presents a background on the design and construction of the MRGO levees, the design and construction of the Bayou Bienvenue and Bayou Dupre control structures, MRGO bank erosion, presents opinions of the USAE MRGO levee design, provides a description of the MRGO levees at the time of Hurricane Katrina, reviews erosion testing and modeling, and also evaluates the floodwall performance at the IHNC.  This expert report is in substantial agreement with the analyses completed by the Plaintiffs.  Dr. Wolff confirms /agrees with the following:

- Uncompacted soils were used to construct the MRGO levee;
- No formal erosion analyses as a result of wave action from the MRGO Deep Water Navigation Channel were completed; and
- Model validation and calibration are very important.