**Supplemental Report on Waves and Overtopping Characteristics along the MRGO**

**Donald T. Resio**

This Supplemental Report is in response to comments and opinions made by Plaintiffs' expert, Dr. Robert G. Bea, in his supplemental report: Robert G. Bea, *Expert Report of Robert G. Bea*, 01/29/09 Declaration, App. B 188-98. This Report is a supplement to the report Dr. Bea critiques— Resio (2008).

Additional information on the characteristics of overtopping rates, based on supplemental Boussinesq runs with COULWAVE, is developed in this report. The estimated overtopping rates are compared to two damage thresholds in the range of commonly accepted values for design in the United States, Europe, and Japan. (ERDC-CEM, 2002; TAW, 1999; EurOtop, 2007; Goda, 1985). Details about input options used in these runs are given in Appendix A. All elevations in this supplement are with respect to NAVD88 2004.65.

Surge levels predicted by Westerink et al. (2008), as adjusted to conform to observed High Water Marks (HWM's) in Resio (2008), are used here to provide a time series of water levels along the MRGO. Although there is some variability in these levels along this Reach, we will simply use the water level from Point 11 (as defined in Figure 1 of Resio, 2008) as being applicable to the entire Reach. This essentially neglects variations of less than 5% and is well within the accuracy of these models.

Wave heights at the Boussinesq boundary are taken from the STWAVE outputs from Point 11 as described in Resio (2008). These are modified to account for the expected impact of the difference in water levels between the water levels that were used in the STWAVE runs (the unadjusted water levels from Westerink, 2008) and the adjusted water levels. Since the water level differences at the time of the peak are generally in the 1.5 to 2.0 range, the initial STWAVE-generated wave height are modified by adding 1 foot to those wave heights while keeping the period of these waves the same.

Appendix B contains the time histories of overtopping obtained from the Boussinesq runs for levee crest elevations ranging from 14.5 feet to 20 feet for the base case and for the case of the wave heights lowered by 1 foot and the wave height lowered by 2 feet, since this is the range of wave height differences predicted by the two studies employed in this case. To put some context for potential damage thresholds, two additional horizontal lines are also shown on each figure. As noted previously, these thresholds are in the range of recommended criteria for damage thresholds used in design guidance within the United States (CEM, 2003), Europe (TAW, 1999; Dekker, 2004; EurOtop, 2007) and Japan (Goda, 1985). The lower threshold (an overtopping rate of 0.011 cubic feet/(second-foot)) is characteristic of clayey soil with a reasonably good

grass cover and the higher threshold (an overtopping rate of 0.22 cubic feet/(second-foot)) is an upper bound (about twice what most of these groups use in their design procedures) for a damage threshold at a clay base with very good grass cover. Appendix C contains information pertaining to the sensitivity of overtopping rates to 1) levee slope, 2) the elevation of the toe of the levee, 3) berm width between the MRGO and the levee, and 4) wave period.  The intent of this Appendix is to provide information on the role of various factors in affecting the overtopping rates for different levee elevations.

Figure 1 is derived from information in Appendix B.  It shows three sets of lines in the top panel and a bottom panel which contains the fractional distribution of levee elevations in each ½-foot increment of elevation modeled here.  The top set of lines in the top panel gives the duration of overtopping rates greater than 0.011 cubic feet/(second-foot) for the base case, the duration of overtopping rates greater than the same threshold for base case with wave heights reduced by 1 foot, and the duration of overtopping rates greater than this threshold for base case with wave heights reduced by 2 feet. The middle set of lines in the top panel gives the duration of overtopping rates greater than 0.22 cubic feet/(second-foot) for the base case, the duration of overtopping rates greater than the same threshold for the base case with wave heights reduced by 1 foot, and the duration of overtopping greater than the same threshold for the base case with wave heights reduced by 2 feet.  The bottom set of lines in the top panel gives the time over which the overtopping rates change from the 0.011 cubic feet/(second-foot) threshold to the 0.22 cubic feet/(second-foot) threshold.  The top 2 sets of lines should be useful in understanding what the impact of the wave height variation will be in terms of how long various stages of damage to the levees would be occurring under each of these scenarios and the bottom set of lines should be useful in terms of how much time elapses between the initiation of some damage and major damage to the levees.

As can be seen here, for wave heights reduced by 1 foot from the base case, the overall reduction in duration of overtopping rates above the 0.011 cubic feet/(second-foot) threshold (relative to the base case) ranges from as little as about 5 minutes to a maximum of about 25 minutes, which is consistently a small fraction of the total duration above this level (2-9%).  For the same wave heights, the overall reduction in duration of overtopping rates above the 0.22 cubic feet/(second-foot) threshold (relative to the base case) ranges from as little as about 5 minutes to a maximum of about 20 minutes, which is consistently a small fraction of the total duration above this level (2-9%).

