APPENDIX B.  OVERTOPPING TIME HISTORY DURING KATRINA

Using the lookup table tool, it is possible to generate a time history of overtopping for any levee geometry, for any specified time history of surge and wave properties.  The hydrodynamic conditions (storm surge, significant wave height, and mean period) are taken from ADCIRC and STWAVE simulations, and represent likely conditions during Katrina along the length of MRGO reach 2.  For this analysis, levee overtopping rates resulting from the hydrodynamic conditions of point 11, at the midpoint of the Reach, are examined. These conditions will be termed the "Base Case," and are shown in Figure B-1.  To test the relevance of a decreased wave height on the overtopping rate, two additional hydrodynamic conditions will be analyzed; one with wave height 1' less than the base case, termed "Base Case w/ Wave Height -1'", and another with wave height 2' less than the base case, termed " Base Case w/ Wave Height -1'".  Both of these modified wave height profiles are also given in Figure B-1.

A levee with front slope of 1/5, toe elevation of 7', berm width of 125', and MRGO channel elevation of 3' will be examined.  Overtopping rates for the "Base Case" and the two reduced-wave height case are given for a range of levee crest elevations in this Appendix.  For elevations from 14.5' to 20', in 0.5' increments, overtopping time histories are provided in Figures B-2 to B-7.



**Figure B-1. Summary of the hydrodynamic conditions used in this analysis; Point 11 time histories. In the top subplot is the storm surge elevation, in the middle plot is the history of the significant wave height for the three cases, and in the lower plot is the mean period of the wave condition.**





**Figure B-2.** Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 14.5' in the top plot and 15' in the bottom, for the "Base Case" and the two reduced wave height cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.





**Figure B-3. Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 15.5' in the top plot and 16' in the bottom, for the "Base Case" and the two reduced wave height cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure B-4.** Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 16.5' in the top plot and 17' in the bottom, for the "Base Case" and the two reduced wave height cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.





**Figure B-5.  Time history of overtopping rate during Katrina, on the 29th.  The figure provides the time history for two different levee crest elevations, 17.5' in the top plot and 18' in the bottom, for the "Base Case" and the two reduced wave height cases.  Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure B-6.** Time history of overtopping rate during Katrina, on the 29[th.]. The figure provides the time history for two different levee crest elevations, 18.5' in the top plot and 19' in the bottom, for the "Base Case" and the two reduced wave height cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.





**Figure B-7.** Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 19.5' in the top plot and 20' in the bottom, for the "Base Case" and the two reduced wave height cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.