APPENDIX C: SENSITIVITY OF OVERTOPPING TO LEVEE AND WAVE PROPERTIES

While Appendix B provides some information regarding the sensitivity of the overtopping rates to the incident wave height, it is helpful to judge this impact in light of the other uncertainties in the system. These include levee front face slope, levee toe elevation, berm (foreshore) width, and wave period. The effect of changing the levee slope from 1/3 to 1/7 can be seen in Figures C-1 to C-6; variations in toe elevation from 5' to 9' are given in Figures C-7 to C-12; the impact of the berm width across the range of 125' to 625' can be found in Figures C-13 to C-18; finally, the effect of +/- 1 second differences in the wave period on overtopping rates is shown in Figures C-19 to C-24.





**Figure C-1. Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 14.5' in the top plot and 15' in the bottom, for the "Base Case" and the two different levee slope cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-2.  Time history of overtopping rate during Katrina, on the 29th.  The figure provides the time history for two different levee crest elevations, 15.5' in the top plot and 16' in the bottom, for the "Base Case" and the two different levee slope cases.  Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-3. Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 16.5' in the top plot and 17' in the bottom, for the "Base Case" and the two different levee slope cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-4. Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 17.5' in the top plot and 18' in the bottom, for the "Base Case" and the two different levee slope cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-5. Time history of overtopping rate during Katrina, on the 29th. The figure provides the time history for two different levee crest elevations, 18.5' in the top plot and 19' in the bottom, for the "Base Case" and the two different levee slope cases. Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**