



**Figure C-6.  Time history of overtopping rate during Katrina, on the 29th.  The figure provides the time history for two different levee crest elevations, 19.5' in the top plot and 20' in the bottom, for the "Base Case" and the two different levee slope cases.  Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-7.  Time history of overtopping rate during Katrina, on the 29th.  The figure provides the time history for two different levee crest elevations, 14.5' in the top plot and 15' in the bottom, for the "Base Case" and the two different levee toe elevation cases.  Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-8.  Time history of overtopping rate during Katrina, on the 29th.  The figure provides the time history for two different levee crest elevations, 15.5' in the top plot and 16' in the bottom, for the "Base Case" and the two different levee toe elevation cases.  Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-9.  Time history of overtopping rate during Katrina, on the 29th.  The figure provides the time history for two different levee crest elevations, 16.5' in the top plot and 17' in the bottom, for the "Base Case" and the two different levee toe elevation cases.  Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**





**Figure C-10.  Time history of overtopping rate during Katrina, on the 29th.  The figure provides the time history for two different levee crest elevations, 17.5' in the top plot and 18' in the bottom, for the "Base Case" and the two different levee toe elevation cases.  Given in the text box on the right side of each figure are characteristic times and durations used in this analysis.**