# APPENDIX D: DETERMINISTIC RUNS FOR A FIXED ELEVATION

















