UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO:  INSURANCE*<br><br>**MALCOLM SCHULZ          NO.: 07-3081**<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | **CIVIL ACTION NO. 05-4182 "K" (2)**<br><br>**JUDGE DUVAL**<br><br>**MAGISTRATE WILKINSON** |

## **ORDER**

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-3081, in its entirety, is dismissed with prejudice.

New Orleans, Louisiana, this 16th day of April, 2009.

_____
JUDGE