

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

April 06, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 08-31240  In Re: Katrina Canal, et al
 USDC No. 2:05-CV-4182
 USDC No. 2:06-CV-5131
 USDC No. 2:06-CV-5132
 USDC No. 2:06-CV-5134
 USDC No. 2:06-CV-5137
 USDC No. 2:06-CV-5140


The court has granted appellant's motion to reinstate the appeal.


Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Misty Fontenot
Misty L. Fontenot, Deputy Clerk
504-310-7716


Mr. James K Irvin
Mr. John Fredrick Kessenich
Ms. Loretta Whyte

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

0 6 APR 2009