**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| PERTAINS TO: | * | JUDGE: DUVAL |
| | * | |
| INSURANCE:       *Acevedo,* 07-5199 | * | MAGISTRATE: WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | | |


## MOTION TO SUBSTITUTE & ADD ADDITIONAL COUNSEL

        NOW INTO COURT, through undersigned counsel comes plaintiff, Leroy Toney, and upon suggesting that Stuart Barasch is no longer associated with Hurricane Legal Center moves to substitute Lawrence J. Centola, Jr. of Hurricane Legal Center as counsel of record and in addition to enroll George Frazier, 6122 Clara Street, New Orleans, Louisiana, as additional counsel of record.


                                                Respectfully submitted,



                                                *Lawrence J. Centola, Jr.*
                                                LAWRENCE J. CENTOLA, JR. (3962)
                                                HURRICANE LEGAL CENTER. LLC
                                                910 Julia Street
                                                New Orleans, Louisiana 70113
                                                Telephone:     (504) 525-1944
                                                Facsimile:     (504) 525-1279
                                                Email: larrycentola@hotmail.com