UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE:    *Acevedo,* 07-5199 | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Motion to Dismiss;

   IT IS ORDERED by the Court that Lawrence J. Centola, Jr. by substituted and George Frazier added as additional counsel for Plaintiff, Leroy Toney.

   New Orleans, this ____ day of _____, 2009.


_____
UNITED STATES DISTRICT JUDGE