UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  ROAD HOME<br>　　　State of Louisiana, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Pursuant to my previous order, Record Doc. No. 18535, counsel for certain plaintiffs and the Road Home Program have submitted to me a form of affidavit which they have agreed upon for the purposes outlined in my previous supplement to the court's "Case Management Order Re: Road Home Settlement Protocol." Record Doc. No. 13598. Accordingly, **IT IS ORDERED** that the record is hereby supplemented with the attached form of affidavit, which the court approves as a further addendum to this court's "Case Management Order Re: Road Home Settlement Protocol," Record Doc. Nos. 13598 and 18535.

New Orleans, Louisiana, this ___17th___ day of April, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

# AFFIDAVIT OF CONTRACT

**BEFORE ME,** the undersigned authority, personally came and appeared:

_____

Who after being duly sworn, did depose as follows:

     1.     That he/she ("the client") entered into a written contingency fee agreement with the Becnel Law Firm, L.L.C., either directly or through a co-counsel agreement with _____ for the Becnel Law Firm, L.L.C. to represent his interests in a claim against his homeowner's insurance company for damages caused by Hurricane Katrina.

     2.     That the above-referenced contract provided that the Becnel Law Firm, L.L.C. (or co-counsel) would collect legal fees in the amount of 40% of the gross recovery and also allowed for the deduction of expenses and costs incurred in the prosecution of this claim.

     3.     That this contingency fee agreement was signed by the client prior to August 29, 2007.

     4.     That the original kept on file at the Becnel Law Firm, L.L.C. was destroyed during Hurricane Gustav and thus this affidavit is being submitted in lieu of providing a copy of the original document.

SWORN TO AND SUBSCRIBED BEFORE ME on this ___ day of _____, 200___ in _____, _____.

_____                _____

Notary Public                                                              Claimant

_____

Plaintiff's Counsel