| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 009 | WFP-009-000000003 | WFP-009-000000003 | Department of Commerce; NOAA; | Not Available | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000001 | WFP-018-000000041 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000046 | WFP-018-000000061 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000063 | WFP-018-000000159 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000167 | WFP-018-000000174 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000176 | WFP-018-000000210 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000212 | WFP-018-000000284 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000288 | WFP-018-000000392 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000394 | WFP-018-000000405 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 018 | WFP-018-000000408 | WFP-018-000000424 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000429 | WFP-018-000000445 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000454 | WFP-018-000000454 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000456 | WFP-018-000000470 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000472 | WFP-018-000000472 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000476 | WFP-018-000000483 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000486 | WFP-018-000000511 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000514 | WFP-018-000000521 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000530 | WFP-018-000000530 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 018 | WFP-018-000000543 | WFP-018-000000544 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000546 | WFP-018-000000565 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000568 | WFP-018-000000571 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000573 | WFP-018-000000579 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000588 | WFP-018-000000593 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000000596 | WFP-018-000000740 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000742 | WFP-018-000000749 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000753 | WFP-018-000000755 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000761 | WFP-018-000000800 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 018 | WFP-018-000000802 | WFP-018-000000803 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000807 | WFP-018-000000816 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000819 | WFP-018-000000820 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000823 | WFP-018-000000855 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000861 | WFP-018-000000884 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000887 | WFP-018-000000912 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000918 | WFP-018-000000986 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000000995 | WFP-018-000001094 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000001096 | WFP-018-000001113 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 018 | WFP-018-000001115 | WFP-018-000001158 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000001163 | WFP-018-000001171 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000001173 | WFP-018-000001217 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000001219 | WFP-018-000001248 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000001251 | WFP-018-000001251 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000001253 | WFP-018-000001255 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000001259 | WFP-018-000001259 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000001267 | WFP-018-000001334 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000001336 | WFP-018-000001538 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 018 | WFP-018-000001540 | WFP-018-000002430 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002433 | WFP-018-000002444 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002447 | WFP-018-000002608 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002610 | WFP-018-000002611 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002626 | WFP-018-000002635 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002641 | WFP-018-000002641 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000002654 | WFP-018-000002665 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002669 | WFP-018-000002674 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000002676 | WFP-018-000002725 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 018 | WFP-018-000002736 | WFP-018-000002745 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000002787 | WFP-018-000002804 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000002807 | WFP-018-000002833 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002838 | WFP-018-000002846 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002849 | WFP-018-000002868 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002871 | WFP-018-000002873 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000002877 | WFP-018-000002879 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000002882 | WFP-018-000002911 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000002913 | WFP-018-000002932 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 018 | WFP-018-000002941 | WFP-018-000002951 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000002956 | WFP-018-000003006 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |
| WFP | 018 | WFP-018-000003010 | WFP-018-000003010 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA |
| WFP | 018 | WFP-018-000003013 | WFP-018-000003024 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva and Max Mayfield | KC1045 | 4/17/2009 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from NOAA; Contains Redactions per Privacy Act |