UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Robinson (No. 06-2268) | § | |
| | § | |

NOTICE OF PRODUCTION

The Court, per the Amended *Robinson* Case Management Order (Doc. Rec. No. 15841), ordered the Defendant United States to produce its expert reports and computer generated evidence on December 22, 2008. On February 20, 2009, the Court ordered the United States to produce by February 27, 2009, all materials upon which defendants' experts relied in preparing their reports or crafting their opinions. *See* Doc. Rec. No. 17816. Accordingly, the United States produced to the *Robinson* Plaintiffs' counsel, Pierce O'Donnell, its expert reports from the following experts: John Barras, Louis Britsch III, Stephen Deloach, Bruce Ebersole, Steven Fitzgerald, Brian Jarvinen, Reed Mosher, Donald Resio, Joannes Westerink, and Thomas Wolff. *See* Doc. Rec. No. 16833. Subsequently, the United States provided notice to the Plaintiffs of expert report amendments regarding Steven Fitzgerald on December 23, 2008, and for John Barras on February 10, 2009. *See* Doc. Rec. Nos. 16842 and 17663, respectively. Moreover, the United States filed a Notice of Production on January 5, 2009, and produced Bates-stamped versions of the expert reports to Mr. O'Donnell and Joseph Bruno, plaintiffs' counsel for the *In*

*Re: Katrina Canal Breaches Consolidated Litigation.  See* Doc. Rec. No. 16908.

On February 6, 2009, the United States hand delivered to Plaintiffs' counsel a CD of expert reliance materials generated by Thomas Wolff.  Those materials are now being produced with Bates-stamped numbers.  The United States noted that page 18 of WES TM-3-430, Volume 2, April 1956, was missing from the CD previously given to Plaintiffs.  Today's production includes the missing page.

The documents and/or electronically stored information (ESI) that the United States identified for production to the Plaintiffs cited above will be produced within the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec.

No. 10293):

                XTW-004-000000001 thru XDR-006-000002425

                XTW-005-000000001 thru XTW-005-000000268

                              Respectfully submitted,

                              MICHAEL F. HERTZ
                              Acting Assistant Attorney General

                              PHYLLIS J. PYLES
                              Director, Torts Branch

                              JAMES G. TOUHEY, JR.
                              Assistant Director, Torts Branch

                              _s/ James F. McConnon, Jr._
                              JAMES F. McCONNON, JR.
                              Trial Attorney, Torts Branch, Civil Division
                              U.S. Department of Justice
                              Benjamin Franklin Station, P.O. Box 888
                              Washington, D.C.  20044
                              (202) 616-4400 / (202) 616-5200 (Fax)
                              Attorneys for the United States

Dated: April 17, 2009

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on April 17, 2009, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                    s/ James F. McConnon, Jr.
                                  JAMES F. McCONNON, JR.