EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XTW | 004 | XTW-004-000000001 | XTW-004-000002425 | Expert Witness | Thomas Wolff | KC1046 | 4/17/2009 | Robinson | Supplemental reliance material |
| XTW | 005 | XTW-005-000000001 | XTW-005-000000268 | Expert Witness | Thomas Wolff | KC1046 | 4/17/2009 | Robinson | Supplemental reliance material |