UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO.   05-4182 |
| PERTAINS TO:   INSURANCE<br>                                Kneale, 08-123 | * * * | SECT. "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Joint Motion to Dismiss:

**IT IS ORDERED** that the above entitled and numbered cause be and the same hereby is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 200___.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE