## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION

                                     NO. 05-4182

PERTAINS TO: ROAD HOME              SECTION "K"(2)
          <u>LOUISIANA STATE, 07-5528</u>

### ORDER

In the interests of judicial economy, considering that the above-captioned case is

indirectly related to a matter presently before Judge Carl J. Barbier, *Law Offices of Joseph M.*

*Bruno, APLC v. ABN Amro Mortgage Group, Inc.*, Civ. A. No. 08-2762, accordingly

    **IT IS ORDERED** that the above-captioned matter, Civ. A. No. 07-5528, is hereby

**DECONSOLIDATED** from Civ. A. No. 05-4182; and

    **IT IS FURTHER ORDERED** that Civ. A. No. 07-5528 be **TRANSFERRED** to Judge

Carl J. Barbier, Section "J".

    New Orleans, Louisiana, this __16th__ day of April, 2009.

                                    STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT JUDGE

APR 1 7 2009

TRANSFERRED TO

SECT. J

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____