**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 16, 2009**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: Robinson (06-2268)** | **SECTION "K"(2)** |

      The Court contacted the parties for an unscheduled telephone conference regarding trial exhibits. Attending this status conference held this day were:

      Joseph Bruno for Plaintiffs;

      and

      Robin Smith for the United States.

      The Court discussed objections by Plaintiffs to the Government's exhibits regarding the relevance of EBIA. It was not clear among the parties to what extent the EBIA would be relevant. The Government agreed to the striking of the exhibits, but with the reservation that, should the EBIA become relevant, they would have the opportunity to seek admission. The Court agreed to the Government's request.

      As to the upcoming trial, the Court reminded the parties to be incisive with examinations. Moreover, the Court instructed the parties that trial would run from 8:30 a.m. to 5:30 p.m. each day by request of the court reporters.

JS10(00:10)