UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: MRGO, Robinson (No. 06-2268)** | **SECTION "K"** |

### ORDER

Before the Court is the "Motion for Use of Deposition at Trial" filed on behalf of plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz (Doc. 18582) which seeks an order permitting plaintiffs to introduce into evidence at trial excerpts of the 30(b)(6) deposition of the Corps of Engineers taken in *Turner v. Murphy Oil USA, Inc.* in which Richard Varusso testified as the designee of the Corps. The motion is DENIED.

Defendant United States has represented that it will make Mr. Varuso available to testify at trial. Because Mr. Varusso will not be "unavailable" for trial, the deposition is not admissible under Rule 804(b)(1) of the Federal Rules of Evidence. At trial plaintiffs may use the deposition for impeachment purposes. If, however, the United States fails to make Mr. Varusso available to plaintiffs at trial, the Court will revisit the issue of the admissibility of the challenged deposition.

New Orleans, Louisiana, this 17th day of April, 2009

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE