UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: MRGO, Robinson  SECTION "K"
(No. 06-2268)

### ORDER

Before the Court is the "Motion in Limine" filed on behalf of plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz (Doc. 18583) which seeks to preclude the defendant United States from introducing into evidence at trial the November 20, 2007 deposition Dr. Shea Penland. The motion is **DENIED**.

Plaintiffs retained Dr. Penland as an expert witness. In that capacity he gave deposition testimony. In March 2008, Dr. Penland died. Thereafter the plaintiffs identified Dr. Duncan Fitzgerald as their expert to be used in place of Dr. Penland.

Plaintiffs do not object to the admissibility of the deposition. Rather, they focus on the government's failure to identify Dr. Penland as a witness in the pretrial order and urge that the deposition testimony is unnecessary because "Dr. Fitzgerald is available to give similar testimony orally." Doc. 18583-2, page 2. The government's failure to identity Dr. Penland as a witness in the pretrial order does not warrant excluding his deposition. The government listed Dr. Penland's deposition as one of its exhibits, thereby giving plaintiffs notice of its intent to introduce Dr. Penland's testimony. Plaintiffs do not urge that they have been prejudiced due to the government's failure to list Dr. Penland as a witness in the pretrial order, and the Court finds no prejudice as a result of that omission. Moreover, even if Dr. Fitzgerald offers testimony at trial similar to that in

Dr. Penland's deposition, Dr. Penland's deposition is nonetheless admissible.

New Orleans, Louisiana, this 17th day of April, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

2