UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Murray, 07-9511 | JUDGE DUVAL<br>MAG. WILKINSON |

# ORDER

Considering the foregoing *Joint Motion for Voluntary Dismissal with Prejudice*;

**IT HEREBY IS ORDERED, ADJUDGED AND DECREED** that all allegations, claims and/or causes of action brought on behalf of plaintiff, Edwin R. Murray, only, against defendant, Republic Fire And Casualty Insurance Company, in the above-numbered and captioned matter be and they are hereby dismissed, with prejudice, with each party to bear its own costs.  This dismissal does not affect any other plaintiff's claims in this consolidated litigation.

**THUS DONE AND SIGNED** on this _____ day of _____ 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**
EASTERN DISTRICT OF LOUISIANA