## Transaction Log

### Report Period: 04/01/2009 - 04/01/2009

| Id | Date | Case Number | Text |
|---|---|---|---|
| 1847890 | 04/01/2009 12:01:41 | 2-05-cv-4182 | STIPULATION by St. Paul Fire & Marine Insurance Company <I>, Orleans Levee District, East Jefferson Levee District, Lake Borgne Basin Levee District and Plaintiffs</I> (Reference: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, |

Total Number of Transactions: 1



EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>No.: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289. | |
| PERTAINS TO:   LEVEE AND MR-GO | |

## JOINT STIPULATIONS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs[1] and the Settling Defendants which, for purposes of the April 2 and 3 Settlement Class Certification Hearing and the Class Settlement Fairness Hearing, agree to and respectfully submit the following joint stipulations:

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this memorandum shall have the meanings and/or definitions given them in the Class Settlement Agreement, the original of which, together with all exhibits, is attached to the Joint Motion as *in globo* Exhibit "1".

402733-1

1

1. At all times pertinent hereto, the flood control system owned and controlled by the Orleans Levee District was comprised of four component parts: the New Orleans Metro flood control structure, the Lower Ninth Ward flood control structure, the New Orleans East flood control structure, and the New Orleans Westbank flood control structure.

2. The New Orleans Westbank flood control structure did not fail and was not overtopped during the Hurricanes in 2005, and it is not at issue in this Litigation.

3. At all times pertinent hereto, the southeast corner of the New Orleans Metro flood control structure was separated from the western side of the Lower Ninth Ward flood control structure only by the Inner Harbor Navigation Canal;

4. At all times pertinent hereto, the northern side of the Lower Ninth Ward flood control structure was separated from the southern side of the New Orleans East flood control structure only by the Gulf Intracoastal Waterway;

5. At all times pertinent hereto, each of the flood control structures at issue was a continuous earthen levee/fronting protection/flood wall structure that encircled the land that it protected, except that the Lower Ninth Ward flood control structure also had one additional levee that was connected to and extended from the encircling structure, extending along the southern bank of the Gulf Intracoastal Waterway;

6. At all times pertinent hereto, the Mississippi River, the Inner Harbor Navigation Canal, and the Gulf Intracoastal Waterway were all navigable waterways.

7. If the Court finds that the "Change of Limits Endorsement" (Form G0251 Ed. 10-97) (Bates No. TRV-OLD-00065) in the Orleans Levee District's Public Entity

General Liability Protection coverage in the package policy (Policy No. GP06300925) issued by St. Paul Fire and Marine Insurance Company ("St. Paul") is applicable to flood control structures, and if the Court finds the New Orleans Metro flood control structure, the Lower Ninth Ward flood control structure, and the New Orleans East flood control structure constitute three separate "premises" within the meaning of that endorsement, then additional insurance proceeds in the amount of $2,000,000 (plus judicial interest to the date of deposit into the Escrow Account) are potentially available pursuant to said endorsement to satisfy the Class Members' Claims in this Litigation, subject to the terms of the Class Settlement Agreement.

8. If the Court finds that the "Change of Limits Endorsement" (Form G0251 Ed. 10-97) (Bates No. TRV-OLD-00065) in the Orleans Levee District's Public Entity General Liability Protection coverage in the package policy (Policy No. GP06300925) issued by St. Paul is not applicable to flood control structures, or if the Court finds the New Orleans Metro flood control structure, the Lower Ninth Ward flood control structure, and the New Orleans East flood control structure constitute one "premises" within the meaning of that endorsement, then no additional insurance proceeds are potentially available to satisfy the Class Members' Claims in this Litigation pursuant to said endorsement.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

BY: __/s/ Joseph M. Bruno__
    Joseph M. Bruno (#3604)
    855 Baronne Street
    New Orleans, Louisiana 70113
    Telephone:  (504) 525-1335
    Facsimile:  (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY: __/s/ Gerald E. Meunier__
    Gerald E. Meunier (#9471)
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone:  (504) 522-2304
    Facsimile:  (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIATION COMMITTEE

402733-1

DOMENGEAUX WRIGHT ROY & EDWARDS

BY: /s/ James P. Roy
James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana 70502
Telephone: (337) 593-4190
Facsimile: (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE


MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL

BY: /s/ Thomas P. Anzelmo
Thomas P. Anzelmo (#2533)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONER'S FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT

DUPLASS, ZWAIN, BOURGEOIS, MORTON
PFISTER & WEINSTOCK


BY: /s/ Gary M. Zwain
Gary M. Zwain (#13809)
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

ATTORNEYS FOR THE BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT, THE EAST
JEFFERSON LEVEE DISTRICT, THE BOARD
OF COMMISSIONERS FOR THE LAKE
BORGNE BASIN LEVEE DISTRICT, AND THE
LAKE BORGNE BASIN LEVEE DISTRICT



LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD


BY: /s/ Ralph S. Hubbard
Ralph S. Hubbard III (#7040)
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

ATTORNEYS FOR ST. PAUL FIRE AND
MARINE INSURANCE COMPANY

**PUBLIC SECTOR SERVICES
CHANGE OF LIMITS ENDORSEMENT –
GENERAL TOTAL LIMIT APPLIES PER PREMISES**

The St Paul

This endorsement changes your Public Entity General Liability Protection.

### How Coverage Is Changed

The following is added to the General total limit section. This change broadens coverage.

*General total limit applies per premises.* The General total limit applies separately to each premises you own, rent, or lease. But only for covered bodily injury, property damage, or medical expenses that result from such premises.

In addition, the General total limit applies separately to all covered personal injury and advertising injury caused by all offenses committed in a policy year. But it applies only once, regardless of the number of premises you own, rent, or lease.

We'll consider all premises which:

- share a common boundary; or
- are divided only by a street or roadway, waterway, or railroad right-of-way;

to be one premises when applying the coverage provided by this endorsement.

### Other Terms

All other terms of your policy remain the same.

---

G0251 Ed. 10-97 Printed in U.S.A.   Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved   Page 1 of 1

EXHIBIT B

TRV-OLD-00065