UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | |
| | * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * * | JUDGE: DUVAL |
| INSURANCE: *Acevedo,* 07-5199 | * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Substitute Counsel;

IT IS ORDERED by the Court that Lawrence J. Centola, Jr. be substituted and George Frazier added as additional counsel for Plaintiff, Leroy Toney.  Stuart Barasch is removed as counsel.

New Orleans, LA, this 17th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE