UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K"  (2) |
| PERTAINS TO:  BARGE | | |
| *Boutte v. Lafarge*           05-5531 <br> *Mumford v. Ingram*      05-5724 <br> *Lagarde v. Lafarge*       06-5342 <br> *Perry v. Ingram*             06-6299 <br> *Benoit v. Lafarge*          06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*             07-5178 <br> *Weber v. Lafarge*         08-4459 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

<u>RE-NOTICE OF DEPOSITION OF VIC SCHUBERT AND A.J. SYLVE</u>

TO:    ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that "Barge Plaintiffs," through undersigned counsel, are re-scheduling the depositions of **Vic Schubert and A. J. Sylve** originally noticed to take place on March 24, 2009.  The depositions will now take place on **May 19, 2009**, at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300 for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.  The depositions will take place

as follows:

**Vic Schubert at 1:30 p.m**

**A. J. Sylve at 3:30 p.m.**

       Respectfully submitted,

  By:   /s/ Edward L. Moreno,
       Brian A. Gilbert (21297)
       Edward L. Moreno (30838)
       LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
       821 Baronne Street
       New Orleans, Louisiana 70113
       Telephone: (504) 885-7700
       Telephone: (504) 581-6180
       Facsimile: (504) 581-4336
       e-mail: bgilbert@briangilbertlaw.com,
       eleemoreno@gmail.com

       /s/ Lawrence D. Wiedemann,
       Lawrence D. Wiedemann.(13457)
       Karl Wiedemann (18502)
       Karen Wiedemann (21151)
       WIEDEMANN & WIEDEMANN
       821 Baronne Street
       New Orleans, Louisiana 70113
       Telephone: (504) 581-6180
       Facsimile: (504) 581-4336
       e-mail: lawrence@wiedemannlaw.com,
       karl@wiedemannlaw.com,
       karen@wiedemannlaw.com,

       /s/ Patrick J. Sanders
       Patrick J. Sanders (18741)
       3316 Ridgelake Drive
       Suite 100
       Metairie, LA 70002
       Telephone: 504-834-0646
       e-mail: pistols42@aol.com

       /s/ Richard T. Seymour
       Richard T. Seymour (D.C. Bar #28100)

        Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

  /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
444 S. Flower Street 33rd Floor
Los Angeles, CA 90071
Tel 213.596.6000
Fax 213.596.6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF  upload, this 17TH  day of April  2009.

\s\ Edward L. Moreno
**EDWARD L. MORENO**