Effective 4/10/06

# FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No. 364279
Deputy Clerk: ___

MAR - 4 2009

**ACCOUNT CODE:**

6855XX Accounts
___ - Restitution
___ - U.S. Postal Service Forms
___ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
___ - Cash Bonds
___ - Land Condemnation
___ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**

___ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
___ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
     085000 - $5.00 / 510000 - $10.00

**FILING FEES**

___ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
___ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
     086900 - $20.00 / 510000 - $19.00
___ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
455.∞ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
___ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

**COPY FEES**

___ - Copies from public terminal (.10 per page - # of pages ___) 5114CR
___ - Copies (.50 per page - # of pages ___) 322350
___ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
___ - Magnetic Tape Recordings ___ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

**MISCELLANEOUS ACCOUNTS**

___ - Certification (# of Cert. ___) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
___ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
___ - Records Search (TOTAL $26.00 Each) (# of names ___) 322360 - $15.00 / 510000 - $11.00
___ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
___ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
     Recovery of Costs - Jury Assessment ___ 322380

**FINES & MISCELLANEOUS ACCOUNTS**

___ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
___ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**

___ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): George Frazier

CASE NUMBER: 07-5199        SECTION: K

CASE TITLE: Acevedo v. AAA Insurance (Toney v. State Farm)

PAYMENT OF: 455.00    CASH ___   CHECK ✓   MONEY ORDER ___
                      SEAMAN ___  PAUPER ___  NON CASH ___

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

___ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
___ 2. Class Action
___ 3. Antitrust
___ 4. Patent, Trademark, Copyright
___ 5. Civil Rights Case
___ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
___ 7. Petitions for Stay of Execution Death Sentence
___ 8. Social Security Case
_X_ 9. All Others

Is this a THREE JUDGE COURT?  Yes ___ No ___
Is this a RELATED CASE?  Yes ___ No ___

Attorney of Record: _____