UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY and JACQUELYN TONEY** *Plaintiffs* | **CIVIL ACTION** |
| *versus* | **NO. 07-5199** |
| **STATE FARM FIRE & CASUALTY COMPANY** *Defendant* | **SECTION "K" (2)** |
| | **JUDGE DUVAL** **MAG. WILKINSON** |

## NOTICE OF APPEAL

**GEORGE FRAZIER (A.C.)**
La. Bar No. 5836
6122 Clara Street
Telephone: (504) 214-0836
Counsel for Appellants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY and JACQUELYN TONEY** *Plaintiffs* | **CIVIL ACTION** |
| *versus* | **NO. 07-5199** |
| **STATE FARM FIRE & CASUALTY COMPANY** *Defendant* | **SECTION "K" (2)** |
| | **JUDGE DUVAL** **MAG. WILKINSON** |

## NOTICE OF APPEAL

Plaintiffs Leroy and Jacquelyn Toney appeal to the United States Court of Appeals for the Fifth Circuit from (a) the Order entered February 4, 2009, dismissing No. 5199 and other "mass-joinder" cases, (b) the Order entered January 23, 2008 granting the Motion of Defendant State Farm Fire & Casualty Company for Summary Judgment, and (c) the Minute Entry entered August 8, 2008, denying Plaintiffs' Motion for Relief under Rule 60(b)(1). The Orders and Minute Entries referred to were entered in No. 05-4182 "K" on the Docket of the United States District Court for the Eastern District

1

of Louisiana, where they appear as Record Documents 10,738; 14,484; and 17,556.

Respectfully submitted,

_____
**GEORGE FRAZIER (A.C.)**
La. Bar No. 5836
6122 Clara Street
Telephone: (504) 214-0836
Counsel for Appellants

## CERTIFICATE OF SERVICE

I certify that the **NOTICE OF APPEAL** was served on March 4, 2009, by placing a copy in the United States Mail, postage pre-paid and correctly addressed to:

> DAVID A. STRAUSS (T.A.)
> King, Krebs & Jurgens, P.L.L.C.
> 201 St. Charles Avenue, Suite 4500
> New Orleans, Louisiana 70170
> Telephone: (504) 582-3800
> Facsimile: (504) 582-123

_____
**GEORGE FRAZIER**