**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
      CONSOLIDATED LITIGATION

                                        NO. 05-4182

PERTAINS TO: Robinson (06-2268)                         SECTION "K"(2)

## <u>ORDER</u>

Before the Court is Plaintiffs' Objections to the United States' Exhibits. Pursuant to agreement by the Government during a telephone status conference held on April 16, 2009, all documents objected to on grounds of irrelevance due to EBIA shall be stricken. Should such documents become relevant during trial, the Court shall permit the Government to seek introduction of such exhibits. The United States has not supplied a small group of exhibits for the Court to review. When such exhibits are supplied, the Court will supplement its rulings accordingly. The Court's rulings are as follows.

| Defendant Exhibit (DX Number) | Objection(s) | Ruling |
|---|---|---|
| 1 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 2 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 3 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 4 | Relevance | (Exhibit Missing). |

| 5 | Relevance | Sustained. |
|---|---|---|
| 6 | Relevance | Sustained. |
| 14 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 16 | Relevance | Overruled. |
| 17 | Relevance | Overruled. |
| 18 | Relevance | Overruled. |
| 20 | Relevance | Overruled. |
| 21 | Relevance | Overruled. |
| 30 | Relevance | Overruled. |
| 32 | Hearsay | Exhibit withdrawn. |
| 33 | Hearsay | Exhibit withdrawn. |
| 44 | Relevance | Sustained. |
| 45 | Relevance | Sustained. |
| 46 | Relevance | Sustained. |
| 47 | Relevance | Sustained. |
| 48 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 49 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 50 | Relevance<br>Hearsay<br>Foundation<br>Prejudice/Confusion/Waste of Time<br>Lack of Personal Knowledge<br>Not Adjudicative Fact | Sustained as to relevance, although Government may demonstrate relevance.<br><br>Sustained as to judicial notice, but admissible on other grounds.<br><br>Overruled on all other grounds. |

| 51 | Relevance<br>Hearsay<br>Foundation<br>Prejudice/Confusion/Waste of Time<br>Lack of Personal Knowledge<br>Not Adjudicative Fact | Overruled. |
|---|---|---|
| 52 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 53 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 54 | Relevance | Sustained. |
| 71 | Relevance | Overruled. |
| 72 | Relevance<br>Hearsay<br>Foundation | (Exhibit Missing) |
| 73 | Relevance | Sustained. |
| 74 | Relevance | Sustained. |
| 75 | Relevance | Sustained. |
| 76 | Relevance | Sustained. |
| 77 | Relevance | Sustained. |
| 80 | Relevance<br>Hearsay | Sustained. |
| 82 | Relevance<br>Hearsay | Sustained as to hearsay. |
| 83 | Relevance<br>Hearsay<br>Foundation | Overruled on all grounds. |
| 92 | Relevance<br>Hearsay<br>Foundation | Exhibit withdrawn. |

| 93 | Relevance<br>Hearsay<br>Foundation | Exhibit withdrawn. |
|----|-----------|--------------------|
| 94 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 97 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 98 | Relevance | Overruled. |
| 99 | Foundation | Overruled, subject to foundation being established. |
| 100 | Relevance<br>Hearsay<br>Foundation | Overruled, subject to showing of relevance and to FRE 804(18). |
| 101 | Relevance<br>Hearsay<br>Foundation | Overruled, subject to FRE 804(18). |
| 102 | Relevance<br>Hearsay<br>Foundation | Exhibit withdrawn. |
| 105 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 106 | Foundation | Overruled, subject to foundation being established. |
| 107 | Foundation | Overruled, subject to foundation being established. |
| 108 | Foundation | Exhibit withdrawn. |
| 111 | Relevance | Overruled. |
| 115 | Relevance<br>Hearsay<br>Foundation | Overruled, subject to FRE 804(18) |

| 116 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
|---|---|---|
| 117 | Relevance<br>Hearsay<br>Foundation | (Exhibit Missing). |
| 119 | Relevance<br>Hearsay | Sustained. |
| 120 | Relevance | Sustained. |
| 127 | Relevance<br>Hearsay<br>Foundation<br>Prejudice/Confusion/Waste of Time<br>Lack of Personal Knowledge<br>Not Adjudicative Fact | Overruled. |
| 128 | Foundation | Overruled, subject to establishing foundation. |
| 129 | Foundation | Overruled, subject to establishing foundation. |
| 130 | Hearsay<br>Foundation | Overruled as to hearsay. Overruled, subject to establishing foundation. |
| 137 | Hearsay<br>Foundation | Sustained, unless hearsay exception and foundation is established. |
| 138 | Relevance | Overruled. |
| 139 | Not Adjudicative Fact | Overruled. |
| 140 | Relevance | (Exhibit Missing). |
| 141 | Hearsay<br>Foundation | Overruled as to hearsay, but subject to foundation. |
| 144 | Relevance | Overruled. |
| 161 | Relevance | Overruled. |
| 162 | Relevance | Overruled. |

| 166 | Relevance EBIA | Sustained. |
|-----|----------------|------------|
| 167 | Relevance EBIA | Sustained. |
| 168 | Relevance EBIA | Sustained. |
| 169 | Relevance EBIA | Sustained. |
| 170 | Relevance EBIA | Sustained. |
| 171 | Relevance EBIA | Sustained. |
| 172 | Relevance EBIA | Sustained. |
| 173 | Relevance EBIA | Sustained. |
| 174 | EBIA | Sustained. |
| 175 | Relevance EBIA | Sustained. |
| 187 | Relevance | Overruled. |
| 190 | Hearsay | Sustained. |
| 191 | Hearsay | Sustained. |
| 192 | Hearsay | Sustained. |
| 193 | Hearsay | Sustained. |
| 194 | Hearsay | Sustained. |
| 195 | Relevance | (Exhibit Missing). |
| 196 | Relevance | Overruled. |
| 197 | Relevance Hearsay Foundation | Sustained as to hearsay. |

