**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 17, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO: Robinson (06-2268)** | **SECTION "K"(2)** |

The Court contacted the parties for an unscheduled status conference. Attending this status conference held this day in chambers were:

Joseph Bruno, Pierce O'Donnell, James Roy for Plaintiffs;

and

Robin Smith, Jim McConnon for the United States.

The Court discussed deposition cuts that are being submitted by the parties. Specifically, the Court raised the issue of revised deposition cuts being submitted after the deadline. After review of a pair of deposition cuts, the parties and the Court agreed that some of the submissions are identical, and the Court will therefore treat those "revised" submissions as identical to the prior submissions. Several of the cuts were different than those previously submitted, and the Court will read those revisions and allow them to be filed. The Court explained that time constraints would make it impossible for all rulings to be made on objections to depositions. Therefore, all objections

shall be treated as reserved. If the Court finds that it will use testimony that has been objected to in making its final ruling, the Court will accordingly rule on those particular objections.

As the Government did not file objections to Plaintiffs' exhibits, the Court will permit the Government to object to exhibits during trial. Such objections shall be limited, however.