# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Acevedo I, et al.* | * | |
| *Civil Action No.:  07-5199* | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF ELI LEE WITH PREJUDICE

**NOW INTO COURT**, come The Hanover Insurance Company ("Hanover"), and plaintiff, Eli Lee ("Lee") who aver that they have amicably resolved their disputes and that Lee acknowledges receipt of adequate settlement funds from Hanover.  Accordingly, Lee and Hanover jointly move this Court for entry of an order to (1) reopen *Rafael & Dioigna Acevedo, et al versus AAA Insurance, et al.*, No. 07-5199 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by Lee against Hanover, including without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, Lee and Hanover pray that this Court enter an order which  (1) reopens *Rafael & Dioigna Acevedo, et al versus AAA Insurance, et al.*, No. 07-5199 with respect to Hanover solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of Lee's claims asserted in the captioned matter, including without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

Respectfully submitted,

**/s/ Lawrence Centola, Jr.**
**Lawrence J. Centola, Jr., T.A., La. Bar # 3962**
**Hurricane Legal Center, LLC**
910 Julia Street
New Orleans, LA 70113
Telephone: (504) 525-1944
Counsel for Plaintiffs, Joseph and Brenda Spires

**And**

**/s/ Seth Schmeeckle**
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar # 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:          rhubbard@lawla.com
                      sschmeeckle@lawla.com
Counsel for Defendant,
The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of April 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

**/s/ Seth Schmeeckle**
Seth A. Schmeeckle