UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>*Acevedo I, et al.*<br>Civil Action No.:  07-5199 | * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing the Claims of Eli Lee With Prejudice by Eli Lee and The Hanover Insurance Company;

**IT IS ORDERED ADJUDGED AND DECREED** that *Rafael & Dioigna Acevedo, et al versus AAA Insurance, et al.*, No. 07-5199 is temporarily reopened with respect to Hanover for the limited purpose of addressing this motion filed by Eli Lee and The Hanover Insurance Company and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Eli Lee asserted in the Complaint for Damages, including without limitation his claims arising under his respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana this _____ of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE