UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                              NO. 05-4182

PERTAINS TO: Robinson (06-2268)               SECTION "K"(2)

## ORDER

The Court issued its ruling regarding Plaintiffs' Objections to the United States' Exhibits on April 17, 2009 (Rec. Doc. 18617). The United States has supplied additional exhibits that were marked as missing in that order. The Court hereby supplements its prior order as follows.

| Defendant Exhibit (DX Number) | Objection(s) | Ruling |
|---|---|---|
| 1190 | Relevance | Sustained. |
| 1191 | Relevance | Sustained. |
| 1294 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1431 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1434 | Relevance<br>Hearsay<br>Foundation | Sustained as to hearsay. |
| 1437 | Relevance | Overruled. |

**IT IS ORDERED** that this Court's Order on Plaintiffs' Objections to the United States' Exhibits (Rec. Doc. 18617) is hereby **AMENDED** as set forth herein.

New Orleans, Louisiana, this ____20th____ day of April, 2009.

                                                **STANWOOD R. DUVAL, JR.**
                                                **UNITED STATES DISTRICT JUDGE**