## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182**<br>**SECTION "K" (2)** |
| *severed from Abadie*, 06-5164 | |
| **ALICE CURTAIN, TOMMY CURTAIN**<br>       **Plaintiffs** | **CIVIL ACTION**<br>**No. 07-2625**<br>**SECTION "K" (2)** |
| **VS.** | |
| **STATE FARM FIRE AND CASUALTY**<br>**COMPANY,**<br>       **Defendant** | |

*************************************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Alice Curtain and Tommy Curtain, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 20th day of ___April___, 2009.

_____

USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0053744}