MINUTE ENTRY
WILKINSON, M.J.
APRIL 20, 2009

        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>   <u>Abadie</u>  06-5164 | JUDGE DUVAL<br>MAG. WILKINSON |

                * * *

| | |
|---|---|
| CHARLES PIGOTT ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-6288 |
| ALLSTATE INSURANCE COMPANY | SECTION "L" (4) |

Pursuant to my previous order, Record Doc. No. 18562, a conference was conducted in the referenced matters before me on April 20, 2009. Participating were: Edwin Shorty, counsel for plaintiffs in Civil Action No. 07-6288 "L"(4); and James Freeman and Jason Crews, staff of Joseph M. Bruno, counsel for plaintiffs in <u>Connie Abadie et al. v. Aegis Security Insurance Company et al.</u>, Civil Action No. 06-5164 c/w 05-4182 "K"(2). The purpose of the conference was to discuss the issue of dual representation of the Pigotts in

MJSTAR:  **0 : 30**

their Hurricane Katrina claims against Allstate and the allocation of attorney fees between competing plaintiffs' counsel from settlement funds. At the conclusion of discussions, a settlement agreement concerning attorney fees and the disbursement of settlement proceeds was reached.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. ELDON E. FALLON**
**HON. KAREN WELLS ROBY**