**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 20, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO: Robinson (06-2268)** | **SECTION "K"(2)** |

The Court held a conference with the attorneys prior to commencement of trial. Attending this conference were trial counsel for the parties.

The Court instructed the parties that it would not be charging either side for time used for bench conferences or when the Court examines a witness. However, should bench conferences become extensive, the Court will charge each party equally for the time used during the conferences.

The Court reminded the parties to avoid repetition during the trial. Experts are advised to use lay terminology to facilitate comprehension by the Court and the participants. The court reporter shall generally serve as timekeeper.

The parties inquired about the ruling on Dr. Resio. The Court advised the parties that a ruling shall be coming forthwith, but that the parties should be prepared to handle the revised report.

The parties asked if fact witnesses would be sequestered. The Court agreed to order sequestration of the witnesses.

JS10(00:16)