## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO:    INSURANCE                        SECTION "K"(2)
                Severed Mass Joinder Cases
                <u>Coates v. State Farm, 07-2409</u>

### <u>ORDER OF DISMISSAL</u>

The Court having been advised by counsel for the parties that all of the parties to this

action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and

without prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the

action or seek summary judgment enforcing the compromise if settlement is not consummated

within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE
BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE
NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this __21st__ day of April, 2009.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**