UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                      NO. 05-4182

PERTAINS TO:     INSURANCE                            SECTION "K"(2)
                 Severed Mass Joinder Cases
                 Brumfield v. State Farm, 07-2615

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this

action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and it is hereby dismissed without costs and

without prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the

action or seek summary judgment enforcing the compromise if settlement is not consummated

within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE
BEEN SUBPOENAED, EVERY WITNESS MUST BE
NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this   21st   day of April, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE