UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO. 05-4182<br>"K" (2) |
| PERTAINS TO INSURANCE: 07-1794<br>PLAINTIFFS:  DONALD HEBERT AND<br>MARSHA HEBERT | *<br>*<br>* | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this __24th__ day of ____April____, 20_09_.

_____
UNITED STATES DISTRICT JUDGE

DKP Library:RP7718