**MINUTE ENTRY**
**DUVAL, J.**
**April 23, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K"(2)** |

**PERTAINS TO: MRGO,** *Robinson* **C.A. No. 06-2268**

At the close of testimony on this day, trial counsel met for a status conference concerning Plaintiffs' Memorandum to Prevent Defendant From Seeking to Prove That the LPV Structures Were Not Properly Designed and Constructed and Did Not Perform as Expected (Doc. 18672). After a full discussion concerning the parties' positions concerning these issues and the Government's averring that it was not its intention to contend that the LPV structures were improperly designed or did not perform as expected, Plaintiffs' counsel asked that the memorandum be withdrawn. Accordingly,

**IT IS ORDERED** that Plaintiffs' Memorandum to Prevent Defendant From Seeking to Prove That the LPV Structures Were Not Properly Designed and Constructed and Did Not Perform as Expected (Doc. 18672) is **WITHDRAWN** and will not be considered by the Court.

JS:10- 20 mins.