# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NUMBER: 05-4182 "K"(2)** |
| | * | |
| | * | **JUDGE DUVAL** |
| | * | |
| **PERTAINS TO: MRGO, Robinson** | * | **MAG. WILKINSON** |
| **(No. 06-2268)** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL DISCOVERY

### re: Reliance Materials of Defendant's Expert Bruce Ebersole

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who in accordance with the provisions of Fed.R.Civ.P. 37 (a) (1) and (2) (B), respectfully move this Honorable Court for an Order compelling the defendant United States of America to produce its experts' reliance materials, specifically those of Defendant's Expert Bruce Ebersole, as set forth by previous court order and repeated requests by the Plaintiffs.

In particular, Mr. Ebersole promised to produce a series of calculations upon which he based his opinions. However, Mr. Ebersole has failed to comply with his assurances that these pertinent calculations would be produced.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the Plaintiffs' Motion to Compel.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON
COUNSEL**
_/s/ Joseph M. Bruno_
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Motion to Compel

upon all counsel of record by placing same in the United States mail, properly addressed and

with first-class postage, or by facsimile or other electronic transmission this 27th day of April,

2009.

_/s/ Joseph M. Bruno_
Joseph M. Bruno