BRUCE   EBERSOLE  (VOL II)                                   February 5, 2009

Page 339

1  Q. And I said, all we have to do now is
2  change that into feet.
3  A. Right. And there's 3.2 feet per
4  meter, so I multiplied .00144 times 3.28.
5  Q. And you get?
6  A. I got .0047 feet.
7  Q. Okay. In one half hour.
8  A. In one half hour. So that would be,
9  converting it the inches, that's one twentieth
10 of an inch.
11 Q. Well, I know it's small, but you
12 reported .002.
13 A. Yeah. I have to think about how -- I
14 may have, um -- I think what I might have done
15 was assumed that the significant height of 3
16 represented a time from 2:45 a.m. to 3:15 a.m.
17 I'd have to go back and check my calculation,
18 but I think what we can see is, you know, the
19 cumulative grass cover in these first two
20 columns, whether it's .002 or .004 our
21 calculation is .0047, these are tiny, minuscule
22 values. So if you want to go through the
23 calculations again and see if we can reproduce
24 these numbers, we can do that, but these are
25 minute values, that's the whole point here,

Page 340

1  that's the message. These are minute.
2  Q. Bruce, I'm with you. But again, as I
3  said, it's not for me to decide, it's for the
4  third guy to decide. All I wanted to do was
5  see how you got where you got. And the number
6  you get is .0047 feet, and you reported
7  .002 feet. Isn't that true?
8  A. I'd have to go back and check my
9  calculations on this.
10 Q. All right. Well --
11 A. I think the real point here is that
12 it's minute.
13 Q. Listen, I'll give you that option, but
14 see if this is an accurate --
15 A. I don't want to get us on the bark of
16 the tree and lose sight of the forest here, you
17 know.
18 Q. I understand. I'm going to mark this
19 piece of paper as Exhibit Number 6.
20 A. I guess I would like some more time if
21 we're going to really start checking
22 calculations to go do it in a situation where I
23 don't have to sit here and do it here. But if
24 we want to, we'll take time and we'll check
25 them, and I'll do them and we'll check them to

Page 341

1  my satisfaction.
2  Q. We'll let you do that on a break,
3  because I'm take to accomplish this dep -- but
4  I'm going to mark this and attach it to your
5  deposition as Exhibit Number 6.
6      (Exhibit 6 was marked for
7  identification and is attached hereto.)
8  A. Okay.
9  EXAMINATION BY MR. BRUNO:
10 Q. All right. Now, let's look --
11     MR. MITSCH:
12        This is Mr. Bruno 's writing.
13     MR. BRUNO:
14        It's Mr. Bruno's writing, and
15     you'll see it's consistent with the
16     record. And if you want to check
17     whether what I've written down is
18     consistent with the record we can do
19     that on your time.
20 EXAMINATION BY MR. BRUNO:
21 Q. Let's go to Page 297 of the article.
22 You see that table there, Figure 6?
23 A. Figure 6?
24 Q. Yeah. Page 297.
25 A. In the journal?

Page 342

1  Q. Yes.
2  A. Okay. When you said table you sort of
3  threw me.
4  Q. Figure. I'm sorry. Maximum
5  permissible duration of wave attack. Can you
6  help me understand this table?
7  A. Probably not without going back and
8  reading this paper. It's probably been a half
9  a year to a year since I read this paper. It's
10 not one that I used.
11 Q. Okay. Does the line represent the
12 maximum permissible duration of wave attack?
13 A. I said I can't help you.
14 Q. You can't help me there.
15 A. I would have to go back and reread
16 this paper and understand what this figure is
17 about and what -- how it was derived and what
18 they're trying to do with the figure. As I
19 said, it's not one that I've used in my report.
20 Q. Okay. All right. In your calculation
21 did you have a determination of the thickness
22 of the soil?
23 A. I don't understand your use of the
24 word thickness of the soil.
25 Q. Oh, I'm sorry. The thickness of the

JOHNS PENDLETON COURT REPORTERS          EXHIBIT 1          (Pages 339 to 342)
                                                            800    562-1285