BRUCE   EBERSOLE  (VOL II)                                February 5, 2009

Page 643

1   generate or did you use the Westerink created
2   figure which I think is at Page 166, Figure
3   137?
4       A.  No, I had my folks generate these.
5       Q.  They did.
6       A.  Yes.
7       Q.  And did you -- and so despite the fact
8   that you really don't like to look at these
9   things, and these computer models have some
10  possible error in them, you did rely upon this
11  I guess you'd call it -- what would you call
12  this?
13      A.  It's a distribution of peak water
14  level.
15      Q.  You relied on that for this exercise?
16      A.  Yeah. Again, just general shapes of
17  contour patterns. I didn't -- you know, at the
18  end I ended up scaling this, looking at some
19  specific high water marks.
20      Q.  What did the IPET get as a number for
21  the surge height at Reach 2, what number did
22  they use?
23      A.  I'm estimating here.
24      Q.  Using the color spatial
25  distribution --

Page 644

1       A.  No, I was using this graph. These are
2   some time series from some points. My estimate
3   would be 15-1/2 to 16-1/2 at roughly 7:30,
4   7:45.
5       Q.  15-1/2 to -- I'm sorry.
6       A.  16-1/2.
7       Q.  And you're --
8       A.  17, that range.
9       Q.  And you're higher by about a foot,
10  right?
11      A.  The values I'm quoting here don't have
12  wave setup in them, so we've added wave setup.
13      Q.  Wait. No. The values that we've been
14  talk about don't include wave setup. All we
15  did was alter the hydrographs.
16      A.  Okay. I got you.
17      Q.  Let's be fair.
18      A.  I got you.
19      Q.  So your still water heights are about
20  a foot higher than the IPET.
21      A.  Yeah. These peaks for the SL15 were
22  roughly 16, and then here -- yes. Looks like a
23  little bit less than 17, maybe 16.8, maybe
24  eight tenths of a foot.
25      Q.  And Westerink gets -- my goodness, it

Page 645

1   looks to me like he gets eleven.
2       A.  Eleven?
3       Q.  Eleven.
4       A.  For the base case?
5       Q.  Am I reading it wrong no?
6       A.  I don't know.
7       Q.  Look, like you said, it could be bad
8   colors, or it might be my lying eyes, but --
9   it's green along -- I see green.
10      A.  It looks like around 16, a little bit
11  more than 16, from this plot.
12      Q.  Okay, 16. That's fine.
13      A.  I don't know how you're getting
14  eleven.
15      Q.  Like I say, I trust you, man.
16      A.  You and me. I don't like reading
17  stuff off those color maps.
18      Q.  But 16, and 16 is what you -- I think
19  Ivor was telling me 16 is what he reports in
20  his report. So Westerink gets closer to the
21  IPET surge height, didn't he?
22      A.  Say that again.
23      Q.  Westerink 's surge number for Reach 2
24  is closer to the IPET result than you are.
25      A.  I'm using Westerink's results.

Page 646

1       Q.  Okay. And are you're scaling them up?
2   Never mind. I'm sorry. Okay.
3           So is it a foot -- foot and a half or
4   is it a foot?
5       A.  Is what a foot or a foot and half?
6       Q.  The scaled number. So it's 12 percent
7   so it's going to be --
8       A.  Roughly a foot and a half to two feet,
9   as I remember.
10      Q.  So it could be as much as two feet.
11      A.  Okay.
12          (Brief recess.)
13  EXAMINATION BY MR. BRUNO:
14      Q.  All right. Bruce, you said that you
15  would give me -- I'd like for you to give me
16  for each of the calculations for the 21 points,
17  so that we can figure out --
18      A.  I said that I would do that at a later
19  date.
20      Q.  Oh, yeah. Not now. I'm not asking
21  for you to do it now, but I would is for you to
22  give it to Rupert and send it to me. Because I
23  have to tell you, I'm a little confused. When
24  I multiply the 19 percent times the 15.2, I get
25  a figure, a then I add that to 15.2 which is

