## Scott Joanen

| | |
|---|---|
| **From:** | Elisa Gilbert [egilbert@gilbert-firm.com] |
| **Sent:** | Sunday, April 26, 2009 5:35 PM |
| **To:** | robin.doyle.smith@usdoj.gov |
| **Cc:** | Joe Bruno; Scott Joanen; brendan obrien |
| **Subject:** | ebersole calculations |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Robin:
At teh deposition of Bruce Ebersole he promised to produce a series of calculations upon which he based his opinions.
See, p 340 lns 4-9 and p. 646 ln 14 and 647 ln16.  Please produce these immediately as we need them to prepare our cross.
Thank you,
Elisa Gilbert



EXHIBIT 3

4/27/2009