UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING
### re: Motion to Compel Reliance Materials of Defendant's Expert Bruce Ebersole

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who respectfully move this Honorable Court for an Order granting an expedited hearing of their Motion to Compel the defendant United States of America to produce defendant expert Bruce Ebersole's reliance materials as specified in prior court orders as well as pursuant to numerous requests by the Plaintiffs.

Mr. Ebersoe is expected to testify at trial in the above referenced matter prior to the next regularly scheduled available court date

**WHEREFORE**, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that their Motion for Expedited Hearing be granted.

Respectfully Submitted,

**PLAINTIFFS LIAISON COUNSEL**

　　/s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

　　　I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 27th day of April, 2009.

　　/s/ Joseph M. Bruno
Joseph M. Bruno