UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE<br>Abadie I, 06-5164<br>Abadie II, 07-5112<br>Aaron 06-4746<br>Aguilar 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of Joseph W. Rausch, and having been advised that Joseph Bruno agrees to the change, and in light of the ongoing discussions of counsel seeking a resolution of their dispute, **IT IS ORDERED** that the follow-up status conference to be attended only by plaintiffs' counsel, previously set in the referenced matters before me on April 28, 2009, is hereby CONTINUED to **MAY 12, 2009 at 2:00 p.m.**  The purpose of the conference is to discuss the ongoing issue of dual representation of plaintiffs in settlements reached in the referenced cases and the allocation of plaintiffs' attorneys' fees from settlement funds.  At the time of the conference, counsel must provide me with a list identifying all persons whose dual representation remains in dispute, together with their properties and insurers.

New Orleans, Louisiana, this __27th__ day of April, 2009.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**