## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO SEVERED MASS | * | SECTION K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| WILLIAM SNYDER, ET AL | * | CIVIL ACTION NO. 07-1577 |
| | * | |
| VERSUS | * | |
| | * | SECTION   K (2) |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | |

*********************************************

### MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, William Snyder and Dawn Snyder, and defendant, State Farm Fire and Casualty Insurance Company, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost.

Respectfully submitted,

_____
Andrea S. Lestelle (08539)
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, LA 70002
Telephone: 504-828-1224
Facsimile: 504-828-1229
ATTORNEY FOR PLAINTIFFS

_____
Sidney J. Hardy (1938)
McCranie, Sistrunk, Anzelmo,
   Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Ste. 800
Metairie, LA 70002
Telephone: 504-831-0946
Facsimile: 504-831-2492
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ____April 28, 2009____, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to non-CM/ECF participants.

_____