UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that Plaintiffs' Motion for Expedited Hearing of the Plaintiffs' Motion to Strike be and hereby is **GRANTED**, and will be heard on the _____ day of April, 2009 at _____ o'clock a.m.

New Orleans, Louisiana, this _____ day of April, 2009.

_____

**UNITED STATES DISTRICT COURT JUDGE**