EXPERT PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| XBE | 005 | XBE-005-000000001 | XBE-005-000000007 | Expert Witness | Bruce Ebersole | KC1047 | 4/28/2009 | Robinson | Supplemental Reliance Materials from expert Ebersole |