**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re : KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

**UNITED STATES OF AMERICA'S**
**MOTION FOR ORDER TO SHOW CAUSE WHY**
**PLAINTIFFS' ATTORNEYS KEA SHERMAN AND**
<u>**JONATHAN B. ANDRY SHOULD NOT BE DISQUALIFIED**</u>

For the reasons stated in the attached memorandum of law, the United States of America respectfully moves for an order to show cause why Plaintiffs' attorneys Kea Sherman and Jonathan B. Andry should not be disqualified.

        Respectfully submitted,

        MICHAEL F. HERTZ
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR
        Assistant Director, Torts Branch

        <u>s/ Jeffrey P. Ehrlich</u>
        JEFFREY P. EHRLICH
        Trial Attorney
        ROBIN SMITH
        Senior Trial Counsel
        Civil Division, Torts Branch

U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 353-2574 / (202) 616-5200 (Fax)

Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

      I, Jeffrey P. Ehrlich, hereby certify that a copy of the forgoing was served by ECF upon all Parties this day, April 28, 2009.

                        s/Jeffrey P. Ehrlich
                        Jeffrey P. Ehrlich