17.   Notwithstanding any legal presumption or other legal authority to the contrary, the parties do not intend for this Agreement to be construed so as to result in individual counsel for any party to be deemed or regarded as counsel for any other party or parties, and each party expressly acknowledges that it is not a client of counsel it has not formally retained in this matter, that no confidential or fiduciary relationship exists between it and counsel for any other party, and that counsel for any other party owes it no duties other than those expressly set out in this Agreement or in any other agreement in writing that may be made in the future. This paragraph shall not apply to any counsel who formally represents more than one party in this proceeding to the extent of such dual or multiple formal representations.

18.   This Agreement shall not create third-party beneficiary status in any person or entity not a party to this Agreement.

19.   It is expressly understood that nothing contained in this Agreement shall limit the right of any party to this Agreement to disclose to third parties any documents or information independently possessed or generated by that party or obtained from sources other than pursuant to this Agreement. Nor shall anything contained in this Agreement create an affirmative obligation on the part of any party to share such information or documents with other parties to this Agreement.

20.   Any conflict of interest arising out of the sharing of Protected Information under this agreement is waived. Each party and its counsel expressly waive any right to seek the disqualification of counsel for any other party or parties to this Agreement in the Litigation or in any substantially related future litigation, on the grounds that such attorney has received Protected Information shared under this Agreement. The parties to

10.

this Agreement expressly agree not to seek such disqualification of an attorney under any applicable statute or code, whether existing or proposed, under any formal or informal rule of court, or under any state or federal common law rule, including, but not limited to, the Louisiana Rules of Professional Conduct, and the jurisprudence concerning confidential information and conflicts of interest under the federal common law, including the "substantially related" test.

21.     To the extent the parties to this Agreement have already been in communication with one another regarding the Litigation, all such communications and work-product are subject to this Agreement.

22.     The terms of this Agreement shall remain in effect until the Litigation, including all appeals, is terminated; and/or the applicable requirements of paragraph 15 have been satisfied.  For purposes of this Agreement, the Litigation is terminated when a final judgment or order terminating the Litigation as to all parties has been entered and either (i) the time to appeal that judgment or order has expired without an appeal or (ii) if the judgment or order was appealed, there has been a final determination of the appeal as to all parties and a final termination of all proceedings resulting from the appeal.

23.     Nothing in this Agreement shall establish any agency, joint venture, partnership or similar relationship among or between any of the parties to this Agreement.

24.     All parties to this Agreement represent that they have authority to bind their respective clients to this Agreement.

25.     The undersigned parties agree that they may seek an injunction to enforce this Agreement.

11

26.   It is understood and agreed that this Agreement may be executed in multiple identical counterparts, each of which shall be deemed an original for all purposes.

Executed on the dates shown below, but effective as of the date of the initial filing of the Litigation.

_____     7/20/07
On Behalf of the United States of America.     (Date)
(United States)

_____     7/20/07
On Behalf of Board of Commissioners     (Date)
of the Orleans Parish Levee District

_____     7/23/07
On Behalf of Sewerage and Water Board     (Date)
of New Orleans

_____     7/26/07
On Behalf of Board of Commissioners     (Date)
of the East Jefferson Levee District

_____     7/9/07
On Behalf of The State of Louisiana     (Date)
(Department of Transportation and Development)

C.K. Tankersley     7/25/07
On Behalf of The Parish of Jefferson     (Date)

_____     7/26/07
On Behalf of Board of Commissioners     (Date)
for the Port of New Orleans

12

## EXHIBIT A

### PENDING CASES SUBJECT TO THE AGREEMENT

1.  *Christine Randal*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9718;

2.  *Gaye T. Bennett*, 24th Judicial District Court for the Parish of Jefferson, State of Louisiana; Docket No.: 635-594; c/w No.: 624-894;

3.  *Benjamin Brubbacher*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9775;

4.  *Gwendolyn Diggs*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9733;

5.  *Karen Green*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9803;

6.  *Harvey/Lanrendine*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 2005-11650;

7.  *In Re Katrina Canal Breaches Consolidated Litigation (Levee)*; United States District Court for the Eastern District, State of Louisiana; Civil Action No.: 05-4182;

8.  *Evonne Matters*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9799;

9.  *New Investment, LLC*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-8202;

10. *Judy Paul*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 07-0993;

11. *Ray Rieth*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9744;

12. *Audrey Robinson*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9726;

13. *Lisa Rodriguez*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-9753; and

14. *West End Tennis and Fitness Club, Inc.*, Civil District Court for the Parish of Orleans, State of Louisiana; Docket No.: 06-13568.

13

**Pirich, Andrew (CIV)**

---

**From:**    Greif, Michele (CIV)
**Sent:**    Sunday, April 26, 2009 1:59 PM
**To:**      Ehrlich, Jeff (CIV)
**Subject:** Kea Sherman

On Thursday, September 20, 2007, I attended a meeting with Dr. Paul Kuhlmeier (an expert witness for the joint defendants in the Katrina Litigation Class Action, Levee Track) and other attorneys subject to the joint defense agreement, including Gary Zwain and Zwain's associate (counsel for Lake Borgne Levee District), Charlie Lanier (counsel for Sewer and Water Board), and Kea Sherman (counsel for Jefferson Parrish).  The purpose of the meeting was to prepare Dr. Kuhlmeier for his deposition on September 21, 2007.  This meeting commenced at Gary Zwain's office in Metairie, Louisiana, and we then went out as a group to examine various locations pertinent to the litigation, including levee breach sites and damaged homes.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182
                                         "K" (2)
PERTAINS TO:  MRGO-ROBINSON        JUDGE DUVAL

FILED IN:  05-4181, 05-4182,     MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

Videotaped Deposition of

CHRISTOPHER JOHN ACCARDO, JR.,

85 Dogwood Drive, Kenner, Louisiana 70065,

taken in the offices of the Corps of

Engineers, 7400 Leake Avenue, New Orleans,

Louisiana 70118, on Friday, the 4th day of

April, 2008.

CHRISTOPHER ACCARDO, JR.                                        4/4/2008

Page 3

```
 1    APPEARANCES CONTINUED:

 2

          UNITED STATES DEPARTMENT OF JUSTICE
 3        CIVIL DIVISION
          TORTS BRANCH
 4        (BY: PAUL LEVINE, ESQ.
               KEITH LIDDLE, ESQ.)
 5        Post Office Box 888
          Benjamin Franklin Station
 6        Washington, D.C.  20044
              ATTORNEYS FOR UNITED STATES

 7

 8        BURGLASS & TANKERSLEY
          (BY: KEA SHERMAN, ESQ.)
 9        5213 Airline Drive
          Metairie, Louisiana 70001
10            ATTORNEYS FOR JEFFERSON PARISH

11

          JENNIFER LABOURDETTE, ESQ.
12        7400 Leake Avenue
          New Orleans, Louisiana 70118
13            ATTORNEY FOR UNITED STATES ARMY
              CORPS OF ENGINEERS

14

15        CHAFFE, MCCALL LLP
          (BY: TOM FORBES, ESQ.)
16        Suite 2300  Energy Center
          New Orleans, Louisiana 70163
17            ATTORNEYS FOR LAFARGE NORTH AMERICA
              (ALSO PRESENT)

18

19

      VIDEOTAPED BY:
20        Gilly Delorimier
          Depo-Vue, Inc.
21

22

23    REPORTED BY:
          ROGER D. JOHNS, RMR, CRR, RDR, CSR
24        Certified Court Reporter
          State of Louisiana
25
```

WALTER, O. BAUMY, JR.                                    April 9, 2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION           NO. 05-4182 K2

                                  JUDGE DUVAL

PERTAINS TO                       MAG. WILKINSON

(Robinson, No. 06-2268)


          Deposition of WALTER O. BAUMY, JR.,

given at the U.S. Army Corps of Engineers New

Orleans District offices, 7400 Leake Avenue,

New Orleans, Louisiana 70118-3651, on April

9th, 2008.


