UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*         08-4459 | * | |

## UNOPPOSED EX PARTE MOTION TO EXTEND FINAL EXHIBIT LIST DEADLINE

**NOW COME** Barge Plaintiffs, through undersigned counsel, upon suggesting that Barge Plaintiffs seek an additional three business days for Final Exhibit List preparation, and respectfully move for an Order granting until the close of **Monday, May 4, 2009** for filing of the Barge Plaitniffs' Final Exhibit List.  Lafarge North America, Inc. and the United States of America state that they have no opposition to the granting of this Motion.

So moved, April 28, 2009.

Respectfully submitted,

**LAW OFFICE OF BRIAN A. GILBERT**

\s\Brian A. Gilbert

**BRIAN A. GILBERT (L.S.B.A. # 21297)**

821 Baronne Street  
New Orleans, Louisiana 70113  
Telephone: (504) 885-7700  
Telephone: (504) 581-6180  
Facsimile:  (504) 581-4336  
Barge Plaintiffs' Co-Liaison  

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of April 2009.

\s\Brian A. Gilbert