# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* | 08-4459 | * | |

## ORDER GRANTING UNOPPOSED EX PARTE
## MOTION TO EXTEND FINAL EXHIBIT LIST DEADLINE

Considering the above and foregoing, it is hereby **ORDERED** that Barge Plaintiffs'

motion be and is hereby **GRANTED**, extending the Barge Plaintiffs' Final Exhibit List deadline

to Monday, **May 4, 2009.**

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
**HON. STANWOOD R. DUVAL, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of April 2009.

\s\Brian A. Gilbert