```
1:1  THIS IS TUESDAY, APRIL 28TH, 2009.  THIS IS TUESDAY APRIL 28TH.     00:00:00
1:2  THIS IS TUESDAY, APRIL 28TH.  THIS IS TUESDAY APRIL 28TH.           00:03:42
1:3           THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.   00:31:08
1:4           MR. STONE:  YOUR HONOR, BEFORE WE START THIS MORNING.      00:31:14
1:5  APPARENTLY I HAD A /HEUBG UP IN MY EXHIBIT LIST YESTERDAY.          00:31:16
1:6           THE COURT:  QUITE UNDERSTANDABLE.                          00:31:20
1:7           MR. STONE:  AND I WOULD LIKE TO MAKE SURE THAT I'VE GOT    00:31:22
1:8  THE RIGHT, I BELIEVE THE COURT HAS THE RIGHT REFERENCE NUMBERS FOR  00:31:24
1:9  THE EXHIBITS BUT I DON'T THINK I HAD THEM YESTERDAY.  I WAS         00:31:28
1:10 REFERRING TO JOINT EXHIBIT 0117, WHICH IS THE CHALMETTE GEOTECH AREA 00:31:32
1:11 PLAN BY THAT NUMBER, BUT THAT NUMBER SHOULD BE DX 1715 RATHER THAN  00:31:40
1:12 JX 0117.                                                            00:31:46
1:13          THE COURT:  YES, SIR.  /STO*EP AND THE CHALMETTE DM 3166,  00:31:54
1:14 THE EXHIBIT NUMBER SHOULD BE DX 1719.  I WAS ALSO REFERRING TO THAT 00:32:00
1:15 ONE YESTERDAY AS JX 0117.  (THIS IS.                                00:32:06
1:16          MR. STONE: ) AND I DON'T BELIEVE WE REFERRED TO THE 168    00:32:16
1:17 PLAN, CHALMETTE DM THREE, BUT THAT EXHIBIT NUMBER IS 1729.  I       00:32:20
1:18 BELIEVE THOSE WERE ALL OF THE CHANGES I HAD TO MAKE.                00:32:30
1:19          THE COURT:  THANK YOU.  I'M SORRY.  THERE'S ONE MORE.  THE 00:32:32
1:20 COASTAL ENGINEERING MANUAL, AND I REFERRED TO THAT AS JX 0030 AND   00:32:40
1:21 THE EXHIBIT NUMBER IS DX 0412C AS IN CHARLIE.  /STO*EP.             00:32:50
1:22 THE ATTORNEY:                                                       00:33:12
1:23 Q.  DR. BEA THIS MORNING I WOULD LIKE TO TALK TO YOU ABOUT THE      00:33:12
1:24 RESULTS OF YOUR EROSION TESTING AND GRASS LIFT OFF MODELS, AND THEIR 00:33:14
1:25 IMPACT AT YOUR STUDY SITE STATION 497 IN THE CONTEXT OF YOUR        00:33:20
2:1  SCENARIO ONE ANALYSIS.                                              00:33:26
2:2  A.  YES, SIR.                                                       00:33:28
2:3  Q.  CAN WE BRING A SLIDE FROM LAST FRIDAY, SLIDE NUMBER 12 BACK UP, 00:33:28
2:4  PLEASE.  THIS IS FROM PX 72 PAGE 35.  DO YOU REMEMBER YESTERDAY WE  00:33:48
2:5  DISCUSSED THERE BEING, IT TAKES ONE HOUR FOR GRASS LIFT OFF FOR POOR 00:34:34
2:6  GRASS SANDY SUBSTRATE?                                              00:34:52
2:7  A.  I REMEMBER THE DISCUSSION.                                      00:34:54
2:8  Q.  AND YOU ARRIVE ADD AT THAT CONCLUSION /SKRUPLT OF APPLYING YOUR 00:34:56
2:9  EROSION TESTING MODEL, CORRECT?                                     00:35:02
