Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    NORMAN ROBINSON, ET AL          *
                                      *   DOCKET 06-CV-2268-K
 6    VERSUS                          *   NEW ORLEANS, LOUISIANA
                                      *   APRIL 21, 2009
 7    UNITED STATES OF AMERICA, ET AL *
      * * * * * * * * * * * * * * * *
 8
 9
                      VOLUME 2 - AFTERNOON SESSION
10                    TRIAL PROCEEDINGS BEFORE THE
                    HONORABLE STANWOOD R. DUVAL JR.
11                    UNITED STATES DISTRICT JUDGE
12
      APPEARANCES:
13
14    FOR THE PLAINTIFFS:           THE ANDRY LAW FIRM
                                    BY:  JONATHAN B. ANDRY, ESQ.
15                                  610 BARONNE STREET
                                    NEW ORLEANS, LOUISIANA 70113
16
17    FOR THE PLAINTIFFS:           THE LAW OFFICE OF JOSEPH M. BRUNO
                                    BY:  JOSEPH M. BRUNO, ESQ.
18                                  855 BARONNE STREET
                                    NEW ORLEANS, LOUISIANA 70113
19
20    FOR THE PLAINTIFFS:           O'DONNELL & MORTIMER, LLP
                                    BY:  PIERCE O'DONNELL, ESQ.
21                                  550 SOUTH HOPE STREET, SUITE 2000
                                    LOS ANGELES, CALIFORNIA 90071
22
23    FOR THE PLAINTIFFS:           DOMENGEAUX WRIGHT ROY & EDWARDS
                                    BY:  JAMES P. ROY, ESQ.
24                                  556 JEFFERSON STREET, SUITE 500
                                    POST OFFICE BOX 3668
25                                  LAFAYETTE, LOUISIANA 70502
```

EXHIBIT 2

1   WILL BE AN INTERESTING BRIEFING AS TO THE MEANING EACH OF YOU
2   HAD TO THAT.
3              OKAY. THANK YOU, SIR. I APPRECIATE IT.
4        MR. ANDRY: YOUR HONOR, AT THIS POINT WE ARE GOING TO
5   CHANGE SUBJECTS.
6        THE COURT: I'M GOING TO MAKE ANOTHER LITTLE NOTE
7   AGAIN JUST TO HIGHLIGHT THE WAY THE COURT UNDERSTANDS THE
8   TRIAL.
9              ONE, IF THE LEVEE IS POORLY CONSTRUCTED OR
10  PERFECTLY CONSTRUCTED, IF FLOODING OCCURS OR DAMAGE OCCURS AS A
11  RESULT OF THE POOR CONSTRUCTION OF THAT LEVEE, UNDER THE 1928
12  FLOOD CONTROL ACT, THE GENERAL PROPOSITION, THE GOVERNMENT IS
13  IMMUNE. THEREFORE, THE REASON THIS CASE HAS GONE ON IS BECAUSE
14  I FOUND THAT THERE WAS NEGLIGENCE EXTRINSIC TO THE LEVEES, THE
15  DESIGN OF THE LEVEES.
16             THE OLD METAPHOR FOR ALL OF YOU TO KEEP IN MIND
17  IS A GOVERNMENT SHIP HITTING A GOVERNMENT LEVEE; THE GOVERNMENT
18  BLOWING UP A BOMB ACCIDENTALLY THAT BLEW UP A LEVEE. THE
19  FEDERAL TORT CLAIMS ACT WOULD THEN BE IMPLICATED, ACCORDING TO
20  THIS COURT, SUBJECT TO FURTHER REVIEW BY HIGHER COURTS.
21             THAT'S THE BASIC MECHANISM WE ARE TALKING ABOUT.
22  SO WE NEED TO SHOW WHY THE MRGO AND GENERALLY -- I KNOW THE
23  GOVERNMENT'S ARGUMENT, BUT GENERALLY FOR EVENTS THAT OCCURRED
24  AFTER DESIGN AND CONSTRUCTION, WHAT WAS THE NEGLIGENCE OF THE
25  CORPS THAT, IN ESSENCE, CAUSED THE SHIP TO HIT THE LEVEE.

```
 1   THAT'S WHAT THIS CASE IS ABOUT IN A NUTSHELL, IN A METAPHORICAL
 2   NUTSHELL.  OKAY.  LET'S MOVE ON.
 3              MR. ANDRY:  THANK YOU, YOUR HONOR.  AT THIS TIME THE
 4   PLAINTIFFS WOULD LIKE TO CALL PLAINTIFF TANYA SMITH.
 5              THE COURT:  THERE'S ALSO AN ELEMENT OF WHETHER THE
 6   GOVERNMENT SHOULD HAVE DONE SOMETHING TO KEEP THE SHIP FROM
 7   HITTING.  LET ME MAKE THAT POINT.
 8              MR. ANDRY:  THANK YOU.
 9              THE COURT:  AND I MIGHT SAY ANOTHER POINT, WHILE WE
10   ARE TALKING, IS THAT THE GOVERNMENT IS GOING TO SAY, "SO WHAT
11   IF THE SHIP HIT.  IT WOULD HAVE HAPPENED ANYHOW."  THAT'S WHAT
12   WE HAVE GOT.  THAT'S THE CASE, PRETTY MUCH.
13              MR. ANDRY:  I AGREE, YOUR HONOR.
14              THE COURT:  ON AN EXTRAORDINARILY SIMPLISTIC
15   EXPLANATION.
16              MR. ANDRY:  WELL, I THOUGHT THAT WAS A VERY ASTUTE
17   OBSERVATION, YOUR HONOR.
18              (WHEREUPON TANYA SMITH, HAVING BEEN DULY SWORN,
19   TESTIFIED AS FOLLOWS.)
20              THE DEPUTY CLERK:  PLEASE STATE YOUR FULL NAME AND
21   CORRECT SPELLING FOR THE RECORD.
22              THE WITNESS:  IT'S TANYA SMITH:  T-A-N-Y-A,
23   S-M-I-T-H.
24              MR. ANDRY:  IN CONJUNCTION WITH MS. SMITH'S
25   TESTIMONY, THE PLAINTIFFS WOULD LIKE TO OFFER OR TALK ABOUT
```