WALTER, O. BAUMY, JR.                                   April 9, 2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | CIVIL ACTION |
| CONSOLIDATED LITIGATION | NO. 05-4182 K2 |
| | JUDGE DUVAL |
| PERTAINS TO | MAG. WILKINSON |
| (Robinson, No. 06-2268) | |

Deposition of WALTER O. BAUMY, JR., given at the U.S. Army Corps of Engineers New Orleans District offices, 7400 Leake Avenue, New Orleans, Louisiana 70118-3651, on April 9th, 2008.

REPORTED BY:

JOSEPH A. FAIRBANKS, JR., CCR, RPR

CERTIFIED COURT REPORTER #75005



EXHIBIT 3

Page 2

1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
3
4      LAMBERT AND NELSON
5      (BY: HUGH P. LAMBERT, ESQUIRE)
6      701 Magazine Street
7      New Orleans, Louisiana 70130
8      504-581-1750
9  - and -
10     BRUNO & BRUNO
11     (BY: JOSEPH M. BRUNO, ESQUIRE)
12     (BY: FLORIAN BUCHLER, ESQUIRE)
13     (BY: SCOTT JOANEN, ESQUIRE)
14     855 Baronne Street
15     New Orleans, Louisiana 70113
16     504-525-1335
17  - and -
18     SHER, GARNER, CAHILL, RICHTER, KLEIN &
19     HILBERT, L.L.C.
20     (BY: MATTHEW CLARK, ESQUIRE)
21     909 Poydras Street, 28th Floor
22     New Orleans, Louisiana 70112-1033
23     504-299-2100
24
25

Page 3

1  REPRESENTING THE UNITED STATES OF AMERICA:
2      UNITED STATES DEPARTMENT OF JUSTICE,
3      TORTS BRANCH, CIVIL DIVISION
4      (BY: ROBIN SMITH, ESQUIRE)
5      P.O. Box 888
6      Benjamin Franklin Station
7      Washington, D.C. 20044
8      202-616-4289
9
10 REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS:
11     CORPS OF ENGINEERS, OFFICE OF COUNSEL
12     (BY: NICK MARZONI, ESQUIRE)
13     7400 Leake Avenue
14     New Orleans, Louisiana 70118-3651
15     504-862-2843
16
17 ALSO PRESENT:
18     JOSEPH E. BEARDEN, III, ESQ.
19     KEA SHERMAN, ESQ.
20     CHARLES SUTTON, ESQ.
21     ROBERT B. FISHER, JR., ESQ.
22     JOHN L. ROBERT, III, ESQ.
23     CHRISTOPHER THATCH, ESQ. (VIA I-DEP)
24     ADAM CHUD, ESQ. (VIA I-DEP)
25 VIDEOGRAPHER: KEN HART (HART VIDEO)

Page 4

1           STIPULATION
2       IT IS STIPULATED AND AGREED by and
3  among counsel for the parties hereto that the
4  deposition of the aforementioned witness may be
5  taken for all purposes permitted within the
6  Federal Rules of Civil Procedure, in accordance
7  with law, pursuant to notice;
8       That all formalities, save reading
9  and signing of the original transcript by the
10 deponent, are hereby specifically waived;
11      That all objections, save those as to
12 the form of the question and the responsiveness
13 of the answer, are reserved until such time as
14 this deposition, or any part thereof, is used
15 or sought to be used in evidence.
16
17
18              * * *
19
20
21
22      JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23 Certified Court Reporter in and for the State
24 of Louisiana, officiated in administering the
25 oath to the witness.

Page 5

1       WALTER O. BAUMY, JR.
2  203 Reiher Road, Mandeville, Louisiana 70471, a
3  witness named in the above stipulation, having
4  been first duly sworn, was examined and
5  testified on his oath as follows:
6       MR. SMITH:
7           No stipulations. It'll be
8       pursuant to the Federal Rules of Civil
9       Procedure.
10      MR. BRUNO:
11          Which I believe are the usual
12      stipulations, but anyway --
13      MR. SMITH:
14          Just for the record.
15      MR. BRUNO:
16          Just for the record, you know.
17      I'm happy to work with these people.
18 EXAMINATION BY MR. BRUNO:
19      Q. All right. Mr. Baumy, you've already
20 given your deposition in the Robinson case as a
21 30(b)(6) representative of the United States
22 Army Corps of Engineers, isn't that true?
23      A. Yes.
24      Q. And I have that deposition here, and
25 please know that I have no intent to recover