UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER: 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO: MRGO, Robinson<br>(No. 06-2268) | *<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF BRENDAN R. O'BRIEN

1. I am an attorney in good standing admitted to practice in the State of New York, in the Southern District of New York, and admitted *pro hac vice* in the Eastern District of Louisiana, have never been subject to disciplinary action, and represent plaintiffs in the above-captioned matter.

2. On April 10, 2008 I attended the deposition of USACE employee Gregory Miller, also in attendance at that deposition were Ms. Kea Sherman representing Jefferson Parrish, as well as Ms Michelle Greif and Ms Kara Miller, representing the United States.

3. It was common knowledge at the April 10, 2008 deposition that Ms Sherman, due her representation of a non-party was not permitted to participate in the deposition.

4. On October 2, 2008 I attended the 30(b)(6) depositions of Mr. Gregory Miller and Mr. John Saia, which were also attended by that Ms Sherman, in her capacity as an associate of The Andry Firm, as well as Mr. Robin Smith representing the USDOJ, and attorneys representing the USACE.

5. At the October 2, 2008, it was apparent that all of the parties present were aware that Ms Sherman was representing the plaintiffs.

5. The awareness of Ms Sherman's change in employment status was apparent due to the joking in the room that she had "joined the dark side"..

Further, Affiant sayeth, not;

Thus done and signed at New Orleans, Louisiana on ~~this the 28th~~ day of April 28, 2009.

Brendan R. O'Brien
Pro Hac Vice (BO 9033)

Sworn to & Subscribed
before me the undersigned
authority this the
28th day of April 2009

EXHIBIT
4