STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the duly authorized undersigned authority, personally came and appeared:

JONATHAN B. ANDRY

Who, being by me first duly sworn, did depose and state that:

1. He was aware of Kea Sherman's previous employment with the law firm of Burglass and Tankersly, the firm who represented Jefferson Parish in unrelated litigation.

2. He was advised and was aware of the fact that her employment at Burglass & Tankersly was limited to monitoring depositions and reporting to her supervisory attorney on the respective depositions.

3. Jefferson Parish is not, nor has it ever been a party defendant to the present case of Norman Robinson, et al v. United States, Civil Action No. 06-2268. Moreover, Jefferson Parish is not, nor has it ever been a party defendant to the MRGO Master Class Action. Jefferson Parish is not a party defendant to any case in which affiant was or is serving as counsel for the plaintiffs.

4. Prior to hiring Ms. Sherman, affiant fully discussed her role at the firm of Burglass and Tankersly and the extent of its representation in the other litigation. Affiant evaluated these facts, in conjunction with the ethical rules, and determined that there was no conflict of interest because Jefferson Parish was not a defendant in any case in which affiant was/is serving as counsel for plaintiffs.

5. Affiant was not aware prior to the United States' filing of its motion that there was any Joint Defense Agreement between Jefferson Parish and the United States. After thoroughly reviewing that agreement, however, affiant submits that it does not apply to this litigation by its own terms.

6. Affiant has never asked for nor has he received any information for Ms. Sherman concerning her prior work at Burglass and Tankersly relating to any client Burglass and Tankersly may have represented.

7. Affiant unequivocally has not asked for and/or received any information from Ms. Sherman pertaining to her representation and/or Burglass and Tankersly representation of Jefferson Parish in any matter.

6. Further affiant sayeth not.


EXHIBIT 6

_____
JONATHAN B. ANDRY

Sworn to and subscribed before me, Notary,

this 28th day of April, 2009.

Frank C. Dutenhofer, Jr., NOTARY PUBLIC
NOTARY # 5117
Commissioned for Life.