UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER: 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO: MRGO, Robinson<br>(No. 06-2268) | *<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AFFIDAVIT OF ELWOOD C. STEVENS, JR.

1. Immediately following adjournment of court this date, affiant approached Robin Smith, Counsel for the United States to discuss the filing of Motion for Order to Show Cause (Doc. 18,696) and explore the possibility of any measure to avoid interruption of this trial and/or some stipulated set of facts or circumstances whereby this issue could be resolved or at least, not require a formal hearing or ruling.

2. First, affiant offered Mr. Smith the suggestion that he should immediately withdraw the motion because he had just admitted in open court and on the record that the U. S. was still in the process of "ascertaining the facts" of a "potential conflict of interest" and that he really did not have an appreciation for the "consequences" if the Court were to actually grant the government's request to disqualify a lead trial counsel for plaintiffs, Mr. Jonathan B. Andry nor the negative impact he or his associate attorney, Ms. Kea Sherman would sustain should this now public accusation and formal pleading be placed into the public domain via the CM-ECF system.

3. Affiant, reminded Mr. Smith that withdrawing the motion might also prevent or avoid the ramifications of filing a scandalous, factual incomplete and legally inadequate accusation; such as sanctions and perhaps even defamation.

4. Mr. Smith, promptly responded that he was tired of plaintiffs' counsel offering him ethics advice and he declined to withdraw the motion.

Further, Affiant sayeth, not;

Thus done and signed at New Orleans, Louisiana on this the 28th day of April 28, 2009.

Elwood C. Stevens, Jr.
La. Bar #12,459

EXHIBIT 7