UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2), (3) |
| PERTAINS TO LEVEE AND MR-GO: | * <br> * | |
| NO. 06-5116 (SIMS)<br>NO. 06-5118 (RICHARD)<br>NO. 06-5127 (DEPASS)<br>NO. 06-5128 (ADAMS)<br>NO. 06-5134 (CHRISTOPHE)<br>NO. 06-5137 (WILLIAMS)<br>NO. 06-5131 (BOURGEOIS)<br>NO. 06-5142 (AUGUSTINE)<br>NO. 06-5132 (FERDINAND)<br>NO. 06-5140 (PORTER) | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br>JUDGE DUVAL<br><br>MAG. J. KNOWLES |

******************************************

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT<br>OF EXTENSION OF BRIEFING DEADLINES**

Objecting plaintiffs in Case No. 06-5116 (*Sims*), *et al*, (the "Objecting Plaintiffs"), move for an extension of thirty (30) days of the briefing deadlines ordered by the Court at the conclusion of the class certification and fairness hearing on April 2, 2009.  The ground for this motion is that, because of the press of other matters, the hearing transcript has not been prepared in final form (although a draft has been provided to counsel).  All parties should have the benefit of the official transcript when preparing their briefs.  Accordingly, these objecting plaintiffs seek an extension of thirty days or such other extension as may be appropriate for the filing of their and the other parties' briefs.

        Respectfully submitted,

        /s/ James K. Irvin
        James K. Irvin (#7166)
        MILLING BENSON WOODWARD L.L.P
        909 Poydras Street, Suite 2300
        New Orleans, LA  70112-1010
        Telephone:  (504) 569-7000
        Facsimile:   (504) 569-7001
        jirvin@millinglaw.com

<u>Of Counsel</u>
John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000
Facsimile:  (504) 522-8423

## Certificate of Service

I hereby certify that on the 29th day of April, 2009, I electronically filed a Motion and Incorporated Memorandum in Support of Extension of Briefing Deadlines with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter and caused copies to be hand-delivered to the Clerk of Court and counsel as directed by the Court's notice.

        /s/ James K. Irvin

382738