UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| PERTAINS TO: BARGE | | NO.  05-4182 and consolidated cases |
| Boutte v. Lafarge | 05-5531 | SECTION "K" (2) |
| Mumford v. Ingram | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | JUDGE |
| Perry v. Ingram | 06-6299 | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | MAGISTRATE |
| Lafarge v. USA | 07-5178 | JOSEPH C. WILKINSON, JR. |

**FINAL EXHIBIT LIST ON BEHALF OF ZITO
FLEETING, LLC  AND ZITO FLEETING, INC.**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) as extended, ZITO Fleeting, LLC and ZITO Fleeting, Inc., submit this Final Exhibit List for the trial that has been set for February 22, 2010.

1. Service Agreement between ZITO and Ingram Barge Company

2. Transportation Agreement between Ingram and Lafarge

3. Barge Unloading Report

4. Barge Status Report

5. Fleet Picture of ZITO's Algiers Fleet

6. Fleet Picture of ZITO's mile 105 Fleet

7. ZITO's Invoice dated 9/27/05 to Ingram with attached logs

8. ING 4727 Vessel Status History

9. M/V Lock Master's Logs

10. M/V Connie Z's Logs

11. Patrick Morton's 8/26/05 email

12. ZITO Dispatch's 8/27/05 email

13. ZITO's Barges in Fleet records

14. Statement of Ed Busch

15. ZITO Dispatch Records of 8/24-8/26/05 regarding ING 4727

16. ZITO Algiers's Fleet Dispatch Reports 8/25-8/28/05

17. Six pages of handwritten notes dated 8/27/05 produced at Barry Boudreaux's deposition

18. Detailed Calling by Day Logs

19. ZITO's Invoices to Ingram Barge Company

20. Any and all records regarding phone calls made from Lafarge's facility on or around 8/27/05

21. Any and all records regarding phone calls made by Ed Busch and/or other persons at Lafarge's facility on 8/27/05

22. Records from AT&T Southeast regarding phone calls made from Lafarge's facility on or around 8/27/05

23. Interrogatories, Requests for Production and Requests for Admissions propounded to the plaintiffs and their responses to same

24. Interrogatories, Requests for Production and Requests for Admissions propounded to Lafarge and their responses to same

25. Any and all documents or exhibits identified or produced during discovery in this litigation

26. Any and all documents or exhibits listed or proffered by any other party(ies) in this litigation

27. For purposes of Case Management and Scheduling Order Nos. 5 and 7, ZITO and Lafarge comprise the "Barge Interests" category of the parties in this matter. In accordance with the Case Management Orders, ZITO is submitting this List of Exhibits with the intent to avoid further duplicating exhibits identified in Lafarge's Final List of Exhibits.

28. ZITO reserves the right to supplement and amend this list as further information becomes available.

Respectfully submitted,

**/s/ C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Email:      bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and
Zito Fleeting, Inc.

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 29th day of April, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile transmissions, or by mailing the same by United States mail, properly addressed, and first class postage prepaid and/or by ECF upload.

                                        /s/ C. William Emory