**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| | § | |
| _____ | § | |

## <u>UNITED STATES' FINAL LIST OF EXHIBITS</u>

Pursuant to the Court's Case Management and Scheduling Order No. 7 (Doc. Rec. No.

12935), Defendants United States of America and the United States Army Corps of Engineers

(collectively herein, the "United States"[1]), through undersigned counsel, hereby submit this Final

---

[1] The United States Army Corps of Engineers cannot be sued *eo nomine* under the Federal Tort Claims Act. *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

List of Exhibits attached hereto as Exhibit 1.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated:  April 29, 2009

## <u>CERTIFICATE OF SERVICE</u>

I, James F. McConnon, Jr., hereby certify that on April 29, 2009, I served a true copy of the United States' Final List of Exhibits upon all parties by ECF.

<u>  s/ James F. McConnon, Jr.     </u>
JAMES F. McCONNON, JR.