UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' RESPONSE TO PLAINTIFFS'
MOTION TO COMPEL DISCOVERY
re: Reliance Materials of Defendant's Expert Bruce Ebersole**

**I. INTRODUCTION**

Plaintiffs have moved the Court for an Order "compelling the defendant United States of America to produce its expert's reliance materials, specifically those of Defendant's Expert Bruce Ebersole, as set forth by previous court order and repeated requests by the Plaintiffs." *See* Plaintiffs' Motion to Compel Discovery (RD 18684). The Plaintiffs aver that "[i]n particular, Mr. Ebersole promised to produce a series of calculations upon which he based his opinions. However, Mr. Ebersole has failed to comply with his assurances that these pertinent calculations would be produced." *Id.* The United States has already provided the Plaintiffs with all of Bruce Ebersole's expert reliance materials that the United States is aware of. Moreover, the series of calculations upon which Mr. Ebersole based his opinions were provided to the Plaintiffs per their request on April 27, 2009. Therefore, the Court should deny Plaintiffs' Motion to Compel Discovery.

## II.  UNITED STATES' PRODUCTION OF BRUCE EBERSOLE'S EXPERT RELIANCE MATERIALS

The Plaintiffs aver that "[a]t the heart of the current dispute is Mr. Ebersole's failure to produce a series of calculations upon which he based his opinions."  *See* Plaintiffs' Motion to Compel at Paras. I and X.  Those calculations to which the Plaintiffs refer were discussed during Mr. Ebersole's February 5, 2009, deposition referenced at Exhs. 1 and 2 of Plaintiffs' Motion to Compel.  The Plaintiffs requested those calculations at the deposition and in an April 26, 2009, e-mail to the United States.  *See* Para. II and Exh. 3 to Plaintiffs' Motion to Compel.  The United States responded to the Plaintiffs request by e-mail on April 27, 2009, and attached the calculations.[1]  *See* Exh. 1.

The Plaintiffs continue to assert their allegations against the United States regarding "a long line of discovery obligation transgressions perpetrated by the defendant United States, beginning with the deadline for it to first produce its expert reports and reliance materials."  *See* Para. III to Plaintiffs' Motion to Compel.  The Plaintiffs' arguments in Paras. III thru IX of their Motion to Compel are nothing more than an amalgam of recycled argumentation.  These arguments had their time- over two months ago in support of Plaintffs' Motion to Compel (RD 17542) and Plaintiffs' Opposition to Defendant United States' Motion for Reconsideration (RD 18056).  That time has now passed.  The Court granted the Plaintiffs' Motion to Compel and the United States has diligently complied with that Order (RD 17816).  *See* RD 17915.  Accordingly,

---

[1] The United States subsequently Bates-stamped the pages of calculations and produced them to the Plaintiffs on April 28, 2009.  *See* Doc. Rec. No. 18695.

the United States will not re-visit those old arguments.[2]  Moreover, the United States has produced to the Plaintiffs all of Mr. Ebersole's expert reliance materials and any other materials in his possession related to the subject matter of this litigation that the United States is aware of. *See* Exh. 2 for production synopsis.

### III.  CONCLUSION

The United States has already produced to the Plaintiffs all of Bruce Ebersole's expert reliance materials that the United States is aware of.  Moreover, the series of calculations upon which Mr. Ebersole based his opinions discussed in his February 5, 2009, deposition were produced to the Plaintiffs per their request on April 27, 2009.  Therefore, the United States

---

[2] The United States has already responded to the Plaintiffs' assertions in Paras. III thru IX in their current Motion to Compel.  *See* United States' Response to Motion to Compel (RD 17701); United States' Motion to Reconsider (RD 17915); United States' Reply to Plaintiffs' Opposition to United States' Motion for Reconsideration (RD 18090-4).

respectfully requests that the Court deny Plaintiffs' Motion to Compel Discovery.

                                        Respectfully submitted,

                                        MICHAEL F. HERTZ
                                        Deputy Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                         s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400/ (202) 616-5200 (Fax)
                                        Attorneys for the United States

Dated: April 29, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on April 29, 2009, I served a true copy of the Defendant United States' Response to Plaintiffs' Motion to Compel upon all parties by ECF.

                     s/ James F. McConnon, Jr.
                     JAMES F. McCONNON, JR.