# EXHIBIT 1

## McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Monday, April 27, 2009 2:31 PM |
| **To:** | Joe Bruno |
| **Cc:** | Smith, Robin (CIV) |
| **Subject:** | Table 5, Page 85 Calculations from Bruce Ebersole |
| **Attachments:** | Rupert notes.pdf |

| Tracking: | Recipient | Read |
|---|---|---|
| | Joe Bruno | |
| | Smith, Robin (CIV) | Read: 4/27/2009 3:22 PM |
| | Mitsch, Rupert (CIV) | Read: 4/27/2009 3:13 PM |
| | Levine, Paul (CIV) | Read: 4/27/2009 2:38 PM |
| | Hinds, Antoinette (CIV) | |
| | Marvray, Charles (CIV) | Read: 4/27/2009 2:40 PM |
| | Carter, George (CIV) | |
| | Jones, Marjorie Kaye (CIV) | Read: 4/27/2009 2:34 PM |

Joe,

The attached notes from Ebersole respond to a recent request from your office.  Jim

4/29/2009

Table 5   pg 85   calculations

$$E = C_E * H_s^2$$

$E$ = vertical erosion rate
$C_E$ = grass cover coefficient
$H_s$ = significant wave height

for good grass cover

$$C_E = 0.5 \times 10^{-6} \frac{1}{m \cdot sec} \cdot \frac{1 m}{3.28 ft} \cdot \frac{3600 sec}{hr} = 548.8 \times 10^{-6} \frac{1}{ft \cdot hr}$$

at deposition I said I believed a value of $1.0 \times 10^{-6}$ was used for the $C_E$ value. The actual value used was $0.5 \times 10^{-6}$ and that was noted in comments made concerning corrections to the deposition.

3:00 a.m.   wave height for preceding 0.5 hour assumed to be 3 ft

$$E = 548.8 \times 10^{-6} \frac{1}{ft \cdot hr} * (3 ft)^2$$

$$E = .0049 \frac{ft}{hr}$$

$(.0049 \frac{ft}{hr} \times 0.5 hr)$

erosion during the 0.5 hr = .002 ft  $(.0049 * 0.5)$
cumulative erosion = .002 ft

3:30 a.m.   wave height for preceding 0.5 hour was 3 ft

erosion during the 0.5 hr = .002 ft  $(.0049 \times 0.5)$
cumulative erosion = .004 ft  $(.002 + .002)$

cumulative erosion = erosion during preceding 0.5 hr plus the cumulative erosion prior to that time

1 of 7

**4:00 a.m.** wave height for preceding 0.5-hr = 3.3 ft

$$E = 548.8 \times 10^{-6} \frac{1}{ft \cdot hr} (3.3 ft)^2$$

$$E = .0060 \ ft/hr$$

erosion during the 0.5 hr = .003 ft (.0060 × 0.5)
cumulative erosion = 0.007 ft (.004 + .003)

**4:30 a.m.** wave height = 3.6 ft

$$E = 548.8 \times 10^{-6} \frac{1}{ft \cdot hr} (3.6 ft)^2$$

$$E = .0071 \ ft/hr$$

erosion during the 0.5 hr = .004 ft (.0071 × 0.5)
cumulative erosion = .011 ft (0.007 + 0.004)

**5:00 a.m.** wave height = 4.3 ft

$$E = 548.8 \times 10^{-6} \frac{1}{ft \cdot hr} (4.3 ft)^2$$

$$E = .0101 \ ft/hr$$

erosion during the 0.5 hr = .005 ft (.0101 × 0.5)
cumulative erosion = 0.016 ft (.011 + .005)

5:30 a.m.   wave height = 4.6 ft
$E = 548.8 \times 10^{-6} (4.6)^2$
$E = 0.0116$ ft/hr

erosion during the 0.5 hr = .006 ft (.0116 × 0.5)
cumulative erosion = .022 ft (≈ 0.016 + .006)

6:00 a.m.   wave height = 5.2 ft
$E = 548.8 \times 10^{-6} (5.2 ft)^2$
$E = 0.0148$ ft/hr
erosion during the 0.5 hr = .007 ft (.0148 × 0.5)
cumulative erosion = 0.029 ft (.022 + .007)

6:30 a.m.   wave height = 5.9 ft
$E = 548.8 \times 10^{-6} (5.9 ft)^2$
$E = 0.0191$ ft/hr
erosion during the 0.5 hr = 0.010 ft (.0191 × 0.5)
cumulative erosion = 0.039 ft (.029 + .01)

