# EXHIBIT 2

**Bruce Ebersole Expert Production**

| Date | Docket Number | Media Number | Description |
|---|---|---|---|
| 12/22/2008 | 16833 | KC996 | Expert Report |
| 1/5/2009 | 16908 | KC1001 | Expert Report, Numbered Version, XBE001 |
| 2/12/2009 | 17693 | KC1018 | Supplemental Expert Reliance, XBE002 |
| 2/27/2009 | 17973 | KC1027 | Supplemental Expert Reliance, XBE003 |
| 3/23/2009 | 18256 | KC1039 | Supplemental Expert Reliance, XBE004* |
| 4/28/2009 | 18695 | KC1047 | Supplemental Expert Reliance, XBE005 |

**Bruce Ebersole Other Production**

| Date | Docket Number | Media Number(s) | Description |
|---|---|---|---|
| 2/29/2008 | 11499 | KC687, KC704 | ESI, EFP032-042, EFP357 |
| 4/24/2008 | 12736, 12738 | KC725 | ESI, ELP121, ELP260 |
| 4/30/2008 | 12903 | KC738 | ESI, EFP593-595 |
| 10/17/2008 | 15931 | KC964 | ESI, ELP121, ELP260 |
| 10/23/2008 | 16104 | KC968 | ESI, EFP593-595 |
| 12/5/2008 | 16612 | KC985 | ESI, EFP032-042 |

* Data generated by Dr. Resio for use by Bruce Ebersole