UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: Robinson (06-2268) | SECTION "K"(2) |

## ORDER

Before the Court are two motions by the Plaintiffs: a Motion to Compel the United States to Produce Defense Expert Bruce Ebersole's Reliance Materials (Rec. Doc. 18685), and a Motion to Strike Lay Witness Pete Luisa (Rec. Doc. 18693). In order to expeditiously consider these motions, accordingly,

**IT IS ORDERED** that the United States file any opposition to Plaintiffs' Motion to Compel the United States to Produce Defense Expert Bruce Ebersole's Reliance Materials (Rec. Doc. 18685) and a Motion to Strike Lay Witness Pete Luisa (Rec. Doc. 18693) by **12:00 p.m. on Thursday, April 30, 2009.** The Court at that time will review the submissions and determine whether oral argument is necessary.

New Orleans, Louisiana, this __29th__ day of April, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE