UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO COMPEL DISCOVERY

<u>re: Reliance Materials of Defendant's Expert Johannes Westerink</u>

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who in accordance with the provisions of Fed.R.Civ.P. 37 (a) (1) and (2) (B), respectfully move this Honorable Court for an Order compelling the defendant United States of America to produce its experts' reliance materials, specifically those of Defendant's Expert Johannes Westerink, as set forth by previous court order and repeated requests by the Plaintiffs.

In particular, Palintiffs have discovered evidence of four (4) runs of the ADCIRC model performed by Dr. Westerink in preparation of his expert report, but are only in possession of the data for one of these runs.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the Plaintiffs' Motion to Compel.

        **Respectfully Submitted,**

        **APPROVED PLAINTIFFS LIAISON COUNSEL**

           /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of April, 2009.

           /s/ Joseph M. Bruno
        Joseph M. Bruno