WESTERINK (VOL II), JOANNES

1/28/2009

### Page 142

1   I guess we are done at this moment
2   with the base case scenario. So if you don't
3   want to go into -- If you don't want to start
4   -- I'm going to start doing the systems
5   validation next, which could go for a little
6   while. And if you want to break for lunch now
7   and come back --
8     A.  It's up to you guys.
9     Q.  -- at a quarter to --
10    MR. SMITH:
11       This is an good time for lunch,
12  sure.
13    MS. GILBERT:
14       So we're going to start at 1:00?
15  Can we start at 1:00? Or are you guys
16  going to take --
17    MR. SMITH:
18       What time is it now? 12:20. No,
19  we're going to Palace Cafe. We will
20  be back at 1:30.
21    MS. GILBERT:
22       1:30?
23    MR. SMITH:
24       I'm sorry we were so long
25  yesterday. We got hung up. I don't

### Page 143

1   know what happened.
2     MS. GILBERT:
3        All right.
4        (Whereupon a discussion was held
5   off the record.)
6     VIDEO OPERATOR:
7        Off the record at 12:18.
8        (Recess.)
9     VIDEO OPERATOR:
10       Returning to the record, it is
11  1:32.
12  EXAMINATION BY MS. GILBERT:
13    Q.  Take a moment and turn to figure 138
14  and 139, which we were looking at before on
15  the contour maps. I think they're on pages --
16    MR. WOODCOCK:
17       167.
18    MS. GILBERT:
19       Okay. Right.
20    THE WITNESS:
21       Yeah.
22  EXAMINATION BY MS. GILBERT:
23    Q.  Now, in looking at the 1 foot
24  contour elevations, if you look in the center
25  of the dark red area which appears to be the

### Page 144

1   eye on figure 138, would that contour be 18
2   feet? The circular contour?
3     A.  Yeah, it sure looks like it.
4     Q.  Okay. Now, would these two images
5   be identical runs of the same -- at the same
6   time?
7     A.  Right.
8     Q.  Okay. Now, if you look at the
9   figure below, the contour that I think
10  parallels that is -- it's in the yellow range,
11  but wouldn't the black line suggest that it
12  would be either 21 -- I mean, my question is,
13  it's a different shape.
14    A.  Well, the contour lines run
15  differently. Right?
16    Q.  Right.
17    A.  So you look at the one that is minus
18  3 to 27. The other is minus 3 to 30.
19    Q.  Do you see that? What I mean, the
20  contour is a different shape for what should
21  be I assume either 18 -- the only shape that
22  should reflect 18 feet is not the same shape
23  and it's not the same size. Are these -- Is
24  there --
25    A.  I'll have to -- I'll have to look at

### Page 145

1   the data.
2     Q.  What would be the explanation for
3   that that you would be looking for?
4     A.  Might be a slightly earlier run or
5   something like that that was done.
6     Q.  Oh, these could be two different
7   runs?
8     A.  Slightly different ones.
9     Q.  But different ones? They're not the
10  same run, just different contours? It could
11  be two entirely different runs?
12    A.  Well, it could be -- it could be two
13  -- Like I said, if you look at the statistics
14  in general, we generally plot differences
15  between previous runs.
16    Q.  Where would that be? Where would
17  you find that?
18    A.  Well, the statistics are right over
19  --
20    Q.  The plot, the scatter plots?
21    A.  The scatter plots. Like 140, 145,
22  et cetera.
23    Q.  Does that reflects different runs if
24  you're looking at it?
25    A.  No, those are the same runs, but you

37 (Pages 142 to 145)

Johns Pendleton Court Reporters          EXHIBIT 1          800 562-1285

### Page 146

1  can compare those to slightly earlier runs.
2    Q. Oh, so nothing in what was produced
3  would reflect an explanation for the
4  difference in that contour map?
5    A. I would have to go and look at
6  that.
7    Q. Just for my own clarity, do I have
8  something in my possession that I could have
9  analyzed that would have explained that or is
10 that something I need to get from you still to
11 understand the difference?
12   A. We need to look at the values.
13   Q. I need to get that from you? That's
14 information that was not produced?
15   A. Yes.
16   Q. Okay. And if you had done separate,
17 different runs, when would the different runs
18 have been performed? Or could that have --
19 could they have been from a different study?
20   A. Actually, these would have been just
21 from an earlier set of runs. The area of
22 detail, of course, was plotted over here for
23 the DOJ runs.
24   Q. Which ones over here?
25   A. 139.

### Page 147

1    Q. 139 is the DOJ runs?
2    A. Uh-huh (affirmatively).
3    Q. Okay. And what would be 138?
4    A. I would have to check back in our
5  catalog and look at what -- what -- which
6  particular version. Although statistically
7  there should not be a large difference. And
8  again -- Well, let's check very carefully
9  here.
10   Q. Well, can I just ask you the next
11 question? What would be among the possible
12 runs that the first one could have come from,
13 figure 138? You say the second one from
14 figure 139 was the DOJ run. And you're sure
15 of that?
16   A. Oh, absolutely, yeah.
17   Q. Okay.
18   A. I produced those runs.
19   Q. And did you give those, the second
20 run to Ebersole and --
21   A. Yeah.
22   Q. So everybody who analyzed data based
23 on this study analyzed data based on the 139,
24 figure 139 run?
25   A. Correct, yes.

