# EXHIBIT A

**Ehrlich, Jeff (CIV)**

---

| | |
|---|---|
| **From:** | Ehrlich, Jeff (CIV) |
| **Sent:** | Monday, March 30, 2009 12:25 PM |
| **To:** | 'John Andry' |
| **Cc:** | Johnson, Veronica (CIV); Carter, George (CIV); Kells, Conor (CIV); Smith, Robin (CIV) |
| **Subject:** | RE: Exhibit 14 to Junior Rodriguez's Deposition |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'John Andry' | | |
| Johnson, Veronica (CIV) | Delivered: 3/30/2009 12:25 PM | |
| Carter, George (CIV) | Delivered: 3/30/2009 12:25 PM | Read: 3/30/2009 12:36 PM |
| Kells, Conor (CIV) | Delivered: 3/30/2009 12:25 PM | |
| Smith, Robin (CIV) | Delivered: 3/30/2009 12:25 PM | Read: 3/30/2009 1:06 PM |

John,

First, thanks for making a readable color copy of Exhibit 14.

Second, we would be available to cover the depositions of Riley and Diaz on Friday (April 3), Monday (April 6) or Tuesday (April 7).

Finally, we, too, have an additional witness to make available for deposition.  His name is Pete Luisa and he works at the Corps's headquarters in Washington, D.C.  He's essentially a budget guy, who may testify at trial concerning concern how the Corps determines its annual funding recommendations for projects across the country.  If you would like to take his deposition during the week of April 6, please provide a few dates and I will clear one with Mr. Luisa.

Thanks.

Jeff Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
202-353-2574