# EXHIBIT B

**Ehrlich, Jeff (CIV)**

---

| | |
|---|---|
| **From:** | Ehrlich, Jeff (CIV) |
| **Sent:** | Monday, April 06, 2009 9:59 AM |
| **To:** | 'John Andry' |
| **Cc:** | 'Kat Litigation Team'; 'Kea Sherman'; Kells, Conor (CIV); Smith, Robin (CIV) |
| **Subject:** | RE: Depositions of Riley and Diaz and new Corps witnesses |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'John Andry' | | |
| 'Kat Litigation Team' | | |
| 'Kea Sherman' | | |
| Kells, Conor (CIV) | Delivered: 4/6/2009 9:59 AM | Read: 4/6/2009 10:00 AM |
| Smith, Robin (CIV) | Delivered: 4/6/2009 9:59 AM | Read: 4/6/2009 10:06 AM |

John,

I'll get back to you with regard to the timing of Diaz's and Riley's depositions.

We do not have two new witnesses, but only one.  His name is Pete Luisa.  He works at the Corps's HQ here in Washington. We expect him to testify concerning the budgeting process for specific projects such as the LPVHPP and the MRGO.  Mr. Luisa is away on vacation this week, but would be available for deposition next week in Washington, or just prior to his testimony in New Orleans.

Jeff Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
202-353-2574