# EXHIBIT C

**Ehrlich, Jeff (CIV)**

| | |
|---|---|
| **From:** | Ehrlich, Jeff (CIV) |
| **Sent:** | Friday, April 10, 2009 9:00 AM |
| **To:** | 'John Andry' |
| **Cc:** | Smith, Robin (CIV); Carter, George (CIV); Miller, Kara K. (CIV) |
| **Subject:** | Deposition of Pete Luisa |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'John Andry' | | |
| Smith, Robin (CIV) | Delivered: 4/10/2009 9:00 AM | Read: 4/10/2009 9:02 AM |
| Carter, George (CIV) | Delivered: 4/10/2009 9:00 AM | |
| Miller, Kara K. (CIV) | Delivered: 4/10/2009 9:00 AM | Read: 4/10/2009 9:11 AM |

John,

I still have not heard back from you regarding the deposition of Pete Luisa, whom we will be calling as a witness at trial. Again, Mr. Luisa is available for deposition in Washington, D.C. through next Wednesday, April 15. Alternatively, if you prefer to take Mr. Luisa's deposition in New Orleans, we will make him available prior to presenting his testimony. Please let me know how you would like to proceed.

Jeff Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
202-353-2574