**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 20, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO: MRGO, Robinson** <br> **(No. 06-2268)** | **NO. 05-4182** <br><br> **SECTION "K"(2)** |

### NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

**APPEARANCES THROUGHOUT THE TRIAL:**
Calvin Fayard, Jr., Pierce O'Donnell, Joseph Bruno, Elisa Gilbert, Elwood Stevens, Jr., James Roy, Brendan O'Brien, Ashley Philen, Frank Dudenhefer, Jr., Walter Dumas, Michael Palmintier, Josh Palmintier, Scott Joanen, Robin Smith, Richard Stone, Sr., Rupert Mitsch, Kara Miller, Daniel Baeza, Jr., Peter Myer, Michele Greif, Sarah Soja, Jonathan Andry, Conor Kells,, Jeffery Ehrlich & Paul Levine

Court begins at 9:00 a.m.  Case called; all present and ready.
Statements made by the Court.
Joint oral motion for sequestration of witnesses - SO ORDERED.
Pltfs' offer exhibits PX1 thru PX2139, admitted.   Joint exhibits JX1 thru JX468, admitted.
Pltfs' witness, Sherwood M. Gagliano, sworn and testified.
Court recesses for lunch at 11:49 a.m.   Court resumes at 1:04 p.m.
Testimony of Sherwood M. Gagliano resumes.
Pltfs' witness, Gatien Livaudais (by deposition).
Pltfs' witness, Chad Morris, sworn and testified.
Joint oral stipulation regarding testimony of David Van Stutts, stated on the record.
Pltfs' witness, Nancy Powell (by deposition).
Pltfs' witness, Cecil Soileau, sworn and testified.
Pltfs' witnesses, Alford Naomi & Keith O'Cain (by deposition).
Trial is continued until Tuesday, April 21, 2009 at 8:30 a.m.  Court adjourns at 5:05 p.m.

**JS-10 (6:10)**