**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 21, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: MRGO, Robinson<br>(No. 06-2268) | NO. 05-4182<br><br>SECTION "K"(2) |

### NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Monday, April 20, 2009).
**Court begins at 8:33 a.m. All present and ready.**
**Pltfs' witnesses, Early J. Rush, III, Thomas Sands, Duncan FitzGerald, sworn and testified.**
**Court recesses for lunch at 12:12 p.m.   Court resumes at 1:18 p.m.**
**Testimony of Duncan FitzGerald resumes.**
**Pltfs' offer exhibit PX2120 as their Proffer #1, only.**
**Pltfs' witness, Tanya Smith, sworn and testified.**
**Defts' offer exhibits D73, 74 & 75 as their Proffer #1, only.**
**Pltfs' witnesses, Gregory E. Breerwood, John Crawford, sworn and testified.**
**Trial is continued until Wednesday, April 22, 2009 at 8:30 a.m.  Court adjourns at 5:30 p.m.**

**JS-10 (6:53)**