**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 22, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                              CIVIL ACTION
CONSOLIDATED LITIGATION

PERTAINS TO:  MRGO , Robinson                              NO. 05-4182
(No. 06-2268)
                                                           SECTION "K"(2)


## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**


Trial (held and continued from Tuesday, April 21, 2009).
**Court begins at 8:40 a.m. All present and ready.**
**Pltfs' witnesses, Harley Winer, Walter Baumy (by deposition), Lucille Franz, Anthony Franz, Jr., Thomas Podany (by deposition), John Saia (by deposition), Richard Broussard (by deposition), Kent Lattimore & Lattimore & Associates, Norman H. Robinson, Monica Robinson, sworn and testified.**
**Court recesses for lunch at 12:09 p.m.    Court resumes at 1:34 p.m.**
**Pltfs' witness, John W. Day, Jr., sworn and testified.**
**Pltfs' offer exhibits PX1517.1 & PX1517.2, admitted.**
**Trial is continued until Thursday, April 23, 2009 at 9:00 a.m.  Court adjourns at 5:08 p.m.**

**JS-10 (6:17)**