**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 23, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                           **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

**PERTAINS TO: MRGO , Robinson**                                **NO. 05-4182**
**(No. 06-2268)**

                                                            **SECTION "K"(2)**


### NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**


Trial (held and continued from Wednesday, April 22, 2009).
**Court begins at 9:02 a.m. All present and ready.**
**Testimony of Expert John W. Day, Jr. resumes.**
**Pltfs' offer exhibit PX1810.42 & PX2121, admitted.**
**Pltfs' witness, Johannes Vrijling, sworn and testified.**
**Court recesses for lunch at 11:56 a.m.   Court resumes at 1:09 p.m.**
**Testimony of Johannes Vrijling resumes.**
**Trial is continued until Friday, April 24, 2009 at 8:30 a.m.  Court adjourns at  5:30 p.m.**

**JS-10 ( 5:55)**