**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 24, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO: MRGO , Robinson**<br>**(No. 06-2268)** | **NO. 05-4182**<br><br>**SECTION "K"(2)** |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Thursday, April 23, 2009).
**Court begins at 9:05 a.m. All present and ready.**
**Testimony of Johannes Vrijling resumes.**
**Pltfs' offer exhibits PX2150 & PX2151, admitted.**
**Pltfs' witness, Reed Mosher (by deposition).**
**Pltfs' witness, Robert Glenn Bea, sworn and testified.**
**Court recesses for lunch at 12:00 noon.   Court resumes at  1:19 p.m.**
**Testimony of Robert Glenn Bea resumes.**
**Trial is continued until Monday, April 27, 2009 at 9:00 a.m.  Court adjourns at  4:35 p.m.**

**JS-10 (5:44)**