**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 27, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | |
| **PERTAINS TO:  MRGO , Robinson** | **NO. 05-4182** |
| **(No. 06-2268)** | |
| | **SECTION "K"(2)** |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Friday, April 24, 2009).
**Court begins at 9:02 a.m. All present and ready.**
**Testimony of Robert Glenn Bea resumes.**
**Pltfs' offer exhibits PX2153 & PX2154, admitted.**
**Court recesses for lunch at 12:08 p.m.    Court resumes at 1:21 p.m.**
**Testimony of Robert Glenn Bea resumes.**
**Pltfs' offer exhibits PX2118, admitted.**
**Trial is continued until Tuesday, April 28, 2009 at 9:00 a.m.  Court adjourns at 5:00 p.m.**

**JS-10 ( 5:35)**