| Suit | File # | First Name | Last Name | Main HO Ins |
|---|---|---|---|---|
| Ab1 | JBA00002 | Judith | Cormier | Allstate |
| Ab1 | JBA00180 | Ernest | Conzelmann | Allstate |
| Ab1 | JBA00342 | Rose | BoGuille | Allstate |
| Ab1 | JBA00598 | Helen | Anthony | Allstate |
| Ab1 | JBA00652 | Gail | Lawyer | Allstate |
| Ab1 | JBA00749 | Idoshia | Gordon | Allstate |
| Ab1 | JBA01012 | Janette | Lewis | Allstate |
| Ab1 | JBA01068 | Gwendolyn | Marchand | Allstate |
| Ab1 | JBA01096 | Lorrie | Pierce | Allstate |
| Ab1 | JBA01215 | Bernice | Jones | Allstate |
| Ab1 | JBA01323 | Evelyn | Solis | Allstate |
| Ab1 | JBA01394 | Bernadette | Mansion | Allstate |
| Ab1 | JBA01437-01 | Rosa | Bynum | Allstate |
| Ab1 | JBA01522 | Sylvia | Poindexter | Allstate |
| Ab1 | JBA01580 | Marlo | Solomon | Allstate |
| Ab1 | JBA01592-02 | Henrietta | Reed | Allstate |
| Ab1 | JBA01622 | Mildred | Glover | Allstate |
| Ab1 | JBA01650 | Edna | Gabriel | Allstate |
| Ab1 | JBA01856 | John | Dexter | Allstate |
| Ab1 | JBA01966 | Diane | Joseph | Allstate |
| Ab1 | JBA02061 | Asif | Gafur | Allstate |
| Ab1 | JBA02104 | Orbadella | Browder | Allstate |
| Ab1 | JBA02122 | Rollin | Garcia | Allstate |
| Ab1 | JBA02147 | Levi | Howard | Allstate |
| Ab1 | JBA02265 | Mary | Sayles | Allstate |
| Ab1 | JBA02384 | Allan | Katz | Allstate |
| Ab1 | JBA02423 | Louise | Gauthier | Allstate |
| Ab1 | JBA02613 | Vera | Fulton | Allstate |
| Ab1 | JBA02618 | Sylvia | DeFlanders | Allstate |
| Ab1 | JBA02629 | Andrew | Berry | Allstate |
| Ab1 | JBA02690 | Mary | Herring | Allstate |
| Ab1 | JBA02752 | Jenifer | Valdery-Martin | Allstate |
| Ab1 | JBA02803 | Harriet | Butler | Allstate |
| Ab1 | JBA03025 | Vera | McGuire | Allstate |
| Ab1 | JBA03082 | Alice | Dabney | Allstate |
| Ab1 | JBA03106 | Janice | Lee | Allstate |
| Ab1 | JBA02774 | Alfredia | Williams | American Security |
| Ab1 | JBA00668 | Diana | Spriggens | ANPAC |
| Ab1 | JBA00668-04 | Diana | Spriggens | ANPAC |
| Ab1 | JBA00668-05 | Diana | Spriggens | ANPAC |
| Ab1 | JBA00668-06 | Diana | Spriggens | ANPAC |
| Ab1 | JBA02593 | Willie | Smith | ANPAC |
| Ab1 | JBA01607 | Yvette | Bowens-Foster | Encompass |
| Ab1 | JBA01947 | Phern | Ware | Encompass |
| Ab1 | JBA02245 | Adelaide | Bassich | Encompass |
| Ab1 | JBA02758 | Linda | Trusclair | Encompass |
| Ab1 | JBA02969 | Deonne | Jones-Blunt | Encompass |
| Ab1 | JBA00867 | Paul | Cosma | Essex/Markel |
| Ab1 | JBA00452 | Willis | Marguerite | Fidelity |
| Ab1 | JBA00798 | Paula | Laborde | Fireman's Fund |
| Ab1 | JBA01699 | Patricia | Robinson | Hanover |


EXHIBIT 1

| Ab1 | JBA01846    | Lawrence  | Despenza    | Homesite    |
|-----|-------------|-----------|-------------|-------------|
| Ab1 | JBA01185    | Claudie   | Rufus       | Kemper      |
| Ab1 | JBA00029    | Brenda    | Chambers    | LA Citizens |
| Ab1 | JBA00036    | Deloris   | Powell      | LA Citizens |
| Ab1 | JBA00081    | Linda     | Butler      | LA Citizens |
| Ab1 | JBA00259    | Stanley   | Doucette    | LA Citizens |
| Ab1 | JBA00287-04 | Zandra    | Davenport   | LA Citizens |
| Ab1 | JBA00297    | Valerie   | Chriss      | LA Citizens |
| Ab1 | JBA00378-01 | Ira       | Bennet      | LA Citizens |
| Ab1 | JBA00396    | Amy       | Green       | LA Citizens |
| Ab1 | JBA00403    | Frances   | Palmer      | LA Citizens |
| Ab1 | JBA00432    | Gregory   | Thompson    | LA Citizens |
| Ab1 | JBA00439    | Albert    | Johnson     | LA Citizens |
| Ab1 | JBA00508    | Ollie     | Handy       | LA Citizens |
| Ab1 | JBA00604    | Ralph     | Klafert     | LA Citizens |
| Ab1 | JBA00634    | Johanas   | Luckett     | LA Citizens |
| Ab1 | JBA00636    | Angela    | Kirkland    | LA Citizens |
| Ab1 | JBA00684    | Linda     | Victor      | LA Citizens |
| Ab1 | JBA00701    | Mercedes  | Collins     | LA Citizens |
| Ab1 | JBA00719    | Beverly   | KuyKendall  | LA Citizens |
| Ab1 | JBA00780    | Alberta   | Holland     | LA Citizens |
| Ab1 | JBA00803    | Hattie    | Marine      | LA Citizens |
| Ab1 | JBA00809    | Saul      | Welmer      | LA Citizens |
| Ab1 | JBA00822    | Patricia  | Noble       | LA Citizens |
