**PUBLIC SECTOR SERVICES
CHANGE OF LIMITS ENDORSEMENT —
GENERAL TOTAL LIMIT APPLIES PER PREMISES**

The St Paul

This endorsement changes your Public Entity General Liability Protection.

### How Coverage Is Changed

The following is added to the General total limit section. This change broadens coverage.

*General total limit applies per premises.* The General total limit applies separately to each premises you own, rent, or lease. But only for covered bodily injury, property damage, or medical expenses that result from such premises.

In addition, the General total limit applies separately to all covered personal injury and advertising injury caused by all offenses committed in a policy year. But it applies only once, regardless of the number of premises you own, rent, or lease.

We'll consider all premises which:
- share a common boundary; or
- are divided only by a street or roadway, waterway, or railroad right-of-way;

to be one premises when applying the coverage provided by this endorsement.

### Other Terms

All other terms of your policy remain the same.


EXHIBIT 1

COPY

# PUBLIC ENTITY GENERAL LIABILITY PROTECTION
## COVERAGE SUMMARY

TheStPaul



This Coverage Summary shows the limits of coverage that apply to your Public Entity General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| **General total limit.** | $ | 1,000,000 |
| **Products and completed work total limit.** | $ | 1,000,000 |
| **Personal injury each person limit.** | $ | 1,000,000 |
| **Advertising injury each person limit.** | $ | 1,000,000 |
| **Each event limit.** | $ | 1,000,000 |
| *Failure to supply limit.* | $ | 0 |
| *Medical expenses limit.* | $ | 0 |
| *Premises damage limit.* | $ | 100,000 |
| *Sewer back-up limit.* | $ | 0 |



### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms List.

```
PSS General Liability Self-Insured Retention Endorsement
   Self Insured Retentions
    Personal Injury Each Person Retention:     $50,000
    Advertising Injury Each Person Retention:  $50,000
    Each Event Retention:                      $50,000
     *SIR applies for all G.L. except roads & bridges, existence, maintenance &
      design

   Self Insured Retentions
    Personal Injury Each Person Retention:     $250,000
    Advertising Injury Each Person Retention:  $250,000
    Each Event Retention:                      $250,000
     *SIR applies to roads & bridges, existence, maintenance & design

PSS Described Person Or Organization Endt - Addl Protected Persons
   Described Person or Organization
    Any person or organization is an additional protected person as required
    by covered contract and evidenced by certificate of insurance on file
    with company.
```



EXHIBIT 2

| **Name of Insured** | **Policy Number** GP06300925 | **Effective Date** 11/01/04 |
|---|---|---|
| ORLEANS LEVEE DISTRICT | **Processing Date** 11/19/04  15:29  001 | |

G0208 Ed.10-97 Printed in U.S.A.   Coverage Summary
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved                Page   1

TRV-OLD-00034