**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 28, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: MRGO , Robinson<br>(No. 06-2268) | NO. 05-4182<br><br>SECTION "K"(2) |

### NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Monday, April 27, 2009).
**Court begins at 9:00 a.m. All present and ready.**
**Testimony of Robert Glenn Bea resumes.**
**Court recesses for lunch at 11:45 a.m. Court resumes at 1:19 p.m.**
**Testimony of Robert Glenn Bea resumes.**
**Defts' offered exhibits DX0451, 1715, 1719, 0101, 0412c, 0003, (1740 impeachment exhibit) JX0117. 0069, 0207, 0010, 0118, 0116, 0195, 0242, 0191, admitted.**
**Pltfs' witness, Scott Taylor, sworn and testified.**
**Pltfs' withdraw exhibits PX1719 & 1720 and offered 2157, admitted. Pltfs' withdraw exhibit PX1723 and offered 2156, admitted.**
**Defts' state Offer of Proof on the record regarding exhibits DX0032 & 0033.**
**Defts' offer exhibits DX1739 & PX1713, admitted.**
**Defts' informed the Court that it has just filed a motion for order to show cause why Pltfs' Attorneys' Kea Sherman and Jonathan B. Andry should not be disqualified, record doc. 18696. Court shall decide when a hearing shall be held.**
**Trial is continued until Wednesday, April 29, 2009 at 9:30 a.m. Court adjourns at 5:48 p.m.**

**JS-10 (6:09)**