**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 29, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  MRGO , Robinson<br>(No. 06-2268) | NO. 05-4182<br>SECTION "K"(2) |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Tuesday, April 28, 2009).
**Court begins at 9:36 a.m. All present, however, Court recesses to hear oral argument regarding Defts' motion for order to show cause why Pltfs' Attorneys' Kea Sherman and Jonathan B. Andry should not be disqualified, record doc. 18696.**
**Court resumes at 1:08 p.m.**
**Pltfs' witness, George Kemp, sworn and testified.**
**Pltfs' offer exhibits PX4, 9, 65, 68, 69, 91, thru 94, JX194, PX193, JX211, PX371, 771, 2082 & 2152, admitted.**
**Trial is continued until Thursday, April 30, 2009 at 9:00 a.m.  Court adjourns at  5:38 p.m.**

**JS-10 (5:36)**