**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 30, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                         **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

**PERTAINS TO:  MRGO , Robinson**                          **NO. 05-4182**
**(No. 06-2268)**

                                                         **SECTION "K"(2)**


## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Wednesday, April 29, 2009).
**Court begins at 9:05 a.m. All present and ready.**
**Parties consent to take a witness out of turn.**
**Pltfs' witness, Henry Rodriguez, Jr., sworn and testified.**
**Pltfs' reiterated the exhibits offered during George Kemp's testimony:  PX4, 9, 65, 68, 69, 91,**
**thru 94, JX194, PX193, JX211, PX371, 1771, 2082 & 2152, admitted.**
**Testimony of George Kemp resumes.**
**Court recesses for lunch at  11:57 a.m.   Court resumes at  1:08 p.m.**
**Testimony of George Kemp resumes.**
**Defts' offer exhibits DX1718 (impeachment) & PX91.20, admitted.**
**Pltfs' witnesses, Robert Dalrymple, Gregory Miller, Zoltan Montvai, Gib Owen, Reed Mosher,**
**Elvin Heiberg & John Huerkamp (by depositions).   Pltfs' reaffirm to admit all exhibits that**
**have been referred to during this trial, the Pltfs' witnesses, both fact and expert, as well as to**
**admit the body of exhibits that were listed coming into the courtroom, as both sides did.**
**Pltfs' rest subject to recalling witnesses or calling additional witnesses as rebuttal.**
**Defts' witness, Bruce Ebersole, sworn and testified.**
**Trial is continued until Friday, May 1, 2009 at 9:00 a.m.  Court adjourns at  5:16 p.m.**


**JS-10 (5:53)**