# EXHIBIT 1

**McConnon, Jim (CIV)**

**From:** McConnon, Jim (CIV)
**Sent:** Friday, May 01, 2009 1:33 PM
**To:** McConnon, Jim (CIV)
**Subject:** FW: Westerink Data Request

**From:** McConnon, Jim (CIV)
**Sent:** Friday, March 13, 2009 12:01 PM
**To:** 'Rob Warren'
**Cc:** Smith, Robin (CIV); 'Joe Bruno'
**Subject:** RE: Westerink Data Request

Rob,

Per your request, I am sending the below message without the zip file attachment.   Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)

**From:** McConnon, Jim (CIV)
**Sent:** Thursday, March 12, 2009 8:29 PM
**To:** Rob Warren
**Cc:** Smith, Robin (CIV); Joe Bruno
**Subject:** FW: Westerink Data Request

Rob,

The ERDC staff provided the following information regarding your request:

Regarding your first question:

The source code that I just posted is the "46_58" version that they specifically requested.  There is nothing else.

I honestly do not know what to make of the plaintiff's assertion that they need the code.  The actual text of the notice from Rob Warren states that they want it to "assess" the data rather than to view the materials.  But perhaps you are correct and they think the code is a visualization tool.   It is not.   When the code is compiled, it simply takes the input files and performs the calculations, producing the output files which are a collection of text files full of numbers.   The numbers are most meaningful when displayed graphically, but our codes do not do that.

There are groups of software developers that create visualization tools.   Many such tools exist in the marketplace.  We use proprietary software called SMS which may be obtained from the Aquaveo web page

5/1/2009

(http://www.aquaveo.com/sms).   We are end users of that software and cannot provide to anyone because that would violate the copyright agreement. However, I would be quite surprised if the plaintiff's experts don't have SMS or similar software already.

There is only one format, it is just ordinary fortan and c code. I note that in the original email below, they ask for the "code" not for a "compiled executable". Thus, we should assume that they can compile it on their own? The confusion is that it is a beta version of the code, instead of a release version. So they can't download it from the ADCIRC website.

Regarding your second question:

As for the "three separate runs", are they referring to the 3 component steps by which the total adcirc simulation is performed? First, we do an 18 day tidal spin up, then the second component is a continuation for the interval where we have the Katrina storm winds. Then we use the output of the storm simulation as input to the stwave simulation. Finally, the storm simulation is re-run for the same time interval with the addition of wave effects included by using the stwave output as input to this 3rd and final adcirc step. Both storm components are a "hot-start" meaning that they begin with the dynamic sea state from the end of the spinup. I thought that their experts were familiar with our modeling paradigm. Are these the "three separate runs" about which they are asking?

All of the scenarios provided to the client contain those three components.

Please let me know if you have difficulties opening the attached zip file. I will be be processing the zip file and sending it out by FEDEX tomorrow. The zip file is proprietary, and as such, is governed by the protective order. Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Thursday, March 12, 2009 3:54 PM
**To:** Smith, Robin (CIV); McConnon, Jim (CIV)
**Cc:** Joe Bruno; Scott Joanen; Pierce ODonnell
**Subject:** Westerink Data Request

Robin & Jim -

Please see below a request concerning the Westerink data production. Your attention to this is appreciated:

> With reference to the ADCIRC data supplied on KC1032, it would appear that Westerink used the ADCIRC source code padcirc 46_58. However, the actual code was not supplied and from our review of the ADCIRC users webpage that code is not available via the Internet.

5/1/2009

As the code used by Westerink is not open sourced, we need the actual code as used by Westerink to do his modeling in order to asses his data.

Secondly, our review of the DOJ reports shows that three separate ADCIRC runs were used for the base case. There is no indication for which of these three runs we were supplied input data.

Rob

**J. Robert Warren, II, A PLC**
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

NOTICE: This e-mail and any files transmitted with it are the property of ARCADIS U.S., Inc. and its affiliates. All rights, including without limitation copyright, are reserved. The proprietary information contained in this e-mail message, and any files transmitted with it, is intended for the use of the recipient(s) named above. If the reader of this e-mail is not the intended recipient, you are hereby notified that you have received this e-mail in error and that any review, distribution or copying of this e-mail or any files transmitted with it is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete the original message and any files transmitted. The unauthorized use of this e-mail or any files transmitted with it is prohibited and disclaimed by ARCADIS U.S., Inc. and its affiliates.

NOTICE: This e-mail and any files transmitted with it are the property of ARCADIS U.S., Inc. and its affiliates. All rights, including without limitation copyright, are reserved. The proprietary information contained in this e-mail message, and any files transmitted with it, is intended for the use of the recipient(s) named above. If the reader of this e-mail is not the intended recipient, you are hereby notified that you have received this e-mail in error and that any review, distribution or copying of this e-mail or any files transmitted with it is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete the original message and any files transmitted. The unauthorized use of this e-mail or any files transmitted with it is prohibited and disclaimed by ARCADIS U.S., Inc. and its affiliates.