# EXHIBIT 2

**Joannes Westerink Expert Production**

| Date | Docket Number | Media Number | Description |
|---|---|---|---|
| 12/22/2008 | 16833 | KC1000 | Expert Report |
| 1/5/2009 | 16908 | KC1001 | Expert Report, Numbered Version, XJW001 |
| 2/17/2009 | 17730 | KC1019 | Supplemental Expert Reliance, XJW002 |
| 2/27/2009 | 17973 | KC1027 | Supplemental Expert Reliance, XJW003 |
| 3/10/2009 | 18078 | KC1032 | Supplemental Expert Reliance, XJW004 |
| 3/13/2009 | 18137 | KC1034 | Supplemental Expert Reliance, XJW005, XJW006 |