UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2), (3) |
| PERTAINS TO LEVEE AND MR-GO: | * | |
| | * | |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | MAG. J. KNOWLES |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |

*******************************************

### ORDER

Before the Court is a motion by certain objecting plaintiffs for an extension of briefing deadlines.  A thirty day extension was requested to obtain official transcripts.  However, the moving parties have not presented any convincing arguments why the official transcript is necessary to the preparation of objections.  Therefore, a seven day extension will be granted in lieu of a thirty day extension.  Accordingly,

**IT IS ORDERED:**   That each of the briefing deadlines imposed by the Court at the close of the hearing on April 2, 2009, be and the same is hereby extended seven (7) days.

New Orleans, Louisiana, this  1st  day of ____May____, 2009.

_____
United States District Judge