**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 29, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: MRGO, Robinson<br>(No. 06-2268) | NO. 05-4182<br>SECTION "K"(2) |

### ORAL ARGUMENT

Motion of defendant, United States of America for order to show cause why Plaintiffs' Attorneys Kea Sherman and Jonathan B. Andry should not be disqualified, doc. 18696

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

**APPEARANCES: SEE RECORD DOCUMENT 18716**

Court begins at 10:04 a.m. All present and ready.
Oral argument by parties.
Court questioned, Jonathan Andry and then Kea Sherman was done (in camera).
Pltfs' offer exhibit Andry, admitted.
Pltfs' oral motion that doc. 18698 be supplemented by filing into the record examples of depositions which Ms. Sherman attended before and after her employment change on May, 2008 as exhibit 9 to said, document - ORDER GRANTED.
This motion is DENIED, for the oral reasons stated on the record.
Court adjourns at 11:46 a.m.

JS-10 (1:42)

AO 187(Rev. 4/82)  EXHIBIT AND WITNESS LIST

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | VS. | PERTAINS TO MRGO, Robinson 06-2268 | DISTRICT COURT EASTERN DISTRICT OF LOUISIANA |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY See list record doc. **18716** | | DEFENDANT'S ATTORNEY See list record doc. **18716** | DOCKET NUMBER CA 05-4182 K(2) MOTION DATE(S) April 29, 2009 |
| PRESIDING JUDGE STANWOOD R. DUVAL, JR. | | COURT REPORTER KAREN IBOS | CASE MANAGER SHEENA DEMAS |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Andry | | 4/29/09 | X | X | Email from Robin Smith to Jonathan Andry 9/23/08 |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

2