CA 05-4182 "K"   Ref. 06-2268 - Supplement to Doc. 18698

April 29, 2009

Re: Defendant's Motion to Disqualify Jonathan Andry and Kea Sherman

**Plaintiffs offer as examples of depositions which Ms Sherman attended before and after her employment change on May 1, 2008\***

**BEFORE:**
**Burglass and Tankersly**



Salvador Gutierrez, Jr.
Individually
Feb. 28, 2008

Donald G. McCrosky
Individually
March 4, 2008

Polly C. Boudreaux
Individually
March 5, 2008

Richard W. Broussard, Jr.
Individually
March 31, 2008

Richard James Varuso
Individually
April 1, 2008

Walter O. Baumy, Jr.
Individually
April 9, 2008

Gregory B. Miller
Individually
April 16, 2008

*Note: Typo error in Ex 4 to Pltfs' Opposition
Affidavit of Brendan O'Brien (Paragraph 2) says April 10 2008*

Ex. 9

**••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••**
## MAY 1ST, 2008 : KEA SHERMAN CHANGES EMPLOYMENT
**••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••**

**AFTER:**
**Andry Law Firm**

Gregory Miller
30 B (6) Vol. I
October 2, 2008

John Saia
30 B (6) Vol. III
October 2, 2008

Thomas Podany
30 B (6) Vol. I
October 8, 2008

Thomas Podany
30 B (6) Vol. II
October 9, 2008

Gregory Miller
30 B (6) Vol. II
October 10, 2008

Gregory Miller
30 B (6) Vol. III
October 14, 2008

Dr. John W. Day, Jr.
Expert Deposition
January 28, 2009

Dr. Gary P. Shaffer
Expert Deposition
January 29, 2009

*Due to time constraints (over-night response to a 5:15PM motion) and the number of depositions taken in this case, there may in fact be other relevant depositions.
*This list is not represented to be an all inclusive list of every deposition Kea Sherman attended but merely a sampling of seven depositions BEFORE and eight AFTER her change in employment.