*Before*                                                    Page 1

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES    * CIVIL ACTION

 5                                    * NO. 05-4182

 6   PERTAINS TO: BARGES              * Consolidated

 7                                    * SECTION "K(2)"

 8   Boutte v. Lafarge       05-5531 *

 9   Mumford v. Ingram       05-5724 * JUDGE DUVAL

10   Lagarde v. Lafarge      06-5342 *

11   Perry v. Ingram         06-6299 * MAG. WILKINSON

12   Benoit v. Lafarge       06-7516 *

13   Parfait Family v. USA   07-3500 *

14   Lafarge v. USA          07-5178 *

15      *   *   *   *   *   *   *   *   *   *   *

16

17            Deposition of ████████████████

18   given at Chaffe McCall, L.L.P., 2300 Energy

19   Centre, 1100 Poydras Street, New Orleans,

20   Louisiana 70163-2300, on ████████████████

21

22

23   REPORTER BY:

24         JOSEPH A. FAIRBANKS, JR., CCR, RPR

25         CERTIFIED COURT REPORTER #75005
```

SALVADOR GUTIERREZ, JR.                                    February 28, 2008

```
 1    APPEARANCES:

 2    REPRESENTING THE PLAINTIFFS:

 3            WIEDEMANN & WIEDEMANN

 4            (BY:  LAWRENCE D. WIEDEMANN, ESQUIRE)

 5            821 Baronne Street

 6            New Orleans, Louisiana 70113

 7            504-581-6180

 8    - and -

 9            LAW OFFICE OF PATRICK SANDERS

10            (BY: PATRICK SANDERS, ESQUIRE)

11            3723 Ridgelake Drive, Suite B

12            Metairie, Louisiana 70002

13            504-834-0646

14

15    REPRESENTING THE AMERICAN CLUB:

16            MONTGOMERY, BARNETT, BROWN, READ,

17            HAMMOND & MINTZ, L.L.P.

18            (BY:  RONALD J. KITTO, ESQUIRE)

19            3200 Energy Centre

20            1100 Poydras Street

21            New Orleans, Louisiana 70163

22            504-585-3200

23

24

25
```

```
 1      REPRESENTING WASHINGTON GROUP INTERNATIONAL:

 2              STONE PIGMAN WALTHER WITTMANN, L.L.C.

 3              (BY:  CARMELITE M. BERTAUT, ESQUIRE)

 4              546 Carondelet Street

 5              New Orleans, Louisiana 70130

 6              504-581-3200

 7

 8      REPRESENTING LAFARGE NORTH AMERICA AND

 9      NEW YORK MARINE & GENERAL INSURANCE COMPANY:

10              SUTTERFIELD & WEBB

11              (BY:  DANIEL A. WEBB, ESQUIRE)

12              650 Poydras Street, Suite 2715

13              New Orleans, Louisiana 70130

14              504-598-2715

15

16      REPRESENTING ORLEANS LEVEE DISTRICT:

17              MCCRANIE, SISTRUNK, ANZELMO, HARDY,

18              MAXWELL & MCDANIEL.

19              (BY:  MARK HANNA, ESQUIRE)

20              3445 N. Causeway Boulevard, Suite 800

21              Metairie, Louisiana 70002

22              504-831-0946

23

24

25
```

SALVADOR GUTIERREZ, JR.                                    February 28, 2008

```
 1       REPRESENTING JEFFERSON PARISH:

 2               ███████████████████

 3               (BY:  ██████████████)

 4               5213 Airline Drive

 5               Metairie, Louisiana 70001

 6               504-836-2220

 7

 8       REPRESENTING MRGO PSLC:

 9               BRUNO & BRUNO

10               (BY:  SCOTT L. JOANEN, ESQUIRE)

11               855 Baronne Street

12               New Orleans, Louisiana 70113

13               504-525-1335

14

15       REPRESENTING NEW ORLEANS SEWERAGE & WATER

16       BOARD:   CHRISTOVICH & KEARNEY, L.L.P.

17               (BY:  NICK DIETZEN, ESQUIRE)

18               601 Poydras Street, Suite 2300

19               New Orleans, Louisiana 70130

20               504-561-5700

21

22

23

24

25
```

```
 1    REPRESENTING THE UNITED STATES OF AMERICA:

