MILLER (VOL 1), GREGORY

10/2/2008

*after*

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

 5   CONSOLIDATED LITIGATION            NO. 05-4182 K2

 6                                      JUDGE DUVAL

 7   PERTAINS TO:  MRGO AND ROBINSON

 8                      (No. 06-2268)

 9

10              (V O L U M E   I)

11         Rule 30(b)(6) deposition of THE UNITED

12   STATES OF AMERICA, BY AND THROUGH THE UNITED

13   STATES ARMY CORPS OF ENGINEERS' DESIGNEE

14   ██████████████ given at the U.S. Army Corps of

15   Engineers New Orleans District offices, 7400

16   Leake Avenue, New Orleans, Louisiana

17   70118-3651, on ███████████████████

18

19

20

21

22

23   REPORTED BY:

24         JOSEPH A. FAIRBANKS, JR., CCR, RPR

25         CERTIFIED COURT REPORTER #75005
```

MILLER (VOL 1), GREGORY

10/2/2008

Page 2

```
 1   REPRESENTING THE PLAINTIFFS:
 2           BRUNO & BRUNO
 3           (BY:  JOSEPH M. BRUNO, ESQUIRE)
 4           (BY:  FLORIAN BUCHLER, ESQUIRE)
 5           855 Baronne Street
 6           New Orleans, Louisiana 70113
 7           504-525-1335
 8   - AND -
 9           THE GILBERT FIRM, LLC
10           (BY:  ELISA T. GILBERT, ESQUIRE)
11           (BY:  BRENDAN R. O'BRIEN, ESQUIRE)
12           325 E. 57th Street
13           New York, N.Y. 10022
14           212-286-8503
15   - AND -
16           ELWOOD C. STEVENS, JR., APLC
17           (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
18           1205 Victor II Boulevard
19           Morgan City, Louisiana 70380
20   - AND -
21           MCKERNAN LAW FIRM
22           (BY:  ASHLEY E. PHILEN, ESQUIRE)
23           8710 Jefferson Highway
24           Baton Rouge, Louisiana 70809
25           225-926-1234
```

```
 1      - AND -
 2      ████████████████
 3             (BY:  ████████████████)
 4             610 Baronne Street
 5             New Orleans, Louisiana 70113
 6             504-586-8899
 7
 8      REPRESENTING THE UNITED STATES OF AMERICA:
 9             UNITED STATES DEPARTMENT OF JUSTICE,
10             TORTS BRANCH, CIVIL DIVISION
11             (BY:  ████████████████)
12             (BY:  ████████████████)
13             P.O. Box 888
14             Benjamin Franklin Station
15             Washington, D.C. 20044
16             202-616-4289
17
18      REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.
19             CORPS OF ENGINEERS, OFFICE OF COUNSEL
20             (BY:  JENNIFER LABOURDETTE, ESQUIRE)
21             7400 Leake Avenue
22             New Orleans, Louisiana 70118-3651
23             504-862-2843
24
25
```

MILLER (VOL 1), GREGORY

10/2/2008

```
 1    ALSO PRESENT:

 2             JAIME CAMBRE, ESQ.

 3             WILLIAM D. TREEBY, ESQ.

 4             DARCY DECKER, ESQ.

 5             JOHN BALHOFF, ESQ.

 6             TIANA CHRISTOPHER, ESQ.

 7             BEN RODGERS, ESQ.

 8

 9    VIDEOGRAPHER:

10    GILLEY DELORIMIER (DEPO-VUE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SAIA (VOL III), JOHN

```
 1           UNITED STATES DISTRICT COURT

 2           EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES       CIVIL ACTION

 5   CONSOLIDATED LITIGATION             NO. 05-4182 K2

 6                                       JUDGE DUVAL

 7   PERTAINS TO:  MRGO AND ROBINSON

 8                 (No. 06-2268)

 9

10           (V O L U M E   III)

11           Rule 30(b)(6) deposition of THE UNITED

12   STATES OF AMERICA, BY AND THROUGH THE UNITED

13   STATES ARMY CORPS OF ENGINEERS' DESIGNEE ███████

14   ███, given at the U.S. Army Corps of Engineers

15   New Orleans District offices, 7400 Leake

16   Avenue, New Orleans, Louisiana 70118-3651, on

17   ████████████████████

18

19

20

21

22

23   REPORTED BY:

24           JOSEPH A. FAIRBANKS, JR., CCR, RPR

25           CERTIFIED COURT REPORTER #75005
```

