```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
     CONSOLIDATED LITIGATION
 5                                     NO. 05-4182 "K"(2)
 6   PERTAINS TO:                      JUDGE DUVAL
 7   ROBINSON, Number 06-2268          MAG. WILKINSON
 8
 9
10   Videotaped deposition of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
     School of the Coast & Environment, Department of
11   Oceanography & Coastal Sciences, Louisiana State
     University, Baton Rouge, Louisiana  70803, taken
12   in the offices of Bruno & Bruno, 855 Baronne
     Street, New Orleans, Louisiana  70113, on
13   Wednesday, the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     beginning at 9:11 a.m.
14
15   APPEARANCES:
16        ANDRY LAW FIRM
          (BY:  JONATHAN ANDRY
17              ▮▮▮▮▮▮▮▮▮▮▮
          610 Baronne Street
18        New Orleans, Louisiana  70113
19                    AND
20        GAINSBURGH, BENJAMIN, DAVID,
            MEUNIER & WARSHAUER
21        (BY:  GERALD E. MEUNIER)
          Suite 2800
22        1100 Poydras Street
          New Orleans, Louisiana  70163-2800
23
               ATTORNEYS FOR THE PLAINTIFFS
24
25
```

```
 1    APPEARANCES CONTINUED:
 2         UNITED STATES DEPARTMENT OF JUSTICE
           (BY:  SARAH SOJA)
 3         1331 Pennsylvania Avenue, N.W.
           Post Office Box 888
 4         Benjamin Franklin Station
           Washington, D.C.  20044
 5
                ATTORNEY FOR THE DEPARTMENT OF
 6              JUSTICE AND THE ARMY CORPS OF
                ENGINEERS
 7
           UNITED STATES DEPARTMENT OF JUSTICE
 8         (BY:  ROBERT M. MITSCH
                 KARA K. MILLER)
 9         1331 Pennsylvania Avenue, N.W.
           Post Office Box 888
10         Benjamin Franklin Station
           Washington, D.C.  20044
11
                ATTORNEY FOR THE UNITED STATES
12              CORPS OF ENGINEERS
13         CHAFFE McCALL
           (BY:  ALAN R. DAVIS)
14         Suite 2300
           1100 Poydras Street
15         New Orleans, Louisiana   70163-2300
16              ATTORNEYS FOR LAFARGE N.A.
17    ALSO PRESENT:
18         DAVID R. DYER
           Assistant District Counsel
19         Office of Counsel
           CEMVN-OC
20         UNITED STATES ARMY CORPS OF ENGINEERS
           Post Office Box 60267
21         New Orleans, Louisiana   70160-0267
22         LOUIS D. BRITSCH
           Assistant District Counsel
23         Office of Counsel
           CEMVN-OC
24         UNITED STATES ARMY CORPS OF ENGINEERS
           Post Office Box 60267
25         New Orleans, Louisiana   70160-0267
```

Page 3

```
 1   APPEARANCES CONTINUED:
 2         ASHLEY GREMILLION COKER
           SHER GARNER CAHILL RICHTER KLEIN & HILBERT
 3         28th Floor
           909 Poydras Street
 4         New Orleans, Louisiana   70112
 5         GARY P. SHAFFER, Ph.D.
 6         SARAH MACK, Ph.D.
 7
 8   VIDEOTAPED BY:
 9         JOHN WADSWORTH
           Legal Video Specialist
10         HART VIDEO OF LOUISIANA, L.L.C.
           Bay 5
11         1185 Robert Boulevard
           Slidell, Louisiana   70458
12
13
14
15
16   REPORTED BY:
17         CAROL VALLETTE SLATER
           Certified Court Reporter
18         Registered Professional Reporter
19
20
21
22
23
24
25
```

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
      CONSOLIDATED LITIGATION
 5                                       NO. 05-4182 "K"(2)
 6     PERTAINS TO:                      JUDGE DUVAL
 7     ROBINSON, Number 06-2268          MAG. WILKINSON
 8
 9
10    Videotaped deposition of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
      Department of Biological Sciences, SLU 10736,
11    Southeastern Louisiana University, Hammond,
      Louisiana  70402, taken in the offices of Bruno &
12    Bruno, 855 Baronne Street, New Orleans, Louisiana
      70113, on Thursday, the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13    2009, beginning at 9:20 a.m.
14
      APPEARANCES:
15
            ANDRY LAW FIRM
16          (BY:   JONATHAN ANDRY
                  ▮▮▮▮▮▮▮▮▮▮
17          610 Baronne Street
            New Orleans, Louisiana   70113
18
                        AND
19
            GAINSBURGH, BENJAMIN, DAVID,
20            MEUNIER & WARSHAUER
            (BY:   GERALD E. MEUNIER)
21          Suite 2800
            1100 Poydras Street
22          New Orleans, Louisiana   70163-2800
23                      AND
24
25
```

```
 1    APPEARANCES CONTINUED:
 2         THE LAW OFFICE OF JOSEPH M. BRUNO
           (BY:  L. SCOTT JOANEN)
 3         855 Baronne Street
           New Orleans, Louisiana   70113
 4
                ATTORNEYS FOR THE PLAINTIFFS
 5
 6         UNITED STATES DEPARTMENT OF JUSTICE
           (BY:  SARAH SOJA)
 7         1331 Pennsylvania Avenue, N.W.
           Post Office Box 888
 8         Benjamin Franklin Station
           Washington, D.C.   20044
 9
                ATTORNEY FOR THE DEPARTMENT OF
10              JUSTICE AND THE ARMY CORPS OF
                ENGINEERS
11
12         UNITED STATES DEPARTMENT OF JUSTICE
           (BY:  KARA K. MILLER)
13         1331 Pennsylvania Avenue, N.W.
           Post Office Box 888
14         Benjamin Franklin Station
           Washington, D.C.   20044
15
                ATTORNEY FOR THE UNITED STATES
16              CORPS OF ENGINEERS
17
           CHAFFE McCALL
18         (BY:  JESSICA K. WOODRUFF)
           Suite 2300
19         1100 Poydras Street
           New Orleans, Louisiana   70163-2300
20
                ATTORNEYS FOR LAFARGE N.A.
21
22
23
24
25
```

```
 1   APPEARANCES CONTINUED:
 2   ALSO PRESENT:
 3        DAVID R. DYER
          Assistant District Counsel
 4        Office of Counsel
          CEMVN-OC
 5        UNITED STATES ARMY CORPS OF ENGINEERS
          Post Office Box 60267
 6        New Orleans, Louisiana   70160-0267
 7        ASHLEY GREMILLION COKER
          SHER GARNER CAHILL RICHTER KLEIN & HILBERT
 8        28th Floor
          909 Poydras Street
 9        New Orleans, Louisiana   70112
10        JOHN DAY, Ph.D.
11
12
     VIDEOTAPED BY:
13
          JOHN WADSWORTH
14        Legal Video Specialist
          HART VIDEO OF LOUISIANA, L.L.C.
15        Bay 5
          1185 Robert Boulevard
16        Slidell, Louisiana   70458
17
18
19
20
21
22
23   REPORTED BY:
24        CAROL VALLETTE SLATER
          Certified Court Reporter
25        Registered Professional Reporter
```