# JIM S. HALL & ASSOCIATES, LLC

### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 30   PM 2:35

(504) 832-3000
Fax: 832-1799

LORETTA G. WHYTE
CLERK

April 27, 2009

**SENT VIA FACSIMILE: 504-589-7633**

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

*File in the
record
05-4182-K*

**Re: Dual Representation**

Dear Magistrate Wilkinson:

Confirming the hearing set for tomorrow with Joseph M. Bruno's office has been continued for two weeks.

Our two offices have met on four (4) sessions, have reviewed each file of both firms and hopefully resolved the majority of the cases.

We are meeting again this afternoon to further close issues and feel a small continuance would be of help to the parties and save judicial time.

Your staff has been helpful and will coordinate a reschedule time.

Most respectfully,

JOSEPH W. RAUSCH

cc: Joseph M. Bruno, Esq.   504-561-6775

JSH/sc

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____