UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-1885, 06-0225, 06-0886, 06-11208,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206,<br>07-0647, 07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | |
| PERTAINS TO:  LEVEE | |

## UNOPPOSED MOTION TO CONTINUE TRIAL AND DEADLINES IN LEVEE

**NOW INTO COURT**, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans and moves this Court for an Order continuing trial and the deadlines set pursuant to Case Management and Scheduling Order No. 7 in Levee.

A proposed settlement was reached between plaintiffs and Levee defendants the Orleans and East Jefferson Levee Districts.  In connection with the proposed settlement, activity affecting the levee districts was stayed.  In addition, the other remaining defendant, the Sewerage and Water Board of New Orleans, moved for summary judgment.  As a result of the proposed settlement and stay, preparations for trial in Levee stopped.  Accordingly, defendant requests the trial date and the deadlines under Case Management and Scheduling Order No. 7, solely as they

1

pertain to Levee, be continued and new deadlines be set. Counsel for plaintiffs and defendants have been contacted and have no opposition to this motion.

WHEREFORE, the Sewerage and Water Board of New Orleans requests the Court issue an Order in Levee continuing the July 13, 2009, trial date and setting new cutoffs.

Respectfully submitted,

/s/ Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## **C E R T I F I C A T E**

I do hereby certify that on the 4th day of May 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

/s/ Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**