UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |
| PERTAINS TO: LEVEE | |

## ORDER

Considering defendant Sewerage and Water Board of New Orleans' Unopposed Motion to Continue Trial and Deadlines in Levee:

IT IS ORDERED that trial scheduled on July 13, 2009, and the deadlines contained in Case Management and Scheduling Order No. 7, as they pertain to the Levee litigation only, be and the same are hereby continued.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

1

CK_DOCS 415405v1