# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO. 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | "K" (2) |
| | * | |
| PERTAINS TO INSURANCE: 07-1816 | * | JUDGE DUVAL |
| PLAINTIFFS: | * | |
| LEONARD AND ANNIE PHILLIPS | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**

DKP Library:RP6513