UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
       CONSOLIDATED LITIGATION
                                         NO. 05-4182

PERTAINS TO: Robinson (06-2268)          SECTION "K"(2)

## ORDER

Before the Court is Plaintiffs' Motion to Compel the United States to Produce Defense Expert Bruce Ebersole's Reliance Materials (Rec. Doc. 18684). The Plaintiffs have informed the Court that their motion is no longer necessary. Accordingly,

**IT IS ORDERED** that the Plaintiffs' Motion to Compel the United States to Produce Defense Expert Bruce Ebersole's Reliance Materials (Rec. Doc. 18684) and the corresponding Motion to Expedite Hearing (Rec. Doc. 18685) are **MOOT.**

New Orleans, Louisiana, this __4th__ day of May, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE