UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  *<br>CONSOLIDATED LITIGATION           *<br>                                                  *<br>                                                  *<br>                                                  *<br>                                                  *<br>PERTAINS TO: INSURANCE        *<br>     (Mass Joinder Cases)                *<br>     <u>Abadie I</u>     06-5164             *<br>     <u>Abadie II</u>    07-5112             *<br>     <u>Allen</u>         07-5111             *<br>* * * * * * * * * * * * * * * * * * * * * * * * | | CIVIL ACTION<br><br>NUMBER: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## ORDER

**CONSIDERING THE FOREGOING**, it is **ORDERED** that Plaintiffs' Motion to Extend Dismissal Order be and hereby is **GRANTED**. The Court hereby extends its February 4, 2009 Dismissal Order (Rec. Doc. 70, Case No. 07-5112) for an additional ninety (90) days to allow the parties to continue consummating final resolution of these matters.

New Orleans, Louisiana, this   4th   day of May, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE