**MINUTE ENTRY**
**DUVAL, J.**
**MAY 1, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO:  MRGO , Robinson** (No. 06-2268) | **NO. 05-4182** |
| | **SECTION "K"(2)** |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Thursday, April 30, 2009).
**Court begins at 9:05 a.m. All present and ready.**
**Testimony of Bruce Ebersole resumes.**
**Court recesses for lunch at  12:06 p.m.   Court resumes at 1:21 p.m.**
**Testimony of Bruce Ebersole resumes.**
**Defts' state Proffer #2 as to DM13 & Proffer #3 as to DM15 on the record.**
**Trial is continued until Monday, May 4, 2009 at 9:00 a.m.  Court adjourns at 4:15 p.m.**

**JS-10 (5:19)**