**MINUTE ENTRY**
**DUVAL, J.**
**MAY 4, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                      **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

**PERTAINS TO: MRGO , Robinson**                      **NO. 05-4182**
**(No. 06-2268)**

                                                                                 **SECTION "K"(2)**

## NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS KAREN IBOS & TONI TUSA**

Trial (held and continued from Friday, May 1, 2009).
**Court begins at 9:20 a.m. All present and ready.**
**Testimony of Bruce Ebersole resumes.**
**Court recesses for lunch at 11:57 p.m.   Court resumes at 1:33 p.m.**
**Testimony of Bruce Ebersole resumes.**
**Pltfs' offer exhibit PX2169 & PX2170, admitted.**
**Pltfs' state Proffer #2 referred to as Resio on the record.**
**Trial is continued until Tuesday, May 5, 2009 at 1:00 p.m.  Court adjourns at 5:13 p.m.**

**JS-10 ( 5:41)**