UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |

PERTAINS TO: BARGE

### ORDER

Considering the Motion to Appear *Pro Hac Vice*, properly formed and filed by counsel for defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., it is hereby ordered that John R. Stevenson, of Clyde & Co. US LLP, 405 Lexington Ave., New York, New York, 10174, be admitted to appear *pro hac vice* before this court on behalf of American Steamship Owners Mutual Protection and Indemnity Association, Inc., in the above-captioned matter, with all the rights and privileges attendant thereto, and that he be entered as counsel of record for the same.

Signed and entered in New Orleans, Louisiana, on this 4th day of May, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge