**MINUTE ENTRY**
**DUVAL, J.**
**MAY 5, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  MRGO , Robinson<br>(No. 06-2268) | NO. 05-4182<br><br>SECTION "K"(2) |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER: TONI TUSA**

Trial (held and continued from Monday, May 4, 2009).
**Court begins at 1:06 p.m. All present and ready.**
**Testimony of Bruce Ebersole resumes.**
**Pltfs' Proffer #3 stated on the record.**
**Pltfs' offer PX1877.1a & PX2138.2, admitted.**
**Trial is continued until Wednesday, May 6, 2009 at 1:00 p.m.  Court adjourns at 5:08 p.m.**

**JS-10 (3:39)**