

**United States Court of Appeals**

FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

May 04, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 08-31240  In Re: Katrina Canal, et al
USDC No. 2:05-CV-4182
USDC No. 2:06-CV-5131
USDC No. 2:06-CV-5132
USDC No. 2:06-CV-5134
USDC No. 2:06-CV-5137
USDC No. 2:06-CV-5140

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By:
Kimberly K. Folse, Deputy Clerk
504-310-7712

Mr. William C Gambel
Mr. James K Irvin
Mr. John Fredrick Kessenich
Ms. Loretta Whyte

Fee_____
Process_____
X   Dktd_____
CtRmDep_____
Doc. No._____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: KATRINA CANAL BREECHES LITIGATION

U.S. COURT OF APPEALS
**FILED**

MAY 0 4 2009

CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

    The Court of Appeals understands the record in this case is extremely voluminous.  The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal.  The parties should attempt to agree on which documents should be included and should file a joint designation.  If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

    The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

    The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Charles R. Fulbruge_
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana  5/4/09