**MINUTE ENTRY**
**DUVAL, J.**
**MAY 6, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO: MRGO , Robinson** <br> **(No. 06-2268)** | **NO. 05-4182** <br><br> **SECTION "K"(2)** |

## NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: TONI TUSA**

Trial (held and continued from Tuesday, May 5, 2009).
**Court begins at 1:10 p.m. All present and ready.**
**Testimony of Bruce Ebersole resumes.**
**Defts' offer exhibit DM-US-19, admitted.**
**Defts' witness, Steven Fitzgerald, sworn and testified.**
**Pltfs' offer exhibits PX2172, PX2138.3, PX1487.1, PX1810.15, JX0126.3, PX1810.16 & PX2136.1 thru PX2136.15, & PX2167, admitted.**
**Pltfs' witness, Donald Thomas Resio, sworn.**
**Oral argument by parties regarding Pltfs' mtn to strike supplemental report of Deft, United States' Expert Donald Thomas Resio and preclude derivative testimony, record document 18514 & Court's Order and Reasons, record document 18652. Court allows the supplemental report over Pltfs' objections. Expert Resio may testify as his supplemental report.**
**Pltfs' witness, Donald Thomas Resio, testified.**
**Trial is continued until Thursday, May 7, 2009 at 9:00 a.m. Court adjourns at 5:32 p.m.**

**JS-10 (3:53)**