## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K" (2)** |
| | § | |
| **PERTAINS TO:  INSURANCE** | § | |
| | § | |
| **RHONDA COSPELICH DASTUGUE** | § | |
| **NO.  07-2755** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INDEMNITY COMPANY** | § | |
| _____ | § | |

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL
### WITH PREJUDICE

COMES NOW, the Plaintiff, Rhonda Cospelich Dastugue, as well as Defendant, Allstate Indemnity Company, through undersigned counsel and who hereby stipulate to the dismissal of this action number 07-2755 in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

_____
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

Respectfully submitted,

THE ROBICHAUX LAW FIRM

_____

**Brian D. Page, Bar No. 30941**
PO Box 792500
6305 Elysian Fields, Suite 406
New Orleans, Louisiana 70179
Telephone: (504) 2862022
  Facsimile: (504) 282-6298