UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | |
| KATRINA CANAL BREACHES § | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION § | |
| § | JUDGE DUVAL |
| § | |
| PERTAINS TO: INSURANCE § | MAGISTRATE WILKINSON |
| § | |
| § | |
| DALE VALENTI         NO.: 07-2750 § | |
| § | |
| VERSUS § | |
| § | |
| ALLSTATE INSURANCE COMPANY § | |
| § | |

### ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action number 07-2750, in its entirety, is dismissed with prejudice.

_____
JUDGE

1