**MINUTE ENTRY**
**DUVAL, J.**
**MAY 7, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO: MRGO , Robinson (No. 06-2268)** | **NO. 05-4182** |
| | **SECTION "K"(2)** |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS: KAREN IBOS & TONI TUSA**

Trial (held and continued from Wednesday, May 6, 2009).
**Court begins at 9:03 a.m. All present and ready.**
**Testimony of Donald Thomas Resio resumes.**
**Court recesses for lunch at 12:00 noon.   Court resumes at 1:06 p.m.**
**Testimony of Donald Thomas Resio resumes.**
**Defts' witness, Reed Lindsay Mosher, sworn and testified.**
**Defts' state Proffer #4 & Proffer #5 on the record.**
**Trial is continued until Friday, May 8, 2009 at 9:00 a.m.  Court adjourns at  5:35 p.m.**

**JS-10 (6:31)**