**MINUTE ENTRY**
**DUVAL, J.**
**MAY 8, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  MRGO , Robinson<br>(No. 06-2268) | NO. 05-4182<br><br>SECTION "K"(2) |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS: KAREN IBOS & TONI TUSA**

Trial (held and continued from Thursday, May 7, 2009).
**Court begins at 9:03 a.m. All present and ready.**
**Testimony of Reed Lindsay Mosher resumes.**
**Defts' witness, Gregory Miller, sworn and testified.**
**Court recesses for lunch at 12:05 p.m.   Court resumes at 1:18 p.m.**
**Testimony of Gregory Miller resumes.**
**Defts' witness, Louis D. Britsch, sworn and testified.**
**Defts' offer exhibits DX1759 & DX1760, admitted.**
**Trial is continued until Monday, May 11, 2009 at 9:00 a.m.  Court adjourns at  4:46 p.m.**

**JS-10 (5:47)**