UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO:  INSURANCE*<br><br>**KAREN POLK**                    NO.: 07-2751<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | **CIVIL ACTION NO. 05-4182 "K" (2)**<br><br>**JUDGE DUVAL**<br><br>**MAGISTRATE WILKINSON** |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action number 07-2751, in its entirety, is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 11th day of May, 2009.

_____
JUDGE

1