UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | |
| | § | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | § | |
| | § | |
| RHONDA COSPELICH DASTUGUE | § | |
| NO. 07-2755 | § | |
| | § | |
| VERSUS | § | |
| | § | |
| ALLSTATE INDEMNITY COMPANY | § | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action, in its entirety, is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 11th day of May, 2009.

_____
JUDGE

1