UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** | |
| **CONSOLIDATED LITIGATION** § | | |
| § | **JUDGE DUVAL** | |
| § | | |
| **PERTAINS TO: INSURANCE** § | **MAGISTRATE WILKINSON** | |
| § | | |
| § | | |
| **DALE VALENTI**      NO.: 07-2750 § | | |
| § | | |
| **VERSUS** § | | |
| § | | |
| **ALLSTATE INSURANCE COMPANY** § | | |
| § | | |

### ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action number 07-2750, in its entirety, is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 11th day of May, 2009.

_____
JUDGE

1