# UNGARINO & ECKERT, L.L.C.

ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

FILED '09 MAY 08 12:41 USDC-LAE

MATTHEW J. UNGARINO
WILLIAM H. ECKERT ‡
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON ‡
BRUCE D. BEACH *
DAVID P. SULLIVAN †
ROBIN L. JONES
ALAN C. GOODMAN ‡

\* Admitted in Louisiana & Texas
‡ Admitted in Louisiana & Mississippi
λ Admitted in Louisiana, California & Texas
† Admitted in Mississippi

## LOUISIANA OFFICES
*New Orleans    Baton Rouge*
*Shreveport      Lafayette*

## MISSISSIPPI OFFICES
*Jackson      Gulfport*

WRITER'S DIRECT DIAL: **(504) 836-7549**
FAX: (504) 836-7538

E-MAIL: cbienvenu@ungarino-eckert.com

STEPHEN M. GELÉ
DAVID I. BORDELON
IMELDA T. FRUGÉ, R.N.
JAMES M. BENSON
DONALD R. KLOTZ, JR.
J. MICHAEL NASH
K. ELIZABETH HEINEN
HELEN H. BABIN
KELLY O. THIBEAUX
DANIEL G. COLLARINI
LEAH R. RHODES

SPECIAL COUNSEL
FRANK A. ROMEU, JR. λ
RHONDA J. THOMAS, R.N. ‡

May 6, 2009

Loretta G. Whyte, Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

RE: **In Re: Katrina Canal Breaches Litigation**
**(Insurance Group Litigation)**
***All cases***

Dear Ms. White:

Pursuant to instructions from the Clerk's office, please allow this letter to serve as notice that Wayne R. Maldonado, La. Bar No. 19076, of Ungarino & Eckert, LLC, (wmaldonado@ungarino-eckert.com) no longer represents any party in the Katrina Canal Breaches Litigation (Insurance Group Litigation). We respectfully request that Mr. Maldonado be removed from e-mail notification in these cases. If you have any questions or require any additional information or documentation, please do not hesitate to contact the undersigned by phone at 836-7549 or via email cbienvenu@ungarino-eckert.com.

Thank you for your assistance and cooperation.

Sincerely,

UNGARINO & ECKERT, LLC

*Cathy H. Bienvenu*

Cathy H. Bienvenu, Paralegal

/cb

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____