UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO:
MRGO

SECTION "K"(2)

## ORDER AND REASONS

Before the Court is a Motion for Summary Judgment filed by Washington Group International, Inc. ("WGI") (Doc. No. 15861). WGI seeks dismissal of the claims brought against it for the flooding caused during Hurricane Katrina as the result of the failure of the floodwall at the east bank of the Inner Harbor Navigation Canal ("IHNC"), which is also referred to as the Industrial Canal. The allegations are based on WGI's performance of a contract with the United States Army Corps of Engineers ("the Corps") to remediate an area adjacent to the Industrial Canal. Plaintiffs contend that the floodwall failures that occurred at two specific sites were caused by WGI's failure to fulfill its state law duty of due care when it excavated and backfilled these two locations. Nonetheless, WGI maintains that it is entitled to immunity from suit under the federal government contractor defense. Based on an extensive review of the pleadings, memoranda, exhibits, depositions and the relevant law, the Court finds that the motion must be granted.

**Background**

As this Court noted in its previous decision concerning the claims against WGI found in *In re Katrina Canal Breaches Consolidated Litigation*, Civ. A. No. 05-4182, 2007 WL 4219351



(E.D.La. Nov. 27, 2007), the MRGO Master Consolidated Class Action Complaint (Doc. 3415) incorporates in one document all the pending allegations against all of the defendants for harm caused by the MRGO in these consolidated proceedings. In essence, plaintiffs contend that even though Hurricane Katrina's winds barely reached 100 miles per hour and did not register as a Category 3 hurricane on the Saffir-Simpson scale:

> through the fault and negligence of defendants, a tidal surge rushed from the Gulf through the MR-GO and collided at the nexus of the Gulf Intra-Coastal Waterway ("GIWW) and MR-GO with another storm surge from Lake Borgne which combined to flood New Orleans East, the Lower Ninth Ward and St. Bernard Parish by overwhelming levees/floodwalls and/or spoil banks that had been negligently designed, constructed, maintained, undermined, weakened and/or operated by the Defendants.

(Master Complaint, Introduction, p.2). Included as one of the numerous named defendants is WGI.

Specifically, plaintiffs contend that the United States Army Corps of Engineers ("the Corps") contracted with WGI to clear abandoned industrial facilities and debris from the East Bank Industrial Area ("EBIA") in order for the Corps to replace a lock on the Industrial Canal. The EBIA is a 32-acre site located between Florida Avenue and Claiborne Avenue extending from the Industrial Canal to the floodwall at the Lower Ninth Ward. The EBIA was littered with assorted structures, contaminants, and debris that the Corps needed to remove before dredging a bypass channel.

Plaintiffs allege that the two levee/floodwall failures on the east side of the IHNC occurred near the south end, Saucer Marine site, and at the north end, Boland Marine site. The Saucer Marine site contained a sewer lift station, and the Boland site contained a concrete block that is referred to as the "wedding cake" structure. Plaintiffs contend that depth of the floodwall