UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** * | | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| **PERTAINS TO: MRGO** * | | MAG. WILKINSON |
| * | | |
| **Filed in** * | | |
| 05-4181, 05-4182, 05-5237, 05-6073, * | | |
| 05-6314, 05-6324, 05-6327, 05-6359, * | | |
| 06-0020, 06-0225, 06-0866, 06-0886, * | | |
| 06-1885, 06-2152, 06-2278, 06-2287, * | | |
| 06-2824, 06-0465, 06-4024, 06-4063, * | | |
| 06-4066, 06-4389, 06-4634, 06-4931, * | | |
| 06-5032, 06-5155, 06-5159, 06-5161, * | | |
| 06-5162, 06-5260, 06-5308, 06-5771, * | | |
| 06-5785, 06-5786, 06-5937, 06-8708, * | | |
| 07-0206, 07-0621, 07-1073, 07-1113, * | | |
| 07-1271, 07-1285, 07-1349, 07-3173, * | | |
| 07-3500, 07-4392, 07-4550, 07-4555, * | | |
| 07-4837, 07-4945, 07-4976, 07-4979, * | | |
| 07-4995, 07-5007, 07-5012, 07-5013, * | | |
| 07-5019, 07-5067, 07-5254, 07-5286, * | | |
| 07-5339, 07-5343, 07-5344, 07-5350, * | | |
| 07-5355, 07-5356, 07-5375, 07-5397 * | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the MRGO PSLC, on the behalf of the Class

Representatives, all other named Plaintiffs in the individual cases in the above-captioned matter,

and the putative Class of Plaintiffs they represent, hereby appeals the April 13, 2009 "Order"[1]

---

[1] A copy of the ORDER (Rec. Doc 18541) is attached as Exhibit 1.

entering as a Final Judgement the grant of summary judgment in favor of the Washington Group International ("WGI") in its Order and Reasons dated December 15, 2008.[2]

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

---

[2] A copy of the ORDER AND REASONS (Rec. Doc 16726) is attached as Exhibit 2.

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 11th day of May, 2009.

                                                        /s/ Joseph M. Bruno
                                                         Joseph M. Bruno