UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE                 JUDGE DUVAL
     Abadie I, 06-5164                         MAG. WILKINSON
     Abadie II, 07-5112
     Aaron 06-4746
     Aguilar 07-4852

### ORDER

At the request of the office of Joseph M. Bruno (by letter filed separately in the record), and having been advised that Joseph W. Rausch agrees to the change, and in light of the ongoing discussions of counsel seeking a resolution of their dispute, **IT IS ORDERED** that the follow-up status conference to be attended only by plaintiffs' counsel, previously set in the referenced matters before me on May 12, 2009, is hereby CONTINUED to **JUNE 11, 2009 at 2:00 p.m.** The purpose of the conference is to discuss the ongoing issue of dual representation of plaintiffs in settlements reached in the referenced cases and the allocation of plaintiffs' attorneys' fees from settlement funds. At the time of the conference, counsel must provide me with a list identifying all persons whose dual representation remains in dispute, together with their properties and insurers.

New Orleans, Louisiana, this __12th__ day of May, 2009.

                                            JOSEPH C. WILKINSON, JR
                                            UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**