UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION                NO: 05-4182 "K"(2)

                                       JUDGE STANWOOD R. DUVAL, JR.

PERTAINS TO: INSURANCE
*Chehardy, 06-1672,*
*Chehardy, 06-1673,*
*Chehardy, 06-1674*

                                       MAG. JOSEPH C. WILKINSON, JR.

## MOTION OF LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTIONS TO ENJOIN ENFORCEMENT OF STATE COURT PRELIMINARY INJUNCTION IN PARALLEL STATE COURT CLASS ACTION

Pursuant to 28 U.S.C. § 1651, Louisiana Citizens Property Insurance Company a/k/a Louisiana Citizens Fair Plan (Louisiana Citizens) moves this Court to issue a Temporary Restraining Order and, in due course, a Preliminary and Permanent Injunction enjoining the 24th Judicial District Court and any named plaintiff and unnamed plaintiff, and any counsel in *Geraldine Oubre, et al v. Louisiana Citizens Fair Plan*, Case No. 625-567, Division "M," 24th Judicial District Court, Parish of Jefferson, State of Louisiana, from taking any action to enforce

861325.1

the Preliminary Injunction Order issued by that court on November 19, 2008. In support of this Motion, Louisiana Citizens submits the memorandum attached to this motion and attached documents.

All of which is most respectfully submitted.

DATE:   May 12, 2009.

BY ATTORNEYS,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

 s/ Emile C. Rolfs, III
Emile C. Rolfs, III, (#11431), Trial Attorney
David R. Kelly (#1457)
Chris D. Billings (#31621)

***Counsel for Louisiana Citizens Property Insurance Company***

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO: 05-4182 "K"(2) |
| | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE<br>*Chehardy, 06-1672,*<br>*Chehardy, 06-1673,*<br>*Chehardy, 06-1674* | |
| | MAG. JOSEPH C. WILKINSON, JR. |

## Certificate of Service

I HEREBY CERTIFY that on May 12, 2009, a copy of the foregoing Motion for Temporary Restraining Order and Preliminary and Permanent Injunctions to Enjoin Enforcement of State Court Preliminary Injunction in Parallel State Court Class Action was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record herein by operation of the court's electronic filing system. Additionally, copies of the foregoing were served upon counsel in the *"Oubre"* State Court Class Action, via United States Mail and e-mail or fax transmission, as follows:

Mr. Wiley J. Beevers
Mr. Steven M. Mauterer
BEEVERS & BEEVERS, L.L.P.
210 Huey P. Long Avenue
Gretna, LA  70053

Mr. John R. Ates
ATES & ASSOCIATES
13726 River Road, Suite A
Destrehan, LA  70047

Mr. Fred L. Herman
THE LAW OFFICES OF FRED HERMAN
1010 Common Street, Suite 3000
New Orleans, LA  70112-2421

                                        s/ Emile C. Rolfs, III
                                        Emile C. Rolfs, III (#11431)

861325.1