UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO: ROAD HOME
LOUISIANA STATE, 07-5528

SECTION "K"(2)

### ORDER

In the interests of judicial economy, considering that the above-captioned case is indirectly related to a matter presently before Judge Carl J. Barbier, *Law Offices of Joseph M. Bruno, APLC v. ABN Amro Mortgage Group, Inc.*, Civ. A. No. 08-2762, accordingly

**IT IS ORDERED** that the above-captioned matter, Civ. A. No. 07-5528, is hereby **DECONSOLIDATED** from Civ. A. No. 05-4182; and

**IT IS FURTHER ORDERED** that Civ. A. No. 07-5528 be **TRANSFERRED** to Judge Carl J. Barbier, Section "J".

New Orleans, Louisiana, this __16th__ day of April, 2009.

/s/ *signature*
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

APR 17 2009

TRANSFERRED TO

SECT. J

EXHIBIT
5

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____