TWENTY-FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

CASE NO.    625-567                                          DIVISION "M"

GERALDINE OUBRE AND LINDA GENTRY on their behalf,
as well as others, similarly situated

VERSUS

LOUISIANA CITIZENS FAIR PLAN

FILED: November 19, 2008                          *Colinda Quarrella*
                                                  DEPUTY CLERK

JUDGMENT ON MOTION FOR PRELIMINARY INJUNCTION

This matter came for hearing on November 6, 10 and 12, 2008.

PRESENT:    Wiley J. Beevers, Steven M. Mauterer, John R. Ates and Fred L. Herman,
            attorneys for the plaintiffs, Geraldine Oubre and Linda Gentry

            John T. Culotta, Darren A. Patin, Richard T. Simmons, John E. Unsworth,
            attorneys for the defendant, Louisiana Citizens Fair Plan

After considering the evidence, testimony, argument of counsel, the memoranda

submitted, the entire record in this matter and the applicable law, the Court finds as follows:

Although the Court does not believe that irreparable harm must be shown in this case, the

Court finds irreparable harm will occur to the Oubre Class plaintiffs due to a deprivation of their

rights and a denial of due process to proceed in the forum they have chosen. The Court further

finds that the Oubre Class is a "previously certified class" under the provision of Louisiana Civil

Code of Procedure article 594A(1). This Court's fiduciary duty to the members of the Oubre

Class is to protect the class which this Court has certified and which has been affirmed by the

Fifth Circuit Court of Appeal and the Louisiana Supreme Court. The appropriate remedy is to

issue a preliminary injunction, therefore

IT IS ORDERED, ADJUDGED AND DECREED that the motion for preliminary

injunction filed by the plaintiffs is hereby GRANTED, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a PRELIMINARY

INJUNCTION issue herein, upon posting of a bond in the amount of Five Thousand Dollars and

00/100 ($5,000.00), directed to the Defendant herein, namely LOUISIANA CITIZENS

PROPERTY INSURANCE CORPORATION, RESTRAINING, ENJOINING, and

EXHIBIT
6

PROHIBITING Defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, its agents, employees and assigns, from acting directly or indirectly:

From taking any action whatsoever to dismiss, compromise or settle any claim or claims of any member or members of the Oubre Class as defined by this Court in its Supplemental and Amended Judgment on Class Certification dated July 17, 2006, as follows:

> All present or past insureds of Louisiana Citizens Property Insurance Corporation a/k/a LOUISIANA CITIZENS FAIR PLAN, hereinafter referred to as "LCPIC", who, on or after August 29, 2005, provided notification of loss resulting from Hurricanes Katrina and/or Rita to LCPIC, and whose loss adjustment was not initiated within thirty (30) days after notification of loss.

and, specifically as to any individual or individuals who were mailed an Oubre Class Notice and who did not opt-out on or before May 1, 2008, for their claim or claims for any penalties to which they may be entitled under the provisions of La. R.S. 22:658 A(3), in any court or in any matter other than in the case No. 625-567, Division M of the 24th Judicial District Court for the Parish of Jefferson, this Court finding that said claims can be dismissed, compromised or settled only with the approval of this Court.

Gretna, Louisiana, this _____19th_____ day of November, 2008.

HENRY G. SULLIVAN, JR., JUDGE

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON