UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                      JUDGE STANWOOD R. DUVAL, JR.

PERTAINS TO:  Insurance

                                      MAG. JOSEPH C. WILKINSON, JR.

## DECLARATION OF SUZANNE DON dE'VILLE

Pursuant to 28 U.S.C. § 1746, I, **Suzanne Don de'Ville**, declare:

1. My name is Suzanne Don de'Ville, Director of Litigation for Louisiana Citizens Property Insurance Company;

2. That I have reviewed the Motion for Temporary Restraining Order and Preliminary and Permanent Injunctions and supporting memorandum and documents;

3. That I have been authorized to enter into, and have in turn, authorized our counsel in this matter, to enter into settlement negotiations with the Plaintiffs' Liaison Counsel in this matter and in the case entitled Civil Action No. 07-5528, pending before Judge Carl J. Barbier;

4. Due to the existence of the November 19, 2008 Preliminary Injunction Order issued in the *Oubre* matter, the negotiations have to date excluded any discussions of settling any claims or causes of action raised in two parallel state court class action cases known as *Geraldine Oubre and Linda Gentry on their behalf, as well as others similarly situated v. Louisiana Citizens Fair Plan*, No. 625-567, Division "M," on the docket of the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, and *Tony Swain Orrill, et al v. Louisiana Citizens Fair Plan*, Case No. 05-11720, Division "L-6," on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, ,

5. Louisiana Citizens Property Insurance Company is asking this Court to enjoin the enforcement of the November 19, 2008 Preliminary Injunction Order, to allow Louisiana Citizens Property Insurance Company to continue its negotiations with Plaintiffs' Liaison Counsel and thereafter enter into a global settlement agreement; and



861139.1

6. Louisiana Citizens Property Insurance Company is asking this Court to enjoin the enforcement of the November 19, 2008 Preliminary Injunction Order, to allow Louisiana Citizens Property Insurance Company to continue its negotiations with Plaintiffs' Liaison Counsel and thereafter enter into a global settlement agreement; and

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2009.

_____
Suzanne Don de'Ville

861139.1