UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO: 05-4182 "K"(2) |
| | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE<br>*Chehardy, 06-1672, Chehardy, 06-1673,*<br>*Chehardy, 06-1674* | |
| | MAG. JOSEPH C. WILKINSON, JR. |

### CERTIFICATION OF NOTICE TO STATE COURT PARTIES AND COUNSEL

Undersigned counsel verify and certify that they have notified counsel for the *Oubre* class members, and the Honorable Judge Henry G. Sullivan, Jr., to advise that Louisiana Citizens has this date filed this Motion and that the motion would be heard on May 12, 2009, or on such date and time as this Court directs, and that undersigned counsel has provided counsel for the *Oubre* class members and Judge Henry G. Sullivan, Jr., with a copy of this motion and all of the papers supporting this motion.

All of which is most respectfully submitted.

DATE:   May 12, 2009.

BY ATTORNEYS,

BREAZEALE, SACHSE & WILSON, L.L.P.
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

_s/ Emile C. Rolfs, III_
Emile C. Rolfs, III, (#11431), Trial Attorney
David R. Kelly (#1457)
Chris D. Billings (#31621)

*Counsel for Louisiana Citizens Property Insurance Company*

861312.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>*Chehardy, 06-1672,*<br>*Chehardy, 06-1673,*<br>*Chehardy, 06-1674* | JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

## Certificate of Service

I HEREBY CERTIFY that on May 12, 2009, a copy of the foregoing Certification of Notice to State Court Parties and Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record herein by operation of the court's electronic filing system.

s/ Emile C. Rolfs, III
Emile C. Rolfs, III (La. Bar No. 11431)