UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO: 05-4182 "K"(2) |
| | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE<br>*Chehardy, 06-1672,*<br>*Chehardy, 06-1673,*<br>*Chehardy, 06-1674* | |
| | MAG. JOSEPH C. WILKINSON, JR. |

## TEMPORARY RESTRAINING ORDER AND
## ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

TO:   GERALDINE OUBRE and
      LINDA GENTRY, on their behalf as well
      as others similarly situated --
      Through their counsel of record:
      Wiley J. Beevers
      Stephen M. Mauterer
      John R. Ates
      Fred L. Herman

      HON. JON A. GEGENHEIMER
      Clerk of Court
      24th Judicial District Court
      Parish of Jefferson
      Post Office Box 10
      Gretna, LA  70054-0010

You (and each of you) are hereby ordered to show cause at 9:30 o'clock a.m. on May 27, 2009, or as soon thereafter as counsel may be heard in the courtroom of the Honorable Stanwood R. Duval, Jr., located at Room C352, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana, why, pursuant to my authority under 28 U.S.C. § 1651, you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them,

861141.1

concert or participation with you or them, should not be enjoined from seeking to enforce the November 19, 2008 Preliminary Injunction Order issued by the Honorable Henry G. Sullivan, Jr. in the matter entitled *Geraldine Oubre and Linda Gentry on their behalf, as well as others, similarly situated v. Louisiana Citizens Fair Plan*, bearing Suit No. 625-567 pending in the 24th Judicial District Court for the Parish of Jefferson, Division M, against Louisiana Citizens Property Insurance Company a/k/a Louisiana Fair Plan (Louisiana Citizens), its counsel, agents or employees because of any actions taken or to be taken by or on behalf of Louisiana Citizens to dismiss, compromise or settle any claim or claims in the proceedings before this Court, including but not limited to, the dismissal, compromise or settlement of any claim or claims for any penalties to which they may be entitled under the provisions of La. R.S. 22:658A(3), of any member or members of the *Oubre* Class previously defined by the 24th Judicial District Court in its Supplemental And Amended Judgment On Class Certification dated July 17, 2006, as follows:

> All present or past insureds of Louisiana Citizens Property Insurance Corporation a/k/a Louisiana Citizens Fair Plan, hereinafter referred to as "LCPIC", who on or after August 29, 2005, provided notification of loss resulting from Hurricanes Katrina and/or Rita to LCPIC, and whose loss adjustment was not initiated within thirty (30) days after notification of loss.

Pending hearing on the above order to show cause and pursuant to my authority under 28 U.S.C. § 1651, you, your officers, agents, servants, employees and attorneys and all those in active concert or participation with you or them are hereby restrained and enjoined from: 1) acting directly or indirectly through any and all persons acting in concert with or for you in seeking to enforce the November 19, 2008 Preliminary Injunction issued by the Honorable Henry G. Sullivan, Jr. in that matter entitled *Geraldine Oubre and Linda Gentry on their behalf, as well as others, similarly situated v. Louisiana Citizens Fair Plan*, bearing Suit No. 625-567

pending in the 24th Judicial District Court for the Parish of Jefferson, Division M, against Louisiana Citizens Property Insurance Company a/k/a Louisiana Fair Plan, its counsel, agents or employees, because of any action taken or to be taken by or on behalf of Louisiana Citizens to dismiss, compromise or settle any claim or claims in the proceedings before this Court, including but not limited to, the dismissal, compromise or settlement of any claim or claims of any member of the *Oubre* class as previously defined by the 24th Judicial District Court in its Supplemental and Amended Judgment On Class Certification dated July 17, 2006, as follows:

> All present or past insureds of Louisiana Citizens Property Insurance Corporation a/k/a Louisiana Citizens Fair Plan, hereinafter referred to as "LCPIC", who on or after August 29, 2005, provided notification of loss resulting from Hurricanes Katrina and/or Rita to LCPIC, and whose loss adjustment was not initiated within thirty (30) days after notification of loss.

This Order to Show Cause and supporting papers must be served on defendants no later than ____ days before the date set for hearing, and proof of service shall be filed no later than _____ court days before the hearing. Any response or opposition to this order to show cause must be filed and personally served on movers' counsel no later than ____ court days before the date set for hearing, and proof of service shall be filed no later than ____ court days before the hearing.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE STANWOOD R. DUVAL, JR.
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

861141.1