UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO MRGO | * | |
| | * | SECTION: "K" (2) |
| | * | |
| | * * | THIS DOCUMENT APPLIES TO: 07-3173 (*LUNDY*) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEAL**

NOW INTO COURT, come the plaintiffs listed in paragraph I below for the purpose of submitting this Notice of Appeal and says as follows;

I.

This Notice of Appeal is brought on behalf of the following plaintiffs: BETTY LUNDY, FREDERICK ADAMS, JEAN ADDISON, JONATHAN AKERS, OLLIE P. ALEXANDER , WAYNE ALEXANDER, KARLA ALLEN, CARL ALLEN JR., NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD NIJAH ANDERSON, ORIS ANDERSON, TERRILL E. ANDREWS, SANDRA AUSTIN, GREGORY BAPTISTEKAREN BARBER ON BEHALF OF HER MINOR CHILD A'SHANTE BARBER, HELEN BARROW, BARBARA BARRY, LEROY BARRY, SAVANNAH BECHET, JENNIFER BENDER, HARVEY L. BENDER JR., GLORIA BENNETT, ROSALIND BERAUD, FALLON BERAUD, YOLANDA BERAUD-CASIMERE, LOUISE BERTEAUX, DESIREE' BERTRAND, ANN BETHLEY, STACIE

BLACKMON, BRANDON BLANCHARD, KAREN BLANCHARD, NATHANIEL BLEVINS, TRINA BLOUNT, AGNES BLUE, SHAUNA BLUNT, EDWARD BONNAFON JR., DIANE E. BONNER, JOSEPH BONNER, HORACE BRADLEY, DENNIS BRADLEY, KEVIN BRANCHE, ROBERT BRINSON JR., LATONIA BRISCO ON BEHALF OF HER MINOR CHILD JERMAINE BRISON, ANGELE BROOKS, JIMMIE BROOKS ON BEHALF OF HIS MINOR CHILD RAESHAUN BROOKS, BRENDA BROOKS, JIMMIE BROOKS, FRANK BROOKS JR., CAROLYN BROWN, VANESSA G. BROWN, JOSEPH BROWN, DAVID BROWN, JACQUELINE BROWN, JACQUELINE BROWN ON BEHALF OF HER MINOR CHILD MARTINA BROWN, HATTIE MAE BROWN, WILLIE BROWN JR., ROBERT BRUCE, BRENTON BRYSON, ETHER BULLOCK, LLOYD BURAS JR., SATANIA H. BUTLER, ANTHONY BUTLER, SATANIA BUTLER ON BEHALF OF THE MINOR CHILD ATHENIA BUTLER, JUANITA M. BUTLER, FELLOSEA ACKERSON, ONACO BUTLER, ONETTA BUTLER, CAMILLE BYRD, LARRY BYRD, LARRY GREGORY CAESAR, MITCHELL CAGER, THEA KAREN CALVIN, SHIRLEY CANALIE, DAN CANALIE, STEPHANIE CAREY, HAYWARD CAREY JR., JANICE CARGO, CLARENCE CARGO JR., VANNESSA CARRADINE, JOYCELYN CARTER, KENNETH CAUSEY, VELENCIA CAUSEY, JOHNATHAN CAVALIER, RICHARD CAVALIER, ALFRED CELESTAIN SR., JALEESA CELISTAN, SHAVON CELISTAN, SHERYLYN CELISTAN, TORONA CELISTAN, GERTRUDE W. CELIUS, DEBORAH CHAIRS, MARY CHAMPAGNE, MELANIE NOBLE ON BEHALF OF HER MINOR CHILD CORIELL CHANDLER, TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD DON CHANDLER, DOROTHY CHANDLER, TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD

