UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re

KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

JUDGE DUVAL

MAGISTRATE JUDGE WILKINSON

PERTAINS TO:

MRGO:
NO. 07-4550 (Huey)
NO. 07-4555 (Radio Parts, Inc.)
NO. 07-4976 (Entercom Communications Corp.)
NO. 07-4979 (White III, LLC)
NO. 07-4995 (CII Carbon, L.L.C.)
NO. 07-5007 (Keppel)
NO. 07-5012 (WETCO Restaurant Group, LLC)
NO. 07-5013 (Sloan)
NO. 07-5016 (Universal Health Services, Inc.)
NO. 07-5254 (Universal Health Services, Inc.)
NO. 07-5286 (Universal Health Services, Inc.)
NO. 07-5339 (WETCO Restaurant Group, LLC)
NO. 07-5343 (Keppel)
NO. 07-5344 (Sloan)
NO. 07-5350 (Universal Health Services, Inc.)
NO. 07-5355 (CII Carbon, L.L.C.)
NO. 07-5356 (White III, LLC)
NO. 07-5375 (Entercom Communications Corp.)

## NOTICE OF APPEAL

Plaintiffs in several consolidated individual suits, as listed in Paragraph I, submit this Notice of Appeal concerning this Court's April 13, 2009 Order [Rec. Doc. 18541] granting Washington Group International, Inc.'s ["WGI"] Motion for Summary Judgment and for Entry of Rule 54(B) Judgment with Respect to Certain Individual Actions [Rec. Doc. 16871].

I.

This Notice of Appeal is brought on behalf of the following plaintiffs: Quintessa Huey and Caryn L. Fong as trustees of the Huey & Fong Trust, and Amy Huey as trustee of the Kenneth Huey Family Trust; Radio Parts, Inc.; Entercom Communications Corp.; White III, LLC; CII Carbon, L.L.C., n/k/a Rain CII Carbon LLC; Dr. Frederick Keppel and Dr. Frederick Keppel, a Professional Medical Corporation; WETCO Restaurant Group, LLC; Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah; and Universal Health Services, Inc. ["Plaintiffs"].

II.

On October 9, 2008, WGI filed a Motion for Summary Judgment [Rec. Doc. 15861] seeking dismissal of all claims against it as alleged in the Amended MRGO Class Action Complaint. This Court granted WGI's motion through an Order and Reasons entered on December 15, 2008 [Rec. Doc. 16723].

III.

On December 31, 2008, WGI filed essentially the same motion for summary judgment against each of the aforementioned Plaintiffs in their individual suits, and also moved for entry of the requested summary judgment as a final, appealable Rule 54(B) judgment [Rec. Doc. 16871]. On

the same date, WGI moved for entry of the December 8, 2008 Order and Reasons as a final, appealable Rule 54(B) Judgment [Rec. Doc. 16878]. On April 13, 2009, this Court granted both of WGI's motions [Rec. Doc 18541], and it ordered that there be judgment in favor of WGI dismissing all complaints against it with prejudice pursuant to Rule 54(B) [Rec. Doc. 18542].

III.

Plaintiffs hereby notice their desire to appeal the April 13, 2009 Order to the United States Court of Appeals for the Fifth Circuit.

WHEREFORE, Plaintiffs request that this Notice of Appeal be deemed good and sufficient and that this matter be appealed to the United States Court of Appeals for the Fifth Circuit.

s/ James M. Garner

_____
JAMES M. GARNER #19589 — T.A.
DARNELL BLUDWORTH #18801
JOHN T. BALHOFF, II #24288
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR QUINTESSA HUEY and CARYN L. FONG as trustees of the HUEY & FONG TRUST, and AMY HUEY as trustee of the KENNETH HUEY FAMILY TRUST; RADIO PARTS, INC.; ENTERCOM COMMUNICATIONS CORP.; WHITE III, LLC; CII CARBON, L.L.C., n/k/a RAIN CII CARBON LLC; DR. FREDERICK KEPPEL and DR. FREDERICK KEPPEL, A PROFESSIONAL MEDICAL CORPORATION; WETCO RESTAURANT GROUP, LLC; HAROLD T. SLOAN, both individually and on behalf of his minor child, ZACHARY SLOAN, BAMBI G. SHAMAH, MICHELLE SHAMAH, and MEGAN SHAMAH; and UNIVERSAL HEALTH SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2009 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner

_____
JAMES M. GARNER

4