UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Winston and Donna Aaron, Sr., et al.* | * | |
| *Civil Action No.:  06-4746* | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing the Claims of Kevin and Jann Wynne With Prejudice by Kevin and Jann Wynne and United Services Automobile Association ("USAA");

**IT IS ORDERED ADJUDGED AND DECREED** that *Aaron, et al vs. AIG Centennial Insurance Company, et al.*, No. 06-4746 is temporarily reopened with respect to USAA for the limited purpose of addressing this motion filed by Kevin and Jann Wynne and United Services Automobile Association and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Kevin and Jann Wynne asserted in the Complaint for Damages, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana this ___ day of May, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE