UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTON<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: | | |
| INSURANCE: *Aguilar*, 07-4852 | | |

## ORDER DISMISSING WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and the claims of Plaintiff Virginia Almore against Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford (improperly named as either Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, Hartford Steam Boiler Inspection and Insurance Company, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, or Hartford Underwriters Insurance Company) (collectively "Hartford") are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

New Orleans this 12th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE