UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * CIVIL ACTION * * NO. 05-4182 * and consolidated cases * |
| PERTAINS TO: BARGE | * * SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * |
| *Mumford v. Ingram*     05-5724 | * |
| *Lagarde v. Lafarge*      06-5342 | * JUDGE |
| *Perry v. Ingram*          06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * |
| *Parfait Family v. USA* 07-3500 | * MAGISTRATE |
| *Weber v. LNA*              08-4459 | * JOSEPH C. WILKINSON, JR. |
| | * |

## JOINT STIPULATION CONCERNING BARGE TRACK SCHEDULING ORDER

Defendant Lafarge North America Inc. ("LNA") and Barge Plaintiffs' PSLC jointly stipulate to the following amendments to the Court's current scheduling order (Doc. 18467), which sets an initial trial in the Barge track of this consolidated litigation to take place in February 2010. None of the deadlines in the court's scheduling order is affected by the amendments proposed in this stipulation. A proposed order is attached.

1. To provide for manageable internal deadlines and promote efficient expert discovery, the parties have agreed upon certain deadlines for expert discovery in addition to those included in the Court's scheduling order.

| EVENT | DATE |
|---|---|
| *Defendants' expert reports on negligence-related issues (Strouse, Skaer, Ryan)* | June 22, 2009 |
| *Deposition of plaintiffs' negligence expert (Green)* | June 26, 2009 |

| | |
|---|---|
| *Plaintiffs' expert reports (other than Don Green)* | *July 1, 2009* |
| *Depositions of defendants' negligence experts* | *July 20, 2009* |
| Defendants' remaining expert reports | August 3, 2009 |
| *Expert depositions complete* | *August 20, 2009* |
| Substantive motions (summary judgment) | August 21, 2009 |
| Oppositions to substantive motions | September 4, 2009 |
| Reply to substantive motions | September 11, 2009 |
| Hearing on substantive motions | October 8, 2009 |
| *Daubert* motions filed | October 30, 2009 |
| *Daubert* oppositions | November 10, 2009 |
| *Daubert* replies | November 13, 2009 |
| *Daubert* hearing | December 3, 2009 |
| Pre-trial conference | January 7, 2010 |
| Pre-trial filings (motions in limine, objections to exhibits, etc.) | January 15, 2010 |
| Responses to pre-trial filings | January 22, 2010 |
| Trial begins | February 22, 2010 |

2. Based on the pleadings of the initial "bellwether" plaintiffs whose cases are to be tried in February 2010 (Doc. 18164), the parties agree that the February 2010 trial is to be a non-jury trial pursuant to the Court's maritime jurisdiction, which these plaintiffs have invoked.

3. For trials of subsequent "bellwether" plaintiffs, the parties agree that the pleadings of those plaintiffs will govern whether such subsequent trial(s) will be conducted as jury or non-jury trial(s).

Respectfully submitted,

| | |
|---|---|
| *[signature]* | *[signature]* |
| Shawn Khorrami | John D. Aldock |
| Dylan Pollard | Mark S. Raffman |
| **KHORRAMI POLLARD & ABIR** | **GOODWIN PROCTER LLP** |
| 444 S. Flower St., 33d Floor | 901 New York Avenue, N.W. |
| Los Angeles, CA 90071 | Washington, DC 20001 |
| Telephone: (213) 596-6000 | Telephone: (202) 346-4240 |
| Facsimile: (213) 596-6010 | Facsimile: (202) 346-4444 |
| skhorrami@kpalawyers.com | jaldock@goodwinprocter.com |
| dpollard@kpalawyers.com | mraffman@goodwinprocter.com |
| | |
| Brian A. Gilbert | Robert B. Fisher, Jr., T.A. (#5587) |
| **LAW OFFICE OF** | Derek A. Walker (#13175) |
| **BRIAN A. GILBERT** | **CHAFFE McCALL, L.L.P.** |
| 821 Baronne St. | 2300 Energy Centre, |
| New Orleans, LA 70113 | 1100 Poydras Street |
| Telephone: (504) 885-7700 | New Orleans, LA 70163-2300 |
| Facsimile: (504) 581-4336 | Telephone: (504) 585-7000 |
| bgilbert@briangilbertlaw.com | Facsimile: (504) 585-7075 |
| | Fisher@chaffe.com |
| | Walker@chaffe.com |

Lawrence D. Wiedemann
**WIEDEMANN & WIEDEMANN**
821 Baronne St.
New Orleans, LA 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
Lawrence@wiedemannlaw.com

Patrick J. Sanders
3316 Ridgelake Drive, Suite 100
Metairie, LA 70002
Telephone: (504) 834-0646
Pistols42@aol.com

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Ave., N.W., Suite 900
Washington, D.C. 20036-4129
Teoephone: (202) 862-4320
Facsimile: (800) 805-1065
rick@rickseymourlaw.net

May 13, 2009