UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * CIVIL ACTION * * NO. 05-4182 * and consolidated cases |
| PERTAINS TO: BARGE | * * SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 *Mumford v. Ingram* 05-5724 *Lagarde v. Lafarge* 06-5342 *Perry v. Ingram* 06-6299 *Benoit v. Lafarge* 06-7516 *Parfait Family v. USA* 07-3500 *Weber v. LNA* 08-4459 | * * * JUDGE * STANWOOD R. DUVAL, JR. * * MAGISTRATE * JOSEPH C. WILKINSON, JR. * |

**(Proposed) ORDER AMENDING BARGE TRACK SCHEDULING ORDER**
**(Doc. 18467)**

Pursuant to the joint stipulation of Barge Plaintiffs' PSLC and defendant Lafarge North America Inc. ("LNA"), the Court amends its scheduling order for the Barge track (Doc. 18467) as follows:

1. **IT IS ORDERED** that Case Management Order No. 7 is **AMENDED** to provide for the following cut-offs.

| EVENT | DATE |
|---|---|
| Defendants' expert reports on negligence-related issues (Strouse, Skaer, Ryan) | June 22, 2009 |
| Deposition of plaintiffs' negligence expert (Green) | June 26, 2009 |
| Plaintiffs' expert reports (other than Don Green) exchanged | July 1, 2009 |
| Depositions of defendants' negligence experts | July 20, 2009 |
| Defendants' remaining expert reports exchanged | August 3, 2009 |

2

| Expert depositions complete | August 20, 2009 |
| --- | --- |
| Last day to file substantive motions | August 21, 2009 |
| Last day to file oppositions to substantive motions | September 4, 2009 |
| Last day to file reply to substantive motions | September 11, 2009 |
| Hearing on substantive motions to commence at 10:30 a.m. | October 8, 2009 |
| *Daubert* motions shall be filed | October 30, 2009 |
| Opposition to *Daubert* motions shall be filed | November 10, 2009 |
| Reply to *Daubert* motions shall be filed | November 13, 2009 |
| *Daubert* hearing at 10:30 a.m. | December 3, 2009 |
| Pre-trial conference at 1:30 p.m. | January 7, 2010 |
| Pre-trial filings shall be filed including motions in limine, objections to exhibits, etc.) | January 15, 2010 |
| Responses to pre-trial filings shall be filed | January 22, 2010 |
| Trial begins | February 22, 2010 |

2.  **IT IS FURTHER ORDERED** that the trial scheduled to commence on February 22, 2010 trial is set as a **non-jury trial** by stipulation of the parties.

3.  **IT IS FURTHER ORDERED** that for trials of subsequent "bellwether" plaintiffs, the pleadings of those plaintiffs will govern whether such trial(s) will be conducted as jury or non-jury trial(s).

_____

United States District Judge