**MINUTE ENTRY**
**DUVAL, J.**
**MAY 11, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO: MRGO , Robinson**<br>**(No. 06-2268)** | **NO. 05-4182**<br><br>**SECTION "K"(2)** |

## NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS: KAREN IBOS & TONI TUSA**

Trial (held and continued from Friday, May 8, 2009).
**Court begins at 9:05a.m. All present and ready.**
**Defts' witnesses, Suzanne Roberts Hawes & Thomas Podany, sworn and testified.**
**Defts' offer exhibits DX1761 & DX1762, admitted.**
**Court recesses for lunch at 11:58 a.m. Court resumes at 1:20 p.m.**
**Testimony of Thomas Podany resumes.**
**Defts' witness, Alfred C. Naomi, sworn and testified.**
**Defts' offer exhibits DX0846 thru DX0856, DX0905, DX0857, DX0858, DX0888, DX0886, admitted.**
**Defts' witness, Edmond Joseph Russo, Jr., sworn and testified.**
**Defts' offer exhibits DM003, DM0021, DM0026, admitted.**
**Trial is continued until Tuesday, May 12, 2009 at 9:00 a.m. Court adjourns at 5:19 p.m.**

**JS-10 (5:58)**