**MINUTE ENTRY**
**DUVAL, J.**
**MAY 12, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | CIVIL ACTION |
| **PERTAINS TO:  MRGO , Robinson**<br>**(No. 06-2268)** | NO. 05-4182<br><br>SECTION "K"(2) |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS: KAREN IBOS & TONI TUSA**

Trial (held and continued from Monday, May 11, 2009).
**Court begins at  9:03 a.m.   All present and ready.**
**Pltfs' offer exhibits PX2175, PX231, PX1124, PX412, PX1116, DX1751 & PX2167.1, admitted.**
**Defts' offer exhibits DX392, DX813, DX883 & DX1488, admitted.**
**Testimony of Edmond Joseph Russo, Jr., resumes.**
**Defts' witnesses, Peter C. Luisa, Brian Jarvinen, sworn and testified.**
**Court recesses for lunch at 11:53 a.m.   Court resumes at 1:03 p.m.**
**Defts' witness, Joannes Westerink, sworn and testified.**
**Defts' state Proffer #6 & Proffer #7 on the record.**
**Trial is continued until Wednesday, May 13, 2009 at 10:30 a.m.  Court adjourns at  5:24 p.m.**

**JS-10 (5:51)**