UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:  BARGE | |
| | SECTION "K"  (2) |
| *Weisler v. Seymour, et al.*     09-2737 | |
| | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

# ORDER APPROVING STIPULATION ON TIME TO ANSWER

This matter comes before the Court on the Joint *Ex Parte* / Consent Motion to Approve the Stipulation on Time to Answer of Plaintiff and Defendants Brian A. Gilbert; Law Office of Brian A. Gilbert, P.L.C.; Richard T. Seymour; Law Office of Richard T. Seymour, P.L.L.C. (misnamed as Richard T. Seymour, P.L.L.C.); Lawrence A. Wilson; Wilson, Grochow, Druker & Nolet; Alan L. Fuchsberg; and The Jacob D. Fuchsberg Law Firm.

The Court finds that the Stipulation is proper.  It is therefore hereby ORDERED, that:

1. Plaintiff, and all defendants who have been served and who have elected to waive the service of summons pursuant to Rule 4(d), Fed. R. Civ. Pro., or who hereafter elect to waive the service of summons within thirty days after the request was sent, will file their Answers or otherwise respond to the Complaint by the deadlines stated in the Docket of this case.

    2.    The Returns of Summons filed as Documents 3, 4, 5, 8, 9, 10, and 11 herein are withdrawn.

    New Orleans, Louisiana, this __13th__ day of _____May_____, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

    **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and

foregoing was served upon all parties by

depositing same in the United States Mail,

first class postage prepaid and properly addressed,

and/or by facsimile, and/or by ECF upload,

this 3d day of March, 2009.

    /s/Brian A. Gilbert