# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K"(2)** |
| | * | **JUDGE DUVAL** |
| **PERTAINS TO:** | * | **MAG. WILKINSON** |
| **ALL LEVEE** | * | |

## ORDER

AND NOW, this 31st day of March, 2009, upon consideration of Plaintiffs' *Ex Parte*

Motion to Substitute Pleading:

**IT IS HEREBY ORDERED AND DECREED THAT** Plaintiffs' Motion  is

**GRANTED**, and the attached Statement of Disputed Facts shall be substituted and filed into the

record of this Court.

New Orleans, Louisiana, this 13th day of May, 2009.

_____

U.S. DISTRICT COURT JUDGE