UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*               06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*            08-4459 | * | |

### ORDER GRANTING UNOPPOSED EX PARTE MOTION TO EXTEND FINAL EXHIBIT LIST DEADLINE

Considering the above and foregoing, it is hereby **ORDERED** that Barge Plaintiffs' motion be and is hereby **GRANTED**, extending the Barge Plaintiffs' Final Exhibit List deadline to Monday, **May 4, 2009.**

New Orleans, Louisiana, this 13th day of May, 2009.

_____
**HON. STANWOOD R. DUVAL, JR.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of April 2009.

                                      \s\Brian A. Gilbert