UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **C.A. NO. 05-4182; "K" (2)** |
| **CONSOLIDATED LITIGATION** | * | **JUDGE: DUVAL** |
| | * | **MAG.: WILKINSON** |
| | * | |
| **PERTAINS TO:** | * | |
| **INSURANCE (Austin, No. 07-1862)** | * | |

**ORDER**

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 13th day of May, 2009

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA