In Re: KATRINA CANAL BREACHES    *    C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION       *    JUDGE: DUVAL
_____ *    MAG.: WILKINSON
                                            *
PERTAINS TO:                      *
INSURANCE (Lawrence, No. 07-1974)    *

---

## ORDER

       IT IS ORDERED that the above numbered and entitled cause be and the same is hereby

dismissed, with prejudice, each party to bear their own costs of court.

       NEW ORLEANS, LOUISIANA, this 13th day of _____ May _____, 2009.


                                         _____
                                         UNITED STATES DISTRICT JUDGE
                                         EASTERN DISTRICT OF LOUISIANA