TWENTY-FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

CASE NO.   625-567                                    DIVISION "M"

**GERALDINE OUBRE AND LINDA GENTRY on their behalf,**
**as well as others, similarly situated**

VERSUS

**LOUISIANA CITIZENS FAIR PLAN**

FILED: March 26, 2009                          _____
                                                                    DEPUTY CLERK

**AMENDED JUDGMENT ON PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**
**FOR PORTION OF THE CLASS FOR WHICH LOUISIANA CITIZENS**
**ESTABLISHES THE RIGHT TO JUDGMENT**

This matter came for hearing on January 30, 2009.

**PRESENT:**   Wiley J. Beevers and Steven M. Mauterer, attorneys for the plaintiffs, Geraldine Oubre and Linda Gentry

John T. Culotta, Darren A. Patin, Richard T. Simmons and John E. Unsworth, attorneys for the defendant, Louisiana Citizens Fair Plan

After considering the entire record in this matter, argument of counsel, the memoranda submitted by the parties, and the applicable law; the Court finds that plaintiffs have established a prima facie case entitling these plaintiffs to judgment as a matter of law; amends its March 20, 2009 Judgment as follows:

**IT IS ORDERED** that the motion for summary judgment filed by the plaintiffs is hereby **GRANTED** and that there be judgment in favor of plaintiffs identified in **Group I** totaling 11,020 class members, except as to those individuals who timely opted out of the class and those individuals who executed a Receipt, Release and Indemnity Agreement identical to the form marked as Exhibit A in defendant's Motion for Partial Summary Judgment Re: Executed Releases.

**IT IS FURTHER ORDERED** that the second motion for summary judgment filed by the plaintiffs is hereby **GRANTED** and that there be judgment in favor of plaintiffs identified in **Group II** totaling 7,174 class members, except as to those individuals who timely opted out of

IMAGED MAR 27 '09

the class and those individuals who executed a Receipt, Release and Indemnity Agreement identical to the form marked as Exhibit A in defendant's Motion for Partial Summary Judgment Re: Executed Releases.

**IT IS FURTHER ORDERED** that the third motion for summary judgment filed by the plaintiffs is hereby **GRANTED** and that there be judgment in favor of plaintiffs identified in **Group III** totaling 379 class members, except as to those individuals who timely opted out of the class and those individuals who executed a Receipt, Release and Indemnity Agreement identical to the form marked as Exhibit A in defendant's Motion for Partial Summary Judgment Re: Executed Releases.

**IT IS FURTHER ORDERED** that there be judgment in favor of the class members identified in Groups I, II and III and against defendant, Louisiana Citizens Property Insurance Corporation, in the amount of **NINETY-TWO MILLION EIGHT HUNDRED SIXTY-FIVE THOUSAND ($92,865,000) DOLLARS,** subject to credit given to the defendant, Louisiana Citizens Property Insurance Corporation, through judgment of this Court for those individuals who timely opted out of the class and those individuals who executed a Receipt, Release and Indemnity Agreement identical to the form marked as Exhibit A in defendant's Motion for Partial Summary Judgment Re: Executed Releases.

**IT IS FURTHER ORDERED** that this Judgment is designated as a final judgment and immediately appealable pursuant to La. C.C.P. art. 1915, having found that there is no just reason for delay.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to adjudicate the remaining issues in the case.

Gretna, Louisiana, this 26th day of March, 2009.

HENRY G. SULLIVAN, JR., JUDGE

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

IMAGED MAR 27 '09