UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | JUDGE DUVAL |
| *Chehardy,* 06-1672 | * | |
| *Chehardy,* 06-1673 | * | |
| *Chehardy,* 06-1674 | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * | | |

## ORDER

**CONSIDERING** the Motion to Dismiss, Strike or Sever:

**IT IS HEREBY ORDERED** that the Motion of Louisiana Citizens for Temporary Restraining Order and Preliminary and Permanent Injunctions be and is hereby **DISMISSED**.

**SIGNED** this _____ day of May, 2009.

 

                                                                           **JUDGE**