UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES   * | | CIVIL ACTION NO. 05-4182 |
| * | | |
| * | | |
| PERTAINS TO INSURANCE   * | | JUDGE DUVAL |
| *Chehardy,* 06-1672   * | | |
| *Chehardy,* 06-1673   * | | |
| *Chehardy,* 06-1674   * | | MAGISTRATE WILKINSON |
| * | | |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

*EX PARTE* MOTION
TO APPOINT COUNSEL FOR PLAINTIFFS
WITH RESPECT TO *OUBRE* CLASS CLAIMS

**NOW INTO COURT** come Wiley J. Beevers, Steven M. Mauterer, Fred L. Herman, J. Robert Ates, and the law firm of Herman Herman Katz & Cotlar, LLP, who, pursuant to Federal Rule of Civil Procedure 23(g)(3), respectfully move to be appointed counsel for the *Oubre* class in any negotiations with Louisiana Citizens, for the reasons that follow:

I.

On July 11, 2006, the Honorable Henry G. Sullivan, Jr. of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, certified the following class with respect to Citizens'

failure to timely initiate loss adjustment under former Louisiana Revised Statute 22:658(A)(3):

> All present or past insureds of Louisiana Citizens Property Insurance Corporation a/k/a LOUISIANA CITIZENS FAIR PLAN, hereinafter referred to as "LCPIC", who, on or after August 29, 2005, provided notification of loss resulting from Hurricanes Katrina and/or Rita to LCPIC, and whose loss adjustment was not initiated within thirty (30) days after notification of loss.

The certification of the *Oubre* class was affirmed by the Louisiana Fifth Circuit Court of Appeal.[1]

Citizens applied for writs to the Louisiana Supreme Court, which were denied.[2]

II.

On January 28, 2008, Judge Sullivan issued an Order approving formal Class Notice in the *Oubre* case, which: **(i)** confirmed the Court's appointment of Movants Macera, Randolph and Hano as Class Representatives with respect to the failure-to-initiate loss adjustment claims; **(ii)** reconfirmed the Court's July 26, 2006 appointment of Wiley J. Beevers and Steven M. Mauterer as Class Counsel; **(iii)** advised that:

> At present, this class action covers no other claims of cause of action other than that clearly set forth in the class definition and effects no other pending litigation, individual and/or class action, brought in the Parish of Jefferson or any other parish which action is not in conflict with the class definition as set forth by the court.
>
> **If you have filed your own separate claim as a result of Hurricane Katrina or Rita against Louisiana Citizens which does not make a claim that Louisiana Citizens failed to initiate loss adjustment within thirty (30) days after notification of loss, you MAY maintain your own separate lawsuit AND be a member of this class.**

---

[1] Oubre v. Louisiana Citizens, No.07-66 (La. App. 5th Cir. 5/29/07), 961 So.2d 504, 513.

[2] No.2007-1329 (La. 9/28/07), 964 So.2d 363.

And, however, at the same time, **(iv)** advised that:

> By remaining a class member, **any claims against Louisiana Citizens for damages arising from their conduct as alleged by the class representatives will be determined in this case and <u>cannot</u> <u>be</u> <u>presented</u> <u>in</u> <u>any</u> <u>other</u> <u>lawsuit.</u>**

Additionally, the Notice provided a means to opt out of the *Oubre* class by submitting an Exclusion Request on or before May 1, 2008.[3]

### III.

On or around March 4, 2009, Movants entered into a letter agreement with Citizens for settlement of the *Oubre* class claims. The settlement was negotiated and recommended by Citizens' CEO, Mr. Wortman, by Citizens' Director of Litigation Suzanne don deVille, (who signed the Declaration in Support of Citizens' Motion for TRO), and by Citizens' outside counsel, Mr. Simmons, Mr. Cullota, Mr. Unsworth and Mr. Patin, of the Hailey McNamara firm.[4] This settlement agreement was subject to approval by the Citizens Board.

### IV.

Due to the Board's refusal to vote on the settlement, Judge Sullivan proceeded with the *Oubre* litigation, which has now resulted in a **final judgment** of $92,865,000 in favor of approximately 18,500 classmembers, and an **open trial** with respect to the failure-to-timely-initiate-

---

[3] *See* CLASS NOTICE, *Oubre v. Louisiana Citizens* (24th JDC Jan. 28, 2008) (EXHIBIT "A").

[4] Mr. Rolfs, who appears as counsel for Citizens on the Motion for TRO, testified as a witness for Citizens in support of a separate settlement in the *Orrill* matter pending in the Civil District Court for the Parish of Orleans, as well as in opposition to the very preliminary injunction issued by Judge Sullivan which Citizens now asks this Honorable Court to restrain and enjoin.

loss-adjustment claims of approximately 44,000 additional classmembers.[5]

V.

