UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | JUDGE DUVAL |
| *Chehardy,* 06-1672 | * | |
| *Chehardy,* 06-1673 | * | |
| *Chehardy,* 06-1674 | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * | | |

## ORDER

**CONSIDERING** the Motion to Appoint Counsel for Plaintiffs:

**IT IS HEREBY ORDERED** that Wiley J. Beevers, Steven M. Mauterer, Fred L. Herman, J. Robert Ates, and the law firm of Herman Herman Katz & Cotlar, LLP, be and are hereby appointed to act as counsel for the *Oubre* class in any negotiations with Louisiana Citizens.

**SIGNED** this _____ day of May, 2009.

_____
**JUDGE**