**MINUTE ENTRY**
**DUVAL, J.**
**MAY 13, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO:  MRGO , Robinson**<br>**(No. 06-2268)** | **NO. 05-4182**<br><br>**SECTION "K"(2)** |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS: KAREN IBOS & TONI TUSA**

Trial (held and continued from Tuesday, May 12, 2009).
**Court begins at  10:57 a.m.   All present and ready.**
**Testimony of Joannes Westerink resumes.**
**Court recesses for lunch at 11:57 a.m.   Court resumes at 1:24 p.m.**
**Testimony of Joannes Westerink resumes.**
**Defts' state Proffer #8 & Proffer #9 on the record.**
**Defts' witness, at 2:52 p.m. Court resumes at 4:31 p.m.**
**Testimony of Steve Deloach resumes.**
**Pltfs' offer exhibits PX1810.19, PX1810.20, PX1810.21 & PX1810.22, admitted.**
**Defts' offer exhibits JX24, JX0406, DX0601, DX0603, DX0607, DX0781, DX0783, DX1271,**
**DX0869, DX0881, DX1610, DX1607, DX0821, DX1639, DX0866, DX0897, DX0898, DX1605,**
**DX1604, DX1603, DX1602, DX1638, DX1608, DX1609, DX1606 & DX1640, admitted.**
**Trial is continued until Thursday, May 14, 2009 at 9:00 a.m.  Court adjourns at  5:55 p.m.**

**JS-10 (4.00)**