UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO (*Robinson, 06-2268*) | § | |
| | § | |
| _____ | § | |

DEFENDANT UNITED STATES OF AMERICA'S
FINAL LIST OF EXHIBITS

The Defendant United States of America submitted to the Court its Preliminary List of Exhibits on March 20, 2009, for the *Robinson* litigation per Court Order (DR 18344), and again on March 27, 2009.  *See* Plaintiffs' and Defendant's Preliminary Joint Exhibit List, Witness List and Stipulated Facts (DR 18228); and Pre-Trial Order (DR 18331), respectively.  On March 31, 2009, the Court ordered the parties to exchange all exhibits prior to April 3, 2009 (DR 18433). The parties exchanged exhibits but because of time constraints were unable to identify and provide a final list of all exhibits.  Accordingly, the parties agreed to supplementation of the preliminary exhibit lists.  The parties also agreed on a Joint Exhibit List.

1

The United States is now filing a Final Defendant's Exhibit List which includes the United States' supplemental exhibits already provided to the Plaintiffs and the Court. Moreover, the United States is filing a Final Joint Exhibit List which contains a few editorial corrections made to the intial Joint Exhibit List agreed to by the parties.

    Respectfully submitted,

    MICHAEL F. HERTZ
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY, JR.
    Assistant Director, Torts Branch

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C.  20044
    (202) 616-4400/ (202) 616-5200 (Fax)
    Attorneys for the United States

Dated:  May 14, 2009

## **CERTIFICATE OF SERVICE**

  I, James F. McConnon, Jr., hereby certify that on May 14, 2009, I served a true copy of the United States' Final List of Exhibits upon all parties by ECF.

         s/ James F. McConnon, Jr.
         JAMES F. McCONNON, JR.