# THE LAW OFFICE OF
# JOSEPH M. BRUNO APLC
### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

May 11, 2009

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

**VIA FACSIMILE: 504-589-7633**

RE: Dual representations between
Joseph Bruno and Jim Hall

Dear Magistrate Wilkinson:

Please allow this letter to serve as an update and request for continuance for the hearing scheduled for tomorrow on dual representation cases.

Our two offices have met and reviewed individual files, resolving a majority of issues raised in our cases. We are still in the process of exchanging financial settlement statements for those settlements already finalized and updating information on pending settlements. Once this final information is exchanged, we hope to have a clear understanding and possible resolution of all issues concerning our dual representation cases.

I have spoken with Joe Rausch at Jim Hall's office and he joins in this request for a continuance of the hearing for two additional weeks. We both feel that we have made very good progressive and are optimistic that we can get these cases resolved without further delay.

Thank you for your prompt consideration of this matter.

Very Truly Yours,

The Law Office of Joseph M Bruno

James M Freeman
Insurance Claims Manager

cc. Jim Hall (via email: wanda@jimshall.com)

___ Fee _____
___ Process
_X_ Dkt'd
___ CtRmDep
___ Doc. No.

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.JBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-561-6775

TOTAL P.01