UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO: 05-4182 "K"(2)

JUDGE STANWOOD R. DUVAL, JR.

PERTAINS TO: INSURANCE
*Chehardy, 06-1672,*
*Chehardy, 06-1673,*
*Chehardy, 06-1674*

MAG. JOSEPH C. WILKINSON, JR.

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND REPLY MEMORANDUM REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTIONS ON BEHALF OF LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

**NOW INTO COURT**, through undersigned counsel, comes Louisiana Citizens Property Insurance Corporation ("Louisiana Citizens"), who moves this Court for leave to file a Supplemental and Reply Memorandum regarding the Motion for Temporary Restraining Order and Preliminary and Permanent Injunctions for the following reasons, to wit:

1.

On May 12, 2009, Louisiana Citizens filed a Motion for Temporary Restraining Order and Preliminary and Permanent Injunctions to enjoin the 24th Judicial District Court and any

862304.1

named plaintiff and unnamed plaintiff, and any counsel in Geraldine Oubre, et al v. Louisiana Citizens Fair Plan, Case No. 625-567, Division "M," 24th Judicial District Court, Parish of Jefferson, State of Louisiana, from taking any action to enforce the Preliminary Injunction Order issued by that court on November 19, 2008.

2.

On May 14, *Oubre* class counsel filed an Ex Parte Motion to Dismiss, Stay or Sever Louisiana Citizens Motion for Temporary Restraining Order.

3.

To further assist the court, and to clarify issues raised in the Motion for Temporary Restraining Order and Preliminary and Permanent Injunctions and, in addition, to address issues set forth by *Oubre* class counsel in their Opposition, Louisiana Citizens wishes to file a Supplemental and Reply Memorandum.

4.

The filing of Louisiana Citizens' Supplemental and Reply Memorandum will not unduly delay proceedings in this matter.

WHEREFORE, Louisiana Citizens prays that an Order be entered granting it leave to file its Supplemental and Reply Memorandum Regarding the Motion for Temporary Restraining Order and Preliminary and Permanent Injunctions.

862304.1

All of which is most respectfully submitted.

DATE:   May 15, 2009.

                BY ATTORNEYS,

                BREAZEALE, SACHSE & WILSON, L.L.P.
                Post Office Box 3197
                Baton Rouge, Louisiana 70821-3197
                Telephone: 225-387-4000
                Fax: 225-381-8029

                s/ Emile C. Rolfs, III
                Emile C. Rolfs, III (#11431), Trial Attorney
                David R. Kelly (#1457)
                Chris D. Billings (#31621)

                ***Counsel for Louisiana Citizens Property Insurance Corporation***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO: 05-4182 "K"(2)

PERTAINS TO: INSURANCE
*Chehardy, 06-1672,*
*Chehardy, 06-1673,*
*Chehardy, 06-1674*

JUDGE STANWOOD R. DUVAL, JR.

MAG. JOSEPH C. WILKINSON, JR.

## Certificate of Service

I HEREBY CERTIFY that on May 15, 2009, a copy of the foregoing Motion for Leave to file Supplemental and Reply Memorandum was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record herein by operation of the court's electronic filing system. Additionally, copies of the foregoing were served upon counsel in the *"Oubre"* State Court Class Action, via United States Mail and e-mail or fax transmission, as follows:

Mr. Wiley J. Beevers
Mr. Steven M. Mauterer
BEEVERS & BEEVERS, L.L.P.
210 Huey P. Long Avenue
Gretna, LA 70053

Mr. John R. Ates
ATES & ASSOCIATES
13726 River Road, Suite A
Destrehan, LA 70047

Mr. Fred L. Herman
THE LAW OFFICES OF FRED HERMAN
1010 Common Street, Suite 3000
New Orleans, LA 70112-2421

Mr. Stephen J. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

862304.1

Hon. Henry G. Sullivan, Jr.
Judge, Division "M"
24th Judicial District Court
Suite 4100, 200 Derbigny Street
Gretna, LA   70053

                                                 s/ Emile C. Rolfs, III
                                           Emile C. Rolfs, III  (La. Bar No. 11431)

862304.1