UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION  NO: 05-4182 "K"(2)

PERTAINS TO: INSURANCE  JUDGE STANWOOD R. DUVAL, JR.
*Chehardy, 06-1672,*
*Chehardy, 06-1673,*
*Chehardy, 06-1674*

MAG. JOSEPH C. WILKINSON, JR.

## Order

Considering the foregoing motion:

IT IS HEREBY ORDERED that Louisiana Citizens be granted leave to file its Supplemental and Reply Memorandum Regarding the Motion for Temporary Restraining Order and Preliminary and Permanent Injunctions.

THUS DONE AND SIGNED this _____ day of _____, 2009 in New Orleans, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

862304.1