Effective 4/10/06         FINANCIAL & CIVIL ALLOTMENT SHEET         Receipt No.: **366197**
                                                                    Deputy Clerk: ____

**MAY 1 3 2009**

**ACCOUNT CODE:**                                    **REGISTRY FUND:**

6855XX Accounts                                      604700 Accounts
_____ - Restitution                                 _____ - Cash Bonds
_____ - U.S. Postal Service Forms                   _____ - Land Condemnation
_____ - Petty Offense                               _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00
   **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
  ✓   - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)
        RECEIVED FROM (FIRM): **Becnel Law Firm** (Represents pltfs)
        CASE NUMBER: **05-4182 c/w: 07-3173**   SECTION: **K**
        CASE TITLE: **In Re: Katrina Canal Breaches Consolidated Litigation**

        PAYMENT OF  **455.00**   CASH ____   CHECK ✓   MONEY ORDER ____
                                 SEAMAN ____ PAUPER ____ NON CASH ____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action              ____ 6. Habeas Corpus & Other Convictions
        by the Court such as TRO, Injunction,                  Petitions Title 28 USC Sec. 2255
        Orders to Show Cause, etc.                    ____ 7. Petitions for Stay of Execution
____ 2. Class Action                                          Death Sentence
____ 3. Antitrust                                     ____ 8. Social Security Case
____ 4. Patent, Trademark, Copyright                  ____ 9. All Others
____ 5. Civil Rights Case

Is this a THREE JUDGE COURT? ____ Yes ____ No
Is this a RELATED CASE?      ____ Yes ____ No        Attorney of Record _____