UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| VERSUS | NO: 05-4182<br>REF: 06-1672, 06-1673<br>& 06-1674 |
| | SECTION: SRD-JCW |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 18820**

DESCRIPTION: Proposed Pleading

FILED BY:   Louisiana Citizens Property Insurance Corporation

FILE DATE:   5/15/2009