## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL<br><br>MAG. WILKINSON<br>MAG. KNOWLES |

NO. 06-5134 (CHRISTOPHE)
NO. 06-5137 (WILLIAMS)
NO. 06-5132 (FERDINAND)
NO. 06-5131 (BOURGEOIS)
NO. 06-5140 (PORTER)
******************************************************************

### JOINT DESIGNATION OF RECORD ON APPEAL

Pursuant to an order issued by the United States Court of Appeals for the Fifth Circuit, dated May 4, 2009, in the matter entitled In Re: Katrina Canal Breaches Litigation, Case Number, 08-31240, and in accordance with Federal Rule of Appellate Procedure 10, Plaintiffs-Appellants, Linda C. Bourgeois et al, (Case No. 06-5134), Keith C. Ferdinand et al, (No. 06-5132), Mary Christophe, et al ( No. 06-5134), Susan Williams, et al (No. 06-5137), and Rhealynda Porter et al (No. 06-5140), and Defendant-Appellee, the Board of Commissioners of the Port of New Orleans jointly stipulate and designate the following pleadings, transcripts and other documents on record with this Court as the appellate record for purposes of the above-

1

referenced appeal to the United States Court of Appeals, Fifth Circuit:

  In Case No 06-5131, entitled Bourgeois et al. v. Port of New Orleans et al:

| Document Number | Document |
|---|---|
| [1] | Complaint |
| [3] | Case Consolidated with 05-4182 |
| [4] | Order and Reasons granting 13670 |
| [5] | Judgment |
| [6] | Notice of Appeal |

  In Case No. 06-5132, entitled Ferdinand et al. v. Port of New Orleans et al:

| Document Number | Document |
|---|---|
| [1] | Complaint |
| [5] | Case Consolidated with 05-4182 |
| [6] | Order and Reasons granting 13670 |
| [7] | Judgment |
| [8] | Notice of Appeal |

  In Case No. 06-5134 entitled Christophe et al. v. Port of New Orleans et al:

| [1] | Complaint |
|---|---|
| [5] | Case Consolidated with 05-4182 |
| [6] | Order and Reasons granting 13670 |
| [7] | Judgment |
| [8] | Notice of Appeal |

  In Case No. 06-5137, entitled Williams et al. v. Port of New Orleans et al.

| [1] | Complaint |
|---|---|
| [5] | Case Consolidated with 05-4182 |
| [6] | Order and Reasons granting 13670 |
| [7] | Judgment |
| [8] | Notice of Appeal |

  In Case No. 06-5140, entitled Porter et al. v. Port of New Orleans et al.

[1]    Complaint

[5]     Case Consolidated with 05-4182
[6]     Order and Reasons granting 13670
[7]     Judgment
[8]     Notice of Appeal

In Case No. 05-4182, entitled In Re:  Katrina Canal Breaches Litigation

| Document Number | Document Title |
| --- | --- |
| [790] | Case Management Order No. 1 |
| [1637] | Answer to Complaint (06-5131) |
| [1638] | Answer to Complaint (06-5132) |
| [1639] | Answer to Complaint (06-5134) |
| [1640] | Answer to Complaint (06-5137) |
| [1641] | Answer to Complaint (06-5140) |
| [2033] | Case Management Order No. 3 |
| [2935] | Motion to Dismiss Pursuant to Rule 12(b) (6) and attachments |
| [2961] | Motion to Amend Complaint (06-5131) |
| [2963] | Motion to Amend Complaint (06-5132) |
| [2965] | Motion to Amend Complaint (06-5134) |
| [2967] | Motion to Amend Complaint (06-5137) |
| [2969] | Motion to Amend Complaint (06-5140) |
| [3299] | Case Management and Scheduling Order No. 4 |
| [3407] | Response Memorandum in Opposition |
| [3462] | Reply Memorandum in Support |
| [3713] | Order granting [2961] Motion to Amend (06-5131) |
| [3714] | First Amended Complaint (06-5131) |
| [3715] | Order granting [2963] Motion to Amend (06-5132) |
| [3716] | First Amended Complaint (06-5132) |
| [3718] | Order granting [2967] Motion to Amend (06-5137) |
| [3719] | First Amended Complaint (06-5137) |
| [3720] | Order granting [2969] Motion to Amend (06-5140) |
| [3721] | First Amended Complaint (06-5140) |
| [3724] | Order granting [2965] Motion to Amend (06-5134) |
| [3725] | First Amended Complaint (06-5134) |
| [5522] | Motion for Judgment on the Pleadings and Memorandum in Support |
| [7080] | Motion for Leave to File Second Amended Complaint (06-5140) |
| [7081] | Motion for Leave to File Second Amended Complaint (06-5132) |
| [7083] | Motion for Leave to File Second Amended Complaint (06-5131) |
| [7084] | Motion for Leave to File Second Amended Complaint (06-5137) |
| [7088] | Motion for Leave to File Second Amended Complaint (06-5134) |
| [7330] | Memorandum in Opposition to Motion for Leave to File Second Amended |

