UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | JUDGE DUVAL |
| *Chehardy*, 06-1672 | * | |
| *Chehardy*, 06-1673 | * | |
| *Chehardy*, 06-1674 | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * | | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT come Class Representatives John Macera II, Sylvia Randolph and Susan Hano, Class Counsel Wiley J. Beevers and Steven M. Mauterer, and Co-Counsel Fred L. Herman, J. Robert Ates, and Herman Herman Katz & Cotlar, who respectfully move for leave to file a Reply Brief in response to the Supplemental Brief filed by Louisiana Citizens, and in further support of their Motion to Dismiss, Stay or Sever, in further opposition to the Motion for TRO, and in further support of the Motion to be Appointed Counsel for the *Oubre* Class.

This 16th day of May, 2009.

                                                      Respectfully submitted,

                                                  /s/ Stephen J. Herman
**RUSS M. HERMAN**, Bar No. 6819
**STEVEN J. LANE**, Bar No. 7554
**STEPHEN J. HERMAN, T.A.,** Bar No. 23129
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

**FRED L. HERMAN**, Bar No. 6811
**Law Offices of Fred L. Herman**
1010 Common Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 581-7070
Fax No. (504) 581-7083
E-Mail: fherman@acadiacom.net

**WILEY J. BEEVERS**, Bar No. 2902
**STEVEN M. MAUTERER**, Bar No. 26682
**Beevers & Beevers, LLP**
210 Huey P. Long Ave.
Gretna, Louisiana 70053
Phone: (504) 361-4287
Fax No. (504) 362-1405
E-Mail: smauterer@bellsouth.net

**J. ROBERT ATES,** Bar No. 2580
**Ates Law Firm, APLC**
13726 River Rd Ste A
Destrehan, Louisiana 70047-5012

        Telephone: (985) 764-9911
        Fax No. (985) 764-9686
        E-Mail: jra@ateslawfirm.com

**Counsel for Movants, and
The *Oubre* Class.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the above and foregoing Motion *via* E-MAIL upon the following counsel:

    Emile Rolfs, Esq.    ECR@bswllp.com
    *Counsel for Louisiana Citizens*

I FURTHER CERTIFY that I have served the above and foregoing Motion *via* E-Mail and by U.S. Mail upon:

    The Honorable Henry G. Sullivan, Jr.
    24th Judicial District Court, Div. "M"
    200 Derbigny Street
    Gretna, Louisiana 70053
    E-Mail: Susanr@24jdc.us

I FURTHER CERTIFY that I will cause the above and foregoing Motion to be filed with the ECF electronic filing system for the Eastern District of Louisiana, thereby causing the Motion to be served electronically upon all counsel of record,

This 16th day of May, 2009.

                /s/ Stephen J. Herman