UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | JUDGE DUVAL |
| *Chehardy,* 06-1672 | * | |
| *Chehardy,* 06-1673 | * | |
| *Chehardy,* 06-1674 | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * | | |

## ORDER

**CONSIDERING** the Motion for Leave:

**IT IS HEREBY ORDERED** that John Macera II, Sylvia Randolph, Susan Hano, Wiley J. Beevers, Steven M. Mauterer, Fred L. Herman, J. Robert Ates, and Herman Herman Katz & Cotlar, be and are hereby granted leave to file their Reply Brief in response to the Supplemental Brief filed by Louisiana Citizens, and in further support of their Motion to Dismiss, Stay or Sever, in further opposition to the Motion for TRO, and in further support of the Motion to be Appointed Counsel for the *Oubre* Class.

**SIGNED** this _____ day of May, 2009.

_____
**JUDGE**