UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | JUDGE DUVAL |
| *Chehardy*, 06-1672 | * | |
| *Chehardy*, 06-1673 | * | |
| *Chehardy*, 06-1674 | * | MAGISTRATE WILKINSON |

MOTION FOR LEAVE TO FILE
MOTION TO STRIKE

NOW COMES Madro Bandaries, Esq., on behalf of Class Counsel for the *Chalona v. Louisiana Citizens* Class (34th Judicial District Court for the Parish of St. Bernard, Docket No. 107-125, Div. "A"), as well as the *Orrill v. Lousiana Citizens* Class (Civil District Court for the Parish of Orleans, Docket No. 2005-1170, Div. "L"), who moves for Leave to File the Motion to Strike, attached herein.

It is so moved.

Respectfully submitted;

/s/ Madro Bandaries

_____
**MADRO BANDARIES #25339**
Post Office Box 56458
938 Lafayette Street, Suite 204
New Orleans, Louisiana 70156
Telephone:        (504) 218-4815
Facsimile:   (504) 324-0684
Email:       madro.att.net@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record via  ECF upload, this 18th day of May, 2009.


/s/ Madro Bandaries

_____

Madro Bandaries, #25339