UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| | * | |
| **PERTAINS TO INSURANCE** | * | **JUDGE DUVAL** |
| *Chehardy*, 06-1672 | * | |
| *Chehardy*, 06-1673 | * | |
| *Chehardy*, 06-1674 | * | **MAGISTRATE WILKINSON** |

**O R D E R**

Considering the foregoing:

**IT IS HEREBY ORDERED** that Madro Bandaries, on behalf of Class counsel for the *Orrill* and *Chalona* Class, be and is hereby GRANTED leave to file the Motion to Strike.

THUS DONE AND SIGNED this __ day of , 2009 in New Orleans, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA