UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | JUDGE DUVAL |
| *Chehardy*, 06-1672 | * | |
| *Chehardy*, 06-1673 | * | |
| *Chehardy*, 06-1674 | * | MAGISTRATE WILKINSON |

## MOTION TO STRIKE

**NOW COMES** Madro Bandaries on behalf of Class Counsel for the *Chalona v. Louisiana Citizens* Class (34th Judicial District Court for the Parish of St. Bernard, Docket No. 107-125, Div. "A"), as well as the *Orrill v. Lousiana Citizens* Class (Civil District Court for the Parish of Orleans, Docket No. 2005-1170, Div. "L"), who moves for an Order Striking in Part those portions, therein of (Rec.Doc. 18812), Memorandum in Support of Motion to Dismiss, Stay or Sever, in Opposition to the Motion for TRO, and in support of the Motion to be Appointed Counsel for the *Oubre* Class, filed with this Court on May 15, 2009, and (Rec. Doc. 18825-3), Reply Brief in Further Support of Motion to Dismiss, Stay or Sever, filed with this Court on May 16, 2009, on the basis that they are inflammatory, prejudicial and scandalous allegations against undersigned counsel.

Specifically, undersigned, directs this Honorable Court to(Rec. Doc. 18812, Page 5), which suggests possible "end-run" around *Oubre* in a"reverse auction" attempt by *Citizens* to settle the case in Civil District Court and to (Rec.Doc. 18812, Page 7), which states as follows:

*Orrill/Chalona* Class Counsel were inadequate given (i) the circumstances, which were **highly suggestive of collusion**; as well as (ii) direct evidence revealed during the Fairness Hearing that *Orrill* Class Counsel had actually agreed to indemnify Citizens out of the Settlement Fund in the event that the Settlement was determined not to release the claims of the *Oubre* Class;

Additionally, undersigned directs this Court to (Rec.Doc. 18825-3, pages 3 and 8) in which Counsel for the *Oubre* Class once again makes these baseless and inflammatory comments for which they have no evidentiary support.

Any suggestion that counsel for the *Chalona* and *Orrill* Class and *Louisiana Citizens* have confected "what would appear to be a collusive "backdoor" or "reverse auction" settlement in either the *Chalona* or *Orrill* case is unfounded, wildly egregious and as such may constitute a violation of the Rules of Professional Conduct.  This type of name calling has no place in this litigation or in any Court of the great State of Louisiana and therefore should be stricken from the record.

The Court may grant a motion to strike pursuant to Rule 12(f) of the Federal Rules of Civil Procedure which provides that "the court may order stricken from **any** pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." F.R.Civ.P. 12(f).[1]

**WHEREFORE**, premises considered, as well as the law, Movers respectfully request that this Court GRANT the Motion to Strike those portions of (Rec. Doc. 18812)

---

[1] *See Slaughter House Records and Production Co., Inc. v. Miller*, Not Reported in F.Supp.2d, 1999 WL 412431, (E.D.La.,1999.), in which this Court saw fit to strike from a complaint, multiple instances of name calling, accusations of irrelevant and prejudicial conduct, repetition of vicious gossip, and guilt by association. Judge Marcel Livaudais Jr. found that inflammatory, prejudicial and scandalous remarks which have nothing to do with the allegations of the complaint, must be stricken from the complaint under Rule 12(f).

and (Rec. Doc. 18825-3), which contain inflammatory, prejudicial and scandalous allegations against undersigned counsel.

Respectfully submitted;

/s/ Madro Bandaries

---

**MADRO BANDARIES #25339**
Post Office Box 56458
938 Lafayette Street, Suite 204
New Orleans, Louisiana 70156
Telephone:	(504) 218-4815
Facsimile:	(504) 324-0684
Email:	madro.att.net@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record via ECF upload, this 18th day of May, 2009.

/s/ Madro Bandaries
---
Madro Bandaries, #25339