UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2), (3) |
| PERTAINS TO LEVEE AND MR-GO: | * | |
| | * | |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | MAG. J. KNOWLES |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |

*******************************************

## MOTION TO SEVER

Plaintiffs in Case No. 06-5116 (*Sims*), Case No. 06-5118 (*Richard*), Case No. 06-5142 (*Augustine*), Case No. 06-5132 (*Ferdinand*), Case No. 06-5131 (*Bourgeois*), Case No. 06-5134 (*Christophe*), Case No. 06-5137 (*Williams*), Case No. 06-5127 (*DePass*), Case No. 06-5128 (*Adams*), and Case No. 06-5140 (*Porter*), who filed Complaints under F.R.C.P. 20 (the "Objecting Plaintiffs") move to sever for separate consideration from the class certification and fairness issues the question of whether one or more "premises" were covered by the general commercial insurance policy issued by St. Paul Fire and Marine Insurance Company ("St. Paul") to the Orleans Levee District ("OLD").

          Respectfully submitted,

          /s/ James K. Irvin
          James K. Irvin (#7166)
          Michael J. Monistere (#21360)
          Chadwick W. Collings (#25373)
          MILLING BENSON WOODWARD L.L.P
          909 Poydras Street, Suite 2300
          New Orleans, LA  70112-1010
          Telephone:  (504) 569-7000
          Facsimile:   (504) 569-7001
          jirvin@millinglaw.com

<u>Of Counsel</u>
John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000

## Certificate of Service

    I hereby certify that on the 18th day of May, 2009, I electronically filed a Motion to Sever with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter and caused copies to be hand-delivered to the Clerk of Court and counsel as directed by the Court's notice.

                                        /s/ James K. Irvin