UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2), (3) |
| PERTAINS TO LEVEE AND MR-GO: | * | |
| | * | |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | MAG. J. KNOWLES |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |

*******************************************

## MEMORANDUM IN SUPPORT OF MOTION TO SEVER

The grounds for this motion are that the "premises" issue was never raised by any pleading or motion and that the Objecting Plaintiffs had no notice of the issue until the expert report of Peter Ligeros was served on them three (3) days before the April 2, 2009 hearing.  Objecting Plaintiffs had no notice that the issue would be pending at the hearing until Mr. Meunier told the Court it had an "important issue regarding the limits of the Orleans Levee District primary policy" to decide (Draft Transcript, p.5).  However, no motion had been filed, and no discovery had been conducted on this new issue.

Moreover, there were two status conferences preceding the April 2, 2009 hearing, respectively on March 24, 2009 and March 27, 2009, of which the Objecting Plaintiffs had no notice and which their counsel, accordingly, did not attend.  The "premises" issue

may or may not have been brought up and discussed at these conferences.

The Objecting Plaintiffs wish to conduct additional discovery to satisfy themselves respecting the "premises" issue.  (The Objecting Plaintiffs also request that their counsel be included in any status conference at which the "premises" issue or other issues raised in the certification and fairness proceedings are discussed.)

Accordingly, the Objecting Plaintiffs request that the issue be severed from consideration of the class certification and fairness issues that it be treated as though a motion had been filed, and that they be given an opportunity to conduct discovery and brief the issue before a hearing set by the Court.

                Respectfully submitted,

/s/ James K. Irvin
James K. Irvin (#7166)
Michael J. Monistere (#21360)
Chadwick W. Collings (#25373)
MILLING BENSON WOODWARD L.L.P
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Facsimile:   (504) 569-7001
jirvin@millinglaw.com

Of Counsel
John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000

## Certificate of Service

I hereby certify that on the 18th day of May, 2009, I electronically filed a Memorandum in Support of Motion to Sever with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter and caused copies to be hand-delivered to the Clerk of Court and counsel as directed by the Court's notice.

/s/ James K. Irvin