# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2), (3) |
| PERTAINS TO LEVEE AND MR-GO: | * | |
| | * | |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | MAG. J. KNOWLES |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |

******************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs in Case No. 06-5116 (*Sims*), Case No. 06-5118 (*Richard*), Case No. 06-5142 (*Augustine*), Case No. 06-5132 (*Ferdinand*), Case No. 06-5131 (*Bourgeois*), Case No. 06-5134 (*Christophe*), Case No. 06-5137 (*Williams*), Case No. 06-5127 (*DePass*), Case No. 06-5128 (*Adams*), and Case No. 06-5140 (*Porter*), will bring their Motion to Sever for hearing before the United States District Court, the Honorable Judge Duval, on June 10, 2009 at 9:30 a.m.

        Respectfully Submitted:

        MILLING BENSON WOODWARD, L.L.P.

        /s/James K. Irvin
        James K. Irvin (#7166)
        Michael J. Monistere (#21360)
        Chadwick W. Collings (#25373)
        900 Poydras Street, Suite 2300
        New Orleans, Louisiana 70112
        Telephone: (504) 569-7000
        jirvin@millinglaw.com

Of Counsel
John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000

## Certificate of Service

    I hereby certify that on the 18th day of May, 2009, I electronically filed a Notice of Hearing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter and caused copies to be hand-delivered to the Clerk of Court and counsel as directed by the Court's notice.

        /s/ James K. Irvin