UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE                SECTION "K"(2)
    *Chehardy*, 06-1672
    *Chehardy*, 06-1673
    *Chehardy*, 06-1674

## ORDER

Before the Court is a Motion for Temporary Restraining Order (Rec. Doc. 18789) ("Mot.") filed on behalf of Louisiana Citizens Property Insurance Company ("Citizens"). Citizens seeks an injunction that would prevent any party from enforcing an injunction issued by the 24th Judicial District Court, Jefferson Parish, Louisiana that enjoins Citizens from "taking any action whatsoever to dismiss, compromise or settle any claim or claims of any member or members of the *Oubre* class [pending before the 24th Judicial District Court]." In response, the Plaintiffs in the *Oubre* state action have filed an Opposition (Rec. Doc. 18812), a Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 18813), and a Motion to Appoint Counsel to Represent the *Oubre* Class in Any Settlement Negotiations with Louisiana Citizens (Rec. Doc. 18814).

Citizens, however, has filed an identical motion before Judge Carl Barbier of this Court in *Louisiana State v. AAA Insurance*, Civ. A. No. 07-5528, Rec. Doc. 28. That case concerns claims by Louisiana against insurance companies for damages sustained by homeowners arising

1

out of Hurricanes Katrina and Rita.  The Plaintiffs in the *Oubre* state action made similar filings in *Louisiana State* as done in this case (*see* Civ. A. No. 07-5528, Rec. Docs. 30, 31, 32).  This Court finds it appropriate for purposes of consistency and judicial economy to transfer these motions to Judge Barbier for adjudication.  Accordingly,

**IT IS ORDERED** that Citizens' Motion for Temporary Restraining Order (Rec. Doc. 18789), *Oubre* Plaintiffs' Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 18813), and a *Oubre* Plaintiffs' Motion to Appoint Counsel to Represent the *Oubre* Class in Any Settlement Negotiations with Louisiana Citizens (Rec. Doc. 18814) are **TRANSFERRED** to Judge Carl Barbier, Section "J", for resolution with similar motions filed in Civ. A. No. 07-5528 (Rec. Docs. 28, 30, and 32).

New Orleans, Louisiana, this __18th__ day of May, 2009.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**

2