UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION
      CONSOLIDATED LITIGATION
                                            NO. 05-4182

PERTAINS TO: INSURANCE                      SECTION "K"(2)
      *Chehardy*, 06-1672
      *Chehardy*, 06-1673
      *Chehardy*, 06-1674

## ORDER

Before the Court are three motions: a motion by Louisiana Citizens Property Insurance Company ("Citizens") for leave to file a supplemental memorandum (Rec. Doc. 18820), a motion by Plaintiffs in the *Oubre* state action for leave to file a reply brief (Rec. Doc. 18825), and a motion for leave to file a motion to strike (Rec. Doc. 18828).  These motions concern two substantive motions filed by these parties that have been transferred for consideration to Judge Barbier.  This Court transferred these motions because they are identical to motions filed before Judge Barbier.  The present three motions are mooted because the substantive motions have been transferred to another judge of this Court, and they will therefore be adjudicated by that judge. (*see* Civ. A. No. 07-5528; Rec. Docs. 36, 38).  Accordingly,

1

**IT IS ORDERED** that the motion by Citizens for leave to file a supplemental memorandum (Rec. Doc. 18820), the motion by Plaintiffs in the *Oubre* state action for leave to file a reply brief (Rec. Doc. 18825), and the motion for leave to file a motion to strike (Rec. Doc. 18828) are **MOOT.**

New Orleans, Louisiana, this __19th__ day of May, 2009.

                      **STANWOOD R. DUVAL, JR.**
                      **UNITED STATES DISTRICT JUDGE**