UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| *THIS PLEADING APPLIES TO:* **BARGE** | * | and consolidated cases |
| | * | |
| *Boutte v. Lafarge* | * | SECTION "K"(2) |
| *Mumford v. Ingram* | * | |
| *Lagarde v. Lafarge* | * | JUDGE |
| *Perry v. Ingram Barge* | * | STANWOOD R. DUVAL |
| *Benoit v. Lafarge* | * | |
| *Parfait v. USA* | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

<u>LONE STAR INDUSTRIES, INC. RESPONSE</u>
<u>TO SUBPOENA OF LAFARGE NORTH AMERICA INC.</u>

Pursuant to Rule 45, non-party Lone Star Industries, Inc. [improperly named as "Buzzi Unicem USA Inc." (formerly "Lone Star Cement Corp.")] hereby responds as follows to the subpoena issued by Lafarge North America, Inc. (hereafter "Lafarge") for Production of Documents to Victor Schubert in the above-captioned matter, dated February 13, 2008. Subject to the following objections, Lone Star Industries, Inc. (hereafter "Lone Star") is producing records in accordance with the Request. Although Lone Star has done a diligent search for responsive records, Lone Star reserves the right to supplement this document production in the event that additional responsive information is found.

**GENERAL OBJECTIONS**

1. Lone Star objects to the Request to the extent it seeks information protected from disclosure by the attorney-client privilege, the work-product doctrine, the investigational privilege, or any other applicable doctrine immunity or privilege. Nothing contained in these responses is intended, or may be construed, as a waiver of the work-product doctrine, property obtained in anticipation of litigation, or any other privilege, immunity, or doctrine.

2. Lone Star objects to the Request to the extent that it seeks to impose obligations and/or requirements beyond those contained in the Federal Rules of Civil Procedure.

3. Lone Star objects to the Request to the extent that it seeks information that is contained in, or that can be derived from, documents already in the possession of Lafarge, or that exist in the Public Domain.

4. Lone Star objects to producing sensitive and confidential financial information, such as, but not limited to, pricing data, and has redacted or omitted such information from documents it is producing for the purposes of this request.

Dated: May 19, 2009

Respectfully submitted:

PREIS & ROY

 s/David M. Flotte
DAVID M. FLOTTE, (#01364)
601 Poydras Street, Suite 1700
New Orleans, Louisiana  70130
Telephone: (504)581-6062
Facsimile:  (504)522-9129

*COUNSEL FOR NON-PARTY LONE STAR INDUSTRIES, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing document has this date been forwarded to all known counsel of record by:

| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | E-mail | ( √ ) | ECF |

New Orleans, Louisiana, this ____ day of May, 2009.

 s/David M. Flotte
_____DAVID M. FLOTTE

1555777