**MINUTE ENTRY**
**DUVAL, J.**
**MAY 14, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO: MRGO , Robinson** <br> **(No. 06-2268)** | **NO. 05-4182** <br><br> **SECTION "K"(2)** |

### NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS: KAREN IBOS & TONI TUSA**

Trial (held and continued from Wednesday, May 13, 2009).
**Court begins at 9:00 a.m.   All present and ready.**
**Defts' witness, Thomas Francis Wolff, sworn and testified.**
**Defts' Proffer #10 stated on the record.**
**Court recesses for lunch at 11:54 a.m.   Court resumes at 1:02 p.m.**
**Testimony of Thomas Francis Wolff resumes.**
**Pltfs' offer exhibits PX98.20, PX1153, PX1851, JX0210, PX1810.13 ( slides 1 thru 4), 1877.1 thru 1877.6, admitted.**
**Defts' offer exhibits JX0043, DX003, DX1719, JX356, PX2138.3 JX0191, DX1064, JX0283, DX0562, JX0207, DX0451, which is also, PX72, PX1810.19, JX0209, DM0039, DM0040, admitted.**
**Defts' witness, Joannes Westerink (cross examination), previously sworn, testified.**
**Court will not look at Pltfs' exhibit PX2188 exhibit until it gets Defts' concurrence or rebuttal.**
**Defts' would like to move in all of the exhibits on its' amended exhibit list, which it was filed with the Court earlier today.  Defts' rest.**
**Pltfs' offer exhibit PX2187.  Pltfs' would move for admission of all of the new and/or additional exhibits that were not moved into evidence at the close of their evidence but were used with their cross-examination, with the exception of PX2166, which is the Resio supplemental report, which the Court hasn't ruled on.**
**Parties consent that to the extent that either side discovers that there's an exhibit or a document that they failed to admit, they'll do so by motion, allowing opposing party to object.**
**Post trial briefs to be set at a status conference in Chambers following this trial, after which time this matter is SUBMITTED.  Court adjourns at  3:43 p.m.**
**SEE MANUAL ATTACHMENT FOR EXHIBIT LIST.**

**JS-10 (4:56)**