UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL |
| PERTAINS TO: MRGO | NO: 05-4182 |
| | SECTION: "K" (2) |

ATTACHMENTS TO DOCUMENT NO. 18841

DESCRIPTION: EXHIBIT LIST

FILE DATE: 5/14/09

ARE LOCATED IN THE CLERK'S OFFICE.