## SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

COUNSELLORS AT LAW
30TH FLOOR - ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS 70163-3000

TELEPHONE (504) 569-2030
FACSIMILE (504) 569-2999
INTERNET:
HTTP://WWW.SPSR-LAW.COM

H. PAUL SIMON
FRANK J. PERAGINE
GUY W. SMITH
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES
JAMES A. BURTON
CHRISTOPHER M. GUIDROZ^^
DANIEL J. CARUSO
THOMAS J. FISCHER
JAY H. KERN
STEVEN A. JACOBSON
KENNETH R. BOWEN
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
JOHN F. SHREVES*^
ROBERT L. REDFEARN, JR.‡**
DENISE C. PUENTE
DOUGLAS W. REDFEARN

*BOARD CERTIFIED
 TAX ATTORNEYS
^BOARD CERTIFIED ESTATE PLANNING
 AND ADMINISTRATION SPECIALIST
^^A PROFESSIONAL LAW CORPORATION

DAVID F. BIENVENU
M. DAVIS READY
DOUGLAS R. KINLER
MICHAEL D. HAROLD**
BETTY F. MULLIN
WILLIAM M. BLACKSTON
ANDREW C. WILSON
SUSAN F. CLADE
M. CLAIRE DURIO
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. MCQUILLAR
CHARLES E. RILEY, III**
JOSHUA M. HUDSON
CHRISTOPHER B. CONLEY
DOUGLASS F. WYNNE
SHANNON H. HUBER

OF COUNSEL
DONALD J. BRANNAN

**ALSO ADMITTED IN MISSISSIPPI
‡ALSO ADMITTED IN TEXAS

May 19, 2009

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

Re:   In Re: Katrina Canal Breaches Litigation
      USDC, No. 2:05-CV-4182
      (Consolidated cases shown on Exhibit 1 attached hereto)
      Our File No. 03409-23

Dear Sir or Madam:

The dismissal of our client, B&K Construction Company, Inc., in the above referenced litigation was recently affirmed by the U.S. Fifth Circuit. Accordingly, I ask that my name be removed from the Court's electronic messaging service/Pacer:

Betty F. Mullin
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030
bmullin@spsr-law.com

Sincerely,

Betty F. Mullin

BFM/lz
N:\DATA\K\03409023\Correspondence\Clerk-EDLA.ltr.wpd


USDC No. 2:05-CV-4181
USDC No. 2:06-CV-4389
USDC No. 2:06-CV-5786
USDC No. 2:05-CV-4182
USDC No. 2:05-CV-4181
USDC No. 2:06-CV-4389
USDC No. 2:06-CV-5786
USDC No. 2:05-CV-4182
USDC No. 2:05-CV-4181
USDC No. 2:05-CV-4191
USDC No. 2:05-CV-4568
USDC No. 2:05-CV-5237
USDC No. 2:05-CV-6073
USDC No. 2:05-CV-6314
USDC No. 2:05-CV-6324
USDC No. 2:05-CV-6327
USDC No. 2:05-CV-6359
USDC No. 2:06-CV-20
USDC No. 2:06-CV-225
USDC No. 2:06-CV-886
USDC No. 2:06-CV-1885
USDC No. 2:06-CV-2278
USDC No. 2:06-CV-2287
USDC No. 2:06-CV-2346
USDC No. 2:06-CV-2545
USDC No. 2:06-CV-3529
USDC No. 2:06-CV-4065
USDC No. 2:06-CV-4389
USDC No. 2:06-CV-4634
USDC No. 2:06-CV-4931
USDC No. 2:06-CV-5032
USDC No. 2:06-CV-5042
USDC No. 2:06-CV-5159
USDC No. 2:06-CV-5161
USDC No. 2:06-CV-5163
USDC No. 2:06-CV-5260
USDC No. 2:06-CV-5308
USDC No. 2:06-CV-5367
USDC No. 2:06-CV-5471
USDC No. 2:06-CV-5771
USDC No. 2:06-CV-5785
USDC No. 2:06-CV-5786
USDC No. 2:06-CV-5937
USDC No. 2:06-CV-6473
USDC No. 2:06-CV-6642
USDC No. 2:06-CV-7682
USDC No. 2:06-CV-8708
USDC No. 2:06-CV-11208
USDC No. 2:07-CV-206
USDC No. 2:07-CV-647
USDC No. 2:07-CV-993
USDC No. 2:07-CV-1113
USDC No. 2:07-CV-1284
USDC No. 2:07-CV-1286
USDC No. 2:07-CV-1288
USDC No. 2:07-CV-1289
USDC No. 2:07-CV-1349


EXHIBIT
1