UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES   * | | CIVIL ACTION NO. 05-4182 |
| * | | |
| * | | |
| PERTAINS TO INSURANCE   * | | JUDGE DUVAL |
| *Chehardy,* 06-1672   * | | |
| *Chehardy,* 06-1673   * | | |
| *Chehardy,* 06-1674   * | | MAGISTRATE WILKINSON |
| * | | |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

## OPPOSITION TO MOTION TO STRIKE

John Macera II, Sylvia Randolph and Susan Hano, Wiley J. Beevers, Steven M. Mauterer, Fred L. Herman, J. Robert Ates, and the law firm of Herman Herman Katz & Cotlar LLP respectfully submit the following memorandum in opposition to the Motion to Strike [Doc 18828-3] filed by Madro Bandaries, Esq.:

**MAY IT PLEASE THE COURT:**

The facts speak for themselves.[1]

Without burdening the Court with voluminous documents or other information, the Letter Agreement referenced in Footnote 10 on Page 5 of undersigned's MEMORANDUM is attached hereto

---

[1] *See generally,* MEMORANDUM [Doc 18812], pp.2-7.

as Exhibit "A".  *See also, generally,* TRANSCRIPT No.2005-11720 (CDC Parish of Orleans, State of La., Dec. 16, 2008), pp.44-100 (attached hereto as Exhibit "B").

## Conclusion

For the above and foregoing reasons, Mr. Bandaries' Motion to Strike should be denied. This 19th day of May, 2009.

        Respectfully submitted,

           /s/ Stephen J. Herman
        **RUSS M. HERMAN**, Bar No. 6819
        **STEVEN J. LANE**, Bar No. 7554
        **STEPHEN J. HERMAN, T.A.,** Bar No. 23129
        **Herman, Herman, Katz & Cotlar, LLP**
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Telephone: (504) 581-4892
        Fax No. (504) 561-6024
        E-Mail: sherman@hhkc.com

        **FRED L. HERMAN**, Bar No. 6811
        **Law Offices of Fred L. Herman**
        1010 Common Street, Suite 3000
        New Orleans, Louisiana 70112
        Telephone: (504) 581-7070
        Fax No. (504) 581-7083
        E-Mail: fherman@acadiacom.net

        **WILEY J. BEEVERS**, Bar No. 2902
        **STEVEN M. MAUTERER**, Bar No. 26682
        **Beevers & Beevers, LLP**

       210 Huey P. Long Ave.
       Gretna, Louisiana 70053
       Phone: (504) 361-4287
       Fax No. (504) 362-1405
       E-Mail: smauterer@bellsouth.net

**J. ROBERT ATES,** Bar No. 2580
**Ates Law Firm, APLC**
13726 River Rd Ste A
Destrehan, Louisiana 70047-5012
Telephone: (985) 764-9911
Fax No. (985) 764-9686
E-Mail: jra@ateslawfirm.com

**Counsel for Movants, and
The *Oubre* Class.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause the above and foregoing Opposition to be filed with the ECF electronic filing system for the Eastern District of Louisiana, thereby causing the Motion to be served electronically upon all counsel of record, this 19th day of May, 2009.

                                                   /s/ Stephen J. Herman