# EXHIBIT "A"

# HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.

### ATTORNEYS AT LAW

W MARVIN HALL*
LAURENCE E. LARMANN*
RICHARD T. SIMMONS, JR.*
DOMINIC J. OVELLA ± †
MICHAEL P. MENTZ
C. KELLY LIGHTFOOT
W. EVAN PLAUCHÉ †
MICHAEL J. VONDENSTEIN
JOHN T. CULOTTA* ±
DAVID K. PERSONS
JOHN E. UNSWORTH, JR.
CAROLINE D. IBOS
JOSEPH L. SPILMAN, III ♥ ʌv
CLAUDE A. GRECO
W. GLENN BURNS
JAMES W. HAILEY, III
KEVIN O. LARMANN
DARREN A. PATIN
ANNE E. MEDO
GABRIEL J. VENINATA
SEAN P. MOUNT †

APPELLATE COUNSEL
ALAYNE R. CORCORAN

ONE GALLERIA BOULEVARD
SUITE 1400
METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 836-6500
TELECOPIER: (504) 836-6565

MAILING ADDRESS:
P.O. BOX 8288
METAIRIE, LA 70011-8288

NEW ORLEANS OFFICE
1100 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70163
TELEPHONE: (504) 799-2271
TELECOPIER (504) 836-6565

GULFPORT OFFICE
1611 23RD AVENUE
SUITE 101
GULFPORT, MS 39501
TELEPHONE: (228) 864-5566
TELECOPIER: (228) 864-5546

BATON ROUGE OFFICE
10725 PERKINS ROAD
SUITE 200
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 766-6967
TELECOPIER: (225) 766-6946

www.haileymcnamara.com

OF COUNSEL
JAMES W. HAILEY, JR.*
HENRY D. McNAMARA, JR
ANTONIO E. PAPALE, JR.*
JOHN F. YOUNG, JR.
JAMES D. GARVEY, JR.
ROBERT R. FORD

WILLIAM R. SEAY, JR.
KATIE M. CUSIMANO
DAVID S. ESTES *
CHARLES F. WARTELLE
DAVID C. BACH ◊
BRAD D. FERRAND
DANIEL M. REDMANN
DANIEL R. HYNES
LAUREN E. BRISBI
JUSTIN E. ALSTERBERG
SHAILENDRA U. KULKARNI

*PROFESSIONAL CORP.
ALSO ADMITTED IN:
♥ ALABAMA
◊ IOWA
▽ MARYLAND
† MISSISSIPPI
* ONLY IN MISSISSIPPI
± TEXAS
ʌ WASHINGTON, D.C.

September 23, 2008

## *ALL VIA HAND-DELIVERY*

Gregory P. DiLeo
Jennifer B. Eagan
300 Lafayette Street – Suite 101
New Orleans, Louisiana 70130

Jeffrey Berniard
**Berniard Law Firm**
625 Baronne Street
New Orleans, Louisiana 70113

Madro Bandaries
**Madro Bandaries, PLC**
P. O. Box 56458
New Orleans, Louisiana 70113

R. Ray Orrill, Jr.
1010 Common Street – 31st Floor
New Orleans, LA 70112

Re: *Adrian P. Chalona vs. LA Citizens Property Ins. Corp.*
*34th JDC No. 107-125, Division A*
*Our File No. 2381-63984*

And

*Toni Swain Orrill, et. al. vs. LA Citizens Fair Plan, et. al.*
*CDC No. 05-11720, Division L-6*
*Our File No. 2381-63985*

Counselors
September 23, 2008
Page 2

Dear Counselors:

Please be advised that we have conveyed and discussed your last settlement proposal to our clients, and they have agreed to accept same. Again, we are eager to effectuate the terms and provisions of this settlement, as it will result in not only an amicable resolution of these claims, but a settlement that is fair and favorable to all involved.

To that extent, this correspondence will confirm that we have agreed to settle the above referenced matters as follows:

1. Louisiana Citizens agrees to fund the settlement in a maximum amount of Thirty-Five Million and No/100 ($35,000,000.00) Dollars. Of that amount, Five Million and No/100 ($5,000,000.00) Dollars will be allocated as "attorney's fees."

2. The Opt-In Plaintiffs will receive One Thousand and No/100 ($1,000.00) Dollars each as long as the number of Opt-In Plaintiffs does not exceed 30,000. If the number of Opt-In Plaintiffs exceeds 30,000, then the amount that each Opt-In Plaintiff shall receive will be distributed on a pro rata basis of Thirty Million and No/100 ($30,000,000.00) Dollars.

3. If the number of Opt-In Plaintiffs is less than 30,000 and, thus, the total amount of settlement funds that are disbursed to the Opt-In Plaintiffs is less than $30,000,000.00, then the remaining funds will be returned to Louisiana Citizens.

4. In consideration of the above, the Chalona and Orrill class members will execute a complete Release in favor of Louisiana Citizens, relative to any and all other claims of bad faith (pursuant to La. Rev. Stats. 22:658, 22:1220 and/or any other provisions of the law) which they have or may assert, and emanating out of the occurrence of Hurricanes Katrina and/or Rita, which Release specifically includes, but is not limited to, the claims which are being asserted in the *Oubre* matter.

5. Louisiana Citizens agrees to pay the costs incurred by the class attorneys in an amount up to Two Hundred Thousand Dollars ($200,000.00). The costs incurred shall include those incurred both in advance of and after the signing of the settlement agreement; the costs paid must be those actually incurred and provable by receipt or comparable document.

To that extent, the Chalona and Orrill class members and attorneys will also, by the aforesaid Release, provide complete indemnification to Louisiana Citizens (both possible payments to *Oubre* plaintiffs and attorney's fees) for payments made as a result of a final judgment in Oubre, should the *Oubre* matter not be dismissed, with prejudice, as a result of the settlement of these claims. However, the limits of indemnification

JTC Library:2381-63984\JRP-002486

Counselors
September 23, 2008
Page 3

will be up to the attorneys fees awarded by the Court, and should the Court award attorneys fees in an amount less than Five Million Dollars ($5,000,000.00). Further, the class attorneys will not pay for the costs of defending the Oubre class, and will have no duty to defend Citizens, although the class attorneys will retain the right to assist in same, should they elect to do so.

If the above conforms with your understanding of the terms of settlement, please sign below where indicated.

With kind regards, we remain

Very truly yours,

Jack Culotta

JOHN E. UNSWORTH, JR.
JOHN T. CULOTTA
DARREN A. PATIN

**ACCEPTED:**

_____
GREGORY P. DI LEO

_____
JEFFREY BERNIARD

_____
MADRO BANDARIES

_____
R. RAY ORRILL, JR.
BY: __MADRO BANDARIE__

JTC Library:2381-63984\JRP-002486