**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **C.A. NO. 05-4182; "K" (2)** **JUDGE: DUVAL** **MAG.: WILKINSON** |
| **PERTAINS TO: INSURANCE (Fefie, No. 07-1910)** | * * | |

**ORDER**

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of ______________________, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA