MINUTE ENTRY
BARBIER, J.
MAY 18, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL | CIVIL ACTION |
| VERSUS | NO: 07-5528 |
| B&B FIRE & SAFETY SERVICES, INC. | SECTION: J(2) |

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE<br>*Chehardy,* 06-1672<br>*Chehardy*, 06-1673<br>*Chehardy*, 06-1674 | NO: 05-4182<br><br>SECTION: K(2) |

This afternoon the Court held a telephone conference regarding Louisiana Citizens Property Insurance Company's ("LCPIC") **Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Motion for Permanent Injunction (Rec. Doc. 28)**, with the following counsel in attendance: Emile Rolfs, representing LCPIC; Steven Herman and Fred Herman, representing the members of the *Oubre* class, currently pending before the 24th

Judicial District Court, Jefferson Parish, Louisiana ("24th JDC"); Brian McMinn, representing the State of Louisiana; Seth Schmeeckle, participating in his capacity as Defendants' Liaison Counsel in <u>In Re Katrina Canal Breaches Litigation</u>, Civil Action No. 05-4182; Joseph Bruno and Calvin Fayard participating in their capacity as Plaintiff's Liaison Counsel in <u>In Re Katrina Canal Breaches Litigation</u>, Civil Action No. 05-4182.  The conference was held on the record and transcribed by the Court's court reporter Cathy Pepper.

During the conference, the Court ordered as follows:

(1) LCPIC's motion, insofar as it seeks a temporary restraining order enjoining the *Oubre* plaintiffs from seeking to enforce the November 19, 2008 Preliminary Injunction Order issued by the 24th JDC in Suit No. 625-567, is hereby **DENIED**.  LCPIC's motion, insofar as it seeks preliminary and permanent injunctive relief, remains set for hearing on **May 27, 2009 at 9:30 a.m.**

(2) The **Ex Parte Motion to Dismiss, Stay or Sever Louisiana Citizens Motion for Temporary Restraining Order (Rec. Doc. 30)** and **Ex Parte Motion to Appoint Counsel for Plaintiffs with Respect to Oubre Class Claims (Rec. Doc. 32)** filed by counsel for the *Oubre* class members

2

>are hereby **SET FOR HEARING** on **May 27, 2009 at 9:30 a.m.**, in conjunction with the hearing on LCPIC's motion for preliminary and permanent injunction. Any opposition and/or supplemental briefing on the pending motions shall be filed by **Friday May 22, 2009 at 5:00 p.m**.
>
>(3) All counsel are hereby ordered to inform the Court and opposing counsel by **Friday May 22, 2009 at 5:00 p.m.** as to whether any evidence or witness testimony will be required at the hearing on the pending motions.

                 * * * * * * * * * * * * * * *

JS-10: 54 mins.