UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § | CIVIL ACTION |
| | § | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | § § § | JUDGE DUVAL |
| Civil Action Nos. 06-1672, 06-1673, 06-1674 | § § § | MAG. WILKINSON |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes, Cynthia Poree, a putative class action plaintiff in the lawsuit styled *Katrina Canal Breaches Consolidated Litigation;* Civil Action No 05-4182, Section "K" 2 (pertains to: Insurance, including but not limited to Civ. Action Nos. 06-1672, 06-1673, 06-1674, 06-05164, and 06-4746), and upon representation to the Court that she has reached a confidential settlement with defendant, Aegis Security Insurance Company, and has resolved all claims against Aegis, moves for a dismissal with prejudice of her claims against Aegis, each party to bear their own costs.

The LAW OFFICES OF JOSEPH BRUNO, APLC

_____
SCOTT JOANEN (Bar No. 21431)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

ATTORNEY FOR CYNTHIA POREE

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of May, 2009 signed the foregoing motion and delivered same to defendant at the following address:

Amy Malish
400 Poydras Street, Ste 2500
New Orleans, Louisiana 70130

_____

2