UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br>Civil Action Nos.<br>06-1672, 06-1673, 06-1674 | | |

## ORDER

Considering the foregoing motion to dismiss filed by Cynthia Poree, it is hereby

ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss be and it is hereby granted. It is further,

ORDERED, ADJUDGED AND DECREED that the claims asserted by Cynthia Poree against Aegis Security Insurance Company, be and are hereby DISMISSED, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE