## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE                          SECTION "K"(2)
        Robertson v. State Farm, 07-2052

### ORDER OF DISMISSAL

The Court having been advised that all of the parties to this action have firmly agreed

upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs and without

prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the action or

seek summary judgment enforcing the compromise if settlement is not consummated within a

reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE
BEEN SUBPOENAED, EVERY WITNESS MUST BE
NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this ____21st____ day of May, 2009.

_____
        **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**