# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182**<br>**SECTION "K" (2)** |

*severed from Abadie*, 06-5164

| | |
|---|---|
| **LINDA CALLAIS,**<br>          **Plaintiff** | **CIVIL ACTION**<br>**No. 07-2642**<br>**SECTION "K" (2)** |

**VS.**

**STATE FARM FIRE AND CASUALTY**
**COMPANY,**
          **Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Linda Callais, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 21st day of ____May____, 2009.

_____

USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2