UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K"(2)

FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

PERTAINS TO: LEVEE

## **ORDER**

Considering defendant Sewerage and Water Board of New Orleans' Unopposed Motion to Continue Trial and Deadlines in Levee:

IT IS ORDERED that trial scheduled on July 13, 2009, and the deadlines contained in Case Management and Scheduling Order No. 7, as they pertain to the Levee litigation only, be and the same are hereby continued subject to a decision concerning certification on the Limited Fund Class Action proposed settlement.

New Orleans, Louisiana, this  21st day of _____May_____, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

1