UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  *Robinson* (06-2268) | SECTION "K"(2) |

## ORDER

After further reflection, the Court sees the need to augment its May 14, 2009 Minute Entry (Doc. No. 18842) concerning issues to be briefed as follows:

**IT IS ORDERED** that the parties shall brief and point to the record concerning the effect of the widening of the MRGO and the erosion of the wetlands as it relates to the front side wave attack theory of the plaintiffs. The Court is specifically interested in comparing Vrijling Scenario 3 to Vrijling Scenario 1. In other words, did the widening of the MRGO and the erosion of the wetlands cause the Reach 2 levees to fail from front side wave attack or would the same result have occurred with the MRGO as authorized with no wetland erosion. This same question should also be addressed with respect to lateral displacement.

New Orleans, Louisiana, this 21st day of May, 2009.

*[signature]*

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE