```
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2   ********************************************************************
     NORMAN ROBINSON, ET AL
 3
                                         DOCKET NO. 06-CV-2268
 4   V.                                  NEW ORLEANS, LOUISIANA
                                         MONDAY, APRIL 20, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   ********************************************************************
                     TRANSCRIPT OF TRIAL PROCEEDINGS
 7         HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
 8                   VOLUME I - MORNING SESSION

 9   APPEARANCES:

10
     FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
11                               BY:  PIERCE O'DONNELL, ESQ.
                                 550 SOUTH HOPE STREET
12                               SUITE 1000
                                 LOS ANGELES, CA 90071-2627
13

14                               LAW OFFICE OF JOSEPH M. BRUNO
                                 BY:   JOSEPH M. BRUNO, ESQ.
15                               855 BARONNE ST.
                                 NEW ORLEANS, LA 70113
16

17                               THE ANDRY LAW FIRM
                                 BY:   JONATHAN B. ANDRY, ESQ.
18                                     KEA SHERMAN, ESQ.
                                 610 BARONNE ST.
19                               NEW ORLEANS, LA 70113

20
                                 BARON & BUDD
21                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
22                               DALLAS, TX 75219

23
                                 DOMENGEAUX, WRIGHT, ROY & EDWARDS
24                               BY:  JAMES P. ROY, ESQ.
                                 P. O. BOX 3668
25                               556 JEFFERSON ST.
                                 LAFAYETTE, LA 70502-3668
```

```
 1                              THE DUDENHEFER LAW FIRM, LLC
                               BY:  FRANK C. DUDENHEFER, JR., ESQ.
 2                             601 POYDRAS ST., SUITE 2655
                               NEW ORLEANS, LA 70130-6004
 3

 4                             DUMAS & ASSOCIATES LAW FIRM
                               BY:  WALTER C. DUMAS, ESQ.
 5                             LAWYER'S COMPLEX
                               1261 GOVERNMENT STREET
 6                             P.O. BOX 1366
                               BATON ROUGE, LA 70821-1366
 7

 8                             FAYARD & HONEYCUTT
                               BY:  CALVIN C. FAYARD, JR., ESQ.
 9                             519 FLORIDA AVENUE, S.W.
                               DENHAM SPRINGS, LA 70726
10

11                             MICHAEL C. PALMINTIER, A PLC
                               BY:  MICHAEL C. PALMINTIER, ESQ.
12                                  JOSHUA M. PALMINTIER, ESQ.
                               618 MAIN STREET
13                             BATON ROUGE, LA 70801-1910

14                             LAW OFFICE OF ELWOOD C. STEVENS, JR.
15                             BY:  ELWOOD C. STEVENS, JR., ESQ.
                               1205 VICTOR II BLVD.
16                             P. O. BOX 2626
                               MORGAN CITY, LA 70381
17

18
     FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
19                             BY:  ELISA T. GILBERT, ESQ.
                                    BRENDAN R. O'BRIEN, ESQ.
20                             325 EAST 57TH ST.
                               NEW YORK, NY 10022
21

22
     ALSO PRESENT:             MRGO LITIGATION OFFICE
23                             BY:  J. ROBERT WARREN, II, ESQ.
                                    ASHLEY E. PHILEN, ESQ.
24                             600 CARONDELET STREET, SUITE 604
                               NEW ORLEANS, LA 70130
25
```

FINAL DAILY COPY

```
 1   FOR THE DEFENDANT:              U. S. DEPARTMENT OF JUSTICE
                                    TORTS BRANCH
 2                                  BY:  DANIEL MICHAEL BAEZA, JR.
                                         JEFFREY PAUL EHRLICH, ESQ.
 3                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
                                         MICHELE S. GREIF, ESQ.
 4                                       CONOR KELLS, ESQ.
                                         PAUL MARC LEVINE, ESQ.
 5                                       JAMES F. MCCONNON, JR., ESQ.
                                         KARA K. MILLER, ESQ.
 6                                       RUPERT MITSCH, ESQ.
                                         PETER G. MYER, ESQ.
 7                                       ROBIN D. SMITH, ESQ.
                                         SARAH K. SOJA, ESQ.
 8                                       RICHARD R. STONE, SR., ESQ.
                                         JOHN WOODCOCK, ESQ.
 9                                  P. O. BOX 888
                                    BENJAMIN FRANKLIN STATION
10                                  WASHINGTON, DC 20044

11

12
     OFFICIAL COURT REPORTER:       KAREN A. IBOS, CCR, RPR, CRR
13                                  500 POYDRAS STREET, ROOM HB-406
                                    NEW ORLEANS, LOUISIANA 70130
14                                  (504) 589-7776

15
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
16   PRODUCED BY COMPUTER.

17                         * * * * * *

18

19                           I N D E X

20

21
     WITNESSES FOR THE PLAINTIFFS:                    PAGE/LINE:
22

23   SHERWOOD GAGLIANO

24
       DIRECT EXAMINATION BY MR. O'DONNELL              18/5
25
```

FINAL DAILY COPY

P R O C E E D I N G S

(MONDAY, APRIL 20, 2009)

(MORNING SESSION)

09:01:36   5      THE DEPUTY CLERK:  THIS IS CIVIL ACTION 05-4128

09:01:39   6  SECTION K, IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION.

09:01:44   7  THIS CASE PERTAINS TO THE MRGO ROBINSON, AND THAT CIVIL ACTION

09:01:48   8  REFERENCE NUMBER IS 06-2268.

09:01:51   9      THE COURT:  GOOD MORNING TO ALL OF YOU AS WE COMMENCE

09:01:54  10  THIS RATHER LONG TRIAL.

09:01:57  11      I WAS A LITTLE STARTLED WHEN I CAME IN AND SAW THE JURY

09:02:00  12  BOX FULL.  I THOUGHT MAYBE MY RESPONSIBILITY ON ME HAD SOMEHOW BEEN

09:02:05  13  MIRACULOUSLY RELIEVED, BUT THAT WAS ONLY AN ILLUSION.

09:02:12  14      LET ME MAKE A FEW COMMENTS BEFORE WE START.  THIS CASE

09:02:18  15  INVOLVES SIX PLAINTIFFS, AND IT'S A COMPLEX CASE.  THAT'S WHY IT'S

09:02:26  16  LASTING SO LONG.

09:02:29  17      IT'S THE FIRST REAL TRIAL REFERENCE KATRINA AND THE

09:02:37  18  GOVERNMENT AND IT'S A SIGNIFICANT ONE.  IT WILL BE USED AS A GUIDE

09:02:47  19  FOR THE LITIGANTS AND SHOULD ULTIMATELY GO TO THE COURT OF APPEAL

09:02:51  20  FOR THE CLASS ACTION FILED REFERENCE THE MRGO, WHICH INVOLVES TENS

09:03:01  21  OF THOUSANDS, IF NOT HUNDREDS OF THOUSANDS OF PEOPLE.

09:03:04  22      SO IT'S A SIGNIFICANT CASE AS CAN BE SEEN FROM THE VOLUME

09:03:09  23  OF EXHIBITS WHICH ARE -- THE WORD VOLUMINOUS DOESN'T QUITE DO IT.

09:03:18  24  THERE ARE MANY, MANY, MANY EXHIBITS.  AND TO GET TO THESE EXHIBITS,

09:03:23  25  THE ATTORNEYS HAD TO CULL THROUGH LITERALLY MILLIONS OF POTENTIAL

1   EXHIBITS.

2           THE COURT ACKNOWLEDGES HOW DILIGENTLY ALL OF THESE

3   ATTORNEYS HAVE WORKED, HOW MUCH PRESSURE IS INVOLVED, TIME, EFFORT

4   AND YOUR OWN -- TO SOME EXTENT, YOUR OWN FISK ON THE PLAINTIFFS'

5   SIDE.  BUT A SIGNIFICANT BURDEN ON THE GOVERNMENT AS WELL.  THE

6   COURT UNDERSTANDS THAT.

7           I HAVE -- THE DEPOSITIONS IN THIS CASE THAT ARE GOING TO

8   BE INTRODUCED IN LIEU OF LIVE TESTIMONY WERE PROVIDED TO THE COURT

9   LATE, LATER THAN IN THE NORMAL PROCESS.  THIS WAS DUE IN LARGE PART

10  TO THE VOLUME OF WORK THAT WAS CONFRONTING THE ATTORNEYS TO GET

11  PREPARED FOR THIS TRIAL.  THEREFORE, THE DEPOSITION SUBMISSIONS

12  WERE COMING IN IN A ROLLING FASHION.

13          I HAVE RULED -- EXCUSE ME.  I HAVE READ ALL OF THE

14  DEPOSITIONS, EVERY WORD -- NOT THAT I'VE UNDERSTOOD ALL OF IT, BUT

15  I'VE READ IT AND DICTATED A SYNOPSIS FOR EACH ONE FOR MY USE.

16          I AM GOING TO READ INTO THE RECORD A LIST OF ALL OF THE

17  DEPONENTS WHO ARE -- WHO, IT'S MY UNDERSTANDING, WILL BE OFFERED IN

18  LIEU OF LIVE TESTIMONY.  THIS IS NOT AN INTRODUCTION, THIS IS JUST

19  ME READING THESE FOR THE RECORD.

20          I'VE READ THE DEPOSITION OF JACK HEUERKAMP, WHICH WAS

21  TAKEN 7/27/2007.  I READ THREE DEPOSITIONS OF GREGORY MILLER, TAKEN

22  10/2/2008, 10/10/2008, AND 10/14/2008 -- EXCUSE ME, FOUR

23  DEPOSITIONS OF GREGORY MILLER.  THERE IS ANOTHER ONE, 10/15/2008.

24  MR. MILLER HAD THE PLEASURE OF BEING DEPOSED FOUR DAYS.

25          I'VE READ THE DEPOSITIONS, THE THREE DEPOSITIONS OF JOHN

09:05:48 1   SAIA, S-A-I-A, 9/30/2008, 10/1/2008, 10/2/2008.  I'VE READ TWO

09:05:57 2   DEPOSITIONS BY WALTER BAUMY.  I ONLY HAVE ONE LISTED HERE BUT I

09:06:04 3   RECALL READING TWO.  I READ ONE ON 11/14/2007.  AND I MAY HAVE READ

09:06:11 4   DIFFERENT DESIGNATIONS.  MAY HAVE BEEN THE SAME DEPOSITION BUT

09:06:14 5   DIFFERENT DESIGNATIONS PROVIDED TO ME LATER.

09:06:17 6         I'VE READ THE DEPOSITION OF ELVIN R. HEIBERG,

09:06:21 7   H-E-I-B-E-R-G, WHICH WAS TAKEN 4/29/2008.  DR. REED MOSHER,

09:06:29 8   M-O-S-H-E-R, TAKEN 11/25/2008.  NANCY POWELL, I THINK I READ THREE

09:06:40 9   OF HERS; 10/3/2008, 10/16/2008, AND 11/14/2007.  RICHARD BROUSSARD,

09:06:53 10  I THINK I READ TWO OF HIS AS WELL, 10/15/2008 AND 3/31/2008.

09:07:04 11  THOMAS PODANY, 10/8/2008 AND 10/9/2008.  GATIEN LIVAUDAIS, JR.,

09:07:18 12  4/7/2008.  ZOLTAN MONTVAI, 10/7/2008.  GIB OWEN, 10/16/2008.

09:07:30 13  PATRICK PENLAND, WHO IS DECEASED, 11/20/2007.  ALFRED NAOMI,

09:07:38 14  11/14/2007.  KEITH O'CAIN, 11/14/2007.  THOSE ARE THE DEPOSITIONS

09:07:44 15  THAT I HAVE READ.

09:07:55 16        I HAVE ALSO -- WHEN I SAY I HAVE REVIEWED ALL OF THE

09:07:56 17  EXPERT REPORTS, DOESN'T MEAN I HAVE READ EVERY WORD OF THEM.  I

09:08:00 18  HAVE REVIEWED THEM BEST AS POSSIBLE.  SOME WERE THOUSANDS OF PAGES

09:08:04 19  LONG.  SO I DON'T WANT -- I HAVE REVIEWED THEM AND DID THE BEST I

09:08:12 20  COULD TO SYNOPSIZE THOSE REPORTS.  I MUST SAY, SOME OF THEM ARE

09:08:17 21  QUITE TECHNICAL AND TO THE EXTENT I WAS ABLE TO SYNOPSIZE THEM, I

09:08:23 22  DID.

09:08:23 23        THE EXPERT REPORTS THAT I HAVE READ FROM PLAINTIFF ARE

09:08:28 24  DR. PAUL KEMP, BRIAN R. JARVINEN, AND THEN THE DAMAGES BY JOHN

09:08:36 25  CRAWFORD, CHAD MORRIS, SCOTT TAYLOR ADJUSTING SERVICES, DUNCAN

09:08:43  1    FITZGERALD, DR. ROBERT BEA.  FOR DEFENDANTS, I'VE READ STEVEN

09:08:51  2    DELOACH, JOANNES WESTERINK, JOHN BARRAS, LOUIS BRITSCH, BRUCE

09:08:56  3    EBERSOLE, STEVEN FITZGERALD, DR. DONALD RESIO, THOMAS WOLFF, REED

09:09:07  4    MOSHER.

09:09:08  5             MR. BRUNO:  YOUR HONOR, I BELIEVE MR. JARVINEN IS A

09:09:16  6    DEFENSE EXPERT.

09:09:19  7             THE COURT:  ALL RIGHT.  WE WILL GET THAT IN THE RIGHT

09:09:20  8    COLUMN.

09:09:20  9             AND THOSE ARE ALL THE EXPERT REPORTS I READ.  I GET THIS

09:09:21 10    ON THE RECORD TO MAKE SURE I DON'T MISS ANYTHING.

09:09:21 11             MR. BRUNO:  YES, YOUR HONOR, AND WE ALSO SUBMITTED JOHN

09:09:24 12    DAY.

09:09:26 13             THE COURT:  UNLESS HE WAS -- WAS THAT A STANDALONE

09:09:30 14    REPORT?

09:09:33 15             MR. BRUNO:  YES, IT WAS SUBMITTED, RIGHT?  YES, YOUR

09:09:39 16    HONOR.

09:09:39 17             THE COURT:  THAT'S WHY I READ THESE THINGS.  WE WILL LOOK

09:09:42 18    AND SEE IF SOMEHOW I MISSED THAT BECAUSE IT'S NOT LISTED ON HERE.

09:10:02 19             BACK TO THE DEPOSITIONS, BECAUSE OF THE LATE SUBMISSION,

09:10:05 20    THE COURT NOTED THAT THERE WERE A NUMBER OF OBJECTIONS MADE DURING

09:10:11 21    THE DEPOSITIONS.  TRADITIONALLY THERE IS A MOTION IN LIMINE FILED

09:10:17 22    AT A SPECIFIC TIME IF ONE WISHES TO PERPETUATE THOSE OBJECTIONS,

09:10:23 23    THEN THE COURT RULES ON THOSE OBJECTIONS PRIOR TO TRIAL.

09:10:28 24             BECAUSE OF TIME CONSTRAINTS, SUCH A MOTION WAS NOT FILED

09:10:32 25    AND THE COURT ALLOWED THAT.  AND THIS IS VIS-A-VIS THE GOVERNMENT,

09:10:39  1    AND THE GOVERNMENT MAY OBJECT TO EXHIBITS AS THEY'RE INTRODUCED

09:10:44  2    WITH THE UNDERSTANDING THAT THE COURT WILL NOT ALLOW THAT TO BE

09:10:47  3    ABUSED.  IN OTHER WORDS, SINCE YOU'VE BEEN GIVEN A PASS, BE

09:10:55  4    CIRCUMSPECT IN YOUR OBJECTIONS.  THE PLAINTIFFS DID FILE

09:10:58  5    OBJECTIONS, OVER 1,000 OF THEM, WHICH THE COURT HAS RULED UPON AS

09:11:01  6    TO THE EXHIBITS.

09:11:07  7         OKAY.  AS I SAID IN THE CONFERENCE WE HAD EARLIER THIS

09:11:19  8    MORNING, REDUNDANCY IS HIGHLY DISCOURAGED IN THIS BENCH TRIAL.  THE

09:11:26  9    COURT WILL -- OBVIOUSLY THERE IS GOING TO BE SOME REDUNDANCY, BUT

09:11:31 10    THE COURT IS NOT GOING TO ALLOW -- THIS IS REDUNDANT ITSELF --

09:11:39 11    EXCESSIVE REDUNDANCY.

09:11:46 12         AND PLEASE DON'T SPEND TOO MUCH TIME IN THE PERIPHERY.

09:11:47 13    YOU ALL KNOW WHAT THIS CASE IS ABOUT, AND THE COURT DOESN'T WANT TO

09:11:48 14    SPEND A LOT OF TIME IN AREAS WHICH REALLY WON'T MAKE ANY DIFFERENCE

09:11:53 15    AS TO HOW I DECIDE THE CASE.

09:11:58 16         ON PROCEDURES WITH TESTIMONY, BEFORE EACH WITNESS

09:12:02 17    TESTIFIES, THE QUESTIONING ATTORNEY SHOULD GIVE A BRIEF DESCRIPTION

09:12:05 18    OF THE SCOPE OF THE TESTIMONY AND APPRISE THE COURT AS TO WHAT

09:12:09 19    CATEGORY OR SUBCATEGORY THE WITNESS IS COVERING.  AND I AM GOING TO

09:12:13 20    DISCUSS THE CATEGORIES SHORTLY.  IF THE WITNESS IS TESTIFYING AS TO

09:12:17 21    MULTIPLE CATEGORIES AND SUBCATEGORIES, THE COURT WOULD APPRECIATE

09:12:21 22    IT IF THE ATTORNEY WOULD PROVIDE A SEGUE DURING THE EXAMINATION FOR

09:12:26 23    EACH CATEGORY.

09:12:28 24         IF YOU GET OFF OF ONE CATEGORY TO THE NEXT, HIGHLIGHT,

09:12:31 25    JUDGE, WE'RE ABOUT TO GO INTO SO AND SO.  THAT WILL NOT ONLY HELP

09:12:35 1   THIS COURT, BUT WILL HELP THE COURT OF APPEAL IN REVIEWING THIS

09:12:38 2   VAST RECORD.

09:12:43 3          OF COURSE, WE'RE GOING TO HAVE THE FOLLOWING TRADITIONAL

09:12:45 4   CATEGORIES.  WE'RE GOING TO HAVE THE ISSUE OF NEGLIGENCE.  THIS IS

09:12:56 5   A CASE UNDER THE FEDERAL TORT CLAIMS ACT ALLEGING NEGLIGENCE.  THE

09:12:58 6   ARMY CORPS OF ENGINEERS AND THE UNITED STATES IS A DEFENDANT.  SO

09:13:00 7   THE ISSUE OF NEGLIGENCE IS PROSECUTED BY THE PLAINTIFF AND DEFENDED

09:13:06 8   BY THE DEFENDANT.

09:13:06 9          THERE IS THE ISSUE OF CAUSATION.  DID THE MRGO CAUSE

09:13:14 10  DAMAGE SEPARATE AND APART FROM 702C PROTECTED LANDS, AND IF SO,

09:13:22 11  WHAT.  AND THE DEFENDANT DEFENDS THAT.

09:13:27 12         AND THEN DAMAGES -- AND I MIGHT POINT OUT -- WELL, LET ME

09:13:32 13  GIVE YOU AN EXAMPLE OF SOME OF THE -- THIS IS ILLUSTRATIVE -- SOME

09:13:38 14  OF THE CATEGORIES OR SUBCATEGORIES OF NEGLIGENCE.  THESE ARE JUST

09:13:42 15  THINGS THAT OCCUR TO THE COURT AND ARE NOT NECESSARILY IN ORDER OF

09:13:47 16  IMPORTANCE.  THE COURT HAS RULED IN ANOTHER CASE, ALL OF YOU ARE

09:13:53 17  FAMILIAR WITH, THAT THE GOVERNMENT IS IMMUNE FOR NEGLIGENCE

09:13:56 18  RELATING TO A FLOOD CONTROL PROJECT UNDER 702C OF THE FLOOD CONTROL

09:14:00 19  ACT OF 1928.  THAT WAS THE OUTFALL CANAL -- THE CASES INVOLVING THE

09:14:08 20  OUTFALL CANALS.

09:14:08 21         THE ATTORNEYS SHOULD BE PREPARED TO EXPLAIN WHY SUCH

09:14:11 22  EVIDENCE, THAT IS, RELATING TO THE NATURE OF THE LEVEES IS RELEVANT

09:14:15 23  OR IRRELEVANT.  THERE IS THE ELEMENT OF KNOWLEDGE; WHAT DID THE

09:14:20 24  CORPS KNOW, WHEN DID IT KNOW IT, WHEN DID THE CORPS KNOW OR SHOULD

09:14:26 25  HAVE KNOWN, AND WHEN SHOULD IT HAVE KNOWN AS TO THE ELEMENTS THAT

09:14:30  1    COMPRISE THE NEGLIGENCE CLAIM HERE.

09:14:33  2              WE GET INTO THE AUTHORIZATION PROCESS REQUIRED FOR

09:14:38  3    ACTION.  I KNOW SOME WITNESSES -- THE DEPOSITIONS I'VE READ, THAT

09:14:44  4    WAS COVERED AD NAUSEAM.  I'M SURE WE WILL HAVE SOME MORE.

09:14:52  5              AND THEN ACTION OR INACTION CONCERNING KNOWLEDGE.  WHAT

09:14:55  6    ACTIONS WERE TAKEN WHEN THE KNOWLEDGE WAS KNOWN OR SHOULD HAVE

09:14:57  7    KNOWN OR WHAT -- IF NOT, WHY WEREN'T THEY TAKEN.

09:15:03  8              AND I'D LIKE TO SEPARATE WHEN WE TALK ABOUT NEGLIGENCE,

09:15:08  9    NEGLIGENCE THAT RELATES TO TECHNICAL AND ENGINEERING ERRORS AS

09:15:12 10    OPPOSED TO OTHER ACTS OF OMISSIONS.

09:15:17 11              AND OF COURSE, THE TIME OF THIS KNOWLEDGE IS VERY

09:15:19 12    IMPORTANT AND THE TIME IT WOULD HAVE TAKEN TO REMEDIATE ANY PROBLEM

09:15:23 13    GAINED FROM THAT KNOWLEDGE, THOSE ARE SIGNIFICANT.

09:15:27 14              WE ALSO HAVE -- THERE IS ANOTHER SUBCATEGORY UNDER

09:15:32 15    NEGLIGENCE, THE DEFENSE OF DISCRETIONARY FUNCTION EXCEPTION.  AS

09:15:36 16    THE LITIGANTS KNOW, WE'VE HAD MOTIONS ON THIS ISSUE, WHICH I HAVE

09:15:40 17    DENIED ALL OF THEM STATING THAT THERE ARE QUESTIONS OF FACT IN A

09:15:44 18    RATHER LENGTHY OPINION.

09:15:46 19              BUT AS AN EXAMPLE, THERE IS THE MANDATE ISSUE.  SO

09:15:50 20    THERE'S GOING TO BE EVIDENCE RELATIVE TO NEPA AND THERE IS IN THE

09:15:54 21    DEPOSITION CUTS THAT I'VE READ ALREADY.  BUT THE TESTIMONY BEFORE

09:15:59 22    ME SHOULD RELATE TO SPECIFICALLY NEPA VIOLATIONS AND WHETHER THE

09:16:04 23    ACTION WAS DISCRETIONARY OR NOT.

09:16:08 24              AS TO OTHER ALLEGED ACTS OF NEGLIGENCE EITHER BY OMISSION

09:16:14 25    OR COMMISSION, WHETHER OR NOT THE ACTS OF OMISSION WERE BASED ON

09:16:16  1   POLICY OR NOT.  THESE ARE THE ISSUES.  AS YOU KNOW, THE CORPS HAS A

09:16:21  2   DEFENSE.  THEY HAVE THE DUE CARE EXCEPTION, AND THEY HAVE -- THEN

09:16:27  3   THEY HAVE THE DISCRETIONARY FUNCTION EXCEPTION, WHICH YOU EITHER

09:16:32  4   HAVE TO SHOW A MANDATE WAS VIOLATED OR THAT THE DECISION WAS NOT

09:16:35  5   ROOTED IN POLICY.  SO THOSE ARE THE ISSUES.

09:16:39  6        THEN WE HAVE THE CAUSATION SUBCATEGORIES.  REMEMBER, THIS

09:16:44  7   IS NOT ILLUSTRATIVE, IT'S JUST TO KIND OF SET THE TONE.  THE

09:16:49  8   ATTORNEY SHOULD STATE WHETHER THEIR WITNESS'S TESTIMONY APPLIES TO

09:16:53  9   ALL OR SOME OF THE POLDERS OR SUBPOLDERS INVOLVED.  POLDERS ARE

09:16:58 10   BASINS.  I THINK FROM WHAT I'VE READ IN A DEPOSITION, A POLDER IS A

09:17:05 11   DUTCH TERM AND BASIN IS THE EQUIVALENT TERM HERE.  I DON'T KNOW IF

09:17:10 12   THAT'S ACCURATE.  THAT'S JUST ALL I KNOW IS WHAT I'VE READ IN THE

09:17:14 13   DEPOSITIONS.

09:17:14 14        MR. BRUNO:  EXACTLY, JUDGE.

09:17:16 15        THE COURT:  AND THEN IF THE WITNESS IS GOING TO TESTIFY

09:17:22 16   AS TO THE MECHANISM OF FAILURE, I.E., WHAT CAUSED THE BREACH, WHAT

09:17:27 17   CAUSED OVERTOPPING, SUCH AS SALINITY, WAVE ACTION, SUBSIDENCE

09:17:32 18   ALLEGEDLY CAUSED BY THE MRGO, THE SQUEEZING, THE WIDENING OF THE

09:17:35 19   CANAL, DREDGING OR ANY OTHER FACTOR, JUST HIGHLIGHT THAT IN

09:17:41 20   GENERAL.

09:17:44 21        OKAY.  JUST AS A LITTLE NOTE -- AND I VERY POSSIBLY COULD

09:17:52 22   HAVE MISSED THIS BECAUSE THERE'S A LOT OF READING I'VE HAD TO DO IN

09:17:53 23   THE LAST WEEK.  THE COURT HAS REVIEWED, AS I SAID, THE EXPERT

09:17:57 24   REPORTS.  AND I AM INTERESTED IN TESTIMONY OF HOW MUCH WATER DID

09:18:00 25   THE PLAINTIFFS ALLEGE WOULD HAVE OCCURRED IN RELATION TO THE SIX

09:18:02  1    PLAINTIFFS, WITHOUT THE MRGO, WITHOUT THE ALLEGED DEFALCATIONS

09:18:08  2    ATTRIBUTABLE TO THE MRGO AND WHY.

09:18:11  3          THE COURT PRESENTS YOU THE SAME INFORMATION FROM

09:18:13  4    DEFENDANTS.  THIS WAS NOT MANIFESTLY EVIDENT BY THE REPORTS -- FROM

09:18:19  5    THE REPORTS WHICH THE COURT HAS REVIEWED AND, TO ME, IS A CRITICAL

09:18:23  6    PART OF THE CASE.

09:18:25  7          ON DAMAGES, IT'S THE SIMPLEST PART OF THE CASE.  I'LL

09:18:29  8    GIVE NO INSTRUCTIONS AT THIS POINT.

09:18:31  9          AS I'VE TOLD YOU EARLIER, BE INCISIVE, PLEASE DON'T ASK

09:18:36 10    COMPOUND QUESTIONS, KNOW WHAT YOU WANT TO ELICIT AND BE AS

09:18:41 11    LASER-LIKE AS POSSIBLE IN ELICITING THE INFORMATION.  THE WITNESS

09:18:44 12    MAY NOT ALWAYS BE COOPERATIVE, AND OF COURSE, IF A WITNESS IS TOO

09:18:49 13    INDIRECT OR EVASIVE, YOU WILL PRESS THE WITNESS, AND I WILL ALSO

09:18:57 14    ASK THE WITNESS TO PLEASE TRY TO ANSWER THE QUESTION IF HE OR SHE

09:19:01 15    KNOWS THE ANSWER TO THE QUESTION.

09:19:04 16          AND AS I TOLD YOU EARLIER, AS WELL, PLEASE ASK THE

09:19:07 17    EXPERTS TO SPEAK IN ENGLISH AS MUCH AS POSSIBLE, AND BY "ENGLISH" I

09:19:13 18    MEAN PLAIN ENGLISH.  A TRIAL COURT, OR THE COURT OF APPEAL FOR THAT

09:19:18 19    MATTER, DOESN'T LIKE TO HEAR EXPERTS TESTIFYING IN EQUATIONS AND

09:19:24 20    ZEROES AND ONES.  THEY HAVE TO TESTIFY USING LOGIC AND ELEGANTLY

09:19:34 21    SET FORTH THEIR OPINIONS AND WHY.

09:19:37 22          AND THEN WE'LL CERTAINLY GET INTO DETAIL IN THE SCIENCE

09:19:41 23    AND THE DATA ON BOTH DIRECT AND CROSS OR EARLY IN CROSS AND MAYBE

09:19:47 24    REDIRECT.  BUT THAT'S JUST AN ADMONITION TO YOU.

09:19:54 25          WITH THAT SOLILOQUY, THAT'S ALL I HAVE TO SAY.  AS I

09:19:59  1    UNDERSTAND IT, THE PLAINTIFFS HAVE PROVIDED ME -- YES, SIR,

09:20:01  2    MR. SMITH.

09:20:02  3            MR. SMITH:  YOUR HONOR, I THINK THERE MAY BE SOME

09:20:04  4    WITNESSES AND FACT WITNESSES IN THE ROOM, AND I THINK YOUR HONOR

09:20:06  5    WAS GOING TO ASK THEM TO BE EXCUSED.

09:20:08  6            THE COURT:  YES.  THERE HAS BEEN A MOTION FOR

09:20:12  7    SEQUESTRATION.  AND I THINK ALL PARTIES, MY UNDERSTANDING, WANT THE

09:20:16  8    SEQUESTRATION.

09:20:17  9            ARE THERE ANY FACT WITNESSES IN THE ROOM THAT YOU KNOW

09:20:23 10    OF?  I DON'T KNOW WHO HAS BEEN CALLED TO TESTIFY HERE.  NOT EXPERT

09:20:27 11    BUT FACT.  I AM GOING TO GIVE THE INSTRUCTION.  ANY FACT WITNESS IS

09:20:37 12    INSTRUCTED THAT YOU ARE NOT TO DISCUSS YOUR TESTIMONY WITH EACH

09:20:39 13    OTHER AND YOU ARE TO REMAIN OUTSIDE OF THE COURTROOM PRIOR TO

09:20:46 14    TESTIFYING IN THIS MATTER.  ONCE YOU HAVE TESTIFIED, HOWEVER, IT IS

09:20:46 15    PERMITTED FOR YOU TO REMAIN IN THE COURTROOM.

09:20:47 16            COUNSEL, IT IS YOUR DUTY TO INSTRUCT ANY WITNESS NOT

09:20:50 17    PRESENT OF THESE INSTRUCTIONS, TO INFORM THE COURT IMMEDIATELY IF

09:20:53 18    YOU BECOME AWARE THAT A WITNESS HAS ENTERED THE COURTROOM PRIOR TO

09:20:56 19    TESTIFYING.

09:20:59 20            AND I KNOW IT'S GOING TO BE A LOT GOING ON, BUT NO ONE

09:21:03 21    SEEMS TO BE HERE THAT IS A FACT WITNESS NOW, BUT I HAVE ISSUED THE

09:21:06 22    SEQUESTRATION ORDER.  PLEASE BE AWARE, ATTORNEYS, WE DON'T WANT THE

09:21:09 23    SEQUESTRATION ORDER VIOLATED.  AND IT IS SO ENTERED.

09:21:13 24            THE PARTIES HAVE GIVEN ME -- AND I REALLY THANK YOU FOR

09:21:17 25    THIS -- A WITNESS LINEUP FOR THE FIRST FEW DAYS, AND I APPRECIATE

09:21:21 1    THAT.

09:21:23 2            WITH THAT, MY PART IS DONE AND IS THE PLAINTIFF READY TO

09:21:28 3    PROCEED?

09:21:29 4            MR. O'DONNELL:  THE PLAINTIFF IS READY, YOUR HONOR.

09:21:36 5            YOUR HONOR, WE'VE GIVEN YOUR CLERK THE LIST OF EXHIBITS

09:21:38 6    I'M GOING TO MOVE IN SUBJECT TO -- I UNDERSTAND THE PROTOCOL WILL

09:21:41 7    BE LATER OBJECTION BY THE GOVERNMENT, YOUR HONOR.  WE'RE MOVING

09:21:44 8    PLAINTIFFS' EXHIBITS 1 THROUGH PLAINTIFFS' EXHIBIT 2,139, JOINT

09:21:52 9    EXHIBIT 1 THROUGH JOINT EXHIBIT 468.

09:21:57 10           THE COURT:  I AM GOING TO -- AS TO THE FIRST TENDER, I AM

09:21:59 11   GOING TO LET THEM BE FILED IN THE RECORD SUBJECT TO THE

09:22:03 12   GOVERNMENT'S RIGHT TO OBJECT, AS YOU HAVE ACKNOWLEDGED AND I HAVE

09:22:07 13   ACKNOWLEDGED.

09:22:08 14           AS TO THE JOINT EXHIBITS, I ASSUME THERE IS NO OBJECTION

09:22:11 15   TO THOSE.

09:22:12 16           MR. O'DONNELL:  I HOPE NOT.

09:22:13 17           THE COURT:  IS THAT CORRECT, MR. SMITH?

09:22:15 18           MR. SMITH:  YES, YOUR HONOR.

09:22:16 19           MR. O'DONNELL:  MAYBE A RARE UNANIMITY ON OUR PART BUT WE

09:22:19 20   ARE --

09:22:19 21           THE COURT:  I LIKE ANY UNANIMITY WE CAN GET.

09:22:22 22           MR. O'DONNELL:  YOUR HONOR, THE PLAINTIFFS' FIRST WITNESS

09:22:24 23   I'LL CALL TO THE STAND AND IS SUMMARIZED FOR YOU IS DR. SHERWOOD

09:22:28 24   GAGLIANO.

09:22:44 25           THE COURT:  JUST TO LET THE PLAINTIFFS KNOW BEFORE WE

09:22:46  1    START, WE HAVE REVIEWED ALL OF THE EXPERT REPORTS THAT WE THINK WE

09:22:50  2    HAVE.  MR. BRUNO, I GUESS I AM REFERRING TO YOU.

09:22:50  3              MR. BRUNO:  I'M SORRY, JUDGE.

09:22:52  4              THE COURT:  I AM LOOKING AT IT.  I DON'T SEE A JOHN DAY.

09:22:57  5    I REMEMBER SEEING HIS NAME AS A COAUTHOR ON ONE OF THE REPORTS.

09:23:02  6              MR. BRUNO:  YES.  THAT'S -- HE WAS A COAUTHOR.

09:23:06  7              THE COURT:  I DON'T REMEMBER A STANDALONE.

09:23:08  8              MR. BRUNO:  NO, IT WOULDN'T BE -- IT WOULD HAVE BEEN THE

09:23:09  9    JOHN DAY/GARY SHAFFER, BUT YOU DIDN'T SAY EITHER NAME.  AND I ALSO

09:23:15 10    DIDN'T HEAR YOU SAY THE NAME VRIJLING, THE ACTUAL DUTCH REPORTS.

09:23:22 11              THE COURT:  I DID GET THAT, V-R-I-J-L-I-N-G.

09:23:22 12              MR. BRUNO:  YEAH, V-R-I-J.

09:23:28 13              THE COURT:  V-R-I-J-L-I-N-G, THAT'S JUST AN OMISSION

09:23:29 14    BECAUSE I HAVE SEEN THAT.  WE'LL GET THAT STRAIGHT.

09:23:33 15              MR. BRUNO:  THANK YOU, JUDGE.  I APPRECIATE THAT.

09:23:35 16         THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

09:23:41 17       (WHEREUPON, SHERWOOD M. GAGLIANO, WAS SWORN IN AND TESTIFIED

09:23:43 18         AS FOLLOWS:)

09:23:43 19         THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

09:23:44 20    ALSO SPELL IT FOR THE RECORD.

09:23:46 21         THE WITNESS:  MY NAME IS SHERWOOD M. GAGLIANO.  THAT'S

09:23:50 22    S-H-E-R-W-O-O-D, MIDDLE INITIAL M, G-A-G-L-I-A-N-O.

09:24:01 23         MR. O'DONNELL:  YOUR HONOR, DR. GAGLIANO IS BEING CALLED

09:24:05 24    AS A FACT WITNESS BY THE PLAINTIFFS.  DR. GAGLIANO IS, I THINK ALL

09:24:10 25    WILL AGREE, AN ACCOMPLISHED GEOLOGIST, PHYSICAL GEOMORPHOLOGIST AND

09:24:16 1    COASTAL SCIENTIST.  HE HAS DEVOTED HIS ENTIRE PROFESSIONAL LIFE TO

09:24:20 2    THE STUDY AND PRESERVATION AND RESTORATION OF THE COASTAL WETLANDS

09:24:25 3    OF SOUTHEAST LOUISIANA.

09:24:28 4         HE WILL BE TESTIFYING TODAY ABOUT HIS PERSONAL

09:24:31 5    INVOLVEMENT WITH LITERALLY MUCH OF THE HISTORY OF THE MISSISSIPPI

09:24:35 6    RIVER GULF OUTLET.  DR. GAGLIANO HAS AUTHORED NUMEROUS REPORTS AND

09:24:42 7    STUDIES AND PAPERS AND PRESENTATIONS ABOUT THE ADVERSE

09:24:48 8    ENVIRONMENTAL EFFECTS OF THE MISSISSIPPI RIVER GULF OUTLET, THE

09:24:52 9    NEED FOR REMEDIAL ACTION, RECOMMENDATIONS FOR SPECIFIC REMEDIAL

09:24:57 10   ACTION.  HE HAS AUTHORED REPORTS ABOUT THE MRGO FOR THE ARMY CORPS

09:25:03 11   OF ENGINEERS, THE ST. BERNARD PARISH GOVERNMENT, AND A HOST OF

09:25:07 12   FEDERAL AND STATE AGENCIES YOU WILL LEARN ABOUT.

09:25:10 13        HIS TESTIMONY RELATES TO THE ISSUE OF NEGLIGENCE AND, TO

09:25:14 14   A CERTAIN EXTENT, CAUSATION.  HE WILL TELL US WHAT THE CORPS KNEW

09:25:23 15   AND WHEN IT KNEW IT.  HE WILL TELL US WHAT REMEDIAL ACTIONS WERE

09:25:28 16   RECOMMENDED AND THOSE, ALL OF THEM, THAT WERE NOT UNDERTAKEN BY THE

09:25:32 17   ARMY CORPS, AND WILL TESTIFY ABOUT HIS OWN PERSONAL OBSERVATIONS

09:25:37 18   REGARDING TO THE ROLE OF THAT MRGO WITH REGARD TO HURRICANE BETSY,

09:25:43 19   CAMILLE AND KATRINA.

09:25:45 20        I THINK THAT'S A FAIR SUMMARY, YOUR HONOR, OF

09:25:48 21   DR. GAGLIANO.

09:25:49 22        THE COURT:  THANK YOU.

09:25:49 23        MR. O'DONNELL:  AND HOPEFULLY WE'LL LEARN MORE IN A

09:25:51 24   MOMENT.

09:25:52 25        THE COURT:  YES, SIR.

09:25:52   1          MR. O'DONNELL:  FIRST OF ALL, I WOULD LIKE TO PUBLISH

09:25:54   2   JOINT EXHIBIT 60, WHICH IS IN THE RECORD, AND THAT IS

09:25:57   3   DR. GAGLIANO'S CURRICULUM VITAE.

09:25:57   4                          DIRECT EXAMINATION

09:25:57   5   BY MR. O'DONNELL:

09:26:00   6   Q.  IS THAT YOUR VITAE, SIR?

09:26:02   7   A.  YES, IT IS.

09:26:04   8   Q.  TELL US, WHAT IS YOUR EDUCATIONAL BACKGROUND?

09:26:07   9   A.  MY UNIVERSITY TRAINING WAS AT LOUISIANA STATE UNIVERSITY.  I

09:26:12  10   RECEIVED A BACHELOR'S DEGREE IN GEOLOGY IN 1959, A MASTER'S DEGREE

09:26:18  11   IN GEOGRAPHY, PHYSICAL GEOGRAPHY IN 1963, AND A PH.D. IN PHYSICAL

09:26:25  12   GEOGRAPHY FROM LSU IN 1967.

09:26:28  13   Q.  WHAT IS PHYSICAL GEOGRAPHY?

09:26:31  14   A.  IT'S BASICALLY THE STUDY OF THE LAND FORMS ON THE FACE OF THE

09:26:38  15   EARTH, INCLUDING WATER BODIES, AND IT EMBRACES THE SHAPE, THE

09:26:47  16   CONFIGURATION, THE SETTING, AND ALSO THE MODE BY WHICH THEY ARE

09:26:50  17   FORMED AND SHAPED BY PROCESSES, INCLUDING PHYSICAL PROCESSES LIKE

09:26:57  18   WIND AND WAVES AND WATER AND AIR MOVEMENT, BIOLOGICAL PROCESSES

09:27:03  19   LIKE THE GROWTH OF FOREST AND SWAMPS, AND CHEMICAL PROCESSES SUCH

09:27:08  20   AS WEATHERING OF SOILS.

09:27:10  21   Q.  WOULD IT BE FAIR TO SAY A SUBSET OF PHYSICAL GEOGRAPHY IS

09:27:15  22   ENVIRONMENTAL SCIENCE AND COASTAL SCIENCE?

09:27:17  23   A.  YES.  IN FACT, THE ENVIRONMENTAL SCIENCES HAVE EVOLVED SINCE I

09:27:21  24   RECEIVED MY DEGREE.

09:27:23  25   Q.  YOU AND ENVIRONMENTAL SCIENCES HAVE SORT OF GROWN UP TOGETHER?

09:27:26  1    A.  I LIKE TO THINK SO, YES.

09:27:28  2            THE COURT:  IT MIGHT HELP A LITTLE BIT IF YOU'RE A LITTLE

09:27:32  3    BIT BACK FROM THE MIC, A LITTLE BIT, BECAUSE IT HELPS WITH YOUR

09:27:35  4    VOICE.

09:27:35  5            THE WITNESS:  YES, YOUR HONOR.

09:27:36  6    BY MR. O'DONNELL:

09:27:36  7    Q.  TELL US BRIEFLY THE WORK YOU DID IN YOUR FIELD AFTER YOUR

09:27:40  8    GRADUATE STUDIES THAT RELATE TO YOUR TESTIMONY TODAY?

09:27:43  9    A.  WELL, I DID A LOT OF GEOLOGICAL FIELD WORK IN LOUISIANA,

09:27:47 10    INCLUDING THE TAKING OF CORPS' DATA AND SAMPLES AS BASIC RESEARCH,

09:27:53 11    SOME RELATED TO DEVELOPING MODELS FOR OIL AND GAS EXPLORATION.

09:27:57 12            I ALSO DID A STINT OF FOREIGN FIELD WORK THROUGH THE

09:28:01 13    COASTAL STUDIES INSTITUTE THAT WAS FUNDED BY THE OFFICE OF NAVAL

09:28:07 14    RESEARCH.  THIS INCLUDED WORK IN AUSTRALIA, MALAYSIA, PERU, BRAZIL,

09:28:16 15    NICARAGUA, MEXICO, AND OTHER PARTS OF THE WORLD.

09:28:19 16    Q.  HOW ARE YOU CURRENTLY EMPLOYED?

09:28:21 17    A.  I AM THE CEO AND SENIOR PARTNER IN A FIRM CALLED COASTAL

09:28:29 18    ENVIRONMENTS, INCORPORATED.  THIS IS AN ENVIRONMENTAL PLANNING FIRM

09:28:33 19    AND APPLIED SCIENCE FIRM.  OUR PRINCIPLE OFFICE IS LOCATED IN BATON

09:28:37 20    ROUGE, LOUISIANA.

09:28:38 21    Q.  HAVE YOU SPECIALIZED IN PARTICULAR AREAS OF BOTH THE COASTAL

09:28:43 22    ENVIRONMENT, SPECIFIC REGIONS?

09:28:46 23    A.  YES, PARTICULARLY SOUTH LOUISIANA, THE DELTA AREA, BUT ALSO

09:28:52 24    RIVER VALLEYS IN THE NORTHERN GULF OF MEXICO, IN GENERAL.

09:28:56 25    Q.  ARE YOU A NATIVE OF NEW ORLEANS?

A. I WAS BORN AND RAISED AND EDUCATED IN NEW ORLEANS. I GRADUATED

FROM PAROCHIAL SCHOOLS AND FROM ALCEE FORTIER HIGH SCHOOL.

Q. NOW, HOW LONG HAVE YOU STUDIED THE PHYSICAL GEOGRAPHY OF

SOUTHEAST LOUISIANA?

A. VIRTUALLY SINCE EARLY HIGH SCHOOL AS AN INTERESTED STUDENT.

THE ENTRY WAS THROUGH MY INTEREST IN ARCHAEOLOGY, WHICH LED ME TO

INVESTIGATE PREHISTORIC AND HISTORIC ARCHAEOLOGICAL SITES IN THE

COASTAL ZONE. THAT, IN TURN, LED TO AN INTEREST IN THE SETTING IN

WHICH THEY WERE LOCATED AND LED TO CONTACTS WITH FACULTY MEMBERS IN

THE DEPARTMENTS OF GEOGRAPHY AND GEOLOGY AT LSU.

Q. IS IT FAIR TO SAY MOST OF YOUR ADULT LIFE YOU'VE BEEN INVOLVED

IN DEALING WITH PHYSICAL GEOGRAPHY?

A. YES.

Q. NOW, SIR, YOU'RE TESTIFYING IN THIS CASE. HOW DID YOU BECOME

INVOLVED IN THE ROBINSON CASE?

A. I WAS APPROACHED SEVERAL YEARS AGO BY MR. MCKERNAN, ONE OF THE

ATTORNEYS ON THE PLAINTIFFS' TEAM, AS A POTENTIAL TECHNICAL EXPERT.

I DECLINED TO ACCEPT THAT ASSIGNMENT BECAUSE OF POTENTIAL CONFLICTS

WITH WORK THAT I DO FOR THE CORPS OF ENGINEERS AND OTHER

GOVERNMENTAL AGENCIES. I DID AGREE, HOWEVER, TO ASSEMBLE DOCUMENTS

AND INDEX THOSE DOCUMENTS THAT I HAD IN MY LIBRARY AT COASTAL

ENVIRONMENTS AND OTHER RESOURCES THAT I HAVE COLLECTED OVER THE

YEARS.

Q. WELL, WITH THE CORPS AS A CLIENT, WHY DID YOU AGREE TO EVEN DO

THAT, IN OTHER WORDS, GATHERING THE HISTORICAL DOCUMENTS?

09:30:58  1    A.  WELL, I FELT THAT WE HAD A UNIQUE COLLECTION DUE TO MY

09:31:02  2    INVOLVEMENT AND THE INVOLVEMENT OF MY FIRM OVER MANY, MANY YEARS,

09:31:06  3    AND IT WAS IMPORTANT TO GET THAT INTO THE RECORD OF THIS CASE AND

09:31:10  4    FOR OTHER RESEARCHERS TO USE.

09:31:13  5    Q.  HAVE YOU PROVIDED YOUR CONSULTING SERVICES TO GOVERNMENT

09:31:17  6    AGENCIES AND DEPARTMENTS?

09:31:19  7    A.  YES, ON A NUMBER OF OCCASIONS.

09:31:23  8    Q.  COULD YOU TICK THOSE OFF FOR US?

09:31:25  9    A.  I'VE WORKED FOR THE --

09:31:27  10            THE COURT:  JUST ILLUSTRATIVE, PLEASE NOT EVERY ONE.

09:31:27  11   BY MR. O'DONNELL:

09:31:31  12   Q.  JUST THREE OR FOUR BESIDES THE CORPS.

09:31:34  13   A.  THE STATE HIGHWAY DEPARTMENT, THE U.S. ARMY CORPS OF ENGINEERS,

09:31:41  14   VARIOUS PARISHES, AND INCLUDING THE U.S. DEPARTMENT OF JUSTICE

09:31:46  15   REPRESENTING THE CORPS OF ENGINEERS.

09:31:48  16   Q.  HAVE YOU DONE WORK FOR NOAA AND EPA?

09:31:48  17   A.  YES, I HAVE.

09:31:52  18   Q.  U.S. FISH AND WILDLIFE?

09:31:53  19   A.  YES.

09:31:54  20   Q.  AND ITS LOUISIANA COUNTERPART?

09:31:55  21   A.  YES.

09:31:56  22   Q.  HOW LONG HAVE YOU BEEN CONSULTING OFF AND ON FOR THE ARMY CORPS

09:32:00  23   OF ENGINEERS?

09:32:00  24   A.  MY FIRST JOB WITH THE CORPS WAS IN 1969.  AT THAT TIME, I WAS

09:32:06  25   ON THE FACULTY AT LSU IN THE COASTAL STUDIES INSTITUTE, AND THE

09:32:11  1    ASSIGNMENT WAS TO INVESTIGATE THE CONSEQUENCES OF A POSSIBLE

09:32:15  2    DIVERSION AVERTING THE FLOW OF THE MISSISSIPPI RIVER TO TEXAS AND

09:32:21  3    NEW MEXICO.

09:32:22  4    Q.  HAVE YOU PROVIDED FOR THE CORPS IN THE PAST CONSULTING SERVICES

09:32:25  5    REGARDING MRGO?

09:32:26  6    A.  YES.  MRGO WAS EVALUATED AS A PART OF THAT STUDY WHICH RESULTED

09:32:33  7    IN SOME 15 OR MORE TECHNICAL REPORTS OVER ABOUT A FIVE-YEAR PERIOD.

09:32:38  8    Q.  HAVE YOU CONSULTED OVER THE YEARS ON THE MRGO FOR THE

09:32:42  9    ST. BERNARD PARISH GOVERNMENT?

09:32:44 10    A.  YES.  I'VE BEEN CONSULTING WITH ST. BERNARD PARISH BEGINNING IN

09:32:51 11    ABOUT 1972.  THE FIRST ASSIGNMENT THERE WAS TO BASICALLY CONDUCT AN

09:32:59 12    INDEPENDENT IMPACT STUDY OF THE CHANNEL AND ITS EFFECTS ON THE

09:33:05 13    ENVIRONMENT AND ON HUMAN SAFETY AND OTHER ASPECTS OF LIFE IN

09:33:09 14    ST. BERNARD PARISH.

09:33:10 15    Q.  WHEN WERE YOU BORN?

09:33:12 16    A.  1935.

09:33:14 17    Q.  OKAY.  AND HAVE YOU PERSONALLY BEEN INVOLVED -- MAY WE PUT UP

09:33:19 18    JOINT EXHIBIT 13.

09:33:20 19           HAVE YOU PERSONALLY VISITED MUCH OF THE AREA THAT WE'RE

09:33:24 20    DEALING WITH IN THIS CASE TODAY?

09:33:27 21    A.  YES.  I'VE BEEN IN -- THROUGHOUT THE AREA, ON THE GROUND, BY

09:33:35 22    BOAT, AND IN THE AIR SINCE I WAS A TEENAGER.

09:33:40 23           MR. O'DONNELL:  YOUR HONOR, I WAS GOING TO HAVE HIM POINT

09:33:43 24    OUT CERTAIN AREAS, BUT I HAVE A HUNCH THE COURT KNOWS THOSE AREAS A

09:33:47 25    LOT BETTER THAN I DO.

| | |
|---|---|
| 09:33:47 | 1 | BY MR. O'DONNELL: |
| 09:33:48 | 2 | Q. JUST TWO AREAS, IN PARTICULAR. YOU HAVE YOUR LITTLE RED LASER |
| 09:33:50 | 3 | BEAM AND I'M GOING TO TALK, BUT WOULD YOU SHOW US WHERE THE GOLDEN |
| 09:33:54 | 4 | TRIANGLE IS? |
| 09:33:55 | 5 | A. YES, IT'S THIS AREA AT THE CONVERGENCE OF THE MISSISSIPPI RIVER |
| 09:34:00 | 6 | GULF OUTLET AND THE GULF INTRACOASTAL WATERWAY (INDICATING). |
| 09:34:03 | 7 | Q. WOULD YOU SHOW US WHERE THE CENTRAL WETLANDS UNIT IS? |
| 09:34:06 | 8 | A. THE CENTRAL WETLANDS UNIT -- IT'S A LITTLE DIFFICULT TO SEE |
| 09:34:09 | 9 | HERE, BUT IT'S THIS AREA BETWEEN THE SPOIL DISPOSAL AREA OF THE |
| 09:34:13 | 10 | GULF OUTLET CHANNEL AND THE PROJECTION LEVEES OF THE ST. BERNARD |
| 09:34:20 | 11 | COMMUNITIES (INDICATING). |
| 09:34:20 | 12 | THE COURT: THAT WOULD BE AN UNINHABITED AREA PRIMARILY? |
| 09:34:25 | 13 | THE WITNESS: YES, LARGELY. THERE IS SOME DEVELOPMENT |
| 09:34:28 | 14 | THAT'S CREEPING IN, BUT IT'S LARGELY UNINHABITED. |
| 09:34:28 | 15 | THE COURT: THANK YOU. |
| 09:34:28 | 16 | BY MR. O'DONNELL: |
| 09:34:32 | 17 | Q. THAT'S THE SAME WITH THE GOLDEN TRIANGLE? |
| 09:34:34 | 18 | A. YES. IT'S FAIR TO SAY THAT THOSE ARE UNDRAINED AREAS. THEY |
| 09:34:40 | 19 | ARE SURROUNDED BY RIDGES AND DIKES BUT THEY ARE UNDRAINED. |
| 09:34:43 | 20 | Q. JUST ONE MORE THING, THE 40 ARPENT CANAL? |
| 09:34:46 | 21 | A. THE 40 ARPENT CANAL MARKS THE BACK OF THE DRAINED URBANIZED |
| 09:34:51 | 22 | AREA IN ST. BERNARD PARISH. |
| 09:34:55 | 23 | Q. OKAY. NOW, BEFORE MRGO WAS CONSTRUCTED, DID YOU PERSONALLY |
| 09:35:00 | 24 | VISIT THESE AREAS? |
| 09:35:01 | 25 | A. YES. |

09:35:01  1   Q.  AND FOR HOW LONG -- BEGINNING IN WHAT YEAR, APPROXIMATELY, DID

09:35:05  2   YOU AND YOUR COMPANY BEGIN STUDYING THE MRGO AND ITS ENVIRONMENT?

09:35:10  3          THE COURT:  LET ME MAKE ONE THING FOR THE RECORD, AND I

09:35:12  4   APOLOGIZE, MR. O'DONNELL, TO INTERRUPT YOU.

09:35:15  5          I WANTED TO STATE THAT ALL OBJECTIONS THAT HAVE BEEN MADE

09:35:18  6   IN LIMINE ARE PRESERVED THROUGHOUT THIS TRIAL AND FOR APPEAL.  IF

09:35:21  7   THERE'S A NEED -- IF THERE'S A SPECIFIC NEED TO RE-URGE THEM, YOU

09:35:25  8   CAN DO IT, BUT DON'T ABUSE THAT BECAUSE TO THE EXTENT THEY'VE BEEN

09:35:29  9   RULED ON, THOSE OBJECTIONS ARE PRESERVED.

09:35:34 10          GO AHEAD, SIR.

09:35:35 11          MR. O'DONNELL:  THANK YOU VERY MUCH.

09:35:35 12   BY MR. O'DONNELL:

09:35:37 13   Q.  HAVE YOU STUDIED THE -- SINCE THE EARLY 1970'S, HAVE YOU

09:35:43 14   STUDIED THE MRGO, ITS ENVIRONMENTAL IMPACTS AND THE RISK OF

09:35:45 15   FLOODING IN THE URBAN AREA OF ST. BERNARD AND NEW ORLEANS?

09:35:48 16   A.  YES.

09:35:48 17   Q.  ARE YOU AWARE OF ANYBODY, AT LEAST ALIVE TODAY, WHO STUDIED

09:35:52 18   THESE ISSUES LONGER THAN YOU HAVE?

09:35:53 19   A.  THERE MAY BE ONE OR TWO PEOPLE ON THE WITNESS LIST, BUT I THINK

09:35:59 20   I AM THE OLD-TIMER, YES.

09:36:01 21   Q.  OKAY.  HAVE YOU STUDIED THE HABITAT AND VEGETATION SURROUNDING

09:36:06 22   THE MRGO?

09:36:07 23   A.  YES.  WE'VE DONE THAT NOT ONLY IN REFERENCE TO THE MRGO ITSELF,

09:36:12 24   BUT ALSO IN DEVELOPING THE COASTAL MANAGEMENT PLAN FOR ST. BERNARD

09:36:18 25   PARISH AND OTHER STUDIES THAT WE CONDUCTED.

09:36:20  1    Q.  SO WE CAN LAY A BASELINE FOR YOUR TESTIMONY, FROM YOUR OWN

09:36:24  2    OBSERVATION, WHAT TYPES OF HABITAT AND VEGETATION EXISTED IN THE

09:36:28  3    ST. BERNARD REGION PRIOR TO THE MRGO?

09:36:30  4    A.  WELL, IN THAT PART OF THE AREA, GENERALLY AROUND LAKE BORGNE

09:36:39  5    AND NORTH OF THE BAYOU LA LOUTRE RIDGE --

09:36:47  6    Q.  YOU CAN USE YOUR RED POINTER.  IT MIGHT BE HELPFUL WHILE YOU'RE

09:36:51  7    TALKING.

09:36:51  8             MR. O'DONNELL:  IS THAT OKAY, YOUR HONOR?

09:36:53  9             THE COURT:  YES.

09:36:53 10    BY MR. O'DONNELL:

09:36:53 11    Q.  GO AHEAD, SIR.

09:36:54 12    A.  THE MISSISSIPPI -- I'M SORRY, THE BAYOU LA LOUTRE RIDGE, WHICH

09:36:57 13    IS A MAJOR NATURAL RIDGE FEATURE AND A HYDROLOGIC DIVIDE, IN THIS

09:37:02 14    WHOLE REGION NORTH OF THAT, WE HAD LARGELY FRESH WETLAND

09:37:08 15    ENVIRONMENTS, EXCEPT FOR THOSE AREAS THAT WERE PROTECTED BY LEVEES

09:37:13 16    AND WERE INHABITED BECAUSE OF THEIR ELEVATION.  AND BY FRESHWATER

09:37:19 17    WETLANDS, I MEAN BOTH SWAMPS OR WOODED FORESTS AND MARSHES.

09:37:30 18    Q.  LET ME ASK YOU THIS:  WHAT ARE WETLANDS?

09:37:37 19    A.  AS THE NAME IMPLIES, THOSE ARE LANDS THAT HAVE EMERGENT

09:37:46 20    VEGETATION AS OPPOSED TO OPEN WATER BODIES OR STREAMS OR CANALS.

09:37:53 21    THEY HAVE VEGETATION THAT IS ABLE TO GROW AND THRIVE WITHSTANDING

09:37:59 22    WATER EITHER DURING ALL OR PART OF THE YEAR.

09:38:01 23    Q.  WHAT IS MARSHLAND?

09:38:03 24    A.  MARSHLAND -- EXCUSE ME.

09:38:05 25             THE COURT:  JUST A MINUTE.

09:38:10  1          MS. MILLER:  OBJECTION, YOUR HONOR.  THIS APPEARS TO BE

09:38:11  2  GETTING INTO IMPERMISSIBLE EXPERT TESTIMONY.  THE WITNESS HAS BEEN

09:38:12  3  DESIGNATED AS A FACT WITNESS.

09:38:15  4          MR. O'DONNELL:  HE IS A FACT WITNESS AND HE SPENT HIS

09:38:17  5  LIFETIME DOING THIS WORK, AND IF THERE'S A QUESTION, I THINK UNDER

09:38:21  6  RULE 701, AS A LAYMAN, HE CAN TALK ABOUT THIS.

09:38:23  7          THE COURT:  WELL, BECAUSE WHAT IS A MARSHLAND IS NOT AN

09:38:28  8  OPINION CRITICAL TO THIS CASE AND IF HE'S NOT GIVING AN OPINION,

09:38:32  9  HE'S GIVING A DESCRIPTION OF THE MARSHLAND, I AM GOING TO NOTE THE

09:38:35 10  GOVERNMENT'S OBJECTION, OVERRULE IT, SO WE CAN GET THE BASIC

09:38:38 11  BACKGROUND OF THESE THINGS FROM A PERSON WHO IS ABLE TO DO IT AND

09:38:42 12  WHO IS NOT -- I ASSUME NOT GOING TO BE GIVING ANY TESTIMONY --

09:38:50 13  OPINION TESTIMONY IN THIS CASE.

09:38:50 14          MR. O'DONNELL:  NO, SIR, HE IS NOT GOING TO BE DOING

09:38:50 15  THAT.

09:38:50 16          THE COURT:  I AM REGARDING THIS AS FACT TESTIMONY AT THIS

09:38:56 17  POINT.

09:38:57 18          I UNDERSTAND YOUR OBJECTION, COUNSEL.  IT'S NOTED AND

09:38:59 19  MADE GENERAL.

09:39:00 20          MS. MILLER:  THANK YOU.

09:39:00 21          MR. O'DONNELL:  THEY SAY HE LIVED THE EXPERIENCE, YOUR

09:39:03 22  HONOR.

09:39:03 23          THE COURT:  GO AHEAD.

09:39:03 24  BY MR. O'DONNELL:

09:39:04 25  Q.  WHAT IS MARSHLAND?

09:39:05 1   A.  MARSHLAND IS A WETLAND CHARACTERIZED BY REEDS AND GRASSES THAT

09:39:14 2   HAVE A RELATIVELY LOW CANOPY OF SEVERAL FEET TO TEN FEET OR MORE

09:39:21 3   ABOVE.

09:39:21 4   Q.  AND WHAT ARE SWAMPS?

09:39:23 5   A.  SWAMPS ARE WET FORESTS.  THEY ARE OCCUPIED BY TREES, SUCH AS

09:39:30 6   CYPRESS AND TUPELO GUM, THAT ARE ABLE TO SURVIVE IN STANDING WATER

09:39:38 7   DURING ALL OR PART OF THE YEAR.

09:39:39 8   Q.  WHAT IS A TUPELO GUM TREE?

09:39:41 9   A.  A TUPELO GUM IS A COMMON WETLAND TREE FOUND IN THE WETLAND

09:39:49 10  FOREST IN SOUTH LOUISIANA.  THEY ARE WELL ADAPTED TO THE ORGANIC

09:39:57 11  SOILS AND THE WET ENVIRONMENT.

09:39:59 12  Q.  HOW HIGH DO THEY GROW AT MATURITY?

09:40:02 13  A.  THEY MAY REACH 40, 50 FEET.  PROBABLY 40 FEET OR SO.

09:40:08 14  Q.  AND THEIR DIAMETER?

09:40:11 15  A.  TYPICALLY A COUPLE FEET IN A CUTOVER FOREST.  THEY ARE COMMONLY

09:40:17 16  ASSOCIATED WITH CYPRESS TREES.  THAT'S WHY WE CALL THEM

09:40:23 17  CYPRESS-TUPELO GUM FORESTS.

09:40:25 18  Q.  TELL US WHAT A CYPRESS TREE IS, SIR.

09:40:28 19  A.  A CYPRESS TREE IS ANOTHER -- IT'S THE EQUIVALENT OF THE SEQUOIA

09:40:33 20  IN CALIFORNIA.  IT'S A TREE THAT REACHES GREAT AGE IN VIRGIN

09:40:40 21  FORESTS.  THEY MAY BE 300 YEARS OLD.  BUT IN MOST OF THE SWAMPS

09:40:43 22  LEFT IN LOUISIANA, THEY'RE CUTOVER AND REGROWTH THAT MAY BE 70 --

09:40:48 23  50, 70, 100 YEARS OLD.

09:40:50 24  Q.  WHAT IS THEIR HEIGHT AT MATURITY?

09:40:52 25  A.  SIXTY FEET WITH A -- IT'S CUTOVER TREES WITH A TYPICAL DIAMETER

09:40:58   1   OF ABOUT TWO FEET OR MORE.

09:41:00   2   Q.  IF I WERE TO PLANT TUPELO OR CYPRESS TREES TODAY, HOW HIGH

09:41:06   3   WOULD THEY GROW IN TEN YEARS?

09:41:08   4   A.  IN 10 YEARS, PROBABLY 20 FEET.

09:41:12   5   Q.  IN 20 YEARS?

09:41:13   6   A.  MAYBE 30 FEET.

09:41:14   7   Q.  AND IN 30 YEARS?

09:41:17   8   A.  THIRTY FEET -- I'M SORRY.

09:41:22   9   Q.  THIRTY YEARS, HOW MANY FEET?

09:41:23  10   A.  MAYBE 40 FEET.  THEY GROW RATHER RAPIDLY.

09:41:27  11   Q.  HAVE YOU PERSONALLY OBSERVED A STORM SURGE BUFFERING EFFECT OF

09:41:32  12   THESE CYPRESS AND TUPELO GUM TREES?

09:41:35  13   A.  YES, I HAVE.

09:41:36  14   Q.  LET'S LOOK, IF WE COULD, AT JOINT EXHIBIT 201.  CAN YOU

09:41:44  15   DESCRIBE WHAT THIS IS, SIR?

09:41:46  16   A.  THIS IS A SECOND GROWTH CYPRESS TUPELO GUM SWAMP, NOT IN ST.

09:41:53  17   BERNARD PARISH BUT TYPICAL OF THE TYPES FOUND THROUGHOUT

09:41:56  18   SOUTHEASTERN LOUISIANA.  YOU SEE THE SWOLLEN BUTTRESS OR BASE OF

09:42:05  19   THE TREES.  YOU ALSO SEE THESE THINGS STICKING UP CALLED CYPRESS

09:42:07  20   KNEES, THEY'RE THE MATIFORMS THAT EXTEND UP FROM THE ROOT, AND THEY

09:42:11  21   GIVE AN INDICATION OF THE EXTENSIVE ROOT MAT THAT EXTENDS OUT

09:42:17  22   LATERALLY FROM THE TREES.  THESE TREES ALSO HAVE A RATHER DEEP MAIN

09:42:24  23   ROOT THAT EXTEND DOWN INTO THE GROUND, SO THEY'RE VERY WELL

09:42:28  24   ANCHORED.

09:42:29  25   Q.   IS THIS PICTURE REPRESENTATIVE OF WHAT YOU SAW BEFORE THE MRGO

09:42:34 1   IN THE REGION OF THE CENTRAL WETLANDS UNIT AND THE GOLDEN TRIANGLE?

09:42:38 2   A.  YES.  THERE ARE A FEW -- THERE WERE AND STILL ARE A FEW VERY

09:42:44 3   SCARCE REMNANTS OF THAT SWAMP.

09:42:45 4   Q.  BEFORE THE MRGO, WERE THESE KINDS OF CYPRESS AND TUPELO TREES

09:42:50 5   PLENTIFUL IN THE AREAS WE'RE TALKING ABOUT?

09:42:52 6   A.  THEY OCCUPIED --

09:42:54 7               THE COURT:  JUST A MINUTE.

09:42:55 8               MS. MILLER:  OBJECTION.  THE QUESTION IS VAGUE AS TO THE

09:42:57 9   LOCATION.

09:42:57 10              THE COURT:  I'M SORRY, I CAN'T --

09:42:59 11              MS. MILLER:  THE QUESTION IS VAGUE AS TO TIME AND

09:43:02 12  LOCATION.

09:43:02 13              MR. O'DONNELL:  I'LL RESTATE.

09:43:03 14              THE COURT:  COUNSEL, IF YOU CAN RESTATE IT, THANK YOU.

09:43:03 15  BY MR. O'DONNELL:

09:43:05 16  Q.  PRIOR TO 1958 WHEN THE MRGO CONSTRUCTION BEGAN, WERE

09:43:09 17  CYPRESS-TUPELO TREES PLENTIFUL IN THE CENTRAL WETLANDS UNIT?

09:43:15 18  A.  YES, THEY WERE.

09:43:16 19  Q.  WERE THERE CYPRESS AND TUPELO TREES IN THE GOLDEN TRIANGLE?

09:43:20 20  A.  YES, THERE WERE.

09:43:21 21  Q.  SIR, WHAT IS A CYPRESS TREE'S ROOT BALL?

09:43:26 22  A.  IT'S THE TOTAL CONFIGURATION OF THE ROOT MATS THAT EXTEND OUT

09:43:35 23  LATERALLY AWAY FROM THE TREE, AS WELL AS THE MAIN ROOT THAT EXTENDS

09:43:40 24  DOWN INTO THE GROUND.

09:43:40 25  Q.  WHAT IS THE SIGNIFICANCE OF THE ROOT BALL, IF ANY, WITH REGARD

09:43:44 1    TO STORM SURGE BUFFERING?

09:43:46 2    A.   IT PROVIDES A VERY STABLE CONDITION FOR THE SLENDER, TALL TRUNK

09:43:58 3    OF THE TREE.

09:43:58 4    Q.   NOW, HAVE YOU PERSONALLY SEEN --

09:44:02 5              THE COURT:  JUST A MINUTE.

09:44:03 6              MS. MILLER:  OBJECTION.  YOUR HONOR, THE QUESTION AND

09:44:06 7    ANSWER JUST STATED BOTH, I THINK, ARE AGAIN IMPERMISSIBLE EXPERT

09:44:14 8    WITNESS TESTIMONY DESCRIBING THE SURGE BUFFERING IMPACT OF THE TREE

09:44:18 9    AND THAT IS --

09:44:19 10             THE COURT:  THAT'S GETTING -- I AGREE, COUNSEL, THAT'S

09:44:23 11   GETTING PERILOUSLY CLOSE TO OPINION TESTIMONY.  IT IS, IN FACT,

09:44:29 12   EVEN UNDER 701, COUNSEL -- I AM GIVING YOU SOME LATITUDE HERE, BUT

09:44:34 13   EVEN UNDER 701, IF IT'S SOMETHING THAT REQUIRES -- AS AMENDED, IF

09:44:38 14   IT'S SOMETHING THAT REQUIRES SCIENTIFIC OR TECHNICAL KNOWLEDGE AND

09:44:44 15   IT'S AN OPINION, THERE WOULD HAVE TO BE A REPORT EVEN UNDER 701.

09:44:52 16             IF IT'S AN OBSERVATION, THAT'S SOMETHING ELSE.  AND THIS

09:44:57 17   IS VERY CLOSE TO THE LINE OF OPINION AND OBSERVATION.

09:45:01 18             I'M SURE WE'RE GOING TO GET OTHER -- THE COURT HAS READ

09:45:05 19   REAMS OF DEPOSITIONS ABOUT TUPELO TREES AND CYPRESS TREES, SO THIS

09:45:14 20   IS NOT AN EPIPHANY.  I UNDERSTAND THIS IS A GROSSLY MINOR POINT IN

09:45:16 21   THIS CASE.  I UNDERSTAND THAT.

09:45:17 22             BUT COUNSEL, OF COURSE, IS ATTEMPTING -- WHEN I SAY

09:45:21 23   MINOR, WE ALL KNOW THERE WERE TUPELO AND CYPRESS TREES IN THE AREA

09:45:25 24   IN SOME ABUNDANCE PRIOR TO MRGO, THE PICTURES SHOW IT.  NOW, THE

09:45:30 25   EFFECT THAT THEY HAVE -- I WON'T MAKE A MONOLOGUE HERE.  I AM JUST

09:45:39  1    SAYING IT'S FAIRLY COMMON KNOWLEDGE, FRANKLY.  IT'S NOT -- THIS IS

09:45:45  2    NOT -- YOU NEED TO MAKE A RECORD.  IT'S SIMPLY NOT AN EPIPHANY

09:45:51  3    CERTAINLY TO THE COURT WHO GREW UP IN HOUMA, LOUISIANA, AND SPENT A

09:45:54  4    LOT OF TIME IN THE SWAMPS HIMSELF, MUCH TO THE DELIGHT OF MY

09:45:57  5    PARENTS, I'M SURE.

09:45:59  6              AT ANY RATE, COUNSEL, THE RULE ON YOUR OBJECTION -- IT'S

09:46:01  7    CLOSE TO OPINION TESTIMONY.  I AM GOING TO ALLOW IT, BUT IF IT GETS

09:46:05  8    MUCH CLOSER, I AM GOING TO STRIKE IT.

09:46:08  9              MS. MILLER:  THANK YOU, YOUR HONOR.

09:46:10 10              THE COURT:  ALL RIGHT.

09:46:10 11    BY MR. O'DONNELL:

09:46:11 12    Q.  IN YOUR LONG INVOLVEMENT WITH THE MRGO, HAVE YOU SEEN STUDIES

09:46:13 13    BY THE ARMY CORPS OF ENGINEERS ABOUT THE STORM SURGE BUFFERING

09:46:18 14    EFFECTS OF CYPRESS AND TUPELO TREES?

09:46:20 15    A.  YES, I HAVE.

09:46:21 16    Q.  HAVE YOU PERSONALLY SEEN CYPRESS TREES -- OBSERVED IT AS

09:46:27 17    PERCIPIENT OF CYPRESS TREES AFTER HURRICANES?

09:46:29 18    A.  YES, I HAVE.

09:46:30 19    Q.  AND WHAT HAVE YOU OBSERVED?

09:46:32 20    A.  I'VE OBSERVED THAT THEY WITHSTOOD THE FORCE OF THE STORM MOVING

09:46:38 21    THROUGH THEM, INCLUDING SURGE AND WAVES, AND THAT TYPICALLY AFTER A

09:46:44 22    STORM ONE CAN FIND INDICATIONS IN THE TREES THEMSELVES OF MATERIAL

09:46:51 23    THAT WAS BROUGHT IN DURING THE PASSAGE OF WAVES AND SURGE.  THAT

09:46:57 24    MAY INCLUDE PLASTICS, IT MAY INCLUDE DISPLACED GRASSES FROM MARSHES

09:47:06 25    AND OTHER DEBRIS CARRIED IN BY THE STORM.

09:47:08  1           MR. O'DONNELL:  SINCE I DON'T WANT TO STEP OVER THE LINE,

09:47:10  2   AND I HAVE OTHER THINGS I WANT TO TALK ABOUT, I'LL LEAVE ANY

09:47:14  3   TESTIMONY ABOUT HIS OWN EXPERIENCE WITH STORM SURGE BUFFERING TO

09:47:17  4   OTHER WITNESSES WHO ARE EXPERTS.

09:47:19  5           THE COURT:  AS LONG AS IT'S NOT OPINION.  HE CAN

09:47:23  6   CERTAINLY TESTIFY TO THINGS HE'S SEEN AND OBSERVED.

09:47:23  7   BY MR. O'DONNELL:

09:47:25  8   Q.  HAVE YOU OBSERVED THE SURGE BUFFERING EFFECTS OF WETLANDS IN

09:47:28  9   OTHER PARTS OF SOUTHEAST LOUISIANA?

09:47:30 10   A.  YES, I HAVE IN SOUTHWESTERN LOUISIANA AS WELL.

09:47:34 11   Q.  AND IS THERE A PARTICULAR TYPE OF VEGETATION THAT GROWS THERE

09:47:39 12   THAT USED TO BE IN THE CENTRAL WETLANDS UNIT?

09:47:43 13   A.  IN GENERAL, TREES, WHETHER THEY'RE CYPRESS, TUPELO GUM OR ON

09:47:49 14   SPOIL BANKS, BUFFER STORM SURGE AND WITHSTAND SURGE AND WAVES VERY

09:48:00 15   WELL.

09:48:00 16   Q.  HAVE YOU PERSONALLY OBSERVED A SPECIES OF VEGETATION KNOWN AS

09:48:02 17   ROSEAU CANE?

09:48:02 18   A.  YES.  ONE OF MY FAVORITE EXAMPLES IS FOUND IN THE LOWER REACHES

09:48:09 19   OF THE DELTA IN PLAQUEMINE PARISH IN THE VICINITY OF VENICE,

09:48:16 20   LOUISIANA IN THE HEAD OF PASSES.  THERE'S A SUB DELTA ON THE EAST

09:48:22 21   BANK CALLED CUPIDS GAP THAT DEVELOPED HISTORICALLY AS A RESULT OF A

09:48:28 22   CUT IN THE LEVEE IN THE MID 1800'S.  AND THE POINT IS THAT NEW LAND

09:48:32 23   BUILT OUT BY THE RIVER WAS QUICKLY INHABITED BY THESE FRESHWATER

09:48:39 24   REEDS AND GRASSES.

09:48:41 25           THERE IS A PARTICULAR GRASS CALLED ROSEAU CANE WHICH

09:48:45 1   GROWS THERE IN ABUNDANCE, AND IT GROWS IN ROUND CLUMPS.  THESE

09:48:52 2   CLUMPS MAY BE 100 FEET OR SO IN DIAMETER.  AND THE CANE IS SO

09:48:57 3   ROBUST THAT IT MAY REACH A HEIGHT OF 20 FEET.  THE POINT IS THAT

09:49:01 4   THIS CUPIDS GAP AREA FACES THE OPEN GULF OF MEXICO AND THE LAND HAS

09:49:08 5   WITHSTOOD THE FURY OF ALL MODERN HURRICANES SINCE THE MID 1800'S.

09:49:13 6   Q.  WAS THERE ROSEAU CANE IN THE CENTRAL WETLANDS UNIT BEFORE THE

09:49:18 7   MRGO WAS CONSTRUCTED?

09:49:19 8   A.  THERE WAS ROSEAU, YES.

09:49:22 9   Q.  NOW, I WANT TO GO THROUGH HISTORICAL DOCUMENTS THAT YOU'VE

09:49:26 10  PERSONALLY WORKED WITH OR AUTHORED OR COAUTHORED ABOUT THE MRGO,

09:49:32 11  OKAY, SIR.  THE FIRST EXHIBIT IS JOINT EXHIBIT 405.

09:49:39 12         WHAT IS THIS, SIR?

09:49:42 13  A.  THIS IS A DOCUMENT ENTITLED REPORT TO THE POLICE JURY OF THE

09:49:48 14  PARISH OF ST. BERNARD OF THE TIDEWATER CHANNEL ADVISORY COMMITTEE.

09:49:56 15  Q.  WHAT YEAR WAS IT WRITTEN?

09:49:58 16  A.  IT WAS ADOPTED BY THE PARISH OF ST. BERNARD ON SEPTEMBER THE

09:50:03 17  3RD, 1957.

09:50:05 18  Q.  WHO WAS THE CHAIRMAN OF THE TIDEWATER CHANNEL ADVISORY

09:50:09 19  COMMITTEE?

09:50:10 20  A.  A PROMINENT CITIZEN NAMED JOSEPH M. MERAUX, M-E-R-A-U-X.

09:50:17 21  Q.  DID YOU KNOW HIM PERSONALLY?

09:50:19 22  A.  I MET MR. MERAUX WHEN I FIRST WAS ENGAGED BY ST. BERNARD PARISH

09:50:26 23  TO STUDY THE MRGO AND HAD CONVERSATIONS WITH HIM.

09:50:30 24  Q.  DID YOU DISCUSS THIS DOCUMENT WITH HIM?

09:50:33 25  A.  YES.  HE TOLD ME ABOUT THE DOCUMENT.  IN FACT, WE MADE A JOINT

09:50:38  1    TRIP TO VICKSBURG TO DISCUSS THE PROBLEMS ON MRGO WITH THE CORPS OF

09:50:49  2    ENGINEERS.

09:50:49  3    Q.   AND THIS DOCUMENT PREDATED THE CONSTRUCTION OF THE MRGO?

09:50:51  4    A.   YES, IT DID.   IT WAS, AS I INDICATED, WRITTEN IN 1957.

09:50:57  5    Q.   I AM GOING TO ASK YOU SOME QUESTIONS ABOUT SOME STATEMENTS IN

09:51:00  6    THIS REPORT, AND ASK YOU ABOUT YOUR OWN PERSONAL EXPERIENCE WITH

09:51:03  7    REGARD TO THE MRGO AND ITS EFFECTS.   OKAY, SIR?

09:51:10  8    A.   OKAY.

09:51:10  9    Q.   THE FIRST QUOTE IS ON PAGE 2.   IT SAYS:  "THE UPPER REACHES OF

09:51:13 10    THE PARISH HERETOFORE HAVE BEEN PROTECTED FROM EXCESSIVE TIDAL

09:51:17 11    WATERS DUE TO THE SLOWING DOWN ACTION OF THE OUTER MARSH AREAS AND

09:51:21 12    THE CIRCUITOUS ROUTES OF THE VARIOUS NATURAL STREAMS."

09:51:26 13          BASED ON YOUR OWN HISTORICAL WORK IN THIS FIELD, IS THIS

09:51:29 14    A TRUE STATEMENT?

09:51:29 15    A.   YES, IT IS.

09:51:31 16          MS. MILLER:   OBJECTION.   YOUR HONOR, I WOULD JUST LIKE TO

09:51:34 17    RENEW THE OBJECTION.   HE'S TESTIFYING --

09:51:37 18          THE COURT:   COUNSEL, IF YOU GET THAT MIC, IT MIGHT BE

09:51:39 19    HELPFUL.

09:51:39 20          MS. MILLER:   I'M SORRY.

09:51:40 21          THE COURT:   I KNOW IT'S A LITTLE SHORT THERE.   GO AHEAD.

09:51:43 22          MS. MILLER:   I WOULD LIKE TO MAKE A CONTINUING OBJECTION

09:51:45 23    TO THE WITNESS TESTIFYING BASED ON HISTORICAL DOCUMENTS THAT HE'S

09:51:49 24    REVIEWED RATHER THAN HIS PERSONAL KNOWLEDGE.   I THINK THAT THOSE

09:51:53 25    ARE OPINIONS ENCOMPASSED WITHIN RULE 702 RATHER THAN RULE 701

09:51:58 1    OPINIONS.

09:51:59 2             THE COURT:  ANY RESPONSE, MR. O'DONNELL?

09:52:02 3             MR. O'DONNELL:  I DO, YOUR HONOR.  MAY I ASK SOME MORE

09:52:04 4    FOUNDATIONAL QUESTIONS ABOUT HIS INVOLVEMENT WITH THIS DOCUMENT?

09:52:07 5             THE COURT:  YES, YOU MAY.

09:52:07 6    BY MR. O'DONNELL:

09:52:09 7    Q.  DR. GAGLIANO, WHEN YOU WERE FIRST TASKED WITH HELPING THE

09:52:12 8    ST. BERNARD PARISH WITH REGARD TO THE MRGO IN THE EARLY 1970'S, DID

09:52:17 9    YOU REVIEW THIS DOCUMENT?

09:52:18 10   A.  YES, I DID.

09:52:19 11   Q.  OVER THE YEARS WHEN YOU'VE DONE YOUR STUDIES, HAS THE

09:52:22 12   INFORMATION IN THIS DOCUMENT BEEN IMPORTANT TO YOU IN WORKING ON

09:52:25 13   YOUR STUDIES AND RESEARCH ON THE MRGO?

09:52:26 14   A.  YES.  I THINK IT SERVED AS A GUIDE FOR OUR EARLY STUDIES AND

09:52:31 15   HAS CONTINUED TO BE VERY VALUABLE.

09:52:34 16   Q.  WITH REGARD TO THE SENTENCES OR STATEMENTS IN THIS DOCUMENT I

09:52:39 17   AM GOING TO ASK YOU ABOUT, DID YOU HAVE YOUR OWN PERSONAL

09:52:42 18   EXPERIENCE THAT CORROBORATED THOSE STATEMENTS THAT WERE GIVEN TO

09:52:47 19   THE ARMY CORPS BEFORE THE MRGO WAS CONSTRUCTED?

09:52:48 20   A.  YES.

09:52:49 21            MR. O'DONNELL:  THAT'S MY FOUNDATION, YOUR HONOR.  I

09:52:50 22   THINK IT'S NOT OPINION TESTIMONY, IT'S HISTORICAL AND I THINK

09:52:53 23   IMPORTANT FOR THE COURT TO KNOW WHAT WAS KNOWN BY THE CORPS AND

09:52:56 24   WHEN DID IT KNOW IT.

09:52:58 25            THE COURT:  I AM GOING TO OVERRULE THE OBJECTION.

BY MR. O'DONNELL:

Q.  SIR, BASED UPON YOUR OWN EXPERIENCE AND STUDY OF THE MRGO, WAS THE INFORMATION THAT I'VE JUST READ TO YOU ABOUT THE BUFFERING EFFECT OF WETLANDS KNOWN BY THE CORPS IN 1957?

A.  YES.

Q.  NOW, THERE IS A DESCRIPTION OF THE CIRCUITOUS ROUTES OF NATURAL STREAMS IN THIS REGION.  WOULD YOU BRIEFLY TELL US WHAT THEY ARE AND THEIR IMPORTANCE TO THE PHYSICAL ENVIRONMENT?

A.  YES.  THE AREA IS DIVIDED INTO NATURAL DRAINAGE BASINS, IF YOU WILL.  THEY'RE CATCHMENT AREAS FOR RAINFALL.  AND AS THE LAND WOULD END, THEY TEND TO BE FRESH; AS THEIR SEA WOULD END, THEY TEND TO MERGE INTO LAKE BORGNE AND OTHER WATER BODIES WHERE THEY ARE EXPOSED TO THE TIDE.  THESE WERE, UNDER NATURAL CONDITIONS, RELATIVELY SMALL, THEY WERE NARROW, THEY WERE SHALLOW.  THEIR CROSS-SECTION AREA WAS SMALL, AND THEY WERE, AS HE DESCRIBED, CIRCUITOUS.  THEY HAVE MANY CURVES AND BENDS.

THOSE STREAMS SERVED AS NATURAL VALVES FOR THE RUNOFF OF FRESH WATER DURING RAINFALL PERIODS AND FOR THE INGRESS OF SEA WATER DURING DRYER PERIODS.  AND THEY KEPT THE LAND IN BALANCE WHICH WAS REFLECTED BY THE KINDS OF VEGETATION THAT WERE GROWING THERE AT THE TIME.

Q.  PRIOR TO THE MRGO, WAS THIS A FRESHWATER ENVIRONMENT IN THE CENTRAL WETLANDS UNIT IN THE GOLDEN TRIANGLE?

A.  YES, IT WAS.

Q.  LET ME READ THE NEXT STATEMENT TO YOU: "BEFORE THE FULL TIDES

09:54:37  1    CAN REACH THE UPPER AREAS, THE TIDES CHANGE OR ADVERSE WINDS WILL

09:54:42  2    HOLD THE WATERS BACK."

09:54:44  3            BRIEFLY, WHAT DOES THAT MEAN?

09:54:45  4    A.  IT MEANS THAT -- JUST WHAT I SAID, THAT THESE STREAMS

09:54:50  5    CONTROLLED THE INFLOW OF TIDE WATER, BOTH DURING LUNAR TIDE AND

09:54:55  6    EXCEPTIONAL TIDES CAUSED BY STORMS, SUCH AS HURRICANES.

09:54:59  7    Q.  THE NEXT STATEMENT:  "HOWEVER, WITH THE EXISTENCE OF A CHANNEL

09:55:04  8    40 FEET DEEP TRAVERSING THE MARSHLANDS FROM THE GULF TO THE UPPER

09:55:09  9    PARISH, THE FULL FLUCTUATION OF THE TIDE WILL BE FELT THROUGHOUT

09:55:13 10    THE PARISH."

09:55:14 11            WHAT DOES THIS MEAN?

09:55:15 12    A.  IT MEANS, IN ESSENCE, THAT THIS 40 FEET DEEP CHANNEL WITHOUT

09:55:21 13    ANY BENDS OR CURVES WAS LIKE A GREAT PIPE LINKING THE GULF OF

09:55:28 14    MEXICO --

09:55:29 15            THE COURT:  JUST A MINUTE.

09:55:30 16            COUNSEL, YOU'RE STANDING UP.  WHEN SHE STANDS, YOU NEED

09:55:32 17    TO -- IF YOU SEE HER.  BUT I'LL ANNOUNCE IT TO MAKE IT A LITTLE

09:55:35 18    EASIER ON YOU.

09:55:36 19            YES, MA'AM.

09:55:36 20            MS. MILLER:  I AM OBJECTING TO COUNSEL'S QUESTION AS TO

09:55:40 21    WHAT THIS DOCUMENT MEANS.  THAT IS NOT SOMETHING BASED ON THE

09:55:44 22    WITNESS'S PERSONAL KNOWLEDGE.

09:55:49 23            THE COURT:  LET'S READ THE HIGHLIGHTED AREA.

09:56:02 24            COUNSEL, YOU ASKED HIM WHAT THAT MEANS?

09:56:09 25            MR. O'DONNELL:  I CAN RESTATE, YOUR HONOR, I THINK.

09:56:11  1          THE COURT:  I UNDERSTAND WE NEED TO MAKE A RECORD, BUT

09:56:18  2   THIS IS EVIDENCE.  THIS DOCUMENT IS IN EVIDENCE.  I JUST CAN'T LET

09:56:22  3   THIS WITNESS GIVE OPINION TESTIMONY BECAUSE HE IS NOT AN EXPERT.

09:56:26  4          MR. O'DONNELL:  I UNDERSTAND THAT.

09:56:27  5          THE COURT:  WHEN I SAY HE IS NOT AN EXPERT, HE HAS NOT

09:56:29  6   BEEN TENDERED AS AN EXPERT TO THIS COURT.  THE COURT IS WELL

09:56:32  7   FAMILIAR WITH HIS WORK.

09:56:33  8          MR. O'DONNELL:  MAY I RESTATE?  I ASSUME THE OBJECTION IS

09:56:36  9   SUSTAINED?

09:56:37 10          THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION.

09:56:44 11          MS. MILLER:  THANK YOU, YOUR HONOR.

09:56:44 12   BY MR. O'DONNELL:

09:56:44 13   Q.  SIR, IN YOUR OWN EXPERIENCES AFTER 1957, DID YOU OBSERVE THIS

09:56:44 14   PHENOMENON OF THE FULL FLUCTUATION OF THE TIDE BEING FELT

09:56:47 15   THROUGHOUT THE PARISH?

09:56:48 16   A.  YES, I DID.

09:56:49 17   Q.  LET'S GO TO THE NEXT STATEMENT:  "THE TIDAL ACTION WILL HAVE

09:56:55 18   ADVERSE EFFECTS ON THE ENTIRE MARSH AREA WITH CONSEQUENT EROSIVE

09:57:00 19   ACTION AND THE INTRUSION OF HIGH SALINE CONTENT WATER INTO THE AREA

09:57:05 20   NORMALLY FRESH OR ONLY SLIGHTLY" -- I THINK IT'S SUPPOSED TO BE

09:57:13 21   BRACKISH AND NOT BLACKISH.

09:57:15 22          IN YOUR OWN EXPERIENCE AFTER 1957, DID THIS, IN FACT,

09:57:18 23   OCCUR AS PREDICTED BY THIS COMMITTEE?

09:57:19 24   A.  YES, IT DID.

09:57:21 25          THE COURT:  AND JUST TO POINT OUT, THE COURT HAS READ A

09:57:24 1   DEPOSITION BY THE UNFORTUNATELY DECEASED WITNESS THAT BASICALLY

09:57:27 2   SAYS THE VERY SAME THING AS DESIGNATED BY THE GOVERNMENT.

09:57:31 3            MR. O'DONNELL:  YES.  AND I'LL MOVE ON, YOUR HONOR.

09:57:33 4   OKAY.  I AM GETTING NOW TO THE MEAT.

09:57:36 5            THE COURT:  NO, NO, JUST THAT I HAVE READ THIS.  I DON'T

09:57:39 6   THINK THIS IS IN REAL DISPUTE.

09:57:41 7            MR. O'DONNELL:  MAYBE THE NEXT STATEMENT I READ IS.

09:57:43 8            THE COURT:  IT PROBABLY WILL BE.  WE'RE GOING TO GET TO

09:57:45 9   THAT I'M SURE.

09:57:46 10            MR. O'DONNELL:  THEY DON'T HAVE ME UP HERE NOT TO CAUSE

09:57:50 11   SOME CONTROVERSY, YOUR HONOR.

09:57:50 12   BY MR. O'DONNELL:

09:57:51 13   Q.  NEXT QUOTE:  "DURING TIMES OF HURRICANE CONDITIONS, THE

09:57:54 14   EXISTENCE OF THE CHANNEL WILL BE AN ENORMOUS DANGER TO THE HEAVILY

09:57:59 15   POPULATED AREAS OF THE PARISH DUE TO THE RAPIDITY OF THE RISING

09:58:03 16   WATERS REACHING THE PROTECTED AREAS IN FULL FORCE THROUGH THE

09:58:07 17   AVENUE OF THIS PROPOSED CHANNEL.  THIS DANGER IS ONE THAT CANNOT BE

09:58:12 18   DISCOUNTED.  NO MATTER HOW SMALL A FLOOD MAY BE OR HOW SMALL THE

09:58:17 19   AREA TO WHICH IT IS CONFINED, TO THE FAMILIES THAT HAVE WATER IN

09:58:21 20   THEIR HOUSES, IT IS A MAJOR CATASTROPHE."

09:58:26 21            SIR, WHAT IS THE CONCEPT OF CROSS-SECTION WITH REGARD TO

09:58:30 22   A CHANNEL?

09:58:31 23   A.  THE CROSS-SECTION IS THE SUM TOTAL OF THE AREA DERIVED FROM THE

09:58:40 24   WIDTH AND THE DEPTH AND THE GENERAL CONFIGURATION OF THE CHANNEL.

09:58:44 25   IT'S THE OPENING THROUGH WHICH WATER MOVES IN AND OUT OR BACK AND

09:58:49  1    FORTH THROUGH A CHANNEL.

09:58:51  2    Q.  AND IS IT DESCRIBED BY SOME UNIT OF MEASUREMENT?

09:58:54  3    A.  YES.  USUALLY IN SQUARE FEET OR SQUARE MEASUREMENT.

09:59:00  4    Q.  PRIOR TO THE MRGO, WAS THERE ANY CROSS-SECTION THROUGH THE

09:59:04  5    MARSHLANDS?

09:59:05  6    A.  YES.  IT WAS 40 FEET DEEP AND WITH AN INITIAL --

09:59:13  7              THE COURT:  ARE YOU ASKING PRIOR TO THE MRGO?

09:59:15  8              MR. O'DONNELL:  YES.

09:59:16  9              THE WITNESS:  OH, I'M SORRY.

09:59:16 10    BY MR. O'DONNELL:

09:59:17 11    Q.  BEFORE THE MRGO, WAS THERE ANY SUCH CROSS-SECTION OF ANY

09:59:21 12    DIMENSIONS THROUGH THE 40 OR 50 MILES OF MARSHLAND?

09:59:21 13    A.  NO.

09:59:25 14              MS. MILLER:  OBJECTION, VAGUE.

09:59:26 15              MR. O'DONNELL:  I'LL MOVE ON, YOUR HONOR.

09:59:28 16              THE COURT:  ALL RIGHT.  I'LL SUSTAIN THE OBJECTION, AND I

09:59:37 17    AM SURE THERE ARE MAPS THAT WILL SHOW WHAT WAS THERE AND WHAT

09:59:37 18    WASN'T -- AERIAL PHOTOGRAPHS, I SHOULD SAY.

09:59:38 19              MR. O'DONNELL:  THERE ARE, YOUR HONOR.

09:59:39 20              THE COURT:  GO AHEAD.  I'VE LOOKED AT IT.

09:59:39 21    BY MR. O'DONNELL:

09:59:42 22    Q.  SIR, WHEN THIS CHANNEL WAS CONSTRUCTED, WAS THERE A NATURAL

09:59:45 23    RIDGE OF BAYOU LA LOUTRE THAT WAS SEVERED?

09:59:50 24    A.  YES, THERE WAS.

09:59:51 25    Q.  LET'S LOOK AT SLIDE 49, I BELIEVE IT IS, IF WE COULD.

| | | |
|---|---|---|
| 09:59:58 | 1 | WHAT DOES THIS PHOTOGRAPH DEPICT, SIR? |
| 10:00:01 | 2 | A.  IT DEPICTS THE GENERAL TERRAIN OF THE ST. BERNARD PARISH AREA, |
| 10:00:06 | 3 | INCLUDING THE MRGO. |
| 10:00:08 | 4 | Q.  WHAT IS -- |
| 10:00:09 | 5 | THE COURT:  MR. O'DONNELL, MAY I ASK YOU FOR AN EXHIBIT |
| 10:00:13 | 6 | NUMBER? |
| 10:00:13 | 7 | MR. O'DONNELL:  YES, YOUR HONOR. |
| 10:00:15 | 8 | THE COURT:  YOU MAY HAVE STATED IT AND I MISSED IT. |
| 10:00:18 | 9 | MR. O'DONNELL:  NO, I DIDN'T, YOUR HONOR, AND THAT'S MY |
| 10:00:21 | 10 | BAD. |
| 10:00:37 | 11 | THE COURT:  I DON'T WANT TO SLOW YOU UP TOO MUCH.  I |
| 10:00:41 | 12 | DON'T KNOW WHAT THAT MEANS AT THE TOP "GE-049." |
| 10:00:46 | 13 | MR. O'DONNELL:  CAN ANYBODY READ THE BOTTOM? |
| 10:00:53 | 14 | THE COURT:  I DON'T WANT TO SPEND TOO MUCH TIME.  IT JUST |
| 10:00:55 | 15 | HELPS WHEN WE REVIEW THE RECORD. |
| 10:01:00 | 16 | MR. O'DONNELL:  405, YOUR HONOR. |
| 10:01:02 | 17 | THE COURT:  IT'S JOINT EXHIBIT 405? |
| 10:01:04 | 18 | MR. O'DONNELL:  YES. |
| 10:01:06 | 19 | THE COURT:  I THOUGHT THAT WAS THE ST. BERNARD |
| 10:01:08 | 20 | RESOLUTION? |
| 10:01:10 | 21 | MS. MILLER:  I THINK IT MAY BE A PX. |
| 10:01:13 | 22 | THE DEPUTY CLERK:  IT'S NOT JX. |
| 10:01:15 | 23 | MR. O'DONNELL:  I APOLOGIZE, YOUR HONOR.  I DON'T HAVE |
| 10:01:16 | 24 | THE NUMBER BUT WE CAN -- |
| 10:01:19 | 25 | THE COURT:  WHY DON'T WE JUST MAKE A NOTE AND GET THAT |

| | | |
|---|---|---|
| 10:01:21 | 1 | AND ADD IT TO THE RECORD AFTER YOU FINISH THIS EXAMINATION. |
| 10:01:24 | 2 | MR. O'DONNELL:  I WILL, YOUR HONOR. |
| 10:01:24 | 3 | BY MR. O'DONNELL: |
| 10:01:27 | 4 | Q.  SIR, CAN YOU TELL US BRIEFLY WHAT THIS DEPICTS AND TELL US |
| 10:01:30 | 5 | ABOUT BAYOU LA LOUTRE? |
| 10:01:32 | 6 | A.  AS I STATED, IT'S THE GENERAL AREA TRAVERSED BY THE MRGO. |
| 10:01:38 | 7 | BAYOU LA LOUTRE IS A REMNANT OF MAJOR DISTRIBUTARY OF THE |
| 10:01:43 | 8 | MISSISSIPPI RIVER THAT FUNCTIONED ABOUT 2,000 YEARS AGO.  IT BUILT |
| 10:01:47 | 9 | A SUBSTANTIAL NATURAL RIDGE -- |
| 10:01:52 | 10 | MS. MILLER:  OBJECTION. |
| 10:01:52 | 11 | THE WITNESS:  -- AS A RESULT OF THE OVERFLOW. |
| 10:01:54 | 12 | THE COURT:  JUST A MINUTE. |
| 10:01:55 | 13 | MS. MILLER:  YOUR HONOR, THIS TESTIMONY, AGAIN, IS EXPERT |
| 10:01:58 | 14 | OPINION ON THE -- |
| 10:01:58 | 15 | THE COURT:  OVERRULED.  HE IS SIMPLY TESTIFYING.  HE IS |
| 10:02:01 | 16 | NOT OPINING AT ALL.  HE IS STATING A FACT.  I DO NOT THINK IT'S AN |
| 10:02:04 | 17 | OPINION.  IF IT'S IN DISPUTE -- IF THERE'S OTHER OPINIONS THAT |
| 10:02:08 | 18 | DISPUTE THIS, IF IT'S A CRITICAL FACT IN THE CASE, I MIGHT AGREE |
| 10:02:13 | 19 | WITH YOU.  BUT I THINK THIS WITNESS IS QUALIFIED TO STATE |
| 10:02:19 | 20 | PEDAGOGICALLY CERTAIN FACTS. |
| 10:02:20 | 21 | I DON'T THINK HE'S OPINING AS TO ANYTHING THAT'S RELEVANT |
| 10:02:24 | 22 | AS TO THE ULTIMATE ISSUES IN THIS CASE.  HE IS SIMPLY SAYING THIS |
| 10:02:28 | 23 | IS A FACT AS TO HIS KNOWLEDGE.  AND UNLESS IT'S IN DISPUTE -- IF |
| 10:02:31 | 24 | THERE'S SOME REASON IT'S IN DISPUTE, IT GOES TO THE GOVERNMENT'S |
| 10:02:34 | 25 | CASE, I WILL LISTEN TO YOU FURTHER ON THIS.  BUT WE HAVE TO GET |

10:02:37  1    SOME BACKGROUND.

10:02:38  2              MS. MILLER:  THAT'S FINE, YOUR HONOR.

10:02:39  3              THE COURT:  ALL RIGHT.  THANK YOU.

10:02:39  4    BY MR. O'DONNELL:

10:02:46  5    Q.  HAVE YOU PERSONALLY VISITED THE BAYOU LA LOUTRE RIDGE?

10:02:46  6    A.  NUMEROUS TIMES, YES.

10:02:46  7    Q.  HAVE YOU WALKED THE BAYOU LA LOUTRE RIDGE?

10:02:49  8    A.  NOT IN ITS ENTIRETY BUT I HAVE WALKED IT.

10:02:52  9    Q.  PRIOR TO THE MRGO, HOW HIGH WAS THE BAYOU LA LOUTRE RIDGE AT

10:02:56 10    THE POINT IN WHICH THE CHANNEL SEVERED IT?

10:02:59 11    A.  THE RIDGE ITSELF WAS SEVERAL FEET ABOVE MARSH LEVEL.  IT'S A

10:03:04 12    VERY BROAD RIDGE, AS YOU CAN SEE ON THE PHOTOGRAPHS.  AND IT DOES

10:03:09 13    HAVE WOODY VEGETATION.  IT HAS TREES ON IT.  AND THE SOILS ARE

10:03:16 14    SUBSTANTIAL.  IN CONTRAST TO THE NEIGHBORING AREAS WHERE THE SOILS

10:03:23 15    ARE PRIMARILY ORGANIC IN NATURE, THESE SOILS ARE MINERAL SOILS MADE

10:03:27 16    UP OF SILTS AND CLAYS THAT WERE TRANSPORTED BY THE MISSISSIPPI

10:03:30 17    RIVER.

10:03:30 18    Q.  DID THE BAYOU LA LOUTRE RIDGE BEFORE THE MRGO SERVE AS A

10:03:34 19    NATURAL BARRIER FOR SALTWATER MOVEMENT TO THE NORTH?

10:03:40 20    A.  ABSOLUTELY.  YOU CAN THINK OF IT AS A NATURAL DAM THAT

10:03:45 21    SEPARATED TWO BIG DRAINAGE BASINS, THE ONE NORTH OF IT AROUND LAKE

10:03:53 22    BORGNE AND THE AREA TO THE SOUTH.

10:03:54 23    Q.  AND DURING STORMS, DID IT ALSO SERVE AS A SURGE BARRIER?

10:03:59 24    A.  YES.

10:04:00 25              MS. MILLER:  OBJECTION.

10:04:01  1          THE COURT:  JUST A MINUTE, JUST A MINUTE.

10:04:02  2          MS. MILLER:  OBJECTION, YOUR HONOR.  THIS IS CALLING FOR

10:04:05  3  AN OPINION TESTIMONY WITHIN THE PARAMETERS OF 702.

10:04:11  4          THE COURT:  I AM NOT SURE IT REQUIRES -- LET ME SAY THIS:

10:04:13  5  I AM NOT SURE IT REQUIRES TECHNICAL EXPERT OR SCIENTIFIC KNOWLEDGE

10:04:17  6  TO KNOW THAT A RIDGE FIVE FEET HIGH OR THREE OR FOUR OR TWO FEET

10:04:22  7  MAY IN SOME WAY, IN COMMON SENSE, INHIBIT THE SURGE.  TO WHAT

10:04:28  8  EXTENT, WHETHER IT MADE ANY DIFFERENCE IN THIS CASE, THAT'S

10:04:31  9  SOMETHING ELSE.

10:04:32 10          TECHNICALLY -- TO THE EXTENT THIS REQUIRES TECHNICAL,

10:04:37 11  SCIENTIFIC OR OTHER KNOWLEDGE TO MAKE THIS STATEMENT, IF IT'S IN

10:04:42 12  THE FORM OF AN OPINION, BUT THE COURT -- THE COURT WILL TAKE NOTICE

10:04:46 13  THAT ANY RIDGE WILL INHIBIT THE SURGE TO SOME DEGREE.  WHETHER IT

10:04:51 14  DID IN THIS CASE OR WHETHER IT WOULD HAVE IS PURELY LEFT FOR OTHER

10:05:00 15  PERSONS TO TESTIFY ABOUT.  BUT I'LL JUST TAKE NOTICE, I KNOW THAT

10:05:05 16  IT DOES.

10:05:05 17  BY MR. O'DONNELL:

10:05:06 18  Q.  HOW HIGH WAS THE BAYOU LA LOUTRE RIDGE, SIR, BEFORE IT WAS

10:05:10 19  SEVERED BY THE MRGO?

10:05:12 20  A.  ITS PHYSICAL ELEVATION IS ONLY A FEW FEET, BUT THERE WAS SPOIL

10:05:18 21  DEPOSITED ALONG PORTIONS OF IT AS THE CHANNEL HAD BEEN IMPROVED FOR

10:05:22 22  LOCAL NAVIGATION MANY YEARS AGO.

10:05:25 23  Q.  THE CHANNEL BEING THE BAYOU LA LOUTRE?

10:05:27 24  A.  YES.

10:05:27 25  Q.  AND WITH THE SPOIL ON TOP OF THE NATURAL SEVERAL FEET, HOW HIGH

10:05:31  1   WAS IT AT THE TIME IT WAS SEVERED BY THE MRGO?

10:05:34  2   A.  THERE ARE PLACES WHERE THE SPOIL WAS AND IS TEN FEET HIGH.

3           MR. O'DONNELL:  YOUR HONOR, I DON'T THINK THERE'S MUCH

4   DISPUTE THAT SALTWATER IS NOT HEALTHY TO MOST TYPES OF VEGETATION,

5   SO I AM ONLY GOING TO FOCUS ON A STUDY THAT HE DID ABOUT THE

6   INTRODUCTION OF SALTWATER INTO THE UPPER BASIN OF ST. BERNARD.

7           THE COURT:  ALL RIGHT.  WE'LL SEE WHAT THE GOVERNMENT --

8   THEY HAVE EVERY RIGHT TO OBJECT WHENEVER YOU SEE IT NECESSARY.  GO

9   AHEAD.

10  BY MR. O'DONNELL:

11  Q.  SIR, IN THE 1970'S, DID YOU PERSONAL PERSONALLY STUDY THE

12  CONTENT OF THE WATER IN THE UPPER REGIONS OF REACH TWO AND THE GIWW

13  REACH ONE?

14  A.  YES, I DID.

15  Q.  WHAT WERE THE SALINITY LEVELS IN THIS AREA PRIOR TO THE

16  CONSTRUCTION OF THE MRGO?

17  A.  IN THE UPPER REACHES IN THE VICINITY OF -- I'M SORRY, THIS IS

18  NOT WORKING -- OF PARIS ROAD.

19          THE COURT:  WHAT'S NOT WORKING, SIR?

20          THE WITNESS:  THE LASER POINTER.

21          THE COURT:  OH, THE LASER POINTER, MAYBE YOU CAN TOUCH IT

22  AND WE'LL GET A REFURBISHED LASER POINTER HOPEFULLY FOR THE NEXT

23  WITNESS.

24          MR. O'DONNELL:  CAN WE GO BACK TO THE REGIONAL SLIDE.

25          THE COURT:  I'LL LET HIM USE HIS METHOD OF CHOICE.

```
 1              THE WITNESS:  WE NEED TO BACK UP ONE, PLEASE.

 2              MR. O'DONNELL:  BUT FOR A NAIL.

 3              THE DEPUTY CLERK:  WHAT SCREEN DO YOU WANT?

 4              THE WITNESS:  I CAN SHOW IT ON THIS SCREEN.  IN THE

 5  VICINITY OF PARIS ROAD HERE, THE SALINITIES INCREASED --

 6  BY MR. O'DONNELL:

 7  Q.  EXCUSE ME, WHAT WAS THE BASELINE BEFORE THE MRGO?  I WANT TO

 8  KNOW THAT FIRST.

 9  A.  THE BASELINE WAS FRESH AND THAT WAS GENERALLY LESS THAN FIVE

10  PARTS PER THOUSAND.

11  Q.  IS THAT A STANDARD UNIT OF MEASUREMENT FOR SALINITY?

12  A.  YES.

13  Q.  AFTER THE CONSTRUCTION OF THE MRGO, WHAT WAS THE SALINITY OF

14  THIS AREA?

15  A.  INCREASED TO BRACKISH TO SALINE CONDITIONS.  IT WAS A VERY

16  DRAMATIC INCREASE.  THE LOCAL PEOPLE ON THE ADVISORY COMMITTEES

17  THAT I'VE WORKED WITH FOR YEARS HAVE TOLD ME OVER AND OVER AGAIN

18  THAT PRIOR TO THE --

19              MS. MILLER:  OBJECTION, YOUR HONOR, HEARSAY.

20              THE COURT:  SUSTAINED.

21  BY MR. O'DONNELL:

22  Q.  BASED ON STUDIES YOU OBSERVED --

23  A.  STUDIES I'VE OBSERVED.

24  Q.  -- WHAT DID THE SALINITY GO TO IN THIS REGION AFTER THE MRGO?

25  A.  THE SALINITIES WENT FROM CONDITIONS --
```

1          MS. MILLER:  OBJECTION, FOUNDATION AS TO WHETHER THIS

2    WITNESS WAS LEAD TO THAT PERSONALLY.

3          THE COURT:  I AM GOING GET YOU A MIKE.  IT'S CUMBERSOME

4    BECAUSE I ASKED YOU TO STAND.

5          MS. MILLER:  I'M SORRY.  I'LL SPEAK UP.

6          THE COURT:  YES, THAT HELPS.  OKAY.  GO AHEAD, SIR.

7    BY MR. O'DONNELL:

8    Q.  SIR, DID YOU PERSONALLY READ STUDIES AND REPORTS ON THE

9    SALINITY LEVEL IN THIS REGION PRIOR TO THE MRGO?

10   A.  YES, I STUDIED SALINITY RECORDS FROM STATIONS THAT RECORDED

11   SALINITY BEFORE AND AFTER THE CHANNEL WAS CONSTRUCTED.

12   Q.  AND WHOSE DATA WAS THAT?

13   A.  THE CORPS OF ENGINEERS DATA.

14   Q.  SO WHAT DID THESE STUDIES OF THE CORPS' OWN DATA INDICATE TO

15   YOU THE PARTS PER THOUSAND WAS AFTER THE MRGO WAS CONSTRUCTED IN

16   THIS AREA?

17         MS. MILLER:  OBJECTION, YOUR HONOR.  THE WITNESS IS

18   TESTIFYING ABOUT INFORMATION HE LEARNED FROM STUDYING OTHER DATA.

19   IT'S NOT PERSONAL KNOWLEDGE.  THIS IS TESTIMONY WITHIN RULE 702'S

20   CONFINES.

21         MR. O'DONNELL:  THIS IS WHAT SCIENTISTS DO EVERY DAY,

22   YOUR HONOR, WHEN WRITING REPORTS.

23         THE COURT:  I UNDERSTAND.  I AM JUST TRYING NOT TO LET IT

24   GET TO BE -- THESE THINGS ARE NOT CONTROVERSIAL.  THE COURT IS WELL

25   AWARE FROM DEPOSITIONS THAT ARE ALREADY IN EVIDENCE THAT THE

```
 1    SALINITY, I DON'T KNOW THE PRECISE LEVEL, BUT THE SALINITY LEVEL

 2    CERTAINLY INCREASED AS TESTIFIED BY THE GOVERNMENT'S OWN DESIGNATED

 3    WITNESSES.

 4              IF THIS IS A GOVERNMENT DOCUMENT -- IS THE DOCUMENT IN

 5    EVIDENCE?

 6              MR. O'DONNELL:  THERE'S MANY DOCUMENTS IN EVIDENCE, AND

 7    IN A FEW MINUTES I'LL GET TO A 1972 STUDY THAT THE WITNESS DID ON

 8    THIS ISSUE.  SO I'LL JUST MOVE ON UNTIL I GET TO A STUDY THAT HE

 9    USED, YOUR HONOR.

10              THE COURT:  ALL RIGHT.  THANK YOU.

11    BY MR. O'DONNELL:

12    Q.  HAVE YOU PERSONALLY OBSERVED WHAT KIND OF AQUATIC MAMMALS OR

13    FISH ARE IN THIS REGION AFTER THE MRGO WAS CONSTRUCTED?

14    A.  YES, I HAVE.

15    Q.  WHAT WAS IT?

16    A.  PRIOR TO THE OPENING OF THE CHANNEL WE HAD FROGS AND CRAWFISH,

17    AND AFTER THE OPENING, VERY, VERY SHORTLY AFTER THE OPENING WE HAD

18    PORPOISE AND RED FISH.

19    Q.  PORPOISE AND RED FISH ARE USUALLY DENIZENS OF THE OCEAN?

20    A.  THEY ARE MARINE AND ESTUARINE SPECIES.

21    Q.  OKAY.  TO YOUR KNOWLEDGE, DID THE ARMY CORPS TAKE ANY

22    RESPONSIVE ACTION WITH REGARD TO THE TIDEWATER ADVISORY COMMITTEE

23    REPORT?

24    A.  NO.

25    Q.  HAVE YOU PERSONALLY --
```

```
 1            MR. O'DONNELL:  I AM CHANGING SUBJECTS TO DREDGING NOW,

 2   YOUR HONOR.

 3            THE COURT:  I APPRECIATE THAT.  OKAY.

 4   BY MR. O'DONNELL:

 5   Q.  SIR, HAVE YOU PERSONALLY OBSERVED DREDGING ALONG THE MRGO?

 6   A.  YES, I HAVE.

 7   Q.  WHAT TYPE OF PROCESS WAS USED?

 8   A.  I VISITED THIS HYDRAULIC DREDGE THAT WAS OPERATING IN THE

 9   CHANNEL WHEN IT WAS BEING CONSTRUCTED IN THE EARLY 1960'S, AND IT

10   WAS A HYDRAULIC TYPE DREDGE.

11   Q.  WHAT DID THE CORPS DO FROM YOUR OWN OBSERVATION WITH THE DREDGE

12   SEDIMENT, THE SPOIL AS IT CAME UP?

13   A.  THE MATERIAL WAS DISCHARGED THROUGH A TAILPIPE COMING OUT OF

14   THE BACK END OF THE DREDGE THROUGH THESE PIPES THAT DIRECTED IT TO

15   SPOIL CONTAINMENT AREAS ALONG THE WEST BANK.

16   Q.  AND IS THAT THE COUPLE THOUSAND WIDE RECTANGULAR AREA ALONG THE

17   WEST SIDE OF THE MRGO THAT WE CAN SEE IN THIS MAP?

18   A.  YES, THAT'S CORRECT.

19   Q.  DID THE CORPS DISPOSE OF THIS SEDIMENT ON THE EAST SIDE, THE

20   LAKE BORGNE SIDE?

21   A.  NO.

22   Q.  DID YOU EVER RECOMMEND TO THE CORPS THAT THEY, IN FACT, DISPOSE

23   OF THIS SPOIL ON THE EAST SIDE OF THE MRGO?

24   A.  YES.

25   Q.  WHAT IS THE BENEFICIAL USE OF SPOIL IN YOUR EXPERIENCE?
```

```
 1   A.  THIS IS THE CONCEPT THAT IF WE'RE GOING TO MOVE THESE MATERIALS

 2   FOR NAVIGATION CHANNELS OR OTHER PURPOSES, THEY'RE USEFUL MATERIALS

 3   FOR RESTORING THE LANDSCAPE AND THAT THEY SHOULD BE PLACED IN

 4   PLACE, IN LOCATIONS WHERE THEY WILL GIVE THE GREATEST BENEFIT TO

 5   THE ENVIRONMENT AND ALSO PROVIDE PROTECTION AGAINST STORMS WHERE

 6   THEY CAN BE REVEGETATED, AND THIS REQUIRES SOME PLANNING, OF

 7   COURSE, TO MAKE IT WORK.

 8   Q.  DID YOU AND THE ST. BERNARD PARISH ADVOCATE TO THE CORPS THAT

 9   THEY DEPOSIT SPOIL MATERIAL FOR BENEFICIAL USE ON THE EAST SIDE OF

10   THE REACH TWO CHANNEL?

11   A.  YES, WE DID.

12   Q.  BEGINNING WHAT GENERAL PERIOD OF TIME?

13   A.  I THINK BEGINNING GENERALLY WHEN WE FIRST STARTED DOING THESE

14   STUDIES IN THE 1972-73 ERA BUT REITERATING THAT WHEN WE DEVELOPED

15   THE COASTAL MANAGEMENT PLAN FOR ST. BERNARD IN THE 1980'S.

16   Q.  OTHER THAN A SMALL EXPERIMENTAL STRETCH, DID THE CORPS EVER USE

17   SPOIL ON THE EAST SIDE FOR BENEFICIAL USE?

18   A.  NOT IN A SERIOUS WAY, NO.

19   Q.  LET'S TURN TO PLAINTIFFS' EXHIBIT 1630.  SIR, CAN YOU TELL US

20   WHAT THE REFERENCE TO LAND BRIDGE IS THERE BETWEEN LAKE BORGNE AND

21   THE REACH TWO CHANNEL?

22   A.  A LAND BRIDGE GENERALLY REFERS TO A RELATIVELY NARROW STRIP OF

23   LAND THAT SEPARATES TWO WATER BODIES.  IN THIS CASE THE WATER

24   BODIES BEING LAKE BORGNE AND THE MISSISSIPPI RIVER GULF CHANNEL

25   ITSELF.  AND AS YOU CAN SEE AT THIS PLACE THAT LAND BRIDGE IS VERY
```

1    NARROW.

2    Q.  DID YOU RECOMMEND TO THE CORPS IN THE 1970'S THAT THEY TAKE

3    STEPS TO PREVENT THE PROGRESSIVE NARROWING OF THIS LAND BRIDGE?

4    A.  YES.

5    Q.  AND WHAT DID YOU RECOMMEND?

6    A.  WE RECOMMENDED TWO OR THREE THINGS ACTUALLY:  ONE, THAT THE

7    BANK OF THE MRGO, THE NORTH BANK OR THE EAST BANK NEEDED TO BE

8    STABILIZED BECAUSE IT REPRESENTS AN ERODING EDGE; AND LIKEWISE, THE

9    SHORELINE OF LAKE BORGNE IN THAT VICINITY NEEDED TO BE STABILIZED.

10          WE ALSO RECOMMENDED PLACEMENT OF DREDGE MATERIAL AND

11   REVEGETATING THAT DREDGE MATERIAL BETWEEN THOSE TWO PROTECTED

12   MEASURES.

13   Q.  DID YOU, IN FACT, IN THE 1970'S RECOMMEND SPECIFIC REMEDIAL

14   MEASURES FOR SHORING UP THE RECEDING SHORELINE OF LAKE BORGNE AS IT

15   APPROACHED THE EAST CHANNEL -- APPROACH THE CHANNEL?

16   A.  IN THE 70'S AND AGAIN IN THE EARLY 1980'S.

17   Q.  DID YOU RECOMMEND SPECIFIC WAYS TO SHORE UP THE SHORELINE?

18   A.  YES.  WE RECOMMENDED PROBABLY USING -- NOT PROBABLY, BUT USING

19   ROCKS AND HARD STRUCTURE BECAUSE THE ENERGY CONDITIONS ARE VERY

20   HIGH THERE.

21   Q.  DID YOU HAVE PERSONAL EXPERIENCE WITH THE REGENERATIVE EFFECTS

22   OF USING DREDGE MATERIAL IN WETLANDS?

23   A.  YES.  I HAVE PLANNED AND ACTUALLY PARTICIPATED IN THE EXECUTION

24   OF BUILDING MARSH WITH DREDGE MATERIAL, FILLING PIPELINE CANALS

25   WITH DREDGE MATERIAL, AND REVEGETATING AREAS THAT HAD BEEN RESTORED

```
1   IN THAT FASHION WITH NURSERY GROWN MARSH GRASSES THAT ARE PLANTED
2   IN A REGULAR PATTERN AND SPACING.
3   Q.  WHEN A DREDGE, DREDGE BOAT IS DREDGING THE MRGO CHANNEL IN THE
4   UPPER REACH, WHAT KIND OF MECHANISM IS USED TO PUT THAT DREDGE
5   COMING UP HYDRAULICALLY OUT OF THE BOTTOM OF THE CHANNEL ONTO THE
6   WEST SIDE, WHAT PHYSICALLY HAPPENS OPERATIONALLY?
7   A.  THE SO-CALLED TAILPIPE IS A SERIES OF SECTIONS OF FAIRLY LARGE
8   DIAMETER PIPE THAT ARE ON FLOATING PONTOONS AND THEY'RE CONSTANTLY
9   SHIFTED AS THE DREDGE MOVES.  THE OUTLET OF THAT IS ACTUALLY ON
10  LAND AND IT'S MANEUVERED WITH SOME MACHINE, USUALLY A TRACK --
11  MARSH BUGGY OR EVEN A TRACTOR OF SOME TYPE DEPENDING UPON THE
12  FIRMNESS OF THE SOIL.
13  Q.  FROM YOUR OWN PERSONAL OBSERVATION OF WATCHING THIS DREDGING,
14  WAS THERE ANY REASON THE CORPS COULDN'T HAVE SHIFTED THOSE PIPES
15  OVER TO THE WEST SIDE OF THE CHANNEL?
16  A.  PHYSICALLY AND MECHANICALLY, NO.
17  Q.  OPERATIONALLY WOULD IT HAVE COSTS ANYMORE MONEY?
18  A.  VERY LITTLE.  IT WOULD HAVE REQUIRED A RIGHT OF WAY AREA AND
19  SOME SMALL RETAINMENT DIKES TO CONTAIN THE SPOIL.
20  Q.  LET'S MOVE NOW TO PLAINTIFFS' EXHIBIT 1630, 1972 ENVIRONMENTAL
21  IMPACT STUDY ON THE PROPOSED WIDENING AND DEEPENING OF THE MRGO
22  PROJECT.  IS THIS THE DOCUMENT, SIR?
23  A.  YES, THIS IS A DOCUMENT THAT WE PREPARED FOR THE ST. BERNARD
24  PARISH POLICE JURY.
25  Q.  AND WHY WAS IT PREPARED BY THE PARISH?
```

1    A.  THE PARISH HAD BEEN GREATLY CONCERNED FOR A NUMBER OF YEARS

2    SINCE THE OPENING OF MRGO AS MR. MERAUX'S REPORT INDICATED BY THE

3    IMPACTS AND THE ONGOING STORM THREAT.  AND DURING THIS PERIOD THE

4    CORPS WAS ACTUALLY EXPLORING THE IDEAS OF MAKING THE CHANNEL WIDER

5    AND DEEPER OF DREDGING A LARGE ANCHORAGE AREA IN THE TRIANGLE AND

6    ACTUALLY CREATING A NEW SHIP LOCK LOCATION NEAR VIOLET.

7    Q.  THE CORPS WAS PROPOSING IN REACH TWO TO WIDEN IT?

8    A.  YES.

9    Q.  FROM 650 FEET TO WHAT?

10   A.  I DON'T RECALL.

11   Q.  AND DID THEY WANT TO MAKE IT DEEPER THAN 36 FEET?

12   A.  YES.

13   Q.  WAS ST. BERNARD PARISH IN FAVOR OF THIS?

14   A.  NO, THEY WERE NOT.

15   Q.  AND THIS ENVIRONMENTAL IMPACT STUDY, WAS IT GIVEN TO THE CORPS

16   OF ENGINEERS AT OR ABOUT THE TIME IN 1972 WHEN IT WAS PREPARED?

17   A.  YES, IT WAS.

18   Q.  LET'S GO TO SLIDE 19, IF WE COULD, CARL.  I AM GOING TO ASK YOU

19   ABOUT THIS SENTENCE IN YOUR REPORT:  "A REEVALUATION OF HURRICANE

20   STORM SURGE THREAT IN THE FUNNEL FORMED BY THE MRGO AND THE GIWW

21   AND ASSOCIATED HURRICANE PROTECTION LEVEES SHOULD BE MADE."

22           YOU AUTHORED THAT STATEMENT, SIR?

23   A.  YES, I DID.

24   Q.  AND TELL US WHAT FUNNEL YOU'RE REFERRING TO IN 1972?

25   A.  I AM REFERRING TO THE GEOGRAPHY OF THE TRIANGLE OF WHERE THE

```
 1   MISSISSIPPI RIVER GULF OUTLET MERGES WITH THE GULF INTRACOASTAL
 2   WATERWAY IN THE VICINITY OF THE WESTERN SHORE OF LAKE BORGNE WHICH
 3   CREATES A CONVERGENCE OR A SQUEEZING EFFECT OF LAND FORMS THAT IN,
 4   FROM MY KNOWLEDGE AND TRAINING WOULD CAUSE TIDE WATER MOVEMENT TO
 5   ELEVATE AND BECOME -- HAVE GREATER FORCE.
 6   Q.  WHEN YOU WROTE THIS IN 1972, DID YOU VIEW THE FUNNEL AS POSING
 7   A FLOOD THREAT FOR THE AREA?
 8   A.  YES, I DID.
 9   Q.  IN YOUR OWN PERSONAL EXPERIENCE AND OBSERVATION, WHAT HAPPENED
10   AS HURRICANE SURGE IN THIS FUNNEL?
11   A.  DURING HURRICANE BETSY IT SURGED IN AND CREATED FORCES ALONG
12   THE FLOODWALLS ALONG THE INNER-HARBOR NAVIGATION CANAL AND THE SAME
13   PROCESS OCCURRED AGAIN DURING HURRICANE KATRINA.
14   Q.  LET'S GO TO SLIDE 20.  IT SAYS:  "THE BUILD UP OF TIDES IN
15   NATURALLY CONSTRICTED ESTUARIES IS A WELL-KNOWN PHENOMENON."
16           WHAT DO YOU MEAN BY THAT, SIR?
17           THE COURT:  JUST FOR THE RECORD, THESE ARE EXCERPTS FROM
18   THE REPORT THAT YOU ARE PULLING OUT IN THESE SLIDES?
19           MR. O'DONNELL:  YES.  AND JUST FOR THE COURT, I AM JUST
20   TRYING TO LASER --
21           THE COURT:  POINT OUT THE EXHIBIT YOU'VE ALREADY
22   MENTIONED.
23           MR. O'DONNELL:  YES, PLAINTIFFS' EXHIBIT 1630.
24           THE COURT:  RIGHT, I UNDERSTAND.
25           MR. O'DONNELL:  AND WE'RE GOING TO MAKE THE SLIDES
```

```
 1   AVAILABLE FOR THE COURT AND COUNSEL IF THEY WANT THEM AFTERWARDS.

 2             THE COURT:  GO AHEAD.  OKAY.  THANK YOU.

 3   BY MR. O'DONNELL:

 4   Q.  LET ME READ THIS AGAIN, SIR.  "THE BUILD UP OF TIDE IN

 5   NATURALLY CONSTRICTED ESTUARIES IS A WELL-KNOWN PHENOMENON."

 6             WHAT DO YOU MEAN BY THAT?

 7   A.  THIS IS COASTAL GEOLOGY 101, IT'S BEEN IN TEXTBOOKS FOR YEARS.

 8   IN FACT, I HAVE A PERSONAL COPY OF A BOOK WRITTEN BY SIR CHARLES

 9   LYELL, 1875, THAT TALKS ABOUT THIS PHENOMENON IN THE BAY OF FENDI

10   AND THE THAMES AND RIVERS SUCH AS THE AMAZON WHERE WHEN YOU HAVE A

11   CONVERGENCE OF LAND FORMS, WATER MOVING INTO IT THROUGH LUNAR TIDES

12   OR WIND-GENERATED TIDES IS SQUEEZED AND THE ELEVATION RISES AND THE

13   FORCE OF THE WATER INCREASES.

14   Q.  WAS THIS REPORT THAT YOU WROTE IN 1972 GIVEN TO THE ARMY CORPS

15   OF ENGINEERS?

16   A.  YES, IT WAS.

17   Q.  HOW DO YOU KNOW?

18   A.  I WAS PERSONALLY INVOLVED IN THREE PRESENTATIONS:  ONE, A

19   SPECIAL TRIP MADE BY A DELEGATION OF ELECTED OFFICIALS FROM THE ST.

20   BERNARD PARISH MEETING WITH GENERAL NOBLE IN VICKSBURG, AND WE

21   DISCUSSED THIS AND PRESENTED THESE REPORTS; A SECOND WAS A PUBLIC

22   HEARING IN NEW ORLEANS ABOUT 1973, I BELIEVE, AT WHICH THE SAME

23   MATERIAL WAS PRESENTED, AND WHICH I GAVE A SLIDE PRESENTATION AND

24   WE ENTERED THESE DOCUMENTS INTO THE RECORD; AND THERE WAS A

25   FOLLOW-UP MEETING A YEAR OR SO LATER REGARDING THE SAME, YOU KNOW,
```

1   ENLARGEMENT AND CHANGES IN THE MRGO.

2   Q.  WAS GENERAL NOBLE THE COMMANDER OF THE LOWER MISSISSIPPI VALLEY

3   DIVISION IN 1972?

4   A.  YES, HE WAS.

5   Q.  DID THE DISTRICT ENGINEER PARTICIPATE IN THE MEETING AND

6   PRESENTATION YOU MADE IN NEW ORLEANS OF YOUR STUDY?

7   A.  YES, HE DID.

8   Q.  WHAT WAS THAT GENTLEMAN'S NAME?

9   A.  I THINK THE FIRST PRESENTATION COLONEL HERBERT HARR (PHONETIC)

10  WAS THE DISTRICT ENGINEER AND HE HAD RETIRED BY THE TIME OF THE

11  SECOND, AS I RECALL.  I KNOW HE HAD RETIRED BY THE TIME OF THE LAST

12  PRESENTATION.

13  Q.  DID YOU EVER GET ANY FEEDBACK OR RESPONSE FROM THE ARMY CORPS

14  TO YOUR 1972 REPORT?

15  A.  NO.

16  Q.  DID YOU DO AT THE SAME TIME IN 1972 AN ENVIRONMENTAL BASELINE

17  STUDY IN CONNECTION WITH YOUR ENVIRONMENTAL IMPACT REPORT?

18  A.  YES, WE DID --

19  Q.  LET ME INTERRUPT, I'M SORRY.  I HAVE A PROTOCOL.  LET'S LOOK AT

20  PLAINTIFFS' EXHIBIT 1632, SLIDE 21.  WHAT IS THAT, SIR?

21  A.  THIS IS ANOTHER REPORT DONE ABOUT THE SAME TIME IN

22  OCTOBER 1972, AND THE TITLE IS ENVIRONMENTAL BASELINE STUDY

23  PREPARED FOR ST. BERNARD PARISH POLICE JURY.

24          WE WERE LEARNING -- REMEMBER THIS WAS JUST A FEW YEARS,

25  THREE YEARS AFTER THE PASSAGE OF NEPA AND NEPA REQUIRED, HAD A

```
1    SYSTEM OR A PROCEDURE FOR ASSESSING IMPACTS OF PROJECTS OF PROPOSED

2    ACTIONS.  AND WE WERE LEARNING THROUGH OUR EXPERIENCE WITH THE

3    HIGHWAY DEPARTMENT PROJECTS AND OTHER PROJECTS HOW TO DO THIS

4    ANALYSIS, AND THE ANALYSIS CONSISTED OF ESTABLISHING BASELINE

5    CONDITIONS AND THEN USING THOSE TO EVALUATE PROPOSED ACTIONS AND

6    ALTERNATIVES.  SO THAT'S WHAT THESE REPORTS WERE ABOUT AND HOW THEY

7    WERE STRUCTURED

8            MR. O'DONNELL:  YOUR HONOR, I MAY HAVE BEEN MISTAKEN

9    IDENTIFYING THE 1972 REPORT I JUST DISCUSSED.  MY COLLEAGUE TELLS

10   ME IT'S PLAINTIFFS' EXHIBIT 143.  I'LL SORT THAT OUT DURING A

11   BREAK.  THEY ALSO TELL ME THE LAND BRIDGE SLIDE IS PLAINTIFFS'

12   EXHIBIT 1630, BUT I'LL CONFIRM THAT, YOUR HONOR.

13   BY MR. O'DONNELL:

14   Q.  WHAT WAS THE PURPOSE OF THIS BASELINE STUDY?

15   A.  WELL, TO ESTABLISH THE CONDITIONS THAT EXISTED IN THE AREA

16   TRAVERSED BY MRGO BEFORE ITS CONSTRUCTION, AT THE TIME OF THE

17   BASELINE STUDY TO -- AS A WAY OF EVALUATING WHAT THE IMPACTS TO THE

18   ENVIRONMENT WERE.

19   Q.  WAS ONE OF THE IMPACTS OF THIS BASELINE STUDY IN 1972 THE

20   CHANGE IN THE SALINITY OF THE UPPER REACH OF REACH TWO AND THE IHMC

21   AND THE GIWW?

22   A.  YES, IT WAS.

23   Q.  LET'S TURN TO PAGE 66 OF THE EXHIBIT, SLIDE 22.  NOT TO BELABOR

24   IT, BUT IS THIS YOUR STUDY WITH REGARD TO THE CHANGE IN THE PARTS

25   PER THOUSAND OF THE -- FROM FRESH WATER TO SALINE WATER?
```

1    A.  YES.  IT REPORTS THAT THE SALINITY, THE SURFACE SALINITIES WENT

2    FROM THREE PARTS PER THOUSAND IN 1959 THROUGH '61 TO 10.4 PARTS PER

3    THOUSAND IN 1962 THROUGH '64.

4    Q.  WITH THE CHANGE IN THE TYPE OF WATER, WAS THERE A CHANGE IN THE

5    TYPE OF TREES AND VEGETATION THAT COULD SURVIVE IN THE CHANGED

6    AQUATIC ENVIRONMENT?

7    A.  YES.  THE WETLAND TREES AND GRASSES ARE GROUPED INTO

8    ASSEMBLAGES OF PLANTS THAT ARE KNOWN TO HAVE DIFFERENT TOLERANCES

9    FOR SALINITY, AND THE FRESH WATER VEGETATION --

10              THE COURT:  JUST A MINUTE, WE HAVE AN OBJECTION.

11              MS. MILLER:  OBJECTION, YOUR HONOR, THIS IS OPINION

12   TESTIMONY.

13              THE COURT:  ANY RESPONSE?

14              MR. O'DONNELL:  IT'S HIS OWN HISTORICAL PERSONAL

15   OBSERVATION AND STUDY DONE CONTEMPORANEOUSLY.  I CAN'T THINK OF AN

16   EXPERT BEING ABLE -- EXPERTS RELY ON HIS REPORTS, SO.  HE IS A FACT

17   WITNESS, YOUR HONOR, TELLING US AN IMPORTANT HISTORY HERE.

18              THE COURT:  THIS IS -- I UNDERSTAND HE IS TELLING US

19   HISTORY BUT THE QUESTION IS PHRASED WITH THE CHANGE IN THE TYPE OF

20   WATER, WAS THERE A CHANGE IN THE TYPE OF TREES THAT WOULD SURVIVE

21   THAT PARTICULAR ENVIRONMENT.  YOU CAN ASK HIM IF HE OBSERVED THE

22   TYPE OF TREE, WHY DON'T YOU DO THAT FIRST, THE CHANGE IN THE TYPE

23   OF TREE.

24              THE SURVIVAL OF THE ENVIRONMENT GETS VERY CLOSE TO

25   OPINION, EVEN THOUGH HE MAY BE -- AND HE IS, VERY WELL QUALIFIED TO

```
 1   DO THIS, HE IS -- I HAVE TO DRAW THE LINE SOMEWHERE.  WHY DON'T YOU

 2   ASK HIM WHAT HE OBSERVED.

 3          MR. O'DONNELL:  I AM TRYING TO STAY ON THIS SIDE OF THE

 4   LINE.  I WILL, YOUR HONOR.

 5   BY MR. O'DONNELL:

 6   Q.  SIR, DID YOU PERSONALLY OBSERVE THE CHANGE IN THE SALINITY OF

 7   THIS WATER ENVIRONMENT?

 8   A.  AS I TESTIFIED EARLIER, I'VE BEEN GOING INTO THIS AREA FOR

 9   DECADES LITERALLY AND I DID OBSERVE THE CHANGES IN VEGETATION THAT

10   HAVE RESULTED FROM THE SALINITY CHANGE.

11   Q.  WHAT DID YOU OBSERVE?

12   A.  I OBSERVED THAT THE TREES IN THE CENTRAL WETLAND HAVE LARGELY

13   DIED OR BEEN TERRIBLY DEGRADED AND THAT THE TYPES OF MARSH GRASSES

14   AND PLANT AND ANIMALS AND FISH ALONG THE CHANNEL AND IN THE MARSHES

15   THAT IT TRAVERSES HAVE BEEN ALTERED TO MORE SALINE CONDITIONS.

16   Q.  LET'S TURN TO SLIDE 25.  BASED ON YOUR OWN OBSERVATION AND

17   HISTORICAL DATA, DID YOU PROVIDE THE -- DID YOU PREPARE FOR YOUR

18   REPORT THESE MONTHLY SALINITY RANGE CHARTS FOR THE PERIOD 1957 TO

19   1967?

20   A.  YES, I DID.

21   Q.  JUST BRIEFLY TELL US WHAT IT DEPICTS.

22   A.  THERE ARE TWO LOCATIONS, ONE NEAR PARIS ROAD IN THE UPPER END

23   OF ST. BERNARD PARISH NEAR WHAT IS KNOWN AS THE GREEN BRIDGE.  THE

24   SECOND LOCATION IS DOWN NEAR THE BAYOU LA LOUTRE RIDGE ON THE

25   MISSISSIPPI RIVER GULF OUTLET.  THEY ARE COMPILED FROM MONTHLY
```

```
 1    READINGS OF SALINITY AT THOSE LOCATIONS OVER A PERIOD OF YEARS FROM

 2    1957 AS YOU CAN SEE --

 3            LET'S LOOK AT PARIS ROAD, IT'S MORE RELEVANT, 1948

 4    THROUGH 1967.  AND THEY SHOW WHEN YOU GROUP THESE CURVES WHEN THE

 5    DATA IS PLOTTED, SALINITY AGAINST MONTH YOU SEE A CLUSTERING OF THE

 6    DATA BEFORE THE CHANNEL WAS OPEN AND A DRAMATIC INCREASE IN

 7    SALINITY AFTER THE CHANNEL WAS OPENED.

 8    Q.  ACCORDING TO THE FIGURE, YOUR DATA COMES FROM THE U.S. ARMY

 9    CORPS OF ENGINEERS; IS THAT CORRECT, SIR?

10    A.  THAT'S CORRECT, YES.  THIS IS, IN MY OPINION, EMPIRICAL --

11            MS. MILLER:  OBJECTION, YOUR HONOR.

12            THE COURT:  WELL, HE USED THE MAGIC WORD.

13            THE WITNESS:  I'M SORRY.

14            THE COURT:  SUSTAINED.

15            MS. MILLER:  THANK YOU.

16            MR. O'DONNELL:  DR. STRANGELOVE.

17            THE WITNESS:  CAN'T RESIST.

18            MR. O'DONNELL:  I UNDERSTAND THAT, YOU'VE LIVED IT.

19    BY MR. O'DONNELL:

20    Q.  LET ME MOVE ON, SIR.  THIS REPORT WAS ALSO GIVEN TO THE ARMY

21    CORPS OF ENGINEERS?

22    A.  YES, IT WAS.

23    Q.  DID YOU EVER GET A RESPONSE FROM THEM?

24    A.  NO.

25            MR. O'DONNELL:  YOUR HONOR, I AM AT A CONVENIENT THEMATIC
```

```
 1   BREAKING POINT.

 2           THE COURT:  IT'S A GOOD TIME TO BREAK.  WE WILL HAVE A

 3   TEN MINUTE RECESS.

 4       (WHEREUPON, A RECESS WAS TAKEN.)

 5           THE WITNESS:  IF WE CAN GET GOING.  I MIGHT POINT OUT FOR

 6   THOSE OF YOU THAT DON'T KNOW, I'VE GIVEN AN ALLOTTED AMOUNT OF

 7   HOURS TO EACH SIDE.  TIME IS PRECIOUS.

 8           THE DEPUTY CLERK:  THE COURT IS BACK IN SESSION.

 9           MR. O'DONNELL:  ONCE AGAIN I AM WRONG, I AM TOLD THAT

10   1972 ENVIRONMENTAL BASELINE STUDY IS PLAINTIFF'S EXHIBIT 462 NOT

11   1632, YOUR HONOR.

12           THE COURT:  OKAY.  LET ME JUST MAKE A NOTE OF THAT,

13   PLEASE.  WHICH ONE WAS THAT, THE '72 STUDY?

14           MR. O'DONNELL:  THE ENVIRONMENTAL BASELINE STUDY, YOUR

15   HONOR.

16           THE COURT:  THAT WAS IN '72?

17           MR. O'DONNELL:  YES.  AND THERE WAS ALSO THE '72

18   ENVIRONMENTAL IMPACT STUDY AND THAT'S PX 143.

19           THE WITNESS:  SO THE FIRST ONE IS?

20           MR. O'DONNELL:  THE ENVIRONMENTAL BASELINE -- THE FIRST

21   ONE I DISCUSSED WAS THE '72 ENVIRONMENTAL IMPACT STUDY AND THAT'S

22   PX 143.  IT'S COMPANION WAS THE 1972 ENVIRONMENTAL BASELINE STUDY

23   AND THAT'S PX 462.

24           THE COURT:  I HAVE TO MARK THESE ON THE REALTIME

25   RECORDING.
```

1        MR. O'DONNELL:  YES.  AND I APOLOGIZE, YOUR HONOR,

2   APPARENTLY THERE'S A POLTERGEIST THAT COMES AT NIGHT AND CHANGES

3   THE NUMBERS.

4        THE COURT:  I'M SURE THE GREMLINS, POLTERGEISTS AND ALL

5   OTHER TYPE OF SUPERNATURAL CREATURES INHABITING THIS COURTHOUSE FOR

6   SURE.

7        MR. O'DONNELL:  PROBABLY WRONG ABOUT THIS NUMBER, BUT

8   WE'RE NOW GOING TO LOOK AT PLAINTIFF'S EXHIBIT 1633.

9   BY MR. O'DONNELL:

10  Q.  CAN YOU IDENTIFY THIS EXHIBIT 1633, SIR?

11  A.  YES, IT'S A STATEMENT PREPARED FOR THE ST. BERNARD PARISH

12  POLICE JURY BY MYSELF DATED 30TH AUGUST 1973, AND IT WAS FOR THE

13  OCCASION OF THE RIVER GATE PUBLIC MEETING HELD ON U.S. ARMY CORPS

14  OF ENGINEERS TO STUDY FINDINGS TO DATE OF THE DEEP DRAFT ACCESS TO

15  THE PARIS ROAD -- I'M SORRY, TO THE PORTS OF BATON ROUGE AND NEW

16  ORLEANS.

17  Q.  IN ESSENCE, WHAT WAS THE MESSAGE YOU DELIVERED IN THIS

18  STATEMENT IN THE CORPS IN 1973?

19  A.  SAME MESSAGE FROM THE PARISH.  DON'T MAKE THE CHANNELS WIDER

20  AND DEEPER, DON'T BUILD THE LOCK IN ST. BERNARD PARISH, AND PLEASE

21  CLOSE THE MISSISSIPPI RIVER GULF OUTLET.

22  Q.  DID YOU ALSO DELIVER A MESSAGE ABOUT YOUR CONCERNS ABOUT STORM

23  SURGE AND FLOODING?

24  A.  YES.

25  Q.  AND ALSO ABOUT THE ENVIRONMENTAL IMPACTS ON THE MRGO?

1  A.  YES.

2  Q.  LET'S TURN TO PAGE ONE OF THIS EXHIBIT, SLIDE 27.  IN THIS

3  THIRD SENTENCE YOU SAY:  "COASTAL ZONES CAN NO LONGER BE CONSIDERED

4  THE WASTELANDS OF THE NATION, WHICH LEAVES LITTLE, IF ANY,

5  PROTECTION."  WHAT WERE YOU REFERRING TO, SIR?

6  A.  THE MAJOR CHANGE IN NATIONAL POLICY THAT OCCURRED BEGINNING

7  WITH THE PASSAGE OF NEPA AND FOLLOWED BY THE CLEAN WATER ACT AND

8  THE PRESIDENTIAL EXECUTIVE ORDERS TO PROTECT WETLANDS IN THE EARLY

9  1970'S.  PRIOR TO THAT THE NATIONAL POLICY REALLY WAS TO DREDGE,

10  DRAIN AND DEVELOP WETLANDS IN THE UNITED STATES.

11  Q.  AND WHAT PROMPTED YOU TO AGAIN BE CONCERNED AND COMMUNICATE TO

12  THE CORPS YOUR CONCERN ABOUT THE RISK OF FLOODING IMPOSED BY THE

13  MRGO?

14  A.  WELL, I THINK WE WERE CONTINUING TO GAIN AN APPRECIATION OF THE

15  PROBLEMS THROUGH THESE VARIOUS STUDIES THAT I HAD DONE FOR THE

16  CORPS INITIALLY AND LATER FOR ST. BERNARD PARISH, AND IT BECAME

17  APPARENT TO ME THAT THERE WAS A REAL FLOOD THREAT HERE.

18  Q.  PRIOR TO KATRINA, DID THE CORPS EVER HEED YOUR WARNINGS AND

19  TAKE AFFIRMATIVE STEPS TO STOP WETLAND LOSS?

20  A.  NO.

21  Q.  LET'S TURN TO PAGE NINE OF THE EXHIBIT, SLIDE 29.  YOU STATE:

22  "IN ADDITION TO DIRECT CHANGES OF THE ENVIRONMENT THROUGH DREDGING

23  AND SPOIL DISPOSAL, (CONSTRUCTION OF THE CHANNEL DESTROYED

24  23,606 ACRES OF MARSH AND SHALLOW NURSERY AREAS, 17,058 ACRES BY

25  SPOIL DISPOSAL, AND 6,548 ACRES BY DEEPENING) THE PRESENT CHANNEL

```
 1   HAS GREATLY ALTERED THE HYDROLOGY AND WATER CHEMISTRY OF THE

 2   ADJACENT ESTUARINE AREAS."

 3              SIR, WHERE DID YOU GET THESE NUMBERS THAT YOU PUT IN THIS

 4   REPORT IN 1973?

 5   A.  THOSE NUMBERS WERE FROM PUBLISHED NUMBERS IN TECHNICAL REPORTS

 6   BY THE CORPS OF ENGINEERS AND FROM MAP AND COMPARISONS AND AERIAL

 7   PHOTO COMPARISONS THAT WE ALSO DID.

 8   Q.  I ADDED THESE UP AND I BELIEVE IT COMES TO ABOUT 47,000 ACRES

 9   DESTROYED BY THE MRGO BY 1973?

10   A.  YES.

11   Q.  HOW MANY SQUARE MILES IS THAT?

12   A.  THAT'S ABOUT 73 SQUARE MILES.

13   Q.  IS THAT THE END OF THE DESTRUCTION OF THE WETLANDS BY THE MRGO?

14   A.  NO.  THE SECONDARY EFFECTS WERE, ARE ONGOING AND THEY'RE

15   ACTUALLY EXPONENTIAL AS THE MARSH AREAS DETERIORATE AND YOU HAVE

16   MORE AND MORE OPEN WATER.

17              MS. MILLER:  OBJECTION, YOUR HONOR, FOUNDATION.

18              THE COURT:  I'M SORRY.

19              MS. MILLER:  OBJECTION, FOUNDATION.

20              MR. O'DONNELL:  I'LL LAY A FOUNDATION.

21              THE COURT:  IF YOU WOULD LAY A FOUNDATION.

22   BY MR. O'DONNELL:

23   Q.  SIR, AFTER 1973, DID YOU CONTINUE TO STUDY, DO RESEARCH AND

24   WRITE REPORTS AND MAKE PRESENTATIONS TO THE ARMY CORPS ABOUT THE

25   ONGOING LOSS OF WETLANDS CAUSED BY THE MISSISSIPPI RIVER GULF
```

1    OUTLET?

2    A.  YES.

3    Q.  AFTER 1973, DID YOU PERSONALLY OBSERVE AND CHRONICLE IN THOSE

4    REPORTS THE CONTINUING DECIMATION OF THESE WETLANDS BY THE MRGO?

5    A.  YES.

6    Q.  IN FACT, DID YOU LATER APPROXIMATE HOW MUCH THAT WAS IN

7    ADDITIONAL ACRES OF INDIRECT LOSS AS OPPOSED TO THE DIRECT LOSS

8    THAT YOU JUST DESCRIBED FOR US?

9    A.  YES.

10          MS. MILLER:  OBJECTION, YOUR HONOR.  THE FOUNDATION LAID

11   BY MR. O'DONNELL ESTABLISHES THAT THE WITNESS'S TESTIMONY WILL BE

12   BASED ON STUDIES, REPORTS AND WORK THAT HE DID WITHIN THE CONTEXT

13   OF RULE 702 RATHER THAN THROUGH HIS POTENTIAL OBSERVATIONS.

14          THE COURT:  THAT SEEMS TO BE CORRECT.  THE ONLY -- I AM

15   GOING TO LET YOU RESPOND.  IF THIS INFORMATION WAS SENT TO THE

16   CORPS I WOULD ALLOW IT AS PART OF YOUR KNOWLEDGE CLAIM.

17   BY MR. O'DONNELL:

18   Q.  WAS EVERY STUDY THAT YOU EVER DID FROM EARLY 1970'S TO THE TIME

19   OF KATRINA ABOUT THE ENVIRONMENTAL IMPACTS OF THE MISSISSIPPI RIVER

20   GULF OUTLET FURNISHED TO THE ARMY CORPS OF ENGINEERS?

21   A.  TO MY KNOWLEDGE, YES.

22          THE COURT:  AND HE CAN JUST SAY WHAT'S IN THE REPORT.  TO

23   THE EXTENT IT FORMS AN OPINION, THE COURT'S NOT GOING TO HEED THAT

24   OPINION.  THE COURT'S -- BECAUSE HE IS NOT TENDERED AS AN EXPERT --

25   THAT IS USE IT AS EVIDENCE BUT I THINK IT'S APPROPRIATE EVIDENCE TO

 1   SHOW WHAT INFORMATION WAS SENT TO THE CORPS FOR WHATEVER VALUE IT

 2   HAS.

 3   BY MR. O'DONNELL:

 4   Q.  AND IN THOSE STUDIES --

 5           THE COURT:  FOR THAT REASON AND THAT REASON ALONE -- BUT

 6   YOU'VE LAID THAT FOUNDATION SO I AM GOING TO ALLOW IT, TO THAT

 7   EXTENT.

 8           MR. O'DONNELL:  AND THAT'S THE PRIMARY PURPOSE NOTICE TO

 9   THE COURT.

10           THE COURT:  YES.

11   BY MR. O'DONNELL:

12   Q.  SIR, WHAT WAS THE APPROXIMATE AMOUNT OF ADDITIONAL ACRES OF

13   WETLANDS AND SWAMP AND FOREST THAT WAS DESTROYED BY THE MRGO AFTER

14   1973 UP TO THE TIME OF KATRINA?

15   A.  IT WAS EQUAL TO THE INITIAL AMOUNT, SO ANOTHER 73 SQUARE MILES.

16   Q.  SO THAT'S ABOUT 140 SQUARE MILES?

17   A.  YES.

18   Q.  DO YOU KNOW THE SIZE OF MANHATTAN?

19   A.  I THINK IT'S ABOUT 22, 23 SQUARE MILES.

20   Q.  SO IF I DO THE MATH, THE SIZE OF THE DESTRUCTION OF THE

21   WETLANDS BY THE MRGO BEFORE AND AFTER 1973 WAS APPROXIMATELY SIX

22   TIMES THE SIZE OF MANHATTAN?

23   A.  YES.

24           THE COURT:  JUST TO LET THE GOVERNMENT KNOW, I AM NOT

25   TAKING THE WETLAND LOSS COMPUTATION AS GOSPEL BECAUSE HE CAN GIVE

1    AN OPINION.  I AM SIMPLY ALLOWING THIS TO KNOW THAT SOMETHING WAS

2    SENT TO THE CORPS THAT HAS THIS IN IT.  IT CERTAINLY CAN BE

3    REBUTTED IN ANY WAY, JUST TO LET YOU KNOW THAT.

4           MS. MILLER:  THANK YOU, YOUR HONOR.

5           THE COURT:  OKAY.

6    BY MR. O'DONNELL:

7    Q.  DURING THE 1970'S, 1980'S AND 1990'S, DID YOU WRITE REPORTS

8    THAT WERE GIVEN TO THE ARMY CORPS OF ENGINEERS THAT ADVOCATED

9    FORESHORE PROTECTION ALONG THE -- BOTH SIDES OF THE UPPER REACHES

10   OF THE MISSISSIPPI RIVER GULF OUTLET?

11   A.  YES.

12   Q.  LET'S GO, IF WE COULD, TO SLIDE 31, WHICH IS PAGE 12 OF THIS

13   EXHIBIT -- I'M SORRY, SLIDE 31, PAGE 12 OF THIS EXHIBIT.  "SOME 196

14   MILLION CUBIC YARDS OF MATERIAL HAVE BEEN REMOVED FROM THE CHANNEL

15   AS A RESULT OF THE MAINTENANCE DREDGING."

16          SIR, FOR YOUR 1973 REPORT WHERE DID YOU GET THIS 196

17   MILLION CUBIC YARDS FIGURE?

18   A.  THAT WAS OBTAINED FROM CORPS OF ENGINEERS RECORDS AND REPORTS.

19   Q.  NEXT TWO SENTENCES, I BELIEVE STILL ON PAGE 12, SLIDE 32:

20   WHERE IS THIS MATERIAL COMING FROM AND WHERE IS IT BEING DEPOSITED?

21   AS PREVIOUSLY STATED MUCH OF IT IS DERIVED FROM BANK SLUMPING AND

22   LATERAL MOVEMENT THE CHANNEL IS SIMPLY BECOMING WIDER THROUGH TIME

23   AND THE BANKS ARE SEEKING THEIR OWN ANGLE OF REPOSE."  WHAT DID YOU

24   MEAN BY THIS, SIR?

25   A.  JUST THAT, THAT THE CHANNEL WAS GETTING BIGGER, THE HOLE WAS

```
1    GETTING BIGGER AND DEEPER AND WIDER.

2    Q.  WAS IT MOVING IN BOTH DIRECTIONS EAST AND WEST?

3    A.  YES.

4    Q.  WAS THE CHANNEL MOVING TOWARDS AND ENCROACHING UPON THE LAND

5    BETWEEN THE WEST CHANNEL AND THE TOE OF THE LPV STRUCTURES?

6    A.  YES.

7              THE COURT:  JUST A MINUTE.

8              MS. MILLER:  OBJECTION, VAGUE.

9              THE COURT:  I'M SORRY?

10             MS. MILLER:  I WAS OBJECTING TO THE QUESTION BEING VAGUE.

11             THE COURT:  I UNDERSTOOD IT.  OVERRULED.

12             MS. MILLER:  OKAY.  THANK YOU.

13   BY MR. O'DONNELL:

14   Q.  LET'S GO TO PAGE 13 OF YOUR 1973 REPORT, SLIDE 33:  "AT THIS

15   TIME WE ARE UNABLE TO IDENTIFY ANY MEASURES THAT HAVE BEEN TAKEN TO

16   REDUCE THE ENVIRONMENTAL IMPACT OF THE VAST WETLAND AREA SEVERED

17   FROM THE MAIN LAND AND LYING NORTH OF THE CANAL."  WHAT AREA ARE WE

18   REFERRING TO, SIR?

19   A.  WE'RE REFERRING TO THE AREA BETWEEN THE CANAL AND LAKE BORGNE

20   PRIMARILY.

21   Q.  AND UP UNTIL THE TIME OF KATRINA, OTHER THAN A FEW EXPERIMENTAL

22   PROJECTS, DID THIS STATEMENT REMAIN TRUE?

23   A.  YES.

24   Q.  NEXT TWO SENTENCES ON THE SAME PAGE, SLIDE 34:  "WITHOUT A

25   MAJOR ENVIRONMENTAL MANAGEMENT PROGRAM, THE MARSHES AT THE WESTERN
```

1  END OF LAKE BORGNE IN THE VICINITY OF BAYOU BIENVILLE (SIC) WILL

2  PROBABLY NOT LAST ANOTHER 30 YEARS.  THE WATERS OF LAKE BORGNE WILL

3  MERGE WITH THOSE OF THE MRGO FROM SHELL BEACH TO MICHOUD AND

4  PROCTOR'S POINT WILL BECOME AN ISLAND."

5           MAY WE GO BACK TO THE MAIN TOPOGRAPHIC SLIDE.

6           THE COURT:  I WAS JUST ABOUT TO ASK YOU TO DO THAT.

7           MR. O'DONNELL:  THANK YOU.

8  BY MR. O'DONNELL:

9  Q.  COULD YOU POINT OUT TO US THE AREA THAT YOU'RE REFERRING TO

10 HERE, SIR?

11 A.  WELL, THIS BREACH IDENTIFIED ON THIS AERIAL PHOTOGRAPH IS THE

12 NARROWEST PART OF THE LAND BRIDGE, AND AS YOU CAN SEE HERE IT'S

13 LARGELY OPENED AND DIRECTLY CONNECTING LAKE BORGNE WITH THE MRGO.

14 BUT IN ADDITION TO THAT YOU CAN SEE NOT ONLY THE SHORELINE'S

15 RETREATING BUT THE INTERIOR MARSH BETWEEN THE MRGO AND THE LAKE IN

16 THE TRIANGLE IS GREATLY DEGRADED AND OPENING INTO THE LAKES AND

17 PONDS AND THAT CONDITION ALSO EXISTS IN THE AREA OF THE VICINITY OF

18 PROCTOR'S POINT AND OFF OF THIS SLIDE TO THE EAST.

19          THE COURT:  DOES PROCTOR POINT APPEAR ON THIS?

20          THE WITNESS:  YES, IT'S HERE (INDICATING).

21          THE COURT:  WOULD YOU SHOW THAT.  THANK YOU.  AND DO YOU

22 KNOW OF YOUR OWN PERSONAL KNOWLEDGE WHEN THE GAP ACTUALLY WAS

23 COMPLETELY OPEN THAT YOU MARKED, THAT'S MARKED ON THAT MAP?  IF YOU

24 DON'T KNOW THAT'S FINE.

25          THE WITNESS:  I DON'T KNOW.

```
 1              THE COURT:  OKAY.  THANK YOU.

 2    BY MR. O'DONNELL:

 3    Q.  DID YOUR PREDICTION COME TRUE AT LEAST BY THE TIME OF HURRICANE

 4    KATRINA THE LAND BRIDGE WAS SEVERED?

 5    A.  YES.

 6              THE COURT:  DO WE HAVE AN EXHIBIT NUMBER FOR THAT,

 7    MR. O'DONNELL?  I'M SORRY.  IT REALLY HELPS THE COURT IN GOING BACK

 8    OVER THIS TO HAVE A SPECIFIC EXHIBIT NUMBER.

 9              MR. O'DONNELL:  YOU'RE GOING TO LEARN AS THE TRIAL GOES

10    ON THE IMPORTANT PERSON IS ASHLEY PHILEN.

11              THE COURT:  OH, YES, I UNDERSTAND THAT.

12              MR. O'DONNELL:  AND WE'LL GET A NUMBER FOR YOU

13    MOMENTARILY.

14              THE COURT:  WE'RE REFERRING TO EXHIBIT -- JOINT

15    EXHIBIT --

16              MR. O'DONNELL:  13.

17              THE COURT:  -- 13, GREAT, THAT'S WHAT WE NEEDED.

18    BY MR. O'DONNELL:

19    Q.  SO IT WOULD BE CLEAR, BY THE TIME OF KATRINA THIS LAND BRIDGE

20    HAD ERODED, SIR?

21    A.  YES.

22    Q.  AND FROM YOUR OWN PERSONAL KNOWLEDGE, DID THAT FACILITATE THE

23    MOVEMENT OF SURGE FROM LAKE BORGNE INTO THE REACH 2 CHANNEL DURING

24    KATRINA?

25    A.  YES.
```

```
1    Q.  LET'S MOVE, IF WE COULD, SKIPPING SOME MATERIAL TO SLIDE 37.

2            THE COURT:  AGAIN, THIS IS AN EXCERPT FROM THE REPORT,

3    THE LAST REPORT YOU DISCUSSED?

4            MR. O'DONNELL:  YES, YOUR HONOR, STILL ON THAT REPORT.

5            THE COURT:  ALL RIGHT.  GO AHEAD, SIR.

6    BY MR. O'DONNELL:

7    Q.  "FINALLY, THE PROPOSED ENLARGEMENT OF THE MRGO WILL PROBABLY

8    HAVE AN ADVERSE EFFECT ON THE CULTURAL ENVIRONMENT OF ST. BERNARD

9    PARISH AND THE ADJACENT AREAS OF ORLEANS PARISH.  THE CAUSE FOR

10   SUCH AN IMPACT, IN THIS CASE FLOODING, IS A HURRICANE STORM SURGE

11   TRAVELING UP THE MRGO."

12           WHAT DID YOU MEAN ABOUT THIS WHEN YOU TOLD THE CORPS THIS

13   IN 1973?

14   A.  WELL, THE MEASUREMENTS OF THE ENLARGEMENT OF THE CHANNEL

15   COMPARED WITH THE ORIGINAL DIMENSIONS INDICATED CLEARLY THAT THIS

16   WAS AN INCREASING AVENUE FOR STORM SURGE TO TRAVEL.

17   Q.  BASED ON YOUR OWN STUDIES, DID YOU OBSERVE THAT THIS HAD

18   OCCURRED DURING HURRICANE BETSY?

19   A.  YES.

20   Q.  AND HURRICANE KATRINA?

21   A.  YES.

22   Q.  LET'S TURN TO PAGE 14 OF THE SAME EXHIBIT, SLIDE 38.  "FOR

23   EXAMPLE, IF A STORM WITH THE CHARACTERISTICS OF CAMILLE --" WHAT

24   YEAR WAS CAMILLE?

25   A.  1969.
```

1    Q.  "WITH THE CHARACTERISTICS OF CAMILLE WOULD TRAVEL TO THE WEST

2    OF THE MOUTH OF THE MRGO, AND PARALLEL THE CHANNEL, WE MAY EXPECT

3    SURGES OF 20 FEET OR MORE TO ACCELERATE UP THE CHANNEL.  THERE

4    WOULD PROBABLY BE A FUNNELING OF WATER IN THE CHANNEL SIMILAR TO

5    THE EVENTS IN THE MISSISSIPPI RIVER WHEN HURRICANE BETSY PASSED."

6    WOULD YOU EXPLAIN THIS TO US, SIR?

7    A.  YES.  WE'RE MAKING A DIRECT COMPARISON WITH THE ELEVATION OF

8    WATER THAT OCCURRED IN THE MISSISSIPPI CHANNEL ITSELF DURING

9    HURRICANE BETSY WITH THE POSSIBILITY THAT THE SAME THING WOULD

10   OCCUR IN THIS BIG OPENING IN THE MRGO CHANNEL IF THE PATH OF THE

11   CHANNEL -- OF THE HURRICANE WAS A LITTLE BIT TO THE WEST.

12   Q.  BASED ON YOUR OWN STUDY AND EXPERIENCE, IS THIS EXACTLY WHAT

13   OCCURRED DURING KATRINA?

14   A.  YES.

15   Q.  FINALLY, THE LAST PARAGRAPH SLIDE 39:  "IT IS SUGGESTED THAT

16   WIDENING AND DEEPENING OF THE CHANNEL WOULD ONLY AGGRAVATE THIS

17   POSSIBILITY."

18           WHAT DID YOU MEAN BY THAT, SIR?

19   A.  WELL, THE PROPOSALS UNDER CONSIDERATION WOULD DO JUST THAT,

20   MAKE IT WIDER AND DEEPER.

21   Q.  AFTER THIS DOCUMENT IN 1973 UP TO THE TIME OF KATRINA, DID THE

22   REACH 2 CHANNEL, IN FACT, ACTUALLY WIDEN AND DEEPEN SIGNIFICANTLY?

23   A.  IT DID AND LARGELY THROUGH EROSION.

24   Q.  LET'S TURN NOW, IF WE COULD -- AND I HOPE I'M RIGHT, PROBABLY

25   WRONG -- PLAINTIFFS' EXHIBIT 1635, SLIDE 40.  CAN YOU TELL US WHAT

1    THIS DOCUMENT IS, SIR?

2    A.  IT'S -- IT DEALS EXACTLY WITH THE TOPIC OF THE PROPOSAL TO

3    EXPAND THE DIMENSIONS OF THE CHANNEL AND IT SYSTEMATICALLY BUILDS

4    ON THE PREVIOUS REPORTS.

5    Q.  DID YOU PREPARE THIS?

6    A.  YES.

7    Q.  WAS IT GIVEN TO THE ARMY CORPS?

8    A.  YES.

9    Q.  DID YOU EXPRESS SIMILAR CONCERNS IN THIS DOCUMENT AS YOU DID IN

10   THE TWO PRIORS WE JUST DISCUSSED IN 1972 AND YOUR OTHER ONE IN

11   1973?

12   A.  YES.

13   Q.  ONE OF THE THINGS YOU TOLD THE CORPS WAS THAT YOU WANTED TO

14   STOP SALTWATER INTRUSION.  DID YOU RECOMMEND TO THE CORPS IN THE

15   EARLY 1970'S FEASIBLE MITIGATION MEASURES TO PREVENT FURTHER

16   DESTRUCTION OF THE WETLANDS BECAUSE OF THE INTRUSION OF SALTWATER

17   FROM THE GULF OF MEXICO?

18   A.  YES.  OUR VARIOUS REPORTS STARTED LOOKING AT WHAT MEASURES WERE

19   TAKEN IN OTHER CHANNELS IN DIFFERENT PARTS OF THE WORLD AND THE

20   UNITED STATES AND THERE WERE COMBINATIONS OF GATES, FLOOD GATES, OF

21   WEIR TYPE STRUCTURES THAT COULD BE RAISED AND LOWERED WITHIN THE

22   CHANNEL AND OTHER TECHNIQUES THAT WERE BEING PROPOSED.

23   Q.  WAS THERE SOMETHING KNOWN AS BUBBLE CURTAINS?

24   A.  YES, THAT WAS A TECHNIQUE.

25   Q.  WHAT'S A BUBBLE CURTAIN?

1    A.  IT'S WHERE YOU HAVE A LARGE COMPRESSOR THAT PIPES -- VALVES

2    THAT ALLOW BUBBLES TO EMANATE FROM THE BOTTOM OF THE CHANNEL AND

3    THUS BREAK UP SURFACE SALINITY.

4    Q.  IN TERMS OF THE RETRACTABLE GATE MECHANISM, WHERE DID YOU

5    RECOMMEND THAT THAT BE CONSTRUCTED?

6    A.  AT BAYOU LA LOUTRE.

7    Q.  MRGO, I THINK IT'S WIDELY KNOWN THAT CONGRESS AUTHORIZED THE

8    CLOSURE OF THE MRGO IN LATE 2007.  IS A SALTWATER INTRUSION BARRIER

9    CURRENTLY BEING CONSTRUCTED BY THE ARMY CORPS OF ENGINEERS ALONG

10   THE REACH 2 OF THE MISSISSIPPI RIVER --

11           THE COURT:  JUST A MINUTE.

12           MS. MILLER:  OBJECTION, YOUR HONOR, THE RELEVANCE OF THIS

13   TESTIMONY.

14           THE COURT:  OKAY.  WHY IS IT IRRELEVANT?  ARE YOU ARGUING

15   SUBSEQUENT REMEDIAL MEASURE ISSUE AS WELL, 407?

16           MS. MILLER:  YES, SIR.

17           THE COURT:  TELL ME WHY IT'S RELEVANT AND WHY IT'S NOT A

18   SUBSEQUENT REMEDIAL MEASURE.

19           MR. O'DONNELL:  NOTICE OF A FEASIBLE, PRACTICAL REMEDIAL

20   MEASURE AFTER THE "ACCIDENT" IS ALWAYS -- IS NOT EVEN COVERED BY

21   THE RULE, YOUR HONOR.

22           THE COURT:  ANY RESPONSE, COUNSEL?

23           MS. MILLER:  I THINK THAT THE EVENTS POST KATRINA ARE NOT

24   RELEVANT TO WHAT CAUSED THE DAMAGE IN THIS SITUATION.  YOUR HONOR,

25   ALSO THE QUESTION REGARDING FEASIBILITY HAS NOT BEEN ESTABLISHED BY

```
 1    THE WITNESS'S TESTIMONY AT THIS TIME.

 2            MR. O'DONNELL:  THAT'S WHAT THIS ANSWER WOULD TELL YOU,

 3    YOUR HONOR, IT'S FEASIBLE.

 4            THE COURT:  I AM GOING TO -- BASED ON FEASIBILITY, AND OF

 5    COURSE WE HAVE TO HEAR A LOT OF OTHER TESTIMONY, SO IT'S AT ISSUE

 6    CERTAINLY AT THIS TIME, I AM GOING TO ALLOW THAT TESTIMONY.

 7    DESPITE 407 ON THE BASIS OF FEASIBILITY.

 8    BY MR. O'DONNELL:

 9    Q.  SIR --

10            THE COURT:  THAT'S ASSUMING, EVENTUALLY WE HAVE TO -- AND

11    I CAN'T MAKE THE WHOLE RULING NOW BECAUSE WE WOULD HAVE TO SHOW

12    THAT IT'S THE GOVERNMENT'S POSITION THAT IT WASN'T FEASIBLE TO DO

13    THIS, AT LEAST IN TIME SUFFICIENT TO AMELIORATE OR INHIBIT THE

14    EFFECTS CAUSED BY THE MRGO.

15            SO WITH THAT QUESTION SITTING OUT THERE, I AM GOING TO

16    ASSUME THAT THAT'S THE GOVERNMENT'S POSITION AND ALLOW IT TO COME

17    IN.

18    BY MR. O'DONNELL:

19    Q.  IS THE ARMY CORPS OF ENGINEERS AS WE SPEAK CURRENTLY

20    CONSTRUCTING A SALTWATER INTRUSION BARRIER IN BAYOU LA LOUTRE?

21    A.  YES, THEY ARE.

22            THE COURT:  AND YOUR OBJECTION IS MADE GENERAL, COUNSEL,

23    TO ALL -- TO ANYTHING DONE POST KATRINA UNDER 407 AND RELEVANCY,

24    THAT'S MADE GENERALLY.  AND IF YOU FEEL LIKE IT'S SOMETHING THAT

25    MAY GO BEYOND THE COURT'S FEASIBILITY RULING HERE, YOU MAY OBJECT.
```

```
 1           MS. MILLER:  OKAY.  THANK YOU.
 2   BY MR. O'DONNELL:
 3   Q.  BASED ON YOUR OWN STUDIES AND THE RECOMMENDATIONS YOU MADE, ARE
 4   YOU AWARE OF ANY REASON WHY A SALTWATER INTRUSION BARRIER COULD NOT
 5   HAVE BEEN CONSTRUCTED AT BAYOU LA LOUTRE 30, 40 YEARS EARLIER?
 6   A.  NO.  I HAVE OBSERVED THE CONSTRUCTION OF THIS ROCK BARRIER
 7   THAT'S BEING PLACED THERE NOW AND IT'S UTILIZING ROCKS TAKEN FROM
 8   THE JETTIES ON THE CHANNEL AND IT'S BEING DONE IN A RELATIVELY
 9   SHORT PERIOD OF TIME, MONTHS, AS OPPOSED TO YEARS.
10   Q.  LET'S TURN NOW TO THE NEXT EXHIBIT.  THIS IS A 1973 CANALS
11   STUDY, PLAINTIFFS' EXHIBIT 603.  CAN YOU TELL US WHAT THIS IS, SIR?
12   A.  YES, THIS IS ANOTHER -- I DON'T THINK WE HAVE IT --
13   Q.  IT'S THE WRONG ONE.  SLIDE 47.
14   A.  YES, OKAY.  THIS IS A REPORT THAT I DID WHILE AT THE COASTAL
15   STUDIES INSTITUTE - LSU UNDER CONTRACT FOR THE CORPS OF ENGINEERS.
16   IT'S NO. 14 IN A SERIES OF REPORTS THAT I PREVIOUSLY MENTIONED.  I
17   AM THE SOLE AUTHOR AND IT DEALS SPECIFICALLY WITH THE IMPACTS OF
18   CANALS, DREDGING AND LAND RECLAMATION IN LOUISIANA COASTAL ZONE.
19           THE COURT:  WHAT'S THE DATE, SIR?
20           MR. O'DONNELL:  1973, SIR?
21           THE WITNESS:  YES.
22           THE COURT:  WE REMAIN IN 1973.
23           MR. O'DONNELL:  I HAVEN'T GOTTEN OUT OF THE '70'S, YOUR
24   HONOR, I AM SHOWING MY AGE.
25   BY MR. O'DONNELL:
```

1   Q.  LET'S TURN TO PAGE 57 OF THE EXHIBIT.  "OF ALL NAVIGATION

2   CHANNELS IN COASTAL LOUISIANA, THE MISSISSIPPI RIVER GULF OUTLET

3   HAS PROBABLY HAD THE GREATEST ENVIRONMENTAL IMPACT."

4        WHAT DID YOU MEAN BY THIS IN A REPORT THAT YOU AUTHORED

5   FOR THE ARMY CORPS OF ENGINEERS IN 1973?

6   A.  WELL, WE DETERMINED THAT WE WERE LOOKING AT THE CAUSES OF LAND

7   LOSS AND WE DETERMINED THAT CANAL DREDGING BOTH FOR NAVIGATION AND

8   OTHER PURPOSES WAS A MAJOR CAUSE OF LOSS.  WE COMPARED CHANNELS

9   SUCH AS THE BARATARIA WATERWAY, THE SABINE WATERWAY, THE CALCASIEU

10  SHIP CHANNEL, THE HOUMA NAVIGATION CANAL, AND THE MISSISSIPPI RIVER

11  GULF OUTLET AND DETERMINED THAT THIS -- THE MRGO HAD THE GREATEST

12  ENVIRONMENTAL IMPACT.

13  Q.  LET'S TURN NOW TO SLIDE 51.  THIS SHOULD BE THE 1984 LOUISIANA

14  COASTAL AREA SHORE AND BARRIER ISLAND EROSION, INITIAL EVALUATION

15  STUDY.

16        MR. O'DONNELL:  WHAT'S THE PLAINTIFFS' EXHIBIT NUMBER,

17  1639?  1639, YOUR HONOR, PLAINTIFF'S EXHIBIT.

18        THE COURT:  THANK YOU.

19  BY MR. O'DONNELL:

20  Q.  WHAT IS THIS, SIR?

21  A.  IT'S, AS STATED IN THE TITLE, IT'S AN EVALUATION AND A NOTICE

22  OF STUDY FINDINGS DATED JULY 1984 FROM THE NEW ORLEANS DISTRICT

23  CORPS OF ENGINEERS.

24  Q.  DID THE CORPS PREPARE IT?

25  A.  YES.

1    Q.  DID YOU READ IT AT OR ABOUT THE TIME AND USE IT IN YOUR

2    SUBSEQUENT STUDIES AND REPORTS?

3    A.  YES.

4    Q.  LET'S TURN TO PAGE SEVEN, SLIDE 52.  THE CORPS WRITES:

5    "CONSTRUCTION OF THE MRGO HAS ACCELERATED THE NATURAL CHANGES

6    OCCURRING IN THE ST. BERNARD PARISH WETLANDS NEAR LAKE BORGNE."

7            WAS THAT YOUR CONCLUSION AS WELL IN 1984, SIR?

8    A.  YES.

9    Q.  LET'S CONTINUE IN THE SAME PARAGRAPH OF THE SAME EXHIBIT, SLIDE

10   53:  "ONCE THE BANK IS BREACHED, DEVELOPMENT TO THE SOUTHWEST WOULD

11   BE EXPOSED TO DIRECT HURRICANE ATTACKS FROM LAKE BORGNE, THE RICH

12   HABITAT AROUND THE AREA WOULD BE CONVERTED TO OPEN WATER, AND MORE

13   MARSH WOULD BE EXPOSED TO THE HIGHER SALINITY LEVELS."

14           FIRST OF ALL, WHAT IS THE AREA, LET'S PUT OUR

15   TOPOGRAPHICAL MAP UP AGAIN, THE AREA, THE DEVELOPMENT TO THE

16   SOUTHWEST THAT'S BEING REFERRED TO HERE?

17           MS. MILLER:  OBJECTION, YOUR HONOR.  THE WITNESS HAS

18   TESTIFIED THAT HE DOES NOT -- HE DID NOT WRITE THIS DOCUMENT AND

19   HE'S NOW BEING ASKED WHAT THE DOCUMENT MEANS.  I DON'T THINK THAT'S

20   APPROPRIATE UNDER RULE 701.

21           MR. O'DONNELL:  I'LL RESTATE THE QUESTION, YOUR HONOR.

22           THE COURT:  THANK YOU.

23   BY MR. O'DONNELL:

24   Q.  SIR, WHEN THE CORPS WROTE THIS REPORT IN 1984, WAS THERE

25   DEVELOPMENT TO THE SOUTHWEST OF THE MISSISSIPPI RIVER REACH 2

```
1    CHANNEL?

2    A.  THE DEVELOPMENT TO THE SOUTHWEST WAS IN ST. BERNARD PARISH

3    BEHIND THE 40 ARPENT CANAL AND IN THE AREA THAT WAS SUBJECT TO

4    DRAINAGE.

5    Q.  NOW, THE CORPS EXPRESSES A CONCERN ABOUT DIRECT HURRICANE

6    ATTACKS FROM LAKE BORGNE.  WAS THIS WHAT YOU WERE ALSO WRITING

7    ABOUT TO THE CORPS IN THE 1970'S?

8    A.  YES.

9    Q.  TO YOUR KNOWLEDGE, DID THE CORPS TAKE ANY REMEDIAL ACTION AFTER

10   IT WROTE THIS REPORT IN 1984 TO PREVENT DIRECT HURRICANE ATTACKS

11   FROM LAKE BORGNE INTO ST. BERNARD PARISH?

12   A.  NO.

13           THE COURT:  MR. O'DONNELL, THE REPORT YOU'RE REFERRING

14   TO, THE '84 REPORT, IS THAT WHAT IS COMMONLY KNOWN THROUGHOUT THE

15   DEPOSITIONS AND BRIEFING, ET CETERA, AS THE RECONNAISSANCE REPORT?

16           MR. O'DONNELL:  NO, I DON'T THINK SO.

17           THE COURT:  IT'S ANOTHER ONE.

18           MR. O'DONNELL:  IT'S ANOTHER ONE I HAVEN'T EXPOSED, I

19   THINK, THE COURT TO, BUT I WANTED TO SAVE SOMETHING FOR TRIAL.

20           THE COURT:  THANK YOU.  I THOUGHT IT WAS SOMETHING

21   DIFFERENT AND WANTED TO CLARIFY.

22           MR. O'DONNELL:  IT'S NEW AND DIFFERENT, YOUR HONOR.

23           THE COURT:  THANK YOU.

24   BY MR. O'DONNELL:

25   Q.  NOW, IN TERMS OF THE 1957 TIDEWATER ADVISORY COMMITTEE REPORT
```

```
 1    THAT WE OPENED WITH THIS MORNING, IS THE CONCERN EXPRESSED BY THE

 2    ARMY CORPS OF ENGINEERS IN ITS 1984 REPORT SIMILAR TO THE ONE

 3    EXPRESSED BY THAT COMMITTEE IN 1957?

 4    A.  YES, IT IS.

 5    Q.  AND IS THE CONCERN EXPRESSED BY THE ARMY CORPS OF ENGINEERS

 6    ABOUT HURRICANE THREATS TO SOUTH -- ST. BERNARD PARISH TO LAKE

 7    BORGNE SIMILAR TO THE CONCERNS YOU HAD BEEN EXPRESSING TO THE CORPS

 8    IN THE 1970'S?

 9    A.  YES.

10         MR. O'DONNELL:  NOW WE'RE GOING TO GET TO THE 1984 BANK

11    STABILIZATION STUDY.

12         THE COURT:  YES, THAT'S IT.

13         MR. O'DONNELL:  AND I BELIEVE THAT'S EXHIBIT 31 -- I HAVE

14    IT PX 203, YOUR HONOR.

15         THE COURT:  OKAY.  THANK YOU.

16         MR. O'DONNELL:  THANK YOU, MS. PHILEN.

17    BY MR. O'DONNELL:

18    Q.  WHAT IS THIS, SIR, PX 203?

19    A.  THIS IS A REPORT PREPARED BY COASTAL ENVIRONMENTS UNDER A GRANT

20    FROM NOAA TO FURTHER DOCUMENT THE CAUSES AND THE EXTENT AND THE

21    PROCESSES INVOLVED IN BANK FAILURE ALONG THE MRGO.  AND TO PROVIDE

22    INPUT INTO THE RESOLVING SOME OF THESE SERIOUS PROBLEMS.

23    Q.  AND WERE YOU THE AUTHOR?

24    A.  YES, I WAS ONE OF THE AUTHORS.

25    Q.  AND WHO FUNDED THE STUDY?
```

1   A.  NOAA.

2   Q.  AND NOAA IS?

3   A.  NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION.

4   Q.  DID THIS REPORT ADVOCATE AGGRESSIVE REMEDIAL MEASURES TO STOP

5   WETLAND LOSSES AND CHANNEL WIDENING?

6   A.  YES, IT DID.

7   Q.  LET'S TURN TO SLIDE 55.  WHAT IS THIS DEPICTING, SIR?

8   A.  THE SPECIFIC AREA OF DETAILED STUDY REPORTED IN THAT REPORT.

9   Q.  LET'S GO TO EXCERPTS FROM THE REPORT, SLIDE 56.  "THE PROJECT

10  BROUGHT ON A LITANY OF ENVIRONMENTAL PROBLEMS, INCLUDING HABITAT

11  CHANGE, MARSH LOSS, AND SEVERE SHORELINE EROSION.  THE PROBLEMS

12  EVOLVED IMMEDIATELY FOLLOWING CONSTRUCTION, AND ARE CONTINUING

13  LARGELY UNABATED TO THIS DAY."

14          FIRST, WHAT'S THE PROJECT REFERRED TO HERE?

15  A.  THE MRGO.

16  Q.  IS THIS A CORRECT STATEMENT AS OF 1984?

17  A.  YES.

18  Q.  WOULD THIS BE A CORRECT STATEMENT AS OF THE TIME OF HURRICANE

19  KATRINA?

20  A.  YES.

21          MS. MILLER:  OBJECTION, YOUR HONOR.

22          THE COURT:  GO AHEAD.

23          MS. MILLER:  OBJECTION TO THE OPINION TESTIMONY.

24          THE COURT:  OKAY.

25          MR. O'DONNELL:  I'LL RESTATE, YOUR HONOR.

```
1          THE COURT:  YOU CAN ASK HIM HAS HE PERSONALLY OBSERVED

2   ANY STEPS TAKEN BY THE CORPS THAT AMELIORATED OR OTHERWISE

3   MITIGATED THE ISSUES SET FORTH.

4          MR. O'DONNELL:  THAT'S THE QUESTION, DR. GAGLIANO.  MY

5   MOTHER HAD AN UGLY KID BUT NO FOOL, YOUR HONOR.

6          THE WITNESS:  MINIMAL STEPS.

7   BY MR. O'DONNELL:

8   Q.  HOW MINIMAL, WHAT ARE THE FEW THINGS THEY DID?

9   A.  SOME EXPERIMENTAL BANK LINE WORK, SOME MINOR MARSH RESTORATION.

10  NOTHING TO ADDRESS THE SALINITY PROBLEM, NOTHING TO REDUCE THE

11  DIMENSIONS OF THE CHANNEL.

12  Q.  AND DO ANYTHING TO PREVENT HURRICANE SURGE FROM COMING ACROSS

13  LAKE BORGNE?

14  A.  NO.

15  Q.  LET'S NOW GO TO A MORE FAMILIAR DOCUMENT, THE 1984 ARMY --

16  BEFORE I DO THAT.  LET ME BE ABSOLUTELY CLEAR.

17          SIR, THE STUDY THAT YOU DID ON CANALS, YOU DID THE CANALS

18  DREDGING STUDY?

19  A.  YES.  I DID THAT.

20  Q.  AND THAT WAS DONE FOR WHOM?

21  A.  FOR THE NEW ORLEANS DISTRICT CORPS OF ENGINEERS.

22  Q.  SO THEY OBVIOUSLY GOT IT, CORRECT?

23  A.  YES.

24  Q.  NOW, LET'S GO TO THE 1988 ARMY CORPS BANK EROSION

25  RECONNAISSANCE REPORT, WHICH IS PLAINTIFF EXHIBIT 9.  ARE YOU
```

1    FAMILIAR WITH THIS DOCUMENT, SIR?   SLIDE 59.

2    A.   YES.

3    Q.   AND DID YOU REVIEW THIS DOCUMENT AT THE TIME IT WAS PUBLISHED

4    BY THE ARMY CORPS?

5    A.   YES.

6    Q.   WERE THE REPORTS THAT YOU HAD DONE PREVIOUSLY FOR THE CORPS AND

7    YOUR OTHER REPORTS PART OF THE INFORMATION THAT WAS USED IN THE

8    1988 RECONNAISSANCE REPORT?

9    A.   WELL, THE FINDINGS WERE VERY SIMILAR.

10   Q.   OKAY.   LET'S TURN TO COMMENT NO. TWO, THE PAGE I HAVE IS MRGO

11   X0420, A COMMENT OF THE -- COMMENT NO. 2.   YOU'VE SEEN THIS, SIR?

12   A.   YES.

13   Q.   "THE ALTERNATIVE TO COMPLETELY CLOSE THE MRGO WATERWAY SHOULD

14   BE EVALUATED AND A DISCUSSION OF THE EVALUATION SHOULD BE INCLUDED

15   IN THE REPORT."

16        SKIPPING DOWN.   "IN ADDITION TO SOLVING THE

17   AFOREMENTIONED PROBLEMS, IT WILL ALSO REDUCE THE POSSIBILITY OF

18   CATASTROPHIC DAMAGE TO URBAN AREAS BY A HURRICANE SURGE COMING UP

19   THIS WATERWAY AND ALSO GREATLY REDUCE THE NEED TO OPERATE (AND

20   COULD POSSIBLY ELIMINATE) THE CONTROL STRUCTURES AT BAYOU DUPRE AND

21   BAYOU LA LOUTRE."

22        BASED ON YOUR OWN PERSONAL OBSERVATIONS DURING HURRICANE

23   KATRINA, IS THIS PRECISELY WHAT HAPPENED, SIR?

24        MS. MILLER:   OBJECTION, YOUR HONOR, THAT CALLS FOR EXPERT

25   TESTIMONY.

```
 1              THE COURT:  I AM GOING TO SUSTAIN THAT OBJECTION.

 2    BY MR. O'DONNELL:

 3    Q.  TO YOUR KNOWLEDGE, DID THE CORPS TAKE ANY REMEDIAL ACTION AFTER

 4    IT WROTE ABOUT THE POSSIBILITY OF CATASTROPHIC FLOODING BECAUSE OF

 5    THE MRGO TO PREVENT OR REMEDIATE THIS OCCURRENCE?

 6    A.  NOT TO MY KNOWLEDGE.

 7    Q.  LET'S TURN NOW TO THE NEXT EXHIBIT, THE 1998 COAST 2050 REPORT,

 8    WHICH IS PLAINTIFFS' EXHIBIT 1638, SLIDE 61.  WHAT IS THIS

 9    DOCUMENT, SIR?

10    A.  THIS IS A REPORT PREPARED BY THE STATE OF LOUISIANA, THE RESULT

11    OF AN INTENSELY TWO YEAR PLANNING EFFORT TO LAY OUT A PLAN FOR

12    RESTORATION OF COASTAL LOUISIANA AS A GUIDELINE FOR RESTORATION

13    EFFORTS THAT WERE BEING UNDERTAKEN BOTH BY THE STATE AND THE --

14    THROUGH THE PROGRAM CALLED CWPPRA, COASTAL WETLANDS PLANNING AND

15    PROTECTION ACT OF 1990.

16    Q.  IS THAT SOMETIMES KNOWN AS THE BREAUX ACT?

17    A.  THAT'S CORRECT.

18    Q.  DID THE FEDERAL GOVERNMENT, PARTICULARLY THE ARMY CORPS OF

19    ENGINEERS, PARTICIPATE IN THIS STUDY?

20    A.  THEY PROVIDED COMMENT, THERE WERE NUMEROUS PUBLIC MEETINGS,

21    THEY HAD REPRESENTATIVES AT THOSE MEETINGS, AND THEY DID REVIEW THE

22    PLAN, YES.

23              THE COURT:  FOR THE REPORTER, THAT'S B-R-E-A-U-X.  OKAY.

24    GO AHEAD.

25    BY MR. O'DONNELL:
```

```
 1   Q.  WHAT ROLE DID YOU PLAY WITH REGARD TO THE COAST 2050 REPORT IN

 2   1998?

 3   A.  I WAS ONE OF THE PRINCIPLE AUTHORS, WE HAD A TEAM OF ABOUT TEN

 4   PEOPLE WHO ASSIMILATED THE DATA AND WROTE THE REPORT, PARTICIPATED

 5   IN ALL OF THE PUBLIC HEARINGS.

 6   Q.  IN THE SPECTRUM OF REPORTS THAT YOU AUTHORED, EITHER FOR

 7   ST. BERNARD, ARMY CORPS OR OTHERS, HOW IMPORTANT IS THIS REPORT?

 8            MS. MILLER:  OBJECTION, YOUR HONOR, TO THE OPINION

 9   QUESTION.

10            THE COURT:  THAT'S -- MAYBE WE CAN --

11            MR. O'DONNELL:  I'LL RESTATE, YOUR HONOR.

12            THE COURT:  IF YOU COULD RESTATE THAT.

13   BY MR. MR. O'DONNELL:

14   Q.  I'M SURE YOU LOVE ALL OF YOUR REPORTS, BUT IS THIS ONE OF YOUR

15   FAVORITES?

16   A.  I WOULD HAVE TO SAY YES.

17   Q.  WHAT DID THE REPORT DO, SIR?

18   A.  IT LAID OUT A PLAN WHICH HAS NOW MORPHED INTO AN EXPANDED STATE

19   MASTER PLAN AND IT DID IT IN 1998 AS YOU SEE HERE.  THE ELEMENTS OF

20   OUR COASTAL RESTORATION PROGRAM ARE CLEARLY ARTICULATED AND LAID

21   OUT IN THIS PLAN.

22   Q.  DID THE COAST 2050 REPORT MAKE RECOMMENDATIONS?

23   A.  YES, IT DID.

24   Q.  DID THE ARMY CORPS OF ENGINEERS ENDORSE THESE RECOMMENDATIONS?

25   A.  YES, THEY DID.
```

1    Q.  WHO IN PARTICULAR, AND LET'S LOOK, IF WE COULD, AT SLIDE --

2    LET'S GO TO SLIDE 65.

3    A.  THE REPORT WAS PRESENTED TO THE TASK FORCE OF GOVERNMENT

4    AGENCIES WHO ADMINISTERED THE CWPPRA PROGRAM THAT I REFERRED TO A

5    MINUTE AGO, AND THE CHAIRPERSON OF THAT TASK FORCE WAS THEN COLONEL

6    WILLIAM L. CONNER, WHO WAS ALSO THE DISTRICT ENGINEER IN NEW

7    ORLEANS.

8            AND AS YOU CAN SEE ON THIS EXHIBIT, THE REPORT WAS, THERE

9    WAS A SIGNATURE PAGE UPON WHICH ALL MEMBERS OF THE TASK FORCE

10   SIGNED AND REPRESENTATIVES OF A SIMILAR STATE COMMITTEE, AND IT WAS

11   SIGNED BY COLONEL WILLIAM CONNER, THE CHAIRPERSON OF THE CWPPRA

12   TASK FORCE.

13           MR. O'DONNELL:  FOR THE RECORD, THAT'S PAGE TWO OF THE

14   EXHIBIT.

15           THE COURT:  THANK YOU.

16   BY MR. O'DONNELL:

17   Q.  LET'S GO THROUGH A COUPLE OF THE CONTENTS.  LET'S GO FORWARD TO

18   PAGE 88 IF WE COULD, SLIDE 62.

19           WAS ONE OF THE RECOMMENDATION OF THIS JOINT FEDERAL AND

20   STATE TASK FORCE THE CLOSURE OF THE MISSISSIPPI RIVER GULF OUTLET?

21   A.  YES.

22   Q.  IS THAT DEPICTED HERE ON THIS SLIDE?

23   A.  YES, IT IS.

24           THE COURT:  HOLD ON ONE SECOND, PLEASE, SIR.  I'M SORRY.

25   I'VE GOT A LITTLE GLITCH HERE.

1          MR. O'DONNELL:  YOU SAID YOU WERE JUST A POLITICAL

2     SCIENCE MAJOR.

3          THE COURT:  GO AHEAD, SIR.

4     BY MR. O'DONNELL:

5     Q.  "IS THAT "DIRECTLY" CLOSE MRGO TWO DEEP DRAFT NAVIGATION WHEN

6     ADEQUATE CONTAINER FACILITIES EXIST ON THE RIVER."?

7     A.  YES.

8     Q.  DID ADEQUATE CONTAINER FACILITIES EXIST ON THE RIVER?

9          MS. MILLER:  OBJECTION, YOUR HONOR.

10         MR. O'DONNELL:  I'LL RESTATE, YOUR HONOR.

11         THE COURT:  THANK YOU.

12    BY MR. O'DONNELL:

13    Q.  FROM YOUR OWN PERSONAL KNOWLEDGE, DID ADEQUATE CONTAINER

14    FACILITIES EVENTUATE ON THE RIVER?

15    A.  THEY WERE UNDER CONSTRUCTION AT NAPOLEON AVENUE, THEY HAD BEEN

16    SUBSEQUENTLY COMPLETED.

17    Q.  BY WHEN WERE THEY APPROXIMATELY COMPLETED?

18    A.  SEVERAL YEARS, SHORTLY THEREAFTER.  I DON'T KNOW THE EXACT

19    DATE, I'M SORRY.

20    Q.  A COUPLE OF YEARS AFTER 1998?

21    A.  YES.

22    Q.  AND THERE'S A REFERENCE ALSO IN THIS PAGE 88, "ONLY 2 TO 3

23    LARGE SHIPS PER DAY USE THE WATERWAY."

24    A.  YES.

25    Q.  WAS THAT THE SITUATION THAT HAD OCCURRED BEGINNING SOMETIME IN

1    THE 1980'S AND 90S?

2    A.  YES.

3    Q.  LET'S TURN TO PARAGRAPH 14, SLIDE 63 OF THE SAME REPORT:  "ONCE

4    THERE ARE ADEQUATE CONTAINER FACILITIES IN THE RIVER, THE MRGO

5    WOULD BE CLOSED TO DEEP DRAFT NAVIGATION.  THE CLOSURE COULD BE

6    ACHIEVED BY A STRUCTURE (GATE OR WEIR) AT LA LOUTRE RIDGE THAT

7    WOULD ALLOW THE PASSAGE OF SHALLOW DRAFT NAVIGATION BUT REDUCE

8    SALINITIES COMING UP THE MRGO."

9           WAS THIS PART OF THE RECOMMENDATION, SIR?

10   A.  YES, IT WAS.

11   Q.  ANOTHER RECOMMENDATION, PAGE 89, PARAGRAPH 16, SLIDE 64:

12   "AUTHORIZATION AND FUNDING FOR MORE ROCK ALONG THE NORTH BANK WOULD

13   BE SOUGHT."

14          WAS THAT EVER DONE?

15   A.  NO.

16   Q.  AFTER THE 1988 COAST 2050 REPORT AND ITS RECOMMENDATIONS, DID

17   YOU CONTINUE TO BE ACTIVELY INVOLVED AS A CONSULTANT OR PARTICIPANT

18   IN COMMITTEES THAT SOUGHT TO IMPLEMENT THE RECOMMENDATION OF THIS

19   REPORT AND PARTICULARLY THE CLOSURE OF THE MISSISSIPPI RIVER GULF

20   OUTLET?

21   A.  YES.

22   Q.  AT THE SAME TIME AS THE COAST 2050 REPORT, DID THE ST. BERNARD

23   PARISH GOVERNMENT PASS A RESOLUTION URGING THE CLOSURE OF THE

24   MISSISSIPPI RIVER GULF OUTLET?

25   A.  YES, THEY DID.

```
1              MR. O'DONNELL:  YOUR HONOR, THAT'S PX 1253.

2              THE COURT:  THANK YOU, SIR.

3    BY MR. O'DONNELL:

4    Q.  AFTER THE COAST 2050 REPORT AND THE 1998 ST. BERNARD PARISH

5    RESOLUTION TO CLOSE THE MISSISSIPPI RIVER GULF OUTLET, WERE THERE

6    EFFORTS TO GET THE CORPS TO HONOR ITS ENDORSEMENT OF THE COAST 2050

7    REPORT RECOMMENDATION NO. 14 TO CLOSE THE MISSISSIPPI RIVER GULF

8    OUTLET?

9    A.  YES.  THIS DOCUMENT IS A RESOLUTION PASSED DURING A REGULAR

10   SESSION OF THE PARISH COUNCIL IN DECEMBER, ON DECEMBER 15TH, 1998,

11   AND IT BASICALLY IS A PLEA TO IMPLEMENT THE RECOMMENDATIONS MADE IN

12   THE 2050 REPORT.

13   Q.  ONE OF THE WHEREAS CLAUSES, THE SECOND TO LAST FROM THE BOTTOM

14   OF THE FIRST PAGE, WHICH IS NUMBERED PAGE TWO OF PX 1243 STATES AS

15   FOLLOWS:  "WHEREAS, THE LAND LOSS FROM THE MRGO CHANNEL WITH THE

16   HURRICANE DAMAGE NOW MAKES RESIDENTS FROM PLAQUEMINES, ORLEANS, AND

17   ST. BERNARD PARISHES MORE VULNERABLE TO TROPICAL STORMS THAN AT ANY

18   TIME IN HISTORY."

19             DO YOU AGREE WITH THAT STATEMENT, SIR?

20   A.  YES.

21   Q.  NOW, AFTER THE RESOLUTION AND THE COAST 2050 REPORT

22   RECOMMENDATION TO CLOSE THE MRGO, WERE EFFORTS UNDERTAKEN TO GET

23   THE CORPS TO FOLLOW THROUGH ON ITS ENDORSEMENT OF THIS

24   RECOMMENDATION?

25   A.  YES.
```

1    Q.  WERE TECHNICAL COMMITTEES CONSTITUTED UNDER THE AUSPICES OF THE

2    U.S. ENVIRONMENTAL PROTECTION AGENCY?

3    A.  YES.

4    Q.  WERE YOU INVOLVED IN THIS EFFORT?

5    A.  YES, I WAS.

6    Q.  AT THIS POINT IN 1998, DID YOU BELIEVE THAT YOUR RESEARCH

7    STUDIES AND RECOMMENDATIONS TO REMEDIATE AND CLOSE THE MRGO WERE

8    FINALLY CLOSE TO FRUITION?

9    A.  YES.  I THINK I CERTAINLY BELIEVED THAT.

10   Q.  WAS A COMMITTEE KNOWN AS THE MRGO CLOSURE AND RESTORATION

11   TECHNICAL COMMITTEE A PART OF THIS PROCESS?

12   A.  YES, IT WAS.

13   Q.  LET'S LOOK AT PLAINTIFFS' EXHIBIT 358, SLIDE 71.  WHAT IS THIS,

14   SIR?  WE'LL HAVE IT UP MOMENTARILY.

15   A.  THIS IS A STATEMENT OF ONE OF THESE COMMITTEES INVOLVED IN THIS

16   RENEWED PLANNING EFFORT, AND IT IS THE BASIC ASSUMPTIONS BY WHICH

17   THE COMMITTEE WAS TO PROCEED.  IT'S DATED MAY 7, 1999.

18   Q.  BY 1999, WAS THE CORPS STATING THAT IT WAS PREPARING A MRGO

19   CLOSURE STUDY?

20   A.  YES, IT DID.

21   Q.  WAS ROBERT RISON (PHONETIC) OF THE CORPS ONE OF THE PERSONS

22   RESPONSIBLE FOR THIS EFFORT?

23   A.  YES, HE WAS.

24   Q.  BY THE TIME OF HURRICANE KATRINA, DID THE ARMY CORPS OF

25   ENGINEERS EVER COMPLETE ITS MRGO CLOSURE STUDY?

1   A.  NO.  IT WAS NOT COMPLETED UNTIL AFTER KATRINA.

2   Q.  BETWEEN 1999 AND 2005, DID THE CORPS TELL PARTICIPANTS LIKE

3   YOURSELF IN THE CLOSURE STUDY PROCESS WHY IT WAS NOT PROGRESSING TO

4   COMPLETE THE CLOSURE STUDY?

5   A.  YES.  THE -- THERE WERE PROBLEMS WITH INADEQUATE FUNDING

6   PROVIDED BY CONGRESS.  THIS WAS A NECESSARY PART OF THE PROCESS FOR

7   CLOSURE AS WE WERE TOLD BY MR. RISON AND OTHERS.  IT WAS KIND OF A

8   CATCH 22.  THE CORPS NEEDED MORE FUNDING BUT THEY COULDN'T PROGRESS

9   AND -- BUT THEY HAD TO ASK CONGRESS FOR THE FUNDING.  SO, YOU KNOW,

10  THEY DIDN'T ASK OR THEY WEREN'T FORCEFUL ENOUGH AND DIDN'T GET THE

11  FUNDING SO THE STUDY STALLED.

12       ONE OF THE PRIMARY PURPOSES OF THIS WHOLE TASK FORCE THAT

13  RESULTED FROM THE RESOLUTION OF ST. BERNARD PARISH WAS TO ASSIST

14  THE CORPS IN SPEEDING UP THAT PROCESS, AND, IN FACT, THAT DID

15  OCCUR.

16  Q.  DID YOU AND THE OTHER COMMITTEE MEMBERS HELP GET CONGRESSIONAL

17  FUNDING FOR THIS CLOSURE STUDY?

18  A.  I WAS NOT PERSONALLY INVOLVED, BUT IT'S MY UNDERSTANDING THAT

19  THE CONGRESSIONAL DISTRICT FROM LOUISIANA SUCCEEDED IN DOING THAT.

20  Q.  AS THE YEARS PASSED BETWEEN 1999 AND 2005, DID YOU SEE WHETHER

21  OR NOT THE CORPS WAS GIVING HIGH PRIORITY TO THE CLOSURE STUDY?

22  A.  THE CLOSURE STUDY SEEMED TO ADVANCE AT A SNAIL'S PACE.

23  Q.  AND WHEN WAS IT FINALLY COMPLETED?

24  A.  I DON'T RECALL THE FINAL COMPLETION DATE.

25  Q.  LET'S LOOK AT SLIDE 72.  PLAINTIFFS' EXHIBIT 16 --

```
1    A.  OH, I'M SORRY, YES.

2    Q.  PLAINTIFFS' EXHIBIT 1634, WHICH IS THE 19 -- NOVEMBER '77

3    REVISED JANUARY 2008 INTEGRATED FINAL REPORT TO CONGRESS AND

4    LEGISLATIVE ENVIRONMENTAL IMPACT STATEMENT FOR THE MISSISSIPPI

5    RIVER GULF OUTLET DEEP DRAFT DEAUTHORIZATION STUDY.  YOU'RE

6    FAMILIAR WITH THIS DOCUMENT?

7    A.  YES.  THIS IS THE FINAL RESULT OF THAT EFFORT.

8    Q.  AND DID IT RECOMMEND CLOSURE FINALLY?

9    A.  YES, IT DID.

10   Q.  SIR, BETWEEN 1972 WHEN -- OR '73 WHEN YOU DID YOUR FIRST REPORT

11   ON KATRINA AND FOR MANY DECADES LATER, DID YOU RECOMMEND A

12   COMPREHENSIVE LIST OF MITIGATION MEASURES TO THE CORPS WITH REGARD

13   TO THE MRGO?

14   A.  YES.  JUST A CORRECTION, IT WASN'T ON KATRINA, IT WAS ON THE

15   MRGO.

16   Q.  I MISSPOKE.  DID YOU PREPARE OVER THE YEARS BEGINNING IN THE

17   1970'S A COMPREHENSIVE LIST FROM TIME TO TIME OF MITIGATION

18   MEASURES WITH REGARD TO THE MISSISSIPPI RIVER GULF OUTLET?

19   A.  YES.

20   Q.  LET'S LOOK AT SLIDE 89, PLEASE.  IS THIS A COLLECTION OF

21   RECOMMENDATIONS THAT YOU MADE OVER THE YEARS, SIR?

22   A.  YES, IT IS.

23   Q.  COULD YOU BRIEFLY SUMMARIZE, BRIEFLY, EACH ONE FOR US?

24   A.  WELL, WE START WITH SURGE BARRIERS AND CONTROL STRUCTURE AT

25   BAYOU LA LOUTRE --
```

1          MS. MILLER:  OBJECTION, YOUR HONOR.  THIS SLIDE IS

2     OFFERING THE WITNESS'S OPINIONS ON FEASIBLE MITIGATION MEASURES

3     BASED ON HIS STUDY AND RESEARCH OVER THE YEARS.  THIS IS TESTIMONY

4     WITHIN THE CONTEXT OF FEDERAL RULES OF EVIDENCE 702.

5          MR. O'DONNELL:  WELL, COUNSEL WOULD BE CORRECT IF IT

6     WASN'T, IN FACT, A SUMMARY OF RECOMMENDATIONS THAT HE PERSONALLY

7     MADE OVER 30 SOMETHING YEARS BEFORE HURRICANE KATRINA, AND I THINK

8     HE IS ALLOWED TO INFORM THE COURT OF WHAT NOTICE HE GAVE THE COURT

9     OF WHAT HE BELIEVED WERE MITIGATION --

10         THE COURT:  SOLELY FOR THE PURPOSE OF NOTICE I AM GOING

11    TO ALLOW IT.  I THINK IT IS A SUMMARY OF WHAT HE HAS ALREADY

12    TESTIFIED ABOUT.

13         TO THE EXTENT THAT THEY'RE OPINIONS, THEY ARE NOT

14    REGARDED AS SUCH BY THE COURT, SIMPLY THAT THIS IS WHAT, THIS IS A

15    SYNOPSIS OF THE INFORMATION THAT HE HAS TESTIFIED HE PROVIDED TO

16    THE CORPS.  WHETHER IT'S RIGHT OR NOT, HE IS NOT OPINING.  HE IS

17    SIMPLY SAYING THIS IS WHAT I TOLD THE CORPS.

18         MR. O'DONNELL:  I DIDN'T ASK HIS OPINION WHETHER THEY

19    SHOULD HAVE IMPLEMENTED THEM, I AM JUST ASKING WHAT HE TOLD THEM.

20    BY MR. O'DONNELL:

21    Q.  TAKE US BRIEFLY THROUGH THESE.

22    A.  THE FIRST ONE, PERHAPS THE MOST IMPORTANT, WAS THE SURGE

23    BARRIER AND CONTROL STRUCTURE AT BAYOU LA LOUTRE TO PREVENT STORM

24    SURGE AND SALTWATER INTRUSION, AVERTING SEVERE WETLAND LOSS AND

25    INITIATING REQUIRED STRIATION OF THE CENTRAL WETLANDS UNIT.

```
 1   Q.  THE NEXT ONE?
 2   A.  THE NEXT ONE IS A SURGE BARRIER/CONTROL STRUCTURE ACROSS THE
 3   GIWW AND REACH 2 AT THE THROAT OF THE FUNNEL.
 4   Q.  I THINK WE DISCUSSED THAT.  LET'S MOVE TO THE NEXT ONE.
 5   A.  ARMOR BOTH BANKS OF REACH 2 AND THE LAKE BORGNE SHORELINE.
 6   Q.  NEXT.
 7   A.  BENEFICIAL DEPOSITING OF DREDGED SPOIL ON THE EAST BANK OF
 8   REACH 2 TO RESTORE THE LAND BRIDGE BETWEEN LAKE BORGNE AND REACH 2.
 9   Q.  FIVE.
10   A.  PLANT TREES, SHRUBS AND GRASS BETWEEN THE REACH 2 CHANNEL AND
11   THE TOE OF THE LPV STRUCTURE.  PLANT GRASS ON BOTH SIDES AND CROWN
12   OF THE LPV STRUCTURE.
13   Q.  LET ME ASK YOU ABOUT NO. FIVE.  WHY DID YOU RECOMMEND THAT?
14   A.  BECAUSE I THOUGHT THAT THAT WAS AN APPROPRIATE PROTECTIVE
15   MEASURE.
16   Q.  AND THE SIXTH ONE?
17   A.  REVEGETATION OF CENTRAL WETLANDS UNIT.
18   Q.  BASED ON YOUR OWN STUDIES, WERE ALL SIX OF THESE MITIGATION
19   MEASURES KNOWN TO THE CORPS BEFORE 1958?
20   A.  YES -- NO, I'M SORRY.
21           THE COURT:  WHEN YOU SAY --
22           MR. O'DONNELL:  WITHDRAWN.  YOU OBVIOUSLY DIDN'T TELL
23   THEM BEFORE '58.
24   BY MR. O'DONNELL:
25   Q.  BASED ON YOUR OWN STUDY, WERE THESE SIX MITIGATION MEASURES
```

```
1    INFORMATION THAT THE CORPS KNEW OR SHOULD HAVE KNOWN BEFORE 1958?
2          MS. MILLER:  OBJECTION, YOUR HONOR.  COUNSEL HAS ASKED
3    THE WITNESS FOR AN OPINION BASED ON HIS OWN STUDY, WHICH FALLS
4    WITHIN RULE 702.
5          MR. O'DONNELL:  I'LL WITHDRAW THE QUESTION, YOUR HONOR.
6          THE COURT:  THANK YOU.
7    BY MR. O'DONNELL:
8    Q.  SIR, BASED ON YOUR STUDY, ALL OF YOUR STUDIES AND ALL OF YOUR
9    REPORTS AND ALL OF YOUR PERSONAL OBSERVATIONS AND EXPERIENCE AND
10   THE MITIGATION MEASURES THAT YOU RECOMMENDED TO THE CORPS OVER ALL
11   OF THESE YEARS BEFORE KATRINA, BY WHAT POINT IN TIME DID THE CORPS
12   KNOW THAT THESE CONDITIONS OF THE MRGO POSED A RISK OF FLOODING
13   THAT WARRANTED REMEDIAL ACTION?
14   A.  I THINK THAT THEY KNEW THAT IN THE MID '70S.  THEY CERTAINLY
15   KNEW IT BY 1981.
16   Q.  WHY DID YOU PICK MID '70S AND 1981?
17   A.  BECAUSE IN THE MID '70S, AS I TESTIFIED EARLIER, WE WERE INTO
18   NEW REGULATIONS AND CHANGE IN NATIONAL POLICY, INCLUDING NEPA AND
19   CLEAN WATER ACT AND SO FORTH.  BY 1981 THE STATE WAS COMMITTING
20   FUNDS AND UNDERTAKING RESTORATION EFFORTS WITH ITS OWN TAX DOLLAR
21   IN COASTAL LOUISIANA, AND THESE TECHNIQUES WERE WELL-KNOWN, THEY
22   WERE NOT EXOTIC TECHNIQUES, THEY WERE WELL-KNOWN PROVEN TECHNIQUES.
23   Q.  BASED ON YOUR OWN STUDIES AND RESEARCH AND ALL OF THE REPORTS
24   YOU WROTE, YOUR RECOMMENDATIONS TO THE ARMY CORPS OF ENGINEERS,
25   COULD THE SIX MITIGATION MEASURES THAT YOU IDENTIFIED THAT YOU TOLD
```

```
 1   THE CORPS ABOUT BEEN IMPLEMENTED BY THE ARMY CORPS OF ENGINEERS

 2   BEFORE KATRINA?

 3   A.  YES.

 4   Q.  SIR, WE SAW IN AN EARLIER REPORT THAT YOU DESCRIBED THE

 5   ENVIRONMENTAL IMPACT OF THE MRGO AS THE GREATEST ENVIRONMENTAL

 6   IMPACT OF ANY CHANNEL IN LOUISIANA STUDY YOU DID FOR THE CORPS AS I

 7   RECALL; IS THAT CORRECT?

 8   A.  YES.

 9   Q.  DID THE MRGO'S ADVERSE ENVIRONMENTAL IMPACT GET ANY BETTER

10   DURING THE 30-YEAR PERIOD FROM YOUR OWN OBSERVATION AFTER 1973

11   UNTIL KATRINA?

12   A.  NO.  TRAGICALLY, NO.

13   Q.  FROM YOUR OWN STUDY, OBSERVATIONS, REPORTS, MEETINGS WITH THE

14   CORPS, HOW WOULD YOU DESCRIBE THE MRGO?

15   A.  AS ONE OF THE GREATEST CATASTROPHES IN THE HISTORY OF THE

16   UNITED STATES.

17   Q.  WAS IT PREDICTED BY YOU?

18   A.  BY ME AND OTHERS.

19   Q.  WAS IT PREVENTABLE?

20   A.  YES.

21   Q.  I'D LIKE TO TURN FINALLY TO THE LAST EXHIBIT.  I BELIEVE IT'S

22   EXHIBIT 722.  IT IS A PAPER AUTHORED BY ROBERT GUNN IN 1959 --

23   EXCUSE ME, 1999.  IT WAS AT THE TIME YOU AUTHORED THIS PAPER, THE

24   OPERATIONS MANAGER OF THE MISSISSIPPI RIVER GULF OUTLET FOR THE NEW

25   ORLEANS DISTRICT.  YOU'RE FAMILIAR WITH THIS DOCUMENT, SIR?
```

1    A.  YES.

2    Q.  IN FACT, DID YOU KNOW ROBERT GUNN?

3    A.  YES, I DID.  HE WAS A VERY COMPETENT ENGINEER WHO WAS IN CHARGE

4    OF THE OPERATIONS DIVISION OF THE CORPS IN NEW ORLEANS.  TRAGICALLY

5    DIED AT A RATHER EARLY AGE.

6    Q.  YOU SAID HE WAS A TALENTED ENGINEER?

7    A.  YES.

8    Q.  LET'S TURN TO THE FIRST QUOTE BY MR. GUNN, THE OPERATIONS

9    MANAGER OF THE MISSISSIPPI RIVER GULF OUTLET, SLIDE 77.  "THE

10   EFFECT OF SALTWATER INTRUSION AND BANK EROSION WAS ADDRESSED IN THE

11   DESIGN DOCUMENTS BUT NO EFFORT WAS MADE TO REDUCE THE ENVIRONMENTAL

12   IMPACTS."

13            IS THAT CONSISTENT WITH YOUR YEARS OF STUDY OF THE

14   MISSISSIPPI RIVER GULF OUTLET?

15   A.  YES, IT IS.

16   Q.  SLIDE 78.

17            MR. O'DONNELL:  AND THROUGHOUT THIS, YOUR HONOR, I AM IN

18   THE SAME DOCUMENT.

19   BY MR. O'DONNELL:

20   Q.  "THE PROJECT HAS BEEN CALLED AN ENVIRONMENTAL DISASTER BY

21   ENVIRONMENTAL ORGANIZATIONS THAT CALL FOR THE CLOSURE OF THE

22   CHANNEL."

23            IS THIS CONSISTENT WITH YOUR ASSESSMENT OF THE PROJECT,

24   SIR?

25   A.  YES.

1  Q.  FROM YOUR OWN PERSONAL KNOWLEDGE AND INVOLVEMENT WITH THEM,

2  WHAT OTHER ENVIRONMENTAL ORGANIZATIONS REGARDS THE MRGO WAS AN

3  ENVIRONMENTAL CLOSURE -- EXCUSE ME, AN ENVIRONMENTAL DISASTER THAT

4  SHOULD BE CLOSED?

5  A.  THOSE INCLUDED THE LAKE PONTCHARTRAIN BASIN FOUNDATION, THE

6  COALITION TO RESTORE COASTAL LOUISIANA, THE ENVIRONMENTAL DEFENSE

7  FUND, THE SIERRA CLUB, THE NATIONAL WILDLIFE FEDERATION, THE

8  AUDUBON SOCIETY, AND I'M SURE THERE ARE OTHERS.

9  Q.  PAGE TWO OF MR. GUNN'S REPORT, STUDY, SLIDE 79.  TALKING ABOUT

10  EXPANSION OF INFRASTRUCTURE.  "ALL OF THIS EXPANSION TOOK PLACE

11  WITH VERY LITTLE CONCERN FOR THE ENVIRONMENT.  ENGINEERS DESIGNED

12  WITH NO REGARD FOR THE ENVIRONMENT.  THE "BUILD ANYTHING" MENTALITY

13  WAS PERVASIVE IN EARLY 1960'S."

14          IS THIS CANDID ASSESSMENT BY MR. GUNN CONSISTENT WITH

15  YOUR OWN INTERACTION WITH THE CORPS FOR SO MANY YEARS?

16  A.  YES.

17  Q.  LET'S TURN TO SLIDE 83.  "100 AND 8 KILOMETERS (67 MILES) OF

18  THE NORTH AND SOUTH BANK IN THE INLAND REACH WERE NOT PROTECTED.

19  THE DESIGN REPORT ACKNOWLEDGED A PROBABLE EROSION PROBLEM BECAUSE

20  OF THE ORGANIC SOILS IN THE INLAND REACH" CITING THE 1958 MRGO

21  DESIGN DOCUMENT.  "NO MEASURES TO PREVENT THE EROSION WERE

22  RECOMMENDED IN THE REPORT.  ANOTHER ENVIRONMENTAL IMPACT TO THE

23  PROJECT IS SALTWATER INTRUSION.  THE DESIGN REPORT AGAIN RECOGNIZED

24  A POSSIBLE PROBLEM BUT MINIMIZED THE PROBLEM, WITH THE EXCEPTION OF

25  A HURRICANE PUSHING SALTWATER UP TO THE CHANNEL."

1                SIR, LET ME ASK YOU A COUPLE OF QUESTIONS.  HAVE YOU

2    PERSONALLY REVIEWED THE 1958 DESIGN MEMOS BY THE ARMY CORPS?

3    A.  YES, I HAVE.

4    Q.  AND DID THEY, IN FACT, ACKNOWLEDGE A PROBABLE EROSION PROBLEM

5    FOR THE BANKS OF THE MRGO BUT TOOK NO PREVENTATIVE MEASURES?

6    A.  YES.

7    Q.  IT ALSO STATES THAT THESE ORIGINAL DESIGN MEMOS MINIMIZE THE

8    PROBLEM OF SALTWATER INTRUSION WITH ONE EXCEPTION.  IS THAT YOUR

9    EXPERIENCE WITH THE CORPS OVER MANY DECADES?

10   A.  YES, IT IS.

11   Q.  SLIDE 84 OF THE SAME STUDY BY MR. GUNN OF THE CORPS:  "TODAY

12   BANK EROSION IS A SIGNIFICANT PROBLEM, WITH LOSSES ON MANY OF THE

13   NORTH BANK AREAS EXCEEDING FOUR AND ONE HALF METERS (50 FEET PER

14   YEAR) --

15                THE COURT:  15?

16                MR. O'DONNELL:  15 I'M SORRY, I MISSPOKE, 1-5.

17                "EROSION ON THE SOUTH BANK IS LESS BECAUSE THE SOUTH BANK

18   CONSISTS OF SOILS DEPOSITED DURING EXCAVATION OF THE PROJECT.

19   SALTWATER INTRUSION IS ALSO A PROBLEM BECAUSE THE CHANNEL HAS

20   ALLOWED THE SALTWATER WEDGE TO MOVE NORTH WARD.  ADDITIONALLY IN

21   1965 HURRICANE BETSY CAUSED FLOODING ADJACENT TO THE CHANNEL.

22   LARGE AMOUNTS OF SALTWATER WERE PUSHED INLAND DURING THE STORM

23   EVENT, KILLING MOST OF THE CYPRESS TREES ADJACENT TO THE CHANNEL.

24   THE LOSS OF FRESH WATER WETLANDS WAS SIGNIFICANT.  ALTHOUGH THIS

25   LOSS OF THE CYPRESS SWAMP MAY HAVE TAKEN PLACE WITHOUT THE CHANNEL,

1    IT CANNOT BE DOCUMENTED."

2         THIS DISCUSSION OF HURRICANE BETSY CAUSING FLOODING

3    ADJACENT TO THE CHANNEL, IS THAT EXACTLY WHAT YOUR STUDIES

4    CONCLUDED, SIR?

5    A.  YES.

6    Q.  KILLING OF MOST OF THE CYPRESS TREES ADJACENT TO THE CHANNEL

7    AND LOSS OF FRESH WATER WETLANDS, IS THIS CONSISTENT WITH YOUR OWN

8    STUDIES OVER THE MANY YEARS?

9    A.  YES, IT IS.

10   Q.  AND THEN IT FURTHER SAYS:  "ALTHOUGH THE LOSS OF THE CYPRESS

11   SWAMP MAY HAVE TAKEN PLACE WITHOUT THE CHANNEL, IT CANNOT BE

12   DOCUMENTED."  DO YOU AGREE?

13   A.  I AGREE WITH THAT.

14   Q.  IN FACT, SIR, HAVE YOU EVER SEEN ANY STUDIES BY THE CORPS OR

15   ANYONE ELSE THAT IDENTIFIED ANY OTHER CAUSE OR LOSS OF THE WETLANDS

16   IN THIS REGION THAT RIVALLED OR EXCEEDED THE MRGO AS A CAUSE?

17   A.  IN THIS AREA I HAVE NOT SEEN SUCH EVIDENCE.

18   Q.  CONTINUING, SLIDE 85.  MR. GUNN OF THE CORPS:  "DURING

19   CONSTRUCTION OF THE CHANNEL, DREDGED MATERIAL WAS PLACED ON THE

20   SOUTH BANK IN A 1,219 METER (4,000 FEET) WIDE CORRIDOR.  FRESH

21   WATER WETLANDS WERE CONVERTED TO UPLANDS, SHRUB TYPE WETLANDS AND

22   SALTWATER WETLANDS.  THE INITIAL CHANNEL CONSTRUCTION AND DISPOSAL

23   OF THE DREDGED MATERIAL DESTROYED A TOTAL OF 9,808 HECTARES (24,236

24   ACRES) OF FRESH WATER WETLANDS.

25         IS THIS A DESCRIPTION OF WHAT YOU CALLED DIRECT LOSS?

1   A.  YES, IT IS.

2   Q.  CONTINUING, SLIDE 86 OF MR. GUNN'S REPORT:  "THE SALTWATER

3   INTRUSION PROBLEM IS BEING STUDIED WITH SOLUTIONS ON THE HORIZON.

4   A FEW OF THE ALTERNATIVES TO REDUCE SALTWATER IMPACTS IS A FRESH

5   WATER DIVERSION AND PARTIAL OR FULL CLOSURE OF CONNECTING CHANNELS

6   BETWEEN THE WATERWAY AND ADJACENT BAYS.  THESE ALTERNATIVES AND

7   CURRENT CONSTRUCTION TECHNIQUES WILL NEVER RETURN THE AREA TO

8   PRECONSTRUCTION CONDITIONS.  BUT A SIGNIFICANT IMPROVEMENT TO THE

9   ENVIRONMENT CAN BE ACHIEVED."

10          IN FACT, SIR, HAD YOU SEVERAL DECADES EARLIER RECOMMENDED

11  TO THE CORPS FRESH WATER DIVERSION AS A MITIGATION MEASURE TO HELP

12  RESTORE AND REJUVENATE THESE WETLANDS?

13  A.  YES, I DID.  AND ST. BERNARD PARISH ACTUALLY CONSTRUCTED AN

14  ADDITIONAL SIPHON AT VIOLET CANAL TO TRY AND ACHIEVE THAT.

15  Q.  THEN IN SLIDE 87 UNDER AN INTERESTING HEADING CALLED CUSTOMER

16  RELATIONS, MR. GUNN WRITES AS FOLLOWS:  "A SIGNIFICANT PROBLEM WITH

17  THE MISSISSIPPI RIVER GULF OUTLET WAS POOR RELATIONS WITH THE LOCAL

18  PARISH GOVERNMENT IN ST. BERNARD PARISH AND THE LANDOWNERS ADJACENT

19  TO THE CHANNEL.  IN THE PAST, THE CORPS OF ENGINEERS DID LITTLE TO

20  EXPLAIN THE PROPOSED ANNUAL MAINTENANCE OF THE PROJECT."

21          SIR, IN YOUR VAST EXPERIENCE WITH THE CORPS FOR THIS MANY

22  DECADES, IS THIS AN ACCURATE, IF NOT UNDERSTATED, ASSESSMENT?

23  A.  I THINK IT IS AN ACCURATE STATEMENT, YES.

24  Q.  LET'S TURN TO SLIDE 88, THE FINAL QUOTE FROM MR. GUNN IN 1999:

25  "THE LACK OF COMMUNICATION BETWEEN THE PARISH, ENVIRONMENTAL

```
 1   AGENCIES, LANDOWNERS, AND THE CORPS OF ENGINEERS HAS CAUSED A DEEP
 2   GORGE OF DISTRUST."
 3          IS THIS A FAIR CHARACTERIZATION OF YOUR EXPERIENCE, SIR?
 4   A.  YES.
 5   Q.  LET ME CONCLUDE WITH THREE QUESTIONS:  FIRST, DR. GAGLIANO,
 6   WOULD IT BE ACCURATE TO SAY THAT YOU PERSONALLY AUTHORED NUMEROUS
 7   REPORTS, STUDIES AND PAPERS BEGINNING IN THE EARLY 1970'S AND RIGHT
 8   UP TO KATRINA THAT WARNED THE CORPS ABOUT THE MRGO'S MOUNTING
 9   ENVIRONMENTAL PROBLEMS AND THE ESCALATING THREAT OF CATASTROPHIC
10   FLOODING FROM STORM SURGE CAUSED BY THE WATERWAY'S DEFECTIVE
11   CONDITIONS?
12   A.  YES.
13   Q.  LET ME ASK YOU THIS:  WOULD IT BE FAIR TO SAY THAT YOU
14   PERSONALLY RECOMMENDED TO THE ARMY CORPS OVER THESE MANY DECADES
15   WHAT YOU BELIEVE WERE FEASIBLE AND EFFECTIVE MITIGATION MEASURES
16   THAT WOULD HAVE PREVENTED THE CATASTROPHIC FLOODING OF NEW ORLEANS
17   EAST, THE LOWER NINTH WARD AND ST. BERNARD PARISH?
18   A.  YES.
19   Q.  AND FINALLY, WOULD IT BE FAIR TO SAY, DR. GAGLIANO, FROM YOUR
20   OWN PERSONAL EXPERIENCE THAT YOUR WARNINGS WENT UNHEEDED?
21   A.  TRAGICALLY, YES.
22          MR. O'DONNELL:  THANK YOU.
23          THE COURT:  THANK YOU, COUNSEL.  I AM GOING TO GIVE YOU
24   AN OPTION.  IT'S 10 TO 12.  I WOULD HATE TO BREAK IN TEN MINUTES.
25   WHAT WE CAN DO IS COME BACK AT ONE AND YOU CAN START YOUR
```

```
 1    CROSS-EXAMINATION, WOULD THAT BE BETTER?

 2              MS. MILLER:  THAT'S FINE.

 3              THE COURT:  ALL RIGHT.  WE WILL COME BACK -- EVERYBODY

 4    REMEMBER THE SEQUESTRATION ORDER, AND WE WILL COME BACK AT

 5    ONE O'CLOCK SHARP.  THANK YOU VERY MUCH.

 6         (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

 7

 8                        *  *  *  *  *  *

 9

10                     REPORTER'S CERTIFICATE

11

12         I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

13    DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

14    THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

15    MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

16    THE ABOVE-ENTITLED AND NUMBERED MATTER.

17

18

19

20              KAREN A. IBOS, CCR, RPR, CRR

21              OFFICIAL COURT REPORTER

22

23

24

25
```

**'**

**'58** [1] - 92:24
**'61** [1] - 56:2
**'64** [1] - 56:3
**'70S** [3] - 93:15, 93:17, 93:18
**'72** [4] - 59:13, 59:16, 59:17, 59:21
**'73** [1] - 90:11
**'77** [1] - 90:3
**'84** [1] - 77:14

**0**

**05-4128** [1] - 3:5
**06-2268** [1] - 3:8
**06-CV-2268** [1] - 1:3

**1**

**1** [2] - 13:8, 13:9
**1,000** [1] - 7:5
**1,219** [1] - 98:22
**1-5** [1] - 97:18
**10** [2] - 26:4, 101:3
**10.4** [1] - 56:2
**10/1/2008** [1] - 5:1
**10/10/2008** [1] - 4:22
**10/14/2008** [1] - 4:22
**10/15/2008** [2] - 4:23, 5:10
**10/16/2008** [2] - 5:9, 5:12
**10/2/2008** [2] - 4:22, 5:1
**10/3/2008** [1] - 5:9
**10/7/2008** [1] - 5:12
**10/8/2008** [1] - 5:11
**10/9/2008** [1] - 5:11
**100** [3] - 25:23, 31:2, 96:19
**101** [1] - 53:7
**11/14/2007** [4] - 5:3, 5:9, 5:14
**11/20/2007** [1] - 5:13
**11/25/2008** [1] - 5:8
**12** [4] - 65:12, 65:13, 65:19, 101:3
**1243** [1] - 87:15
**1253** [1] - 87:2
**13** [4] - 20:18, 66:14, 68:16, 68:17
**14** [4] - 69:22, 74:16, 86:4, 87:8
**140** [1] - 64:16
**143** [3] - 55:10, 59:18, 59:22
**14TH** [1] - 2:13
**15** [3] - 20:7, 97:17,

97:18
**15TH** [1] - 87:11
**16** [2] - 86:12, 90:1
**1630** [4] - 48:19, 50:20, 52:23, 55:12
**1632** [2] - 54:20, 59:11
**1633** [2] - 60:8, 60:10
**1634** [1] - 90:3
**1635** [1] - 70:25
**1638** [1] - 82:8
**1639** [2] - 75:17
**17,058** [1] - 61:24
**1800'S** [2] - 30:22, 31:5
**1875** [1] - 53:9
**19** [2] - 51:18, 90:3
**1928** [1] - 8:19
**1935** [1] - 20:16
**1948** [1] - 58:4
**1957** [9] - 31:17, 32:4, 34:4, 36:13, 36:22, 57:18, 58:2, 77:25, 78:3
**1958** [5] - 27:16, 92:20, 93:2, 96:22, 97:4
**1959** [3] - 16:10, 56:2, 94:23
**196** [2] - 65:13, 65:17
**1960'S** [2] - 47:9, 96:14
**1962** [1] - 56:3
**1963** [1] - 16:11
**1965** [1] - 97:23
**1967** [3] - 16:12, 57:19, 58:4
**1969** [2] - 19:24, 69:25
**1970'S** [13] - 22:13, 33:8, 43:11, 49:2, 49:13, 61:9, 63:18, 65:7, 71:15, 77:7, 78:8, 90:18, 100:11
**1972** [17] - 20:11, 46:7, 50:20, 51:16, 51:24, 52:6, 53:14, 54:3, 54:14, 54:16, 54:22, 55:9, 55:19, 59:10, 59:22, 71:10, 90:1
**1972-73** [1] - 48:14
**1973** [19] - 53:22, 60:12, 60:18, 62:4, 62:9, 62:23, 63:3, 64:14, 64:21, 65:16, 66:14, 69:13, 70:21, 71:11, 74:10, 74:20, 74:22, 75:5, 94:11
**1980'S** [4] - 48:15,

**49:16, 65:7, 86:2
1981** [3] - 93:16, 93:17, 93:20
**1984** [9] - 75:13, 75:22, 76:7, 76:24, 77:10, 78:2, 78:10, 79:16, 80:15
**1988** [3] - 80:24, 81:8, 86:17
**1990** [1] - 82:15
**1990'S** [1] - 65:7
**1998** [7] - 82:7, 83:2, 83:19, 85:21, 87:5, 87:11, 88:7
**1999** [6] - 88:18, 88:19, 89:3, 89:21, 94:24, 100:2

**2**

**2** [12] - 32:9, 68:23, 70:22, 72:10, 76:25, 81:11, 85:23, 92:4, 92:6, 92:9, 92:11
**2,000** [1] - 40:8
**2,139** [1] - 13:8
**20** [7] - 1:4, 3:2, 26:4, 26:5, 31:3, 52:14, 70:3
**2000** [1] - 1:18
**20044** [1] - 2:19
**2005** [2] - 89:3, 89:21
**2007** [1] - 72:8
**2008** [1] - 90:4
**2009** [2] - 1:4, 3:2
**201** [1] - 26:14
**20250** [1] - 2:14
**203** [2] - 78:14, 78:18
**2050** [9] - 82:7, 83:1, 83:22, 86:17, 86:23, 87:5, 87:7, 87:13, 87:22
**21** [1] - 54:20
**22** [3] - 55:23, 64:19, 89:9
**23** [1] - 64:19
**23,606** [1] - 61:24
**2321** [1] - 4:14
**24,236** [1] - 98:25
**25** [1] - 57:16
**27** [1] - 61:2
**29** [1] - 61:21

**3**

**3** [1] - 85:23
**3/31/2008** [1] - 5:10
**30** [5] - 26:6, 26:7, 67:2, 74:5, 91:8
**30-YEAR** [1] - 94:11

**300** [1] - 25:21
**30TH** [1] - 60:12
**31** [3] - 65:12, 65:13, 78:13
**32** [1] - 65:19
**33** [1] - 66:14
**34** [1] - 66:24
**358** [1] - 88:14
**36** [1] - 51:11
**3668** [1] - 1:21
**37** [1] - 69:1
**38** [1] - 69:22
**39** [1] - 70:15
**3RD** [1] - 31:17

**4**

**4,000** [1] - 98:22
**4/29/2008** [1] - 5:7
**4/7/2008** [1] - 5:12
**40** [12] - 21:20, 21:21, 25:13, 26:10, 35:8, 35:12, 38:6, 38:12, 70:25, 74:5, 77:3
**405** [3] - 31:11, 39:16, 39:17
**407** [3] - 72:15, 73:7, 73:23
**462** [2] - 59:10, 59:23
**468** [1] - 13:9
**47** [1] - 74:13
**47,000** [1] - 62:8
**49** [1] - 38:25

**5**

**50** [4] - 25:13, 25:23, 38:12, 97:15
**500** [1] - 2:17
**504** [1] - 2:18
**51** [1] - 75:13
**52** [1] - 76:4
**53** [1] - 76:10
**55** [1] - 79:7
**550** [1] - 1:18
**556** [1] - 1:21
**56** [1] - 79:9
**57** [1] - 75:1
**589-7776** [1] - 2:18
**59** [1] - 81:1

**6**

**6,548** [1] - 61:25
**60** [1] - 16:2
**603** [1] - 74:11
**61** [1] - 82:8
**610** [1] - 1:13
**62** [1] - 84:18

**63** [1] - 86:4
**64** [1] - 86:12
**65** [1] - 84:2
**650** [1] - 51:9
**66** [1] - 55:23
**67** [1] - 96:19

**7**

**7** [1] - 88:18
**7/27/2007** [1] - 4:21
**70** [2] - 25:22, 25:23
**70'S** [2] - 49:16, 74:23
**701** [6] - 24:6, 28:12, 28:13, 28:15, 32:25, 76:20
**70113** [2] - 1:13, 1:16
**70130** [1] - 2:18
**702** [5] - 32:25, 42:3, 63:13, 91:5, 93:5
**702'S** [1] - 45:19
**702C** [2] - 8:10, 8:18
**70502-3668** [1] - 1:22
**71** [1] - 88:14
**72** [1] - 90:1
**722** [1] - 94:23
**73** [2] - 62:12, 64:15
**77** [1] - 95:10
**78** [1] - 95:17
**79** [1] - 96:10

**8**

**8** [1] - 96:19
**83** [1] - 96:19
**84** [1] - 97:13
**85** [1] - 98:20
**855** [1] - 1:15
**86** [1] - 99:5
**87** [1] - 99:18
**88** [3] - 84:18, 85:23, 100:2
**888** [1] - 2:8
**89** [2] - 86:12, 90:21

**9**

**9** [1] - 80:25
**9,808** [1] - 98:25
**9/30/2008** [1] - 5:1
**90071-2627** [1] - 1:19
**90S** [1] - 86:2

**A**

**A** [327] - 2:17, 3:11, 3:14, 3:15, 3:18, 3:22, 4:5, 4:12, 4:15, 4:16, 6:5, 6:13, 6:20, 6:21,

6:22, 6:24, 6:25, 7:3, 7:14, 7:17, 7:22, 8:5, 8:6, 8:18, 9:17, 10:1, 10:4, 10:10, 10:21, 10:22, 11:5, 11:12, 11:18, 12:6, 12:18, 12:20, 12:21, 12:25, 13:19, 14:4, 14:5, 14:6, 14:7, 14:22, 14:24, 15:11, 15:14, 15:20, 15:23, 16:10, 16:11, 16:21, 17:2, 17:3, 17:9, 17:12, 17:17, 17:25, 18:17, 18:24, 19:1, 19:7, 20:1, 20:6, 20:7, 20:22, 20:24, 21:8, 22:7, 23:1, 23:13, 23:25, 24:3, 24:4, 24:5, 24:6, 24:7, 24:9, 24:11, 25:1, 25:2, 25:8, 25:9, 25:15, 25:18, 25:19, 25:20, 25:25, 26:11, 26:16, 26:22, 27:2, 27:7, 27:21, 28:2, 28:5, 28:15, 28:20, 28:25, 29:2, 29:3, 29:21, 30:11, 30:16, 30:20, 30:21, 30:25, 31:3, 31:13, 31:20, 31:25, 32:14, 32:21, 32:22, 33:14, 34:6, 34:22, 35:7, 35:13, 35:15, 35:17, 36:1, 36:25, 37:18, 37:20, 37:22, 38:1, 38:22, 39:21, 39:25, 40:7, 40:9, 40:11, 40:12, 40:16, 40:18, 40:23, 41:11, 41:18, 41:20, 41:23, 42:1, 42:6, 42:20, 43:5, 43:22, 44:2, 44:11, 44:15, 45:3, 46:4, 46:7, 46:8, 47:10, 47:13, 48:16, 48:18, 48:22, 50:2, 50:3, 50:7, 50:10, 50:11, 50:18, 50:23, 51:1, 51:5, 51:6, 51:19, 52:3, 52:7, 52:15, 53:5, 53:8, 53:10, 53:18, 53:19, 53:21, 53:23, 53:24, 53:25, 54:19, 54:24, 55:1, 55:10, 55:17, 56:4, 56:10, 56:16, 56:20, 58:1, 58:5, 58:6, 58:23, 58:25, 59:2, 59:4, 59:12, 60:2, 60:11, 60:22,

61:17, 62:20, 62:21, 65:15, 66:7, 66:21, 66:24, 68:8, 68:12, 69:10, 69:23, 70:4, 70:7, 70:11, 71:24, 71:25, 72:1, 72:8, 72:11, 72:17, 72:19, 73:5, 73:20, 74:4, 74:8, 74:10, 74:14, 74:16, 75:4, 75:8, 75:21, 77:5, 78:19, 79:10, 79:16, 79:18, 80:15, 81:11, 81:14, 81:18, 82:10, 82:11, 82:12, 82:23, 83:3, 83:18, 84:4, 84:9, 84:10, 84:17, 85:1, 85:2, 85:21, 85:23, 86:7, 86:18, 86:24, 87:10, 87:12, 88:11, 88:12, 88:16, 88:19, 89:7, 89:8, 89:23, 90:12, 90:15, 90:18, 90:21, 91:7, 91:12, 91:15, 92:3, 93:13, 94:23, 95:4, 95:6, 95:7, 96:21, 97:1, 97:2, 97:3, 97:6, 97:14, 97:21, 98:18, 98:22, 98:25, 99:2, 99:7, 99:11, 99:14, 99:19, 100:4, 100:6, 101:10, 101:16, 101:18, 101:24

**ABILITY** [1] - 101:19
**ABLE** [5] - 5:21, 23:21, 24:11, 25:6, 56:16
**ABOUT** [59] - 7:13, 7:25, 9:8, 15:4, 15:7, 15:10, 15:12, 15:17, 20:7, 20:11, 24:6, 26:1, 27:5, 28:19, 29:13, 30:2, 30:3, 31:10, 31:25, 32:5, 32:6, 33:4, 33:17, 34:3, 40:5, 40:8, 42:15, 43:5, 45:18, 51:16, 51:19, 53:9, 53:22, 54:21, 55:6, 60:7, 60:22, 60:25, 61:12, 62:8, 62:12, 62:24, 63:19, 64:16, 64:19, 67:6, 69:12, 76:1, 77:5, 77:7, 78:6, 82:4, 83:3, 91:13, 92:14, 94:2, 96:10, 100:12
**ABOVE** [3] - 25:3, 41:11, 101:20

**ABOVE-ENTITLED** [1] - 101:20
**ABSOLUTELY** [2] - 41:20, 80:16
**ABUNDANCE** [2] - 28:24, 31:1
**ABUSE** [1] - 22:8
**ABUSED** [1] - 7:3
**ACCELERATE** [1] - 70:3
**ACCELERATED** [1] - 76:5
**ACCEPT** [1] - 18:18
**ACCESS** [1] - 60:14
**ACCIDENT** [1] - 72:20
**ACCOMPLISHED** [1] - 14:25
**ACCORDING** [1] - 58:8
**ACCURATE** [4] - 10:12, 99:25, 100:1, 100:10
**ACHIEVE** [1] - 99:17
**ACHIEVED** [2] - 86:7, 99:12
**ACKNOWLEDGE** [1] - 97:6
**ACKNOWLEDGED** [3] - 13:12, 13:13, 96:21
**ACKNOWLEDGES** [1] - 4:2
**ACRES** [7] - 61:24, 61:25, 62:8, 63:7, 64:12, 99:1
**ACROSS** [2] - 80:12, 92:3
**ACT** [6] - 8:5, 8:19, 61:7, 82:15, 82:16, 93:20
**ACTION** [16] - 3:5, 3:7, 3:20, 9:3, 9:5, 9:23, 10:17, 15:9, 15:10, 32:11, 36:17, 36:19, 46:22, 77:9, 82:3, 93:14
**ACTIONS** [4] - 9:6, 15:15, 55:2, 55:5
**ACTIVELY** [1] - 86:18
**ACTS** [3] - 9:10, 9:24, 9:25
**ACTUAL** [1] - 14:10
**ACTUALLY** [9] - 49:6, 49:23, 50:9, 51:4, 51:6, 62:15, 67:22, 70:22, 99:16
**AD** [1] - 9:4
**ADAPTED** [1] - 25:10

**ADD** [1] - 40:1
**ADDED** [1] - 62:8
**ADDITION** [3] - 61:22, 67:14, 81:16
**ADDITIONAL** [3] - 63:7, 64:12, 99:17
**ADDITIONALLY** [1] - 97:22
**ADDRESS** [1] - 80:10
**ADDRESSED** [1] - 95:11
**ADEQUATE** [4] - 85:7, 85:9, 85:14, 86:5
**ADJACENT** [8] - 62:2, 69:9, 97:23, 97:25, 98:5, 98:8, 99:9, 99:21
**ADJUSTING** [1] - 5:25
**ADMINISTERED** [1] - 84:4
**ADMINISTRATION** [1] - 79:3
**ADMONITION** [1] - 11:24
**ADOPTED** [1] - 31:16
**ADULT** [1] - 18:11
**ADVANCE** [1] - 89:23
**ADVERSE** [5] - 15:7, 35:1, 36:18, 69:8, 94:10
**ADVISORY** [5] - 31:14, 31:18, 44:16, 46:22, 77:25
**ADVOCATE** [2] - 48:8, 79:4
**ADVOCATED** [1] - 65:8
**AERIAL** [3] - 38:18, 62:6, 67:11
**AFFIRMATIVE** [1] - 61:19
**AFOREMENTIONED** [1] - 81:17
**AFTER** [29] - 17:7, 29:17, 29:21, 36:13, 36:22, 40:1, 44:13, 44:24, 45:11, 45:15, 46:13, 46:17, 54:25, 58:7, 62:23, 63:3, 64:13, 64:21, 70:21, 72:20, 77:9, 82:3, 85:21, 86:17, 87:5, 87:22, 89:2, 94:11
**AFTERWARDS** [1] - 53:1

**AGAIN** [11] - 28:7, 40:13, 44:17, 49:16, 52:13, 53:4, 59:9, 61:11, 69:2, 76:15, 96:25
**AGAINST** [2] - 48:5, 58:5
**AGE** [3] - 25:20, 74:24, 95:6
**AGENCIES** [5] - 15:12, 18:20, 19:6, 84:4, 100:4
**AGENCY** [1] - 88:3
**AGGRAVATE** [1] - 70:16
**AGGRESSIVE** [1] - 79:4
**AGO** [4] - 18:16, 40:8, 42:22, 84:5
**AGREE** [8] - 14:25, 18:20, 18:24, 28:10, 40:18, 87:20, 98:14, 98:15
**AGRICULTURE** [1] - 2:12
**AHEAD** [12] - 22:10, 23:11, 24:23, 32:21, 38:20, 43:9, 45:6, 53:2, 69:5, 79:22, 82:24, 85:4
**AIR** [2] - 16:18, 20:22
**AL** [2] - 1:2, 1:5
**ALCEE** [1] - 18:2
**ALFRED** [1] - 5:13
**ALIVE** [1] - 22:17
**ALL** [46] - 3:9, 4:2, 4:13, 4:14, 4:16, 5:16, 6:7, 6:9, 7:13, 8:16, 9:17, 10:9, 10:12, 11:25, 12:7, 14:1, 14:24, 15:16, 16:1, 22:5, 23:22, 25:7, 28:23, 29:10, 31:5, 38:16, 40:16, 41:3, 43:7, 46:10, 60:4, 69:5, 73:23, 75:1, 76:14, 83:5, 83:14, 84:9, 92:19, 93:9, 93:10, 93:11, 93:24, 96:11, 101:7
**ALLEGE** [1] - 10:25
**ALLEGED** [2] - 9:24, 11:1
**ALLEGEDLY** [1] - 10:18
**ALLEGING** [1] - 8:5
**ALLOTTED** [1] - 59:6
**ALLOW** [10] - 7:2, 7:10, 29:7, 63:16, 64:6, 72:2, 73:6,

73:16, 86:8, 91:12

**ALLOWED** [3] - 6:25, 91:9, 97:22

**ALLOWING** [1] - 65:1

**ALONE** [1] - 64:5

**ALONG** [11] - 42:21, 47:5, 47:15, 47:16, 52:11, 52:12, 57:14, 65:9, 72:9, 78:21, 86:13

**ALREADY** [4] - 9:21, 45:25, 52:21, 91:12

**ALSO** [30] - 5:16, 6:11, 9:14, 11:13, 14:9, 14:20, 16:16, 17:12, 17:23, 22:24, 26:19, 26:22, 41:23, 48:5, 49:10, 55:11, 58:20, 59:17, 60:22, 60:25, 62:7, 67:17, 72:25, 77:6, 81:17, 81:19, 84:6, 85:23, 97:9, 97:21

**ALTERED** [2] - 57:15, 62:1

**ALTERNATIVE** [1] - 81:13

**ALTERNATIVES** [3] - 55:6, 99:7, 99:9

**ALTHOUGH** [2] - 98:1, 98:12

**ALWAYS** [2] - 11:12, 72:20

**AM** [49] - 4:16, 7:19, 10:24, 12:11, 13:10, 14:2, 14:4, 17:17, 22:20, 24:9, 24:16, 28:12, 28:25, 29:7, 29:8, 32:5, 33:17, 33:25, 35:20, 37:4, 38:17, 42:4, 42:5, 43:5, 45:3, 45:23, 47:1, 51:18, 51:25, 52:19, 57:3, 58:25, 59:9, 63:14, 64:6, 64:24, 65:1, 73:4, 73:6, 73:15, 74:17, 74:24, 82:1, 91:11, 91:20, 95:18, 101:2

**AMAZON** [1] - 53:10

**AMELIORATE** [1] - 73:13

**AMELIORATED** [1] - 80:2

**AMENDED** [1] - 28:13

**AMERICA** [1] - 1:5

**AMIN** [1] - 2:2

**AMOUNT** [3] - 59:6,

64:12, 64:15

**AMOUNTS** [1] - 97:24

**AN** [59] - 3:13, 4:18, 8:13, 9:19, 11:24, 14:13, 14:25, 17:18, 18:5, 18:8, 20:11, 21:12, 24:7, 24:8, 26:21, 28:15, 28:16, 28:20, 29:2, 36:3, 36:5, 36:6, 37:14, 38:6, 39:5, 40:16, 42:3, 42:12, 49:8, 54:16, 56:10, 56:15, 56:17, 59:6, 61:14, 63:23, 63:24, 65:1, 67:4, 68:6, 69:2, 69:8, 69:10, 69:16, 75:21, 80:5, 82:11, 83:18, 92:15, 93:4, 94:5, 95:21, 96:3, 96:4, 99:16, 99:18, 99:25, 100:1, 101:3

**ANALYSIS** [2] - 55:4

**ANCHORAGE** [1] - 51:5

**ANCHORED** [1] - 26:24

**AND** [552] - 3:7, 3:11, 3:15, 3:17, 3:18, 3:19, 3:24, 4:4, 4:15, 4:22, 5:3, 5:9, 5:10, 5:11, 5:19, 5:21, 5:24, 6:9, 6:11, 6:18, 6:25, 7:1, 7:12, 7:13, 7:18, 7:19, 7:21, 7:25, 8:6, 8:7, 8:10, 8:11, 8:12, 8:15, 8:25, 9:5, 9:8, 9:9, 9:11, 9:12, 9:20, 9:22, 10:2, 10:11, 10:15, 10:21, 10:24, 11:2, 11:5, 11:10, 11:12, 11:13, 11:16, 11:17, 11:19, 11:20, 11:21, 11:22, 11:23, 12:4, 12:7, 12:13, 12:20, 12:23, 12:24, 12:25, 13:2, 13:12, 13:23, 14:9, 14:17, 14:19, 14:25, 15:2, 15:6, 15:7, 15:11, 15:12, 15:13, 15:15, 15:16, 15:17, 15:19, 15:23, 16:2, 16:11, 16:15, 16:16, 16:17, 16:18, 16:19, 16:22, 16:25, 17:10, 17:11, 17:15, 17:17, 17:19, 18:1, 18:2, 18:7, 18:9, 18:10, 18:19, 18:21,

18:22, 19:2, 19:3, 19:6, 19:14, 19:16, 19:18, 19:20, 19:22, 19:25, 20:2, 20:12, 20:13, 20:17, 20:22, 21:3, 21:6, 21:10, 21:19, 22:1, 22:2, 22:3, 22:6, 22:14, 22:15, 22:21, 22:25, 23:2, 23:5, 23:13, 23:16, 23:17, 23:21, 24:4, 24:5, 24:8, 24:11, 24:18, 25:1, 25:4, 25:6, 25:11, 25:14, 25:22, 26:7, 26:12, 26:20, 27:1, 27:2, 27:4, 27:11, 27:19, 28:6, 28:9, 28:14, 28:16, 28:17, 28:19, 28:23, 29:3, 29:14, 29:19, 29:21, 29:23, 29:25, 30:2, 30:6, 30:11, 30:14, 30:22, 30:24, 31:1, 31:2, 31:4, 31:23, 32:3, 32:6, 32:7, 32:11, 33:13, 33:14, 33:22, 33:23, 34:2, 34:8, 34:10, 34:12, 34:15, 34:16, 34:18, 34:19, 35:5, 36:19, 36:21, 36:25, 37:3, 37:24, 37:25, 38:2, 38:6, 38:16, 38:17, 39:8, 39:9, 39:25, 40:1, 40:4, 40:23, 41:12, 41:13, 41:16, 41:22, 41:23, 42:25, 43:2, 43:12, 43:22, 44:9, 44:17, 45:8, 45:11, 45:12, 46:6, 46:16, 46:17, 46:18, 46:19, 46:20, 47:9, 47:16, 48:3, 48:5, 48:6, 48:8, 48:20, 48:24, 48:25, 49:5, 49:8, 49:11, 49:16, 49:19, 49:23, 49:25, 50:2, 50:8, 50:10, 50:16, 50:18, 50:21, 50:25, 51:3, 51:5, 51:11, 51:15, 51:20, 51:21, 51:24, 52:4, 52:5, 52:9, 52:11, 52:12, 52:19, 52:25, 53:1, 53:10, 53:12, 53:20, 53:21, 53:23, 53:24, 54:1, 54:5, 54:10, 54:22, 54:25, 55:2, 55:3, 55:4, 55:5, 55:6, 55:20, 55:21,

56:5, 56:7, 56:9, 56:15, 56:25, 57:9, 57:13, 57:14, 57:16, 58:4, 58:6, 59:17, 59:18, 59:21, 59:23, 60:1, 60:2, 60:4, 60:12, 60:15, 60:20, 60:23, 60:25, 61:7, 61:10, 61:11, 61:16, 61:18, 61:23, 61:24, 61:25, 62:1, 62:6, 62:8, 62:14, 62:15, 62:16, 62:23, 62:24, 63:3, 63:12, 63:22, 64:4, 64:5, 64:8, 64:13, 64:21, 65:7, 65:18, 65:20, 65:21, 65:23, 66:1, 66:2, 66:4, 66:5, 66:17, 66:19, 66:21, 67:3, 67:12, 67:13, 67:15, 67:16, 67:17, 67:18, 67:21, 68:12, 68:22, 69:9, 69:20, 70:2, 70:12, 70:16, 70:20, 70:22, 70:23, 70:24, 71:3, 71:10, 71:19, 71:20, 71:21, 71:22, 72:2, 72:17, 73:4, 73:10, 73:16, 73:22, 73:23, 73:24, 74:3, 74:7, 74:8, 74:17, 74:18, 75:7, 75:10, 75:11, 75:14, 75:21, 76:1, 76:2, 76:12, 76:18, 77:3, 77:15, 77:21, 77:22, 78:5, 78:13, 78:20, 78:21, 78:23, 78:25, 79:2, 79:3, 79:5, 79:11, 79:12, 80:12, 80:20, 81:3, 81:6, 81:14, 81:19, 81:20, 82:13, 82:14, 82:21, 83:4, 83:19, 83:20, 84:1, 84:5, 84:8, 84:10, 84:20, 85:23, 86:2, 86:13, 86:17, 86:20, 87:5, 87:12, 87:17, 87:22, 88:8, 88:11, 88:17, 89:3, 89:8, 89:10, 89:11, 89:15, 89:17, 89:21, 89:24, 90:4, 90:9, 90:12, 90:25, 91:4, 91:8, 91:24, 91:25, 92:4, 92:6, 92:9, 92:11, 92:12, 92:17, 93:9, 93:10, 93:17, 93:19, 93:20, 93:21, 93:22, 93:24, 94:19, 95:11,

95:18, 96:2, 96:9, 96:19, 96:20, 97:6, 97:15, 98:9, 98:12, 98:23, 98:24, 99:8, 99:9, 99:15, 99:16, 99:17, 99:21, 100:4, 100:11, 100:13, 100:19, 100:21, 100:23, 101:4, 101:8, 101:18, 101:19, 101:20

**ANDRY** [2] - 1:12, 1:12

**ANGELES** [1] - 1:19

**ANGLE** [1] - 65:23

**ANIMALS** [1] - 57:14

**ANNOUNCE** [1] - 35:17

**ANNUAL** [1] - 99:23

**ANOTHER** [12] - 4:23, 8:16, 9:14, 25:19, 54:21, 64:15, 67:2, 74:12, 77:17, 77:18, 86:12, 96:24

**ANSWER** [4] - 11:14, 11:15, 28:7, 73:2

**ANY** [35] - 7:14, 9:12, 10:19, 12:9, 12:11, 12:16, 13:21, 24:12, 27:25, 29:6, 30:2, 33:2, 35:13, 38:4, 38:11, 42:8, 42:13, 46:21, 50:14, 54:13, 56:13, 61:4, 65:3, 66:15, 72:22, 74:4, 77:9, 80:2, 82:3, 87:18, 94:7, 94:10, 98:16, 98:17

**ANYBODY** [2] - 22:17, 39:13

**ANYMORE** [1] - 50:17

**ANYONE** [1] - 98:17

**ANYTHING** [5] - 6:10, 40:21, 73:23, 80:12, 96:13

**APART** [1] - 8:10

**APOLOGIZE** [3] - 22:4, 39:23, 60:1

**APPARENT** [1] - 61:17

**APPARENTLY** [1] - 60:2

**APPEAL** [4] - 3:19, 8:1, 11:18, 22:6

**APPEAR** [1] - 67:19

**APPEARANCES** [1] - 1:11

**APPEARS** [1] - 24:1

**APPLIED** [1] - 17:19

**APPLIES** [1] - 10:8
**APPRECIATE** [4] - 7:21, 12:25, 14:15, 47:3
**APPRECIATION** [1] - 61:14
**APPRISE** [1] - 7:18
**APPROACH** [1] - 49:15
**APPROACHED** [2] - 18:16, 49:15
**APPROPRIATE** [3] - 63:25, 76:20, 92:15
**APPROXIMATE** [2] - 63:6, 64:12
**APPROXIMATELY** [3] - 22:1, 64:21, 85:18
**APRIL** [1] - 3:2
**APRIL** [1] - 1:4
**AQUATIC** [2] - 46:12, 56:6
**ARCHAEOLOGICAL** [1] - 18:7
**ARCHAEOLOGY** [1] - 18:6
**ARE** [80] - 3:23, 3:24, 4:7, 4:17, 5:14, 5:20, 5:23, 6:9, 8:14, 8:15, 8:16, 9:13, 9:17, 10:1, 10:5, 10:9, 12:9, 12:12, 12:13, 13:20, 16:16, 17:16, 17:25, 21:18, 21:19, 22:6, 22:9, 22:17, 23:18, 23:19, 25:4, 25:5, 25:6, 25:10, 25:15, 27:2, 28:7, 30:4, 32:25, 34:7, 34:12, 38:7, 38:17, 38:19, 41:13, 41:15, 43:2, 45:24, 45:25, 46:13, 46:19, 46:20, 49:19, 50:1, 50:8, 52:17, 52:18, 56:7, 56:8, 57:22, 57:25, 62:14, 65:23, 66:15, 66:17, 72:14, 72:23, 73:21, 74:3, 79:12, 80:8, 80:25, 83:20, 86:5, 91:14, 96:9
**AREA** [44] - 17:23, 20:19, 20:21, 21:5, 21:9, 21:12, 21:22, 22:15, 23:4, 28:23, 31:4, 34:9, 34:15, 35:23, 36:18, 36:19, 37:19, 37:23, 39:2, 40:6, 41:22, 43:15, 44:14, 45:16, 47:16, 50:18, 51:5, 52:7,

55:15, 57:8, 66:16, 66:17, 66:19, 67:9, 67:17, 75:14, 76:12, 76:14, 76:15, 77:3, 79:8, 98:19, 99:10
**AREAS** [23] - 7:14, 17:21, 20:24, 21:2, 21:18, 21:24, 23:15, 27:5, 32:11, 34:10, 35:1, 37:15, 37:16, 41:14, 47:15, 49:25, 61:24, 62:2, 62:15, 69:9, 81:18, 97:15
**ARGUING** [1] - 72:14
**ARMOR** [1] - 92:6
**ARMY** [33] - 8:6, 15:10, 15:17, 19:13, 19:22, 29:13, 33:19, 46:21, 53:14, 54:13, 58:8, 58:20, 60:13, 62:24, 63:20, 65:8, 71:7, 72:9, 73:19, 75:5, 78:2, 78:5, 80:15, 80:24, 81:4, 82:18, 83:7, 83:24, 88:25, 93:25, 94:2, 97:4, 100:18
**AROUND** [3] - 23:4, 41:21, 76:12
**ARPENT** [3] - 21:20, 21:21, 77:3
**ARTICULATED** [1] - 83:20
**AS** [134] - 3:9, 3:18, 3:22, 4:5, 5:10, 5:18, 7:1, 7:5, 7:7, 7:15, 7:18, 7:20, 8:25, 9:9, 9:15, 9:19, 9:24, 10:1, 10:16, 10:17, 10:21, 10:23, 11:9, 11:10, 11:11, 11:16, 11:17, 11:25, 13:10, 13:12, 13:14, 14:5, 14:18, 14:24, 16:20, 17:10, 18:5, 18:17, 18:24, 20:6, 23:19, 23:20, 24:3, 24:6, 24:16, 25:5, 27:8, 27:11, 27:23, 28:13, 29:16, 30:5, 30:10, 30:16, 30:21, 32:4, 33:14, 34:10, 34:11, 34:15, 34:17, 35:6, 35:20, 36:6, 36:23, 37:2, 40:6, 40:11, 40:21, 40:22, 40:23, 41:12, 41:18, 41:20, 41:23, 42:21, 45:1, 46:2, 47:12, 48:25, 49:14, 50:9, 51:2, 52:6,

52:10, 53:10, 54:11, 55:17, 57:8, 57:23, 58:2, 62:15, 63:7, 63:16, 63:24, 63:25, 64:25, 65:15, 65:21, 67:12, 68:9, 71:9, 71:23, 72:15, 73:19, 74:9, 75:9, 75:21, 76:7, 77:15, 79:16, 79:18, 82:12, 82:16, 83:19, 84:8, 86:18, 86:23, 87:15, 88:11, 89:8, 89:21, 91:15, 93:18, 94:6, 94:7, 94:16, 98:18, 99:14, 99:19
**ASHLEY** [1] - 68:10
**ASK** [21] - 11:9, 11:14, 11:16, 12:5, 23:18, 32:5, 32:6, 33:3, 33:17, 39:5, 51:18, 56:21, 57:2, 67:6, 80:1, 89:10, 89:11, 91:19, 92:14, 97:3, 100:17
**ASKED** [4] - 35:24, 45:4, 76:19, 93:3
**ASKING** [2] - 38:7, 91:20
**ASPECTS** [2] - 20:13
**ASSEMBLAGES** [1] - 56:8
**ASSEMBLE** [1] - 18:20
**ASSESSING** [1] - 55:1
**ASSESSMENT** [3] - 95:24, 96:15, 99:25
**ASSIGNMENT** [3] - 18:18, 20:1, 20:11
**ASSIMILATED** [1] - 83:4
**ASSIST** [1] - 89:15
**ASSOCIATED** [2] - 25:16, 51:21
**ASSUME** [4] - 13:14, 24:12, 36:8, 73:16
**ASSUMING** [1] - 73:10
**ASSUMPTIONS** [1] - 88:17
**AT** [67] - 6:22, 11:8, 14:4, 16:9, 18:10, 18:21, 19:24, 19:25, 21:5, 22:17, 24:16, 25:12, 25:24, 26:14, 29:6, 34:21, 38:20, 38:25, 39:12, 40:16, 41:9, 43:1, 48:25, 51:16, 53:22, 54:16,

54:19, 55:16, 58:1, 58:3, 58:25, 60:2, 60:8, 66:14, 66:25, 68:3, 71:18, 72:6, 73:1, 73:5, 73:6, 73:13, 74:5, 74:14, 75:6, 76:1, 81:3, 81:20, 82:21, 84:1, 85:16, 86:7, 86:23, 87:18, 88:7, 88:14, 89:23, 90:1, 90:21, 90:25, 91:24, 92:4, 94:24, 95:6, 99:17, 101:4, 101:8
**ATMOSPHERIC** [1] - 79:3
**ATTACKS** [3] - 76:11, 77:6, 77:10
**ATTEMPTING** [1] - 28:22
**ATTORNEY** [3] - 7:17, 7:22, 10:8
**ATTORNEYS** [6] - 3:25, 4:3, 4:10, 8:21, 12:22, 18:17
**ATTRIBUTABLE** [1] - 11:2
**AUDUBON** [1] - 96:9
**AUGUST** [1] - 60:12
**AUSPICES** [1] - 88:2
**AUSTRALIA** [1] - 17:14
**AUTHOR** [2] - 74:17, 78:23
**AUTHORED** [9] - 15:6, 15:10, 31:10, 51:22, 75:5, 83:6, 94:23, 94:24, 100:10
**AUTHORIZATION** [2] - 9:2, 86:13
**AUTHORIZED** [1] - 72:7
**AUTHORS** [2] - 78:24, 83:3
**AVAILABLE** [1] - 53:1
**AVE** [1] - 2:13
**AVENUE** [3] - 37:17, 69:16, 85:16
**AVERTING** [2] - 20:2, 91:25
**AWARE** [5] - 12:18, 12:22, 22:17, 45:25, 74:4
**AWAY** [1] - 27:23

## B

**B** [2] - 1:12, 82:23
**B-R-E-A-U-X** [1] -

82:23
**BACHELOR'S** [1] - 16:10
**BACK** [14] - 6:19, 17:3, 21:21, 35:2, 37:25, 43:24, 44:1, 47:14, 59:8, 67:5, 68:7, 101:4, 101:7, 101:8
**BACKGROUND** [3] - 16:8, 24:11, 41:1
**BAD** [1] - 39:10
**BAEZA** [1] - 2:13
**BALANCE** [1] - 34:19
**BALL** [2] - 27:21, 27:25
**BANK** [20] - 30:21, 47:15, 49:7, 65:21, 76:10, 78:10, 78:21, 80:9, 80:24, 86:13, 92:8, 95:11, 96:20, 97:14, 97:15, 97:19, 97:20, 98:22
**BANKS** [4] - 30:14, 65:23, 92:6, 97:7
**BARATARIA** [1] - 75:9
**BARONNE** [2] - 1:13, 1:15
**BARRAS** [1] - 6:2
**BARRIER** [8] - 41:19, 41:23, 72:8, 73:20, 74:4, 74:6, 75:14, 91:24
**BARRIER/CONTROL** [1] - 92:3
**BARRIERS** [1] - 90:25
**BASE** [1] - 26:18
**BASED** [19] - 9:25, 32:13, 32:23, 34:2, 35:21, 44:22, 57:16, 63:12, 69:17, 70:12, 73:4, 74:3, 81:22, 91:4, 92:19, 93:1, 93:4, 93:9, 93:24
**BASELINE** [13] - 23:1, 44:7, 44:9, 54:16, 54:22, 55:4, 55:14, 55:17, 55:19, 59:10, 59:14, 59:20, 59:22
**BASIC** [3] - 17:10, 24:10, 88:17
**BASICALLY** [4] - 16:14, 20:11, 37:1, 87:12
**BASIN** [3] - 10:11, 43:6, 96:6

**BASINS** [3] - 10:10, 34:9, 41:21
**BASIS** [1] - 73:7
**BATON** [2] - 17:19, 60:15
**BAUMY** [1] - 5:2
**BAY** [1] - 53:9
**BAYOU** [20] - 23:5, 23:12, 38:23, 40:5, 40:7, 41:5, 41:7, 41:9, 41:18, 42:18, 42:23, 57:24, 67:1, 72:6, 73:20, 74:5, 81:20, 81:21, 91:1, 91:24
**BAYS** [1] - 99:9
**BE** [80] - 3:18, 3:22, 4:8, 4:17, 7:2, 7:3, 7:9, 8:21, 9:20, 11:9, 11:10, 11:12, 12:3, 12:5, 12:20, 12:21, 12:22, 13:7, 13:11, 14:8, 15:4, 16:21, 21:12, 22:19, 23:6, 24:1, 24:12, 24:14, 25:21, 25:22, 28:15, 30:12, 31:2, 32:18, 33:15, 34:11, 35:9, 36:20, 37:8, 37:14, 37:17, 37:18, 39:21, 45:24, 48:3, 48:6, 49:7, 49:9, 51:21, 56:25, 61:3, 61:11, 63:11, 63:14, 65:2, 68:19, 70:4, 71:21, 72:5, 75:13, 76:11, 76:12, 76:13, 79:18, 80:16, 81:14, 86:6, 86:14, 86:18, 91:6, 96:5, 98:3, 98:13, 99:12, 100:10, 100:17, 100:23, 101:5
**BEA** [1] - 6:1
**BEACH** [1] - 67:3
**BEAM** [1] - 21:3
**BECAME** [1] - 61:16
**BECAUSE** [24] - 6:18, 6:19, 6:24, 10:22, 14:14, 17:3, 18:18, 22:8, 23:16, 24:7, 36:3, 45:4, 49:8, 49:19, 63:24, 64:25, 71:16, 73:11, 82:4, 92:15, 93:18, 96:21, 97:19, 97:21
**BECOME** [4] - 12:18, 18:14, 52:5, 67:4
**BECOMING** [1] - 65:22
**BEEN** [33] - 3:12, 5:4, 7:3, 12:6, 12:10,

14:8, 18:11, 19:22, 20:10, 20:17, 20:21, 22:5, 22:8, 24:2, 32:10, 33:12, 36:6, 42:21, 49:25, 51:1, 53:7, 55:8, 57:8, 57:13, 57:15, 65:14, 66:15, 72:25, 74:5, 78:7, 85:16, 94:2, 95:21
**BEFORE** [26] - 1:8, 3:14, 7:16, 9:21, 13:25, 21:23, 26:25, 27:4, 31:6, 33:19, 34:25, 38:11, 41:18, 42:18, 44:7, 45:11, 55:16, 58:6, 64:21, 80:16, 91:8, 92:20, 92:24, 93:2, 93:12, 94:3
**BEGAN** [1] - 27:16
**BEGIN** [1] - 22:2
**BEGINNING** [8] - 20:10, 22:1, 48:12, 48:13, 61:6, 86:1, 90:17, 100:11
**BEHIND** [1] - 77:3
**BEING** [17] - 4:24, 14:23, 36:14, 42:23, 47:9, 48:24, 56:16, 65:20, 66:10, 71:22, 72:9, 74:7, 74:8, 76:16, 76:19, 82:13, 99:6
**BELABOR** [1] - 55:23
**BELIEVE** [9] - 6:5, 38:25, 53:22, 62:8, 65:19, 78:13, 88:7, 94:22, 100:19
**BELIEVED** [2] - 88:10, 91:10
**BENCH** [1] - 7:8
**BENDS** [2] - 34:16, 35:13
**BENEFICIAL** [4] - 47:25, 48:9, 48:17, 92:8
**BENEFIT** [1] - 48:4
**BENJAMIN** [1] - 2:9
**BERNARD** [40] - 15:11, 20:9, 20:10, 20:14, 21:10, 21:22, 22:15, 22:24, 23:3, 26:17, 31:14, 31:16, 31:22, 33:8, 39:2, 39:19, 43:6, 48:8, 48:15, 50:23, 51:13, 53:20, 54:23, 57:23, 60:11, 60:20, 61:16,

69:8, 76:6, 77:2, 77:11, 78:6, 83:7, 86:23, 87:5, 87:18, 89:14, 99:16, 99:21, 100:21
**BESIDES** [1] - 19:12
**BEST** [3] - 5:18, 5:19, 101:18
**BETSY** [7] - 15:18, 52:11, 69:18, 70:5, 70:9, 97:23, 98:4
**BETTER** [2] - 20:25, 94:10, 101:5
**BETWEEN** [13] - 21:9, 48:20, 49:11, 66:5, 66:19, 67:15, 89:3, 89:21, 90:11, 92:9, 92:11, 99:9, 100:3
**BEYOND** [1] - 73:25
**BIENVILLE** [1] - 67:1
**BIG** [2] - 41:21, 70:10
**BIGGER** [2] - 65:25, 66:1
**BIOLOGICAL** [1] - 16:18
**BIT** [4] - 17:2, 17:3, 70:11
**BLACKISH** [1] - 36:21
**BOAT** [2] - 20:22, 50:3
**BODIES** [5] - 16:15, 23:20, 34:12, 48:23, 48:24
**BOOK** [1] - 53:8
**BORGNE** [22] - 23:4, 34:12, 41:22, 47:20, 48:20, 48:24, 49:9, 49:14, 52:2, 66:19, 67:1, 67:2, 67:13, 68:23, 76:6, 76:11, 77:6, 77:11, 78:7, 80:13, 92:6, 92:9
**BORN** [2] - 18:1, 20:15
**BOTH** [11] - 11:23, 17:21, 23:17, 28:7, 35:5, 65:9, 66:2, 75:7, 82:13, 92:6, 92:12
**BOTTOM** [4] - 39:13, 50:5, 72:2, 87:14
**BOX** [1] - 3:12
**BOX** [2] - 1:21, 2:8
**BRACKISH** [2] - 36:21, 44:15
**BRANCH** [1] - 2:1
**BRAZIL** [1] - 17:14
**BREACH** [2] - 10:16,

67:11
**BREACHED** [1] - 76:10
**BREACHES** [1] - 3:6
**BREAK** [4] - 55:11, 59:2, 72:3, 101:3
**BREAKING** [1] - 59:1
**BREAUX** [1] - 82:16
**BRIAN** [1] - 5:24
**BRIDGE** [10] - 48:20, 48:22, 48:25, 49:3, 55:11, 57:23, 67:12, 68:4, 68:19, 92:9
**BRIEF** [1] - 7:17
**BRIEFING** [1] - 77:15
**BRIEFLY** [8] - 17:7, 34:7, 35:3, 40:4, 57:21, 90:24, 91:22
**BRITSCH** [1] - 6:2
**BROAD** [1] - 41:12
**BROUGHT** [2] - 29:23, 79:10
**BROUSSARD** [1] - 5:9
**BRUCE** [1] - 6:2
**BRUNO** [13] - 1:14, 1:15, 6:5, 6:11, 6:15, 10:14, 14:2, 14:3, 14:6, 14:8, 14:12, 14:15
**BUBBLE** [2] - 71:23, 71:25
**BUBBLES** [1] - 72:2
**BUFFER** [1] - 30:14
**BUFFERING** [7] - 26:11, 28:1, 28:8, 29:13, 30:3, 30:8, 34:3
**BUGGY** [1] - 50:11
**BUILD** [4] - 52:14, 53:4, 60:20, 96:13
**BUILDING** [2] - 2:12, 49:24
**BUILDS** [1] - 71:3
**BUILT** [2] - 30:23, 40:8
**BURDEN** [1] - 4:5
**BUT** [61] - 3:13, 4:5, 4:14, 5:2, 5:4, 7:9, 8:1, 9:19, 9:21, 11:24, 12:11, 12:20, 12:21, 13:19, 14:9, 17:23, 20:24, 21:3, 21:9, 21:14, 21:19, 22:8, 22:19, 22:24, 25:21, 26:17, 28:12, 28:22, 29:7, 35:17, 36:1, 39:24, 40:19, 40:25, 41:8, 42:12, 42:15, 42:20, 44:2, 46:1,

48:14, 49:18, 55:12, 55:24, 56:19, 60:7, 63:25, 64:5, 67:14, 67:15, 77:19, 80:5, 83:14, 86:8, 89:9, 89:10, 89:19, 95:12, 97:1, 97:7, 99:11
**BUTTRESS** [1] - 26:18
**BY** [172] - 1:12, 1:15, 1:17, 1:20, 2:2, 2:13, 5:2, 5:24, 8:7, 8:8, 9:24, 10:18, 11:4, 11:17, 13:7, 14:24, 15:16, 16:5, 16:16, 16:17, 17:6, 17:13, 18:16, 19:11, 20:21, 21:1, 21:16, 21:19, 22:12, 23:10, 23:15, 23:16, 24:24, 25:1, 25:5, 27:15, 29:11, 29:13, 29:25, 30:7, 30:23, 31:16, 31:22, 33:6, 33:23, 34:1, 34:4, 34:20, 35:6, 36:12, 36:23, 37:1, 37:2, 37:12, 38:2, 38:10, 38:21, 40:3, 40:6, 41:4, 41:16, 42:17, 42:19, 43:1, 43:10, 44:6, 44:21, 45:7, 46:2, 46:11, 47:4, 50:25, 51:2, 51:20, 52:16, 53:3, 53:6, 53:8, 53:19, 54:10, 54:11, 55:13, 55:16, 57:5, 58:19, 60:9, 60:12, 61:7, 61:12, 61:24, 61:25, 62:6, 62:9, 62:13, 62:22, 62:25, 63:4, 63:11, 63:17, 64:3, 64:11, 64:13, 64:21, 65:6, 65:24, 66:13, 67:8, 68:2, 68:3, 68:18, 68:19, 69:6, 70:18, 72:9, 72:20, 72:25, 73:8, 73:14, 73:18, 74:2, 74:25, 75:4, 75:19, 76:23, 77:24, 78:1, 78:3, 78:5, 78:17, 78:19, 80:2, 80:7, 81:4, 81:18, 82:2, 82:10, 82:13, 82:25, 83:13, 84:11, 84:16, 85:5, 85:13, 85:18, 86:7, 87:4, 88:17, 88:19, 88:25, 89:7, 89:8, 91:15, 91:21, 92:25, 93:8, 93:12, 93:16,

93:20, 94:2, 94:18, 94:19, 94:23, 95:9, 95:20, 95:21, 96:15, 97:4, 97:13, 98:16, 100:14
**BY** [2] - 2:21, 2:21

# C

**C** [1] - 3:1
**CA** [1] - 1:19
**CALCASIEU** [1] - 75:9
**CALIFORNIA** [1] - 25:20
**CALL** [3] - 13:23, 25:16, 95:22
**CALLED** [11] - 12:10, 14:23, 17:17, 26:19, 30:21, 30:25, 50:7, 82:14, 95:21, 99:2, 99:18
**CALLING** [1] - 42:2
**CALLS** [1] - 81:24
**CAME** [2] - 3:11, 47:12
**CAMILLE** [4] - 15:19, 69:23, 69:24, 70:1
**CAN** [43] - 3:22, 13:21, 22:8, 23:1, 23:6, 24:6, 24:10, 26:14, 27:14, 29:22, 30:5, 35:1, 35:25, 39:13, 39:24, 40:4, 41:12, 41:20, 43:21, 43:24, 44:4, 47:17, 48:6, 48:19, 48:25, 56:21, 58:2, 59:5, 60:10, 61:3, 63:22, 64:25, 65:2, 67:12, 67:14, 70:25, 74:11, 80:1, 83:10, 84:8, 99:12, 101:4
**CAN'T** [5] - 27:10, 36:2, 56:15, 58:17, 73:11
**CANAL** [12] - 3:6, 8:19, 10:19, 21:20, 21:21, 52:12, 66:17, 66:19, 75:7, 75:10, 77:3, 99:17
**CANALS** [7] - 8:20, 23:20, 49:24, 74:10, 74:18, 80:17, 80:18
**CANDID** [1] - 96:15
**CANE** [4] - 30:17, 30:25, 31:2, 31:6
**CANNOT** [3] - 37:17, 98:3, 98:13
**CANOPY** [1] - 25:2

**CARE** [1] - 10:2
**CARL** [1] - 51:18
**CARRIED** [1] - 29:25
**CASE** [25] - 3:7, 3:14, 3:15, 3:22, 4:7, 7:13, 7:15, 8:5, 8:16, 11:6, 11:7, 18:14, 18:15, 19:3, 20:20, 24:8, 24:13, 28:21, 40:18, 40:22, 40:25, 42:8, 42:14, 48:23, 69:10
**CASES** [1] - 8:19
**CATASTROPHE** [1] - 37:20
**CATASTROPHES** [1] - 94:16
**CATASTROPHIC** [4] - 81:18, 82:4, 100:13, 100:20
**CATCH** [1] - 89:9
**CATCHMENT** [1] - 34:10
**CATEGORIES** [4] - 7:20, 7:21, 8:4, 8:14
**CATEGORY** [3] - 7:19, 7:23, 7:24
**CAUSATION** [3] - 8:9, 10:6, 15:14
**CAUSE** [7] - 8:9, 37:10, 52:4, 69:9, 75:8, 98:17, 98:18
**CAUSED** [10] - 10:16, 10:17, 10:18, 35:6, 62:25, 72:24, 73:14, 97:23, 100:4, 100:14
**CAUSES** [2] - 75:6, 78:20
**CAUSING** [1] - 98:4
**CCR** [3] - 2:17, 101:16, 101:24
**CENTRAL** [10] - 21:7, 21:8, 27:1, 27:17, 30:12, 31:6, 34:23, 57:12, 92:1, 92:18
**CEO** [1] - 17:17
**CERTAIN** [3] - 15:14, 20:24, 40:20
**CERTAINLY** [8] - 11:22, 29:3, 30:6, 46:2, 65:2, 73:6, 88:10, 93:15
**CERTIFICATE** [1] - 101:14
**CERTIFY** [1] - 101:17
**CETERA** [1] - 77:15
**CHAD** [1] - 5:25

**CHAIRMAN** [1] - 31:18
**CHAIRPERSON** [2] - 84:5, 84:11
**CHANGE** [13] - 35:1, 55:20, 55:24, 56:4, 56:19, 56:20, 56:22, 57:6, 57:10, 61:6, 79:11, 93:19
**CHANGED** [1] - 56:5
**CHANGES** [5] - 54:1, 57:9, 60:2, 61:22, 76:5
**CHANGING** [1] - 47:1
**CHANNEL** [70] - 20:12, 21:10, 31:14, 31:18, 35:7, 35:12, 37:14, 37:17, 37:22, 37:24, 38:1, 38:22, 41:10, 42:21, 42:23, 45:11, 46:16, 47:9, 48:10, 48:21, 48:24, 49:15, 50:3, 50:5, 50:15, 51:4, 57:14, 58:6, 58:7, 61:23, 61:25, 65:14, 65:22, 65:25, 66:4, 66:5, 68:23, 69:14, 70:2, 70:3, 70:4, 70:8, 70:10, 70:11, 70:16, 70:22, 71:3, 71:22, 72:2, 74:8, 75:10, 77:1, 79:5, 80:11, 87:16, 92:11, 94:7, 95:23, 97:2, 97:21, 97:23, 97:25, 98:2, 98:5, 98:8, 98:13, 98:21, 98:24, 99:22
**CHANNELS** [6] - 48:2, 60:19, 71:19, 75:2, 75:8, 99:8
**CHARACTERISTICS** [2] - 69:23, 70:1
**CHARACTERIZATION** [1] - 100:6
**CHARACTERIZED** [1] - 25:1
**CHARGE** [1] - 95:4
**CHARLES** [1] - 53:8
**CHARTS** [1] - 57:18
**CHEMICAL** [1] - 16:19
**CHEMISTRY** [1] - 62:1
**CHOICE** [1] - 43:25
**CHRONICLE** [1] - 63:3
**CIRCUITOUS** [3] - 32:12, 34:6, 34:16

**CIRCUMSPECT** [1] - 7:4
**CITING** [1] - 96:22
**CITIZEN** [1] - 31:20
**CIVIL** [2] - 3:5, 3:7
**CLAIM** [2] - 9:1, 63:16
**CLAIMS** [1] - 8:5
**CLARIFY** [1] - 77:21
**CLASS** [1] - 3:20
**CLAUSES** [1] - 87:14
**CLAYS** [1] - 41:16
**CLEAN** [2] - 61:7, 93:20
**CLEAR** [2] - 68:19, 80:16
**CLEARLY** [2] - 69:15, 83:20
**CLERK** [7] - 3:5, 13:5, 14:16, 14:19, 39:22, 44:3, 59:8
**CLIENT** [1] - 18:24
**CLOSE** [12] - 28:11, 28:17, 29:7, 56:24, 60:21, 81:13, 85:6, 87:6, 87:8, 87:23, 88:8, 88:9
**CLOSED** [2] - 86:6, 96:5
**CLOSER** [1] - 29:8
**CLOSURE** [18] - 72:8, 84:20, 86:6, 86:20, 86:24, 88:11, 88:20, 89:1, 89:4, 89:5, 89:8, 89:18, 89:22, 89:23, 90:9, 95:22, 96:4, 99:8
**CLUB** [1] - 96:8
**CLUMPS** [2] - 31:1, 31:2
**CLUSTERING** [1] - 58:5
**COALITION** [1] - 96:7
**COAST** [8] - 82:7, 83:1, 83:22, 86:17, 86:23, 87:5, 87:7, 87:22
**COASTAL** [23] - 15:1, 15:2, 16:22, 17:13, 17:17, 17:21, 18:8, 18:21, 19:25, 22:24, 48:15, 53:7, 61:3, 74:14, 74:18, 75:2, 75:14, 78:19, 82:12, 82:14, 83:20, 93:22, 96:7
**COAUTHOR** [2] - 14:5, 14:6
**COAUTHORED** [1] -

31:10
**COLLEAGUE** [1] - 55:9
**COLLECTED** [1] - 18:22
**COLLECTION** [2] - 19:1, 90:21
**COLONEL** [3] - 54:9, 84:5, 84:11
**COLUMN** [1] - 6:8
**COMBINATIONS** [1] - 71:20
**COME** [5] - 68:3, 73:17, 101:4, 101:7, 101:8
**COMES** [3] - 58:8, 60:2, 62:8
**COMING** [7] - 4:12, 47:13, 50:5, 65:20, 80:12, 81:18, 86:9
**COMMANDER** [1] - 54:2
**COMMENCE** [1] - 3:9
**COMMENT** [4] - 81:10, 81:11, 82:20
**COMMENTS** [1] - 3:14
**COMMISSION** [1] - 9:25
**COMMITTEE** [11] - 31:14, 31:19, 36:23, 46:22, 77:25, 78:3, 84:10, 88:11, 88:12, 88:18, 89:17
**COMMITTEES** [4] - 44:16, 86:19, 88:2, 88:16
**COMMITTING** [1] - 93:20
**COMMON** [3] - 25:9, 29:1, 42:7
**COMMONLY** [2] - 25:15, 77:14
**COMMUNICATE** [1] - 61:11
**COMMUNICATION** [1] - 100:3
**COMMUNITIES** [1] - 21:11
**COMPANION** [1] - 59:22
**COMPANY** [1] - 22:2
**COMPARED** [2] - 69:15, 75:8
**COMPARISON** [1] - 70:7
**COMPARISONS** [2] - 62:6, 62:7
**COMPETENT** [1] -

95:4

**COMPILED** [1] - 57:25

**COMPLETE** [2] - 89:1, 89:5

**COMPLETED** [4] - 85:17, 85:18, 89:2, 89:24

**COMPLETELY** [2] - 67:23, 81:13

**COMPLETION** [1] - 89:25

**COMPLEX** [1] - 3:15

**COMPOUND** [1] - 11:10

**COMPREHENSIVE** [2] - 90:13, 90:18

**COMPRESSOR** [1] - 72:1

**COMPRISE** [1] - 9:1

**COMPUTATION** [1] - 64:25

**COMPUTER** [1] - 2:21

**CONCEPT** [2] - 37:21, 48:1

**CONCERN** [5] - 61:12, 77:5, 78:1, 78:5, 96:12

**CONCERNED** [2] - 51:1, 61:11

**CONCERNING** [1] - 9:5

**CONCERNS** [3] - 60:22, 71:9, 78:7

**CONCLUDE** [1] - 100:9

**CONCLUDED** [1] - 98:6

**CONCLUSION** [1] - 76:7

**CONDITION** [2] - 28:2, 67:17

**CONDITIONS** [11] - 34:13, 37:13, 44:15, 44:25, 49:19, 55:5, 55:15, 57:15, 93:13, 99:11, 100:15

**CONDUCT** [1] - 20:11

**CONDUCTED** [1] - 22:25

**CONFERENCE** [1] - 7:7

**CONFIGURATION** [3] - 16:16, 27:22, 37:24

**CONFINED** [1] - 37:19

**CONFINES** [1] -

45:20

**CONFIRM** [1] - 55:12

**CONFLICTS** [1] - 18:18

**CONFRONTING** [1] - 4:10

**CONGRESS** [4] - 72:7, 89:7, 89:10, 90:4

**CONGRESSIONAL** [2] - 89:17, 89:20

**CONNECTING** [2] - 67:13, 99:8

**CONNECTION** [1] - 54:17

**CONNER** [2] - 84:6, 84:11

**CONOR** [1] - 2:3

**CONSEQUENCES** [1] - 20:1

**CONSEQUENT** [1] - 36:18

**CONSIDERATION** [1] - 70:19

**CONSIDERED** [1] - 61:3

**CONSISTED** [1] - 55:4

**CONSISTENT** [4] - 95:14, 95:24, 96:16, 98:9

**CONSISTS** [1] - 97:20

**CONSOLIDATED** [1] - 3:6

**CONSTANTLY** [1] - 50:8

**CONSTITUTED** [1] - 88:2

**CONSTRAINTS** [1] - 6:24

**CONSTRICTED** [2] - 52:15, 53:5

**CONSTRUCTED** [12] - 21:23, 31:7, 33:19, 38:22, 45:11, 45:15, 46:13, 47:9, 72:5, 72:9, 74:5, 99:16

**CONSTRUCTING** [1] - 73:20

**CONSTRUCTION** [13] - 27:16, 32:3, 43:16, 44:13, 55:16, 61:23, 74:6, 76:5, 79:12, 85:16, 98:21, 98:24, 99:10

**CONSULTANT** [1] - 86:18

**CONSULTED** [1] - 20:8

**CONSULTING** [4] - 19:5, 19:22, 20:4, 20:10

**CONTACTS** [1] - 18:9

**CONTAIN** [1] - 50:19

**CONTAINER** [4] - 85:7, 85:9, 85:14, 86:5

**CONTAINMENT** [1] - 47:15

**CONTEMPORANE OUSLY** [1] - 56:15

**CONTENT** [2] - 36:19, 43:12

**CONTENTS** [1] - 84:17

**CONTEXT** [2] - 63:12, 91:5

**CONTINUE** [3] - 62:23, 76:9, 86:18

**CONTINUED** [1] - 33:15

**CONTINUING** [6] - 32:22, 61:14, 63:4, 79:12, 98:20, 99:5

**CONTRACT** [1] - 74:15

**CONTRAST** [1] - 41:14

**CONTROL** [5] - 8:18, 81:20, 90:25, 91:24

**CONTROLLED** [1] - 35:5

**CONTROVERSIAL** [1] - 45:24

**CONTROVERSY** [1] - 37:11

**CONVENIENT** [1] - 58:25

**CONVERGENCE** [3] - 21:5, 52:3, 53:11

**CONVERSATIONS** [1] - 31:23

**CONVERTED** [2] - 76:12, 98:23

**COOPERATIVE** [1] - 11:12

**COPY** [1] - 53:8

**CORPS** [110] - 8:6, 8:24, 10:1, 15:10, 15:14, 15:17, 18:19, 18:24, 19:12, 19:13, 19:15, 19:22, 19:24, 20:4, 29:13, 32:1, 33:19, 33:23, 34:4, 45:13, 46:21, 47:11, 47:19, 47:22, 48:8, 48:16, 49:2, 50:14, 51:4, 51:7, 51:15,

53:14, 54:13, 58:9, 58:21, 60:13, 60:18, 61:12, 61:16, 61:18, 62:6, 62:24, 63:16, 63:20, 64:1, 65:2, 65:8, 65:18, 69:13, 71:7, 71:13, 71:14, 72:9, 73:19, 74:15, 75:5, 75:23, 75:24, 76:4, 76:24, 77:5, 77:7, 77:9, 78:2, 78:5, 78:7, 80:2, 80:21, 80:24, 81:4, 81:6, 82:3, 82:18, 83:7, 83:24, 87:7, 87:24, 88:19, 88:22, 88:25, 89:3, 89:9, 89:15, 89:22, 90:13, 91:17, 91:18, 92:20, 93:2, 93:11, 93:12, 93:25, 94:2, 94:7, 94:15, 95:5, 96:16, 97:4, 97:11, 97:13, 98:16, 98:20, 99:14, 99:22, 99:24, 100:4, 100:12, 100:18

**CORPS'** [2] - 17:10, 45:14

**CORRECT** [12] - 13:17, 47:18, 58:9, 58:10, 63:14, 79:16, 79:18, 80:22, 82:17, 91:6, 94:8, 101:18

**CORRECTION** [1] - 90:15

**CORRIDOR** [1] - 98:22

**CORROBORATED** [1] - 33:18

**COSTS** [1] - 50:17

**COULD** [20] - 5:20, 10:21, 19:8, 26:14, 38:25, 51:18, 56:5, 65:12, 67:9, 69:1, 70:24, 71:21, 74:4, 81:20, 83:12, 84:1, 84:18, 86:6, 90:24, 94:1

**COULDN'T** [2] - 50:14, 89:9

**COUNCIL** [1] - 87:11

**COUNSEL** [16] - 12:16, 24:18, 27:14, 28:10, 28:12, 28:22, 29:6, 32:18, 35:16, 35:24, 53:1, 72:22, 73:22, 91:6, 93:3, 101:2

**COUNSEL'S** [1] - 35:20

**COUNTERPART** [1] - 19:20

**COUPLE** [5] - 25:15, 47:16, 84:17, 85:21, 97:3

**COURSE** [6] - 8:3, 9:11, 11:12, 28:22, 48:7, 73:5

**COURT** [188] - 1:1, 3:9, 3:19, 4:2, 4:6, 4:8, 6:7, 6:13, 6:17, 6:20, 6:23, 6:25, 7:2, 7:5, 7:9, 7:10, 7:13, 7:18, 7:21, 8:1, 8:15, 8:16, 10:15, 10:23, 11:3, 11:5, 11:18, 12:6, 12:17, 13:10, 13:17, 13:21, 13:25, 14:4, 14:7, 14:11, 14:13, 15:22, 15:25, 17:2, 19:10, 20:24, 21:12, 21:15, 22:3, 23:9, 23:25, 24:7, 24:16, 24:23, 27:7, 27:10, 27:14, 28:5, 28:10, 28:18, 29:3, 29:10, 30:5, 32:18, 32:21, 33:2, 33:5, 33:23, 33:25, 35:15, 35:23, 36:1, 36:5, 36:6, 36:10, 36:25, 37:5, 37:8, 38:7, 38:16, 38:20, 39:5, 39:8, 39:11, 39:14, 39:17, 39:19, 39:25, 40:12, 40:15, 41:3, 42:1, 42:4, 42:12, 43:7, 43:19, 43:21, 43:25, 44:20, 45:3, 45:6, 45:23, 45:24, 46:10, 47:3, 52:17, 52:19, 52:21, 52:24, 53:1, 53:2, 56:10, 56:13, 56:18, 58:12, 58:14, 59:2, 59:8, 59:12, 59:16, 59:24, 60:4, 62:18, 62:21, 63:14, 63:22, 64:5, 64:9, 64:10, 64:24, 65:5, 66:7, 66:9, 66:11, 67:6, 67:19, 67:21, 68:1, 68:6, 68:7, 68:11, 68:14, 68:17, 69:2, 69:5, 72:11, 72:14, 72:17, 72:22, 73:4, 73:10, 73:22, 74:19, 74:22, 75:18, 76:22, 77:13, 77:17, 77:19, 77:20, 77:23, 78:12, 78:15, 79:22, 79:24, 80:1,

82:1, 82:23, 83:10, 83:12, 84:15, 84:25, 85:4, 85:12, 87:3, 91:9, 91:11, 91:15, 92:22, 93:7, 97:17, 101:2, 101:7, 101:16, 101:17, 101:25

**COURT** [1] - 2:17

**COURT'S** [3] - 63:23, 63:24, 73:25

**COURTHOUSE** [1] - 60:5

**COURTROOM** [3] - 12:13, 12:15, 12:18

**COVERED** [2] - 9:4, 72:20

**COVERING** [1] - 7:19

**CRAWFISH** [1] - 46:16

**CRAWFORD** [1] - 5:25

**CREATED** [1] - 52:11

**CREATES** [1] - 52:3

**CREATING** [1] - 51:6

**CREATURES** [1] - 60:5

**CREEPING** [1] - 21:14

**CRITICAL** [3] - 11:5, 24:8, 40:18

**CROSS** [8] - 11:23, 34:15, 37:21, 37:23, 38:4, 38:11, 101:5

**CROSS-EXAMINATION** [1] - 101:5

**CROSS-SECTION** [5] - 34:15, 37:21, 37:23, 38:4, 38:11

**CROWN** [1] - 92:12

**CRR** [2] - 2:17, 101:24

**CUBIC** [2] - 65:14, 65:17

**CULL** [1] - 3:25

**CULTURAL** [1] - 69:8

**CUMBERSOME** [1] - 45:3

**CUPIDS** [2] - 30:21, 31:4

**CURRENT** [1] - 99:10

**CURRENTLY** [3] - 17:16, 72:9, 73:19

**CURRICULUM** [1] - 16:3

**CURTAIN** [1] - 71:25

**CURTAINS** [1] - 71:23

**CURVES** [3] - 34:16, 35:13, 58:4

**CUSTOMER** [1] - 99:18

**CUT** [1] - 30:22

**CUTOVER** [3] - 25:15, 25:22, 25:25

**CUTS** [1] - 9:21

**CWPPRA** [3] - 82:14, 84:4, 84:12

**CYPRESS** [23] - 25:6, 25:16, 25:17, 25:18, 25:19, 26:2, 26:12, 26:16, 26:19, 27:4, 27:17, 27:19, 27:21, 28:19, 28:23, 29:14, 29:16, 29:17, 30:13, 97:25, 98:2, 98:8, 98:12

**CYPRESS-TUPELO** [2] - 25:17, 27:17

# D

**D** [2] - 2:6, 3:1

**DAM** [1] - 41:20

**DAMAGE** [4] - 8:10, 72:24, 81:18, 87:17

**DAMAGES** [3] - 5:24, 8:12, 11:7

**DANGER** [2] - 37:14, 37:17

**DANIEL** [1] - 2:13

**DATA** [11] - 11:23, 17:10, 45:12, 45:13, 45:14, 45:18, 57:17, 58:5, 58:6, 58:8, 83:4

**DATE** [4] - 60:14, 74:19, 85:20, 89:25

**DATED** [3] - 60:12, 75:22, 88:18

**DAY** [5] - 6:12, 14:4, 45:21, 79:13, 85:24

**DAY/GARY** [1] - 14:9

**DAYS** [2] - 4:24, 12:25

**DC** [2] - 2:9, 2:14

**DEALING** [2] - 18:12, 20:20

**DEALS** [2] - 71:2, 74:17

**DEAUTHORIZATIO N** [1] - 90:6

**DEBRIS** [1] - 29:25

**DECADES** [6] - 57:9, 90:12, 97:11, 99:13, 99:25, 100:18

**DECEASED** [2] - 5:13, 37:1

**DECEMBER** [2] -

87:11

**DECIDE** [1] - 7:15

**DECIMATION** [1] - 63:4

**DECISION** [1] - 10:4

**DECLINED** [1] - 18:18

**DEEP** [9] - 26:22, 35:8, 35:12, 38:6, 60:14, 85:6, 86:6, 90:6, 100:4

**DEEPEN** [1] - 70:22

**DEEPENING** [3] - 50:21, 61:25, 70:16

**DEEPER** [5] - 51:5, 51:11, 60:20, 66:1, 70:20

**DEFALCATIONS** [1] - 11:1

**DEFECTIVE** [1] - 100:14

**DEFENDANT** [4] - 2:1, 8:6, 8:8, 8:11

**DEFENDANTS** [2] - 6:1, 11:4

**DEFENDED** [1] - 8:7

**DEFENDS** [1] - 8:11

**DEFENSE** [4] - 6:6, 9:15, 10:2, 96:7

**DEGRADED** [2] - 57:13, 67:16

**DEGREE** [4] - 16:10, 16:24, 42:13

**DELEGATION** [1] - 53:19

**DELIGHT** [1] - 29:4

**DELIVER** [1] - 60:22

**DELIVERED** [1] - 60:17

**DELOACH** [1] - 6:2

**DELTA** [3] - 17:23, 30:19, 30:20

**DENIED** [1] - 9:17

**DENIZENS** [1] - 46:19

**DEPARTMENT** [5] - 2:1, 2:12, 19:13, 19:14, 55:3

**DEPARTMENTS** [2] - 18:10, 19:6

**DEPENDING** [1] - 50:11

**DEPICT** [1] - 39:1

**DEPICTED** [1] - 84:23

**DEPICTING** [1] - 79:7

**DEPICTS** [3] - 39:2, 40:4, 57:21

**DEPONENTS** [1] -

4:17

**DEPOSED** [1] - 4:24

**DEPOSIT** [1] - 48:9

**DEPOSITED** [3] - 42:21, 65:20, 97:20

**DEPOSITING** [1] - 92:8

**DEPOSITION** [7] - 4:11, 4:20, 5:4, 5:6, 9:21, 10:10, 37:1

**DEPOSITIONS** [15] - 4:7, 4:14, 4:21, 4:23, 4:25, 5:2, 5:14, 6:19, 6:21, 9:3, 10:13, 28:19, 45:25, 77:15

**DEPTH** [1] - 37:24

**DEPUTY** [6] - 3:5, 14:16, 14:19, 39:22, 44:3, 59:8

**DERIVED** [2] - 37:23, 65:21

**DESCRIBE** [2] - 26:15, 94:15

**DESCRIBED** [4] - 34:15, 38:2, 63:8, 94:5

**DESCRIBING** [1] - 28:8

**DESCRIPTION** [4] - 7:17, 24:9, 34:6, 99:2

**DESIGN** [6] - 95:12, 96:21, 96:23, 96:25, 97:4, 97:9

**DESIGNATED** [3] - 24:3, 37:2, 46:2

**DESIGNATIONS** [2] - 5:4, 5:5

**DESIGNED** [1] - 96:12

**DESPITE** [1] - 73:7

**DESTROYED** [4] - 61:23, 62:9, 64:13, 98:25

**DESTRUCTION** [3] - 62:13, 64:20, 71:16

**DETAIL** [1] - 11:22

**DETAILED** [1] - 79:8

**DETERIORATE** [1] - 62:15

**DETERMINED** [3] - 75:6, 75:7, 75:11

**DEVELOP** [1] - 61:10

**DEVELOPED** [2] - 30:21, 48:14

**DEVELOPING** [2] - 17:11, 22:24

**DEVELOPMENT** [5] - 21:13, 76:10, 76:15, 76:25, 77:2

**DEVOTED** [1] - 15:1

**DIAMETER** [4] - 25:14, 25:25, 31:2, 50:8

**DICTATED** [1] - 4:15

**DID** [141] - 5:19, 5:22, 7:4, 8:9, 8:23, 8:24, 10:24, 14:11, 17:7, 17:9, 17:12, 18:14, 18:20, 18:24, 21:23, 22:1, 31:21, 31:24, 32:4, 33:8, 33:10, 33:17, 33:24, 36:13, 36:16, 36:22, 36:24, 41:18, 41:23, 42:14, 43:5, 43:11, 43:14, 44:24, 45:8, 45:14, 46:7, 46:21, 47:11, 47:19, 47:22, 48:8, 48:11, 48:16, 49:2, 49:5, 49:13, 49:17, 49:21, 51:11, 51:23, 52:6, 52:8, 54:5, 54:7, 54:13, 54:16, 54:18, 57:6, 57:9, 57:11, 57:17, 57:20, 58:23, 60:22, 61:18, 62:3, 62:7, 62:23, 63:3, 63:6, 63:12, 63:18, 65:7, 65:16, 65:23, 66:22, 68:3, 68:22, 69:12, 69:17, 70:18, 70:21, 70:23, 71:5, 71:9, 71:14, 72:4, 74:14, 75:4, 75:24, 76:1, 76:18, 77:9, 79:4, 79:6, 80:8, 80:17, 80:19, 81:3, 82:3, 82:18, 82:21, 83:1, 83:17, 83:19, 83:22, 83:23, 83:24, 83:25, 85:9, 85:14, 86:17, 86:23, 87:1, 88:7, 88:21, 88:25, 89:3, 89:16, 89:17, 89:21, 90:9, 90:10, 90:11, 90:12, 90:17, 92:14, 93:12, 93:17, 94:7, 94:10, 95:3, 95:4, 97:6, 99:16, 99:22

**DIDN'T** [7] - 14:9, 14:10, 39:9, 89:11, 91:19, 92:23

**DIED** [2] - 57:13, 95:6

**DIFFERENCE** [2] - 7:14, 42:8

**DIFFERENT** [6] - 5:4, 5:5, 56:8, 71:19, 77:21, 77:22

**DIFFICULT** [1] - 21:8
**DIKES** [2] - 21:19, 50:19
**DILIGENTLY** [1] - 4:2
**DIMENSIONS** [4] - 38:12, 69:15, 71:3, 80:11
**DIRECT** [9] - 11:23, 16:4, 61:22, 63:7, 70:7, 76:11, 77:5, 77:10, 99:2
**DIRECTED** [1] - 47:14
**DIRECTIONS** [1] - 66:2
**DIRECTLY** [2] - 67:13, 85:6
**DISASTER** [2] - 95:21, 96:4
**DISCHARGED** [1] - 47:13
**DISCOUNTED** [1] - 37:18
**DISCOURAGED** [1] - 7:8
**DISCRETIONARY** [3] - 9:15, 9:23, 10:3
**DISCUSS** [4] - 7:20, 12:12, 31:24, 32:1
**DISCUSSED** [6] - 53:21, 55:9, 59:21, 69:3, 71:10, 92:5
**DISCUSSION** [2] - 81:14, 98:4
**DISPLACED** [1] - 29:24
**DISPOSAL** [4] - 21:9, 61:23, 61:25, 98:24
**DISPOSE** [2] - 47:19, 47:22
**DISPUTE** [6] - 37:6, 40:17, 40:18, 40:23, 40:24, 43:4
**DISTRIBUTARY** [1] - 40:7
**DISTRICT** [12] - 1:1, 1:1, 1:8, 54:5, 54:10, 75:22, 80:21, 84:6, 89:20, 95:1, 101:17
**DISTRUST** [1] - 100:5
**DIVERSION** [3] - 20:2, 99:8, 99:14
**DIVIDE** [1] - 23:13
**DIVIDED** [1] - 34:9
**DIVISION** [2] - 54:3, 95:5
**DO** [35] - 3:23, 10:22,

18:19, 18:24, 20:25, 22:8, 24:11, 25:12, 33:3, 40:16, 44:3, 45:21, 47:11, 52:16, 53:6, 53:17, 54:16, 55:3, 56:22, 57:1, 62:23, 64:18, 64:20, 67:6, 67:21, 68:6, 70:19, 73:12, 80:12, 80:16, 83:17, 87:20, 98:14, 101:4, 101:17
**DOCKET** [1] - 1:3
**DOCUMENT** [29] - 31:13, 31:24, 31:25, 32:3, 33:4, 33:9, 33:12, 33:16, 35:21, 36:2, 46:4, 50:22, 50:23, 70:21, 71:1, 71:9, 76:18, 76:19, 78:20, 80:15, 81:1, 81:3, 82:9, 87:10, 90:7, 95:1, 95:19, 96:23
**DOCUMENTED** [2] - 98:3, 98:14
**DOCUMENTS** [8] - 18:20, 18:21, 18:25, 31:9, 32:23, 46:6, 53:24, 95:12
**DOES** [7] - 35:3, 35:11, 39:1, 41:12, 42:16, 67:19, 76:18
**DOESN'T** [4] - 3:23, 5:17, 7:13, 11:19
**DOING** [4] - 24:5, 24:14, 48:13, 89:20
**DOLLAR** [1] - 93:21
**DOMENGEAUX** [1] - 1:20
**DON'T** [34] - 5:19, 6:10, 7:12, 10:11, 11:9, 12:10, 12:22, 14:4, 14:7, 22:8, 30:1, 37:5, 37:10, 39:11, 39:12, 39:14, 39:23, 39:25, 40:21, 43:3, 46:1, 51:10, 56:22, 57:1, 59:6, 60:19, 60:20, 67:24, 67:25, 74:12, 76:19, 77:16, 85:19, 89:25
**DONALD** [1] - 6:3
**DONE** [12] - 13:2, 19:16, 22:23, 33:11, 54:21, 56:15, 61:15, 73:23, 74:8, 80:20, 81:6, 86:15
**DOWN** [5] - 26:23, 27:24, 32:11, 57:24, 81:16

**DR** [15] - 5:7, 5:24, 6:1, 6:3, 13:23, 14:23, 14:24, 15:6, 15:21, 16:3, 33:7, 58:16, 80:4, 100:9, 100:23
**DRAFT** [5] - 60:14, 85:6, 86:6, 86:8, 90:6
**DRAIN** [1] - 61:10
**DRAINAGE** [3] - 34:9, 41:21, 77:4
**DRAINED** [1] - 21:21
**DRAMATIC** [2] - 44:16, 58:6
**DRAW** [1] - 57:1
**DREDGE** [14] - 47:8, 47:10, 47:11, 47:14, 49:10, 49:11, 49:22, 49:24, 49:25, 50:3, 50:4, 50:9, 61:9
**DREDGED** [3] - 92:8, 98:21, 98:25
**DREDGING** [11] - 10:19, 47:1, 47:5, 50:3, 50:13, 51:5, 61:22, 65:15, 74:18, 75:7, 80:18
**DRYER** [1] - 34:19
**DUE** [5] - 4:9, 10:2, 19:1, 32:11, 37:15
**DUNCAN** [1] - 5:25
**DUPRE** [1] - 81:20
**DURING** [25] - 6:20, 7:22, 23:22, 25:7, 29:23, 34:18, 34:19, 35:5, 37:13, 41:23, 51:3, 52:11, 52:13, 55:10, 65:7, 68:23, 69:18, 70:8, 70:13, 81:22, 87:10, 94:11, 97:20, 97:24, 98:20
**DUTCH** [2] - 10:11, 14:10
**DUTY** [1] - 12:16
**DUVAL** [1] - 1:8

## E

**E** [4] - 3:1, 31:20, 82:23
**EACH** [6] - 4:15, 7:16, 7:23, 12:12, 59:7, 90:24
**EARLIER** [8] - 7:7, 11:9, 11:16, 57:8, 74:5, 93:18, 94:5, 99:13
**EARLY** [13] - 11:23, 18:5, 22:13, 33:8, 33:14, 47:9, 49:16, 61:8, 63:18, 71:15,

95:6, 96:14, 100:11
**EARTH** [1] - 16:15
**EASIER** [1] - 35:18
**EAST** [11] - 30:20, 47:19, 47:23, 48:9, 48:17, 49:7, 49:15, 66:2, 67:18, 92:8, 100:21
**EASTERN** [2] - 1:1, 101:17
**EBERSOLE** [1] - 6:3
**EDGE** [1] - 49:8
**EDUCATED** [1] - 18:1
**EDUCATIONAL** [1] - 16:8
**EDWARDS** [1] - 1:20
**EFFECT** [6] - 26:11, 28:25, 34:4, 52:3, 69:8, 95:11
**EFFECTIVE** [1] - 100:19
**EFFECTS** [9] - 15:8, 20:12, 29:14, 30:8, 32:7, 36:18, 49:21, 62:14, 73:14
**EFFORT** [7] - 4:3, 82:11, 88:5, 88:17, 88:23, 90:8, 95:12
**EFFORTS** [4] - 82:13, 87:7, 87:23, 93:21
**EHRLICH** [1] - 2:2
**EITHER** [5] - 9:24, 10:3, 14:9, 23:22, 83:6
**EL** [1] - 2:2
**EL-AMIN** [1] - 2:2
**ELECTED** [1] - 53:19
**ELEGANTLY** [1] - 11:20
**ELEMENT** [1] - 8:23
**ELEMENTS** [2] - 8:25, 83:19
**ELEVATE** [1] - 52:5
**ELEVATION** [4] - 23:16, 42:20, 53:12, 70:7
**ELICIT** [1] - 11:10
**ELICITING** [1] - 11:11
**ELIMINATE** [1] - 81:20
**ELSE** [3] - 28:16, 42:9, 98:17
**ELVIN** [1] - 5:6
**EMANATE** [1] - 72:2
**EMBRACES** [1] - 16:15
**EMERGENT** [1] -

23:19
**EMPIRICAL** [1] - 58:10
**EMPLOYED** [1] - 17:16
**ENCOMPASSED** [1] - 32:25
**ENCROACHING** [1] - 66:4
**END** [6] - 34:11, 47:14, 57:22, 62:13, 67:1
**ENDORSE** [1] - 83:24
**ENDORSEMENT** [2] - 87:7, 87:24
**ENERGY** [1] - 49:19
**ENGAGED** [1] - 31:22
**ENGINEER** [5] - 54:5, 54:10, 84:6, 95:4, 95:7
**ENGINEERING** [1] - 9:9
**ENGINEERS** [34] - 8:6, 15:11, 18:19, 19:13, 19:15, 19:23, 29:13, 32:2, 45:13, 51:16, 53:15, 58:9, 58:21, 60:14, 62:6, 63:20, 65:8, 65:18, 72:9, 73:19, 74:15, 75:5, 75:23, 78:2, 78:5, 80:21, 82:19, 83:24, 89:1, 93:25, 94:2, 96:12, 99:22, 100:4
**ENGLISH** [3] - 11:17, 11:18
**ENLARGEMENT** [3] - 54:1, 69:7, 69:14
**ENORMOUS** [1] - 37:14
**ENOUGH** [1] - 89:11
**ENTERED** [3] - 12:18, 12:23, 53:24
**ENTIRE** [2] - 15:1, 36:18
**ENTIRETY** [1] - 41:8
**ENTITLED** [2] - 31:13, 101:20
**ENTRY** [1] - 18:6
**ENVIRONMENT** [17] - 17:22, 20:13, 22:2, 25:11, 34:8, 34:22, 48:5, 55:18, 56:6, 56:21, 56:24, 57:7, 61:22, 69:8, 96:12, 96:13, 99:12
**ENVIRONMENTAL**

[39] - 15:8, 16:22, 16:23, 16:25, 17:18, 22:14, 50:20, 51:15, 54:16, 54:17, 54:22, 59:10, 59:14, 59:18, 59:20, 59:21, 59:22, 60:25, 63:19, 66:16, 66:25, 75:3, 75:12, 79:10, 88:3, 90:5, 94:6, 94:10, 95:12, 95:21, 95:22, 96:3, 96:4, 96:7, 96:24, 100:3, 100:13

**ENVIRONMENTS** [4] - 17:18, 18:22, 23:15, 78:19

**EPA** [1] - 19:16

**EPIPHANY** [2] - 28:20, 29:2

**EQUAL** [1] - 64:15

**EQUATIONS** [1] - 11:19

**EQUIVALENT** [2] - 10:11, 25:19

**ERA** [1] - 48:14

**ERODED** [1] - 68:20

**ERODING** [1] - 49:8

**EROSION** [10] - 70:23, 75:14, 79:11, 80:24, 95:11, 96:21, 96:23, 97:6, 97:14, 97:19

**EROSIVE** [1] - 36:18

**ERRORS** [1] - 9:9

**ESCALATING** [1] - 100:13

**ESQ** [17] - 1:12, 1:15, 1:17, 1:20, 2:2, 2:2, 2:3, 2:3, 2:4, 2:4, 2:5, 2:5, 2:6, 2:6, 2:7, 2:7, 2:8

**ESSENCE** [2] - 35:12, 60:17

**ESTABLISH** [1] - 55:15

**ESTABLISHED** [1] - 72:25

**ESTABLISHES** [1] - 63:11

**ESTABLISHING** [1] - 55:4

**ESTUARIES** [2] - 52:15, 53:5

**ESTUARINE** [2] - 46:20, 62:2

**ET** [3] - 1:2, 1:5, 77:15

**EVALUATE** [1] - 55:5

**EVALUATED** [2] - 20:6, 81:14

**EVALUATING** [1] - 55:17

**EVALUATION** [3] - 75:14, 75:21, 81:14

**EVASIVE** [1] - 11:13

**EVEN** [7] - 18:24, 28:12, 28:13, 28:15, 50:11, 56:25, 72:20

**EVENT** [1] - 97:25

**EVENTS** [2] - 70:5, 72:23

**EVENTUALLY** [1] - 73:10

**EVENTUATE** [1] - 85:15

**EVER** [9] - 47:22, 48:16, 54:13, 58:23, 61:18, 63:18, 86:15, 89:1, 98:16

**EVERY** [6] - 4:14, 5:17, 19:10, 43:8, 45:21, 63:18

**EVERYBODY** [1] - 101:7

**EVIDENCE** [11] - 8:22, 9:20, 36:2, 45:25, 46:5, 46:6, 63:25, 91:5, 98:19

**EVIDENT** [1] - 11:4

**EVOLVED** [2] - 16:23, 79:12

**EXACT** [1] - 85:19

**EXACTLY** [4] - 10:14, 70:12, 71:2, 98:5

**EXAMINATION** [4] - 7:22, 16:4, 40:1, 101:5

**EXAMPLE** [3] - 8:13, 9:19, 69:23

**EXAMPLES** [1] - 30:18

**EXCAVATION** [1] - 97:20

**EXCEEDED** [1] - 98:18

**EXCEEDING** [1] - 97:15

**EXCEPT** [1] - 23:15

**EXCEPTION** [5] - 9:15, 10:2, 10:3, 97:1, 97:10

**EXCEPTIONAL** [1] - 35:6

**EXCERPT** [1] - 69:2

**EXCERPTS** [2] - 52:17, 79:9

**EXCESSIVE** [2] - 7:11, 32:10

**EXCUSE** [6] - 4:13,

4:22, 23:24, 44:7, 94:24, 96:4

**EXCUSED** [1] - 12:5

**EXECUTION** [1] - 49:23

**EXECUTIVE** [1] - 61:8

**EXHIBIT** [48] - 13:8, 13:9, 16:2, 20:18, 26:14, 31:11, 39:5, 39:17, 48:19, 50:20, 52:21, 52:23, 54:20, 55:10, 55:12, 55:23, 59:10, 60:8, 60:10, 61:2, 61:21, 65:13, 68:6, 68:8, 68:14, 68:15, 69:22, 70:25, 74:10, 74:11, 75:1, 75:16, 75:17, 76:9, 78:13, 80:25, 82:7, 82:8, 84:8, 84:14, 88:14, 90:1, 90:3, 94:22, 94:23

**EXHIBITS** [9] - 3:23, 3:24, 4:1, 7:1, 7:6, 13:5, 13:8, 13:14

**EXIST** [2] - 85:7, 85:9

**EXISTED** [2] - 23:2, 55:15

**EXISTENCE** [2] - 35:7, 37:14

**EXISTS** [1] - 67:17

**EXOTIC** [1] - 93:23

**EXPAND** [1] - 71:3

**EXPANDED** [1] - 83:18

**EXPANSION** [2] - 96:11

**EXPECT** [1] - 70:2

**EXPERIENCE** [16] - 24:21, 30:3, 32:6, 33:18, 34:2, 36:22, 47:25, 49:21, 52:9, 55:2, 70:12, 93:10, 97:11, 99:24, 100:7, 100:24

**EXPERIENCES** [1] - 36:13

**EXPERIMENTAL** [3] - 48:16, 66:21, 80:9

**EXPERT** [18] - 5:17, 5:23, 6:6, 6:9, 10:23, 12:10, 14:1, 18:17, 24:2, 28:7, 36:3, 36:5, 36:6, 40:13, 42:5, 56:16, 63:24, 81:24

**EXPERTS** [4] - 11:17, 11:19, 30:4, 56:16

**EXPLAIN** [3] - 8:21, 70:6, 99:23

**EXPLORATION** [1] - 17:11

**EXPLORING** [1] - 51:4

**EXPONENTIAL** [1] - 62:15

**EXPOSED** [4] - 34:13, 76:11, 76:13, 77:18

**EXPRESS** [1] - 71:9

**EXPRESSED** [3] - 78:1, 78:3, 78:5

**EXPRESSES** [1] - 77:5

**EXPRESSING** [1] - 78:7

**EXTEND** [3] - 26:20, 26:23, 27:22

**EXTENDS** [2] - 26:21, 27:23

**EXTENSIVE** [1] - 26:21

**EXTENT** [10] - 4:4, 5:21, 15:14, 22:8, 42:8, 42:10, 63:23, 64:7, 78:20, 91:14

---

# F

**F** [1] - 2:4

**FACE** [1] - 16:14

**FACES** [1] - 31:4

**FACILITATE** [1] - 68:22

**FACILITIES** [4] - 85:7, 85:9, 85:15, 86:5

**FACT** [29] - 9:17, 12:4, 12:9, 12:11, 12:21, 14:24, 16:23, 24:3, 24:4, 24:16, 28:11, 31:25, 36:22, 40:16, 40:18, 40:23, 47:22, 49:13, 53:8, 56:16, 63:6, 70:22, 89:15, 91:7, 95:3, 97:6, 98:16, 99:13

**FACTOR** [1] - 10:19

**FACTS** [1] - 40:20

**FACULTY** [2] - 18:9, 19:25

**FAILURE** [2] - 10:16, 78:21

**FAIR** [7] - 15:20, 16:21, 18:11, 21:18, 100:6, 100:17, 100:23

**FAIRLY** [2] - 29:1, 50:7

**FALLS** [1] - 93:4

**FAMILIAR** [6] - 8:17, 36:7, 80:15, 81:1, 90:7, 95:1

**FAMILIES** [1] - 37:19

**FASHION** [2] - 4:12, 50:1

**FAVOR** [1] - 51:13

**FAVORITE** [1] - 30:18

**FAVORITES** [1] - 83:15

**FEASIBILITY** [4] - 72:25, 73:4, 73:7, 73:25

**FEASIBLE** [6] - 71:15, 72:19, 73:3, 73:12, 91:3, 100:19

**FEATURE** [1] - 23:13

**FEDERAL** [5] - 8:5, 15:12, 82:18, 84:20, 91:5

**FEDERATION** [1] - 96:8

**FEEDBACK** [1] - 54:13

**FEEL** [1] - 73:24

**FEET** [29] - 25:2, 25:13, 25:15, 25:25, 26:1, 26:4, 26:6, 26:8, 26:9, 26:10, 31:2, 31:3, 35:8, 35:12, 38:3, 38:6, 41:11, 42:6, 42:20, 42:25, 43:2, 51:9, 51:11, 70:3, 97:15, 98:22

**FELT** [3] - 19:1, 35:9, 36:14

**FENDI** [1] - 53:9

**FEW** [10] - 3:14, 12:25, 27:2, 42:20, 46:7, 54:24, 66:21, 80:8, 99:7

**FIELD** [4] - 17:7, 17:9, 17:12, 32:13

**FIGURE** [2] - 58:8, 65:17

**FILE** [1] - 7:4

**FILED** [4] - 3:20, 6:21, 6:24, 13:11

**FILLING** [1] - 49:24

**FINAL** [4] - 89:25, 90:4, 90:8, 100:2

**FINALLY** [7] - 69:7, 70:15, 88:9, 89:24, 90:9, 94:22, 100:23

**FIND** [1] - 29:22

**FINDINGS** [3] - 60:14, 75:22, 81:9

**FINE** [3] - 41:2,

67:24, 101:6
**FINISH** [1] - 40:1
**FIRM** [5] - 1:12, 17:17, 17:18, 17:19, 19:2
**FIRMNESS** [1] - 50:12
**FIRST** [24] - 3:17, 12:25, 13:10, 13:22, 16:1, 19:24, 20:11, 31:11, 31:22, 32:9, 33:7, 44:8, 48:13, 54:9, 56:22, 59:19, 59:20, 76:14, 79:14, 87:15, 90:11, 91:23, 95:9, 100:9
**FISH** [5] - 19:18, 46:13, 46:18, 46:19, 57:14
**FISK** [1] - 4:4
**FITZGERALD** [2] - 6:1, 6:3
**FIVE** [5] - 20:7, 42:6, 44:9, 92:10, 92:14
**FIVE-YEAR** [1] - 20:7
**FLOATING** [1] - 50:8
**FLOOD** [6] - 8:18, 37:18, 52:7, 61:17, 71:20
**FLOODING** [10] - 22:15, 60:23, 61:12, 69:10, 82:4, 93:13, 97:23, 98:5, 100:14, 100:20
**FLOODWALLS** [1] - 52:12
**FLOW** [1] - 20:2
**FLUCTUATION** [2] - 35:9, 36:14
**FOCUS** [1] - 43:5
**FOLLOW** [2] - 53:25, 87:24
**FOLLOW-UP** [1] - 53:25
**FOLLOWED** [1] - 61:7
**FOLLOWING** [2] - 8:3, 79:12
**FOLLOWS** [3] - 14:18, 87:16, 99:19
**FOOL** [1] - 80:5
**FOR** [117] - 1:12, 2:1, 3:19, 3:20, 4:11, 4:15, 4:19, 6:1, 7:22, 8:17, 9:2, 11:18, 12:6, 12:15, 12:24, 12:25, 13:23, 14:20, 15:9, 15:10, 17:11, 18:19, 19:4, 19:8, 19:9, 19:16, 19:22, 20:4,

20:8, 22:1, 22:3, 22:6, 22:24, 23:1, 23:15, 28:2, 33:14, 33:23, 34:10, 34:17, 34:18, 39:5, 41:19, 42:2, 42:14, 42:21, 43:22, 44:2, 44:11, 44:17, 48:2, 48:3, 48:9, 48:15, 48:17, 49:14, 50:23, 51:1, 52:7, 52:17, 52:19, 53:1, 53:7, 54:23, 55:1, 56:9, 57:8, 57:17, 57:18, 59:5, 60:5, 60:11, 60:12, 61:15, 61:16, 63:8, 64:1, 64:5, 65:16, 68:6, 68:12, 69:9, 69:16, 69:22, 74:15, 75:5, 75:7, 77:19, 80:20, 80:21, 81:6, 81:24, 82:11, 82:12, 82:23, 83:6, 84:13, 86:13, 88:23, 89:7, 89:10, 89:18, 90:5, 90:12, 90:24, 91:11, 93:4, 94:7, 94:25, 95:22, 96:12, 96:13, 96:16, 97:7, 99:24
**FORCE** [10] - 29:20, 37:16, 52:5, 53:13, 84:3, 84:5, 84:10, 84:12, 84:20, 89:14
**FORCEFUL** [1] - 89:11
**FORCES** [1] - 52:11
**FOREGOING** [1] - 101:18
**FOREIGN** [1] - 17:12
**FORESHORE** [1] - 65:9
**FOREST** [4] - 16:19, 25:10, 25:15, 64:13
**FORESTS** [4] - 23:17, 25:5, 25:17, 25:21
**FORM** [1] - 42:12
**FORMED** [2] - 16:17, 51:20
**FORMS** [4] - 16:14, 52:3, 53:11, 63:23
**FORTH** [4] - 11:21, 38:1, 80:3, 93:20
**FORTIER** [1] - 18:2
**FORWARD** [1] - 84:17
**FOUND** [3] - 25:9, 26:17, 30:18
**FOUNDATION** [9] - 33:21, 45:1, 62:17,

62:19, 62:20, 62:21, 63:10, 64:6, 96:6
**FOUNDATIONAL** [1] - 33:4
**FOUR** [5] - 4:22, 4:24, 19:12, 42:6, 97:15
**FRANKLIN** [1] - 2:9
**FRANKLY** [1] - 29:1
**FRESH** [13] - 23:14, 34:11, 34:18, 36:20, 44:9, 55:25, 56:9, 98:1, 98:9, 98:22, 99:1, 99:7, 99:14
**FRESHWATER** [3] - 23:16, 30:23, 34:22
**FROGS** [1] - 46:16
**FROM** [75] - 3:22, 5:23, 8:10, 9:13, 10:10, 11:3, 11:4, 16:12, 17:3, 18:2, 23:1, 24:11, 26:20, 26:22, 27:23, 29:24, 32:10, 35:8, 37:23, 44:25, 45:10, 45:18, 45:25, 47:11, 50:13, 51:9, 52:4, 52:17, 53:19, 54:13, 55:25, 56:2, 57:10, 57:25, 58:1, 58:8, 58:23, 60:19, 62:5, 62:6, 63:18, 65:14, 65:18, 65:20, 65:21, 66:17, 67:3, 68:22, 68:23, 69:2, 71:17, 72:2, 74:7, 75:22, 76:11, 77:6, 77:11, 78:20, 79:9, 80:12, 85:14, 87:14, 87:16, 87:17, 89:14, 89:20, 90:18, 94:11, 94:14, 96:2, 100:2, 100:14, 100:23, 101:19
**FRUITION** [1] - 88:9
**FULL** [6] - 3:12, 34:25, 35:9, 36:14, 37:16, 99:8
**FUNCTION** [2] - 9:15, 10:3
**FUNCTIONED** [1] - 40:8
**FUND** [1] - 96:8
**FUNDED** [2] - 17:13, 78:25
**FUNDING** [6] - 86:13, 89:6, 89:9, 89:10, 89:12, 89:18
**FUNDS** [1] - 93:21
**FUNNEL** [5] - 51:20, 51:24, 52:6, 52:10,

92:4
**FUNNELING** [1] - 70:4
**FURNISHED** [1] - 63:20
**FURTHER** [4] - 40:25, 71:15, 78:20, 98:12
**FURY** [1] - 31:5

# G

**G** [5] - 2:6, 3:1, 14:11, 14:22
**G-A-G-L-I-A-N-O** [1] - 14:22
**GAGLIANO** [11] - 13:24, 14:17, 14:21, 14:23, 14:24, 15:6, 15:21, 33:7, 80:4, 100:9, 100:23
**GAGLIANO'S** [1] - 16:3
**GAIN** [1] - 61:14
**GAINED** [1] - 9:13
**GAP** [3] - 30:21, 31:4, 67:22
**GAS** [1] - 17:11
**GATE** [3] - 60:13, 72:4, 86:7
**GATES** [2] - 71:20
**GATHERING** [1] - 18:25
**GATIEN** [1] - 5:11
**GAVE** [2] - 53:23, 91:9
**GE-049** [1] - 39:12
**GENERAL** [11] - 10:20, 17:24, 24:19, 30:13, 37:24, 39:2, 40:6, 48:12, 53:20, 54:2, 73:22
**GENERALLY** [5] - 23:4, 44:9, 48:13, 48:22, 73:24
**GENERATED** [1] - 53:12
**GENTLEMAN'S** [1] - 54:8
**GEOGRAPHY** [9] - 16:11, 16:12, 16:13, 16:21, 18:3, 18:10, 18:12, 51:25
**GEOLOGICAL** [1] - 17:9
**GEOLOGIST** [1] - 14:25
**GEOLOGY** [3] - 16:10, 18:10, 53:7
**GEOMORPHOLOGI**

**ST** [1] - 14:25
**GET** [34] - 3:24, 4:10, 6:7, 6:9, 7:24, 9:2, 11:22, 13:21, 14:11, 14:14, 19:3, 24:10, 28:18, 32:18, 37:8, 39:25, 40:25, 43:22, 45:3, 45:24, 46:7, 46:8, 54:13, 58:23, 59:5, 62:3, 65:16, 68:12, 78:10, 87:7, 87:23, 89:11, 89:17, 94:10
**GETS** [2] - 29:7, 56:24
**GETTING** [6] - 24:2, 28:10, 28:11, 37:4, 65:25, 66:1
**GIB** [1] - 5:12
**GIVE** [9] - 7:17, 8:13, 11:8, 12:11, 26:21, 36:3, 48:4, 64:25, 101:2
**GIVEN** [10] - 7:3, 12:24, 13:5, 33:18, 51:15, 53:14, 58:20, 59:6, 65:8, 71:7
**GIVING** [5] - 24:8, 24:9, 24:12, 28:12, 89:22
**GIWW** [4] - 43:12, 51:20, 55:21, 92:4
**GLITCH** [1] - 85:1
**GO** [30] - 3:19, 7:25, 22:10, 23:11, 24:23, 31:9, 32:21, 36:17, 38:20, 43:8, 43:24, 44:24, 45:6, 51:18, 52:14, 53:2, 65:12, 66:14, 67:5, 69:5, 73:25, 79:9, 79:22, 80:15, 80:24, 82:24, 84:2, 84:17, 85:4
**GOES** [2] - 40:24, 68:9
**GOING** [49] - 4:7, 4:16, 7:9, 7:10, 7:19, 8:3, 8:4, 9:20, 10:15, 12:5, 12:11, 12:20, 13:6, 13:10, 13:11, 20:23, 21:3, 24:9, 24:12, 24:14, 28:18, 29:7, 29:8, 32:5, 33:17, 33:25, 36:10, 37:8, 43:5, 45:3, 48:1, 51:18, 52:25, 57:8, 59:5, 60:8, 63:15, 63:23, 64:6, 68:7, 68:9, 73:4, 73:6, 73:16, 78:10, 82:1,

91:11, 101:2
**GOLDEN** [5] - 21:3, 21:17, 27:1, 27:19, 34:23
**GOOD** [2] - 3:9, 59:2
**GORGE** [1] - 100:5
**GOSPEL** [1] - 64:25
**GOT** [2] - 80:22, 85:1
**GOTTEN** [1] - 74:23
**GOVERNMENT** [17] - 3:18, 4:5, 6:25, 7:1, 8:17, 13:7, 15:11, 19:5, 20:9, 37:2, 43:7, 46:4, 64:24, 82:18, 84:3, 86:24, 99:21
**GOVERNMENT'S** [6] - 13:12, 24:10, 40:24, 46:2, 73:12, 73:16
**GOVERNMENTAL** [1] - 18:20
**GRADUATE** [1] - 17:8
**GRADUATED** [1] - 18:1
**GRANT** [1] - 78:19
**GRASS** [3] - 30:25, 92:11, 92:12
**GRASSES** [6] - 25:1, 29:24, 30:24, 50:1, 56:7, 57:13
**GREAT** [3] - 25:20, 35:13, 68:17
**GREATER** [1] - 52:5
**GREATEST** [5] - 48:4, 75:3, 75:11, 94:6, 94:16
**GREATLY** [4] - 51:1, 62:1, 67:16, 81:19
**GREEN** [1] - 57:23
**GREGORY** [2] - 4:21, 4:23
**GREIF** [1] - 2:3
**GREMLINS** [1] - 60:4
**GREW** [1] - 29:3
**GROSSLY** [1] - 28:20
**GROUND** [3] - 20:21, 26:23, 27:24
**GROUP** [1] - 58:4
**GROUPED** [1] - 56:7
**GROW** [4] - 23:21, 25:12, 26:3, 26:10
**GROWING** [1] - 34:20
**GROWN** [2] - 16:25, 50:1
**GROWS** [3] - 30:11, 31:1
**GROWTH** [2] - 16:19, 26:16

**GUESS** [1] - 14:2
**GUIDE** [2] - 3:18, 33:14
**GUIDELINE** [1] - 82:12
**GULF** [31] - 15:6, 15:8, 17:24, 21:6, 21:10, 31:4, 35:8, 35:13, 48:24, 52:1, 57:25, 60:21, 62:25, 63:20, 65:10, 71:17, 75:2, 75:11, 84:21, 86:20, 86:25, 87:6, 87:8, 90:6, 90:19, 94:25, 95:10, 95:15, 99:20
**GUM** [7] - 25:6, 25:8, 25:9, 25:17, 26:12, 26:16, 30:13
**GUNN** [8] - 94:23, 95:3, 95:9, 96:15, 97:13, 98:20, 99:19, 100:2
**GUNN'S** [2] - 96:10, 99:5

# H

**HABITAT** [4] - 22:21, 23:2, 76:12, 79:10
**HAD** [32] - 3:12, 3:25, 4:24, 7:7, 9:16, 10:22, 18:21, 19:1, 23:14, 31:23, 42:21, 46:16, 46:17, 49:25, 51:1, 54:10, 54:11, 54:25, 61:15, 68:20, 69:17, 75:3, 75:11, 78:7, 80:5, 81:6, 82:21, 83:3, 85:16, 86:1, 89:10, 99:13
**HALF** [1] - 97:15
**HAND** [1] - 14:16
**HAPPENED** [2] - 52:9, 81:23
**HAPPENS** [1] - 50:6
**HARBOR** [1] - 52:12
**HARD** [1] - 49:19
**HARR** [1] - 54:9
**HAS** [34] - 7:5, 8:16, 10:1, 10:23, 11:5, 12:6, 12:10, 12:18, 15:1, 15:6, 15:10, 24:2, 28:18, 31:4, 33:11, 33:15, 36:5, 36:25, 41:13, 62:1, 64:2, 65:2, 72:25, 75:3, 76:5, 76:17, 80:1, 83:18, 91:12, 91:16, 93:3, 95:21,

97:22, 100:4
**HATE** [1] - 101:3
**HAVE** [147] - 4:3, 4:7, 4:13, 5:2, 5:3, 5:4, 5:15, 5:16, 5:17, 5:18, 5:19, 5:23, 8:3, 8:4, 8:25, 9:4, 9:6, 9:12, 9:14, 9:16, 10:2, 10:3, 10:4, 10:6, 10:22, 10:25, 11:20, 11:25, 12:1, 12:14, 12:21, 12:24, 13:12, 14:1, 14:2, 14:8, 14:14, 16:23, 16:25, 17:21, 18:3, 18:22, 19:5, 19:16, 19:17, 19:22, 20:4, 20:8, 20:17, 20:19, 20:23, 20:24, 21:2, 22:5, 22:13, 22:18, 22:21, 23:19, 23:21, 25:2, 26:11, 26:13, 26:22, 28:4, 28:15, 28:25, 29:12, 29:15, 29:16, 29:18, 29:19, 30:2, 30:8, 30:10, 30:16, 32:10, 33:17, 34:16, 36:17, 37:5, 37:10, 37:19, 39:8, 39:23, 40:25, 41:5, 41:7, 41:8, 41:13, 42:14, 43:8, 44:17, 46:12, 46:14, 46:25, 47:5, 47:6, 49:21, 49:23, 50:14, 50:17, 50:18, 52:5, 53:8, 53:10, 54:19, 55:8, 56:8, 56:10, 57:1, 57:10, 57:12, 57:15, 59:2, 59:24, 62:15, 65:14, 66:15, 68:6, 68:8, 69:8, 72:1, 73:5, 73:10, 73:11, 74:5, 74:6, 74:12, 78:13, 81:10, 83:16, 88:15, 91:20, 93:2, 97:3, 97:5, 98:2, 98:13, 98:16, 98:19, 100:20
**HAVEN'T** [2] - 74:23, 77:18
**HB-406** [1] - 2:17
**HE** [58] - 6:13, 11:14, 14:6, 15:1, 15:4, 15:10, 15:14, 15:15, 24:4, 24:6, 24:14, 24:21, 30:5, 31:25, 34:15, 36:3, 36:5, 40:15, 40:16, 40:22, 43:5, 45:18, 46:8, 54:4, 54:7, 54:10,

54:11, 56:16, 56:18, 56:21, 56:25, 57:1, 57:2, 58:12, 63:12, 63:22, 63:24, 64:25, 76:18, 80:1, 88:24, 91:7, 91:9, 91:10, 91:12, 91:16, 91:17, 91:20, 95:4, 95:7
**HE'S** [7] - 24:8, 24:9, 30:6, 32:17, 32:23, 40:21, 76:19
**HEAD** [1] - 30:20
**HEADING** [1] - 99:18
**HEALTHY** [1] - 43:4
**HEAR** [3] - 11:19, 14:10, 73:5
**HEARD** [1] - 1:8
**HEARING** [1] - 53:22
**HEARINGS** [1] - 83:5
**HEARSAY** [1] - 44:19
**HEAVILY** [1] - 37:14
**HECTARES** [1] - 98:25
**HEED** [2] - 61:18, 63:23
**HEIBERG** [2] - 5:6, 5:7
**HEIGHT** [2] - 25:24, 31:3
**HELD** [1] - 60:13
**HELP** [5] - 7:25, 8:1, 17:2, 89:17, 99:15
**HELPFUL** [2] - 23:6, 32:19
**HELPING** [1] - 33:7
**HELPS** [4] - 17:3, 39:15, 45:6, 68:7
**HER** [1] - 35:17
**HERBERT** [1] - 54:9
**HERE** [22] - 5:2, 6:18, 9:1, 10:11, 12:10, 12:21, 21:9, 28:12, 28:25, 37:10, 44:5, 56:17, 61:17, 67:10, 67:12, 67:20, 73:25, 76:16, 79:14, 83:19, 84:23, 85:1
**HEREBY** [1] - 101:17
**HERETOFORE** [1] - 32:10
**HERS** [1] - 5:9
**HEUERKAMP** [1] - 4:20
**HIGH** [12] - 18:2, 18:5, 25:12, 26:2, 36:19, 41:9, 42:6, 42:18, 42:25, 43:2, 49:20, 89:22
**HIGHER** [1] - 76:13

**HIGHLIGHT** [2] - 7:24, 10:19
**HIGHLIGHTED** [1] - 35:23
**HIGHLY** [1] - 7:8
**HIGHWAY** [2] - 19:13, 55:3
**HIM** [9] - 20:23, 31:21, 31:23, 31:24, 35:24, 43:25, 56:21, 57:2, 80:1
**HIMSELF** [1] - 29:4
**HIS** [19] - 5:10, 14:5, 15:1, 15:4, 15:13, 15:17, 24:4, 30:3, 32:24, 33:4, 36:7, 40:23, 43:25, 56:14, 56:16, 63:13, 91:4, 91:19, 93:4
**HISTORIC** [1] - 18:7
**HISTORICAL** [7] - 18:25, 31:9, 32:13, 32:23, 33:22, 56:14, 57:17
**HISTORICALLY** [1] - 30:21
**HISTORY** [5] - 15:5, 56:17, 56:19, 87:19, 94:16
**HOLD** [2] - 35:2, 84:25
**HOLE** [1] - 65:25
**HONOR** [80] - 6:5, 6:11, 6:16, 12:3, 12:4, 13:4, 13:5, 13:7, 13:18, 13:22, 14:23, 15:20, 17:5, 20:23, 23:8, 24:1, 24:22, 28:6, 29:9, 32:16, 33:3, 33:21, 35:25, 36:11, 37:3, 37:11, 38:15, 38:19, 39:7, 39:9, 39:16, 39:23, 40:2, 40:13, 41:2, 42:2, 43:3, 44:19, 45:17, 45:22, 46:9, 47:2, 55:8, 55:12, 56:11, 56:17, 57:4, 58:11, 58:25, 59:11, 59:15, 60:1, 62:17, 63:10, 65:4, 69:4, 72:12, 72:21, 72:24, 73:3, 74:24, 75:17, 76:17, 76:21, 77:22, 78:14, 79:21, 79:25, 80:5, 81:24, 83:8, 83:11, 85:10, 85:11, 87:2, 87:7, 91:2, 93:3, 93:6, 95:18
**HONORABLE** [1] -

1:8
**HOPE** [2] - 13:16,
70:24
**HOPE** [1] - 1:18
**HOPEFULLY** [2] -
15:23, 43:22
**HORIZON** [1] - 99:6
**HOST** [1] - 15:11
**HOUMA** [2] - 29:3,
75:10
**HOURS** [1] - 59:7
**HOUSES** [1] - 37:20
**HOW** [25] - 4:2, 4:3,
7:15, 10:24, 17:16,
18:3, 18:14, 19:22,
22:1, 25:12, 26:2,
26:9, 37:18, 41:9,
42:18, 42:25, 53:17,
55:3, 55:6, 62:11,
63:6, 80:8, 83:7,
94:15
**HOWEVER** [3] -
12:14, 18:20, 35:7
**HUMAN** [1] - 20:13
**HUNCH** [1] - 20:24
**HUNDREDS** [1] -
3:21
**HURRICANE** [28] -
15:18, 37:13, 51:19,
51:21, 52:10, 52:11,
52:13, 68:3, 69:10,
69:18, 69:20, 70:5,
70:9, 70:11, 76:11,
77:5, 77:10, 78:6,
79:18, 80:12, 81:18,
81:23, 87:17, 88:25,
91:8, 97:2, 97:23,
98:4
**HURRICANES** [3] -
29:17, 31:5, 35:6
**HYDRAULIC** [2] -
47:8, 47:10
**HYDRAULICALLY**
[1] - 50:5
**HYDROLOGIC** [1] -
23:13
**HYDROLOGY** [1] -
62:1

---

**I**

**I** [325] - 1:9, 3:1, 3:11,
3:12, 4:7, 4:13, 4:16,
4:21, 5:2, 5:3, 5:8,
5:10, 5:15, 5:16, 5:17,
5:19, 5:20, 5:21, 5:23,
6:5, 6:9, 6:10, 6:17,
6:18, 7:7, 7:15, 7:19,
8:12, 9:3, 9:16, 10:10,
10:11, 10:12, 10:21,

10:23, 10:24, 11:13,
11:16, 11:17, 11:25,
12:3, 12:4, 12:7,
12:10, 12:11, 12:20,
12:21, 12:24, 12:25,
13:6, 13:10, 13:12,
13:14, 13:16, 13:21,
14:2, 14:4, 14:5, 14:7,
14:9, 14:11, 14:12,
14:14, 14:15, 14:22,
14:24, 15:20, 16:1,
16:9, 16:23, 17:1,
17:9, 17:12, 17:17,
18:1, 18:16, 18:18,
18:19, 18:20, 18:21,
18:22, 19:1, 19:17,
19:24, 20:22, 20:23,
20:24, 20:25, 22:3,
22:5, 22:19, 22:20,
23:17, 24:5, 24:9,
24:12, 24:16, 24:18,
26:2, 26:13, 27:10,
28:7, 28:10, 28:12,
28:20, 28:21, 28:22,
28:25, 29:7, 29:8,
29:15, 29:18, 30:1,
30:2, 30:10, 31:9,
31:22, 32:4, 32:5,
32:16, 32:21, 32:22,
32:24, 33:3, 33:10,
33:14, 33:16, 33:21,
33:22, 33:25, 35:4,
35:20, 35:25, 36:1,
36:2, 36:4, 36:5, 36:8,
36:16, 36:20, 37:4,
37:5, 37:7, 38:16,
38:18, 38:25, 39:5,
39:8, 39:9, 39:11,
39:14, 39:19, 39:21,
39:23, 40:2, 40:6,
40:16, 40:18, 40:19,
40:21, 40:25, 41:8,
42:4, 42:5, 42:15,
43:3, 43:5, 43:14,
44:4, 44:7, 45:3, 45:4,
45:10, 45:23, 46:1,
46:8, 46:14, 47:1,
47:3, 47:6, 47:8,
48:13, 49:23, 51:10,
51:18, 51:23, 51:25,
52:8, 52:19, 52:24,
53:8, 53:18, 53:22,
53:23, 54:9, 54:11,
54:19, 55:8, 55:9,
56:15, 56:18, 57:1,
57:3, 57:4, 57:8, 57:9,
57:12, 57:20, 58:18,
58:25, 59:5, 59:9,
59:21, 59:24, 60:1,
61:14, 61:15, 62:8,
63:14, 63:16, 63:25,

64:6, 64:19, 64:20,
64:24, 65:1, 65:19,
66:10, 66:11, 67:6,
67:25, 68:11, 70:24,
72:7, 72:23, 73:4,
73:6, 73:11, 73:15,
74:6, 74:12, 74:14,
74:16, 74:23, 74:24,
76:19, 77:16, 77:18,
77:19, 77:20, 78:13,
78:24, 80:16, 80:19,
81:10, 82:1, 83:3,
83:16, 84:4, 85:19,
88:6, 88:10, 89:19,
89:25, 90:17, 91:8,
91:11, 91:12, 91:18,
91:19, 91:20, 92:5,
92:15, 93:15, 93:18,
94:7, 94:22, 95:4,
95:18, 97:5, 97:18,
98:15, 98:19, 99:16,
100:1, 101:2, 101:3,
101:16
**I'D** [2] - 9:8, 94:22
**I'LL** [21] - 11:7,
13:23, 27:13, 30:2,
35:17, 37:3, 38:15,
38:16, 42:15, 43:25,
45:5, 46:7, 46:8,
55:10, 55:12, 62:20,
76:21, 79:25, 83:11,
85:11, 93:6
**I'M** [31] - 9:4, 13:6,
14:3, 21:3, 23:12,
26:8, 27:10, 28:18,
29:5, 32:20, 36:10,
37:9, 38:9, 43:17,
45:5, 54:19, 58:13,
60:4, 60:15, 62:18,
65:13, 66:9, 68:7,
70:24, 83:14, 84:25,
85:20, 90:2, 92:21,
96:9, 97:18
**I'VE** [24] - 4:14, 4:15,
4:20, 4:25, 5:1, 5:6,
6:1, 9:3, 9:21, 10:10,
10:12, 10:22, 11:9,
19:9, 20:10, 20:21,
29:20, 34:3, 38:20,
44:17, 44:23, 57:8,
59:6, 85:1
**I.E** [1] - 10:16
**IBOS** [1] - 2:17
**IBOS** [2] - 101:16,
101:24
**IDEAS** [1] - 51:4
**IDENTIFIED** [3] -
67:11, 94:1, 98:17
**IDENTIFY** [2] -
60:10, 66:15

**IDENTIFYING** [1] -
55:9
**IF** [57] - 3:21, 6:18,
6:22, 7:20, 7:22, 7:24,
8:10, 9:7, 10:11,
10:15, 11:12, 11:14,
12:17, 17:2, 22:6,
22:7, 24:5, 24:8, 26:2,
26:14, 27:14, 27:25,
28:13, 28:16, 29:7,
32:18, 34:9, 35:17,
38:25, 40:17, 40:18,
40:23, 42:11, 46:4,
48:1, 51:18, 53:1,
56:21, 59:5, 61:4,
62:21, 63:15, 64:20,
65:12, 67:23, 69:1,
69:23, 70:10, 70:24,
73:24, 83:12, 84:1,
84:18, 91:6, 99:25
**IHMC** [1] - 55:20
**ILLUSION** [1] - 3:13
**ILLUSTRATIVE** [3] -
8:13, 10:7, 19:10
**IMMEDIATELY** [2] -
12:17, 79:12
**IMMUNE** [1] - 8:17
**IMPACT** [16] - 20:12,
28:8, 50:21, 51:15,
54:17, 59:18, 59:21,
66:16, 69:10, 75:3,
75:12, 90:5, 94:6,
94:7, 94:10, 96:24
**IMPACTS** [10] -
22:14, 51:3, 55:1,
55:17, 55:19, 60:25,
63:19, 74:17, 95:13,
99:7
**IMPERMISSIBLE** [2]
- 24:2, 28:7
**IMPLEMENT** [2] -
86:19, 87:12
**IMPLEMENTED** [2] -
91:20, 94:2
**IMPLIES** [1] - 23:19
**IMPORTANCE** [2] -
8:16, 34:8
**IMPORTANT** [8] -
9:12, 19:3, 33:12,
33:23, 56:17, 68:10,
83:7, 91:23
**IMPOSED** [1] - 61:12
**IMPROVED** [1] -
42:21
**IMPROVEMENT** [1] -
99:11
**IN** [387] - 3:6, 3:11,
4:7, 4:8, 4:9, 4:12,
4:17, 6:7, 6:21, 7:3,
7:4, 7:7, 7:8, 7:12,

7:14, 8:1, 8:15, 8:16,
9:17, 9:20, 10:5,
10:10, 10:12, 10:19,
10:22, 10:24, 10:25,
11:11, 11:17, 11:19,
11:22, 11:23, 12:4,
12:9, 12:14, 12:15,
13:6, 13:11, 14:17,
15:23, 16:2, 16:10,
16:11, 16:12, 16:23,
17:7, 17:9, 17:14,
17:17, 17:19, 17:21,
17:24, 18:1, 18:6,
18:7, 18:8, 18:9,
18:12, 18:14, 18:15,
18:21, 18:25, 19:24,
19:25, 20:4, 20:7,
20:10, 20:13, 20:20,
20:21, 20:22, 21:2,
21:14, 21:22, 22:1,
22:6, 22:15, 22:23,
22:24, 23:2, 23:4,
23:13, 24:13, 25:6,
25:9, 25:10, 25:15,
25:20, 25:21, 25:22,
26:3, 26:4, 26:5, 26:7,
26:16, 27:1, 27:5,
27:17, 27:19, 28:11,
28:20, 28:23, 28:24,
29:3, 29:4, 29:12,
29:22, 29:23, 29:25,
30:8, 30:10, 30:12,
30:13, 30:18, 30:19,
30:20, 30:22, 31:1,
31:2, 31:6, 31:25,
32:4, 32:5, 32:13,
33:8, 33:12, 33:16,
34:4, 34:7, 34:19,
34:22, 34:23, 35:12,
36:2, 36:13, 36:22,
37:6, 37:16, 37:19,
37:25, 38:3, 40:17,
40:18, 40:22, 40:23,
40:24, 41:8, 41:10,
41:14, 41:15, 42:7,
42:8, 42:11, 42:14,
43:11, 43:12, 43:15,
43:17, 44:4, 44:24,
45:9, 45:15, 45:25,
46:4, 46:6, 46:7,
46:13, 47:8, 47:9,
47:17, 47:22, 47:25,
48:3, 48:4, 48:14,
48:15, 48:18, 48:23,
49:2, 49:9, 49:13,
49:16, 49:22, 49:23,
50:1, 50:2, 50:3, 51:5,
51:7, 51:13, 51:16,
51:19, 51:20, 51:24,
52:2, 52:3, 52:6, 52:9,
52:10, 52:11, 52:14,

52:18, 53:4, 53:7,
53:8, 53:9, 53:14,
53:18, 53:20, 53:22,
54:1, 54:3, 54:5, 54:6,
54:16, 54:17, 54:21,
55:15, 55:19, 55:20,
55:24, 56:2, 56:3,
56:4, 56:5, 56:19,
56:20, 56:22, 57:6,
57:9, 57:12, 57:14,
57:22, 58:6, 58:10,
59:8, 59:16, 60:17,
60:18, 60:20, 61:2,
61:6, 61:8, 61:10,
61:22, 62:3, 62:4,
62:5, 63:3, 63:6,
63:22, 64:4, 65:2,
65:3, 66:2, 67:1,
67:14, 67:15, 67:17,
68:7, 69:10, 69:13,
70:4, 70:5, 70:8,
70:10, 70:21, 70:22,
71:9, 71:10, 71:14,
71:19, 72:4, 72:8,
72:24, 73:13, 73:17,
73:20, 74:8, 74:16,
74:18, 74:22, 75:2,
75:4, 75:5, 75:21,
76:1, 76:6, 76:7, 76:9,
76:24, 77:2, 77:3,
77:7, 77:10, 77:25,
78:2, 78:3, 78:8,
78:21, 79:8, 81:7,
81:15, 81:16, 82:19,
83:1, 83:5, 83:6,
83:19, 83:21, 84:1,
84:6, 85:23, 86:1,
86:5, 86:19, 87:11,
87:12, 87:19, 88:5,
88:7, 88:16, 89:4,
89:15, 89:20, 90:17,
91:7, 93:12, 93:15,
93:18, 93:19, 93:22,
94:5, 94:7, 94:16,
94:23, 95:3, 95:4,
95:5, 95:11, 95:18,
96:14, 96:20, 96:22,
96:24, 97:6, 97:23,
98:16, 98:18, 98:19,
98:22, 99:13, 99:18,
99:21, 99:22, 99:24,
100:2, 100:11, 101:3,
101:19
  **INACTION** [1] - 9:5
  **INADEQUATE** [1] -
89:6
  **INCISIVE** [1] - 11:9
  **INCLUDE** [2] - 29:24
  **INCLUDED** [3] -
17:14, 81:14, 96:6

**INCLUDING** [8] -
16:15, 16:17, 17:10,
19:14, 29:21, 39:3,
79:10, 93:19
  **INCORPORATED** [1]
- 17:18
  **INCREASE** [2] -
44:16, 58:6
  **INCREASED** [3] -
44:5, 44:15, 46:2
  **INCREASES** [1] -
53:13
  **INCREASING** [1] -
69:16
  **INDEPENDENCE** [1]
- 2:13
  **INDEPENDENT** [1] -
20:12
  **INDEX** [1] - 18:21
  **INDICATE** [1] - 45:14
  **INDICATED** [3] -
32:4, 51:2, 69:15
  **INDICATING)** [1] -
21:6, 21:11, 67:20
  **INDICATION** [1] -
26:21
  **INDICATIONS** [1] -
29:22
  **INDIRECT** [2] -
11:13, 63:7
  **INFLOW** [1] - 35:5
  **INFORM** [2] - 12:17,
91:9
  **INFORMATION** [10] -
11:3, 11:11, 33:12,
34:3, 45:18, 63:15,
64:1, 81:7, 91:16,
93:2
  **INFRASTRUCTURE**
[1] - 96:11
  **INGRESS** [1] - 34:18
  **INHABITED** [2] -
23:16, 30:23
  **INHABITING** [1] -
60:5
  **INHIBIT** [3] - 42:7,
42:13, 73:13
  **INITIAL** [5] - 14:22,
38:6, 64:15, 75:14,
98:24
  **INITIALLY** [1] - 61:16
  **INITIATING** [1] - 92:1
  **INLAND** [3] - 96:20,
96:22, 97:24
  **INNER** [1] - 52:12
  **INNER-HARBOR** [1]
- 52:12
  **INPUT** [1] - 78:22
  **INSTITUTE** [3] -
17:13, 19:25, 74:15

**INSTRUCT** [1] -
12:16
  **INSTRUCTED** [1] -
12:12
  **INSTRUCTION** [1] -
12:11
  **INSTRUCTIONS** [2] -
11:8, 12:17
  **INTEGRATED** [1] -
90:4
  **INTENSELY** [1] -
82:11
  **INTERACTION** [1] -
96:16
  **INTEREST** [2] - 18:6,
18:8
  **INTERESTED** [2] -
10:24, 18:5
  **INTERESTING** [1] -
99:18
  **INTERIOR** [1] - 67:15
  **INTERRUPT** [2] -
22:4, 54:19
  **INTO** [22] - 4:16,
7:25, 9:2, 11:22, 19:3,
24:2, 26:23, 27:24,
34:9, 34:12, 36:19,
43:6, 53:11, 53:24,
56:7, 57:8, 67:16,
68:23, 77:11, 78:22,
83:18, 93:18
  **INTRACOASTAL** [2]
- 21:6, 52:1
  **INTRODUCED** [2] -
4:8, 7:1
  **INTRODUCTION** [1]
- 4:18, 43:6
  **INTRUSION** [12] -
36:19, 71:14, 71:16,
72:8, 73:20, 74:4,
91:25, 95:11, 96:25,
97:10, 97:21, 99:6
  **INVESTIGATE** [2] -
18:7, 20:1
  **INVOLVED** [11] - 4:3,
10:9, 18:11, 18:15,
20:17, 53:18, 78:21,
86:18, 88:5, 88:16,
89:19
  **INVOLVEMENT** [6] -
15:5, 19:2, 29:12,
33:4, 96:2
  **INVOLVES** [2] - 3:15,
3:20
  **INVOLVING** [1] -
8:19
  **IRRELEVANT** [2] -
8:23, 72:14
  **IS** [280] - 3:5, 3:8,
4:3, 4:18, 4:23, 5:13,

6:5, 6:21, 6:25, 7:8,
7:9, 7:10, 7:13, 7:19,
7:20, 8:4, 8:6, 8:7,
8:9, 8:13, 8:17, 8:22,
8:23, 9:11, 9:14, 9:19,
9:20, 10:7, 10:10,
10:11, 10:12, 10:15,
11:5, 11:12, 12:11,
12:14, 12:16, 12:21,
12:23, 13:2, 13:4,
13:14, 13:17, 13:23,
14:21, 14:23, 14:24,
16:2, 16:6, 16:7, 16:8,
16:13, 16:21, 17:18,
17:19, 18:11, 21:4,
21:7, 21:13, 23:8,
23:13, 23:21, 23:23,
24:4, 24:7, 24:11,
24:12, 24:14, 24:25,
25:1, 25:8, 25:9,
25:18, 25:19, 25:24,
26:15, 26:16, 26:25,
27:8, 27:11, 27:21,
27:25, 28:9, 28:11,
28:17, 28:20, 28:22,
29:1, 30:11, 30:18,
30:22, 30:25, 31:2,
31:3, 31:11, 31:12,
31:13, 32:9, 32:13,
32:15, 34:6, 34:9,
35:21, 36:2, 36:3,
36:5, 36:6, 36:8, 37:6,
37:7, 37:17, 37:19,
37:20, 37:21, 37:23,
38:2, 38:25, 39:4,
40:7, 40:13, 40:15,
40:16, 40:19, 40:22,
40:23, 42:2, 42:14,
43:17, 44:11, 45:17,
45:19, 45:21, 45:24,
46:4, 47:16, 47:25,
48:1, 48:20, 48:25,
50:3, 50:4, 50:7, 50:9,
50:22, 50:23, 52:15,
53:5, 53:7, 53:12,
54:20, 54:21, 54:22,
55:11, 55:24, 56:11,
56:16, 56:18, 56:19,
56:25, 57:1, 57:23,
57:24, 58:5, 58:9,
58:10, 59:7, 59:8,
59:10, 59:19, 62:11,
62:13, 63:24, 63:25,
65:12, 65:20, 65:21,
65:22, 67:11, 67:16,
68:10, 69:2, 69:10,
70:12, 70:15, 71:1,
72:8, 72:14, 72:20,
73:19, 73:22, 74:10,
74:11, 74:12, 74:14,

75:20, 76:10, 76:14,
77:14, 78:1, 78:4,
78:5, 78:18, 78:19,
79:2, 79:7, 79:16,
80:25, 81:10, 81:23,
82:8, 82:10, 82:16,
83:7, 83:14, 84:23,
84:24, 85:6, 87:10,
87:12, 87:15, 88:14,
88:16, 88:17, 90:3,
90:8, 90:21, 90:23,
91:2, 91:4, 91:9,
91:12, 91:15, 91:17,
91:18, 92:3, 94:8,
94:23, 95:14, 95:16,
95:24, 96:15, 96:25,
97:10, 97:12, 97:14,
97:19, 97:21, 98:5,
98:9, 98:11, 99:2,
99:4, 99:6, 99:7,
99:25, 100:1, 100:6,
101:4, 101:18
  **ISLAND** [2] - 67:4,
75:14
  **ISSUE** [9] - 8:4, 8:7,
8:9, 9:16, 9:19, 15:13,
46:8, 72:15, 73:5
  **ISSUED** [1] - 12:21
  **ISSUES** [5] - 10:1,
10:5, 22:18, 40:22,
80:3
  **IT** [206] - 3:18, 3:23,
4:14, 4:15, 6:15, 7:22,
8:24, 8:25, 9:12, 12:1,
12:14, 12:16, 12:23,
14:4, 14:8, 14:20,
15:15, 16:7, 16:15,
16:21, 17:2, 17:3,
18:11, 19:3, 22:8,
23:6, 24:10, 24:11,
27:14, 28:2, 28:11,
28:24, 29:7, 29:8,
29:16, 29:24, 31:1,
31:3, 31:15, 31:16,
32:4, 32:9, 32:15,
32:18, 33:14, 33:24,
34:24, 35:4, 35:12,
35:17, 36:24, 37:8,
37:19, 37:20, 38:2,
38:6, 38:20, 38:25,
39:2, 39:8, 39:14,
39:21, 40:1, 40:8,
40:24, 41:8, 41:10,
41:12, 41:13, 41:20,
41:21, 41:23, 42:4,
42:5, 42:8, 42:13,
42:14, 42:16, 42:18,
42:21, 43:1, 43:8,
43:21, 44:4, 44:15,
45:23, 46:15, 47:9,

47:12, 47:14, 48:7, 49:8, 49:14, 50:17, 50:18, 50:25, 51:7, 51:11, 51:15, 51:16, 51:17, 52:11, 52:14, 53:11, 53:16, 55:22, 55:24, 56:1, 57:15, 57:21, 58:18, 58:22, 60:12, 61:16, 62:8, 63:16, 63:23, 63:25, 64:1, 64:6, 64:15, 65:2, 65:20, 65:21, 66:2, 66:11, 68:7, 68:19, 70:15, 70:20, 70:23, 71:2, 71:3, 71:7, 72:14, 73:12, 73:16, 74:12, 74:17, 75:24, 76:1, 77:10, 77:20, 78:4, 78:12, 78:14, 79:6, 80:22, 81:3, 81:17, 82:4, 83:18, 83:19, 83:23, 84:11, 84:24, 86:11, 87:12, 88:13, 88:15, 88:17, 88:19, 88:21, 89:2, 89:4, 89:8, 89:24, 90:9, 90:10, 90:15, 90:23, 91:6, 91:12, 93:16, 94:18, 94:20, 94:23, 94:24, 95:16, 97:9, 97:12, 98:3, 98:11, 98:12, 98:13, 99:4, 100:1, 100:10, 100:17, 100:23

**IT'S** [82] - 3:15, 3:17, 3:18, 3:22, 4:17, 6:18, 10:7, 11:7, 12:20, 16:14, 21:5, 21:8, 21:9, 21:14, 21:18, 24:18, 25:19, 25:20, 25:25, 27:22, 28:13, 28:14, 28:15, 28:16, 29:1, 29:2, 29:6, 30:5, 32:21, 33:22, 36:20, 37:25, 39:17, 39:22, 40:6, 40:16, 40:17, 40:18, 40:23, 40:24, 41:11, 42:11, 45:3, 45:19, 50:10, 53:7, 55:10, 56:14, 58:3, 59:2, 59:22, 60:11, 63:25, 64:19, 67:12, 67:20, 71:2, 72:1, 72:7, 72:17, 73:3, 73:5, 73:12, 73:24, 74:7, 74:8, 74:13, 74:16, 75:21, 77:17, 77:18, 77:22, 88:18, 89:19, 91:17, 94:22, 101:3

**ITS** [14] - 19:20, 20:12, 22:2, 22:14, 32:7, 41:8, 42:20, 55:16, 78:2, 86:17, 87:7, 87:24, 89:1, 93:21

**ITSELF** [5] - 7:10, 22:23, 41:11, 48:25, 70:8

## J

**J** [2] - 14:11, 14:12
**JACK** [1] - 4:20
**JAMES** [2] - 1:20, 2:4
**JANUARY** [1] - 90:4
**JARVINEN** [2] - 5:24, 6:5
**JEFFERSON** [1] - 1:21
**JEFFREY** [1] - 2:2
**JETTIES** [1] - 74:8
**JOANNES** [1] - 6:2
**JOB** [1] - 19:24
**JOHN** [7] - 2:8, 4:25, 5:24, 6:2, 6:11, 14:4, 14:9
**JOINT** [1] - 13:8, 13:9, 13:14, 16:2, 20:18, 26:14, 31:11, 31:25, 39:17, 68:14, 84:19
**JONATHAN** [1] - 1:12
**JOSEPH** [2] - 1:15, 31:20
**JR** [1] - 2:4
**JR** [3] - 1:8, 2:13, 5:11
**JUDGE** [5] - 1:8, 7:25, 10:14, 14:3, 14:15
**JULY** [1] - 75:22
**JURY** [5] - 3:11, 31:13, 50:24, 54:23, 60:12
**JUST** [54] - 4:18, 8:14, 10:7, 10:12, 10:19, 10:21, 11:24, 13:25, 14:13, 19:10, 19:12, 21:2, 21:20, 23:25, 27:7, 28:5, 28:7, 28:25, 32:16, 34:3, 35:4, 35:15, 36:2, 36:25, 37:5, 39:14, 39:25, 40:12, 42:1, 42:15, 45:23, 46:8, 52:17, 52:19, 54:24, 55:9, 56:10, 57:21, 59:12, 63:8,

63:22, 64:24, 65:3, 65:25, 66:7, 67:6, 70:19, 71:10, 72:11, 85:2, 90:15, 91:20
**JUSTICE** [2] - 2:1, 19:14
**JX** [1] - 39:22

## K

**K** [3] - 2:5, 2:7, 3:6
**KALIMAH** [1] - 2:2
**KARA** [1] - 2:5
**KAREN** [2] - 101:16, 101:24
**KAREN** [1] - 2:17
**KATRINA** [27] - 3:6, 3:17, 15:19, 52:13, 61:18, 63:19, 64:14, 66:21, 68:4, 68:19, 68:24, 69:20, 70:13, 70:21, 72:23, 73:23, 79:19, 81:23, 88:25, 89:2, 90:12, 90:15, 91:8, 93:12, 94:3, 94:12, 100:12
**KEITH** [1] - 5:14
**KELLS** [1] - 2:3
**KEMP** [1] - 5:24
**KEPT** [1] - 34:19
**KID** [1] - 80:5
**KILLING** [1] - 97:25, 98:8
**KILOMETERS** [1] - 96:19
**KIND** [4] - 10:7, 46:12, 50:4, 89:8
**KINDS** [2] - 27:4, 34:20
**KNEES** [1] - 26:20
**KNEW** [5] - 15:14, 15:15, 93:2, 93:15, 93:16
**KNOW** [39] - 7:13, 8:24, 9:3, 9:16, 10:1, 10:11, 10:12, 11:10, 12:9, 12:10, 12:20, 13:25, 28:23, 31:21, 32:21, 33:23, 33:24, 39:12, 42:6, 42:15, 44:8, 46:1, 53:17, 53:25, 54:11, 59:6, 64:18, 64:24, 65:1, 65:3, 67:22, 67:24, 67:25, 85:19, 89:10, 93:13, 95:3
**KNOWLEDGE** [24] - 8:23, 9:5, 9:6, 9:11, 9:13, 28:14, 29:1, 32:24, 35:22, 40:23,

42:5, 42:11, 45:19, 46:21, 52:4, 63:16, 63:21, 67:22, 68:22, 77:9, 82:3, 82:6, 85:14, 96:2
**KNOWN** [20] - 8:25, 9:6, 9:7, 30:16, 33:23, 34:4, 52:15, 53:5, 56:8, 57:23, 71:23, 72:7, 77:14, 82:16, 88:11, 92:20, 93:2, 93:22, 93:23
**KNOWS** [2] - 11:15, 20:24

## L

**L** [3] - 14:11, 14:22, 84:6
**LA** [22] - 1:13, 1:16, 1:22, 23:5, 23:12, 38:23, 40:5, 40:7, 41:5, 41:7, 41:9, 41:18, 42:18, 42:23, 57:24, 72:6, 73:20, 74:5, 81:21, 86:7, 91:1, 91:24
**LACK** [1] - 100:3
**LAFAYETTE** [1] - 1:22
**LAID** [4] - 63:10, 64:6, 83:18, 83:20
**LAKE** [24] - 23:4, 34:12, 41:21, 47:20, 48:20, 48:24, 49:9, 49:14, 52:2, 66:19, 67:1, 67:2, 67:13, 67:15, 68:23, 76:6, 76:11, 77:6, 77:11, 78:6, 80:13, 92:6, 92:9, 96:6
**LAKES** [1] - 67:16
**LAND** [23] - 16:14, 30:22, 31:4, 34:10, 34:19, 48:20, 48:22, 48:23, 48:25, 49:3, 50:10, 52:3, 53:11, 55:11, 66:4, 66:17, 67:12, 68:4, 68:19, 74:18, 75:6, 87:16, 92:9
**LANDOWNERS** [2] - 99:21, 100:4
**LANDS** [2] - 8:10, 23:19
**LANDSCAPE** [1] - 48:3
**LARGE** [6] - 4:9, 50:7, 51:5, 72:1, 85:24, 97:24

**LARGELY** [7] - 21:13, 21:14, 23:14, 57:12, 67:13, 70:23, 79:13
**LASER** [6] - 11:11, 21:2, 43:20, 43:21, 43:22, 52:20
**LASER-LIKE** [1] - 11:11
**LAST** [7] - 10:23, 54:11, 67:2, 69:3, 70:15, 87:14, 94:22
**LASTING** [1] - 3:16
**LATE** [3] - 4:9, 6:19, 72:8
**LATER** [7] - 4:9, 5:5, 13:7, 53:25, 61:16, 63:6, 90:12
**LATERAL** [1] - 65:22
**LATERALLY** [2] - 26:22, 27:23
**LATITUDE** [1] - 28:12
**LAW** [1] - 1:12
**LAY** [4] - 23:1, 62:20, 62:21, 82:11
**LAYMAN** [1] - 24:6
**LEAD** [1] - 45:2
**LEARN** [3] - 15:12, 15:23, 68:9
**LEARNED** [1] - 45:18
**LEARNING** [2] - 54:24, 55:2
**LEAST** [3] - 22:17, 68:3, 73:13
**LEAVE** [1] - 30:2
**LEAVES** [1] - 61:4
**LED** [3] - 18:6, 18:8, 18:9
**LEFT** [2] - 25:22, 42:14
**LEGISLATIVE** [1] - 90:5
**LENGTHY** [1] - 9:18
**LESS** [2] - 44:9, 97:19
**LET** [23] - 3:14, 8:12, 13:11, 13:25, 22:3, 23:18, 34:25, 36:2, 42:4, 43:25, 45:23, 53:4, 54:19, 58:20, 59:12, 63:15, 64:24, 65:3, 80:16, 92:14, 97:3, 100:9, 100:17
**LET'S** [43] - 26:14, 35:23, 36:17, 38:25, 48:19, 50:20, 51:18, 52:14, 54:19, 55:23, 57:16, 58:3, 61:2, 61:21, 65:12, 66:14,

69:1, 69:22, 70:24, 74:10, 75:1, 75:13, 76:4, 76:9, 76:14, 79:7, 79:9, 80:15, 80:24, 81:10, 82:7, 84:1, 84:2, 84:17, 86:4, 88:14, 90:1, 90:21, 92:5, 95:9, 96:19, 100:2

**LEVEE** [1] - 30:22

**LEVEES** [4] - 8:22, 21:10, 23:15, 51:21

**LEVEL** [4] - 41:11, 45:9, 46:1

**LEVELS** [2] - 43:15, 76:13

**LEVINE** [1] - 2:4

**LIBRARY** [1] - 18:21

**LIEU** [2] - 4:8, 4:18

**LIFE** [3] - 15:1, 18:11, 20:13

**LIFETIME** [1] - 24:5

**LIKE** [14] - 9:8, 11:11, 11:19, 13:21, 16:1, 16:17, 16:19, 17:1, 32:16, 32:22, 35:13, 73:24, 89:3, 94:22

**LIKEWISE** [1] - 49:8

**LIMINE** [2] - 6:21, 22:6

**LINE** [5] - 28:17, 30:1, 57:1, 57:4, 80:9

**LINEUP** [1] - 12:25

**LINKING** [1] - 35:13

**LIST** [5] - 4:16, 13:5, 22:19, 90:13, 90:18

**LISTED** [2] - 5:2, 6:18

**LISTEN** [1] - 40:25

**LITANY** [1] - 79:10

**LITERALLY** [3] - 3:25, 15:5, 57:9

**LITIGANTS** [2] - 3:19, 9:16

**LITIGATION** [1] - 3:6

**LITTLE** [15] - 3:11, 10:21, 17:2, 17:3, 21:2, 21:8, 32:21, 35:17, 50:18, 61:4, 70:11, 85:1, 96:12, 99:22

**LIVAUDAIS** [1] - 5:11

**LIVE** [2] - 4:8, 4:18

**LIVED** [2] - 24:21, 58:18

**LLP** [1] - 1:17

**LOCAL** [3] - 42:22, 44:16, 99:20

**LOCATED** [2] -

17:19, 18:9

**LOCATION** [4] - 27:9, 27:12, 51:6, 57:24

**LOCATIONS** [3] - 48:4, 57:22, 58:1

**LOCK** [2] - 51:6, 60:20

**LOGIC** [1] - 11:20

**LONG** [8] - 3:10, 3:16, 5:19, 18:3, 19:22, 22:1, 29:12, 30:5

**LONGER** [2] - 22:18, 61:3

**LOOK** [10] - 6:17, 26:14, 38:25, 54:19, 58:3, 60:8, 84:1, 88:14, 90:1, 90:21

**LOOKED** [1] - 38:20

**LOOKING** [3] - 14:4, 71:18, 75:6

**LOS** [1] - 1:19

**LOSS** [5] - 61:19, 62:25, 63:7, 64:25, 75:7, 75:8, 79:11, 87:16, 91:25, 98:1, 98:2, 98:9, 98:12, 98:17, 99:3

**LOSSES** [2] - 79:5, 97:14

**LOT** [7] - 7:14, 10:22, 12:20, 17:9, 20:25, 29:4, 73:5

**LOUIS** [1] - 6:2

**LOUISIANA** [25] - 1:1, 15:3, 16:9, 17:9, 17:20, 17:23, 18:4, 19:20, 25:10, 25:22, 26:18, 29:3, 30:9, 30:10, 30:20, 74:18, 75:2, 75:13, 82:10, 82:12, 89:20, 93:22, 94:7, 96:7, 101:17

**LOUISIANA** [2] - 1:4, 2:18

**LOUTRE** [19] - 23:5, 23:12, 38:23, 40:5, 40:7, 41:5, 41:7, 41:9, 41:18, 42:18, 42:23, 57:24, 72:6, 73:20, 74:5, 81:21, 86:7, 91:1, 91:24

**LOVE** [1] - 83:14

**LOW** [1] - 25:2

**LOWER** [3] - 30:18, 54:2, 100:21

**LOWERED** [1] - 71:21

**LPV** [3] - 66:5, 92:12,

92:13

**LSU** [4] - 16:12, 18:10, 19:25, 74:15

**LUNAR** [2] - 35:5, 53:11

**LUNCH** [1] - 101:10

**LYELL** [1] - 53:9

**LYING** [1] - 66:17

---

**M**

**M** [6] - 1:15, 14:17, 14:21, 14:22, 31:20

**M-E-R-A-U-X** [1] - 31:20

**MA'AM** [1] - 35:19

**MACHINE** [1] - 50:10

**MADE** [16] - 6:20, 22:5, 24:19, 31:25, 41:15, 42:8, 51:21, 53:19, 54:6, 73:22, 73:24, 74:3, 87:12, 90:22, 91:8, 95:12

**MAGIC** [1] - 58:12

**MAIN** [4] - 26:22, 27:23, 66:17, 67:5

**MAINTENANCE** [2] - 65:15, 99:23

**MAJOR** [7] - 23:13, 37:20, 40:7, 61:6, 66:25, 75:8, 85:3

**MAKE** [20] - 3:14, 6:10, 7:14, 22:3, 28:25, 29:2, 32:22, 35:17, 36:1, 39:25, 42:11, 48:7, 51:11, 52:25, 59:12, 60:19, 62:24, 70:20, 73:11, 83:22

**MAKES** [1] - 87:17

**MAKING** [2] - 51:4, 70:7

**MALAYSIA** [1] - 17:14

**MAMMALS** [1] - 46:12

**MANAGEMENT** [3] - 22:24, 48:15, 66:25

**MANAGER** [2] - 94:25, 95:10

**MANDATE** [2] - 9:19, 10:4

**MANEUVERED** [1] - 50:10

**MANHATTAN** [2] - 64:18, 64:22

**MANIFESTLY** [1] - 11:4

**MANY** [17] - 3:24, 19:2, 26:9, 34:16,

42:22, 46:6, 62:11, 90:12, 96:16, 97:11, 97:14, 98:10, 99:25, 100:18

**MAP** [4] - 47:17, 62:6, 67:23, 76:15

**MAPS** [1] - 38:17

**MARC** [1] - 2:4

**MARINE** [1] - 46:20

**MARK** [1] - 59:24

**MARKED** [2] - 67:23

**MARKS** [1] - 21:21

**MARSH** [13] - 32:11, 36:18, 41:11, 49:24, 50:1, 50:11, 57:13, 61:24, 62:15, 67:15, 76:13, 79:11, 80:9

**MARSHES** [4] - 23:17, 29:24, 57:14, 66:25

**MARSHLAND** [7] - 23:23, 23:24, 24:7, 24:9, 24:25, 25:1, 38:12

**MARSHLANDS** [2] - 35:8, 38:5

**MASTER** [1] - 83:19

**MASTER'S** [1] - 16:10

**MAT** [1] - 26:21

**MATERIAL** [14] - 29:22, 47:13, 48:9, 49:11, 49:22, 49:24, 49:25, 53:23, 65:14, 65:20, 69:1, 98:21, 98:25

**MATERIALS** [2] - 48:1, 48:2

**MATH** [1] - 64:20

**MATIFORMS** [1] - 26:20

**MATS** [1] - 27:22

**MATTER** [4] - 11:19, 12:14, 37:18, 101:20

**MATURITY** [2] - 25:12, 25:24

**MAY** [31] - 5:3, 5:4, 7:1, 11:12, 12:3, 20:17, 22:19, 25:13, 25:21, 25:22, 29:24, 31:2, 31:3, 33:3, 33:5, 36:8, 37:18, 39:5, 39:8, 39:21, 42:7, 55:8, 56:25, 67:5, 70:2, 73:25, 88:18, 98:2, 98:13

**MAYBE** [8] - 3:12, 11:23, 13:19, 26:6, 26:10, 37:7, 43:21, 83:10

**MCCONNON** [1] - 2:4

**MCKERNAN** [1] - 18:16

**ME** [37] - 3:12, 3:14, 4:13, 4:19, 4:22, 5:5, 8:12, 9:22, 11:5, 12:1, 12:24, 18:6, 22:3, 23:18, 23:24, 31:25, 34:25, 37:10, 42:4, 44:7, 44:17, 53:4, 54:19, 55:10, 55:11, 58:20, 59:12, 61:17, 72:17, 80:16, 92:14, 94:19, 94:24, 96:4, 97:3, 100:9, 100:17

**MEAN** [11] - 5:17, 11:18, 23:17, 35:3, 35:11, 52:16, 53:6, 65:24, 69:12, 70:18, 75:4

**MEANS** [6] - 35:4, 35:12, 35:21, 35:24, 39:12, 76:19

**MEASURE** [5] - 72:15, 72:18, 72:20, 92:16, 99:15

**MEASUREMENT** [3] - 38:2, 38:3, 44:11

**MEASUREMENTS** [1] - 69:14

**MEASURES** [16] - 49:12, 49:14, 66:15, 71:15, 71:18, 79:4, 90:13, 90:19, 91:3, 92:20, 93:1, 93:11, 94:1, 96:23, 97:7, 100:19

**MEAT** [1] - 37:4

**MECHANICAL** [1] - 2:21

**MECHANICALLY** [1] - 50:16

**MECHANISM** [3] - 10:16, 50:4, 72:4

**MEETING** [4] - 53:20, 53:25, 54:5, 60:13

**MEETINGS** [3] - 82:20, 82:21, 94:14

**MEMBERS** [2] - 18:9, 84:9, 89:17

**MEMOS** [2] - 97:4, 97:9

**MENTALITY** [1] - 96:13

**MENTIONED** [2] - 52:22, 74:16

**MERAUX** [2] - 31:20, 31:22

**MERAUX'S** [1] - 51:2
**MERGE** [2] - 34:12, 67:3
**MERGES** [1] - 52:1
**MESSAGE** [3] - 60:17, 60:19, 60:22
**MET** [1] - 31:22
**METER** [1] - 98:22
**METERS** [1] - 97:15
**METHOD** [1] - 43:25
**MEXICO** [6] - 17:15, 17:24, 20:3, 31:4, 35:14, 71:17
**MIC** [2] - 17:3, 32:18
**MICHAEL** [1] - 2:13
**MICHELE** [1] - 2:3
**MICHOUD** [1] - 67:3
**MID** [5] - 30:22, 31:5, 93:15, 93:17, 93:18
**MIDDLE** [1] - 14:22
**MIGHT** [6] - 8:12, 17:2, 23:6, 32:18, 40:18, 59:5
**MIKE** [1] - 45:3
**MILES** [7] - 38:12, 62:11, 62:12, 64:15, 64:16, 64:19, 96:19
**MILLER** [49] - 2:5, 4:21, 4:23, 4:24, 24:1, 24:20, 27:8, 27:11, 28:6, 29:9, 32:16, 32:20, 32:22, 35:20, 36:11, 38:14, 39:21, 40:10, 40:13, 41:2, 41:25, 42:2, 44:19, 45:1, 45:5, 45:17, 56:11, 58:11, 58:15, 62:17, 62:19, 63:10, 65:4, 66:8, 66:10, 66:12, 72:12, 72:16, 72:23, 74:1, 76:17, 79:21, 79:23, 81:24, 83:8, 85:10, 91:2, 93:3, 101:6
**MILLION** [2] - 65:14, 65:17
**MILLIONS** [1] - 3:25
**MINERAL** [1] - 41:15
**MINIMAL** [2] - 80:6, 80:8
**MINIMIZE** [1] - 97:9
**MINIMIZED** [1] - 97:1
**MINOR** [3] - 28:20, 28:23, 80:9
**MINUTE** [12] - 23:25, 27:7, 28:5, 35:15, 40:12, 42:1, 56:10, 59:3, 66:7, 72:11, 84:5
**MINUTES** [2] - 46:7,

101:3
**MIRACULOUSLY** [1] - 3:13
**MISS** [1] - 6:10
**MISSED** [3] - 6:18, 10:22, 39:8
**MISSISSIPPI** [32] - 15:5, 15:8, 20:2, 21:5, 23:12, 40:8, 41:16, 48:24, 52:1, 54:2, 57:25, 60:21, 62:25, 63:19, 65:10, 70:5, 70:8, 72:10, 75:2, 75:10, 76:25, 84:20, 86:20, 86:25, 87:6, 87:8, 90:5, 90:19, 94:25, 95:10, 95:15, 99:20
**MISSPOKE** [2] - 90:17, 97:18
**MISTAKEN** [1] - 55:8
**MITIGATED** [1] - 80:3
**MITIGATION** [11] - 71:15, 90:13, 90:18, 91:3, 91:10, 92:19, 93:1, 93:11, 94:1, 99:14, 100:19
**MITSCH** [1] - 2:5
**MODE** [1] - 16:16
**MODELS** [1] - 17:11
**MODERN** [1] - 31:5
**MOMENT** [1] - 15:24
**MOMENTARILY** [2] - 68:13, 88:15
**MONDAY** [1] - 1:4
**MONDAY** [1] - 3:2
**MONEY** [1] - 50:17
**MONOLOGUE** [1] - 28:25
**MONTH** [1] - 58:5
**MONTHLY** [2] - 57:18, 57:25
**MONTHS** [1] - 74:9
**MONTVAI** [1] - 5:12
**MONTVAI** [17] - 9:4, 15:23, 20:7, 21:20, 25:2, 26:1, 33:3, 57:15, 58:3, 62:16, 70:3, 76:12, 80:15, 86:13, 87:18, 89:9
**MORNING** [5] - 1:9, 3:3, 3:9, 7:8, 78:1
**MORPHED** [1] - 83:18
**MORRIS** [1] - 5:25
**MORTIMER** [1] - 1:17
**MOSHER** [3] - 5:7, 5:8, 6:4

**MOST** [6] - 18:11, 25:21, 43:4, 91:23, 97:25, 98:8
**MOTHER** [1] - 80:5
**MOTION** [3] - 6:21, 6:24, 12:6
**MOTIONS** [1] - 9:16
**MOUNTING** [1] - 100:12
**MOUTH** [1] - 70:2
**MOVE** [10] - 13:6, 37:3, 38:15, 46:8, 48:1, 50:20, 58:20, 69:1, 92:5, 97:22
**MOVEMENT** [5] - 16:18, 41:19, 52:4, 65:22, 68:23
**MOVES** [2] - 37:25, 50:9
**MOVING** [5] - 13:7, 29:20, 53:11, 66:2, 66:4
**MR** [183] - 4:24, 6:5, 6:11, 6:15, 10:14, 12:2, 12:3, 13:4, 13:16, 13:17, 13:18, 13:19, 13:22, 14:2, 14:3, 14:6, 14:8, 14:12, 14:15, 14:23, 15:23, 16:1, 16:5, 17:6, 18:16, 19:11, 20:23, 21:1, 21:16, 22:4, 22:11, 22:12, 23:8, 23:10, 24:4, 24:14, 24:21, 24:24, 27:13, 27:15, 29:11, 30:1, 30:7, 31:22, 33:2, 33:3, 33:6, 33:21, 34:1, 35:25, 36:4, 36:8, 36:12, 37:3, 37:7, 37:10, 37:12, 38:8, 38:10, 38:15, 38:19, 38:21, 39:5, 39:7, 39:9, 39:13, 39:16, 39:18, 39:23, 40:2, 40:3, 41:4, 42:17, 43:3, 43:10, 43:24, 44:2, 44:6, 44:21, 45:7, 45:21, 46:6, 46:11, 47:1, 47:4, 51:2, 52:19, 52:23, 52:25, 53:3, 55:8, 55:13, 56:14, 57:3, 57:5, 58:16, 58:18, 58:19, 58:25, 59:9, 59:14, 59:17, 59:20, 60:1, 60:7, 60:9, 62:20, 62:22, 63:11, 63:17, 64:3, 64:8, 64:11,

65:6, 66:13, 67:7, 67:8, 68:2, 68:7, 68:9, 68:12, 68:16, 68:18, 69:4, 69:6, 72:19, 73:2, 73:8, 73:18, 74:2, 74:20, 74:23, 74:25, 75:16, 75:19, 76:21, 76:23, 77:13, 77:16, 77:18, 77:22, 77:24, 78:10, 78:13, 78:16, 78:17, 79:25, 80:4, 80:7, 82:2, 82:25, 83:11, 83:13, 84:13, 84:16, 85:2, 85:5, 85:11, 85:13, 87:2, 87:4, 89:8, 91:6, 91:19, 91:21, 92:23, 92:25, 93:6, 93:8, 95:9, 95:18, 95:20, 96:10, 96:15, 97:13, 97:18, 98:20, 99:5, 99:19, 100:2, 101:1
**MRGO** [101] - 3:7, 3:20, 8:9, 10:18, 11:1, 11:2, 15:10, 15:18, 20:5, 20:6, 20:8, 21:23, 22:2, 22:14, 22:22, 22:23, 23:3, 26:25, 27:4, 27:16, 28:24, 29:12, 31:7, 31:10, 31:23, 32:1, 32:3, 32:7, 33:8, 33:13, 33:19, 34:2, 34:22, 38:4, 38:7, 38:11, 39:3, 40:6, 41:9, 41:18, 42:19, 43:1, 43:16, 44:7, 44:13, 44:24, 45:9, 45:15, 46:13, 47:5, 47:17, 47:23, 49:7, 50:3, 50:21, 51:2, 51:20, 54:1, 55:16, 60:25, 61:13, 62:9, 62:13, 63:4, 64:13, 64:21, 67:3, 67:13, 67:15, 69:7, 69:11, 70:2, 70:10, 72:7, 72:8, 73:14, 75:11, 76:5, 78:21, 79:15, 81:10, 81:13, 82:5, 85:6, 86:5, 86:9, 87:16, 87:23, 88:8, 88:11, 88:19, 89:1, 90:14, 90:16, 93:13, 94:6, 94:15, 96:3, 96:22, 97:7, 98:18
**MRGO'S** [2] - 94:10, 100:12
**MS** [46] - 24:1, 24:20, 27:8, 27:11, 28:6, 29:9, 32:16, 32:20,

32:22, 35:20, 36:11, 38:14, 39:21, 40:10, 40:13, 41:2, 41:25, 42:2, 44:19, 45:1, 45:5, 45:17, 56:11, 58:11, 58:15, 62:17, 62:19, 63:10, 65:4, 66:8, 66:10, 66:12, 72:12, 72:16, 72:23, 74:1, 76:17, 78:16, 79:21, 79:23, 81:24, 83:8, 85:10, 91:2, 93:3, 101:6
**MUCH** [15] - 4:3, 7:12, 10:24, 11:17, 15:5, 20:19, 22:11, 29:4, 29:8, 39:11, 39:14, 43:3, 63:6, 65:21, 101:9
**MULTIPLE** [1] - 7:21
**MUST** [1] - 5:20
**MY** [26] - 3:12, 4:15, 4:17, 12:7, 13:2, 14:21, 16:9, 16:24, 18:6, 18:21, 19:1, 19:2, 19:24, 29:4, 30:18, 33:21, 39:9, 52:4, 55:9, 58:10, 63:21, 74:24, 80:4, 82:6, 89:19, 101:19
**MYER** [1] - 2:6
**MYSELF** [1] - 60:12

## N

**N** [3] - 3:1, 14:11, 14:22
**NAIL** [1] - 44:2
**NAME** [7] - 14:5, 14:9, 14:10, 14:19, 14:21, 23:19, 54:8
**NAMED** [1] - 31:20
**NANCY** [1] - 5:8
**NAOMI** [1] - 5:13
**NAPOLEON** [1] - 85:16
**NARROW** [3] - 34:14, 48:22, 49:1
**NARROWEST** [1] - 67:12
**NARROWING** [1] - 49:3
**NATION** [1] - 61:4
**NATIONAL** [5] - 61:6, 61:9, 79:3, 93:19, 96:8
**NATIVE** [1] - 17:25
**NATURAL** [12] - 23:13, 32:12, 34:6, 34:9, 34:13, 34:17,

38:22, 40:9, 41:19,
41:20, 42:25, 76:5
**NATURALLY** [2] -
52:15, 53:5
**NATURE** [2] - 8:22,
41:15
**NAUSEAM** [1] - 9:4
**NAVAL** [1] - 17:13
**NAVIGATION** [9] -
42:22, 48:2, 52:12,
75:1, 75:7, 75:10,
85:6, 86:6, 86:8
**NEAR** [5] - 51:6,
57:22, 57:23, 57:24,
76:6
**NECESSARILY** [1] -
8:15
**NECESSARY** [2] -
43:8, 89:7
**NEED** [8] - 15:9,
22:7, 29:2, 35:16,
36:1, 44:1, 81:19
**NEEDED** [4] - 49:7,
49:9, 68:17, 89:9
**NEGLIGENCE** [11] -
8:4, 8:5, 8:7, 8:14,
8:17, 9:1, 9:8, 9:9,
9:15, 9:24, 15:13
**NEIGHBORING** [1] -
41:14
**NEPA** [6] - 9:20,
9:22, 54:25, 61:7,
93:19
**NEVER** [1] - 99:10
**NEW** [17] - 17:25,
18:1, 20:3, 22:15,
30:22, 51:6, 53:22,
54:6, 60:15, 75:22,
77:22, 80:21, 84:6,
93:19, 94:25, 95:5,
100:20
**NEW** [4] - 1:4, 1:13,
1:16, 2:18
**NEXT** [15] - 7:24,
34:25, 35:7, 36:17,
37:7, 37:13, 43:22,
65:19, 66:24, 74:10,
82:7, 92:2, 92:3, 92:5,
92:7
**NICARAGUA** [1] -
17:15
**NIGHT** [1] - 60:2
**NINE** [1] - 61:21
**NINTH** [1] - 100:21
**NO** [1] - 1:3
**NO** [39] - 11:8, 12:20,
13:14, 14:8, 24:14,
37:5, 37:18, 38:13,
39:9, 46:24, 47:21,
48:18, 50:16, 51:14,

54:15, 58:24, 61:3,
61:20, 62:14, 74:6,
74:16, 77:12, 77:16,
80:5, 80:14, 81:10,
81:11, 86:16, 87:8,
89:2, 92:14, 92:21,
94:13, 95:12, 96:13,
96:23, 97:7
**NOAA** [4] - 19:16,
78:20, 79:1, 79:2
**NOBLE** [2] - 53:20,
54:2
**NORMAL** [1] - 4:9
**NORMALLY** [1] -
36:20
**NORMAN** [1] - 1:2
**NORTH** [10] - 23:5,
23:14, 41:19, 41:21,
49:7, 66:17, 86:13,
96:20, 97:15, 97:22
**NORTHERN** [1] -
17:24
**NOT** [83] - 3:21, 4:14,
4:18, 6:18, 6:24, 7:2,
7:10, 7:25, 8:15, 9:7,
9:23, 9:25, 10:1, 10:4,
10:7, 11:4, 11:12,
12:10, 12:12, 12:16,
13:16, 15:16, 19:10,
22:23, 24:7, 24:8,
24:12, 24:14, 26:16,
28:20, 29:1, 29:2,
30:5, 33:22, 35:21,
36:3, 36:5, 36:21,
37:10, 39:22, 40:16,
41:8, 42:4, 42:5, 43:4,
43:18, 43:19, 45:19,
45:23, 45:24, 48:18,
49:18, 51:14, 55:23,
59:10, 63:23, 63:24,
64:24, 67:2, 67:14,
72:17, 72:20, 72:23,
72:25, 74:4, 76:18,
82:6, 89:2, 89:4,
89:19, 89:22, 91:14,
91:17, 93:23, 96:20,
98:19, 99:25
**NOTE** [4] - 10:21,
24:9, 39:25, 59:12
**NOTED** [2] - 6:20,
24:18
**NOTHING** [2] - 80:10
**NOTICE** [7] - 42:12,
42:15, 64:8, 72:19,
75:21, 91:9, 91:11
**NOVEMBER** [1] -
90:3
**NOW** [27] - 12:21,
18:3, 18:14, 21:23,
28:4, 28:24, 31:9,

34:6, 37:4, 47:1,
50:20, 60:8, 70:24,
73:11, 74:7, 74:10,
75:13, 76:19, 77:5,
77:25, 78:10, 80:15,
80:24, 82:7, 83:18,
87:17, 87:22
**NUMBER** [11] - 3:8,
6:20, 19:7, 39:6,
39:24, 51:1, 60:7,
68:6, 68:8, 68:12,
75:16
**NUMBERED** [2] -
87:15, 101:20
**NUMBERS** [4] - 60:3,
62:3, 62:5
**NUMEROUS** [4] -
15:6, 41:6, 82:20,
100:10
**NURSERY** [2] - 50:1,
61:24

# O

**O** [4] - 1:21, 2:8, 3:1,
14:22
**O'CAIN** [1] - 5:14
**O'CLOCK** [1] - 101:9
**O'DONNELL** [156] -
1:17, 1:17, 13:4,
13:16, 13:19, 13:22,
14:23, 15:23, 16:1,
16:5, 17:6, 19:11,
20:23, 21:1, 21:16,
22:4, 22:11, 22:12,
23:8, 23:10, 24:4,
24:14, 24:21, 24:24,
27:13, 27:15, 29:11,
30:1, 30:7, 33:2, 33:3,
33:6, 33:21, 34:1,
35:25, 36:4, 36:8,
36:12, 37:3, 37:7,
37:10, 37:12, 38:8,
38:10, 38:15, 38:19,
38:21, 39:5, 39:7,
39:9, 39:13, 39:16,
39:18, 39:23, 40:2,
40:3, 41:4, 42:17,
43:3, 43:10, 43:24,
44:2, 44:6, 44:21,
45:7, 45:21, 46:6,
46:11, 47:1, 47:4,
52:19, 52:23, 52:25,
53:3, 55:8, 55:13,
56:14, 57:3, 57:5,
58:16, 58:18, 58:19,
58:25, 59:9, 59:14,
59:17, 59:20, 60:1,
60:7, 60:9, 62:20,
62:22, 63:11, 63:17,
64:3, 64:8, 64:11,

65:6, 66:13, 67:7,
67:8, 68:2, 68:7, 68:9,
68:12, 68:16, 68:18,
69:4, 69:6, 72:19,
73:2, 73:8, 73:18,
74:2, 74:20, 74:23,
74:25, 75:16, 75:19,
76:21, 76:23, 77:13,
77:16, 77:18, 77:22,
77:24, 78:10, 78:13,
78:16, 78:17, 79:25,
80:4, 80:7, 82:2,
82:25, 83:11, 83:13,
84:13, 84:16, 85:2,
85:5, 85:11, 85:13,
87:2, 87:4, 91:6,
91:19, 91:21, 92:23,
92:25, 93:6, 93:8,
95:18, 95:20, 97:18,
101:1
**OBJECT** [4] - 7:1,
13:12, 43:8, 73:25
**OBJECTING** [2] -
35:20, 66:10
**OBJECTION** [40] -
13:7, 13:14, 24:1,
24:10, 24:18, 27:8,
28:6, 29:6, 32:16,
32:17, 32:22, 33:25,
36:8, 36:10, 38:14,
38:16, 40:10, 41:25,
42:2, 44:19, 45:1,
45:17, 56:10, 56:11,
58:11, 62:17, 62:19,
63:10, 66:8, 72:12,
73:22, 76:17, 79:21,
79:23, 81:24, 82:1,
83:8, 85:10, 91:2,
93:3
**OBJECTIONS** [7] -
6:20, 6:22, 6:23, 7:4,
7:5, 22:5, 22:9
**OBSERVATION** [9] -
23:2, 28:16, 28:17,
47:11, 50:13, 52:9,
56:15, 57:16, 94:11
**OBSERVATIONS** [5]
- 15:17, 63:13, 81:22,
93:10, 94:14
**OBSERVE** [6] -
36:13, 57:6, 57:9,
57:11, 63:3, 69:17
**OBSERVED** [16] -
26:11, 29:16, 29:19,
29:20, 30:6, 30:8,
30:16, 44:22, 44:23,
46:12, 47:5, 56:21,
57:2, 57:12, 74:6,
80:1
**OBTAINED** [1] -

65:18
**OBVIOUSLY** [3] -
7:9, 80:22, 92:23
**OCCASION** [1] -
60:13
**OCCASIONS** [1] -
19:7
**OCCUPIED** [2] -
25:5, 27:6
**OCCUR** [4] - 8:15,
36:23, 70:10, 89:16
**OCCURRED** [7] -
10:25, 52:13, 61:6,
69:18, 70:8, 70:13,
86:1
**OCCURRENCE** [1] -
82:5
**OCCURRING** [1] -
76:6
**OCEAN** [1] - 46:19
**OCEANIC** [1] - 79:3
**OCTOBER** [1] -
54:22
**OF** [604] - 1:1, 1:5,
1:7, 2:1, 2:12, 3:9,
3:19, 3:21, 3:23, 3:25,
4:2, 4:8, 4:10, 4:13,
4:14, 4:16, 4:18, 4:20,
4:21, 4:23, 4:24, 4:25,
5:6, 5:9, 5:10, 5:16,
5:17, 5:18, 5:20, 6:19,
6:20, 6:24, 7:5, 7:14,
7:18, 7:24, 8:1, 8:3,
8:4, 8:6, 8:7, 8:9,
8:13, 8:14, 8:15, 8:16,
8:18, 8:19, 8:22, 8:23,
9:10, 9:11, 9:15, 9:17,
9:24, 9:25, 10:7, 10:9,
10:16, 10:18, 10:22,
10:24, 11:6, 11:7,
11:12, 11:18, 12:10,
12:13, 12:17, 13:5,
14:1, 14:5, 15:2, 15:3,
15:5, 15:8, 15:11,
15:13, 15:16, 15:18,
15:20, 16:1, 16:14,
16:19, 16:20, 16:21,
16:25, 17:9, 17:10,
17:12, 17:13, 17:15,
17:21, 17:24, 17:25,
18:3, 18:10, 18:11,
18:16, 18:18, 18:19,
19:2, 19:3, 19:7,
19:13, 19:14, 19:15,
19:23, 20:1, 20:2,
20:6, 20:12, 20:13,
20:19, 21:5, 21:9,
21:10, 21:21, 22:14,
22:15, 22:17, 23:2,
23:4, 23:5, 23:14,

23:16, 23:22, 24:9,
24:11, 25:2, 25:7,
25:19, 25:21, 26:1,
26:11, 26:17, 26:18,
26:21, 26:25, 27:1,
27:3, 27:4, 27:22,
27:25, 28:3, 28:8,
28:17, 28:19, 28:22,
29:4, 29:13, 29:14,
29:17, 29:20, 29:22,
29:23, 30:8, 30:9,
30:11, 30:16, 30:18,
30:19, 30:20, 30:21,
31:3, 31:4, 31:5,
31:13, 31:14, 31:16,
31:18, 32:1, 32:3,
32:9, 32:11, 32:12,
34:2, 34:4, 34:6,
34:17, 34:18, 34:20,
35:5, 35:7, 35:9,
35:13, 36:14, 36:19,
37:13, 37:14, 37:15,
37:17, 37:21, 37:23,
37:24, 38:2, 38:11,
38:12, 38:23, 39:2,
40:7, 40:11, 41:16,
41:20, 41:21, 42:3,
42:12, 42:21, 42:25,
43:4, 43:6, 43:12,
43:16, 43:17, 43:18,
43:25, 44:5, 44:11,
44:13, 45:13, 45:14,
46:12, 46:16, 46:19,
47:7, 47:13, 47:14,
47:17, 47:19, 47:23,
47:25, 48:6, 48:9,
48:12, 48:22, 49:3,
49:7, 49:9, 49:10,
49:14, 49:22, 49:24,
50:4, 50:5, 50:7, 50:9,
50:11, 50:12, 50:13,
50:15, 50:18, 50:21,
51:1, 51:2, 51:4, 51:5,
51:13, 51:16, 51:19,
51:25, 52:2, 52:3,
52:14, 53:4, 53:8,
53:9, 53:11, 53:13,
53:15, 53:19, 54:2,
54:6, 54:10, 54:11,
54:25, 55:1, 55:4,
55:14, 55:16, 55:17,
55:19, 55:20, 55:23,
55:25, 56:4, 56:5,
56:8, 56:15, 56:19,
56:20, 56:22, 56:23,
56:24, 57:3, 57:6,
57:13, 57:23, 58:1,
58:5, 58:9, 58:21,
59:6, 59:12, 60:5,
60:13, 60:14, 60:15,
61:2, 61:4, 61:7,

61:12, 61:14, 61:21,
61:22, 61:23, 61:24,
62:1, 62:6, 62:13,
62:25, 63:4, 63:7,
63:13, 63:16, 63:19,
63:20, 64:12, 64:14,
64:18, 64:20, 64:22,
65:8, 65:9, 65:10,
65:12, 65:13, 65:14,
65:15, 65:18, 65:21,
65:23, 66:5, 66:14,
66:16, 66:17, 66:21,
67:1, 67:2, 67:3,
67:12, 67:17, 67:18,
67:22, 68:3, 68:19,
68:23, 69:7, 69:8,
69:9, 69:14, 69:22,
69:23, 70:1, 70:2,
70:3, 70:4, 70:7,
70:10, 70:11, 70:16,
70:21, 71:2, 71:3,
71:13, 71:16, 71:17,
71:19, 71:20, 72:2,
72:4, 72:8, 72:9,
72:10, 72:12, 72:19,
73:4, 73:5, 73:7,
73:19, 74:4, 74:6,
74:9, 74:15, 74:16,
74:17, 74:23, 75:1,
75:5, 75:6, 75:8,
75:22, 75:23, 76:5,
76:9, 76:14, 76:25,
77:25, 78:2, 78:5,
78:22, 78:24, 79:8,
79:10, 79:16, 79:18,
80:11, 80:21, 81:7,
81:11, 81:14, 81:17,
82:4, 82:10, 82:11,
82:12, 82:15, 82:18,
83:3, 83:5, 83:6,
83:14, 83:19, 83:24,
84:3, 84:5, 84:9,
84:10, 84:11, 84:13,
84:17, 84:19, 84:20,
85:21, 86:4, 86:8,
86:10, 86:19, 86:20,
86:24, 87:7, 87:11,
87:14, 87:15, 87:24,
88:2, 88:12, 88:16,
88:22, 88:25, 89:7,
89:8, 89:13, 89:14,
90:8, 90:13, 90:18,
90:21, 91:5, 91:7,
91:9, 91:10, 91:11,
91:12, 91:16, 92:1,
92:4, 92:6, 92:8,
92:12, 92:13, 92:18,
92:19, 93:9, 93:10,
93:12, 93:13, 93:24,
93:25, 94:2, 94:6,
94:7, 94:16, 94:25,

95:5, 95:10, 95:11,
95:14, 95:22, 95:24,
96:10, 96:11, 96:19,
96:22, 97:1, 97:3,
97:7, 97:10, 97:13,
97:14, 97:20, 97:24,
97:25, 98:1, 98:2,
98:4, 98:8, 98:9,
98:12, 98:17, 98:20,
98:21, 98:25, 99:1,
99:2, 99:5, 99:7, 99:8,
99:22, 99:23, 100:3,
100:4, 100:5, 100:6,
100:13, 100:20,
101:17, 101:18,
101:19
  **OFF** [4] - 7:24, 19:8,
19:22, 67:18
  **OFFERED** [1] - 4:17
  **OFFERING** [1] - 91:3
  **OFFICE** [2] - 17:13,
17:19
  **OFFICIAL** [1] - 2:17
  **OFFICIAL** [2] -
101:16, 101:25
  **OFFICIALS** [1] -
53:19
  **OH** [4] - 38:9, 43:21,
68:11, 90:2
  **OIL** [1] - 17:11
  **OKAY** [25] - 7:7,
10:21, 20:17, 21:23,
22:21, 23:8, 31:11,
32:7, 32:8, 37:4, 45:6,
46:21, 47:3, 53:2,
59:12, 65:5, 66:12,
68:1, 72:14, 74:1,
74:14, 78:15, 79:24,
81:10, 82:23
  **OLD** [3] - 22:20,
25:21, 25:23
  **OLD-TIMER** [1] -
22:20
  **OMISSION** [3] - 9:24,
9:25, 14:13
  **OMISSIONS** [1] -
9:10
  **ON** [111] - 3:12, 4:4,
4:5, 5:3, 6:10, 6:18,
6:23, 7:16, 9:16, 9:25,
11:7, 11:23, 12:20,
13:19, 14:5, 16:14,
18:17, 19:7, 19:22,
19:25, 20:8, 20:12,
20:13, 20:21, 22:9,
22:19, 29:6, 30:13,
30:20, 31:16, 32:1,
32:9, 32:13, 32:23,
33:12, 33:13, 35:18,
35:21, 36:18, 37:3,

38:15, 40:14, 40:25,
41:12, 41:13, 42:25,
43:5, 44:4, 44:16,
44:22, 45:8, 46:7,
46:8, 47:19, 47:23,
48:9, 48:17, 50:8,
50:9, 50:21, 56:16,
57:3, 57:16, 57:24,
58:20, 59:24, 60:13,
60:25, 63:12, 65:19,
66:24, 67:11, 67:19,
67:23, 68:10, 69:4,
69:8, 69:17, 70:12,
71:4, 73:4, 73:7, 74:3,
74:8, 79:10, 80:17,
81:22, 84:8, 84:23,
84:25, 85:7, 85:9,
85:15, 87:11, 87:24,
90:12, 90:15, 91:3,
91:4, 92:8, 92:12,
92:19, 93:1, 93:4,
93:9, 93:24, 97:14,
97:19, 98:21, 99:6
  **ONCE** [4] - 12:14,
59:9, 76:10, 86:4
  **ONE** [54] - 3:18,
4:15, 4:23, 5:2, 5:3,
6:22, 7:24, 12:20,
14:5, 18:16, 19:10,
21:20, 22:3, 22:19,
29:22, 30:18, 37:17,
41:21, 43:13, 44:1,
49:6, 53:18, 55:19,
57:22, 59:13, 59:19,
59:21, 61:2, 71:10,
71:13, 74:13, 77:17,
77:18, 78:2, 78:24,
83:3, 83:14, 84:19,
84:25, 87:14, 88:16,
88:22, 89:13, 90:24,
91:23, 92:2, 92:3,
92:5, 92:17, 94:16,
97:10, 97:15, 101:4,
101:9
  **ONES** [1] - 11:20
  **ONGOING** [3] - 51:3,
62:14, 62:25
  **ONLY** [11] - 3:13,
5:2, 7:25, 22:23,
36:20, 42:20, 43:5,
63:14, 67:14, 70:16,
85:23
  **ONTO** [1] - 50:5
  **OPEN** [6] - 23:20,
31:4, 58:6, 62:16,
67:23, 76:12
  **OPENED** [3] - 58:7,
67:13, 78:1
  **OPENING** [7] -
37:25, 46:16, 46:17,

51:2, 67:16, 70:10
  **OPERATE** [1] - 81:19
  **OPERATING** [1] -
47:8
  **OPERATIONALLY**
[2] - 50:6, 50:17
  **OPERATIONS** [3] -
94:25, 95:5, 95:9
  **OPINING** [3] - 40:16,
40:21, 91:17
  **OPINION** [25] - 9:18,
24:8, 24:13, 28:11,
28:15, 28:17, 29:7,
30:5, 33:22, 36:3,
40:14, 40:17, 42:3,
42:12, 56:11, 56:25,
58:10, 63:23, 63:24,
65:1, 79:23, 83:8,
91:19, 93:4
  **OPINIONS** [6] -
11:21, 32:25, 33:1,
40:17, 91:3, 91:14
  **OPPOSED** [4] - 9:10,
23:20, 63:7, 74:9
  **OPTION** [1] - 101:3
  **OR** [80] - 7:19, 8:14,
8:23, 8:24, 9:5, 9:6,
9:7, 9:23, 9:25, 10:1,
10:4, 10:9, 10:19,
11:13, 11:14, 11:18,
11:23, 19:12, 20:7,
22:19, 23:17, 23:20,
23:22, 25:2, 25:7,
25:13, 26:1, 26:2,
26:18, 28:14, 30:13,
31:2, 31:10, 33:16,
35:1, 35:13, 36:20,
37:18, 37:25, 38:3,
38:12, 42:5, 42:6,
42:11, 42:14, 46:12,
48:2, 49:6, 49:7,
50:11, 51:16, 52:3,
53:12, 53:25, 54:13,
55:1, 57:13, 70:3,
73:13, 76:1, 80:2,
82:5, 83:7, 86:7,
86:18, 89:11, 89:22,
90:11, 91:17, 93:2,
98:16, 98:17, 98:18,
99:8
  **ORDER** [4] - 8:15,
12:22, 12:23, 101:8
  **ORDERS** [1] - 61:8
  **ORGANIC** [3] -
25:10, 41:15, 96:22
  **ORGANIZATIONS**
[2] - 95:22, 96:3
  **ORIGINAL** [2] -
69:15, 97:9
  **ORLEANS** [4] - 1:4,

1:13, 1:16, 2:18
**ORLEANS** [14] - 17:25, 18:1, 22:15, 53:22, 54:6, 60:16, 69:9, 75:22, 80:21, 84:7, 87:17, 95:1, 95:5, 100:20
**OTHER** [36] - 7:3, 9:10, 9:24, 10:19, 12:13, 17:15, 18:19, 18:22, 18:25, 19:4, 20:13, 22:25, 28:18, 29:25, 30:2, 30:4, 30:9, 34:12, 40:17, 42:11, 42:14, 45:18, 48:2, 48:16, 55:3, 60:5, 66:21, 71:10, 71:19, 71:22, 73:5, 75:8, 81:7, 89:17, 96:3, 98:17
**OTHERS** [4] - 83:7, 89:8, 94:19, 96:9
**OTHERWISE** [1] - 80:2
**OUR** [7] - 13:19, 17:19, 33:14, 55:2, 71:18, 76:14, 83:20
**OUT** [19] - 6:12, 20:24, 26:21, 27:22, 30:23, 36:25, 37:25, 47:13, 50:5, 52:18, 52:21, 55:10, 59:5, 67:9, 73:15, 74:23, 82:11, 83:18, 83:21
**OUTER** [1] - 32:11
**OUTFALL** [2] - 8:19, 8:20
**OUTLET** [24] - 15:6, 15:8, 21:6, 21:10, 50:9, 52:1, 57:25, 60:21, 63:1, 63:20, 65:10, 75:2, 75:11, 84:21, 86:21, 86:25, 87:6, 87:9, 90:6, 90:19, 94:25, 95:10, 95:15, 99:20
**OUTSIDE** [1] - 12:13
**OVER** [20] - 7:5, 18:22, 19:2, 20:7, 20:8, 30:1, 33:11, 44:17, 50:15, 58:1, 68:8, 90:17, 90:22, 91:4, 91:8, 93:11, 97:11, 98:10, 100:18
**OVERFLOW** [1] - 40:11
**OVERRULE** [2] - 24:10, 33:25
**OVERRULED** [2] - 40:15, 66:11

**OVERTOPPING** [1] - 10:17
**OWEN** [1] - 5:12
**OWN** [37] - 4:4, 15:17, 23:1, 30:3, 32:6, 32:13, 33:17, 34:2, 36:13, 36:22, 45:14, 46:2, 47:11, 50:13, 52:9, 56:14, 57:16, 65:23, 67:22, 68:22, 69:17, 70:12, 74:3, 81:22, 85:14, 92:19, 93:1, 93:4, 93:21, 93:24, 94:11, 94:14, 96:2, 96:16, 98:9, 100:24

# P

**P** [4] - 1:20, 1:21, 2:8, 3:1
**PACE** [1] - 89:23
**PAGE** [21] - 32:9, 55:23, 61:2, 61:21, 65:12, 65:13, 65:19, 66:14, 66:24, 69:22, 75:1, 76:4, 81:10, 84:9, 84:13, 84:18, 85:23, 86:12, 87:15, 96:10
**PAGES** [1] - 5:18
**PAPER** [2] - 94:23, 94:24
**PAPERS** [2] - 15:7, 100:11
**PARAGRAPH** [4] - 70:15, 76:9, 86:4, 86:12
**PARALLEL** [1] - 70:2
**PARAMETERS** [1] - 42:3
**PARENTS** [1] - 29:5
**PARIS** [5] - 43:18, 44:5, 57:22, 58:3, 60:15
**PARISH** [45] - 15:11, 20:9, 20:10, 20:14, 21:22, 22:25, 26:17, 30:19, 31:14, 31:16, 31:22, 32:10, 33:8, 35:9, 35:10, 36:15, 37:15, 39:2, 48:8, 50:24, 50:25, 51:1, 51:13, 53:20, 54:23, 57:23, 60:11, 60:19, 60:20, 61:16, 69:9, 76:6, 77:2, 77:11, 78:6, 86:24, 87:5, 87:11, 89:14, 99:16, 99:21, 100:3, 100:21

**PARISHES** [2] - 19:14, 87:18
**PAROCHIAL** [1] - 18:2
**PART** [15] - 4:9, 11:6, 11:7, 13:2, 13:19, 20:6, 23:4, 23:22, 25:7, 63:16, 67:12, 81:7, 86:10, 88:12, 89:7
**PARTIAL** [1] - 99:8
**PARTICIPANT** [1] - 86:18
**PARTICIPANTS** [1] - 89:3
**PARTICIPATE** [2] - 54:5, 82:19
**PARTICIPATED** [2] - 49:23, 83:4
**PARTICULAR** [6] - 17:21, 21:2, 30:11, 30:25, 56:21, 84:1
**PARTICULARLY** [3] - 17:23, 82:18, 86:20
**PARTIES** [2] - 12:7, 12:24
**PARTNER** [1] - 17:17
**PARTS** [8] - 17:15, 30:9, 44:10, 45:15, 55:24, 56:2, 71:19
**PASS** [2] - 7:3, 86:24
**PASSAGE** [4] - 29:23, 54:25, 61:7, 86:8
**PASSED** [3] - 70:5, 87:10, 89:21
**PASSES** [1] - 30:20
**PAST** [2] - 20:4, 99:22
**PATH** [1] - 70:10
**PATRICK** [1] - 5:13
**PATTERN** [1] - 50:2
**PAUL** [3] - 2:2, 2:4, 5:24
**PEDAGOGICALLY** [1] - 40:20
**PENLAND** [1] - 5:13
**PEOPLE** [4] - 3:21, 22:19, 44:16, 83:4
**PER** [7] - 44:10, 45:15, 55:25, 56:2, 85:24, 97:15
**PERCIPIENT** [1] - 29:17
**PERHAPS** [1] - 91:23
**PERILOUSLY** [1] - 28:11
**PERIOD** [7] - 20:7, 48:12, 51:3, 57:18, 58:1, 74:9, 94:11

**PERIODS** [2] - 34:18, 34:19
**PERIPHERY** [1] - 7:12
**PERMITTED** [1] - 12:15
**PERPETUATE** [1] - 6:22
**PERSON** [2] - 24:11, 68:10
**PERSONAL** [20] - 15:4, 15:17, 32:6, 32:24, 33:17, 35:22, 43:11, 45:19, 49:21, 50:13, 52:9, 53:8, 56:14, 67:22, 68:22, 81:22, 85:14, 93:10, 96:2, 100:24
**PERSONALLY** [25] - 20:17, 20:19, 21:23, 26:11, 28:4, 29:16, 30:16, 31:10, 31:21, 41:5, 43:11, 45:2, 45:8, 46:12, 46:25, 47:5, 53:18, 57:6, 63:3, 80:1, 89:19, 91:7, 97:4, 100:10, 100:18
**PERSONS** [2] - 42:15, 88:22
**PERTAINS** [1] - 3:7
**PERU** [1] - 17:14
**PERVASIVE** [1] - 96:14
**PETER** [1] - 2:6
**PH.D** [1] - 16:11
**PHENOMENON** [4] - 36:14, 52:15, 53:5, 53:9
**PHILEN** [2] - 68:10, 78:16
**PHONETIC** [2] - 54:9, 88:22
**PHOTO** [1] - 62:7
**PHOTOGRAPH** [2] - 39:1, 67:11
**PHOTOGRAPHS** [2] - 38:18, 41:12
**PHRASED** [1] - 56:19
**PHYSICAL** [10] - 14:25, 16:11, 16:13, 16:17, 16:21, 18:3, 18:12, 34:8, 42:20
**PHYSICALLY** [2] - 50:6, 50:16
**PICK** [1] - 93:17
**PICTURE** [1] - 26:25
**PICTURES** [1] - 28:24

**PIERCE** [1] - 1:17
**PIPE** [2] - 35:13, 50:8
**PIPELINE** [1] - 49:24
**PIPES** [3] - 47:14, 50:14, 72:1
**PLACE** [5] - 48:4, 48:25, 96:11, 98:2, 98:13
**PLACED** [3] - 48:3, 74:7, 98:21
**PLACEMENT** [1] - 49:10
**PLACES** [1] - 43:2
**PLAIN** [1] - 11:18
**PLAINTIFF** [6] - 1:12, 5:23, 8:7, 13:2, 13:4, 80:25
**PLAINTIFF'S** [3] - 59:10, 60:8, 75:17
**PLAINTIFFS** [7] - 3:15, 7:4, 10:25, 11:1, 12:1, 13:25, 14:24
**PLAINTIFFS'** [18] - 4:4, 13:8, 13:22, 18:17, 48:19, 50:20, 52:23, 54:20, 55:10, 55:11, 70:25, 74:11, 75:16, 82:8, 88:14, 90:1, 90:3
**PLAN** [7] - 22:24, 48:15, 82:11, 82:22, 83:18, 83:19, 83:21
**PLANNED** [1] - 49:23
**PLANNING** [5] - 17:18, 48:6, 82:11, 82:14, 88:17
**PLANT** [4] - 26:2, 57:14, 92:11, 92:12
**PLANTED** [1] - 50:1
**PLANTS** [1] - 56:8
**PLAQUEMINE** [1] - 30:19
**PLAQUEMINES** [1] - 87:17
**PLASTICS** [1] - 29:24
**PLAY** [1] - 83:1
**PLEA** [1] - 87:12
**PLEASE** [13] - 7:12, 11:9, 11:14, 11:16, 12:22, 14:16, 14:19, 19:10, 44:1, 59:13, 60:20, 84:25, 90:21
**PLEASURE** [1] - 4:24
**PLENTIFUL** [2] - 27:5, 27:17
**PLOTTED** [1] - 58:5
**PODANY** [1] - 5:11
**POINT** [18] - 8:12,

11:8, 20:23, 24:17, 28:20, 30:22, 31:3, 36:25, 41:10, 52:21, 59:1, 59:5, 67:4, 67:9, 67:18, 67:19, 88:7, 93:12
**POINTER** [4] - 23:6, 43:20, 43:21, 43:22
**POLDER** [1] - 10:10
**POLDERS** [2] - 10:9
**POLICE** [4] - 31:13, 50:24, 54:23, 60:12
**POLICY** [5] - 10:1, 10:5, 61:6, 61:9, 93:19
**POLITICAL** [1] - 85:2
**POLTERGEIST** [1] - 60:2
**POLTERGEISTS** [1] - 60:4
**PONDS** [1] - 67:17
**PONTCHARTRAIN** [1] - 96:6
**PONTOONS** [1] - 50:8
**POOR** [1] - 99:20
**POPULATED** [1] - 37:15
**PORPOISE** [2] - 46:18, 46:19
**PORTIONS** [1] - 42:21
**PORTS** [1] - 60:15
**POSED** [1] - 93:13
**POSING** [1] - 52:6
**POSITION** [2] - 73:12, 73:16
**POSSIBILITY** [4] - 70:9, 70:17, 81:17, 82:4
**POSSIBLE** [5] - 5:18, 11:11, 11:17, 20:1, 97:1
**POSSIBLY** [2] - 10:21, 81:20
**POST** [2] - 72:23, 73:23
**POTENTIAL** [4] - 3:25, 18:17, 18:18, 63:13
**POWELL** [1] - 5:8
**POYDRAS** [1] - 2:17
**PRACTICAL** [1] - 72:19
**PRECIOUS** [1] - 59:7
**PRECISE** [1] - 46:1
**PRECISELY** [1] - 81:23
**PRECONSTRUCTION** [1] - 99:11

**PREDATED** [1] - 32:3
**PREDICTED** [2] - 36:23, 94:18
**PREDICTION** [1] - 68:3
**PREHISTORIC** [1] - 18:7
**PREPARE** [4] - 57:17, 71:5, 75:24, 90:17
**PREPARED** [9] - 4:11, 8:21, 50:23, 50:25, 51:16, 54:23, 60:11, 78:19, 82:10
**PREPARING** [1] - 88:19
**PRESENT** [2] - 12:17, 61:25
**PRESENTATION** [4] - 53:23, 54:6, 54:9, 54:12
**PRESENTATIONS** [3] - 15:7, 53:18, 62:24
**PRESENTED** [3] - 53:21, 53:23, 84:3
**PRESENTS** [1] - 11:3
**PRESERVATION** [1] - 15:2
**PRESERVED** [2] - 22:6, 22:9
**PRESIDENTIAL** [1] - 61:8
**PRESS** [1] - 11:13
**PRESSURE** [1] - 4:3
**PREVENT** [7] - 49:3, 71:15, 77:10, 80:12, 82:5, 91:24, 96:23
**PREVENTABLE** [1] - 94:20
**PREVENTATIVE** [1] - 97:7
**PREVENTED** [1] - 100:20
**PREVIOUS** [1] - 71:4
**PREVIOUSLY** [3] - 65:21, 74:16, 81:6
**PRIMARILY** [3] - 21:12, 41:15, 66:20
**PRIMARY** [2] - 64:8, 89:13
**PRINCIPLE** [2] - 17:19, 83:3
**PRIOR** [16] - 6:23, 12:13, 12:18, 23:3, 27:16, 28:24, 34:22, 38:4, 38:7, 41:9, 43:15, 44:18, 45:9, 46:16, 61:9, 61:18

**PRIORITY** [1] - 89:22
**PRIORS** [1] - 71:10
**PROBABLE** [2] - 96:21, 97:6
**PROBABLY** [11] - 25:13, 26:4, 37:8, 49:18, 60:7, 67:2, 69:7, 70:4, 70:24, 75:3
**PROBLEM** [11] - 9:12, 80:10, 96:21, 97:1, 97:6, 97:10, 97:14, 97:21, 99:6, 99:19
**PROBLEMS** [8] - 32:1, 61:15, 78:22, 79:10, 79:11, 81:17, 89:6, 100:13
**PROCEDURE** [1] - 55:1
**PROCEDURES** [1] - 7:16
**PROCEED** [2] - 13:3, 88:18
**PROCEEDINGS** [2] - 1:7, 101:19
**PROCEEDINGS** [1] - 2:21
**PROCESS** [8] - 4:9, 9:2, 47:7, 52:13, 88:12, 89:4, 89:7, 89:15
**PROCESSES** [5] - 16:17, 16:18, 16:19, 78:21
**PROCTOR** [1] - 67:19
**PROCTOR'S** [1] - 67:4, 67:18
**PRODUCED** [1] - 2:21
**PROFESSIONAL** [1] - 15:1
**PROGRAM** [4] - 66:25, 82:14, 83:20, 84:4
**PROGRESS** [1] - 89:9
**PROGRESSING** [1] - 89:4
**PROGRESSIVE** [1] - 49:3
**PROJECT** [9] - 8:18, 50:22, 79:9, 79:14, 95:21, 95:25, 96:25, 97:21, 99:23
**PROJECTION** [1] - 21:10
**PROJECTS** [4] - 55:1, 55:3, 66:22

**PROMINENT** [1] - 31:20
**PROMPTED** [1] - 61:11
**PROPOSAL** [1] - 71:2
**PROPOSALS** [1] - 70:19
**PROPOSED** [7] - 37:17, 50:21, 55:2, 55:5, 69:7, 71:22, 99:23
**PROPOSING** [1] - 51:7
**PROSECUTED** [1] - 8:7
**PROTECT** [1] - 61:8
**PROTECTED** [6] - 8:10, 23:15, 32:10, 37:16, 49:12, 96:20
**PROTECTION** [6] - 48:5, 51:21, 61:5, 65:9, 82:15, 88:3
**PROTECTIVE** [1] - 92:15
**PROTOCOL** [2] - 13:6, 54:19
**PROVEN** [1] - 93:23
**PROVIDE** [4] - 7:22, 48:5, 57:17, 78:21
**PROVIDED** [8] - 4:8, 5:5, 12:1, 19:5, 20:4, 82:20, 89:7, 91:16
**PROVIDES** [1] - 28:2
**PUBLIC** [4] - 53:21, 60:13, 82:20, 83:5
**PUBLISH** [1] - 16:1
**PUBLISHED** [2] - 62:5, 81:3
**PULLING** [1] - 52:18
**PURELY** [1] - 42:14
**PURPOSE** [3] - 55:14, 64:8, 91:11
**PURPOSES** [3] - 48:2, 75:8, 89:13
**PUSHED** [1] - 97:24
**PUSHING** [1] - 97:2
**PUT** [4] - 20:17, 50:4, 62:3, 76:14
**PX** [8] - 39:21, 59:18, 59:22, 59:23, 78:14, 78:18, 87:2, 87:15

## Q

**QUALIFIED** [2] - 40:19, 56:25
**QUESTION** [15] - 11:14, 11:15, 24:5, 27:8, 27:11, 28:6,

35:20, 56:19, 66:10, 72:25, 73:15, 76:21, 80:4, 83:9, 93:6
**QUESTIONING** [1] - 7:17
**QUESTIONS** [6] - 9:17, 11:10, 32:5, 33:4, 97:3, 100:9
**QUICKLY** [1] - 30:23
**QUITE** [2] - 3:23, 5:21
**QUOTE** [4] - 32:9, 37:13, 95:9, 100:2

## R

**R** [9] - 1:8, 2:7, 3:1, 5:6, 5:24, 14:11, 14:12, 31:20, 82:23
**RAINFALL** [2] - 34:10, 34:18
**RAISE** [1] - 14:16
**RAISED** [2] - 18:1, 71:21
**RANGE** [1] - 57:18
**RAPIDITY** [1] - 37:15
**RAPIDLY** [1] - 26:10
**RARE** [1] - 13:19
**RATE** [1] - 29:6
**RATHER** [8] - 3:10, 9:18, 26:10, 26:22, 32:24, 32:25, 63:13, 95:6
**RE** [2] - 3:6, 22:7
**RE-URGE** [1] - 22:7
**REACH** [22] - 25:13, 31:3, 35:1, 43:12, 43:13, 48:10, 48:21, 50:4, 51:7, 55:20, 68:23, 70:22, 72:10, 76:25, 92:4, 92:6, 92:9, 92:11, 96:20, 96:22
**REACHES** [5] - 25:20, 30:18, 32:9, 43:17, 65:9
**REACHING** [1] - 37:16
**READ** [33] - 4:13, 4:15, 4:16, 4:20, 4:21, 4:25, 5:1, 5:3, 5:6, 5:8, 5:10, 5:15, 5:17, 5:23, 6:1, 6:9, 6:17, 9:3, 9:21, 10:10, 10:12, 28:18, 34:3, 34:25, 35:23, 36:25, 37:5, 37:7, 39:13, 45:8, 53:4, 76:1
**READING** [3] - 4:19, 5:3, 10:22

**READINGS** [1] - 58:1
**READY** [2] - 13:2, 13:4
**REAL** [3] - 3:17, 37:6, 61:17
**REALLY** [4] - 7:14, 12:24, 61:9, 68:7
**REALTIME** [1] - 59:24
**REAMS** [1] - 28:19
**REASON** [5] - 40:24, 50:14, 64:5, 74:4
**REBUTTED** [1] - 65:3
**RECALL** [5] - 5:3, 51:10, 54:11, 89:25, 94:8
**RECEDING** [1] - 49:14
**RECEIVED** [2] - 16:10, 16:24
**RECESS** [3] - 59:3, 59:4, 101:10
**RECLAMATION** [1] - 74:18
**RECOGNIZED** [1] - 96:25
**RECOMMEND** [10] - 47:22, 49:2, 49:5, 49:13, 49:17, 71:14, 72:5, 90:9, 90:12, 92:14
**RECOMMENDATIO N** [7] - 84:19, 86:10, 86:12, 86:19, 87:8, 87:23, 87:25
**RECOMMENDATIO NS** [10] - 15:9, 74:3, 83:22, 83:24, 86:17, 87:12, 88:8, 90:22, 91:7, 93:25
**RECOMMENDED** [8] - 15:16, 49:6, 49:10, 49:18, 93:11, 96:24, 99:14, 100:18
**RECONNAISSANC E** [3] - 77:15, 80:25, 81:8
**RECORD** [17] - 4:16, 4:19, 6:10, 8:2, 13:11, 14:20, 16:2, 19:3, 22:3, 29:2, 36:1, 39:15, 40:1, 52:17, 53:24, 84:13, 101:19
**RECORDED** [1] - 45:10
**RECORDED** [1] - 2:21
**RECORDING** [1] - 59:25

**RECORDS** [2] - 45:10, 65:18
**RECTANGULAR** [1] - 47:16
**RED** [4] - 21:2, 23:6, 46:18, 46:19
**REDIRECT** [1] - 11:24
**REDUCE** [7] - 66:16, 80:10, 81:17, 81:19, 86:8, 95:12, 99:7
**REDUNDANCY** [3] - 7:8, 7:9, 7:11
**REDUNDANT** [1] - 7:10
**REED** [2] - 5:7, 6:3
**REEDS** [2] - 25:1, 30:24
**REEVALUATION** [1] - 51:19
**REFERENCE** [6] - 3:8, 3:17, 3:20, 22:23, 48:20, 85:23
**REFERRED** [3] - 76:16, 79:14, 84:4
**REFERRING** [9] - 14:2, 51:24, 51:25, 61:5, 66:18, 66:19, 67:9, 68:14, 77:13
**REFERS** [1] - 48:22
**REFLECTED** [1] - 34:20
**REFURBISHED** [1] - 43:22
**REGARD** [12] - 15:18, 27:25, 32:7, 33:8, 33:16, 37:21, 46:22, 55:24, 83:1, 90:13, 90:19, 96:13
**REGARDED** [1] - 91:15
**REGARDING** [5] - 15:18, 20:5, 24:16, 53:25, 72:25
**REGARDS** [1] - 96:3
**REGENERATIVE** [1] - 49:21
**REGION** [8] - 23:3, 23:14, 27:1, 34:7, 44:24, 45:9, 46:13, 98:18
**REGIONAL** [1] - 43:24
**REGIONS** [2] - 17:22, 43:12
**REGROWTH** [1] - 25:22
**REGULAR** [2] - 50:2, 87:10
**REGULATIONS** [1] -

93:19
**REITERATING** [1] - 48:14
**REJUVENATE** [1] - 99:15
**RELATE** [2] - 9:22, 17:8
**RELATED** [1] - 17:11
**RELATES** [2] - 9:9, 15:13
**RELATING** [2] - 8:18, 8:22
**RELATION** [1] - 10:25
**RELATIONS** [2] - 99:19, 99:20
**RELATIVE** [1] - 9:20
**RELATIVELY** [4] - 25:2, 34:14, 48:22, 74:8
**RELEVANCE** [1] - 72:12
**RELEVANCY** [1] - 73:23
**RELEVANT** [5] - 8:22, 40:21, 58:3, 72:17, 72:24
**RELIEVED** [1] - 3:13
**RELY** [1] - 56:16
**REMAIN** [4] - 12:13, 12:15, 66:22, 74:22
**REMEDIAL** [11] - 15:9, 15:15, 49:13, 72:15, 72:18, 72:19, 77:9, 79:4, 82:3, 93:14
**REMEDIATE** [3] - 9:12, 82:5, 88:8
**REMEMBER** [5] - 10:6, 14:5, 14:7, 54:24, 101:8
**REMNANT** [1] - 40:7
**REMNANTS** [1] - 27:3
**REMOVED** [1] - 65:14
**RENEW** [1] - 32:17
**RENEWED** [1] - 88:17
**REPORT** [63] - 6:14, 28:15, 31:13, 32:6, 46:23, 51:2, 51:19, 52:18, 53:14, 54:14, 54:17, 54:21, 55:9, 57:18, 58:20, 62:4, 63:22, 65:16, 66:14, 69:2, 69:3, 69:4, 74:14, 75:4, 76:24, 77:10, 77:13, 77:14, 77:15, 77:25, 78:2,

78:19, 79:4, 79:8, 79:9, 80:25, 81:8, 81:15, 82:7, 82:10, 83:1, 83:4, 83:7, 83:17, 83:22, 84:3, 84:8, 86:4, 86:17, 86:20, 86:23, 87:5, 87:8, 87:13, 87:22, 90:4, 90:11, 94:5, 96:10, 96:21, 96:24, 96:25, 99:5
**REPORTED** [1] - 79:8
**REPORTER** [1] - 2:17
**REPORTER** [3] - 82:23, 101:16, 101:25
**REPORTER'S** [1] - 101:14
**REPORTS** [37] - 5:17, 5:20, 5:23, 6:9, 10:24, 11:4, 11:5, 14:1, 14:5, 14:10, 15:6, 15:10, 20:7, 45:8, 45:22, 53:21, 55:6, 56:1, 56:16, 62:5, 62:24, 63:4, 63:12, 65:7, 65:18, 71:4, 71:18, 74:16, 76:2, 81:6, 81:7, 83:6, 83:14, 93:10, 93:24, 94:14, 100:11
**REPOSE** [1] - 65:23
**REPRESENTATIVE** [1] - 26:25
**REPRESENTATIVE S** [2] - 82:21, 84:10
**REPRESENTING** [1] - 19:15
**REPRESENTS** [1] - 49:8
**REQUIRED** [4] - 9:2, 50:18, 54:25, 92:11
**REQUIRES** [6] - 28:13, 28:14, 42:4, 42:5, 42:10, 48:6
**RESEARCH** [7] - 17:10, 17:14, 33:13, 62:23, 88:7, 91:4, 93:24
**RESEARCHERS** [1] - 19:4
**RESIDENTS** [1] - 87:17
**RESIO** [1] - 6:3
**RESIST** [1] - 58:17
**RESOLUTION** [6] - 39:20, 86:24, 87:6, 87:10, 87:22, 89:14
**RESOLVING** [1] -

78:22
**RESOURCES** [1] - 18:22
**RESPOND** [1] - 63:15
**RESPONSE** [5] - 33:2, 54:13, 56:13, 58:23, 72:22
**RESPONSIBILITY** [1] - 3:12
**RESPONSIBLE** [1] - 88:23
**RESPONSIVE** [1] - 46:22
**RESTATE** [9] - 27:13, 27:14, 35:25, 36:8, 76:21, 79:25, 83:11, 83:12, 85:11
**RESTORATION** [7] - 15:2, 80:9, 82:12, 83:20, 88:11, 93:21
**RESTORE** [3] - 92:9, 96:7, 99:15
**RESTORED** [1] - 49:25
**RESTORING** [1] - 48:3
**RESULT** [5] - 30:21, 40:11, 65:15, 82:10, 90:8
**RESULTED** [3] - 20:6, 57:10, 89:14
**RETAINMENT** [1] - 50:19
**RETIRED** [2] - 54:10, 54:11
**RETRACTABLE** [1] - 72:4
**RETREATING** [1] - 67:15
**RETURN** [1] - 99:10
**REVEGETATED** [1] - 48:6
**REVEGETATING** [2] - 49:11, 49:25
**REVEGETATION** [1] - 92:18
**REVIEW** [4] - 33:9, 39:15, 81:3, 82:21
**REVIEWED** [8] - 5:16, 5:18, 5:19, 10:23, 11:5, 14:1, 32:24, 97:4
**REVIEWING** [1] - 8:1
**REVISED** [1] - 90:4
**RICH** [1] - 76:11
**RICHARD** [2] - 2:7, 5:9
**RIDGE** [16] - 23:5, 23:12, 23:13, 38:23,

40:9, 41:5, 41:7, 41:9, 41:11, 41:12, 41:18, 42:6, 42:13, 42:18, 57:24, 86:7
**RIDGES** [1] - 21:19
**RIGHT** [18] - 6:7, 6:15, 13:12, 14:16, 29:10, 38:16, 41:3, 43:7, 43:8, 46:10, 50:18, 52:24, 69:5, 70:24, 91:17, 100:11, 101:7
**RISES** [1] - 53:12
**RISING** [1] - 37:15
**RISK** [3] - 22:14, 61:12, 93:13
**RISON** [2] - 88:22, 89:8
**RIVALLED** [1] - 98:18
**RIVER** [36] - 15:6, 15:8, 17:24, 20:2, 21:5, 30:23, 40:8, 41:17, 48:24, 52:1, 57:25, 60:13, 60:21, 62:25, 63:19, 65:10, 70:5, 72:10, 75:2, 75:10, 76:25, 84:20, 85:7, 85:9, 85:15, 86:5, 86:20, 86:25, 87:6, 87:8, 90:6, 90:19, 94:25, 95:10, 95:15, 99:20
**RIVERS** [1] - 53:10
**ROAD** [5] - 43:18, 44:5, 57:22, 58:3, 60:15
**ROBERT** [4] - 6:1, 88:22, 94:23, 95:3
**ROBIN** [1] - 2:6
**ROBINSON** [3] - 1:2, 3:7, 18:15
**ROBUST** [1] - 31:3
**ROCK** [2] - 74:6, 86:13
**ROCKS** [2] - 49:19, 74:7
**ROLE** [2] - 15:18, 83:1
**ROLLING** [1] - 4:12
**ROOM** [2] - 2:14, 2:17
**ROOM** [2] - 12:4, 12:9
**ROOT** [7] - 26:20, 26:21, 26:23, 27:21, 27:22, 27:23, 27:25
**ROOTED** [1] - 10:5
**ROSEAU** [4] - 30:17, 30:25, 31:6, 31:8

**ROUGE** [2] - 17:20, 60:15
**ROUND** [1] - 31:1
**ROUTES** [2] - 32:12, 34:6
**ROY** [2] - 1:20, 1:20
**RPR** [2] - 2:17, 101:24
**RULE** [9] - 24:6, 29:6, 32:25, 45:19, 63:13, 72:21, 76:20, 93:5
**RULED** [4] - 4:13, 7:5, 8:16, 22:9
**RULES** [2] - 6:23, 91:5
**RULING** [2] - 73:11, 73:25
**RUNOFF** [1] - 34:17
**RUPERT** [1] - 2:5

## S

**S** [4] - 2:1, 2:3, 2:12, 3:1
**S.W** [1] - 2:13
**SABINE** [1] - 75:9
**SAFETY** [1] - 20:13
**SAIA** [2] - 5:1
**SAID** [5] - 7:7, 10:23, 35:4, 85:2, 95:7
**SALINE** [4] - 36:19, 44:15, 55:25, 57:15
**SALINITIES** [4] - 44:5, 44:25, 56:1, 86:9
**SALINITY** [22] - 10:17, 43:15, 44:11, 44:13, 44:24, 45:9, 45:10, 45:11, 46:1, 55:20, 56:1, 56:9, 57:6, 57:10, 57:18, 58:1, 58:5, 58:7, 72:3, 76:13, 80:10
**SALTWATER** [19] - 41:19, 43:4, 43:6, 71:14, 71:16, 72:8, 73:20, 74:4, 91:25, 95:11, 96:25, 97:2, 97:10, 97:21, 97:22, 97:24, 98:24, 99:5, 99:7
**SAME** [19] - 5:4, 11:3, 21:17, 37:2, 52:12, 53:22, 53:25, 54:16, 54:21, 60:19, 66:24, 69:22, 70:9, 76:9, 86:4, 86:23, 95:19, 97:13
**SAMPLES** [1] - 17:10

**SARAH** [1] - 2:7
**SAVE** [1] - 77:19
**SAW** [3] - 3:11, 26:25, 94:5
**SAY** [20] - 5:16, 5:20, 11:25, 14:9, 14:10, 16:21, 18:11, 21:18, 24:21, 28:22, 36:5, 38:18, 42:4, 61:3, 63:22, 83:16, 92:22, 100:10, 100:17, 100:23
**SAYING** [3] - 29:1, 40:22, 91:18
**SAYS** [4] - 32:9, 37:2, 52:14, 98:12
**SCARCE** [1] - 27:3
**SCHOOL** [2] - 18:2, 18:5
**SCHOOLS** [1] - 18:2
**SCIENCE** [5] - 11:22, 16:22, 17:19, 85:3
**SCIENCES** [2] - 16:23, 16:25
**SCIENTIFIC** [3] - 28:14, 42:5, 42:11
**SCIENTIST** [1] - 15:1
**SCIENTISTS** [1] - 45:21
**SCOPE** [1] - 7:18
**SCOTT** [1] - 5:25
**SCREEN** [2] - 44:3, 44:4
**SEA** [2] - 34:11, 34:18
**SECOND** [6] - 26:16, 53:21, 54:11, 57:24, 84:25, 87:14
**SECONDARY** [1] - 62:14
**SECTION** [6] - 3:6, 34:15, 37:21, 37:23, 38:4, 38:11
**SECTIONS** [1] - 50:7
**SEDIMENT** [2] - 47:12, 47:19
**SEE** [18] - 6:18, 14:4, 21:8, 26:18, 26:19, 35:17, 41:12, 43:7, 43:8, 47:17, 48:25, 58:2, 58:5, 67:12, 67:14, 83:19, 84:8, 89:21
**SEEING** [1] - 14:5
**SEEKING** [1] - 65:23
**SEEMED** [1] - 89:23
**SEEMS** [2] - 12:21, 63:14
**SEEN** [9] - 3:22, 14:14, 28:4, 29:12,

29:16, 30:6, 81:11, 98:16, 98:19
**SEGUE** [1] - 7:22
**SENIOR** [1] - 17:17
**SENSE** [1] - 42:7
**SENT** [3] - 63:15, 64:1, 65:2
**SENTENCE** [2] - 51:19, 61:3
**SENTENCES** [3] - 33:16, 65:19, 66:24
**SEPARATE** [2] - 8:10, 9:8
**SEPARATED** [1] - 41:21
**SEPARATES** [1] - 48:23
**SEPTEMBER** [1] - 31:16
**SEQUESTRATION** [5] - 12:7, 12:8, 12:22, 12:23, 101:8
**SEQUOIA** [1] - 25:19
**SERIES** [2] - 50:7, 74:16
**SERIOUS** [2] - 48:18, 78:22
**SERVE** [2] - 41:18, 41:23
**SERVED** [2] - 33:14, 34:17
**SERVICES** [3] - 5:25, 19:5, 20:4
**SESSION** [4] - 1:9, 3:3, 59:8, 87:11
**SET** [3] - 10:7, 11:21, 80:3
**SETTING** [2] - 16:16, 18:8
**SEVEN** [1] - 76:4
**SEVERAL** [6] - 18:16, 25:2, 41:11, 42:25, 85:19, 99:13
**SEVERE** [2] - 79:11, 91:25
**SEVERED** [6] - 38:23, 41:10, 42:19, 43:1, 66:16, 68:4
**SHAFFER** [1] - 14:9
**SHALLOW** [3] - 34:14, 61:24, 86:8
**SHAPE** [1] - 16:15
**SHAPED** [1] - 16:17
**SHARP** [1] - 101:9
**SHE** [2] - 11:14, 35:16
**SHELL** [1] - 67:3
**SHERWOOD** [4] - 13:23, 14:17, 14:21, 14:22

**SHIFTED** [2] - 50:9, 50:14
**SHIP** [2] - 51:6, 75:10
**SHIPS** [1] - 85:24
**SHORE** [3] - 49:17, 52:2, 75:14
**SHORELINE** [5] - 49:9, 49:14, 49:17, 79:11, 92:6
**SHORELINE'S** [1] - 67:14
**SHORING** [1] - 49:14
**SHORT** [2] - 32:21, 74:9
**SHORTLY** [3] - 7:20, 46:17, 85:19
**SHOULD** [17] - 3:19, 7:17, 8:21, 8:24, 8:25, 9:6, 9:22, 10:8, 38:18, 48:3, 51:21, 75:13, 81:13, 81:14, 91:20, 93:2, 96:5
**SHOW** [10] - 10:4, 21:3, 21:7, 28:24, 38:17, 44:4, 58:4, 64:1, 67:21, 73:11
**SHOWING** [1] - 74:24
**SHRUB** [1] - 98:23
**SHRUBS** [1] - 92:11
**SIC** [1] - 67:1
**SIDE** [11] - 4:5, 47:17, 47:19, 47:20, 47:23, 48:9, 48:17, 50:6, 50:15, 57:3, 59:7
**SIDES** [2] - 65:9, 92:12
**SIERRA** [1] - 96:8
**SIGNATURE** [1] - 84:9
**SIGNED** [2] - 84:10, 84:11
**SIGNIFICANCE** [1] - 27:25
**SIGNIFICANT** [8] - 3:18, 3:22, 4:5, 9:13, 97:14, 98:1, 99:11, 99:19
**SIGNIFICANTLY** [1] - 70:22
**SILTS** [1] - 41:16
**SIMILAR** [6] - 70:4, 71:9, 78:2, 78:7, 81:9, 84:10
**SIMPLEST** [1] - 11:7
**SIMPLY** [7] - 29:2, 40:15, 40:22, 65:1, 65:22, 91:15, 91:18

SINCE [8] - 7:3, 16:23, 18:5, 20:22, 22:13, 30:1, 31:5, 51:2

SIPHON [1] - 99:17

SIR [83] - 12:1, 15:25, 16:6, 18:14, 22:10, 23:11, 24:14, 25:18, 26:15, 27:21, 31:11, 31:12, 32:7, 34:2, 36:13, 37:21, 38:22, 39:1, 40:4, 42:18, 43:11, 43:19, 45:6, 45:8, 47:5, 48:19, 50:22, 51:22, 52:16, 53:4, 53:8, 54:20, 57:6, 58:9, 58:20, 60:10, 61:5, 62:3, 62:23, 64:12, 65:16, 65:24, 66:18, 67:10, 68:20, 69:5, 70:6, 70:18, 71:1, 72:16, 73:9, 74:11, 74:19, 74:20, 75:20, 76:7, 76:24, 78:18, 79:7, 80:17, 81:1, 81:11, 81:23, 82:9, 83:17, 84:25, 85:4, 86:10, 87:3, 87:20, 88:15, 90:11, 90:22, 93:9, 94:5, 95:1, 95:25, 97:3, 98:6, 98:16, 99:13, 99:24, 100:7

SITES [1] - 18:7

SITTING [1] - 73:15

SITUATION [2] - 72:24, 86:1

SIX [6] - 3:15, 10:25, 64:21, 92:19, 93:1, 94:1

SIXTH [1] - 92:17

SIXTY [1] - 25:25

SIZE [3] - 64:18, 64:20, 64:22

SKIPPING [2] - 69:1, 81:16

SLENDER [1] - 28:2

SLIDE [49] - 38:25, 43:24, 51:18, 52:14, 53:23, 54:20, 55:11, 55:23, 57:16, 61:2, 61:21, 65:12, 65:13, 65:19, 66:14, 66:24, 67:5, 67:18, 69:1, 69:22, 70:15, 70:25, 74:13, 75:13, 76:4, 76:9, 79:7, 79:9, 81:1, 82:8, 84:1, 84:2, 84:18, 84:23, 86:4,

86:12, 88:14, 90:1, 90:21, 91:2, 95:10, 95:17, 96:10, 96:19, 97:13, 98:20, 99:5, 99:18, 100:2

SLIDES [2] - 52:18, 52:25

SLIGHTLY [1] - 36:20

SLOW [1] - 39:11

SLOWING [1] - 32:11

SLUMPING [1] - 65:21

SMALL [6] - 34:14, 34:15, 37:18, 48:16, 50:19

SMITH [5] - 2:6, 12:2, 12:3, 13:17, 13:18

SNAIL'S [1] - 89:23

SO [39] - 3:16, 3:22, 5:19, 7:25, 8:6, 8:10, 9:19, 10:5, 12:23, 17:1, 23:1, 24:10, 25:13, 26:23, 28:19, 31:2, 43:5, 45:14, 46:8, 50:7, 53:25, 55:6, 56:16, 59:19, 64:6, 64:15, 64:16, 64:20, 68:19, 73:5, 73:15, 77:16, 80:22, 89:10, 89:12, 93:20, 96:16

SO-CALLED [1] - 50:7

SOCIETY [1] - 96:9

SOIL [1] - 50:12

SOILS [8] - 16:20, 25:11, 41:13, 41:14, 41:15, 96:22, 97:20

SOJA [1] - 2:7

SOLE [1] - 74:17

SOLELY [1] - 91:11

SOLILOQUY [1] - 11:25

SOLUTIONS [1] - 99:6

SOLVING [1] - 81:16

SOME [33] - 4:4, 5:18, 5:20, 7:9, 8:13, 9:3, 9:4, 10:9, 12:3, 17:11, 20:7, 21:13, 28:12, 28:24, 32:5, 33:3, 37:11, 38:2, 40:24, 41:1, 42:7, 42:13, 48:6, 50:10, 50:11, 50:19, 65:13, 69:1, 78:22, 80:9

SOMEHOW [2] - 3:12, 6:18

SOMETHING [11] -

28:13, 28:14, 28:16, 35:21, 42:9, 65:1, 71:23, 73:24, 77:19, 77:20, 91:8

SOMETIME [1] - 86:1

SOMETIMES [1] - 82:16

SOMEWHERE [1] - 57:1

SORRY [20] - 14:3, 23:12, 26:8, 27:10, 32:20, 38:9, 43:17, 45:5, 54:19, 58:13, 60:15, 62:18, 65:13, 66:9, 68:7, 84:25, 85:20, 90:2, 92:21, 97:18

SORT [2] - 16:25, 55:10

SOUGHT [2] - 86:14, 86:19

SOUTH [9] - 2:12, 17:23, 25:10, 41:22, 78:6, 96:20, 97:19, 97:20, 98:22

SOUTH [1] - 1:18

SOUTHEAST [3] - 15:3, 18:4, 30:9

SOUTHEASTERN [1] - 26:18

SOUTHWEST [4] - 76:10, 76:16, 76:25, 77:2

SOUTHWESTERN [1] - 30:10

SPACING [1] - 50:2

SPEAK [3] - 11:17, 45:5, 73:19

SPECIAL [1] - 53:19

SPECIALIZED [1] - 17:21

SPECIES [2] - 30:16, 46:20

SPECIFIC [8] - 6:22, 15:9, 17:22, 22:7, 49:13, 49:17, 68:8, 79:8

SPECIFICALLY [2] - 9:22, 74:17

SPECTRUM [1] - 83:6

SPEEDING [1] - 89:15

SPELL [1] - 14:20

SPEND [3] - 7:12, 7:14, 39:14

SPENT [2] - 24:4, 29:3

SPOIL [15] - 21:9, 30:14, 42:20, 42:25,

43:2, 47:12, 47:15, 47:23, 47:25, 48:9, 48:17, 50:19, 61:23, 61:25, 92:8

SQUARE [7] - 38:3, 62:11, 62:12, 64:15, 64:16, 64:19

SQUEEZED [1] - 53:12

SQUEEZING [2] - 10:18, 52:3

SR [1] - 2:7

ST [4] - 1:13, 1:15, 1:21, 2:13

ST [40] - 15:11, 20:9, 20:10, 20:14, 21:10, 21:22, 22:15, 22:24, 23:3, 26:16, 31:14, 31:16, 31:22, 33:8, 39:2, 39:19, 43:6, 48:8, 48:15, 50:23, 51:13, 53:19, 54:23, 57:23, 60:11, 60:20, 61:16, 69:8, 76:6, 77:2, 77:11, 78:6, 83:7, 86:23, 87:5, 87:18, 89:14, 99:16, 99:21, 100:21

STABILIZATION [1] - 78:11

STABILIZED [2] - 49:8, 49:9

STABLE [1] - 28:2

STALLED [1] - 89:12

STAND [2] - 13:23, 45:4

STANDALONE [2] - 6:13, 14:7

STANDARD [1] - 44:11

STANDING [2] - 25:6, 35:16

STANDS [1] - 35:16

STANWOOD [1] - 1:8

START [4] - 3:14, 14:1, 90:25, 101:4

STARTED [2] - 48:13, 71:18

STARTLED [1] - 3:11

STATE [14] - 10:8, 14:19, 15:12, 16:9, 19:13, 22:5, 40:19, 61:21, 82:10, 82:13, 83:18, 84:10, 84:20, 93:20

STATED [5] - 28:7, 39:8, 40:6, 65:21, 75:21

STATEMENT [16] -

32:14, 34:25, 35:7, 36:17, 37:7, 42:11, 51:22, 60:11, 60:18, 66:22, 79:16, 79:18, 87:20, 88:16, 90:5, 100:1

STATEMENTS [3] - 32:5, 33:16, 33:18

STATES [10] - 1:1, 1:5, 1:8, 8:6, 61:10, 71:20, 87:15, 94:17, 97:9, 101:16

STATING [3] - 9:17, 40:16, 88:19

STATION [1] - 2:9

STATIONS [1] - 45:10

STAY [1] - 57:3

STENOGRAPHY [1] - 2:21

STEP [1] - 30:1

STEPS [4] - 49:3, 61:19, 80:2, 80:6

STEVEN [2] - 6:1, 6:3

STICKING [1] - 26:19

STILL [3] - 27:2, 65:19, 69:4

STINT [1] - 17:12

STONE [1] - 2:7

STOP [3] - 61:19, 71:14, 79:4

STORM [17] - 26:11, 28:1, 29:13, 29:20, 29:22, 29:25, 30:3, 30:14, 51:3, 51:20, 60:22, 69:10, 69:16, 69:23, 91:24, 97:24, 100:14

STORMS [4] - 35:6, 41:23, 48:5, 87:18

STRAIGHT [1] - 14:14

STRANGELOVE [1] - 58:16

STREAMS [5] - 23:20, 32:12, 34:7, 34:17, 35:4

STREET [2] - 1:18, 2:17

STRETCH [1] - 48:16

STRIATION [1] - 92:1

STRIKE [1] - 29:8

STRIP [1] - 48:22

STRUCTURE [7] - 49:19, 86:7, 90:25, 91:24, 92:3, 92:12, 92:13

STRUCTURED [1] - 55:7

**STRUCTURES** [3] - 66:5, 71:21, 81:20

**STUDENT** [1] - 18:5

**STUDIED** [7] - 18:3, 22:13, 22:14, 22:17, 22:21, 45:10, 99:6

**STUDIES** [29] - 15:7, 17:8, 17:13, 19:25, 22:25, 29:12, 33:11, 33:13, 33:14, 44:22, 44:23, 45:8, 45:14, 48:14, 61:15, 63:12, 64:4, 69:17, 74:3, 74:15, 76:2, 88:8, 92:19, 93:9, 93:24, 98:5, 98:10, 98:16, 100:11

**STUDY** [57] - 15:2, 16:14, 20:6, 20:12, 31:23, 34:2, 43:5, 43:11, 46:7, 46:8, 50:21, 51:15, 54:6, 54:17, 54:22, 55:14, 55:17, 55:19, 55:24, 56:15, 59:10, 59:13, 59:14, 59:18, 59:21, 59:22, 60:14, 62:23, 63:18, 70:12, 74:11, 75:15, 75:22, 78:11, 78:25, 79:8, 80:17, 80:18, 82:19, 88:20, 89:1, 89:4, 89:5, 89:12, 89:18, 89:22, 89:23, 90:6, 91:4, 93:1, 93:4, 93:9, 94:7, 94:14, 95:14, 96:10, 97:13

**STUDYING** [2] - 22:2, 45:18

**SUB** [1] - 30:20

**SUBCATEGORIES** [3] - 7:21, 8:14, 10:6

**SUBCATEGORY** [2] - 7:19, 9:14

**SUBJECT** [3] - 13:6, 13:11, 77:3

**SUBJECTS** [1] - 47:1

**SUBMISSION** [1] - 6:19

**SUBMISSIONS** [1] - 4:11

**SUBMITTED** [2] - 6:11, 6:15

**SUBPOLDERS** [1] - 10:9

**SUBSEQUENT** [3] - 72:15, 72:18, 76:2

**SUBSEQUENTLY** [1] - 85:17

**SUBSET** [1] - 16:21

**SUBSIDENCE** [1] - 10:17

**SUBSTANTIAL** [2] - 40:9, 41:14

**SUCCEEDED** [1] - 89:20

**SUCH** [12] - 6:24, 8:21, 10:17, 16:19, 25:5, 35:6, 38:11, 53:10, 69:10, 75:9, 91:15, 98:19

**SUFFICIENT** [1] - 73:13

**SUGGESTED** [1] - 70:15

**SUITE** [1] - 1:18

**SUM** [1] - 37:23

**SUMMARIZE** [1] - 90:24

**SUMMARIZED** [1] - 13:23

**SUMMARY** [3] - 15:20, 91:7, 91:12

**SUPERNATURAL** [1] - 60:5

**SUPPOSED** [1] - 36:20

**SURE** [12] - 6:10, 9:4, 28:18, 29:5, 37:9, 38:17, 42:4, 42:5, 60:4, 60:6, 83:14, 96:9

**SURFACE** [2] - 56:1, 72:3

**SURGE** [26] - 26:11, 28:1, 28:8, 29:13, 29:21, 29:23, 30:3, 30:8, 30:14, 41:23, 42:7, 42:13, 51:20, 52:10, 60:23, 68:23, 69:10, 69:16, 80:12, 81:18, 90:25, 91:23, 91:25, 92:3, 100:14

**SURGED** [1] - 52:11

**SURGES** [1] - 70:3

**SURROUNDED** [1] - 21:19

**SURROUNDING** [1] - 22:21

**SURVIVAL** [1] - 56:24

**SURVIVE** [3] - 25:6, 56:5, 56:20

**SUSTAIN** [3] - 36:10, 38:16, 82:1

**SUSTAINED** [3] - 36:9, 44:20, 58:14

**SWAMP** [5] - 26:16, 27:3, 64:13, 98:2, 98:13

**SWAMPS** [6] - 16:19, 23:17, 25:4, 25:5, 25:21, 29:4

**SWOLLEN** [1] - 26:18

**SWORN** [1] - 14:17

**SYNOPSIS** [2] - 4:15, 91:16

**SYNOPSIZE** [2] - 5:20, 5:21

**SYSTEM** [1] - 55:1

**SYSTEMATICALLY** [1] - 71:3

## T

**TAHEERAH** [1] - 2:2

**TAILPIPE** [2] - 47:13, 50:7

**TAKE** [8] - 42:12, 42:15, 46:21, 49:2, 61:19, 77:9, 82:3, 91:22

**TAKEN** [15] - 4:21, 5:7, 5:8, 9:6, 9:7, 9:12, 59:4, 66:15, 71:19, 74:7, 80:2, 98:2, 98:13, 101:10

**TAKING** [2] - 17:10, 64:25

**TALENTED** [1] - 95:7

**TALK** [4] - 9:8, 21:3, 24:6, 30:2

**TALKING** [3] - 23:7, 27:5, 96:10

**TALKS** [1] - 53:9

**TALL** [1] - 28:2

**TASK** [6] - 84:3, 84:5, 84:9, 84:12, 84:20, 89:13

**TASKED** [1] - 33:7

**TAX** [1] - 93:21

**TAYLOR** [1] - 5:25

**TEAM** [2] - 18:17, 83:3

**TECHNICAL** [10] - 5:21, 9:9, 18:17, 20:7, 28:14, 42:5, 42:10, 62:5, 88:2, 88:12

**TECHNICALLY** [1] - 42:10

**TECHNIQUE** [1] - 71:24

**TECHNIQUES** [5] - 71:22, 93:22, 93:23, 99:10

**TEENAGER** [1] - 20:22

**TELL** [18] - 15:14, 15:15, 16:8, 17:7, 25:18, 34:7, 40:4, 48:19, 51:24, 55:11, 57:21, 70:25, 72:17, 73:2, 74:11, 89:3, 92:23

**TELLING** [2] - 56:17, 56:18

**TELLS** [1] - 55:9

**TEN** [6] - 25:2, 26:3, 43:2, 59:3, 83:3, 101:3

**TEND** [2] - 34:11

**TENDER** [1] - 13:10

**TENDERED** [2] - 36:6, 63:24

**TENS** [1] - 3:20

**TERM** [2] - 10:11

**TERMS** [2] - 72:4, 77:25

**TERRAIN** [1] - 39:2

**TERRIBLY** [1] - 57:13

**TESTIFIED** [8] - 12:14, 14:17, 46:2, 57:8, 76:18, 91:13, 91:16, 93:18

**TESTIFIES** [1] - 7:17

**TESTIFY** [6] - 10:15, 11:20, 12:10, 15:17, 30:6, 42:15

**TESTIFYING** [10] - 7:20, 11:19, 12:14, 12:19, 15:4, 18:14, 32:17, 32:23, 40:15, 45:18

**TESTIMONY** [33] - 4:8, 4:18, 7:16, 7:18, 9:21, 10:8, 10:24, 12:12, 15:13, 17:8, 23:1, 24:2, 24:12, 24:13, 24:16, 28:8, 28:11, 29:7, 30:3, 33:22, 36:3, 40:13, 42:3, 45:19, 56:12, 63:11, 72:13, 73:1, 73:5, 73:6, 79:23, 81:25, 91:4

**TEXAS** [1] - 20:2

**TEXTBOOKS** [1] - 53:7

**THAMES** [1] - 53:10

**THAN** [11] - 4:9, 20:25, 22:18, 32:24, 32:25, 44:9, 48:16, 51:11, 63:13, 66:21, 87:18

**THANK** [32] - 12:24, 14:15, 15:22, 21:15, 22:11, 24:20, 27:14, 29:9, 36:11, 41:3, 46:10, 53:2, 58:15, 65:4, 66:12, 67:7, 67:21, 68:1, 74:1, 75:18, 76:22, 77:20, 77:23, 78:15, 78:16, 84:15, 85:12, 87:3, 93:7, 101:1, 101:2, 101:9

**THAT** [344] - 3:7, 3:13, 4:6, 4:7, 4:10, 4:14, 5:15, 5:23, 6:7, 6:13, 6:18, 6:20, 6:25, 7:2, 7:25, 8:11, 8:15, 8:17, 8:19, 8:22, 8:25, 9:3, 9:9, 9:13, 9:17, 9:21, 10:4, 10:19, 11:18, 11:25, 12:9, 12:12, 12:18, 12:21, 13:1, 13:2, 13:17, 14:1, 14:11, 14:14, 14:15, 15:16, 15:18, 16:2, 16:6, 17:8, 17:13, 18:8, 18:18, 18:19, 18:21, 18:22, 18:25, 19:1, 19:3, 19:24, 20:6, 20:19, 21:12, 21:18, 22:5, 22:8, 22:23, 22:25, 23:4, 23:8, 23:14, 23:15, 23:19, 23:21, 24:15, 25:1, 25:6, 25:20, 25:22, 26:20, 26:21, 26:23, 27:3, 27:22, 27:23, 28:9, 28:13, 28:14, 28:21, 28:25, 29:20, 29:21, 29:23, 30:11, 30:12, 30:21, 30:22, 31:3, 31:9, 32:18, 32:23, 32:24, 33:18, 34:3, 34:20, 35:3, 35:4, 35:12, 35:21, 35:24, 36:4, 37:1, 37:5, 37:9, 37:17, 37:19, 38:17, 38:23, 39:12, 39:19, 39:25, 40:8, 40:17, 41:16, 41:20, 42:6, 42:13, 42:15, 43:4, 43:5, 44:8, 44:9, 44:11, 44:17, 44:18, 45:2, 45:6, 45:10, 45:12, 45:25, 46:7, 46:8, 47:3, 47:8, 47:14, 47:16, 47:17, 47:22, 48:1, 48:3, 48:8, 48:14, 48:23, 48:25, 49:2, 49:6, 49:9, 49:11, 49:25, 50:1, 50:4, 50:8, 50:9, 50:23, 51:22, 52:3, 52:16, 52:18, 53:6,

53:9, 53:14, 54:8,
54:20, 55:10, 55:12,
55:15, 56:1, 56:5,
56:8, 56:20, 56:21,
56:22, 57:9, 57:12,
57:13, 57:15, 58:9,
58:18, 59:6, 59:9,
59:12, 59:13, 59:16,
60:2, 61:6, 61:9,
61:15, 61:17, 62:3,
62:7, 62:11, 62:13,
63:6, 63:8, 63:11,
63:12, 63:14, 63:18,
63:23, 63:25, 64:5,
64:6, 64:13, 65:1,
65:2, 65:3, 65:8,
65:18, 65:25, 66:15,
67:6, 67:9, 67:14,
67:17, 67:21, 67:23,
68:6, 68:11, 68:22,
69:4, 69:15, 69:17,
70:8, 70:9, 70:15,
70:18, 70:19, 71:13,
71:21, 71:22, 71:24,
72:1, 72:2, 72:5, 72:7,
72:23, 73:6, 73:12,
73:15, 73:16, 73:24,
74:14, 74:16, 75:4,
75:6, 75:7, 75:11,
76:7, 76:18, 77:3,
77:14, 78:1, 78:3,
79:8, 80:2, 80:16,
80:17, 80:19, 80:20,
81:6, 81:7, 81:24,
82:1, 82:13, 82:16,
83:6, 83:12, 84:4,
84:5, 84:23, 85:6,
86:1, 86:7, 86:15,
86:19, 87:20, 88:7,
88:10, 88:19, 89:14,
89:15, 89:19, 89:20,
90:8, 90:22, 91:7,
91:14, 91:15, 91:16,
92:5, 92:14, 92:15,
93:2, 93:11, 93:13,
93:14, 93:15, 94:1,
94:5, 94:8, 95:14,
95:22, 96:4, 97:9,
97:10, 98:5, 98:15,
98:17, 98:18, 99:17,
100:10, 100:12,
100:17, 100:20,
100:24, 101:5, 101:18
   **THAT'S** [49] - 3:15,
6:17, 10:12, 11:24,
11:25, 14:6, 14:13,
14:21, 15:20, 21:14,
21:17, 25:16, 28:10,
28:16, 33:21, 39:9,
40:21, 41:2, 42:8,
47:18, 55:6, 58:10,

59:18, 59:21, 59:23,
62:12, 64:8, 64:16,
67:23, 67:24, 68:17,
73:2, 73:10, 73:16,
73:24, 74:7, 76:16,
76:19, 78:12, 78:13,
80:4, 82:17, 82:23,
83:10, 84:13, 87:2,
101:6
   **THE** [1603] - 1:8,
1:12, 2:1, 3:5, 3:7,
3:9, 3:11, 3:17, 3:19,
3:20, 3:22, 3:23, 3:25,
4:2, 4:4, 4:5, 4:7, 4:8,
4:9, 4:10, 4:11, 4:13,
4:16, 4:19, 4:20, 4:24,
4:25, 5:4, 5:6, 5:14,
5:16, 5:19, 5:21, 5:23,
5:24, 6:7, 6:9, 6:10,
6:13, 6:17, 6:19, 6:20,
6:21, 6:23, 6:25, 7:1,
7:2, 7:4, 7:5, 7:6, 7:7,
7:8, 7:10, 7:12, 7:13,
7:15, 7:17, 7:18, 7:19,
7:20, 7:21, 7:22, 7:24,
8:1, 8:3, 8:4, 8:5, 8:6,
8:7, 8:8, 8:9, 8:11,
8:13, 8:14, 8:15, 8:16,
8:17, 8:18, 8:19, 8:21,
8:22, 8:23, 8:24, 8:25,
9:1, 9:2, 9:3, 9:6,
9:11, 9:12, 9:15, 9:16,
9:19, 9:20, 9:21, 9:22,
9:25, 10:1, 10:2, 10:3,
10:4, 10:5, 10:6, 10:7,
10:9, 10:11, 10:12,
10:15, 10:16, 10:18,
10:23, 10:25, 11:1,
11:2, 11:3, 11:4, 11:5,
11:6, 11:7, 11:11,
11:13, 11:14, 11:15,
11:16, 11:18, 11:22,
11:23, 12:1, 12:4,
12:6, 12:7, 12:9,
12:11, 12:13, 12:15,
12:17, 12:18, 12:21,
12:22, 12:24, 12:25,
13:2, 13:4, 13:5, 13:6,
13:7, 13:10, 13:11,
13:14, 13:17, 13:21,
13:22, 13:23, 13:25,
14:1, 14:4, 14:5, 14:7,
14:8, 14:10, 14:11,
14:13, 14:16, 14:19,
14:20, 14:21, 14:24,
15:2, 15:5, 15:7, 15:8,
15:10, 15:11, 15:13,
15:14, 15:16, 15:18,
15:22, 15:25, 16:2,
16:14, 16:15, 16:16,
16:19, 16:23, 17:2,

17:3, 17:5, 17:7,
17:10, 17:12, 17:13,
17:15, 17:17, 17:21,
17:23, 17:24, 18:3,
18:6, 18:7, 18:8,
18:10, 18:15, 18:16,
18:17, 18:19, 18:22,
18:24, 18:25, 19:2,
19:3, 19:9, 19:10,
19:12, 19:13, 19:14,
19:15, 19:22, 19:24,
19:25, 20:1, 20:2,
20:4, 20:8, 20:11,
20:12, 20:19, 20:21,
20:22, 20:24, 21:3,
21:5, 21:6, 21:7, 21:8,
21:9, 21:10, 21:12,
21:13, 21:15, 21:17,
21:20, 21:21, 22:2,
22:3, 22:8, 22:13,
22:14, 22:15, 22:19,
22:20, 22:21, 22:22,
22:23, 22:24, 23:2,
23:3, 23:4, 23:5, 23:9,
23:12, 23:19, 23:22,
23:25, 24:2, 24:7,
24:9, 24:10, 24:16,
24:21, 24:23, 25:7,
25:9, 25:10, 25:11,
25:19, 25:21, 26:17,
26:18, 26:19, 26:20,
26:21, 26:22, 26:23,
26:25, 27:1, 27:4,
27:5, 27:7, 27:8,
27:10, 27:11, 27:14,
27:16, 27:17, 27:19,
27:22, 27:23, 27:24,
27:25, 28:2, 28:3,
28:5, 28:6, 28:8,
28:10, 28:17, 28:18,
28:23, 28:24, 29:3,
29:4, 29:6, 29:10,
29:12, 29:13, 29:20,
29:22, 29:23, 29:25,
30:1, 30:5, 30:8,
30:12, 30:18, 30:19,
30:20, 30:22, 30:23,
31:2, 31:3, 31:4, 31:5,
31:6, 31:10, 31:11,
31:13, 31:14, 31:16,
31:18, 31:23, 31:25,
32:1, 32:3, 32:7, 32:9,
32:10, 32:11, 32:12,
32:17, 32:18, 32:21,
32:23, 33:2, 33:5,
33:7, 33:8, 33:11,
33:13, 33:16, 33:19,
33:23, 33:25, 34:2,
34:3, 34:4, 34:6, 34:8,
34:9, 34:10, 34:13,
34:17, 34:18, 34:19,

34:20, 34:21, 34:22,
34:23, 34:25, 35:1,
35:2, 35:5, 35:7, 35:8,
35:9, 35:10, 35:13,
35:15, 35:21, 35:23,
36:1, 36:5, 36:6, 36:8,
36:10, 36:14, 36:15,
36:17, 36:18, 36:19,
36:25, 37:1, 37:2,
37:4, 37:5, 37:7, 37:8,
37:13, 37:14, 37:15,
37:16, 37:18, 37:19,
37:21, 37:23, 37:24,
37:25, 38:4, 38:7,
38:9, 38:11, 38:12,
38:16, 38:20, 39:2,
39:3, 39:5, 39:8,
39:11, 39:12, 39:13,
39:14, 39:15, 39:17,
39:19, 39:22, 39:24,
39:25, 40:1, 40:6,
40:7, 40:11, 40:12,
40:14, 40:15, 40:18,
40:22, 40:24, 41:3,
41:5, 41:7, 41:9,
41:10, 41:11, 41:12,
41:13, 41:14, 41:16,
41:18, 41:19, 41:21,
41:22, 42:1, 42:3,
42:4, 42:7, 42:10,
42:12, 42:13, 42:18,
42:19, 42:21, 42:23,
42:25, 43:1, 43:2,
43:5, 43:6, 43:7,
43:11, 43:12, 43:15,
43:16, 43:17, 43:19,
43:20, 43:21, 43:22,
43:24, 43:25, 44:1,
44:3, 44:4, 44:5, 44:7,
44:9, 44:13, 44:16,
44:18, 44:20, 44:24,
44:25, 45:3, 45:6,
45:8, 45:9, 45:11,
45:13, 45:14, 45:15,
45:17, 45:23, 45:24,
45:25, 46:1, 46:2,
46:4, 46:7, 46:10,
46:13, 46:16, 46:17,
46:19, 46:21, 46:22,
47:3, 47:5, 47:8, 47:9,
47:11, 47:12, 47:13,
47:14, 47:15, 47:16,
47:17, 47:19, 47:22,
47:23, 47:25, 48:1,
48:3, 48:4, 48:5, 48:8,
48:9, 48:10, 48:14,
48:15, 48:16, 48:17,
48:20, 48:21, 48:23,
48:24, 49:2, 49:3,
49:6, 49:7, 49:8,
49:13, 49:14, 49:15,

49:16, 49:17, 49:19,
49:21, 49:23, 50:3,
50:5, 50:7, 50:9,
50:11, 50:12, 50:14,
50:15, 50:19, 50:21,
50:22, 50:23, 50:25,
51:1, 51:2, 51:3, 51:4,
51:5, 51:7, 51:15,
51:16, 51:20, 51:25,
52:1, 52:2, 52:6, 52:7,
52:12, 52:14, 52:17,
52:18, 52:19, 52:21,
52:24, 52:25, 53:1,
53:2, 53:4, 53:9,
53:10, 53:12, 53:13,
53:14, 53:19, 53:22,
53:24, 53:25, 54:1,
54:2, 54:5, 54:9,
54:10, 54:11, 54:13,
54:16, 54:21, 54:22,
54:25, 55:3, 55:4,
55:9, 55:11, 55:14,
55:15, 55:16, 55:17,
55:19, 55:20, 55:21,
55:23, 55:24, 55:25,
56:1, 56:4, 56:5, 56:7,
56:9, 56:10, 56:13,
56:18, 56:19, 56:20,
56:21, 56:22, 56:24,
57:1, 57:3, 57:6, 57:9,
57:10, 57:12, 57:13,
57:14, 57:17, 57:18,
57:22, 57:23, 57:24,
58:5, 58:6, 58:7, 58:8,
58:12, 58:13, 58:14,
58:17, 58:20, 59:2,
59:5, 59:8, 59:12,
59:13, 59:14, 59:16,
59:17, 59:19, 59:20,
59:21, 59:22, 59:24,
60:3, 60:4, 60:11,
60:12, 60:13, 60:14,
60:15, 60:17, 60:18,
60:19, 60:20, 60:21,
60:25, 61:4, 61:6,
61:7, 61:8, 61:9,
61:10, 61:12, 61:14,
61:15, 61:18, 61:21,
61:22, 61:23, 61:25,
62:1, 62:6, 62:9,
62:13, 62:14, 62:15,
62:18, 62:21, 62:24,
62:25, 63:4, 63:7,
63:10, 63:11, 63:12,
63:14, 63:15, 63:18,
63:19, 63:20, 63:22,
63:23, 63:24, 64:1,
64:5, 64:8, 64:9,
64:10, 64:12, 64:13,
64:14, 64:15, 64:18,
64:20, 64:21, 64:22,

64:24, 64:25, 65:2,
65:5, 65:7, 65:8, 65:9,
65:10, 65:14, 65:15,
65:22, 65:23, 65:25,
66:4, 66:5, 66:7, 66:9,
66:10, 66:11, 66:16,
66:17, 66:19, 66:21,
66:24, 66:25, 67:1,
67:2, 67:3, 67:5, 67:6,
67:9, 67:11, 67:12,
67:13, 67:14, 67:15,
67:16, 67:17, 67:18,
67:19, 67:20, 67:21,
67:22, 67:25, 68:1,
68:3, 68:4, 68:6, 68:7,
68:9, 68:10, 68:11,
68:14, 68:17, 68:19,
68:22, 68:23, 69:2,
69:3, 69:5, 69:7, 69:8,
69:9, 69:11, 69:12,
69:14, 69:15, 69:22,
69:23, 70:1, 70:2,
70:3, 70:4, 70:5, 70:7,
70:8, 70:9, 70:10,
70:11, 70:15, 70:16,
70:19, 70:21, 71:2,
71:3, 71:4, 71:7,
71:10, 71:13, 71:14,
71:16, 71:17, 71:19,
71:21, 72:2, 72:4,
72:7, 72:8, 72:9,
72:10, 72:11, 72:12,
72:14, 72:17, 72:20,
72:21, 72:22, 72:23,
72:24, 72:25, 73:1,
73:4, 73:7, 73:10,
73:11, 73:12, 73:13,
73:14, 73:16, 73:19,
73:22, 73:25, 74:3,
74:6, 74:8, 74:10,
74:13, 74:14, 74:15,
74:17, 74:19, 74:21,
74:22, 74:23, 75:1,
75:2, 75:3, 75:5, 75:6,
75:9, 75:10, 75:11,
75:13, 75:16, 75:18,
75:21, 75:22, 75:24,
76:1, 76:4, 76:5, 76:6,
76:9, 76:10, 76:11,
76:12, 76:13, 76:14,
76:15, 76:17, 76:19,
76:21, 76:22, 76:24,
76:25, 77:2, 77:3,
77:5, 77:7, 77:9,
77:13, 77:14, 77:15,
77:17, 77:19, 77:20,
77:23, 77:25, 78:1,
78:2, 78:5, 78:7, 78:8,
78:10, 78:12, 78:15,
78:20, 78:21, 78:22,
78:23, 78:24, 78:25,

79:8, 79:9, 79:11,
79:14, 79:15, 79:18,
79:22, 79:23, 79:24,
80:1, 80:2, 80:3, 80:4,
80:6, 80:8, 80:10,
80:11, 80:15, 80:17,
80:18, 80:21, 80:24,
81:3, 81:4, 81:6, 81:7,
81:9, 81:10, 81:11,
81:13, 81:14, 81:15,
81:16, 81:17, 81:19,
81:20, 82:1, 82:3,
82:4, 82:5, 82:7,
82:10, 82:13, 82:14,
82:16, 82:18, 82:21,
82:23, 83:1, 83:3,
83:4, 83:5, 83:6, 83:8,
83:10, 83:12, 83:17,
83:19, 83:22, 83:24,
84:3, 84:4, 84:5, 84:6,
84:8, 84:9, 84:11,
84:13, 84:15, 84:17,
84:19, 84:20, 84:25,
85:4, 85:7, 85:9,
85:12, 85:15, 85:19,
85:24, 86:1, 86:2,
86:4, 86:5, 86:6, 86:8,
86:9, 86:10, 86:13,
86:17, 86:19, 86:20,
86:23, 86:24, 87:3,
87:5, 87:6, 87:7, 87:8,
87:11, 87:12, 87:13,
87:14, 87:15, 87:16,
87:22, 87:23, 87:24,
88:2, 88:8, 88:11,
88:17, 88:18, 88:19,
88:22, 88:25, 89:3,
89:4, 89:5, 89:6, 89:7,
89:9, 89:10, 89:11,
89:12, 89:13, 89:14,
89:15, 89:17, 89:20,
89:21, 89:22, 89:23,
89:25, 90:3, 90:5,
90:8, 90:13, 90:14,
90:15, 90:17, 90:19,
90:22, 91:3, 91:4,
91:5, 91:9, 91:11,
91:14, 91:15, 91:16,
91:17, 91:18, 91:23,
92:1, 92:2, 92:3, 92:4,
92:5, 92:6, 92:8, 92:9,
92:11, 92:12, 92:13,
92:17, 92:20, 92:22,
93:2, 93:4, 93:6, 93:7,
93:11, 93:12, 93:13,
93:15, 93:18, 93:20,
93:24, 93:25, 94:1,
94:2, 94:5, 94:6, 94:7,
94:10, 94:11, 94:14,
94:15, 94:16, 94:22,
94:24, 94:25, 95:5,

95:9, 95:10, 95:11,
95:12, 95:15, 95:19,
95:21, 95:22, 95:24,
96:3, 96:6, 96:7, 96:8,
96:12, 96:13, 96:16,
96:20, 96:21, 96:22,
96:23, 96:24, 96:25,
97:1, 97:2, 97:4, 97:7,
97:9, 97:11, 97:13,
97:14, 97:17, 97:19,
97:20, 97:21, 97:22,
97:23, 97:24, 97:25,
98:1, 98:2, 98:5, 98:8,
98:10, 98:12, 98:13,
98:16, 98:17, 98:18,
98:20, 98:21, 98:24,
98:25, 99:5, 99:6,
99:7, 99:9, 99:10,
99:11, 99:14, 99:20,
99:21, 99:22, 99:23,
99:24, 100:2, 100:3,
100:4, 100:11,
100:12, 100:13,
100:14, 100:18,
100:20, 100:21,
101:2, 101:7, 101:8,
101:18, 101:19,
101:20
**THEIR** [10] - 10:8,
11:21, 23:16, 25:14,
25:24, 34:8, 34:11,
34:14, 37:20, 65:23
**THEM** [19] - 5:17,
5:18, 5:19, 5:20, 5:21,
7:5, 9:17, 12:5, 13:11,
15:16, 22:7, 25:16,
29:21, 53:1, 58:23,
91:20, 92:24, 96:2
**THEMATIC** [1] -
58:25
**THEMSELVES** [1] -
29:22
**THEN** [12] - 5:24,
6:23, 8:12, 9:5, 10:2,
10:6, 10:15, 11:22,
55:5, 84:5, 98:12,
99:18
**THERE** [63] - 3:24,
4:23, 6:20, 6:21, 7:9,
8:9, 8:23, 9:14, 9:17,
9:19, 9:20, 12:3, 12:6,
12:9, 13:14, 20:11,
21:13, 22:19, 27:2,
27:19, 27:20, 28:15,
28:23, 30:11, 30:25,
31:1, 31:6, 31:8,
32:21, 34:6, 34:21,
38:4, 38:11, 38:17,
38:19, 38:22, 38:24,
42:20, 43:2, 48:20,

49:20, 50:14, 53:24,
56:4, 56:20, 57:22,
59:17, 61:17, 70:3,
71:20, 71:23, 73:15,
74:7, 76:24, 82:20,
84:9, 86:5, 87:6, 89:6,
96:9
**THERE'S** [12] - 9:20,
10:22, 22:7, 24:5,
30:20, 40:17, 40:24,
43:3, 46:6, 60:2,
85:23
**THEREAFTER** [1] -
85:19
**THEREFORE** [1] -
4:11
**THESE** [49] - 3:24,
4:2, 4:19, 6:17, 8:14,
10:1, 12:17, 21:24,
22:18, 24:11, 26:12,
26:19, 26:22, 27:4,
30:23, 31:1, 34:13,
35:4, 41:15, 45:14,
45:24, 47:14, 48:1,
48:13, 52:17, 52:18,
53:21, 53:24, 55:6,
57:18, 58:4, 59:24,
61:15, 62:3, 62:8,
63:4, 78:22, 83:24,
88:16, 91:22, 92:19,
93:1, 93:12, 93:13,
93:22, 97:9, 99:9,
99:15, 100:18
**THEY** [71] - 9:7, 10:2,
10:3, 11:20, 16:16,
18:9, 21:18, 21:19,
23:21, 24:21, 25:5,
25:10, 25:12, 25:13,
25:15, 25:21, 26:3,
26:10, 26:20, 27:6,
27:18, 28:25, 29:20,
34:7, 34:11, 34:12,
34:14, 34:15, 34:16,
34:19, 37:10, 43:8,
46:20, 47:22, 48:3,
48:4, 48:6, 48:9, 49:2,
51:11, 51:14, 53:1,
55:6, 55:11, 57:25,
58:4, 73:21, 80:8,
80:22, 82:20, 82:21,
83:25, 85:16, 85:18,
87:1, 89:9, 89:10,
89:11, 91:14, 91:19,
93:15, 93:22, 93:23,
97:6
**THEY'RE** [10] - 7:1,
25:22, 26:20, 26:23,
30:13, 34:10, 48:2,
50:8, 62:14, 91:14
**THEY'VE** [1] - 22:8

**THING** [4] - 21:20,
22:3, 37:2, 70:9
**THINGS** [10] - 6:17,
8:15, 24:11, 26:19,
30:2, 30:6, 45:24,
49:6, 71:13, 80:8
**THINK** [44] - 5:8,
5:10, 10:10, 12:3,
12:4, 12:7, 14:1,
14:24, 15:20, 17:1,
22:19, 24:5, 28:7,
32:24, 33:14, 33:22,
35:25, 36:20, 37:6,
39:21, 40:16, 40:19,
40:21, 41:20, 43:3,
48:13, 54:9, 56:15,
61:14, 63:25, 64:19,
72:7, 72:23, 74:12,
76:19, 77:16, 77:19,
88:10, 91:8, 91:12,
92:5, 93:15, 100:1
**THIRD** [1] - 61:3
**THIRTY** [2] - 26:8,
26:9
**THIS** [264] - 3:5, 3:7,
3:10, 3:14, 4:7, 4:9,
4:11, 4:18, 6:9, 6:25,
7:7, 7:8, 7:10, 7:13,
8:1, 8:4, 8:13, 9:11,
9:16, 10:6, 10:22,
11:4, 11:8, 12:14,
12:25, 17:14, 17:18,
18:14, 19:3, 20:20,
21:5, 21:9, 22:6,
23:13, 23:18, 24:1,
24:5, 24:6, 24:8,
24:13, 24:16, 26:15,
26:16, 26:25, 28:16,
28:19, 28:20, 28:21,
29:1, 31:4, 31:12,
31:13, 31:24, 32:3,
32:6, 32:13, 33:4,
33:9, 33:12, 33:16,
34:7, 34:22, 35:11,
35:12, 35:21, 36:2,
36:3, 36:6, 36:13,
36:22, 36:23, 37:5,
37:6, 37:17, 38:22,
39:1, 40:1, 40:4,
40:13, 40:18, 40:19,
40:22, 40:25, 42:2,
42:4, 42:8, 42:10,
42:11, 42:14, 43:15,
43:17, 44:4, 44:14,
44:24, 45:1, 45:9,
45:16, 45:19, 45:21,
46:4, 46:8, 46:13,
47:8, 47:17, 47:19,
47:23, 48:1, 48:6,
48:23, 48:25, 49:3,

50:13, 50:22, 50:23, 51:3, 51:13, 51:15, 51:19, 52:6, 52:10, 53:4, 53:7, 53:9, 53:14, 53:21, 54:21, 54:24, 55:3, 55:14, 55:19, 55:24, 56:11, 56:18, 57:1, 57:3, 57:7, 57:8, 58:10, 58:20, 60:5, 60:7, 60:10, 60:17, 61:2, 62:4, 63:15, 65:1, 65:2, 65:12, 65:13, 65:17, 65:20, 65:24, 66:14, 66:22, 67:11, 67:18, 67:19, 68:8, 68:19, 69:2, 69:10, 69:12, 69:13, 69:15, 69:17, 70:6, 70:10, 70:12, 70:16, 70:21, 71:1, 71:5, 71:9, 72:12, 72:24, 73:1, 73:2, 73:6, 73:13, 74:6, 74:10, 74:11, 74:12, 74:14, 75:4, 75:11, 75:13, 75:20, 76:18, 76:24, 77:6, 77:10, 78:1, 78:18, 78:19, 79:4, 79:7, 79:13, 79:16, 79:18, 81:1, 81:3, 81:11, 81:19, 81:23, 82:5, 82:8, 82:10, 82:19, 83:7, 83:14, 83:21, 84:8, 84:19, 84:23, 85:23, 86:10, 86:19, 87:10, 87:24, 88:5, 88:7, 88:12, 88:14, 88:16, 88:23, 89:7, 89:13, 89:18, 90:7, 90:8, 90:21, 91:2, 91:4, 91:15, 91:18, 94:24, 95:1, 95:18, 95:24, 96:11, 96:15, 98:1, 98:4, 98:9, 98:18, 98:19, 99:2, 99:24, 99:25, 100:6, 100:17

**THOMAS** [2] - 5:11, 6:3

**THOSE** [30] - 5:14, 5:20, 6:9, 6:22, 6:23, 9:13, 10:5, 13:15, 15:16, 18:21, 19:8, 20:24, 21:18, 22:9, 23:15, 23:19, 32:24, 33:18, 34:17, 49:11, 50:14, 55:5, 58:1, 59:6, 62:5, 63:3, 64:4, 67:3, 82:21, 96:6

**THOUGH** [1] - 56:25

**THOUGHT** [4] - 3:12, 39:19, 77:20, 92:15

**THOUSAND** [6] - 44:10, 45:15, 47:16, 55:25, 56:2, 56:3

**THOUSANDS** [3] - 3:21, 5:18

**THREAT** [5] - 51:3, 51:20, 52:7, 61:17, 100:13

**THREATS** [1] - 78:6

**THREE** [10] - 4:21, 4:25, 5:8, 19:12, 42:6, 49:6, 53:18, 54:25, 56:2, 100:9

**THRIVE** [1] - 23:21

**THROAT** [1] - 92:4

**THROUGH** [28] - 3:25, 13:8, 13:9, 17:12, 18:6, 29:21, 31:9, 37:16, 37:25, 38:1, 38:4, 38:12, 47:13, 47:14, 53:11, 55:2, 56:2, 56:3, 58:4, 61:15, 61:22, 63:13, 65:22, 70:23, 82:14, 84:17, 87:24, 91:22

**THROUGHOUT** [7] - 20:21, 22:6, 26:17, 35:9, 36:15, 77:14, 95:18

**THUS** [1] - 72:3

**TICK** [1] - 19:8

**TIDAL** [2] - 32:10, 36:17

**TIDE** [7] - 34:13, 35:5, 35:9, 36:14, 52:4, 53:4

**TIDES** [6] - 34:25, 35:1, 35:6, 52:14, 53:11, 53:12

**TIDEWATER** [4] - 31:14, 31:18, 46:22, 77:25

**TIME** [44] - 4:3, 6:22, 6:24, 7:12, 7:14, 9:11, 9:12, 19:24, 27:11, 29:4, 34:21, 39:14, 43:1, 48:12, 51:16, 54:10, 54:11, 54:16, 54:21, 55:16, 59:2, 59:7, 63:18, 64:14, 65:22, 66:15, 66:21, 68:3, 68:19, 70:21, 73:1, 73:6, 73:13, 74:9, 76:1, 79:18, 81:3, 86:23, 87:19, 88:25, 90:18, 93:12, 94:24

**TIMER** [1] - 22:20

**TIMES** [3] - 37:13, 41:6, 64:22

**TITLE** [2] - 54:22, 75:21

**TO** [521] - 3:7, 3:9, 3:19, 3:24, 3:25, 4:4, 4:7, 4:8, 4:10, 4:16, 5:5, 5:20, 5:21, 6:10, 6:19, 6:22, 6:23, 7:1, 7:2, 7:6, 7:9, 7:10, 7:13, 7:15, 7:18, 7:19, 7:20, 7:24, 7:25, 8:3, 8:4, 8:15, 8:18, 8:21, 8:22, 8:25, 9:8, 9:9, 9:10, 9:12, 9:20, 9:22, 9:24, 10:4, 10:7, 10:8, 10:15, 10:16, 10:22, 10:25, 11:2, 11:5, 11:10, 11:14, 11:15, 11:17, 11:19, 11:20, 11:24, 11:25, 12:5, 12:10, 12:11, 12:12, 12:13, 12:15, 12:16, 12:17, 12:18, 12:20, 12:21, 13:2, 13:6, 13:10, 13:11, 13:12, 13:14, 13:15, 13:23, 13:25, 14:2, 15:1, 15:13, 15:18, 16:1, 16:21, 17:1, 17:8, 17:11, 18:6, 18:8, 18:9, 18:11, 18:18, 18:20, 18:24, 19:1, 19:3, 19:4, 19:5, 20:1, 20:2, 20:11, 20:23, 21:3, 21:8, 21:18, 22:4, 22:5, 22:7, 22:8, 22:23, 23:3, 23:20, 23:21, 24:1, 24:8, 24:9, 24:11, 24:12, 24:14, 25:2, 25:6, 25:10, 26:2, 27:8, 27:11, 27:16, 28:1, 28:11, 28:15, 28:17, 28:18, 28:24, 29:2, 29:3, 29:4, 29:7, 29:8, 30:1, 30:2, 30:3, 30:6, 30:12, 31:9, 31:13, 31:23, 32:1, 32:5, 32:7, 32:11, 32:16, 32:22, 32:23, 33:8, 33:12, 33:15, 33:16, 33:17, 33:18, 33:23, 33:25, 34:3, 34:8, 34:11, 34:13, 34:22, 34:25, 35:8, 35:17, 35:20, 36:1, 36:6, 36:10, 36:17, 36:20, 36:25, 37:4, 37:8, 37:10, 37:14, 37:15, 37:19, 37:21, 38:4,

38:7, 39:11, 39:14, 40:1, 40:19, 40:21, 40:22, 40:23, 40:24, 40:25, 41:9, 41:14, 41:19, 41:22, 42:6, 42:7, 42:10, 42:11, 42:13, 42:15, 43:4, 43:5, 43:8, 43:15, 43:24, 44:1, 44:7, 44:15, 44:18, 44:24, 45:1, 45:2, 45:4, 45:9, 45:14, 45:23, 45:24, 46:7, 46:8, 46:16, 46:21, 46:22, 47:1, 47:14, 47:22, 48:1, 48:4, 48:7, 48:8, 48:19, 48:20, 48:22, 49:2, 49:3, 49:7, 49:9, 49:17, 50:4, 50:15, 50:19, 50:20, 51:7, 51:9, 51:11, 51:15, 51:18, 51:24, 51:25, 52:4, 52:14, 52:20, 52:25, 53:14, 54:14, 55:3, 55:5, 55:15, 55:17, 55:23, 55:24, 55:25, 56:2, 56:8, 56:25, 57:1, 57:3, 57:15, 57:16, 57:18, 58:8, 58:20, 59:2, 59:7, 59:24, 60:8, 60:14, 60:15, 61:2, 61:5, 61:8, 61:9, 61:11, 61:14, 61:17, 61:18, 61:19, 61:21, 61:22, 62:8, 62:23, 62:24, 63:7, 63:14, 63:15, 63:18, 63:20, 63:21, 63:22, 63:23, 63:25, 64:1, 64:6, 64:8, 64:14, 64:15, 64:24, 65:1, 65:2, 65:3, 65:8, 65:12, 66:10, 66:14, 66:15, 66:18, 66:19, 67:3, 67:5, 67:6, 67:9, 67:14, 67:18, 68:8, 68:9, 68:14, 69:1, 69:16, 69:22, 70:1, 70:3, 70:4, 70:6, 70:11, 70:21, 71:2, 71:7, 71:13, 71:14, 71:15, 72:2, 72:24, 73:4, 73:5, 73:6, 73:10, 73:11, 73:12, 73:13, 73:16, 73:17, 73:23, 74:9, 74:10, 75:1, 75:13, 76:4, 76:10, 76:11, 76:12, 76:13, 76:15, 76:16, 76:25, 77:2, 77:3,

77:7, 77:9, 77:10, 77:14, 77:19, 77:21, 78:2, 78:6, 78:7, 78:10, 78:20, 78:21, 79:4, 79:7, 79:9, 79:13, 79:14, 79:23, 80:10, 80:12, 80:15, 80:24, 81:10, 81:13, 81:16, 81:18, 81:19, 82:1, 82:3, 82:5, 82:6, 82:7, 82:11, 83:1, 83:8, 83:16, 84:2, 84:3, 84:4, 84:17, 85:23, 86:4, 86:6, 86:18, 86:19, 87:6, 87:7, 87:8, 87:12, 87:14, 87:18, 87:23, 87:24, 88:8, 88:9, 88:18, 89:4, 89:10, 89:15, 89:22, 89:23, 90:4, 90:13, 90:14, 90:18, 90:19, 91:9, 91:12, 91:14, 91:16, 91:24, 92:5, 92:9, 92:20, 93:11, 93:25, 94:22, 95:9, 95:12, 96:7, 96:19, 96:23, 96:24, 97:2, 97:22, 97:23, 97:25, 98:5, 98:8, 98:23, 99:7, 99:10, 99:11, 99:14, 99:15, 99:17, 99:22, 100:2, 100:10, 100:12, 100:17, 100:18, 100:23, 101:2, 101:3, 101:18

**TODAY** [6] - 15:4, 17:8, 20:20, 22:17, 26:2, 97:13

**TOE** [2] - 66:5, 92:12

**TOGETHER** [1] - 16:25

**TOLD** [11] - 11:9, 11:16, 31:25, 44:17, 59:9, 69:12, 71:13, 89:8, 91:18, 91:20, 94:1

**TOLERANCES** [1] - 56:8

**TONE** [1] - 10:7

**TOO** [4] - 7:12, 11:12, 39:11, 39:14

**TOOK** [2] - 96:11, 97:7

**TOP** [2] - 39:12, 42:25

**TOPIC** [1] - 71:2

**TOPOGRAPHIC** [1] - 67:5

**TOPOGRAPHICAL**

[1] - 76:15

**TORT** [1] - 8:5

**TORTS** [1] - 2:1

**TOTAL** [3] - 27:22, 37:23, 98:25

**TOUCH** [1] - 43:21

**TOWARDS** [1] - 66:4

**TRACK** [1] - 50:10

**TRACTOR** [1] - 50:11

**TRADITIONAL** [1] - 8:3

**TRADITIONALLY** [1] - 6:21

**TRAGICALLY** [3] - 94:13, 95:5, 100:25

**TRAINING** [2] - 16:9, 52:4

**TRANSCRIPT** [2] - 1:7, 101:18

**TRANSCRIPT** [1] - 2:21

**TRANSPORTED** [1] - 41:16

**TRAVEL** [2] - 69:16, 70:1

**TRAVELING** [1] - 69:11

**TRAVERSED** [2] - 40:6, 55:16

**TRAVERSES** [1] - 57:15

**TRAVERSING** [1] - 35:8

**TREE** [10] - 25:8, 25:9, 25:18, 25:19, 25:20, 27:23, 28:3, 28:8, 56:22, 56:23

**TREE'S** [1] - 27:21

**TREES** [27] - 25:5, 25:16, 25:25, 26:2, 26:12, 26:19, 26:22, 27:4, 27:17, 27:19, 28:19, 28:23, 29:14, 29:16, 29:17, 29:22, 30:13, 41:13, 56:5, 56:7, 56:20, 57:12, 92:11, 97:25, 98:8

**TRIAL** [10] - 1:7, 3:10, 3:17, 4:11, 6:23, 7:8, 11:18, 22:6, 68:9, 77:19

**TRIANGLE** [8] - 21:4, 21:17, 27:1, 27:19, 34:23, 51:5, 51:25, 67:16

**TRIP** [2] - 32:1, 53:19

**TROPICAL** [1] - 87:18

**TRUE** [4] - 32:14,

66:22, 68:3, 101:18

**TRUNK** [1] - 28:2

**TRY** [2] - 11:14, 99:17

**TRYING** [3] - 45:23, 52:20, 57:3

**TUPELO** [14] - 25:6, 25:8, 25:9, 25:17, 26:2, 26:12, 26:16, 27:4, 27:17, 27:19, 28:19, 28:23, 29:14, 30:13

**TURN** [20] - 18:8, 48:19, 55:23, 57:16, 61:2, 61:21, 69:22, 70:24, 74:10, 75:1, 75:13, 76:4, 79:7, 81:10, 82:7, 86:4, 94:22, 95:9, 96:19, 100:2

**TWO** [26] - 5:1, 5:3, 5:10, 21:2, 22:19, 26:1, 41:21, 42:6, 43:12, 48:10, 48:21, 48:23, 49:6, 49:11, 51:7, 55:20, 57:22, 65:19, 66:24, 71:10, 81:10, 82:11, 84:13, 85:6, 87:15, 96:10

**TYPE** [13] - 30:11, 47:7, 47:10, 50:11, 56:4, 56:5, 56:19, 56:20, 56:22, 60:5, 71:21, 98:23

**TYPES** [4] - 23:2, 26:17, 43:4, 57:13

**TYPICAL** [2] - 25:25, 26:17

**TYPICALLY** [2] - 25:15, 29:21

## U

**U** [4] - 2:1, 2:12, 31:20, 82:23

**U.S** [6] - 19:13, 19:14, 19:18, 58:8, 60:13, 88:3

**UGLY** [1] - 80:5

**ULTIMATE** [1] - 40:22

**ULTIMATELY** [1] - 3:19

**UNABATED** [1] - 79:13

**UNABLE** [1] - 66:15

**UNANIMITY** [2] - 13:19, 13:21

**UNDER** [16] - 8:5, 8:18, 9:14, 24:5,

28:12, 28:13, 28:15, 34:13, 70:19, 73:23, 74:15, 76:20, 78:19, 85:16, 88:2, 99:18

**UNDERSTAND** [12] - 12:1, 13:6, 24:18, 28:20, 28:21, 36:1, 36:4, 45:23, 52:24, 56:18, 58:18, 68:11

**UNDERSTANDING** [5] - 4:17, 7:2, 12:7, 89:19, 101:19

**UNDERSTANDS** [1] - 4:6

**UNDERSTATED** [1] - 99:25

**UNDERSTOOD** [2] - 4:14, 66:11

**UNDERTAKEN** [3] - 15:16, 82:13, 87:23

**UNDERTAKING** [1] - 93:21

**UNDRAINED** [2] - 21:18, 21:19

**UNFORTUNATELY** [1] - 37:1

**UNHEEDED** [1] - 100:24

**UNINHABITED** [2] - 21:12, 21:14

**UNIQUE** [1] - 19:1

**UNIT** [11] - 21:7, 21:8, 27:1, 27:17, 30:12, 31:6, 34:23, 38:2, 44:11, 92:1, 92:18

**UNITED** [8] - 1:1, 1:5, 1:8, 8:6, 61:10, 71:20, 94:17, 101:16

**UNIVERSITY** [2] - 16:9

**UNLESS** [2] - 6:13, 40:23

**UNTIL** [4] - 46:8, 66:21, 89:2, 94:12

**UP** [32] - 16:25, 20:17, 26:19, 26:20, 29:3, 35:16, 37:10, 39:11, 41:16, 44:1, 45:5, 47:12, 49:14, 49:17, 50:5, 52:14, 53:4, 53:25, 62:8, 64:14, 66:21, 69:11, 70:3, 70:21, 72:3, 76:15, 81:18, 86:9, 88:15, 89:15, 97:2, 100:12

**UPLANDS** [1] - 98:23

**UPON** [5] - 7:5, 34:2, 50:11, 66:4, 84:9

**UPPER** [10] - 32:9, 35:1, 35:8, 43:6, 43:12, 43:17, 50:4, 55:20, 57:22, 65:9

**URBAN** [2] - 22:15, 81:18

**URBANIZED** [1] - 21:21

**URGE** [1] - 22:7

**URGING** [1] - 86:24

**US** [23] - 15:14, 15:15, 16:8, 17:7, 19:8, 21:3, 21:7, 25:18, 34:7, 40:4, 48:19, 51:24, 56:17, 56:18, 57:21, 63:8, 67:9, 70:6, 70:25, 74:11, 90:24, 91:22

**USE** [11] - 4:15, 19:4, 23:6, 43:25, 47:25, 48:9, 48:16, 48:17, 63:25, 76:1, 85:24

**USED** [7] - 3:18, 30:12, 46:9, 47:7, 50:4, 58:12, 81:7

**USEFUL** [1] - 48:2

**USING** [5] - 11:20, 49:18, 49:22, 55:5

**USUALLY** [3] - 38:3, 46:19, 50:10

**UTILIZING** [1] - 74:7

## V

**V** [1] - 1:4

**V** [2] - 14:11, 14:12

**V-R-I-J** [1] - 14:12

**V-R-I-J-L-I-N-G** [1] - 14:11

**VAGUE** [2] - 27:8, 27:11, 38:14, 66:8, 66:10

**VALLEY** [1] - 54:2

**VALLEYS** [1] - 17:24

**VALUABLE** [1] - 33:15

**VALUE** [1] - 64:1

**VALVES** [2] - 34:17, 72:1

**VARIOUS** [4] - 19:14, 32:12, 61:15, 71:18

**VAST** [3] - 8:2, 66:16, 99:24

**VEGETATION** [12] - 22:21, 23:2, 23:20, 23:21, 30:11, 30:16, 34:20, 41:13, 43:4, 56:5, 56:9, 57:9

**VENICE** [1] - 30:19

**VERY** [23] - 9:11, 10:21, 22:11, 26:23, 27:2, 28:2, 28:17, 30:14, 33:15, 37:2, 41:12, 44:15, 46:17, 48:25, 49:19, 50:18, 56:24, 56:25, 81:9, 95:4, 96:12, 101:9

**VICINITY** [7] - 30:19, 43:17, 44:5, 49:9, 52:2, 67:1, 67:17

**VICKSBURG** [2] - 32:1, 53:20

**VIEW** [1] - 52:6

**VIOLATED** [2] - 10:4, 12:23

**VIOLATIONS** [1] - 9:22

**VIOLET** [2] - 51:6, 99:17

**VIRGIN** [1] - 25:20

**VIRTUALLY** [1] - 18:5

**VIS** [1] - 6:25

**VIS-A-VIS** [1] - 6:25

**VISIT** [1] - 21:24

**VISITED** [3] - 20:19, 41:5, 47:8

**VITAE** [2] - 16:3, 16:6

**VOICE** [1] - 17:4

**VOLUME** [3] - 1:9, 3:22, 4:10

**VOLUMINOUS** [1] - 3:23

**VRIJLING** [2] - 14:10, 14:13

**VULNERABLE** [1] - 87:18

## W

**WALKED** [2] - 41:7, 41:8

**WALTER** [1] - 5:2

**WANT** [14] - 5:19, 7:13, 11:10, 12:7, 12:22, 30:1, 30:2, 31:9, 39:11, 39:14, 44:3, 44:7, 51:11, 53:1

**WANTED** [4] - 22:5, 71:13, 77:19, 77:21

**WARD** [2] - 97:22, 100:21

**WARNED** [1] - 100:12

**WARNINGS** [2] - 61:18, 100:24

**WARRANTED** [1] -

93:14

**WAS** [207] - 3:11, 3:13, 4:9, 4:10, 4:20, 5:7, 5:21, 6:13, 6:15, 6:24, 8:19, 9:4, 9:6, 9:23, 10:4, 11:4, 12:5, 14:6, 14:17, 16:9, 17:13, 18:1, 18:6, 18:16, 19:3, 19:24, 20:1, 20:6, 20:11, 20:22, 20:23, 21:23, 29:23, 30:23, 31:6, 31:7, 31:8, 31:15, 31:16, 31:18, 31:22, 32:4, 33:19, 33:23, 34:2, 34:15, 34:20, 34:22, 34:24, 35:13, 38:4, 38:6, 38:11, 38:17, 38:22, 38:23, 38:24, 39:19, 41:9, 41:11, 42:18, 42:20, 43:1, 43:2, 44:7, 44:9, 44:13, 44:15, 45:2, 45:11, 45:12, 45:15, 46:13, 46:15, 47:7, 47:8, 47:9, 47:10, 47:13, 50:14, 50:25, 51:4, 51:7, 51:13, 51:15, 51:16, 51:17, 53:14, 53:16, 53:18, 53:21, 53:23, 53:24, 54:2, 54:4, 54:8, 54:10, 54:24, 55:14, 55:19, 55:22, 56:4, 56:20, 58:6, 58:7, 58:20, 58:22, 59:4, 59:13, 59:16, 59:17, 59:21, 59:22, 60:12, 60:17, 61:9, 61:17, 63:6, 63:15, 63:18, 64:1, 64:12, 64:13, 64:15, 64:21, 65:1, 65:18, 65:25, 66:2, 66:4, 66:10, 67:6, 67:22, 68:4, 69:16, 69:24, 70:11, 71:7, 71:13, 71:23, 71:24, 75:8, 76:7, 76:24, 77:2, 77:3, 77:6, 77:20, 78:24, 80:20, 81:3, 81:7, 83:3, 84:3, 84:5, 84:6, 84:9, 84:11, 84:19, 86:1, 86:10, 86:11, 86:15, 88:6, 88:11, 88:13, 88:18, 88:19, 88:22, 88:24, 89:2, 89:4, 89:7, 89:8, 89:14, 89:19, 89:22, 89:24, 90:15, 91:23, 92:15, 93:20, 94:18, 94:20,

94:24, 95:4, 95:7, 95:11, 95:12, 96:3, 96:14, 98:1, 98:21, 99:20, 101:10

**WASHINGTON** [2] - 2:9, 2:14

**WASN'T** [4] - 38:18, 73:12, 90:15, 91:7

**WASTELANDS** [1] - 61:4

**WATCHING** [1] - 50:13

**WATER** [38] - 10:24, 16:15, 16:18, 23:20, 23:22, 25:6, 34:12, 34:18, 34:19, 35:5, 36:19, 37:19, 37:25, 43:12, 48:23, 52:4, 53:11, 53:13, 55:25, 56:4, 56:9, 56:20, 57:7, 61:7, 62:1, 62:16, 70:4, 70:8, 76:12, 93:20, 98:1, 98:9, 98:23, 99:1, 99:8, 99:14

**WATERS** [4] - 32:11, 35:2, 37:16, 67:2

**WATERWAY** [8] - 21:6, 52:2, 75:9, 81:13, 81:19, 85:24, 99:9

**WATERWAY'S** [1] - 100:14

**WAVE** [1] - 10:17

**WAVES** [4] - 16:18, 29:21, 29:23, 30:14

**WAY** [5] - 42:7, 48:18, 50:18, 55:17, 65:3

**WAYS** [1] - 49:17

**WE** [90] - 3:9, 3:14, 6:7, 6:11, 6:17, 7:7, 9:2, 9:4, 9:8, 9:14, 10:6, 12:22, 13:19, 13:21, 13:25, 14:1, 19:1, 20:17, 22:25, 23:1, 23:14, 24:10, 25:16, 26:14, 28:23, 31:25, 36:1, 38:25, 39:15, 39:24, 39:25, 40:25, 43:24, 44:1, 46:16, 46:17, 47:17, 48:11, 48:13, 48:14, 49:6, 49:10, 49:18, 50:23, 51:18, 53:20, 53:24, 54:18, 54:24, 55:2, 56:10, 59:2, 59:5, 61:14, 62:7, 65:12, 66:15, 66:17, 67:5, 68:6, 68:17,

69:1, 70:2, 70:24, 71:10, 73:5, 73:10, 73:11, 73:19, 74:12, 74:22, 75:6, 75:7, 75:8, 78:1, 83:3, 83:10, 84:1, 84:18, 89:8, 90:25, 92:5, 93:18, 94:5, 101:4, 101:7, 101:8

**WE'LL** [7] - 11:22, 14:14, 15:23, 43:7, 43:22, 68:12, 88:15

**WE'RE** [15] - 7:25, 8:3, 8:4, 13:7, 20:19, 27:5, 28:18, 37:8, 48:1, 52:25, 60:8, 66:19, 68:14, 70:7, 78:10

**WE'VE** [3] - 9:16, 13:5, 22:23

**WEATHERING** [1] - 16:20

**WEDGE** [1] - 97:22

**WEEK** [1] - 10:23

**WEIR** [2] - 71:21, 86:7

**WELL** [33] - 4:5, 5:10, 8:12, 11:16, 17:9, 18:24, 19:1, 23:4, 24:7, 25:10, 26:23, 27:23, 30:10, 30:15, 36:6, 45:24, 52:15, 53:5, 55:15, 56:25, 58:12, 61:14, 67:11, 69:14, 70:19, 72:15, 75:6, 76:7, 81:9, 90:25, 91:6, 93:22, 93:23

**WELL-KNOWN** [4] - 52:15, 53:5, 93:22, 93:23

**WENT** [3] - 44:25, 56:1, 100:24

**WERE** [72] - 4:8, 4:12, 5:18, 6:20, 9:6, 9:25, 15:15, 15:16, 18:9, 20:15, 23:15, 23:16, 26:2, 27:2, 27:4, 27:16, 27:18, 27:19, 27:20, 28:23, 33:7, 33:18, 34:13, 34:14, 34:15, 34:20, 41:16, 43:15, 51:14, 54:24, 55:2, 55:6, 55:7, 55:18, 61:5, 61:14, 62:5, 62:14, 65:8, 71:18, 71:20, 71:22, 75:6, 77:6, 78:23, 81:6, 81:9, 82:13, 82:20, 85:2,

85:16, 85:18, 87:6, 87:23, 88:2, 88:5, 88:8, 89:6, 89:8, 91:10, 92:19, 93:1, 93:18, 93:22, 93:23, 96:20, 96:23, 97:24, 98:23, 100:19

**WEREN'T** [2] - 9:7, 89:11

**WEST** [8] - 47:15, 47:17, 50:6, 50:15, 66:2, 66:5, 70:1, 70:11

**WESTERINK** [1] - 6:2

**WESTERN** [2] - 52:2, 66:25

**WET** [2] - 25:5, 25:11

**WETLAND** [11] - 23:14, 25:1, 25:9, 56:7, 57:12, 61:19, 64:25, 66:16, 79:5, 91:25

**WETLANDS** [33] - 15:2, 21:7, 21:8, 23:17, 23:18, 27:1, 27:17, 30:8, 30:12, 31:6, 34:4, 34:23, 49:22, 61:8, 61:10, 62:13, 62:25, 63:4, 64:13, 64:21, 71:16, 76:6, 82:14, 92:1, 92:18, 98:1, 98:9, 98:17, 98:23, 98:24, 99:1, 99:15

**WHAT** [122] - 7:13, 7:18, 8:11, 8:23, 9:5, 9:7, 10:10, 10:12, 10:16, 11:10, 15:14, 15:15, 16:8, 16:13, 22:1, 23:2, 23:18, 23:23, 24:7, 24:25, 25:4, 25:8, 25:18, 25:24, 26:15, 26:25, 27:21, 27:25, 29:19, 31:12, 31:15, 33:23, 34:7, 35:3, 35:4, 35:11, 35:21, 35:24, 37:21, 38:17, 39:1, 39:4, 39:12, 40:4, 42:7, 43:7, 43:15, 44:3, 44:7, 44:13, 44:24, 45:14, 45:21, 46:12, 46:15, 47:7, 47:11, 47:25, 48:12, 48:20, 49:5, 50:4, 50:6, 51:9, 51:24, 52:9, 52:16, 53:6, 54:8, 54:20, 55:6, 55:14, 55:17, 57:2,

57:11, 57:21, 57:23, 60:17, 61:5, 61:11, 64:1, 64:12, 65:23, 66:17, 68:17, 69:12, 69:23, 70:12, 70:18, 70:25, 71:18, 72:24, 73:2, 74:11, 75:4, 75:20, 76:14, 76:19, 77:6, 77:14, 78:18, 79:7, 80:8, 81:23, 82:8, 83:1, 83:17, 88:14, 91:9, 91:10, 91:12, 91:15, 91:18, 91:20, 93:12, 96:3, 98:5, 99:2, 100:19, 101:4

**WHAT'S** [6] - 43:19, 63:22, 71:25, 74:19, 75:16, 79:14

**WHATEVER** [1] - 64:1

**WHEN** [39] - 3:11, 5:16, 8:24, 8:25, 9:6, 9:8, 15:15, 20:15, 27:16, 28:22, 31:22, 33:7, 33:11, 33:24, 35:16, 36:5, 38:22, 39:15, 45:22, 47:9, 48:13, 48:14, 50:3, 51:16, 52:6, 53:10, 58:4, 67:22, 69:12, 70:5, 76:24, 85:6, 85:18, 89:24, 90:11, 92:22

**WHENEVER** [1] - 43:8

**WHERE** [15] - 21:3, 21:7, 34:12, 41:14, 43:2, 48:4, 48:5, 51:25, 53:10, 62:3, 65:16, 65:20, 72:1, 72:4

**WHEREAS** [2] - 87:14, 87:16

**WHEREUPON** [3] - 14:17, 59:4, 101:10

**WHETHER** [11] - 9:22, 9:25, 10:8, 30:13, 42:8, 42:13, 42:14, 45:1, 89:21, 91:17, 91:19

**WHICH** [34] - 3:20, 3:23, 4:20, 5:7, 7:5, 7:14, 9:16, 10:3, 11:5, 16:2, 16:16, 18:6, 18:9, 20:6, 23:12, 30:25, 34:20, 37:19, 37:25, 41:10, 52:2, 53:22, 53:23, 59:13, 61:4, 65:12, 80:25,

82:8, 83:18, 84:9,
87:15, 88:17, 90:3,
93:4
   **WHILE** [2] - 23:6,
74:14
   **WHO** [16] - 4:17,
5:13, 12:10, 22:17,
24:11, 24:12, 29:3,
30:4, 31:18, 78:25,
83:4, 84:1, 84:4, 84:6,
95:4
   **WHOLE** [3] - 23:14,
73:11, 89:13
   **WHOM** [1] - 80:20
   **WHOSE** [1] - 45:12
   **WHY** [19] - 3:15,
6:17, 8:21, 9:7, 11:2,
11:21, 18:24, 25:16,
39:25, 50:25, 56:22,
57:1, 72:14, 72:17,
74:4, 89:4, 92:14,
93:17
   **WIDE** [2] - 47:16,
98:22
   **WIDELY** [1] - 72:7
   **WIDEN** [2] - 51:7,
70:22
   **WIDENING** [4] -
10:18, 50:21, 70:16,
79:5
   **WIDER** [5] - 51:4,
60:19, 65:22, 66:1,
70:20
   **WIDTH** [1] - 37:24
   **WILDLIFE** [2] -
19:18, 96:8
   **WILL** [41] - 3:18,
4:17, 6:7, 6:17, 7:2,
7:9, 7:25, 8:1, 9:4,
11:13, 13:6, 14:25,
15:4, 15:12, 15:14,
15:15, 15:17, 34:10,
35:1, 35:9, 36:17,
37:8, 37:14, 38:17,
40:2, 40:25, 42:12,
42:13, 48:4, 57:4,
59:2, 63:11, 67:1,
67:2, 67:4, 69:7,
81:17, 99:10, 101:7,
101:8
   **WILLIAM** [2] - 84:6,
84:11
   **WIND** [2] - 16:18,
53:12
   **WIND-
GENERATED** [1] -
53:12
   **WINDS** [1] - 35:1
   **WISHES** [1] - 6:22
   **WITH** [96] - 7:2, 7:16,

8:17, 11:25, 12:12,
13:2, 15:5, 15:18,
17:3, 18:9, 18:12,
18:19, 18:24, 19:24,
20:10, 20:20, 21:17,
25:16, 25:25, 27:25,
29:12, 30:3, 31:10,
31:23, 31:24, 32:1,
32:6, 33:4, 33:7, 33:8,
33:16, 35:7, 36:7,
36:18, 37:21, 38:6,
40:19, 42:25, 44:17,
46:22, 47:11, 49:21,
49:24, 49:25, 50:1,
50:10, 52:1, 53:20,
54:17, 55:2, 55:24,
56:4, 56:19, 61:7,
67:3, 67:13, 69:15,
69:23, 70:1, 70:7,
70:9, 71:2, 73:15,
74:17, 78:1, 81:1,
83:1, 87:16, 87:20,
89:6, 90:7, 90:13,
90:19, 90:25, 93:21,
94:14, 95:1, 95:14,
95:24, 96:2, 96:12,
96:13, 96:16, 97:1,
97:10, 97:11, 97:14,
98:9, 98:15, 99:6,
99:19, 99:20, 99:24,
100:9
   **WITHDRAW** [1] -
93:6
   **WITHDRAWN** [1] -
92:23
   **WITHIN** [7] - 32:25,
42:3, 45:19, 63:12,
71:21, 91:5, 93:5
   **WITHOUT** [6] - 11:1,
35:12, 66:24, 98:2,
98:13
   **WITHSTAND** [1] -
30:14
   **WITHSTANDING** [1]
- 23:21
   **WITHSTOOD** [2] -
29:20, 31:5
   **WITNESS** [47] - 7:16,
7:19, 7:20, 10:15,
11:11, 11:12, 11:13,
11:14, 12:11, 12:16,
12:18, 12:21, 12:25,
13:22, 14:21, 14:24,
17:5, 21:13, 22:19,
24:2, 24:3, 24:4, 28:8,
32:23, 36:3, 37:1,
38:9, 40:11, 40:19,
43:20, 43:23, 44:1,
44:4, 45:2, 45:17,
46:7, 56:17, 58:13,

58:17, 59:5, 59:19,
67:20, 67:25, 74:21,
76:17, 80:6, 93:4
   **WITNESS'S** [5] -
10:8, 35:22, 63:11,
73:1, 91:3
   **WITNESSES** [6] -
9:3, 12:4, 12:9, 30:4,
46:3
   **WOLFF** [1] - 6:3
   **WON'T** [2] - 7:14,
28:25
   **WOODCOCK** [1] -
2:8
   **WOODED** [1] - 23:17
   **WOODY** [1] - 41:13
   **WORD** [4] - 3:23,
4:14, 5:17, 58:12
   **WORDS** [2] - 7:3,
18:25
   **WORK** [13] - 4:10,
17:7, 17:9, 17:12,
17:14, 18:19, 19:16,
24:5, 32:13, 36:7,
48:7, 63:12, 80:9
   **WORKED** [4] - 4:3,
19:9, 31:10, 44:17
   **WORKING** [3] -
33:12, 43:18, 43:19
   **WORLD** [2] - 17:15,
71:19
   **WOULD** [51] - 7:21,
7:22, 9:12, 10:25,
14:8, 14:19, 16:1,
16:21, 21:3, 21:7,
21:12, 26:3, 28:15,
32:16, 32:22, 34:7,
34:10, 34:11, 42:14,
50:17, 50:18, 52:4,
56:20, 62:21, 63:16,
67:21, 68:19, 70:1,
70:4, 70:6, 70:9,
70:16, 70:19, 73:2,
73:11, 76:10, 76:12,
76:13, 79:18, 83:16,
86:6, 86:8, 86:13,
91:6, 94:15, 100:10,
100:17, 100:20,
100:23, 101:3, 101:5
   **WOULDN'T** [1] - 14:8
   **WRIGHT** [1] - 1:20
   **WRITE** [3] - 62:24,
65:7, 76:18
   **WRITES** [2] - 76:4,
99:19
   **WRITING** [2] - 45:22,
77:6
   **WRITTEN** [3] -
31:15, 32:4, 53:8
   **WRONG** [4] - 59:9,

60:7, 70:25, 74:13
   **WROTE** [7] - 52:6,
53:14, 76:24, 77:10,
82:4, 83:4, 93:25

## X

   **X** [2] - 31:20, 82:23
   **X0420** [1] - 81:11

## Y

   **YARDS** [2] - 65:14,
65:17
   **YEAH** [1] - 14:12
   **YEAR** [9] - 20:7,
22:1, 23:22, 25:7,
31:15, 53:25, 69:24,
82:11, 97:16
   **YEARS** [34] - 18:16,
18:23, 19:2, 20:8,
25:21, 25:23, 26:3,
26:4, 26:5, 26:7, 26:9,
33:11, 40:8, 42:22,
44:17, 51:1, 53:7,
54:25, 58:1, 67:2,
74:5, 74:9, 85:19,
85:21, 89:21, 90:17,
90:22, 91:4, 91:8,
93:12, 95:14, 96:17,
98:10
   **YES** [195] - 6:11,
6:15, 12:1, 12:6,
13:18, 14:6, 15:25,
16:7, 16:23, 17:1,
17:5, 17:23, 18:13,
19:7, 19:17, 19:19,
19:21, 20:6, 20:10,
20:21, 21:5, 21:13,
21:18, 21:25, 22:16,
22:20, 22:23, 23:9,
26:13, 27:2, 27:18,
27:20, 29:15, 29:18,
30:10, 30:18, 31:8,
31:25, 32:4, 32:15,
33:5, 33:10, 33:14,
33:20, 34:5, 34:9,
34:24, 35:19, 36:16,
36:24, 37:3, 38:3,
38:6, 38:8, 38:24,
39:7, 39:18, 41:6,
41:24, 42:24, 43:14,
44:12, 45:6, 45:10,
46:14, 47:6, 47:18,
47:24, 48:11, 49:4,
49:18, 49:23, 50:23,
51:8, 51:12, 51:17,
51:23, 52:8, 52:19,
52:23, 53:16, 54:4,
54:7, 54:18, 55:22,
56:1, 56:7, 57:20,

58:10, 58:22, 59:17,
60:1, 60:11, 60:24,
61:1, 62:10, 63:2,
63:5, 63:9, 63:21,
64:10, 64:17, 64:23,
65:11, 66:3, 66:6,
66:23, 67:20, 68:5,
68:11, 68:21, 68:25,
69:4, 69:19, 69:21,
70:7, 70:14, 71:6,
71:8, 71:12, 71:18,
71:24, 72:16, 73:21,
74:12, 74:14, 74:21,
75:25, 76:3, 76:8,
77:8, 78:4, 78:9,
78:12, 78:24, 79:6,
79:17, 79:20, 80:19,
80:23, 81:2, 81:5,
81:12, 82:22, 83:16,
83:23, 83:25, 84:22,
84:24, 85:8, 85:22,
85:25, 86:3, 86:11,
86:22, 87:1, 87:10,
87:21, 88:1, 88:4,
88:6, 88:10, 88:13,
88:21, 88:24, 89:6,
90:2, 90:8, 90:10,
90:15, 90:20, 90:23,
92:21, 94:4, 94:9,
94:21, 95:2, 95:4,
95:8, 95:16, 96:1,
96:18, 97:5, 97:8,
97:12, 98:7, 98:11,
99:4, 99:16, 100:1,
100:8, 100:16,
100:22, 100:25
   **YOU** [295] - 3:9, 7:13,
7:24, 8:13, 8:16, 10:1,
10:3, 11:3, 11:9,
11:10, 11:13, 11:16,
11:24, 12:9, 12:12,
12:13, 12:14, 12:15,
12:18, 12:24, 13:12,
13:23, 14:2, 14:9,
14:10, 14:15, 14:19,
15:12, 15:22, 16:25,
17:7, 17:16, 17:21,
17:25, 18:3, 18:14,
18:24, 19:5, 19:8,
19:16, 19:22, 20:4,
20:8, 20:15, 20:17,
20:19, 21:2, 21:3,
21:7, 21:15, 21:23,
22:2, 22:4, 22:7,
22:11, 22:13, 22:17,
22:18, 22:21, 23:6,
23:18, 24:20, 26:11,
26:14, 26:18, 26:19,
26:25, 27:14, 28:4,
28:12, 29:2, 29:9,
29:12, 29:16, 29:19,

30:8, 30:16, 31:21,
31:24, 32:5, 32:6,
32:18, 33:5, 33:7,
33:9, 33:12, 33:17,
34:3, 34:7, 34:9,
34:25, 35:16, 35:17,
35:18, 35:24, 36:11,
36:13, 38:7, 39:5,
39:8, 39:11, 40:1,
40:4, 40:19, 40:25,
41:3, 41:5, 41:7,
41:12, 41:20, 43:8,
43:11, 43:21, 44:3,
44:22, 45:3, 45:4,
45:8, 45:15, 46:10,
46:12, 46:25, 47:5,
47:22, 48:8, 48:19,
48:25, 49:2, 49:5,
49:13, 49:17, 49:21,
51:18, 51:22, 52:6,
52:16, 52:18, 53:2,
53:6, 53:10, 53:14,
53:17, 53:25, 54:6,
54:13, 54:16, 56:21,
56:22, 57:2, 57:6,
57:11, 57:17, 58:2,
58:4, 58:5, 58:15,
58:23, 59:6, 60:10,
60:17, 60:22, 61:3,
61:5, 61:11, 61:21,
62:3, 62:15, 62:21,
62:23, 63:3, 63:6,
63:8, 63:15, 63:18,
64:18, 65:3, 65:4,
65:7, 65:16, 65:23,
66:12, 67:6, 67:7,
67:9, 67:12, 67:14,
67:21, 67:23, 68:1,
68:12, 69:3, 69:12,
69:17, 70:6, 70:18,
70:25, 71:5, 71:9,
71:13, 71:14, 72:1,
72:4, 72:14, 73:2,
73:24, 73:25, 74:1,
74:3, 74:4, 74:11,
75:4, 75:18, 76:1,
76:22, 77:6, 77:20,
77:23, 78:7, 78:15,
78:16, 78:23, 80:1,
80:17, 80:25, 81:3,
81:6, 83:1, 83:6,
83:12, 83:14, 83:19,
84:8, 84:15, 85:2,
85:12, 86:18, 87:3,
87:20, 88:5, 88:7,
89:10, 89:17, 89:21,
90:11, 90:12, 90:17,
90:22, 90:24, 92:14,
92:22, 92:23, 93:7,
93:11, 93:17, 93:25,
94:1, 94:5, 94:7,

94:15, 94:18, 94:24,
95:3, 95:7, 97:3,
98:14, 98:16, 99:2,
99:13, 100:10,
100:17, 100:19,
101:1, 101:2, 101:4,
101:9
  **YOU'RE** [10] - 17:2,
18:14, 23:6, 35:16,
51:24, 67:9, 68:9,
77:13, 90:6, 95:1
  **YOU'VE** [8] - 7:3,
18:11, 31:9, 33:11,
52:21, 58:18, 64:6,
81:11
  **YOUR** [171] - 4:4,
6:5, 6:11, 6:15, 7:4,
12:3, 12:4, 12:12,
12:16, 13:4, 13:5,
13:7, 13:18, 13:22,
14:16, 14:19, 14:23,
15:20, 16:6, 16:8,
17:3, 17:5, 17:7, 17:8,
18:11, 19:5, 20:23,
21:2, 22:2, 23:1, 23:6,
23:8, 24:1, 24:18,
24:21, 28:6, 29:6,
29:9, 29:12, 32:6,
32:13, 32:16, 33:3,
33:11, 33:13, 33:17,
33:21, 34:2, 35:25,
36:11, 36:13, 36:22,
37:3, 37:11, 38:15,
38:19, 39:7, 39:9,
39:16, 39:23, 40:2,
40:13, 41:2, 42:2,
43:3, 44:19, 45:17,
45:22, 46:9, 46:21,
47:2, 47:11, 47:25,
50:13, 51:19, 52:9,
54:6, 54:14, 54:17,
55:8, 55:12, 55:24,
56:11, 56:17, 57:4,
57:16, 57:17, 58:8,
58:11, 58:25, 59:11,
59:14, 60:1, 60:22,
61:12, 61:18, 62:17,
63:10, 63:16, 65:4,
65:16, 66:14, 67:22,
68:3, 68:22, 69:4,
69:17, 70:12, 71:10,
72:12, 72:21, 72:24,
73:3, 73:22, 74:3,
74:23, 75:17, 76:1,
76:7, 76:17, 76:21,
77:9, 77:22, 78:14,
79:21, 79:25, 80:5,
81:7, 81:22, 81:24,
82:3, 83:8, 83:11,
83:14, 85:10, 85:11,
85:14, 87:2, 88:7,

90:11, 91:2, 92:19,
93:1, 93:3, 93:6, 93:9,
93:10, 93:24, 93:25,
94:11, 94:14, 95:14,
95:18, 95:24, 96:2,
96:16, 97:10, 98:5,
98:9, 99:24, 100:6,
100:23, 100:24, 101:4
  **YOURSELF** [1] -
89:4

# Z

**ZEROES** [1] - 11:20
**ZOLTAN** [1] - 5:12
**ZONE** [2] - 18:8,
74:18
  **ZONES** [1] - 61:3