For the 2-foot lower wave heights, the overall reduction in duration of overtopping rates above the 0.011 cubic feet/(second-foot) threshold (relative to the base case) ranges from as little as about 7 minutes to a maximum of about 30 minutes, which is still a small fraction of the total duration above this level (2-11%).  For the same wave heights, the overall reduction in duration of overtopping rates above the 0.22 cubic feet/(second-foot) threshold (relative to the base case) ranges from as little as about 10 minutes to a maximum of about 30 minutes, which is still not a very large percentage increase in the total duration above this level (15-30%).  The final set of curves at the bottom of the top panel does not exhibit a strong dependence on the wave height reduction, with the change in the transition time from the 0.011 cubic feet/(second-foot)

to 0.22 cubic feet/(second-foot) ranging from essentially 0 to about 10 minutes longer for the 2-foot lower wave heights at the point of maximum deviation.

Figure 1 indicates that there is not much impact on overtopping rates due to a reduction of up to 2 feet in the incident waves along the MRGO.  Results shown in Resio (2008) indicate that the actual change in incident wave heights would only be about 1 foot, which as shown here, would have produced an even smaller impact on the overtopping rates.  As noted in Resio (2008), it is important to consider all relevant sources of variability in making estimates of overtopping rates in nature.  In Figure 1, we have shown the variation of overtopping as a function of variations in levee elevation and in incident wave height.  The other parameters that might affect these overtopping rates are primarily: 1) levee slope, 2) elevation of the toe of the levee, 3) berm width between the MRGO and the levee, and 4) wave period.  The rest of this supplemental report will investigate the potential impact of these different parameters on the duration of overtopping above the selected thresholds and the time to transition from one threshold to another.

Figure 2 is derived from information contained in Appendix C with the bottom panel identical to that shown in Figure 1.  In this case, rather than varying the wave height, the levee slope is varied from the base case (1/5) to values of 1/3 and 1/7, using surges and waves from the base case as input.  Similar to Figure 1, there are three sets of lines which describe the duration of overtopping rates over a lower threshold (0.011 cubic feet/(second-foot)), the duration of overtopping rates over an upper threshold (0.22 cubic feet/(second-foot)), and the time between overtopping rates passing the lower and upper thresholds.  In this Figure, it can be seen that increasing the levee slope from 1/5 to a slope of 1/3 increases the duration above the lower threshold by about 60 minutes and increases the duration above the upper threshold by about 30 minutes.  Conversely, lowering the levee slope from 1/5 to 1/7 reduces the duration above the lower threshold by about 5 minutes and reduces the duration above the upper threshold by about 10 minutes.  Increasing the levee slope from 1/5 to 1/3 increases the time that it takes to transition from the lower threshold to the upper threshold by about 40 minutes, while decreasing the levee slope from 1/5 to 1/7 seems to affect the transition time by less than 10 minutes.

Figure 3 is also derived from information contained in Appendix C with the bottom panel identical to that shown in Figure 1.  In this case, the elevation of the toe is changed from the base elevation used in these runs (7 feet) to elevations of 5 feet and 9 feet.  As can be seen here, variations in toe elevations essentially do not substantially affect the durations of overtopping rates over the thresholds examined or the transition times between the thresholds.

Figure 4 is also derived from information contained in Appendix C with the bottom panel identical to that shown in Figure 1.  In this case, the distance between the MRGO and the toe of the levee is increased from the base distance (125 feet in these runs) to 350 feet and 625 feet.  This is not necessarily a good representation of what would happen in nature, since the Boussinesq model neglects wind input which is quite

large in this situation.  For this reason, the Boussinesq results undoubtedly overestimate the magnitude of changes related to varying this distance and these should be regarded as an upper limit.  In spite of this caveat, the changes in durations above the lower threshold are only about 0 to 20 minutes for an increase of berm width to 350 feet and only about 20 to 45 minutes for an increase of berm width to 625 feet.  The changes in the transition times are not very large for either of the wider berms and range from 0 to 15 minutes.

Figure 5 is also derived from information contained in Appendix C with the bottom panel identical to that shown in Figure 1.  In this case, the peak period is lowered by 1 second and raised by 1 second over the base case.  The decrease in wave period decreases the overtopping rates; consequently, the duration of overtopping rates above the lower threshold decrease by about 1 to 50 minutes and durations above the upper threshold decrease by about 5 to 50 minutes.  The increase in wave period increases the overtopping rates; consequently, the duration of overtopping rates above the lower threshold increase by about 1 to 20 minutes and durations above the upper threshold increase by about 10 to 20 minutes.  The effect of variations in wave period on transition time between thresholds is quite small, remaining less than 10 minutes for all cases.