| 198 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
|-----|-----|-----|
| 199 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay and foundation. |
| 200 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 201 | Relevance<br>EBIA | Sustained. |
| 202 | Relevance<br>EBIA | Sustained. |
| 203 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay and foundation. |
| 211 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 212 | Relevance | Overruled. |
| 213 | Relevance | Overruled. |
| 217 | Relevance | Overruled. |
| 218 | Relevance | Overruled. |
| 219 | Relevance | Overruled. |
| 220 | Relevance | Overruled. |
| 221 | Relevance | Overruled. |
| 222 | Relevance | Overruled. |
| 224 | Relevance | Overruled. |
| 225 | Relevance | Overruled. |
| 226 | Relevance | Overruled. |
| 227 | Relevance | Overruled. |

| 228 | Relevance | Overruled. |
|-----|-----------|------------|
| 229 | Relevance | Overruled. |
| 230 | Relevance | Overruled. |
| 231 | Relevance | Overruled. |
| 232 | Relevance | Overruled. |
| 233 | Relevance | Overruled. |
| 235 | Relevance | Overruled. |
| 236 | Relevance | Overruled. |
| 237 | Relevance | Overruled. |
| 238 | Relevance | Overruled. |
| 239 | Relevance | Overruled. |
| 240 | Relevance | Overruled. |
| 241 | Relevance | Overruled. |
| 242 | Relevance | Overruled. |
| 244 | Relevance | Overruled. |
| 245 | Relevance | Overruled. |
| 250 | Relevance | Overruled. |
| 251 | Relevance | Overruled. |
| 252 | Relevance | Overruled. |
| 253 | Relevance | Overruled. |
| 255 | Relevance | Overruled. |
| 256 | Relevance | Overruled. |
| 257 | Relevance | Overruled. |
| 259 | Relevance | Overruled. |
| 260 | Relevance | Overruled. |
| 261 | Relevance | Overruled. |
| 262 | Relevance | Overruled. |

| 263 | Relevance | Overruled. |
|-----|-----------|------------|
| 264 | Relevance | Overruled. |
| 265 | Relevance | Overruled. |
| 266 | Relevance | Overruled. |
| 267 | Relevance | Overruled. |
| 268 | Relevance | Overruled. |
| 269 | Relevance | Overruled. |
| 270 | Relevance | Overruled. |
| 271 | Relevance | Overruled. |
| 272 | Relevance | Overruled. |
| 273 | Relevance | Overruled. |
| 274 | Relevance | Overruled. |
| 275 | Relevance | Overruled. |
| 276 | Relevance | Overruled. |
| 278 | Relevance | Overruled. |
| 279 | Relevance | Overruled. |
| 280 | Relevance | Overruled. |
| 281 | Relevance | Overruled. |
| 282 | Relevance | Overruled. |
| 283 | Relevance | Overruled. |
| 284 | Relevance | Overruled. |
| 285 | Relevance | Overruled. |
| 286 | Relevance | Overruled. |
| 287 | Relevance | Overruled. |
| 288 | Relevance | Overruled. |
| 289 | Relevance | Overruled. |
| 290 | Relevance | Overruled. |

| 291 | Relevance | Overruled. |
|-----|-----------|-----------|
| 292 | Relevance | Overruled. |
| 293 | Relevance | Overruled. |
| 294 | Relevance | Overruled. |
| 295 | Relevance | Overruled. |
| 296 | Relevance | Overruled. |
| 297 | Relevance | Overruled. |
| 298 | Relevance | Overruled. |
| 299 | Relevance | Overruled. |
| 300 | Relevance | Overruled. |
| 301 | Relevance | Overruled. |
| 302 | Relevance | Overruled. |
| 303 | Relevance | Overruled. |
| 304 | Relevance | Overruled. |
| 305 | Relevance | Overruled. |
| 306 | Relevance | Overruled. |
| 307 | Relevance | Overruled. |
| 308 | Relevance | Overruled. |
| 309 | Relevance | Overruled. |
| 310 | Relevance | Overruled. |
| 311 | Relevance | Overruled. |
| 312 | Relevance | Overruled. |
| 314 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 315 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 316 | Missing Image | Overruled, subject to provision of a complete exhibit. |
|---|---|---|
| 317 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 318 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 319 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 320 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 321 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 322 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 323 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 324 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 325 | Foundation Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |

| 326 | Foundation<br>Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
|---|---|---|
| 327 | Foundation<br>Missing Image | Overruled as to foundation. Overruled, subject to provision of a complete exhibit. |
| 328 | Hearsay<br>Missing Image | Overruled as to hearsay. Overruled, subject to provision of a complete exhibit. |
| 329 | Hearsay | (Exhibit Missing) |
| 330 | Relevance | Overruled. |
| 334 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 335 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 341 | Relevance<br>Hearsay<br>Foundation | Overruled as to relevance. Sustained as to hearsay and foundation. |
| 343 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 344 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 345 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 346 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 348 | Missing Image | Overruled, subject to provision of a complete exhibit. |
|---|---|---|
| 349 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 350 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 351 | Relevance<br>Missing Image | Overruled as to relevance. Overruled, subject to provision of a complete exhibit. |
| 352 | Relevance<br>Missing Image | Overruled as to relevance. Overruled, subject to provision of a complete exhibit. |
| 354 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 359 | Relevance | Overruled. |
| 360 | Relevance | Overruled. |
| 361 | Relevance | Overruled. |
| 362 | Relevance | Overruled. |
| 363 | Relevance<br>Missing Image | Overruled as to relevance. Overruled, subject to provision of a complete exhibit. |
| 364 | Relevance<br>Missing Image | Overruled as to relevance. Overruled, subject to provision of a complete exhibit. |