EXHIBIT 2

BRUCE   EBERSOLE  (VOL II)                                      February 5, 2009

Page 647

1   the scaled number, I don't get my 18.7, I get
2   less than that. It seems to me that the right
3   way to do it would be to divide the difference
4   by the measured number and then multiply that
5   result times the computed in order to figure
6   out -- I'm sorry -- to divide my 3.5 by the
7   15.2, and I get .23. And then when I add .23
8   to 15.2 -- it still doesn't come out.
9       18.7 minus 15.2 is -3.5. Then if I
10  take the 3.5 and divide it by 15.2 I get
11  .23 percent. And then if I multiply 23 percent
12  times -- let's see. If I multiply the 15.2
13  times my .19, I get 2.888. When I add that to
14  15.2, I get 18. So I'm seven tenths off. So
15  maybe I'm doing something wrong.
16      A.  Well, what I'll do is I will provide
17  you with that, those 21 points, the computed
18  peaks --
19      Q.  Great.
20      A.  -- and the peaks of the estimated
21  hydrographs.
22      Q.  All right. Now, let me show you --
23  I'll mark this as Exhibit Number 13. I'm going
24  to represent these come from -- and I'm happy
25  to attach the cover those, but this comes from

Page 648

1   Resio's report.
2       Have you seen Resio's report?
3       (Exhibit 13 was marked for
4   identification and is attached hereto.)
5       A.  No, I have not.
6   EXAMINATION BY MR. BRUNO:
7       Q.  Okay. This is a chart in his report
8   which indicates maximum significant wave
9   height. Okay?
10      A.  Okay.
11      Q.  Would you look at where the MRGO
12  should be? You see a series of blobs? Beads?
13      A.  I see the high and low areas.
14      Q.  No, the little round circles.
15      A.  Some kind of -- yeah, some sort of a
16  modulation in the wave height, goes up a little
17  bit, down a little bit, up a little bit? Is
18  that you're describing?
19      Q.  No. I see beads. I see a round thing
20  and then a round thing and then a round thing
21  and a round thing.
22      A.  Okay.
23      Q.  I'm calling those beads.
24      A.  The darker colors are a little bit
25  higher than -- the darker reds are a little bit

Page 649

1   higher than the oranges?
2       Q.  No. I'm talking about the round
3   things. You see those?
4       A.  I think we're talking about the same
5   thing.
6       Q.  They're all here. These little --
7   they're round. They're small round circles.
8       A.  Okay.
9       Q.  Okay? And if that's the MRGO, it
10  should be represented or it should look like
11  the Mississippi River does, shouldn't it?
12      A.  Could you rephrase the question?
13      Q.  In other words, there should be two
14  parallel lines. If that's the MRGO --
15      A.  Is this the base case, Case H1?
16      Q.  It's Page 33 of his report, so --
17      Oh, it's in your report. I'm sorry.
18  It's also in yours. Sorry.
19      A.  What was the figure?
20      Q.  We shall find it. 33.
21      A.  Page 33?
22      Q.  Page 33, yeah. It's Figure 20, and
23  yes, it's Figure 20. You see the beads?
24      A.  Okay. I think I understand what
25  you're calling a bead. That's not a term I use

Page 650

1   a lot. So.
2       Q.  Well, that's where the MRGO channel
3   is. And you see that represented --
4       A.  Approximately somewhere in there I
5   would agree. I don't know exactly how you can
6   determine exactly where the channel is from
7   this particular image.
8       Q.  Well, I'm doing it by logic.
9       A.  Yeah. It's following the levee, more
10  or less, so.
11      Q.  And it's also based upon the
12  resolution of this model, which I know is not
13  very good at this point, it's six hundred and
14  some odd feet by six hundred and some odd feet.
15  So in many instances his grid picks up the
16  MRGO, and in some instances it doesn't pick up
17  the MRGO because the MRGO may be on the edge of
18  one of these six hundred and fifty foot
19  squares.
20      A.  Okay.
21      Q.  Right? Does that make sense?
22      A.  Well, I know the MRGO in the base case
23  is -- the bankline is highly irregular.
24      Q.  Sure.
25      A.  Okay?

84  (Pages 647 to 650)

JOHNS PENDLETON COURT REPORTERS                              800   562-1285