          REPORTED BY:

                JOSEPH A. FAIRBANKS, JR., CCR, RPR

                CERTIFIED COURT REPORTER #75005

WALTER, O. BAUMY, JR.                                        April 9, 2008

Page 3

```
 1    REPRESENTING THE UNITED STATES OF AMERICA:

 2              UNITED STATES DEPARTMENT OF JUSTICE,

 3              TORTS BRANCH, CIVIL DIVISION

 4              (BY:  ROBIN SMITH, ESQUIRE)

 5              P.O. Box 888

 6              Benjamin Franklin Station

 7              Washington, D.C. 20044

 8              202-616-4289

 9

10    REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS:

11              CORPS OF ENGINEERS, OFFICE OF COUNSEL

12              (BY:  NICK MARZONI, ESQUIRE)

13              7400 Leake Avenue

14              New Orleans, Louisiana 70118-3651

15              504-862-2843

16

17    ALSO PRESENT:

18              JOSEPH E. BEARDEN, III, ESQ.

19              KEA SHERMAN, ESQ.

20              CHARLES SUTTON, ESQ.

21              ROBERT B. FISHER, JR., ESQ.

22              JOHN L. ROBERT, III, ESQ.

23              CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

24              ADAM CHUD, ESQ. (VIA I-DEP)

25    VIDEOGRAPHER: KEN HART (HART VIDEO)
```

[ 32 ]

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION

NO. 06-2268

"K" (2)

PERTAINS TO:  ROBINSON          JUDGE DUVAL

MAG. WILKINSON

VIDEOTAPED DEPOSITION OF

POLLY CAMPBELL BOUDREAUX,

4212 Florida Avenue, Meraux, Louisiana 70075,

taken in the offices of Andry Law Firm, 610

Baronne Street, New Orleans, Louisiana 70113,

on Wednesday, March 5, 2008.

POLLY BOUDREAUX                                    3/5/2008

Page 3

```
 1    APPEARANCES CONTINUED:

 2

 3        UNITED STATES DEPARTMENT OF JUSTICE

 4        (BY: KEITH LITTLE ESQ.

 5             JESSICA SULLIVAN, ESQ.)

 6        Post Office Box 888

 7        Benjamin Franklin Station

 8        Washington, D.C. 20004

 9             ATTORNEY FOR UNITED STATES OF

10             AMERICA

11

12

13        BURGLASS & TANKERSLEY

14        (BY: KEA SHERMAN, ESQ.)

15        5213 Airline Drive

16        Metairie, Louisiana 70001

17             ATTORNEYS FOR JEFFERSON PARISH

18

19

20

21        CHAFFE, MCCALL LLP

22        (BY: TOM FORBES, ESQ.)

23        2300 Energy Center

24        New Orleans, Louisiana 70163

25             ATTORNEYS FOR LAFARGE NORTH AMERICA
```

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO                            MAG. WILKINSON

(Robinson, No. 06-2286)


          Rule 30(b)(6) Deposition of the U.S.
ARMY CORPS OF ENGINEERS, THROUGH ITS DESIGNATED
REPRESENTATIVE RICHARD WARREN BROUSSARD, JR.,
given at the U.S. Army Corps of Engineers New
Orleans District offices, 7400 Leake Avenue,
New Orleans, Louisiana 70118-3651, on March
31st, 2008.




     REPORTED BY:

          JOSEPH A. FAIRBANKS, JR., CCR, RPR

          CERTIFIED COURT REPORTER #75005

     VIDEOGRAPHER:

          GILLEY DELORIMIER (DEPO-VUE)

RICHARD WARREN BROUSSARD, JR.                    3/31/2008

                                              Page 3

1    REPRESENTING THE UNITED STATES OF AMERICA:

2            UNITED STATES DEPARTMENT OF JUSTICE,

3            TORTS BRANCH, CIVIL DIVISION

4            (BY:  SARA SOJA, ESQUIRE)

5            (BY:  RICHARD STONE, ESQUIRE)

6            P.O. Box 888

7            Benjamin Franklin Station

8            Washington, D.C. 20044

9            202-616-4289

10

11   REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS:

12            CORPS OF ENGINEERS, OFFICE OF COUNSEL

13            (BY:  NICK MARZONI, ESQUIRE)

14            7400 Leake Avenue

15            New Orleans, Louisiana 70118-3651

16            504-862-2843

17   ALSO PRESENT:

18            JOSEPH E. BEARDEN, III, ESQ.

19            CHARLES M. LANIER, JR., ESQ.

20            KEA SHERMAN, ESQ.

21            ROBERT B. FISHER, JR., ESQ.

22            THOMAS D. FORBES, ESQ.

23            R. SCOTT HOGAN, ESQ.

24            CHARLES SUTTON, ESQ.

25            ADAM CHUD, ESQ. (VIA I-DEP)

GERARD COLLETTI

April 2, 2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO                            MAG. WILKINSON

(Robinson, No. 06-2268)

          Deposition of GERARD A. (JERRY)

COLLETTI, given at the U.S. Army Corps of

Engineers New Orleans District offices, 7400

Leake Avenue, New Orleans, Louisiana

70118-3651, on April 2nd, 2008.

          REPORTED BY:

               JOSEPH A. FAIRBANKS, JR., CCR, RPR

               CERTIFIED COURT REPORTER #75005

GERARD COLLETTI                                    April 2, 2008

```
Page 4
  1    ALSO PRESENT:

  2            JOSEPH E. BEARDEN, III, ESQ.

  3            KEA SHERMAN, ESQ.

  4            THOMAS P. ANZELMO, ESQ.

  5            ROBERT B. FISHER, JR., ESQ.

  6            CHARLES LANIER, ESQ.

  7            CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

  8            ADAM CHUD, ESQ. (VIA I-DEP)

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24    VIDEOGRAPHER:

 25            GILLEY DELORIMIER (DEPO-VUE)
```

JOHNS PENDLETON COURT REPORTERS              800  562-1285

[ 38 ]

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182
                                          "K" (2)
PERTAINS TO:  MRGO-ROBINSON          JUDGE DUVAL

FILED IN:  05-4181, 05-4182,     MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

Videotaped Deposition of

MICHELLE CRESSY DAIGLE,

342 Walter Road, River Ridge, Louisiana 70123,

taken in the offices of the Corps of

Engineers, 7400 Leake Avenue, New Orleans,

Louisiana 70118, on Monday, the 3rd day of

April, 2008.

MICHELLE DAIGLE                                                    4/3/2008

Page 3

```
 1    APPEARANCES CONTINUED:

 2
          DUPLASS, ZWAIN, BOURGEOIS, MORTON,
 3        PFISTER & WEINSTOCK
          (BY:  JENNY MORRIS ESQ.)
 4        Suite 2900
          3838 North Causeway Boulevard
 5        Metairie, Louisiana  70002
               ATTORNEYS FOR THE BOARD OF
 6             COMMISSIONERS FOR THE LAKE BORGNE
               BASIN LEVEE DISTRICT
 7             (ALSO PRESENT)

 8
          UNITED STATES DEPARTMENT OF JUSTICE
 9        CIVIL DIVISION
          TORTS BRANCH
10        (BY: PAUL LEVINE, ESQ.
               JACK WOODCOCK, ESQ.
11             KEITH LIDDLE, ESQ.)
          Post Office Box 888
12        Benjamin Franklin Station
          Washington, D.C.  20044
13             ATTORNEYS FOR UNITED STATES

14
          BURGLASS & TANKERSLEY
15        (BY: KEA SHERMAN, ESQ.)
          5213 Airline Drive
16        Metairie, Louisiana 70001
               ATTORNEYS FOR JEFFERSON PARISH

17

18        NICK MARZONI, ESQ.
          7400 Leake Avenue
19        New Orleans, Louisiana 70118
               ATTORNEY FOR UNITED STATES ARMY
20             CORPS OF ENGINEERS

21
          CHAFFE, MCCALL LLP
22        (BY: CINDY CRULL, ESQ.)
          Suite 2300   Energy Center
23        New Orleans, Louisiana 70163
               ATTORNEYS FOR LAFARGE NORTH AMERICA
24             (ALSO PRESENT)

25
```

[40]

DAY, JR., DR. JOHN W.