2:10 A.  YOU CAN'T GET GRASS LIFT OFF FROM THE EROSION TESTING           00:35:04
2:11 /TPHRAOUPBT RESULTS AS PART OF THE EROSION ANALYSIS MODEL.          00:35:12
2:12 Q.  BUT IT IS A RESULT OF YOUR MODELS?                              00:35:16
2:13 A.  THAT'S CORRECT.                                                 00:35:20
2:14 Q.  YOU WERE ALSO ASKED QUESTIONS ABOUT YOUR FIGURE IN YOUR REPORT  00:35:20
2:15 THAT SHOWED THAT THERE WAS NO EROSION BENEATH 13 FEET OF SURGE,     00:35:30
2:16 CORREC YESTERDAY?                                                   00:35:38
2:17 A.  THAT WAS THE GENERAL FIGURE DRAWN FOR PERFORMANCE OF TH LEVEES  00:35:40
2:18 ALONG REACH TWO.                                                    00:35:46
2:19 Q.  NOW, THIS 13-FOOT SURGE LEVEL ALSO APPLIES TO YOUR STATION 497, 00:35:48
2:20 DOESN'T IT?                                                         00:36:00
2:21 A.  THE WATER DOES COME TO THAT ELEVATION, YES.                     00:36:00
2:22 Q.  I AM ASKING IF YOUR /TKERPLGSZ THAT THERE IS NO EROSION BELOW   00:36:00
2:23 13 FEET APPLIES TO STATION 497?                                     00:36:06
2:24 A.  GIVE ME A FEW MINS TO CONSULT MY NOTES, PLEASE.             00:36:08
3:1           MR. STONE:  I HAVE NO PROBLEM, YOUR HONOR.                 00:36:16
3:2           THE COURT:  THANK YOU.  GO AHEAD, SIR.                     00:36:18
3:3           THE WITNESS:  I HAVE MY NOTES.  WOULD YOU REPEAT YOUR      00:37:18
3:4  QUESTION.                                                           00:37:20
3:5  THE ATTORNEY:                                                       00:37:22
3:6  Q.  THAT 13-FOOT LEVEL WITH NO EROSION BELOW 13 FEET APPLIES AT YOUR 00:37:22
3:7  STATION 497 TEST SITE, SIR, CORRECT?                                00:37:28
3:8  A.                                                                  00:37:32
3:9  Q.  CAN I SHOW YOU THAT IN YOUR DEPOSITION, WOULD THAT HELP?        00:37:58
3:10 A.  I AM REVIEWING DETAILS AT THIS MINUTE.  THAT WATER /HR*FSZ AT   00:38:02
3:11 THE TIME OF LIFT OFF IS PLUS 12 (/HR*FSZ.                           00:38:16
3:12 Q.  THAT WAS NOT MY QUESTION.                                       00:38:22
3:13 A.  I'M SORRY.                                                      00:38:22
3:14 Q.  MY QUESTION WAS, DOES THE 13-FOOT SURGE LEVEL AND NO EROSION    00:38:24
3:15 UNDERNEATH THAT, DOES THAT ANALYSIS APPLY TO SITE 497?              00:38:32
3:16 A.  I AM FINDING YOUR QUESTION CONFUSING AND ASK YOU IF YOU WOULD TO 00:38:36
3:17 REFORM IT.  I AM NOT BEING EVASIVE, ATTEMPTING TO UNDERSTAND CLEARLY 00:38:46
3:18 YOUR QUESTION.                                                      00:38:54
3:19 Q.  WE HAVE PAGE 610 OF THE JANUARY 31ST DEPOSITION, PLEASE.  LINES 00:38:54