7:00 a.m.   wave height = 6.2 ft
$E = 548.8 \times 10^{-6} (6.2 ft)^2$
$E = 0.0211$ ft/hr
erosion during the 0.5 hr = 0.011 ft (.0211 × 0.5)
cumulative erosion = 0.050 ft (.039 + .011)

3 of 7

7:30 a.m.
wave height = 6.6 ft
$E = 548.8 \times 10^{-6} (6.6)^2$
$E = .0239$ ft/hr
erosion during the 0.5 hr = .012 ft (.0239 × 0.5)
cumulative erosion = 0.062 ft (0.05 + 0.012)

8:00 a.m.
wave height = 6.2 ft
$E = 548.8 \times 10^{-6} (6.2)^2$
$E = .0211$ ft/hr
erosion during the 0.5 hr = .011 ft (.0211 × 0.5)
cumulative erosion = 0.073 ft (.062 + .011)

8:30 a.m.
wave height = 4.9 ft
$E = 548.8 \times 10^{-6} (4.9)^2$
$E = .0132$ ft/hr
erosion during the 0.5 hr = .007 ft (.0132 × 0.5)
cumulative erosion = 0.080 ft (0.073 + .007)

9:00 a.m.
wave height = 3.6 ft
$E = 548.8 \times 10^{-6} (3.6)^2$
$E = .0071$ ft/hr
erosion during the 0.5 hr = .004 ft (.0071 × 0.5)
cumulative erosion = 0.084 ft (.080 + .004)

9:30 a.m.  wave height = 3 ft
$E = 548.8 \times 10^{-6} (3)^2$
$E = .0049$ ft/hr
erosion during the 0.5 hr = 0.002 ft (.0049 × 0.5)
cumulative erosion = 0.086 ft (.084 + .002)

10:00 a.m.  wave height = 2 ft
$E = 548.8 \times 10^{-6} (2)^2$
$E = .0022$ ft/hr
erosion during the 0.5 hr = .001 ft (.0022 × 0.5)
cumulative erosion = 0.087 ft (0.086 + .001)

10:30 a.m.  wave height = 2 ft
$E = 548.8 \times 10^{-6} (2)^2$
$E = .0022$ ft/hr
erosion during the 0.5 hr = .001 ft (.0022 × 0.5)
cumulative erosion = 0.088 ft (.087 + .001)

11:00 a.m.  wave height = 2 ft
$E = 548.8 \times 10^{-6} (2)^2$
$E = .0022$ ft/hr
erosion during the 0.5 hr = .001 ft (.0022 × 0.5)
cumulative erosion = 0.089 ft (0.088 + .001)

for average grass cover

$$\frac{C_E \text{ average grass}}{C_E \text{ good grass}} = \frac{2.0 \times 10^{-6}}{0.5 \times 10^{-6}} = 4$$

to obtain cumulative erosion values for average grass cover, multiply values for good grass cover by a factor of 4

for poor grass cover

$$\frac{C_E \text{ poor grass}}{C_E \text{ good grass}} = \frac{3 \times 10^{-6}}{0.5 \times 10^{-6}} = 6$$

to obtain cumulative erosion values for poor grass cover, multiply values for good grass cover by a factor of 6.

6 OF 7

H1 Base Case - Peak surge along Reach 2

| Location | Un-scaled Peak[1] Surge (ft) | Scaled Peak[*] Surge (ft) |
|---|---|---|
| 1 | 14.6 | 16.3 |
| 2 | 14.8 | 16.6 |
| 3 | 15 | 16.8 |
| 4 | 15.1 | 16.9 |
| 5 | 15.2 | 17.1 |
| 6 | 15.3 | 17.2 |
| 7 | 15.4 | 17.2 |
| 8 | 15.4 | 17.3 |
| 9 | 15.4 | 17.3 |
| 10 | 15.5 | 17.4 |
| 11 | 15.5 | 17.4 |
| 12 | 15.6 | 17.4 |
| 13 | 15.7 | 17.5 |
| 14 | 15.7 | 17.6 |
| 15 | 15.7 | 17.6 |
| 16 | 15.7 | 17.6 |
| 17 | 15.6 | 17.5 |
| 18 | 15.5 | 17.4 |
| 19 | 15.3 | 17.2 |
| 20 | 15.1 | 17 |
| 21 | 15 | 16.8 |

[*] all surge values scaled using a factor of 1.12
[1] values rounded to nearest 0.1 ft.