### Page 148

1    Q. Okay. And the possibility that
2  figure 138 was from a different study, what
3  studies would have been the possible options?
4  The IPET study?
5    A. The what?
6    Q. Could it have come from IPET or one
7  of the other studies?
8    A. Oh, no, not IPET. These models,
9  it's an SL-15 grid.
10   Q. How can you tell that?
11   A. Well, just look at the -- all the
12 contours.
13   Q. I'm sorry?
14   A. Just look at all the -- the northern
15 boundary shapes and the level of detail in
16 there. There's no question that that's an
17 SL-15.
18   Q. Okay. That would be what you mean
19 when you say the resolution is higher, an
20 SL-15, that you have more definition at the
21 Mississippi border?
22   A. Yeah.
23   Q. Okay. So this had to be an SL-15
24 grid?
25   A. Oh, absolutely. There's no question

### Page 149

1  about that, yeah.
2    Q. But it would have been coming from a
3  different run of the data?
4    A. It -- Well, no, it would have just
5  -- Yeah, I'll have to -- I need to go back
6  and check this.
7    Q. What would be -- What would you be
8  looking at when you go back and check?
9    A. I'd probably be going back through
10 our catalog and checking and actually
11 inquiring the data and looking at the specific
12 data and looking at the slight difference in
13 the max, the peak value on that.
14      MR. SMITH:
15        Where is this difference? I'm
16      sorry. I'm not with you here.
17      THE WITNESS:
18        She's looking at this
19      (indicating) versus this (indicating).
20      MR. SMITH:
21        Right.
22 EXAMINATION BY MS. GILBERT:
23   Q. It's about the same shape?
24   A. It's about the same -- Well, it is
25 the same shape. Just slightly depressed.

Page 150

1    MR. SMITH:
2        But as you pointed out, the scale
3    is different.
4    THE WITNESS:
5        Right.
6    EXAMINATION BY MS. GILBERT:
7    Q.  That's not really -- That shouldn't
8    make a difference.  They're both 18.
9    A.  This is 17 and then this is 18.
10   This is 15, 16, 17, 18.
11   Q.  So in the system validations section
12   of the report on page 53 --
13   MR. SMITH:
14       Where is the discrepancy?  I
15   don't see what the discrepancy is.
16   THE WITNESS:
17       Well, she's saying that this 18
18   foot area --
19   MR. SMITH:
20       Is not as large as that one?
21   THE WITNESS:
22       -- is not as large as that one.
23   MR. SMITH:
24       Okay.
25   EXAMINATION BY MS. GILBERT:

Page 151

1    Q.  And in your system validations
2    section, which -- would you have been using
3    the figure 139?
4    A.  No, the system validation is based
5    on figure 139.
6    Q.  Okay.
7    A.  And probably the catalog run would
8    have been a slightly different version of the
9    IHNC -- IHNC grids.  I'll have to look it up
10   and can get back to you on exactly what that
11   is.
12   Q.  Okay.  Well, we'll obviously need to
13   get a supplemental -- whatever the data is
14   that you're relying on.
15   A.  And if there's any corrections
16   required, we can provide those.
17   Q.  And the backup data.
18       Can we mark the record, the
19   transcript at this point, so I can get all of
20   that?
21       But the documentation, that was
22   sent to Ebersole -- I mean Ebersole and Resio
23   --
24   A.  Oh, absolutely.  Yeah.  And then --
25   Q.  -- and Faust and everybody came from

Page 152

1    139.  Because the representation is that it's
2    the same information.  It's just that it has a
3    different contour marking of 1 foot.  Right?
4    A.  Run that by me again.
5    Q.  The representation on, you know, 138
6    and 139 is that it's the same picture, it's
7    supposed to be, it's just the different
8    elevation contours are supposed to be marked.
9    3 feet versus 1 feet.  That's supposed to be
10   the only difference in these two images?
11   A.  Correct.  Well, they're slightly
12   different scales also.
13   Q.  Well, yes.  But the information on
14   there is supposed to be -- it's like a
15   close-up, but it's supposed to be the same
16   stuff?
17   A.  Yeah.
18   Q.  Okay.  And your system validation
19   was run on figure 139?
20   A.  Right.
21   Q.  Now, can I ask you a question?  In
22   figure 139, if you look at the area around the
23   central wetlands region --
24   A.  Uh-huh (affirmatively).
25   Q.  -- and the upper -- the New Orleans

Page 153

1    East --
2    A.  Right.
3    Q.  -- and the entire -- It's all gray.
4    A.  Right.
5    Q.  What is the explanation for why that
6    entire area is gray?
7    A.  Well, actually because we don't put
8    levee breaks in, we don't have wave
9    overtopping, and we do not have the details of
10   the interior drainage system.  And Steve
11   Fitzgerald did that with HEC-RAS.  We actually
12   just blanked out the results there.
13   Q.  Okay.  So there may have been
14   coloration in that area?
15   A.  Oh, there's definitely coloration in
16   that area.  However, the results are not valid
17   there.  We do not have a valid calculation
18   there.
19   Q.  Your analysis, it's like the other
20   report that we looked at where you said that
21   the polders -- the drainage polders weren't
22   present so the drainage calculations for the
23   polders weren't present, so you passed that on
24   to Fitzgerald to analyze the drainage
25   calculations?