| Ab1 | JBA00850    | Paul      | Dominguez   | LA Citizens |
| Ab1 | JBA00904    | Albert    | Barard      | LA Citizens |
| Ab1 | JBA00907    | Nina      | Trask       | LA Citizens |
| Ab1 | JBA00925    | Marie     | Moss        | LA Citizens |
| Ab1 | JBA00956    | Mae       | Singleton   | LA Citizens |
| Ab1 | JBA00990    | Sebastion | Weston      | LA Citizens |
| Ab1 | JBA01014    | Bruce     | Burley      | LA Citizens |
| Ab1 | JBA01059    | Lydia     | Hunter      | LA Citizens |
| Ab1 | JBA01139-01 | Darrell   | Mellion     | LA Citizens |
| Ab1 | JBA01261    | Ollie     | Smith       | LA Citizens |
| Ab1 | JBA01302    | Earl      | Brown       | LA Citizens |
| Ab1 | JBA01328    | Linda     | Tyler       | LA Citizens |
| Ab1 | JBA01329    | Deborah   | McIntosh    | LA Citizens |
| Ab1 | JBA01332    | Leon      | Honore      | LA Citizens |
| Ab1 | JBA01351    | Lauren    | Magee       | LA Citizens |
| Ab1 | JBA01373    | Katherine | Franklin    | LA Citizens |
| Ab1 | JBA01463    | Ronald    | Dendinger   | LA Citizens |
| Ab1 | JBA01483    | Terrance  | Boyd        | LA Citizens |
| Ab1 | JBA01535    | Ayana     | Jackson     | LA Citizens |
| Ab1 | JBA01587    | Frances   | King        | LA Citizens |
| Ab1 | JBA01631    | Brenda    | Brown       | LA Citizens |
| Ab1 | JBA01680    | Earl      | Dejan       | LA Citizens |
| Ab1 | JBA01685    | Sandra    | Norman      | LA Citizens |
| Ab1 | JBA01750    | Latasha   | Skidmore    | LA Citizens |
| Ab1 | JBA01783    | Bronnicia | Jones-Beach | LA Citizens |
| Ab1 | JBA01841    | Sylvia    | Mitchell    | LA Citizens |
| Ab1 | JBA01859    | Marlene   | Jones       | LA Citizens |
| Ab1 | JBA01893    | Lynda     | Dyer        | LA Citizens |

| Ab1 | JBA01946 | Shawnell | Ware | LA Citizens |
|---|---|---|---|---|
| Ab1 | JBA01998 | Walter | Mitchell | LA Citizens |
| Ab1 | JBA02005 | Rosalind | Thomas | LA Citizens |
| Ab1 | JBA02082 | Angela | Williams | LA Citizens |
| Ab1 | JBA02086 | Dionnlyn | Sampson | LA Citizens |
| Ab1 | JBA02127 | Jules | Martin | LA Citizens |
| Ab1 | JBA02135 | Egan | Edward | LA Citizens |
| Ab1 | JBA02188 | Gaynell | Fouchea-Golden | LA Citizens |
| Ab1 | JBA02221 | Lois | Neville | LA Citizens |
| Ab1 | JBA02225 | Suzzette | Kelley | LA Citizens |
| Ab1 | JBA02255 | Gail | Thornton-Collins | LA Citizens |
| Ab1 | JBA02308 | Darensbourg | Walter | LA Citizens |
| Ab1 | JBA02314 | Robin | Fabre | LA Citizens |
| Ab1 | JBA02370 | Bernadette | Woods | LA Citizens |
| Ab1 | JBA02441 | Carlita | Washington | LA Citizens |
| Ab1 | JBA02459 | Theodore | Young | LA Citizens |
| Ab1 | JBA02503 | Shalone | Lloyd-Iglus | LA Citizens |
| Ab1 | JBA02544-02 | Margaret | Polk | LA Citizens |
| Ab1 | JBA02594 | Melba | Williams-Hopper | LA Citizens |
| Ab1 | JBA02651-03 | Rose | Landry | LA Citizens |
| Ab1 | JBA02662 | Lois | Mike | LA Citizens |
| Ab1 | JBA02663 | Ruby | Williams | LA Citizens |
| Ab1 | JBA02679 | Melba | Leggett-Barnes | LA Citizens |
| Ab1 | JBA02772 | Shranda | Brown | LA Citizens |
| Ab1 | JBA02827 | Alvarez | Brown | LA Citizens |
| Ab1 | JBA02833 | Nataisha | Holland | LA Citizens |
| Ab1 | JBA02868 | Monique | Williams-Bennette | LA Citizens |
| Ab1 | jba02936 | Sandra | Thompson | LA Citizens |
| Ab1 | JBA02948-02 | Errol | Owens | LA Citizens |
| Ab1 | JBA02953-01 | Joann | Davis | LA Citizens |
| Ab1 | JBA03005 | Marie | Poole | LA Citizens |
| Ab1 | JBA03046 | Glenn | Summers | LA Citizens |
| Ab1 | JBA03073 | Kenneth | Hall | LA Citizens |
| Ab1 | JBA03078 | Johnnie | Davenport | LA Citizens |
| Ab1 | JBA03080 | Thelma | Griffith | LA Citizens |
| Ab1 | JBA00016 | Gianna | Collura | Lafayette/United Fire |
| Ab1 | JBA00135 | Karen | Lewis | Lafayette/United Fire |
| Ab1 | JBA00154 | Lynn | Murphy | Lafayette/United Fire |
| Ab1 | JBA00190 | Lyvette | Rivers | Lafayette/United Fire |
| Ab1 | JBA00252 | Duane | Dennis | Lafayette/United Fire |
| Ab1 | JBA00373 | Connie | Reine | Lafayette/United Fire |
| Ab1 | JBA00379 | Harold | Landry | Lafayette/United Fire |
| Ab1 | JBA00387-03 | Thurman | Kaiser | Lafayette/United Fire |
| Ab1 | JBA00480 | Dora | Weathersby | Lafayette/United Fire |