 2            UNITED STATES DEPARTMENT OF JUSTICE,

 3            TORTS BRANCH, CIVIL DIVISION

 4            (BY: ███████████████████████████

 5            P.O. Box 888

 6            Benjamin Franklin Station

 7            Washington, D.C. 20044

 8            202-616-4289

 9

10    ALSO PRESENT:

11            JOHN EMMETT, ESQ.

12            KATIE CASWELL, ESQ.

13            RYAN M. MALONE, ESQ.

14

15

16

17

18

19

20

21

22

23

24

25
```

DONALD MCCROSKY                                    March 4, 2008

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

 5   CONSOLIDATED LITIGATION            NO. 05-4182 K2

 6                                      JUDGE DUVAL

 7   PERTAINS TO MRGO                   MAG. WILKINSON

 8   (Robinson, No. 06-2286)

 9

10           Deposition of ██████████████████████

11   given the offices of Andry Law Firm, L.L.C.,

12   610 Baronne Street, New Orleans, Louisiana

13   70113, on ██████████████████

14

15

16

17

18

19

20

21

22

23   REPORTED BY:

24         JOSEPH A. FAIRBANKS, JR., CCR, RPR

25         CERTIFIED COURT REPORTER #75005
```

DONALD MCCROSKY                                                                    March 4, 2008

```
 1    APPEARANCES:

 2    REPRESENTING THE PLAINTIFFS:

 3            ANDRY LAW FIRM

 4            (BY:  JONATHAN B. ANDRY, ESQUIRE)

 5            610 Baronne Street

 6            New Orleans, Louisiana 70113

 7            504-586-8899

 8

 9    REPRESENTING THE UNITED STATES OF AMERICA:

10            UNITED STATES DEPARTMENT OF JUSTICE,

11            TORTS BRANCH, CIVIL DIVISION

12            (BY:  ███████████████████████

13            (BY:  ███████████████████████████

14            P.O. Box 888

15            Benjamin Franklin Station

16            Washington, D.C. 20044

17            202-616-4289

18

19    REPRESENTING WASHINGTON GROUP INTERNATIONAL:

20            STONE PIGMAN WALTHER WITTMANN, L.L.C.

21            (BY:  CARMELITE M. BERTAUT, ESQUIRE)

22            546 Carondelet Street

23            New Orleans, Louisiana 70130

24            504-581-3200

25
```

JOHNS PENDLETON COURT REPORTERS                                              800  562-1285

```
 1    REPRESENTING LAFARGE NORTH AMERICA:

 2            CHAFFE, MCCALL, L.L.P.

 3            (BY:  ROBERT B. FISHER, JR., ESQUIRE)

 4            2300 Energy Centre

 5            1100 Poydras Street

 6            New Orleans, Louisiana 70163-2300

 7            504-585-7000

 8    - and -

 9            GOODWIN PROCTOR, L.L.P.

10            (BY:  MARK S. RAFFMAN, ESQUIRE)

11            (VIA INTERNET)

12            901 New York Avenue, NW

13            Washington, D.C. 20001

14            202-346-4000

15

16    REPRESENTING ORLEANS LEVEE DISTRICT:

17            MCCRANIE, SISTRUNK, ANZELMO, HARDY,

18            MAXWELL & MCDANIEL.

19            (BY:  KASSIE HARGIS, ESQUIRE)

20            3445 N. Causeway Boulevard, Suite 800

21            Metairie, Louisiana 70002

22            504-831-0946

23

24

25
```

```
 1     REPRESENTING ENTERGY AND THE DEPONENT:

 2             ENTERGY SERVICES, INC. LEGAL SERVICES

 3             (BY:  LEILA A. D'AQUIN, ESQUIRE)

 4             639 Loyola Avenue, Suite 2600

 5             New Orleans, Louisiana 70113

 6             504-576-5831

 7

 8     ALSO PRESENT:

 9             JOSEPH E. BEARDEN, III, ESQ.

10             ██████████████████,

11

12     VIDEOGRAPHER:

13             GILLEY DELORIMIER (DEPO-VUE)

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6
 7    IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
 8    CONSOLIDATED LITIGATION
 9                              NO. 06-2268
10                                 "K" (2)
11
12    PERTAINS TO:  ROBINSON         JUDGE DUVAL
13
14                              MAG. WILKINSON
15
16
17
18
19
20          VIDEOTAPED DEPOSITION OF
21          ██████████████████████████
22    4212 Florida Avenue, Meraux, Louisiana 70075,
23    taken in the offices of Andry Law Firm, 610
24    Baronne Street, New Orleans, Louisiana 70113,
25    on Wednesday, ██████████████
```