SAIA (VOL III), JOHN

```
 1    REPRESENTING THE PLAINTIFFS:

 2              BRUNO & BRUNO

 3              (BY:  JOSEPH M. BRUNO, ESQUIRE)

 4              (BY:  FLORIAN BUCHLER, ESQUIRE)

 5              855 Baronne Street

 6              New Orleans, Louisiana 70113

 7              504-525-1335

 8    - AND -

 9              THE GILBERT FIRM, LLC

10              (BY:  ELISA T. GILBERT, ESQUIRE)

11              (BY:  BRENDAN R. O'BRIEN, ESQUIRE)

12              325 E. 57th Street

13              New York, N.Y. 10022

14              212-286-8503

15    - AND -

16              ELWOOD C. STEVENS, JR., APLC

17              (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)

18              1205 Victor II Boulevard

19              Morgan City, Louisiana 70380

20    - AND -

21              MCKERNAN LAW FIRM

22              (BY:  ASHLEY E. PHILEN, ESQUIRE)

23              8710 Jefferson Highway

24              Baton Rouge, Louisiana 70809

25              225-926-1234
```

SAIA (VOL III), JOHN

10/2/2008

Page 3

```
 1    REPRESENTING THE UNITED STATES OF AMERICA:
 2            UNITED STATES DEPARTMENT OF JUSTICE,
 3            TORTS BRANCH, CIVIL DIVISION
 4            (BY: ███████████████████
 5            (BY: ███████████████████
 6            P.O. Box 888
 7            Benjamin Franklin Station
 8            Washington, D.C. 20044
 9            202-616-4289
10
11    REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.
12            CORPS OF ENGINEERS, OFFICE OF COUNSEL
13            (BY:  JENNIFER LABOURDETTE, ESQUIRE)
14            7400 Leake Avenue
15            New Orleans, Louisiana 70118-3651
16            504-862-2843
17
18    REPRESENTING WASHINGTON GROUP INTERNATIONAL:
19            STONE PIGMAN WALTHER WITTMANN, L.L.C.
20            (BY:  WILLIAM D. TREEBY, ESQUIRE)
21            546 Carondelet Street
22            New Orleans, Louisiana 70130
23            504-581-3200
24
25
```

SAIA (VOL III), JOHN

10/2/2008

Page 4

```
 1     ███████████

 2            DARCY DECKER, ESQ.

 3            TIANA CHRISTOPHER, ESQ.

 4            JOHN BALHOFF, ESQ.

 5            BEN RODGERS, ESQ.

 6            JAIME CAMBRE, ESQ.

 7            KASSIE HARGIS, ESQ.

 8              ████████████

 9

10     VIDEOGRAPHER:

11            GILLEY DELORIMIER (DEPO-VUE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PODANY, THOMAS

10/8/2008

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

 5   CONSOLIDATED LITIGATION            NO. 05-4182 K2

 6                                      JUDGE DUVAL

 7   PERTAINS TO:  MRGO AND ROBINSON

 8                    (No. 06-2268)

 9

10              (V O L U M E   I)

11          Rule 30(b)(6) deposition of THE UNITED

12   STATES OF AMERICA, BY AND THROUGH THE UNITED

13   STATES ARMY CORPS OF ENGINEERS' DESIGNEE ████

14   ███████ given at the U.S. Army Corps of

15   Engineers New Orleans District offices, 7400

16   Leake Avenue, New Orleans, Louisiana

17   70118-3651, on ████████████████

18

19

20

21

22

23   REPORTED BY:

24          JOSEPH A. FAIRBANKS, JR., CCR, RPR

25          CERTIFIED COURT REPORTER #75005
```