JEMESSHA CHANDLER , TAKESSHA CHANDLER, EASTON CHARLES, GAIL CHARLES, MORRIS J. SR. CHARLES, DARREN & SHANNON CHASE SHANNON, CHASE ON BEHALF OF HER MINOR CHILD DARREN CHASE JR., BUD CHATMAN, VALERIE CHRISS, DARLENE DAVIS ON BEHALF OF HER MINOR CHILD COURTNEY CHRISTMAS, AISHIS S. CHUNG, JABRIELLE CLARK, ELBERT COLE JR., ANNA W. COLEMAN, WILLIE COLEMAN JR., ANGELA COLLINS, BRITTNEY COLLINS, WHITTNEY COLLINS, EMMETT COLLINS III, JANE COLUMBUS, LLOYD COLUMBUS, NANCY COOPER, JUDY JACKSON ON BEHALF OF HER MINOR CHILD KENNETH COOPER JR., BRENDA COOPER, MIRA MAE COSEY, CHRISTOPHER COX, DARREN CROWDEN, DAVID CROWDEN, DONNA CROWDEN, DARLENE CUMMINGS, TROY CUMMINGS SR. ON BEHALF OF HIS MINOR CHILD TROY CUMMINGS JR., TROY CUMMINGS SR., CAROLYN J. BROWN ON BEHALF OF HER MINOR CHILD RICO CURRY, BERTHARD CURTIS, LINDA CUSHENBERRY, EDWIN THOMAS DARBY JR., JOHN D'ARENSBOURG, RONALD DAVIS, RONALD DAVIS, RONALD DAVIS ON BEHALF OF MINOR CHILD RONALDO DAVIS JR., RONALD DAVIS ON BEHALF OF MINOR CHILD RONISHA DAVIS, VICTORIA DAVIS, RONALYN NADINE JOHNSON ON BEHALF OF HER MINOR CHILD KIERAN DAVIS, KAREN JOSEPH DAVIS, BARBARA DAVIS, BEVERLY DAVIS, DARLENE DAVIS , EDDIE DAVIS SR., JOANN DAVIS, LASHANDA DAVIS, OLIVIA DAVIS, PATRICK DAVIS, PERCY LIONEL DAVIS, DARLENE DAVIS ON BEHALF OF HER MINOR CHILD DYMOND DAVIS, KAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD DWAYNE DAVIS JR., HENRY DAVIS JR., TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD LEVAR

DAVIS JR., DWAYNE DAVIS SR., RONALD DAVIS ON BEHALF OF MINOR CHILD RONALD DAVIS JR., CHRISTAL DECUIR-CHARBONNET, DEBORAH DENT, DEBORAH DENT ON BEHALF OF HER MINOR CHILD DOMINIQUE DENT, LEVELLE DENT, DEVIN DICKERSON, KEVIN DICKERSON, SHEILA DICKERSON, KEVIN DICKERSON ON BEHALF OF HIS MINOR CHILD ZOE DICKERSON, JUANITA DILBERT, KIMBERLY DIXON, PAULINE DIXON, STELLA DORSEY, GERALDINE DOWDEN, GWENDOLYN DOYLE, BEATRICE DUCRE, PERRY DUCRE, AUDRY DUNBAR, VIRGINIA M, DUPRE, FLORA DUPREE, GEORGE DUPREE, LANCE DURAND JR., MITCHELL DUSSETT, MITCHELL DUSSETT, LINDA M. O. DUSSETT, SAMARA DUSSETT, ELAINE ELLIS, MANUEL ELLIS, LYNETTE ELLZEY , MELVIN ELLZEY SR., AMELIA ELZEY, GAIL EUGENE ON BEHALF OF HIS MINOR CHILD BARRY EUGENE, GAIL EUGENE, KRYSTAL EUGENE, NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD TYREE EVANS, NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD TYRELL EVANS, ALICIA FARRIA , JAVON DOMINQUE FARRIA, JIMMY DARENSBURG FARRIA SR., ANN E. FEURTADO, DARRYL FINCH SR., JOSEPH FLEURIET, MARY FLEURIET, PEGGY FOGAN, BUD FOGAN JR., JAMES FOUCHA, JANET FOUCHA, CATHERINE FRANCOIS, CATHERINE FRANCOIS ON BEHALF OF HER MINOR CHILD EDJUNIQUE JUDEA FRANCOIS, JUSTIN MICHAEL FRANCOIS , EDWARD ROOSEVELT FRANCOIS III, ELISKA FRANK, ADAM FRANK, JALEEL FRANKLIN , JALEESA FRANKLIN, CALVIN FRANKLIN, ANTOINETTE FRANKLIN, BRANDY GREEN ON BEHALF OF HER MINOR CHILD JUI JUAN FRANKLIN, IDA FREEMAN, SHERLIE FUNCHESS, JIMMIE GAGE, YVONNE GAGE, GREGORY GAINES, CARL GALMON, DENISE GARDNER,