Movants respectfully submit that any negotiation or settlement of failure-to-timely-initiate-loss-adjustment claims by *Oubre* classmembers against Louisiana Citizens should be conducted and resolved within the purview of the 24th Judicial District Court for the Parish of Jefferson, in light of the PRELIMINARY INJUNCTION ORDER against Citizens referenced in Citizens' Motion,[6] LOUISIANA CODE OF CIVIL PROCEDURE ARTICLE 594(A)(1),[7] the *Chalona* decision,[8] the court-approved *Oubre* Class Notice,[9] and PROFESSIONAL RULE 4.2.[10]

VI.

Citizens nevertheless advises that it desires to engage in settlement discussions for "global resolution" within the context of the above-captioned case.

---

[5] *See* AMENDED JUDGMENT, *Oubre v. Louisiana Citizens* (24th JDC March 26, 2009) (EXHIBIT "B").

[6] *See* JUDGMENT ON MOTION FOR PRELIMINARY INJUNCTION, *Oubre v. Louisiana Citizens* (24th JDC Nov. 19, 2008) (CITIZENS EXHIBIT "6"), *writ denied,* 2008-1272 (La .App. 5th Cir. 5/9/08), *writ denied,* 2008-2879 (La. 12/15/08).

[7] LA. CODE CIV. PRO. ART. 594(A)(1) ("An action **previously certified** as a class action shall not be dismissed or compromised without the approval of **the court exercising jurisdiction over the action**") (emphasis supplied).

[8] Chalona v. Louisiana Citizens, No.2008-0257 (La. App. 4th Cir. 6/11/08), 2008 WL 2405737, at p.*7 ("While it is possible that some individuals could be included as members of both the *Oubre* class and the instant class, the relief sought in the two cases is not the same. Thus, **a judgment in the *Oubre* lawsuit would not have the effect of *res judicata* in the instant suit**") (emphasis supplied).

[9] CLASS NOTICE, *Oubre v. Louisiana Citizens* (24th JDC Jan. 28, 2008) (EXHIBIT "A") ("any claims against Louisiana Citizens for damages arising from their conduct as alleged by the class representatives will be determined in this case and **cannot be presented in any other lawsuit**") (emphasis supplied).

[10] "In representing a client, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter." LA. PROFESSIONAL RULE OF CONDUCT 4.2(a).

VII.

To the extent, therefore, that any settlement negotiations for "global resolution" go forward, Wiley J. Beevers, Steven M. Mauterer, Fred L. Herman, J. Robert Ates, and the law firm of Herman Herman Katz & Cotlar, LLP should be appointed to represent the plaintiffs with respect to the claims which have already been certified and partially decided in *Oubre.*

VIII.

Movants satisfy all of the requirements set forth in FEDERAL RULED OF CIVIL PROCEDURE 23(g)(1)(A) and 23(g)(4).

IX.

This Motion is supported further by the movants' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS, OPPOSITION TO TRO, AND MOTION TO BE APPOINTED COUNSEL FOR PLAINTIFFS, which is incorporated fully by reference herein.

**WHEREFORE** Wiley J. Beevers, Steven M. Mauterer, Fred L. Herman, J. Robert Ates, and the law firm of Herman Herman Katz & Cotlar, LLP, respectfully pray for an order appointing them counsel for the *Oubre* class in any negotiations with Louisiana Citizens.

This 14th day of May, 2009.

Respectfully submitted,

/s/ Stephen J. Herman
**RUSS M. HERMAN**, Bar No. 6819

**STEVEN J. LANE**, Bar No. 7554
**STEPHEN J. HERMAN, T.A.,** Bar No. 23129
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

**FRED L. HERMAN**, Bar No. 6811
**Law Offices of Fred L. Herman**
1010 Common Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 581-7070
Fax No. (504) 581-7083
E-Mail: fherman@acadiacom.net

**WILEY J. BEEVERS**, Bar No. 2902
**STEVEN M. MAUTERER**, Bar No. 26682
**Beevers & Beevers, LLP**
210 Huey P. Long Ave.
Gretna, Louisiana 70053
Phone: (504) 361-4287
Fax No. (504) 362-1405
E-Mail: smauterer@bellsouth.net

**J. ROBERT ATES,** Bar No. 2580
**Ates Law Firm, APLC**
13726 River Rd Ste A
Destrehan, Louisiana 70047-5012
Telephone: (985) 764-9911
Fax No. (985) 764-9686
E-Mail: jra@ateslawfirm.com

**Movants.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served the above and foregoing Motion *via* E-MAIL upon the following counsel:

        Emile Rolfs, Esq.    ECR@bswllp.com

I FURTHER CERTIFY that I have served the above and foregoing Motion *via* E-Mail and by U.S. Mail upon:

        The Honorable Henry G. Sullivan, Jr.
        24th Judicial District Court, Div. "M"
        200 Derbigny Street
        Gretna, Louisiana 70053
        E-Mail: Susanr@24jdc.us

I FURTHER CERTIFY that I will cause the above and foregoing Motion to be filed with the ECF electronic filing system for the Eastern District of Louisiana, thereby causing the Motion to be served electronically upon all counsel of record,

This 14th day of May, 2009.

                                        /s/ Stephen J. Herman