|   |   |
|---|---|
|        | Complaint in (06-5131, 06-5132, 06-5134, 06-5137, 06-5140) |
| [7556] | Order granting Motion for Leave to File Second Amended Complaint |
| [8197] | Second Amended Complaint (06-5131) |
| [8198] | Second Amended Complaint (06-5132) |
| [8199] | Second Amended Complaint (06-5134) |
| [8200] | Second Amended Complaint (06-5137) |
| [8202] | Second Amended Complaint (06-5140) |
| [8389] | Order and Reasons granting [5522] |
| [8500] | Answer to First and Second Amended Complaint (06-5131) |
| [8501] | Answer to First and Second Amended Complaint (06-5132) |
| [8502] | Answer to First and Second Amended Complaint (06-5134) |
| [8503] | Answer to First and Second Amended Complaint (06-5137) |
| [8504] | Answer to First and Second Amended Complaint (06-5140) |
| [8913] | Order and Reasons granting [2935] Motion to Dismiss Pursuant to Rule 12(b)(6) |
| [8924] | Motion for Entry of Final Judgment Under Rule 54(b) |
| [10005] | Plaintiff's Consolidated Memorandum in Opposition to SWB's Motion to Dismiss Under 12B6 and 12C, together will all exhibits |
| [10405] | Order granting [8924] |
| [10406] | Judgment |
| [11155] | Response to Memorandum in Opposition to SWB's Motion to Dismiss |
| [12935] | Case Management and Scheduling Order No. 7 |
| [13613] | Order and Reasons granting in part and denying in part Motions to Dismiss |
| [13723] | Plaintiff's Motion for Reconsideration of Court's Ruling |
| [13728] | Defendant's Motion for Reconsideration of Court's Ruling |
| [13670] | Motion for Judgment on the Pleadings and attachments (1) Memorandum in Support, (2) Exhibit A, (3) Exhibit B, (4) Notice of Hearing |
| [13773] | Ex Parte Motion for Leave to File Supplemental Memorandum in Support of Motion for Judgment on the Pleadings and attachments (1) Memorandum in Support, (2) Proposed Order,    (3) Proposed Pleading |
| [13797] | Order granting Ex Parte Motion for Leave to File Supplemental Memorandum in Support of Judgment on the Pleadings [13773] |
| [13798] | Supplemental Memorandum in Support of Motion for Judgment on the Pleadings |
| [14388] | Opposition Memorandum to Motion for Judgment on the Pleadings |
| [14445] | Motion for Leave to File Reply Memorandum in Support |
| [14474] | Order granting [14445] |
| [14475] | Reply Memorandum in Support of Motion for Judgment on the Pleadings |
| [16050] | Order and Reasons Granting Motion for Reconsideration re SWB |
| [16352] | Order and Reasons granting Motion for Judgment on the Pleadings |
| [16354] | Judgment in favor of Port against all Plaintiffs |
| [16628] | Notice of Appeal as to [16354] |
| [18125] | Judgment Issued as Mandate |
| [18779] | Post-Hearing Brief of Certain Objecting Plaintiffs in Opposition to Class Certification and Settlement |

Unless otherwise specifically excluded, the record shall include any and all attachments and/or exhibits to any designated documents.

Plaintiffs-Appellants and Defendant-Appellee reserve the right to amend and supplement the designated record in this matter, if such action proves necessary.

Respectfully Submitted:

**MILLING BENSON WOODWARD L.L.P.**

/s/ James K. Irvin
**JAMES K. IRVIN (#7166)**
**CHADWICK W. COLLLINGS (#25373)**
909 Poydras Street - Suite 2300
New Orleans, Louisiana 70112-1010
Telephone: (504) 569-7000
Facsimile: (504) 569-7001
  *Attorneys for Plaintiffs-Appellants*

**DAIGLE FISSE & KESSENICH**

/s/ Kirk N. Aurandt
**J. FREDRICK KESSENICH (#7354)**
**KIRK N. AURANDT (#25336)**
227 Highway 21
Madisonville, LA 70447-0000
Telephone: 985-871-0800
Fax: 985-871-0899
  *Attorneys for Defendant-Appellee*

383025

5