All of these sensitivity analyses show that results shown in Figure 1 will only be weakly influenced by variations in the transect characteristics along which the Boussinesq model is run.  The elevation of the levee toe has no significant influence on the results obtained.  Although the levee slopes do have some influence on the overtopping rates, it would seem reasonable to assume that these characteristics are part of the levee design process and are not related to the MRGO.  The wave periods vary only very slightly between the "with MRGO" and "without MRGO" computer simulations, so this should not be a major influence on the overtopping rates.  Finally, the width of the berm between the MRGO and the toe of the levee is primarily in the range of less than 100 feet to about 150 feet.  The impact of variations in this range is expected to by quite small and would not substantially change the information presented in Figure 1.

As a final note on sensitivity to parameter variations, we can examine the sensitivity of the durations to the selection of specific threshold values.  In the curves in Figure 1, the upper threshold is a factor of 20 greater than the lower threshold.  If we were to select values between the limits shown here, it is sensible to presume that variations in duration and transition times would fall somewhere between these two limits.  If we were to double the upper threshold, based on a scrutiny of the overtopping time histories in Appendices B and C, the duration characteristics should exhibit the same behavior as seen in Figure 1.  The same argument can be used to infer that reducing the lower limit by a factor of 2 would also not have much of an impact on the duration and transitions times.  Thus, the results here are not specific to the thresholds used but are quite general over a wide range of selected thresholds.

Additional model simulations were conducted in this series of runs to provide information about the hydrodynamic loadings at the levee, including front side velocities.  Five different levee cross-sectional profiles were patterned after actual measured profiles, with each one having a front side toe elevation of 8 ft NAVD88 20004.65.  The five

profiles had crest elevations of 14.5, 15.4, 16.5, 17.5 and 19 ft. NAVD88 2004.65   Each of the five levee profiles were combined with a single fronting berm configuration to develop five distinct levee/berm profiles.  Representative water level and wave time series for two locations, one between Bayou Dupre and Bayou Bienvenue, and a second at Bayou Dupre, were used as model input.  Model simulations were conducted for each of the five levee/berm profiles, for each of the two sets of incident wave and water level conditions.  Information on several measures of velocity (front side, crest and back side), mean wave overtopping rate, water depth with and without wave setup at the toe, significant wave height at the toe, were provided for each of the ten simulations.  Appendix D shows results, graphically, for the 15.4-ft levee crest simulation, for incident wave and water level conditions at a point between Bayou Bienvenue and Bayou Dupre.



**Figure 1. Summary of wave height sensitivity study. In the top plot are shown the duration of overtopping above the 0.011 ft$^3$/s/ft threshold (upper most set of three lines), the duration above 0.22 ft$^3$/s/ft (middle set of three lines), and the interval between the two thresholds during the initial part of the storm. In the lower subplot is shown the distribution function of levee crest elevation; larger values indicate more common elevations.**



**Figure 2. Summary of levee slope sensitivity study. In the top plot are shown the duration of overtopping above the 0.011 ft$^3$/s/ft threshold (upper most set of three lines), the duration above 0.22 ft$^3$/s/ft (middle set of three lines), and the interval between the two thresholds during the initial part of the storm. In the lower subplot is shown the distribution function of levee crest elevation; larger values indicate more common elevations.**



**Figure 3. Summary of levee toe elevation sensitivity study. In the top plot are shown the duration of overtopping above the 0.011 ft$^3$/s/ft threshold (upper most set of three lines), the duration above 0.22 ft$^3$/s/ft (middle set of three lines), and the interval between the two thresholds during the initial part of the storm. In the lower subplot is shown the distribution function of levee crest elevation; larger values indicate more common elevations.**



**Figure 4. Summary of berm (foreshore) width sensitivity study. In the top plot are shown the duration of overtopping above the 0.011 ft$^3$/s/ft threshold (upper most set of three lines), the duration above 0.22 ft$^3$/s/ft (middle set of three lines), and the interval between the two thresholds during the initial part of the storm. In the lower subplot is shown the distribution function of levee crest elevation; larger values indicate more common elevations.**



**Figure 5. Summary of wave period sensitivity study. In the top plot are shown the duration of overtopping above the 0.011 ft$^3$/s/ft threshold (upper most set of three lines), the duration above 0.22 ft$^3$/s/ft (middle set of three lines), and the interval between the two thresholds during the initial part of the storm. In the lower subplot is shown the distribution function of levee crest elevation; larger values indicate more common elevations.**

# References

US Army Engineering Research and Development Center, 2002: Coastal Engineering Manual (CEM).