| 365 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to<br>provision of a complete<br>exhibit. |
|---|---|---|
| 367 | Relevance | Overruled. |
| 368 | Relevance | Overruled. |
| 369 | Relevance | Overruled. |
| 370 | Relevance | Overruled. |
| 371 | Relevance | Overruled. |
| 372 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to<br>provision of a complete<br>exhibit. |
| 373 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to<br>provision of a complete<br>exhibit. |
| 374 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to<br>provision of a complete<br>exhibit. |
| 375 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to<br>provision of a complete<br>exhibit. |
| 378 | Relevance | Overruled. |
| 380 | Relevance | Overruled. |
| 381 | Relevance | Overruled. |
| 382 | Relevance | Overruled. |
| 383 | Relevance | Overruled. |
| 384 | Relevance | Overruled. |

| 385 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 386 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 387 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 394 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 395 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 401 | Relevance | Overruled. |
| 402 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 403 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 404 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 405 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 406 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 407 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 408 | Relevance | Overruled. |

| 413 | Relevance | Overruled. |
|-----|-----------|------------|
| 414 | Relevance | Overruled. |
| 415 | Relevance | Overruled. |
| 420 | Relevance | Overruled. |
| 421 | Relevance | Overruled. |
| 422 | Relevance | Overruled. |
| 423 | Relevance | Overruled. |
| 424 | Relevance | Overruled. |
| 425 | Relevance | Overruled. |
| 426 | Relevance | Overruled. |
| 427 | Relevance | Overruled. |
| 428 | Relevance | Overruled. |
| 429 | Relevance | Overruled. |
| 430 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 431 | Relevance EBIA | Sustained. |
| 432 | Relevance EBIA | Sustained. |
| 433 | Relevance Missing Image | Overruled as to relevance. Overruled, subject to provision of a complete exhibit. |
| 434 | Relevance | Overruled. |
| 435 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 436 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to provision of a complete exhibit. |
|-----|------------|-------------|
| 437 | Relevance | Overruled. |
| 439 | Relevance | Overruled. |
| 440 | Relevance | Overruled. |
| 441 | Relevance | (Exhibit Missing). |
| 442 | Relevance | (Exhibit Missing). |
| 443 | Relevance | (Exhibit Missing). |
| 454 | Relevance | Overruled. |
| 455 | Relevance | Overruled. |
| 456 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 457 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 459 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 460 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 461 | Relevance | Sustained. |
| 462 | Relevance | Overruled. |
| 463 | Relevance | Overruled. |
| 464 | Relevance | Overruled. |
| 465 | Relevance | Overruled. |
| 466 | Relevance | Overruled. |

17

| 468 | Relevance<br>Hearsay | (Exhibit Missing). |
|-----|----------------------|--------------------|
| 474 | Relevance | Overruled. |
| 475 | Relevance | Overruled. |
| 476 | Relevance | Overruled. |
| 477 | Relevance | Overruled. |
| 479 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 481 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 484 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 494 | Relevance | (Exhibit Missing). |
| 495 | Relevance | Overruled. |
| 497 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 498 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay and foundation. |
| 499 | Relevance<br>EBIA | Sustained. |
| 500 | Relevance<br>EBIA | Sustained. |
| 501 | Relevance<br>EBIA | Sustained. |
| 502 | Relevance<br>EBIA | Sustained. |

| 506 | Relevance<br>Hearsay<br>Foundation | Exhibit withdrawn. |
|---|---|---|
| 507 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 509 | Relevance | (Exhibit Missing). |
| 511 | Relevance<br>Hearsay<br>Foundation | Sustained. |
| 512 | Hearsay | Exhibit appears to be video. Court requires additional information to rule. |
| 515 | Relevance | Sustained, but Government will be permitted to establish relevance if possible. |
| 516 | Relevance | Overruled. |
| 517 | Relevance | Overruled. |
| 518 | Relevance | Overruled. |
| 519 | Relevance | Overruled. |
| 520 | Relevance | Overruled. |
| 521 | Relevance | Overruled. |
| 522 | Relevance | Overruled. |
| 523 | Relevance | Overruled. |
| 524 | Relevance | Overruled. |
| 525 | Relevance | Overruled. |
| 526 | Relevance | Overruled. |
| 527 | Relevance | Overruled. |
| 528 | Relevance | Overruled. |
| 529 | Relevance | Overruled. |
| 530 | Relevance | Overruled. |

| 531 | Relevance | Overruled. |
|-----|-----------|------------|
| 532 | Relevance | Overruled. |
| 533 | Relevance | Overruled. |
| 534 | Relevance | Overruled. |
| 535 | Relevance | Overruled. |
| 536 | Relevance | Overruled. |
| 537 | Relevance | Overruled. |
| 538 | Relevance | Overruled. |
| 539 | Relevance | Overruled. |
| 540 | Relevance | Overruled. |
| 541 | Relevance | Overruled. |
| 542 | Relevance | Overruled. |
| 543 | Relevance | Overruled. |
| 544 | Relevance | Overruled. |
| 545 | Relevance | Overruled. |
| 546 | Relevance | Overruled. |
| 547 | Relevance | Overruled. |
| 548 | Relevance | Overruled. |
| 549 | Relevance | Overruled. |
| 550 | Relevance | Overruled. |
| 551 | Relevance | Overruled. |
| 552 | Relevance | Overruled. |
| 553 | Relevance | Overruled. |
| 554 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 556 | Missing Image | Exhibit withdrawn. |

| 557 | Relevance | Overruled. |
|---|---|---|
| 558 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 559 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 561 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 563 | Relevance | Overruled. |
| 565 | Relevance<br>Missing Image | Overruled, subject to showing of relevance. Overruled, subject to provision of a complete exhibit. |
| 566 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 567 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 570 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 571 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 575 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 576 | Relevance<br>EBIA | Sustained. |