11/19/2007

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL       CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                  NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

PERTAINS TO: Robinson
             No. 06-2286

        Deposition of DR. JOHN W. DAY, JR.,
2237 Energy Coast and Environment Building,
LSU-Coastal Ecology Institute, Baton Rouge,
Louisiana 70803, taken in the offices of
Lambert & Nelson, P.L.C., 701 Magazine St.,
New Orleans, Louisiana on Monday, the 19th
day of November, 2007 at 9:07 a.m.

APPEARANCES:

     ANDRY LAW FIRM
     (By: Jonathan B. Andry, Esquire)
     (By: Meghan Hays, Law Clerk)
     610 Baronne St.
     New Orleans, Louisiana 70113
     (504) 586-8899
          Attorneys for Plaintiffs,
          Norman Robinson, et al

DAY, JR., DR. JOHN W.

11/19/2007

Page 3

```
 1    APPEARANCES (continued):

 2

 3

 4         DUPLASS, ZWAIN, BOURGEOIS, MORTON,
           PFISTER & WEINSTOCK
 5         (By: Joseph E. Bearden, III, Esquire)
           3838 N. Causeway Blvd., Suite 2900
 6         Metairie, Louisiana  70002
           (504) 832-3700
 7

 8

 9
           BURGLASS & TANKERSLEY, L.L.C.
10         (By: Kea Sherman, Esquire)
           5213 Airline Drive
11         Metairie, Louisiana 70001
           (504) 836-2220
12

13

14
           LAW OFFICES OF F. GERALD MAPLES, P.A.
15         (By: Stephen M. Wiles, Esquire)
           902 Julia Street
16         New Orleans, Louisiana 70113
           (504) 569-8732
17

18

19

20

21

22

23

24

25
```

Johns Pendleton Court Reporters

800 562-1285

[ 42 ]

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION
                                     NO. 05-4182 "K"(2)

 PERTAINS TO:                        JUDGE DUVAL

 ROBINSON, Number 06-2268            MAG. WILKINSON



Videotaped deposition of JOHN W. DAY, JR., Ph.D.,
School of the Coast & Environment, Department of
Oceanography & Coastal Sciences, Louisiana State
University, Baton Rouge, Louisiana  70803, taken
in the offices of Bruno & Bruno, 855 Baronne
Street, New Orleans, Louisiana  70113, on
Wednesday, the 28th day of January, 2009,
beginning at 9:11 a.m.


APPEARANCES:

        ANDRY LAW FIRM
        (BY:  JONATHAN ANDRY
              KEA SHERMAN
        610 Baronne Street
        New Orleans, Louisiana  70113

                    AND

        GAINSBURGH, BENJAMIN, DAVID,
          MEUNIER & WARSHAUER
        (BY:  GERALD E. MEUNIER)
        Suite 2800
        1100 Poydras Street
        New Orleans, Louisiana  70163-2800

            ATTORNEYS FOR THE PLAINTIFFS


(504)525-1753              HUFFMAN & ROBINSON, INC.          (800)749-1753
ONE SHELL SQUARE,#250      CERTIFIED COURT REPORTERS      NEW ORLEANS, LA 70139

[ 43 ]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K" (2)
PERTAINS TO MRGO (Robinson)             JUDGE DUVAL

(No. 06-2268)                           MAG. WILKINSON

-------------------------------------------------------

TRANSCRIPT OF THE VIDEOTAPE DEPOSITION OF

SUZANNE HAWES

Given at the U.S. Army Corps of Engineers,

New Orleans District Office, 7400 Leake Avenue, New

Orleans, Louisiana 70118-3651, on April 17, 2008,

commencing at 9:00 a.m.




Reported By:

        Estella O. Champion, CRR, CCR

        Certified Court Reporter (Certificate #76003)


[44]

SUZANNE HAWES                                    4/17/2008

2

```
 1                      APPEARANCES
 2   FOR PLAINTIFFS:
 3       LAMBERT & NELSON, A LAW CORPORATION
         (BY:  HUGH LAMBERT, ESQ.)
 4       631 ST. CHARLES AVENUE
         NEW ORLEANS, LOUISIANA 70130
 5   -AND-
         BRUNO & BRUNO
 6       (BY:  FLORIAN BUCHLER, ESQUIRE)
         855 BARONNE STREET
 7       NEW ORLEANS, LOUISIANA 70113
     -AND-
 8       SHER, GARNER, CAHILL, RICHTER, KLEIN &
             HILBERT, LLC
 9       (BY:  R. SCOTT HOGAN, ESQUIRE)
         909 POYDRAS STREET, 28TH FLOOR
10       NEW ORLEANS, LOUISIANA 70112-1033
11   FOR THE ARMY CORPS OF ENGINEERS:
12       CORPS OF ENGINEERS, OFFICE OF COUNSEL:
         (BY:  RITA TROTTER, ESQUIRE)
13       7400 LEAKE AVENUE
         NEW ORLEANS, LOUISIANA 70118-3651
14
     FOR THE DEFENDANT UNITED STATES OF AMERICA:
15
         U.S. DEPARTMENT OF JUSTICE
16       TORTS BRANCH, CIVIL DIVISION
         (BY:  JESSICA SULLIVAN, ESQUIRE)
17       (BY:  MICHELE GREIF, ESQUIRE)
         (BY:  KARA MILLER, ESQUIRE)
18       P.O. BOX 888
         BENJAMIN FRANKLIN STATION
19       WASHINGTON, D.C. 20044
20   ALSO PRESENT:
21           RYAN MALONE, ESQUIRE
             ANDRE LAGARDE
22           KEA SHERMAN
             ERIC GOLDBERG (Via I-DEP)
23           WILLIAM GARDNER (Via I-DEP)
             BRIAN RYCKMEN (Via I-DEP)
24
     VIDEOGRAPHER:
25           GILLEY DELORIMIER (DEPO-VUE)
```

JOHNS PENDLETON COURT REPORTERS          800 562-1285

[45]

KEMP, PH D, G. PAUL

11/27/2007

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL

PERTAINS TO:                       MAG. WILKINSON

Robinson, No. 06-2286


        Deposition of G. PAUL KEMP, PH.D.,

given at the offices of Lambert & Nelson,

P.L.C., 701 Magazine Street, New Orleans,

Louisiana 70130, on November 27th, 2007.


REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

KEMP, PH D, G. PAUL

11/27/2007

Page 4

1    REPRESENTING THE UNITED STATES OF AMERICA:

2            UNITED STATES DEPARTMENT OF JUSTICE,

3            TORTS BRANCH, CIVIL DIVISION

4            (BY:  ROBIN D. SMITH, ESQUIRE.

5            SENIOR TRIAL COUNSEL)

6            (BY:  JACK WOODCOCK, ESQUIRE)

7            Torts Branch, Civil Division

8            P.O. Box 888

9            Benjamin Franklin Station

10           Washington, D.C. 20044

11           202-616-4289

12

13   ALSO PRESENT:

14           STEPHEN WILES, ESQ.

15           BEN MAYEAUX, ESQ.

16           KEA SHERMAN, ESQ.

17           PARKER HARRISON, ESQ.

18           SARAH MACK

19

20   VIDEOGRAPHER:

21           GILLEY DELORIMIER (DEPO-VUE)

22

23

24

25

PAUL D. KUHLMEIER                                                    9/21/2007

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182
                                          "K" (2)
PERTAINS TO:  MRGO                     JUDGE DUVAL

FILED IN:  05-4181, 05-4182,     MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

Videotaped Deposition of

PAUL DEAN KUHLMEIER,

5296 East Softwood Drive, Boise, Idaho 83716,

taken in the offices of Duplass, Zwain,

Bourgeois, Morton, Pfister & Weinstock, 3838

North Causeway Blvd., Suite 2900, Three

Lakeway Center, Metairie, Louisiana 70002, on

Friday, September 21, 2007.