3:20 1 THROUGH 15 -- I'M SORRY FEBRUARY 27TH DEPOSITION LINES 1 THROUGH  00:39:04
3:21 13.  DO YOU REMEMBER GIVING YOUR DEPOSITION ON FEBRUARY 27TH, SIR?  00:39:10
3:22 A.  YES, SIR.                                                       00:39:40
3:23 Q.  AND AT THAT DEPOSITION THESE QUESTIONS AND ANSWERS WERE GIVEN,  00:39:40
3:24 IN PHASE ONE YOU DETERMINED THAT THE STORM SURGE BELOW ELEVATIONONE 00:39:48
3:25 FEET, THERE WAS NO EROSION AT STATION 497, CORRECT?  AND YOUR ANSWER 00:39:50
4:1  WAS, FOR THE BASELINE CONDITIONS, CORRECT.                          00:39:56
4:2  A.  CORRECT.                                                        00:40:00
4:3  Q.  AND BASELINE CONDITIONS, THAT MEANS SCENARIO /#1-RBGS CORRECT,  00:40:00
4:4  SIR?                                                                00:40:04
4:5  A.  THAT'S CORRECT.                                                 00:40:04
4:6  Q.  SO THERE'S ALSO NO GRASS LIFT OFF AT THAT POINT, CORRECT?       00:40:06
4:7  A.  IT SAYS IT DEPENDS ON WHETHER OR NOT THERE'S GRASS.             00:40:14
4:8  Q.  AND YOU WERE ASKS.  OKAY BUT THAT'S ALL IT WOULD DEPEND ON, AND 00:40:16
4:9  YOU ANSWERED CORRECT?                                               00:40:18
```



EXHIBIT 1

```
51:12            THE COURT:  I'M NOT SURE WHAT THE REAL POINT OF ALL       17:10:22
51:13  THIS IS, FRANKLY.  I HOPE IT'S NOT SOUND AND FEWERY SIGNIFYING       17:10:30
51:14  NOTHING.  THIS COURT WILL NOT BE HAPPY.  THIS SEEMS LIKE A           17:10:34
51:15  PIMPLE ON AN ELEPHANT TO ME SPECIAL E. SUPERFICIALLY, BUT IT         17:10:38
51:16  REALLY DOES IN THIS CASE.  I DON'T KNOW IF IT'S TRYING TO            17:10:40
51:17  TAINT -- YOU'LL HAVE TO EVENTUALLY TELL ME IF MR. ANDRY IS           17:10:44
51:18  DISQUALIFIED LET'S SAY I GRANT YOUR MOTION SMITH SMITH,              17:10:50
51:19  YOUR HONOR, WE HAVEN'T ASKED FOR HIM TO BE DISQUALIFIED WE HAVE      17:10:54
51:20  ASKED FOR AN ORDER DIRECTING HIM TO SHOW CAUSE WHY HE SHOULDN'T      17:10:56
51:21  BE.                                                                  17:10:58
51:22            THE COURT:  I'M TRYING TO FIGURE OUT THE EFFECT ON         17:11:00
51:23  THE TRIAL AND HOW MUCH TIME I HAVE TO DEVOTE TO IT AND               17:11:02
51:24  EVERYBODY ELSE DOES AND I'M TRYING TO DO A LOT OF THINGS THIS        17:11:10
51:25  ISN'T THE ONLY THING I HAVE TO DO.  WHAT EFFECT, DOES IT HAVE        17:11:12
52:1   ON THE TRIAL?  LET'S SAY I DISQUALIFY HIM I GRANT IT.  WHAT          17:11:18
52:2   HAPPENS TO THE TRIAL SMITH SMITH, YOUR HONOR, I DON'T KNOW ALL       17:11:20
52:3   THE CANAL INDICATIONS FOR THIS.  WE DON'T HAVE ALL THE FACTS         17:11:24
52:4   YET.  WE BECAME AWARE OF THIS CONFLICT OR POTENTIAL CONFLICT         17:11:28