| Ab1 | JBA00496 | Larry | Marcelin | Lafayette/United Fire |
| Ab1 | JBA00583 | Brenda | Shepherd/Douglas | Lafayette/United Fire |
| Ab1 | JBA00584 | Elton | Carney | Lafayette/United Fire |
| Ab1 | JBA00599 | George | Martin Sr. | Lafayette/United Fire |
| Ab1 | JBA00619 | Joseph | LeBlanc | Lafayette/United Fire |
| Ab1 | JBA00721-02 | Natalie | Lockett | Lafayette/United Fire |
| Ab1 | JBA00763-01 | Willie | Spears | Lafayette/United Fire |
| Ab1 | JBA00806 | Kim | Davis | Lafayette/United Fire |

| Ab1 | JBA00816 | Beatrice | Haynes | Lafayette/United Fire |
|---|---|---|---|---|
| Ab1 | JBA00821 | LaTonya | Dandridge | Lafayette/United Fire |
| Ab1 | JBA00837 | Irwin | Holmes | Lafayette/United Fire |
| Ab1 | JBA00887 | Sandra | Floyd | Lafayette/United Fire |
| Ab1 | JBA00928 | Josephine | Glowacki | Lafayette/United Fire |
| Ab1 | JBA01042 | Joan | Collins | Lafayette/United Fire |
| Ab1 | JBA01100 | Cathleen | Baudy | Lafayette/United Fire |
| Ab1 | JBA01112 | Rosemary | Goines | Lafayette/United Fire |
| Ab1 | JBA01147 | Vanessa | Carter | Lafayette/United Fire |
| Ab1 | JBA01170 | Marion | Williams | Lafayette/United Fire |
| Ab1 | JBA01182 | Barbara | Turnbow | Lafayette/United Fire |
| Ab1 | JBA01184 | Shirley | Edwards | Lafayette/United Fire |
| Ab1 | JBA01217 | Elois | Bell | Lafayette/United Fire |
| Ab1 | JBA01262 | Mildred | Blakes | Lafayette/United Fire |
| Ab1 | JBA01300 | Kim | Stovall | Lafayette/United Fire |
| Ab1 | JBA01350 | Janice | Shaw | Lafayette/United Fire |
| Ab1 | JBA01352 | Idella | Magee | Lafayette/United Fire |
| Ab1 | JBA01387 | Isabell | Smothers | Lafayette/United Fire |
| Ab1 | JBA01395 | Dorothy | Barnes | Lafayette/United Fire |
| Ab1 | JBA01413 | Audrey | Lackings | Lafayette/United Fire |
| Ab1 | JBA01456 | Rose | Woods | Lafayette/United Fire |
| Ab1 | JBA01735 | Cedric | Simmons | Lafayette/United Fire |
| Ab1 | JBA01780 | Deidre | Thompson | Lafayette/United Fire |
| Ab1 | JBA01811 | Earl | Veal | Lafayette/United Fire |
| Ab1 | JBA01931 | Ida Mae | Johnson | Lafayette/United Fire |
| Ab1 | JBA01969-01 | Henry | Irvin | Lafayette/United Fire |
| Ab1 | JBA01980 | John | Lindsey | Lafayette/United Fire |
| Ab1 | JBA01985 | Regina | Thomas | Lafayette/United Fire |
| Ab1 | JBA02059 | Yvonne | Seale | Lafayette/United Fire |
| Ab1 | JBA02091 | Henry | Blount | Lafayette/United Fire |
| Ab1 | JBA02199-02 | James | Amerson | Lafayette/United Fire |
| Ab1 | JBA02437 | Ingrid | Williams | Lafayette/United Fire |
| Ab1 | JBA02498 | Samuel | Moore | Lafayette/United Fire |
| Ab1 | JBA02523 | Ralph | Morris | Lafayette/United Fire |
| Ab1 | JBA02617-01 | Helen | Christoff | Lafayette/United Fire |
| Ab1 | JBA02636-02 | Mildred | Brown | Lafayette/United Fire |
| Ab1 | JBA02648 | Waldon | Vagas | Lafayette/United Fire |
| Ab1 | JBA02685 | Marlene | Womble | Lafayette/United Fire |
| Ab1 | JBA02688 | Victor | Colombo | Lafayette/United Fire |
| Ab1 | JBA02713 | Louise | Armstrong | Lafayette/United Fire |
| Ab1 | JBA02791 | Qudia | Haggins | Lafayette/United Fire |
| Ab1 | JBA02893 | Jewel | Jones-Graves | Lafayette/United Fire |
| Ab1 | JBA02902 | Calvin | Russell | Lafayette/United Fire |
| Ab1 | JBA02903 | Earline | Dukes | Lafayette/United Fire |
| Ab1 | JBA02928-02 | John | Davis | Lafayette/United Fire |
| Ab1 | JBA03006 | Mariano | Martinez | Lafayette/United Fire |
| Ab1 | JBA03014 | Carl | Hunter | Lafayette/United Fire |
| Ab1 | JBA03058 | Brenda | Mills | Lafayette/United Fire |
| Ab1 | JBA03059 | Sadie | Tucker | Lafayette/United Fire |
| Ab1 | JBA03093 | Elaine | Steward | Lafayette/United Fire |
| Ab1 | JBA03093-02 | Elaine | Steward | Lafayette/United Fire |
| Ab1 | JBA03155 | Alexzine | Fortier | Lafayette/United Fire |

| Ab1 | JBA00107 | Mark | Andry | Lexington |
|---|---|---|---|---|
| Ab1 | JBA00236 | Ellen | Hansen | Lexington |
| Ab1 | JBA00303 | Glenda | Flagge | Lexington |
| Ab1 | JBA00916 | Levada | Smith | Lexington |
| Ab1 | JBA00961 | Judy | Smith | Lexington |
| Ab1 | JBA00968-01 | Austra | Zapata | Lexington |
| Ab1 | JBA01204 | Patrick | Leaper | Lexington |
| Ab1 | JBA01420 | Shandell | Moore | Lexington |
| Ab1 | JBA01604 | Florence | Smith | Lexington |