POLLY BOUDREAUX                                                    3/5/2008

```
 1    APPEARANCES:

 2

 3

 4        ANDRY LAW FIRM

 5        (BY: JONATHAN B. ANDRY, ESQ.)

 6        610 Baronne Street

 7        New Orleans, Louisiana 70113

 8              ATTORNEY FOR THE PLAINTIFFS

 9

10

11        ELWOOD STEVENS LAW OFFICE

12        (BY: ELWOOD C. STEVENS, JR., ESQ.)

13        1205 Victor II Boulevard

14        Morgan City, Louisiana 70380

15              ATTORNEY FOR THE PLAINTIFFS

16              (NOT PRESENT)

17

18

19        STONE PIGMAN WALTHER WITTMANN

20        (BY:  CARMELITE BERTAUT, ESQ.

21              AGNIESZKA MCPEAK ESQ.)

22        546 Carondelet Street

23        New Orleans, Louisiana  70130-3588

24              ATTORNEYS FOR WASHINGTON GROUP

25              INTERNATIONAL, INC.
```

Page 3

```
 1     APPEARANCES CONTINUED:

 2

 3        UNITED STATES DEPARTMENT OF JUSTICE

 4        (BY: ████████████████████

 5             ████████████████████

 6        Post Office Box 888

 7        Benjamin Franklin Station

 8        Washington, D.C. 20004

 9             ATTORNEY FOR UNITED STATES OF

10             AMERICA

11

12

13     ████████████████████████

14        (BY: ████████████████)

15        5213 Airline Drive

16        Metairie, Louisiana 70001

17             ATTORNEYS FOR JEFFERSON PARISH

18

19

20

21        CHAFFE, MCCALL LLP

22        (BY: TOM FORBES, ESQ.)

23        2300 Energy Center

24        New Orleans, Louisiana 70163

25             ATTORNEYS FOR LAFARGE NORTH AMERICA
```

```
 1

 2      APPEARANCES CONTINUED:

 3

 4

 5         LABORDE  &  NEUNER

 6         (BY:  GREG  KOURY,  ESQ.)

 7         One  Petroleum  Center

 8         1001  West  Pinhook  Road

 9         Suite  200

10         Lafayette,  Louisiana  70505-2828

11              ATTORNEYS  FOR  ORLEANS  LEVEE  DISTRICT

12

13

14      ALSO  APPEARING  AS  ALSO  PRESENT:

15         JOSEPH  E.  BENDER,  ESQ.  (LBLD)

16

17

18

19

20      REPORTED  BY:    ROGER  D.  JOHNS,  RMR,  CRR,  CSR

21                      Certified  Court  Reporter,

22                      State  of  Louisiana

23

24

25
```

RICHARD WARREN BROUSSARD, JR.                                      3/31/2008

```
 1               UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE: KATRINA CANAL BREACHES       CIVIL ACTION

 5    CONSOLIDATED LITIGATION             NO. 05-4182 K2

 6                                        JUDGE DUVAL

 7    PERTAINS TO                         MAG. WILKINSON

 8    (Robinson, No. 06-2286)

 9

10               Deposition of ████████████

11    ████████████  given at the U.S. Army Corps of

12    Engineers New Orleans District offices, 7400

13    Leake Avenue, New Orleans, Louisiana

14    70118-3651, on ██████████████

15

16

17

18

19

20

21    REPORTED BY:

22          JOSEPH A. FAIRBANKS, JR., CCR, RPR

23          CERTIFIED COURT REPORTER #75005

24    VIDEOGRAPHER:

25          GILLEY DELORIMIER (DEPO-VUE)
```

JOHNS, PENDLETON & ASSOCIATES                          800 562-1285

RICHARD WARREN BROUSSARD, JR.                                      3/31/2008

Page 2

```
 1    APPEARANCES:
 2    REPRESENTING THE PLAINTIFFS:
 3
 4           LAMBERT AND NELSON
 5           (BY:  HUGH P. LAMBERT, ESQUIRE)
 6           701 Magazine Street
 7           New Orleans, Louisiana 70130
 8           504-581-1750
 9    - and -
10           BRUNO & BRUNO
11           (BY:  JOSEPH M. BRUNO, ESQUIRE)
12           (BY:  FLORIAN BUCHLER, ESQUIRE)
13           855 Baronne Street
14           New Orleans, Louisiana 70113
15           504-525-1335
16    - and -
17           LAW OFFICE OF DANIEL E. BECNEL, JR.
18           (BY:  DARRYL BECNEL, ESQUIRE)
19           425 W. Airline Highway, Suite B
20           LaPlace, Louisiana 70068
21           985-651-6101
22
23
24
25
```