PODANY, THOMAS

10/8/2008

Page 2

```
 1    REPRESENTING THE PLAINTIFFS:
 2            BRUNO & BRUNO
 3            (BY:  JOSEPH M. BRUNO, ESQUIRE)
 4            (BY:  FLORIAN BUCHLER, ESQUIRE)
 5            855 Baronne Street
 6            New Orleans, Louisiana 70113
 7            504-525-1335
 8    - AND -
 9            THE GILBERT FIRM, LLC
10            (BY:  ELISA T. GILBERT, ESQUIRE)
11            325 E. 57th Street
12            New York, N.Y. 10022
13            212-286-8503
14    - AND -
15            MCKERNAN LAW FIRM
16            (BY:  ASHLEY E. PHILEN, ESQUIRE)
17            8710 Jefferson Highway
18            Baton Rouge, Louisiana 70809
19            225-926-1234
20    - AND -
21            ████████████████
22            (BY:  ████████████████
23            610 Baronne Street
24            New Orleans, Louisiana 70113
25            504-586-8899
```

PODANY, THOMAS

```
 1   REPRESENTING THE UNITED STATES OF AMERICA:

 2           UNITED STATES DEPARTMENT OF JUSTICE,

 3           TORTS BRANCH, CIVIL DIVISION

 4           (BY: ████████████████████████

 5           (BY: ████████████████████████

 6           P.O. Box 888

 7           Benjamin Franklin Station

 8           Washington, D.C. 20044

 9           202-616-4289

10

11   REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.

12           CORPS OF ENGINEERS, OFFICE OF COUNSEL

13           (BY:  JENNIFER LABOURDETTE, ESQUIRE)

14           7400 Leake Avenue

15           New Orleans, Louisiana 70118-3651

16           504-862-2843

17

18   ALSO PRESENT:

19           TIANA CHRISTOPHER, ESQ.

20           R. SCOTT HOGAN, ESQ.

21           RICK PAVLICK, ESQ.

22           WILLIAM GUSTE, IV, ESQ.

23           DARCY DECKER, ESQ.

24

25
```

PODANY, THOMAS

```
 1    PARTICIPATING VIA I-DEP:

 2          BRENDAN O'BRIEN, ESQ.

 3          ERIC GOLDBERG, ESQ.

 4          NICK DIETZEN, ESQ.

 5          ELWOOD STEVENS, ESQ.

 6

 7    VIDEOGRAPHER:

 8          GILLEY DELORIMIER (DEPO-VUE)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 190

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

 5    CONSOLIDATED LITIGATION           NO. 05-4182 K2

 6                                      JUDGE DUVAL

 7    PERTAINS TO:  MRGO AND ROBINSON

 8                   (No. 06-2268)

 9

10               (V O L U M E   II)

11         Rule 30(b)(6) deposition of THE UNITED

12    STATES OF AMERICA, BY AND THROUGH THE UNITED

13    STATES ARMY CORPS OF ENGINEERS' DESIGNEE ▮▮▮▮

14    ▮▮▮▮▮▮ given at the U.S. Army Corps of

15    Engineers New Orleans District offices, 7400

16    Leake Avenue, New Orleans, Louisiana

17    70118-3651, on ▮▮▮▮▮▮▮▮▮▮▮▮

18

19

20

21

22

23    REPORTED BY:

24         JOSEPH A. FAIRBANKS, JR., CCR, RPR

25         CERTIFIED COURT REPORTER #75005
```

Page 191

```
 1    REPRESENTING THE PLAINTIFFS:

 2              BRUNO & BRUNO

 3              (BY:  JOSEPH M. BRUNO, ESQUIRE)

 4              (BY:  FLORIAN BUCHLER, ESQUIRE)

 5              855 Baronne Street

 6              New Orleans, Louisiana 70113

 7              504-525-1335

 8   - AND -

 9              THE GILBERT FIRM, LLC

10              (BY:  ELISA T. GILBERT, ESQUIRE)

11              325 E. 57th Street

12              New York, N.Y. 10022

13              212-286-8503

14   - AND -

15              MCKERNAN LAW FIRM

16              (BY:  ASHLEY E. PHILEN, ESQUIRE)

17              8710 Jefferson Highway

18              Baton Rouge, Louisiana 70809

19              225-926-1234

20   - AND -

21              ███████████████

22              (BY:  ██████████████████

23              610 Baronne Street

24              New Orleans, Louisiana 70113

25              504-586-8899
```