MATTIE GEORGE , MELANIE GHANAEE, BAHBI GHANAEE, SAEED GHANAEE, SICHANISAEED GHANAEESICHANI, JUDY GILBERT, MARGIE GILLARD, SARA GLAPION, WARREN GLAPION, FLORA GOINGS, DIANE GRADY, CHERYL GRAY, HELEN GREEN, ANGELINA GREEN, FREDDIE GREEN, PAMELA GREEN, RYAN GREEN, WALLACE GREEN, BRANDY GREEN, SHARON GREER ON BEHALF OF THE MINOR CHILD RAVEN S. GREER, SHARON GREER, BETTIE R. GREER, ANN GREVE, CLARIE GRIFFIN, LISA GRIFFIN, ADRIAN GRIFFIN, CLISSIE GRIFFIN , JO MARIE GRIFFIN, JONATHAN GRIFFIN, LEONARD GRIMES, TRUMAN GUICHARD JR., LIONEL GUILLAUME , ANTHONY GURLEY, CHARLES GURLEY, IDA GURLEY, KRYSTLE GURLEY, LAYTH GURLEY, TIFFANY GURLEY, JOYCELYN C. HAGAN, ROBERT HALE SR., DORRIS HALE SR. , KEISHA HALES, SHATONEY HALES, BOBBY HALEY, ROSA HALL, LOUIS HAMILTON, JOSHUA J. HAMILTON, JUDY R. HAMILTON, LOUIS HAMILTON ON BEHALF OF THE MINOR CHILD NOAH R. HAMILTON, CHRISTOPHER L. HAMILTON, KENNETH HAMILTON, VICTORIA HANDY, VICTORIA HANDY ON BEHALF OF HER MINOR CHILD IRVING HANDY JR., IRVING, HANDY SR., STEPHANIE HARRELL, EVELYN HARRELL, NATASHIA HARRELL ,TERRYLYNN HARRELL, VELMA HARRELL, (JOSEPH) GENEVA HARRIS, NATHAN HARRIS, SHARON HARRIS, KIRI HARVEY, ADLONIA HAYDEL-WASHINGTON, JENNIFER HAYES, JAYME HAYES, DELRITA HAYES, JASMINE HENDERSON, LISA HENDERSON, JOHN HENDERSON JR., JOHN HENDERSON SR., FRED A. & BELINDA HENRY, KEISHA T. HENRY, THEODORA HERRING, ROBERT C. HICKMAN JR., MICHAEL HIGGINS, NAOMI HIGGINS, CECILE HILL, KAREN HODGE, JOHN L.