Dekker, J, 2004:  COMRISK, prepared for Rijkwaterstaat, DWW, sub-project-5: Hydraulic boundary conditions, 145 p.

EurOtop, 2007:  Wave Overtopping of Sea Defenses and Related Structures: Assessment Manual, in Die Kuste, Archive for Research and Technology on the North Sea And Baltic Coast, 193 p.

Goda, Y., 1985:  Random Seas and Design of Maritime Structures, University of Tokyo Press.

Resio, D.T, 2008: Expert Report, Prepared for U.S. Department of Justice, *Robinson v. United States*, December 2008.

TAW, 1999. Technical report wave run-up and wave overtopping at dikes. Technical Advisory Committee on Flood Defense, The Netherlands.

Westerink, J.J., 2008: Expert Report, Prepared for U.S. Department of Justice, *Robinson v. United States*, December 2008.

APPENDIX A.  LOOKUP TABLE SETUP & SIMULATION INPUT PARAMETERS

A large number of simulations are performed, for the end purpose of creating a digital lookup table, which can be queried for any arbitrary set of wave and levee properties. The general levee configuration is shown below in Figure A-1.



**Figure A-2. Parameter description for the Boussinesq-based lookup table.**

The input parameters of the lookup table, along with their binned ranges, are:
  $H_s$=[0 2 5 8];  %significant wave height, in the MRGO (ft)
   wl=[-4 -2 0 2];  %water level relative to levee crest (ft)
    $T_p$=[5 8 12 16];  % peak wave period (seconds)
     s=[1/3 1/5 1/7];  %levee slope
    toe_elev=[5 7 9];  % levee toe elevation (ft)
   chan_elev=[0 3 5];  % MRGO bank elevation (ft)
  berm_width=[125 625];  % berm width, distance from levee toe to MRGO bank (ft)

A simulation was run for every possible combination of the above seven parameters. This is 4*4*4*3*3*3*2 = 3456 individual simulations.  For each simulation, specific output was processed, namely overtopping rate, and stored in a lookup database file.  The lookup could then be queried to provide information for any parameter set that is covered by the above parameter ranges, using multi-dimensional linear interpolation.

For lookup queries with water levels outside of the simulated range, two approaches were used.  For low water levels (freeboard values less than 4'), the empirical TAW

overtopping equations were used with the in-channel wave height and a berm coefficient of 0.5. For high water levels (surge level greater than 2' above the levee crest), a modified set of open channel weir equations were used.

The following parameters are used for all simulations:

Equation Model: Weakly Nonlinear Boussinesq Equations Solved with Finite Difference Scheme Given in Lynett, P. (2006). "Nearshore Modeling Using High-Order Boussinesq Equations." Journal of Waterway, Port, Coastal, and Ocean Engineering (ASCE), v. 132(5), p. 348-357.

Spatial Resolution: Constant, 2.6'

Temporal Resolution: Constant, 0.008 seconds

Simulation Time: 1500 seconds (25 minutes)

Sponge Layer used on Offshore Boundary to Absorb Outgoing Energy

Moving Shoreline: Extrapolation Method of Lynett, P., Wu, T.-R., and Liu, P. L.-F. (2002). "Modeling Wave Runup with Depth-Integrated Equations." Coastal Engineering, v. 46(2), p. 89-107.

Waves Generated with Internal Source Generator
- Generation Location at 1400' from Levee Toe
- Wave Condition Based on Input Discrete Amplitude Spectrum
- Spectrum Generated from STWAVE Provided $H_s$ and $T_m$ assuming JONSWAP spectral form

Wave Breaking Model: Eddy Viscosity Scheme of Kennedy, A. B, Chen, Q., Kirby, J. T., and Dalrymple, R. A., 2000, "Boussinesq modeling of wave transformation, breaking and runup. I: One dimension", Journal of Waterway, Port, Coastal and Ocean Engineering, 126, 39-47.

Bottom Friction: Quadratic Friction Model, with Dimensionless Friction Coefficient
- Spatially Constant Friction Coefficient = 0.005

Convection Term Formulation: Weighted Average:
- 0.75 Fraction: 4th Order Centered Difference Formulation
- 0.25 Fraction: 1st Order Upwind Difference Formulation

Subgrid Dissipation: Smagorinski Large Eddy Closure, with coefficient = 0.5

Time Series of Free Surface Elevation and Depth-Averaged Velocity Written every 8.2' along the Berm and Levee

Statistical Analysis (Spectral/Zero-Crossing) performed on final 1200 seconds (20 Minutes) of Time Series Output