| 578 | Hearsay<br>Missing Image | Sustained, unless hearsay exception applies. Overruled, subject to provision of a complete exhibit. |
| 579 | Hearsay<br>Missing Image | Sustained, unless hearsay exception applies. Overruled, subject to provision of a complete exhibit. |
| 581 | Hearsay<br>Missing Image | (Exhibit Missing). |
| 582 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 583 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 584 | Relevance | Overruled. |
| 585 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 586 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 587 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 588 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 589 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 590 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to provision of a complete exhibit. |
| 591 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 592 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to provision of a complete exhibit. |
| 593 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 594 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 595 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 596 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 597 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 598 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 600 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 601 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 602 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 603 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 604 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 605 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 606 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 607 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 608 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 609 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 610 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 611 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 613 | Relevance Hearsay Foundation Missing Image | Overruled on all substantive grounds. Overruled, subject to provision of a complete exhibit. |

| 614 | Relevance<br>Hearsay<br>Foundation<br>Missing Image | Overruled on all substantive grounds.<br>Overruled, subject to provision of a complete exhibit. |
|---|---|---|
| 615 | Relevance<br>Hearsay<br>Foundation<br>Missing Image | Sustained as to hearsay. Overruled on all other grounds, and subject to provision of a complete exhibit. |
| 616 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 617 | Relevance | Overruled. |
| 618 | Relevance | Overruled. |
| 619 | Relevance<br>EBIA | Sustained. |
| 620 | Relevance | Sustained. |
| 622 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 624 | Relevance<br>EBIA | Sustained. |
| 625 | Relevance<br>EBIA | Sustained. |
| 626 | Relevance<br>EBIA | Sustained. |
| 627 | Relevance<br>EBIA | Sustained. |
| 628 | Relevance<br>EBIA | Sustained. |
| 629 | Relevance<br>EBIA | Sustained. |

| 630 | Relevance EBIA | Sustained. |
|-----|----------------|------------|
| 631 | Relevance EBIA | Sustained. |
| 632 | Relevance EBIA | Sustained. |
| 633 | Relevance EBIA | Sustained. |
| 634 | Relevance EBIA | Sustained. |
| 635 | Relevance EBIA | Sustained. |
| 636 | Relevance EBIA | Sustained. |
| 637 | Relevance EBIA | Sustained. |
| 638 | Relevance EBIA | Sustained. |
| 639 | Relevance EBIA | Sustained. |
| 640 | Relevance EBIA | Sustained. |
| 641 | Relevance EBIA | Sustained. |
| 642 | Relevance EBIA | Sustained. |
| 643 | Relevance EBIA | Sustained. |
| 644 | Relevance EBIA | Sustained. |
| 645 | Relevance EBIA | Sustained. |

| 646 | Relevance<br>EBIA | Sustained. |
|-----|-------------------|------------|
| 648 | Relevance | Overruled. |
| 651 | Relevance | Overruled. |
| 652 | Hearsay<br>Foundation<br>Missing Image | Sustained as to hearsay. |
| 654 | Relevance<br>EBIA | Sustained. |
| 655 | Relevance<br>EBIA | Sustained. |
| 656 | Relevance<br>EBIA | Sustained. |
| 657 | Relevance<br>EBIA | Sustained. |
| 658 | Relevance<br>EBIA | Sustained. |
| 659 | Relevance<br>EBIA | Sustained. |
| 660 | Relevance<br>EBIA | Sustained. |
| 661 | Relevance<br>EBIA | Sustained. |
| 662 | Relevance<br>EBIA | Sustained. |
| 663 | Relevance<br>EBIA | Sustained. |
| 664 | Relevance<br>EBIA | Sustained. |
| 665 | Relevance<br>EBIA | Sustained. |
| 666 | Relevance<br>EBIA | Sustained. |

| 667 | Relevance EBIA | Sustained. |
|-----|----------------|------------|
| 668 | Relevance EBIA | Sustained. |
| 669 | Relevance EBIA | Sustained. |
| 670 | Relevance EBIA | Sustained. |
| 671 | Relevance EBIA | Sustained. |
| 672 | Relevance EBIA | Sustained. |
| 673 | Relevance EBIA | Sustained. |
| 674 | Relevance EBIA | Sustained. |
| 675 | Relevance EBIA | Sustained. |
| 676 | Relevance EBIA | Sustained. |
| 677 | Relevance EBIA | Sustained. |
| 678 | Relevance EBIA | Sustained. |
| 679 | Relevance EBIA | Sustained. |
| 680 | Relevance EBIA | Sustained. |
| 681 | Relevance EBIA | Sustained. |
| 682 | Relevance EBIA | Sustained. |

| 683 | Relevance EBIA | Sustained. |
|---|---|---|
| 684 | Relevance EBIA | Sustained. |
| 685 | Relevance EBIA | Sustained. |
| 686 | Relevance EBIA | Sustained. |
| 687 | Relevance EBIA | Sustained. |
| 688 | Relevance EBIA | Sustained. |
| 689 | Relevance EBIA | Sustained. |
| 690 | Relevance EBIA | Sustained. |
| 691 | Relevance EBIA | Sustained. |
| 692 | Relevance EBIA | Sustained. |
| 693 | Relevance EBIA | Sustained. |
| 694 | Relevance EBIA | Sustained. |
| 695 | Relevance EBIA | Sustained. |
| 696 | Relevance EBIA | Sustained. |
| 697 | Relevance EBIA | Sustained. |
| 698 | Relevance EBIA | Sustained. |