PAUL D. KUHLMEIER                                              9/21/2007

Page 3

```
 1     APPEARANCES CONTINUED:

 2          LABORDE & NEUNER
            (BY: BEN MAYEAUX, ESQ.)
 3          Suite 200
            1001 West Pinhook Road
 4          Lafayette, Louisiana 70503
                 ATTORNEYS FOR ORLEANS LEVEE DISTRICT
 5

 6          CHRISTOVICH & KEARNEY
            (BY: CHARLES M. LANIER, JR., ESQ.)
 7          2300 Pan American Life Center
            601 Poydras Street
 8          New Orleans, Louisiana  70130
                 ATTORNEYS FOR SEWERAGE
 9               AND WATER BOARD OF NEW ORLEANS

10

            BURGLASS & TANKERSLEY
11          (BY: KEA SHERMAN, ESQ.)
            5213 Airline Drive
12          Metairie, Louisiana 70001
                 ATTORNEYS FOR JEFFERSON PARISH
13

14          PORTEOUS, HAINKEL & JOHNSON
            (BY: JULIANNE ECHOLS, ESQ.)
15          704 Carondelet Street
            New Orleans, Louisiana
16               ATTORNEYS FOR GULF GROUP

17

18
        VIDEOTAPED BY: Ken Hart, Hart Video of
19                      Louisiana

20
        REPORTED BY:  ROGER D. JOHNS, RMR, CRR, CSR
21                    Certified Court Reporter,
                      State of Louisiana
22

23

24

25
```

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION

NO. 06-2268

"K" (2)

PERTAINS TO:  ROBINSON          JUDGE DUVAL

MAG. WILKINSON

VIDEOTAPED DEPOSITION OF

GATIEN J. LIVAUDAIS, JR.,

4626 East St. Bernard Highway, Meraux,

Louisiana 70075, taken in the offices of Andry

Law Firm, 610 Baronne Street, New Orleans,

Louisiana 70113, on Monday, April 7 2008.

GATIEN LIVAUDAIS, JR.                                            4/7/2008

                                                           Page 2

```
 1    APPEARANCES:

 2

 3        ANDRY LAW FIRM
          (BY: JONATHAN B. ANDRY, ESQ.)
 4        610 Baronne Street
          New Orleans, Louisiana 70113
 5            ATTORNEY FOR THE PLAINTIFFS

 6

 7        UNITED STATES DEPARTMENT OF JUSTICE
          (BY: JOHN WOODCOCK, ESQ.
 8            JEFFREY P. EHRLICH, ESQ.)
          Post Office Box 888
 9        Benjamin Franklin Station
          Washington, D.C. 20004
10            ATTORNEY FOR UNITED STATES OF
              AMERICA
11

12

          BURGLASS & TANKERSLEY
13        (BY: KEA SHERMAN, ESQ.)
          5213 Airline Drive
14        Metairie, Louisiana 70001
              ATTORNEYS FOR JEFFERSON PARISH
15

16

          CHAFFE, MCCALL LLP
17        (BY: JOHN ROBERT, ESQ.)
          2300 Energy Center
18        New Orleans, Louisiana 70163
              ATTORNEYS FOR LAFARGE NORTH AMERICA
19            (ALSO PRESENT)

20

21        MCCRANIE, SISTRUNK, ANZELMO, HARDY,
          MAXWELL & MCDANIEL
22        (BY: KASSIE HARGIS, ESQ.)
          Suite 800
23        3445 North Causeway Blvd.
          Metairie, Louisiana 70002
24            ATTORNEYS FOR ORLEANS LEVEE DISTRICT

25
```

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

MCCROSKY, DONALD

3/4/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL

PERTAINS TO MRGO                   MAG. WILKINSON

(Robinson, No. 06-2286)


        Deposition of DONALD GERARD MCCROSKY,

given the offices of Andry Law Firm, L.L.C.,

610 Baronne Street, New Orleans, Louisiana

70113, on March 4th, 2008.


REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

MCCROSKY, DONALD

3/4/2008

Page 4

1       REPRESENTING ENTERGY AND THE DEPONENT:

2               ENTERGY SERVICES, INC. LEGAL SERVICES

3               (BY:  LEILA A. D'AQUIN, ESQUIRE)

4               639 Loyola Avenue, Suite 2600

5               New Orleans, Louisiana 70113

6               504-576-5831

7

8    ALSO PRESENT:

9               JOSEPH E. BEARDEN, III, ESQ.

10              KEA SHERMAN, ESQ.

11

12   VIDEOGRAPHER:

13              GILLEY DELORIMIER (DEPO-VUE)

14

15

16

17

18

19

20

21

22

23

24

25

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO                            MAG. WILKINSON

(Robinson, No. 06-2268)

                     - AND -

          UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

FILED IN:                              MAG. WILKINSON

05-4181, 05-4182, 05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 06-0225, 06-0886, 06-1885,
06-2278, 06-2287, 06-4065, 06-4389, 06-4634,
06-4931, 06-5032, 06-5159, 06-5161, 06-5260,
06-5937, 07-1271

               (V O L U M E  I)

          Deposition of MELVIN M.L. MCELWEE,

SR., given at the Law Office of Joseph M.

Bruno, 855 Baronne St., New Orleans, Louisiana

70113, on April 23rd, 2008.

REPORTED BY:

          JOSEPH A. FAIRBANKS, JR., CCR, RPR

          CERTIFIED COURT REPORTER #75005

MELVIN M.L. McELVEE (VOL I)                                        4/23/2008

Page 4

```
 1    REPRESENTING WASHINGTON GROUP INTERNATIONAL:

 2              STONE PIGMAN WALTHER WITTMANN, L.L.C.

 3              (BY:  WILLIAM D. TREEBY, ESQUIRE)

 4              (BY:  HEATHER S. LONIAN, ESQUIRE)

 5              546 Carondelet Street

 6              New Orleans, Louisiana 70130

 7              504-581-3200

 8

 9    REPRESENTING ORLEANS LEVEE DISTRICT:

10              SUTTON LAW FIRM

11              (BY:  CHARLES E. SUTTON, JR., ESQUIRE)

12              2101 N. Highway 190, Suite 105

13              Covington, Louisiana 70433

14              985-249-5991

15

16    ALSO PRESENT:

17              JOHN L. ROBERT, III, ESQ.

18              KEA SHERMAN, ESQ.

19              RYAN M. MALONE, ESQ.

20              MARK S. RAFFMAN, ESQ. (VIA I-DEP)

21              CHARLES LANIER, ESQ. (VIA I-DEP)

22              JENNIFER SHUMAKER, ESQ. (VIA I-DEP)

23              ADAM CHUD, ESQ. (VIA I-DEP)

24              J. WARREN GARDNER, JR., ESQ. (I-DEP)

25    VIDEOGRAPHER:   GILLEY DELORIMIER (DEPO-VUE)
```

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO                            MAG. WILKINSON

(Robinson, No. 06-2268)


          Deposition of GREGORY B. MILLER, given

at the U.S. Army Corps of Engineers New Orleans

District offices, 7400 Leake Avenue, New

Orleans, Louisiana 70118-3651, on April 16th,

2008.