52:5   LATE LAST WEEK AND WE SOUGHT GUIDANCE FROM OUR PROFESSIONAL          17:11:32
52:6   RESPONSIBILITY ADVISORY OFFICE.  WE JUST RECEIVED THEIR REPORT       17:11:38
52:7   TODAY ADVISING US TO GO AHEAD AND FILE THIS.  IT'S AN ISSUE FOR      17:11:42
52:8   THE COURT TO LOOK INTO.  IT'S NOT SOMETHING FOR US TO                17:11:46
52:9   DETERMINE.  WE CAN'T DO IT.  WE DON'T KNOW THE FACTS.                17:11:52
52:10            MR. PALMINTIER:  IS THE ATTORNEY GENERAL AWARE OF          17:11:54
52:11  THIS?                                                                17:11:56
52:12            MR. ANDRY:  MRS. SHERMAN HAS BEEN EMPLOYED BY MY           17:11:58
52:13  OFFICE IN THIS LITIGATION FOR A YEAR AND A HALF ALL OF THESE         17:12:00
52:14  LAWYERS HAVE BEEN IN DEPOSITIONS INCLUDING MR. EHRLICH WHO NOW       17:12:04
52:15  HANDS ME IN LITTLE LETTER SAYING HE INTENDS TO RAISE THE             17:12:08
52:16  CONFLICT THIS IS NOTHING MORE THAN A TRIAL PLOY THEY HAVE KNOWN      17:12:12
52:17  OF HER EXISTENCE THEY HAVE KNOWN ALL OF THE FACTS, YOUR HONOR,       17:12:16
52:18  WAY BEFORE.                                                          17:12:16
52:19            THE COURT:  I'M GOING TO MOVE ON I'M AWARE OF IT NOW       17:12:20
52:20  SMITH SMITH YOUR HONOR CAN WE FILE THIS IN COURT.                    17:12:24
52:21            THE COURT:  YOU CAN FILE IT WHEREVER YOU WANT, BUT         17:12:28
52:22  I'M NOT OFFICER RIG IT DOWN TO ANYWHERE AND I'M NOT                  17:12:30
52:23  GUARANTEEING IT'S GOING TO BE PROPERLY FILED.  I HAVE PLENTY TO      17:12:34
52:24  DO.                                                                  17:12:34
52:25       (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN               17:12:34
52:26  OPEN COURT.)                                                         17:12:50
53:1             THE COURT:  THE COURT IS NOT IN AN ACCOMMODATING           17:12:52
53:2   FRAME OF MIND.  I'M NOT SURE IF MS. DEMASS IS GOING TO CARRY IT      17:12:56
53:3   DOWN.  SHE CAN SYMPATHY AND WE WILL TALK ABOUT IT.  SMITH SMITH      17:13:02
53:4   THANK YOU, YOUR HONOR.                                               17:13:04
53:5             THE COURT:  IF WE DON'T HAVE ENOUGH TO DO IN THIS          17:13:06
53:6   GIGANTIC LITIGATION MY GOODNESS GRACIOUS.                            17:13:10
53:7             MR. ANDRY:  AGAIN TO DO THIS AT 5:15 AFTER A WEEK AND      17:13:14
53:8   A HALF OF TRIAL.                                                     17:13:16
53:9             THE COURT:  YOU CAN PUT THAT IN YOUR RESPONSE I'M NOT      17:13:20
53:10  SURE WHEN I'M GOING TO BE ABLE TO TAKE IT UP I'M NOT SURE WHAT       17:13:24