| Ab1 | JBA01609 | Janice | Haywood | Lexington |
| Ab1 | JBA01821 | Joseph | Turner | Lexington |
| Ab1 | JBA01898 | Mark | James | Lexington |
| Ab1 | JBA02280 | Joseph | Tramontana | Lexington |
| Ab1 | JBA02300 | Andra | Rounds | Lexington |
| Ab1 | JBA02309 | Pamela | George | Lexington |
| Ab1 | JBA02326 | Erin | Hamilton | Lexington |
| Ab1 | JBA02545 | Viola | Galmon | Lexington |
| Ab1 | JBA02700 | James | King | Lexington |
| Ab1 | JBA02918 | Karen | Washington | Lexington |
| Ab1 | JBA03076 | Zaida | Monconduit | Lexington |
| Ab1 | JBA03079 | Salvadore | Cannatella | Lexington |
| Ab1 | JBA03111 | Sylena | Davis | Lexington |
| Ab1 | JBA03127 | Naueedunnisa (navid) | Ahmed | Lexington |
| Ab1 | JBA02072 | Debra | Griffin | Liberty Mutual |
| Ab1 | JBA02182 | John | Holmes | Liberty Mutual |
| Ab1 | JBA00062-01 | Anthony | Pierre | Lloyds of London |
| Ab1 | JBA00062-02 | Anthony | Pierre | Lloyds of London |
| Ab1 | JBA00362 | Phillip | Montgomery | Lloyds of London |
| Ab1 | JBA00911-01 | Peter | Landry | Lloyds of London |
| Ab1 | JBA01187 | Daniel | High | Lloyds of London |
| Ab1 | JBA01592 | Henrietta | Reed | Lloyds of London |
| Ab1 | JBA02050 | Ezeal | Thomas | Lloyds of London |
| Ab1 | JBA00564 | Robert | Bruno | Maryland Casualty |
| Ab1 | JBA01583 | Kathy | Adams | National Lloyds |
| Ab1 | JBA02704 | Tawanza | Butler | Republic |
| Ab1 | JBA00763-02 | Willie | Spears | Scottsdale |
| Ab1 | JBA00290 | Anne | Williams | Security Plan |
| Ab1 | JBA00753 | Mary | Williams | Security Plan |
| Ab1 | JBA01500 | Ernestine | Martin | Security Plan |
| Ab1 | JBA01986 | Steven | Smith | Security Plan |
| Ab1 | JBA02257 | Ruby | Ray | Security Plan |
| Ab1 | JBA02502 | Geraldine | Lastie | Security Plan |
| Ab1 | JBA00046 | Emelda | Gould | St Paul/Travelers |
| Ab1 | JBA00300 | Laurie | Coniglio | St Paul/Travelers |
| Ab1 | JBA00338 | Valerie | Brown | St Paul/Travelers |
| Ab1 | JBA00420-02 | Lynn | Batson | St Paul/Travelers |
| Ab1 | JBA00438 | Edna | Jones | St Paul/Travelers |
| Ab1 | JBA00461 | Iris | Maney/White | St Paul/Travelers |
| Ab1 | JBA01088-01 | Vernice | Woodard | St Paul/Travelers |
| Ab1 | JBA01605 | Dorothy | Johnson | St Paul/Travelers |
| Ab1 | JBA01973 | Obra | Melancon | St Paul/Travelers |
| Ab1 | JBA02003 | Warren | Schmitt | St Paul/Travelers |

| | | | | |
|---|---|---|---|---|
| Ab1 | JBA02026 | Gail | Stewart | St Paul/Travelers |
| Ab1 | JBA02141 | Helen | Alexander | St Paul/Travelers |
| Ab1 | JBA02234 | Bertha | Johnson | St Paul/Travelers |
| Ab1 | JBA02339 | Margaret | Gaskin | St Paul/Travelers |
| Ab1 | JBA02446 | Robert | Nunez | St Paul/Travelers |
| Ab1 | JBA02516 | Eileen | Victor | St Paul/Travelers |
| Ab1 | JBA02540 | Gladys | Ramsey | St Paul/Travelers |
| Ab1 | JBA02655 | Lloyd | Lockett | St Paul/Travelers |
| Ab1 | JBA02693 | James | Russell | St Paul/Travelers |
| Ab1 | JBA02753 | Laura | LePage | St Paul/Travelers |
| Ab1 | JBA02790 | Ruth | Butler | St Paul/Travelers |
| Ab1 | JBA02828 | Carl | Johnson | St Paul/Travelers |
| Ab1 | JBA03115 | Curtis | Jones | St Paul/Travelers |
| Ab1 | JBB00106 | Susan | Bienvenu | St Paul/Travelers |
| Ab1 | JBA00980 | David | O'Neal | ZC Sterling |
| Ab2 | JBA06088 | Bonita | Gordon | AAA |
| Ab2 | JBA06363 | Carolyn | Reed | AAA |
| Ab2 | JBA07135 | Kyron | Lyons | AAA |
| Ab2 | JBA07274 | William | Morgan | AAA |
| Ab2 | JBA07372 | Joseph | Terrell | AAA |
| Ab2 | JBA07391 | Sabrina | Smith | AAA |
| Ab2 | JBA06413 | Cynthia | Poree | Aegis |
| Ab2 | JBA02471 | John | Phillips | Allstate |
| Ab2 | JBA02742 | Dianne | Harvey | Allstate |
| Ab2 | JBA02749 | Marilyn | Bourgeois | Allstate |
| Ab2 | JBA02807 | George | Williams | Allstate |
| Ab2 | JBA03268 | Diane | Lawless | Allstate |
| Ab2 | JBA03291 | Percy | Vaughn | Allstate |
| Ab2 | JBA03295 | Milton | Carr | Allstate |
| Ab2 | JBA03360 | Carl | Wharton | Allstate |
| Ab2 | JBA03380-01 | LUCILLE | JOHNSON | Allstate |
| Ab2 | JBA03408 | Robert | Richardson | Allstate |
| Ab2 | JBA03457 | Ethel | Laviolette | Allstate |
| Ab2 | JBA03522-01 | Carolyn | Kitchen | Allstate |
| Ab2 | JBA03621 | Agnes | Handy | Allstate |
| Ab2 | JBA03627 | Gwendolyn | Smith | Allstate |