RICHARD WARREN BROUSSARD, JR.                                    3/31/2008

Page 3

```
 1     REPRESENTING THE UNITED STATES OF AMERICA:
 2             UNITED STATES DEPARTMENT OF JUSTICE,
 3             TORTS BRANCH, CIVIL DIVISION
 4             (BY: ██████████████████
 5             (BY: ██████████████████
 6             P.O. Box 888
 7             Benjamin Franklin Station
 8             Washington, D.C. 20044
 9             202-616-4289
10
11     REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS:
12             CORPS OF ENGINEERS, OFFICE OF COUNSEL
13             (BY:  NICK MARZONI, ESQUIRE)
14             7400 Leake Avenue
15             New Orleans, Louisiana 70118-3651
16             504-862-2843
17     ALSO PRESENT:
18             JOSEPH E. BEARDEN, III, ESQ.
19             CHARLES M. LANIER, JR., ESQ.
20             ██████████████████
21             ROBERT B. FISHER, JR., ESQ.
22             THOMAS D. FORBES, ESQ.
23             R. SCOTT HOGAN, ESQ.
24             CHARLES SUTTON, ESQ.
25             ADAM CHUD, ESQ. (VIA I-DEP)
```

RICHARD JAMES VARUSO                                                April 1, 2008

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

 5    CONSOLIDATED LITIGATION            NO. 05-4182 K2

 6                                       JUDGE DUVAL

 7    PERTAINS TO                        MAG. WILKINSON

 8    (Robinson, No. 06-2268)

 9

10              Deposition of ███████████████

11    given at the U.S. Army Corps of Engineers New

12    Orleans District offices, 7400 Leake Avenue,

13    New Orleans, Louisiana 70118-3651, on ████████

14    ████████████

15

16

17

18

19

20

21

22

23    REPORTED BY:

24              JOSEPH A. FAIRBANKS, JR., CCR, RPR

25              CERTIFIED COURT REPORTER #75005
```

RICHARD JAMES VARUSO                                                                    April 1, 2008

Page 2

```
 1    APPEARANCES:

 2    REPRESENTING THE PLAINTIFFS:

 3

 4            LAMBERT AND NELSON

 5            (BY:  HUGH P. LAMBERT, ESQUIRE)

 6            701 Magazine Street

 7            New Orleans, Louisiana 70130

 8            504-581-1750

 9    - and -

10            BRUNO & BRUNO

11            (BY:  JOSEPH M. BRUNO, ESQUIRE)

12            (BY:  FLORIAN BUCHLER, ESQUIRE)

13            (BY:  SCOTT JOANEN, ESQUIRE)

14            855 Baronne Street

15            New Orleans, Louisiana 70113

16            504-525-1335

17    - and -

18            LAW OFFICE OF DANIEL E. BECNEL, JR.

19            (BY:  DARRYL BECNEL, ESQUIRE)

20            425 W. Airline Highway, Suite B

21            LaPlace, Louisiana 70068

22            985-651-6101

23    - AND -

24

25
```

RICHARD JAMES VARUSO                                                                April 1, 2008

```
 1              ANDRY LAW FIRM

 2              (BY:  JONATHAN B. ANDRY, ESQUIRE)

 3              610 Baronne Street

 4              New Orleans, Louisiana 70113

 5              504-586-8899

 6    - AND -

 7              SHER, GARNER, CAHILL, RICHTER, KLEIN &

 8              HILBERT, L.L.C.

 9              (BY:  R. SCOTT HOGAN, ESQUIRE)

10              (BY:  MATTHEW CLARK, ESQUIRE)

11              909 Poydras Street, 28th Floor

12              New Orleans, Louisiana 70112-1033

13              504-299-2100

14

15    REPRESENTING THE UNITED STATES OF AMERICA:

16              UNITED STATES DEPARTMENT OF JUSTICE,

17              TORTS BRANCH, CIVIL DIVISION

18              (BY:  ███████████████████████

19              (BY:  ███████████████████████

20              P.O. Box 888

21              Benjamin Franklin Station

22              Washington, D.C. 20044

23              202-616-4289

24

25
```

RICHARD JAMES VARUSO                                          April 1, 2008

Page 4