Page 192

```
 1     REPRESENTING THE UNITED STATES OF AMERICA:

 2            UNITED STATES DEPARTMENT OF JUSTICE,

 3            TORTS BRANCH, CIVIL DIVISION

 4            (BY:  ██████████████████)

 5            (BY:  ████████████████████)

 6            P.O. Box 888

 7            Benjamin Franklin Station

 8            Washington, D.C. 20044

 9            202-616-4289

10

11     REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.

12            CORPS OF ENGINEERS, OFFICE OF COUNSEL

13            (BY:  RITA TROTTER, ESQUIRE)

14            7400 Leake Avenue

15            New Orleans, Louisiana 70118-3651

16            504-862-2843

17

18     ALSO PRESENT:

19            TIANA CHRISTOPHER, ESQ.

20            R. SCOTT HOGAN, ESQ.

21            RICK PAVLICK, ESQ.

22            JAIME CAMBRE, ESQ.

23            DARCY DECKER, ESQ.

24

25
```

```
1    PARTICIPATING VIA I-DEP:

2            BRENDAN O'BRIEN, ESQ.

3            NICK DIETZEN, ESQ.

4            ELWOOD STEVENS, ESQ.

5

6    VIDEOGRAPHER:

7            GILLEY DELORIMIER (DEPO-VUE)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MILLER (VOL II), GREGORY

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

 5   CONSOLIDATED LITIGATION            NO. 05-4182 K2

 6                                      JUDGE DUVAL

 7   PERTAINS TO:  MRGO AND ROBINSON

 8                   (No. 06-2268)

 9

10              (V O L U M E   II)

11          Rule 30(b)(6) deposition of THE UNITED

12   STATES OF AMERICA, BY AND THROUGH THE UNITED

13   STATES ARMY CORPS OF ENGINEERS' DESIGNEE

14   ██████████████, given at the U.S. Army Corps of

15   Engineers New Orleans District offices, 7400

16   Leake Avenue, New Orleans, Louisiana

17   70118-3651, on ████████████████

18

19

20

21

22

23   REPORTED BY:

24          JOSEPH A. FAIRBANKS, JR., CCR, RPR

25          CERTIFIED COURT REPORTER #75005
```

MILLER (VOL II), GREGORY

10/10/2008

Page 84

```
1    REPRESENTING THE PLAINTIFFS:

2              BRUNO & BRUNO

3              (BY:  JOSEPH M. BRUNO, ESQUIRE)

4              (BY:  FLORIAN BUCHLER, ESQUIRE)

5              855 Baronne Street

6              New Orleans, Louisiana 70113

7              504-525-1335

8    - AND -

9              ELWOOD C. STEVENS, JR., APLC

10             (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)

11             1205 Victor II Boulevard

12             Morgan City, Louisiana 70380

13   - AND -

14             MCKERNAN LAW FIRM

15             (BY:  ASHLEY E. PHILEN, ESQUIRE)

16             8710 Jefferson Highway

17             Baton Rouge, Louisiana 70809

18             225-926-1234

19   - AND -

20             ███████████████

21             (BY:  ████████████████

22             610 Baronne Street

23             New Orleans, Louisiana 70113

24             504-586-8899

25
```

MILLER (VOL II), GREGORY

10/10/2008

Page 85

```
 1      REPRESENTING THE UNITED STATES OF AMERICA:
 2              UNITED STATES DEPARTMENT OF JUSTICE,
 3              TORTS BRANCH, CIVIL DIVISION
 4              (BY:  ███████████████████
 5              (BY:  ███████████████████
 6              P.O. Box 888
 7              Benjamin Franklin Station
 8              Washington, D.C. 20044
 9              202-616-4289
10
11      REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.
12              CORPS OF ENGINEERS, OFFICE OF COUNSEL
13              (BY:  RITA TROTTER, ESQUIRE)
14              7400 Leake Avenue
15              New Orleans, Louisiana 70118-3651
16              504-862-2843
17
18      ALSO PRESENT:
19              ANDRE LAGARDE, ESQ.
20              CHARLES SUTTON, ESQ.
21              DARCY DECKER, ESQ.
22              TIANA CHRISTOPHER, ESQ.
23              R. SCOTT HOGAN, ESQ.
24
25
```