HOLLOWAY, SHIRLEY HOLLOWAY, AMELIA ELZEY ON BEHALF OF HER MINOR CHILD CLINIQUE HOOD, CORINTHIA HOOD BIANCA HOWARD, KEVIN HOWARD, ANITA HUGHES, CAROLINE WILLIAMS ON BEHALF ON THE MINOR KIRBY J. HUNTER, WILLIE MAE HUNTER, PATRICIA ISAAC, CLODEANER JACK, NEWELL JACK , KELLIE JACKSON, MICHAEL JACKSON, MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD AHKI JACKSON, FLORENCE TUCKER JACKSON, BRYAN JACKSON, EARNEST JACKSON, ERNESET & ALICE JACKSON, LUCIA JACKSON, DONYETTE JACKSON-BELL, CONNIE JACOBS, CHERYL JACOBS, MARY JACOBS, BARRY JACOBS JR., AVA JAMES, CHANELL JEFFERSON, GEORGE RANDY JEFFERSON, TYRONE JEFFERSON JR., CHARLIE JENKINS, BETTY JOEPSH, THOMAS JOHNSON, BEULAH JOHNSON, GLORIA JOHNSON ON BEHALF OF THE MINOR CHILD CHRISTIAN JOHNSON, CYNTHIA B. JOHNSON, ERIANA JOHNSON, GLORIA JOHNSON, GLORIA JOHNSON, MAKAYLA JOHNSON, EUGENE JOHNSON, ELAINE A. JOHNSON, DESIREE A. JOHNSON, DESIREE JOHNSON, MERIAL JOHNSON, SAMANTHA JOHNSON, SHELIA EUGENE, JOHNSONKAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD KORIAN JOHNSON, GREGORY JOHNSON, HENRY JOHNSON JR., SHEILA M JOHNSON, DELMONTE JOHNSON, DESIREE JOHNSON, DESIREE A. JOHNSON ON BEHALF OF HER MINOR CHILD JARRIELLE JOHNSON, ORAL JOHNSON, CHANELL JEFFERSON ON BEHALF OF MINOR CHILD JIRREA JOHNSON JR., KENNETH JOHNSON SR., JIRREA JOHNSON SR., MITCHELL JOHNSON SR. , CLAUDIA M. JONES, ANTOINETTE JONES, CAROLYN JONES, PATRICIA P. JONES, EPSIE JONES, ANTOINETTE B. JONES ON BEHALF OF THE MINOR CHILD

DA'JANET M. JONES, GREGORY JONHSON, LULA JORDAN, GERALDINE JORDAN, WILLIE A. JORDAN SR., JUANETTALINE JOSEPH, BETTY JOSEPH, JAMES JOSEPH, KAREN JOSEPH ON BEHALF OF HER MINOR CHILD KADIJA JOSEPH, EVANGELINE JOSEPH, FREDDY JOSEPH JR., SIDNEY JOSHUA, MARION JOURDAN, STANLEY JOURDAN, EUGENE JULIAN, LINDA A. KEASLEY, DARLENE CUMMINGS ON BEHALF OF HER MINOR CHILD DARJAE KENSEY , APRIL KING, BRENDA J. KING, GLENN KING, JR., KRYSTAL KNIGHT, CLARA KNIGHTEN, RODERICK LAGARDE, BRIANI LANE, ELAINE LANE, LATOYIA LANE, RUSSELL LANE, TRINA LANE, NADYNE LAVIGNE , RAYMOND LAVIGNE , ROBERT LAVIGNE, DIANE LAVIGNE, TOWNIE NED LAWRENCE, MICHAEL LAWRENCE, PHILOMENA D. LAWSON, JOYCE LEBEOUF , ORALEE LEE, RITA LEE, GEORGE LEE III, RONALYN NADINE JOHNSON ON BEHALF OF HER MINOR CHILD KELSEY LEGARD, MARIE LEWIS, FRANK LEWIS, BEVERLY LEWIS, GERALD LEWIS, TREMAINE LEWIS, MARIE LEWIS ON BEHALF OF HER MINOR CHILD DARRYL LEWIS JR., DARRYL LEWIS SR., EVELYN LOGWOOD, JEROME LOGWOOD, CAL A. LOMBARD, ANNETTE J. LOMBARD, SANDRA LOTT, RENEE' LUCAS, MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD DARIUS LUCIEN, KIRK LUCIEN, PAMELA LUKE, BETTY LUNDY, LAMUS LUNDY SR., WANDA M. MACK, LOUZELL MACK, WANDA MACK ON BEHALF OF HER MINOR CHILD TROY MACK JR., LAWN MAGEE, LINDA MAGEE, GLENDALE MAGEE, HORTENSE MARSHALL, TYRONE MARSHALL, SHELIA MARSHALL , TASHYRA MARSHALL, TYRONE, MARSHALL II, HAZEL MARTIN, MONICA MARTIN, NADIER MARTIN, DOROTHY MASON, THELMA GORDON ON BEHALF OF HER MINOR CHILD