| 699 | Relevance<br>EBIA | Sustained. |
| 700 | Relevance<br>EBIA | Sustained. |
| 701 | Relevance<br>EBIA | Sustained. |
| 702 | Relevance<br>EBIA | Sustained. |
| 703 | Relevance<br>EBIA | Sustained. |
| 704 | Relevance<br>EBIA | Sustained. |
| 705 | Relevance<br>EBIA | Sustained. |
| 706 | Relevance<br>EBIA | Sustained. |
| 707 | Relevance<br>EBIA | Sustained. |
| 708 | Relevance<br>EBIA | Sustained. |
| 709 | Relevance<br>EBIA | Sustained. |
| 710 | Relevance<br>EBIA | Sustained. |
| 711 | Relevance<br>EBIA | Sustained. |
| 712 | Relevance<br>EBIA | Sustained. |
| 713 | Relevance<br>EBIA | Sustained. |
| 714 | Relevance<br>EBIA | Sustained. |

| 715 | Relevance EBIA | Sustained. |
|-----|----------------|-----------|
| 716 | Relevance EBIA | Sustained. |
| 717 | Relevance EBIA | Sustained. |
| 718 | Relevance EBIA | Sustained. |
| 719 | Relevance EBIA | Sustained. |
| 720 | Relevance EBIA | Sustained. |
| 721 | Relevance EBIA | Sustained. |
| 722 | Relevance EBIA | Sustained. |
| 723 | Relevance EBIA | Sustained. |
| 724 | Relevance EBIA | Sustained. |
| 725 | Relevance EBIA | Sustained. |
| 726 | Relevance EBIA | Sustained. |
| 727 | Relevance EBIA | Sustained. |
| 728 | Relevance EBIA | Sustained. |
| 729 | Relevance EBIA | Sustained. |
| 730 | Relevance EBIA | Sustained. |

| 731 | Relevance EBIA | Sustained. |
|-----|----------------|------------|
| 732 | Relevance EBIA | Sustained. |
| 733 | Relevance EBIA | Sustained. |
| 734 | Relevance EBIA | Sustained. |
| 735 | Relevance EBIA | Sustained. |
| 736 | Relevance EBIA | Sustained. |
| 737 | Relevance EBIA | Sustained. |
| 738 | Relevance EBIA | Sustained. |
| 739 | Relevance EBIA | Sustained. |
| 740 | Relevance EBIA | Sustained. |
| 745 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 746 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 747 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 749 | Relevance | Overruled. |
| 750 | Relevance | Overruled |
| 751 | Relevance | Overruled. |
| 752 | Relevance | Overruled. |

| 753 | Relevance | Overruled. |
|-----|-----------|------------|
| 754 | Relevance | Overruled. |
| 755 | Relevance | Overruled. |
| 756 | Relevance | Overruled. |
| 757 | Relevance | Overruled. |
| 758 | Relevance | Overruled. |
| 759 | Relevance | Overruled. |
| 760 | Relevance | Overruled. |
| 761 | Relevance | Overruled. |
| 762 | Relevance | Overruled. |
| 763 | Relevance | Overruled. |
| 764 | Relevance | Overruled. |
| 765 | Relevance | Overruled. |
| 767 | Relevance | Overruled. |
| 768 | Relevance | Overruled. |
| 769 | Relevance | Overruled. |
| 770 | Relevance | Overruled. |
| 771 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 772 | Relevance | Overruled. |
| 773 | Hearsay Foundation | Sustained. |
| 774 | Relevance | Overruled. |
| 778 | Relevance | Sustained. |
| 779 | Hearsay Foundation | Sustained. |

| 780 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
|-----|-----|-----|
| 781 | Relevance | Overruled. |
| 782 | Relevance | Overruled. |
| 784 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 790 | Relevance | Overruled. |
| 793 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 794 | Relevance | Overruled. |
| 795 | Relevance | Overruled. |
| 799 | Relevance | Overruled. |
| 800 | Relevance | Overruled. |
| 801 | Relevance | Overruled. |
| 804 | Relevance | Overruled. |
| 805 | Relevance | Overruled. |
| 806 | Relevance | Sustained, unless relevance otherwise established. |
| 807 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 809 | Relevance<br>EBIA | Sustained. |
| 810 | Relevance<br>EBIA | Sustained. |
| 811 | Relevance<br>EBIA | Sustained. |

| 814 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 815 | Relevance | Overruled. |
| 816 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 817 | Relevance | Overruled. |
| 818 | Relevance | Overruled. |
| 819 | Relevance | Overruled. |
| 820 | Relevance | Overruled. |
| 821 | Relevance | Overruled. |
| 822 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 825 | Relevance | Overruled. |
| 829 | Relevance | Overruled. |
| 830 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 831 | Relevance | Overruled. |
| 833 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 836 | Relevance | Overruled. |
| 837 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 838 | Relevance | Overruled. |
| 841 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 845 | Missing Image | Overruled, subject to provision of a complete exhibit. |
|---|---|---|
| 846 | Relevance | Overruled. |
| 847 | Relevance | Overruled. |
| 848 | Relevance | Overruled. |
| 849 | Relevance | Overruled. |
| 850 | Relevance | Overruled. |
| 851 | Relevance | Overruled. |
| 852 | Relevance | Overruled. |
| 853 | Relevance | Overruled. |
| 854 | Relevance | Overruled. |
| 855 | Relevance | Overruled. |
| 856 | Relevance | Overruled. |
| 857 | Relevance | Overruled. |
| 858 | Relevance | Overruled. |
| 859 | Relevance EBIA | Sustained. |
| 860 | Relevance EBIA | Sustained. |
| 861 | Relevance | Overruled. |
| 865 | Relevance | Overruled. |
| 867 | Relevance EBIA | Sustained. |
| 870 | Relevance | Overruled. |
| 871 | Relevance | Overruled. |
| 872 | Relevance | Overruled. |
| 873 | Relevance | Overruled. |
| 874 | Relevance | Overruled. |