     REPORTED BY:

          JOSEPH A. FAIRBANKS, JR., CCR, RPR

          CERTIFIED COURT REPORTER #75005

GREGORY MILLER                                                    4/16/2008

Page 4

```
 1    REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.

 2           CORPS OF ENGINEERS, OFFICE OF COUNSEL

 3           (BY:  FRANK LUPO, ESQUIRE)

 4           7400 Leake Avenue

 5           New Orleans, Louisiana 70118-3651

 6           504-862-2843

 7

 8    ALSO PRESENT:

 9           GREGORY A. KOURY, ESQ.

10           KEA SHERMAN, ESQ.

11           JENNY MORRIS, ESQ.

12           CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

13           ERIC GOLDBERG, ESQ. (VIA I-DEP)

14           KIRK AURANDT, ESQ. (VIA I-DEP)

15           CHARLES M. LANIER, JR., ESQ. (I-DEP)

16

17    VIDEOGRAPHER:

18           GILLEY DELORIMIER (DEPO-VUE)

19

20

21

22

23

24

25
```

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**IN RE:** KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

JUDGE DUVAL

PERTAINS TO                            MAG. WILKINSON

(Robinson, No. 06-2268)


          Deposition of KEITH O'CAIN, given at

the U.S. Army Corps of Engineers New Orleans

District offices, 7400 Leake Avenue, New

Orleans, Louisiana 70118-3651, on April 22nd,

2008.


REPORTED BY:

          JOSEPH A. FAIRBANKS, JR., CCR, RPR

          CERTIFIED COURT REPORTER #75005

KEITH O'CAIN                                        4/22/2008

                                                        4

1    ALSO PRESENT:

2            KEA SHERMAN, ESQ.

3            JOSEPH E. BEARDEN, III, ESQ.

4            THOMAS P. ANZELMO, ESQ.

5            CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

6            KIRK AURANDT, ESQ. (VIA I-DEP)

7            ADAM CHUD, ESQ. (VIA I-DEP)

8

9    VIDEOGRAPHER:

10           GILLEY DELORIMIER (DEPO-VUE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PENLAND, PATRICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION

CONSOLIDATED LITIGATION                  NO. 05-4182 K2

                                         JUDGE DUVAL

PERTAINS TO                              MAG. WILKINSON

(Robinson, No. 06-2286)


        Deposition of PATRICK SHEA PENLAND,

PH.D., given the offices of Lambert & Nelson,

P.L.C., 701 Magazine Street, New Orleans,

Louisiana 70130, on November 20th, 2007.


        REPORTED BY:

            JOSEPH A. FAIRBANKS, JR., CCR, RPR

            CERTIFIED COURT REPORTER #75005

PENLAND, PATRICK

11/20/2007

Page 3

1    REPRESENTING THE UNITED STATES OF AMERICA:

2          UNITED STATES DEPARTMENT OF JUSTICE,

3          TORTS BRANCH, CIVIL DIVISION

4          (BY:  KARA MILLER, ESQUIRE)

5          (BY:  TRACI COLQUETTE, ESQUIRE)

6          P.O. Box 888

7          Benjamin Franklin Station

8          Washington, D.C. 20044

9          202-616-4289

10

11   ALSO PRESENT:

12          DARCY DECKER, ESQ.

13          JOSEPH E. BEARDEN, III, ESQ.

14          STEPHEN WILES, ESQ.

15          PARKER HARRISON, ESQ.

16          KEA SHERMAN, ESQ.

17

18   VIDEOGRAPHER:

19          KEN HART (HART VIDEO)

20

21

22

23

24

25

PODANY, THOMAS

10/8/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL

PERTAINS TO:  MRGO AND ROBINSON

              (No. 06-2268)


            (V O L U M E   I)

      Rule 30(b)(6) deposition of THE UNITED

STATES OF AMERICA, BY AND THROUGH THE UNITED

STATES ARMY CORPS OF ENGINEERS' DESIGNEE THOMAS

PODANY, given at the U.S. Army Corps of

Engineers New Orleans District offices, 7400

Leake Avenue, New Orleans, Louisiana

70118-3651, on October 8th, 2008.


REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

PODANY, THOMAS

10/8/2008

Page 2

```
 1    REPRESENTING THE PLAINTIFFS:

 2              BRUNO & BRUNO

 3              (BY:  JOSEPH M. BRUNO, ESQUIRE)

 4              (BY:  FLORIAN BUCHLER, ESQUIRE)

 5              855 Baronne Street

 6              New Orleans, Louisiana 70113

 7              504-525-1335

 8    - AND -

 9              THE GILBERT FIRM, LLC

10              (BY:  ELISA T. GILBERT, ESQUIRE)

11              325 E. 57th Street

12              New York, N.Y. 10022

13              212-286-8503

14    - AND -

15              MCKERNAN LAW FIRM

16              (BY:  ASHLEY E. PHILEN, ESQUIRE)

17              8710 Jefferson Highway

18              Baton Rouge, Louisiana 70809

19              225-926-1234

20    - AND -

21              ANDRY LAW FIRM

22              (BY:  KEA SHERMAN, ESQUIRE)

23              610 Baronne Street

24              New Orleans, Louisiana 70113

25              504-586-8899
```

NANCY POWELL                                                4/14/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

                                     NO. 05-4182
                                       "K" (2)
PERTAINS TO:  MRGO-ROBINSON          JUDGE DUVAL

FILED IN:   05-4181, 05-4182,     MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

Videotaped Deposition of

NANCY JEANNE POWELL,

3412 Massachusetts Avenue, Kenner, Louisiana

70065, taken in the offices of the Corps of

Engineers, 7400 Leake Avenue, New Orleans,

Louisiana 70118, on Monday, the 14th day of

April, 2008.

NANCY POWELL                                          4/14/2008

Page 3

1
        APPEARANCES CONTINUED:
2
3               UNITED STATES DEPARTMENT OF JUSTICE
                CIVIL DIVISION
4               TORTS BRANCH
                (BY: MICHELE GREIF, ESQ.
5                    KARA MILLER, ESQ.)
                Post Office Box 888
6               Benjamin Franklin Station
                Washington, D.C.  20044
7                    ATTORNEYS FOR UNITED STATES
8
                BURGLASS & TANKERSLEY
9               (BY: KEA SHERMAN, ESQ.)
                5213 Airline Drive
10              Metairie, Louisiana 70001
                     ATTORNEYS FOR JEFFERSON PARISH
11
12              FRANK LUPO, ESQ.
                7400 Leake Avenue
13              New Orleans, Louisiana 70118
                     ATTORNEY FOR UNITED STATES ARMY
14                   CORPS OF ENGINEERS
15
                CHAFFE, MCCALL LLP
16              (BY: ROBERT FISHER, ESQ.
                     JOHN ROBERT, ESQ.)
17              Suite 2300  Energy Center
                New Orleans, Louisiana 70163
18                   ATTORNEYS FOR LAFARGE NORTH AMERICA
                     (ALSO PRESENT)
19
20
        VIDEOTAPED BY:
21              Gilly Delorimier
                Depo-Vue, Inc.
22
23
        REPORTED BY:
24              ROGER D. JOHNS, RMR, CRR, RDR, CSR
                Certified Court Reporter
25              State of Louisiana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: KATRINA CANAL BREACHES    * CIVIL ACTION
       CONSOLIDATED LITIGATION   * NO.05-4182
                                 *      "K"(2)
                                 *
       VERSUS                    *
PERTAINS TO:MRGO, Robinson       * JUDGE DUVAL
(No.06-2268)                     * MAG.WILKINSON
*   *   *   *   *   *   *   *   *   *   *   *




                Videotaped deposition of

HENRY "JUNIOR" RODRIGUEZ, taken at the law

offices of The Andry Law Firm, 610 Baronne

Street, New Orleans, Louisiana, on Wednesday,

April 30, 2008, at 9:10 a.m.