53:11  EFFECT IF ANY IT HAS ON WHAT THIS COURT IS GOING TO DO IN THIS       17:13:28
53:12  TRIAL I'M NOT SURE WHAT IT ALL MEANS.  IF THE GOVERNMENT FILES       17:13:32
53:13  WAS ETHICALLY BOUND TO DO IT UPON KNOWLEDGE IT RECEIVED TODAY        17:13:38
53:14  AND DID NOT HAVE THIS KNOWLEDGE BEFORE TRIAL IF IT'S A DELAYED       17:13:42
53:15  ETHICAL REACTION I DON'T KNOW.  I'LL HAVE TO FIND ALL OF THAT        17:13:44
53:16  OUT WHY NOW WHY NOT BEFORE DID THE KNOWLEDGE JUST COME I DON'T       17:13:48
53:17  KNOW.  WHAT EFFECT IT HAS IF MR. AN DESCRY DISQUALIFIED FROM         17:13:54
53:18  THIS TRIAL AT THIS POINT \MA'AM\{,?}MA'AM{,?} PALM U.                17:13:58
53:19            MR. PALMINTIER:  THERE ALSO IS AN ISSUE WHETHER THAT       17:14:00
53:20  ACTION AT THIS POINT IN THE TRIAL ISN'T A CONCOMITANT VIOLATION      17:14:06
53:21  OF PROFESSIONAL ETHICS IT MAYBE INCUMBENT ON TO US DIRECT THAT       17:14:10
53:22  KIND OF A QUESTION TOWARD THEM?                                      17:14:12
53:23            THE COURT:  YOU WILL HAVE TO DO IT AFTER THIS TRIAL        17:14:14
53:24  IS OVER WITH BECAUSE I'M GOING TO GET OVER WITH THE BUSINESS OF      17:14:16
53:25  THE UNITED STATES GOVERNMENT AS I SIGHT AND THE UNITED STATES        17:14:18
54:1   COURT AND GET THIS TRIAL DONE AND YOU CAN HAVE YOUR LITTLE WHAT      17:14:22
54:2   I CALL RIGHT NOW GIGANTICALLY OBSCURE SKIRMISHES SOME OTHER          17:14:28
54:3   TIME THE COURT HAS A LOT OF OTHER THINGS TO DO I'M GOING TO GET      17:14:32
54:4   THIS TRIAL DONE I FIND THIS AT THE PRESENT TIME MONUMENTALLY         17:14:36
54:5   INSIGNIFICANT, HOWEVER, IF IT'S MERITORIOUS MOTION I WILL LOOK       17:14:40
54:6   AT IT IF YOU HAVE A DEFENSE I WILL LOOK AT IT, BUT IN THE GRAND      17:14:44
54:7   SCHEME OF THINGS IN THIS TRIAL I DON'T SIGHT AFFECTING WHETHER       17:14:48
54:8   THE GOVERNMENT IS LIABLE OR IT ISN'T WHETHER THE DISCRETIONARY       17:14:52
54:9   FUNCTION APPLIES OR NOT ANY OF THE DEFENSE ANY OF THE TESTIMONY      17:14:54
54:10  ITSELF.  IF IT'S AN OBSTRUCTIONIST TACTIC WE WILL HAVE TO FIND       17:15:02
54:11  THAT OUT.  IF IT'S SOMETHING THEY FELT ETHICALLY OBLIGATED TO        17:15:06
54:12  DO THAT'S SOMETHING ELSE ONE MUST DO THAT AND WE WOULD HAVE TO       17:15:10
54:13  FIND OUT WHY NOW, BUT AGAIN COURT IS GOING TO GET ON WITH THE        17:15:16
54:14  BUSINESS OF THIS TRIAL WHETHER MR. ANDRY'S ASSOCIATE WAS             17:15:20
54:15  INVOLVED WITH JEFFERSON PARISH IN A CONSOLIDATED LITIGATION,         17:15:24
54:16  CONSOLIDATED FOR TRIAL PURPOSES ONLY YOU BETTER UNDERSTAND WHAT      17:15:28
54:17  WIND OF UMBRELLA WE ARE UNDER THIS IS THE ROBINSON CASE              17:15:30
54:18  SEPARATE AND DISTINCT SO, YOU KNOW, IT WAS CONSOLIDATED FOR THE      17:15:36
```