| Ab2 | JBA03683 | Altie Mae | Bridges | Allstate |
| Ab2 | JBA03698 | Melissa | Moore | Allstate |
| Ab2 | JBA03707 | Linda | Lee | Allstate |
| Ab2 | JBA03871 | Deborah | Fortner | Allstate |
| Ab2 | JBA03947 | DEIDRA | MATHIS | Allstate |
| Ab2 | JBA04039 | Viola | Demouchet | Allstate |
| Ab2 | JBA04040 | Diana | Fizer | Allstate |
| Ab2 | JBA04042 | Arle | Thomas | Allstate |
| Ab2 | JBA04071 | Rita | Coupel | Allstate |
| Ab2 | JBA04085 | Craig | Polk | Allstate |
| Ab2 | JBA04107 | Roosevelt | Turner | Allstate |
| Ab2 | JBA04158 | Calvin | Schnyder | Allstate |
| Ab2 | JBA04231 | Nathaniel | McGowan | Allstate |
| Ab2 | JBA04240 | Hazel | Davis | Allstate |
| Ab2 | JBA04326 | Larris | Galmon | Allstate |
| Ab2 | JBA04365 | Justin | Serpas | Allstate |

| Ab2 | JBA04366 | Debra | Alfonso | Allstate |
|---|---|---|---|---|
| Ab2 | JBA04366-02 | Debra | Alfonso | Allstate |
| Ab2 | JBA04380 | Zelder | Edwards | Allstate |
| Ab2 | JBA04400 | Barbara | Sutherland | Allstate |
| Ab2 | JBA04430 | Juanita | Jackson | Allstate |
| Ab2 | JBA04525 | Alex | Kelson | Allstate |
| Ab2 | JBA04545-01 | Wanda | Beaulieu | Allstate |
| Ab2 | JBA04546 | Betty | Thomas-Ledet | Allstate |
| Ab2 | JBA04550 | Claudia | Brown | Allstate |
| Ab2 | JBA04654 | Norma | Wimbish | Allstate |
| Ab2 | JBA04754 | Dorothy | Hart-Manuel | Allstate |
| Ab2 | JBA04806 | Alike | Verrett | Allstate |
| Ab2 | JBA04816 | Paul | Alexander | Allstate |
| Ab2 | JBA04835 | Vanessa | Roche | Allstate |
| Ab2 | JBA04844 | Rita | Caldwell | Allstate |
| Ab2 | JBA04852 | Janice | Picou | Allstate |
| Ab2 | JBA04882 | Perry | Courseault | Allstate |
| Ab2 | JBA04899 | Katrina | Williams | Allstate |
| Ab2 | JBA04996 | Delorita | Honore | Allstate |
| Ab2 | JBA05051 | Albert | Barns | Allstate |
| Ab2 | JBA05142 | Tonya | Seager | Allstate |
| Ab2 | JBA05167 | Patricia | Bivins | Allstate |
| Ab2 | JBA05186 | Sybil | Edwards | Allstate |
| Ab2 | JBA05238 | Ruby | Patterson | Allstate |
| Ab2 | JBA05301 | Verna | Ancar | Allstate |
| Ab2 | JBA05311 | Ovida | Kuss | Allstate |
| Ab2 | JBA05351 | Leslie | Baker | Allstate |
| Ab2 | JBA05368 | Brenda | Durden | Allstate |
| Ab2 | JBA05439 | Vincent | Prevost | Allstate |
| Ab2 | JBA05506 | Glenda | Morton-Lyons | Allstate |
| Ab2 | JBA05578 | Mattie | Miller | Allstate |
| Ab2 | JBA05793 | Anita | Williams | Allstate |
| Ab2 | JBA05858 | Danielle | James | Allstate |
| Ab2 | JBA05859 | Emanuel | Maire | Allstate |
| Ab2 | JBA05943 | Earline | Davis | Allstate |
| Ab2 | JBA06083 | Donna | Fournier | Allstate |
| Ab2 | JBA06224-03 | Davis | Decareaux | Allstate |
| Ab2 | JBA06287 | Janet | Towns | Allstate |
| Ab2 | JBA06289 | Rhowena | Burrell | Allstate |
| Ab2 | JBA06300 | Adrienne | Cappie | Allstate |
| Ab2 | JBA06445 | Brenda | Benoit | Allstate |
| Ab2 | JBA06484 | Gloria | Genovese | Allstate |
| Ab2 | JBA06499 | Melinda | Doucette | Allstate |
| Ab2 | JBA06500 | Linda | DeCuir | Allstate |
| Ab2 | JBA07026 | Helen | Magee | Allstate |
| Ab2 | JBA07325 | Pamela | Clark | Allstate |
| Ab2 | JBA07392 | Rita | Sperber | Allstate |
| Ab2 | JBA07432 | Kimberly | Robertson | Allstate |
| Ab2 | JBA07488 | Gloria | Malter | Allstate |
| Ab2 | JBA04512 | Detrina | Green | American Family |
| Ab2 | JBA05541 | Sheila | Cobbs | American Family |
| Ab2 | JBA05844 | Catrice | Collins-Washington | American Family |

| Ab2 | JBA05881    | Joe-Anna  | St. Cyr          | American Family |
|-----|-------------|-----------|------------------|-----------------|
| Ab2 | JBA03161    | YVONNE    | BRADLEY          | Encompass       |
| Ab2 | JBA05125    | Elizabeth | Alford           | Encompass       |
| Ab2 | JBA05433    | Lawrence  | Uhde             | Encompass       |
| Ab2 | JBA05511-01 | Warren    | Dolese           | Encompass       |
| Ab2 | JBA06103    | Sylvia    | Dobard           | Encompass       |
| Ab2 | JBA06120    | Elwood    | Sigur            | Encompass       |
| Ab2 | JBA07144    | Shirley   | Castigliola      | Encompass       |
| Ab2 | JBA03545-02 | Gaynell   | Jenkins          | Essex/Markel    |
| Ab2 | JBA03827    | Patrice   | August-Louper    | Fidelity        |