```
 1      REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS:

 2              CORPS OF ENGINEERS, OFFICE OF COUNSEL

 3              (BY:  RITA TROTTER, ESQUIRE)

 4              7400 Leake Avenue

 5              New Orleans, Louisiana 70118-3651

 6              504-862-2843

 7

 8      ALSO PRESENT:

 9              JOSEPH E. BEARDEN, III, ESQ.

10              ████████████████████

11              THOMAS D. FORBES, ESQ.

12              THOMAS P. ANZELMO, ESQ.

13              NICK DIETZEN, ESQ.

14              CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

15              ADAM CHUD, ESQ. (VIA I-DEP)

16

17

18

19

20

21

22

23

24      VIDEOGRAPHER:

25              GILLEY DELORIMIER (DEPO-VUE)
```

GREGORY MILLER                                                4/16/2008

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

 5    CONSOLIDATED LITIGATION            NO. 05-4182 K2

 6                                       JUDGE DUVAL

 7    PERTAINS TO                        MAG. WILKINSON

 8    (Robinson, No. 06-2268)

 9

10            Deposition of ████████████████ given

11    at the U.S. Army Corps of Engineers New Orleans

12    District offices, 7400 Leake Avenue, New

13    Orleans, Louisiana 70118-3651, on ████████

14    ████

15

16

17

18

19

20

21

22

23    REPORTED BY:

24            JOSEPH A. FAIRBANKS, JR., CCR, RPR

25            CERTIFIED COURT REPORTER #75005
```

GREGORY MILLER                                                    4/16/2008

Page 2

```
 1    APPEARANCES:
 2    REPRESENTING THE PLAINTIFFS:
 3
 4            BRUNO & BRUNO
 5            (BY:  FLORIAN BUCHLER, ESQUIRE)
 6            855 Baronne Street
 7            New Orleans, Louisiana 70113
 8            504-525-1335
 9    - and -
10            GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
11            WARSHAUER, L.L.C.
12            (BY:  GERALD E. MEUNIER, ESQUIRE)
13            2800 Energy Centre
14            1100 Poydras Street
15            New Orleans, Louisiana 70163-2800
16            504-522-2304
17    - and -
18            RICHARD M. MARTIN, JR.
19            ATTORNEY AT LAW
20            20 Versailles Boulevard
21            New Orleans, Louisiana 70125
22            504-581-5297
23
24
25
```

Page 3

```
 1    - and -

 2            THE GILBERT FIRM, LLC

 3            (BY:  ELISA TARA GILBERT, ESQUIRE)

 4            (BY:  BRENDAN R. O'BRIEN, ESQUIRE)

 5            325 East 57th Street

 6            New York, NY 10022

 7            212-286-8503

 8    - and -

 9            WIEDEMANN & WIEDEMANN

10            (BY:  KAREN WIEDEMANN, ESQUIRE)

11            821 Baronne Street

12            New Orleans, Louisiana 70113

13            504-581-6180

14

15   REPRESENTING THE UNITED STATES OF AMERICA:

16            UNITED STATES DEPARTMENT OF JUSTICE,

17            TORTS BRANCH, CIVIL DIVISION

18            (BY: ███████████████████████

19            (BY: ███████████████████████

20            (BY: ███████████████████████

21            (BY: █████████████████)

22            P.O. Box 888

23            Benjamin Franklin Station

24            Washington, D.C. 20044

25            202-616-4289
```

GREGORY MILLER                                                    4/16/2008

Page 4

```
 1      REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.

 2              CORPS OF ENGINEERS, OFFICE OF COUNSEL

 3              (BY:  FRANK LUPO, ESQUIRE)

 4              7400 Leake Avenue

 5              New Orleans, Louisiana 70118-3651

 6              504-862-2843

 7

 8      ALSO PRESENT:

 9              GREGORY A. KOURY, ESQ.

10              ██████████████████

11              JENNY MORRIS, ESQ.

12              CHRISTOPHER THATCH, ESQ. (VIA I-DEP)

13              ERIC GOLDBERG, ESQ. (VIA I-DEP)

14              KIRK AURANDT, ESQ. (VIA I-DEP)

15              CHARLES M. LANIER, JR., ESQ. (I-DEP)

16

17      VIDEOGRAPHER:

18              GILLEY DELORIMIER (DEPO-VUE)

19

20

21

22

23

24

25
```