MILLER (VOL II), GREGORY

```
 1    PRESENT VIA I-DEP:

 2

 3            SCOTT GASPARD, ESQ.

 4            NICK DIETZEN, ESQ.

 5            ELISA GILBERT, ESQ.

 6            BRENDAN O'BRIEN, ESQ.

 7

 8    VIDEOGRAPHER:

 9            KEN HART

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

 5    CONSOLIDATED LITIGATION            NO. 05-4182 K2

 6                                       JUDGE DUVAL

 7    PERTAINS TO:  MRGO AND ROBINSON

 8                     (No. 06-2268)

 9

10              (V O L U M E   III)

11              Rule 30(b)(6) deposition of THE UNITED

12    STATES OF AMERICA, BY AND THROUGH THE UNITED

13    STATES ARMY CORPS OF ENGINEERS' DESIGNEE

14    ██████████████, given at the U.S. Army Corps of

15    Engineers New Orleans District offices, 7400

16    Leake Avenue, New Orleans, Louisiana

17    70118-3651, on ████████████████████

18

19

20

21

22

23    REPORTED BY:

24            JOSEPH A. FAIRBANKS, JR., CCR, RPR

25            CERTIFIED COURT REPORTER #75005
```

MILLER (VOL III), GREGORY

10/14/2008

```
 1     REPRESENTING THE PLAINTIFFS:

 2               BRUNO & BRUNO

 3               (BY:  JOSEPH M. BRUNO, ESQUIRE)

 4               (BY:  FLORIAN BUCHLER, ESQUIRE)

 5               855 Baronne Street

 6               New Orleans, Louisiana 70113

 7               504-525-1335

 8      - AND -

 9               ELWOOD C. STEVENS, JR., APLC

10               (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)

11               1205 Victor II Boulevard

12               Morgan City, Louisiana 70380

13      - AND -

14               MCKERNAN LAW FIRM

15               (BY:  ASHLEY E. PHILEN, ESQUIRE)

16               8710 Jefferson Highway

17               Baton Rouge, Louisiana 70809

18               225-926-1234

19      - AND -

20               ████████████████

21               (BY:  ████████████████)

22               610 Baronne Street

23               New Orleans, Louisiana 70113

24               504-586-8899

25      - AND -
```

MILLER (VOL III), GREGORY

10/14/2008

Page 218

```
 1            THE GILBERT FIRM, LLC
 2            (BY:  ELISA GILBERT, ESQUIRE)
 3            325 E. 57th Street
 4            New York, N.Y. 10022
 5            212-286-8503
 6
 7    REPRESENTING THE UNITED STATES OF AMERICA:
 8            UNITED STATES DEPARTMENT OF JUSTICE,
 9            TORTS BRANCH, CIVIL DIVISION
10            (BY:  ███████████████████)
11            (BY:  ███████████████████)
12            P.O. Box 888
13            Benjamin Franklin Station
14            Washington, D.C. 20044
15            202-616-4289
16
17    REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.
18            CORPS OF ENGINEERS, OFFICE OF COUNSEL
19            (BY:  DAVID DYER, ESQUIRE)
20            7400 Leake Avenue
21            New Orleans, Louisiana 70118-3651
22            504-862-2843
23
24    ALSO PRESENT:
25            R. SCOTT HOGAN, ESQ.
```

MILLER (VOL III), GREGORY

10/14/2008

Page 219

```
 1    PRESENT VIA I-DEP:

 2

 3            ELISA GILBERT, ESQ.

 4            BRENDAN O'BRIEN, ESQ.

 5            ELWOOD STEVENS, ESQ.

 6

 7    VIDEOGRAPHER:

 8            KEN HART

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```