JERARD MASON, SHARON MASON, CLABE MASON III, CLABE MASON JR., LANTZ MATHERS, SHIRLEY MAXIE, WILLIE MAXIE, ALICE MAYEUR, WILLIE MCCLOUD, ALVIN MCCRARY SR., EARL SR. MCCRAY, JOHNNY MCGILL, CATHERINE MCGUIRE, EDWARD MCGUIRE, RODNEY MCKINNEY, JANICE MCKINNEY, SHONA P. MCKINNEY, GLORIA MCLAIN, JOHN MCLAIN SR., MELANIE ROSA MELANEZ, ANDREA MEYER, ANDREA MEYER ON BEHALF OF HER MINOR CHILD MADISON MEYER, TERRY MEYER, MAXINE MILLER, BETTY MILLER SMITH, CORDELL MINOR, SONJA MISKELL, ELNORA MISKELL, TRINA S. BLOUNT ON BEHALF OF HER MINOR CHILD HAILEY MITCHELL, RUTH MONTEGUT, STEPHANIE MONTEGUT, LASHONDA MOREHEAD, TRIANA MOREHEAD, JANICE MORGAN, SHELIA MORGAN, LESTER MORGAN JR., CAROLYN MORRIS, JOSIE MAE MOSES, JOSEPH MOSLEY, WANDA MOSLEY,WANDA MOSELEY ON BEHALF OF HER MINOR CHILD TIFFANY MOSLEY, WANDA MOSELEY ON BEHALF OF HER MINOR CHILD JOSEPH MOSLEY JR., CHRISTINE MOTEN, DANA J. NAGIN, DIANE NAGIN, VICTORIA HANDY ON BEHALF OF HER MINOR CHILD KEISHA NASH, JOYCELIN NAVARRE, RONALD NAVARRE, MARY NEAPOLEON, NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALEX J. NELSON, NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALEXIS NELSON, MELANIE NOBLE, ROSEZETA P. NORRIS, LESLIE P. NORRIS JR., IRIS A. OWENS, FRANCIS OWENS, VIRGINIA OWENS, ERNEST A. OWENS JR., TYRONE PALMER, EARLINE PALMER, EARLINE PALMER, TYRONE PALMER, ELEASE PARKER, DELICIA PARKER, ASHLEY PAYTON, GERTRUDE CELIUS ON BEHALF OF HER MINOR GRANDCHILD KANISHA M. PELLERIN, KASHANDA