| 875 | Relevance | Overruled. |
|---|---|---|
| 876 | Relevance | Overruled. |
| 877 | Relevance | Overruled. |
| 879 | Relevance | Overruled. |
| 880 | Relevance | Overruled. |
| 881 | Relevance | Overruled. |
| 884 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 885 | Relevance | Overruled. |
| 886 | Relevance | Overruled. |
| 887 | Relevance | Overruled. |
| 888 | Relevance | Overruled. |
| 891 | Relevance | Overruled. |
| 892 | Relevance | Overruled. |
| 893 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 894 | Relevance Missing Image | Overruled as to relevance. Overruled, subject to provision of a complete exhibit. |
| 895 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 899 | Relevance | Overruled. |
| 901 | Relevance | Overruled. |
| 902 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 903 | Relevance | Overruled. |

| 904 | Relevance | Overruled. |
|---|---|---|
| 905 | Relevance | Overruled. |
| 906 | Relevance EBIA | Sustained. |
| 909 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 910 | Relevance | Overruled. |
| 911 | Relevance | Overruled. |
| 912 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 913 | Relevance | Overruled. |
| 914 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 915 | Relevance EBIA | Sustained. |
| 916 | Relevance EBIA | Sustained. |
| 917 | Relevance EBIA | Sustained. |
| 918 | Relevance EBIA | Sustained. |
| 919 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 921 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 922 | Relevance EBIA | Sustained. |
| 923 | Relevance | Overruled. |

| 924 | Relevance | Overruled. |
|-----|-----------|------------|
| 936 | Relevance | Overruled. |
| 938 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 939 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 940 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 941 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 942 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 943 | Relevance Hearsay Foundation | Sustained as to hearsay. |
| 944 | Hearsay Foundation | Sustained as to hearsay. |
| 945 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 946 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 948 | Relevance | Overruled. |
| 949 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 950 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 951 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 952 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 953 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 954 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 955 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 957 | Relevance Not Timely | Exhibit withdrawn. |
| 958 | Relevance EBIA | Sustained. |
| 959 | Relevance EBIA | Sustained. |
| 960 | Relevance EBIA | Sustained. |
| 961 | Relevance | Overruled. |
| 962 | Relevance | Overruled. |
| 964 | Relevance | Overruled. |
| 965 | Relevance | Overruled. |
| 966 | Relevance EBIA | Sustained. |
| 967 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 968 | Relevance EBIA | Sustained. |

| 969 | Relevance<br>EBIA | Sustained. |
|---|---|---|
| 970 | Relevance | Overruled. |
| 972 | Relevance | Overruled. |
| 973 | Relevance | Overruled. |
| 974 | Relevance | Overruled. |
| 975 | Relevance | Overruled. |
| 976 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 977 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 978 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 979 | Relevance | Overruled. |
| 980 | Relevance | Overruled. |
| 981 | Relevance | Overruled. |
| 982 | Relevance | Overruled. |
| 983 | Relevance | Overruled. |
| 984 | Relevance | Overruled. |
| 985 | Relevance | Overruled. |
| 987 | Relevance | Overruled. |
| 988 | Relevance<br>EBIA | Sustained. |
| 989 | Relevance | Overruled. |
| 991 | Relevance<br>EBIA | Sustained. |
| 992 | Relevance | Overruled. |

| 993 | Relevance | Overruled. |
|---|---|---|
| 997 | Relevance | Overruled. |
| 1001 | Relevance | Overruled. |
| 1003 | Relevance | Overruled. |
| 1004 | Relevance | Overruled. |
| 1006 | Relevance | Overruled. |
| 1007 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1008 | Relevance | Overruled. |
| 1009 | Relevance | Overruled. |
| 1010 | Relevance | Overruled. |
| 1011 | Relevance | Overruled. |
| 1012 | Relevance | Overruled. |
| 1013 | Relevance | Overruled. |
| 1014 | Relevance | Overruled. |
| 1015 | Relevance | Overruled. |
| 1030 | Relevance | Overruled. |
| 1031 | Relevance Hearsay Foundation | Sustained as to hearsay. |
| 1032 | Relevance EBIA | Sustained. |
| 1033 | Relevance EBIA | Sustained. |
| 1034 | Relevance | Overruled. |
| 1035 | Relevance EBIA | Sustained. |

| 1050 | Missing Image | Overruled, subject to provision of a complete exhibit. |
|------|---------------|--------------------------------------------------------|
| 1055 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1056 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1062 | Relevance | Overruled. |
| 1064 | Relevance | Overruled. |
| 1095 | Relevance | Overruled. |
| 1096 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1097 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1100 | Relevance<br>EBIA | Sustained. |
| 1101 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1102 | Relevance | Overruled. |
| 1103 | Relevance | Overruled. |
| 1104 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1107 | Relevance | Sustained. |
| 1108 | Relevance | Sustained. |
| 1109 | Relevance | Sustained. |
| 1110 | Relevance | Sustained. |
| 1111 | Relevance | Exhibit withdrawn. |

| 1112 | Relevance | Sustained. |
|------|-----------|-----------|
| 1113 | Relevance | Exhibit withdrawn. |
| 1114 | Relevance<br>EBIA | Sustained. |
| 1115 | Relevance | Sustained. |
| 1116 | Relevance | Sustained. |
| 1117 | Relevance | Sustained. |
| 1118 | Relevance | Sustained. |
| 1119 | Relevance | Sustained. |
| 1120 | Relevance | Sustained. |
| 1121 | Relevance | Sustained. |
| 1122 | Relevance | Sustained. |
| 1124 | Relevance | Overruled. |
| 1125 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1126 | Relevance | Sustained. |
| 1127 | Relevance<br>EBIA | Sustained. |
| 1128 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1129 | Relevance<br>EBIA | Sustained. |
| 1130 | Relevance | Overruled. |
| 1131 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1132 | Lack of Completeness | Overruled, subject to provision of a complete exhibit. |