HENRY "JUNIOR" RODRIGUEZ                                    April 30, 2008

Page 3

1              Metairie, LA 70002

2          ATTORNEYS FOR EJLD/LBLD

3          (ALSO PRESENT)

4

5          BURGLASS & TANKERSLEY, LLC

6          BY:  KEA SHERMAN, ESQ.

7               5213 Airline Drive

8               Metairie, LA 70001

9          ATTORNEYS FOR JEFFERSON PARISH

10

11         McCRANIE SISTRUNK, ANZELMO, HARDY,

12         MAXWELL & McDANIEL

13         BY:  KASSIE HARGIS, ESQ.

14               Suite 800

15               3445 North Causeway Boulevard

16               Metairie, LA 70002

17         ATTORNEYS FOR ORLEANS LEVEE DISTRICT

18

19         SHER GARNER CAHILL RICHTER KLEIN &

20         HILBERT, LLC

21         BY:  MATTHEW C. CLARK, ESQ.

22               909 Poydras Street

23               28th Floor

24               New Orleans, LA 70112

25         ATTORNEYS FOR PLAINTIFFS

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION

NO. 06-2268

"K" (2)


PERTAINS TO:  ROBINSON          JUDGE DUVAL


MAG. WILKINSON


VIDEOTAPED DEPOSITION OF

CHARLES GEORGE "PETE" SAVOYE,

908 West 24th Avenue, Covington, Louisiana,

taken in the offices of Andry Law Firm, 610

Baronne Street, New Orleans, Louisiana 70113,

on Wednesday, March 5, 2008.

CHARLES "PETE" SAVOYE                                        3/5/2008

Page 3

1    APPEARANCES CONTINUED:

2

3        UNITED STATES DEPARTMENT OF JUSTICE

4        (BY: KEITH LITTLE ESQ.

5            JESSICA SULLIVAN, ESQ.)

6        Post Office Box 888

7        Benjamin Franklin Station

8        Washington, D.C. 20004

9            ATTORNEY FOR UNITED STATES OF

10           AMERICA

11

12

13       BURGLASS & TANKERSLEY

14       (BY: KEA SHERMAN, ESQ.)

15       5213 Airline Drive

16       Metairie, Louisiana 70001

17           ATTORNEYS FOR JEFFERSON PARISH

18

19

20

21       CHAFFE, MCCALL LLP

22       (BY: TOM FORBES, ESQ.)

23       2300 Energy Center

24       New Orleans, Louisiana 70163

25           ATTORNEYS FOR LAFARGE NORTH AMERICA

JOHNS, PENDLETON & ASSOCIATES                    800 562-1285

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION

                                  NO. 05-4182 "K"(2)

 PERTAINS TO:                     JUDGE DUVAL

 ROBINSON, Number 06-2268         MAG. WILKINSON



Videotaped deposition of GARY P. SHAFFER, Ph.D.,
Department of Biological Sciences, SLU 10736,
Southeastern Louisiana University, Hammond,
Louisiana  70402, taken in the offices of Bruno &
Bruno, 855 Baronne Street, New Orleans, Louisiana
70113, on Thursday, the 29th day of January,
2009, beginning at 9:20 a.m.


APPEARANCES:

        ANDRY LAW FIRM
        (BY:  JONATHAN ANDRY
              KEA SHERMAN
        610 Baronne Street
        New Orleans, Louisiana  70113

                AND

        GAINSBURGH, BENJAMIN, DAVID,
          MEUNIER & WARSHAUER
        (BY:  GERALD E. MEUNIER)
        Suite 2800
        1100 Poydras Street
        New Orleans, Louisiana  70163-2800

                AND

(504)525-1753              HUFFMAN & ROBINSON, INC.         (800)749-1753
ONE SHELL SQUARE,#250      CERTIFIED COURT REPORTERS      NEW ORLEANS, LA 70139

[70]

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES        CIVIL ACTION

CONSOLIDATED LITIGATION              NO. 05-4182 K2

                                     JUDGE DUVAL

PERTAINS TO                          MAG. WILKINSON

(Robinson, No. 06-2268)


        Deposition of CECIL WAYNE SOILEAU,

given at the U.S. Army Corps of Engineers New

Orleans District offices, 7400 Leake Avenue,

New Orleans, Louisiana 70118-3651, on April

11th, 2008.


REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

VIDEOGRAPHER:

        KEN HART (HART VIDEO)

CECIL SOILEAU                                                    4/11/2008

Page 3

1    REPRESENTING THE UNITED STATES OF AMERICA:

2              UNITED STATES DEPARTMENT OF JUSTICE,

3              TORTS BRANCH, CIVIL DIVISION

4              (BY:  KEITH LIDDLE, ESQUIRE)

5              (BY:  PAUL LEVINE, ESQUIRE)

6              P.O. Box 888

7              Benjamin Franklin Station

8              Washington, D.C. 20044

9              202-616-4289

10

11   REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.

12             CORPS OF ENGINEERS, OFFICE OF COUNSEL

13             (BY:  RITA TROTTER, ESQUIRE)

14             (BY:  DAVID DYER, ESQUIRE)

15             7400 Leake Avenue

16             New Orleans, Louisiana 70118-3651

17             504-862-2843

18   ALSO PRESENT:

19   CHARLES SUTTON, ESQ., ROBERT B. FISHER, JR.,

20   ESQ., JOHN ROBERT, ESQ., KEA SHERMAN, ESQ.,

21   JENNY MORRIS, ESQ., CHRISTOPHER THATCH, ESQ.

22   (VIA I-DEP), ERIC GOLDBERG, ESQ. (VIA I-DEP),

23   KIRK AURANDT, ESQ. (VIA I-DEP), CHARLES LANIER

24   (VIA I-DEP)

25

DAVID VANN STUTTS                                          4/15/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO                            MAG. WILKINSON

(Robinson, No. 06-2268)


          Deposition of DAVID VANN STUTTS, given

at the U.S. Army Corps of Engineers New Orleans

District offices, 7400 Leake Avenue, New

Orleans, Louisiana 70118-3651, on April 15th,

2008.


REPORTED BY:

          JOSEPH A. FAIRBANKS, JR., CCR, RPR

          CERTIFIED COURT REPORTER #75005

DAVID VANN STUTTS                                                        4/15/2008

Page 4

```
 1    REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.

 2              CORPS OF ENGINEERS, OFFICE OF COUNSEL

 3              (BY:  DAVID DYER, ESQUIRE)

 4              7400 Leake Avenue

 5              New Orleans, Louisiana 70118-3651

 6              504-862-2843

 7

 8    ALSO PRESENT:

 9              JOHN ROBERT, ESQ.

10              RYAN MALONE, ESQ.

11              THOMAS P. ANZELMO, ESQ.

12              KEA SHERMAN, ESQ.

13              CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

14              ERIC GOLDBERG, ESQ. (VIA I-DEP)

15              KIRK AURANDT, ESQ. (VIA I-DEP)

16              CHARLES M. LANIER, JR., ESQ. (I-DEP)

17              J. WARREN GARDNER, JR., ESQ. (I-DEP)

18

19    VIDEOGRAPHER:

20              GILLEY DELORIMIER (DEPO-VUE)

21

22

23

24

25
```

RICHARD JAMES VARUSO                                           April 1, 2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO                            MAG. WILKINSON

(Robinson, No. 06-2268)


            Deposition of RICHARD JAMES VARUSO,

given at the U.S. Army Corps of Engineers New

Orleans District offices, 7400 Leake Avenue,

New Orleans, Louisiana 70118-3651, on April

1st, 2008.


    REPORTED BY:

            JOSEPH A. FAIRBANKS, JR., CCR, RPR

            CERTIFIED COURT REPORTER #75005

RICHARD JAMES VARUSO                                        April 1, 2008

                                                                Page 4

 1    REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS:

 2            CORPS OF ENGINEERS, OFFICE OF COUNSEL

 3            (BY:  RITA TROTTER, ESQUIRE)

 4            7400 Leake Avenue

 5            New Orleans, Louisiana 70118-3651

 6            504-862-2843

 7

 8    ALSO PRESENT:

 9            JOSEPH E. BEARDEN, III, ESQ.

10            KEA SHERMAN, ESQ.

11            THOMAS D. FORBES, ESQ.

12            THOMAS P. ANZELMO, ESQ.

13            NICK DIETZEN, ESQ.

14            CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

15            ADAM CHUD, ESQ. (VIA I-DEP)

16

17

18

19

20

21

22

23

24    VIDEOGRAPHER:

25            GILLEY DELORIMIER (DEPO-VUE)

JOHNS PENDLETON COURT REPORTERS                         800  562-1285

[ 76 ]

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL          CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                        NO. 05-4182 "K" (2)

                                JUDGE DUVAL

PERTAINS TO:  LEVEE

                                MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289


VOLUME II
IN RE:  MRGO


        Deposition of PROFESSOR JOHANNES
VRIJLING, 2600 GA Delft, Stevinweg 1, 2628 CN
Delft, The Netherlands, taken in the offices
of Bruno & Bruno, 855 Baronne St., Sixth
Floor, New Orleans, Louisiana on Friday, the
17th day of August, 2007 at 9:14 a.m.