| Ab2 | JBA04114    | Larry     | LaFrance         | Fidelity        |
| Ab2 | JBA07066    | Kevin     | Stovall          | Fidelity        |
| Ab2 | JBA07324    | Betty Ann | Dunn             | Fireman's Fund  |
| Ab2 | JBA04496-03 | Linda     | Papania          | Hanover         |
| Ab2 | JBA04496-04 | Linda     | Papania          | Hanover         |
| Ab2 | JBA06251    | Ophelia   | Green            | Hanover         |
| Ab2 | JBA04704    | Helen     | Honore           | Hartford        |
| Ab2 | JBA06299    | Willard   | Dickinson        | Hartford        |
| Ab2 | JBA04076    | Gregory   | Toefield         | Homesite        |
| Ab2 | JBA05249    | Norman    | Smith            | Homesite        |
| Ab2 | JBA05567    | Barbara   | McMillon         | Homesite        |
| Ab2 | JBA03774    | Adolph    | Lewis            | Horace Mann     |
| Ab2 | JBA02377    | Joseph    | Hebert           | LA Citizens     |
| Ab2 | JBA02843    | Odell     | Leverette        | LA Citizens     |
| Ab2 | JBA03189    | AJILEA    | Lawrence         | LA Citizens     |
| Ab2 | JBA03210-02 | Elvia     | Autry            | LA Citizens     |
| Ab2 | JBA03247    | Lucius    | Thompson         | LA Citizens     |
| Ab2 | JBA03248    | Mary      | Verrett          | LA Citizens     |
| Ab2 | JBA03264    | Angela    | Long             | LA Citizens     |
| Ab2 | JBA03279    | Delene    | Torrey           | LA Citizens     |
| Ab2 | JBA03291-02 | Percy     | Vaughn           | LA Citizens     |
| Ab2 | JBA03404    | Alferd    | Moliere          | LA Citizens     |
| Ab2 | JBA03417    | Cindy     | McGinnis         | LA Citizens     |
| Ab2 | JBA03439-03 | AUDREY    | ROLLAND          | LA Citizens     |
| Ab2 | JBA03451    | Mia       | Harris           | LA Citizens     |
| Ab2 | JBA03603    | Johnny    | DeClouet         | LA Citizens     |
| Ab2 | JBA03655    | ANDREA    | THOMAS           | LA Citizens     |
| Ab2 | JBA03727    | Linda     | Hatcher          | LA Citizens     |
| Ab2 | JBA03744    | Lilly     | Lloyd            | LA Citizens     |
| Ab2 | JBA03795    | ISABEL    | MORALES          | LA Citizens     |
| Ab2 | JBA03816    | Joseph    | Mitchell         | LA Citizens     |
| Ab2 | JBA03841    | ENOLA     | WINFIELD-SHIELDS | LA Citizens     |
| Ab2 | JBA03886    | Kenneth   | Cowart           | LA Citizens     |
| Ab2 | JBA03915    | Jean      | Phillip          | LA Citizens     |
| Ab2 | JBA03946    | Sterling  | Williams         | LA Citizens     |
| Ab2 | JBA04119    | Victory   | Walace-Taylor    | LA Citizens     |
| Ab2 | JBA04144    | Kris      | Drummond         | LA Citizens     |
| Ab2 | JBA04206    | Chanel    | Watson           | LA Citizens     |
| Ab2 | JBA04222    | Joycelyn  | Encalade         | LA Citizens     |
| Ab2 | JBA04417-02 | Tanya     | Jones            | LA Citizens     |
| Ab2 | JBA04454    | Tremayne  | Smith            | LA Citizens     |
| Ab2 | JBA04461    | John      | Aaron            | LA Citizens     |

| Ab2 | JBA04575 | Ocenetta | William | LA Citizens |
|---|---|---|---|---|
| Ab2 | JBA04609 | LaDonya | Robinson | LA Citizens |
| Ab2 | JBA04778 | Keyosa | Dilosa | LA Citizens |
| Ab2 | JBA04862 | Toye | Laugand | LA Citizens |
| Ab2 | JBA04930 | Royal | Neville | LA Citizens |
| Ab2 | JBA04968-04 | Donald | Moore | LA Citizens |
| Ab2 | JBA05162 | Ozzie | Ball | LA Citizens |
| Ab2 | JBA05244 | George | Reed | LA Citizens |
| Ab2 | JBA05304 | Kevin | Moses | LA Citizens |
| Ab2 | JBA05376 | Edna | Bethancourt-Harris | LA Citizens |
| Ab2 | JBA05394 | Vernon | Dotson | LA Citizens |
| Ab2 | JBA05447-02 | Gwangi | Richardson-Alston | LA Citizens |
| Ab2 | JBA05586 | Hubert | Sentino | LA Citizens |
| Ab2 | JBA05630 | Alvin | Johnson | LA Citizens |
| Ab2 | JBA05652 | Armythean | Joseph | LA Citizens |
| Ab2 | JBA05770 | John | Hale | LA Citizens |
| Ab2 | JBA05927 | Leola | Brown | LA Citizens |
| Ab2 | JBA05989 | Linda | Veal | LA Citizens |
| Ab2 | JBA06109 | Gwendolyn | Johnson | LA Citizens |
| Ab2 | JBA06152 | Corey | Provost | LA Citizens |
| Ab2 | JBA06301 | Corshika | Henry | LA Citizens |
| Ab2 | JBA06308 | Ralph | Haynes | LA Citizens |
| Ab2 | JBA06344 | Gene | Eugene | LA Citizens |