PELLERIN, HAZEL T. PERRAULT, MARY R. PETE, ELAINE PETE, DEBRA PHILLIPS, MELVALEE PICHON, JERRY AND HELEN PIERRE, CARL W. POINDEXTER, CHERYL POPE, STEPHANIE B. POREE, HELEN D. PORTER, SANDRA PRESTON, SANDRA A. PRESTON, LINDA REED MCMILLIAN, CONSTANCE C. REYNOLDS, SUSAN RICE , CALVIN RICHARD, CHARMAINE RICHARD, ERRICK RIDDER, PAMELA RIDDER, DELORES RILEY, DANA RILEY, STACY RILEY SR., CLARENCE ROBERSON, GLORIA DECUIR ROBERT, JOESPH ROBERT JR., MARY ROBERTS, JAZLYN ROBERTSON, LISA ROBERTSON, HELEN V. ROBIE, KING DAVID ROBIE SR. ON BEHALF OF HIS MINOR CHILD KEVON ROBIE, KING DAVID ROBIE SR. ON BEHALF OF HIS MINOR CHILD KING DAVID ROBIE JR., KING DAVID ROBIE SR., ALINE ROBINSON, KIM ROBINSON, MICHELE ROBINSON, ROSE ROBINSON, LEVORIA ROGERS, DAMIAN ROMERO GHANAEE, RONALD J. ROTH, JOLYNN RUFFIN, WESLEY RUFFIN JR., SUNTEL MONIQUE RUSH, CARTER RUSSELL, ROSALIND RUSSELL, WYLONA SANDERS ON BEHALF OF HER MINOR CHILD DELREIL SANDERS, WYLONA SANDERS, FANNIE SANDERS, DEBRA SAWYER, DONNICE SCALES, JOSEPH SCHAUB JR., JUDY SCIPIO ON BEHALF OF HER MINOR CHILD BRITTANY SCIPIO, JUDY SCIPIO, ALTHEA SCOTT, BRYAN SCOTT SR. ON BEHALF OF HIS MINOR CHILD BRYANNA SCOTT, CYNTHIA SCOTT, ELIZABETH SCOTT, JEREMIAH SCOTT, ZINA SCOTT, BRYAN SCOTT SR. ON BEHALF OF HIS MINOR CHILD BRYAN SCOTT JR., BRYAN SCOTT SR., VOUNDER SCOTT REYNOLDS, KIANA SEARS, ADIA SEYMORE, CLARA SEYMORE, DANIELLE SEYMORE, DANIELLE SEYMORE ON BEHALF OF HER MINOR CHILD ALANA SEYMORE JR., DANIELLE SEYMORE ON BEHALF OF HER

MINOR CHILD JASON SEYMORE JR., JAMES CAL SEYMORE JR., JASON SEYMORE SR., ELGIN SHARPER JR., LISA SHROPSHIRE, BREONDA GAIL SIMMONS C/O BRENDA SIMMONS, BRENDA SIMMONS, DONNA YANCY SIMMONS, VERA SIMS, ACQUANETTA SIMS, RUBY L. SINGLETON, LAVERNE SINGLETON BRANCHE, BOBBY J. SMITH, DOROTHY SMITH, EILLEN SMITH, ELAINE C.T. SMITH, HASHIM SMITH, SHARON SMITH, PHYLLIS SMITH, ERIK SMITH, BRENDA SMITH, MONIQUE SMITH, MYRTLE SMITH, FRANK B. SMITH III, CLIMON & BETTY SMITH III, FRANK B. SMITH IV, GEORGE A. SMITH SR., SAMUEL SMITH SR., JOYCE SOULE', PATRICIA SPEARS, JAMES SPEARS, WILLIE SPEARS III, LASALLE E. SPEARS JR., ELIZABETH SPENCER, TYRONE SPENCER, WILLIE SPOT, KATHLEEN ST. MARTIN, LLOYD ST. MARTIN JR., LINDA ST. MARTIN SCOTT, BARBARA STANLEYMASON, DOROTHY STELLY, WILLIAM STELLY, ANGELA STELLY, DEBRA A. STERLING, CHARLES STERLING, DEBRA STERLING, CLARENCE STEWART SR., EMELDA STYLES, SANDRA SWEETWYNE, LOUIS SYLVESTER, MABLE L. TALBERT, VICTORIA TARDY, LOVELL TAYLOR, TORY TERO, DANIELLE THOMAS, DARNELLE THOMAS, JERMAINE THOMAS, BRANDY GREEN ON BEHALF OF HER MINOR CHILD MAKAYLA THOMAS, MICHAEL THOMAS, ARTIS THOMAS JR ON BEHALF OF HIS MINOR CHILD TIFFANY THOMAS, ARTIS THOMAS JR ON BEHALF OF HIS MINOR CHILD ARTIS THOMAS III, ROLAND THOMAS III, ARTIS THOMAS JR., LIONEL THOMPSON, MELVIN THORNTON, CARLA THRIFT, BRENDA M. THRIFT, CHRISTINE THRIFT, LEON AND LEONA TOLEDANO, BRENDA TONEY, GEORGE TONEY, CHERYL D. TREAUDO, CHRISTIAN TREAUDO, CHERYL TREAUDO ON BEHALF OF