| 1133 | Lack of Completeness | Overruled, subject to provision of a complete exhibit. |
|---|---|---|
| 1134 | Relevance<br>Hearsay<br>Foundation<br>Lack of Completeness | Sustained as to hearsay. |
| 1135 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1136 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1137 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1138 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1141 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1142 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1143 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1144 | Relevance<br>EBIA | Sustained. |
| 1148 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1157 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |

| 1160 | Missing Image | Overruled, subject to provision of a complete exhibit. |
|------|---------------|--------------------------------------------------------|
| 1162 | Relevance EBIA | Sustained. |
| 1163 | Relevance | Overruled. |
| 1164 | Relevance | Overruled. |
| 1166 | Relevance | Overruled. |
| 1167 | Relevance | Overruled. |
| 1168 | Relevance | Overruled. |
| 1169 | Relevance | Overruled. |
| 1170 | Relevance | Overruled. |
| 1171 | Relevance | Overruled. |
| 1173 | Relevance | Overruled. |
| 1185 | Relevance | Overruled. |
| 1190 | Relevance | (Exhibit Missing) |
| 1191 | Relevance | (Exhibit Missing) |
| 1192 | Relevance | Overruled. |
| 1193 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1197 | Relevance | Overruled. |
| 1198 | Relevance EBIA | Sustained. |
| 1199 | Hearsay Foundation | (Exhibit Missing). |
| 1200 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1201 | Relevance EBIA | Sustained. |

| 1202 | Relevance<br>EBIA | Sustained. |
|------|-------------------|------------|
| 1203 | Relevance<br>EBIA | Sustained. |
| 1204 | Relevance<br>EBIA | Sustained. |
| 1205 | Relevance<br>EBIA | Sustained. |
| 1206 | Relevance<br>EBIA | Sustained. |
| 1207 | Relevance<br>EBIA | Sustained. |
| 1208 | Relevance<br>EBIA | Sustained. |
| 1209 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1210 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1212 | Relevance<br>EBIA | Sustained. |
| 1213 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1214 | Relevance | Overruled. |
| 1215 | Relevance | Overruled. |
| 1216 | Relevance | Overruled. |
| 1217 | Relevance | Overruled. |
| 1219 | Relevance<br>EBIA | Sustained. |
| 1221 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 1222 | Relevance<br>Hearsay<br>Foundation<br>Prejudice/Confusion/Waste of Time<br>Lack of Personal Knowledge<br>Not Adjudicative Fact | Overruled. |
|------|------|------|
| 1224 | Relevance | Overruled. |
| 1225 | Relevance<br>Hearsay<br>Foundation<br>Prejudice/Confusion/Waste of Time<br>Lack of Personal Knowledge<br>Not Adjudicative Fact | Overruled. |
| 1227 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 1228 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1229 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1230 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1231 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1232 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1233 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |

| 1234 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to<br>provision of a complete<br>exhibit. |
|------|------|------|
| 1235 | Relevance | Overruled. |
| 1236 | Relevance | Overruled. |
| 1237 | Missing Image | Overruled, subject to<br>provision of a complete<br>exhibit. |
| 1238 | Relevance | Sustained. |
| 1239 | Relevance | Overruled. |
| 1240 | Relevance<br>Hearsay | Sustained for hearing. |
| 1241 | Relevance<br>EBIA | Sustained. |
| 1242 | Relevance<br>EBIA | Sustained. |
| 1243 | Relevance<br>EBIA | Sustained. |
| 1244 | Relevance<br>EBIA | Sustained. |
| 1245 | Relevance<br>EBIA | Sustained. |
| 1246 | Relevance<br>EBIA | Sustained. |
| 1247 | Relevance<br>EBIA | Sustained. |
| 1248 | Relevance | (Exhibit Missing) |
| 1249 | Missing Image | Overruled, subject to<br>provision of a complete<br>exhibit. |
| 1250 | Missing Image | Overruled, subject to<br>provision of a complete<br>exhibit. |

| 1251 | Relevance<br>EBIA | Sustained. |
|---|---|---|
| 1252 | Relevance | Overruled. |
| 1253 | Relevance | Overruled. |
| 1254 | Relevance | Sustained. |
| 1255 | Relevance | Sustained. |
| 1256 | Relevance | Overruled. |
| 1257 | Relevance | Sustained. |
| 1258 | Relevance<br>EBIA | Sustained. |
| 1259 | Relevance | Overruled. |
| 1261 | Relevance | Overruled. |
| 1263 | Relevance<br>EBIA | Sustained. |
| 1264 | Relevance | Overruled. |
| 1265 | Relevance | Overruled. |
| 1267 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 1269 | Relevance | Overruled. |
| 1270 | Relevance | Overruled. |
| 1271 | Relevance | Overruled. |
| 1272 | Relevance | Overruled. |
| 1273 | Relevance | Overruled. |
| 1276 | Relevance | Overruled. |
| 1281 | Relevance | Overruled. |
| 1282 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1283 | Relevance | Overruled. |

| 1284 | Relevance<br>EBIA | Sustained. |
|------|------|------|
| 1285 | Relevance | Overruled. |
| 1286 | Relevance<br>Not Adjudicative Fact | Overruled. |
| 1288 | Relevance<br>EBIA | Sustained. |
| 1289 | Relevance<br>EBIA | Sustained. |
| 1291 | Relevance | Sustained. |
| 1293 | Relevance | Sustained. |
| 1294 | Relevance<br>Hearsay<br>Foundation | (Exhibit Missing). |
| 1295 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1296 | Relevance | Overruled. |
| 1298 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1299 | Relevance<br>EBIA | Sustained. |
| 1301 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1302 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1304 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 1305 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1306 | Relevance<br>Hearsay<br>Foundation<br>Lack of Completeness | (Exhibit Missing). |
| 1307 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1308 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1322 | Relevance | Overruled. |
| 1323 | Relevance | Overruled. |
| 1324 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1325 | Relevance | Overruled. |
| 1326 | Relevance | Overruled. |
| 1328 | Relevance<br>EBIA | Sustained. |
| 1329 | Relevance<br>EBIA | Sustained. |
| 1330 | Relevance | Overruled. |
| 1331 | Relevance | Overruled. |
| 1332 | Relevance<br>EBIA | Sustained. |
| 1333 | Relevance<br>EBIA | Sustained. |
| 1334 | Relevance | Overruled. |
| 1335 | Relevance | Overruled. |