Page 4

1

2     APPEARANCES (continued):

3

4

          DUPLASS, ZWAIN, BOURGEOIS, MORTON,
5         PFISTER & WEINSTOCK
          (By: Gary M. Zwain, Esquire)
6         (By: Joseph E. Bearden, III, Esquire)
          3838 N. Causeway Blvd., Suite 2900
7         Metairie, Louisiana  70002
          (504) 832-3700
8             Attorneys for Defendant,
              Board of Commissioners for the
9             East Jefferson Levee District
              and Lake Borgne Levee District
10

11

12

13

          BURGLASS & TANKERSLEY, L.L.C.
14        (By: Kea Sherman, Esquire)
          5213 Airline Drive
15        Metairie, Louisiana 70001
          (504) 836-2220
16            Attorneys for Defendant,
              Parish of Jefferson
17

18

19

20        JONES DAY
          (By: Jerome R. Doak, Esquire)
21        (By: Amy Payne, Esquire)
          (By: Erin Farris, Esquire)
22        2727 North Harwood Street
          Dallas, Texas 75201-1515
23        (214) 220-3939
              Attorneys for Washington Group
24            International, Inc.

25

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL          CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                       NO. 05-4182 "K" (2)

                               JUDGE DUVAL

PERTAINS TO:  LEVEE
                               MAG. WILKINSON

FILED IN:

05-4181,  05-4182,  05-4191,
05-4568,  05-5237,  05-6073,
05-6314,  05-6324,  05-6327,
05-6359,  06-0020,  06-1885,
06-0225,  06-0886,  06-11208,
06-2278,  06-2287,  06-2346,
06-2545,  06-3529,  06-4065,
06-4389,  06-4634,  06-4931,
06-5032,  06-5042,  06-5159,
06-5163,  06-5367,  06-5471,
06-5771,  06-5786,  06-5937,
06-7682,  07-0206,  07-0647,
07-0993,  07-1284,  07-1286,
07-1288,  07-1289



VOLUME I



Deposition of PROFESSOR JOHANNES
VRIJLING, 2600 GA Delft, Stevinweg 1, 2628 CN
Delft, The Netherlands, taken in the offices
of Bruno & Bruno, 855 Baronne St., Sixth
Floor, New Orleans, Louisiana on Thursday,
the 16th day of August, 2007 at 9:14 a.m.

Page 4

```
 1
      APPEARANCES (continued):
 2

 3

 4

 5          CHRISTOVICH & KEARNEY
            (By: Charles M. Lanier, Jr., Esquire)
 6          (By: Adrejia L. Boutte, Esquire)
            Pan American Life Center
 7          601 Poydras St.
            New Orleans, Louisiana 70130-6078
 8          (504) 593-4272
                 Attorneys for Defendant,
 9               Sewerage and Water Board of New
                 Orleans
10

11

12

13
            BURGLASS & TANKERSLEY, L.L.C.
14          (By: Kea Sherman, Esquire)
            5213 Airline Drive
15          Metairie, Louisiana 70001
            (504) 836-2220
16               Attorneys for Defendant,
                 Parish of Jefferson
17

18

19

20          JONES DAY
            (By: Jerome R. Doak, Esquire)
21          (By: Amy Payne, Esquire)
            2727 North Harwood Street
22          Dallas, Texas 75201-1515
            (214) 220-3939
23               Attorneys for Washington Group
                 International, Inc.
24

25
```

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES        CIVIL ACTION

CONSOLIDATED LITIGATION              NO. 05-4182 K2

                                     JUDGE DUVAL

PERTAINS TO MRGO, Robinson           MAG. WILKINSON

(No. 06-2268)



        Deposition of HARLEY STANFORD WINER,

PH.D., given at the U.S. Army Corps of

Engineers New Orleans District offices, 7400

Leake Avenue, New Orleans, Louisiana

70118-3651, on April 18th, 2008.



REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

HARLEY WINER                                              April 18, 2008

Page 4

```
 1    ALSO PRESENT:

 2            RYAN MALONE, ESQ.

 3            KEA SHERMAN, ESQ.

 4            DARCY DECKER, ESQ.

 5            ROBERT FISHER, ESQ.

 6            JOHN ROBERT, ESQ.

 7            CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

 8            ERIC GOLDBERG, ESQ. (VIA I-DEP)

 9            KIRK AURANDT, ESQ. (VIA I-DEP)

10            J. WARREN GARDNER, JR., ESQ. (I-DEP)

11

12    VIDEOGRAPHER:

13            GILLEY DELORIMIER (DEPO-VUE)

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES        CIVIL ACTION

CONSOLIDATED LITIGATION               NO. 05-4182 K2

                                      JUDGE DUVAL

PERTAINS TO:  MRGO AND ROBINSON

                (No. 06-2268)


        Deposition of THOMAS F. WOLFF, PH.D.,

P.E., given at the offices of the United States

Department of Justice, 400 Poydras Street, 9th

Floor, New Orleans, Louisiana 70130, on

February 6th, 2009.








        REPORTED BY:

                JOSEPH A. FAIRBANKS, JR., CCR, RPR

                CERTIFIED COURT REPORTER #75005

THOMAS WOLFF, Ph. D.                                    February 6, 2009

                                                              Page 2

 1    REPRESENTING THE PLAINTIFFS:

 2              ELWOOD C. STEVENS, JR., APLC

 3              (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)

 4              1205 Victor II Boulevard

 5              Morgan City, Louisiana 70380

 6              985-384-8611

 7    - AND -

 8              ANDRY LAW FIRM

 9              (BY:  KEA SHERMAN, ESQUIRE)

10              610 Baronne Street

11              New Orleans, Louisiana 70113

12              504-586-8899

13    - AND -

14              DEGRAVELLES, PALMINTIER, HOLTHAUS &

15              FRUGE, L.L.P.

16              (BY:  MICHAEL C. PALMINTIER, ESQUIRE)

17              618 Main Street

18              Baton Rouge, Louisiana 70801-1910

19              225-344-3735

20

21

22

23

24

25

MILLER (VOL 1), GREGORY

10/2/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL

PERTAINS TO:  MRGO AND ROBINSON

                (No. 06-2268)


                (V O L U M E   I)

        Rule 30(b)(6) deposition of THE UNITED

STATES OF AMERICA, BY AND THROUGH THE UNITED

STATES ARMY CORPS OF ENGINEERS' DESIGNEE

GREGORY MILLER, given at the U.S. Army Corps of

Engineers New Orleans District offices, 7400

Leake Avenue, New Orleans, Louisiana

70118-3651, on October 2nd, 2008.


REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

MILLER (VOL 1), GREGORY

10/2/2008

Page 3

```
 1    - AND -

 2            ANDRY LAW FIRM

 3            (BY:  KEA SHERMAN, ESQUIRE)

 4            610 Baronne Street

 5            New Orleans, Louisiana 70113

 6            504-586-8899

 7

 8    REPRESENTING THE UNITED STATES OF AMERICA:

 9            UNITED STATES DEPARTMENT OF JUSTICE,

10            TORTS BRANCH, CIVIL DIVISION

11            (BY:  ROBIN SMITH, ESQUIRE)