| Ab2 | JBA07042 | George | Poche | LA Citizens |
| Ab2 | JBA07108 | Cung | Nguyen | LA Citizens |
| Ab2 | JBA07111 | Sharon | Merrick | LA Citizens |
| Ab2 | JBA07128 | Alonzo | Frye | LA Citizens |
| Ab2 | JBA07249 | Nathedra | White | LA Citizens |
| Ab2 | JBA07367 | Joyce | Ison | LA Citizens |
| Ab2 | JBA07384 | Kenneth | Mitchell | LA Citizens |
| Ab2 | JBA02719 | Clinton | Steward | Lafayette/United Fire |
| Ab2 | JBA02743 | Joan | Kenney | Lafayette/United Fire |
| Ab2 | JBA02812 | Leroy | Smith | Lafayette/United Fire |
| Ab2 | JBA03153-01 | Oliver | Jackson | Lafayette/United Fire |
| Ab2 | JBA03224-02 | Mark | Braud | Lafayette/United Fire |
| Ab2 | JBA03239 | Veraniece | Knoten | Lafayette/United Fire |
| Ab2 | JBA03461 | Cynthia | Simmons | Lafayette/United Fire |
| Ab2 | JBA03479 | Calvin | Martin | Lafayette/United Fire |
| Ab2 | JBA03507 | DEBRA | SMITH | Lafayette/United Fire |
| Ab2 | JBA03520 | ANGELA | THIBODEAUX | Lafayette/United Fire |
| Ab2 | JBA03718 | Claudette | Huntington | Lafayette/United Fire |
| Ab2 | JBA03734 | W | Simmons | Lafayette/United Fire |
| Ab2 | JBA03879 | Catherine | Quinn | Lafayette/United Fire |
| Ab2 | JBA03937 | Arica | Nero | Lafayette/United Fire |
| Ab2 | JBA03972 | David | Quintini | Lafayette/United Fire |
| Ab2 | JBA04036 | BETTY | SALCEDO | Lafayette/United Fire |
| Ab2 | JBA04078 | Claudette | McKnight | Lafayette/United Fire |
| Ab2 | JBA04202 | Inell | Gabriel | Lafayette/United Fire |
| Ab2 | JBA04213 | Joycelyn | Hines | Lafayette/United Fire |
| Ab2 | JBA04227 | James | Walsdorf | Lafayette/United Fire |
| Ab2 | JBA04242 | Irma | Tross | Lafayette/United Fire |
| Ab2 | JBA04249 | Lionel | Simms | Lafayette/United Fire |

| | | | | |
|---|---|---|---|---|
| Ab2 | JBA04302 | Gladys | Rayfield | Lafayette/United Fire |
| Ab2 | JBA04346-01 | Iris | Chester | Lafayette/United Fire |
| Ab2 | JBA04346-02 | Iris | Chester | Lafayette/United Fire |
| Ab2 | JBA04346-03 | Iris | Chester | Lafayette/United Fire |
| Ab2 | JBA04443 | Bernadette | Jones | Lafayette/United Fire |
| Ab2 | JBA04449 | Leah | Augustine | Lafayette/United Fire |
| Ab2 | JBA04484 | Monroe | Smith | Lafayette/United Fire |
| Ab2 | JBA04497 | Margie | Gillard | Lafayette/United Fire |
| Ab2 | JBA04537 | Wilson | Jones | Lafayette/United Fire |
| Ab2 | JBA04547 | Louis | Brown | Lafayette/United Fire |
| Ab2 | JBA04710 | Maeola | Thompson | Lafayette/United Fire |
| Ab2 | JBA04715 | Edna | Jackson | Lafayette/United Fire |
| Ab2 | JBA04751 | Carl | Augustine | Lafayette/United Fire |
| Ab2 | JBA04796 | Paula | Miller | Lafayette/United Fire |
| Ab2 | JBA04819 | O'Neal | Merrick | Lafayette/United Fire |
| Ab2 | JBA04884 | Albert | Jones | Lafayette/United Fire |
| Ab2 | JBA05004 | Jim | Guarino | Lafayette/United Fire |
| Ab2 | JBA05009 | Katrina | Foots-Riley | Lafayette/United Fire |
| Ab2 | JBA05055 | Rosetta | Allen | Lafayette/United Fire |
| Ab2 | JBA05107 | Tyrone | Thompson | Lafayette/United Fire |
| Ab2 | JBA05228 | Viola | Mimms | Lafayette/United Fire |
| Ab2 | JBA05254-02 | Kathy | Vignaud | Lafayette/United Fire |
| Ab2 | JBA05269 | Antoinette | Franklin | Lafayette/United Fire |
| Ab2 | JBA05298 | Wilhelmina | Briggs | Lafayette/United Fire |
| Ab2 | JBA05324 | Jean | Jones | Lafayette/United Fire |
| Ab2 | JBA05396 | Evelyn | Reese | Lafayette/United Fire |
| Ab2 | JBA05412 | Ruby | Proctor | Lafayette/United Fire |
| Ab2 | JBA05428 | Lindell | Silas | Lafayette/United Fire |
| Ab2 | JBA05484 | Paulette | Riley | Lafayette/United Fire |
| Ab2 | JBA05492 | Doris | Lewis | Lafayette/United Fire |
| Ab2 | JBA05493 | Nellie | Henry | Lafayette/United Fire |
| Ab2 | JBA05547 | Elodie | Anderson | Lafayette/United Fire |
| Ab2 | JBA05572 | Ann | Parfaite | Lafayette/United Fire |
| Ab2 | JBA05594 | Matthew | Short | Lafayette/United Fire |
| Ab2 | JBA05606 | David | Gauthier | Lafayette/United Fire |
| Ab2 | JBA05760 | Fannie | Wells | Lafayette/United Fire |
| Ab2 | JBA05980 | Mildred | Williams | Lafayette/United Fire |
| Ab2 | JBA06043 | Glen | Gordon | Lafayette/United Fire |
| Ab2 | JBA06067 | Victoria | Brady | Lafayette/United Fire |