HER MINOR CHILD WAYNE TREAUDO JR., WAYNE A. TREAUDO SR., MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD WHITNEY TROPEZ, LEONTINE TROUGHT, JENNIFER TURNER, RAYMOND TURNER JR., MILDRED VAIL, LEON VAUGHN, ZEANNA VAUGHN, MICHAEL VAUGHN, THOMAS VENTRESS, BRIAN VENTRESS, FLOYDEAN D. VENTRESS, BYRON VENTRESS JR., BYRON T. VENTRESS SR., MICHAEL VILLAVASO, REBECCA VILLIER, QUNISA VINNING, JOVANIA WALKER, SHANDRIEKA WALLER, LINDA & ROOSEVELT WARD, LINDA WARD ON BEHALF OF HER MINOR CHILD ROOSEVELT III WARD, LINDA WARD ON BEHALF OF HER MINOR CHILD CRYSTAL A. WARD, RICKEY WARNER, ELVINA COLEMAN WARREN, VIOLA WASHINGTON, CAROLYN WASHINGTON, ORLANDA WASHINGTON, SHARON & NELSON WASHINGTON, NELSON WASHINGTON, ORLANDA WASHINGTON ON BEHALF OF HER MINOR CHILD JAMAL WASHINGTON, DAVID WASHINGTON, VIOLA WASHINGTON, DANIEL WASHINGTON JR., DANIEL WASHINGTON JR., ORLANDA WASHINGTON ON BEHALF OF HER MINOR CHILD JEFFREY WASHINGTON JR. , JEFFREY WASHINGTON SR., DANIEL WASHINGTON SR., HERBERT WATSON, PATRICIA W. WATSON, DORA WEATHERSBY, GEORGIA WEATHERSBY, JIMMY WEATHERSBY, KEONDA WEATHERSBY, JAMES WELLS, SANDRA WELLS, RONISHA WHITE, NICOLE WHITE, ZANDRA WHITE, LISA WILLIAMS, CLARENCE & IRMA M. WILLIAMS, PAULETTE WILLIAMS, PAMELA WILLIAMS, SULLIVAN WILLIAMS, LANIYHA WILLIAMS ON BEHALF OF HER MINOR CHILD TANIYHA WILLIAMS, ZAKIA WILLIAMS, GWENDOLYN WILLIAMS, MICHAEL E. WILLIAMS, HERMAINZE

WILLIAMS, SHERLITA WILLIAMS, WARREN WILLIAMS JR., RACQUEL WILLIAMS-MATTHEWS, RICO WILLIS, BRENDA WILSON, EUGENE WILSON, CARMEN WINDHAM, EMMA WOODS, ADRIAN WRIGHT, ANGENETTE WRIGHT, BIANCA WRIGHT, ERNEST WRIGHT III, ERNEST WRIGHT JR., SHANNON YOUNG, PATRICIA YOUNG.

II.

Plaintiffs, are aggrieved by and hereby appeal this court's Order of April 13, 2009, which granted the defendant's Motion for Summary Judgment and Motion for Rule 54(b) Judgment.

III.

Plaintiffs hereby desire to appeal to the United States Court of Appeal for the 5th Circuit from the rulings of April 13, 2009.

WHEREFORE, plaintiffs pray that this Notice of Appeal be deemed good and sufficient and that this matter be appealed to the United States Court of Appeals for the 5th Circuit.

Respectfully submitted,

Daniel E. Becnel, Jr. (#2926)
Darryl J. Becnel (#22943)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

s/**A. J. REBENNACK**
A.J. Rebennack, Bar No. 18677
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

**Certificate of Service**

Claimants certify that they have served this document on all parties via the Pacer/ECF system this 6th day of May, 2009.