| 1336 | Missing Image | Overruled, subject to provision of a complete exhibit. |
|------|---------------|--------------------------------------------------------|
| 1337 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1340 | Relevance<br>EBIA | Sustained. |
| 1341 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1342 | Relevance | Overruled. |
| 1343 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1344 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1345 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1346 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1347 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1349 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1350 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1351 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 1352 | Missing Image | Overruled, subject to provision of a complete exhibit. |
|------|---------------|------------------------------------------------------|
| 1353 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1358 | Relevance<br>EBIA | Sustained. |
| 1359 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1360 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to provision of a complete exhibit. |
| 1361 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to provision of a complete exhibit. |
| 1362 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to provision of a complete exhibit. |
| 1363 | Relevance<br>Missing Image | Overruled as to relevance.<br>Overruled, subject to provision of a complete exhibit. |
| 1364 | Relevance | Overruled. |
| 1365 | Relevance | Overruled. |
| 1366 | Relevance | Overruled. |
| 1367 | Relevance | Overruled. |
| 1370 | Relevance | Overruled. |
| 1371 | Relevance<br>Hearsay<br>Foundation | Overruled on all grounds. |

| 1372 | Relevance<br>Hearsay | Sustained. |
|------|---------------------|------------|
| 1374 | Relevance<br>Hearsay<br>Foundation | Overruled, subject to establishing hearsay exception and foundation. |
| 1375 | Relevance | Sustained. |
| 1376 | Relevance | Overruled. |
| 1377 | Relevance | Overruled. |
| 1378 | Relevance | Overruled. |
| 1379 | Relevance | Overruled. |
| 1380 | Relevance | Sustained. |
| 1381 | Relevance<br>Hearsay<br>Foundation | Overruled on all grounds. |
| 1383 | Relevance | Overruled. |
| 1384 | Relevance<br>Hearsay | Sustained. |
| 1385 | Relevance<br>EBIA | Sustained. |
| 1386 | Relevance<br>Hearsay | Overruled. |
| 1387 | Hearsay<br>Missing Image | Sustained. |
| 1388 | Relevance | (Exhibit Missing). |
| 1389 | Relevance<br>EBIA | Sustained. |
| 1390 | Relevance<br>EBIA | Sustained. |
| 1391 | Relevance | Overruled. |
| 1392 | Relevance<br>EBIA | Sustained. |

| 1393 | Relevance<br>EBIA | Sustained. |
|---|---|---|
| 1394 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1395 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1396 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1397 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1402 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 1403 | Relevance<br>EBIA | Sustained. |
| 1404 | Relevance<br>EBIA | Sustained. |
| 1405 | Relevance<br>EBIA | Sustained. |
| 1413 | Relevance | Overruled. |
| 1414 | Relevance | Overruled. |
| 1415 | Relevance | Overruled. |
| 1416 | Relevance<br>Not Adjudicative Fact | Overruled. |
| 1419 | Relevance | Overruled. |
| 1420 | Relevance | Overruled. |
| 1421 | Relevance | Sustained. |
| 1422 | Relevance | Sustained. |

| 1425 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
|------|------|------|
| 1431 | Relevance<br>Hearsay<br>Foundation | (Exhibit Missing). |
| 1432 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1433 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1434 | Relevance<br>Hearsay<br>Foundation | (Exhibit Missing). |
| 1436 | Relevance<br>EBIA | Sustained. |
| 1437 | Relevance | (Exhibit Missing). |
| 1439 | Relevance<br>EBIA | Sustained. |
| 1440 | Relevance<br>EBIA | Sustained. |
| 1441 | Relevance<br>EBIA | Sustained. |
| 1442 | Relevance<br>EBIA | Sustained. |
| 1443 | Relevance | Overruled. |
| 1445 | Relevance | Overruled. |
| 1446 | Relevance | Overruled. |
| 1448 | Relevance | Overruled. |
| 1449 | Relevance | Overruled. |
| 1459 | Relevance | Overruled. |

| 1460 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
|---|---|---|
| 1462 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 1463 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1464 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1465 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1466 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1467 | Relevance<br>Hearsay<br>Foundation<br>Prejudice/Confusion/Waste of Time<br>Lack of Personal Knowledge<br>Not Adjudicative Fact | Overruled. |
| 1468 | Relevance | Overruled. |
| 1469 | Relevance<br>Hearsay<br>Foundation | Overruled. |
| 1470 | Missing Image | Overruled, subject to provision of a complete exhibit. |
| 1471 | Relevance<br>EBIA | Sustained. |
| 1472 | Missing Image | Overruled, subject to provision of a complete exhibit. |

| 1473 | Relevance | Overruled. |
|------|-----------|------------|
| 1474 | Relevance<br>EBIA | Sustained. |
| 1475 | Relevance<br>EBIA | Sustained. |
| 1476 | Relevance | Overruled. |
| 1477 | Relevance<br>Hearsay<br>Foundation | Exhibit withdrawn. |
| 1478 | Relevance<br>Hearsay<br>Foundation | Overruled, subject to establishing hearsay exception and foundation. |
| 1480 | Relevance<br>EBIA | Sustained. |
| 1481 | Relevance | Overruled. |
| 1482 | Relevance | Overruled. |

As set forth herein, **IT IS SO ORDERED.**

New Orleans, Louisiana, this _____17th_____ day of April, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**