12            (BY:  CONOR KELLS, ESQUIRE)

13            P.O. Box 888

14            Benjamin Franklin Station

15            Washington, D.C. 20044

16            202-616-4289

17

18    REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.

19            CORPS OF ENGINEERS, OFFICE OF COUNSEL

20            (BY:  JENNIFER LABOURDETTE, ESQUIRE)

21            7400 Leake Avenue

22            New Orleans, Louisiana 70118-3651

23            504-862-2843

24

25
```

[ 86 ]

PAGE INTENTIONALLY
LEFT BLANK

**Pirich, Andrew (CIV)**

| | |
|---|---|
| **From:** | Scott Joanen [scott@jbrunolaw.com] |
| **Sent:** | Friday, February 20, 2009 10:52 AM |
| **To:** | Smith, Robin (CIV); Ralph Hubbard; Seth Schmeeckle |
| **Cc:** | Joe Bruno; Pierce Odonnell; Andy Owen; egilbert@gilbert-firm.com; bobrien@gilbert-firm.com; jroy@wrightroy.com; John Andry; ksherman@andrylawfirm.com; Elwood Stevens; aphilen@nolacounsel.com; Rob Warren |
| **Subject:** | Reply re: Motion to Compel reliance Materials |
| **Attachments:** | Mx.Leave.Reply.pdf; Memo.Mx.Leave.Reply.pdf; Order.Mx.Leave.Reply.pdf; Reply.pdf; Ex.1.pdf; Ex.2.pdf; Ex.3.pdf; Ex.4.pdf |

Robin.

Attached please find the pleadings relative to the reply to your Opp. of our Mx. to Compel.

Scott Joanen
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA, 70113
Telephone: (504) 525-1335
Toll Free: 1-800-966-1335
Facsimile: (504) 561-6775
Email: scott@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.

[ 88 ]

**Pirich, Andrew (CIV)**

| | |
|---|---|
| **From:** | John Andry [johnandry@yahoo.com] |
| **Sent:** | Sunday, April 05, 2009 8:11 PM |
| **To:** | Ehrlich, Jeff (CIV) |
| **Cc:** | Kat Litigation Team; Kea Sherman |
| **Subject:** | Depositions of Riley and Diaz and new Corps witnesses |

Jeff,

Glen Diaz and David Riley will be available on Thursday, April 9, 2009 for their deposition. Please confirm so that I can make arrangements with the court reporter, etc.

Please provide the expected testimony of  your two new witnesses so that I can set up the depos with the proper member of our team.

Thanks and kindly acknowledge and advise.

---

**From:** "Ehrlich, Jeff (CIV)" <Jeff.Ehrlich@usdoj.gov>
**To:** John Andry <johnandry@yahoo.com>
**Cc:** "Kells, Conor (CIV)" <Conor.Kells@usdoj.gov>; "Carter, George (CIV)" <George.Carter@usdoj.gov>; "Johnson, Veronica (CIV)" <Veronica.Johnson2@usdoj.gov>
**Sent:** Monday, March 30, 2009 9:20:51 AM
**Subject:** Exhibit 14 to Junior Rodriguez's Deposition

John,

At Junior's deposition, you used an exhibit that was, you said, the only copy in existence.  We had the court reporter make a copy to attach to the deposition, but the copy is not too good.  Would it be possible for your office to make a color copy of the document and provide it to me?

Also, I'd like to talk to you later today about scheduling depositions for your two new witnesses.  When would be a good time to talk?

Thanks.

Jeff Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
202-353-2574

**Pirich, Andrew (CIV)**

| | |
|---|---|
| **From:** | Joe Bruno [jbruno@jbrunolaw.com] |
| **Sent:** | Monday, April 06, 2009 10:59 AM |
| **To:** | Ehrlich, Jeff (CIV); John Andry |
| **Cc:** | Kat Litigation Team; Kea Sherman; Kells, Conor (CIV); Smith, Robin (CIV); Kirsten R. Tillman |
| **Subject:** | RE: Depositions of Riley and Diaz and new Corps witnesses |

We will not be going forward with these depositions at this time. Robin and I are still discussing this issue.


Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message.  If you are not the intended recipient, the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Ehrlich, Jeff (CIV) [mailto:Jeff.Ehrlich@usdoj.gov]
**Sent:** Monday, April 06, 2009 9:59 AM
**To:** John Andry
**Cc:** Kat Litigation Team; Kea Sherman; Kells, Conor (CIV); Smith, Robin (CIV)
**Subject:** RE: Depositions of Riley and Diaz and new Corps witnesses

John,

I'll get back to you with regard to the timing of Diaz's and Riley's depositions.

We do not have two new witnesses, but only one.  His name is Pete Luisa.  He works at the Corps's HQ here in Washington.  We expect him to testify concerning the budgeting process for specific projects such as the LPVHPP and the MRGO.  Mr. Luisa is away on vacation this week, but would be available for deposition next week in Washington, or just prior to his testimony in New Orleans.

Jeff Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
202-353-2574

**From:** John Andry [mailto:johnandry@yahoo.com]
**Sent:** Sunday, April 05, 2009 8:11 PM
**To:** Ehrlich, Jeff (CIV)
**Cc:** Kat Litigation Team; Kea Sherman
**Subject:** Depositions of Riley and Diaz and new Corps witnesses

Jeff,

[ 90 ]

Glen Diaz and David Riley will be available on Thursday, April 9, 2009 for their deposition. Please confirm so that I can make arrangements with the court reporter, etc.

Please provide the expected testimony of  your two new witnesses so that I can set up the depos with the proper member of our team.

Thanks and kindly acknowledge and advise.

---

**From:** "Ehrlich, Jeff (CIV)" <Jeff.Ehrlich@usdoj.gov>
**To:** John Andry <johnandry@yahoo.com>
**Cc:** "Kells, Conor (CIV)" <Conor.Kells@usdoj.gov>; "Carter, George (CIV)" <George.Carter@usdoj.gov>; "Johnson, Veronica (CIV)" <Veronica.Johnson2@usdoj.gov>
**Sent:** Monday, March 30, 2009 9:20:51 AM
**Subject:** Exhibit 14 to Junior Rodriguez's Deposition

John,

At Junior's deposition, you used an exhibit that was, you said, the only copy in existence.  We had the court reporter make a copy to attach to the deposition, but the copy is not too good.  Would it be possible for your office to make a color copy of the document and provide it to me?

Also, I'd like to talk to you later today about scheduling depositions for your two new witnesses.  When would be a good time to talk?

Thanks.

Jeff Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
202-353-2574

GLEN J. LERNER, ESQ.
Nevada Bar No.: 4314
**GLEN J. LERNER & ASSOCIATES**
4795 S Durango Drive
Las Vegas, NV 89147
Telephone: (702) 877-1500
Facsimile: (702) 877-0110
E-Mail: glerner@glenlerner.com

JONATHAN B. ANDRY (LSBA NO.20081)
KEA SHERMAN (LSBA NO. 30299)
**THE ANDRY LAW FIRM**
610 Baronne Street
New Orleans, LA  70113
Telephone:  (504) 586-8899
Facsimile:  (504) 586-8911
E-mail:  johnandry@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SANDRA PREZGAY, Individually and On Behalf of All Similarly Situated Individuals | ) ) ) | |
| | ) | CASE NO. |
| Plaintiffs, | ) ) | CLASS ACTION COMPLAINT |
| vs. | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| COX COMMUNICATIONS, COX COMMUNICATIONS LAS VEGAS, INC., d/b/a COX COMMUNICATIONS, COX NEVADA TELECOM, LLC, COX COMMUNICATIONS, INC., COX ENTERPRISES, INC., COXCOM, INC., d/b/a COX COMMUNICATIONS ARIZONA, COX COMMUNICATIONS HOLDINGS, INC., and COX COMMUNICATIONS EBD HOLDINGS INC. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

[ 92 ]