| Ab2 | JBA06098 | Leanidous | Washington | Lafayette/United Fire |
| Ab2 | JBA06154 | Rachel | Lee | Lafayette/United Fire |
| Ab2 | JBA06191 | Myrtle | White | Lafayette/United Fire |
| Ab2 | JBA06227 | Joycelyn | Labostrie | Lafayette/United Fire |
| Ab2 | JBA06317 | Ruth | Yonta-Mitchell | Lafayette/United Fire |
| Ab2 | JBA06320 | Charles | Curtis | Lafayette/United Fire |
| Ab2 | JBA06367 | Votano Trust Et AL | Vittorio Alberto | Lafayette/United Fire |
| Ab2 | JBA06465 | Connie | Lyons | Lafayette/United Fire |
| Ab2 | JBA06980 | Mary | Brown | Lafayette/United Fire |
| Ab2 | JBA07033 | Earl | Sumler | Lafayette/United Fire |
| Ab2 | JBA07080 | Henry | Grant | Lafayette/United Fire |
| Ab2 | JBA07132 | Alexander | Smith | Lafayette/United Fire |
| Ab2 | JBA07155 | Emilia | Carney | Lafayette/United Fire |

| Ab2 | JBA07161 | Elizabeth | Catalanotto | Lafayette/United Fire |
|---|---|---|---|---|
| Ab2 | JBA03335 | YADIRA | PAGAN | Lexington |
| Ab2 | JBA03361 | HERBERT | BANKS | Lexington |
| Ab2 | JBA03646 | Chantrell | Causey | Lexington |
| Ab2 | JBA04129 | Regina | Guter | Lexington |
| Ab2 | JBA04608 | Joe | Foster | Lexington |
| Ab2 | JBA04921 | Albert | Clivens | Lexington |
| Ab2 | JBA05121 | Edward | Randolph | Lexington |
| Ab2 | JBA05312 | Glenda | Elzy | Lexington |
| Ab2 | JBA05584 | Alton | McKey | Lexington |
| Ab2 | JBA05969 | Demetrias | Temple | Lexington |
| Ab2 | JBA06417 | Tony | Pierre | Lexington |
| Ab2 | JBA06447 | Markethy | McClellan | Lexington |
| Ab2 | JBA07535 | Wendell | Youngblood | Lexington |
| Ab2 | JBA03010 | Dollie | Davis | Liberty Mutual |
| Ab2 | JBA03894 | Betty | Brock | Liberty Mutual |
| Ab2 | JBA03105-01 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-02 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-05 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-06 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-07 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-08 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-09 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-14 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA03105-15 | Advanced | Mortgage | Lloyds of London |
| Ab2 | JBA04403 | Mary Ann | Calloway | Lloyds of London |
| Ab2 | JBA07121 | Annette | Macklin | Lloyds of London |
| Ab2 | JBA05595 | Pearl | Short | National Lloyds |
| Ab2 | JBA07349 | Florence | Delaney | Republic |
| Ab2 | JBA04261 | Caffie | Solomon | Security Plan |
| Ab2 | JBA04476 | Rosa | Young | Security Plan |
| Ab2 | JBA04948 | Mary Agnes | Schroder | Security Plan |
| Ab2 | JBA03309 | Johnnie | Spellman | St Paul/Travelers |
| Ab2 | JBA03336 | JAMES | MONTGOMERY | St Paul/Travelers |
| Ab2 | JBA03372 | BRENDA | DAGGS | St Paul/Travelers |
| Ab2 | JBA03522-02 | Ruth Ann | Kitchen-Louk | St Paul/Travelers |
| Ab2 | JBA03762 | DUANE | FALLS | St Paul/Travelers |
| Ab2 | JBA03773 | Juan | Miguel | St Paul/Travelers |
| Ab2 | JBA04015 | Myrna | Polk | St Paul/Travelers |
| Ab2 | JBA04210 | Eddie | Taylor | St Paul/Travelers |
| Ab2 | JBA04217 | Gertrude | Celius | St Paul/Travelers |
| Ab2 | JBA04294 | Robert | Williams | St Paul/Travelers |
| Ab2 | JBA04348 | Liz | Toles | St Paul/Travelers |
| Ab2 | JBA04582-01 | Melanie | Bean | St Paul/Travelers |
| Ab2 | JBA04582-03 | Melanie | Bean | St Paul/Travelers |
| Ab2 | JBA04596 | Alfred | Royal | St Paul/Travelers |
| Ab2 | JBA04699 | Marie | Henry-Stalberte | St Paul/Travelers |
| Ab2 | JBA04893 | Ralph | Robin | St Paul/Travelers |
| Ab2 | JBA05524 | Edward | White | St Paul/Travelers |
| Ab2 | JBA05539 | Della | Daniels | St Paul/Travelers |
| Ab2 | JBA05783 | Elva | Clavo | St Paul/Travelers |
| Ab2 | JBA06263 | Lawrence | Echar | St Paul/Travelers |

| Ab2 | JBA07021 | Deborah | Coulon | St Paul/Travelers |
|---|---|---|---|---|
| Ab2 | JBA07310 | Ronald | Laporte | St Paul/Travelers |
| Ab2 | JBA07311 | Ronald | Laporte | St Paul/Travelers |
| Ab2 | JBA07335 | Robert | Jenevein | St Paul/Travelers |
| Ab2 | JBA03796 | Mary | Slater | Union National |
| Ab2 | JBA04514 | Elmore | Cook | Union National |
| Ab2 | JBA01630 | Samuel | Kim | Zurich |
| Greely | JBA07554 | Durward | Dunn | Encompass |
| Total | 579 | | | |