1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL         *   DOCKET 06-CV-2268-K
                                   *
6   VERSUS                         *   NEW ORLEANS, LOUISIANA
                                   *
7   UNITED STATES OF AMERICA, ET AL *   APRIL 20, 2009
    * * * * * * * * * * * * * * * * *

8

9

10                 VOLUME 1 - AFTERNOON SESSION
                   TRIAL PROCEEDINGS BEFORE THE
11              HONORABLE STANWOOD R. DUVAL JR.
                   UNITED STATES DISTRICT JUDGE
12

13
    APPEARANCES:
14

15  FOR THE PLAINTIFFS:       O'DONNELL & ASSOCIATES, PC
                              BY:  PIERCE O'DONNELL, ESQ.
16                            550 SOUTH HOPE STREET, SUITE 1000
                              LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:       LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                              BY:  JOSEPH M. BRUNO, ESQ.
19                                 L. SCOTT JOANEN, ESQ.
                              855 BARONNE STREET
20                            NEW ORLEANS, LOUISIANA 70113

21
    FOR THE PLAINTIFFS:       THE ANDRY LAW FIRM, LLC
22                            BY:  JONATHAN B. ANDRY, ESQ.
                                   KEA SHERMAN, ESQ.
23                            610 BARONNE STREET
                              NEW ORLEANS, LOUISIANA 70113
24

25



                        FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2
3    FOR THE PLAINTIFFS:          BARON & BUDD, PC
                                  BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
4                                 DALLAS, TEXAS 75219

5
6    FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                                  BY:  JAMES P. ROY, ESQ.
                                  556 JEFFERSON STREET, SUITE 500
7                                 POST OFFICE BOX 3668
                                  LAFAYETTE, LOUISIANA 70502
8
9    FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                  BY:   FRANK C. DUDENHEFER JR., ESQ.
10                                601 POYDRAS STREET, SUITE 2655
                                  NEW ORLEANS, LOUISIANA 70130
11
12   FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                  BY:  WALTER C. DUMAS, ESQ.
13                                LAWYER'S COMPLEX
                                  1261 GOVERNMENT STREET
14                                POST OFFICE BOX 1366
                                  BATON ROUGE, LOUISIANA 70821
15
16   FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                  BY:  CALVIN C. FAYARD JR., ESQ.
17                                519 FLORIDA AVENUE S.W.
                                  DENHAM SPRINGS, LOUISIANA 70726
18
19   FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                  BY:  MICHAEL C. PALMINTIER, ESQ.
20                                     JOSHUA M. PALMINTIER, ESQ.
                                  618 MAIN STREET
21                                BATON ROUGE, LOUISIANA 70801
22
23   FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
                                     A PLC
                                  BY:  ELWOOD C. STEVENS JR., ESQ.
24                                1205 VICTOR II BOULEVARD
                                  POST OFFICE BOX 2626
25                                MORGAN CITY, LOUISIANA 70381


                         FINAL DAILY COPY

1    <u>APPEARANCES (CONTINUED)</u>:

2

3    FOR SUBROGATED INSURERS:      THE GILBERT FIRM
                                   BY:   ELISA T. GILBERT, ESQ.
                                         BRENDAN R. O'BRIEN, ESQ.
4                                  325 EAST 57TH STREET
                                   NEW YORK, NEW YORK 10022
5

6    ALSO PRESENT FOR              J. ROBERT WARREN II, ESQ.
        PLAINTIFFS:                ASHLEY E. PHILEN, ESQ.
7                                  MRGO LITIGATION GROUP
                                   600 CARONDELET STREET, SUITE 604
8                                  NEW ORLEANS, LOUISIANA 70130

9

10   FOR THE DEFENDANT:           U.S. DEPARTMENT OF JUSTICE
                                  TORTS BRANCH, CIVIL DIVISION
11                                BY:   DANIEL M. BAEZA JR., ESQ.
                                        JEFFREY PAUL EHRLICH, ESQ.
                                        TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                      MICHELE S. GREIF, ESQ.
                                        CONOR KELLS, ESQ.
13                                      PAUL MARC LEVINE, ESQ.
                                        JAMES F. MCCONNON JR., ESQ.
14                                      KARA K. MILLER, ESQ.
                                        RUPERT MITSCH, ESQ.
15                                      PETER G. MYER, ESQ.
                                        ROBIN D. SMITH, ESQ.
16                                      SARAH K. SOJA, ESQ.
                                        RICHARD R. STONE SR., ESQ.
17                                      JOHN WOODCOCK, ESQ.
                                  BENJAMIN FRANKLIN STATION
18                                P.O. BOX 888
                                  WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:     TONI DOYLE TUSA, CCR, FCRR
                                  500 POYDRAS STREET, ROOM HB-406
21                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7778
22

23

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.


                                FINAL DAILY COPY

1                        **I N D E X**

2                                                    PAGE

3  SHERWOOD GAGLIANO
        CROSS-EXAMINATION                            107
4
   CHAD MORRIS
5       DIRECT EXAMINATION                           125
        CROSS-EXAMINATION                            164
6
   CECIL SOILEAU
7       DIRECT EXAMINATION                           186
        CROSS-EXAMINATION                            220
8       REDIRECT EXAMINATION                         233

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    FINAL DAILY COPY

| | | |
|---|---|---|
| 12:38 | 1 | **AFTERNOON SESSION** |
| 12:53 | 2 | **(APRIL 20, 2009)** |
| 12:53 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:05 | 4 | **THE COURT:**  PLEASE BE SEATED.  ARE WE READY TO |
| 13:05 | 5 | PROCEED WITH CROSS-EXAMINATION? |
| 13:05 | 6 | **MS. MILLER:**  YES, YOUR HONOR. |
| 13:05 | 7 | I'M SORRY, YOUR HONOR.  MAY I HAVE ONE MINUTE? |
| 13:06 | 8 | **THE COURT:**  ALL RIGHT. |
| 13:06 | 9 | **MS. MILLER:**  THANK YOU, YOUR HONOR.  I APOLOGIZE FOR |
| 13:06 | 10 | THE DELAY. |
| 13:06 | 11 | (WHEREUPON, **SHERWOOD GAGLIANO**, HAVING BEEN DULY |
| 13:06 | 12 | SWORN, TESTIFIED AS FOLLOWS.) |
| 10:32 | 13 | **CROSS-EXAMINATION** |
| 13:06 | 14 | **BY MS. MILLER:** |
| 13:06 | 15 | **Q.**   MY NAME IS KARA MILLER WITH THE UNITED STATES. |
| 13:06 | 16 | DR. GAGLIANO, I'D LIKE TO SHOW YOU AN EXHIBIT YOU DISCUSSED ON |
| 13:06 | 17 | DIRECT NUMBERED PX-1253, I BELIEVE.  THIS IS A RESOLUTION |
| 13:07 | 18 | PASSED BY THE ST. BERNARD PARISH GOVERNMENT; ISN'T THAT |
| 13:07 | 19 | CORRECT? |
| 13:07 | 20 | **A.**   YES.  HELLO, MS. MILLER.  YES, IT IS. |
| 13:07 | 21 | **Q.**   THE RESOLUTION DESCRIBES EROSION OF THE MRGO'S BANKS AND |
| 13:07 | 22 | WIDENING OF THE CHANNEL AS A RESULT OF SHIP USE, DOESN'T IT? |
| 13:07 | 23 | **A.**   YES, IT DOES. |
| 13:07 | 24 | **Q.**   IT ALSO STATES THAT SEVERE FLOODING MAY RESULT IN |
| 13:07 | 25 | ST. BERNARD, ORLEANS, AND PLAQUEMINES PARISH? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:07 | 1 | **A.**   YES, IT DOES. |
| 13:07 | 2 | **Q.**   IT DESCRIBES PROBLEMS RELATED TO SALTWATER INTRUSION; |
| 13:07 | 3 | ISN'T THAT RIGHT? |
| 13:07 | 4 | **A.**   YES. |
| 13:07 | 5 | **Q.**   IT ALSO INDICATES THAT THE CORPS OF ENGINEERS HAS PROPOSED |
| 13:07 | 6 | TO INSTALL ROCK PROTECTION ALONG THE NORTH BASE OF THE CHANNEL; |
| 13:07 | 7 | IS THAT IT? |
| 13:08 | 8 | **A.**   PROPOSED TO, YES.  WHERE IS THAT, SPECIFICALLY? |
| 13:08 | 9 | **Q.**   I THINK IT MAY BE ON THE NEXT PAGE.  THE FIRST STATEMENT |
| 13:08 | 10 | ON THE SECOND PAGE. |
| 13:08 | 11 | **A.**   IT SAYS THEY HAVE PROPOSED TO DO THIS, YES. |
| 13:08 | 12 | **Q.**   RIGHT.  ALSO ON THAT SAME PAGE, IN SECTION IV, THE |
| 13:08 | 13 | RESOLUTION REQUESTS THAT THE -- OR, ACTUALLY, I'M SORRY, |
| 13:08 | 14 | SECTION I, WHERE IT STATES "ST. BERNARD PARISH RESOLVES," IT |
| 13:08 | 15 | REQUESTS THAT THE LOUISIANA SOUTHEAST CONGRESSIONAL DELEGATION |
| 13:08 | 16 | ESTABLISH A TASK FORCE TO DEVELOP A PROCESS THAT WILL RESULT IN |
| 13:08 | 17 | CLOSURE OF THE MRGO; IS THAT RIGHT? |
| 13:08 | 18 | **A.**   YES. |
| 13:08 | 19 | **Q.**   IN SECTION IV, ON THE FACE OF THE DOCUMENT, IT SHOWS THAT |
| 13:09 | 20 | A COPY OF THIS RESOLUTION WILL BE SENT TO THE SOUTHEAST |
| 13:09 | 21 | CONGRESSIONAL DELIGATION AND SPECIFIES BY NAME THAT IT WILL BE |
| 13:09 | 22 | SENT TO CONGRESSMAN LIVINGSTON, CONGRESSMAN TAUZIN, CONGRESSMAN |
| 13:09 | 23 | JEFFERSON, SENATOR BREAUX, AND SENATOR LANDRIEU; IS THAT |
| 13:09 | 24 | CORRECT? |
| 13:09 | 25 | **A.**   THAT'S CORRECT. |

| | | |
|---|---|---|
| 13:09 | 1 | **Q.**   DR. GAGLIANO, ISN'T IT TRUE THAT YOU TOOK A FIELD TRIP TO |
| 13:09 | 2 | THE MRGO WITH SENATOR LANDRIEU AND SENATOR VITTER? |
| 13:09 | 3 | **A.**   YES, THAT'S CORRECT. |
| 13:09 | 4 | **Q.**   WHEN WAS THAT? |
| 13:09 | 5 | **A.**   I DON'T REMEMBER THE SPECIFIC DAY.  I THINK IT WAS AFTER |
| 13:09 | 6 | THIS RESOLUTION, IN THE SAME TIME FRAME AS THE ESTABLISHMENT OF |
| 13:09 | 7 | THIS TASK FORCE.  IT WAS A BOAT TRIP ARRANGED FOR BY THE PARISH |
| 13:09 | 8 | GOVERNMENT, AND THERE WERE A NUMBER OF ELECTED OFFICIALS |
| 13:09 | 9 | PRESENT. |
| 13:09 | 10 | **Q.**   INCLUDING THE SENATORS? |
| 13:09 | 11 | **A.**   YES. |
| 13:09 | 12 | **Q.**   ON THAT TRIP YOU DISCUSSED THE MRGO? |
| 13:10 | 13 | **A.**   YES, WE DID. |
| 13:10 | 14 | **Q.**   DID YOU MAKE THE SENATORS AWARE OF YOUR STUDIES REGARDING |
| 13:10 | 15 | THE MRGO? |
| 13:10 | 16 | **A.**   YES.  AS A MATTER OF FACT, WE INCLUDED A COPY OF THE |
| 13:10 | 17 | ATTACHMENT TO THIS MEMORANDUM, WHICH LAID OUT THE PROBLEMS AND |
| 13:10 | 18 | SOME SUGGESTED APPROACHES AND SOLUTIONS. |
| 13:10 | 19 | **Q.**   I THINK THAT ATTACHMENT MAY BE PART OF THIS DOCUMENT. |
| 13:10 | 20 | COULD WE TURN TO THE END OF THE -- OR A COUPLE PAGES AFTER |
| 13:10 | 21 | THIS.  IS THIS THE ATTACHMENT THAT YOU JUST REFERENCED? |
| 13:10 | 22 | **A.**   YES.  IT WAS EITHER THIS VERSION OR A VARIATION OF IT, BUT |
| 13:10 | 23 | IT USED THE SAME GRAPHICS AND SOME OF THE SAME -- IT WAS |
| 13:10 | 24 | BASICALLY THE SAME PRESENTATION. |
| 13:10 | 25 | **Q.**   SO FROM YOUR MEMORY, THIS DOCUMENT ON THIS SCREEN IS A |

13:11    1    FAIR REPRESENTATION OF WHAT YOU PROVIDED TO THE SENATORS?

13:11    2    **A.**   YES.

13:11    3    **Q.**   DR. GAGLIANO, YOU TESTIFIED THAT YOU RECOMMENDED TO THE

13:11    4    CORPS THAT THEY PLANT GRASS ON THE LEVEES; IS THAT RIGHT?

13:11    5    **A.**   AS PART OF THE PROTECTION OF THE LEVEES, TO KEEP THEM FROM

13:11    6    ERODING, YES.

13:11    7    **Q.**   THEY DID PLANT GRASS ON LEVEES, DIDN'T THEY?

13:11    8    **A.**   THEY MAY HAVE.  I'M NOT SURE.

13:11    9    **Q.**   YOU DON'T KNOW?  I'D LIKE TO SHOW YOU EXHIBIT JX-0211.

13:12   10              **MS. MILLER:**  WHILE WE'RE LOOKING FOR THAT DOCUMENT,

13:12   11    IS THERE A WAY TO TURN ON THIS SCREEN THAT ANYONE KNOWS OF?  IS

13:12   12    THIS ANOTHER SCREEN THAT SHOULD BE SHOWING THOSE DOCUMENTS SO

13:12   13    THAT I DON'T HAVE TO TURN IT ON?

13:12   14              **THE COURT:**  IT WOULD NICE IF YOU COULD TURN IT ON.

13:12   15              **MS. MILLER:**  ARE THERE ANY TECHNICAL PEOPLE IN THE

13:12   16    ROOM WHO MIGHT BE ABLE TO HELP ME WITH THAT?  IT'S SHOWING THE

13:12   17    JUDGE RIGHT NOW.  MAYBE IT'S BECAUSE WE DON'T HAVE A DOCUMENT

13:12   18    UP THERE RIGHT NOW.  SORRY ABOUT THAT.

13:12   19              **THE COURT:**  ALL RIGHT.

13:12   20              **MS. MILLER:**  I APOLOGIZE FOR THAT DELAY.  WE DON'T

13:12   21    HAVE THAT EXHIBIT IN OUR ELECTRONIC SYSTEM, SO --

13:13   22              **MR. BRUNO:**  WE DO.

13:13   23              **THE COURT:**  IF YOU ASK THE PLAINTIFF, THEY WILL BE

13:13   24    HAPPY TO DO THAT.

13:13   25              **MS. MILLER:**  IT'S NOT IMPORTANT.

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 13:13 | 1 | SORRY.  IF YOU-ALL WOULD BE ABLE TO PULL UP |
| 13:13 | 2 | JX-0211, THAT WOULD BE HELPFUL. |
| 13:13 | 3 | **BY MS. MILLER:** |
| 13:13 | 4 | **Q.**   THIS REPRESENTS TO BE AN EXPERT REPORT PRODUCED BY BRUCE |
| 13:13 | 5 | EBERSOLE FOR THE UNITED STATES.  IF WE COULD TURN TO PAGE 176 |
| 13:13 | 6 | OF THIS REPORT, THERE'S A FIGURE LABELED A-19.  DR. GAGLIANO, |
| 13:13 | 7 | DO YOU RECOGNIZE THIS AS A PHOTOGRAPH OF A LEVEE? |
| 13:14 | 8 | **A.**   YES, IT IS A LEVEE. |
| 13:14 | 9 | **Q.**   DOES IT APPEAR THAT GRASS HAS BEEN PLANTED ON THAT LEVEE? |
| 13:14 | 10 | **A.**   YES. |
| 13:14 | 11 | **Q.**   THANK YOU. |
| 13:14 | 12 | **MR. O'DONNELL:**  YOUR HONOR, COULD WE HAVE A LOCATION |
| 13:14 | 13 | AND TIME, PLEASE? |
| 13:14 | 14 | **THE COURT:**  IT'S FIGURE A-19.  I DON'T KNOW IF IT'S |
| 13:14 | 15 | THERE.  IF YOU'RE MAKING AN OBJECTION TO THE QUESTIONS, I DON'T |
| 13:14 | 16 | KNOW IF -- |
| 13:14 | 17 | **MR. O'DONNELL:**  I DON'T FIND IT OBJECTIONABLE IF I |
| 13:14 | 18 | COULD KNOW THE DATE AND TIME.  SO I GUESS I OBJECT, BUT -- |
| 13:14 | 19 | **THE COURT:**  I DON'T KNOW IF IT'S MANIFEST FROM THE. |
| 13:14 | 20 | PHOTOGRAPH. |
| 13:14 | 21 | **BY MS. MILLER:** |
| 13:14 | 22 | **Q.**   DR. GAGLIANO, ARE YOU ABLE TO TELL FROM THIS PHOTOGRAPH |
| 13:14 | 23 | WHETHER THIS LEVEE IS WHERE THE LOCATION MIGHT BE, OR THE TIME? |
| 13:14 | 24 | **A.**   NO.  I'M TRYING TO READ THE CUT LINE, AND I DON'T SEE A |
| 13:14 | 25 | LOCATION. |

13:14    1    **Q.**   I THINK WE CAN REPRESENT TO THE COURT THAT THE EXPERT

13:14    2    REPORT GIVES CONTEXT IN OTHER AREAS.

13:14    3         **THE COURT:**  IT DOES.  I HAVE LOOKED AT THE EXPERT

13:15    4    REPORT.

13:15    5         **MS. MILLER:**  THAT'S FINE.

13:15    6         **MR. O'DONNELL:**  I HAVE AN OBJECTION AS TO TIME

13:15    7    BECAUSE GRASS CAN GROW PRETTY QUICKLY, AND I DON'T KNOW WHETHER

13:15    8    THIS GRASS HAS GROWN -- I DON'T KNOW WHEN IT WAS GROWN.  THAT'S

13:15    9    MY OBJECTION.

13:15   10         **THE COURT:**  THE OBJECTION'S OVERRULED SUBJECT TO --

13:15   11    CERTAINLY IF IT WERE AFTER THE STORM OR --

13:15   12         **MR. O'DONNELL:**  THAT WAS MY POINT, YOUR HONOR.  THANK

13:15   13    YOU.

13:15   14         **THE COURT:**  I THINK IT IS, LOOKING AT THE PICTURE.  I

13:15   15    SEE IT AND I'VE READ THE REPORT, BUT NONETHELESS --

13:15   16         **MS. MILLER:**  I'LL MOVE ON TO ANOTHER QUESTION.

13:16   17    **BY MS. MILLER:**

13:16   18    **Q.**   DR. GAGLIANO, I'M SHOWING YOU NOW A DOCUMENT -- I'LL HAVE

13:16   19    TO PROVIDE THE COURT WITH AN EXHIBIT NUMBER IN A FEW MINUTES,

13:16   20    BUT THIS IS FIGURE 12 FROM A REPORT BY NOAA.  HAVE YOU SEEN

13:16   21    THIS IMAGE BEFORE, DR. GAGLIANO?

13:16   22    **A.**   EITHER THIS ONE OR ONE VERY SIMILAR TO IT, YES.

13:16   23    **Q.**   THIS IS AN IMAGE OF HURRICANE KATRINA OVER THE GULF OF

13:16   24    MEXICO; IS THAT RIGHT?

13:16   25    **A.**   YES.

| | | |
|---|---|---|
| 13:16 | 1 | **Q.**   WOULD YOU, WITH YOUR TOOLS ON THE SYSTEM, BE ABLE TO |
| 13:16 | 2 | IDENTIFY NEW ORLEANS ON THIS PHOTOGRAPH OR THIS IMAGE? |
| 13:16 | 3 | **A.**   I'M NOT TOO SKILLED, BUT LET ME TRY IT AGAIN. |
| 13:16 | 4 | **THE COURT:**  RIGHT BELOW LAKE PONTCHARTRAIN WOULD |
| 13:16 | 5 | HELP.  IT TAKES A LITTLE GETTING USED TO DOING THAT. |
| 13:16 | 6 | **THE WITNESS:**  IT'S RIGHT BELOW LAKE PONTCHARTRAIN. |
| 13:16 | 7 | **MR. BRUNO:**  WE'LL STIPULATE, YOUR HONOR. |
| 13:17 | 8 | BY MS. MILLER: |
| 13:17 | 9 | **Q.**   YOU'VE MADE A RED MARK, AND JUST ABOVE THAT RED MARK IS |
| 13:17 | 10 | LAKE PONTCHARTRAIN; IS THAT RIGHT? |
| 13:17 | 11 | **A.**   YES. |
| 13:17 | 12 | **Q.**   DR. GAGLIANO, CAN YOU ALSO MAKE A MARK TO SHOW WHERE THE |
| 13:17 | 13 | MRGO IS ON THIS PHOTOGRAPH. |
| 13:17 | 14 | **A.**   THIS IS NOT WORKING.  I CAN SHOW YOU. |
| 13:17 | 15 | **THE COURT:**  DO YOU HAVE A STYLUS THERE?  LET HIM SHOW |
| 13:17 | 16 | YOU.  THAT MIGHT WORK OUT. |
| 13:17 | 17 | **THE WITNESS:**  IT EXTENDS SOUTHEAST OF NEW ORLEANS, |
| 13:17 | 18 | BELOW LAKE BORGNE, AND DOWN THROUGH THE LOWER END OF THIS CHAIN |
| 13:17 | 19 | OF ISLANDS, THE CHANDELEUR ISLANDS. |
| 13:17 | 20 | BY MS. MILLER: |
| 13:17 | 21 | **Q.**   THANK YOU.  WHERE WERE YOU DURING HURRICANE KATRINA? |
| 13:17 | 22 | **A.**   I WAS IN BATON ROUGE AT MY HOME. |
| 13:17 | 23 | **Q.**   HOW LONG UNTIL YOU WERE ABLE TO RETURN TO NEW ORLEANS |
| 13:17 | 24 | AFTER THE STORM? |
| 13:17 | 25 | **THE COURT:**  COUNSEL, WHAT RELEVANCE DOES THIS HAVE? |

FINAL DAILY COPY

```
13:18    1         MS. MILLER:  YOUR HONOR, DR. GAGLIANO TESTIFIED ABOUT
13:18    2    HIS OBSERVATIONS RELATED TO THE STORM, AND I'D LIKE TO
13:18    3    ESTABLISH THE TIME FRAME WITHIN WHICH HE WAS ABLE TO OBSERVE
13:18    4    THE IMPACTS FROM THE STORM.
13:18    5         THE COURT:  YOU MEAN WHETHER A TREE WAS STANDING OR
13:18    6    NOT OR SOMETHING?  I'M NOT SURE.  LET'S MOVE ON.  THIS IS NOT
13:18    7    GOING TO WIN OR LOSE THIS CASE, BUT I'LL LET YOU DO A LITTLE
13:18    8    BIT.  IT'S CROSS-EXAMINATION.  GO AHEAD.
13:18    9    BY MS. MILLER:
13:18   10    Q.   DR. GAGLIANO, WHEN DID YOU RETURN TO NEW ORLEANS AFTER THE
13:18   11    STORM?
13:18   12    A.   I RETURNED AS SOON AS THE ROADS WERE PASSABLE.  I
13:18   13    ATTEMPTED TO -- WE ACTUALLY ATTEMPTED TO PROVIDE BOATS TO HELP
13:18   14    IN THE EVACUATION BUT THEY DECLINED THAT OFFER.  THE ROADS WERE
13:18   15    BLOCKED FOR QUITE A FEW WEEKS.  I ACTUALLY HAD DIFFICULTY
13:18   16    GETTING IN INITIALLY, BUT I WAS ABLE TO OVERCOME THAT AND FOUND
13:18   17    MY WAY INTO THE CITY AS SOON AS THE WATER ABATED DOWN INTO THE
13:18   18    LOWER -- INTO THE ST. BERNARD PARISH AND THE EASTERN PARTS OF
13:19   19    THE CITY.
13:19   20    Q.   SO IT TOOK YOU A FEW WEEKS AFTER THE STORM BEFORE YOU WERE
13:19   21    ABLE TO RETURN; IS THAT RIGHT?
13:19   22    A.   IT WAS, AT THE MOST, A COUPLE WEEKS.
13:19   23    Q.   SO ANY OBSERVATIONS YOU MADE ABOUT HURRICANE KATRINA WOULD
13:19   24    HAVE BEEN AFTER THE STORM HAD PASSED; ISN'T THAT RIGHT?
13:19   25    A.   I WAS NOT IN THE STORM IN THE CITY OF NEW ORLEANS OR IN
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:19 | 1 | ST. BERNARD DURING THE PASSAGE OF THE STORM. |
| 13:19 | 2 | **Q.**   DR. GAGLIANO, YOU ALSO TESTIFIED THAT, PRIOR TO |
| 13:19 | 3 | CONSTRUCTION OF THE MRGO, THERE WERE CYPRESS TREES IN THE |
| 13:19 | 4 | GOLDEN TRIANGLE AREA; ISN'T THAT RIGHT? |
| 13:19 | 5 | **A.**   I THINK THAT AREA WAS PROBABLY LARGELY MARSH.  THERE WERE |
| 13:19 | 6 | SOME TREES IN THAT AREA.  MOST OF THE TREES WERE IN THE CENTRAL |
| 13:19 | 7 | WETLAND. |
| 13:19 | 8 | **Q.**   I'D LIKE TO SHOW YOU -- WELL, I GUESS, FIRST, YOU'VE |
| 13:19 | 9 | WRITTEN REPORTS THAT EVALUATED THAT; ISN'T THAT RIGHT? |
| 13:20 | 10 | **A.**   I'M SORRY? |
| 13:20 | 11 | **Q.**   I'M SORRY.  YOU'VE WRITTEN REPORTS THAT EVALUATE THE |
| 13:20 | 12 | DIFFERENT WETLAND PLANTS IN EXISTENCE BEFORE AND AFTER |
| 13:20 | 13 | CONSTRUCTION OF THE MRGO; IS THAT RIGHT? |
| 13:20 | 14 | **A.**   YES. |
| 13:20 | 15 | **Q.**   AND SOME OF THOSE REPORTS WE DISCUSSED TODAY? |
| 13:20 | 16 | **A.**   YES. |
| 13:20 | 17 | **Q.**   I'D LIKE TO SHOW YOU EXHIBIT PX-0203.  DO YOU HAVE A WAY |
| 13:20 | 18 | OF REMOVING YOUR RED MARK? |
| 13:20 | 19 | **A.**   YES. |
| 13:20 | 20 | **THE COURT:**  YES. |
| 13:20 | 21 | **BY MS. MILLER:** |
| 13:20 | 22 | **Q.**   THIS IS ONE OF THE REPORTS THAT YOU PREPARED; ISN'T THAT |
| 13:20 | 23 | RIGHT? |
| 13:20 | 24 | **A.**   YES. |
| 13:20 | 25 | **Q.**   THIS REPORT EVALUATED HABITATS, INCLUDING THOSE RELATED TO |

| | | |
|---|---|---|
| 13:20 | 1 | THE GOLDEN TRIANGLE; IS THAT RIGHT? |
| 13:20 | 2 | **A.**   YES. |
| 13:20 | 3 | **Q.**   I'D LIKE TO SHOW YOU FIGURES 3-A AND 3-B.  THIS IS 3-A. |
| 13:21 | 4 | THIS IS 3-B.  THESE TWO FIGURES REPRESENT THE STUDY AREA |
| 13:21 | 5 | EVALUATED IN THIS REPORT; ISN'T THAT RIGHT? |
| 13:21 | 6 | **A.**   YES. |
| 13:21 | 7 | **Q.**   I'M SORRY, DID YOU SAY "YES"? |
| 13:21 | 8 | **A.**   YES. |
| 13:21 | 9 | **THE COURT:**  CAN YOU PULL YOUR MIC A LITTLE CLOSER TO |
| 13:21 | 10 | YOU. |
| 13:21 | 11 | **THE WITNESS:**  YES. |
| 13:21 | 12 | BY MS. MILLER: |
| 13:21 | 13 | **Q.**   THE STUDY AREA THAT YOU EVALUATED IN THIS REPORT INCLUDES |
| 13:21 | 14 | THE GOLDEN TRIANGLE AREA AS WELL AS WHAT YOU IDENTIFIED EARLIER |
| 13:21 | 15 | AS PROCTOR POINT; IS THAT RIGHT? |
| 13:21 | 16 | **A.**   YEAH.  WOULD YOU FLIP BACK TO THE LOCATION MAP. |
| 13:21 | 17 | YES, PART OF IT. |
| 13:21 | 18 | BY MS. MILLER: |
| 13:21 | 19 | **Q.**   IT'S JUST PART OF WHAT? |
| 13:21 | 20 | **A.**   IT DOES NOT INCLUDE THE ENTIRE GOLDEN TRIANGLE.  IT RUNS |
| 13:21 | 21 | INTO THE GOLDEN TRIANGLE, YES, IT DOES. |
| 13:21 | 22 | **Q.**   THE ONLY PART OF THE GOLDEN TRIANGLE THAT'S EXCLUDED IS IN |
| 13:21 | 23 | THE NORTHERN PART OF THIS MAP, WHERE IT GOES OFF THE MAP ON THE |
| 13:22 | 24 | LEFT-HAND SIDE; IS THAT RIGHT? |
| 13:22 | 25 | **A.**   YES.  IT STOPS AT THE PARISH LINE BETWEEN ST. BERNARD AND |

| | | |
|---|---|---|
| 13:22 | 1 | ORLEANS PARISH, WHICH FOLLOWS BAYOU BIENVENUE. |
| 13:22 | 2 | **Q.** IF YOU WOULD TURN TO TABLE 3 ON PAGE 2-22.  THIS TABLE |
| 13:22 | 3 | PRESENTS AN ANALYSIS OF THE CHANGE IN HABITAT BETWEEN 1955 AND |
| 13:22 | 4 | 1978; ISN'T THAT RIGHT? |
| 13:22 | 5 | **A.** THAT'S CORRECT. |
| 13:22 | 6 | **Q.** IT'S ADDRESSING THE ENTIRE STUDY AREA CONSIDERED IN THIS |
| 13:23 | 7 | REPORT; IS THAT RIGHT? |
| 13:23 | 8 | **A.** YES, THE AREA SHOWN IN THE INDEX FOR THE STUDY AREA. |
| 13:23 | 9 | **Q.** THE EIGHTH LINE DOWN INDICATES THE AMOUNT OF CYPRESS SWAMP |
| 13:23 | 10 | IN THE STUDY AREA; IS THAT RIGHT? |
| 13:23 | 11 | **A.** YES. |
| 13:23 | 12 | **Q.** HOW MANY ACRES WERE PRESENT IN 1955, ACCORDING TO WHAT YOU |
| 13:23 | 13 | EVALUATED IN THIS STUDY? |
| 13:23 | 14 | **A.** IF YOU LOOK BACK AT THE INDEX MAP, YOU'LL SEE THAT THE |
| 13:23 | 15 | REPORT, I BELIEVE, FOCUSED ON THE NORTH SIDE OF THE CANAL, AND |
| 13:23 | 16 | THE CYPRESS SWAMP ACTUALLY LIES LARGELY ON THE SOUTH SIDE IN |
| 13:23 | 17 | THE CENTRAL WETLANDS. |
| 13:23 | 18 | **Q.** OKAY. |
| 13:23 | 19 | **A.** WOULD YOU GO BACK ON THE INDEX SO WE CAN SEE IT. |
| 13:23 | 20 | **Q.** DR. GAGLIANO, BEFORE WE DO THAT, I'D LIKE YOU TO ANSWER MY |
| 13:23 | 21 | QUESTION OF HOW MANY ACRES OF SWAMP YOUR STUDY CALCULATED TO BE |
| 13:23 | 22 | IN THE AREA OF YOUR STUDY NORTH OF THE MRGO. |
| 13:24 | 23 | **A.** THE TABLE INDICATES SIX ACRES. |
| 13:24 | 24 | **Q.** WHAT IS THE TOTAL ACREAGE OF THE STUDY AREA THAT YOU'RE |
| 13:24 | 25 | EVALUATING IN THIS STUDY? |

| | | |
|---|---|---|
| 13:24 | 1 | **A.**   23,931 ACRES. |
| 13:24 | 2 | **Q.**   DR. GAGLIANO, NOW I'D LIKE TO DRAW YOUR ATTENTION TO THE |
| 13:24 | 3 | EXHIBIT MARKED PX-0139.  THIS IS ANOTHER REPORT YOU DISCUSSED |
| 13:24 | 4 | EARLIER. |
| 13:24 | 5 | **A.**   YES. |
| 13:24 | 6 | **Q.**   YOU DIDN'T PREPARE THIS REPORT, DID YOU? |
| 13:24 | 7 | **A.**   I MAY NOT HAVE BEEN THE PRINCIPAL AUTHOR, BUT IT WAS |
| 13:25 | 8 | PREPARED BY MY GROUP, YES. |
| 13:25 | 9 | **Q.**   SO IT WAS PREPARED BY STAFF THAT WORK UNDER YOU; IS THAT |
| 13:25 | 10 | RIGHT? |
| 13:25 | 11 | **A.**   YES. |
| 13:25 | 12 | **Q.**   THERE IS AN APPENDIX 1 TO THIS REPORT THAT IS REFERENCED |
| 13:25 | 13 | ON THIS COVER PAGE. |
| 13:25 | 14 | **A.**   BY DR. HSU, YES. |
| 13:25 | 15 | **Q.**   RIGHT.  YOU DID NOT PREPARE THAT APPENDIX, DID YOU? |
| 13:25 | 16 | **A.**   DR. HSU, AS INDICATED, PREPARED THAT. |
| 13:25 | 17 | **Q.**   YOU YOURSELF ARE NOT A HYDRAULIC MODELER, ARE YOU? |
| 13:25 | 18 | **A.**   NO, I'M NOT.  IN MY WORK I FOCUS ON CONCEPTUAL MODELS, |
| 13:25 | 19 | WHICH OFTEN FORM THE BASIS FOR MATHEMATICAL MODELS.  I'M NOT A |
| 13:25 | 20 | MODELER. |
| 13:25 | 21 | **Q.**   YOU ARE NOT FAMILIAR WITH THE MECHANICS OF STORM SURGE |
| 13:25 | 22 | MODELING; ISN'T THAT RIGHT? |
| 13:25 | 23 | **A.**   NO, I'M NOT. |
| 13:26 | 24 | **Q.**   DR. GAGLIANO, YOU'VE BEEN PAID BY THE PLAINTIFFS IN |
| 13:26 | 25 | CONNECTION WITH THIS LITIGATION, HAVEN'T YOU? |

13:26   1   **A.**   ONLY TO SUPPLY DOCUMENTS, AS I INDICATED IN MY TESTIMONY.

13:26   2   **Q.**   YOU COLLECTED SOME OF THOSE DOCUMENTS FROM YOUR OWN

13:26   3   RECORDS; IS THAT RIGHT?

13:26   4   **A.**   SOME OF THEM; NOT ALL OF THEM.

13:26   5   **Q.**   YOU ALSO RECEIVED DOCUMENTS FROM THE PLAINTIFFS' ATTORNEYS

13:26   6   THAT YOU REVIEWED; IS THAT RIGHT?

13:26   7   **A.**   YES, THAT'S CORRECT.

13:26   8   **Q.**   YOU CREATED AN INDEX TO PUT WHAT YOU RECEIVED FROM THE

13:26   9   PLAINTIFFS' ATTORNEYS, AS WELL AS YOUR DOCUMENTS, INTO A USABLE

13:26   10   FORMAT; IS THAT RIGHT?

13:26   11   **A.**   YES.  AND THOSE WERE SCANNED AND PUT IN DIGITAL FORM.

13:26   12   **Q.**   YOU BEGAN WORKING WITH THE PLAINTIFFS AROUND

13:26   13   TWO-AND-A-HALF YEARS AGO; IS THAT RIGHT?

13:26   14   **A.**   ABOUT THAT, YES.

13:26   15   **Q.**   YOU HAVE A STAFF THAT ASSISTED YOU WITH THAT WORK; IS THAT

13:26   16   CORRECT?

13:26   17   **A.**   YES.

13:26   18   **Q.**   YOU DID ALSO REVIEW EXPERT REPORTS THAT WERE PREPARED FOR

13:27   19   PURPOSES OF THIS LITIGATION; IS THAT RIGHT?

13:27   20   **A.**   IN PREPARATION FOR MY TESTIMONY TODAY, YES.

13:27   21   **Q.**   YOU HAVEN'T REVIEWED THEM PRIOR TO TODAY?

13:27   22   **A.**   WELL, YES, I HAVE.  I'VE TESTIFIED THAT I'M FAMILIAR WITH

13:27   23   A LOT OF THE DOCUMENTS RELATED TO THE CASE, AND I HAVE TRIED TO

13:27   24   KEEP UP WITH RECENT WORK DONE BY OTHERS.

13:27   25   **Q.**   YOU REVIEWED THE REPORT PREPARED BY PAUL KEMP; IS THAT

13:27   1  RIGHT?

13:27   2  **A.**  I HAVE REVIEWED IT.

13:27   3  **Q.**  YOU ALSO REVIEWED ONE PREPARED BY SHEA PENLAND; IS THAT

13:27   4  RIGHT?

13:27   5  **A.**  BEFORE HIS DEATH, YES.

13:27   6  **Q.**  YOU DISCUSSED THE DOCUMENT COLLECTION THAT YOU WERE

13:27   7  PREPARING WITH THE PLAINTIFFS' EXPERTS; ISN'T THAT RIGHT?

13:27   8  **A.**  I DISCUSSED IT WITH THE PLAINTIFFS' EXPERTS?  I

13:27   9  PARTICIPATED IN, AS I RECALL, ONE MEETING WHERE WE DESCRIBED

13:27  10  WHAT OUR WORK PRODUCT WAS AND MADE IT AVAILABLE TO THE

13:28  11  PLAINTIFFS' EXPERTS.  SOME OF THEM DID COME AND LOOK AT THE

13:28  12  ORIGINAL COPIES IN ADDITION TO THE DIGITAL COPIES.

13:28  13  **Q.**  YOU AND YOUR STAFF WERE PAID FOR THE WORK YOU'VE DONE FOR

13:28  14  THE PLAINTIFFS; ISN'T THAT RIGHT?

13:28  15  **A.**  YES.

13:28  16        **MR. O'DONNELL:**  THAT'S BEEN ASKED AND ANSWERED.

13:28  17        **MS. MILLER:**  EXCUSE ME?

13:28  18        **THE COURT:**  PLEASE STAND WHEN THERE'S AN OBJECTION.

13:28  19        **MR. O'DONNELL:**  I'M SORRY.  OBJECTION:  ASKED AND

13:28  20  ANSWERED.

13:28  21        **THE COURT:**  HE'S ALREADY ANSWERED AGAIN, SO MOVE ON.

13:28  22        **THE WITNESS:**  I MIGHT ADD OR CLARIFY THAT THAT WORK

13:28  23  WAS DONE AT FEE SCHEDULE RATES, AND I THINK MY BILLING RATE FOR

13:28  24  THAT WAS PROBABLY $140 AN HOUR.  MY EXPERT WITNESS TESTIMONY

13:28  25  RATE WOULD BE IN THE $300-AN-HOUR RANGE.

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:28 | 1 | **MS. MILLER:**  I HAVE NO FURTHER QUESTIONS. |
| 13:28 | 2 | **THE COURT:**  THANK YOU, MA'AM. |
| 13:29 | 3 | ANY REDIRECT? |
| 13:29 | 4 | **MR. O'DONNELL:**  NO.  THANK YOU. |
| 13:29 | 5 | **THE COURT:**  THANK YOU, SIR. |
| 13:29 | 6 | SIR, YOU MAY STEP DOWN.  THANK YOU. |
| 13:29 | 7 | IS THIS WITNESS RELEASED?  IF HE'S RELEASED, HE |
| 13:29 | 8 | CAN COME IN, BUT HE CAN'T EVER TESTIFY AGAIN. |
| 13:29 | 9 | **MS. MILLER:**  YES, FROM YOUR OUR PERSPECTIVE. |
| 13:29 | 10 | **THE COURT:**  IS THIS WITNESS RELEASED? |
| 13:29 | 11 | **MR. O'DONNELL:**  YES. |
| 13:29 | 12 | **THE COURT:**  YOU, SIR, ARE RELEASED, SO YOU MAY STAY |
| 13:29 | 13 | OR YOU MAY GO, WHATEVER YOU CHOOSE. |
| 13:29 | 14 | OKAY.  NEXT WITNESS. |
| 13:29 | 15 | **MR. ANDRY:**  YOUR HONOR, AT THIS TIME THE PLAINTIFFS |
| 13:30 | 16 | WOULD LIKE TO OFFER, FILE, AND INTRODUCE THE DEPOSITION |
| 13:30 | 17 | EXCERPTS FOR MR. GATIEN LIVAUDAIS.  THAT'S PX-209, AND |
| 13:30 | 18 | UNDERSTANDING THAT THE COURT HAS ALREADY READ THE DEPOSITION |
| 13:30 | 19 | AND IS FAMILIAR WITH IT. |
| 13:30 | 20 | I WOULD JUST POINT OUT TO YOUR HONOR, CONSISTENT |
| 13:30 | 21 | WITH YOUR INSTRUCTIONS THIS MORNING, THAT WE ARE OFFERING THAT |
| 13:30 | 22 | FROM A HISTORICAL PERSPECTIVE TO SHOW AS AN EYEWITNESS ACCOUNT |
| 13:30 | 23 | BY MR. LIVAUDAIS, SINCE HE LIVED IN THE AREA, THE CONDITION OF |
| 13:30 | 24 | THE CENTRAL WETLANDS AND THE SURROUNDING AREA FROM THE '40S AND |
| 13:30 | 25 | THE TIME THAT HE BEGAN HIS EXPERIENCE THERE AND THROUGH THE |

| | | |
|---|---|---|
| 13:30 | 1 | TIME OF THE MRGO, AND THE CHANGES THAT HE EXPERIENCED AND THAT |
| 13:30 | 2 | HE WITNESSED AT THAT TIME. |
| 13:30 | 3 | I'M SORRY, YOUR HONOR? |
| 13:30 | 4 | **THE COURT:**  GO AHEAD. |
| 13:30 | 5 | **MR. ANDRY:**  AND ALSO TO REFERENCE, YOUR HONOR, TO THE |
| 13:30 | 6 | SPECIFIC REPORT TO THE ENVIRONMENTAL SUBCOMMITTEE, TIMBER AND |
| 13:30 | 7 | VEGETATION REPORT, WHICH IS PART OF EXHIBIT PX-886.  MR. GATIEN |
| 13:30 | 8 | LIVAUDAIS SERVED ON THE ST. BERNARD COASTAL ZONE ADVISORY |
| 13:30 | 9 | BOARD, AND HE PARTICIPATED IN THE EPA REPORT THAT WAS COMPILED |
| 13:31 | 10 | IN 2000, WHICH IS EXHIBIT PX-886. |
| 13:31 | 11 | WOULD YOU PULL THAT UP, PLEASE. |
| 13:31 | 12 | SPECIFICALLY, MR. LIVAUDAIS CONCLUDED AT |
| 13:31 | 13 | PAGE 17, WHICH IS HIS PORTION OF THE REPORT, THAT: |
| 13:31 | 14 | THE VALUE OF WETLANDS AS A PROTECTION AGAINST |
| 13:31 | 15 | HURRICANE STORM SURGES AND AS A BUFFER FOR WIND AND WAVE ACTION |
| 13:31 | 16 | IS TOO COSTLY TO CALCULATE A DOLLAR FIGURE.  A DEVASTATING |
| 13:31 | 17 | CATEGORY 5 HURRICANE COULD CAUSE BILLIONS OF DOLLARS OF DAMAGE |
| 13:31 | 18 | IN ST. BERNARD DUE TO THE LOSS OF WETLANDS DUE TO THE |
| 13:31 | 19 | CONSTRUCTION OF THE MISSISSIPPI RIVER GULF OUTLET. |
| 13:31 | 20 | THAT REPORT WAS SENT TO THE EPA AND WAS PART OF |
| 13:31 | 21 | THE MRGO TASK FORCE THAT WAS TALKED ABOUT EARLIER BY |
| 13:31 | 22 | MR. GAGLIANO.  THE CORPS PARTICIPATED, AND THE CORPS |
| 13:31 | 23 | REPRESENTATIVES PARTICIPATED IN THE COMPILATION OF THIS DATA. |
| 13:32 | 24 | WE'RE OFFERING THAT TO SHOW THAT THE CORPS HAD KNOWLEDGE, NOT |
| 13:32 | 25 | NECESSARILY TO SHOW THE TRUTH OF THE OPINION THEREIN. |

| | | |
|---|---|---|
| 13:32 | 1 | **THE COURT:** THE COURT NOTED THERE WERE A GOOD MANY |
| 13:32 | 2 | OBJECTIONS IN THAT PARTICULAR DEPOSITION. OF COURSE, AS |
| 13:32 | 3 | STATED, I WILL DEFER RULING DEPENDING UPON HOW MUCH OF THE |
| 13:32 | 4 | DEPOSITION IS UTILIZED IN THE COURT'S EVIDENTIARY -- |
| 13:32 | 5 | **MR. ANDRY:** WELL, YOUR HONOR, OKAY. WE'RE OFFERING |
| 13:32 | 6 | THE ENTIRE DEPOSITION WITH THEIR EXCERPTS AND -- |
| 13:32 | 7 | **THE COURT:** I UNDERSTAND. I'M SIMPLY SAYING THAT I |
| 13:32 | 8 | AM AWARE THAT THERE ARE MANY OBJECTIONS LODGED IN THAT |
| 13:32 | 9 | DEPOSITION. I'M RESERVING RULING ON THE DEPOSITIONS, AS I |
| 13:32 | 10 | STATED EARLIER. |
| 13:32 | 11 | **MR. ANDRY:** FOR THE COURT'S AND FOR EXPEDITION |
| 13:32 | 12 | PURPOSES, WE WILL STAND BY OUR RESPONSES MADE IN THE |
| 13:32 | 13 | DEPOSITIONS THEMSELVES. |
| 13:32 | 14 | **THE COURT:** I UNDERSTAND. DEFINITELY STAND BY THOSE |
| 13:32 | 15 | BECAUSE WE'RE NOT GOING TO HAVE ANY MORE. THAT IS ACCEPTED |
| 13:32 | 16 | INTO EVIDENCE AND IT IS MARKED -- DO WE HAVE A NUMBER? |
| 13:32 | 17 | **MR. ANDRY:** IT'S PX-209, YOUR HONOR. |
| 13:32 | 18 | **THE COURT:** PX-209. |
| 13:32 | 19 | **MR. ANDRY:** THANK YOU, YOUR HONOR. |
| 13:33 | 20 | **THE COURT:** ARE WE GOING TO INTRODUCE ALL OF THE |
| 13:33 | 21 | DEPOSITIONS TODAY THAT ARE LISTED ON HERE? |
| 13:33 | 22 | **MR. BRUNO:** NOT AT THIS MOMENT, YOUR HONOR. WE HAVE |
| 13:33 | 23 | A PLAN. WE'LL JUST GIVE IT TO YOU IN SMALL BITES. IF YOU'D |
| 13:33 | 24 | LIKE IT SOME OTHER WAY -- |
| 13:33 | 25 | **THE COURT:** NO. THIS IS FINE. NEXT WITNESS. |

FINAL DAILY COPY

13:33    1           **MR. O'DONNELL:**  YOUR HONOR, MR. ROY WILL HANDLE OUR

13:33    2    NEXT WITNESS.

13:33    3           **MR. ROY:**  YOUR HONOR, WE CALL CHAD MORRIS.

13:33    4           (WHEREUPON **CHAD MORRIS**, HAVING BEEN DULY SWORN,

13:33    5    TESTIFIED AS FOLLOWS.)

13:33    6           **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

13:33    7    CORRECT SPELLING FOR THE RECORD.

13:33    8           **THE WITNESS:**  CHAD AARON MORRIS:  C-H-A-D; A-A-R-O-N;

13:33    9    M-O-R-R-I-S.

13:34   10           **MR. ROY:**  ARE YOU READY, YOUR HONOR?

13:34   11           **THE COURT:**  YES, SIR.

13:34   12           **MR. ROY:**  YOUR HONOR, BY WAY OF INTRODUCTION, CHAD

13:34   13    MORRIS IS BEING TENDERED AS AN EXPERT IN THE FIELD OF SURVEYING

13:34   14    AND MAPPING.  HIS CURRICULUM VITAE IS IN THE RECORD AS PX-97.

13:34   15    HIS FULL REPORT IS IN AS PX-98.  WE'RE GOING TO PROCEED WITH

13:34   16    THE UNDERSTANDING AND AGREEMENT WITH OPPOSING COUNSEL, AS I

13:34   17    APPRECIATE IT, AND THE DIRECTION OF THE COURT NOT TO GO INTO

13:34   18    GREAT DEPTH OF WHAT IS IN THE EXPERT REPORT SINCE IT'S BEING

13:34   19    ACCEPTED IN LIEU OF TESTIMONY WITH THE SUPPLEMENTATION WE HAVE

13:34   20    TODAY.  WITH THAT UNDERSTANDING, I'LL PROCEED.

13:34   21           **THE COURT:**  DO YOU WANT TO MAKE A FORMAL TENDER?  YOU

13:34   22    MAY HAVE MADE THE FORMAL TENDER.  DO YOU WANT TO ASK HIM SOME

13:34   23    QUESTIONS BEFORE YOU MAKE THE FORMAL TENDER?

13:34   24           **MR. BAEZA:**  WE HAVE NO OBJECTION TO HIM BEING

13:35   25    PROFFERED AS AN EXPERT IN SURVEYING AND MAPPING, YOUR HONOR.

| | | |
|---|---|---|
| 13:35 | 1 | **THE COURT:**  THANK YOU.  THE COURT ACCEPTS HIM AS |
| 13:35 | 2 | TENDERED. |
| 13:35 | 3 | **MR. ROY:**  IN ADDITIONAL REFERENCE, MR. MORRIS, IN HIS |
| 13:35 | 4 | AREA OF EXPERTISE, COMPILED TECHNICAL DATA IN THE NATURE OF |
| 13:35 | 5 | SURVEYING, IN THE NATURE OF LIDAR AND BATHYMETRIC INFORMATION |
| 13:35 | 6 | WITH WHICH HE USED TO FORM A TECHNICAL DATABASE CALLED A GIS |
| 13:35 | 7 | WE'LL GO INTO, WHICH BECAME THE BASE FOR USE BY THE OTHER |
| 13:35 | 8 | PLAINTIFF TECHNICAL EXPERTS. |
| 13:35 | 9 | **DIRECT EXAMINATION** |
| 13:35 | 10 | BY MR. ROY: |
| 13:35 | 11 | **Q.**  MR. MORRIS, THE TASK THAT WAS ASSIGNED TO YOU BY THE |
| 13:35 | 12 | *ROBINSON* TRIAL TEAM WAS TO RESEARCH, STUDY, AND, IF NECESSARY, |
| 13:35 | 13 | SURVEY THE RELEVANT INFORMATION INVOLVING ELEVATIONS AND |
| 13:35 | 14 | MEASUREMENTS IN ORLEANS AND ST. BERNARD PARISHES, TO ASSEMBLE |
| 13:36 | 15 | THAT INFORMATION FOR RELIANCE FOR OTHER PLAINTIFF EXPERT USE; |
| 13:36 | 16 | CORRECT? |
| 13:36 | 17 | **A.**  YES. |
| 13:36 | 18 | **Q.**  DID YOU DO THAT? |
| 13:36 | 19 | **A.**  YES. |
| 13:36 | 20 | **Q.**  GENERALLY SPEAKING, YOU ASSEMBLED A GEOGRAPHIC INFORMATION |
| 13:36 | 21 | SYSTEM, OR A GIS, CONTAINING AT LEAST 60 DIFFERENT LAYERS OF |
| 13:36 | 22 | INFORMATION, INCLUDING THE FIVE GENERAL TYPES OF INFORMATION: |
| 13:36 | 23 | MEAN SEA LEVEL AND NORTH AMERICAN VERTICAL DATUM AND SO FORTH |
| 13:36 | 24 | AS YOU DESCRIBE IN YOUR REPORT; LIDAR, BOTH PRE- AND |
| 13:36 | 25 | POST-KATRINA; PHOTOGRAPHS, PRE- AND POST-KATRINA; SEVERAL |

| | | |
|---|---|---|
| 13:36 | 1 | THOUSAND ACTUAL GROUND SURVEY POINTS; AND HYDROGRAPHIC DATA OR |
| 13:36 | 2 | BATHYMETRY OF THE MRGO CHANNEL ITSELF.  CORRECT? |
| 13:36 | 3 | **A.**   THOSE ARE A FEW OF THE LAYERS, YES. |
| 13:36 | 4 | **Q.**   WHAT IS A GIS IN YOUR FIELD? |
| 13:36 | 5 | **A.**   IT'S BASICALLY A COMPILATION OF SPATIAL DATA.  ANYTHING |
| 13:36 | 6 | THAT CAN BE PUT ON A MAP CAN BE ENTERED INTO THE GIS AS A LAYER |
| 13:37 | 7 | SO THAT IT CAN BE COMPARED WITH OTHER SPATIAL DATA.  IT'S A |
| 13:37 | 8 | VERY USEFUL TOOL IN ANALYZING COMPLEX SYSTEMS THAT CAN BE |
| 13:37 | 9 | VIEWED SPATIALLY. |
| 13:37 | 10 | **Q.**   OVER 90 PERCENT OF THE INFORMATION -- THE DATA, IF YOU |
| 13:37 | 11 | WILL -- THAT WENT INTO THIS GIS YOU COMPILED, IN FACT, CAME |
| 13:37 | 12 | FROM THE ARMY CORPS OF ENGINEERS' SOURCES ITSELF; IS THAT |
| 13:37 | 13 | CORRECT? |
| 13:37 | 14 | **A.**   THAT'S CORRECT, EITHER FROM THE ARMY CORPS OF ENGINEERS OR |
| 13:37 | 15 | IPET. |
| 13:37 | 16 | **Q.**   NOW, YOU'VE COMPILED THE GIS ITSELF, AND THIS IS REFLECTED |
| 13:37 | 17 | IN PX-1810 THROUGH 1877 PLUS -- THAT INCLUDES 1853; CORRECT? |
| 13:37 | 18 | **A.**   YES.  THOSE ARE THE SPECIFIC LAYERS IN THE GIS, ALTHOUGH I |
| 13:37 | 19 | BELIEVE THAT 1877 IS THE DATABASE OF INFORMATION THAT WAS |
| 13:37 | 20 | PROVIDED BY THE CORPS.  NOT NECESSARILY EVERY PIECE OF |
| 13:38 | 21 | INFORMATION IN THAT DATABASE WOULD HAVE BEEN COMPILED INTO THE |
| 13:38 | 22 | GIS. |
| 13:38 | 23 | **Q.**   BUT ALL OF THE LIDAR AVAILABLE FROM ALL SOURCES THAT YOU |
| 13:38 | 24 | DESCRIBE IN YOUR REPORT, AVAILABLE FOR THE WHOLE AREA THROUGH |
| 13:38 | 25 | THIS GIS AND YOUR ELEVATIONS AND THE OTHER DATA WE TALKED |

13:38    1    ABOUT, THE RELEVANT STUFF FROM THE GIS IS WHAT WAS FURNISHED BY

13:38    2    YOU OR THROUGH YOU TO THE DELFT MODELERS?

13:38    3    **A.**    RIGHT.   WE BASICALLY TOOK THE CORPS INFORMATION AND

13:38    4    EXTRACTED THE MOST PERTINENT, MOST SUITABLE INFORMATION FOR

13:38    5    WHATEVER THE PARTICULAR EXPERT NEEDED IN THEIR ANALYSIS.

13:38    6    **Q.**    WHILE THE BATHYMETRY OF THE MRGO CHANNEL THAT YOU DEAL

13:38    7    WITH IN YOUR APPENDICES, PX-99 AND 100 IN YOUR REPORT, YOU HAD

13:38    8    IHNC BATHYMETRY FROM IPET AND SOME REACH 1 AND REACH 2 BOTTOM

13:39    9    DATA FROM THE CORPS, BUT IT WAS LIMITED TO THE BOTTOM ITSELF

13:39   10    WITHOUT THE ACTUAL SIDE SLOPES; CORRECT?

13:39   11            **MR. BAEZA:**  OBJECTION:   LEADING, YOUR HONOR.

13:39   12            **MR. ROY:**  HE'S AN EXPERT, YOUR HONOR.

13:39   13            **THE COURT:**   ALTHOUGH THE FEDERAL RULES DON'T MAKE A

13:39   14    SPECIFIC ADMONITION OR AUTHORIZATION, SINCE THIS COURT, UNDER

13:39   15    THE FEDERAL RULES OF EVIDENCE AND THE FEDERAL RULES OF CIVIL

13:39   16    PROCEDURE, HAS A RIGHT TO ALLOW LEADING QUESTIONS, I'M GOING TO

13:39   17    ALLOW LEADING QUESTIONS OF THE EXPERT FOR THE PURPOSES OF

13:39   18    EXPEDITING, AS IT IS TRADITIONALLY DONE.   OVERRULED.

13:39   19    **BY MR. ROY:**

13:39   20    **Q.**    THE INFORMATION THAT CAME FROM THE CORPS REGARDING THE

13:39   21    BATHYMETRY OF THE MRGO DID NOT INCLUDE THE SIDE SLOPE DATA; IS

13:39   22    THAT CORRECT?

13:39   23    **A.**    THAT'S CORRECT.   THERE WAS DETAILED INFORMATION ON ALL OF

13:39   24    THE OUTLET CHANNELS, BUT FOR SOME REASON THEY CHOSE NOT TO

13:40   25    PERFORM DETAILED SURVEYS OF THE MRGO.   THE BATHYMETRIC DATA

13:40  1  THAT WE HAD IN THOSE AREAS WAS BASICALLY LIMITED TO THE BOTTOM

13:40  2  OF THE CHANNEL.

13:40  3  Q.   SO FOR REACH 1 AND REACH 2, UNDER YOUR SUPERVISION A

13:40  4  HYDROGRAPHIC SURVEY WAS DONE, AND THAT INFORMATION WENT INTO

13:40  5  YOUR GIS DATABASE, WHICH WENT TO THE DELFT MODELERS; CORRECT?

13:40  6  A.   YES.

13:40  7  Q.   NOW, BASICALLY, WITH THE GIS MODELING THAT YOU DID, ANYONE

13:40  8  IN THIS COURTROOM, CERTAINLY INCLUDING THE JUDGE, COULD

13:40  9  BASICALLY ASK YOU TO PULL UP ANY COMBINATION OF SURVEYS,

13:40  10 PHOTOGRAPHS -- HISTORICAL OR OTHERWISE -- AND IT COULD BE

13:40  11 PULLED UP AND OVERLAID AND MEASUREMENTS CAN BE TAKEN OUT OF

13:40  12 THIS GIS; CORRECT?

13:40  13 A.   YES, BUT THERE ARE -- IT'S VERY IMPORTANT TO UNDERSTAND

13:41  14 THE DATA SOURCES, AND THERE ARE LIMITATIONS ON SOME OF THE DATA

13:41  15 SOURCES.  BUT, YES, OTHER THAN THAT CAVEAT, THE GIS IS CAPABLE

13:41  16 OF PROVIDING THAT INFORMATION.

13:41  17 Q.   AS PART OF YOUR RESEARCH, YOU DETERMINED THE ACTUAL GROUND

13:41  18 ELEVATIONS IN THE IMMEDIATE AREA FOR EACH OF THE PLAINTIFFS'

13:41  19 RELEVANT ADDRESSES FOR THIS LITIGATION; CORRECT?

13:41  20 A.   YES.

13:41  21 Q.   THAT'S IN THIS DATABASE.  I'D ASK AT THIS TIME THAT

13:41  22 EXHIBIT PX-1810.4 BE PULLED UP.

13:41  23       NOW, TO CUT TO THE CHASE, YOU HAVE LABELED WHERE

13:41  24 NORMAN ROBINSON'S ADDRESS IS, THE FRANZ'S, LATTIMORE &

13:41  25 ASSOCIATES, THE LATTIMORE OTHER ADDRESS, AND TANYA SMITH AND

FINAL DAILY COPY

13:41   1   THEIR ELEVATIONS AT THOSE POINTS; CORRECT?

13:42   2   **A.**   YES.

13:42   3   **Q.**   WILL YOU READ INTO THE RECORD WHAT THEIR ACTUAL ELEVATIONS

13:42   4   ARE FOR EACH OF THEIR RELEVANT ADDRESSES, BY NAME.

13:42   5   **A.**   I SHOULD HAVE GIVEN A LITTLE BIT OF BACKGROUND

13:42   6   INFORMATION.  THESE ELEVATIONS WERE TAKEN DIRECTLY FROM THE

13:42   7   15-FOOT LIDAR THAT'S AVAILABLE IN THE AREA.  I ALSO PERFORMED

13:42   8   SURVEY CHECKS OF THESE ELEVATIONS.  BUT FOR CONSISTENCY

13:42   9   PURPOSES ON WHAT WE PROVIDED TO DELFT, IT WAS THE ELEVATIONS

13:42   10  HERE, AND I'LL READ THOSE.

13:42   11          I SHOULD ADD, OBVIOUSLY, THE CONSISTENCY CHECKS DID

13:42   12  SHOW VERY CLOSE CORRELATION BETWEEN ACTUAL SURVEY ELEVATIONS

13:42   13  AND THESE ELEVATIONS.

13:42   14  **Q.**   SOME WOULD SAY IN YOUR FIELD THAT YOUR ACTUAL ON-SITE

13:42   15  SURVEYS OF THOSE ELEVATIONS WAS A VALIDATION CHECK OF THE LIDAR

13:42   16  DATA; CORRECT?

13:42   17  **A.**   YES, IT WAS.

13:42   18  **Q.**   THE LIDAR DATA IS NOT PRECISE, THERE IS SOME VARIANCE, BUT

13:42   19  YOU VALIDATED IT --

13:42   20  **A.**   YES.

13:42   21  **Q.**   -- WITHIN REASONABLE NUMBERS?

13:42   22  **A.**   YES.

13:42   23  **Q.**   TELL THE COURT WHAT THOSE ELEVATIONS ARE BY NAME AND

13:43   24  PLAINTIFF, PLEASE.

13:43   25  **A.**   NORMAN ROBINSON, MINUS 7.1; THE FRANZ RESIDENCE, ELEVATION

FINAL DAILY COPY

13:43   1   1.5; LATTIMORE & ASSOCIATES, ELEVATION 4.3; KENT LATTIMORE,

13:43   2   ELEVATION 5; TANYA SMITH, ELEVATION 0.8.

13:43   3   **Q.**   OF COURSE, THIS IS IN FEET, NOT METERS; CORRECT?

13:43   4   **A.**   THAT'S CORRECT.

13:43   5   **Q.**   IT'S RELATIVE TO WHAT, MEAN SEA LEVEL?

13:43   6   **A.**   NORTH AMERICAN VERTICAL DATUM 1988-2004.65.

13:43   7   **Q.**   NOW, LET'S LOOK AT SOME OTHER EXAMPLES OF SPECIFIC DATA

13:43   8   THAT YOU COMPILED, SPECIFICALLY A PHOTO OF REACH 1 AND 2

13:43   9   PRE-MRGO, THE SAME AREA, REACH 1, REACH 2.  WE CALL UP EXHIBIT

13:44   10   PX-1810.1, PLEASE.

13:44   11           NOW, TELL THE COURT WHAT THIS IS A SLIDE OF AND WHAT

13:44   12   YOU'VE DONE, HOW YOU'VE BUILT THIS PARTICULAR OVERLAY.

13:44   13   **A.**   THIS SHOWS A COMPILATION OF PRE-MRGO PHOTOGRAPHY IN THE, I

13:44   14   BELIEVE, 1958 TIME FRAME WITH THE PROPOSED OR AUTHORIZED TOP OF

13:44   15   THE CHANNEL, ALONG WITH THE RIVER MODELS FOR ORIENTATION.

13:44   16           **MR. BAEZA:**  OBJECTION WITH RESPECT TO AUTHORIZED WITH

13:44   17   THE CHANNEL.  THE WITNESS HAS NOT BEEN PROFFERED AS AN EXPERT

13:44   18   AS TO THE DESIGN DIMENSIONS OF MRGO.

13:44   19           **THE COURT:**  OVERRULED.  IT'S PUBLIC KNOWLEDGE.

13:44   20           **MR. BAEZA:**  YES, YOUR HONOR.

13:44   21   BY **MR. ROY:**

13:44   22   **Q.**   YOU USED THE TERM *AUTHORIZED*.  WHATEVER TERM WE'RE GOING

13:44   23   TO CALL IT HERE, DESCRIBE IN LAYMAN'S LANGUAGE WHAT IS INTENDED

13:44   24   BY YOUR USE OF THE PARALLEL YELLOW LINES AS AN OVERLAY ON THIS.

13:44   25   **A.**   THAT'S WHERE THEY CUT THE CHANNEL.  THOSE ARE THE LIMITS

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:45 | 1 | OF WHERE THEY CUT THE CHANNEL. |
| 13:45 | 2 | **Q.**   THE ORIGINAL CUT? |
| 13:45 | 3 | **A.**   YES. |
| 13:45 | 4 | **Q.**   WHAT WAS THAT WIDTH ACCORDING TO THE DATA YOU GOT? |
| 13:45 | 5 | **A.**   650 FEET WIDE. |
| 13:45 | 6 | **Q.**   NOW, IF YOU THEN LOOK AT THE DATABASE OF PHOTOGRAPHS |
| 13:45 | 7 | COMING OUT OF 1976, THAT WOULD BE ILLUSTRATED BY, FOR EXAMPLE, |
| 13:45 | 8 | PX-1810.7, WOULDN'T IT?  TELL THE COURT WHAT WE HAVE HERE. |
| 13:45 | 9 | **A.**   IT'S A LITTLE HARD TO SEE UNLESS WE ZOOM IN, BUT THAT'S AN |
| 13:45 | 10 | IMAGE TAKEN AFTER THE CHANNEL WAS CUT.  IF YOU'D LIKE TO ZOOM |
| 13:45 | 11 | IN, WE CAN DO THAT IN THE GIS.  IT'LL BE -- |
| 13:45 | 12 | **Q.**   WHY DON'T WE SWITCH TO THE GIS ITSELF AND LET YOU FLESH |
| 13:45 | 13 | OUT THIS SO THAT WE CAN ILLUSTRATE TO THE COURT HOW THESE |
| 13:46 | 14 | LAYERS OVERLAY EACH OTHER. |
| 13:46 | 15 | **A.**   IF YOU WOULD, PLEASE ZOOM IN IN THE VICINITY OF |
| 13:46 | 16 | BAYOU BIENVENUE.  YOU CAN ZOOM IN A LITTLE TIGHTER. |
| 13:46 | 17 | THE YELLOW LINES ARE THE SAME YELLOW LINES AS WE SAW |
| 13:46 | 18 | ON THE PREVIOUS IMAGE.  YOU CAN SEE THAT THERE'S ALREADY SOME |
| 13:46 | 19 | CHANNEL GROWTH THERE.  IF YOU'D LIKE TO, WE CAN PUT THE TWO |
| 13:46 | 20 | IMAGES TOGETHER AND YOU CAN VISUALLY SEE HOW THE CHANNEL GROWTH |
| 13:46 | 21 | IS APPARENT. |
| 13:46 | 22 | **Q.**   FROM A VALIDATION STANDPOINT, YOU'VE USED YOUR EXPERTISE |
| 13:46 | 23 | AS A SURVEYOR AND MAPPER TO ACTUALLY MAKE SURE THESE OVERLAYS |
| 13:46 | 24 | ARE ACCURATE AND TO SCALE; CORRECT? |
| 13:46 | 25 | **A.**   YES. |

| | | |
|---|---|---|
| 13:46 | 1 | **THE COURT:** WOULD YOU SHOW BAYOU BIENVENUE ON THERE |
| 13:46 | 2 | JUST FOR ORIENTATION, PLEASE.  JUST PUT A MARK WITH THE STYLUS. |
| 13:46 | 3 | **THE WITNESS:** I JUST DID, SIR. |
| 13:46 | 4 | **THE COURT:** PERFECT.  THANK YOU. |
| 13:46 | 5 | **MR. ROY:** DO YOU WANT TO PRINT THAT, JUDGE, AND LET |
| 13:46 | 6 | THAT BE A SUB-EXHIBIT? |
| 13:46 | 7 | **THE COURT:** I DON'T NEED TO.  I'LL LEAVE THAT UP TO |
| 13:47 | 8 | YOUR WISHES. |
| 13:47 | 9 | **BY MR. ROY:** |
| 13:47 | 10 | **Q.** WHY DON'T YOU GO DOWN TO .53 ON THIS. |
| 13:47 | 11 | **A.** MILE MARKER 53? |
| 13:47 | 12 | **Q.** YEAH, MILE MARKER 53.  LET'S GET SOME HIGHER RESOLUTION |
| 13:47 | 13 | THERE.  NOW, IS THIS THE AREA GENERALLY -- YOU WERE IN THE |
| 13:47 | 14 | COURTROOM, RIGHT, WHEN THE LAND BRIDGE WAS DISCUSSED WITH |
| 13:47 | 15 | DR. GAGLIANO? |
| 13:47 | 16 | **A.** YES.  THIS IS THAT AREA. |
| 13:47 | 17 | **Q.** IN THE 1976 PHOTOGRAPHY, IS THERE A LAND BRIDGE ACCORDING |
| 13:47 | 18 | TO YOUR INFORMATION THAT YOU HAVE ACCRUED? |
| 13:47 | 19 | **A.** THIS AREA -- I BELIEVE THERE WAS ALWAYS AT LEAST A SMALL |
| 13:47 | 20 | GAP BECAUSE THAT'S WHERE BAYOU DUPRE CAME THROUGH, BUT THIS IS |
| 13:48 | 21 | WHAT THE AREA LOOKED LIKE IN 1976. |
| 13:48 | 22 | **Q.** YOU HAVE A SERIES OF ADDITIONAL SIMILAR LAYOUTS, IF YOU |
| 13:48 | 23 | WILL, OF THE LENGTH OF THE MRGO REPRESENTING 1985 PHOTOGRAPHY, |
| 13:48 | 24 | WHICH WOULD BE ILLUSTRATED IN PX-1810.8.  LET'S PULL THAT UP. |
| 13:48 | 25 | CAN YOU ZOOM INTO THE SAME SPOT AT MILE MARKER 53. |

13:48    1           YOUR MEASUREMENTS INDICATED -- AND ANOTHER EXPERT

13:48    2    WILL DEAL WITH THE EXTENTS OF IT.  YOUR CORRELATIONS WERE ABLE

13:48    3    TO -- EITHER YOURSELF OR ANOTHER EXPERT RELYING UPON THIS SAME

13:49    4    DATA, TO ACTUALLY MEASURE THE GROWTH OF THE MRGO CHANNEL WITH

13:49    5    EACH SERIES OF YEARS PASSING; RIGHT?

13:49    6    **A.**   IF YOU LIKE, WE CAN OVERLAY THEM AND YOU CAN SEE, SAY,

13:49    7    PRECUT WITH THIS IMAGERY, AND YOU COULD SEE THAT GROWTH.  BUT,

13:49    8    YES, IT IS CERTAINLY POSSIBLE TO MAKE MEASUREMENTS.

13:49    9    **Q.**   WE'RE GOING TO DO THAT WHEN WE GET TO THE NEXT YEAR.

13:49   10    LET'S PULL UP PX-1810.9.  THIS WOULD BE AN EXAMPLE OF THE 1998

13:49   11    PHOTOGRAPHY, WOULD IT NOT, AT THE SAME POINT?

13:49   12    **A.**   YES.

13:49   13    **Q.**   ONCE AGAIN ILLUSTRATING GRAPHICALLY AND TO SCALE THE

13:49   14    AMOUNT OF DETERIORATION AT THAT POINT?

13:49   15    **A.**   YES.

13:49   16    **Q.**   BUT THE FULL EXHIBIT ACTUALLY IS CAPABLE OF EXAMINING ANY

13:49   17    POINT ALONG THE MRGO?

13:49   18    **A.**   YES.

13:49   19    **Q.**   THE SAME IS TRUE FOR 1810.8 OR 1810.7?

13:50   20    **A.**   YOU CAN PUT ANY COMBINATION OF THE IMAGERY IN PLACE AND

13:50   21    COMPARE THEM TO EACH OTHER.

13:50   22    **Q.**   LET'S TAKE 1810.9, THE 1998 IMAGERY, AND COMPARE IT TO THE

13:50   23    ORIGINAL DUG WIDTH OF THE MRGO.  CAN YOU OVERLAY THAT IN YOUR

13:50   24    GIS?

13:50   25    **A.**   YOU WANT THE '58 OR THE 1976?

| | | |
|---|---|---|
| 13:50 | 1 | **Q.**   '58. |
| 13:50 | 2 | **A.**   THAT'S '58, FREE CHANNEL.  THEN PULL UP THE '98 |
| 13:50 | 3 | PHOTOGRAPHY, AND YOU CAN SLIDE BACK AND FORTH AND SEE THE |
| 13:50 | 4 | CHANGE.  YOU CAN SEE THAT THE YELLOW LINES DON'T MOVE.  THOSE |
| 13:50 | 5 | ARE IN PLACE ON BOTH.  YOU CAN SEE WHAT WAS THERE BEFORE AND |
| 13:50 | 6 | WHAT WAS THERE IN 1998. |
| 13:50 | 7 | THE COURT:  IS THAT BAYOU DUPRE THAT I'M SEEING? |
| 13:50 | 8 | THE WITNESS:  YES, SIR, THAT'S BAYOU DUPRE. |
| 13:50 | 9 | MR. ROY:  I'M NOT GOING TO DWELL ON THESE BECAUSE I |
| 13:51 | 10 | KNOW THEIR EXPERT IS GOING TO SPEND -- |
| 13:51 | 11 | THE COURT:  IT'S PRETTY INTERESTING. |
| 13:51 | 12 | MR. ROY:  -- A GREAT DEAL OF TIME.  THIS IS FOR |
| 13:51 | 13 | ORIENTATION PURPOSES PURELY. |
| 13:51 | 14 | **BY MR. ROY:** |
| 13:51 | 15 | **Q.**   SO THE WIDTH OF THE MRGO REACH 2 AS IT EXISTED IN THE |
| 13:51 | 16 | EARLY 2000S, PRIOR TO KATRINA, IS ACTUALLY ILLUSTRATED IN WHAT |
| 13:51 | 17 | EXHIBIT BEST?  WOULD THAT BE 98.1? |
| 13:51 | 18 | **A.**   YEAH.  I BELIEVE, 98.1 IS A GOOD ONE TO SHOW.  IT SHOWS |
| 13:51 | 19 | THE WIDTH IN THE VICINITY OF BAYOU BIENVENUE. |
| 13:51 | 20 | **Q.**   LET'S PULL THAT UP, 98.1.  NOW, THIS IS ACTUALLY |
| 13:51 | 21 | POST-KATRINA; IS THAT CORRECT? |
| 13:51 | 22 | **A.**   THAT'S CORRECT.  WE DID A SERIES OF MEASUREMENTS OF THE |
| 13:52 | 23 | LOCATION OF THE CHANNEL BANK WITH THE POST-KATRINA IMAGERY |
| 13:52 | 24 | BECAUSE IT WAS IMAGERY THAT WAS GEO-REFERENCED BY THE |
| 13:52 | 25 | GOVERNMENT AND BY GOVERNMENT CONTRACTORS WHO DID THAT IN A VERY |

| 13:52 | 1 | PRECISE MANNER AND A CONTROLLED MANNER, BUT WE ALSO COMPARED |
| 13:52 | 2 | THAT WITH IMAGERY IMMEDIATELY PRE-KATRINA.  WE CAN OVERLAY |
| 13:52 | 3 | THOSE ON TOP OF EACH OTHER AND YOU CAN SEE THAT THERE'S VERY |
| 13:52 | 4 | LITTLE DIFFERENCE. |
| 13:52 | 5 | **Q.**   IF I'M UNDERSTANDING YOUR POINT, THIS PHOTOGRAPH HERE, |
| 13:52 | 6 | WHILE ACTUALLY BUILT OFF OF A POST-KATRINA PHOTOGRAPH FOR |
| 13:52 | 7 | PURPOSES OF MEASURING THE WIDENED WIDTH OF THE MRGO, ACTUALLY |
| 13:52 | 8 | IS A VIRTUAL IDENTICAL OVERLAY OF THE ONES TAKEN IMMEDIATELY |
| 13:52 | 9 | BEFORE; YOU JUST USED THIS ONE BECAUSE OF THE HIGHER RESOLUTION |
| 13:52 | 10 | AND QUALITY? |
| 13:52 | 11 | **A.**   YES. |
| 13:52 | 12 | **Q.**   THE FIGURES WHICH YOU HAVE MARKED ON HERE SHOWING |
| 13:52 | 13 | 2,500-FOOT WIDTH, 3,700 WIDTH AND 2,800 WIDTH, THESE ARE |
| 13:53 | 14 | INTENDED TO ILLUSTRATE COMPREHENSIVE WIDTHS THAT, AS OF |
| 13:53 | 15 | IMMEDIATELY PRIOR TO KATRINA, THE MRGO HAD WIDENED TO? |
| 13:53 | 16 | **A.**   YES.  IT'S VERY OBVIOUS THAT IT'S MUCH LARGER THAN WHAT IT |
| 13:53 | 17 | WAS WHEN IT WAS DONE. |
| 13:53 | 18 | **Q.**   LET'S LOOK AT SOME PRE-KATRINA STRUCTURAL ELEVATIONS. |
| 13:53 | 19 | COULD WE TURN TO PX-98.2.  THIS IS ANOTHER REFERENCE DOCUMENT, |
| 13:53 | 20 | SORT OF A BASELINE THAT -- |
| 13:53 | 21 | **A.**   WE DON'T HAVE THE RIGHT DOCUMENT UP.  WHICH DOCUMENT? |
| 13:53 | 22 | **Q.**   98.2. |
| 13:54 | 23 | **THE COURT:**  THAT'S EXHIBIT 98.2? |
| 13:54 | 24 | **MR. ROY:**  YES, SIR.  98.2. |
| 13:54 | 25 | **THE COURT:**  WE'RE OFF THE 1810 NOW BACK ONTO 98.2. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:54 | 1 | **BY MR. ROY:** |
| 13:54 | 2 | **Q.**   NOW, THE PURPOSE OF YOUR CONSTRUCTING THIS IS MERELY TO |
| 13:54 | 3 | GIVE CONSISTENT NAMES OF THE SECTIONS OF THE FLOOD PROTECTION |
| 13:54 | 4 | THAT ARE GOING TO BE REFERENCED BY LATER EXPERTS IN THIS |
| 13:54 | 5 | LITIGATION; CORRECT? |
| 13:54 | 6 | **A.**   YES.  IT'S JUST A MAP DEPICTING THE FLOOD PROTECTION. |
| 13:54 | 7 | **Q.**   YOU LABELED SPECIFICALLY THE 40 ARPENT CANAL, MRGO |
| 13:54 | 8 | REACH 2, THE VERRET LEVEE, AND THE OTHER NAMED LEVEES AND |
| 13:54 | 9 | STRUCTURES ON HERE; CORRECT? |
| 13:54 | 10 | **A.**   YES. |
| 13:54 | 11 | **Q.**   IT'S BASICALLY THE GREATER NEW ORLEANS FLOOD PROTECTION |
| 13:54 | 12 | SYSTEM; RIGHT? |
| 13:54 | 13 | **A.**   YES. |
| 13:54 | 14 | **Q.**   USING YOUR INFORMATION THAT YOU OBTAINED AND BUILT YOUR |
| 13:54 | 15 | GIS WITH, WERE YOU ABLE TO ACTUALLY GET THE DESIGN HEIGHTS THAT |
| 13:55 | 16 | THE CORPS HAD FOR THE STRUCTURES? |
| 13:55 | 17 | **A.**   WE USED DESIGN HEIGHT INFORMATION THAT WAS IN THE |
| 13:55 | 18 | DECISION-MAKING CHRONOLOGY DOCUMENT TO COMPARE WITH THE |
| 13:55 | 19 | POST-KATRINA ELEVATIONS. |
| 13:55 | 20 | **MR. ROY:**  FOR THE COURT'S REFERENCE, THAT'S PX-26.1. |
| 13:55 | 21 | **THE COURT:**  THANK YOU. |
| 13:55 | 22 | **BY MR. ROY:** |
| 13:55 | 23 | **Q.**   IN BUILDING YOUR LIDAR BASE -- LET'S USE 1810.2 AS AN |
| 13:55 | 24 | EXAMPLE OF THE COVERAGE AREAS OF THE LIDAR.  WELL, LET'S NOT |
| 13:56 | 25 | WASTE THE COURT'S TIME. |

FINAL DAILY COPY

13:56   1              SUFFICE IT TO SAY, MR. MORRIS, 1810.2, WHICH IS GOING

13:56   2   IN THE RECORD, IS GOING TO HAVE A LEGEND WITH AN OVERLAY THAT

13:56   3   SHOWS THE POST-STORM 2-FOOT SCALE LIDAR, THE POST-STORM 3-FOOT

13:56   4   GRID LIDAR, THE PRE-STORM 1-FOOT GRID LIDAR, AND THE PRE-STORM,

13:56   5   15-FOOT LIDAR, AND WHERE THOSE GRIDS WERE; CORRECT?

13:56   6   A.   RIGHT.  IT MERELY SERVES AS A TOOL TO SEE THE LIMITS OF

13:56   7   THE COVERAGE AREAS.

13:56   8   Q.   SO THAT WHEN OTHER EXPERTS BUILD IMAGES OUT OF YOUR

13:56   9   DATABASE AND ARE RELYING UPON LIDAR, THERE'S AN ACTUAL

13:56   10  CROSS-REFERENCE TO SEE WHERE IT WAS.  AND MOST OF THAT, IN

13:56   11  FACT, CAME FROM THE SOURCES YOU TOLD US ABOUT; CORRECT?

13:56   12  A.   IT ALL COMES FROM THE SOURCES.  IT'S JUST A DOCUMENT TO

13:56   13  HELP SOMEONE SEE WHETHER OR NOT LIDAR WAS AVAILABLE IN A

13:57   14  SPECIFIC AREA.

13:57   15  Q.   CAN WE PULL UP 98.3.

13:57   16              NOW, MR. MORRIS, 98.3 IS SORT OF A SUMMARY DOCUMENT,

13:57   17  IF YOU WILL, OF THE CHALMETTE LEVEE SYSTEM HEIGHTS COMPARED TO

13:57   18  THE DESIGN HEIGHTS FROM THE MEMO YOU SPOKE OF; CORRECT?

13:57   19  A.   YES.

13:57   20  Q.   CAN YOU TELL THE COURT HOW TO INTERPRET THIS EXHIBIT RIGHT

13:57   21  HERE.

13:57   22  A.   BASICALLY, THEY'RE COLOR CODED, STARTING AT STRUCTURES

13:57   23  THAT WERE AT OR ABOVE DESIGN GRADE IN WHITE, STRUCTURES THAT

13:57   24  WERE 0 TO 1 FOOT BELOW DESIGN GRADE IN GREEN, STRUCTURES THAT

13:57   25  WERE 1 TO 2 FOOT BELOW DESIGN GRADE IN YELLOW, AND STRUCTURES

| | | |
|---|---|---|
| 13:57 | 1 | THAT WERE MORE THAN 2 FEET BELOW DESIGN GRADE IN RED. |
| 13:57 | 2 | **Q.**   NOW, IN A POINT OF REFERENCE, IS THIS IMMEDIATELY |
| 13:58 | 3 | PRE-STORM OR AFTER-STORM? |
| 13:58 | 4 | **A.**   THIS UTILIZES THE PRE-KATRINA INFORMATION. |
| 13:58 | 5 | **Q.**   SO FOR A GENERAL OVERVIEW, FOR WHATEVER REASON THAT LEVEES |
| 13:58 | 6 | IN THIS PARTICULAR SYSTEM WERE AT OR BELOW DESIGN GRADE, THIS |
| 13:58 | 7 | IS INTENDED AS A COLOR-CODED CHART TO GIVE A GENERAL QUICK |
| 13:58 | 8 | REFERENCE OF THE AREAS WITHIN CERTAIN PARAMETERS BELOW GRADE; |
| 13:58 | 9 | CORRECT? |
| 13:58 | 10 | **A.**   YES. |
| 13:58 | 11 | **THE COURT:**  MR. ROY, I'M SORRY.  I WAS WRITING A NOTE |
| 13:58 | 12 | HERE.  IF A PORTION OF THE LEVEE WAS AT DESIGN GRADE, WHAT |
| 13:58 | 13 | COLOR WOULD THAT BE? |
| 13:58 | 14 | **THE WITNESS:**  WHITE. |
| 13:58 | 15 | **THE COURT:**  THANK YOU.  THANK YOU.  THAT'S WHAT I |
| 13:58 | 16 | THOUGHT.  I COULDN'T QUITE READ IT. |
| 13:58 | 17 | **BY MR. ROY:** |
| 13:58 | 18 | **Q.**   ACTUALLY, IF IT'S RELEVANT FOR ANYBODY'S INQUIRY, RIGHT |
| 13:58 | 19 | NOW, AT ANY POINT, USING YOUR GIS, YOU CAN GO TO ANY PIECE OF |
| 13:58 | 20 | THIS LEVEE AND GIVE THE EXACT HEIGHT, WIDTH, AND EVERYTHING? |
| 13:59 | 21 | **A.**   I WOULD NEVER WANT TO USE THE TERM *EXACT*.  BUT YES, WE CAN |
| 13:59 | 22 | SHOW THE RELEVANT DATA -- |
| 13:59 | 23 | **Q.**   AS CLOSE AS IS MATHEMATICALLY POSSIBLE. |
| 13:59 | 24 | **A.**   WE CAN SHOW IT AS GOOD AS THE AVAILABLE INFORMATION WILL |
| 13:59 | 25 | SHOW, YES. |

13:59   1   **Q.**   FROM THE STANDPOINT OF RELIABILITY OF YOUR DATABASE,

13:59   2   THAT'S WHAT I'M ILLUSTRATING.

13:59   3   **A.**   YES, SIR.

13:59   4   **Q.**   THAT'S ONE OF THE PURPOSES OF BUILDING THIS DATABASE;

13:59   5   CORRECT?

13:59   6   **A.**   YES, SIR.

13:59   7   **Q.**   LET'S LOOK AT SOME OTHER CROSS-SECTIONS NOW.  LET'S GO TO

13:59   8   PX-1810.6 AND JUST SHOW THE COURT AN EXAMPLE.  NOW, CAN YOU

13:59   9   TELL US WHAT WE'VE GOT UP HERE NOW.  WHAT IS THIS?

13:59   10   **A.**   THIS IS JUST INTENDED -- WELL, I GUESS TO START WITH,

13:59   11   OBVIOUSLY, YOU CAN SEE THE IMAGE.  THE GREEN THAT'S

13:59   12   SUPERIMPOSED ON THE IMAGE IS THE LIDAR INFORMATION ITSELF.

13:59   13   THAT'S THE PRE-KATRINA, 1-FOOT GRID LIDAR.  THIS IS SIMPLY

14:00   14   INTENDED TO SHOW YOU AN AREA WHERE WE'RE GOING TO ZOOM IN IN

14:00   15   THIS AREA AND LOOK AT SOME CROSS-SECTION INFORMATION FROM THAT

14:00   16   LIDAR.

14:00   17   **Q.**   WOULD THE NEXT SLIDE BE THE PRE-KATRINA LIDAR, 98.5,

14:00   18   PX-98.5?

14:00   19   **A.**   YES.  THAT'S A CROSS-SECTION CUT THROUGH THAT SECTION OF

14:00   20   LEVEE AT THAT LOCATION USING THE PRE-KATRINA LIDAR.

14:00   21   **Q.**   THE ROUGHAGE THAT WE SEE ON EITHER SIDE, WHAT IS THAT?

14:00   22   **A.**   YOU CAN SEE THE RELATIVELY SMOOTH AREA, WHERE THE

14:00   23   SECTION AA IS DENOTED, THAT'S THE CROSS-SECTION WE HAVE.  IF

14:00   24   YOU EXTEND BEYOND THAT, THAT WOULD BE VEGETATION.

14:01   25   **Q.**   THAT IS AT A PARTICULAR REFERENCE POINT, IS IT NOT, THE AA

14:01  1  FROM THE PRIOR SLIDE?

14:01  2  **A.**   IT IS.   THE NUMBERS ARE TOO SMALL TO READ, BUT YOU CAN IN

14:01  3  THE REPORT.   IN THIS AREA JUST ABOVE THERE, THOSE ARE STATE

14:01  4  PLANE COORDINATES THAT SOMEONE CAN DETERMINE EXACTLY WHERE THAT

14:01  5  LOCATION IS IN THE REAL WORLD.

14:01  6  **Q.**   IF WE GO TO PX-98.6, THIS IS AN EXAMPLE OF WHAT YOUR

14:01  7  DATABASE CAN SHOW BUILDING OUT WHAT A BREACH LOOKS AT THAT SAME

14:01  8  LOCATION?

14:01  9  **A.**   THAT'S THE SAME LOCATION WITH A CROSS-SECTION CUT THROUGH

14:01  10  THE POST-KATRINA LIDAR.

14:01  11  **Q.**   THIS IS THE TYPE OF THING THAT YOU ACTUALLY WENT INTO,

14:01  12  MEASURED WIDTH, HEIGHT, DEPTH, RELATIVE INFORMATION FOR ALL THE

14:01  13  BREACHES IN ALL OF THE SYSTEMS AND FURNISHED THAT TO THE DUTCH

14:01  14  FOR THE DELFT MODELING; CORRECT?

14:01  15  **A.**   YES.   WE USED THE PRE-KATRINA AND POST-KATRINA LIDAR TO

14:01  16  MEASURE THE WIDTH AND THE SILL HEIGHT ELEVATIONS OF THE

14:01  17  BREACHES.

14:01  18          **THE COURT:**  SO IN ESSENCE, FOR EVERY BREACH YOU HAVE

14:02  19  A PROFILE OR GRAPH OF THE BREACH AS SUCH?

14:02  20          **THE WITNESS:**  WE'LL SHOW YOU IN DETAIL HOW WE DID IT.

14:02  21  IF YOU LOOK THROUGH THAT CROSS-SECTION, YOU CAN SEE THAT IT'S

14:02  22  JAGGED; IT GOES UP AND DOWN, EVEN CUTTING THAT ONE SECTION.

14:02  23          FOR EACH BREACH, WE SELECTED A GENERAL AVERAGE

14:02  24  SILL HEIGHT.  WE PICKED ONE NUMBER.  SO WE DIDN'T HAVE A

14:02  25  CROSS-SECTION OF HUNDREDS OF ELEVATIONS FOR EACH BREACH; BUT

14:02    1    FOR EVERY SINGLE BREACH, WE MEASURED THE WIDTH OF THE BREACH

14:02    2    AND WE SELECTED AN AVERAGE SILL HEIGHT ELEVATION.

14:02    3              THE COURT:  SO WHAT WE'RE SEEING IS, IN ESSENCE, A

14:02    4    COMPOSITE; NOT AN ACTUAL, LITERAL LOOK AT THE BREACH BUT A --

14:02    5              THE WITNESS:  THAT'S AS GOOD A LOOK AT THE BREACH AS

14:02    6    YOU CAN GET.  I WANT TO BE VERY CLEAR.  WHEN WE PROVIDED THE

14:02    7    INFORMATION TO THE DUTCH, WE MEASURED EVERY SINGLE BREACH'S

14:02    8    WIDTH AND WE MEASURED THE SILL HEIGHT ELEVATION.  BUT SINCE THE

14:02    9    SILL HEIGHT ELEVATION FOR EACH BREACH IS NOT AN EXACT THING --

14:03   10    IT VARIES -- WE SELECTED AN AVERAGE SILL HEIGHT FOR EACH

14:03   11    BREACH.

14:03   12              THE COURT:  I GUESS WHAT I'M SAYING IS IF I WENT AND

14:03   13    MICROSCOPICALLY LOOKED AT THE ACTUAL BREACH AFTER KATRINA, IT

14:03   14    WOULDN'T EXACTLY LOOK PRECISELY LIKE THAT GRAPH.  IS THAT WHAT

14:03   15    YOU'RE SAYING?

14:03   16              THE WITNESS:  IT WOULD BE PRETTY CLOSE.

14:03   17    BY MR. ROY:

14:03   18    Q.   WELL, LET'S PULL UP PX-98.7 AND SEE WHAT IT LOOKED LIKE.

14:03   19    A.   YEAH, THAT'S A GOOD POINT.  THIS IS THE LIDAR WITH THE

14:03   20    AERIAL PHOTOGRAPHY OVERLAY ON TOP OF IT SO THAT YOU CAN SEE

14:03   21    KIND OF THE UPS AND DOWNS IN THE VICINITY OF THAT BREACH, AND

14:03   22    YOU CAN ALSO -- THE PHOTOGRAPHY OVERLAY HELPS TO VISUALIZE

14:03   23    WHAT'S GOING ON.

14:03   24    Q.   SO TO BE CLEAR, YOU TOOK DETAILED ACTUAL INFORMATION

14:03   25    RELATIVE TO ACTUAL ELEVATIONS AND WIDTHS AND ACTUAL LEVEE

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 14:03 | 1 | HEIGHTS AND THE BATHYMETRY OF THE MRGO SLOPES AND THE BOTTOMS, |
| 14:03 | 2 | THE WIDTH, THE DEPTH, ALL THIS, CONVEYED ALL THIS INFORMATION |
| 14:04 | 3 | TOGETHER WITH THE ACTUAL ELEVATION DATA OF THE SURROUNDING |
| 14:04 | 4 | AREAS?  ALL OF THAT WENT INTO YOUR GIS FOR PURPOSES OF USE BY, |
| 14:04 | 5 | IN THIS CASE, DELFT AND EVEN DR. BEA AND OTHER EXPERTS? |
| 14:04 | 6 | A.   YES.  AND YOU'LL SEE, WHEN WE LOOK AT THE BREACH MAPPING, |
| 14:04 | 7 | EXACTLY HOW WE DID IT.  WE MAPPED LITERALLY HUNDREDS OF |
| 14:04 | 8 | BREACHES.  EACH LITTLE ONE, NO MATTER HOW SMALL IT WAS, WE |
| 14:04 | 9 | MAPPED IT, GOT A WIDTH, AND GOT A SILL HEIGHT ELEVATION. |
| 14:04 | 10 | Q.   IN FACT, SOME HAVE SUGGESTED THAT LIDAR IS NOT ACCURATE, |
| 14:04 | 11 | YET YOU ACTUALLY WENT AND MEASURED ACTUAL REAL SURVEYING UNDER |
| 14:04 | 12 | YOUR DIRECTION ON SECTIONS OF THE MRGO TO VALIDATE LIDAR DATA; |
| 14:04 | 13 | IS THAT CORRECT? |
| 14:04 | 14 | A.   WE HAVE SEVERAL THOUSAND SURVEY POINTS THAT I PERSONALLY |
| 14:04 | 15 | MEASURED IN THE LATE 2005 TIME FRAME AFTER KATRINA AND |
| 14:04 | 16 | THROUGHOUT THE STREETS IN CHALMETTE AND SOME ON THE LEVEES AS |
| 14:04 | 17 | WELL, YES. |
| 14:05 | 18 | Q.   NOW, LET'S TALK ABOUT -- |
| 14:05 | 19 | THE COURT:  CAN YOU GIVE ME A PERCENTAGE OF |
| 14:05 | 20 | CORRELATION, IF THAT'S POSSIBLE, OR JUST A GENERAL CORRELATION. |
| 14:05 | 21 | THE WITNESS:  IN THE VICINITY OF CHALMETTE, WE FOUND |
| 14:05 | 22 | THAT THE STREETS FIT WITHIN LESS THAN A FOOT.  FOR INSTANCE, |
| 14:05 | 23 | WHEN WE LOOKED AT THE FIVE PLAINTIFF HOMES, THREE OR FOUR OF |
| 14:05 | 24 | THOSE WERE WITHIN A FEW TENTHS OF A FOOT, AND THE WORST ONE WAS |
| 14:05 | 25 | EIGHT-TENTHS OF A FOOT. |

```
14:05    1           SO LIKE I SAID, I NEVER WANT TO SAY "EXACT."
14:05    2   IT'S NOT PERFECT, BUT IT IS CERTAINLY THE BEST AVAILABLE TOOL,
14:05    3   AND IT IS CERTAINLY REASONABLE FOR THE TASK AT HAND.
14:05    4           THE COURT:  DO YOU HAVE COMPARABLE STATISTICS OR
14:05    5   FIGURES FOR THE LEVEE?
14:05    6           THE WITNESS:  THE LEVEE IS MORE DIFFICULT BECAUSE WE
14:05    7   CAN'T GO MEASURE WHAT IT WAS PRE-KATRINA BECAUSE KATRINA
14:05    8   CHANGED EVERYTHING.  BUT WE DO HAVE ONE SECTION OF THE LEVEE
14:05    9   THAT WE MEASURED POST-KATRINA, AND IN THAT AREA OUR SURVEY
14:06   10   MEASUREMENTS FIT WITH THE POST-KATRINA LIDAR WITHIN
14:06   11   APPROXIMATELY THREE-TENTHS OF A FOOT.
14:06   12           THE COURT:  THANK YOU.  GO AHEAD, MR. ROY.
14:06   13   BY MR. ROY:
14:06   14   Q.   CAN WE PUBLISH EXHIBIT 98.8, WHICH IS THE COMPOSITE
14:06   15   ILLUSTRATION THAT YOU PREPARED OF THE POST-KATRINA BREACHES.
14:06   16           NOW, IF WE JUST LOOK AT THE AREA SURROUNDING
14:06   17   NEW ORLEANS EAST, THE YELLOW LINE IS INTENDED TO REPRESENT
14:06   18   WHERE THE FLOOD CONTROL STRUCTURES WERE; CORRECT?
14:06   19   A.   YES.
14:06   20   Q.   RED IS INTENDED TO REFLECT, WHERE YOU HAVE GOT MARKED ON
14:06   21   HERE, WHERE BREACHES OCCURRED; CORRECT?
14:06   22   A.   YES.
14:06   23   Q.   ONCE AGAIN TO BE CLEAR, YOU ACTUALLY -- TO THE BEST AS WAS
14:06   24   POSSIBLE IN YOUR PROFESSION, USING THE AVAILABLE DATA, YOU
14:06   25   ACTUALLY MAPPED THESE BREACHES, THE SIZE OF THEM, IF YOU WILL,
```

| 14:07 | 1  | AND PASSED THIS INFORMATION ON TO THE RELATIVE OTHER EXPERTS |
| 14:07 | 2  | THAT USE GIS; CORRECT? |
| 14:07 | 3  | **A.**   YES.  AND I BELIEVE YOU CAN SEE THE HIGHEST NUMBER IN THE |
| 14:07 | 4  | LOWER RIGHT THERE IS 226 OR SOMETHING LIKE THAT. |
| 14:07 | 5  | **Q.**   THE HIGHEST NUMBER?  WHICH NUMBER? |
| 14:07 | 6  | **A.**   THAT'S HOW MANY BREACHES WE MAPPED. |
| 14:07 | 7  | **Q.**   SO EACH NUMBER ON HERE REPRESENTS ONE OF THE BREACHES -- |
| 14:07 | 8  | **A.**   THAT'S CORRECT. |
| 14:07 | 9  | **Q.**   -- WHICH YOU MAPPED -- OR SURVEYED, I SHOULD SAY. |
| 14:07 | 10 | LOOKING AT THE ST. BERNARD POLDER LEVEE SYSTEM WHERE |
| 14:07 | 11 | MOST OF THESE -- WELL, WHERE THE REACH 2 LEVEE WAS IS THE VAST, |
| 14:07 | 12 | OVERWHELMING MAJORITY OF THE BREACHES THAT YOU WERE ABLE TO |
| 14:07 | 13 | DETERMINE EXISTED USING THE POST-STORM AVAILABLE DATA; CORRECT? |
| 14:07 | 14 | **A.**   THAT'S CORRECT. |
| 14:07 | 15 | **Q.**   THESE ALL WERE MAPPED BY YOU, PASSED ON AS PART OF YOUR |
| 14:08 | 16 | GIS TO THE OTHER EXPERTS; CORRECT? |
| 14:08 | 17 | **A.**   YES. |
| 14:08 | 18 | **THE COURT:**  EXCUSE ME, MR. ROY, JUST ONE SECOND. |
| 14:08 | 19 | PLEASE MAKE SURE YOU HAVE NO CELL PHONES IN |
| 14:08 | 20 | HERE.  SOME JUDGES DON'T ALLOW THEM TO BE BROUGHT IN AT ALL.  I |
| 14:08 | 21 | IMPLORE YOU TO MAKE SURE THEY'RE OFF WHEN THEY COME IN.  I HAVE |
| 14:08 | 22 | SIGNS OUTSIDE.  I DON'T WANT TO HAVE ANY MORE DISTURBANCES LIKE |
| 14:08 | 23 | THAT OR I'LL HAVE YOUR CELL PHONES NOT IN HERE, AND I'D RATHER |
| 14:08 | 24 | NOT DO THAT. |
| 14:08 | 25 | THANK YOU.  SORRY FOR THE INTERRUPTION.  GO |

14:08   1   AHEAD.

14:08   2   **BY MR. ROY:**

14:08   3   **Q.**   IF WE CAN TURN TO 98.9, PX-98.9, WHICH IS FIGURE 4-2 FROM

14:08   4   YOUR REPORT, WILL YOU TELL THE COURT WHAT THIS IS IN RELATION

14:08   5   TO THE FIGURE WE WERE JUST LOOKING AT.

14:09   6   **A.**   THIS SHOWS THREE BREACHES THAT WE LOOKED AT IN THE

14:09   7   NEW ORLEANS EAST AREA.  IF WE CAN PULL THIS UP IN THE GIS, WE

14:09   8   CAN ACTUALLY ZOOM IN AND SEE IT IN A LITTLE MORE DETAIL.

14:09   9          THESE ARE THREE EXAMPLES OF BREACHES.  BASICALLY,

14:09   10  WHAT WE DID -- AND OUR DEFINITION OF A BREACH WAS ANY PLACE

14:09   11  THAT THE LEVEE CROWN WAS BROKEN AND WE COULD SEE SIGNIFICANT

14:09   12  DEGRADING OF THAT LEVEE CROWN.  WE WOULD START AND STOP A

14:09   13  BREACH WHERE THE LEVEE CROWN -- WHERE THE BREAK IN THE LEVEE

14:09   14  CROWN STARTED AND STOPPED.  THAT SOUNDS VERY OBVIOUS, BUT IT

14:09   15  BECOMES A LITTLE BIT MORE DIFFICULT WHEN WE LOOK AT SOME LEVEES

14:09   16  THAT ARE IN WORSE SHAPE THAN THIS PIECE IS.

14:09   17          **THE COURT:**  AS AN EXAMPLE, THE BREACHES SHOWN HERE

14:09   18  WOULD BE MODEST; WOULD THAT BE CORRECT?

14:09   19          **THE WITNESS:**  YES.  THESE ARE MODEST, AND CERTAINLY

14:09   20  MODEST IN COMPARISON TO WHAT WAS IN REACH 2 ALONG THE MRGO.

14:09   21          **THE COURT:**  THANK YOU.

14:10   22  **BY MR. ROY:**

14:10   23  **Q.**   98.10 IS BASICALLY THE SAME SORT OF THING; RIGHT?

14:10   24  **A.**   I BELIEVE THIS SHOWS SOME OF THE MRGO BREACHES, THE NEXT

14:10   25  ONE.

| | | |
|---|---|---|
| 14:10 | 1 | **Q.**   BUT AN EXAMPLE -- |
| 14:10 | 2 | **A.**   THAT'S A BREACHED AREA IN THE VICINITY OF MRGO.  IF YOU |
| 14:10 | 3 | COULD ZOOM OUT A LITTLE BIT, WE CAN SEE FOR ORIENTATION WHERE |
| 14:10 | 4 | IN THE WORLD WE ARE. |
| 14:10 | 5 | **Q.**   98.10. |
| 14:10 | 6 | I DON'T THINK THAT'S 98.10. |
| 14:10 | 7 | **A.**   THIS IS 98.10 THAT SHOWS WHERE IT IS.  WE WERE JUST IN THE |
| 14:10 | 8 | GIS BEFORE. |
| 14:10 | 9 | **Q.**   NOW WE'RE LOOKING AT 98.10. |
| 14:10 | 10 | **A.**   IT'S INTENDED TO SHOW KIND OF THE DIFFERENT NATURE OF THE |
| 14:10 | 11 | BREACHES IN THIS AREA.  SO IF WE CAN GET BACK INTO THE GIS, WE |
| 14:10 | 12 | CAN KIND OF ZOOM IN AND YOU CAN SEE, INSTEAD OF A FEW LITTLE |
| 14:11 | 13 | HOLES IN THE TOP OF THE LEVEE, WE HAVE A CASE WHERE IT'S MUCH |
| 14:11 | 14 | HARDER TO FIND THE SPOTS IN THE LEVEE THAT AREN'T GONE. |
| 14:11 | 15 | **Q.**   NOW, TO FOCUS IN ON JUST A FEW OF THE AREAS THAT HAD, FOR |
| 14:11 | 16 | EXAMPLE, PRE-KATRINA VEGETATION, DOES THE LIDAR REVEAL THAT |
| 14:11 | 17 | IMAGE? |
| 14:11 | 18 | **A.**   THE PRE-KATRINA LIDAR WAS PROCESSED IN SUCH A WAY THAT THE |
| 14:11 | 19 | VEGETATION WAS STILL IN THERE.  SO YES, WE COULD CUT A |
| 14:11 | 20 | CROSS-SECTION AND WE COULD SEE VEGETATION. |
| 14:11 | 21 | **Q.**   SO IF WE GO TO PX-98.11, WOULD THIS BE AN EXAMPLE OF |
| 14:11 | 22 | PRE-KATRINA LIDAR IN WHICH YOU CAN ACTUALLY SEE AND EVEN |
| 14:11 | 23 | MEASURE SOME OF THE GROWTH, IF YOU WILL? |
| 14:11 | 24 | **A.**   YES.  IN THE LOWER LEFT-HAND CORNER, YOU CAN SEE THE |
| 14:11 | 25 | CROSS-SECTION THAT'S CUT.  THE FIRST HUMP HERE IS THE LEVEE. |

14:11      1    THESE NEXT TWO REPRESENT VEGETATION.

14:12      2    **Q.**   WHILE WE'RE GOING TO GET INTO A LITTLE MORE DETAIL LATER,

14:12      3    YOUR LIDAR ACTUALLY ALLOWED YOU TO MEASURE BASICALLY LOOKING AT

14:12      4    THIS FROM THE TOP EDGE OF THE GREEN, WHERE THE MRGO CHANNEL

14:12      5    ACTUALLY BEGINS ON THE SHELF; CORRECT?

14:12      6    **A.**   WE'RE ABLE TO CUT CROSS-SECTIONS ANYWHERE WITHIN THE LIDAR

14:12      7    DATA SET.

14:12      8    **Q.**   WE'LL GET TO THAT IN JUST A MINUTE.

14:12      9          PX-98.12 WOULD BE ANOTHER EXAMPLE OF AN AREA

14:12     10    POST-LIDAR, IN FACT, WHERE MUCH OF VEGETATION HAS ACTUALLY BEEN

14:12     11    REMOVED; CORRECT?

14:12     12          **THE COURT:**  POST-KATRINA?

14:12     13    **BY MR. ROY:**

14:12     14    **Q.**   POST-KATRINA; IS THAT RIGHT?  OR DOES THIS JUST NOT SHOW

14:12     15    IT IN THIS PARTICULAR LIDAR?

14:13     16    **A.**   THIS IS A POST-KATRINA CROSS-SECTION OF THAT SAME AREA WE

14:13     17    SAW BEFORE.  THE VEGETATION WAS -- IT'S NOT THAT THE VEGETATION

14:13     18    WASN'T THERE.  I'M SURE THERE STILL WAS SOME, BUT THE

14:13     19    PROCESSING OF THE LIDAR WAS DONE IN SUCH A WAY THAT THE

14:13     20    VEGETATION WAS REMOVED.  IT WAS SIMPLY TO SHOW THAT, IN THIS

14:13     21    PARTICULAR LOCATION WITH HIGH TREES FRONTING THE LEVEE, THIS

14:13     22    PARTICULAR PIECE OF THE LEVEE DID BETTER THAN OTHER PIECES.

14:13     23          **THE COURT:**  WHAT WE'RE SEEING IS THE TOP ELEVATION OF

14:13     24    THE LEVEE?

14:13     25          **THE WITNESS:**  THAT'S THE CROSS-SECTION OF LEVEE.

FINAL DAILY COPY

14:13    1          **THE COURT:**  THE OTHER PICTURE WE SAW, THE OTHER

14:13    2    GRAPH, SOME OF THE VEGETATION WAS ACTUALLY HIGHER THAN THE

14:13    3    CROWN OF THE LEVEE, THE TOP OF THE LEVEE, THE CREST?

14:13    4          **THE WITNESS:**  IN THIS PARTICULAR LOCATION, THE LEVEE

14:13    5    DID PRETTY WELL.

14:13    6    **BY MR. ROY:**

14:13    7    **Q.**   OTHER EXAMPLES -- WE'RE NOT GOING TO TAKE THE COURT'S

14:13    8    TIME RIGHT NOW, BUT THEY'LL BE IN THE RECORD -- ARE 98.13,

14:13    9    98.14.  SAME BASIC ANALYSIS, SAME SORT OF EXAMPLES; RIGHT?

14:13   10    **A.**   YES.

14:13   11    **Q.**   LET'S GO TO 98.15, PLEASE.  THIS IS THE SAME SORT OF

14:14   12    ANALYSIS AND SUMMARY, IF YOU WILL, BUT FOR THE NEW ORLEANS EAST

14:14   13    FLOOD CONTROL SYSTEM PRE-KATRINA, SHOWING THE RELATIVE HEIGHTS

14:14   14    OF THE TOP OF THE LEVEE OR THE FLOOD CONTROL STRUCTURES

14:14   15    RELATIVE TO THEIR DESIGN CALLED FOR; CORRECT?

14:14   16    **A.**   THAT'S CORRECT.

14:14   17    **Q.**   SAME COLOR-CODING SCHEME AS FOR THE ST. BERNARD, LOWER

14:14   18    NINTH WARD?

14:14   19    **A.**   THAT'S CORRECT.

14:14   20    **Q.**   I WANT TO GO BACK JUST A LITTLE BIT.  CAN WE PULL UP

14:14   21    PX-1560.

14:14   22          JUST TO SHOW THE COURT ANOTHER EXAMPLE OF WHAT YOUR

14:14   23    GIS ACTUALLY AFFORDED INFORMATION TO ALL THE OTHER EXPERTS,

14:14   24    WHERE YOU'VE GOT A LITTLE CUT MARK IN THE REACH 2 LEVEE ALONG

14:15   25    MRGO, THAT PULLED UP THE DISPLAY BOX OF THE INFORMATION OUT OF

14:15  1  THE GIS, AND I WANT YOU TO EXPLAIN TO THE COURT WHAT THAT IS.

14:15  2  A.   WELL, FOR ORIENTATION, THE VERY UPPER, LEFT-HAND CORNER OF

14:15  3  THIS SCREEN HERE IS BAYOU BIENVENUE, SO WE'RE JUST A LITTLE BIT

14:15  4  SOUTHEAST OF BAYOU BIENVENUE.  THE YELLOW THAT YOU CAN SEE HERE

14:15  5  IS THE LOCATION AT WHICH WE CUT THE CROSS-SECTION, AND THE

14:15  6  CROSS-SECTION DATA JUST COMES FROM THE LIDAR DATA SET.  SO YOU

14:15  7  CAN SEE THE SLOPE OF THE LEVEE GOING DOWN AND THEN AS IT GOES

14:15  8  OUT TOWARDS THE MRGO.

14:15  9  Q.   SO STATED IN PERHAPS SIMPLER TERMS EVEN THAN THAT, ON THE

14:15  10  LEFT-HAND SIDE OF THE INSET, THE LIDAR WILL REFLECT A 17.5-FOOT

14:15  11  HEIGHT; CORRECT?

14:15  12  A.   YES.

14:15  13  Q.   A SLOPE DOWN AT WHAT -- WHAT IS THAT?

14:15  14  A.   IN THIS AREA THE SLOPE OF THE LEVEE WAS ROUGHLY 4 TO 1.

14:16  15  IT VARIED ALONG REACH 2 FROM ROUGHLY 4 TO 1 TO ROUGHLY 5 TO 1

14:16  16  SLOPE, MEANING 1 FOOT OF VERTICAL CHANGE FOR EVERY 5 FEET OF

14:16  17  HORIZONTAL CHANGE.

14:16  18       THE COURT:  WHAT ANGLE WOULD THAT BE?  IS THERE A WAY

14:16  19  TO COMPUTE THE ANGLES?

14:16  20       THE WITNESS:  I COULD COMPUTE THE ANGLE, BUT I HATE

14:16  21  FOR YOU TO ASK ME TO DO IT SITTING HERE.

14:16  22       THE COURT:  THAT'S FINE.

14:16  23  BY MR. ROY:

14:16  24  Q.   WE'LL GET INTO THE DETAILS LATER.  BUT LOOKING TO THE

14:16  25  RIGHT, YOU'RE ABLE TO ACTUALLY MEASURE THE HEIGHT AND THE WIDTH

14:16  1   OF THE SHELF BETWEEN THE TOE OF THE LEVEE AND THE BEGINNING OF

14:16  2   THE MRGO FOR ANY POINT ALONG REACH 2; CORRECT?

14:16  3   **A.**   WE CAN DO THAT.  FOR WHAT IT'S WORTH, THAT SLOPE OF 4 TO 1

14:16  4   OR 5 TO 1, COMPARED TO, SAY, THE BEACH AT GRAND ISLE, THE BEACH

14:16  5   AT GRAND ISLE WOULD BE 50 TO 1.  THE LEVEE'S OBVIOUSLY MUCH

14:16  6   STEEPER THAN A NORMAL BEACH WOULD BE.

14:16  7           **THE COURT:**  WHAT'S THE DATA -- WHEN WAS THIS --

14:17  8           **THE WITNESS:**  THIS LIDAR WAS FLOWN IN 2000.

14:17  9           **THE COURT:**  THANK YOU.  AT THAT POINT THAT PART OF

14:17  10  THE LEVEE WAS RIGHT AT NEAR DESIGN HEIGHT?

14:17  11          **THE WITNESS:**  THAT PIECE OF LEVEE WAS AT DESIGN

14:17  12  HEIGHT, VERY NEAR.

14:17  13  **BY MR. ROY:**

14:17  14  **Q.**   LET'S TAKE THE NEXT SLIDE, IF WE COULD, 1561, I BELIEVE,

14:17  15  PX-1561.  ACTUALLY, ON THE PRIOR SLIDE, THE SHELF HEIGHT WAS

14:17  16  ACTUALLY ABOUT 5 FEET AVERAGE, WAS IT NOT?

14:17  17  **A.**   FROM MEMORY, YES.  WE COULD LOOK AT IT.  BUT YES, IT'S

14:17  18  ROUGHLY 5 FEET IN THAT AREA.

14:17  19  **Q.**   NEXT SLIDE, PX-1561, SAME CONCEPT BUT AT ANOTHER LOCATION?

14:17  20  **A.**   YES.  THIS IS, I BELIEVE, ANOTHER 1,000 FEET FARTHER DOWN

14:18  21  THE LEVEE.  AGAIN, THE COORDINATES ARE THERE IF ANYONE WANTS TO

14:18  22  LOOK AT THE EXACT LOCATION.

14:18  23  **Q.**   HERE, THE HEIGHT OF THE SHELF IS BETWEEN 4 AND 6 FEET; IS

14:18  24  THAT RIGHT?

14:18  25  **A.**   ROUGHLY 5.  IT VARIES, BUT CERTAINLY IN THAT RANGE.

14:18   1   **Q.**   WERE YOU ABLE TO COMPUTE OVER THE LENGTH, THE 12-MILE

14:18   2   LENGTH, PARALLEL LENGTH OF THE FLOOD CONTROL SYSTEM, THE

14:18   3   12-MILE LENGTH, ROUGHLY, ALONG MRGO OF THAT REACH 2 SYSTEM --

14:18   4   WERE YOU ABLE TO ACTUALLY DETERMINE THE AVERAGE HEIGHT OF THE

14:18   5   SHELF?

14:18   6   **A.**   I WOULD BE HESITANT TO SAY AN AVERAGE BECAUSE IT VARIES

14:18   7   SIGNIFICANTLY.  BUT IN THE VICINITY OF THE AREAS THAT WERE

14:18   8   BREACHED THE MOST, SAY, FROM BAYOU DUPRE TO BAYOU BIENVENUE,

14:18   9   IT -- I THINK WE HAVE A SLIDE THAT SHOWS IT.  YOU CAN ACTUALLY

14:18   10  LOOK AT THE PROFILE.  BUT IT VARIED FROM ROUGHLY 5 TO, YOU

14:18   11  KNOW, NOT MUCH HIGHER THAN 7.

14:18   12  **Q.**   FEET?

14:18   13  **A.**   YES.

14:18   14  **Q.**   CAN WE PULL UP PX-1810.3.

14:19   15  **A.**   THAT'S THE GRAPH THAT I WAS TALKING ABOUT.

14:19   16  **Q.**   NOW, FOR ORIENTATION PURPOSES, THIS IS ROUGHLY AT THE TOP

14:19   17  OF THE GRAPHIC, THE BEGINNING OF REACH 2; CORRECT?

14:19   18  **A.**   THE TOP WATERWAY THERE YOU SEE IS BAYOU BIENVENUE AND

14:19   19  WE'RE EXTENDING EAST -- OR SOUTHEAST FOR TWO MILES OR SO.  I

14:19   20  BELIEVE IT'S TWO MILES ON THE GRAPH THERE.  THE CROSS-SECTION

14:19   21  CUT -- I'M SORRY.

14:19   22          THE CROSS-SECTION CUT, YOU CAN SEE SOME UPS AND

14:19   23  DOWNS.  BEAR IN MIND THAT THERE'S VEGETATION IN THIS

14:19   24  CROSS-SECTION.  SO WE JUST KIND OF LOOK AT THE BOTTOM OF THE

14:19   25  DATA, AND YOU CAN SEE THAT IT ROUGHLY VARIES FROM 5 TO IN THE

14:19   1   VICINITY OF 7.

14:19   2           **THE COURT:**  BRIEF INTERRUPTION.  WHERE IS THAT ALONG

14:19   3   REACH 2?

14:19   4           **THE WITNESS:**  IT'S PARALLEL WITH THE LEVEE TOE,

14:19   5   ROUGHLY ALONG THE LEVEE TOE.

14:19   6           **THE COURT:**  WHAT PART OF THE LEVEE?

14:19   7           **THE WITNESS:**  FROM BAYOU BIENVENUE, EXTENDING

14:20   8   SOUTHEAST FOR TWO MILES.

14:20   9           **THE COURT:**  I SEE.  I NEED MY GLASSES.  THAT'S A

14:20  10   TWO-MILE CUT?

14:20  11           **THE WITNESS:**  YES, SIR.

14:20  12   **BY MR. ROY:**

14:20  13   **Q.**   WHAT YOU'VE DONE IN THAT CUT, YOUR GIS LIFTS AND GIVES YOU

14:20  14   THIS GRAPHIC ON THE BOTTOM LEFT, WHICH SHOWS YOU THE HEIGHT OF

14:20  15   THE SHELF ALONG THAT STRIP; CORRECT?

14:20  16   **A.**   THAT'S CORRECT.

14:20  17   **Q.**   THAT'S WHY YOU CAN SAY THAT THE AVERAGE IS IN THE

14:20  18   NEIGHBORHOOD OF 5 FEET OR SO FOR THAT STRIP; RIGHT?

14:20  19   **A.**   I WOULD SAY IT'S BETWEEN 5 AND 7 FOR THAT AREA, BEARING IN

14:20  20   MIND THAT THERE ARE LOCATIONS WITHIN THAT STRIP THAT APPEAR TO

14:20  21   BE HIGHER.  BUT WE'RE DOING THE BEST WE CAN WITH AVAILABLE

14:20  22   DATA, AND WE HAVE TO AVERAGE OUT THE VEGETATION.

14:20  23   **Q.**   DID YOU ALSO, AS PART OF THE SAME CALCULATION, DO AN

14:20  24   OVERLAY FOR THAT APPROXIMATE 12 MILES OF REACH 2 SHELF ALONG

14:21  25   THE LEVEE TO DETERMINE THE AVERAGE WIDTH OF THAT LEVEE FROM THE

FINAL DAILY COPY

```
14:21    1   TOE OF THE LEVEE TO THE MRGO WATER?
14:21    2   A.   WE FOUND THE AVERAGE -- AND FORGIVE ME.  I DON'T REMEMBER
14:21    3   IF WE WERE GOING FROM TOE TO THE WATER OR FROM CENTERLINE TO
14:21    4   THE WATER.  I BELIEVE WE WENT FROM CENTERLINE TO THE WATER, AND
14:21    5   I THINK WE FOUND THE AVERAGE TO BE 450 FEET.
14:21    6   Q.   NOW, TO BE FAIR --
14:21    7        THE COURT:  JUST FOR THE RECORD, WHEN YOU MEASURE
14:21    8   FROM THE TOE, HOW WOULD YOU DESCRIBE THE TOE FOR THE RECORD?
14:21    9        THE WITNESS:  WE WOULD NEED TO GO BACK TO ANOTHER
14:21   10   CROSS-SECTION.  I BELIEVE THAT'S WHY WE MEASURED FROM THE
14:21   11   CENTERLINE, BECAUSE THE TOE IS NOT ALWAYS A CRYSTAL CLEAR
14:21   12   LOCATION.  ESSENTIALLY, IT'S THE BREAK -- IF YOU'RE COMING DOWN
14:21   13   THE LEVEE SLOPE AND YOU HIT A BREAK, WHERE IT FLATTENS OUT,
14:21   14   THAT WOULD BE THE TOE.
14:21   15        THE COURT:  I UNDERSTAND.  THANK YOU.
14:22   16   BY MR. ROY:
14:22   17   Q.   HOW ABOUT THIS.  IF YOU, BASED ON THE DATA YOU COLLECTED,
14:22   18   WERE TO -- COULD YOU COME UP WITH A ROUGH ESTIMATE, AN AVERAGE,
14:22   19   IF YOU WOULD, OF THE DISTANCE FROM THE MIDPOINT OF THE CREST OF
14:22   20   THE LEVEE TO WHERE THE AVERAGE TOE IS, AS BEST YOU CAN TELL, SO
14:22   21   THAT WE CAN COME UP, SUBTRACTING THAT FROM THE 450, FOR WHAT AN
14:22   22   AVERAGE SHELF WIDTH IS FOR PURPOSES HERE?
14:22   23   A.   YES.  WE WOULD NEED TO LOOK AT THE CROSS-SECTION.  I
14:22   24   BELIEVE FROM THE CENTERLINE OF THE LEVEE TO THE TOE -- WE COULD
14:22   25   LOOK AT INDIVIDUAL CROSS-SECTIONS, BUT I BELIEVE THE DISTANCE
```

| | | |
|---|---|---|
| 14:22 | 1 | WAS IN THE VICINITY OF 40, 50 FEET FROM THE CENTERLINE OF THE |
| 14:23 | 2 | CROSS-SECTION TO THE TOE OF THE LEVEE IN MOST AREAS. |
| 14:23 | 3 | **Q.**   SO THE EXTRAPOLATION WOULD BE -- IN YOUR OPINION, THE DATA |
| 14:23 | 4 | REFLECTS, THEN, AN AVERAGE WIDTH OF THE SHELF BETWEEN THE MRGO |
| 14:23 | 5 | WATER, THE SHORE, AND THE TOE OF THE LEVEE, THEN, OF ABOUT |
| 14:23 | 6 | 400 FEET?  WOULD THAT BE CORRECT ARITHMETIC? |
| 14:23 | 7 | **A.**   THE ARITHMETIC IS CORRECT.  I'M SQUIRMING HERE BECAUSE I |
| 14:23 | 8 | WOULD LIKE TO GO BACK AND LOOK AT THE DATA AND SEE WHETHER OR |
| 14:23 | 9 | NOT WHAT WE MEASURED WAS 500 FEET FROM THE CROWN AND 450 WAS |
| 14:23 | 10 | THE ARITHMETIC OR IF THE -- |
| 14:23 | 11 | **Q.**   WE'VE GOT YOUR GIS HERE. |
| 14:23 | 12 | **A.**   WE COULD DO IT, BUT I DON'T THINK WE WANT TO WASTE THE |
| 14:23 | 13 | COURT'S TIME TO DO IT.  THE GIS IS VERY CAPABLE OF MEASURING |
| 14:23 | 14 | THAT, AND I HAVE NOTES TO SHOW WHAT WE DID MEASURE.  FROM |
| 14:23 | 15 | RECOLLECTION, I DON'T RECALL IF WE WERE MEASURING FROM THE |
| 14:24 | 16 | CENTER OF THE LEVEE TO THE WATERWAY OR FROM THE TOE FOR THAT |
| 14:24 | 17 | DIMENSION OF 450. |
| 14:24 | 18 | **THE COURT:**  DO YOU KNOW, UPON THE CONSTRUCTION OF THE |
| 14:24 | 19 | MRGO, WHAT THAT AVERAGE DISTANCE WOULD BE? |
| 14:24 | 20 | **THE WITNESS:**  CAN YOU PULL THAT UP ON THE GIS. |
| 14:24 | 21 | **THE COURT:**  I DON'T WANT TO TAKE TOO MUCH OF YOUR |
| 14:24 | 22 | TIME.  I WAS JUST CURIOUS.  YOU MAY BE GOING THERE AND YOU MAY |
| 14:24 | 23 | NOT BE. |
| 14:24 | 24 | **MR. ROY:**  WE'VE GOT OTHER EXPERTS THAT ARE GOING TO |
| 14:24 | 25 | BUILD ON THIS, YOUR HONOR. |

| | | |
|---|---|---|
| 14:24 | 1 | **THE COURT:** THAT'S FINE. WE CAN MOVE ON. WE CAN |
| 14:24 | 2 | MOVE ON. |
| 14:24 | 3 | **BY MR. ROY:** |
| 14:24 | 4 | **Q.** CAN ANDREW PULL UP THE GIS SECTION YOU WANT RIGHT NOW? |
| 14:24 | 5 | **A.** YES. |
| 14:24 | 6 | **Q.** LET'S GO AHEAD AND NAIL THAT DOWN, MR. MORRIS. WHICH ONE |
| 14:24 | 7 | DO YOU WANT PULLED UP? |
| 14:24 | 8 | **A.** IF YOU WOULD PULL UP THE PRE-KATRINA LIDAR WITH ANY OF THE |
| 14:24 | 9 | IMAGERY THAT SHOWS THE TOP OF THE CHANNELS, LIKE WE HAD BEFORE. |
| 14:25 | 10 | **Q.** WHILE WE'RE WAITING ON THAT, SO AS TO BE ABSOLUTELY |
| 14:25 | 11 | FAIR -- TO BE ABSOLUTELY FAIR, WHEN YOU TALK ABOUT AVERAGE |
| 14:25 | 12 | DISTANCES, WHETHER IT'S 450 FROM THE TOP OF THE LEVEE TO THE |
| 14:25 | 13 | WATER OR 400 FROM THE TOE TO THE WATER, IN FAIRNESS, THERE ARE |
| 14:25 | 14 | WIDER LEDGES AND THERE ARE MUCH SHORTER LEDGES -- |
| 14:25 | 15 | **A.** YES. |
| 14:25 | 16 | **Q.** -- UP AND DOWN THE REACH -- |
| 14:25 | 17 | **THE COURT:** TO DO AN ACTUAL MATHEMATICAL AVERAGE |
| 14:25 | 18 | WOULD TAKE A LOT OF TIME. I UNDERSTAND THAT. THIS IS |
| 14:25 | 19 | COMMONSENSE STUFF. |
| 14:25 | 20 | **MR. ROY:** WE'VE ACTUALLY DONE IT, YOUR HONOR, ON |
| 14:25 | 21 | HERE. THAT'S, I THINK, WHAT THE POINT IS. |
| 14:25 | 22 | **THE WITNESS:** IT VARIES FROM, I THINK, ROUGHLY 200 TO |
| 14:25 | 23 | ROUGHLY 600 FEET WIDE. |
| 14:25 | 24 | **MR. ROY:** RIGHT. |
| 14:25 | 25 | **THE WITNESS:** ANDREW, IF YOU WOULD, GET THE DISTANCE |

14:25    1    FROM THE CENTER OF THAT LEVEE TO THE CLOSEST DESIGN

14:26    2    TOP-OF-CHANNEL LINE.

14:26    3                    YOU MAY NOT BE PERFECTLY PERPENDICULAR, BUT I

14:26    4    READ THAT NUMBER TO BE 360, 375 FEET, SOMEWHERE IN THAT

14:26    5    BALLPARK.  WE COULD MAKE IT PERPENDICULAR, BUT SOMEWHERE IN

14:26    6    THAT VICINITY.

14:26    7            THE COURT:  I REALIZE IT'S NOT PERFECTLY

14:26    8    PERPENDICULAR.  I UNDERSTAND THAT.  THESE ARE ESTIMATES --

14:26    9            THE WITNESS:  YES, SIR.

14:26   10            THE COURT:  -- FOR THE PURPOSES OF THIS.

14:26   11            THE WITNESS:  CORRECT.  780.

14:26   12    BY MR. ROY:

14:26   13    Q.   SO HAVE YOU GOTTEN THE COUNT, THE MATHEMATICS NOW FROM

14:26   14    YOUR GIS YOU NEEDED TO ANSWER MY EARLIER QUESTION?

14:27   15    A.   OF THE AVERAGE TOE, AVERAGE SHELF HEIGHT --

14:27   16    Q.   YES.

14:27   17    A.   -- OR AVERAGE SHELF WIDTH?

14:27   18    Q.   YES.

14:27   19    A.   FROM MEMORY, IT'S 450 FEET.  I WOULD NEED TO GO BACK AND

14:27   20    LOOK AT THE NOTES AND ABSOLUTELY VERIFY THAT IT'S NOT DIFFERENT

14:27   21    BECAUSE OF THE DISTANCE FROM THE CENTERLINE.

14:27   22    Q.   IS THAT FROM THE TOE OF THE LEVEE OR FROM THE CENTERLINE

14:27   23    OF THE LEVEE?

14:27   24    A.   I WOULD LIKE TO DOUBLE-CHECK IT, BUT I WANT TO SAY THAT

14:27   25    IT'S 450 FEET AVERAGE SHELF HEIGHT FROM THE TOE.

14:27   1   **Q.**   THAT'S BASED UPON ACTUAL MEASUREMENTS OF YOUR LIDAR

14:27   2   THROUGH YOUR DATABASE, YOUR GIS, AVERAGED OVER THAT 12-MILE

14:27   3   SECTION; CORRECT?

14:27   4   **A.**   THAT'S CORRECT.

14:27   5   **Q.**   OF REACH 2?

14:27   6   **A.**   THAT'S CORRECT.

14:27   7   **Q.**   WOULD IT BE A FAIR STATEMENT, THEN, IN ANY EVENT, IT'S NOT

14:27   8   LESS THAN 400 FEET AS AN AVERAGE?

14:27   9   **A.**   THAT'S CORRECT.

14:27   10  **Q.**   YOU THINK IT'S PROBABLY CLOSER TO 400 FEET AS AN AVERAGE?

14:27   11  450?

14:28   12          **MR. BAEZA:**  OBJECTION, YOUR HONOR.  HE ALREADY SAID

14:28   13  IT'S AROUND 450, CLOSE TO 500.

14:28   14          **MR. ROY:**  I JUST WANT A NUMBER, YOUR HONOR.

14:28   15  **BY MR. ROY:**

14:28   16  **Q.**   WHAT'S THE NUMBER?  WE JUST WANT TO KNOW WHAT IT IS.

14:28   17  **A.**   I THINK IT'S CRYSTAL CLEAR THAT I CANNOT GIVE YOU A NUMBER

14:28   18  THAT I CAN BE ABSOLUTELY SURE ON UNTIL I CAN GO DOUBLE-CHECK IT

14:28   19  ALONG THAT ROUTE.

14:28   20  **Q.**   LET'S TURN TO THE NEW ORLEANS EAST BREACHES.  PULL UP

14:28   21  PX-98.15.

14:29   22          **THE COURT:**  THAT'S THE ONE THAT SHOWS THE LEVEES AND

14:29   23  THE HEIGHT AS IT RELATES TO DESIGN GRADE; CORRECT?

14:29   24          **THE WITNESS:**  THAT'S CORRECT.

14:29   25          **MR. ROY:**  THIS IS ACTUALLY ONE WE'VE LOOKED AT

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:29 | 1 | EARLIER, I BELIEVE. |
| 14:29 | 2 | **THE COURT:**  YES.  YES, IT IS. |
| 14:29 | 3 | **MR. ROY:**  CAN WE PULL UP 98.8. |
| 14:29 | 4 | **THE COURT:**  IT'S ALL THE BREACHES. |
| 14:29 | 5 | **MR. ROY:**  WE'VE ACTUALLY DONE THIS ONE TOO. |
| 14:29 | 6 | **THE WITNESS:**  WE HAVE. |
| 14:30 | 7 | **BY MR. ROY:** |
| 14:30 | 8 | **Q.**   YOUR SURVEYING REFLECTED ONLY THREE SMALL BREACHES ALONG |
| 14:30 | 9 | THE NORTH BANK OF REACH 1; IS THAT CORRECT? |
| 14:30 | 10 | **MR. BAEZA:**  OBJECTION:  VAGUE WITH RESPECT TO |
| 14:30 | 11 | LOCATION ALONG REACH 1. |
| 14:30 | 12 | **THE COURT:**  WHY DON'T WE PUT UP THE PICTURE AGAIN |
| 14:30 | 13 | THAT SHOWS ALL THE BREACHES. |
| 14:30 | 14 | **MR. ROY:**  I THOUGHT IT STILL WAS UP, YOUR HONOR. |
| 14:30 | 15 | **THE COURT:**  LET'S PUT THAT UP AGAIN SO WE CAN GET A |
| 14:30 | 16 | PRECISE ORIENTATION. |
| 14:30 | 17 | **MR. ROY:**  LET'S GET A CLOSE-UP, IF WE CAN, OVER |
| 14:30 | 18 | REACH 1. |
| 14:30 | 19 | **BY MR. ROY:** |
| 14:30 | 20 | **Q.**   SO WE'RE NOT LEFT GUESSING, MR. MORRIS, IS IT CORRECT THAT |
| 14:30 | 21 | YOUR ACTUAL SURVEYING INFORMATION FOUND ONLY THREE SMALL |
| 14:31 | 22 | BREACHES ALONG THE NORTH BANK OF REACH 1? |
| 14:31 | 23 | **A.**   I SEE NUMBERS 13, 14, AND I DON'T KNOW IF YOU WANT TO CALL |
| 14:31 | 24 | 15 AND 16 REACH 1.  I GUESS NOT.  SO YES, IT'S CORRECT TO SAY |
| 14:31 | 25 | THAT THERE WAS VERY LITTLE BREACHING ALONG THE NORTH BANK OF |

| | | |
|---|---|---|
| 14:31 | 1 | REACH 1.  I BELIEVE IF WE LOOKED AT THOSE BREACHES IN DETAIL, |
| 14:31 | 2 | YOU WOULD SEE THAT THEY'RE SMALL SCOUR AREAS AND NOT MAJOR |
| 14:31 | 3 | BREACHING LIKE WE SAW ALONG THE MRGO. |
| 14:31 | 4 | **THE COURT:**  HOLD ON ONE SECOND. |
| 14:31 | 5 | THANK YOU. |
| 14:31 | 6 | **BY MR. ROY:** |
| 14:31 | 7 | **Q.**   YOUR SURVEYING ALSO FOUND NO BREACHING ON THE SOUTH SHORE |
| 14:31 | 8 | OF REACH 1; IS THAT CORRECT? |
| 14:31 | 9 | **A.**   THAT'S CORRECT.  THERE WAS CERTAINLY EVIDENCE OF |
| 14:31 | 10 | OVERTOPPING IN THAT AREA, BUT NOT BREACHING THAT WE WOULD MAP |
| 14:31 | 11 | AS LEVEE DESTRUCTION. |
| 14:32 | 12 | **Q.**   I DIDN'T ASK YOU, BUT SINCE YOU RAISED THAT QUESTION, FOR |
| 14:32 | 13 | THE LEVEES ON THE SOUTH SIDE OF REACH 1, WAS THERE EVIDENCE OF |
| 14:32 | 14 | OVERTOPPING ALONG THE NORTH SHORE OF REACH 1? |
| 14:32 | 15 | **A.**   YES. |
| 14:32 | 16 | **Q.**   YET NO BREACHES OF ANY SIGNIFICANCE ON THE SOUTH SHORE |
| 14:32 | 17 | LEVEE SYSTEM REACH 1 AND ONLY THOSE FEW SMALL ONES THAT TOLD US |
| 14:32 | 18 | ABOUT ON THE NORTH SHORE? |
| 14:32 | 19 | **A.**   THAT'S CORRECT. |
| 14:32 | 20 | **Q.**   ON THE 40 ARPENT LEVEE, WHICH IS NOT SHOWN ON THIS |
| 14:32 | 21 | PARTICULAR -- |
| 14:32 | 22 | **THE COURT:**  THE WITNESS IS PRETTY GOOD WITH THE |
| 14:32 | 23 | STYLUS.  HE MIGHT BE ABLE TO -- HE'S VERY GOOD WITH IT. |
| 14:32 | 24 | **BY MR. ROY:** |
| 14:32 | 25 | **Q.**   WHEN YOU ACTUALLY DID YOUR MEASUREMENTS, YOU INCLUDED THE |

FINAL DAILY COPY

14:32  1  MEASUREMENTS OF THE 40 ARPENT LEVEE; CORRECT?

14:32  2  A.   YES, WE DID.

14:32  3  Q.   YOU FOUND EVIDENCE OF OVERTOPPING OF THE 40 ARPENT LEVEE?

14:33  4  A.   THERE CERTAINLY WAS OVERTOPPING OF THE 40 ARPENT LEVEE,

14:33  5  YES.

14:33  6  Q.   YOU FOUND NO BREACHES IN THE 40 ARPENT LEVEE TO SURVEY; IS

14:33  7  THAT CORRECT?

14:33  8  A.   EXTREMELY MINOR SCOUR MARKS, BUT NOT EXTENSIVE BREACHING.

14:33  9  THERE WERE A COUPLE OF SMALL SCOUR MARKS, YES.

14:33  10  Q.   LET'S GO DOWN TO THE CHALMETTE OR VERRET LEVEE.  WHY DON'T

14:33  11  YOU CIRCLE THAT IN RED.

14:33  12  A.   BASICALLY, IT'S A SECTION REFERRED TO AS EITHER THE VERRET

14:33  13  LEVEE OR THE CHALMETTE EXTENSION, AND IT'S WHERE THE LEVEE

14:33  14  LEAVES THE MRGO AND THEN RUNS DUE EAST/WEST UNTIL IT REACHES

14:33  15  THE MISSISSIPPI RIVER LEVEE.

14:33  16  Q.   DID YOU FIND EVIDENCE OF OVERTOPPING FROM KATRINA ALONG

14:33  17  THAT LEVEE?

14:33  18  A.   YES.

14:33  19  Q.   DID YOU FIND A SINGLE BREACH ALONG THAT LEVEE?

14:33  20  A.   NO.

14:34  21  Q.   OTHERWISE, ALL OF THE INFORMATION THAT YOU COLLECTED,

14:34  22  COMPILED, AND OTHERWISE VALIDATED IS REFLECTED IN THE OFFERINGS

14:34  23  WE'RE MAKING TODAY TO THE GIS AND THE OTHERS; CORRECT?  THINGS

14:34  24  WE'VE TALKED ABOUT TODAY?

14:34  25  A.   EVERYTHING THAT WE'VE TALKED ABOUT TODAY IS IN THAT GIS,

```
14:34    1   YES.

14:34    2           MR. ROY:  YOUR HONOR, IN CONNECTION WITH MR. MORRIS'

14:34    3   TESTIMONY, WE'LL -- OF COURSE, WE'VE ALREADY GOT IN THE RECORD

14:34    4   EXHIBITS 97, 98, 99, 100, 1560, 1561, AND PX-1810 THROUGH 1877.

14:34    5   WE ACTUALLY HAVE HARD COPIES OF 1810.1 THROUGH 1810.10 AND

14:34    6   PX-98 --

14:34    7           THE COURT:  THOSE ARE EXHIBITS THAT HAVE BEEN

14:35    8   PROVIDED TO THE COURT THAT ARE IN THE COURT'S CHAMBERS;

14:35    9   CORRECT?

14:35   10           MR. ROY:  ACTUALLY, YOUR HONOR, I DON'T THINK YOU'VE

14:35   11   GOTTEN THE DECIMALS.  MOST OF THEM ARE SUBSETS OUT OF REPORTS.

14:35   12   WE'VE GIVEN MANY OF THESE INDIVIDUAL EXHIBIT LISTINGS.

14:35   13           THE COURT:  RIGHT.  OKAY.

14:35   14           MR. ROY:  IF IT'S 98.1, IT'S EXTRACTED FROM

14:35   15   EXHIBIT 98, THE REPORT, BECAUSE IT'S A SEPARATE FORM.  EXHIBITS

14:35   16   98.1 THROUGH 98.15 --

14:35   17           THE COURT:  I JUST WANT TO MAKE SURE, IF WE HAPPEN TO

14:35   18   BE LOOKING AT THESE WHILE WE ARE DOING AN OPINION, WE CAN FIND

14:35   19   THEM.

14:35   20           MR. ROY:  YOU'RE GOING TO HAVE A SET OF THEM.

14:35   21           THE COURT:  I WANT TO MAKE SURE, SINCE THEY'RE NOT

14:35   22   OFFICIALLY IN THE RECORD YET, THAT THE GOVERNMENT DOESN'T HAVE

14:35   23   ANY OBJECTION; OR IF THEY DO, WHAT IT IS.  SO WE'LL GET TO

14:35   24   THAT.  ARE YOU INTRODUCING THOSE NOW?

14:35   25           MR. ROY:  YES, SIR.  THE GOVERNMENT HAD A COPY OF ALL
```

| | | |
|---|---|---|
| 14:35 | 1 | THESE GIVEN TO THEM. |
| 14:35 | 2 | **THE COURT:** DOES THE GOVERNMENT HAVE ANY OBJECTION TO |
| 14:35 | 3 | THOSE EXHIBITS THAT YOU HAVE? |
| 14:35 | 4 | **MR. BAEZA:** TO THESE EXHIBITS THAT THEY HAVE PROVIDED |
| 14:35 | 5 | FOR PURPOSES OF THIS EXAMINATION? |
| 14:36 | 6 | **THE COURT:** YES, SIR. |
| 14:36 | 7 | **MR. BAEZA:** NO, YOUR HONOR. NO OBJECTION. |
| 14:36 | 8 | **THE COURT:** THANK YOU VERY MUCH. LET THEM BE |
| 14:36 | 9 | ADMITTED, AND MAKE SURE THE HARD COPY GETS IN A PLACE WHERE WE |
| 14:36 | 10 | CAN KEEP OUR HANDS ON IT. |
| 14:36 | 11 | **MR. ROY:** IT'S HERE. I DO HAVE ONE OTHER QUESTION. |
| 14:36 | 12 | **THE COURT:** MAKE SURE WE GET THOSE. |
| 14:36 | 13 | **MR. ROY:** YES, SIR. THEY'RE HERE IN THE ROOM AND |
| 14:36 | 14 | THEY WILL BE HANDED BEFORE WE LEAVE. THAT'S ALL THE QUESTIONS |
| 14:36 | 15 | WE HAVE. |
| 14:36 | 16 | **THE COURT:** IT'S 2:30. WE'VE BEEN ABOUT AN HOUR AND |
| 14:36 | 17 | A HALF. WE'LL TAKE A TEN-MINUTE RECESS AND YOU CAN COMMENCE |
| 14:36 | 18 | YOUR CROSS. |
| 14:36 | 19 | **THE DEPUTY CLERK:** ALL RISE. |
| 14:36 | 20 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 14:44 | 21 | **THE DEPUTY CLERK:** ALL RISE. |
| 14:56 | 22 | **THE COURT:** PLEASE BE SEATED. THANK YOU. |
| 14:57 | 23 | **MR. ROY:** YOUR HONOR, BEFORE WE TENDER THE WITNESS, |
| 14:57 | 24 | THE WITNESS HAS CLARIFIED TWO POINTS LEFT HANGING, AND WE WOULD |
| 14:57 | 25 | LIKE TO GET THAT CLARIFICATION IN. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:57 | 1 | **THE COURT:**  THANK YOU. |
| 14:57 | 2 | BY MR. ROY: |
| 14:57 | 3 | Q.   MR. MORRIS, DURING THE BREAK YOU VERIFIED TWO THINGS: |
| 14:57 | 4 | ONE, THE AVERAGE ANGLED SLOPE OF THE LEVEE ON THE 12-MILE |
| 14:57 | 5 | REACH 2 SECTION WE ARE CONCERNED WITH; AND SECONDLY, THE |
| 14:57 | 6 | AVERAGE WIDTH OF THE SHELF BETWEEN THE WATER AND THE TOE OF THE |
| 14:57 | 7 | LEVEE, OR THE TOP OF THE LEVEE; CORRECT? |
| 14:57 | 8 | A.   YES. |
| 14:57 | 9 | Q.   TELL THE COURT WHAT YOUR CALCULATIONS REVEALED. |
| 14:57 | 10 | A.   WE FOUND AN AVERAGE DISTANCE FROM THE CENTERLINE OF THE |
| 14:57 | 11 | LEVEE TO THE WATER'S EDGE OF 450 FEET.  SO A SHELF WIDTH FROM |
| 14:57 | 12 | THE TOE OF THE LEVEE TO THE WATER'S EDGE OF APPROXIMATELY |
| 14:57 | 13 | 400 FEET AND -- |
| 14:57 | 14 | Q.   THAT'S AN AVERAGE? |
| 14:57 | 15 | A.   AN AVERAGE.  IT WILL VARY.  WE CAN LOOK AT IT.  YOU CAN |
| 14:57 | 16 | SEE HOW MUCH IT VARIES, BUT THAT'S AN AVERAGE. |
| 14:57 | 17 | **THE COURT:**  IS THAT AS OF WHAT PRECISE TIME, |
| 14:57 | 18 | APPROXIMATE TIME? |
| 14:58 | 19 | **THE WITNESS:**  IT WAS RIGHT AT KATRINA. |
| 14:58 | 20 | **THE COURT:**  RIGHT AT KATRINA. |
| 14:58 | 21 | BY MR. ROY: |
| 14:58 | 22 | Q.   THE AVERAGE SLOPE OF THE LEVEE ON THE MRGO SIDE? |
| 14:58 | 23 | A.   A 1-ON-4 SLOPE TRANSLATES TO 14 DEGREES, A 1-ON-5 SLOPE |
| 14:58 | 24 | TRANSLATES TO ABOUT 11 DEGREES, SO SOMEWHERE IN THAT RANGE. |
| 14:58 | 25 | **MR. ROY:**  THANK YOU.  I TENDER THE WITNESS. |

| | | |
|---|---|---|
| 14:58 | 1 | **THE COURT:**  THANK YOU.  THANK YOU, COUNSEL. |
| 14:58 | 2 | **CROSS-EXAMINATION** |
| 10:32 | 3 | **BY MR. BAEZA:** |
| 14:58 | 4 | **Q.**   MAY IT PLEASE THE COURT.  DAN BAEZA FOR THE UNITED STATES. |
| 14:58 | 5 | IT'S GOOD TO SEE YOU AGAIN, MR. MORRIS. |
| 14:58 | 6 | **A.**   GOOD TO SEE YOU TOO, SIR. |
| 14:59 | 7 | **Q.**   I WANT TO GO TALK A LITTLE BIT ABOUT YOUR UNDERSTANDING OF |
| 14:59 | 8 | LIDAR DATA.  YOU ARE NOT AN EXPERT IN THE COLLECTION OF LIDAR |
| 14:59 | 9 | DATA; CORRECT? |
| 14:59 | 10 | **A.**   THAT'S CORRECT. |
| 14:59 | 11 | **Q.**   YOU CONSIDER YOURSELF MORE AN END-USER OF THIS DATA? |
| 14:59 | 12 | **A.**   YES. |
| 14:59 | 13 | **Q.**   END-USERS WOULD NOT GET INTO THE DETAILS OF ACCURACY |
| 14:59 | 14 | ASSESSMENTS OF THIS DATA; CORRECT? |
| 14:59 | 15 | **A.**   TYPICALLY, NO.  I THINK I HAVE A PRETTY GOOD UNDERSTANDING |
| 14:59 | 16 | OF THE LIMITATIONS OF THESE DATA SETS. |
| 14:59 | 17 | **Q.**   I WANT TO MOVE NOW TO VEGETATION.  PART OF YOUR EXPERT |
| 14:59 | 18 | ANALYSIS, YOU WERE ASKED TO ASSESS VEGETATION FRONTING THE |
| 14:59 | 19 | REACH 2 LEVEES FOR AREAS WHERE VEGETATION EXISTED AND THERE WAS |
| 14:59 | 20 | NO BREACHING; CORRECT? |
| 14:59 | 21 | **A.**   YES. |
| 14:59 | 22 | **Q.**   YOU PREVIOUSLY TESTIFIED THAT THE ENTIRE AREA OF REACH 2 |
| 14:59 | 23 | CAN BE ANALYZED FOR THIS PURPOSE; CORRECT? |
| 14:59 | 24 | **A.**   THE PRE-KATRINA LIDAR DOES HAVE SOME VEGETATION IN IT AS |
| 15:00 | 25 | WIDE AS IT IS.  IT DOESN'T SHOW THE ENTIRE SHELF AND ALL AREAS, |

15:00    1    BUT YES, YOU CAN LOOK AT THE PRE-KATRINA LIDAR AND SEE WHETHER

15:00    2    OR NOT THERE'S VEGETATION THERE.

15:00    3    **Q.**   BASED ON YOUR REVIEW, YOU DID NOT FIND A CORRELATION

15:00    4    BETWEEN THE HEIGHT OF VEGETATION IN FRONT OF THE LEVEE AND

15:00    5    WHETHER THAT LEVEE BREACHED DURING KATRINA; CORRECT?

15:00    6            **MR. ROY:**  OBJECTION, YOUR HONOR.  THAT'S OUTSIDE OF

15:00    7    HIS AREA OF EXPERTISE.  HE IS MERELY A SURVEYOR AND A MAPPER.

15:00    8    WHAT HE FOUND, HE MAPPED.  THIS IS AN AREA FOR OTHER EXPERTS TO

15:00    9    TESTIFY TO ON CAUSATION.

15:00   10            **THE COURT:**  I GUESS THE FIRST QUESTION IS:  DID HE

15:00   11    OPINE TO THAT EFFECT IN HIS OPINION OR IN THE RECORD?  IT WOULD

15:00   12    SEEM THAT THE ONLY WAY HE WOULD DO IT IS GRAPHICALLY, THAT IS,

15:00   13    WHERE THERE WAS HIGH VEGETATION, THERE WASN'T A BREACH; WHERE

15:00   14    THERE WASN'T HIGH VEGETATION, THERE WAS.  HE CAN ONLY DO IT BY

15:00   15    SAYING, "THAT'S WHAT I SAW," RATHER THAN IT WAS, IN FACT, THE

15:01   16    VEGETATION OR NOT.

15:01   17            **MR. BAEZA:**  I'M ONLY ASKING, IN RELATIONSHIP TO HIS

15:01   18    EXPERTISE AS A SURVEYOR AND MAPPER, WHETHER THAT HE OBSERVED

15:01   19    WHEN HE REVIEWED REACH 2 --

15:01   20            **THE COURT:**  YOU CAN ASK HIM WHAT HE OBSERVED.

15:01   21    **BY MR. BAEZA:**

15:01   22    **Q.**   IN YOUR OBSERVATIONS, SIR, OF THE REACH 2 LEVEES AND

15:01   23    VEGETATION, YOU DID NOT FIND A CORRELATION BETWEEN THE HEIGHT

15:01   24    OF VEGETATION IN FRONT OF THE LEVEE AND WHETHER THAT LEVEE

15:01   25    BREACHED DURING HURRICANE KATRINA; CORRECT?

15:01    1    **A.**   AS DISCUSSED IN OUR DEPOSITION, I BELIEVE I SAID THAT

15:01    2    EVERY COMBINATION EXISTS ALONG REACH 2.

15:01    3    **Q.**   SO THERE WERE AREAS WHERE THERE WERE TREES FRONTING A

15:01    4    LEVEE, YET THE LEVEE DID NOT BREACH; CORRECT?

15:01    5    **A.**   THAT'S CORRECT.

15:01    6    **Q.**   THERE WERE AREAS WHERE THERE WERE TREES IN FRONT OF A

15:01    7    LEVEE WHERE THE LEVEE DID BREACH; CORRECT?

15:01    8    **A.**   THAT'S CORRECT.

15:01    9    **Q.**   THERE WERE AREAS WHERE THERE WAS LOW VEGETATION AND THE

15:01   10    LEVEE BREACHED; RIGHT?

15:01   11    **A.**   ALL COMBINATIONS.

15:01   12    **Q.**   THE LAST QUESTION, THEN, GROUNDED OUT:  THERE WERE AREAS

15:02   13    WHERE THERE WAS LOW VEGETATION BUT NO BREACHING; CORRECT?

15:02   14    **A.**   YES.

15:02   15    **Q.**   I WANT TO TURN NOW TO PAGE 9 OF YOUR JULY 2008 REPORT.  WE

15:02   16    CAN PULL THAT UP.  ACTUALLY, CAN YOU PULL UP FIGURE 4-1.

15:02   17         MR. MORRIS, THIS IS THE MAP THAT WAS PREVIOUSLY

15:02   18    DISCUSSED DURING YOUR DIRECT EXAMINATION; CORRECT?

15:02   19    **A.**   YES.

15:02   20    **Q.**   OF THE BREACHES?  ALONG REACH 2 YOU HAVE BREACHES NUMBERED

15:03   21    11 AND THEN 51 THROUGH 226; CORRECT?

15:03   22    **A.**   CORRECT.

15:03   23    **Q.**   THAT IS 177 BREACHES ALONG REACH 2 OF THE MRGO; CORRECT?

15:03   24    **A.**   YES.  I BELIEVE THE MATH IS CORRECT.

15:03   25    **Q.**   ALONG THE AREA THAT IS REFERRED TO AS THE NEW ORLEANS EAST

| | | |
|---|---|---|
| 15:03 | 1 | BACK LEVEE, YOU HAD NUMBERS 15, 16, AND THEN WHAT APPEARS TO BE |
| 15:03 | 2 | 17 THROUGH 42; CORRECT? |
| 15:03 | 3 | **A.**   YES. |
| 15:03 | 4 | **Q.**   THAT IS A TOTAL OF 28 BREACHES ALONG THE NEW ORLEANS EAST |
| 15:03 | 5 | BACK LEVEE; CORRECT? |
| 15:03 | 6 | **A.**   I BELIEVE SO, YES. |
| 15:03 | 7 | **Q.**   THE MAJORITY OF THOSE BREACHES, IF I CAN MARK IT -- THAT |
| 15:03 | 8 | SEEMS TO BE OFF. |
| 15:04 | 9 | YOU UNDERSTAND THAT THERE IS A PUMP STATION THAT |
| 15:04 | 10 | APPROXIMATELY BISECTS THE NEW ORLEANS EAST BACK LEVEE? |
| 15:04 | 11 | **A.**   YES. |
| 15:04 | 12 | **Q.**   THE MAJORITY OF THOSE BREACHES ARE EAST OF THAT PUMP |
| 15:04 | 13 | STATION? |
| 15:04 | 14 | **THE COURT:**  HE CAN MAYBE LOCATE APPROXIMATELY THE |
| 15:04 | 15 | PUMP STATION FROM HIS -- |
| 15:04 | 16 | **MR. BAEZA:**  HE CAN PROBABLY DO IT BETTER THAN ME |
| 15:04 | 17 | BASED ON WHAT HE SHOWED US IN HIS DIRECT. |
| 15:04 | 18 | **BY MR. BAEZA:** |
| 15:04 | 19 | **Q.**   IF YOU COULD MARK ON THAT FIGURE APPROXIMATELY WHERE THAT |
| 15:04 | 20 | PUMP STATION IS. |
| 15:04 | 21 | **A.**   (COMPLIES) |
| 15:04 | 22 | **Q.**   YOU PROVED ME RIGHT.  SO ALTOGETHER THERE ARE |
| 15:04 | 23 | APPROXIMATELY -- OR THERE ARE 205 BREACHES ALONG REACH 2 AND |
| 15:04 | 24 | THE NEW ORLEANS EAST BACK LEVEES? |
| 15:04 | 25 | **A.**   YES. |

15:04    1    Q.    YOU ASSISTED IN MAPPING THESE BREACHES FOR THE PLAINTIFFS'

15:04    2    GIS DATABASE?

15:04    3    A.    YES.

15:04    4    Q.    YOU MAPPED THE WIDTH AND THE SILL ELEVATION FOR ALL THESE

15:04    5    BREACHES?

15:04    6    A.    YES.

15:04    7    Q.    THIS MAPPING WAS TO BE USED IN PLAINTIFFS' MODELING OF THE

15:05    8    STORM SURGE, THE WAVES, AND THE INTERIOR FLOODING?

15:05    9    A.    WE TURNED THE DATA OVER TO THE MODELERS, YES.

15:05   10    Q.    THIS WAS USED FOR THE BASE CASE SCENARIO FOR THE INTERIOR

15:05   11    FLOOD SIMULATION KNOWN AS PLAINTIFFS' SCENARIO 1?

15:05   12    A.    THAT WOULD BE OUTSIDE OF MY AREA OF EXPERTISE.  WE TURNED

15:05   13    THIS DATA OVER.

15:05   14    Q.    DID YOU MAP BREACHES FOR PLAINTIFFS' SCENARIO 3?

15:05   15    A.    WE MAPPED BREACHES, PERIOD.  I DIDN'T DO ANYTHING SPECIFIC

15:05   16    FOR ANY SCENARIO.  I MAPPED THE BREACHES AND HANDED THEM OVER.

15:05   17    Q.    LET'S TURN NOW TO PAGE 18 OF YOUR JULY 2008 REPORT.

15:05   18    AGAIN, THIS IS THE IMAGE DISCUSSED DURING YOUR DIRECT

15:05   19    EXAMINATION DEPICTING THE CHALMETTE AREA LEVEE SYSTEM?

15:06   20    A.    YES.

15:06   21    Q.    IT'S YOUR OPINION THAT, FOR THE CHALMETTE AREA LEVEE

15:06   22    SYSTEM, OVER 70 PERCENT OF THE LEVEES WERE BELOW THEIR DESIGN

15:06   23    GRADE?

15:06   24    A.    YES.  BASED ON THE DECISION-MAKING CHRONOLOGY ELEVATIONS.

15:06   25    Q.    THE DESIGN GRADE FOR THESE LEVEES WAS 17 1/2 FEET;

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:06 | 1 | CORRECT? |
| 15:06 | 2 | **A.**   IT WAS WITHIN THE DECISION-MAKING CHRONOLOGY.   THEY |
| 15:06 | 3 | CORRECTED FOR THE CHANGE IN SEA LEVEL. |
| 15:06 | 4 | **Q.**   OKAY.   WOULD YOU PLEASE MARK ON THIS MAP WHERE |
| 15:06 | 5 | BAYOU BIENVENUE IS LOCATED. |
| 15:06 | 6 | **A.**   (COMPLIES) |
| 15:06 | 7 | **Q.**   THANK YOU.   WOULD YOU PLEASE MARK ON THE MAP WHERE |
| 15:06 | 8 | BAYOU DUPRE IS LOCATED. |
| 15:06 | 9 | **A.**   (COMPLIES) |
| 15:06 | 10 | **Q.**   BETWEEN BAYOUS BIENVENUE AND DUPRE, THE LEVEE WAS |
| 15:07 | 11 | PREDOMINANTLY 1 FOOT TO 2 FOOT BELOW ITS DESIGN GRADE; CORRECT? |
| 15:07 | 12 | **A.**   YES.   THAT WAS A LOW SECTION OF LEVEE, CERTAINLY. |
| 15:07 | 13 | **Q.**   WOULD YOU MARK THE SECTION WHERE THE LEVEE TURNS SOUTHWEST |
| 15:07 | 14 | TOWARD VERRET. |
| 15:07 | 15 | **A.**   (COMPLIES) |
| 15:07 | 16 | **Q.**   NOW, BETWEEN THE BAYOU DUPRE CONTROL STRUCTURE AND WHERE |
| 15:07 | 17 | THAT LEVEE TURNS SOUTHWEST, MORE LEVEE SECTIONS WERE AT GRADE |
| 15:07 | 18 | OR ABOVE THEIR DESIGN GRADE; CORRECT? |
| 15:07 | 19 | **A.**   THAT SECTION WAS HIGHER, YES. |
| 15:07 | 20 | **Q.**   THERE WERE COMPARATIVELY FEWER BREACHES BETWEEN |
| 15:07 | 21 | BAYOU DUPRE AND THE LEVEE'S SOUTHWESTERLY TURN TOWARDS VERRET |
| 15:07 | 22 | THAN BETWEEN BAYOUS BIENVENUE AND DUPRE; CORRECT? |
| 15:07 | 23 | **A.**   FROM A NUMBER OF BREACHES STANDPOINT, I WOULD HAVE TO |
| 15:07 | 24 | LOOK; BUT FROM A SEVERITY OF BREACHING, YES, THE BREACHING WAS |
| 15:07 | 25 | MOST SEVERE BETWEEN BIENVENUE AND DUPRE. |

FINAL DAILY COPY

15:08     1   **Q.**   WHERE THE LEVEES WERE LOWER?

15:08     2   **A.**   WHERE THE LEVEES WERE LOWER.

15:08     3   **Q.**   NOW, AN ISSUE IN THIS CASE IS ALSO THAT THE WIDENING OF

15:08     4   THE MRGO CAUSED THE LEVEES TO SETTLE.  CAN YOU PLEASE MARK ON

15:08     5   THIS IMAGE WHERE THE MRGO IS LOCATED, ALTHOUGH WE ALL OBVIOUSLY

15:08     6   KNOW.

15:08     7   **A.**   (COMPLIES)

          8   **Q.**   WOULD YOU PLEASE REFER TO THE SECTION THAT I JUST CIRCLED.

15:08     9   THIS IS A SECTION OF THE VERRET-TO-CAENARVON LEVEE; CORRECT?

15:08    10   **A.**   YES.

15:08    11   **Q.**   THIS SECTION IS MORE THAN 2 FEET BELOW ITS DESIGN GRADE;

15:08    12   CORRECT?

15:08    13   **A.**   YES.

15:08    14   **Q.**   THIS SECTION IS NOT ADJACENT TO THE MRGO; CORRECT?

15:08    15   **A.**   NO, IT'S NOT.

15:09    16   **Q.**   MR. MORRIS, THIS IS THE IMAGE YOU DISCUSSED ON YOUR DIRECT

15:09    17   EXAM SHOWING A LEVEL OF HIGH VEGETATION BETWEEN THE MRGO LEVEES

15:09    18   AND THE MRGO; CORRECT?

15:09    19   **A.**   YES.

15:10    20   **Q.**   IN THAT IMAGE THE LEVEE IS GREATER THAN 17 1/2 FEET;

15:10    21   CORRECT?

15:10    22   **A.**   YES, IT APPEARS TO BE IN THIS SLIDE.

15:10    23   **Q.**   I KNOW YOU DON'T WANT TO GIVE EXACT NUMBERS, BUT CAN YOU

15:10    24   GIVE AN APPROXIMATION, IN YOUR OPINION, AS TO HOW HIGH THAT

15:10    25   LEVEE SECTION IS?

15:10    1   **A.**   IT APPEARS TO BE SLIGHTLY ABOVE 17 1/2.  WE CAN LOOK AT IT
15:10    2   IN THE GIS IF YOU WANT.
15:10    3   **Q.**   LET'S DO THAT, PLEASE.
15:10    4           **THE WITNESS:**  CAN YOU DO THAT, ANDREW?  YOU WOULD
15:10    5   NEED TO TURN ON THE ELEVATIONS PROVIDED BY THE CORPS, AND IT
15:10    6   IS -- IT'S A GOOD POINT.  THIS LOCATION IS SOMETHING WE WOULD
15:10    7   HAVE TO -- YOU WOULD HAVE TO DO IT BY COORDINATES.  IT MIGHT
15:10    8   TAKE A WHILE TO DO THAT.
15:11    9           **THE COURT:**  IF IT'S GOING TO TAKE A WHILE, WE DON'T
15:11   10   HAVE THAT LUXURY.
15:11   11           **THE WITNESS:**  RIGHT.  SORRY.
15:11   12   **BY MR. BAEZA:**
15:11   13   **Q.**   WELL, WE CAN GO BACK TO THAT.  I'M ALMOST FINISHED ANYWAY.
15:11   14           LET'S TURN TO PAGE 19 OF YOUR JULY 2008 REPORT.
15:11   15   MR. MORRIS, PLEASE DIRECT YOUR ATTENTION TO THE AREA THAT I
15:12   16   HAVE JUST CIRCLED.  DO YOU SEE THE AREA OF THE NEW ORLEANS EAST
15:12   17   BACK LEVEE EAST OF THE PUMPING STATION?
15:12   18   **A.**   YES.
15:12   19   **Q.**   IN YOUR OPINION THAT SECTION EAST OF THE LEVEE IS MORE
15:12   20   THAN 2 FEET BELOW ITS DESIGN HEIGHT; CORRECT?
15:12   21   **A.**   YES.
15:12   22   **Q.**   THIS AREA SIGNIFICANTLY BREACHED DURING HURRICANE KATRINA;
15:12   23   CORRECT?
15:12   24   **A.**   YES, IT DID.
15:12   25   **Q.**   IT'S NOT ADJACENT TO THE MRGO; RIGHT?

                           FINAL DAILY COPY

| | | |
|---|---|---|
| 15:12 | 1 | **A.**    THAT'S CORRECT. |
| 15:13 | 2 | **Q.**    YOU UNDERSTAND WE ARE IN A BIT OF A TIME CRUNCH WITH |
| 15:13 | 3 | RESPECT TO GETTING THE EXACT HEIGHT OF THE FIGURE IN THIS |
| 15:13 | 4 | FIGURE 8-1.  DO YOU AGREE, MR. MORRIS, THAT THIS AREA IS |
| 15:13 | 5 | SOUTHEAST OF THE BAYOU DUPRE CONTROL STRUCTURE? |
| 15:13 | 6 | **A.**    I HONESTLY CAN'T TELL YOU FROM MEMORY. |
| 15:13 | 7 | **MR. BAEZA:**  YOUR HONOR, I HAVE NO FURTHER QUESTIONS. |
| 15:13 | 8 | FOR THE RECORD, THIS IS PX-98.11 THAT WAS REFERENCED DURING |
| 15:14 | 9 | MR. MORRIS' DIRECT EXAMINATION THAT WE ARE LOOKING FOR THE |
| 15:14 | 10 | ELEVATION OF THIS FIGURE. |
| 15:14 | 11 | **THE COURT:**  THANK YOU, SIR. |
| 15:14 | 12 | **MR. BAEZA:**  THANK YOU. |
| 15:14 | 13 | THANK YOU, MR. MORRIS. |
| 15:14 | 14 | **THE COURT:**  BY THE WAY, IF THERE'S ANY IMAGE EITHER |
| 15:14 | 15 | THE PLAINTIFF OR THE GOVERNMENT NEED PRINTED, AS YOU KNOW, WE |
| 15:14 | 16 | HAVE THAT CAPABILITY IN THE EVENT YOU WOULD WANT TO GET IT IN |
| 15:14 | 17 | THE RECORD. |
| 15:14 | 18 | **MR. BAEZA:**  YES, YOUR HONOR. |
| 15:14 | 19 | **THE COURT:**  THANK YOU. |
| 15:14 | 20 | ANY REDIRECT? |
| 15:14 | 21 | **MR. ROY:**  NO, YOUR HONOR. |
| 15:14 | 22 | **THE COURT:**  SIR, YOU MAY STAND DOWN.  THANK YOU VERY |
| 15:14 | 23 | MUCH. |
| 15:14 | 24 | NOW, IS THIS WITNESS RELEASED? |
| 15:14 | 25 | **MR. BAEZA:**  SUBJECT TO GETTING THAT ELEVATION ON THE |

FINAL DAILY COPY

```
15:14    1   LAST --
15:14    2          THE COURT:  OKAY.  WELL, HE IS NOT SEQUESTERED
15:14    3   ANYHOW, THAT'S RIGHT.  MY QUESTION IS:  CAN WE RELEASE HIM?
15:14    4          MR. ROY:  WE CAN RELEASE HIM.  WE HAVE NO MORE
15:14    5   QUESTIONS FOR HIM.
15:14    6          MR. BAEZA:  HE IS RELEASED.
15:14    7          THE COURT:  HE IS RELEASED.  OKAY.
15:14    8          MR. ROY:  THANK YOU.
15:15    9          THE COURT:  THE STYLUS IS NOT THAT EASY TO USE.  A
15:15   10   LOT OF WITNESSES HAVE TROUBLE WITH IT.  IT'S NOT INTUITIVE.
15:15   11   SOME CAN DO IT; SOME CAN'T.
15:15   12              OKAY.  MR. BRUNO, NEXT WITNESS.  ARE WE HAVING A
15:15   13   DEPOSITION, OR IS IT LIVE?
15:15   14          MR. BRUNO:  WE ARE HAVING A COUPLE OF DEPOSITIONS,
15:15   15   ALTHOUGH I WILL ALERT MY OPPONENTS THAT I WOULD LIKE TO CALL
15:15   16   CECIL SOILEAU AS MY WITNESS.
15:15   17          THE COURT:  OKAY.
15:15   18          MR. BRUNO:  BEFORE WE DO THAT, I'VE GOT SOME
15:15   19   HOUSEKEEPING.
15:15   20          THE COURT:  YES, SIR.
15:15   21          MR. BRUNO:  FIRST, WE WOULD LIKE TO INTRODUCE TO
15:15   22   YOUR HONOR A STIPULATION BETWEEN -- THE ONLY ONE,
15:15   23   UNFORTUNATELY, BUT IT'S WHAT WE HAVE -- A STIPULATION BETWEEN
15:15   24   THE GOVERNMENT AND THE PLAINTIFFS THAT, IF CALLED TO TESTIFY,
15:15   25   DAVID VANN STUTTS WOULD TESTIFY AS FOLLOWS:
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:15 | 1 | THAT HE WAS A UNITED STATES ARMY CORPS OF |
| 15:15 | 2 | ENGINEERS, NEW ORLEANS DISTRICT, HYDRAULIC ENGINEER FROM 1971 |
| 15:16 | 3 | TO 1973.  HE IS A CIVIL ENGINEER.  HE WAS EXECUTIVE OFFICE FROM |
| 15:16 | 4 | 1978 TO 1985.  HE IS A GS-12 CIVIL ENGINEER FROM 1993 TO 1994 |
| 15:16 | 5 | AND A GS-13 SENIOR HYDRAULIC ENGINEER FROM 2005 TO 2007; |
| 15:16 | 6 | THAT THE STANDARD PROJECT HURRICANE SPH IS A |
| 15:16 | 7 | SYNTHETIC STORM THAT HAS A RECURRENCE OF ONCE IN A HUNDRED |
| 15:16 | 8 | YEARS IN ZONE B, WHICH IS A 400-MILE STRETCH OF THE CENTRAL |
| 15:16 | 9 | GULF COAST.  THESE ARE STORM PARAMETER PROBABILITIES BASED UPON |
| 15:16 | 10 | A RECORD FROM 1900 TO 1956; |
| 15:16 | 11 | THAT EMBEDDED IN THE ASSUMPTIONS OF THE SPH, |
| 15:17 | 12 | UTILIZING HISTORICAL DATA SUCH AS LAND MASS AND CONFIGURATION |
| 15:17 | 13 | OF TOPOGRAPHY (TREES OR NO TREES, SWAMPS) WAS THAT THE |
| 15:17 | 14 | TOPOGRAPHY AND HABITAT IN EXISTENCE FROM 1900 TO 1956 CERTAINLY |
| 15:17 | 15 | COULD POSSIBLY HAVE HAD AN INFLUENCE ON THE SURGE.  THEREFORE, |
| 15:17 | 16 | IF THERE WERE MORE LAND MASS, THERE COULD BE LESS SURGE; |
| 15:17 | 17 | THAT BETTER FETCH IS THE OPEN WATER LENGTH OVER |
| 15:17 | 18 | WHICH WIND CAN BLOW; |
| 15:17 | 19 | THAT WAVE HEIGHT IS DEPENDENT UPON THE DEPTH OF |
| 15:17 | 20 | THE WATER; |
| 15:17 | 21 | THAT THE PROCESS OF CALCULATING WAVES IN THE SPH |
| 15:17 | 22 | BEGINS WITH THE OFFSHORE FETCH AREA.  THEN YOU BRING THE WAVE |
| 15:18 | 23 | IN, AND YOU CALCULATE WHAT'S CALLED A SIGNIFICANT WAVE, WHICH |
| 15:18 | 24 | IS WHAT WAS USED TO DESIGN THE HURRICANE PROTECTION SYSTEM; |
| 15:18 | 25 | THAT THE SIGNIFICANT WAVE IS DEFINED AS THE |

```
15:18    1   HIGHEST ONE-THIRD OF ALL WAVES IN THE OBSERVED WAVE TREND;
15:18    2              THAT THERE ARE CHARTS THAT THE CORPS UTILIZES TO
15:18    3   ASSESS THE WAVE HEIGHT AT CERTAIN DEPTHS DEPENDING ON A CERTAIN
15:18    4   FETCH LENGTH;
15:18    5              THAT THE MRGO HAS OBVIOUSLY ENLARGED AT THE
15:18    6   SURFACE OF THE CHANNEL OVER TIME.  IT WAS A KNOWN PROBLEM THAT
15:18    7   BETWEEN THE TIME PERIOD '74 TO '92 THAT THE CHANNEL BANKS WERE
15:18    8   ERODING.
15:18    9              THAT CONCLUDES THE STIPULATION REGARDING
15:18   10   MR. VANN STUTTS.
15:18   11         THE COURT:  ARE YOU GOING TO INTRODUCE THAT INTO
15:18   12   EVIDENCE?  WELL, IF THE COURT REPORTER HAS IT --
15:18   13         MR. BRUNO:  RIGHT.  WE DON'T HAVE A SIGNED ONE, SIR.
15:18   14         THE COURT:  THE GOVERNMENT JOINS IN THAT STIPULATION,
15:19   15   I TAKE IT?
15:19   16         MR. SMITH:  YES, YOUR HONOR.
15:19   17         THE COURT:  I CONGRATULATE YOU ON ENTERING INTO EVEN
15:19   18   ONE.
15:19   19         MR. BRUNO:  WELL, I WISH WE HAD MORE, JUDGE, BUT SUCH
15:19   20   AS IT IS.
15:19   21         THE COURT:  BY THE WAY, JUST TO MAKE SOMETHING CLEAR,
15:19   22   IN READING THE DEPOSITIONS, OR THE EXPERT REPORTS -- THEY ARE
15:19   23   SOMEWHAT LEACHED INTO EACH OTHER -- ONE OF THE WITNESSES STATED
15:19   24   THAT A SIGNIFICANT WAVE WAS 86 PERCENT AND THE WAVES ABOVE
15:19   25   THAT, 14 PERCENT, WOULDN'T BE -- AND THIS IS A THIRD.  SO DO WE
```

```
15:19    1   HAVE A DISPUTE AS TO WHAT A SIGNIFICANT WAVE IS?
15:19    2            MR. BRUNO:  NO.  I THINK THAT'S ROUGHLY THE SAME,
15:19    3   JUDGE.  IN OTHER WORDS, IF YOU HAVE A SPECTRUM OF WAVE HEIGHTS,
15:19    4   AND YOU HAVE AN AVERAGE HIGH, AN AVERAGE LOW, AND AN AVERAGE
15:19    5   MEDIAN --
15:19    6            THE COURT:  I UNDERSTOOD THAT.
15:19    7            MR. BRUNO:  YEAH, THAT'S WHAT THOSE ARE.
15:19    8            THE COURT:  BECAUSE THERE'S A ONE-THIRD AND THE
15:19    9   TWO-THIRDS VERSUS THE 86 PERCENT.  I JUST WANTED TO MAKE SURE
15:19   10   THAT IT WASN'T A MATHEMATICAL ISSUE LATER ON.
15:19   11            MR. O'DONNELL:  I DON'T KNOW IF IT'S SIGNIFICANT THAT
15:19   12   THERE'S A DIFFERENCE HERE.
15:19   13            THE COURT:  I CERTAINLY DON'T EITHER.
15:19   14            MR. BRUNO:  RIGHT.  NOW THAT WE CONCEDE THAT POINT,
15:20   15   I'LL LET YOU KNOW WHAT I'M TRYING TO PROVE.  WE NEXT OFFER THE
15:20   16   30(B)(6) DEPOSITION TESTIMONY.  JUDGE, WHAT I'M GOING TO DO IS
15:20   17   JUST GIVE YOU THE AREAS THAT THIS PERSON WAS DESIGNATED TO
15:20   18   TESTIFY IN BY THE GOVERNMENT.  HER NAME IS NANCY POWELL.  ALL
15:20   19   RIGHT?  SO THAT WE SENT AND SERVED UPON THE GOVERNMENT A
15:20   20   NOTICE.  WE IDENTIFIED --
15:20   21            THE COURT:  CAN YOU GIVE ME ONE MINUTE, SIR.
15:20   22            MR. BRUNO:  SURE.  SORRY.
15:21   23            THE COURT:  HOLD ON.  I HAD DONE SUMMARIES MYSELF OF
15:21   24   EACH AND EVERY ONE, AND I'M WONDERING WHERE THEY ARE JUST IN
15:21   25   CASE SOMETHING COMES UP.  GO AHEAD.
```

FINAL DAILY COPY

15:21   1        **MR. BRUNO:**  WELL, IF I MAY, JUDGE, CONTINUE, THIS

15:21   2   WITNESS WAS DESIGNATED TO SPEAK TO THE FOLLOWING ISSUES:

15:21   3   EVALUATIONS BY THE CORPS REGARDING THE ALLEGED POTENTIAL FOR

15:21   4   THE MRGO TO SERVE AS A CONDUIT AND/OR FUNNEL FOR

15:21   5   HURRICANE-GENERATED STORM SURGE.  THAT'S PARAGRAPH 8 OF OUR

15:22   6   NOTICE.

15:22   7        SHE WAS DESIGNATED TO SPEAK ABOUT:  EVALUATIONS

15:22   8   BY THE CORPS REGARDING STORM SURGES WITHIN THE MRGO,

15:22   9   LAKE BORGNE, LAKE PONTCHARTRAIN, THE IHNC, THE GIWW, AND THEIR

15:22   10  RELATIONSHIP TO THE DESIGN, CONSTRUCTION, OPERATION, AND

15:22   11  MAINTENANCE OF PART OR PARTS OF THE MRGO, INDIVIDUALLY OR

15:22   12  COLLECTIVELY.  THAT'S PARAGRAPH 10.

15:22   13       SHE WAS DESIGNATED TO SPEAK ABOUT:  THE DESIGN

15:22   14  CRITERIA OR OTHER FACTORS UTILIZED TO CALCULATE THE STILL WATER

15:22   15  HEIGHT AND WAVE RUN-UP, INCLUDING FREEBOARD, AS IT RELATES TO

15:22   16  THE DEVELOPMENT OF THE STANDARD PROJECT HURRICANE AND THE

15:22   17  DEVELOPMENT OF THE PROBABLE MAXIMUM HURRICANE.  THAT'S

15:22   18  PARAGRAPH 14.

15:22   19       SHE WAS DESIGNATED TO SPEAK ABOUT:  THE FACTS,

15:22   20  DATA, OR OTHER INFORMATION, WHEN COMBINED WITH THE DESIGN

15:23   21  CRITERIA UTILIZED, THAT RESULTED IN THE DESIGN FOR THE MRGO

15:23   22  REACH 2, GIWW/MRGO REACH 1, AND THE IHNC FEDERAL FLOOD CONTROL

15:23   23  STRUCTURES.  THAT'S PARAGRAPH 15.

15:23   24       SHE WAS DESIGNATED TO SPEAK ABOUT:  INFORMATION

15:23   25  AND KNOWLEDGE REGARDING ANY CHANGES IN THE FACTUAL ASSUMPTIONS

15:23   1   UTILIZED TO DEVELOP THE STANDARD PROJECT HURRICANE AND/OR THE

15:23   2   PROBABLE MAXIMUM HURRICANE THAT MAY HAVE OCCURRED OVER TIME AS

15:23   3   A RESULT OF THE CONSTRUCTION OF THE MRGO OR LOSS AND/OR

15:23   4   DESTRUCTION OF THE MARSH, SWAMP TREES AND BRUSH, ETC., IN THE

15:23   5   VICINITY OF THE MRGO.  THAT'S PARAGRAPH 16.  I ONLY HAVE THREE

15:23   6   MORE TO GO.

15:23   7          THE COURT:  IN THE FUTURE WE NEED TO JUST INTRODUCE

15:23   8   THAT INTO THE RECORD --

15:23   9          MR. BRUNO:  WE CAN.

15:23   10          THE COURT:  -- BECAUSE IT DOESN'T TELL ME WHAT

15:23   11   ELEMENTS OF YOUR CASE YOU INDICATE -- IT MIGHT HELP ME IF YOU

15:23   12   TELL ME WHAT --

15:24   13          MR. BRUNO:  I WILL.  I JUST WANTED --

15:24   14          THE COURT:  IN THE FUTURE JUST INTRODUCE THOSE INTO

15:24   15   THE RECORD.

15:24   16          MR. BRUNO:  RIGHT.  IT'S A 30(B)(6), SO I HAVE GOT TO

15:24   17   GIVE YOU THE PARAGRAPHS.

15:24   18          THE COURT:  YES, I UNDERSTAND, BUT DO IT BY NOT

15:24   19   READING IT.  INTRODUCE IT AND IT WILL BE PART OF THE RECORD.

15:24   20          MR. BRUNO:  WE WILL MAKE THIS INTO AN EXHIBIT, JUDGE.

15:24   21              NOW, MS. POWELL IS OFFERED TO DISCUSS, FIRST OF

15:24   22   ALL, HOW THE CORPS WENT ABOUT THE BUSINESS OF DESIGNING THE

15:24   23   LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION SYSTEM.

15:24   24   THE PURPOSE OF THAT IS TO DEMONSTRATE TO THE COURT THAT THE

15:24   25   EXISTING TOPOGRAPHY, BATHYMETRY, AND HABITAT, THAT IS, AS OF

15:24    1    THE TIME THAT THE CALCULATIONS WERE MADE -- THE EVIDENCE IS

15:24    2    GOING TO SHOW THAT THAT WAS BEFORE THE MRGO WAS BUILT -- BECAME

15:24    3    A COMPONENT PART OF THE DESIGN OF THE STRUCTURE.

15:24    4            THE EVIDENCE WILL SHOW THAT A HURRICANE LEVEE IS

15:25    5    NOTHING MORE THAN A HEIGHT OF A STRUCTURE, AND THAT HEIGHT OF

15:25    6    THE STRUCTURE IS DEPENDENT UPON THE CALCULATION OF TWO THINGS:

15:25    7    HURRICANE SURGE AND WAVE RUNNER.  THE EVIDENCE WILL SHOW THAT,

15:25    8    OVER TIME, THE CORPS LOOKED AT PAST HURRICANES, AND THEY LOOKED

15:25    9    AT HIGH WATER MARKS, AND THEY COMPARED THOSE HIGH WATER MARKS

15:25   10    TO THOSE CALCULATIONS.

15:25   11            SHE WILL ALSO SPEAK ABOUT ALL THE INVESTIGATIONS

15:25   12    THAT WERE MADE BY THE CORPS WITH REGARD TO THE IMPACT OF THE

15:25   13    MRGO ON HURRICANES.  IN CONNECTION WITH THAT --

15:25   14        **THE COURT:**  YOU HAVEN'T ESTABLISHED WHETHER THE FETCH

15:25   15    WAS PART OF THE CALCULATIONS.

15:25   16        **MR. BRUNO:**  YES.  IN FACT, JUDGE, IF I MAY, I WOULD

15:25   17    LIKE TO PUBLISH 1322.  I'M WITH YOU.  DO WE HAVE IT?  WE HAD IT

15:25   18    UP.

15:25   19            JUDGE, THIS IS EXHIBIT 1322.  IT IS THE

15:26   20    HYDRAULIC --

15:26   21        **THE COURT:**  WHEN I READ THESE DEPOSITIONS, THERE WERE

15:26   22    EXHIBITS MENTIONED, AND I DIDN'T HAVE TIME NOR THE EXHIBITS TO

15:26   23    GO OVER ALL OF THE EXHIBITS WHEN I READ THE DEPOSITIONS.

15:26   24        **MR. BRUNO:**  PRECISELY.  THAT'S WHY I WANTED TO

15:26   25    PUBLISH THIS TO YOU NOW BECAUSE THIS IS THE CENTRAL PIECE.

```
15:26    1              THE COURT:  I UNDERSTAND.

15:26    2              MR. BRUNO:  THIS IS THE LAKE PONTCHARTRAIN,

15:26    3    LOUISIANA, AND VICINITY DESIGN MEMORANDUM NO. 1.  THE

15:26    4    PARTICULAR SUBJECT WHICH IS DESCRIBED HERE IS HYDROLOGY AND

15:26    5    HYDRAULIC ANALYSIS, PART I CHALMETTE.  OF COURSE, CHALMETTE

15:26    6    DEALS WITH REACH 1, REACH 2, AND THE IHNC.

15:26    7              THE COURT:  I GUESS, IN DETERMINING THE DESIGN

15:26    8    CRITERIA FOR THIS LEVEE SYSTEM AS THE STANDARD PROJECT

15:26    9    HURRICANE, THERE WAS SOME QUESTION THAT I READ IN THE

15:26   10    DEPOSITION AS TO WHETHER -- AND WE'LL HAVE TO DETERMINE WHAT

15:26   11    RELEVANCE THIS HAS, IF ANY.

15:26   12              MR. BRUNO:  SURE.  I UNDERSTAND.

15:26   13              THE COURT:  TO DETERMINE WHETHER IT WAS DONE WITHOUT

15:26   14    THE MRGO IN PLACE, IN ESSENCE, AND WITHOUT THE FETCH OF THE

15:27   15    MRGO --

15:27   16              MR. BRUNO:  MS. POWELL SPEAKS TO THAT, AND SO WILL

15:27   17    MR. SOILEAU.

15:27   18                   BUT AGAIN, JUDGE, IF I MAY, JUST TO GIVE YOU A

15:27   19    LITTLE BACKGROUND, LET'S MOVE SEVEN PAGES IN, THE GLOSSARY, SO

15:27   20    WILL JUST KNOW THAT THIS IS AVAILABLE TO YOU, JUDGE.  IN THIS

15:27   21    DOCUMENT IS SOMETHING CALLED A GLOSSARY.  IT'S AT III.

15:27   22              THE COURT:  THE EXHIBIT NUMBER --

15:27   23              MR. BRUNO:  I JUST LOST IT.  THE EXHIBIT NUMBER IS

15:27   24    1322, PX-1322.  THERE'S A GLOSSARY HERE, AND THIS IS THE CORPS'

15:27   25    WORDS AND THEIR DEFINITIONS SO THAT YOU CAN HAVE THAT FOR YOUR
```

```
15:27    1   USE AND YOUR REFERENCE.
15:27    2                ALL RIGHT.  LET'S MOVE THREE PAGES DOWN, WHICH
15:27    3   IS THE ANALYSIS.  LET'S GO STRAIGHT TO PARAGRAPH 16.  SEE HERE,
15:28    4   JUDGE, AT PAGE 16 OF THE DOCUMENT, "WAVE DATA," YOU'LL SEE THAT
15:28    5   THEY ACTUALLY DID COMPARE THE WAVE DATA THAT THEY HAD OBTAINED
15:28    6   FOR OTHER HURRICANES, '59, '58, AND '65.
15:28    7                LET'S GO TO PAGE 21.  THAT WAS PAGE 16.  NOW WE
15:28    8   ARE MOVING TO PAGE 21.  YOU'LL SEE HERE THAT THEY LOOKED AT
15:29    9   THE SEPTEMBER -- CAN WE BLOW UP THAT SECTION WHERE IT SAYS
15:29   10   "SEPTEMBER 1915" AND "SEPTEMBER 1947," AND "SEPTEMBER 1956."
15:29   11   CAN WE BLOW UP THE SECTION THAT REFERS TO THE THREE PAST
15:29   12   HURRICANES.  THAT'S IT.
15:29   13                SEE HERE, JUDGE, THAT WHAT THEY DID WAS THEY
15:29   14   WENT BACK AND LOOKED AT HIGH WATER MARKS OVER TIME, AND THEN
15:29   15   THEY COMPARED -- THE EVIDENCE WILL SHOW THAT THEIR CALCULATED
15:29   16   SURGE HEIGHTS BASED UPON THE EXISTING TOPOGRAPHY AND HABITAT IN
15:29   17   1962, '63, THEY HAD TO DETERMINE WHETHER OR NOT THAT MET OR
15:29   18   EQUALED THESE PAST HEIGHTS.  THAT'S HOW THEY CORROBORATED THE
15:29   19   CALCULATIONS.
15:29   20                WE MOVE, THEN, TO PAGE 23.  PAGE 23 IS WHERE WE
15:30   21   HAVE THEIR DISCUSSION OF HOW THEY CALCULATED WAVE RUN-UP, AND
15:30   22   THAT'S HOW HIGH THE WATER GOT BECAUSE OF WAVES AGAINST THE
15:30   23   LEVEE.
15:30   24        THE COURT:  I'M MAINLY INTERESTED IN HER DEPOSITION.
15:30   25   I KNOW SHE REFERS TO -- IT'S HER DEPOSITION THAT'S
```

FINAL DAILY COPY

```
15:30    1    BEING ADMITTED INTO EVIDENCE?

15:30    2             MR. BRUNO:  RIGHT.  IF I MAY, THE LAST PAGE, 24, YOU

15:30    3    WILL SEE --

15:30    4             THE COURT:  IS THERE ANY TESTIMONY SHE GIVES THAT

15:30    5    BASICALLY THAT --

15:30    6             MR. BRUNO:  EXPLAINS THIS.

15:30    7             THE COURT:  HER TESTIMONY IS MAINLY EXPLANATORY.

15:30    8             MR. BRUNO:  RIGHT.

15:30    9             THE COURT:  ALSO, SHE DOES TALK ABOUT WAVE ENERGY AND

15:30   10    WAVE SURGE, ETC.

15:30   11             MR. BRUNO:  EXACTLY.  YOU SEE RIGHT HERE THE

15:30   12    CALCULATED STILL WATER HEIGHT IS 16.3, THE HIGH-INCIDENT WAVE

15:30   13    IS 7.0, AND THE WAVE RUN-UP IS 4.7.  SO THE HEIGHT OF THE LEVEE

15:31   14    IS CALCULATED TO BE 17.5.

15:31   15             THE COURT:  RIGHT.

15:31   16             MR. BRUNO:  NOW, YOU SAW THAT IN THE PAPERS.  I'M

15:31   17    JUST SHOWING YOU WHERE IT IS.  IT'S PAGE 24.

15:31   18             THE COURT:  MY QUESTION IS:  TELL ME WHY THE HEIGHT

15:31   19    OF THE LEVEE IS RELEVANT TO YOUR CASE HERE TODAY.

15:31   20             MR. BRUNO:  ALL RIGHT.  CAN WE GO BACK TO PAGE --

15:31   21             THE COURT:  LET'S SAY THEY MADE A TREMENDOUS MISTAKE

15:31   22    ON THE STANDARD PROJECT HURRICANE.

15:31   23             MR. BRUNO:  ALL RIGHT, JUDGE.

15:31   24             THE COURT:  WHAT RELEVANCE DOES IT HAVE FOR THE CASE?

15:31   25             MR. BRUNO:  HERE'S -- AND IT'S VERY, VERY IMPORTANT
```

15:31    1   FOR THE COURT TO --

15:31    2          **THE COURT:**  LET'S JUST ESTABLISH THIS NOW.

15:31    3          **MR. BRUNO:**  NO, AND THAT'S FINE.  OUR ARGUMENT IS

15:31    4   THAT THE EXISTING TOPOGRAPHY, THE EXISTING BATHYMETRY, AND THE

15:31    5   EXISTING HABITAT BECAME A COMPONENT OF THE DESIGN BECAUSE, IN

15:31    6   ORDER FOR THE CORPS TO CALCULATE HOW HIGH TO MAKE THE LEVEE,

15:31    7   THEY HAD TO DO CALCULATIONS, MATHEMATICAL CALCULATIONS WHICH

15:31    8   TOOK INTO CONSIDERATION THE DEPTH OF THE FETCH.

15:31    9          THEREFORE, THE DEPTH OF THE FETCH THAT THEY USED

15:32   10   IN ORDER TO CALCULATE THE HEIGHT OF THE LEVEE IS A DEPTH OF THE

15:32   11   FETCH THAT THEY ASSUMED WOULD NOT CHANGE OVER TIME.  SO THAT

15:32   12   WHEN THEY PLOPPED THE MRGO IN THE MIDDLE OF THAT FETCH, WHAT

15:32   13   THEY DID WAS ALTER ALL OF THE DESIGN ASSUMPTIONS THAT THEY HAD

15:32   14   UTILIZED TO DESIGN AND BUILD THE LEVEE.

15:32   15          AND THE CASE IN POINT HERE IS THAT IN 1967, WHEN

15:32   16   THEY REALIZED THAT THE MRGO WAS GETTING SO WIDE THAT IT WOULD

15:32   17   DAMAGE THE TOE OF THE LEVEE, THEY FELT COMPELLED TO PUT

15:32   18   FORESHORE PROTECTION ON THE SHORE OF THE MRGO TO KEEP THE

15:32   19   MRGO -- I'M SORRY, TO KEEP THE MRGO FROM DAMAGING THE LEVEES.

15:32   20   THE LOGIC IS THE SAME.

15:32   21          IF -- *IF* -- THE CORPS RECOGNIZES THE NEED TO

15:32   22   KEEP THE MRGO FROM ENCROACHING ON THE LEVEE SO IT WON'T HURT

15:32   23   IT, THEN THE CORPS, WE ARGUE, SHOULD HAVE UNDERSTOOD THAT THE

15:32   24   PLACEMENT OF THAT MRGO WOULD CHANGE SURGE CALCULATIONS AND WAVE

15:33   25   CALCULATIONS.  SO IT MADE THE WAVES GROW, MADE THEM HIGHER, AND

15:33    1  ALL OF THEIR ASSUMPTIONS WERE NO GOOD ANYMORE.

15:33    2          **THE COURT:**  SO THE PURPOSE, THEN, IN A NUTSHELL IS

15:33    3  THAT BY FAILING TO MAKE THESE -- THAT THE CORPS RECOGNIZED THAT

15:33    4  THE MRGO MAY BE A THREAT TO THE LEVEE?

15:33    5          **MR. BRUNO:**  THEY KNEW OR SHOULD HAVE KNOWN OVER TIME

15:33    6  THAT IT WAS -- AND, IN FACT, WE WILL SHOW IT TURNED OUT TO

15:33    7  BE -- A THREAT TO THE LEVEE.  YES, JUDGE, THAT'S IT.

15:33    8          **THE COURT:**  I UNDERSTAND, AND THIS WITNESS SIMPLY IS

15:33    9  PRIMARILY EXPLANATORY.

15:33   10          **MR. BRUNO:**  FOUNDATION.

15:33   11          **THE COURT:**  AS FOUNDATION.

15:33   12          **MR. BRUNO:**  RIGHT.

15:33   13          **THE COURT:**  I UNDERSTAND THE CORPS ADAMANTLY

15:33   14  DISAGREES WITH THIS, AND I HAVE READ THE REPORTS.  I'M SIMPLY

15:33   15  GETTING FROM THE PLAINTIFFS WHAT THESE DEPOSITIONS INTEND TO

15:33   16  PROVE, AND I WANTED TO BRING OUT WHY WE ARE TALKING ABOUT THE

15:33   17  LEVEES TO BEGIN WITH.

15:33   18          **MR. BRUNO:**  YES, JUDGE.  THANK YOU.  NOW, WITH THAT,

15:33   19  WE WILL CALL CECIL SOILEAU.

15:34   20          **THE COURT:**  DO WE HAVE AN EXHIBIT NUMBER FOR THAT

15:34   21  DEPOSITION?

15:34   22          **MR. BRUNO:**  I APOLOGIZE.  YES, WE DO HAVE AN EXHIBIT

15:34   23  NUMBER FOR THE DEPOSITION, AND I ALSO HAVE DOCUMENTS TO

15:34   24  INTRODUCE IN CONNECTION WITH THE TESTIMONY.  I APOLOGIZE.  I

15:34   25  TOTALLY FORGOT WHAT I WAS DOING.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:34 | 1 | **THE COURT:**  I THOUGHT WE HAD INTRODUCED ALL THE |
| 15:34 | 2 | DOCUMENTS. |
| 15:34 | 3 | **MR. BRUNO:**  WELL, WE DID, BUT I WANTED YOU TO KNOW |
| 15:34 | 4 | FOR YOUR OWN PURPOSES WHAT DOCUMENTS MAY BE EMPLOYED WHEN |
| 15:34 | 5 | YOU'RE LOOKING AT THIS, SO YOU DON'T HAVE TO LOOK AT 2,000 |
| 15:34 | 6 | DOCUMENTS. |
| 15:34 | 7 | **THE COURT:**  THAT'S FAIR. |
| 15:34 | 8 | **MR. BRUNO:**  SO, VERY QUICKLY, JUDGE, FIRST OF ALL, |
| 15:34 | 9 | THE DEPOSITION ITSELF IS JX-133 AND JX-134.  THE EXHIBITS ARE |
| 15:34 | 10 | PX-258, PX-1952, PX-740, PX-1318, PX-57, PX-134, PX-1963, |
| 15:35 | 11 | PX-1322, PX-68, PX-270, PX-1324, PX-1325, PX-1326, PX-1352, |
| 15:35 | 12 | PX 1329, PX-139, PX-1331, PX-1332, PX-1333, PX-1334, PX-1335, |
| 15:35 | 13 | PX-1336, PX 1322, PX-1339, AND FINALLY PX-1963. |
| 15:35 | 14 | MR. SOILEAU, HOW ARE YOU?  VERY GOOD TO SEE YOU |
| 15:35 | 15 | AGAIN. |
| 15:35 | 16 | **THE COURT:**  HOLD ON JUST A MINUTE.  WHEN WE LOOK AT |
| 15:36 | 17 | THE DEPOSITION AND LOOK AT THOSE EXHIBITS, HOW WILL WE BE ABLE |
| 15:36 | 18 | TO -- WE MADE NEED A CORRELATION. |
| 15:36 | 19 | **MR. BRUNO:**  WE ACTUALLY MARKED -- WE REMARKED, DID WE |
| 15:36 | 20 | NOT?  DID WE NOT REMARK THE DEPOSITIONS WITH THE PX NUMBERS? |
| 15:36 | 21 | THE BEGINNING OF THE DEPOSITION, JUDGE, THERE'S |
| 15:36 | 22 | A CROSS-REFERENCE PAGE WITH THE EXHIBIT NUMBER, AND NEXT TO IT |
| 15:36 | 23 | IS THE PX NUMBER. |
| 15:36 | 24 | **THE COURT:**  YES.  I SAW THAT IN SOME BUT NOT IN ALL. |
| 15:36 | 25 | I LOOKED AT ALL OF THEM. |

FINAL DAILY COPY

15:36  1          **MR. BRUNO:**  WELL, WE WILL GIVE -- IF WE HAVEN'T --

15:36  2          **THE COURT:**  THEY ARE NOT EXISTING IN SOME BECAUSE I

15:36  3  WENT THROUGH ALL OF THEM.

15:36  4          **MR. BRUNO:**  WELL, WE ARE RE-OFFERING EACH OF THESE

15:37  5  CLEAN AND NEW AND FRESH.

15:37  6          **THE COURT:**  OKAY.

15:37  7          **MR. BRUNO:**  I HOPE.

15:37  8          **THE COURT:**  I'M ASSUMING THAT MEANS THERE'S A

15:37  9  CORRELATION.

15:37  10          (WHEREUPON **CECIL SOILEAU**, HAVING BEEN DULY SWORN,

15:37  11  TESTIFIED AS FOLLOWS.)

15:37  12          **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

15:37  13  CORRECT SPELLING FOR THE RECORD.

15:37  14          **THE WITNESS:**  MY NAME IS CECIL SOILEAU, AND THAT'S

15:37  15  C-E-C-I-L, S-O-I-L-E-A-U.

15:37  16                    **DIRECT EXAMINATION**

00:59  17  BY MR. BRUNO:

15:37  18  **Q.**  MR. SOILEAU, GOOD TO SEE YOU AGAIN.  HAVE YOU HAD A CHANCE

15:37  19  TO MEET WITH THE LAWYERS FOR THE GOVERNMENT?

15:37  20  **A.**  YES, I HAVE.

15:37  21  **Q.**  DID THEY TELL YOU THAT I OFFERED TO LET YOU STAY HOME IF

15:37  22  THEY WOULD STIPULATE TO YOUR TESTIMONY?

15:37  23  **A.**  NO, SIR.

15:37  24  **Q.**  I DIDN'T THINK SO.  ANYWAY, MR. SOILEAU, YOU WERE AN

15:37  25  ENGINEER AT THE U.S. ARMY CORPS OF ENGINEERS FOR A LONG, LONG

15:38   1    TIME, WEREN'T YOU?

15:38   2    **A.**   I WAS THERE FOR ABOUT 30 YEARS.

15:38   3    **Q.**   I'D CALL THAT A LONG TIME.  WOULDN'T YOU?  NO?

15:38   4    **A.**   I'VE BEEN SOMEPLACE ELSE FOR 15.  I DON'T KNOW.

15:38   5    **Q.**   IT'S RELATIVE, THEN; RIGHT?

15:38   6    **A.**   YEAH.

15:38   7    **Q.**   DURING THE TIME THAT YOU WERE AT THE CORPS, YOU WORKED IN

15:38   8    THE ENGINEERING BRANCH; RIGHT?

15:38   9    **A.**   DIVISION, YES, SIR.

15:38   10   **Q.**   YOU WORKED IN HYDROLOGY?

15:38   11   **A.**   YES, SIR.

15:38   12   **Q.**   THAT'S WHAT YOU DID.  YOU REMEMBER THAT YOU GAVE US A

15:38   13   DEPOSITION; RIGHT?

15:38   14   **A.**   THAT'S CORRECT.

15:38   15   **Q.**   YOU TOLD US, DID YOU NOT, THAT WHEN YOU WERE THERE IN

15:38   16   ABOUT 1961 OR 1962, YOU ASSISTED WITH THE MATHEMATICAL FORMULAS

15:38   17   THAT WENT INTO THE DETERMINATION OF SURGE CALCULATIONS IN ORDER

15:38   18   TO ASSIST WITH THE DESIGN OF THE HURRICANE PROTECTION

15:38   19   STRUCTURES THAT WERE CONTEMPLATED AT THAT TIME; ISN'T THAT

15:38   20   TRUE?

15:38   21   **A.**   YES, SIR, EXCEPT THE DATE IS PROBABLY LIKE '63 OR '64,

15:39   22   RATHER THAN '61 OR '62.

15:39   23   **Q.**   ARE YOU SURE ABOUT THAT?  THE REASON I ASKED THE QUESTION

15:39   24   IS BECAUSE IN 1963, WHICH IS --

15:39   25              **THE COURT:**  HOLD ON.  LET ME SURE THE COURT REPORTER

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:39 | 1 | IS -- SHE DIDN'T GET THE ANSWER.  YOU MIGHT HAVE TO -- |
| 15:39 | 2 | **MR. BRUNO:**  I'LL DO IT AGAIN. |
| 15:39 | 3 | **THE WITNESS:**  AS I REMEMBER, IT WAS SOMETIME PROBABLY |
| 15:39 | 4 | LATE '63 OR '64. |
| 15:39 | 5 | **BY MR. BRUNO:** |
| 15:39 | 6 | **Q.**  THE REASON I AM WONDERING IF THAT'S ACCURATE IS BECAUSE IN |
| 15:39 | 7 | 1963 THERE WAS A PUBLICATION WHICH HAD INDICATED WHAT THE |
| 15:39 | 8 | PROPOSED LEVEE ALIGNMENT WAS, AND THAT PUBLICATION PROPOSED THE |
| 15:39 | 9 | LEVEE ALIGNMENT ALONG THE MRGO AS OPPOSED TO THE 40 ARPENT.  DO |
| 15:39 | 10 | YOU REMEMBER THAT? |
| 15:39 | 11 | **A.**  YES, I DO. |
| 15:39 | 12 | **Q.**  WHEN YOU WERE ENGAGED IN DOING THESE FORMULAS, THE LEVEE |
| 15:39 | 13 | ALIGNMENT WAS AT THE 40 ARPENT; RIGHT? |
| 15:40 | 14 | **A.**  THE SURVEY REPORT THAT AUTHORIZED THE PROJECT SHOWED THAT |
| 15:40 | 15 | ALIGNMENT.  HOWEVER -- |
| 15:40 | 16 | **Q.**  I'M SORRY, WHICH ALIGNMENT? |
| 15:40 | 17 | **A.**  THE 40 ARPENT ALIGNMENT. |
| 15:40 | 18 | **Q.**  NO.  THE SURVEY SHOWED THE MRGO ALIGNMENT. |
| 15:40 | 19 | **A.**  THE SURVEY REPORT. |
| 15:40 | 20 | **Q.**  RIGHT.  THE ONE THAT WENT TO CONGRESS? |
| 15:40 | 21 | **A.**  THAT ONE SHOWED THE ORIGINAL ALIGNMENT WAS THE 40 ARPENT. |
| 15:40 | 22 | **Q.**  OKAY. |
| 15:40 | 23 | **A.**  AFTER BETSY THERE WAS AN IMMEDIATE AUTHORIZATION OF THAT |
| 15:40 | 24 | PROJECT BY CONGRESS, AND AT THAT TIME IS WHEN I RECALL THAT THE |
| 15:40 | 25 | ALIGNMENT CHANGED. |

| | | |
|---|---|---|
| 15:40 | 1 | **Q.**   WHAT I WOULD LIKE TO DO FIRST, THOUGH, IS -- |
| 15:40 | 2 | **THE COURT:**  I'M A LITTLE CONFUSED. |
| 15:40 | 3 | **MR. BRUNO:**  I KNOW. |
| 15:40 | 4 | **THE COURT:**  WHEN THE ALIGNMENT CHANGED, IF YOU COULD |
| 15:40 | 5 | JUST GO OVER THAT.  I WOULD RATHER YOU ASK HIM THE QUESTIONS |
| 15:40 | 6 | RIGHT NOW, BUT I MAY -- |
| 15:40 | 7 | **MR. BRUNO:**  SURE, JUDGE. |
| 15:40 | 8 | **BY MR. BRUNO:** |
| 15:40 | 9 | **Q.**   LET'S DO IT THIS WAY.  MR. SOILEAU, WHEN YOU WERE |
| 15:40 | 10 | ASSISTING IN THESE CALCULATIONS, WHERE DID THE CORPS INTEND TO |
| 15:41 | 11 | LOCATE THE LEVEE THAT WAS TO PROTECT ST. BERNARD PARISH? |
| 15:41 | 12 | **A.**   IN 1965, THE LEVEE WAS PROPOSED TO BE ON THE ORIGINAL |
| 15:41 | 13 | 40 ARPENT LINE, AND IT WAS MY UNDERSTANDING THAT IT BECAME A |
| 15:41 | 14 | NEW ALIGNMENT ALONG THE MRGO. |
| 15:41 | 15 | **THE COURT:**  NOW I UNDERSTAND.  THANK YOU, SIR. |
| 13:21 | 16 | **BY MR. BRUNO:** |
| 15:41 | 17 | **Q.**   ALL RIGHT.  JUST FOR CONTEXT.  NOW, THE JUDGE HAS THE |
| 15:41 | 18 | BENEFIT OF A DEPOSITION THAT WE TOOK OF NANCY POWELL THAT TALKS |
| 15:41 | 19 | ABOUT THE WIND PARAMETERS THAT YOU-ALL USED.  YOU GOT YOUR WIND |
| 15:41 | 20 | DATA FROM WHERE? |
| 15:41 | 21 | **A.**   WE GOT OUR WIND DATA FROM THE NATIONAL WEATHER SERVICE. |
| 15:41 | 22 | **Q.**   YOU LOOKED AT SOME PAST HURRICANES IN ORDER TO ASCERTAIN |
| 15:41 | 23 | WHAT WAS THE MOST SEVERE COMBINATION OF HURRICANE CONDITIONS |
| 15:42 | 24 | THAT MIGHT AFFECT THE CHALMETTE AREA; ISN'T THAT CORRECT? |
| 15:42 | 25 | **A.**   THOSE TRACKS WERE PROVIDED TO US BY THE NATIONAL WEATHER |

| | | |
|---|---|---|
| 15:42 | 1 | SERVICE. |
| 15:42 | 2 | **Q.**   ULTIMATELY, WITHOUT GETTING INTO TOO MUCH DETAIL, THE |
| 15:42 | 3 | CORPS SELECTED A TRACK, AND THAT WAS TRACK F; RIGHT? |
| 15:42 | 4 | **A.**   THAT MAY HAVE BEEN.  I DON'T RECALL.  THERE WERE A, B, C, |
| 15:42 | 5 | D, E, AND F, AS I RECALL. |
| 15:42 | 6 | **Q.**   WELL, THE POINT IS THEY SELECTED A TRACK, AND IT HAD A |
| 15:42 | 7 | LETTER ASSOCIATED WITH IT; RIGHT? |
| 15:42 | 8 | **A.**   THAT'S RIGHT. |
| 15:42 | 9 | **Q.**   NOW, THE REASON WHY THE TRACK WAS IMPORTANT TO YOU WAS |
| 15:42 | 10 | BECAUSE YOU HAD TO FIX A LOCATION FOR THE HURRICANE EYE IN |
| 15:42 | 11 | ORDER FOR YOU TO DO THE CALCULATIONS THAT YOU HAD TO DO TO |
| 15:42 | 12 | ASCERTAIN SURGE HEIGHT; ISN'T THAT RIGHT? |
| 15:42 | 13 | **A.**   THAT'S CORRECT.  BUT YOU HAVE TO REALIZE, ALSO, THAT I HAD |
| 15:43 | 14 | THE LATITUDE OF MOVING THAT TRACK EAST OR WEST IN ORDER TO MAKE |
| 15:43 | 15 | SURE THAT THE HIGH SURGE WAS COMPUTED FOR THAT KIND OF |
| 15:43 | 16 | HURRICANE -- |
| 15:43 | 17 | **Q.**   EXACTLY. |
| 15:43 | 18 | **A.**   -- IRRESPECTIVE OF WHETHER IT TRACKED A KNOWN TRACK OR |
| 15:43 | 19 | WHETHER IT WAS EAST OR WEST TEN MILES ONE WAY OR THE OTHER. |
| 15:43 | 20 | **Q.**   I UNDERSTAND.  ALL I'M TRYING TO POINT OUT TO THE COURT IS |
| 15:43 | 21 | THAT YOU MADE A CALCULATION BASED UPON WHERE YOU LOCATED THAT |
| 15:43 | 22 | HURRICANE; RIGHT? |
| 15:43 | 23 | **A.**   THAT'S RIGHT. |
| 15:43 | 24 | **Q.**   NOW, YOU HAD TO HAVE ACCESS TO CERTAIN INFORMATION ABOUT |
| 15:43 | 25 | TOPOGRAPHY, DIDN'T YOU? |

FINAL DAILY COPY

15:43    1   **A.**   THAT'S CORRECT.

15:43    2   **Q.**   WHERE DID YOU GO TO GET THAT DATA?

15:43    3   **A.**   THE OFFSHORE NAVIGATION MAPS THAT ARE AVAILABLE FROM, I

15:43    4   THINK, NOS --

15:43    5   **Q.**   RIGHT.

15:43    6   **A.**   -- GAVE US THE DEPTHS OFFSHORE THAT EXISTED IN THE VARIOUS

15:43    7   WATER BODIES AT THE TIME.

15:43    8   **Q.**   OKAY.

15:43    9   **A.**   AND THEN THERE WERE MAPS THAT WE REFERRED TO AS QUADRANGLE

15:44   10   MAPS THAT SHOWED US WHAT THE ELEVATION OF THE GROUND WAS ABOVE

15:44   11   SEA LEVEL.

15:44   12   **Q.**   RIGHT.  THOSE QUADRANGLE MAPS WERE -- WE KIND OF JOKED

15:44   13   ABOUT THIS.  I REMEMBER, BEING A BOY SCOUT, THEY WERE ABOUT

15:44   14   3 FEET BY ABOUT 5 FEET, AND THEY INDICATED THE TOPOGRAPHY FOR A

15:44   15   PARTICULAR GEOGRAPHIC AREA; RIGHT?

15:44   16   **A.**   THAT'S RIGHT.  IT DEPENDED UPON THE PHOTOGRAPHY THAT MAP

15:44   17   WAS MADE FROM AS TO WHAT IT SHOWED.

15:44   18   **Q.**   SURE.

15:44   19   **A.**   FROM TIME TO TIME, THOSE WERE UPDATED RIGHT ON THE

15:44   20   QUADRANGLE MAPS IN DIFFERENT COLORS.

15:44   21   **Q.**   SO YOU HAD KNOWLEDGE OF THE EXISTING TOPOGRAPHY AND YOU

15:44   22   HAD KNOWLEDGE OF THE EXISTING BATHYMETRY BASED UPON WHAT WAS

15:45   23   CONTAINED IN YOUR FILE AT THE OFFICE AT THE NEW ORLEANS

15:45   24   DISTRICT OFFICE OF THE UNITED STATES ARMY CORPS OF ENGINEERS;

15:45   25   RIGHT?

15:45   1   **A.**   THAT'S RIGHT.

15:45   2   **Q.**   YOU DID NOT GO OUT INTO THE FIELD AND DO AN ACTUAL SURVEY

15:45   3   IN ORDER TO DETERMINE HOW HIGH OR LOW THE LAND WAS OR HOW DEEP

15:45   4   THE BAYOUS OR LAKES WERE; RIGHT?

15:45   5   **A.**   NO, WE DID NOT.

15:45   6   **Q.**   IN ANY CASE, YOU DID YOUR CALCULATIONS, AND YOU CAME UP

15:45   7   WITH A SURGE HEIGHT WHEN THE CORPS HAD CONTEMPLATED PUTTING

15:45   8   THAT LEVEE AT THE 40 ARPENT CANAL; RIGHT?

15:45   9   **A.**   THERE WERE CALCULATIONS IN THE FILE THAT I FOLLOWED IN

15:45   10   ORDER TO SEE HOW IT HAD BEEN DONE, AND THEN I APPLIED THAT SAME

15:45   11   TECHNIQUE TO THE NEW ALIGNMENT.

15:45   12   **Q.**   WHEN YOU APPLIED THE SAME TECHNIQUE TO THE NEW ALIGNMENT,

15:45   13   THE LEVEES GOT HIGHER; RIGHT?

15:45   14   **A.**   THE LEVEES GOT HIGHER BECAUSE OF HURRICANE BETSY'S HIGHER

15:45   15   WIND SPEEDS, AS OPPOSED TO THOSE WIND SPEEDS THAT WERE PROVIDED

15:46   16   TO US BY THE NATIONAL WEATHER SERVICE PRIOR TO HURRICANE BETSY.

15:46   17   **Q.**   WELL, DO YOU REMEMBER YOUR DEPOSITION?  I ASKED YOU THAT

15:46   18   QUESTION ABOUT WHY THE LEVEES GOT HIGHER, AND YOU TOLD ME IT

15:46   19   WAS BECAUSE THEY WERE CLOSER TO THE WATER.

15:46   20   **A.**   THAT'S TRUE, BUT IT WASN'T BECAUSE OF WIND SPEEDS.

15:46   21   **Q.**   I DIDN'T -- WAIT.  I DIDN'T SAY ANYTHING ABOUT WIND SPEED.

15:46   22   HERE'S MY QUESTION.  LET'S SEE IF WE CAN GET AN ANSWER TO MY

15:46   23   QUESTION.

15:46   24          WHEN YOU DID THOSE CALCULATIONS IN ORDER TO DETERMINE

15:46   25   SURGE, WHEN THE ALIGNMENT CHANGED FROM THE 40 ARPENT TO THE

| | | |
|---|---|---|
| 15:46 | 1 | MRGO LOCATION, THE CALCULATIONS INDICATED THE HEIGHT OF THE |
| 15:46 | 2 | LEVEE SHOULD BE HIGHER; ISN'T THAT TRUE? |
| 15:46 | 3 | **A.**   THAT'S TRUE, BUT IT WAS RELATED TO WAVE HEIGHTS AS OPPOSED |
| 15:46 | 4 | TO WHERE IT MIGHT HAVE BEEN LOCATED. |
| 15:47 | 5 | **Q.**   I UNDERSTAND.  YOU TOLD ME IN THE DEPOSITION THE REASON |
| 15:47 | 6 | WHY THERE WAS A DIFFERENCE WAS BECAUSE THE WATER WAS DEEPER |
| 15:47 | 7 | WHEN YOU GOT CLOSE TO LAKE BORGNE; RIGHT? |
| 15:47 | 8 | **A.**   AGAIN, THAT WAS RELATED TO THE WAVE HEIGHTS. |
| 15:47 | 9 | **Q.**   OF COURSE.  THE POINT BEING, THE DEEPER THE WATER, THE |
| 15:47 | 10 | HIGHER THE WAVES; ISN'T THAT TRUE? |
| 15:47 | 11 | **A.**   THAT'S TRUE. |
| 15:47 | 12 | **Q.**   OKAY.  WHEN YOU DID THOSE CALCULATIONS, YOU DID NOT |
| 15:47 | 13 | INCLUDE IN YOUR MATHEMATICAL FORMULAS THE EXISTENCE OF THE |
| 15:47 | 14 | MRGO; ISN'T THAT TRUE? |
| 15:47 | 15 | **A.**   THAT'S CORRECT. |
| 15:47 | 16 | **Q.**   AT ANY TIME SINCE THE CONSTRUCTION OF THE MRGO, WERE YOU |
| 15:47 | 17 | EVER ASKED TO REDO YOUR CALCULATIONS BASED UPON THE EXISTENCE |
| 15:47 | 18 | OF THIS CHANNEL RIGHT OUTSIDE THE DOORWAY, IF YOU WILL, OF THE |
| 15:47 | 19 | LEVEE? |
| 15:47 | 20 | **A.**   NO, WE DID NOT. |
| 15:48 | 21 | **Q.**   TELL THE JUDGE:  WHY ARE WAVES SO IMPORTANT TO THE DESIGN |
| 15:48 | 22 | OF A LEVEE? |
| 15:48 | 23 | **A.**   THE SURGE CREATES GREATER DEPTH OVER THE SHORELINES, |
| 15:48 | 24 | WHETHER IT'S LAKE BORGNE OR OVER THE MARSH.  THE SURGE MAKES |
| 15:48 | 25 | THE WATER LEVEL DEEPER.  THAT WATER LEVEL REACHES A CERTAIN |

| 15:48 | 1 | LEVEL ON A PROPOSED LEVEE ALIGNMENT. |
| 15:48 | 2 | THE WAVE THAT YOU'RE COMPUTING OVER THAT SURGE LEVEL |
| 15:48 | 3 | THEN HAS THE OPPORTUNITY TO EITHER RUN UP ON A VERTICAL WALL, |
| 15:48 | 4 | FOR EXAMPLE, OR TO RUN UP A LEVEE SLOPE AND, IN SOME CASES, CAN |
| 15:48 | 5 | REACH THE CROWN OF THE LEVEE.  WE USE THAT CRITERIA, THE HEIGHT |
| 15:49 | 6 | TO WHICH THAT WAVE RUNS UP A LEVEE, TO COMPUTE THE HEIGHT OF |
| 15:49 | 7 | THE LEVEE. |
| 15:49 | 8 | Q.   RIGHT.  NOW -- |
| 15:49 | 9 | A.   SO IT'S A COMBINATION OF THE SURGE HEIGHT AT THE TOE OF |
| 15:49 | 10 | THE LEVEE PLUS THE WAVE RUN-UP THAT DETERMINES THE LEVEE |
| 15:49 | 11 | HEIGHT, IN GENERAL. |
| 15:49 | 12 | Q.   SURE, BUT HERE'S THE QUESTION:  WHY DO YOU CARE ABOUT THE |
| 15:49 | 13 | WAVES?  WHAT IS THE POTENTIAL PROBLEM OF A WAVE GOING OVER THE |
| 15:49 | 14 | TOP OF THIS LEVEE THAT YOU ARE CONTEMPLATING TO BE BUILT AT |
| 15:49 | 15 | THAT LOCATION? |
| 15:49 | 16 | A.   WELL, YOU DON'T WANT THE SIGNIFICANT WAVE OR OTHER WAVES |
| 15:49 | 17 | TO GO OVER THE TOP OF THE LEVEE.  HOWEVER, THE WAVES THAT ARE |
| 15:49 | 18 | ABOVE THE SIGNIFICANT WAVE MAY BE ALLOWED TO OVERTOP TO SOME |
| 15:50 | 19 | DEGREE -- |
| 15:50 | 20 | Q.   RIGHT. |
| 15:50 | 21 | A.   -- PROVIDED THAT THERE'S ENOUGH STORAGE AREA BEHIND THAT |
| 15:50 | 22 | LEVEE. |
| 15:50 | 23 | FOR EXAMPLE, ALONG THE MRGO ALIGNMENT, THERE IS A |
| 15:50 | 24 | VERY LARGE AREA BETWEEN THAT ALIGNMENT AND THE 40 ARPENT LEVEE |
| 15:50 | 25 | THAT WAS AVAILABLE TO STORE THAT MINOR OVERTOPPING THAT MIGHT |

| | | |
|---|---|---|
| 15:50 | 1 | BE A RESULT OF THOSE LARGER WAVES ABOVE THE SIGNIFICANT WAVE. |
| 15:50 | 2 | Q.   IF WE READ THE MANUAL, WHAT WE WILL FIND, MR. SOILEAU, IS |
| 15:50 | 3 | THAT THE CORPS DIDN'T WANT THERE TO BE ANY OVERTOPPING FLOW; |
| 15:50 | 4 | ISN'T THAT TRUE?  WE DID NOT WANT WATER TO FLOW OVER THE TOP |
| 15:50 | 5 | BECAUSE, IF WATER FLOWS OVER THE TOP, THE LEVEE FALLS DOWN; |
| 15:50 | 6 | ISN'T THAT TRUE? |
| 15:50 | 7 | A.   THAT'S NOT TRUE. |
| 15:50 | 8 | Q.   THAT'S NOT TRUE?  WELL, THAT'S WHAT YOUR EXPERTS SAY. |
| 15:50 | 9 | ISN'T IT A FACT THAT THE DESIGN MEMO ITSELF SAYS WE |
| 15:50 | 10 | WERE NOT GOING TO ALLOW THE SIGNIFICANT WAVE TO GO OVER THE TOP |
| 15:50 | 11 | OF THE LEVEE?  ISN'T THAT WHAT IT SAYS? |
| 15:51 | 12 | A.   THAT'S TRUE, BUT -- |
| 15:51 | 13 | THE COURT:  LET HIM EXPLAIN HIS ANSWER. |
| 15:51 | 14 | MR. BRUNO:  HE CAN EXPLAIN.  GO AHEAD AND EXPLAIN. |
| 15:51 | 15 | EXPLAIN AWAY. |
| 15:51 | 16 | THE COURT:  NO, I'M GOING TO TELL HIM TO EXPLAIN.  NO |
| 15:51 | 17 | NEED TO TALK. |
| 15:51 | 18 | MR. BRUNO:  I'M SORRY, JUDGE. |
| 15:51 | 19 | THE WITNESS:  THERE ARE SEVERAL FACTORS THAT ENTER |
| 15:51 | 20 | INTO THE CONSIDERATION OF THIS LEVEE, AND SOME OF THOSE ARE |
| 15:51 | 21 | GEOTECHNICAL CONSIDERATIONS. |
| 15:51 | 22 | IF THE LEVEE CROWN IS MADE WIDE ENOUGH, THAT |
| 15:51 | 23 | MINOR OVERTOPPING THAT EXCEEDS THE SIGNIFICANT WAVE IS NOT A |
| 15:51 | 24 | PROBLEM.  NOW, IF YOU LET THE SIGNIFICANT WAVE COMPLETELY |
| 15:51 | 25 | OVERTOP THE LEVEE AND THERE IS A SUFFICIENT DURATION OF THAT |

| | | |
|---|---|---|
| 15:51 | 1 | RATE OF OVERTOPPING, THEN YOU CAN HAVE EROSION ON THE BACK SIDE |
| 15:51 | 2 | OF THE LEVEE. |
| 15:51 | 3 | **BY MR. BRUNO:** |
| 15:51 | 4 | **Q.**   ALL RIGHT.  FINE.  THANK YOU, SIR.  THAT'S WHAT I THOUGHT |
| 15:51 | 5 | I WAS ASKING.  THAT'S OKAY. |
| 15:51 | 6 |         SO IF SOMETHING CHANGES TO CAUSE THOSE WAVES TO GET |
| 15:52 | 7 | BIGGER, THAT IS, SOMETHING CHANGES IN FRONT OF YOUR LEVEE THAT |
| 15:52 | 8 | CAUSES THOSE WAVES TO GET BIGGER, THAT MIGHT, IN FACT, IMPERIL |
| 15:52 | 9 | THE DESIGNED LEVEE; ISN'T THAT TRUE? |
| 15:52 | 10 | **A.**   IT WOULD DEPEND ON THE CASE, SIR. |
| 15:52 | 11 | **Q.**   OF COURSE, IT WOULD DEPEND ON THE CASE. |
| 15:52 | 12 | **A.**   BIGGER WAVES WOULD BREAK FURTHER OFFSHORE AND SO THE |
| 15:52 | 13 | RUN-UP WOULD BE LONGER ON THAT SLOPE. |
| 15:52 | 14 | **Q.**   NOW, DO YOU REMEMBER IF YOU DESIGNED INTO THE LEVEE A WAVE |
| 15:52 | 15 | BERM? |
| 15:52 | 16 | **A.**   WE DESIGNED A BERM IN THE LEVEE FOR STABILITY REASONS.  I |
| 15:52 | 17 | DON'T REMEMBER SPECIFICALLY THIS LEVEE ALONG THE MRGO, BUT I |
| 15:52 | 18 | BELIEVE THAT IT HAD A STABILITY BERM THAT MAY VERY WELL HAVE |
| 15:52 | 19 | MET THE REQUIREMENTS FOR A WAVE BERM. |
| 15:52 | 20 | **Q.**   WOULD YOU EXPLAIN TO THE JUDGE WHAT IS THE DIFFERENCE |
| 15:53 | 21 | BETWEEN A STABILITY BERM AND A WAVE BERM. |
| 15:53 | 22 | **A.**   AS YOU LOAD UP SOFT FOUNDATIONS -- AND I'M NOT REALLY |
| 15:53 | 23 | QUALIFIED TO TALK GEOTECHNICAL, BUT I CAN TALK IN GENERAL |
| 15:53 | 24 | TERMS. |
| 15:53 | 25 | **Q.**   SURE. |

15:53  1  **A.**   WHEN YOU PUT FRESH LOADING ON SOFT SOILS AND BUILD LEVEES

15:53  2  TO THE HEIGHT THAT WE WERE ATTEMPTING TO BUILD THEM TO, WHICH

15:53  3  WAS ON THE ORDER OF 17 1/2 FEET, AS YOU LOAD THAT SOFT SOIL,

15:53  4  THE WEIGHT TENDS TO PUSH THE SOFT SOIL OUT LIKE BUTTER, MELTING

15:53  5  BUTTER, WITH SOME LOAD ON TOP OF THE BUTTER.

15:53  6          IN ORDER TO HOLD THE HEIGHT OF THE LEVEE, YOU BUILD

15:53  7  THESE BERMS BOTH OUTSIDE AND INSIDE THE LEVEL OF PROTECTION TO

15:53  8  COUNTERACT THAT BASICALLY SQUEEZING OF TOOTHPASTE, AND THAT

15:54  9  TENDS TO GIVE STABILITY TO THE LEVEE.  THEN, BECAUSE YOU HAVE A

15:54  10  LARGE BERM OUT IN FRONT OF THE LEVEE THAT IS THERE FOR

15:54  11  STABILITY, YOU CAN TAKE ADVANTAGE OF IT TO BREAK THE WAVES AND

15:54  12  TO SOMEWHAT LIMIT THE WAVE RUN-UP.

15:54  13  **Q.**   HOW DOES A WAVE BERM BREAK THE WAVE?

15:54  14  **A.**   THE WAVE BERM RISES ABOVE THE GROUND.

15:54  15  **Q.**   RIGHT.

15:54  16  **A.**   THE DESIGN WAVE WILL TEND TO BREAK AT SOME POINT EITHER AT

15:54  17  THE BEGINNING OF THE BERM OR SOMEWHERE ON THE SLOPE OF THE

15:54  18  BERM.  IF THE WAVE IS BIGGER THAN THE WAVE THAT WE USED FOR

15:54  19  DESIGN, IT WOULD TEND TO BREAK FURTHER DOWN THE SLOPE OR AT THE

15:54  20  TOE OF THE BERM.

15:54  21  **Q.**   IS THAT A GOOD THING OR A BAD THING?

15:55  22  **A.**   IT'S A GOOD THING --

15:55  23  **Q.**   OKAY.

15:55  24  **A.**   -- BECAUSE IT MAKES THE WATER HAVE TO RUN A LONGER

15:55  25  DISTANCE, AND THAT HELPS DISSIPATE THE WAVE ENERGY.

15:55   1   **Q.**   SO A WAVE BERM IS SOMETHING THAT'S HIGHER UP THE LEVEE OR

15:55   2   LOWER THAN THE STRUCTURE -- I'M SORRY.  WHAT DID YOU CALL THE

15:55   3   OTHER ONE?  THE STRUCTURAL BERM?  STABILITY BERM.  I'M SORRY.

15:55   4   **A.**   STABILITY BERM.

15:55   5   **Q.**   A WAVE BERM IS HIGHER THAN A STABILITY BERM?

15:55   6   **A.**   IT WOULD DEPEND ON THE CASE.  IN JEFFERSON PARISH, FOR

15:55   7   EXAMPLE, THOSE BERMS PROBABLY WERE NOT AS HIGH AS THE WAVE BERM

15:55   8   NEEDED TO BE; IN WHICH CASE, IF I RECALL, WE ACTUALLY PUT A

15:55   9   WAVE BERM ON TOP OF THE STABILITY BERM.

15:55   10  **Q.**   RIGHT.  NORMALLY, A WAVE BERM IS HIGHER THAN A STABILITY

15:55   11  BERM; ISN'T THAT TRUE?

15:55   12  **A.**   IT'S TRUE ONLY IN THE SENSE THAT, IF YOU HAVE ALREADY GOT

15:55   13  A STABILITY BERM, YOU WOULDN'T PUT A WAVE BERM.

15:55   14          **THE COURT:**  LET ME JUST GET SOMETHING CLEAR.  WAS

15:56   15  THERE A STABILITY BERM AND/OR A WAVE BERM CONSTRUCTED ALONG

15:56   16  REACH 2 OF THE MRGO?

15:56   17          **THE WITNESS:**  I DON'T REMEMBER, SIR.

15:56   18  **BY MR. BRUNO:**

15:56   19  **Q.**   FAIR ENOUGH, BUT THERE WAS -- AND I THINK YOU HAVE

15:56   20  TESTIFIED -- A STABILITY BERM.  YOU HAVE TOLD US THAT ALREADY.

15:56   21  **A.**   I DON'T THINK THAT I TESTIFIED ABOUT A STABILITY BERM,

15:56   22  SIR, OTHER THAN TO DESCRIBE WHAT STABILITY WAS.

15:56   23  **Q.**   OKAY.  THANK YOU.

15:56   24          **THE COURT:**  SO YOU DON'T KNOW, AS A MATTER OF FACT,

15:56   25  WHETHER EITHER SUCH BERM OR BOTH WERE DESIGNED INTO THE REACH 2

FINAL DAILY COPY

15:56    1    OF THE MRGO; IS THAT CORRECT?

15:56    2              **THE WITNESS:**  NO, SIR.  THAT'S RIGHT, SIR.  I KNOW

15:56    3    THAT THERE WAS A VERY LARGE AREA THERE AVAILABLE BEFORE THEY

15:56    4    ATTEMPTED TO BUILD THE LEVEE THAT COULD HAVE BEEN USED AS

15:56    5    REQUIRED FILL TO MAKE THAT BERM, BUT I HAVEN'T LOOKED AT THOSE

15:56    6    CROSS-SECTIONS.

15:56    7              **THE COURT:**  THE STABILITY BERM, IF IT WERE

15:56    8    CONSTRUCTED, IS TO, IN ESSENCE, AMELIORATE THE SQUEEZING EFFECT

15:56    9    OR THE TOOTHPASTE EFFECT; CORRECT?

15:57   10              **THE WITNESS:**  THAT'S CORRECT.

15:57   11              **THE COURT:**  THE OTHER BERM, THE WAVE BERM, IS TO

15:57   12    DISSIPATE THE ENERGY OF THE WAVES SO THE IMPACT UPON THE

15:57   13    STRUCTURE WOULD BE LESS?

15:57   14              **THE WITNESS:**  THAT'S CORRECT.

15:57   15              **THE COURT:**  THANK YOU.

15:57   16    **BY MR. BRUNO:**

15:57   17    **Q.**   NOW, YOU HAVE ALREADY TESTIFIED THAT THE EXISTENCE OF THE

15:57   18    MRGO WAS NOT CONSIDERED IN CONNECTION WITH THE CALCULATIONS

15:57   19    THAT YOU DID IN ORDER TO CALCULATE SURGE OR WAVE RUN-UP; RIGHT?

15:57   20    **A.**   THAT'S CORRECT.

15:57   21    **Q.**   WOULD YOU BRIEFLY EXPLAIN TO THE JUDGE HOW YOU GO ABOUT

15:57   22    THE BUSINESS OF DETERMINING WAVE RUN-UP.  HOW IS THAT DONE?

15:57   23    **A.**   SIR, I HAVEN'T DONE THAT IN A LONG TIME.  I CAN ATTEMPT TO

15:57   24    EXPLAIN IT TO YOU, BUT I'M NOT SURE I'M GOING TO GET IT EXACTLY

15:57   25    RIGHT.

| | | |
|---|---|---|
| 15:57 | 1 | IT INVOLVES SOME CALCULATIONS, SOME FORMULA THAT ARE |
| 15:58 | 2 | AVAILABLE WITHIN THE *SHORE PROTECTION MANUAL* THAT'S USED BY THE |
| 15:58 | 3 | CORPS.  IN ESSENCE, YOU DETERMINE WHERE THAT WAVE BREAKS, AND |
| 15:58 | 4 | FROM THAT POINT YOU DEVELOP WHAT WE CALL A COMPOSITE SLOPE -- |
| 15:58 | 5 | AND WOULD INCLUDE EITHER THE WAVE BERM OR THE STABILITY BERM |
| 15:58 | 6 | PLUS THAT PART OF THE CROWN OF THE LEVEE THAT STICKS UP ABOVE |
| 15:58 | 7 | THE STABILITY BERM -- AND COMPUTE WHAT WE EQUAL AN AVERAGE |
| 15:58 | 8 | SLOPE. |
| 15:58 | 9 | FROM THE POINT WHERE THAT WAVE BREAKS AS YOU GO UP |
| 15:58 | 10 | THAT AVERAGE SLOPE TO WHERE THE WAVE ENERGY DISSIPATES IS THE |
| 15:58 | 11 | VERTICAL RISE FROM THE POINT OF BREAKING THAT THE WAVE RUNS UP. |
| 15:59 | 12 | JUST LIKE YOU MAY HAVE SEEN BREAKERS WORKING ON A BEACH, YOU |
| 15:59 | 13 | SEE WAVE RUN-UP.  THE WAVE HAS TO BREAK AT SOME POINT, AND THEN |
| 15:59 | 14 | IT PLUNGES UP THE SLOPE. |
| 15:59 | 15 | **Q.**   OKAY. |
| 15:59 | 16 | **A.**   THE ROUGHER THE SLOPE IS OR THE MORE CHANGES IN A SMOOTH |
| 15:59 | 17 | SURFACE OF THAT BERM OR CREST OF THE LEVEE DETERMINES HOW FAR |
| 15:59 | 18 | THAT WAVE WILL RUN UP. |
| 15:59 | 19 | **Q.**   YOU NEED TO KNOW THE SIGNIFICANT WAVE HEIGHT IN ORDER TO |
| 15:59 | 20 | DETERMINE THE WAVE RUN-UP; RIGHT? |
| 15:59 | 21 | **A.**   THAT'S CORRECT. |
| 15:59 | 22 | **Q.**   THE WAVE HEIGHT IS DETERMINED IN PART BY THE DEPTH OF THE |
| 15:59 | 23 | FETCH; RIGHT? |
| 15:59 | 24 | **A.**   THAT'S CORRECT. |
| 15:59 | 25 | **Q.**   THE DEEPER THE FETCH, THE HIGHER THE WAVE; RIGHT?  GIVEN |

| | | |
|---|---|---|
| 15:59 | 1 | EVERYTHING ELSE IS THE SAME. |
| 15:59 | 2 | **A.**   RIGHT. |
| 15:59 | 3 | **Q.**   NOW, LET'S CALL UP PX-65. |
| 15:59 | 4 | **MR. BRUNO:**   JUDGE, I WANT TO TALK A LITTLE BIT ABOUT |
| 15:59 | 5 | HOW MUCH THE CORPS KNEW ABOUT WAVES AND HOW LONG AGO THEY KNEW |
| 16:00 | 6 | ABOUT WAVES. |
| 16:00 | 7 | **BY MR. BRUNO:** |
| 16:00 | 8 | **Q.**   YOU TALKED A MOMENT AGO, MR. SOILEAU, ABOUT THIS DOCUMENT, |
| 16:00 | 9 | DID YOU NOT, THE *SHORE PROTECTION PLANNING AND DESIGN MANUAL*? |
| 16:00 | 10 | **A.**   YES. |
| 16:00 | 11 | **Q.**   THIS ONE IS THE THIRD EDITION.  YOU REMEMBER WE TALKED |
| 16:00 | 12 | ABOUT THIS IN YOUR DEPOSITION? |
| 16:00 | 13 | **A.**   I REMEMBER THAT PARTICULAR -- |
| 16:00 | 14 | **Q.**   OKAY.  THIS IS EXHIBIT -- |
| 16:00 | 15 | **THE COURT:**   MR. BRUNO, CORRECT THE COURT IF I'M |
| 16:00 | 16 | WRONG, WHICH IS QUITE POSSIBLE, BUT IS THE PRIMARY FOCUS OF |
| 16:00 | 17 | THIS WITNESS' TESTIMONY ON THE ALLEGED FAILURE OF THE CORPS TO |
| 16:00 | 18 | ANTICIPATE THE INSIDIOUS EFFECTS OF THE MRGO UPON THE LEVEE -- |
| 16:00 | 19 | **MR. BRUNO:**   YES. |
| 16:00 | 20 | **THE COURT:**   -- AS A RESULT OF THE INTENSITY OF THE |
| 16:00 | 21 | WAVES AND THE WAVE HEIGHTS, ETC? |
| 16:00 | 22 | **MR. BRUNO:**   NO.  THE FACT THAT THE MRGO, ONCE |
| 16:00 | 23 | INTRODUCED, CREATED A DIFFERENT SET OF CIRCUMSTANCES AND, |
| 16:00 | 24 | INDEED, ALLOWS FOR THE WAVES TO REGENERATE BECAUSE IT'S THERE. |
| 16:00 | 25 | **THE COURT:**   THAT'S WHAT I'M SAYING, THAT THEY FAILED |

| | | |
|---|---|---|
| 16:00 | 1 | TO ANTICIPATE OR SHOULD HAVE ANTICIPATED THE EFFECT THE MRGO |
| 16:01 | 2 | WOULD HAVE HAD ON THE FORESHORE PART OF THE LEVEES.  IS THAT -- |
| 16:01 | 3 | **MR. BRUNO:**  YES, YOUR HONOR, EXCEPT THAT I'M NOT |
| 16:01 | 4 | ATTACKING THEIR LEVEE DESIGN.  I WANT TO MAKE THAT CRYSTAL |
| 16:01 | 5 | CLEAR. |
| 16:01 | 6 | **THE COURT:**  I UNDERSTAND.  IF YOU WOULD LISTEN TO MY |
| 16:01 | 7 | QUESTION, JUST TO ISOLATE IT, IT'S THE EFFECT THE MRGO -- *THE* |
| 16:01 | 8 | *MRGO* -- HAD ON THE FORESHORE ASPECT OF THE LEVEE. |
| 16:01 | 9 | **MR. BRUNO:**  THAT'S CORRECT.  THAT'S RIGHT, JUDGE. |
| 16:01 | 10 | **THE COURT:**  AND OBVIOUSLY, THEIR DESIGN, WHATEVER IT |
| 16:01 | 11 | IS, ISN'T -- |
| 16:01 | 12 | **MR. BRUNO:**  ABSOLUTELY.  WE UNDERSTAND THAT.  SO THE |
| 16:01 | 13 | QUESTION THEN BECOMES IF YOU LEARN ABOUT -- |
| 16:01 | 14 | **THE COURT:**  SO WE ARE GETTING INTO WHY IS IT |
| 16:01 | 15 | RELEVANT. |
| 16:01 | 16 | **MR. BRUNO:**  EXACTLY.  AND SO -- |
| 16:01 | 17 | **THE COURT:**  TELL ME WHY IT'S RELEVANT.  WHY IS IT |
| 16:01 | 18 | RELEVANT IF IT'S NOT ABOUT THE DESIGN? |
| 16:01 | 19 | **MR. BRUNO:**  BECAUSE IF YOU KNOW THAT YOU ARE PLOPPING |
| 16:01 | 20 | THIS THING AFTER THE FACT -- BECAUSE WE HAVE NOW ESTABLISHED |
| 16:01 | 21 | WITHOUT QUESTION THAT THE LEVEE DESIGN CONTEMPLATES NO MRGO. |
| 16:01 | 22 | **THE COURT:**  YOU MEAN AT SOME POINT IN TIME THEY |
| 16:01 | 23 | SHOULD HAVE DONE SOMETHING TO PROTECT THE LEVEE FROM THE MRGO? |
| 16:02 | 24 | **MR. BRUNO:**  PRECISELY.  SO THE FIRST ISSUE -- SO |
| 16:02 | 25 | BEFORE I GET THERE, JUDGE, I HAVE TO GET TO THE KNOWLEDGE, DID |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:02 | 1 | YOU KNOW?  SO I'M AT THE KNOWLEDGE SECTION NOW. |
| 16:02 | 2 | **THE COURT:**  I UNDERSTAND.  I JUST WANT TO KNOW THE |
| 16:02 | 3 | GENERAL AREA WHEN I HIGHLIGHT IT. |
| 16:02 | 4 | **MR. BRUNO:**  THAT'S IT. |
| 16:02 | 5 | **THE COURT:**  WHEN I HIGHLIGHT THIS, I HOPE THE |
| 16:02 | 6 | GOVERNMENT KNOWS I CERTAINLY -- THIS IS JUST A LITTLE TINY BIT |
| 16:02 | 7 | OF EVIDENCE, AND I IN NO WAY INTEND TO INDICATE THAT YOU SHOULD |
| 16:02 | 8 | OR SHOULDN'T HAVE DONE ANYTHING.  I'M JUST TRYING TO ISOLATE |
| 16:02 | 9 | THE QUESTION.  IT WILL HELP YOU IN YOUR CROSS-EXAMINATION THAT |
| 16:02 | 10 | THE COURT HAS NOT MADE ANY PREDETERMINATION. |
| 16:02 | 11 | **MR. BRUNO:**  NO, JUDGE, AND I APOLOGIZE FOR NOT BEING |
| 16:02 | 12 | MORE ARTICULATE ON THE SUBJECT.  I HAD HOPED TO -- |
| 16:02 | 13 | **THE COURT:**  NO, NO, NO.  I'M NOT SAYING YOU WERE.  I |
| 16:02 | 14 | JUST WANTED TO KNOW FOR MY OWN PURPOSE.  GO AHEAD. |
| 16:02 | 15 | **MR. BRUNO:**  NOW, THIS DOCUMENT, JUDGE, IS PX-65, AND |
| 16:02 | 16 | THIS IS THE *SHORE PROTECTION PLANNING AND DESIGN*. |
| 16:02 | 17 | **BY MR. BRUNO:** |
| 16:02 | 18 | **Q.**  YOU CAN SEE IT'S A REALLY BIG, THICK, FAT MANUAL, ISN'T |
| 16:02 | 19 | IT, MR. SOILEAU? |
| 16:02 | 20 | **A.**  I BELIEVE IT CAME IN TWO VOLUMES.  I'M NOT SURE. |
| 16:02 | 21 | **Q.**  SO TWO VOLUMES TOGETHER, WOULD YOU CALL THEM A BIG, FAT |
| 16:03 | 22 | MANUAL? |
| 16:03 | 23 | **A.**  YES. |
| 16:03 | 24 | **THE COURT:**  PLEASE, PLEASE.  I CAN LOOK AT IT.  IT'S |
| 16:03 | 25 | BIG. |

| | |
|---|---|
| 16:03 | 1 |

16:03   1        **MR. BRUNO:**  THANK YOU.

23:59   2  **BY MR. BRUNO:**

16:03   3  **Q.**   THE POINT I'M MAKING IS THAT THERE'S A WHOLE LOT OF

16:03   4  INFORMATION IN THIS DOCUMENT ABOUT WAVES, ISN'T THERE?

16:03   5  **A.**   THAT'S CORRECT.

16:03   6  **Q.**   THERE IS.  NOW, LET'S GO SPECIFICALLY TO PAGE 62.  I'M

16:03   7  SORRY.  PAGE 57, PART 1, CHAPTER 1.

16:03   8        MR. SOILEAU, WOULD YOU PLEASE TELL JUDGE DUVAL:  WHAT

16:03   9  ARE WE LOOKING AT HERE?  WHAT IS THAT?

16:03  10  **A.**   WE ARE LOOKING AT FIGURE 133 AND FIGURE 134 ON PAGE 57

16:04  11  THAT SAYS:  FORECASTING CURVES FOR SHALLOW-WATER WAVES, A

16:04  12  CONSTANT DEPTH OF 5 FEET AND A CONSTANT DEPTH OF 10 FEET.

16:04  13  **Q.**   OKAY.  SO THIS CHART TELLS US, GIVEN A CERTAIN WIND SPEED

16:04  14  AND A CERTAIN CONSTANT DEPTH, HOW MUCH DISTANCE WE NEED IN

16:04  15  ORDER TO REGENERATE A WAVE; RIGHT?  OR TO MAKE A WAVE?

16:04  16        **MS. GREIF:**  OBJECTION:  LEADING.

16:04  17        **THE COURT:**  SHE IS OBJECTING AS TO LEADING.

16:04  18        **MR. BRUNO:**  THIS WITNESS IS A WITNESS WHICH IS

16:04  19  OBVIOUSLY ASSOCIATED WITH MY LEARNED OPPONENTS, AND I WOULD

16:05  20  REQUEST THE COURT TO BE ABLE TO CROSS-EXAMINE HIM AS AN ADVERSE

16:05  21  WITNESS FOR THAT REASON.

16:05  22        **MS. GREIF:**  WELL, YOUR HONOR, MR. SOILEAU HAS NOT

16:05  23  WORKED FOR THE CORPS FOR 15 YEARS.

16:05  24        **MR. BRUNO:**  I'M SURE HIS ALLEGIANCE AND HIS LOYALTY

16:05  25  HAS NOT DIMINISHED ONE IOTA IN 15 YEARS.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:05 | 1 | **THE COURT:**  IT'S HARD FOR ME TO DETERMINE WITH WHOM |
| 16:05 | 2 | HE IS ALIGNED, SO YOUR OBJECTION IS CERTAINLY WELL TAKEN. |
| 16:05 | 3 | MR. BRUNO, I'M GOING TO TRY TO COMPROMISE. |
| 16:05 | 4 | THERE'S NO WAY I CAN DETERMINE HIS ACTUAL ALIGNMENT NOW OTHER |
| 16:05 | 5 | THAN HE IS A FORMER EMPLOYEE, AND YOU ARE ASKING HIM WHAT HE |
| 16:05 | 6 | WAS DOING AT THE CORPS AT THAT TIME.  I AM GOING TO REGARD HIM |
| 16:05 | 7 | AS ALIGNED WITH THE CORPS. |
| 16:05 | 8 | BUT I'M GOING TO ALLOW YOU, IF THE LEADING GETS |
| 16:05 | 9 | SO SHRILL THAT YOU CAN'T STAND IT, TO OBJECT AGAIN, AND I MAY |
| 16:05 | 10 | SUSTAIN. |
| 16:05 | 11 | **MS. GREIF:**  OKAY. |
| 16:05 | 12 | **BY MR. BRUNO:** |
| 16:05 | 13 | **Q.**  SO WHAT DO YOU USE THESE CHARTS FOR? |
| 16:06 | 14 | **A.**  YOU WOULD USE THESE CHARTS TO DETERMINE WHAT THE |
| 16:06 | 15 | SIGNIFICANT WAVE HEIGHT WOULD BE BASED ON A GIVEN FETCH LENGTH |
| 16:06 | 16 | AND A GIVEN WIND SPEED AND A DURATION OF WIND SPEED. |
| 16:06 | 17 | **Q.**  SO LET'S SEE, NOW.  IF I HAD A FETCH OF 2,000 FEET, WATER |
| 16:06 | 18 | SURFACE IS 2,000 FEET; AND, LET'S SEE, IT'S BLOWING AT 25 OR |
| 16:06 | 19 | 24 MILES AN HOUR; THAT WOULD GIVE ME A HALF A FOOT OF A WAVE, |
| 16:06 | 20 | OVER 2,000 FEET.  RIGHT? |
| 16:06 | 21 | **A.**  YES. |
| 16:06 | 22 | **Q.**  OKAY.  LET'S GO TO THE NEXT ONE. |
| 16:06 | 23 | **A.**  THAT'S WHAT THE CHART SAYS, YES, SIR. |
| 16:06 | 24 | **Q.**  WELL, THAT'S WHAT THE CHART SAYS.  WELL, YOU USED THESE |
| 16:06 | 25 | CHARTS WHEN YOU WERE WORKING AT THE CORPS, DID YOU NOT? |

| | | |
|---|---|---|
| 16:07 | 1 | **A.**   THAT'S RIGHT. |
| 16:07 | 2 | **Q.**   THESE CHARTS ARE RELIABLE, AREN'T THEY? |
| 16:07 | 3 | **A.**   NOT BY TODAY'S STANDARDS, NO, SIR. |
| 16:07 | 4 | **Q.**   WELL, BY BACK-THEN STANDARDS, YOU THOUGHT THEY WERE |
| 16:07 | 5 | RELIABLE?   IN FACT, YOU USED THEM TO CALCULATE WAVE HEIGHTS, |
| 16:07 | 6 | DID YOU NOT? |
| 16:07 | 7 | **A.**   WE DID. |
| 16:07 | 8 | **Q.**   YOU DID.  ALL RIGHT.  BY THE WAY, HAVE YOU DONE SOME |
| 16:07 | 9 | ANALYSIS YOURSELF IN ORDER TO ASCERTAIN WHETHER THESE CHARTS |
| 16:07 | 10 | ARE RELIABLE IN ANY WAY? |
| 16:07 | 11 | **A.**   I HAVE SOME PERSONAL OBSERVATIONS. |
| 16:07 | 12 | **Q.**   HAVE YOU DONE ANY TESTS? |
| 16:07 | 13 | **A.**   NO. |
| 16:07 | 14 | **Q.**   ANY ANALYSIS? |
| 16:07 | 15 | **A.**   NO. |
| 16:07 | 16 | **Q.**   FINE.  NEXT PAGE.  WHY DON'T WE GO TO -- LET'S SEE.  I |
| 16:07 | 17 | THINK, WHAT, 40 FEET WOULD BE THE ONE WE OUGHT TO LOOK AT.  FOR |
| 16:07 | 18 | REASONS I HAVE NO IDEA, BUT 40 FEET, THAT'S THE NEXT ONE. |
| 16:07 | 19 | 30 FEET.  40 FEET. |
| 16:07 | 20 |        SO IF WE HAVE A CHANNEL THAT'S 40 FEET WIDE, AND WE |
| 16:08 | 21 | HAVE IT'S 2,000 FEET THEREABOUTS, AND ITS CONSTANT DEPTH IS |
| 16:08 | 22 | 40 FEET, AND THE WIND IS BLOWING AT 23 MILES AN HOUR, WE WILL |
| 16:08 | 23 | GET A HALF A FOOT OF WAVE; RIGHT? |
| 16:08 | 24 | **A.**   OKAY. |
| 16:08 | 25 | **Q.**   WELL, "YES" OR "NO"? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:08 | 1 | **A.**   YES. |
| 16:08 | 2 | **Q.**   YES.  YES.  SO IF IT'S 100 MILES AN HOUR, WE ARE GOING TO |
| 16:08 | 3 | GET A WAVE THAT'S 3 FEET HIGH?  IN OTHER WORDS, YOU ONLY NEED |
| 16:08 | 4 | 2,000 FEET TO GENERATE A 3-FOOT WAVE, OVER 2,000 FEET OF WATER, |
| 16:08 | 5 | WITH 100-MILES-AN-HOUR WIND; ISN'T THAT TRUE? |
| 16:08 | 6 | **A.**   THAT'S WHAT THE CHART SAYS. |
| 16:08 | 7 | **Q.**   THAT'S ALL YOU NEED? |
| 16:08 | 8 | **A.**   THAT'S WHAT THE CHART SAYS, YES, SIR. |
| 16:08 | 9 | **Q.**   ALL RIGHT.  SO IT IS TRUE, IS IT NOT, THAT IF THE CORPS |
| 16:08 | 10 | HAD DONE AN ANALYSIS OF THE POTENTIAL IMPACT OF THE MRGO'S |
| 16:08 | 11 | EFFECT ON WAVES, IT COULD HAVE DONE THAT BACK IN 1966?  ISN'T |
| 16:09 | 12 | THAT TRUE? |
| 16:09 | 13 | **A.**   YES, IT COULD HAVE. |
| 16:09 | 14 | **Q.**   THANK YOU.  NOW, LET'S CHANGE THE SUBJECT. |
| 16:09 | 15 |         **MR. BRUNO:**  WOULD YOU, CARL, PLEASE CALL UP DOCUMENT |
| 16:09 | 16 | JX-325.  I KNOW THE PRINT IS SMALL.  LET'S BLOW UP THE PURPOSE |
| 16:09 | 17 | OF THIS THING AND SEE IF WE CAN FIGURE OUT WHAT IT IS ABOUT. |
| 16:09 | 18 | **BY MR. BRUNO:** |
| 16:09 | 19 | **Q.**   OKAY.  IT SAYS HERE -- WELL, FIRST OF ALL, IT HAS YOUR |
| 16:09 | 20 | NAME ON IT.  DID YOU WRITE THIS MEMO? |
| 16:09 | 21 | **A.**   YES, I DID. |
| 16:09 | 22 | **Q.**   YOU WROTE THIS MEMO.  YOU WROTE IT FOR SOMEBODY ELSE'S |
| 16:09 | 23 | SIGNATURE, DID YOU NOT? |
| 16:09 | 24 | **A.**   THAT'S CORRECT. |
| 16:09 | 25 | **Q.**   OKAY.  LET'S SEE.  THE PURPOSE OF THIS MEMORANDUM IS TO |

16:09   1   "PROVIDE A UNITIVE STATEMENT ON THE POSITION OF THE NEW ORLEANS

16:09   2   DISTRICT CONCERNING THE ACCUSATION BY DR. SHERWOOD GAGLIANO,"

16:10   3   WHO WAS HERE THIS MORNING, "THAT THE ALIGNMENT OF THE

16:10   4   PROTECTION LEVEES CREATES A FUNNEL EFFECT IN THE VICINITY OF

16:10   5   PARIS ROAD AT LAKE BORGNE."

16:10   6          TELL THE JUDGE, WHAT DOES THIS *UNITIVE* -- WHAT DOES

16:10   7   *UNITIVE* MEAN?  WHAT DOES THAT MEAN?

16:10   8   **A.**   I WOULD SPECULATE THAT THERE WERE MANY OPINIONS, AND THIS

16:10   9   WOULD PROVIDE A POSITION BY THE HYDRAULICS PEOPLE AS TO

16:10   10  WHETHER, IN FACT, THERE WAS A FUNNELING EFFECT.

16:10   11  **Q.**   WOULD YOU AGREE WITH ME, BACK IN 1973, THE PEOPLE OF THIS

16:10   12  COMMUNITY HEAVILY RELIED UPON THE OPINIONS OF THE UNITED STATES

16:11   13  ARMY CORPS OF ENGINEERS ON ISSUES LIKE FLOODING?  WOULD YOU

16:11   14  AGREE WITH ME ON THAT?

16:11   15  **A.**   I WOULD.

16:11   16  **Q.**   YOU WOULD.  SO IF THE ARMY CORPS OF ENGINEERS SAID TO THE

16:11   17  PEOPLE OF THIS COMMUNITY THAT THERE WAS NO FUNNEL EFFECT, THEY

16:11   18  MIGHT BELIEVE YOU; ISN'T THAT TRUE?

16:11   19  **A.**   THAT MAY BE TRUE, BUT THIS POSITION FORM DID NOT GO

16:11   20  ANYWHERE.

16:11   21  **Q.**   LET'S GO TO THE NEXT PAGE.  IN THIS PAPER YOU SAY THERE IS

16:11   22  NO FUNNEL EFFECT; ISN'T THAT TRUE?

16:11   23  **A.**   I HAVE --

16:11   24  **Q.**   "THE RESULTS OF EXTENSIVE NUMERICAL MODELING INDICATE THAT

16:11   25  THERE WOULD BE NO FUNNELING EFFECT."  THAT'S WHAT THIS PIECE OF

FINAL DAILY COPY

16:11   1   PAPER SAYS; RIGHT?

16:11   2   **A.**   THAT'S CORRECT.

16:11   3   **Q.**   THAT'S WHAT IT SAYS.  OKAY. FAIR ENOUGH.

16:11   4          NOW, THIS PIECE OF PAPER IS IN TOTO RELYING UPON THE

16:12   5   CORPS' OWN INTERPRETATION OF A REPORT BY TWO GENTLEMEN CALLED

16:12   6   MR. BRETSCHNEIDER AND MR. COLLINS; RIGHT?

16:12   7   **A.**   THAT'S CORRECT.

16:12   8   **Q.**   LET'S LOOK AT THAT.  THAT'S EXHIBIT PX-68.  NOW, THE CORPS

16:12   9   RETAINED THESE GENTLEMEN TO DO AN EVALUATION OF THE MRGO, DID

16:12   10  THEY NOT?

16:12   11  **A.**   THEY DID.

16:12   12  **Q.**   THE PURPOSE OF -- OR AT LEAST, IN PART, THE PURPOSE OF

16:12   13  THIS EVALUATION WAS TO ASCERTAIN WHETHER OR NOT THE MRGO HAD

16:12   14  ANY EFFECT ON HURRICANE SURGE; ISN'T THAT RIGHT?

16:12   15  **A.**   THAT'S CORRECT.

16:12   16  **Q.**   OKAY.  THEY DID NOT ASK MR. BRETSCHNEIDER AND THEY DID NOT

16:13   17  ASK MR. COLLINS TO EVALUATE THE EFFECT OF THE MRGO ON WAVES;

16:13   18  ISN'T THAT TRUE?

16:13   19  **A.**   THAT'S TRUE.

16:13   20  **Q.**   LET'S SEE WHAT THEY DID.  LET'S GO TO PAGE 3.  SO THEY DID

16:13   21  A COUPLE OF MODELS; RIGHT?

16:13   22  **A.**   THAT'S RIGHT.  IN FACT, THERE'S A MAP THERE THAT SHOWS THE

16:13   23  LIMITS OF THOSE MODELS.

16:13   24  **Q.**   WHAT THEY DID WAS THEY HAD FOUR -- WE ARE GOING TO CALL

16:13   25  THEM SCENARIOS SINCE THE PLAINTIFFS HAVE DECIDED TO USE THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:13 | 1 | WORD *SCENARIO*.  IN THEIR SCENARIO NO. I, THEY SAY EXISTING |
| 16:13 | 2 | LEVEES WITH NO GULF OUTLET CHANNEL.  "NO GULF OUTLET CHANNEL." |
| 16:13 | 3 | RIGHT? |
| 16:13 | 4 | **A.**   THAT'S RIGHT. |
| 16:13 | 5 | **Q.**   AND, OF COURSE, THERE IS NO LEVEE; RIGHT?  THERE'S JUST |
| 16:13 | 6 | SPOIL PILES ALONG REACH 2? |
| 16:13 | 7 | **A.**   THAT'S RIGHT.  THERE ONLY EXISTS BACK LEVEES. |
| 16:13 | 8 | **Q.**   IN FAIRNESS, RIGHT.  SO NO. II SAYS EXISTING LEVEES WITH |
| 16:13 | 9 | THE CHANNEL.  SO WE ARE COMPARING CHANNEL, NO CHANNEL, THE WAY |
| 16:13 | 10 | THINGS WERE BEFORE THEY BUILT THE LEVEES BACK IN '68 OR |
| 16:14 | 11 | STARTED; RIGHT? |
| 16:14 | 12 | **A.**   THAT'S RIGHT. |
| 16:14 | 13 | **Q.**   NO. III, PROPOSED LEVEES, WHICH IS THE LEVEES THAT YOU -- |
| 16:14 | 14 | YOU KNOW, WERE JUST DESIGNED, YOU TOLD THE JUDGE ABOUT, WITH |
| 16:14 | 15 | THE GULF OUTLET, AND NO. IV IS PROPOSED LEVEES WITH NO GULF |
| 16:14 | 16 | OUTLET; RIGHT? |
| 16:14 | 17 | **A.**   THAT'S RIGHT. |
| 16:14 | 18 | **Q.**   OKAY.  ALL RIGHT.  SO LET'S LOOK AT THE RESULTS. |
| 16:14 | 19 | BY THE WAY, JUST FOR THE FUN OF IT, PAGE 35 HAS ALL |
| 16:14 | 20 | THESE COEFFICIENTS OF FRICTION THAT ARE SO OBVIOUSLY -- |
| 16:14 | 21 | MANNING'S COEFFICIENTS, THOSE WERE JUST -- THOSE WERE |
| 16:14 | 22 | RELEVANT -- PAGE 35.  PAGE 35 OF THIS DOCUMENT. |
| 16:15 | 23 | IT WAS OBVIOUSLY NECESSARY FOR THE GENTLEMEN TO USE |
| 16:15 | 24 | OR CONTEMPLATE COEFFICIENTS OF FRICTION EVEN BACK IN 1966, WHEN |
| 16:15 | 25 | THEY DID THESE MODELS, AS IS EVIDENCED BY PAGE 35; RIGHT? |

FINAL DAILY COPY

| 16:15 | 1 | **MS. GREIF:** OBJECTION: LEADING. |
| 16:15 | 2 | **THE COURT:** HOLD UP. |
| 16:15 | 3 | BY MR. BRUNO: |
| 16:15 | 4 | Q.  "SUMMARY OF INFORMATION ON FRICTION COEFFICIENTS FOR FLOW |
| 16:15 | 5 | OVER ROUGH BOTTOMS."  SO FRICTIONS OBVIOUSLY HAD SOMETHING TO |
| 16:15 | 6 | DO, EVEN BACK THEN, WITH HOW YOU CALCULATED THESE FLOWS; RIGHT? |
| 16:15 | 7 | **MS. GREIF:** I'M OBJECTING.  IT'S LEADING. |
| 16:15 | 8 | **THE COURT:** I'M SORRY.  WE ARE GOING TO HAVE TO DO |
| 16:15 | 9 | SOMETHING ABOUT THIS MIC SETUP BECAUSE IT'S REALLY HARD TO |
| 16:15 | 10 | HEAR.  WE'LL GET IT A LITTLE CLOSER TO YOU AND MAYBE -- ALL |
| 16:16 | 11 | RIGHT.  OBJECTION -- |
| 16:16 | 12 | **MS. GREIF:** IT'S LEADING. |
| 16:16 | 13 | **THE COURT:** OKAY.  YOU KNOW, THESE COEFFICIENTS OF |
| 16:16 | 14 | FRICTION ARE NICE, BUT WHERE ARE WE GOING WITH IT? |
| 16:16 | 15 | **MR. BRUNO:** PASS. |
| 16:16 | 16 | **THE COURT:** FASCINATING STUFF.  WHY DON'T YOU MOVE |
| 16:16 | 17 | ON. |
|  | 18 | BY MR. BRUNO: |
| 16:16 | 19 | Q.  PASS.  NEXT PAGE.  PAGE 41.  HERE'S OUR RESULTS. |
| 16:16 | 20 | THIS IS THE WRONG PAGE.  PAGE 41.  SO WE SAID THAT |
| 16:16 | 21 | I AND II WAS NO LEVEES; RIGHT?  BUT NO MRGO, MRGO; ISN'T THAT |
| 16:16 | 22 | RIGHT?  SHOULD WE LOOK AT IT AGAIN? |
| 16:16 | 23 | **THE COURT:** DO YOU UNDERSTAND THE QUESTION, SIR?  IF |
| 16:16 | 24 | YOU DON'T, THAT'S QUITE ALL RIGHT. |
| 16:17 | 25 | **THE WITNESS:** I'VE FORGOTTEN WHAT THOSE FOUR ITEMS |

FINAL DAILY COPY

16:17   1   ARE.

16:17   2   **BY MR. BRUNO:**

16:17   3   **Q.**   THAT'S FAIR ENOUGH.  WE'LL LOOK AT IT AGAIN.  NUMBER I IS

16:17   4   THE EXISTING LEVEES WITH NO MRGO.  LET'S SEE WHERE THAT IS.

16:17   5   THAT'S WAY DOWN THERE AT ZERO; RIGHT?

16:17   6   **A.**   RIGHT.

16:17   7   **Q.**   IS THAT WHAT IT SHOWS?

16:17   8   **A.**   RIGHT.

16:17   9   **Q.**   EXISTING LEVEES WITH THE MRGO, AND THAT'S NO. II.  THAT'S

16:17   10  WAY UP THERE.  WOULD YOU AGREE WITH ME THAT THERE'S A

16:17   11  DIFFERENCE OF 4 FEET BETWEEN THE NO MRGO AND THE MRGO, EVEN

16:17   12  WITHOUT LEVEES?

16:17   13          **MS. GREIF:**  I OBJECT.  I MEAN, IS THERE SOME

16:17   14  FOUNDATION?

16:17   15          **MR. BRUNO:**  YES, THERE IS.  HE TOLD THE PUBLIC IN HIS

16:17   16  PAPER THAT THERE WAS NO FUNNELING EFFECT, NONE, ZERO, NADA.

16:17   17          **THE COURT:**  YOU MIGHT ASK HIS FAMILIARITY WITH THESE

16:17   18  CURVES.

16:17   19          **MR. BRUNO:**  WELL, THAT'S -- FORGIVE ME.

16:17   20  **BY MR. BRUNO:**

16:17   21  **Q.**   MR. SOILEAU, WHEN YOU WROTE THAT PAPER FOR YOUR BOSS --

16:18   22  **A.**   RIGHT.

16:18   23  **Q.**   -- THAT WAS SUPPOSED TO GO UNDER HIS SIGNATURE --

16:18   24  **A.**   RIGHT.

16:18   25  **Q.**   -- THAT PAPER WAS AN EVALUATION OF THIS STUDY, WAS IT NOT?

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:18 | 1 | **A.**   YES, THAT REPORT WAS AN EVALUATION. |
| 16:18 | 2 | **THE COURT:**  THAT'S THE BRETSCHNEIDER/COLLINS STUDY? |
| 16:18 | 3 | **MR. BRUNO:**  RIGHT. |
| 16:18 | 4 | **BY MR. BRUNO:** |
| 16:18 | 5 | **Q.**   WE'LL GO BACK AND LOOK AT IT AGAIN IF WE HAVE TO, BUT IN |
| 16:18 | 6 | THAT DOCUMENT YOU REFER VERY SPECIFICALLY AND VERY HEAVILY ON |
| 16:18 | 7 | THE RESULTS THAT ARE CONTAINED IN THE BRETSCHNEIDER AND COLLINS |
| 16:18 | 8 | REPORT; ISN'T THAT TRUE? |
| 16:18 | 9 | **A.**   I DID DEPEND ON THE BODY OF THAT REPORT. |
| 16:18 | 10 | **Q.**   THIS FIGURE 6 SAYS -- AM I READING IT CORRECTLY -- |
| 16:18 | 11 | "RESULTS OF SURGE ROUTING AT INNER HARBOR NAVIGATION."  THAT'S |
| 16:18 | 12 | WHAT IT SAYS. |
| 16:18 | 13 | **THE COURT:**  WHAT'S YOUR OBJECTION? |
| 16:18 | 14 | **MS. GREIF:**  A LEADING OBJECTION. |
| 16:18 | 15 | **THE COURT:**  OVERRULED. |
| 16:18 | 16 | **BY MR. BRUNO:** |
| 16:18 | 17 | **Q.**   THAT'S WHAT THIS IS, IT'S JUST SHOWING US HOW HIGH THE |
| 16:18 | 18 | WATER GOT IN THE IHNC BASED UPON THE USE OF THE MODEL; RIGHT? |
| 16:19 | 19 | **A.**   THAT'S RIGHT.  IT'S FOR A VERY RAPIDLY RISING SURGE. |
| 16:19 | 20 | **Q.**   I KNOW YOU WANT TO EXPLAIN THAT FOR THE OTHER TEAM HERE. |
| 16:19 | 21 | WE ARE NOT THERE YET, BUT I'LL GIVE YOU A CHANCE. |
| 16:19 | 22 | **THE COURT:**  MR. BRUNO, PLEASE, NO EDITORIALIZING. |
| 16:19 | 23 | **MR. BRUNO:**  WELL, JUDGE -- |
| 16:19 | 24 | **THE COURT:**  DON'T SAY WHAT YOU KNOW HE IS GOING TO |
| 16:19 | 25 | DO.  JUST ASK HIM A QUESTION AND HE WILL ANSWER.  DON'T TALK TO |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:19 | 1 | THE WITNESS EXCEPT TO ASK HIM A QUESTION. |
| 16:19 | 2 | **MR. BRUNO:** I WILL, JUDGE. I WOULD ASK YOU TO PLEASE |
| 16:19 | 3 | INSTRUCT HIM TO ANSWER MY QUESTIONS WITH NO EDITORIALIZING. |
| 16:19 | 4 | **THE COURT:** WELL, HE IS ENTITLED TO EXPLAIN IT. |
| 16:19 | 5 | MR. BRUNO, LET ME EXPLAIN TO YOU: ASK A QUESTION. |
| 16:19 | 6 | **MR. BRUNO:** I WILL, JUDGE. |
| 16:19 | 7 | **THE COURT:** HE CAN ANSWER AND EXPLAIN IT, BUT NO |
| 16:19 | 8 | ASIDES. I DON'T NEED THEM, THEY DON'T HELP, AND WE DON'T HAVE |
| 16:19 | 9 | TIME FOR THEM. |
| 16:19 | 10 | **BY MR. BRUNO:** |
| 16:19 | 11 | **Q.** THE DIFFERENCE BETWEEN THE NO MRGO WITH NO LEVEES AND THE |
| 16:19 | 12 | MRGO WITH NO LEVEES IS 4 FEET; ISN'T THAT TRUE? |
| 16:19 | 13 | **A.** THAT'S WHAT THE -- |
| 16:19 | 14 | **MS. GREIF:** OBJECTION. IT'S A LEADING QUESTION. |
| 16:19 | 15 | **THE COURT:** IT IS, AND I AM ALLOWING HIM TO ANSWER |
| 16:19 | 16 | IT, BUT IT'S ALSO MANIFESTLY EVIDENT FROM THE CHART. I CAN |
| 16:19 | 17 | UNDERSTAND IT. THAT'S ALL I'M SAYING, AND I AM ALLOWED TO MAKE |
| 16:20 | 18 | ASIDES. |
| 16:20 | 19 | **MS. GREIF:** YOUR HONOR, I THINK THE WITNESS TESTIFIED |
| 16:20 | 20 | THAT HE DIDN'T KNOW WHAT THE LINES REPRESENTED. |
| 16:20 | 21 | **THE COURT:** I THINK HE SAID THAT HE RELIED ON THIS IN |
| 16:20 | 22 | HIS LETTER. HE RELIED ON THE BRETSCHNEIDER/COLLINS REPORT IN |
| 16:20 | 23 | THE LETTER THAT MR. BRUNO INTRODUCED. THEREFORE, HE DID |
| 16:20 | 24 | INDICATE SOME FAMILIARITY WITH THE BRETSCHNEIDER/COLLINS REPORT |
| 16:20 | 25 | AND HE DID INDICATE THAT -- I THINK HE HAS ESTABLISHED THAT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:20 | 1 | THIS COMES FROM THAT REPORT. |
| 16:20 | 2 | I'LL ASK YOU:  ARE YOU COMPLETELY UNFAMILIAR |
| 16:20 | 3 | WITH THE BRETSCHNEIDER/COLLINS REPORT AND ITS SURGE PREDICTIONS |
| 16:20 | 4 | IN THE IHNC? |
| 16:20 | 5 | **THE WITNESS:**  I AM NOT COMPLETELY IGNORANT OF THE |
| 16:20 | 6 | REPORT.  I AM AWARE OF THE REPORT. |
| 16:20 | 7 | **THE COURT:**  ARE YOU AWARE THAT THE REPORT DID |
| 16:20 | 8 | CALCULATIONS IN THE IHNC AS REPRESENTED BY THIS GRAPH? |
| 16:20 | 9 | **THE WITNESS:**  I UNDERSTAND THAT THOSE CALCULATIONS |
| 16:20 | 10 | WERE MADE AND THAT THESE CURVES REPRESENT THE RESULTS OF THOSE |
| 16:20 | 11 | CALCULATIONS. |
| 16:20 | 12 | **THE COURT:**  WHEN YOU DID YOUR LETTER, WERE YOU AWARE |
| 16:21 | 13 | OF THOSE CURVES AT THAT TIME? |
| 16:21 | 14 | **THE WITNESS:**  I WAS. |
| 16:21 | 15 | **THE COURT:**  THANK YOU. |
| 16:21 | 16 | **MR. BRUNO:**  THE POINT I WOULD LIKE TO ASK HIM -- |
| 16:21 | 17 | **THE COURT:**  JUST ASK A QUESTION NOW. |
| 16:21 | 18 | **BY MR. BRUNO:** |
| 16:21 | 19 | **Q.**  NOW, YOU HAVE ALREADY TOLD US THIS IS FOR A FAST-MOVING |
| 16:21 | 20 | HURRICANE?  IN FAIRNESS TO YOU, THIS IS A FAST-MOVING |
| 16:21 | 21 | HURRICANE; RIGHT? |
| 16:21 | 22 | **A.**  THAT'S CORRECT. |
| 16:21 | 23 | **Q.**  BUT HERE'S WHAT I'M CURIOUS TO KNOW.  THIS IS A FUNNEL |
| 16:21 | 24 | EFFECT, IS IT NOT, FOR A FAST-MOVING HURRICANE? |
| 16:21 | 25 | **A.**  IT'S A FUNNEL EFFECT, BUT IT WAS A CONTRIVED FUNNELING |

FINAL DAILY COPY

216

16:21  1  EFFECT.

16:21  2  **Q.**   FAIR ENOUGH.  HERE'S MY QUESTION, THOUGH.  WE NOW HAVE

16:21  3  SEEN THAT THERE'S A FUNNEL, BUT THERE ARE NO LEVEES; RIGHT?

16:21  4  THIS EVALUATES THE TWO CHANNELS COMING TOGETHER WITH NOTHING

16:21  5  BUT SPOIL BANKS.  SO DOESN'T THAT MEAN THAT THE CHANNELS

16:21  6  THEMSELVES, WITH A FAST-MOVING HURRICANE, CREATE A FUNNEL?

16:21  7  **A.**   WELL, THERE ARE MANY FUNNELS IN THIS AREA.  ONE OF THEM

16:21  8  IS --

16:21  9          **THE COURT:**  LET HIM ANSWER THE QUESTION BEFORE YOU

16:21  10  GESTICULATE.

16:21  11          **THE WITNESS:**  ONE IS THE COAST OF MISSISSIPPI, THE

16:21  12  STATE OF MISSISSIPPI; AND ONE IS THE EAST BANK OF THE

16:22  13  MISSISSIPPI GOING ALL THE WAY DOWN TO SOUTHWEST PASS.  THAT'S

16:22  14  ONE FUNNEL.  THAT'S WHERE THE HURRICANE SURGE BUILDS UP INTO

16:22  15  LAKE BORGNE.

16:22  16          THEN THERE'S ANOTHER FUNNEL, WHICH IS THE

16:22  17  ALIGNMENT OF THE LEVEE THAT GOES TO CAERNARVON, AND THEN THERE

16:22  18  IS ANOTHER FUNNEL THAT WAS CREATED BY THE EXISTING 40 ARPENT

16:22  19  LEVEE AND THE NORTH BANK OF THE GIWW THAT RUNS IN NEW ORLEANS

16:22  20  EAST.  AND THEN, FINALLY, THERE IS A FUNNEL CREATED BY THE MRGO

16:22  21  LEVEE THAT RUNS FROM VERRET AND VIOLET UP TO THE AREA OF

16:22  22  MICHOUD.

16:22  23          SO TO SUGGEST THAT WE DID NOT FACTOR IN

16:22  24  FUNNELING, I THINK, IS A MISSTATEMENT.

25

FINAL DAILY COPY

| | | |
|---|---|---|
| 23:59 | 1 | **BY MR. BRUNO:** |
| 16:22 | 2 | **Q.**   DID YOU USE THESE CALCULATIONS IN ORDER TO DETERMINE YOUR |
| 16:23 | 3 | LEVEE HEIGHTS AT THE SOUTHERN BORDER OF NEW ORLEANS EAST? |
| 16:23 | 4 | **A.**   WE DID NOT BECAUSE IT WAS NOT NECESSARY. |
| 16:23 | 5 | **Q.**   FAIR ENOUGH.  YOU DIDN'T.  YOU DID YOUR SURGE |
| 16:23 | 6 | CALCULATIONS; RIGHT? |
| 16:23 | 7 | **A.**   WE DID OUR SURGE CALCULATIONS, WHICH WERE BASED ON HIGH |
| 16:23 | 8 | WATER MARKS, WHICH INCLUDED THE EFFECTS OF FUNNELING. |
| 16:23 | 9 | **Q.**   THOSE HIGH WATER MARKS, THOSE WERE HISTORIC HIGH WATER |
| 16:23 | 10 | MARKS; RIGHT? |
| 16:23 | 11 | **A.**   THAT'S RIGHT. |
| 16:23 | 12 | **Q.**   SO THEY HAD TO COME FROM A SITUATION WHERE THERE WERE NO |
| 16:23 | 13 | LEVEES; RIGHT? |
| 16:23 | 14 | **A.**   ACTUALLY NOT. |
| 16:23 | 15 | **Q.**   WELL, THERE WERE NO MRGO LEVEES, HOW ABOUT THAT? |
| 16:23 | 16 | **A.**   HURRICANE CAMILLE OCCURRED AFTER THE LEVEES WERE THERE. |
| 16:23 | 17 | **Q.**   HURRICANE CAMILLE HAPPENED AFTER THE LEVEES WERE BUILT AS |
| 16:23 | 18 | WELL.  I'M TALKING ABOUT THE PERIOD OF TIME BEFORE YOU BUILT |
| 16:23 | 19 | THE LEVEE. |
| 16:23 | 20 | HERE'S THE QUESTION:  WHEN YOU DID YOUR SURGE |
| 16:23 | 21 | CALCULATIONS AND YOU TOLD THE JUDGE YOU VERIFIED IT AGAINST |
| 16:23 | 22 | HIGH WATER MARKS, ALL THOSE HIGH WATER MARKS PREEXISTED THE |
| 16:24 | 23 | MRGO AND PREEXISTED THE LEVEE; ISN'T THAT TRUE? |
| 16:24 | 24 | **A.**   THE HIGH WATER MARKS IN BETSY DID NOT OCCUR BEFORE THE |
| 16:24 | 25 | MRGO. |

| 16:24 | 1 | **Q.**  I UNDERSTAND THAT.  THAT WASN'T THE QUESTION.  WHEN YOU |

16:24  1  **Q.**  I UNDERSTAND THAT.  THAT WASN'T THE QUESTION.  WHEN YOU

16:24  2  WERE DOING THE DESIGNS IN 1963 AND 1966 --

16:24  3        **THE COURT:**  MR. BRUNO, YOU MIGHT STAND BEHIND THE

16:24  4  PODIUM UNLESS YOU HAVE AN EXHIBIT.

16:24  5        **MR. BRUNO:**  I APOLOGIZE.

16:24  6        **THE COURT:**  I DON'T WANT TO SET A BAD PRECEDENT.

16:24  7        **MR. BRUNO:**  THAT'S FINE, JUDGE.

16:24  8        **THE WITNESS:**  MY POINT IS THAT --

16:24  9        **THE COURT:**  YOU WERE ASKING A QUESTION.  WE NEVER GOT

16:24  10  A ANSWER.  LET ME ASK:  DID HURRICANE BETSY OCCUR BEFORE THE

16:24  11  CONSTRUCTION OF THE LEVEES ALONG THE MRGO?

16:24  12        **THE WITNESS:**  YES, IT DID.

16:24  13        **THE COURT:**  THANK YOU.

23:59  14  **BY MR. BRUNO:**

16:24  15  **Q.**  THE QUESTION I WAS ASKING WAS, IF YOU REMEMBER WHEN YOU

16:24  16  DID YOUR CALCULATIONS FOR SURGE, YOU CORROBORATED AND THE

16:24  17  DOCUMENTS WILL SHOW THAT YOU HAVE OLD HIGH WATER MARKS THAT GO

16:25  18  BACK TO 1910, 1947, 1958?  YOU CORROBORATED THOSE SURGE

16:25  19  CALCULATIONS WITH THOSE OLD HIGH WATER MARKS, DIDN'T YOU?

16:25  20  **A.**  YES, WE DID.

16:25  21  **Q.**  OKAY.  THERE'S NO MRGO AND THERE'S NO MRGO LEVEE AT THAT

16:25  22  TIME; ISN'T THAT RIGHT?

16:25  23  **A.**  THAT'S CORRECT.  BUT THERE WERE LEVEES IN CAMILLE.

16:25  24  **Q.**  THAT'S FINE.  NEXT SLIDE.

16:25  25        THIS IS A MEDIUM-SPEED HURRICANE; RIGHT?  IT SAYS

16:25    1    "MODERATELY RISING."  IT'S A MEDIUM-SPEED HURRICANE?

16:25    2    **A.**    THAT'S RIGHT.

16:25    3    **Q.**    UNDER THIS FIGURE WE ALSO HAVE THIS FUNNEL EFFECT,

16:25    4    ALTHOUGH NOT AS PRONOUNCED, FOR A FAST-MOVING HURRICANE;

16:25    5    CORRECT?

16:25    6    **A.**    WELL, THAT'S WHAT THE FIGURES SHOW.  THE FIGURES SHOW WHAT

16:25    7    THEY SHOW.

16:25    8    **Q.**    WELL, TO YOU, WHO WAS INTERPRETING THIS TO PUT IN A PIECE

16:25    9    OF PAPER TO GIVE TO THE PUBLIC, THIS SHOWS THAT THERE WAS A

16:25    10   FUNNEL EFFECT NOT AS PRONOUNCED FOR THE FAST-MOVING HURRICANE,

16:26    11   BUT FOR A MODERATELY FAST HURRICANE YOU STILL HAD A FUNNEL

16:26    12   EFFECT, BOTH WITH NO LEVEE AND WITH LEVEES; ISN'T THAT TRUE?

16:26    13   **A.**    THAT'S WHAT THIS CHART SHOWS.

16:26    14   **Q.**    FINALLY, THE SPH WAS A MODERATELY FAST HURRICANE, WASN'T

16:26    15   IT?

16:26    16   **A.**    THE SPH COULD BE USED WITH DIFFERENT SPEEDS:  6 KNOTS,

16:26    17   11 KNOTS, AND I THINK 15 KNOTS.

16:26    18   **Q.**    IN FACT, IT'S 11 IS WHAT THE PAPERWORK ACTUALLY SHOWS;

16:26    19   ISN'T THAT TRUE?  IT SAYS A FORWARD SPEED OF 11 KNOTS, AND THAT

16:26    20   IS A MODERATELY FAST HURRICANE; ISN'T THAT TRUE?

16:26    21   **A.**    THAT IS ONE OF THE CHOICES THE ENGINEER HAS, RIGHT.

16:26    22   **Q.**    IN FACT, THE SPH THAT WAS SELECTED BY THE CORPS HAD A

16:26    23   FORWARD SPEED OF 11 KNOTS; ISN'T THAT TRUE?

16:26    24   **A.**    I CAN'T VERIFY THAT.  WHAT I REMEMBER IS THAT THERE WERE

16:26    25   THREE SPEEDS THAT THE ENGINEER HAD A CHOICE TO USE, AND THAT'S

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:27 | 1 | HOW THESE THREE SPEEDS -- THESE RAPIDLY RISING, SLOW RISING, |
| 16:27 | 2 | AND MODERATELY RISING SURGES CAME ABOUT, FROM USING DIFFERENT |
| 16:27 | 3 | FORWARD SPEEDS TO TRAVERSE THE AREA. |
| 16:27 | 4 | **Q.**   MAYBE I DIDN'T ASK MY QUESTION ARTICULATELY.  I WASN'T |
| 16:27 | 5 | ASKING ABOUT THE SPEEDS IN THE BRETSCHNEIDER AND COLLINS |
| 16:27 | 6 | REPORT.  I WAS ASKING YOU ABOUT THE SPH, WHAT SPEED DOES THE |
| 16:27 | 7 | SPH -- IT'S ONLY ONE HURRICANE.  THE STANDARD PROJECT HURRICANE |
| 16:27 | 8 | IS A SYNTHETIC HURRICANE THAT HAS A SPECIFIC SPEED AND SPECIFIC |
| 16:27 | 9 | PRESSURE.  WHAT IS ITS SPEED? |
| 16:27 | 10 | **A.**   YOU COULD BE RIGHT.  I DON'T RECALL. |
| 16:27 | 11 | **Q.**   OKAY.  FAIR ENOUGH.  IF IT'S 11 MILES AN HOUR, WOULD YOU |
| 16:27 | 12 | CALL THAT A MODERATE HURRICANE? |
| 16:27 | 13 | **A.**   YES. |
| 16:27 | 14 | **MR. BRUNO:**  THANK YOU.  I HAVE NO FURTHER QUESTIONS, |
| 16:27 | 15 | JUDGE. |
| 16:27 | 16 | **THE COURT:**  THANK YOU, COUNSEL. |
| 16:27 | 17 | **MR. BRUNO:**  I APOLOGIZE FOR MY ANTICS. |
| 16:27 | 18 | **THE COURT:**  CROSS-EXAMINATION.  WHATEVER THIS IS. |
| 16:28 | 19 | I'M NOT GOING TO CONSTRAIN YOU.  SINCE THIS IS A HYBRID |
| 16:28 | 20 | WITNESS, EVERY NOW AND THEN YOU CAN ASK A LEADING QUESTION TOO. |
| 16:28 | 21 | **CROSS-EXAMINATION** |
| 02:59 | 22 | **BY MS. GREIF:** |
| 16:28 | 23 | **Q.**  MR. SOILEAU, I HAVE A COUPLE OF QUESTIONS TO JUST CLARIFY |
| 16:28 | 24 | A COUPLE OF POINTS FIRST. |
| 16:28 | 25 | YOU WERE TALKING EARLIER ABOUT BERMS, WAVE BERMS AND |

| | | |
|---|---|---|
| 16:28 | 1 | STABILITY BERMS.  ARE THOSE PART OF A HURRICANE PROTECTION |
| 16:29 | 2 | SYSTEM? |
| 16:29 | 3 | **A.**   THEY BECOME PART OF THE HURRICANE PROTECTION SYSTEM |
| 16:29 | 4 | BECAUSE THEY HAVE TO BE THERE TO STABILIZE THE LEVEE.  SO IN |
| 16:29 | 5 | DESIGNING THE LEVEE, WE TAKE ADVANTAGE OF VARIOUS COMPONENTS |
| 16:29 | 6 | THAT HAVE TO MAKE UP THE TOTAL PROJECT AND TAKE ADVANTAGE OF |
| 16:29 | 7 | WHAT THEY PRESENT TO MINIMIZE THE HEIGHT OF THE LEVEE TO THE |
| 16:29 | 8 | EXTENT THAT YOU CAN, AND SO THEY ARE USED. |
| 16:29 | 9 | **Q.**   SO IT'S A COMPONENT OF THE HURRICANE PROTECTION SYSTEM? |
| 16:29 | 10 | **A.**   THAT'S CORRECT. |
| 16:29 | 11 | **Q.**   YOU WERE TALKING EARLIER, ALSO, ABOUT CHARTS THAT WERE |
| 16:29 | 12 | CONCERNING WAVES, AND THOSE WERE USED IN DESIGNING LEVEES AS |
| 16:29 | 13 | PART OF THE HURRICANE PROTECTION SYSTEM? |
| 16:29 | 14 | **A.**   THEY WERE USED, YES. |
| 16:29 | 15 | **Q.**   YOU WERE TALKING EARLIER ABOUT THE NESCO REPORT, THE |
| 16:30 | 16 | BRETSCHNEIDER AND COLLINS REPORT.  DID YOU USE THE RESULTS OF |
| 16:30 | 17 | THIS REPORT WHEN THE CORPS WAS DESIGNING THE LAKE PONTCHARTRAIN |
| 16:30 | 18 | AND VICINITY HURRICANE PROTECTION PLAN? |
| 16:30 | 19 | **A.**   WE USED THEM TO THE EXTENT WE KNEW ABOUT THEM.  THEY WERE |
| 16:30 | 20 | AVAILABLE TO US.  BUT IN ACTUALLY DOING THE SURGE COMPUTATIONS, |
| 16:30 | 21 | WE HAD HIGH WATER MARKS AFTER HURRICANE BETSY THAT WERE |
| 16:30 | 22 | AVAILABLE TO US THAT ALLOWED US TO RECALIBRATE OUR COMPUTATIONS |
| 16:30 | 23 | AND TO TAKE INTO CONSIDERATION ANYTHING THAT MIGHT HAVE CAUSED |
| 16:30 | 24 | THESE FUNNELING EFFECTS, AS THEY ARE REFERRING TO HERE, IN |
| 16:30 | 25 | DOING THOSE CALCULATIONS. |

| 16:30 | 1 | **Q.** OKAY. |
| 16:30 | 2 | **A.** IN THIS CASE, AS I RECALL, WE FOUND THAT THE ORIGINAL |
| 16:30 | 3 | DESIGN WAS SUFFICIENTLY HIGH TO CONTAIN THOSE EFFECTS. |
| 16:30 | 4 | **Q.** YOU STATED EARLIER, I BELIEVE, THAT THE CORPS DID NOT ASK |
| 16:31 | 5 | BRETSCHNEIDER AND COLLINS TO STUDY THE IMPACT OF WAVES FROM THE |
| 16:31 | 6 | MRGO? |
| 16:31 | 7 | **A.** THAT'S CORRECT. |
| 16:31 | 8 | **Q.** NOW, GIVEN THE WORK THAT YOU WERE DOING, DO YOU THINK THAT |
| 16:31 | 9 | THE CORPS SHOULD HAVE CONSIDERED THE WAVES? |
| 16:31 | 10 | **MR. BRUNO:** OBJECTION: CALLS FOR SPECULATION. |
| 16:31 | 11 | **THE COURT:** STAND WHEN YOU OBJECT. |
| 16:31 | 12 | **MR. BRUNO:** I'M SORRY, JUDGE. OBJECTION. CALLS FOR |
| 16:31 | 13 | SPECULATION, YOUR HONOR. THE WITNESS CAN'T KNOW NOW WHAT |
| 16:31 | 14 | OCCURRED 50 YEARS AGO. |
| 16:31 | 15 | **MS. GREIF:** I'M ASKING HIM WHAT HE WAS THINKING AT |
| 16:31 | 16 | THE TIME HE WAS MAKING THE DECISIONS. |
| 16:31 | 17 | **THE COURT:** I'M GOING TO ALLOW THE QUESTION. |
| 16:31 | 18 | OVERRULED. |
| 16:31 | 19 | **THE WITNESS:** THE IDEA THAT A WAVE COULD GENERATE |
| 16:31 | 20 | OVER 2,000 FEET IN DEEP WATER AND BECOME HIGHER THAN THE WAVE |
| 16:31 | 21 | THAT HAD BEEN GENERATED USING A LONGER FETCH HAS A FATAL FLAW |
| 16:31 | 22 | IN IT IN THAT, WHEN WAVES ARE MOVING OVER SHALLOW WATER AND |
| 16:31 | 23 | THEY MOVE INTO DEEP WATER AND TRAVEL OVER SOME DISTANCE, THEY |
| 16:32 | 24 | ACTUALLY DISSIPATE IN HEIGHT BECAUSE THE ENERGY SPREADS, AND |
| 16:32 | 25 | THE WAVE HEIGHT INTERIOR ARE BASICALLY FUNCTIONS OF DEPTH. |

| | | |
|---|---|---|
| 16:32 | 1 | IT'S BEEN MY OBSERVATION THAT THIS HAPPENS WHEN |
| 16:32 | 2 | WAVES TRAVEL ACROSS A DEEP CHANNEL.  I HAVE OBSERVED THIS IN |
| 16:32 | 3 | LAKE PONTCHARTRAIN AND ALSO OFF THE SHORELINE OF GRAND ISLE, |
| 16:32 | 4 | WHERE I WAS INVOLVED IN DESIGNING A HURRICANE PROTECTION |
| 16:32 | 5 | PROJECT THERE.  THE DREDGING OFFSHORE TO MINE SAND FOR BUILDING |
| 16:32 | 6 | THE BEACH ACTUALLY WORKED TO DISSIPATE GULF WAVES AS THEY CAME |
| 16:32 | 7 | ASHORE AS THEY TRAVELED OVER THE DEEPER WATER. |
| 16:32 | 8 | AS A CONSEQUENCE OF THOSE OBSERVATIONS, I WOULD |
| 16:32 | 9 | FEEL COMFORTABLE THAT WHAT HAS BEEN BROUGHT ABOUT TODAY IS NOT |
| 16:33 | 10 | REALISTIC BECAUSE OF THAT ACTION. |
| 16:33 | 11 | BY MS. GREIF: |
| 16:33 | 12 | Q.   DO YOU RECALL WHETHER THE NESCO STUDY ADDRESSED THE |
| 16:33 | 13 | WIDENING OF THE MRGO? |
| 16:33 | 14 | A.   NO, IT DID NOT. |
| 16:33 | 15 | Q.   AT THE TIME WAS THE WIDENING OF THE MRGO A RELEVANT |
| 16:33 | 16 | CONSIDERATION?  IN OTHER WORDS, A WIDER MRGO, WOULD THAT IMPACT |
| 16:33 | 17 | WAVE ACTION? |
| 16:33 | 18 | A.   IN MY OPINION, IT WOULD NOT. |
| 16:33 | 19 | Q.   CAN YOU EXPLAIN THAT, WHY IT WOULD NOT? |
| 16:33 | 20 | A.   WELL, AS I EXPLAINED EARLIER, THOSE CURVES DEPEND ON THE |
| 16:33 | 21 | DURATION OF WIND SPEED AT SOME GIVEN VELOCITY.  IF WE WERE TO |
| 16:33 | 22 | GO TO THE NEXT GENERATION OF *SHORE PROTECTION MANUAL* IN |
| 16:33 | 23 | CHAPTER 3 THERE, IT PLAINLY SAYS THAT THESE CURVES THAT WE USED |
| 16:33 | 24 | ORIGINALLY FOR OUR DESIGN WOULD NO LONGER APPLY IN THE INSTANCE |
| 16:34 | 25 | OF A HURRICANE; SIMPLY BECAUSE THE WATER SURFACE IS SO CHAOTIC |

FINAL DAILY COPY

| | | |
|--|--|--|
|16:34|1|AND THE WIND DURATIONS IN PARTICULAR DIRECTIONS IS CONSTANTLY|
|16:34|2|CHANGING AS THE EYE OF THE HURRICANE MOVES ALONG ITS TRACK, SO|
|16:34|3|THAT THE WIND SPEED NEVER WAS VERY LONG IN ONE DIRECTION.|
|16:34|4|Q.   WERE THE WETLANDS A CONSIDERATION WHEN YOU WERE DEVELOPING|
|16:34|5|LEVEE HEIGHTS?|
|16:34|6|A.   NO, THEY WERE NOT.|
|16:34|7|Q.   DID YOU KNOW AT THE TIME THAT THE CORPS WAS DEVELOPING A|
|16:34|8|LEVEE SYSTEM THAT THE WETLANDS WOULD DEGRADE AS THEY DID?|
|16:34|9|A.   NO, WE DID NOT.|
|16:34|10|Q.   BASED ON YOUR OBSERVATIONS, DID SUBSIDENCE PLAY A ROLE|
|16:34|11|WITH WETLANDS DEGRADATION?|
|16:34|12|A.   NO, IT DID NOT.  AT THE TIME OF THIS WORK, WE WERE NOT|
|16:34|13|CONSIDERING SUBSIDENCE OR DEGRADATION.|
|16:35|14|Q.   AS IT TURNED OUT, BASED ON WHAT YOU HAVE OBSERVED, HAS|
|16:35|15|SUBSIDENCE AFFECTED THE WETLANDS?|
|16:35|16|A.   YES.  SUBSIDENCE HAS AFFECTED THE WETLANDS IN THE SENSE|
|16:35|17|THAT IT HAS ALLOWED SALTWATER INTRUSION TO MOVE INTO THE|
|16:35|18|MARSHES AND WETLANDS, AND THAT SALINITY EFFECT HAS CAUSED THE|
|16:35|19|ROOT SYSTEMS OF BRACKISH AND FRESHWATER VEGETATION TO|
|16:35|20|DETERIORATE AND, AS A RESULT, LOSE THEIR RESISTANCE TO WIND|
|16:35|21|EROSION BY WAVES.|
|16:35|22|Q.   BASED ON YOUR OBSERVATIONS, HAS SUBSIDENCE BEEN LIMITED TO|
|16:35|23|THE MRGO AREA?|
|16:35|24|A.   NO, IT HAS NOT.|
|16:35|25|Q.   HOW DO YOU KNOW THAT?|

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:35 | 1 | **A.**   WELL, I'M ALSO A REGISTERED LAND SURVEYOR IN THE STATE OF |
| 16:35 | 2 | LOUISIANA, AND I'M FULLY AWARE OF HOW BENCHMARKS HAVE CHANGED |
| 16:36 | 3 | OVER TIME, NOT JUST ON THE EAST SIDE OF THE MISSISSIPPI RIVER |
| 16:36 | 4 | BUT AS WELL ON THE WESTERN SIDE.  I WOULD SAY THAT THE |
| 16:36 | 5 | SUBSIDENCE IS A GENERAL THING OVER SOUTHEAST LOUISIANA, |
| 16:36 | 6 | UNRELATED TO MRGO. |
| 16:36 | 7 | **THE COURT:**  YOU'RE NOT TESTIFYING, SIR, ARE YOU, THAT |
| 16:36 | 8 | MRGO HAD NOTHING TO DO WITH THE EROSION OF THE WETLANDS? |
| 16:36 | 9 | **THE WITNESS:**  WHAT I'M SAYING -- |
| 16:36 | 10 | **THE COURT:**  ARE YOU TESTIFYING TO THAT? |
| 16:36 | 11 | **THE WITNESS:**  WHAT I'M SAYING, SIR, IS THAT -- |
| 16:36 | 12 | **THE COURT:**  I'M JUST ASKING YOU THAT QUESTION:  ARE |
| 16:36 | 13 | YOU SAYING MRGO HAD NOTHING TO DO WITH THE DESTRUCTION OF THE |
| 16:36 | 14 | WETLANDS IN THAT AREA?  ARE YOU SAYING THAT? |
| 16:36 | 15 | **THE WITNESS:**  NO, SIR, I'M NOT SAYING THAT. |
| 16:36 | 16 | **THE COURT:**  GO AHEAD.  THERE ARE OTHER FACTORS, I |
| 16:36 | 17 | UNDERSTAND.  BUT YOU ARE NOT SAYING IT WASN'T A FACTOR, TO BE |
| 16:36 | 18 | FAIR? |
| 16:36 | 19 | **THE WITNESS:**  I'M NOT SAYING THAT. |
| 16:36 | 20 | **BY MS. GREIF:** |
| 16:37 | 21 | **Q.**   I JUST WANT TO REFER BRIEFLY BACK TO THE MEMO THAT YOU |
| 16:37 | 22 | WERE DISCUSSING EARLIER, THE 1973 MEMO, JX-325. |
| 16:37 | 23 | JUST SO WE ARE CLEAR, WHAT WAS YOUR ROLE WITH REGARD |
| 16:37 | 24 | TO WRITING THIS MEMO? |
| 16:38 | 25 | **A.**   I WAS DIRECTED BY THE CHIEF OF THE HYDROLOGIC AND |

| 16:38 | 1 | HYDRAULIC BRANCH TO RESPOND TO MR. GAGLIANO'S ALLEGATION THAT |
| 16:38 | 2 | WE WERE NOT TAKING INTO CONSIDERATION OR HAD NOT TAKEN INTO |
| 16:38 | 3 | CONSIDERATION THE EFFECTS OF MRGO. |
| 16:38 | 4 | **Q.**   THIS MEMO CONTAINS YOUR ANALYSIS AND CONCLUSIONS? |
| 16:38 | 5 | **A.**   THAT'S RIGHT.  I DID NOT HAVE ANYTHING TO DO WITH THE |
| 16:38 | 6 | NATIONAL ENGINEERING SCIENCE REPORT, BUT IT WAS GIVEN TO ME AS |
| 16:38 | 7 | A SOURCE. |
| 16:38 | 8 | **Q.**   SO YOU USED THAT AS A SOURCE.  DID YOU USE ANYTHING ELSE? |
| 16:38 | 9 | DID YOU CONSIDER ANYTHING ELSE? |
| 16:38 | 10 | **A.**   WELL, WE KNEW, FOR EXAMPLE, THAT HURRICANE CAMILLE IN 1965 |
| 16:38 | 11 | HAD CREATED STAGES IN LAKE BORGNE, AS I RECALL, AND YCLOSKEY, |
| 16:38 | 12 | SHELL BEACH, AND PARIS ROAD THAT WERE NEARLY IDENTICAL TO THOSE |
| 16:39 | 13 | THAT HAD OCCURRED IN HURRICANE BETSY.  WE USED THE ACTUAL |
| 16:39 | 14 | HURRICANE CAMILLE WIND EFFECTS AND THESE HIGH WATER MARKS TO |
| 16:39 | 15 | VERIFY THAT WE HAD A SUBSTANTIAL AND SATISFACTORY MODEL THAT |
| 16:39 | 16 | WOULD GIVE US THE CORRECTIVE SURGE LEVELS FOR THE PROJECT |
| 16:39 | 17 | DESIGN. |
| 16:39 | 18 | **Q.**   WHAT WAS YOUR CONCLUSION IN THIS MEMO CONCERNING THE |
| 16:39 | 19 | APPARENT FUNNELING EFFECT? |
| 16:39 | 20 | **A.**   MY CONCLUSION IS THAT IT IS A MINOR EFFECT AND THAT WE |
| 16:39 | 21 | WERE ACTUALLY TAKING INTO CONSIDERATION THESE ALLEGATIONS IN |
| 16:39 | 22 | OUR DESIGN AND THAT WE ALREADY HAD A SUFFICIENT DESIGN FOR THAT |
| 16:40 | 23 | PARTICULAR DESIGN STORM. |
| 16:40 | 24 | **Q.**   I'M DONE WITH THAT MEMO. |
| 16:40 | 25 | NOW, AT THE TIME OF HURRICANE BETSY, THE LEVEES THAT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:40 | 1 | WERE IN PLACE HAD BEEN BUILT BY LOCAL INTERESTS; IS THAT |
| 16:40 | 2 | CORRECT? |
| 16:40 | 3 | **A.**   THAT'S CORRECT. |
| 16:40 | 4 | **Q.**   WHAT HAPPENED TO THOSE LEVEES DURING BETSY? |
| 16:40 | 5 | **A.**   MOST OF THEM OVERTOPPED BECAUSE THEY WERE SIMPLY NOT HIGH |
| 16:40 | 6 | ENOUGH. |
| 16:40 | 7 | AT THE TIME THAT THESE LOCAL LEVEES WERE BUILT, AS I |
| 16:40 | 8 | RECALL, PROBABLY THE HIGHEST SURGE THAT HAD BEEN SEEN IN THE |
| 16:40 | 9 | AREA WAS PROBABLY GENERATED BY THE 1947 HURRICANE, WHICH WAS |
| 16:40 | 10 | NOT A MAJOR PLAYER IN FLOODING IN THE AREA.  THERE WAS SOME |
| 16:40 | 11 | FLOODING IN JEFFERSON PARISH AND PROBABLY WAS SOME FLOODING IN |
| 16:40 | 12 | ST. BERNARD BACK IN THE '47 HURRICANE, BUT THE LEVEE BOARDS |
| 16:41 | 13 | BASICALLY ACCEPTED A UNIVERSAL HEIGHT OF 10 FEET FOR ALL OF |
| 16:41 | 14 | THEIR LEVEES IN THE NEW ORLEANS AREA. |
| 16:41 | 15 | **THE COURT:**  DID THE CORPS MAKE ANY ANALYSIS AS TO WHY |
| 16:41 | 16 | THOSE LEVEES WERE OVERTOPPED BUT NOT BREACHED? |
| 16:41 | 17 | **THE WITNESS:**  IN HURRICANE BETSY? |
| 16:41 | 18 | **THE COURT:**  YES. |
| 16:41 | 19 | **THE WITNESS:**  WELL, ACTUALLY, THEY WERE BREACHED.  IT |
| 16:41 | 20 | WAS -- |
| 16:41 | 21 | **THE COURT:**  WAS IT BREACHED IN THE SAME -- YOU SAY |
| 16:41 | 22 | "OVERTOPPING."  WERE THEY BREACHED IN ANY WAYS AS EXTENSIVELY |
| 16:41 | 23 | AS THEY WERE IN KATRINA? |
| 16:41 | 24 | **THE WITNESS:**  ABSOLUTELY.  BACK OF CHALMETTE -- |
| 16:41 | 25 | **THE COURT:**  SO YOU'RE SAYING THE BREACHING WAS AS |

| | | |
|---|---|---|
| 16:41 | 1 | EXTENSIVE AS IT WAS -- |
| 16:41 | 2 | **THE WITNESS:** YES. |
| 16:41 | 3 | **THE COURT:** OKAY. THANKS. |
| 23:59 | 4 | **BY MS. GREIF:** |
| 16:41 | 5 | **Q.** THAT WAS DURING BETSY. SO WHAT HAPPENED AFTER |
| 16:41 | 6 | HURRICANE BETSY WITH REGARD TO THESE LEVEES? |
| 16:41 | 7 | **A.** WELL, THEY WERE REPAIRED TO SOME EXTENT. FOR EXAMPLE, IN |
| 16:41 | 8 | THE CHALMETTE AREA THEIR -- I DON'T KNOW WHETHER IT WAS A |
| 16:42 | 9 | POLICE JURY AT THE TIME OR A LEVEE BOARD. THEY ACTUALLY DROVE |
| 16:42 | 10 | STEEL SHEET-PILING DOWN IN THE CENTER OF THE CROWN OF THE |
| 16:42 | 11 | LEVEE. |
| 16:42 | 12 | BUT BEFORE THEY COULD DO THAT, THEY HAD TO REPAIR A |
| 16:42 | 13 | 400-FOOT GAP IN THE LEVEE THAT HAD FAILED IN HURRICANE BETSY. |
| 16:42 | 14 | ONCE THEY REPAIRED THAT LEVEE, THEN THEY DROVE SHEET-PILING AND |
| 16:42 | 15 | PLACED IT AT A GRADE, AS I RECALL, OF ABOUT 16 FEET ABOVE SEA |
| 16:42 | 16 | LEVEL. SO THEY WENT FROM SOMETHING AROUND 10 TO 16. |
| 16:42 | 17 | **Q.** THEN, WHEN CAMILLE CAME ALONG, WHAT HAPPENED? |
| 16:42 | 18 | **A.** WELL, THERE WAS, AS I RECALL, NO FLOODING IN THAT AREA. |
| 16:42 | 19 | THERE WAS SOME OVERTOPPING OF THE INNER HARBOR NAVIGATIONAL |
| 16:42 | 20 | CANAL LEVEE, AS I RECALL, ON THE WEST SIDE NEAR THE COAST GUARD |
| 16:42 | 21 | STATION, BUT IT WAS MINOR FLOODING THAT WAS ADDRESSED QUICKLY. |
| 16:43 | 22 | **Q.** JUST SO WE ARE CLEAR, THE LEVEES THAT WERE IN PLACE DURING |
| 16:43 | 23 | BETSY HAD BEEN BUILT BY THE LOCAL INTERESTS? |
| 16:43 | 24 | **A.** THAT'S CORRECT. |
| 16:43 | 25 | **Q.** AND THEN THE SUBSEQUENT WORK WAS DONE BY WHO? |

| | | |
|---|---|---|
| 16:43 | 1 | **A.**   JOINTLY BY THE LEVEE BOARD AND THE CORPS OF ENGINEERS. |
| 16:43 | 2 | **Q.**   WERE THE LEVEES RAISED BECAUSE OF MRGO? |
| 16:43 | 3 | **A.**   NO, THEY WERE NOT. |
| 16:43 | 4 | **Q.**   CAN YOU EXPLAIN WHY THE LEVEES WERE RAISED, THEN. |
| 16:43 | 5 | **A.**   WELL, THE ORIGINAL DESIGN WAS THAT OF THE LOCAL LEVEE |
| 16:43 | 6 | BOARDS, AND IT PROVED TO BE INADEQUATE WITH RESPECT TO WHAT WE |
| 16:43 | 7 | KNEW ABOUT THE FULL STRENGTH A HURRICANE COULD BEAR ON THE |
| 16:43 | 8 | AREA, WHICH HAD NOT REALLY HAPPENED EXCEPT FOR BETSY. |
| 16:43 | 9 | WHEN WE WENT BACK TO THE WEATHER SERVICE AFTER |
| 16:43 | 10 | HURRICANE BETSY, THEY ACTUALLY INCREASED THE WIND SPEEDS IN THE |
| 16:44 | 11 | STANDARD PROJECT STORM BASED ON THE KNOWLEDGE THAT THEY HAD |
| 16:44 | 12 | OBTAINED FROM HURRICANE BETSY, AND BECAUSE OF THOSE CHANGES IN |
| 16:44 | 13 | WIND SPEEDS, THEY WERE SOME ADJUSTMENTS IN LEVEE HEIGHTS. |
| 16:44 | 14 | HOWEVER, I DO NOT RECALL THAT THE ORIGINAL DESIGN OF |
| 16:44 | 15 | 17 1/2 FEET ALONG THE CHALMETTE ROUTE WAS RAISED BECAUSE OF |
| 16:44 | 16 | ANYTHING OTHER THAN THE FACT THAT THE STANDARD PROJECT STORM |
| 16:44 | 17 | MAY HAVE BEEN STRONGER.  I DON'T RECALL THAT WE ACTUALLY |
| 16:44 | 18 | CHANGED THE DESIGN FROM THE ORIGINAL 17 1/2 FEET. |
| 16:44 | 19 | **Q.**   DID THE MODELING THAT YOU DID IN PLANNING THE HURRICANE |
| 16:44 | 20 | PROTECTION STRUCTURES AFTER CAMILLE AND BETSY TAKE INTO ACCOUNT |
| 16:44 | 21 | A FUNNELING EFFECT? |
| 16:44 | 22 | **A.**   WELL, WE BELIEVED THAT BECAUSE THE HIGH WATER MARKS |
| 16:44 | 23 | REFLECTED THOSE ACTIVITIES IN THAT AREA THAT WE ACCOUNTED FOR |
| 16:45 | 24 | THAT FUNNELING EFFECT IN THE CALIBRATION OF THE MODEL.  ALL OF |
| 16:45 | 25 | THE NUMERICAL MODELS MUST BE CALIBRATED TO SOME OBSERVED DATA, |

| | | |
|---|---|---|
| 16:45 | 1 | AND CERTAINLY THE PERIOD WHERE CAMILLE OCCURRED REFLECTED THE |
| 16:45 | 2 | EFFECTS THAT WERE THERE. |
| 16:45 | 3 | **Q.**   SO YOU HAD THE HIGH WATER MARKS.  DID YOU HAVE ANYTHING |
| 16:45 | 4 | ELSE? |
| 16:45 | 5 | **A.**   WELL, WE CERTAINLY HAD THE WIND SPEEDS FROM BOTH BETSY AND |
| 16:45 | 6 | FROM CAMILLE THAT WERE PROVIDED TO US BY THE WEATHER SERVICE. |
| 16:45 | 7 | **Q.**   WELL, IF YOUR MODEL TOOK INTO ACCOUNT THE SO-CALLED FUNNEL |
| 16:45 | 8 | EFFECT, HOW COME THERE WERE BREACHES DURING HURRICANE KATRINA? |
| 16:45 | 9 | **A.**   WELL, HURRICANE KATRINA WAS -- |
| 16:45 | 10 | **THE COURT:**  IS THIS WITNESS GOING TO TESTIFY ON EVERY |
| 16:45 | 11 | OPINION IN THIS CASE?  THE COURT IS IGNORING THEM.  I JUST WANT |
| 16:45 | 12 | YOU TO KNOW THAT.  MR. BRUNO CALLED HIM.  HE HAS ISSUED |
| 16:45 | 13 | OPINIONS ON EVERYTHING FROM -- AS IT RELATES TO HYDRAULICS, |
| 16:46 | 14 | MODELING, THE ESTUARIES.  YOU KNOW, I'M GOING TO LET YOU DO IT |
| 16:46 | 15 | BECAUSE MR. BRUNO DID IT.  BUT INSOFAR AS ALL THESE OPINIONS, |
| 16:46 | 16 | THEY ARE LIKE DR. GAGLIANO'S. |
| 16:46 | 17 | **MS. GREIF:**  OKAY. |
| 16:46 | 18 | **THE COURT:**  IF THEY ARE NOT IN AN EXPERT REPORT, THEY |
| 16:46 | 19 | ARE NOT GOING TO BE PART OF THIS COURT'S DECISION.  NOW HE IS |
| 16:46 | 20 | GOING TO SAY WHY THE LEVEES BREACHED IN KATRINA.  I'D LIKE TO |
| 16:46 | 21 | HEAR IT.  I'M CURIOUS, BUT IT HAS NO PROBATIVE VALUE HERE -- |
| 16:46 | 22 | **MS. GREIF:**  OKAY.  YOU CAN JUST ANSWER IT. |
| 16:46 | 23 | **THE COURT:**  -- BECAUSE HE DIDN'T DESIGN THEM, I DON'T |
| 16:46 | 24 | THINK. |
| 16:46 | 25 | **MS. GREIF:**  WELL, HE ACTUALLY -- THE HURRICANE |

FINAL DAILY COPY

16:46   1   PROTECTION PLAN --

16:46   2              **THE COURT:**  WELL, HE DID SOME OF THEM.  I UNDERSTAND

16:46   3   THE GOVERNMENT'S DEFENSE IS THAT THE LEVEES WERE HORRIBLE, FROM

16:46   4   READING THE BRIEFS.  THAT'S WHAT I GET FROM YOUR BRIEFS.  ONE

16:46   5   REASON THAT THEY BREACHED IS BECAUSE THE LEVEES WERE TERRIBLY

16:46   6   DESIGNED.  THEY USED HYDRAULIC FILL, THEY WEREN'T COMPACTED --

16:46   7   THAT'S MY UNDERSTANDING, WHICH IS A GOOD 702C DEFENSE.  IS THE

16:46   8   GOVERNMENT TRYING TO SAY THAT THESE LEVEES ARE TERRIBLE?  IS

16:46   9   THAT --

16:46   10             **MS. GREIF:**  MR. SOILEAU DESIGNED THE HEIGHTS OF THE

16:46   11  LEVEES.

16:47   12             **THE COURT:**  WHATEVER.  I'M NOT SURE WHAT WE ARE

16:47   13  TALKING ABOUT.  WE ARE TALKING ABOUT THE LEVEES.

16:47   14             SO GO AHEAD.  ANSWER THE QUESTION.  WHY DID THE

16:47   15  LEVEES FAIL?

16:47   16             **THE WITNESS:**  WELL, THE LEVEES FAILED IN THIS

16:47   17  PARTICULAR AREA BECAUSE OF THE OVERWHELMING HEIGHT OF THE

16:47   18  HURRICANE KATRINA SURGE.  THAT HEIGHT IN LAKE BORGNE COULD HAVE

16:47   19  EXCEEDED THE 17 1/2 FEET AND WOULD HAVE OVERTOPPED THE LEVEE IN

16:47   20  A VERY SUBSTANTIAL WAY AND SIMPLY OVERWHELMED THE LEVEE BY

16:47   21  ERODING THE BACK SLOPE BECAUSE OF THE LONG DURATION AND THE

16:47   22  DEPTH OVER WHICH THAT WATER RAN DOWN THE BACK SLOPE.

16:47   23             **THE COURT:**  I KNOW YOU HAVE NUMEROUS EXPERTS THAT ARE

16:47   24  GOING TO BE TESTIFYING THAT HAVE ACTUALLY WRITTEN AN OPINION.

16:47   25             **MS. GREIF:**  OKAY.  I WOULD LIKE TO MOVE ON.  I JUST

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:47 | 1 | HAVE A COUPLE MORE QUESTIONS. |
| 16:47 | 2 | **BY MS. GREIF:** |
| 16:47 | 3 | **Q.**   YOU DID TESTIFY EARLIER CONCERNING THE MOVEMENT OF A LEVEE |
| 16:48 | 4 | AT PARIS ROAD AND 40 ARPENT THAT WAS REFERRED TO AS THE BACK |
| 16:48 | 5 | LEVEE, I THINK, AND THAT THE ALIGNMENT WAS MOVED.  DO YOU |
| 16:48 | 6 | RECALL TALKING ABOUT THAT EARLIER? |
| 16:48 | 7 | **A.**   YES. |
| 16:48 | 8 | **Q.**   THAT IT WAS MOVED TO THE MRGO ALIGNMENT; RIGHT? |
| 16:48 | 9 | **A.**   THAT'S CORRECT. |
| 16:48 | 10 | **Q.**   WHY WAS THAT LEVEE ALIGNMENT MOVED? |
| 16:48 | 11 | **A.**   IT'S RELATED TO AN ISSUE OF THE CORPS HAVING TO SHARE THE |
| 16:48 | 12 | COSTS OF LEVEES AT A RATIO OF 70 PERCENT FEDERAL AND 30 PERCENT |
| 16:48 | 13 | LOCAL.  AND BECAUSE THE LOCAL PEOPLE HAVE AN IMPACT ON WHERE |
| 16:48 | 14 | THAT LEVEE GOES, THERE WAS A REQUIREMENT BY THE DISTRICT |
| 16:48 | 15 | ATTORNEY IN ST. BERNARD PARISH TO INCLUDE THE ALIGNMENT ALONG |
| 16:48 | 16 | THE MRGO IN ORDER THAT THERE MIGHT BE SOME OPPORTUNITY IN THE |
| 16:49 | 17 | FUTURE TO ACTUALLY IMPROVE AND SETTLE THAT AREA BETWEEN THE |
| 16:49 | 18 | 40 ARPENT LEVEE AND THE MRGO LEVEE. |
| 16:49 | 19 | **Q.**   THANK YOU.  NOW, YOU HAVE SPOKEN IN COURT BEFORE ABOUT |
| 16:49 | 20 | THESE SORTS OF ISSUES; IS THAT CORRECT? |
| 16:49 | 21 | **A.**   THAT'S CORRECT. |
| 16:49 | 22 | **Q.**   A LONG TIME AGO, WAS IT NOT? |
| 16:49 | 23 | **A.**   YES. |
| 16:49 | 24 | **Q.**   IT WAS IN THE *GRACI* CASE? |
| 16:49 | 25 | **A.**   YES. |

| | | |
|---|---|---|
| 16:49 | 1 | **Q.**   HOW LONG DID YOU TESTIFY FOR IN THAT CASE? |
| 16:49 | 2 | **A.**   ABOUT TWO OR THREE WEEKS. |
| 16:49 | 3 | **Q.**   WERE YOU AN EXPERT OR A FACT WITNESS IN THAT CASE? |
| 16:49 | 4 | **A.**   I WAS AN EXPERT. |
| 16:49 | 5 | **THE COURT:**  HE WILL BE NO SUCH WITNESS IN THIS CASE, |
| 16:49 | 6 | I PROMISE. |
| | 7 | **BY MS. GREIF:** |
| 16:49 | 8 | **Q.**   WHAT HAPPENED IN THAT CASE? |
| 16:49 | 9 | **A.**   THE PLAINTIFF FAILED TO -- |
| 16:49 | 10 | **THE COURT:**  THE COURT IS QUITE FAMILIAR WITH THE |
| 16:49 | 11 | RULING IN THE *GRACI* CASE.  I'VE READ THE OPINIONS, ALL FOUR OR |
| 16:50 | 12 | FIVE OF THEM. |
| 16:50 | 13 | **MS. GREIF:**  I'M DONE. |
| 16:50 | 14 | **THE COURT:**  THERE'S BEEN A FEW CHANGES SINCE THEN. |
| 16:50 | 15 | **MR. BRUNO:**  PX-1594. |
| 16:50 | 16 | **REDIRECT EXAMINATION** |
| 00:59 | 17 | **BY MR. BRUNO:** |
| 16:50 | 18 | **Q.**   YOU HAVE KINDLY ANSWERED COUNSEL'S QUESTIONS ABOUT |
| 16:50 | 19 | SUBSIDENCE.  I KNOW YOU KNOW -- |
| 16:50 | 20 | **THE COURT:**  I AM GOING TO LET YOU LEAD NOW, |
| 16:50 | 21 | MR. BRUNO.  I AM NOW CONVINCED. |
| 16:50 | 22 | **MR. BRUNO:**  THANK YOU, JUDGE. |
| 23:59 | 23 | **BY MR. BRUNO:** |
| 16:50 | 24 | **Q.**   YOU KNOW A LOT ABOUT SUBSIDENCE; RIGHT, MR. SOILEAU? |
| 16:50 | 25 | **A.**   I'VE ACTUALLY DONE SURVEYS WHERE I HAD TO ACCOUNT FOR |

| | | |
|---|---|---|
| 16:50 | 1 | THAT, YES, SIR. |
| 16:50 | 2 | **Q.**   YOU CERTAINLY KEEP UP WITH THE LITERATURE ON SUBSIDENCE, |
| 16:50 | 3 | DON'T YOU? |
| 16:50 | 4 | **A.**   I TRY AND KEEP UP, YES, SIR. |
| 16:50 | 5 | **Q.**   YOU'VE READ *NATURE* MAGAZINE? |
| 16:50 | 6 | **THE COURT:**  THIS IS WHY WE HAVE EXPERT REPORTS, SO WE |
| 16:50 | 7 | WON'T HAVE A WITNESS OPINING AD NAUSEAM WITH NO REPORT. |
| 16:50 | 8 | MR. BRUNO, YOU KICKED IT OFF, AND SO I HAD TO |
| 16:50 | 9 | LET THE GOVERNMENT DO IT.  GO AHEAD.  WE ARE GOING A LITTLE FAR |
| 16:51 | 10 | AFIELD HERE, BUT GO AHEAD. |
| 16:51 | 11 | **BY MR. BRUNO:** |
| 16:51 | 12 | **Q.**   *NATURE* MAGAZINE IS A PRETTY RELIABLE AND AUTHORITATIVE |
| 16:51 | 13 | SOURCE OF INFORMATION AND SCIENCE; ISN'T IT TRUE? |
| 16:51 | 14 | **A.**   I DON'T READ THE MAGAZINE.  I REALLY CAN'T SAY. |
| 16:51 | 15 | **Q.**   HAVE YOU EVER SEEN THIS ARTICLE HERE BY THE GENTLEMAN |
| 16:51 | 16 | MR. MILLER WHO SAYS MOST OF THE SUBSIDENCE THAT OCCURRED IN |
| 16:51 | 17 | THIS WHOLE AREA OCCURRED ALONG THE MRGO REACH?  HAVE YOU SEEN |
| 16:51 | 18 | THAT?  HAVE YOU SEEN THIS ARTICLE ON THAT SUBJECT? |
| 16:51 | 19 | **A.**   NO, I HAVE NOT. |
| 16:51 | 20 | **Q.**   DO YOU HAVE ANY REASON TO BELIEVE IT'S NOT AUTHORITATIVE? |
| 16:51 | 21 | **A.**   WELL, I HAPPEN TO KNOW, FOR EXAMPLE, THAT ON THE WEST |
| 16:51 | 22 | BANK, SURVEY MONUMENTS HAVE SHOWN GROUND SUBSIDING AS MUCH AS |
| 16:51 | 23 | 2 FEET, AND THAT'S NOT NEAR THE MRGO. |
| 16:51 | 24 | **Q.**   RIGHT.  WELL, THIS GUY SAYS 3 METERS.  DID YOU KNOW THAT? |
| 16:51 | 25 | **THE COURT:**  HE HAS NO KNOWLEDGE. |

23:59    1    **BY MR. BRUNO:**

16:52    2    **Q.**   YOU HAVE NO IDEA.  SO THE POINT IS THAT THERE ARE OTHER

16:52    3    EXPERTS IN THE FIELD WHO HAVE ACTUALLY DONE A WHOLE LOT MORE

16:52    4    WORK THAN YOU ON THIS SUBJECT AND ARE BETTER ABLE TO ADDRESS

16:52    5    THAT QUESTION; ISN'T THAT TRUE?

16:52    6            **MS. GREIF:**  OBJECTION.

16:52    7            **THE COURT:**  OVERRULED.  HE CAN SAY "YES," "NO," OR "I

16:52    8    DON'T KNOW."

16:52    9    **BY MR. BRUNO:**

16:52   10    **Q.**   ISN'T THAT TRUE?

16:52   11    **A.**   THERE MAY BE OTHER PEOPLE, YES.

16:52   12    **Q.**   THANK YOU.  NOW, LOOK, I'M CONFUSED ABOUT THIS, AND I

16:52   13    DON'T WANT TO BELABOR IT.  IN YOUR PAPER YOU SAID THERE WAS NO

16:52   14    FUNNELING EFFECT.  THOSE WERE YOUR WORDS; RIGHT?

16:52   15    **A.**   THAT'S RIGHT.

16:52   16    **Q.**   SO I'M A LITTLE CONFUSED HOW YOU CAN SAY IN THE PAPER

16:52   17    THERE IS --

16:52   18            **THE COURT:**  I'M GOING TO STOP YOU JUST FOR A SECOND

16:52   19    JUST TO HIGHLIGHT THIS, IN THIS JUDGE TRIAL, SINCE WE DON'T

16:52   20    HAVE A JURY.  IF THERE WAS A FUNNEL EFFECT OR NOT A FUNNEL

16:52   21    EFFECT IN 1972 OR '73 WHEN THIS WAS DONE, WHAT RELEVANCE DOES

16:52   22    THIS HAVE TO THE PLAINTIFFS' THEORY OF THE CASE?

16:53   23            **MR. BRUNO:**  OUR EXPERT MODELERS WILL SHOW THAT THERE

16:53   24    ARE REALLY TWO FUNNEL EFFECTS.  THERE'S THE CONVERGENCE OF THE

16:53   25    CHANNELS WHICH CREATE A FUNNEL EFFECT, AND THERE'S THE

| 16:53 | 1 | CONVERGENCE OF THE LEVEES WHICH CREATE A FUNNEL EFFECT.  WE ARE |
|---|---|---|

16:53   1   CONVERGENCE OF THE LEVEES WHICH CREATE A FUNNEL EFFECT.  WE ARE

16:53   2   ABLE TO DEMONSTRATE THAT THE CONVERGENCE OF THE CHANNELS

16:53   3   PRODUCES 3 TO 3 1/2 FEET OF WATER IN THE IHNC.  WE BELIEVE --

16:53   4           **THE COURT:**  I GUESS I'M WONDERING IF -- SO YOU'RE

16:53   5   SAYING THAT MRGO WOULD HAVE CAUSED HIGHER WATER?

16:53   6           **MR. BRUNO:**  YES, SIR.  THAT'S IT EXACTLY.

16:53   7           **THE COURT:**  OKAY.

16:53   8           **MR. BRUNO:**  BY ITSELF, WITHOUT LEVEES.  THE KEY HERE:

16:53   9   WITHOUT LEVEES.  BRETSCHNEIDER AND COLLINS PROVES THE SAME

16:53   10  FACT.

16:53   11  **BY MR. BRUNO:**

16:53   12  **Q.**   WHAT'S CURIOUS TO ME IS HOW, MR. SOILEAU, IN YOUR PAPER

16:53   13  YOU SAY THERE IS NO FUNNELING EFFECT, AND THEN IN RESPONSE TO

16:53   14  COUNSEL'S QUESTIONS YOU SAY, "BUT WE TOOK INTO CONSIDERATION

16:53   15  THE FUNNELING EFFECT."

16:53   16          SO WHICH IS IT?  DID YOU TAKE INTO CONSIDERATION THE

16:53   17  FUNNELING EFFECT, OR WAS THERE NO FUNNELING EFFECT?

16:53   18  **A.**   THE NESCO REPORT WAS A CONTRIVED REPORT.  IT ACTUALLY SET

16:54   19  UP A SITUATION WHERE YOU HAD TO HAVE A FUNNELING EFFECT, AND

16:54   20  THEN IT SENT FOUR CASES DOWN THAT FUNNEL.

16:54   21  **Q.**   SO *CONTRIVED* MEANS MADE UP TO ME.  I MEAN, AM I

16:54   22  CONFUSING --

16:54   23  **A.**   EXACTLY.

16:54   24  **Q.**   IT'S MADE UP?

16:54   25  **A.**   EXACTLY.

FINAL DAILY COPY

16:54    1    **Q.**    SO IT REALLY HAS NO VALUE, THIS BRETSCHNEIDER AND COLLINS

16:54    2    REPORT; RIGHT?  IT DOESN'T HELP US WITH ENGINEERING.

16:54    3    **A.**    WHAT I SAID WAS THAT IN HURRICANE CAMILLE, THERE WAS A

16:54    4    FUNNEL THERE, IF YOU WANT TO LOOK AT THE ALIGNMENTS OF THOSE

16:54    5    THINGS.

16:54    6    **Q.**    THAT'S FINE.

16:54    7    **A.**    WHAT I'M SAYING IS THAT IN CALIBRATING OUR MODEL, WHICH I

16:54    8    DOUBT THAT YOU WERE ABLE TO DO WITH YOUR MODEL BECAUSE YOU HAVE

16:54    9    GOT NOTHING TO CALIBRATE IT TO --

16:54    10   **Q.**    YOU DON'T KNOW THAT.

16:54    11   **A.**    NOW, WE CALIBRATED THE MODELS TO SHOW WHAT WAS THERE, AND

16:54    12   IN THE WRAP-UP OF ALL THAT WAS THERE IS WHAT WE USE AS A BASIS

16:54    13   FOR DESIGN, WHICH INCLUDED IF THERE WAS ANY FUNNELING EFFECT IN

16:54    14   THAT CALCULATION, IN THAT CALIBRATION EFFORT.

16:55    15   **Q.**    RIGHT.  MR. SOILEAU, I GUESS IF SOMEBODY SAID TO YOU THE

16:55    16   UNITED STATES ARMY CORPS OF ENGINEERS DIDN'T POSSESS -- I'M

16:55    17   SORRY, THAT THE STATE-OF-THE-ART HADN'T EVEN PROGRESSED TO THE

16:55    18   POINT UNTIL AFTER KATRINA THAT YOU COULD POSSIBLY EVEN EVALUATE

16:55    19   THE EFFECT OF THE MRGO, YOU WOULD SAY THAT'S NOT TRUE; RIGHT?

16:55    20   **A.**    WELL, I WOULD SAY THAT WE HAD TOOLS BACK THEN THAT WE USED

16:55    21   IN THE BEST WAY WE COULD.

16:55    22   **Q.**    OF COURSE.

16:55    23   **A.**    BUT THERE WERE THINGS THAT HAD TO BE ASSUMED.

16:55    24   **Q.**    ALL RIGHT.  NOW --

16:55    25   **A.**    AND ONE OF THE THINGS THAT WAS NOT ASSUMED IS THE

| | | |
|---|---|---|
| 16:55 | 1 | CALIBRATION OF THE MODEL THAT WE USED. |
| 16:55 | 2 | **Q.**   NOW, YOU REMEMBER YOUR DEPOSITION, AND I ASKED YOU VERY |
| 16:55 | 3 | SPECIFICALLY ABOUT THE WAVES BREAKING ON THE SHORE OF |
| 16:55 | 4 | LAKE BORGNE.  YOU TOLD ME THEY BROKE EVEN THOUGH THERE'S A |
| 16:55 | 5 | SURGE THERE.  DO YOU REMEMBER THAT? |
| 16:55 | 6 | **A.**   THAT'S RIGHT. |
| 16:55 | 7 | **Q.**   YOU TOLD ME THAT. |
| 16:55 | 8 | **A.**   THEY BREAK WHEN THEY GET TO A DEPTH THAT'S A BREAKER |
| 16:56 | 9 | DEPTH. |
| 16:56 | 10 | **Q.**   RIGHT.  THEN I ASKED YOU WHETHER WE COULD DETERMINE |
| 16:56 | 11 | WHETHER THE WAVES COULD REGENERATE ACROSS A CHANNEL LIKE THE |
| 16:56 | 12 | MRGO.  DO YOU REMEMBER THAT? |
| 16:56 | 13 | **A.**   RIGHT. |
| 16:56 | 14 | **Q.**   SO CONTRARY TO WHAT YOU TOLD THE GOVERNMENT'S LAWYERS, ONE |
| 16:56 | 15 | COULD DETERMINE WHETHER OR NOT, AFTER THE WAVES BREAK IN A |
| 16:56 | 16 | HURRICANE SCENARIO AT LAKE BORGNE SHORE, THE MRGO WOULD CAUSE |
| 16:56 | 17 | THEM TO REGENERATE; ISN'T THAT TRUE? |
| 16:56 | 18 | **A.**   THAT'S WHAT THE CURVES SAY. |
| 16:56 | 19 | **Q.**   RIGHT. |
| 16:56 | 20 | **A.**   I WAS A FACT WITNESS, AND I WAS TESTIFYING WHAT THE CURVES |
| 16:56 | 21 | SAY. |
| 16:56 | 22 | **Q.**   SO WHAT I JUST SAID TO YOU IS TRUE?  YOU-ALL COULD |
| 16:56 | 23 | CALCULATE BACK THEN WHETHER THE MRGO COULD CAUSE WAVES TO |
| 16:56 | 24 | REGENERATE AFTER THEY BROKE ON THE SHORE OF LAKE BORGNE IN A |
| 16:56 | 25 | HURRICANE; ISN'T THAT TRUE? |

| | | |
|---|---|---|
| 16:56 | 1 | **A.**   BASED ON THOSE CURVES, YES. |
| 16:56 | 2 | **MR. BRUNO:**  THANK YOU. |
| 16:56 | 3 | JUDGE, THANK YOU VERY MUCH. |
| 16:56 | 4 | **THE COURT:**  SIR, YOU MAY STEP DOWN. |
| 16:57 | 5 | **MR. BRUNO:**  JUDGE, AT THIS TIME WE OFFER A FEW MORE |
| 16:57 | 6 | DEPOSITIONS.  I DON'T KNOW HOW LATE YOU WANT TO WORK TODAY. |
| 16:57 | 7 | **THE COURT:**  LET ME GIVE YOU A QUICK BRIEFING NOTE |
| 16:57 | 8 | BEFORE YOU DO THAT.  IT'S A VERY INTERESTING ISSUE AS TO THE |
| 16:57 | 9 | DIVERGENCE BETWEEN 702C AND THE FTCA.  COUNSEL HAD SOME |
| 16:57 | 10 | INTERESTING QUESTIONS.  I'M GOING TO BE INTERESTED IN BRIEFING, |
| 16:57 | 11 | WHEN THIS IS ALL OVER, AS TO WHY MODIFICATIONS TO THE FLOOD |
| 16:57 | 12 | CONTROL PROTECTION STRUCTURE WOULDN'T THEN RELATE TO 702C |
| 16:57 | 13 | IMMUNITY.  I'M NOT QUITE SURE OF THE PLAINTIFFS' THEORY OF THE |
| 16:57 | 14 | CASE VIS-À-VIS THE IHNC, AND WE MAY NEED TO ELABORATE ABOUT |
| 16:58 | 15 | THAT. |
| 16:58 | 16 | **MR. BRUNO:**  IN FAIRNESS TO YOU, JUDGE, THAT WILL BE |
| 16:58 | 17 | FULLY ADDRESSED BY DR. ROBERT BEA, WHO IS SCHEDULED TO TESTIFY |
| 16:58 | 18 | ON FRIDAY.  IN FACT, I HAVE TO GET HIM ON ON FRIDAY.  I KNOW. |
| 16:58 | 19 | I APOLOGIZE, BUT HE IS ONLY AVAILABLE FRIDAY.  HE IS THE GUY TO |
| 16:58 | 20 | SPEAK TO IHNC. |
| 16:58 | 21 | **THE COURT:**  OKAY.  YOU MIGHT HIGHLIGHT IT A LITTLE |
| 16:58 | 22 | BIT. |
| 16:58 | 23 | **MR. BRUNO:**  WELL, I WILL JUST HIGHLIGHT FOR YOU |
| 16:58 | 24 | NOW -- |
| 16:58 | 25 | **THE COURT:**  GO AHEAD AND DO THE DEPOSITIONS. |

FINAL DAILY COPY

| 16:58 | 1 | **MR. BRUNO:**  TO ME, THE DOCUMENTS WHICH ADDRESS THE |
|---|---|---|

16:58   1      **MR. BRUNO:**  TO ME, THE DOCUMENTS WHICH ADDRESS THE

16:58   2  QUESTION THAT YOU JUST RAISED ARE THE DOCUMENTS IN 1967, WHERE

16:58   3  THE CORPS RECOGNIZED THAT THE MRGO WAS IN DANGER OF WIDENING TO

16:58   4  THE POINT WHERE IT WOULD ACTUALLY IMPERIL THE HURRICANE

16:58   5  PROTECTION LEVEE.  INSIDE OF THE CORPS, THERE WAS AN INTERNAL

16:58   6  DEBATE ABOUT WHETHER THAT SHOULD BE LPV OR MRGO, AND THEY

16:58   7  THEMSELVES DECIDED MRGO BECAUSE MRGO CAUSED THE PROBLEM.

16:58   8      **THE COURT:**  I WANT IT IN BRIEFING.  YOU DON'T HAVE TO

16:58   9  ARGUE IT NOW.

16:58   10      **MR. BRUNO:**  OKAY.  I APOLOGIZE.

16:58   11      **THE COURT:**  THE REASON IS I'D HAVE TO GIVE MR. SMITH

16:58   12  AND HIS TEAM A TIME TO ARGUE.  I'M JUST SAYING I WANT A

16:59   13  BRIEFING NOTE.  IT'S AN INTERESTING ISSUE.  GO AHEAD.

16:59   14      **MR. BRUNO:**  WE WILL OFFER AND INTRODUCE THE

16:59   15  DEPOSITION TESTIMONY OF, AGAIN, 30(B)(6) WITNESS --

16:59   16      **THE COURT:**  YOU CAN INTRODUCE THE --

16:59   17      **MR. BRUNO:**  THIS IS ONLY ONE PARAGRAPH.  WHATEVER IS

16:59   18  EASIER FOR YOU, BUT IT'S ONE PARAGRAPH.

16:59   19      **THE COURT:**  GO AHEAD.

16:59   20      **MR. BRUNO:**  THE SUBJECT THAT THIS GENTLEMAN WAS

16:59   21  OFFERED TO TESTIFY ABOUT WAS, FOR THE PERIOD 1965 TO THE

16:59   22  PRESENT, THE DESIGN AND CONSTRUCTION OF LEVEES AND/OR EARTHEN

16:59   23  STRUCTURES IN THE AREAS COMMONLY REFERRED TO AS THE CITRUS BACK

16:59   24  LEVEE, NEW ORLEANS EAST LEVEE, AND THE NEW ORLEANS EAST BACK

16:59   25  LEVEE.  THE GENTLEMAN PROFFERED WAS MR. ALFRED NAOMI.

| | | |
|---|---|---|
| 16:59 | 1 | SO THIS EXHIBIT NUMBER FOR THE DEPOSITION IS -- |
| 16:59 | 2 | ANYBODY?  I WILL OFFER THIS EXHIBIT NUMBER WHEN I GET IT AND |
| 17:00 | 3 | THE FOLLOWING EXHIBITS WHICH ARE PART OF THIS REPORT:  PX-1099, |
| 17:00 | 4 | PX-1100, PX-26, PX-57, PX-10, PX-1104, PX-67, PX-1106, PX-1107, |
| 17:00 | 5 | PX-1108, PX-270, PX-1324, PX-1111, PX-1112, PX-353, PX-1114, |
| 17:00 | 6 | PX-1115, PX-1116, PX-58, PX-9, PX-740, PX-1120, PX-1121 |
| 17:00 | 7 | PX-1122, PX-1123, PX-794, PX-1125, PX-1126, PX-1127, PX-1128, |
| 17:01 | 8 | PX-1129, PX-459, PX-361, PX-699, PX-68, PX-200, PX-1134, |
| 17:01 | 9 | PX-1139, PX-1138, PX-1137 -- |
| 17:01 | 10 | **THE COURT:**  I THINK THAT WAS LONGER THAN MR. NAOMI'S |
| 17:01 | 11 | DEPOSITION. |
| 17:01 | 12 | **MR. BRUNO:**  I THINK YOU'RE RIGHT, JUDGE, AND I |
| 17:01 | 13 | APOLOGIZE.  YOU KNOW, I THINK PIERCE TOOK HIS DEPOSITION. |
| 17:01 | 14 | **THE COURT:**  I READ IT.  I DON'T REMEMBER IT BEING |
| 17:01 | 15 | THAT OVERWHELMING. |
| 17:01 | 16 | **MR. BRUNO:**  I DID NOT TAKE THIS DEPOSITION.  PX-1135, |
| 17:01 | 17 | PX-1140, PX-1141, PX-1142, 43, 1135, 1145, 1601, 1147, 1148 -- |
| 17:01 | 18 | **THE COURT:**  I HOPE WHEN THIS IS BRIEFED, MR. NAOMI'S |
| 17:01 | 19 | DEPOSITION, YOU NARROW THE EXHIBITS. |
| 17:01 | 20 | **MR. BRUNO:**  1147, 1148, 1149, 1150, 1151, 1152, 1153, |
| 17:02 | 21 | AND 1154. |
| 17:02 | 22 | DO I HAVE THE NUMBER FOR THE DEPOSITION YET? |
| 17:02 | 23 | **THE COURT:**  IN THE CUTS THAT I READ, I DON'T REMEMBER |
| 17:02 | 24 | THAT MANY EXHIBITS, I PROMISE YOU. |
| 17:02 | 25 | **MR. BRUNO:**  PX-8 IS THE DEPOSITION CUT ITSELF.  THIS |

FINAL DAILY COPY

17:02   1   ONE IS NICE AND SHORT.

17:02   2                   JUDGE, WE HAVE NEW COPIES WITH ALL THE EXHIBITS

17:02   3   ATTACHED.  THE LOGIC OF ATTACHING ALL THE EXHIBITS WAS, IF YOU

17:02   4   READ AND THE DEPO CUT REFERRED TO A DOCUMENT, YOU COULD LOOK AT

17:02   5   IT; BUT IF IT'S NOT REFERENCED, YOU DON'T NEED TO LOOK AT IT.

17:02   6                   I'M SORRY.  JX-2 IS THE DEPO CUTS OF ALFRED

17:02   7   NAOMI.

17:02   8                   THEN, FINALLY, ANOTHER 30(B)(6) DEPOSITION.

17:02   9   THIS ONE IS O'CAIN.  IT'S ALL ONE DEPOSITION.  THIS IS JX-2 AS

17:03   10  WELL.  THIS IS BAUMY, POWELL, AND NAOMI.  THIS WAS A 702C

17:03   11  30(B)(6) DEPO.  THAT'S WHAT THIS WAS.  THE SUBJECT OF O'CAIN

17:03   12  WAS THE SPOIL BANK ALONG REACH 2 AND REACH 1, SO IT'S REAL

17:03   13  SHORT.

17:03   14                  I DON'T SEE ANY EXHIBITS.  ARE THERE ANY

17:03   15  EXHIBITS?  YES, I HAVE SOME RIGHT HERE.  PX-1156, PX-1157,

17:03   16  PX-1158, PX-1159, AND PX-1240.  THAT'S ALL, JUDGE.  THANK YOU

17:03   17  VERY MUCH.

17:03   18           **THE COURT:**  THANK YOU, SIR.

17:03   19           **MR. BRUNO:**  YOUR HONOR, THOSE ARE ALL OF THE

17:03   20  WITNESSES THAT WE HAD PLANNED TO CALL TODAY.  WE FINISHED, I

17:03   21  GUESS, A LITTLE EARLY.  IF YOU WANTED TO KEEP GOING, WE --

17:03   22           **THE COURT:**  I MEAN, WE CAN ALL SING *KUMBAYA*, BUT I

17:04   23  THINK IT'S TIME TO WRAP IT UP.

17:04   24           **MR. BRUNO:**  THANK YOU VERY MUCH FOR YOUR PATIENCE,

17:04   25  AND AGAIN WE APOLOGIZE HAVING A LITTLE FUN WITH THE TRIAL.

FINAL DAILY COPY

| 17:04 | 1 | **THE COURT:**  THANK YOU.  WE WILL START TOMORROW AT |
|---|---|---|
| 17:04 | 2 | 8:30 SHARP. |
| 17:04 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 17:04 | 4 | (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.) |
| 17:04 | 5 | * * * |
| 17:04 | 6 | <u>**CERTIFICATE**</u> |
| 17:04 | 7 | I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT |
| 17:04 | 8 | REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT |
| 17:04 | 9 | OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE |
| 17:04 | 10 | AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND |
| 17:04 | 11 | UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE |
| 17:04 | 12 | ABOVE-ENTITLED AND NUMBERED MATTER. |
| 17:04 | 13 | |
| 17:04 17:04 | 14 | |
| 17:04 17:04 | 15 | <u>S/ TONI DOYLE TUSA</u> |
| 17:04 17:04 | 16 | TONI DOYLE TUSA, CCR, FCRR OFFICIAL COURT REPORTER |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

FINAL DAILY COPY

**$**

$140 [1]  120/24
$300 [1]  120/25
$300-AN-HOUR [1]  120/25

**'**

'40S [1]  121/24
'47 [1]  227/12
'58 [4]  133/25 134/1 134/2 181/6
'59 [1]  181/6
'61 [1]  187/22
'62 [1]  187/22
'63 [3]  181/17 187/21 188/4
'64 [2]  187/21 188/4
'65 [1]  181/6
'68 [1]  210/10
'73 [1]  235/21
'74 [1]  175/7
'92 [1]  175/7
'98 [1]  134/2

**.**

.53 [1]  132/10

**0**

0.8 [1]  130/2
0139 [1]  118/3
0203 [1]  115/17
0211 [2]  110/9 111/2
06-CV-2268-K [1]  103/5

**1**

1,000 [1]  150/20
1-FOOT [2]  137/4 139/13
1-ON-4 [1]  163/23
1-ON-5 [1]  163/23
1.5 [1]  130/1
1/2 [8]  168/25 170/20 171/1 197/3
 229/15 229/18 231/19 236/3
10 [4]  177/12 204/12 228/16 241/4
10 FEET [1]  227/13
100 [2]  127/7 161/4
100 MILES [1]  207/2
100-MILES-AN-HOUR [1]  207/5
1000 [1]  103/16
10022 [1]  105/4
1099 [1]  241/3
11 [4]  166/21 219/18 219/19 219/23
11 DEGREES [1]  163/24
11 KNOTS [1]  219/17
11 MILES [1]  220/11
1100 [2]  104/3 241/4
1104 [1]  241/4
1106 [1]  241/4
1107 [1]  241/4
1108 [1]  241/5
1111 [1]  241/5
1112 [1]  241/5
1114 [1]  241/5
1115 [1]  241/6
1116 [1]  241/6
1120 [1]  241/6
1121 [1]  241/6
1122 [1]  241/7
1123 [1]  241/7
1125 [1]  241/7
1126 [1]  241/7
1127 [1]  241/7
1128 [1]  241/7
1129 [1]  241/8
1134 [1]  241/8
1135 [2]  241/16 241/17
1137 [1]  241/9

1138 [1]  241/9
1139 [1]  241/17
1140 [1]  241/17
1141 [1]  241/17
1142 [1]  241/17
1145 [1]  241/17
1147 [2]  241/17 241/20
1148 [2]  241/17 241/20
1149 [1]  241/20
1150 [1]  241/20
1151 [1]  241/20
1152 [1]  241/20
1153 [1]  241/20
1154 [1]  241/21
1156 [1]  242/15
1157 [1]  242/15
1158 [1]  242/16
1159 [1]  242/16
12 [2]  112/20 174/4
12 MILES [1]  152/24
12-MILE [4]  151/1 151/3 157/2 163/4
1205 [1]  104/24
1240 [1]  242/16
1253 [1]  107/17
1261 [1]  104/13
13 [2]  158/23 174/5
1318 [1]  185/10
1322 [6]  179/17 179/19 180/24 180/24
 185/11 185/13
1324 [2]  185/11 241/5
1325 [1]  185/11
1326 [1]  185/11
1329 [1]  185/12
133 [2]  185/9 204/10
1331 [1]  185/12
1332 [1]  185/12
1333 [1]  185/12
1334 [1]  185/12
1335 [1]  185/12
1336 [1]  185/13
1339 [1]  185/13
134 [3]  185/9 185/10 204/10
1352 [1]  185/11
1366 [1]  104/14
139 [1]  185/12
14 [2]  158/23 177/18
14 DEGREES [1]  163/23
14 PERCENT [1]  175/25
15 [7]  158/24 167/1 177/23 187/4 204/23
 204/25 219/17
15-FOOT [2]  129/7 137/5
1560 [1]  148/21 161/4
1561 [4]  150/14 150/15 150/19 161/4
1594 [1]  233/15
16 [7]  158/24 167/1 178/5 181/3 181/4
 181/7 228/16
16 FEET [1]  228/15
16.3 [1]  182/12
1601 [1]  241/17
17 [9]  122/13 167/2 168/25 170/20 171/1
 197/3 229/15 229/18 231/19
17.5 [1]  182/14
17.5-FOOT [1]  149/10
176 [1]  111/5
177 [1]  166/23
18 [1]  168/17
1810 [3]  126/17 135/25 161/4
1810.1 [2]  130/10 161/5
1810.10 [1]  161/5
1810.2 [1]  137/1
1810.2 AS [1]  136/23
1810.3 [1]  151/14
1810.4 [1]  128/22

1810.6 [1]  139/8
1810.7 [2]  143/19
1810.8 [2]  132/24 133/19
1810.9 [2]  133/10 133/22
1853 [1]  126/17
1877 [3]  126/17 126/19 161/4
19 [3]  111/6 111/14 171/14
1900 [2]  174/10 174/14
1910 [1]  218/18
1915 [1]  181/10
1947 [3]  181/10 218/18 227/9
1952 [1]  185/10
1955 [2]  117/3 117/12
1956 [3]  174/10 174/14 181/10
1958 [2]  130/14 218/18
1961 [1]  187/16
1962 [2]  181/17 187/16
1963 [5]  185/10 185/13 187/24 188/7
 218/2
1965 [1]  189/12 226/10 240/21
1966 [3]  207/11 210/24 218/2
1967 [2]  183/15 240/2
1971 [1]  174/2
1972 [1]  235/21
1973 [3]  174/3 208/11 225/22
1976 [4]  131/7 132/17 132/21 133/25
1978 [2]  117/4 174/4
1985 [2]  132/23 174/4
1988-2004.65 [1]  130/6
1993 [1]  174/4
1994 [1]  174/4
1998 [3]  133/10 133/22 134/6

**2**

2 FEET [2]  138/1 234/23
2,000 [1]  185/5
2,000 FEET [7]  205/17 205/18 205/20
 206/21 207/4 207/4 222/20
2,500-FOOT [1]  135/13
2,800 [1]  135/13
2-22 [1]  117/2
2-FOOT [1]  137/3
20 [2]  103/7 107/2
200 [2]  155/22 241/8
2000 [2]  122/10 150/8
2000S [1]  134/16
20044 [1]  105/18
2005 [2]  142/15 174/5
2007 [1]  174/5
2008 [3]  166/15 168/17 171/14
2009 [2]  103/7 107/2
205 [1]  167/23
209 [3]  121/17 123/17 123/18
21 [2]  181/7 181/8
22 [1]  117/2
226 [2]  144/4 166/21
23 [2]  181/20 181/20
23 MILES [1]  206/22
23,931 ACRES [1]  118/1
24 [2]  182/2 182/17
24 MILES [1]  205/19
25 [1]  205/18
258 [1]  185/10
26 [1]  241/4
26.1 [1]  136/20
2626 [1]  104/24
2655 [1]  104/10
270 [2]  185/11 241/5
28 [1]  167/4
2:30 [1]  162/16

**3**

3 FEET [2]  191/14 207/3

**3**

3,700 [1] 135/13
3-A [2] 116/3 116/3
3-B [2] 116/3 116/4
3-FOOT [2] 137/3 207/4
30 [6] 176/16 178/16 187/2 240/15 242/8 242/11
30 FEET [1] 206/19
30 PERCENT [1] 232/12
3102 [1] 104/3
325 [3] 105/4 207/16 225/22
35 [4] 210/19 210/22 210/22 210/25
353 [1] 241/5
360 [1] 106/3
361 [1] 241/8
3668 [1] 104/7
375 FEET [1] 156/4

**4**

4-1 [1] 166/16
4-2 [1] 145/3
4.3 [1] 130/1
4.7 [1] 182/13
40 [14] 136/7 154/1 159/20 160/1 160/3 160/4 160/6 188/9 188/13 188/17 188/21 192/8 194/24 216/18
40 ARPENT [4] 189/13 192/25 232/4 232/18
40 FEET [5] 206/17 206/18 206/19 206/20 206/22
400 [1] 155/13
400 FEET [4] 154/6 157/8 157/10 163/13
400-FOOT [1] 228/13
400-MILE [1] 174/8
406 [1] 105/20
41 [2] 211/19 211/20
42 [1] 167/2
43 [1] 241/17
450 [6] 153/21 154/9 154/17 155/12 157/11 157/13
450 FEET [4] 153/5 156/19 156/25 163/11
459 [1] 241/8

**5**

50 [2] 150/5 222/14
50 FEET [1] 154/1
500 [3] 104/6 105/20 157/13
500 FEET [1] 154/9
504 [1] 105/21
51 [1] 166/21
519 [1] 104/17
53 [3] 132/11 132/12 132/25
550 [1] 103/6
556 [1] 104/6
57 [4] 185/10 204/7 204/10 241/4
57TH [1] 105/4
58 [1] 241/6
589-7778 [1] 105/21

**6**

60 [1] 125/21
600 [1] 105/7
600 FEET [1] 155/23
601 [1] 104/10
604 [1] 105/7
610 [1] 103/23
618 [1] 104/20
62 [1] 204/6
65 [2] 201/3 203/15
650 FEET [1] 131/5
67 [1] 241/4
68 [3] 185/11 209/8 241/8

**7**

699 [1] 241/8

**7**

7.0 [1] 182/13
7.1 [1] 129/25
70 PERCENT [2] 168/22 232/12
70113 [2] 103/20 103/23
70130 [3] 104/10 105/8 105/21
702C [4] 231/7 239/9 239/12 242/10
70381 [1] 104/5
70502 [1] 104/7
70726 [1] 104/17
70801 [1] 104/21
70821 [1] 104/14
740 [2] 185/10 241/6
75219 [1] 104/4
7778 [1] 105/21
780 [1] 156/11
794 [1] 241/7

**8**

8-1 [1] 172/4
855 [1] 103/19
86 PERCENT [2] 175/24 176/9
886 [2] 122/7 122/10
888 [1] 105/18
8:30 [1] 243/2

**9**

90 PERCENT [1] 126/10
90071 [1] 103/16
97 [2] 124/14 161/4
98 [4] 124/15 161/4 161/6 161/15
98.1 [5] 134/17 134/18 134/20 161/14 161/16
98.10 [5] 145/23 146/5 146/6 146/7 146/9
98.11 [2] 146/21 172/8
98.12 [1] 147/9
98.13 [1] 148/8
98.14 [1] 148/9
98.15 [3] 148/11 157/21 161/16
98.2 [5] 135/19 135/22 135/23 135/24 135/25
98.3 [2] 137/15 137/16
98.5 [2] 137/19 139/18
98.6 [1] 140/6
98.7 [1] 141/18
98.8 [2] 143/14 158/3
98.9 [2] 145/3 145/3
99 [2] 127/7 161/4

**A**

A-19 [2] 111/6 111/14
A-A-R-O-N [1] 124/8
AA [2] 139/23 139/25
AARON [1] 124/8
ABATED [1] 114/17
ABILITY [1] 243/10
ABLE [21] 110/16 111/1 111/22 113/1 113/23 114/3 114/16 114/21 133/2 136/15 144/12 147/6 149/25 151/1 151/4 159/23 185/17 204/20 235/4 236/2 237/8
ABOUT [75] 110/18 114/1 114/23 119/14 122/21 127/1 137/11 142/18 150/16 151/15 153/17 154/5 155/11 159/18 160/24 160/25 162/16 163/24 164/7 177/7 177/13 177/19 177/24 178/22 179/11 182/9 184/16 187/2 187/16 187/23 189/19 190/24 191/13 191/13 191/14 192/18 192/21 194/12 198/21 199/21 201/4 201/5 201/6 201/8 201/12 202/13 202/18 204/4 207/17 210/14 211/9 217/15 217/18 220/2 220/5 220/6

220/25 221/11 221/15 221/19 223/9 229/5 229/6 231/14 231/16 232/6 232/19 233/2 233/18 233/24 235/12 238/3 239/14 240/6 240/21
ABOVE [13] 113/9 137/23 140/3 169/18 171/1 175/24 191/10 194/18 195/1 197/14 200/6 228/15 243/12
ABOVE-ENTITLED [1] 243/12
ABSOLUTELY [6] 155/10 155/11 156/20 157/18 202/12 227/24
ACCEPTED [3] 123/15 124/19 227/13
ACCEPTS [1] 125/1
ACCESS [1] 190/24
ACCORDING [3] 117/12 131/4 132/17
ACCOUNT [4] 121/22 229/20 230/7 233/25
ACCOUNTED [1] 229/23
ACCRUED [1] 132/18
ACCURACY [1] 164/13
ACCURATE [3] 131/24 142/10 188/6
ACCUSATION [1] 208/2
ACREAGE [1] 117/24
ACRES [4] 117/12 117/21 117/23 118/1
ACROSS [2] 223/2 238/11
ACTION [3] 122/15 223/10 223/17
ACTIVITIES [1] 229/23
ACTUAL [20] 126/1 127/10 128/17 129/3 129/12 129/14 137/9 141/4 141/13 141/24 141/25 141/25 142/3 142/11 155/17 157/1 158/21 192/2 205/4 226/13
ACTUALLY [56] 108/13 114/13 114/15 117/16 131/23 133/4 133/16 134/16 134/20 135/6 135/7 136/15 138/18 140/11 142/11 143/23 143/25 145/8 146/22 147/3 147/5 147/10 148/2 148/23 149/25 150/15 150/16 151/4 151/9 155/20 157/25 158/5 159/25 161/5 161/10 166/16 181/5 185/19 198/8 217/14 219/18 221/20 222/24 223/6 226/21 227/19 228/9 229/10 229/17 230/25 231/24 232/17 233/25 235/3 236/18 240/4
AD [1] 234/7
AD NAUSEAM [1] 234/7
ADAMANTLY [1] 184/13
ADD [2] 120/22 129/11
ADDITION [1] 120/12
ADDITIONAL [2] 125/3 132/22
ADDRESS [4] 128/24 128/25 235/4 240/1
ADDRESSED [3] 223/12 228/21 239/17
ADDRESSES [2] 128/19 129/4
ADDRESSING [1] 117/6
ADJACENT [2] 170/14 171/25
ADJUSTMENTS [1] 229/13
ADMITTED [2] 162/9 182/1
ADMONITION [1] 127/14
ADVANTAGE [3] 197/11 221/5 221/6
ADVERSE [1] 204/20
ADVISORY [1] 122/8
AERIAL [1] 141/20
AFFECT [1] 189/24
AFFECTED [2] 224/15 224/16
AFFORDED [1] 148/23
AFIELD [1] 234/10
AFTER [23] 109/5 109/20 112/11 113/24 114/10 114/20 114/24 115/12 131/10 138/3 141/13 142/15 188/23 202/20 217/16 217/17 221/21 228/5 229/20 229/20 237/18 238/15 238/24
AFTER-STORM [1] 138/3
AFTERNOON [2] 103/10 107/1
AGAIN [21] 113/3 120/21 121/8 133/13

A

AGAIN... [17] 143/23 150/21 158/12 158/15 164/5 168/18 180/18 185/15 186/18 188/2 193/8 205/9 211/22 212/3 213/5 240/15 242/25
AGAINST [3] 122/14 181/22 217/21
AGO [5] 119/13 201/5 201/8 222/14 232/22
AGREE [4] 172/4 208/11 208/14 212/10
AGREEMENT [1] 124/16
AHEAD [15] 114/8 122/4 143/12 145/1 155/6 176/25 195/14 203/14 225/16 231/14 234/9 234/10 239/25 240/13 240/19
AL [2] 103/5 103/7
ALERT [1] 173/15
ALFRED [2] 240/25 242/6
ALIGNED [2] 205/2 205/7
ALIGNMENT [24] 188/8 188/9 188/13 188/15 188/16 188/17 188/18 188/21 188/25 189/4 189/14 192/11 192/12 192/25 194/1 194/23 194/24 205/4 208/3 216/17 232/5 232/8 232/10 232/15
ALIGNMENTS [1] 237/4
ALL [74] 107/3 107/8 110/19 111/1 119/4 123/20 126/23 126/23 127/23 137/12 140/12 140/13 142/2 142/2 142/4 144/15 144/20 148/23 158/4 158/13 160/21 161/25 162/14 162/19 162/21 164/25 166/11 168/4 170/5 175/1 176/18 178/22 179/11 179/23 181/2 182/20 182/23 183/13 184/1 185/1 185/8 185/24 185/25 186/3 189/17 189/19 190/20 196/4 206/8 207/7 207/9 207/19 210/18 210/19 211/10 211/24 214/17 216/13 217/22 227/13 229/24 230/15 233/11 237/12 237/24 238/22 239/11 242/2 242/3 242/9 242/16 242/19 242/22 243/3
ALLEGATION [1] 226/1
ALLEGATIONS [1] 226/21
ALLEGED [2] 177/3 201/17
ALLEGIANCE [1] 204/24
ALLOW [6] 127/16 127/17 144/20 195/10 205/8 222/17
ALLOWED [5] 147/3 194/18 214/17 221/22 224/17
ALLOWING [1] 214/15
ALLOWS [1] 201/24
ALMOST [1] 171/13
ALONG [40] 108/6 130/15 133/17 145/20 148/24 149/15 150/2 151/3 152/2 152/5 152/15 152/24 157/19 158/8 158/11 158/22 158/25 159/3 159/14 160/16 160/19 166/2 166/20 166/23 166/25 167/4 167/23 188/9 189/14 194/23 196/17 198/15 210/6 218/11 224/2 228/17 229/15 232/15 234/17 242/12
ALREADY [10] 120/21 121/18 131/18 157/12 161/3 198/12 198/20 199/17 215/19 226/22
ALSO [25] 105/6 107/24 108/5 108/12 113/12 115/12 119/5 119/18 120/3 122/5 129/7 135/1 141/22 152/23 159/7 170/3 179/11 182/9 184/23 190/13 214/16 219/3 221/11 223/3 225/1
ALTER [1] 183/13
ALTHOUGH [5] 126/18 127/13 170/5 173/15 219/4
ALTOGETHER [1] 167/22
ALWAYS [2] 132/19 153/11
AM [11] 123/8 188/6 205/6 213/10

214/15 214/17 215/5 215/6 233/20 233/20 236/21
AMELIORATE [1] 199/8
AMERICA [1] 103/7
AMERICAN [2] 125/23 130/6
AMIN [1] 105/11
AMOUNT [2] 117/9 133/14
ANALYSIS [12] 117/3 127/5 148/9 148/12 164/18 180/5 181/3 206/9 206/14 207/10 226/4 227/15
ANALYZED [1] 164/23
ANALYZING [1] 126/8
AND/OR [5] 177/4 178/1 178/3 198/15 240/22
ANDREW [3] 155/4 155/25 171/4
ANDRY [2] 103/21 103/22
ANGELES [1] 103/16
ANGLE [2] 149/18 149/20
ANGLED [1] 163/4
ANGLES [1] 149/19
ANOTHER [14] 110/12 112/16 118/3 133/1 133/3 135/19 147/9 148/22 150/19 150/20 153/9 216/16 216/18 242/8
ANSWER [13] 117/20 156/14 188/1 192/22 195/13 213/25 214/3 214/7 214/15 216/9 218/10 230/22 231/14
ANSWERED [4] 120/16 120/20 120/21 233/18
ANTICIPATE [2] 201/18 202/1
ANTICIPATED [1] 202/1
ANTICS [1] 220/17
ANY [37] 110/15 114/23 121/3 123/15 128/9 133/16 133/20 138/19 138/19 144/22 145/10 150/2 155/8 157/7 159/16 161/23 162/2 166/18 172/14 172/20 177/25 180/11 182/4 192/6 193/16 195/3 203/10 206/10 206/12 206/14 209/14 227/15 227/22 234/20 237/13 242/14 242/14
ANYBODY [1] 241/2
ANYBODY'S [1] 138/18
ANYHOW [1] 173/3
ANYMORE [1] 184/1
ANYONE [3] 110/11 128/7 150/21
ANYTHING [10] 126/5 168/15 192/21 203/8 221/23 226/5 226/8 226/9 229/16 230/3
ANYWAY [2] 171/13 186/24
ANYWHERE [2] 147/6 208/20
APOLOGIZE [11] 107/9 110/20 184/22 184/24 203/11 218/5 220/17 239/19 240/10 241/13 242/25
APPARENT [2] 131/21 226/19
APPEAR [2] 111/9 152/20
APPEARANCES [3] 103/13 104/1 105/1
APPEARS [3] 167/1 170/22 171/1
APPENDICES [1] 127/7
APPENDIX [2] 118/12 118/15
APPLIED [2] 192/10 192/12
APPLY [1] 223/24
APPRECIATE [1] 124/17
APPROACHES [1] 109/18
APPROXIMATE [2] 152/24 163/18
APPROXIMATELY [6] 143/11 163/12 167/10 167/14 167/19 167/23
APPROXIMATION [1] 170/24
APRIL [2] 103/7 107/2
ARE [122] 107/4 110/15 111/22 118/17 118/17 118/21 121/12 121/21 123/8 123/20 123/21 124/10 126/3 126/18 128/13 128/14 129/14 129/23 130/25 131/17 131/24 134/5 135/13 136/4 137/9 140/2 140/3 145/9 145/16 145/19 146/4

148/8 150/21 152/20 154/24 155/13 159/4 160/24 161/8 161/11 161/18 161/24 163/5 164/8 167/12 167/22 167/23 172/2 172/9 173/12 173/14 174/9 175/2 175/11 175/22 176/7 176/24 181/8 184/16 185/5 185/14 186/2 186/4 187/23 191/3 193/21 194/14 194/17 195/19 195/20 200/1 202/14 202/19 204/9 204/10 205/5 206/2 206/10 207/2 209/24 210/9 210/20 211/8 211/14 211/14 212/1 213/7 213/21 215/2 215/7 216/3 216/7 221/1 221/8 221/24 222/22 222/25 225/7 225/10 225/12 225/14 225/16 225/17 225/23 228/22 230/16 230/18 230/19 231/8 231/12 231/13 231/23 234/9 235/2 235/4 235/24 236/1 240/2 241/3 242/14 242/19
AREA [72] 115/4 115/5 115/6 116/4 116/13 116/14 117/6 117/8 117/10 117/22 117/24 121/3 121/24 125/4 126/24 128/18 129/7 130/9 132/13 132/16 132/19 132/21 137/14 139/14 139/15 139/22 140/3 143/9 143/16 145/7 146/2 146/11 147/9 147/16 149/14 150/18 152/19 159/10 164/22 165/7 165/8 166/25 168/12 168/19 168/21 171/15 171/16 171/22 172/4 174/22 189/24 191/15 194/21 194/24 199/3 203/3 216/7 216/21 220/3 224/23 225/14 227/9 227/10 227/14 228/8 228/18 229/8 229/23 231/17 232/17 234/17
AREAS [18] 112/2 128/1 136/24 137/7 138/8 142/4 146/15 151/7 154/2 159/2 164/19 164/25 166/3 166/6 166/9 166/12 176/17 240/23
AREN'T [2] 146/14 206/2
ARGUE [3] 183/23 240/9 240/12
ARGUMENT [1] 183/3
ARITHMETIC [3] 154/6 154/7 154/10
ARMY [8] 126/12 126/14 174/1 186/25 191/24 208/13 208/16 228/16
AROUND [3] 119/12 157/13 228/16
ARPENT [17] 136/7 159/20 160/1 160/3 160/4 160/6 188/9 188/13 188/17 188/21 189/13 192/8 192/25 194/24 216/18 232/4 232/18
ARRANGED [1] 109/7
ART [1] 237/17
ARTICLE [2] 234/15 234/18
ARTICULATE [1] 203/12
ARTICULATELY [1] 220/4
AS [147]
ASCERTAIN [4] 189/22 190/12 206/9 209/13
ASHLEY [1] 105/6
ASHORE [1] 223/7
ASIDES [2] 214/8 214/18
ASK [22] 110/23 124/22 128/9 128/21 149/21 159/12 165/20 189/5 209/16 209/17 212/17 213/25 214/1 214/2 214/5 215/2 215/16 215/17 218/10 220/4 220/20 222/4
ASKED [8] 120/16 120/19 164/18 187/23 192/17 193/17 238/2 238/10
ASKING [9] 165/17 196/5 205/5 218/9 218/15 220/5 220/6 222/15 225/12
ASPECT [1] 202/8
ASSEMBLE [1] 125/14
ASSEMBLED [1] 125/20
ASSESS [2] 164/18 175/3
ASSESSMENTS [1] 164/14
ASSIGNED [1] 125/11
ASSIST [1] 187/18

**A**

ASSISTED [3] 119/15 168/1 187/16
ASSISTING [1] 189/10
ASSOCIATED [2] 190/7 204/19
ASSOCIATES [4] 103/15 104/12 128/25 130/1
ASSUMED [3] 183/11 237/23 237/25
ASSUMING [1] 186/8
ASSUMPTIONS [4] 174/11 177/25 183/13 184/1
AT [143]
ATTACHED [1] 242/3
ATTACHING [1] 242/3
ATTACHMENT [3] 109/17 109/19 109/21
ATTACKING [1] 202/4
ATTEMPT [1] 199/23
ATTEMPTED [3] 114/13 114/13 199/4
ATTEMPTING [1] 197/2
ATTENTION [2] 118/2 171/15
ATTORNEY [1] 232/15
ATTORNEYS [2] 119/5 119/9
AUTHOR [1] 118/7
AUTHORITATIVE [2] 234/12 234/20
AUTHORIZATION [2] 127/14 188/23
AUTHORIZED [4] 130/14 130/16 130/22 188/14
AVAILABLE [18] 120/10 126/23 126/24 129/7 137/13 138/24 143/2 143/24 144/13 152/21 180/20 191/3 194/25 199/3 200/2 221/20 221/22 239/19
AVENUE [2] 104/3 104/17
AVERAGE [36] 140/23 141/2 141/10 150/16 151/4 151/6 152/17 152/22 152/25 153/2 153/5 153/18 153/20 153/22 154/4 154/19 155/11 155/17 156/1 156/15 156/17 156/25 157/8 157/10 163/4 163/6 163/10 163/14 163/15 163/16 163/22 176/4 176/4 176/4 200/7 200/10
AVERAGED [1] 157/2
AWARE [6] 109/14 123/8 215/6 215/7 215/12 225/2
AWAY [1] 195/15

**B**

BACK [39] 116/16 117/14 117/19 134/3 135/25 146/11 148/20 153/9 154/8 156/19 167/1 167/5 167/10 167/24 171/13 171/17 181/14 182/20 196/1 206/4 207/11 208/11 210/7 210/10 210/24 211/6 213/5 218/18 225/21 227/12 227/24 229/9 231/21 231/22 232/4 237/20 238/23 240/23 240/24
BACK-THEN [1] 206/4
BACKGROUND [2] 129/5 180/19
BAD [2] 197/21 218/6
BAEZA [2] 105/10 164/4
BALLPARK [1] 156/5
BANK [8] 134/23 158/9 158/22 158/25 216/12 216/19 234/22 242/12
BANKS [3] 107/21 175/7 216/5
BARON [1] 104/2
BARONNE [2] 103/19 103/23
BASE [4] 108/6 125/7 136/23 168/10
BASED [18] 153/17 157/1 165/3 167/17 168/24 174/9 181/16 190/21 191/22 193/17 205/15 213/18 217/7 224/10 224/14 224/22 229/11 239/1
BASELINE [1] 135/20
BASIC [1] 148/9
BASICALLY [16] 109/24 126/5 127/3

128/1 128/7 128/9 136/11 137/22 145/9 145/24 157/19 188/25 191/8 203/21 207/13
BASIS [2] 118/19 237/12
BATHYMETRIC [2] 125/5 127/25
BATHYMETRY [8] 126/2 127/6 127/8 127/21 142/1 178/25 183/4 191/22
BATON [3] 104/14 104/21 113/22
BATON ROUGE [1] 113/22
BAUMY [1] 242/10
BAYOU [18] 117/1 131/16 132/1 132/20 134/7 134/8 134/19 149/3 149/4 151/8 151/8 151/18 152/7 169/5 169/8 169/16 169/21 172/5
BAYOU BIENVENUE [8] 117/1 131/16 132/1 134/19 149/3 151/18 152/7 169/5 169/16 169/21
BAYOU DUPRE [6] 132/20 134/7 151/8 169/8 169/16 169/21
BAYOUS [3] 169/10 169/22 192/4
BE [110] 107/4 108/9 108/20 108/21 109/19 110/12 110/16 110/23 111/1 111/2 111/4 111/23 113/1 117/21 120/25 126/6 126/6 126/7 126/8 128/10 128/11 128/22 131/7 131/11 132/6 132/24 133/10 134/17 136/4 138/13 139/17 139/24 141/6 141/16 141/24 143/23 144/20 145/18 145/18 146/21 147/9 148/8 149/18 150/5 150/6 151/6 152/21 153/5 153/6 153/14 154/3 154/6 154/19 154/22 154/23 155/10 155/11 156/3 156/4 157/7 157/18 159/23 161/18 162/8 162/14 162/22 164/23 167/1 167/8 168/7 168/12 170/22 171/1 174/16 175/25 178/19 182/14 184/4 184/7 185/4 185/17 189/12 193/2 194/14 194/18 195/1 195/3 196/13 198/8 199/13 204/20 205/15 206/17 208/19 208/25 219/16 220/10 221/4 225/17 229/6 229/25 230/19 231/24 232/16 233/5 235/11 237/23 239/10 239/16 240/6
BE ABLE [1] 185/17
BEA [2] 142/5 239/17
BEACH [6] 150/4 150/4 150/6 200/12 223/6 226/12
BEAR [2] 151/23 229/7
BEARING [1] 152/19
BECAME [4] 125/7 179/2 183/5 189/13
BECAUSE [52] 110/17 112/7 123/15 132/20 134/9 134/24 135/9 143/6 143/7 151/6 153/11 154/7 156/21 161/15 176/8 178/10 179/25 181/22 183/5 186/2 187/24 188/6 190/10 192/14 192/19 192/20 193/6 195/5 197/9 197/24 201/24 202/19 202/20 211/9 217/4 221/4 222/24 223/10 223/25 227/5 229/2 229/12 229/15 229/22 230/15 230/23 231/5 231/17 231/21 232/13 237/8 240/7
BECOME [2] 221/3 222/20
BECOMES [2] 145/15 202/13
BEEN [27] 107/11 111/9 114/24 118/7 118/24 120/16 124/4 126/21 130/17 147/10 161/7 162/16 186/10 187/4 190/4 192/10 193/4 199/4 222/21 223/1 223/9 224/22 227/1 227/8 228/23 229/17 233/14
BEFORE [26] 103/10 112/21 114/20 115/12 117/20 120/5 124/23 134/5 135/9 146/8 147/17 155/9 162/14 162/23 173/18 179/2 199/3 202/25 210/10 216/9 217/18 217/24 218/10 228/12 232/19 239/8
BEGAN [2] 119/12 121/25
BEGIN [1] 184/17

BEGINNING [4] 150/1 151/17 185/21
BEGINS [2] 147/5 174/22
BEHIND [2] 194/21 218/3
BEING [8] 124/13 124/18 124/24 182/1 191/13 193/9 203/11 241/14
BEING ADMITTED [1] 182/1
BELABOR [1] 235/13
BELIEVE [26] 107/17 117/15 126/19 130/14 132/19 134/18 144/3 145/24 150/14 150/20 151/20 153/4 153/10 153/24 153/25 158/1 159/1 166/1 166/24 167/6 196/18 203/20 208/18 222/4 234/20 236/3
BELIEVED [1] 229/22
BELOW [12] 113/4 113/6 113/18 137/24 137/25 138/1 138/6 138/8 168/22 169/11 170/11 171/20
BENCHMARKS [1] 225/2
BENEFIT [1] 189/18
BENJAMIN [1] 105/17
BERM [38] 196/15 196/16 196/18 196/19 196/21 196/21 197/10 197/13 197/14 197/17 197/18 197/20 198/1 198/3 198/3 198/4 198/5 198/5 198/7 198/9 198/9 198/10 198/11 198/13 198/15 198/15 198/20 198/21 198/23 198/25 199/5 199/7 199/11 199/11 200/5 200/5 200/7 200/17
BERMS [5] 197/7 198/7 220/25 220/25 221/1
BERNARD [14] 107/18 107/25 108/14 114/18 115/1 116/25 122/8 122/18 125/14 140/10 148/17 189/11 227/12 232/15
BEST [7] 134/17 143/2 143/23 152/21 153/20 237/21 243/10
BETSY [18] 188/23 192/16 217/24 218/10 221/21 223/6 226/25 227/4 227/17 228/5 228/6 228/13 228/23 229/8 229/10 229/12 229/20 230/5
BETSY'S [1] 192/14
BETTER [4] 147/22 167/16 174/17 235/4
BETWEEN [25] 116/25 117/3 129/12 150/1 150/23 152/19 154/4 163/6 165/4 165/23 169/10 169/20 169/20 169/22 169/25 170/17 173/22 173/23 175/7 194/24 196/21 212/11 214/11 232/17 239/9
BEYOND [1] 139/24
BIENVENUE [13] 117/1 131/16 132/1 134/19 149/3 149/4 151/8 151/18 152/7 169/5 169/10 169/22 169/25
BIG [3] 203/18 203/21 203/25
BIGGER [4] 196/7 196/8 196/12 197/18
BILLING [1] 120/23
BILLIONS [1] 122/17
BISECTS [1] 167/10
BIT [11] 114/8 129/5 145/15 146/3 148/20 149/3 164/7 172/2 201/4 203/6 239/22
BITES [1] 123/23
BLOCKED [1] 114/15
BLOW [4] 174/18 181/9 181/11 207/16
BLOWING [2] 205/18 206/22
BOARD [3] 122/9 228/9 229/1
BOARDS [2] 227/12 229/6
BOAT [1] 109/7
BOATS [1] 114/13
BODIES [1] 191/7
BODY [1] 213/9
BORDER [1] 217/3
BORGNE [11] 113/18 177/9 193/7

Case 2:05-cv-04182-SRD-JCW   Document 18865   Filed 05/21/09   Page 146 of 166

**B**

BORGNE... [8]  193/24 208/5 216/15 226/11 231/18 238/4 238/16 238/24
BOSS [1]  212/21
BOTH [6]  125/24 134/5 197/7 198/25 219/12 230/5
BOTTOM [5]  127/8 127/9 128/1 151/24 152/14
BOTTOMS [2]  142/1 211/5
BOULEVARD [1]  104/24
BOX [5]  104/7 104/14 104/24 105/18 148/25
BOY [1]  191/13
BRACKISH [1]  224/19
BRANCH [3]  105/10 187/8 226/1
BREACH [20]  140/7 140/18 140/19 140/23 140/25 141/1 141/1 141/4 141/5 141/9 141/11 141/13 141/21 142/6 145/10 145/13 160/19 165/13 166/4 166/7
BREACH'S [1]  141/7
BREACHED [12]  146/2 151/8 165/5 165/25 166/10 171/22 227/16 227/19 227/21 227/22 230/20 231/5
BREACHES [37]  140/13 140/17 142/8 143/15 143/21 143/25 144/6 144/7 144/12 145/6 145/9 145/17 145/24 146/11 157/20 158/4 158/8 158/13 158/22 159/1 159/16 160/6 166/20 166/20 166/23 167/4 167/7 167/12 167/23 168/1 168/5 168/14 168/15 168/16 169/20 169/23 230/8
BREACHING [10]  158/25 159/3 159/7 159/10 160/8 164/20 166/13 169/24 169/24 227/25
BREAK [21]  145/13 153/12 153/13 163/3 196/12 197/11 197/13 197/16 197/19 200/13 238/8 238/15
BREAKER [1]  238/8
BREAKERS [1]  200/12
BREAKING [2]  200/11 238/3
BREAKS [2]  200/3 200/9
BREAUX [1]  108/23
BRENDAN [1]  105/3
BRETSCHNEIDER [12]  209/6 209/16 213/2 213/7 214/22 214/24 215/3 220/5 221/16 222/5 236/9 237/7
BRETSCHNEIDER/COLLINS [4]  213/2 214/22 214/24 215/3
BRIDGE [2]  132/14 132/17
BRIEF [2]  152/2 162/20
BRIEFED [1]  241/18
BRIEFING [4]  239/7 239/10 240/8 240/13
BRIEFLY [1]  199/21 225/21
BRIEFS [2]  231/4 231/4
BRING [2]  174/22 184/16
BROKE [2]  238/4 238/24
BROKEN [1]  145/11
BROUGHT [2]  144/20 223/9
BRUCE [1]  111/4
BRUNO [13]  103/18 103/18 173/12 201/15 205/3 213/22 214/5 214/23 218/3 230/12 230/15 233/21 234/8
BRUSH [1]  178/4
BUDD [1]  104/2
BUFFER [1]  122/15
BUILD [7]  137/8 154/25 183/14 197/1 197/2 197/6 199/4
BUILDING [4]  136/23 139/4 140/7 223/5
BUILDS [1]  216/14
BUILT [11]  130/12 135/6 136/14 179/2

194/14 210/10 217/17 217/18 227/1 227/2 239/8
BUSINESS [2]  178/22 199/22
BUT [105]  109/22 111/18 112/15 112/20 113/3 114/7 114/14 114/16 118/7 121/8 126/23 127/9 127/24 128/13 128/15 129/8 129/18 131/9 132/20 133/7 133/16 135/1 138/21 140/2 140/25 141/4 141/8 143/2 143/8 145/14 146/1 147/18 148/8 148/12 149/20 149/24 150/17 150/19 150/25 151/7 151/10 152/21 153/25 154/12 156/3 156/5 156/24 159/10 159/12 160/8 163/16 165/1 166/13 169/24 170/23 173/23 175/19 178/18 180/18 185/3 185/24 189/6 190/13 192/20 193/3 194/12 195/12 196/17 196/23 198/19 199/5 199/24 201/16 205/8 206/18 208/19 211/14 211/21 213/5 213/21 214/7 214/16 215/23 215/25 216/3 216/5 218/23 219/11 221/20 225/4 225/17 226/6 227/12 227/16 228/12 228/21 230/15 230/21 234/10 236/14 237/23 239/19 240/18 242/5 242/22
BUT A [1]  141/4
BUTTER [3]  197/4 197/5 197/5

**C**

C-E-C-I-L [1]  186/15
C-H-A-D [1]  124/8
CAENARVON [1]  170/9
CAERNARVON [1]  216/17
CALCULATE [8]  122/16 174/23 177/14 183/6 183/10 199/19 206/5 238/23
CALCULATED [6]  117/21 181/15 181/21 182/12 182/14 211/6
CALCULATING [1]  174/21
CALCULATION [4]  152/23 179/6 190/21 237/14
CALCULATIONS [30]  163/9 179/1 179/10 179/15 181/19 183/7 183/7 183/24 183/25 187/17 189/10 190/11 192/6 192/9 192/24 193/1 193/12 193/17 199/18 200/1 215/8 215/9 215/11 217/2 217/6 217/7 217/21 218/16 218/19 221/25
CALIBRATE [1]  237/9
CALIBRATED [2]  229/25 237/11
CALIBRATING [1]  237/7
CALIBRATION [3]  229/24 237/14 238/1
CALIFORNIA [1]  103/16
CALL [15]  124/3 130/9 130/23 158/23 173/15 184/19 187/3 198/2 200/4 201/3 203/21 207/15 209/24 220/12 242/20
CALLED [8]  125/6 148/15 173/24 174/23 180/21 209/5 230/7 230/12
CALLS [2]  222/10 222/12
CALVIN [1]  104/16
CAME [9]  126/11 127/20 132/20 137/11 192/6 203/20 220/2 223/6 228/17
CAMILLE [10]  217/16 217/17 218/23 226/10 226/14 228/17 229/20 230/1 230/6 237/3
CAN [21]  112/1 112/7 113/12 113/14 116/9 117/19 121/8 126/6 126/6 126/7 126/8 128/11 131/1 131/13 131/16 131/18 131/19 131/20 132/25 133/6 133/6 133/20 133/23 134/3 134/4 134/5 135/2 135/3 137/15 137/20 138/19 138/21 138/24 139/8 139/11 139/22 140/2 140/4 140/7 140/21 141/6 141/20 141/22 142/19 143/14 144/3 145/3 145/7 145/8 146/3 146/11 146/12 146/12

146/22 146/24 148/20 149/4 149/7 150/3 150/9 151/16 151/18 151/25 152/21 153/20 153/21 154/20 155/1 155/1 155/4 157/18 157/18 158/3 158/15 158/17 161/18 162/10 162/17 163/15 163/15 164/23 165/1 165/14 165/20 166/16 166/16 167/7 167/14 167/16 170/4 170/23 171/1 171/4 171/13 173/3 173/4 173/11 174/18 176/21 178/9 180/25 181/9 181/11 182/20 192/22 194/4 195/14 196/1 196/23 197/11 199/23 203/18 203/24 205/4 207/17 214/7 214/16 220/20 221/8 223/19 229/4 230/22 235/7 235/16 240/16 242/22
CAN'T [8]  121/8 143/7 172/6 173/11 205/9 219/24 222/13 234/14
CANAL [4]  117/15 136/7 192/8 228/20
CANNOT [1]  157/17
CAPABILITY [1]  172/16
CAPABLE [3]  128/15 133/16 154/13
CARE [1]  194/12
CARL [1]  207/15
CARONDELET [1]  105/7
CASE [26]  114/7 119/23 142/5 146/13 168/10 170/3 176/25 178/11 182/19 182/24 183/15 192/6 196/10 196/11 198/6 198/8 222/2 230/11 232/24 233/1 233/3 233/5 233/8 233/11 235/22 239/14
CASES [2]  194/4 236/20
CATEGORY [1]  122/17
CAUSATION [1]  165/9
CAUSE [4]  122/17 196/6 238/16 238/23
CAUSED [5]  170/4 221/23 224/18 236/5 240/7
CAUSES [1]  196/8
CAVEAT [1]  128/15
CCR [3]  105/20 243/7 243/15
CECIL [4]  173/16 184/19 186/10 186/14
CELL [2]  144/19 144/23
CENTER [3]  154/16 156/1 228/10
CENTERLINE [8]  153/3 153/4 153/11 153/24 154/1 156/21 156/22 163/10
CENTRAL [5]  115/6 117/17 121/24 174/8 179/25
CERTAIN [7]  138/8 175/3 175/3 190/24 193/25 204/13 204/14
CERTAINLY [17]  112/11 128/8 133/8 143/2 143/3 145/19 150/25 159/9 160/4 169/12 174/14 176/13 203/6 205/2 230/1 230/5 234/2
CERTIFICATE [1]  243/6
CERTIFY [1]  243/9
CHAD [4]  124/3 124/4 124/8 124/12
CHAIN [1]  113/18
CHALMETTE [13]  137/17 142/16 142/21 160/10 160/13 168/19 168/21 180/5 180/5 189/24 227/24 228/8 229/15
CHAMBERS [1]  161/8
CHANCE [2]  186/18 213/21
CHANDELEUR [1]  113/19
CHANGE [8]  117/3 134/4 149/16 149/17 169/3 183/11 183/24 207/14
CHANGED [6]  143/8 188/25 189/4 192/25 225/2 229/18
CHANGES [7]  122/1 177/25 196/6 196/7 200/16 229/12 233/14
CHANGING [1]  224/2
CHANNEL [28]  107/22 108/6 126/2 127/6 128/2 130/15 130/17 130/25 131/1 131/10 131/19 131/20 133/4 134/2 134/23 147/4 156/2 175/6 175/7 193/18 206/20 210/2 210/2 210/9 210/9 210/9 223/2 238/11

C

CHANNELS [6] 127/24 155/9 216/4 216/5 235/25 236/2
CHAOTIC [1] 223/25
CHAPTER [2] 204/7 223/23
CHAPTER 3 [1] 223/23
CHART [8] 138/7 204/13 205/23 205/24 207/6 207/8 214/16 219/13
CHARTS [7] 175/2 205/13 205/14 205/25 206/2 206/9 221/11
CHASE [1] 128/23
CHECK [3] 129/15 156/24 157/18
CHECKS [2] 129/8 129/11
CHIEF [1] 225/25
CHOICE [1] 219/25
CHOICES [1] 219/21
CHOOSE [1] 121/13
CHOSE [1] 127/24
CHRONOLOGY [3] 136/18 168/24 169/2
CIRCLE [1] 160/11
CIRCLED [2] 170/8 171/16
CIRCUMSTANCES [1] 201/23
CITRUS [1] 240/23
CITY [4] 104/25 114/17 114/19 114/25
CIVIL [4] 105/10 127/15 174/3 174/4
CLARIFICATION [1] 162/25
CLARIFIED [1] 162/24
CLARIFY [2] 120/22 220/23
CLEAN [1] 186/5
CLEAR [10] 141/6 141/24 143/23 153/11 157/17 175/21 198/14 202/5 225/23 228/22
CLOSE [6] 129/12 138/23 141/16 157/13 158/17 193/7
CLOSE-UP [1] 158/17
CLOSER [4] 116/9 157/10 192/19 211/10
CLOSEST [1] 156/1
CLOSURE [1] 108/17
COAST [3] 174/9 216/11 228/20
COAST GUARD [1] 228/20
COASTAL [1] 122/8
CODED [2] 137/22 138/7
CODING [1] 148/17
COEFFICIENTS [5] 210/20 210/21 210/24 211/4 211/13
COLLECTED [3] 119/2 153/17 160/21
COLLECTION [2] 120/6 164/8
COLLECTIVELY [1] 177/12
COLLINS [12] 209/6 209/17 213/2 213/7 214/22 214/24 215/3 220/5 221/16 222/5 236/9 237/1
COLOR [4] 137/22 138/7 138/13 148/17
COLOR-CODED [1] 138/7
COLOR-CODING [1] 148/17
COLORS [1] 191/20
COMBINATION [5] 128/9 133/20 166/2 189/23 194/9
COMBINATIONS [1] 166/11
COMBINED [1] 177/20
COME [7] 120/11 121/8 144/21 153/18 153/21 217/12 230/8
COMES [4] 137/12 149/6 176/25 215/1
COMFORTABLE [1] 223/9
COMING [3] 131/7 153/12 216/4
COMMENCE [1] 162/17
COMMONLY [1] 240/23
COMMONSENSE [1] 155/19
COMMUNITY [2] 208/12 208/17
COMPACTED [1] 231/6
COMPARABLE [1] 143/4
COMPARATIVELY [1] 169/20

COMPARE [4] 133/21 133/22 136/18 181/5
COMPARED [6] 126/7 135/1 137/17 150/4 179/9 181/15
COMPARING [1] 210/9
COMPARISON [1] 145/20
COMPELLED [1] 183/17
COMPILATION [3] 122/23 126/5 130/13
COMPILED [7] 122/9 125/4 126/11 126/16 126/21 130/8 160/22
COMPLETELY [3] 195/24 215/2 215/5
COMPLEX [2] 104/13 126/8
COMPLIES [5] 167/21 169/6 169/9 169/15 170/7
COMPONENT [3] 179/3 183/5 221/9
COMPONENTS [1] 221/5
COMPOSITE [3] 141/4 143/14 200/4
COMPREHENSIVE [1] 135/14
COMPROMISE [1] 205/3
COMPUTATIONS [2] 221/20 221/22
COMPUTE [5] 149/19 149/20 151/1 194/6 200/7
COMPUTED [1] 190/15
COMPUTER [1] 105/25
COMPUTING [1] 194/2
CONCEDE [1] 176/14
CONCEPT [1] 150/19
CONCEPTUAL [1] 158/18
CONCERNED [1] 163/5
CONCERNING [4] 208/2 221/12 226/18 232/3
CONCLUDED [1] 122/12
CONCLUDES [1] 175/9
CONCLUSION [2] 226/18 226/20
CONCLUSIONS [1] 226/4
CONDITION [1] 121/23
CONDITIONS [1] 189/23
CONDUIT [1] 177/4
CONFIGURATION [1] 174/12
CONFUSED [3] 189/2 235/12 235/16
CONFUSING [1] 236/22
CONGRATULATE [1] 175/17
CONGRESS [2] 188/20 188/24
CONGRESSIONAL [2] 108/15 108/21
CONGRESSMAN [3] 108/22 108/22 108/22
CONNECTION [5] 118/25 161/2 179/13 184/24 199/18
CONOR [1] 105/12
CONSEQUENCE [1] 223/8
CONSIDER [2] 164/11 226/9
CONSIDERATION [10] 183/8 195/20 221/23 223/16 224/4 226/2 226/3 226/21 236/14 236/16
CONSIDERATIONS [1] 195/21
CONSIDERED [3] 117/6 199/18 222/9
CONSIDERING [1] 224/13
CONSISTENCY [2] 129/8 129/11
CONSISTENT [2] 121/20 136/3
CONSTANT [4] 204/12 204/12 204/14 206/21
CONSTANTLY [1] 224/1
CONSTRAIN [1] 220/19
CONSTRUCTED [2] 198/15 199/8
CONSTRUCTING [1] 136/2
CONSTRUCTION [9] 115/3 115/13 122/19 154/18 177/10 178/3 193/16 218/11 240/22
CONTAIN [1] 222/3
CONTAINED [2] 191/23 213/7
CONTAINING [1] 125/21
CONTAINS [1] 226/4
CONTEMPLATE [1] 210/24

CONTEMPLATED [2] 187/19 192/7
CONTEMPLATING [1] 194/14
CONTEXT [2] 112/2 189/17
CONTINUE [1] 177/1
CONTINUED [2] 104/1 105/1
CONTRACTORS [1] 134/25
CONTRARY [1] 238/14
CONTRIVED [3] 215/25 236/18 236/21
CONTROL [8] 143/18 148/13 148/14 151/2 169/16 172/5 177/22 239/12
CONTROLLED [1] 135/1
CONVERGENCE [3] 235/24 236/1 236/2
CONVEYED [1] 142/2
CONVINCED [1] 233/21
COORDINATES [3] 140/4 150/21 171/7
COPIES [4] 120/12 120/12 161/5 242/2
COPY [4] 108/20 109/16 161/25 162/9
CORNER [2] 146/24 149/2
CORPS [54] 108/5 110/4 122/22 122/22 122/24 126/12 126/14 126/20 127/3 127/9 127/20 136/16 171/5 174/1 175/2 177/3 177/8 178/22 179/8 179/12 183/6 183/21 183/23 184/3 184/13 186/25 187/7 189/10 190/3 191/24 192/7 195/3 200/3 201/5 201/17 204/23 205/6 205/7 205/25 207/9 208/13 208/16 209/8 219/22 221/17 222/4 222/9 224/7 227/15 229/1 232/11 237/16 240/3 240/5
CORPS' [2] 180/24 209/5
CORRECT [136] 107/19 108/24 108/25 109/3 117/5 119/7 119/16 124/7 125/16 126/2 126/13 126/14 126/17 127/10 127/22 127/23 128/5 128/12 128/19 129/1 129/16 130/3 130/4 131/24 134/21 134/22 136/5 136/9 137/5 137/11 137/18 138/9 139/5 140/14 142/13 143/18 143/21 144/2 144/8 144/13 144/14 144/16 145/18 147/5 147/11 148/15 148/16 148/19 149/11 150/2 151/17 152/15 152/16 154/6 154/7 156/11 157/3 157/4 157/6 157/9 157/23 157/24 158/9 158/20 158/24 159/8 159/9 159/19 160/1 160/7 160/23 161/9 163/7 164/9 164/10 164/14 164/20 164/23 165/5 165/25 166/4 166/5 166/7 166/8 166/13 166/18 166/21 166/22 166/23 166/24 167/2 167/5 169/1 169/11 169/18 169/22 170/9 170/12 170/14 170/18 170/21 171/20 171/23 172/1 186/13 187/14 189/24 190/13 191/1 193/15 199/1 199/9 199/10 199/14 199/20 200/21 200/24 201/15 202/9 204/5 207/24 209/2 209/7 209/15 215/22 218/23 219/5 221/10 222/7 227/2 227/3 228/24 232/9 232/20 232/21 243/10
CORRECTED [1] 169/3
CORRECTIVE [1] 226/16
CORRECTLY [1] 213/10
CORRELATION [7] 129/12 142/20 142/20 165/3 165/23 185/18 186/9
CORRELATIONS [1] 133/2
CORROBORATED [3] 181/18 218/16 218/18
COSTLY [1] 122/16
COSTS [1] 232/12
COULD [42] 109/20 110/14 111/5 111/12 111/18 122/17 128/8 128/10 133/7 135/19 145/11 146/3 146/19 146/20 149/20 150/14 150/17 153/18 153/24 154/12 156/5 167/19 174/15 174/16 189/4 199/4 207/11 207/13 219/16 220/10 222/19 228/12 229/7

**C**

COULD... [9] 231/18 237/18 237/21 238/10 238/11 238/15 238/22 238/23 242/4
COULDN'T [1] 138/16
COUNSEL [5] 113/25 124/16 164/1 220/16 239/9
COUNSEL'S [2] 233/18 236/14
COUNT [1] 156/13
COUNTERACT [1] 197/8
COUPLE [8] 109/20 114/22 160/9 173/14 209/21 220/23 220/24 232/1
COURSE [8] 123/2 130/3 161/3 180/5 193/9 196/11 210/5 237/22
COURT [37] 103/1 105/20 112/1 112/19 121/18 123/1 124/17 125/1 127/14 129/23 130/11 131/8 131/13 137/20 139/8 145/4 148/22 149/1 161/8 162/20 163/9 164/4 175/12 178/24 183/1 187/25 190/20 201/5 203/10 204/20 230/11 232/19 233/10 243/4 243/7 243/8 243/16
COURT'S [8] 123/4 123/11 136/20 136/25 148/7 154/13 161/8 230/19
COURTROOM [2] 128/8 132/14
COVER [1] 118/13
COVERAGE [2] 136/24 137/7
CREATE [3] 216/6 235/25 236/1
CREATED [5] 119/8 201/23 216/18 216/20 226/11
CREATES [2] 193/23 208/4
CREST [3] 148/3 153/19 200/17
CRITERIA [4] 177/14 177/21 180/8 194/5
CROSS [33] 107/5 107/13 114/8 137/10 139/7 139/15 139/19 139/23 140/9 140/21 140/25 146/20 146/25 147/6 147/16 147/25 149/5 149/6 151/20 151/22 151/24 153/10 153/23 153/25 154/2 162/18 164/2 185/22 199/6 203/9 204/20 220/18 220/21
CROSS-EXAMINATION [7] 107/5 107/13 114/8 164/2 203/9 220/18 220/21
CROSS-EXAMINE [1] 204/20
CROSS-REFERENCE [2] 137/10 185/22
CROSS-SECTION [18] 139/15 139/19 139/23 140/9 140/21 140/25 146/20 146/25 147/16 147/25 149/5 149/6 151/20 151/22 151/24 153/10 153/23 154/2
CROSS-SECTIONS [4] 139/7 147/6 153/25 199/6
CROWN [10] 145/11 145/12 145/13 145/14 148/3 154/9 194/5 195/22 200/6 228/10
CRUNCH [1] 172/2
CRYSTAL [3] 153/11 157/17 202/4
CURIOUS [4] 154/22 215/23 230/21 236/12
CURRICULUM [1] 124/14
CURVES [9] 204/11 212/18 215/10 215/13 223/20 223/23 238/18 238/20 239/1
CUT [19] 111/24 128/23 130/25 131/1 131/2 131/10 139/19 140/9 146/19 146/25 147/6 148/24 149/5 151/21 151/22 152/10 152/13 241/25 242/4
CUTS [2] 241/23 242/6
CUTTING [1] 140/22
CV [1] 103/5
CYPRESS [3] 115/3 117/9 117/16

**D**

DALLAS [1] 104/4

DAMAGE [2] 122/17 183/17
DAN [1] 164/4
DANGER [1] 240/3
DANIEL [1] 105/10
DATA [46] 122/23 125/4 126/1 126/5 126/7 126/10 126/25 127/9 127/21 127/25 128/14 128/14 129/16 129/18 130/7 131/4 133/4 138/22 142/3 142/12 143/24 144/13 147/7 149/6 149/6 150/7 151/25 152/22 153/17 154/3 154/8 164/8 164/9 164/11 164/14 164/16 168/9 168/13 174/12 177/20 181/4 181/5 189/20 189/21 191/2 229/25
DATABASE [12] 125/6 126/19 126/21 128/5 128/21 131/6 137/9 139/1 139/4 140/7 157/2 168/2
DATE [2] 111/18 187/21
DATUM [2] 125/23 130/6
DAVID [1] 173/25
DAY [1] 109/5
DC [1] 105/18
DEAL [3] 127/6 133/2 134/12
DEALS [1] 130/6
DEATH [1] 120/5
DEBATE [1] 240/6
DECIDED [2] 209/25 240/7
DECIMALS [1] 161/11
DECISION [4] 136/18 168/24 169/2 230/19
DECISION-MAKING [3] 136/18 168/24 169/2
DECISIONS [1] 222/16
DECLINED [1] 114/14
DEEP [4] 192/3 222/20 222/23 223/2
DEEPER [5] 193/6 193/9 193/25 200/25 223/7
DEFENDANT [1] 105/9
DEFENSE [2] 231/3 231/7
DEFER [1] 123/3
DEFINED [1] 174/25
DEFINITELY [1] 123/14
DEFINITION [1] 145/10
DEFINITIONS [1] 180/25
DEGRADATION [2] 224/11 224/13
DEGRADE [1] 224/8
DEGRADING [1] 145/12
DEGREE [1] 194/19
DEGREES [2] 163/23 163/24
DELAY [2] 107/10 110/20
DELEGATION [1] 108/15
DELFT [5] 127/2 128/5 129/9 140/14 142/5
DELIGATION [1] 108/21
DEMONSTRATE [2] 178/24 236/2
DENHAM [1] 104/17
DENOTED [1] 139/23
DEPARTMENT [1] 105/9
DEPEND [5] 196/10 196/11 198/6 213/9 223/20
DEPENDED [1] 191/16
DEPENDENT [2] 174/19 179/6
DEPENDING [2] 123/3 175/3
DEPICTING [2] 136/6 168/19
DEPO [3] 242/4 242/6 242/11
DEPOSITION [33] 121/16 121/18 123/2 123/4 123/6 123/9 166/1 173/13 176/16 180/10 181/24 181/25 184/21 184/23 185/9 185/17 185/21 187/13 189/18 192/17 193/5 201/12 238/2 240/15 241/1 241/11 241/13 241/16 241/19 241/22 241/25 242/8 242/9
DEPOSITIONS [11] 123/9 123/13

DEPTH [17] 124/18 140/12 142/2 174/19 183/8 183/9 183/10 193/23 200/22 204/12 204/12 204/14 206/21 222/25 231/22 238/8 238/9
DEPTHS [2] 175/3 191/6
DESCRIBE [5] 125/24 126/24 130/23 153/8 198/22
DESCRIBED [2] 120/9 180/4
DESCRIBES [2] 107/21 108/2
DESIGN [55] 130/18 136/15 136/17 137/18 137/23 137/24 137/25 138/1 138/6 138/12 148/15 150/10 150/11 156/1 157/23 168/22 168/25 169/1 169/18 170/11 171/20 174/24 177/10 177/13 177/20 177/21 179/3 180/3 180/7 183/5 183/13 183/14 187/18 193/21 195/9 197/16 197/19 201/9 202/4 202/10 202/18 202/21 203/16 222/3 223/24 226/17 226/22 226/23 226/25 229/14 229/18 230/23 237/13 240/22
DESIGNATED [6] 176/17 177/2 177/7 177/13 177/19 177/24
DESIGNED [7] 196/9 196/14 196/16 198/25 210/14 231/6 231/10
DESIGNING [5] 178/22 221/5 221/12 221/17 223/4
DESIGNS [1] 218/2
DESTRUCTION [3] 159/11 178/4 225/13
DETAIL [5] 140/20 145/8 147/2 159/1 190/2
DETAILED [3] 127/23 127/25 141/24
DETAILS [2] 149/24 164/13
DETERIORATE [1] 224/20
DETERIORATION [1] 133/14
DETERMINATION [1] 187/17
DETERMINE [17] 140/4 144/13 151/4 152/25 180/10 180/13 181/17 192/3 192/24 200/3 200/20 205/1 205/4 205/14 217/2 238/10 238/15
DETERMINED [2] 128/17 200/22
DETERMINES [2] 194/10 200/17
DETERMINING [2] 180/7 199/22
DEVASTATING [1] 122/16
DEVELOP [3] 108/16 178/1 200/4
DEVELOPING [2] 224/4 224/7
DEVELOPMENT [2] 177/16 177/17
DID [113] 109/13 109/14 110/7 114/10 116/7 118/6 118/15 118/15 119/18 120/11 125/18 127/21 128/7 129/11 132/3 134/22 134/25 140/20 142/7 145/10 147/22 148/5 152/23 154/14 159/25 160/2 160/16 160/19 165/3 165/10 165/23 166/4 166/7 168/14 171/24 181/5 181/13 183/13 185/3 185/19 185/20 186/21 187/12 187/15 189/10 191/2 192/2 192/5 192/6 192/24 193/12 193/12 193/20 195/4 198/2 199/19 201/9 202/25 205/25 206/6 206/7 206/8 207/20 207/21 207/23 208/19 209/9 209/11 209/16 209/20 209/20 209/24 210/25 213/9 214/23 214/25 215/7 215/12 216/23 217/2 217/4 217/5 217/17 217/20 217/24 218/10 218/12 218/16 218/18 218/20 221/16 222/4 223/14 224/7 224/8 224/10 224/12 226/5 226/8 226/9 227/15 229/19 229/19 230/3 230/15 231/2 231/14 232/3 233/1 234/24 236/16 241/16
DIDN'T [18] 110/7 118/6 140/24 159/12 168/15 179/22 186/24 188/1 190/25 192/21 192/21 195/3 214/20 217/5

**D**

DIDN'T... [4] 218/19 220/4 230/23 237/16
DIFFERENCE [6] 135/4 176/12 193/6 196/20 212/11 214/11
DIFFERENT [8] 115/12 125/21 146/10 156/20 191/20 201/23 219/16 220/2
DIFFICULT [2] 143/6 145/15
DIFFICULTY [1] 114/15
DIGITAL [2] 119/11 120/12
DIMENSION [1] 154/17
DIMENSIONS [1] 130/18
DIMINISHED [1] 204/25
DIRECT [9] 107/17 125/9 166/18 167/17 168/18 170/16 171/15 172/9 186/16
DIRECTED [1] 225/25
DIRECTION [3] 124/17 142/12 224/3
DIRECTIONS [1] 224/1
DIRECTLY [1] 129/6
DISAGREES [1] 184/14
DISCUSS [1] 178/21
DISCUSSED [11] 107/16 109/12 115/15 118/3 120/6 120/8 132/14 166/1 166/18 168/18 170/16
DISCUSSING [1] 225/22
DISCUSSION [1] 181/21
DISPLAY [1] 148/25
DISPUTE [1] 176/1
DISSIPATE [4] 197/25 199/12 222/24 223/6
DISSIPATES [1] 200/10
DISTANCE [9] 153/19 153/25 154/19 155/25 156/21 163/10 197/25 204/14 222/23
DISTANCES [1] 155/12
DISTRICT [5] 103/1 103/2 103/11 174/2 191/24 208/2 232/14 243/8 243/8
DISTURBANCES [1] 144/22
DIVERGENCE [1] 239/9
DIVISION [2] 105/10 187/9
DO [83] 108/11 110/22 110/24 111/7 113/15 114/7 115/17 117/20 123/16 124/21 124/22 125/18 131/11 132/5 133/9 143/4 143/8 144/24 149/21 150/3 152/23 154/12 154/13 154/18 155/7 155/17 161/23 162/11 165/12 165/14 167/16 168/15 171/3 171/4 171/7 171/8 171/16 172/4 173/11 173/18 175/25 176/16 178/18 179/17 183/7 184/20 184/22 188/2 188/9 188/11 189/1 189/9 190/11 190/11 192/2 192/17 194/12 196/14 205/13 209/9 211/6 211/8 211/23 213/25 222/8 223/12 224/25 225/8 225/13 226/5 228/12 229/14 230/14 232/5 234/9 234/20 237/8 238/5 238/12 239/8 239/25 241/22 243/9
DOCKET [1] 103/5
DOCUMENT [22] 108/19 109/19 109/25 110/10 110/17 112/18 120/6 135/19 135/21 135/21 136/18 137/12 137/16 180/21 181/4 201/8 203/15 204/4 207/15 210/22 213/6 242/4
DOCUMENTS [13] 110/12 119/1 119/2 119/5 119/9 119/23 184/23 185/2 185/4 185/6 218/17 240/1 240/2
DOES [19] 107/23 108/1 111/9 112/3 113/25 116/20 116/21 146/16 147/14 162/2 164/24 182/9 182/24 197/13 208/6 208/6 208/7 220/6 235/21
DOESN'T [6] 107/22 161/22 164/25 178/10 216/5 237/2
DOING [10] 113/5 152/21 161/18 184/25

188/12 205/6 218/2 221/20 221/25 222/8
DOLDRUM [1] 197/17
DOLLARS [1] 122/17
DOMENGEAUX [1] 104/5
DON'T [67] 109/5 110/9 110/13 110/17 110/20 111/14 111/15 111/17 111/19 111/24 112/7 112/8 127/13 131/12 132/7 132/10 134/4 135/21 144/20 144/22 146/6 153/2 154/12 154/15 154/21 158/12 158/23 160/10 161/10 171/23 171/9 175/13 176/11 176/13 185/5 187/4 190/4 194/16 196/17 198/17 198/21 198/24 206/16 211/16 211/24 213/24 213/25 214/8 214/8 214/8 218/6 220/10 228/8 229/17 230/23 234/3 234/14 235/8 235/13 235/19 237/10 239/6 240/8 241/14 241/23 242/5 242/14
DONE [28] 119/24 120/13 120/23 127/18 128/4 130/12 135/17 147/19 152/13 155/20 158/5 176/23 180/13 192/10 199/22 199/23 202/23 203/8 206/8 206/12 207/10 207/11 226/24 228/25 233/13 233/25 235/3 235/21
DOORWAY [1] 193/18
DOUBLE [2] 156/24 157/18
DOUBLE-CHECK [2] 156/24 157/18
DOUBT [1] 237/8
DOWN [30] 113/18 114/17 117/9 121/6 132/10 140/22 149/7 149/13 150/20 153/12 155/6 155/16 160/10 172/22 181/2 195/5 197/19 212/5 216/13 228/10 231/22 236/20 239/4
DOWNS [2] 141/21 151/23
DOYLE [4] 105/20 243/7 243/15 243/15
DR. [21] 107/16 109/1 110/3 111/6 111/22 112/18 112/21 113/12 114/1 114/10 115/2 117/20 118/2 118/14 118/16 118/24 132/15 142/5 208/2 230/16 239/17
DR. BEA [1] 142/5
DR. GAGLIANO [15] 107/16 109/1 110/3 111/6 111/22 112/18 112/21 113/12 114/1 114/10 115/2 117/20 118/2 118/24 132/15
DR. GAGLIANO'S [1] 230/16
DR. HSU [2] 118/14 118/16
DR. ROBERT [1] 239/17
DR. SHERWOOD [1] 208/2
DRAW [1] 118/2
DREDGING [1] 223/5
DROVE [2] 228/9 228/14
DUDENHEFER [2] 104/9 104/9
DUE [3] 122/18 122/18 160/14
DUG [1] 133/23
DULY [3] 107/11 124/4 186/10
DUMAS [2] 104/12 104/12
DUPRE [11] 132/20 134/7 134/8 151/8 169/8 169/10 169/16 169/21 169/22 169/25 172/5
DURATION [4] 195/25 205/16 223/21 231/21
DURATIONS [1] 224/1
DURING [14] 113/21 115/1 163/3 165/5 165/25 166/18 168/18 171/22 172/8 187/7 227/4 228/5 228/22 230/8
DUTCH [2] 140/13 141/7
DUVAL [2] 103/11 204/8
DWELL [1] 134/9

**E**

EACH [15] 128/18 129/4 131/14 133/5 133/21 135/3 140/23 140/25 141/9 141/10 142/8 144/7 175/23 176/24 186/4

EARLIER [14] 116/14 118/4 122/21 133/9 156/6 158/9 220/25 221/11 221/15 222/4 223/20 225/22 232/3 232/6
EARLY [2] 134/16 242/21
EARTHEN [1] 240/22
EASIER [1] 240/18
EAST [23] 105/4 143/17 145/7 148/12 151/19 157/20 160/14 166/25 167/4 167/10 167/12 167/24 171/16 171/17 171/19 190/14 190/19 216/12 216/20 217/3 225/3 240/24 240/24
EAST/WEST [1] 160/14
EASTERN [3] 103/2 114/18 243/8
EASY [1] 173/9
EBERSOLE [1] 111/5
EDGE [3] 147/4 163/11 163/12
EDITION [1] 201/11
EDITORIALIZING [2] 213/22 214/3
EDWARDS,LLC [1] 104/5
EFFECT [38] 165/11 199/8 199/9 202/1 202/7 207/11 208/4 208/10 208/17 208/22 208/25 209/14 209/17 212/16 215/24 215/25 216/1 219/3 219/10 219/12 224/18 226/19 226/22 229/21 229/24 230/8 235/14 235/20 235/21 235/25 236/1 236/13 236/15 236/17 236/17 236/19 237/13 237/19
EFFECTS [8] 201/18 217/8 221/24 222/3 226/3 226/14 230/2 235/24
EFFORT [1] 237/14
EHRLICH [1] 105/11
EIGHT [1] 142/25
EIGHT-TENTHS [1] 142/25
EIGHTH [1] 117/9
EITHER [12] 109/22 112/22 126/14 133/3 139/21 160/12 172/14 176/13 194/3 197/16 198/25 200/5
EL [1] 105/11
EL-AMIN [1] 105/11
ELABORATE [1] 239/14
ELECTED [1] 109/8
ELECTRONIC [1] 110/21
ELEMENTS [1] 178/11
ELEVATION [14] 129/25 130/1 130/2 130/2 141/2 141/8 141/9 142/3 142/9 147/23 168/4 172/10 172/25 191/10
ELEVATIONS [19] 125/13 126/25 128/18 129/1 129/6 129/6 129/8 129/9 129/12 129/13 129/15 129/23 135/18 136/19 140/16 140/25 141/25 168/24 171/5
ELISA [1] 105/3
ELSE [5] 187/4 201/1 226/8 226/9 230/4
ELSE'S [1] 207/22
ELWOOD [2] 104/22 104/23
EMBEDDED [1] 174/11
EMPLOYED [1] 185/4
EMPLOYEE [1] 205/5
ENCROACHING [1] 183/22
END [4] 109/20 113/18 164/11 164/13
END-USER [1] 164/11
END-USERS [1] 164/13
ENERGY [5] 182/9 197/25 199/12 200/10 222/24
ENGAGED [1] 188/12
ENGINEER [7] 174/2 174/3 174/4 174/5 186/25 219/21 219/25
ENGINEERING [3] 187/8 226/6 237/2
ENGINEERS [9] 108/5 126/14 174/2 186/25 191/24 208/13 208/16 229/1 237/16
ENGINEERS' [1] 126/12
ENLARGED [1] 175/5

**E**

ENOUGH [9] 194/21 195/22 198/19 209/3 212/3 216/2 217/5 220/11 227/6
ENTER [1] 195/19
ENTERED [1] 126/6
ENTERING [1] 175/17
ENTIRE [5] 116/20 117/6 123/6 164/22 164/25
ENTITLED [2] 214/4 243/12
ENVIRONMENTAL [1] 122/6
EPA [2] 122/9 122/20
EQUAL [1] 200/7
EQUALED [1] 181/18
ERODING [3] 110/6 175/8 231/21
EROSION [4] 107/21 196/1 224/21 225/8
ESQ [31] 103/15 103/18 103/19 103/22 103/22 104/3 104/6 104/9 104/12 104/16 104/19 104/20 104/23 105/3 105/3 105/6 105/6 105/10 105/11 105/11 105/12 105/12 105/13 105/13 105/14 105/14 105/15 105/15 105/16 105/16 105/17
ESSENCE [5] 140/18 141/3 180/14 199/8 200/3
ESSENTIALLY [1] 153/12
ESTABLISH [3] 108/16 114/3 183/2
ESTABLISHED [3] 179/14 202/20 214/25
ESTABLISHMENT [1] 109/6
ESTIMATE [1] 153/18
ESTIMATES [1] 156/8
ESTUARIES [1] 230/14
ET [2] 103/5 103/7
ETC [3] 178/4 182/10 201/21
EVACUATION [1] 114/14
EVALUATE [3] 115/11 209/17 237/18
EVALUATED [5] 115/9 115/25 116/5 116/13 117/13
EVALUATES [1] 216/4
EVALUATING [1] 117/25
EVALUATION [4] 209/9 209/13 212/25 213/1
EVALUATIONS [2] 177/3 177/7
EVEN [11] 140/22 142/5 146/22 149/9 175/17 210/24 211/6 212/11 237/17 237/18 238/4
EVENING [1] 243/4
EVENT [2] 157/7 172/16
EVER [3] 121/8 193/17 234/15
EVERY [9] 126/20 140/18 141/1 141/7 149/16 166/2 176/24 220/20 230/10
EVERYTHING [5] 138/20 143/8 160/25 201/1 230/13
EVIDENCE [13] 123/16 127/15 159/9 159/13 160/3 160/16 175/12 179/1 179/4 179/7 181/15 182/1 203/7
EVIDENCED [1] 210/25
EVIDENT [1] 214/16
EVIDENTIARY [1] 123/4
EXACT [7] 138/20 138/21 141/9 143/1 150/22 170/23 172/3
EXACTLY [10] 140/4 141/14 142/7 182/11 190/17 199/24 202/16 236/6 236/23 236/25
EXAM [1] 170/17
EXAMINATION [14] 107/5 107/13 114/8 125/9 162/5 164/2 166/18 168/19 172/9 186/16 203/9 220/18 220/21 233/16
EXAMINE [1] 204/20
EXAMINING [1] 133/16
EXAMPLE [17] 131/7 133/10 136/24 139/8 140/6 145/17 146/1 146/16 146/21

147/9 148/22 194/4 194/23 198/7 226/10 227/3 242/1
EXAMPLES [4] 130/7 145/9 148/7 148/9
EXCEEDED [1] 231/19
EXCEEDS [1] 195/23
EXCEPT [4] 187/21 202/3 214/1 229/8
EXCERPTS [2] 121/17 123/6
EXCLUDED [1] 116/22
EXCUSE [2] 120/17 144/18
EXECUTIVE [1] 174/3
EXHIBIT [30] 107/16 110/9 110/21 112/19 115/17 118/3 122/7 122/10 128/22 130/9 132/6 133/16 134/17 135/23 137/20 143/14 161/12 161/15 178/20 179/19 180/22 180/23 184/20 184/22 185/22 201/14 209/8 218/4 241/1 241/2
EXHIBIT 1322 [1] 179/19
EXHIBIT 98 [1] 161/15
EXHIBIT 98.2 [1] 135/23
EXHIBIT NUMBER [1] 180/22
EXHIBIT PX-0203 [1] 115/17
EXHIBIT PX-1810.4 [1] 128/22
EXHIBIT PX-68 [1] 209/8
EXHIBITS [17] 161/4 161/7 161/15 162/3 162/4 179/22 179/22 179/23 185/9 185/17 241/3 241/19 241/24 242/2 242/3 242/14 242/15
EXISTED [4] 134/15 144/13 164/19 191/6
EXISTENCE [5] 115/12 174/14 193/13 193/17 199/17
EXISTING [13] 178/25 181/16 183/4 183/4 183/5 186/2 191/21 191/22 210/1 210/8 212/4 212/9 210/6
EXISTS [2] 166/2 210/7
EXPEDITING [1] 127/18
EXPEDITION [1] 123/11
EXPERIENCE [1] 121/25
EXPERIENCED [1] 122/1
EXPERT [24] 111/4 112/1 112/3 119/18 120/24 124/13 124/18 124/25 125/15 127/5 127/12 127/17 130/17 133/1 133/3 134/10 164/8 164/17 175/22 230/18 233/3 233/4 234/6 235/23
EXPERTISE [5] 125/4 131/22 165/7 165/18 168/12
EXPERTS [15] 120/7 120/8 120/11 125/8 136/4 137/8 142/5 144/1 144/16 148/23 154/24 165/8 195/8 231/23 235/3
EXPLAIN [15] 149/1 195/13 195/14 195/14 195/15 195/16 196/20 199/21 199/24 213/20 214/4 214/5 214/7 223/19 229/4
EXPLAINED [1] 223/20
EXPLAINS [1] 182/6
EXPLANATORY [2] 182/7 184/9
EXTEND [1] 139/24
EXTENDING [2] 151/19 152/7
EXTENDS [1] 113/17
EXTENSION [1] 160/13
EXTENSIVE [3] 160/8 208/24 228/1
EXTENSIVELY [1] 227/22
EXTENT [3] 221/8 221/19 228/7
EXTENTS [1] 133/2
EXTRACTED [2] 127/4 161/14
EXTRAPOLATION [1] 154/3
EXTREMELY [1] 160/8
EYE [2] 190/10 224/2
EYEWITNESS [1] 121/22

**F**

FACE [1] 108/19

FACT [23] 109/16 126/11 137/11 142/10 198/24 201/22 202/20 206/5 208/10 209/22 219/18 219/22 229/16 233/3 236/10 238/20 239/18
FACTOR [2] 216/23 225/17
FACTORS [3] 177/14 195/19 225/16
FACTS [1] 177/19
FACTUAL [1] 177/25
FAIL [1] 231/15
FAILED [4] 201/25 228/13 231/16 233/9
FAILING [1] 184/3
FAILURE [1] 201/17
FAIR [13] 110/1 153/6 155/11 155/11 157/7 185/7 198/19 209/3 212/3 216/2 217/5 220/11 225/18
FAIRNESS [4] 155/13 210/8 215/20 239/16
FALLS [1] 195/5
FAMILIAR [4] 118/21 119/22 121/19 233/10
FAMILIARITY [2] 212/17 214/24
FAR [2] 200/17 234/9
FARTHER [1] 150/20
FASCINATING [1] 211/16
FAST [9] 215/19 215/20 215/24 216/6 219/4 219/10 219/11 219/14 219/20
FAST-MOVING [6] 215/19 215/20 215/24 216/6 219/4 219/10
FAT [2] 203/18 203/21
FATAL [1] 222/21
FAYARD [2] 104/16 104/16
FCRR [3] 105/20 243/7 243/15
FEDERAL [5] 127/13 127/15 127/15 177/22 232/12
FEE [1] 120/23
FEEL [1] 223/9
FEET [54] 130/3 131/5 138/1 149/16 150/16 150/18 150/20 150/23 151/12 152/18 153/5 154/1 154/6 154/9 155/23 156/4 156/19 156/25 157/8 157/10 163/11 163/13 168/25 170/11 170/20 171/20 191/14 191/14 197/3 204/12 204/12 205/17 205/18 205/20 206/17 206/18 206/19 206/19 206/20 206/21 206/22 207/3 207/4 207/4 212/11 214/12 222/20 227/13 228/15 229/15 229/18 231/19 234/23 236/3
FELT [1] 183/17
FETCH [4] 174/17 174/22 175/4 179/14 180/14 183/8 183/9 183/11 183/12 200/23 200/25 205/15 205/17 222/21
FEW [10] 112/19 114/15 114/20 126/3 142/24 146/12 146/15 159/17 233/14 239/5
FEWER [1] 169/20
FIELD [6] 109/1 124/13 126/4 129/14 192/2 235/3
FIGURE [16] 111/6 111/14 112/20 122/16 145/3 145/5 146/16 167/19 172/3 172/4 172/10 204/10 204/10 207/17 213/10 219/3
FIGURES [6] 116/3 116/4 135/12 143/5 219/6 219/6
FILE [3] 121/16 191/23 192/9
FILL [2] 199/5 231/6
FINALLY [4] 185/13 216/20 219/14 242/8
FIND [8] 111/17 146/14 160/16 160/19 161/18 165/3 165/23 195/2
FINE [10] 112/5 123/25 149/22 155/1 183/3 196/4 206/16 218/7 218/24 237/6
FINISHED [2] 171/13 242/20

**F**

FIRM [4] 103/21 104/9 104/12 105/2
FIRST [11] 108/9 115/8 146/25 165/10 173/21 178/21 185/8 189/1 202/24 207/19 220/24
FIT [2] 142/22 143/10
FIVE [3] 125/22 142/23 233/12
FIX [1] 190/10
FLATTENS [1] 153/13
FLAW [1] 222/21
FLESH [1] 131/12
FLIP [1] 116/16
FLOOD [10] 136/3 136/6 136/11 143/18 148/13 148/14 151/12 168/11 177/22 239/11
FLOODING [8] 107/24 168/8 208/13 227/10 227/11 227/11 228/18 228/21
FLORIDA [1] 104/17
FLOW [3] 195/3 195/4 211/4
FLOWN [1] 150/8
FLOWS [2] 195/5 211/6
FOCUS [3] 118/18 146/15 201/16
FOCUSED [1] 117/15
FOLLOWED [1] 192/9
FOLLOWING [2] 177/2 241/3
FOLLOWS [5] 107/12 117/1 124/5 173/25 186/11
FOOT [21] 129/7 135/13 137/3 137/3 137/4 137/5 137/24 137/25 139/13 142/22 142/24 142/25 143/11 149/10 149/16 169/11 169/11 205/19 206/23 207/4 228/13
FORCE [3] 108/16 109/7 122/21
FORECASTING [1] 204/11
FOREGOING [1] 243/9
FORESHORE [3] 183/18 202/2 202/8
FORGIVE [2] 153/2 212/19
FORGOT [1] 184/25
FORGOTTEN [1] 211/25
FORM [5] 118/19 119/11 125/6 161/15 208/19
FORMAL [3] 124/21 124/22 124/23
FORMAT [1] 119/10
FORMER [1] 205/5
FORMULA [1] 200/1
FORMULAS [3] 187/16 188/12 193/13
FORTH [2] 125/23 134/3
FORWARD [3] 219/19 219/23 220/3
FOUND [11] 114/16 142/21 153/2 153/5 158/21 159/7 160/3 160/6 163/10 165/8 222/2
FOUNDATION [3] 184/10 184/11 212/14
FOUNDATIONS [1] 196/22
FOUR [5] 142/23 209/24 211/25 233/11 236/20
FRAME [4] 109/6 114/3 130/14 142/15
FRANK [1] 104/9
FRANKLIN [1] 105/17
FRANZ [1] 129/25
FRANZ'S [1] 128/24
FREE [1] 134/2
FREEBOARD [1] 177/15
FRESH [2] 186/5 197/1
FRESHWATER [1] 224/19
FRICTION [4] 210/20 210/24 211/4 211/14
FRICTIONS [1] 211/5
FRIDAY [3] 239/18 239/18 239/19
FRONT [5] 165/4 165/24 166/6 196/7 197/10
FRONTING [3] 147/21 164/18 166/3
FTCA [1] 239/9

FULL [5] 124/6 124/15 133/16 186/12 229/7
FULLY [2] 225/2 239/17
FUN [2] 210/19 242/25
FUNCTIONS [1] 222/25
FUNNEL [22] 177/4 208/4 208/17 208/22 215/23 215/25 216/3 216/6 216/14 216/16 216/18 216/20 219/3 219/10 219/11 230/7 235/20 235/20 235/24 235/25 236/1 236/20 237/4
FUNNELING [17] 208/10 208/25 212/16 215/25 216/24 217/8 221/24 226/19 229/21 229/24 235/14 236/13 236/15 236/17 236/17 236/19 237/13
FUNNELS [1] 216/7
FURNISHED [2] 127/1 140/13
FURTHER [5] 121/1 172/7 196/12 197/19 220/14
FUTURE [3] 178/7 178/14 232/17

**G**

GAGLIANO [18] 107/11 107/16 109/1 110/3 111/6 111/22 112/18 112/21 113/12 114/1 114/10 115/2 117/20 118/2 118/24 122/22 132/15 208/2
GAGLIANO'S [2] 226/1 230/16
GAP [2] 132/20 228/13
GATIEN [2] 121/17 122/7
GAVE [2] 187/12 191/6
GENERAL [9] 125/22 138/5 138/7 140/23 142/20 194/11 196/23 203/3 225/5
GENERALLY [2] 125/20 132/13
GENERATE [2] 207/4 222/19
GENERATED [3] 177/5 222/21 227/9
GENERATION [1] 223/22
GENTLEMAN [3] 234/15 240/20 240/25
GENTLEMEN [3] 209/5 209/9 210/23
GEO [1] 134/24
GEO-REFERENCED [1] 134/24
GEOGRAPHIC [2] 125/20 191/15
GEOTECHNICAL [2] 195/21 196/23
GESTICULATE [1] 216/10
GET [32] 132/12 133/9 136/15 141/6 146/11 147/2 147/8 149/24 155/25 158/15 158/17 161/23 162/12 162/25 164/13 172/16 188/1 191/2 192/22 196/6 196/8 198/14 199/24 202/25 202/25 206/23 207/3 211/10 231/4 238/8 239/18 241/2
GETS [2] 162/9 205/8
GETTING [8] 113/5 114/16 172/3 172/25 183/16 184/15 190/2 202/14
GILBERT [2] 105/2 105/3
GIS [38] 125/6 125/21 126/4 126/6 126/11 126/16 126/18 126/22 126/25 127/1 128/5 128/7 128/12 128/15 131/11 131/12 133/24 136/15 138/19 142/4 144/2 144/16 145/7 146/8 146/11 148/23 149/1 152/13 154/11 154/13 154/20 155/4 156/14 157/2 160/23 160/25 168/2 171/2
GIVE [20] 123/23 136/3 138/7 138/20 142/19 157/17 170/23 170/24 176/17 176/21 178/17 180/18 186/1 197/9 205/19 213/21 219/9 226/16 239/7 240/11
GIVEN [10] 129/5 161/12 162/1 200/25 204/13 205/15 205/16 222/8 223/21 226/6
GIVES [3] 112/2 152/13 182/4
GIWW [3] 177/9 177/22 216/19
GIWW/MRGO [1] 177/22

GLASSES [1] 152/9
GLOSS [2] 180/11 180/24
GO [56] 114/8 117/19 121/13 122/4 124/17 125/7 132/10 138/19 139/7 140/6 143/7 143/12 144/25 146/21 148/11 148/20 153/9 155/6 156/19 157/18 160/10 164/7 171/13 176/25 178/6 179/23 181/3 181/7 182/20 189/5 191/2 192/2 194/17 195/10 195/14 199/21 200/9 203/14 204/6 205/22 206/16 208/19 208/21 209/20 212/23 213/5 218/17 223/22 225/16 231/14 234/9 234/10 239/25 240/13 240/19
GOES [5] 116/23 140/22 149/7 216/17 232/14
GOING [50] 114/7 123/15 123/20 124/15 127/16 130/22 133/9 134/9 134/10 136/4 137/1 137/2 139/14 141/23 147/2 148/7 149/7 153/3 154/22 154/24 161/20 171/9 175/11 176/16 179/2 194/13 195/10 195/16 199/24 205/3 205/6 205/8 207/2 209/24 211/8 211/14 213/24 216/13 220/19 222/17 230/10 230/14 230/19 230/20 231/24 233/20 234/9 235/18 239/10 242/21
GOLDEN [6] 115/4 116/1 116/14 116/20 116/21 116/22
GONE [1] 146/14
GOOD [17] 123/1 134/18 138/24 141/5 141/19 159/22 159/23 164/5 164/6 164/15 171/6 184/1 185/14 186/18 197/21 197/22 231/7
GOT [22] 131/4 139/9 142/9 142/9 143/20 148/24 154/11 154/24 161/3 173/18 178/16 181/22 189/19 189/21 192/13 192/14 192/18 193/7 198/12 213/18 218/9 237/9
GOTTEN [2] 156/13 161/11
GOVERNMENT [17] 104/13 107/18 109/8 134/25 134/25 161/22 161/25 162/2 172/15 173/24 175/14 176/18 176/19 186/19 203/6 231/8 234/9
GOVERNMENT'S [2] 231/3 238/14
GRACI [2] 232/24 233/11
GRADE [15] 137/23 137/24 137/25 138/1 138/6 138/8 138/12 157/23 168/23 168/25 169/11 169/17 169/18 170/11 228/15
GRAND [3] 150/4 150/5 223/3
GRAND ISLE [2] 150/4 223/3
GRAPH [6] 140/19 141/14 148/2 151/15 151/20 215/8
GRAPHIC [2] 151/17 152/14
GRAPHICALLY [2] 133/13 165/12
GRAPHICS [1] 109/23
GRASS [5] 110/4 110/7 111/9 112/7 112/8
GREAT [2] 124/18 134/12
GREATER [3] 136/11 170/20 193/23
GREEN [3] 137/24 139/11 147/4
GREIF [1] 105/12
GRID [3] 137/4 137/4 139/13
GRIDS [1] 137/5
GROUND [5] 126/1 128/17 191/10 197/14 234/22
GROUNDED [1] 166/12
GROUP [2] 105/7 118/8
GROW [2] 112/7 183/25
GROWN [2] 112/8 112/8
GROWTH [5] 131/19 131/20 133/4 133/7 146/23
GS [2] 174/4 174/5
GS-12 [1] 174/4

G

GS-13 [1] 174/5
GUARD [1] 228/20
GUESS [10] 111/18 115/8 139/10
141/12 158/24 165/10 180/7 236/4
237/15 242/21
GUESSING [1] 158/20
GULF [8] 112/23 122/19 174/9 210/2
210/2 210/15 210/15 223/6
GUY [2] 234/24 239/19

H

HABITAT [5] 117/3 174/14 178/25
181/16 183/5
HABITATS [1] 115/25
HAD [69] 114/15 114/24 122/24 127/7
128/1 135/15 136/16 146/15 155/9
161/25 167/1 174/15 175/19 176/23
179/17 181/5 181/17 183/7 183/13 185/1
186/18 188/7 190/6 190/10 190/11
190/13 190/24 191/21 191/22 192/7
192/10 196/18 202/2 202/8 203/12
205/17 207/10 209/13 209/24 211/5
217/12 219/11 219/22 219/25 221/21
222/21 225/8 225/13 226/2 226/11
226/13 226/15 226/22 227/1 227/8
228/12 228/13 228/23 229/8 229/11
230/3 230/5 233/25 234/8 236/19 237/20
237/23 239/9 242/20
HADN'T [1] 237/17
HALF [4] 119/13 162/17 205/19 206/23
HAND [5] 116/24 143/3 146/24 149/2
149/10
HANDED [2] 162/14 168/16
HANDLE [1] 124/1
HANDS [1] 162/10
HANGING [1] 162/24
HAPPEN [2] 161/17 234/21
HAPPENED [6] 217/17 227/4 228/5
228/17 229/8 233/8
HAPPENS [1] 223/1
HAPPY [1] 110/24
HARBOR [2] 213/11 228/19
HARD [5] 131/9 161/5 162/9 205/1 211/9
HARDER [1] 146/14
HAS [35] 108/5 111/9 112/8 121/18
127/16 130/17 147/10 162/24 174/7
175/5 175/12 180/11 189/17 194/3
200/13 203/10 204/22 204/25 207/19
210/19 214/25 219/21 220/8 222/21
223/9 224/14 224/16 224/17 224/18
224/22 224/24 230/12 230/21 234/25
237/1
HATE [1] 149/20
HAVE [179]
HAVEN'T [6] 118/25 119/21 179/14
186/1 199/5 199/23
HAVING [7] 107/11 124/4 173/12 173/14
186/10 232/11 242/25
HB [1] 105/20
HB-406 [1] 105/20
HE [58] 114/3 121/7 121/8 121/23
121/25 122/1 122/2 122/9 125/6 157/12
159/23 165/7 165/8 165/8 165/10 165/12
165/14 165/18 165/19 165/20 167/14
167/16 167/17 173/2 173/6 173/7 174/1
174/3 174/3 174/4 174/14 205/2 205/5
205/5 212/15 213/24 213/25 214/4 214/7
214/20 214/21 214/22 214/23
214/25 214/25 222/15 222/16 230/12
230/19 230/23 230/25 231/2 233/5
234/25 235/7 239/19 239/19

HE'S [4] 120/21 121/7 127/12 159/23
HEAD [2] 117/17 239/15
HEAVILY [2] 208/12 213/6
HEIGHT [52] 136/17 138/20 140/12
140/16 140/24 141/2 141/8 141/9 141/10
142/9 149/11 149/25 150/10 150/12
150/15 150/23 151/4 152/14 156/15
156/25 157/23 165/4 165/23 171/20
172/3 174/19 175/3 177/15 179/5 179/5
179/22 182/13 182/18 183/10 190/12
192/7 193/1 194/5 194/6 194/9 194/11
197/2 197/6 200/19 200/22 205/15 221/7
222/24 222/25 227/13 231/17 231/18
HEIGHTS [16] 136/15 137/17 137/18
142/1 148/13 176/3 181/16 181/18 193/3
193/8 201/21 206/5 217/3 224/5 229/13
231/10
HELLO [1] 107/20
HELP [8] 110/16 113/5 114/13 137/13
178/11 203/9 214/8 237/2
HELPFUL [1] 111/2
HELPS [2] 141/22 197/25
HER [4] 176/18 181/24 181/25 182/7
HERE [45] 123/21 129/10 130/23 131/8
135/5 135/12 136/9 137/21 138/12 139/9
143/21 144/7 144/20 144/23 145/17
146/25 149/3 149/4 149/21 150/23
153/22 154/7 154/11 155/21 162/11
162/13 176/12 180/4 180/24 181/3 181/8
181/13 182/11 182/19 183/15 204/9
207/19 208/3 213/20 221/24 230/21
234/10 234/15 236/8 242/15
HERE'S [7] 182/25 192/22 194/12
211/19 215/23 216/2 217/20
HEREBY [1] 243/9
HESITANT [1] 151/6
HIGH [31] 147/21 165/13 165/14 170/17
170/24 176/4 179/9 179/9 181/14 181/22
182/12 183/6 190/15 192/3 198/7 207/3
213/17 217/7 217/9 217/9 217/22 217/22
217/24 218/17 218/19 221/21 222/3
226/14 227/5 229/22 230/3
HIGH-INCIDENT [1] 182/12
HIGHER [19] 132/12 135/9 148/2 151/11
152/21 169/19 183/25 192/13 192/14
192/14 192/18 193/2 193/10 198/1 198/5
198/10 200/25 222/20 236/5
HIGHEST [14] 144/3 144/5 175/1 227/8
HIGHLIGHT [5] 203/3 203/5 235/19
239/21 239/23
HIM [23] 113/15 124/22 124/24 125/1
165/20 173/3 173/4 173/5 189/5 195/13
195/16 204/20 205/5 205/6 213/25 214/1
214/3 214/15 215/16 216/9 222/15
230/12 239/18
HIS [22] 114/2 120/5 121/25 122/13
124/14 124/15 125/3 165/7 165/11
165/17 167/15 167/17 195/13 204/24
204/24 205/4 212/15 212/17 212/23
214/22 240/12 241/13
HISTORIC [1] 217/9
HISTORICAL [3] 121/22 128/10 174/12
HIT [1] 153/13
HOLD [6] 159/4 176/23 185/16 187/25
197/6 211/2
HOLES [1] 146/13
HOME [2] 113/22 186/21
HOMES [1] 142/23
HONESTLY [1] 172/6
HONEYCUTT [1] 104/16
HONOR [43] 107/6 107/7 107/9 111/12
112/12 113/7 114/1 121/15 121/20 122/3
122/5 123/5 123/17 123/19 123/22 124/1

124/3 124/10 124/12 124/25 127/11
124/24 130/9 155/25 155/86 157/12
157/14 158/14 161/2 161/10 162/7
162/23 165/6 172/17 172/18 172/21
173/22 175/16 202/3 204/22 214/19
222/13 242/19
HONORABLE [1] 103/11
HOPE [4] 103/16 186/7 203/5 241/18
HOPED [1] 203/12
HORIZONTAL [1] 149/17
HORRIBLE [1] 231/3
HOUR [8] 120/24 120/25 162/16 205/19
206/22 207/2 207/5 220/11
HOUSEKEEPING [1] 173/19
HOW [44] 113/23 117/12 117/21 123/3
130/12 131/13 131/20 137/20 140/20
142/7 142/8 144/6 153/8 153/17 163/16
170/24 178/22 181/18 181/21 181/22
183/6 185/14 185/17 192/3 192/3 192/10
197/13 199/21 199/22 200/17 201/5
201/5 204/14 211/6 213/17 217/15 220/1
224/25 225/2 230/8 233/1 235/16 236/12
239/6
HOWEVER [3] 188/15 194/17 229/14
HSU [2] 118/14 118/16
HUMP [1] 146/25
HUNDRED [1] 174/7
HUNDREDS [2] 140/25 142/7
HURRICANE [76] 112/23 113/21 114/23
122/15 122/17 165/25 171/22 174/6
174/24 177/5 177/16 177/17 178/1 178/2
178/23 179/4 179/7 180/9 182/22 187/18
189/23 190/10 190/16 190/22 192/14
192/16 209/14 215/20 215/21 215/24
216/6 216/14 217/16 217/17 218/10
218/25 219/1 219/4 219/10 219/11
219/14 219/20 220/7 220/7 220/8 220/12
221/1 221/3 221/9 221/13 221/18 221/21
223/4 223/25 224/2 226/10 226/13
226/14 226/25 227/9 227/12 227/17
228/6 228/13 229/7 229/10 229/12
229/19 230/8 230/9 230/25 231/18 237/3
238/16 238/25 240/4
HURRICANE BETSY [1] 228/6
HURRICANE-GENERATED [1] 177/5
HURRICANES [5] 179/8 179/13 181/6
181/12 189/22
HURT [1] 183/22
HYBRID [1] 220/19
HYDRAULIC [7] 118/17 174/2 174/5
179/20 180/5 226/1 231/6
HYDRAULICS [2] 208/9 230/13
HYDROGRAPHIC [2] 126/1 128/4
HYDROLOGIC [1] 225/25
HYDROLOGY [2] 180/4 187/10

I

I AND [1] 211/21
I'D [13] 110/17 110/9 114/2 115/8 115/17
116/3 117/20 118/2 128/21 144/23 187/3
230/20 240/11
I'LL [11] 112/16 112/18 114/7 124/20
129/10 132/7 144/23 176/15 188/2
213/21 215/2
I'M [92] 107/7 108/13 110/8 111/24
112/18 113/3 114/6 115/10 115/11 116/7
118/18 118/19 118/23 119/22 120/19
122/3 123/7 123/9 127/16 134/7 134/9
135/5 138/11 139/2 141/12 147/18
151/21 154/7 165/17 171/13 176/15
176/16 176/24 179/17 181/24 182/16
183/19 184/14 186/8 188/16 189/2
190/20 195/16 195/18 196/22 198/2

**I**

I'M... [46] 198/3 199/24 199/24 201/15
201/25 202/3 203/1 203/8 203/13 203/20
204/3 204/6 204/24 205/3 205/8 211/7
211/8 214/17 215/23 217/18 220/19
222/12 222/15 222/17 225/1 225/2 225/9
225/11 225/12 225/15 225/19 226/24
230/14 230/21 231/12 233/13 235/12
235/16 235/18 236/4 237/7 237/16
239/10 239/13 240/12 242/6
I'VE [7] 112/15 119/22 173/18 187/4
211/25 233/11 233/25
IDEA [3] 206/18 222/19 235/2
IDENTICAL [2] 135/8 226/12
IDENTIFIED [2] 116/14 176/20
IDENTIFY [1] 113/2
IF [117] 110/14 110/23 111/1 111/5
111/14 111/15 111/16 111/17 111/19
112/11 117/2 117/14 121/7 123/23
125/12 126/10 131/6 131/10 131/15
131/19 132/22 133/6 135/5 137/17
138/12 138/18 139/23 140/6 140/21
141/12 142/20 143/16 143/25 145/3
145/7 146/2 146/11 146/21 146/23
148/12 150/14 150/21 153/3 153/12
153/17 153/19 154/10 154/15 155/8
155/25 158/17 158/23 159/1 161/14
161/17 161/23 167/7 167/19 171/2 171/9
172/14 173/24 174/16 175/12 176/3
176/11 177/1 178/11 179/16 180/11
180/18 182/2 183/21 183/21 186/1
186/21 188/6 189/4 192/22 193/18 195/2
195/5 195/22 195/24 196/6 196/14
197/18 198/8 198/12 199/7 201/15 202/6
202/13 202/18 202/19 205/8 205/17
206/20 207/2 207/9 207/17 208/16
211/23 213/5 218/15 220/11 223/21
230/7 230/18 235/24 236/23 237/4 237/13
237/15 242/3 242/5 242/21
IGNORANT [1] 215/5
IGNORING [1] 230/11
IHNC [10] 127/8 177/9 177/22 180/6
213/18 215/4 215/8 236/3 239/14 239/20
II [5] 104/24 105/6 210/8 211/21 212/9
III [2] 180/21 210/13
ILEAU [1] 185/14
ILLUSTRATE [2] 131/13 135/14
ILLUSTRATED [3] 131/7 132/24 134/16
ILLUSTRATING [2] 133/13 139/2
ILLUSTRATION [1] 143/15
IMAGE [13] 112/21 112/23 113/2 131/10
131/18 139/11 139/12 146/17 168/18
170/5 170/16 170/20 172/14
IMAGERY [7] 133/7 133/20 133/22
134/23 134/24 135/2 155/9
IMAGES [2] 131/20 137/8
IMMEDIATE [2] 128/18 188/23
IMMEDIATELY [4] 135/2 135/8 135/15
138/2
IMMUNITY [1] 239/13
IMPACT [6] 179/12 199/12 207/10 222/5
223/16 232/13
IMPACTS [1] 114/4
IMPERIL [2] 196/8 240/4
IMPLORE [1] 144/21
IMPORTANT [5] 110/25 128/13 182/25
190/9 193/21
IMPROVE [1] 232/17
IN [436]
INADEQUATE [1] 229/6
INCIDENT [1] 182/12
INCLUDE [5] 116/20 127/21 193/13

200/5 232/15
INCLUDED [4] 109/8 169/25 217/6
237/13
INCLUDES [2] 116/13 126/17
INCLUDING [5] 109/10 115/25 125/22
128/8 177/15
INCREASED [1] 229/10
INDEED [1] 201/24
INDEX [4] 117/8 117/14 117/19 119/8
INDICATE [5] 178/11 203/7 208/24
214/24 214/25
INDICATED [6] 118/16 119/1 133/1
188/7 191/14 193/1
INDICATES [3] 108/5 117/9 117/23
INDIVIDUAL [2] 153/25 161/12
INDIVIDUALLY [1] 177/11
INFLUENCE [1] 174/15
INFORMATION [38] 125/5 125/13
125/15 125/20 125/22 125/22 126/10
126/19 126/21 127/3 127/4 127/20
127/23 128/4 128/16 129/6 132/18
136/14 136/17 138/4 138/24 139/12
139/15 140/12 141/7 141/24 142/2 144/1
148/23 148/25 158/21 160/21 177/20
177/24 190/24 204/4 211/4 234/13
INITIALLY [1] 114/16
INNER [2] 213/11 228/19
INQUIRY [1] 138/18
INSET [1] 149/10
INSIDE [2] 197/7 240/5
INSIDIOUS [1] 201/18
INSOFAR [1] 230/15
INSTALL [1] 108/6
INSTANCE [2] 142/22 223/24
INSTEAD [1] 146/12
INSTRUCT [1] 214/3
INSTRUCTIONS [1] 121/21
INSURERS [1] 105/2
INTEND [3] 184/15 189/10 203/7
INTENDED [8] 130/23 135/14 138/7
139/10 139/14 143/17 143/20 146/10
INTENSITY [1] 201/20
INTERESTED [1] 181/24 239/10
INTERESTING [4] 134/11 239/8 239/10
240/13
INTERESTS [2] 227/1 228/23
INTERIOR [3] 168/8 168/10 222/25
INTERNAL [1] 240/5
INTERPRET [1] 137/20
INTERPRETATION [1] 209/5
INTERPRETING [1] 219/8
INTERRUPTION [2] 144/25 152/2
INTO [46] 114/17 114/17 114/18 116/21
119/9 123/16 124/17 125/7 126/6 126/11
126/21 128/4 129/3 132/25 140/11 142/4
146/11 147/2 149/24 164/13 175/11
175/17 175/23 178/8 178/14 178/20
182/1 183/8 187/17 190/2 192/2 195/20
196/14 198/25 202/14 216/14 221/23
222/23 224/17 226/2 226/2 226/21
229/20 230/7 236/14 236/16
INTRODUCE [10] 121/16 123/20 173/21
175/11 178/7 178/14 178/19 184/24
240/14 240/16
INTRODUCED [3] 185/1 201/23 214/23
INTRODUCING [1] 161/24
INTRODUCTION [1] 124/12
INTRUSION [2] 108/2 224/17
INTUITIVE [1] 173/10
INVESTIGATIONS [1] 179/11
INVOLVED [1] 223/4
INVOLVES [1] 200/1
INVOLVING [1] 125/13

IOTA [1] 204/25
IPRO [2] 169/15 173/8
IRRESPECTIVE [1] 190/18
IS [398]
IS A [1] 175/25
ISLANDS [2] 113/19 113/19
ISLE [3] 150/4 150/5 223/3
ISN'T [47] 107/18 108/3 109/1 114/24
115/4 115/9 115/22 116/5 117/4 118/22
120/7 120/14 187/19 189/24 190/12
193/2 193/10 193/14 195/4 195/6 195/9
195/11 196/9 198/11 202/11 203/18
204/4 207/5 207/11 208/18 208/22
209/14 209/18 211/21 213/8 214/12
217/23 218/22 219/17 219/19 219/20
219/23 234/13 235/5 235/10 238/17
238/25
ISOLATE [2] 202/7 203/8
ISSUE [6] 170/3 176/10 202/24 232/11
239/8 240/13
ISSUED [1] 230/12
ISSUES [3] 177/2 208/13 232/20
IT [307]
IT'LL [1] 131/11
IT'S [107] 110/16 110/17 110/25 111/14
111/14 111/19 113/6 114/8 116/19 117/6
123/17 124/18 126/5 126/7 128/13 130/5
130/19 131/9 134/11 135/16 135/16
136/6 136/11 137/12 138/18 140/21
143/2 146/10 146/13 147/17 150/3
150/17 151/20 152/4 152/19 153/12
155/12 156/7 156/19 156/20 156/25
157/7 157/10 157/13 157/17 158/4
158/24 160/12 160/13 161/14 161/14
160/15 162/11 162/16 164/5 168/21
170/15 171/6 171/9 171/25 173/10
173/23 176/11 178/16 180/21 181/25
182/17 182/25 187/5 193/24 194/9
197/22 198/12 201/24 202/7 202/17
202/18 203/18 203/24 205/1 205/18
206/21 207/2 211/7 211/9 211/12 213/17
213/19 214/14 214/16 215/25 219/1
219/18 220/7 220/11 221/9 223/1 232/11
234/20 236/24 239/4 240/13 240/18
242/5 242/9 242/12 242/23
ITEMS [1] 211/25
ITS [7] 169/11 170/11 171/20 206/21
215/3 220/9 224/2
ITSELF [10] 126/2 126/12 126/16 127/9
131/12 139/12 185/9 195/9 236/8 241/25
IV [3] 108/12 108/19 210/15

**J**

JAGGED [1] 140/22
JAMES [2] 104/6 105/13
JEFFERSON [4] 104/6 108/23 198/6
227/11
JEFFREY [1] 105/11
JOANEN [1] 103/19
JOHN [1] 105/17
JOINS [1] 175/14
JOINTLY [1] 229/1
JOKED [1] 191/12
JONATHAN [1] 103/18
JOSEPH [2] 103/18 103/18
JOSHUA [1] 104/20
JR [7] 103/11 104/9 104/16 104/22
104/23 105/10 105/13
JUDGE [49] 103/11 110/17 128/8 132/5
175/19 176/3 176/16 177/1 178/20
179/16 179/19 180/18 180/20 181/4
181/13 182/23 184/7 184/18 185/8
185/21 189/7 189/17 193/21 195/18

**J**

JUDGE... [195]  196/20 199/21 201/4
 202/9 202/25 203/11 203/15 204/8 208/6
 210/14 213/23 214/2 214/6 217/21 218/7
 220/15 222/12 233/22 235/19 239/3
 239/5 239/16 241/12 242/2 242/16
JUDGES [1]  144/20
JULY [3]  166/15 168/17 171/14
JULY 2008 [3]  166/15 168/17 171/14
JURY [2]  228/9 235/20
JUST [78]  109/21 113/9 116/19 121/20
 123/23 132/2 132/2 132/3 135/9 136/6
 137/12 139/8 139/10 140/3 142/20
 143/16 144/18 145/5 146/7 146/15 147/8
 147/14 148/20 148/22 149/3 149/6
 151/24 153/7 154/22 157/14 157/16
 161/17 170/8 171/16 175/21 176/9
 176/17 176/24 178/7 178/13 178/14
 180/18 180/20 180/23 182/17 183/2
 185/16 189/5 189/17 198/14 200/12
 202/7 203/2 203/6 203/8 203/14 210/5
 210/14 210/19 210/21 213/17 213/25
 215/17 220/23 225/3 225/12 225/21
 225/23 228/22 230/11 230/22 231/25
 235/18 235/19 238/22 239/23 240/2
 240/12
JUSTICE [1]  105/9
JX [8]  110/9 111/2 185/9 185/9 207/16
 225/22 242/6 242/9
JX-0211 [2]  110/9 111/2
JX-133 [1]  185/9
JX-134 [1]  185/9
JX-2 [2]  242/6 242/9
JX-325 [2]  207/16 225/22

**K**

KALIMAH [1]  105/11
KARA [2]  105/14 107/15
KATRINA [49]  112/23 113/21 114/23
 125/25 125/25 134/16 134/21 134/23
 135/2 135/6 135/15 135/18 136/19 138/4
 139/13 139/17 139/20 140/10 140/15
 140/15 141/13 142/15 143/7 143/7 143/9
 143/10 143/15 146/16 146/18 146/22
 147/12 147/14 147/16 148/13 155/8
 160/16 163/19 163/20 164/24 165/1
 165/5 165/25 171/22 227/23 230/8 230/9
 230/20 231/18 237/18
KEA [1]  103/22
KEEP [9]  110/5 119/24 162/10 183/18
 183/19 183/22 234/2 234/4 242/21
KELLS [1]  105/12
KEMP [1]  119/25
KENT [1]  130/1
KEY [1]  236/8
KICKED [1]  234/8
KIND [6]  141/21 146/10 146/12 151/24
 190/15 191/12
KINDLY [1]  233/18
KNEW [6]  184/5 201/5 201/5 221/19
 226/10 229/7
KNOTS [5]  219/16 219/17 219/17 219/19
 219/23
KNOW [53]  110/9 111/14 111/16 111/18
 111/19 112/7 112/8 134/10 151/11
 154/19 157/16 158/23 170/6 170/23
 172/15 176/11 176/15 180/20 181/25
 185/3 187/4 189/3 198/24 199/2 200/19
 202/19 203/1 203/2 203/14 207/16
 210/14 211/13 213/20 213/24 214/20
 215/23 222/13 224/7 224/25 228/8
 230/12 230/14 231/23 233/19 233/19

233/24 234/21 234/24 235/8 237/10
 237/13 238/8 241/18
KNOWLEDGE [9]  122/24 130/19 177/25
 191/21 191/22 202/25 203/1 229/11
 234/25
KNOWN [4]  168/11 175/6 184/5 190/18
KNOWS [2]  110/11 203/6
KUMBAYA [1]  242/22

**L**

LABELED [3]  111/6 128/23 136/7
LAFAYETTE [1]  104/7
LAID [1]  109/17
LAKE [19]  113/4 113/6 113/10 113/18
 177/9 177/9 178/23 180/2 193/7 193/24
 208/5 216/15 221/17 223/3 226/11
 231/18 238/4 238/16 238/24
LAKE BORGNE [11]  113/18 177/9 193/7
 193/24 208/5 216/15 226/11 231/18
 238/4 238/16 238/24
LAKE PONTCHARTRAIN [1]  113/10
LAKES [1]  192/4
LAND [6]  132/14 132/17 174/12 174/16
 192/3 225/1
LANDRIEU [2]  108/23 109/2
LANGUAGE [1]  130/23
LARGE [3]  194/24 197/10 199/3
LARGELY [2]  115/5 117/16
LARGER [2]  135/16 195/1
LAST [3]  166/12 173/1 182/2
LATE [3]  142/15 188/4 239/6
LATER [4]  136/4 147/2 149/24 176/10
LATITUDE [1]  190/14
LATTIMORE [4]  128/24 128/25 130/1
 130/1
LAW [5]  103/18 103/21 104/9 104/12
 104/22
LAWN [1]  104/3
LAWYER'S [1]  104/13
LAWYERS [2]  186/19 238/14
LAYER [1]  126/6
LAYERS [4]  125/21 126/3 126/18 131/14
LAYMAN'S [1]  130/23
LAYOUTS [1]  132/22
LEACHED [1]  175/23
LEAD [1]  233/20
LEADING [12]  127/11 127/16 127/17
 204/16 204/17 205/8 211/1 211/7 211/12
 213/14 214/14 220/20
LEARN [1]  202/13
LEARNED [1]  204/19
LEAST [3]  125/21 132/19 209/12
LEAVE [2]  132/7 162/14
LEAVES [1]  160/14
LEDGES [2]  155/14 155/14
LEFT [7]  116/24 146/24 149/2 149/10
 152/14 158/20 162/24
LEFT-HAND [4]  116/24 146/24 149/2
 149/10
LEGEND [1]  137/2
LENGTH [8]  132/23 151/1 151/2 151/2
 151/3 174/17 175/4 205/15
LESS [4]  142/22 157/8 174/16 199/13
LET [19]  113/3 113/15 114/7 131/12
 132/5 162/8 176/15 186/21 187/25
 195/13 195/24 198/14 214/5 216/9
 218/10 230/14 233/20 234/9 239/7
LET'S [47]  114/6 130/7 132/12 132/24
 133/10 133/22 134/20 135/18 136/23
 136/24 139/7 139/7 141/18 142/18
 148/15 151/6 155/6 157/20 158/15
 158/17 160/10 168/17 171/3 171/14
 180/19 181/2 181/3 181/7 182/21 183/2

189/9 192/22 201/3 204/6 205/17 205/18
 205/22 206/6 206/14 207/6 207/25
 208/21 209/8 209/20 209/20 210/18
 212/4
LETTER [4]  190/7 214/22 214/23 215/12
LEVEE [186]
LEVEE'S [2]  150/5 169/21
LEVEES [70]  110/4 110/5 110/7 136/8
 138/5 142/16 145/15 157/22 159/13
 164/19 165/22 167/24 168/22 168/25
 170/1 170/2 170/4 170/17 183/19 184/17
 192/13 192/14 192/18 197/1 202/2 208/4
 210/2 210/7 210/8 210/10 210/13 210/13
 210/15 211/21 212/4 212/9 212/12
 214/11 214/12 216/3 217/13 217/15
 217/16 217/17 218/11 218/23 219/12
 221/12 226/25 227/4 227/7 227/14
 227/16 228/6 228/22 229/2 229/4 230/20
 231/3 231/5 231/8 231/11 231/13 231/15
 231/16 232/12 236/1 236/8 236/9 240/22
LEVEL [11]  125/23 130/5 169/3 170/17
 191/11 193/25 193/25 194/1 194/2 197/7
 228/16
LEVELS [1]  226/16
LEVINE [1]  105/13
LIDAR [42]  125/5 125/24 126/23 129/7
 129/15 129/18 136/23 136/24 137/3
 137/4 137/4 137/5 137/9 137/13 139/12
 139/13 139/16 139/17 139/20 140/10
 140/15 141/19 142/10 142/12 143/10
 146/16 146/18 146/22 147/3 147/6
 147/10 147/15 147/19 149/6 149/10
 150/8 155/8 157/1 164/8 164/8 164/24
 165/1
LIES [1]  117/16
LIEU [1]  124/19
LIFTS [1]  152/13
LIKE [37]  107/16 110/9 114/2 115/8
 115/17 116/3 117/20 118/2 121/16
 123/24 131/10 131/19 132/21 133/6
 141/14 141/18 143/1 144/4 144/22 154/8
 155/9 156/24 159/3 162/25 173/15
 173/21 179/17 187/21 189/1 197/4
 200/12 208/13 215/16 230/16 230/20
 231/25 238/11
LIMIT [1]  197/12
LIMITATIONS [2]  128/14 164/16
LIMITED [3]  127/9 128/1 224/22
LIMITS [3]  130/25 137/6 209/23
LINE [6]  111/24 116/25 117/9 143/17
 156/2 189/13
LINES [5]  130/24 131/17 131/17 134/4
 214/20
LISTED [1]  123/21
LISTEN [1]  202/6
LISTINGS [1]  161/12
LITERAL [1]  141/4
LITERALLY [1]  142/7
LITERATURE [1]  234/2
LITIGATION [5]  105/7 118/25 119/19
 128/19 136/5
LITTLE [28]  113/5 114/7 116/9 129/5
 131/9 131/16 135/4 142/8 145/8 145/15
 146/3 146/12 147/2 148/20 148/24 149/3
 158/25 164/7 180/19 189/2 201/4 203/6
 211/10 234/9 235/16 239/21 242/21
 242/25
LIVAUDAIS [4]  121/17 121/23 122/8
 122/12
LIVE [1]  173/13
LIVED [1]  121/23
LIVINGSTON [1]  108/22
LLC [3]  103/21 104/9 104/12

**L**

LOAD [3] 196/22 197/3 197/5
LOADING [1] 197/1
LOCAL [6] 227/1 227/7 228/23 229/5 232/13 232/13
LOCATE [2] 167/14 189/11
LOCATED [5] 169/5 169/8 170/5 190/21 193/4
LOCATION [20] 111/12 111/23 111/25 116/16 134/23 139/20 140/5 140/8 140/9 147/21 148/4 149/5 150/19 150/22 153/12 158/11 171/6 190/10 193/1 194/15
LOCATIONS [1] 152/20
LODGED [1] 123/8
LOGIC [2] 183/20 242/3
LONG [10] 113/23 186/25 186/25 187/3 199/23 201/5 224/3 231/21 232/22 233/1
LONGER [5] 196/13 197/24 222/21 223/24 241/10
LOOK [40] 117/14 120/11 130/7 131/6 135/18 139/7 139/15 140/21 141/4 141/5 141/14 142/6 143/16 145/15 150/17 150/22 151/10 151/24 153/23 153/25 154/8 156/20 163/15 165/1 169/24 171/1 185/5 185/16 185/17 203/24 206/17 209/8 210/18 211/22 212/3 213/5 235/12 237/4 242/4 242/5
LOOKED [15] 112/3 132/21 141/13 141/18 142/23 145/6 157/25 159/1 179/8 179/8 181/8 181/14 185/25 189/22 199/5
LOOKING [12] 110/10 112/14 144/10 145/5 146/9 147/3 149/24 161/18 172/9 185/5 204/9 204/10
LOOKS [1] 140/7
LOS [1] 103/16
LOSE [2] 114/7 224/20
LOSS [2] 122/18 178/3
LOST [1] 180/23
LOT [6] 119/23 155/18 173/10 204/3 233/24 235/3
LOUISIANA [17] 103/2 103/6 103/20 103/23 104/7 104/10 104/14 104/17 104/21 104/25 105/8 105/21 108/15 180/3 225/2 225/5 243/9
LOW [5] 166/9 166/13 169/12 176/4 192/3
LOWER [8] 113/18 114/18 144/4 146/24 148/17 170/1 170/2 198/2
LOYALTY [1] 204/24
LPV [1] 240/6
LUXURY [1] 171/10

**M**

M-O-R-R-I-S [1] 124/9
MA'AM [1] 121/2
MADE [18] 113/9 114/23 120/10 123/12 124/22 179/12 182/21 183/25 183/25 185/18 190/21 191/17 195/22 203/10 215/10 236/21 236/24
MAGAZINE [3] 234/5 234/12 234/14
MAIN [1] 104/20
MAINLY [2] 181/24 182/7
MAINTENANCE [1] 177/11
MAJOR [2] 159/2 227/10
MAJORITY [3] 144/12 167/7 167/12
MAKE [26] 109/14 113/12 124/21 124/23 127/13 131/23 133/8 144/19 144/21 156/5 161/17 161/21 162/9 162/12 175/21 176/9 178/20 183/6 184/3 190/14 199/5 202/4 204/15 214/17 221/6 227/15
MAKES [2] 193/24 197/24

MAKING [7] 111/15 136/18 160/23 168/24 169/23 191/23 192/15
MANIFEST [1] 111/19
MANIFESTLY [1] 214/16
MANNER [2] 135/1 135/1
MANNING'S [1] 210/21
MANUAL [6] 195/2 200/2 201/9 203/18 203/22 223/22
MANY [9] 117/12 117/21 123/1 123/8 144/6 161/12 208/8 216/7 241/24
MAP [13] 116/16 116/23 116/23 117/14 126/6 136/6 159/10 166/17 168/14 169/4 169/7 191/16 209/22
MAPPED [10] 142/7 142/9 143/25 144/6 144/9 144/15 165/8 168/4 168/8 168/16
MAPPER [3] 131/23 165/7 165/18
MAPPING [5] 124/14 124/25 142/6 168/1 168/7
MAPS [5] 191/3 191/9 191/10 191/12 191/20
MARC [1] 105/13
MARK [12] 113/9 113/9 113/12 115/18 132/2 148/24 167/7 167/19 169/4 169/7 169/13 170/4
MARKED [5] 118/3 123/16 135/12 143/20 185/19
MARKER [3] 132/11 132/12 132/25
MARKS [17] 160/8 160/9 179/9 179/9 181/14 217/8 217/9 217/10 217/22 217/22 217/24 218/17 218/18 221/21 226/14 229/22 230/3
MARSH [3] 115/5 178/4 193/24
MARSHES [1] 224/18
MASS [2] 174/12 174/16
MATH [1] 166/24
MATHEMATICAL [6] 118/19 155/17 176/10 183/7 187/16 193/13
MATHEMATICALLY [1] 138/23
MATHEMATICS [1] 156/13
MATTER [4] 109/16 142/8 198/24 243/12
MAXIMUM [2] 177/17 178/2
MAY [33] 107/7 107/24 108/9 109/19 110/8 118/7 121/6 121/12 121/13 124/22 154/22 154/22 156/3 164/4 172/22 177/1 178/2 179/16 180/18 182/2 184/4 185/4 189/6 190/4 194/18 196/18 200/12 205/9 208/9 229/17 235/11 239/4 239/14
MAYBE [4] 110/17 167/14 211/10 220/4
MCCONNON [1] 105/13
ME [34] 110/16 113/3 120/17 142/19 144/18 149/21 153/2 167/16 167/22 176/21 178/10 178/17 178/12 182/18 187/25 192/18 193/5 198/14 202/17 205/1 205/19 208/11 208/14 212/10 212/19 214/5 218/10 226/6 236/12 236/21 238/4 238/7 239/7 240/1
ME WHAT [1] 178/12
MEAN [10] 114/5 125/23 130/5 202/22 208/7 208/7 212/13 216/5 236/21 242/22
MEANING [1] 149/16
MEANS [2] 186/8 236/21
MEASURE [8] 133/4 140/16 143/7 146/23 147/3 149/25 153/7 154/14
MEASURED [9] 140/12 141/1 141/7 141/8 142/11 142/15 143/9 153/10 154/9
MEASUREMENTS [9] 125/14 128/11 133/1 133/8 134/22 143/10 157/1 159/25 160/1
MEASURING [3] 135/7 154/13 154/15
MECHANICAL [1] 105/24
MECHANICS [1] 118/21
MEDIAN [1] 176/5

MEDIUM [2] 218/25 219/1
MEET [1] 186/19
MEETING [1] 120/9
MELTING [1] 197/4
MEMO [20] 137/18 195/9 207/20 207/22 225/21 225/22 225/24 226/4 226/18 226/24
MEMORANDUM [3] 109/17 180/3 207/25
MEMORY [4] 109/25 150/17 156/19 172/6
MENTIONED [1] 179/22
MERELY [3] 136/2 137/6 165/7
MET [2] 181/17 196/19
METERS [2] 130/3 234/24
MEXICO [1] 112/24
MIC [2] 116/9 211/9
MICHAEL [2] 104/19 104/19
MICHELE [1] 105/12
MICHOUD [1] 216/22
MICROSCOPICALLY [1] 141/13
MIDDLE [1] 183/12
MIDPOINT [1] 153/19
MIGHT [18] 110/16 111/23 113/16 120/22 159/23 171/7 178/11 188/1 189/24 193/4 194/25 196/8 208/18 212/17 218/3 221/23 232/16 239/21
MILE [9] 132/11 132/12 132/25 151/1 151/3 152/10 157/2 163/4 174/8
MILES [10] 151/19 151/20 152/8 152/24 190/19 205/19 206/22 207/2 207/5 220/11
MILLER [4] 105/14 107/15 107/20 234/16
MIND [2] 151/23 152/20
MINE [1] 223/5
MINIMIZE [1] 221/7
MINOR [5] 160/8 194/25 195/23 226/20 228/21
MINUS [1] 129/25
MINUTE [5] 107/7 147/8 162/17 176/21 185/16
MINUTES [1] 112/19
MISSISSIPPI [6] 122/19 160/15 216/11 216/12 216/13 225/3
MISSISSIPPI RIVER [2] 160/15 225/3
MISSTATEMENT [1] 216/24
MISTAKE [1] 182/21
MITSCH [1] 105/14
MODEL [7] 213/18 226/15 229/24 230/7 237/7 237/8 238/1
MODELER [2] 118/17 118/20
MODELERS [4] 127/2 128/5 168/9 235/23
MODELING [7] 118/22 128/7 140/14 168/7 208/24 229/19 230/14
MODELS [8] 118/18 118/19 130/15 209/21 209/23 210/25 229/25 237/11
MODERATE [1] 220/12
MODERATELY [5] 219/1 219/11 219/14 219/20 220/2
MODEST [3] 145/18 145/19 145/20
MODIFICATIONS [1] 239/11
MOMENT [2] 123/22 201/8
MONUMENTS [1] 234/22
MORE [21] 123/15 138/1 143/6 144/22 145/8 145/15 147/2 164/11 169/17 170/11 171/19 173/4 174/16 175/19 178/6 179/5 200/16 203/12 232/1 235/3 239/5
MORGAN [1] 104/25
MORNING [2] 121/21 208/3

**M**

MORRIS [17] 124/3 124/4 124/8 124/13
125/3 125/11 137/1 137/16 155/6 158/20
163/3 164/5 166/17 170/16 171/15 172/4
172/13
MORRIS' [2] 161/2 172/9
MOST [13] 114/22 115/6 127/4 127/4
137/10 144/11 151/8 154/2 161/11
169/25 189/23 227/5 234/16
MOVE [14] 112/16 114/6 120/21 134/4
155/1 155/2 164/17 180/19 181/2 181/20
211/16 222/23 224/17 231/25
MOVED [3] 232/5 232/8 232/10
MOVEMENT [1] 232/3
MOVES [1] 224/2
MOVING [9] 181/8 190/14 215/19
215/20 215/24 216/6 219/4 219/10
222/22
MR [7] 143/12 144/18 155/6 172/4
214/23 240/11 241/18
MR. [55] 121/17 121/23 122/7 122/12
122/22 124/1 125/3 125/11 137/1 137/16
138/11 158/20 161/2 163/3 164/5 166/17
170/16 171/15 172/9 172/13 173/12
175/10 180/17 185/14 186/18 186/24
189/9 195/2 201/8 201/15 203/19 204/8
204/22 205/3 209/6 209/16 209/17
212/21 213/22 214/5 218/3 220/23 226/1
230/12 230/15 231/10 233/21 233/24
234/8 234/16 236/12 237/15 240/25
241/10
MR. ALFRED [1] 240/25
MR. BRETSCHNEIDER [2] 209/6 209/16
MR. BRUNO [10] 173/12 201/15 205/3
213/22 214/5 218/3 230/12 230/15
233/21 234/8
MR. COLLINS [2] 209/6 209/17
MR. GAGLIANO [1] 122/22
MR. GAGLIANO'S [1] 226/1
MR. GATIEN [2] 121/17 122/7
MR. LIVAUDAIS [2] 121/23 122/12
MR. MILLER [1] 234/16
MR. MORRIS [11] 125/3 125/11 137/1
137/16 158/20 163/3 164/5 166/17
170/16 171/15 172/13
MR. MORRIS' [2] 161/2 172/9
MR. NAOMI'S [1] 241/10
MR. ROY [2] 124/1 138/11
MR. SO [1] 185/14
MR. SOILEAU [15] 180/17 186/18
186/24 189/9 195/2 201/8 203/19 204/8
204/22 212/21 220/23 231/10 233/24
236/12 237/15
MR. VANN STUTTS [1] 175/10
MRGO [129] 105/7 108/17 109/2 109/12
109/15 113/13 115/3 115/13 117/22
122/1 122/21 126/2 127/6 127/21 127/25
130/9 130/13 130/18 132/23 133/4
133/17 133/23 134/15 135/7 135/15
136/7 142/1 142/12 145/20 145/24 146/2
147/4 148/25 149/8 150/2 151/3 153/1
154/4 154/19 159/3 160/14 163/22
166/23 170/4 170/5 170/14 170/17
170/18 171/25 175/5 177/4 177/8 177/11
177/21 177/22 178/3 178/5 179/2 179/13
180/14 180/15 183/12 183/16 183/18
183/19 183/19 183/22 183/24 184/4
188/9 188/18 189/14 193/1 193/14
193/16 194/23 196/17 198/16 199/1
199/18 201/18 201/22 202/1 202/7 202/8
202/21 202/23 209/9 209/13 209/17
211/21 211/21 212/4 212/9 212/11
212/11 214/11 214/12 216/20 217/15
217/23 217/25 218/25 221/18 221/20
222/6 223/13 223/15 223/16 224/23
225/6 225/8 225/13 226/3 229/2 232/8
232/16 232/18 234/17 234/23 236/5
237/19 238/12 238/16 238/23 240/3
240/6 240/7 240/7
MRGO WITH [1] 109/2
MRGO'S [2] 107/21 207/10
MS. [3] 107/20 178/21 180/16
MS. MILLER [1] 107/20
MS. POWELL [2] 178/21 180/16
MUCH [18] 123/3 135/16 146/13 147/10
150/5 151/11 154/21 155/14 162/8
163/16 172/23 190/2 201/5 204/14
234/22 239/3 242/17 242/24
MUST [1] 229/25
MY [36] 107/15 112/9 112/12 113/22
114/17 117/20 118/8 118/18 119/1
119/20 120/23 120/24 152/9 156/14
168/12 173/3 173/15 173/16 182/18
186/14 189/13 192/22 192/22 202/6
203/14 204/19 214/3 216/2 218/8 220/4
220/17 223/1 223/18 226/20 231/7
243/10
MYER [1] 105/15
MYSELF [1] 176/23

**N**

NADA [1] 212/16
NAIL [1] 155/6
NAME [9] 107/15 108/23 124/6 129/4
129/23 176/18 186/12 186/14 207/20
NAMED [1] 136/8
NAMES [1] 136/3
NANCY [2] 176/18 189/18
NAOMI [3] 240/25 242/7 242/10
NAOMI'S [2] 241/10 241/18
NARROW [1] 241/19
NATIONAL [4] 189/21 189/25 192/16
226/6
NATURE [5] 125/4 125/5 146/10 234/5
234/12
NAUSEAM [1] 234/7
NAVIGATION [2] 191/3 213/11
NAVIGATIONAL [1] 228/19
NEAR [4] 150/10 150/12 228/20 234/23
NEARLY [1] 226/12
NECESSARILY [2] 122/25 126/20
NECESSARY [3] 125/12 210/23 217/4
NEED [18] 132/7 152/9 153/9 153/23
156/19 171/5 172/15 178/7 183/21
185/18 195/17 200/19 204/14 207/3
207/7 214/8 239/14 242/5
NEEDED [3] 127/5 156/14 198/8
NEIGHBORHOOD [1] 152/18
NESCO [3] 221/15 223/12 236/18
NEVER [4] 138/21 143/1 218/9 224/3
NEW [36] 103/6 103/20 103/23 104/10
105/4 105/4 105/8 105/21 113/2 113/17
113/23 114/10 114/25 136/11 143/17
145/7 148/12 157/20 166/25 167/4 167/10
167/24 171/16 174/2 191/23 208/1
216/19 217/3 227/14 240/24 240/24
242/2
NEW ORLEANS [22] 113/2 113/17
113/23 114/10 114/25 143/17 145/7
148/12 157/20 166/25 167/4 167/10
167/24 171/16 174/2 191/23 208/1
216/19 217/3 227/14 240/24 240/24
NEXT [20] 108/9 121/14 123/25 124/2
133/9 139/17 145/24 147/1 150/14

212/11 214/11 214/12 216/20 217/15
217/23 217/25 218/25 221/18 221/20
222/6 223/13 223/15 223/16 224/23
225/6 225/8 225/13 226/3 229/2 232/8
223/22
NICE [3] 110/14 211/14 242/1
NINTH [1] 148/18
NO [95] 111/24 118/18 118/23 121/1
121/4 123/25 124/24 142/8 144/19 159/7
159/16 160/6 160/20 162/7 162/7 164/15
164/20 166/13 170/15 172/7 172/21
173/4 174/13 176/2 183/3 184/1 186/23
187/3 188/18 192/5 193/20 195/16
195/16 199/2 201/22 202/21 203/7
203/11 203/13 203/13 203/13 205/4
206/3 206/13 206/15 206/18 206/25
208/17 208/22 208/25 210/1 210/2 210/2
210/5 210/8 210/9 210/15 211/21 211/21
212/4 212/11 212/16 212/23 214/3 214/7
214/11 214/11 214/12 216/3 217/12
217/15 218/21 218/21 219/12 220/14
223/14 223/24 224/6 224/9 224/12
224/24 225/15 228/18 229/3 230/21
233/5 234/7 234/19 234/25 235/2 235/7
235/13 236/13 236/17 237/1
NO. [4] 180/3 210/13 210/15 212/9
NO. 1 [1] 180/3
NO. II [1] 212/9
NO. III [1] 210/13
NO. IV [1] 210/15
NOAA [1] 112/20
NONE [1] 212/16
NONETHELESS [1] 112/15
NOR [1] 179/22
NORMAL [1] 150/6
NORMALLY [1] 198/10
NORMAN [3] 103/5 128/24 129/25
NORTH [11] 108/6 117/15 117/22
125/23 130/6 158/9 158/22 158/25
159/14 159/18 216/19
NORTHERN [1] 116/23
NOS [1] 191/4
NOT [160]
NOTE [3] 138/11 239/7 240/13
NOTED [1] 123/1
NOTES [2] 154/14 156/20
NOTHING [5] 179/5 216/4 225/8 225/13
237/9
NOTICE [2] 176/20 177/6
NOW [79] 110/17 110/18 112/18 118/2
126/16 128/7 128/23 130/7 130/11 131/6
132/13 134/20 135/25 136/2 137/16
138/2 138/19 139/7 139/8 139/9 142/18
143/16 146/9 146/15 148/8 151/16 153/6
155/4 156/13 161/24 164/17 166/15
168/17 169/16 170/3 172/24 176/14
178/21 179/25 181/7 182/16 183/2
184/18 189/6 189/15 189/17 190/9
190/24 194/8 195/24 196/14 199/17
201/3 202/20 203/1 203/15 204/6 205/4
205/17 207/14 209/4 209/8 215/17
215/19 216/2 220/20 222/8 222/13
226/25 230/19 232/19 233/20 233/21
235/12 237/11 237/24 238/22 239/24
240/9
NUMBER [23] 109/8 112/19 123/16
140/24 144/3 144/5 144/5 144/7 156/4
157/14 157/16 157/17 169/23 180/22
180/23 184/20 184/23 185/22 185/23
212/3 241/1 241/2 241/22
NUMBERED [3] 107/17 166/20 243/12
NUMBERS [6] 129/21 140/2 158/23
167/1 170/23 185/20
NUMERICAL [2] 208/24 229/25
NUMEROUS [1] 231/23

**N**

NUTSHELL [1] 184/2

**O**

O'BRIEN [1] 105/3
O'CAIN [2] 242/9 242/11
O'DONNELL [2] 103/15 103/15
OAK [1] 104/3
OBJECT [4] 111/18 205/9 212/13 222/11
OBJECTING [2] 204/17 211/7
OBJECTION [24] 111/15 112/6 112/9
 120/18 120/19 124/24 127/11 130/16
 157/12 158/10 161/23 162/2 162/7 165/6
 204/16 205/2 211/1 211/11 213/13
 213/14 214/14 222/10 222/12 235/6
OBJECTION'S [1] 112/10
OBJECTIONABLE [1] 111/17
OBJECTIONS [2] 123/2 123/8
OBSERVATION [1] 223/1
OBSERVATIONS [7] 114/2 114/23
 165/22 206/11 223/8 224/10 224/22
OBSERVE [1] 114/3
OBSERVED [6] 165/18 165/20 175/1
 223/2 224/14 229/25
OBTAINED [3] 136/14 181/5 229/12
OBVIOUS [2] 135/16 145/14
OBVIOUSLY [10] 129/11 139/11 150/5
 170/5 175/5 202/10 204/19 210/20
 210/23 211/5
OCCUR [2] 217/24 218/10
OCCURRED [8] 143/21 178/2 217/16
 222/14 226/13 230/1 234/16 234/17
OFF [7] 116/23 135/6 135/25 144/21
 167/8 223/3 234/8
OFFER [6] 114/14 121/16 176/15 239/5
 240/14 241/2
OFFERED [3] 178/21 186/21 240/21
OFFERING [4] 121/21 122/24 123/5
 186/4
OFFERINGS [1] 160/22
OFFICE [7] 104/7 104/14 104/22 104/24
 174/3 191/23 191/24
OFFICES [1] 103/18
OFFICIAL [3] 105/20 243/7 243/16
OFFICIALLY [1] 161/22
OFFICIALS [1] 109/8
OFFSHORE [5] 174/22 191/3 191/6
 196/12 223/5
OFTEN [1] 118/19
OKAY [38] 117/18 121/14 123/5 161/13
 169/4 173/2 173/7 173/12 173/17 186/6
 188/22 191/8 193/12 196/5 197/23
 198/23 200/15 201/14 204/13 205/11
 205/22 206/24 207/19 207/25 209/3
 209/16 210/18 211/13 218/21 220/11
 222/1 228/3 230/17 230/22 231/25 236/7
 239/21 240/10
OLD [2] 218/17 218/19
ON [159]
ON-SITE [1] 129/14
ONCE [5] 133/13 143/23 174/7 201/22
 228/14
ONE [56] 107/7 112/22 112/22 115/22
 120/3 120/9 134/18 135/9 139/4 140/22
 140/24 142/8 142/24 143/8 144/7 144/18
 145/25 155/6 157/22 157/25 158/5 159/4
 162/11 163/4 173/22 175/1 175/13
 175/18 175/23 176/8 176/21 176/24
 188/20 188/21 190/19 198/3 201/11
 204/25 205/22 206/17 206/18 216/7
 216/11 216/12 216/14 219/21 220/7
 224/3 231/4 237/25 238/14 240/17

240/18 242/1 242/9 242/9
ONE'S [1] 135/25
ONES [2] 135/8 159/17
ONLY [16] 116/22 119/1 158/8 158/21
 159/17 165/12 165/14 165/17 173/22
 178/5 198/12 207/3 210/7 220/7 239/19
 240/17
ONTO [1] 135/25
OPEN [1] 174/17
OPERATION [1] 177/10
OPINE [1] 165/11
OPINING [1] 234/7
OPINION [10] 122/25 154/3 161/18
 165/11 168/21 170/24 171/19 223/18
 230/11 231/24
OPINIONS [5] 208/8 208/12 230/13
 230/15 233/11
OPPONENTS [2] 173/15 204/19
OPPORTUNITY [2] 194/3 232/16
OPPOSED [3] 188/9 192/15 193/3
OPPOSING [1] 124/16
OR [118] 108/13 109/20 109/22 111/23
 112/11 112/22 113/2 114/5 114/6 114/7
 114/25 120/22 121/13 125/21 126/1
 126/14 127/2 127/14 128/10 130/14
 133/3 133/19 133/25 137/13 137/23
 138/3 138/6 140/19 142/20 142/23 143/4
 144/4 144/9 144/23 147/14 148/14 150/4
 151/19 151/19 152/18 153/3 154/8
 154/10 154/16 155/13 156/17 156/22
 160/10 160/13 161/23 163/7 165/2
 165/11 165/16 167/23 169/18 172/15
 173/13 174/13 175/22 177/4 177/11
 177/11 177/14 177/20 178/1 178/3 178/3
 181/7 181/17 184/5 187/16 187/21
 187/22 188/4 190/14 190/18 190/19
 190/19 192/3 192/3 192/4 193/24 194/4
 194/16 197/17 197/19 197/21 198/1
 198/15 198/25 199/9 199/19 200/5
 200/16 200/17 202/1 203/8 204/15
 205/18 206/25 209/12 209/13 210/10
 210/24 224/13 226/2 228/9 233/2 233/3
 233/11 235/7 235/20 235/21 236/17
 238/15 240/6 240/22
ORDER [17] 183/6 183/10 187/17
 189/22 190/11 190/14 192/3 192/10
 192/24 197/3 197/6 199/19 200/19
 204/15 206/9 217/2 232/16
ORIENTATION [7] 130/15 132/2 134/13
 146/3 149/2 151/16 158/16
ORIGINAL [9] 120/12 131/2 133/23
 188/21 189/12 222/2 229/5 229/14
 229/18
ORIGINALLY [1] 223/24
ORLEANS [32] 103/6 103/20 103/23
 104/10 105/8 105/21 107/25 113/2
 113/17 113/23 114/10 114/25 117/1
 125/14 136/11 143/17 145/7 148/12
 157/20 166/25 167/4 167/10 167/24
 171/16 174/2 191/23 208/1 216/19 217/3
 227/14 240/24 240/24
ORLEANS PARISH [1] 117/1
OTHER [44] 112/2 123/24 125/7 125/15
 126/7 126/25 128/15 128/25 130/7
 131/14 133/21 135/3 136/8 137/8 139/7
 142/5 144/1 144/16 147/22 148/1 148/1
 148/7 148/23 154/24 162/11 165/8
 175/23 176/3 177/14 177/20 181/6
 190/19 194/16 198/3 198/22 199/11
 205/4 207/3 213/20 223/16 225/16
 229/16 235/2 235/11
OTHERS [2] 119/24 160/23
OTHERWISE [3] 128/10 160/21 160/22

OUGHT [1] 206/17
OUR [21] 119/22 122/22 123/12
 124/1 143/9 145/10 162/10 166/1 177/5
 183/3 189/21 211/19 217/7 221/22
 223/24 226/22 235/23 237/7
OUT [23] 109/17 113/16 121/20 128/11
 131/7 131/13 137/8 140/7 146/3 148/25
 149/8 152/22 153/13 161/11 166/12
 184/6 184/16 190/20 192/2 197/4 197/10
 207/17 224/14
OUTLET [6] 122/19 127/24 210/2 210/2
 210/15 210/16
OUTSIDE [5] 144/22 165/6 168/12
 193/18 197/7
OVER [37] 112/23 126/10 151/1 157/2
 158/17 168/9 168/13 168/16 168/22
 174/17 175/6 178/2 179/8 179/23 181/14
 183/11 184/5 189/5 193/23 193/24 194/2
 194/13 194/17 195/4 195/5 195/10
 205/20 207/4 211/5 222/20 222/22
 222/23 223/7 225/3 225/5 231/22 239/11
OVERCOME [1] 114/16
OVERLAID [1] 128/11
OVERLAY [11] 130/12 130/24 131/14
 133/6 133/23 135/2 135/8 137/2 141/20
 141/22 152/24
OVERLAYS [1] 131/23
OVERRULED [6] 112/10 127/18 130/19
 213/15 222/18 235/7
OVERTOP [2] 194/18 195/25
OVERTOPPED [3] 227/5 227/16 231/19
OVERTOPPING [11] 159/10 159/14
 160/3 160/4 160/16 194/25 195/3 195/23
 196/1 227/22 228/19
OVERVIEW [1] 138/5
OVERWHELMED [1] 231/20
OVERWHELMING [3] 144/12 231/17
 241/15
OWN [4] 119/2 185/4 203/14 209/5

**P**

P.O [1] 105/18
PAGE [35] 106/2 108/9 108/10 108/12
 111/5 117/2 118/13 122/13 166/15
 168/17 171/14 181/4 181/7 181/7 181/8
 181/20 181/20 182/2 182/17 182/20
 185/22 204/6 204/7 204/10 206/16
 208/21 209/20 210/19 210/22 210/22
 210/25 211/19 211/19 211/20 211/20
PAGE 17 [1] 122/13
PAGES [3] 109/20 180/19 181/2
PAID [2] 118/24 120/13
PALMINTIER [3] 104/19 104/19 104/20
PAPER [10] 208/21 209/1 209/4 212/16
 212/21 212/25 219/9 235/13 235/16
 236/12
PAPERS [1] 182/16
PAPERWORK [1] 219/18
PARAGRAPH [8] 177/5 177/12 177/18
 177/23 178/5 181/3 240/17 240/18
PARAGRAPHS [1] 178/17
PARALLEL [3] 130/24 151/2 152/4
PARAMETER [1] 174/9
PARAMETERS [2] 138/8 189/19
PARIS [3] 208/5 226/12 232/4
PARISH [11] 107/18 107/25 108/14
 109/7 114/18 116/25 117/1 189/11 198/6
 227/11 232/15
PARISHES [1] 125/14
PART [29] 109/19 110/5 116/17 116/19
 116/22 116/23 122/7 122/20 128/17
 144/15 150/9 152/6 152/23 164/17
 177/11 178/19 179/3 179/15 180/5 200/6

P

PART... [9] 200/22 202/2 204/7 209/12 221/1 221/3 221/13 230/19 241/3
PARTICIPATED [4] 120/9 122/9 122/22 122/23
PARTICULAR [16] 123/2 127/5 130/12 138/6 139/25 147/15 147/21 147/22 148/4 159/21 180/4 191/15 201/13 224/1 226/23 231/17
PARTS [2] 114/18 177/11
PASS [3] 211/15 211/19 216/13
PASSABLE [1] 114/12
PASSAGE [1] 115/1
PASSED [4] 107/18 114/24 144/1 144/15
PASSING [1] 133/5
PAST [4] 179/8 181/11 181/18 189/22
PATIENCE [1] 242/24
PAUL [3] 105/11 105/13 119/25
PC [2] 103/15 104/2
PENLAND [1] 120/3
PEOPLE [6] 110/15 208/9 208/11 208/17 232/13 235/11
PERCENT [7] 126/10 168/22 175/24 175/25 176/9 232/12 232/12
PERCENTAGE [1] 142/19
PERFECT [2] 134/2 143/2
PERFECTLY [2] 156/3 156/7
PERFORM [1] 127/25
PERFORMED [1] 129/7
PERHAPS [1] 149/9
PERIOD [5] 168/15 175/7 217/18 230/1 240/21
PERPENDICULAR [3] 156/3 156/5 156/8
PERSON [1] 176/17
PERSONAL [1] 206/11
PERSONALLY [1] 142/14
PERSPECTIVE [2] 121/9 121/22
PERTINENT [1] 127/4
PETER [1] 105/15
PHILEN [1] 105/6
PHONES [2] 144/19 144/23
PHOTO [1] 130/8
PHOTOGRAPH [7] 111/7 111/20 111/22 113/2 113/13 135/5 135/6
PHOTOGRAPHS [3] 125/25 128/10 131/6
PHOTOGRAPHY [8] 130/13 132/17 132/23 133/11 134/3 141/20 141/22 191/16
PICKED [1] 140/24
PICTURE [3] 112/14 148/1 158/12
PIECE [9] 126/20 138/19 145/16 147/22 150/11 179/25 208/25 209/4 219/8
PIECES [1] 147/22
PIERCE [2] 103/15 241/13
PILES [1] 210/6
PILING [2] 228/10 228/14
PLACE [7] 133/20 134/5 145/10 162/9 180/14 227/1 228/22
PLACED [1] 228/15
PLACEMENT [1] 183/24
PLAINLY [1] 223/23
PLAINTIFF [7] 110/23 125/8 125/15 129/24 142/23 172/15 233/9
PLAINTIFFS [18] 103/15 103/18 103/21 104/2 104/5 104/9 104/12 104/16 104/19 104/22 105/6 118/24 119/12 120/14 121/15 173/24 184/15 209/25
PLAINTIFFS' [12] 119/5 119/9 120/7 120/8 120/11 128/18 168/1 168/7 168/11 168/14 235/22 239/13
PLAN [2] 122/23 228/8
PLANE [1] 140/4
PLANNED [1] 242/20
PLANNING [3] 201/9 203/16 229/19
PLANT [2] 110/4 110/7
PLANTED [1] 111/9
PLANTS [1] 115/12
PLAQUEMINES [1] 107/25
PLAY [1] 224/10
PLC [3] 103/18 104/19 104/23
PLEASE [26] 107/4 111/13 120/18 122/11 124/6 129/24 130/10 131/15 132/2 144/19 148/11 162/22 164/4 169/4 169/7 170/4 170/8 171/3 171/15 186/12 203/24 203/24 204/8 207/15 213/22 214/2
PLOPPED [1] 183/12
PLOPPING [1] 202/19
PLUNGES [1] 200/14
PLUS [3] 126/17 194/10 200/6
PODIUM [1] 218/4
POINT [32] 112/12 116/15 121/20 133/11 133/14 133/17 135/5 138/2 138/19 139/25 141/19 150/2 150/9 155/21 171/6 176/14 183/15 190/6 190/20 193/9 197/16 200/4 200/9 200/11 200/13 202/22 204/3 215/16 218/8 235/2 237/18 240/4
POINTS [6] 126/1 129/1 142/14 162/24 220/24
POLDER [1] 144/10
POLICE [1] 228/9
PONTCHARTRAIN [8] 113/4 113/6 113/10 177/9 178/23 180/2 221/17 223/3
PORTION [2] 122/13 138/12
POSITION [3] 208/1 208/9 208/19
POSSESS [1] 237/16
POSSIBLE [5] 133/8 138/23 142/20 143/24 201/16
POSSIBLY [2] 174/15 237/18
POST [21] 104/7 104/14 104/24 125/25 125/25 134/21 134/23 135/6 136/19 137/3 137/3 140/10 140/15 143/9 143/10 143/15 144/13 147/10 147/12 147/14 147/16
POST-KATRINA [14] 125/25 125/25 134/21 134/23 135/6 136/19 140/10 140/15 143/9 143/10 143/15 147/12 147/14 147/16
POST-LIDAR [1] 147/10
POST-STORM [3] 137/3 137/3 144/13
POTENTIAL [3] 177/3 194/13 207/10
POWELL [5] 176/18 178/21 180/16 189/18 242/10
POYDRAS [2] 104/10 105/20
PRE [22] 125/24 125/25 130/9 130/13 135/2 135/18 137/4 137/4 138/3 138/4 139/13 139/17 139/20 140/15 143/7 146/16 146/18 146/22 148/13 155/8 164/24 165/1
PRE-KATRINA [15] 135/2 135/18 138/4 139/13 139/17 139/20 140/15 143/7 146/16 146/18 146/22 148/13 155/8 164/24 165/1
PRE-MRGO [2] 130/9 130/13
PRE-STORM [3] 137/4 137/4 138/3
PRECEDENT [1] 218/6
PRECISE [4] 129/18 135/1 158/16 163/17
PRECISELY [3] 141/14 179/24 202/24
PRECUT [1] 133/7

PREDETERMINATION [1] 203/10
PREDICT [2] 159/9 166/6
PREDOMINANTLY [1] 169/11
PREEXISTED [1] 169/11
PREPARATION [1] 119/20
PREPARE [2] 118/6 118/15
PREPARED [8] 115/22 118/8 118/9 118/16 119/18 119/25 120/3 143/15
PREPARING [1] 120/7
PRESENT [5] 105/6 109/9 117/12 221/7 240/22
PRESENTATION [1] 109/24
PRESENTS [1] 117/3
PRESSURE [1] 220/9
PRETTY [7] 112/7 134/11 141/16 148/5 159/22 164/15 234/12
PREVIOUS [1] 131/18
PREVIOUSLY [2] 164/22 166/17
PRIMARILY [1] 184/9
PRIMARY [1] 201/16
PRINCIPAL [1] 118/7
PRINT [2] 132/5 207/16
PRINTED [1] 172/15
PRIOR [7] 115/2 119/21 134/16 135/15 140/1 150/15 192/16
PROBABILITIES [1] 174/9
PROBABLE [2] 177/17 178/2
PROBABLY [10] 115/5 120/24 157/10 167/16 187/21 188/3 198/7 227/8 227/9 227/11
PROBATIVE [1] 230/21
PROBLEM [4] 175/6 194/13 195/24 240/7
PROBLEMS [2] 108/2 109/17
PROCEDURE [1] 127/16
PROCEED [3] 107/5 124/15 124/20
PROCEEDINGS [3] 103/10 105/24 243/11
PROCESS [2] 108/16 174/21
PROCESSED [1] 146/18
PROCESSING [1] 147/19
PROCTOR [1] 116/15
PRODUCED [2] 105/25 111/4
PRODUCES [1] 236/3
PRODUCT [1] 120/10
PROFESSION [1] 143/24
PROFFERED [3] 124/25 130/17 240/25
PROFILE [2] 140/19 151/10
PROGRESSED [1] 237/17
PROJECT [13] 174/6 177/16 178/1 180/8 182/22 188/14 188/24 220/7 221/6 223/5 226/16 229/11 229/16
PROMISE [2] 233/6 241/24
PRONOUNCED [2] 219/4 219/10
PROPOSED [10] 108/5 108/8 108/11 130/14 188/8 188/8 189/12 194/1 210/13 210/15
PROTECT [2] 189/11 202/23
PROTECTION [26] 108/6 110/5 122/14 136/3 136/6 136/11 174/24 178/23 183/18 187/18 197/7 200/2 201/9 203/16 208/4 221/1 221/3 221/9 221/13 221/18 223/4 223/22 229/20 231/1 239/12 240/5
PROVE [2] 176/15 184/16
PROVED [2] 167/22 229/6
PROVES [1] 236/9
PROVIDE [4] 112/19 114/13 208/1 208/9
PROVIDED [11] 110/1 126/20 129/9 141/6 161/8 162/4 171/5 189/25 192/15 194/21 230/6
PROVIDING [1] 128/16
PUBLIC [3] 130/19 212/15 219/9
PUBLICATION [2] 188/7 188/8

**P**

PUBLISH [3]  143/14 179/17 179/25
PULL [20]  111/1 116/9 122/11 128/9
132/24 133/10 134/2 134/20 137/15
141/18 145/7 148/20 151/14 154/20
155/4 155/8 157/20 158/3 166/16 166/16
PULLED [4]  128/11 128/22 148/25 155/7
PUMP [4]  167/9 167/12 167/15 167/20
PUMPING [1]  171/17
PURELY [1]  134/13
PURPOSE [9]  136/2 164/23 178/24
184/2 203/14 207/16 207/25 209/12
209/12
PURPOSES [13]  119/19 123/12 127/17
129/9 134/13 135/7 139/4 142/4 151/16
153/22 156/10 162/5 185/4
PUSH [1]  197/4
PUT [13]  119/8 119/11 126/6 131/19
132/2 133/20 158/12 158/15 183/17
197/1 198/8 198/13 219/8
PUTTING [1]  192/7
PX [116]  107/17 115/17 118/3 121/17
122/7 122/10 123/17 123/18 124/14
124/15 126/17 127/7 128/22 130/10
131/8 132/24 133/10 135/19 136/20
139/8 139/18 140/6 141/18 145/3 146/21
147/9 148/21 150/15 150/19 151/14
157/21 161/4 161/6 172/8 180/24 185/10
185/10 185/10 185/10 185/10 185/10
185/10 185/11 185/11 185/11 185/11
185/11 185/11 185/11 185/12 185/12
185/12 185/12 185/12 185/12 185/12
185/13 185/13 185/13 185/13 185/20
185/23 201/3 203/15 209/8 233/15 241/3
241/4 241/4 241/4 241/4 241/4 241/4
241/4 241/4 241/5 241/5 241/5 241/5
241/5 241/5 241/5 241/6 241/6 241/6
241/6 241/6 241/6 241/6 241/7 241/7
241/7 241/7 241/7 241/7 241/7 241/8
241/8 241/8 241/8 241/8 241/8 241/8
241/9 241/9 241/9 241/16 241/17 241/17
241/17 241/25 242/15 242/15 242/16
242/16 242/16
PX 1322 [1]  185/13
PX 1329 [1]  185/12
PX-0139 [1]  118/3
PX-10 [1]  241/4
PX-1099 [1]  241/3
PX-1100 [1]  241/4
PX-1104 [1]  241/4
PX-1106 [1]  241/4
PX-1107 [1]  241/4
PX-1108 [1]  241/5
PX-1111 [1]  241/5
PX-1112 [1]  241/5
PX-1114 [1]  241/5
PX-1115 [1]  241/6
PX-1116 [1]  241/6
PX-1120 [1]  241/6
PX-1121 [1]  241/6
PX-1122 [1]  241/7
PX-1123 [1]  241/7
PX-1125 [1]  241/7
PX-1126 [1]  241/7
PX-1127 [1]  241/7
PX-1128 [1]  241/7
PX-1129 [1]  241/8
PX-1134 [1]  241/8
PX-1135 [1]  241/16
PX-1137 [1]  241/9
PX-1138 [1]  241/9
PX-1139 [1]  241/9

PX-1140 [1]  241/17
PX-1142 [1]  241/17
PX-1156 [1]  242/15
PX-1157 [1]  242/15
PX-1158 [1]  242/16
PX-1159 [1]  242/16
PX-1240 [1]  242/16
PX-1253 [1]  107/17
PX-1318 [1]  185/10
PX-1322 [2]  180/24 185/11
PX-1324 [2]  185/11 241/5
PX-1325 [1]  185/11
PX-1326 [1]  185/11
PX-1331 [1]  185/12
PX-1332 [1]  185/12
PX-1333 [1]  185/12
PX-1334 [1]  185/12
PX-1335 [1]  185/12
PX-1336 [1]  185/13
PX-1339 [1]  185/13
PX-134 [1]  185/10
PX-1352 [1]  185/11
PX-139 [1]  185/12
PX-1560 [1]  148/21
PX-1561 [2]  150/15 150/19
PX-1594 [1]  233/15
PX-1810 [2]  126/17 161/4
PX-1810.1 [1]  130/10
PX-1810.3 [1]  151/14
PX-1810.6 [1]  139/8
PX-1810.7 [1]  131/8
PX-1810.8 [1]  132/24
PX-1810.9 [1]  133/10
PX-1952 [1]  185/10
PX-1963 [2]  185/10 185/13
PX-200 [1]  241/8
PX-209 [3]  121/17 123/17 123/18
PX-258 [1]  185/10
PX-26 [1]  241/4
PX-26.1 [1]  136/20
PX-270 [2]  185/11 241/5
PX-353 [1]  241/5
PX-361 [1]  241/8
PX-459 [1]  241/8
PX-57 [2]  185/10 241/4
PX-58 [1]  241/6
PX-65 [2]  201/3 203/15
PX-67 [1]  241/4
PX-68 [2]  185/11 241/8
PX-699 [1]  241/8
PX-740 [2]  185/10 241/6
PX-794 [1]  241/7
PX-8 [1]  241/25
PX-886 [2]  122/7 122/10
PX-9 [1]  241/6
PX-97 [1]  124/14
PX-98 [2]  124/15 161/6
PX-98.11 [2]  146/21 172/8
PX-98.12 [1]  147/9
PX-98.15 [1]  157/21
PX-98.2 [1]  135/19
PX-98.5 [1]  139/18
PX-98.6 [1]  140/6
PX-98.7 [1]  141/18
PX-98.9 [1]  145/3
PX-99 [1]  127/7

**Q**

QUADRANGLE [3]  191/9 191/12 191/20
QUALIFIED [1]  196/23
QUALITY [1]  135/10
QUESTION [38]  112/16 117/21 156/14

159/12 162/11 165/10 166/12 173/3
178/3 184/4 187/13 192/22
192/23 194/12 202/7 202/13 202/21
203/9 211/23 213/25 214/1 214/5 214/14
215/17 216/2 216/9 217/20 218/1 218/9
218/15 220/4 220/20 222/17 225/12
231/14 235/5 240/2
QUESTIONS [16]  111/15 121/1 124/23
127/16 127/17 162/14 172/7 173/5 189/5
214/3 220/14 220/23 232/1 233/18
236/14 239/10
QUICK [2]  138/7 239/7
QUICKLY [3]  112/7 185/8 228/21
QUITE [6]  114/15 138/16 201/16 211/24
233/10 239/13

**R**

RAISED [5]  159/12 229/2 229/4 229/15
240/2
RAN [1]  231/22
RANGE [3]  120/25 150/25 163/24
RAPIDLY [2]  213/19 220/1
RATE [3]  120/23 120/25 196/1
RATES [1]  120/23
RATHER [4]  144/23 165/15 187/22
189/5
RATIO [1]  232/12
RE [1]  186/4
RE-OFFERING [1]  186/4
REACH [50]  127/8 127/8 128/3 128/3
130/8 130/9 130/9 134/15 136/8 144/11
145/20 148/24 149/15 150/2 151/3
151/17 152/3 152/24 155/16 157/5 158/9
158/11 158/18 158/22 158/24 159/1
159/8 159/13 159/14 159/17 163/5
164/19 164/22 165/19 165/22 166/2
166/20 166/23 167/23 177/22 177/22
180/6 180/6 194/5 198/16 198/25 210/6
234/17 242/12 242/12
REACH 1 [15]  127/8 128/3 130/8 130/9
158/9 158/11 158/18 158/24 159/8
159/13 159/14 159/17 177/22 180/6
242/12
REACH 2 [28]  127/8 130/9 134/15 136/8
144/11 148/24 149/15 150/2 151/3
151/17 152/3 152/24 157/5 163/5 164/19
164/22 165/19 165/22 166/2 166/20
166/23 167/23 177/22 180/6 198/16
198/25 210/6 242/12
REACHES [2]  160/14 193/25
READ [19]  111/24 112/15 121/18 129/3
129/10 138/16 140/2 156/4 179/21
179/23 180/9 184/14 195/2 233/11 234/5
234/14 241/14 241/23 242/4
READING [4]  175/22 178/19 213/10
231/4
READY [2]  107/4 124/10
REAL [3]  140/5 142/11 242/12
REALISTIC [1]  223/10
REALIZE [2]  156/7 190/13
REALIZED [1]  183/16
REALLY [7]  196/22 203/18 211/9 229/8
234/14 235/24 237/1
REASON [10]  127/24 138/5 187/23
188/6 190/9 193/5 204/21 231/5 234/20
240/11
REASONABLE [2]  129/21 143/3
REASONS [2]  196/16 206/18
RECALIBRATE [1]  221/22
RECALL [17]  120/9 154/15 188/24 190/4
190/5 198/8 220/10 222/2 223/12 226/11
227/8 228/15 228/18 228/20 229/14
229/17 232/6

**R**

RECEIVED [2] 119/5 119/8
RECENT [1] 119/24
RECESS [3] 162/17 162/20 243/4
RECOGNIZE [1] 111/7
RECOGNIZED [2] 184/3 240/3
RECOGNIZES [1] 183/21
RECOLLECTION [1] 154/15
RECOMMENDED [1] 110/3
RECORD [18] 124/7 124/14 129/3 137/2
148/8 153/7 153/8 161/3 161/22 165/11
172/8 172/17 174/10 178/8 178/15
178/19 186/13 243/11
RECORDED [1] 105/24
RECORDS [1] 119/3
RECURRENCE [1] 174/7
RED [6] 113/9 113/9 115/18 138/1
143/20 160/11
REDIRECT [3] 121/3 172/20 233/16
REDO [1] 193/17
REFER [3] 170/8 213/6 225/21
REFERENCE [10] 122/5 125/3 135/19
136/20 137/10 138/2 138/8 139/25 181/1
185/22
REFERENCED [6] 109/21 118/12
134/24 136/4 172/8 242/5
REFERRED [6] 160/12 166/25 191/9
232/4 240/23 242/4
REFERRING [1] 221/24
REFERS [2] 181/11 181/25
REFLECT [2] 143/20 149/10
REFLECTED [5] 126/16 158/8 160/22
229/23 230/1
REFLECTS [1] 154/4
REGARD [4] 179/12 205/6 225/23 228/6
REGARDING [6] 109/14 127/20 175/9
177/3 177/8 177/25
REGENERATE [5] 201/24 204/15
238/11 238/17 238/24
REGISTERED [1] 225/1
RELATE [1] 239/12
RELATED [7] 108/2 114/2 115/25
119/23 193/3 193/8 232/1
RELATES [3] 157/23 177/15 230/13
RELATION [1] 145/4
RELATIONSHIP [2] 165/17 177/10
RELATIVE [7] 138/5 140/12 141/25
144/1 148/13 148/15 187/5
RELATIVELY [1] 139/22
RELEASE [2] 173/3 173/4
RELEASED [7] 121/7 121/7 121/10
121/12 172/24 173/6 173/7
RELEVANCE [4] 113/25 180/11 182/24
235/21
RELEVANT [12] 125/13 127/1 128/19
129/4 138/18 138/22 182/19 202/15
202/17 202/18 210/22 223/15
RELIABILITY [1] 139/1
RELIABLE [4] 206/2 206/5 206/10
234/12
RELIANCE [1] 125/15
RELIED [3] 208/12 214/21 214/22
RELYING [3] 133/3 137/9 209/4
REMARK [1] 185/20
REMARKED [1] 185/19
REMEMBER [19] 109/5 153/2 187/12
188/3 188/10 191/13 192/17 196/14
196/17 198/17 201/11 201/13 218/15
219/24 238/2 238/5 238/12 241/14
241/23
REMOVED [2] 147/11 147/20
REMOVING [1] 115/18

REPAIR [1] 228/12
REPEATEDLY [1] 229/14
REPORT [55] 111/4 111/6 112/2 112/4
112/15 112/20 115/25 116/5 116/13
117/7 117/15 118/3 118/6 118/12 119/25
122/6 122/7 122/9 122/13 122/20 124/15
124/18 125/24 126/24 127/7 140/3 145/4
161/15 166/15 168/17 171/14 188/14
188/19 209/5 213/1 213/8 213/9 214/22
214/24 215/1 215/3 215/6 215/6 215/7
220/6 221/15 221/16 221/17 226/6
230/18 234/7 236/18 236/18 237/2 241/3
REPORTER [5] 105/20 175/12 187/25
243/8 243/16
REPORTS [9] 115/9 115/11 115/15
115/22 119/18 161/11 175/22 184/14
234/6
REPRESENT [5] 112/1 116/4 143/17
147/1 215/10
REPRESENTATION [1] 110/1
REPRESENTATIVES [1] 122/23
REPRESENTED [2] 214/20 215/8
REPRESENTING [1] 132/23
REPRESENTS [2] 111/4 144/7
REQUEST [1] 204/20
REQUESTS [2] 108/13 108/15
REQUIRED [1] 199/5
REQUIREMENT [1] 232/14
REQUIREMENTS [1] 196/19
RESEARCH [2] 125/12 128/17
RESERVING [1] 123/9
RESIDENCE [1] 129/25
RESISTANCE [1] 224/20
RESOLUTION [7] 107/17 107/21 108/13
108/20 109/6 132/12 135/9
RESOLVES [1] 108/14
RESPECT [4] 130/16 158/10 172/3
229/6
RESPOND [1] 226/1
RESPONSE [1] 236/13
RESPONSES [1] 123/12
RESULT [7] 107/22 107/24 108/16 178/3
195/1 201/20 224/20
RESULTED [1] 177/21
RESULTS [7] 208/24 210/18 211/19
213/7 213/11 215/10 221/16
RETAINED [1] 209/9
RETURN [3] 113/23 114/10 114/21
RETURNED [1] 114/12
REVEAL [1] 146/16
REVEALED [1] 163/9
REVIEW [2] 119/18 165/3
REVIEWED [6] 119/6 119/21 119/25
120/2 120/3 165/19
RICHARD [1] 105/16
RIGHT [177]
RISE [5] 107/3 162/19 162/21 200/11
243/3
RISES [1] 197/14
RISING [5] 213/19 219/1 220/1 220/1
220/2
RIVER [4] 122/19 130/15 160/15 225/3
ROAD [3] 208/5 226/12 232/4
ROADS [2] 114/12 114/14
ROBERT [2] 105/6 239/17
ROBIN [1] 105/15
ROBINSON [3] 103/5 125/12 129/25
ROBINSON'S [1] 128/24
ROCK [1] 108/6
ROLE [2] 224/10 225/23
ROOM [3] 105/20 110/16 162/13
ROOT [1] 224/19
ROUGE [3] 104/14 104/21 113/22

ROUGH [2] 153/18 211/5
ROUGHAGE [1] 130/21
ROUGHER [1] 200/16
ROUGHLY [13] 149/14 149/15 149/15
150/18 150/25 151/3 151/10 151/16
151/25 152/5 155/22 155/23 176/2
ROUTE [2] 157/19 229/15
ROUTING [1] 213/11
ROY [6] 104/5 104/6 124/1 138/11
143/12 144/18
RULES [3] 127/13 127/15 127/15
RULING [3] 123/3 123/9 233/11
RUN [14] 177/15 181/21 182/13 194/3
194/4 194/10 196/13 197/12 197/24
199/19 199/22 200/13 200/18 200/20
RUN-UP [10] 177/15 181/21 182/13
194/10 196/13 197/12 199/19 199/22
200/13 200/20
RUNNER [1] 179/7
RUNS [6] 116/20 160/14 194/6 200/11
216/19 216/21
RUPERT [1] 105/14

**S**

S-O-I-L-E-A-U [1] 186/15
S.W [1] 104/17
SAID [10] 143/1 157/12 166/1 208/16
211/20 214/21 235/13 237/3 237/15
238/22
SALINITY [1] 224/18
SALTWATER [2] 108/2 224/17
SAME [28] 108/12 109/6 109/23 109/23
109/24 130/9 131/17 132/25 133/3
133/11 133/19 140/7 140/9 145/23
147/16 148/9 148/9 148/11 148/17
150/19 152/23 176/2 183/20 192/10
192/12 201/1 227/21 236/9
SAND [1] 223/5
SARAH [1] 105/16
SATISFACTORY [1] 226/15
SAW [7] 131/17 147/17 148/1 159/3
165/15 182/16 185/24
SAY [32] 116/7 129/14 133/6 137/1
143/1 144/9 150/4 151/6 151/8 152/17
152/19 156/24 158/24 182/21 192/21
195/8 208/21 210/1 213/24 225/4 227/21
230/20 231/8 234/14 235/7 235/16
236/13 236/14 237/19 237/20 238/18
238/21
SAYING [18] 123/7 141/12 141/15
165/15 201/25 203/13 214/17 225/9
225/11 225/13 225/14 225/15 225/17
225/19 227/25 236/5 237/7 240/12
SAYS [20] 108/11 181/9 195/9 195/11
204/11 205/23 205/24 207/6 207/8
207/19 209/1 209/3 210/8 213/10 213/12
218/25 219/19 223/23 234/16 234/24
SCALE [3] 131/24 133/13 137/3
SCANNED [1] 119/11
SCENARIO [7] 168/10 168/11 168/14
168/16 210/1 210/1 238/16
SCENARIOS [1] 209/25
SCHEDULE [1] 120/23
SCHEDULED [1] 239/17
SCHEME [1] 148/17
SCIENCE [2] 226/6 234/13
SCOTT [1] 103/19
SCOUR [3] 159/2 160/8 160/9
SCOUT [1] 191/13
SCREEN [4] 109/25 110/11 110/12
149/3
SEA [5] 125/23 130/5 169/3 191/11
228/15

S

SEATED [2] 107/4 162/22
SECOND [4] 108/10 144/18 159/4 235/18
SECONDLY [1] 163/5
SECTION [41] 108/12 108/14 108/19 139/15 139/19 139/19 139/23 139/23 140/9 140/21 140/22 140/25 143/8 146/20 146/25 147/16 147/25 149/5 149/6 151/20 151/22 151/24 153/10 153/23 154/2 155/4 157/3 160/12 163/5 169/12 169/13 169/19 170/8 170/9 170/11 170/14 170/25 171/19 181/9 181/11 203/1
SECTION AA [1] 139/23
SECTIONS [7] 136/3 139/7 142/12 147/6 153/25 169/17 199/6
SEE [65] 111/24 112/15 117/14 117/19 131/9 131/18 131/20 133/6 133/7 134/3 134/4 134/5 135/3 137/6 137/10 137/13 139/11 139/21 139/22 140/21 141/18 141/20 142/6 144/3 145/8 145/11 146/3 146/12 146/20 146/22 146/24 149/4 149/7 151/18 151/22 151/25 152/9 154/8 158/23 159/2 163/16 164/5 164/6 165/1 171/16 181/3 181/4 181/8 181/13 182/3 182/11 185/14 186/18 192/10 192/22 200/13 203/18 205/17 205/18 206/16 207/17 207/25 209/20 212/4 242/14
SEEING [3] 134/7 141/3 147/23
SEEM [1] 165/12
SEEMS [1] 167/8
SEEN [7] 112/20 200/12 216/3 227/8 234/15 234/17 234/18
SELECTED [6] 140/23 141/2 141/10 190/3 190/6 219/22
SENATOR [4] 108/23 108/23 109/2 109/2
SENATORS [3] 109/10 109/14 110/1
SENIOR [1] 174/5
SENSE [2] 198/12 224/16
SENT [5] 108/20 108/22 122/20 176/19 236/20
SEPARATE [1] 161/15
SEPTEMBER [4] 181/9 181/10 181/10 181/10
SEPTEMBER 1915 [1] 181/10
SEQUESTERED [1] 173/2
SERIES [3] 132/22 133/5 134/22
SERVE [1] 177/4
SERVED [2] 122/8 176/19
SERVES [1] 137/6
SERVICE [5] 189/21 190/1 192/16 229/9 230/6
SESSION [2] 103/10 107/1
SET [6] 147/7 149/6 161/20 201/23 218/6 236/18
SETS [1] 164/16
SETTLE [2] 170/4 232/17
SETUP [1] 211/9
SEVEN [1] 180/19
SEVERAL [3] 125/25 142/14 195/19
SEVERE [3] 107/24 169/25 189/23
SEVERITY [1] 169/24
SHALLOW [2] 204/11 222/22
SHALLOW-WATER [1] 204/11
SHAPE [1] 145/16
SHARE [1] 232/11
SHARP [1] 243/2
SHE [10] 177/7 177/13 177/19 177/24 179/11 181/25 182/4 182/9 188/1 204/17
SHEA [1] 120/3

SHEET [2] 228/10 228/14
SHEET PILING [1] 223/14
SHELF [15] 147/5 150/1 150/15 150/23 151/5 152/15 152/24 153/22 154/4 156/15 156/17 156/25 163/6 163/11 164/25
SHELL [1] 226/12
SHERMAN [1] 103/22
SHERWOOD [2] 107/11 208/2
SHIP [1] 107/22
SHORE [13] 154/5 159/7 159/14 159/16 159/18 183/18 200/2 201/9 203/16 223/22 238/3 238/16 238/24
SHORELINE [1] 223/3
SHORELINES [1] 193/23
SHORT [2] 242/1 242/13
SHORTER [1] 155/14
SHOULD [13] 110/12 129/5 129/11 144/9 183/23 184/5 193/2 202/1 202/23 203/7 211/22 222/9 240/6
SHOULDN'T [1] 203/8
SHOW [38] 107/16 110/9 113/12 113/14 113/15 115/8 115/17 116/3 121/22 122/24 122/25 129/12 132/1 134/18 138/22 138/24 138/25 139/8 139/14 140/7 140/20 146/10 147/14 147/20 148/22 154/14 164/25 179/2 179/4 179/7 181/15 184/6 218/17 219/6 219/6 219/7 235/23 237/11
SHOWED [6] 167/17 188/14 188/18 188/21 191/10 191/17
SHOWING [8] 110/12 110/16 112/18 135/12 148/13 170/17 182/17 213/17
SHOWN [4] 117/8 145/17 159/20 234/22
SHOWS [17] 108/19 130/13 134/18 137/3 145/6 145/24 146/7 151/9 152/14 155/9 157/22 158/13 209/22 212/7 219/9 219/13 219/18
SHRILL [1] 205/9
SIDE [13] 116/24 117/15 117/16 127/10 127/21 139/21 149/10 159/13 163/22 196/1 225/3 225/4 228/20
SIGNATURE [2] 207/23 212/23
SIGNED [1] 175/13
SIGNIFICANCE [1] 159/16
SIGNIFICANT [14] 145/11 174/23 174/25 175/24 176/1 176/11 194/16 194/18 195/1 195/10 195/23 195/24 200/19 205/15
SIGNIFICANTLY [2] 151/7 171/22
SIGNS [1] 144/22
SILL [8] 140/16 140/24 141/2 141/8 141/9 141/10 142/9 168/4
SIMILAR [2] 112/22 132/22
SIMPLER [1] 149/9
SIMPLY [8] 123/7 139/13 147/20 184/8 184/14 223/25 227/5 231/20
SIMS [1] 104/3
SIMULATION [1] 168/11
SINCE [11] 121/23 124/18 127/14 141/8 159/12 161/21 193/16 209/25 220/19 233/14 235/19
SING [1] 242/22
SINGLE [3] 141/1 141/7 160/19
SIR [45] 121/5 121/6 121/12 124/11 132/3 134/8 135/24 139/3 139/6 152/11 156/9 161/25 162/6 162/13 164/6 165/22 172/11 172/22 173/20 175/13 176/21 186/23 187/9 187/11 187/21 189/15 196/4 196/10 198/17 198/22 199/2 199/2 199/23 205/23 206/3 207/8 211/23 225/7 225/11 225/15 234/1 234/4 236/6 239/4 242/18

SITE [1] 129/14
SITUATION [2] 217/12 236/19
SIX [1] 117/23
SIZE [1] 143/25
SKILLED [1] 113/3
SLIDE [10] 130/11 134/3 139/17 140/1 150/14 150/15 150/19 151/9 170/22 218/24
SLIGHTLY [1] 171/1
SLOPE [22] 127/21 149/7 149/13 149/14 149/16 150/3 153/13 163/4 163/22 163/23 163/23 194/4 196/13 197/17 197/19 200/4 200/8 200/10 200/14 200/16 231/21 231/22
SLOPES [2] 127/10 142/1
SLOW [1] 220/1
SMALL [10] 123/23 132/19 140/2 142/8 158/8 158/21 159/2 159/17 160/9 207/16
SMITH [4] 105/15 128/25 130/2 240/11
SMOOTH [2] 139/22 200/16
SO [122] 109/25 110/12 110/21 111/18 114/20 114/23 117/19 118/9 120/21 121/12 125/23 126/7 128/3 131/13 134/15 137/8 138/5 140/18 140/24 141/3 141/20 141/24 143/1 144/7 146/11 146/19 146/21 149/3 149/6 149/9 151/19 151/24 152/18 153/20 154/2 155/10 156/13 158/15 158/20 158/24 161/23 163/11 163/24 166/3 167/6 167/22 175/25 176/19 178/16 180/16 180/19 180/25 182/13 183/11 183/16 183/22 183/25 184/2 185/5 185/8 185/14 186/24 191/21 193/21 194/9 196/6 196/12 198/1 198/24 199/12 202/12 202/14 202/16 202/24 202/24 203/1 203/21 204/13 205/2 205/9 205/13 205/17 206/20 207/2 207/9 208/16 209/20 210/8 210/9 210/18 210/20 211/5 211/20 216/5 216/23 217/12 221/4 221/8 221/9 223/25 224/2 225/23 226/8 227/25 228/5 228/16 228/22 230/3 230/7 231/14 234/6 234/8 235/2 235/16 236/4 236/16 236/21 237/1 238/14 238/22 241/1 242/12
SO-CALLED [1] 230/7
SOFT [4] 196/22 197/1 197/3 197/4
SOIL [2] 197/3 197/4
SOILEAU [19] 173/16 180/17 184/19 186/10 186/14 186/18 186/24 189/9 195/2 201/8 203/19 204/8 204/22 212/21 220/23 231/10 233/24 236/12 237/15
SOILS [1] 197/1
SOJA [1] 105/16
SOLUTIONS [1] 109/18
SOME [62] 109/18 109/23 115/6 115/15 119/2 119/4 120/11 123/24 124/22 127/8 127/24 128/14 129/14 129/18 130/7 131/18 132/12 135/18 139/7 139/15 142/10 142/16 144/20 145/15 145/24 146/23 147/18 148/2 151/22 164/24 173/11 173/11 173/18 180/9 185/24 186/2 189/22 194/4 194/18 195/20 197/5 197/16 200/1 200/1 200/13 202/22 206/8 206/11 212/13 214/24 222/23 223/21 227/10 227/11 228/7 228/19 229/13 229/25 231/2 232/16 239/9 242/15
SOMEBODY [2] 207/22 237/15
SOMEONE [2] 137/13 140/4
SOMEPLACE [1] 187/4
SOMETHING [14] 114/6 144/4 171/6 175/21 176/25 180/21 196/6 196/7 198/1 198/14 202/23 211/5 211/9 228/16
SOMETIME [1] 188/3

**S**

SOMEWHAT [2] 175/23 197/12
SOMEWHERE [4] 156/4 156/5 163/24 197/17
SOON [2] 114/12 114/17
SORRY [24] 107/7 108/13 110/18 111/1 115/10 115/11 116/7 120/19 122/3 138/11 144/25 151/21 171/11 176/22 183/19 188/16 195/18 198/2 198/3 204/7 211/8 222/12 237/17 242/6
SORT [5] 135/20 137/16 145/23 148/9 148/11
SORTS [1] 232/20
SOUNDS [1] 145/14
SOURCE [3] 226/7 226/8 234/13
SOURCES [6] 126/12 126/23 128/14 128/15 137/11 137/12
SOUTH [5] 103/16 117/16 159/7 159/13 159/16
SOUTHEAST [8] 108/15 108/20 113/17 149/4 151/19 152/8 172/5 225/5
SOUTHERN [1] 217/3
SOUTHWEST [3] 169/13 169/17 216/13
SOUTHWESTERLY [1] 169/21
SPATIAL [2] 126/5 126/7
SPATIALLY [1] 126/9
SPEAK [7] 177/2 177/7 177/13 177/19 177/24 179/11 239/20
SPEAKING [1] 232/10
SPEAKS [1] 180/16
SPECIFIC [9] 109/5 122/6 126/18 127/14 130/7 137/14 168/15 220/8 220/8
SPECIFICALLY [8] 108/8 122/12 130/8 136/7 196/17 204/6 213/6 238/3
SPECIFIES [1] 108/21
SPECTRUM [1] 176/3
SPECULATE [1] 208/8
SPECULATION [2] 222/10 222/13
SPEED [13] 192/21 204/13 205/16 205/16 218/25 219/1 219/19 219/23 220/6 220/8 220/9 223/21 224/3
SPEEDS [11] 192/15 192/15 192/20 219/16 219/25 220/1 220/3 220/5 229/10 229/13 230/5
SPELLING [2] 124/7 186/13
SPEND [1] 134/10
SPH [8] 174/6 174/11 174/21 219/14 219/16 219/22 220/6 220/7
SPOIL [3] 210/6 216/5 242/12
SPOKE [1] 137/18
SPOKEN [1] 232/19
SPOT [1] 132/25
SPOTS [1] 146/14
SPREADS [1] 222/24
SPRINGS [1] 104/17
SQUEEZING [2] 197/8 199/8
SQUIRMING [1] 154/7
SR [1] 105/16
ST. [14] 107/18 107/25 108/14 114/18 115/1 116/25 122/8 122/18 125/14 144/10 148/17 189/11 227/12 232/15
ST. BERNARD [14] 107/18 107/25 108/14 114/18 115/1 116/25 122/8 122/18 125/14 144/10 148/17 189/11 227/12 232/15
STABILITY [19] 196/16 196/18 196/21 197/9 197/11 198/3 198/4 198/5 198/9 198/10 198/13 198/15 198/20 198/21 198/22 199/7 200/5 200/7 221/1
STABILIZE [1] 221/4
STAFF [3] 118/9 119/15 120/13
STAGES [1] 226/11

STAND [7] 120/18 123/12 123/14 172/22 205/9 208/21 222/5
STANDARD [8] 174/6 177/16 178/1 180/8 182/22 220/7 229/11 229/16
STANDARDS [2] 206/3 206/4
STANDING [1] 114/5
STANDPOINT [1] 131/22 139/1 169/23
STANWOOD [1] 103/11
START [3] 139/10 145/12 243/1
STARTED [2] 145/14 210/11
STARTING [1] 137/22
STATE [6] 124/6 140/3 186/12 216/12 225/1 237/17
STATE-OF-THE-ART [1] 237/17
STATED [5] 123/3 123/10 149/9 175/23 222/4
STATEMENT [2] 109/8 157/7 208/1
STATES [13] 103/1 103/7 103/11 107/15 107/24 108/14 111/5 164/4 174/1 191/24 208/12 237/16 243/8
STATION [7] 105/17 167/9 167/13 167/15 167/20 171/17 228/21
STATISTICS [1] 143/4
STAY [2] 121/12 186/21
STEEL [1] 228/10
STEEPER [1] 150/6
STENOGRAPHY [1] 105/24
STEP [2] 121/6 239/4
STEVENS [2] 104/22 104/23
STICKS [1] 200/6
STILL [6] 146/19 147/18 158/14 177/14 182/12 219/11
STIPULATE [2] 113/7 186/22
STIPULATION [4] 173/22 173/23 175/9 175/14
STONE [1] 105/16
STOP [2] 145/12 235/18
STOPPED [1] 145/14
STOPS [1] 116/25
STORAGE [1] 194/21
STORE [1] 194/25
STORM [26] 112/11 113/24 114/2 114/4 114/11 114/20 114/24 114/25 115/1 118/21 122/15 137/3 137/3 137/4 137/4 138/3 138/3 144/13 168/8 174/7 174/9 177/5 177/8 226/23 229/11 229/16
STRAIGHT [1] 181/3
STREET [10] 103/16 103/19 103/23 104/6 104/10 104/13 104/20 105/4 105/7 105/20
STREETS [2] 142/16 142/22
STRENGTH [1] 229/7
STRETCH [1] 174/8
STRIP [3] 152/15 152/18 152/20
STRONGER [1] 229/7
STRUCTURAL [2] 135/18 198/3
STRUCTURE [8] 169/16 172/5 179/3 179/5 179/6 198/2 199/13 239/12
STRUCTURES [12] 136/9 136/16 137/22 137/23 137/24 137/25 143/18 148/14 177/23 187/19 229/20 240/23
STUDIES [1] 109/14
STUDY [15] 116/4 116/13 117/6 117/8 117/10 117/13 117/21 117/22 117/24 117/25 125/12 212/25 213/2 222/5 223/12
STUFF [3] 127/1 155/19 211/16
STUTTS [2] 173/25 175/10
STYLUS [4] 113/15 132/2 159/23 173/9
SUB [1] 132/6
SUB-EXHIBIT [1] 132/6
SUBCOMMITTEE [1] 122/6
SUBJECT [9] 112/10 172/25 180/4

203/12 207/14 234/18 235/4 240/20 243/1
SUBROGATED [1] 105/2
SUBSEQUENT [1] 228/25
SUBSETS [1] 161/11
SUBSIDENCE [10] 224/10 224/13 224/15 224/16 224/22 225/5 233/19 233/24 234/2 234/16
SUBSIDING [1] 234/22
SUBSTANTIAL [2] 226/15 231/20
SUBTRACTING [1] 153/21
SUCH [7] 140/19 146/18 147/19 174/12 175/19 198/25 233/5
SUFFICE [1] 137/1
SUFFICIENT [2] 195/25 226/22
SUFFICIENTLY [1] 222/3
SUGGEST [1] 216/23
SUGGESTED [2] 109/18 142/10
SUITABLE [1] 127/4
SUITE [5] 103/16 104/3 104/6 104/10 105/7
SUMMARIES [1] 176/23
SUMMARY [3] 137/16 148/12 211/4
SUPERIMPOSED [1] 139/12
SUPERVISION [1] 128/3
SUPPLEMENTATION [1] 124/19
SUPPLY [1] 119/1
SUPPOSED [1] 212/23
SURE [26] 110/8 114/6 131/23 144/19 144/21 147/18 157/18 161/17 161/21 162/9 162/12 176/9 176/22 180/12 187/23 187/25 189/7 190/15 191/18 194/12 196/25 199/24 203/20 204/24 231/12 239/13
SURFACE [4] 175/6 200/17 205/18 223/25
SURGE [34] 118/21 168/8 174/15 174/16 177/5 179/7 181/16 182/10 183/24 187/17 190/12 190/15 192/7 192/25 193/23 193/24 194/2 194/9 199/19 209/14 213/11 213/19 215/3 216/14 217/5 217/7 217/20 218/16 218/18 221/20 226/16 227/8 231/18 238/5
SURGES [3] 122/15 177/8 220/2
SURROUNDING [3] 121/24 142/3 143/16
SURVEY [13] 125/13 126/1 128/4 129/8 129/12 142/14 143/9 160/6 188/14 188/18 188/19 192/2 234/22
SURVEYED [1] 144/9
SURVEYING [7] 124/13 124/25 125/5 142/11 158/8 158/21 159/7
SURVEYOR [4] 131/23 165/7 165/18 225/1
SURVEYS [4] 127/25 128/9 129/15 233/25
SUSTAIN [1] 205/10
SWAMP [4] 117/9 117/16 117/21 178/4
SWAMPS [1] 174/13
SWITCH [1] 131/12
SWORN [3] 107/12 124/4 186/10
SYNTHETIC [2] 174/7 220/8
SYSTEM [21] 110/21 113/1 125/21 136/12 137/17 138/6 144/10 148/13 151/2 151/3 159/17 168/19 168/22 174/24 178/23 180/8 221/2 221/3 221/9 221/13 224/8
SYSTEMS [3] 126/8 140/13 224/19

**T**

TABLE [3] 117/2 117/2 117/23
TAHEERAH [1] 105/11

T

THAT [777]

THAT'S [109]

TAKE [16]  133/22 148/7 150/14 154/21 155/18 162/17 171/8 171/9 175/15 197/11 221/5 221/6 221/23 229/20 236/16 241/16
TAKEN [6]  128/11 129/6 131/10 135/8 205/2 226/2
TAKES [1]  113/5
TAKING [2]  226/2 226/21
TALK [9]  142/18 155/11 164/7 182/9 195/17 196/23 196/23 201/4 201/11
TALKED [6]  122/21 126/25 160/24 160/25 201/8 201/11
TALKING [9]  151/15 184/16 217/18 220/25 221/11 221/15 231/13 231/13 232/6
TALKS [1]  189/18
TANYA [2]  128/25 130/2
TASK [5]  108/16 109/7 122/21 125/11 143/3
TAUZIN [1]  108/22
TEAM [3]  125/12 213/20 240/12
TECHNICAL [4]  110/15 125/4 125/6 125/8
TECHNIQUE [2]  192/11 192/12
TELL [19]  111/22 129/23 130/11 131/8 137/20 139/9 145/4 153/20 163/9 172/6 178/10 178/12 182/18 186/21 193/21 195/16 202/17 204/8 208/6
TELLS [1]  204/13
TEN [2]  162/17 190/19
TEN-MINUTE [1]  162/17
TEND [2]  197/16 197/19
TENDER [5]  124/21 124/22 124/23 162/23 163/25
TENDERED [2]  124/13 125/2
TENDS [2]  197/4 197/9
TENTHS [3]  142/24 142/25 143/11
TERM [3]  130/22 130/22 138/21
TERMS [2]  149/9 196/24
TERRIBLE [1]  231/8
TERRIBLY [1]  231/5
TESTIFIED [12]  107/12 110/3 114/1 115/2 119/22 124/5 164/22 186/11 198/20 198/21 199/17 214/19
TESTIFY [10]  121/8 165/9 173/24 173/25 176/18 230/10 232/3 233/1 239/17 240/21
TESTIFYING [4]  225/7 225/10 231/24 238/20
TESTIMONY [12]  119/1 119/20 120/24 124/19 161/3 176/16 182/4 182/7 184/24 186/22 201/17 240/15
TESTS [1]  206/12
TEXAS [1]  104/4
THAN [29]  128/15 135/16 138/1 142/22 145/16 147/22 148/2 149/9 150/6 151/11 157/8 165/15 167/16 169/22 170/11 170/20 171/20 179/5 187/22 197/18 198/2 198/5 198/10 198/22 205/5 222/20 229/16 235/4 241/10
THANK [53]  107/9 111/11 112/12 113/21 121/2 121/4 121/5 121/6 123/19 125/1 132/4 136/21 138/15 138/15 143/12 144/25 145/21 150/9 153/15 159/5 162/8 162/22 163/1 163/25 164/1 164/1 169/7 172/11 172/12 172/13 172/19 172/22 173/8 184/18 189/15 196/4 198/23 199/15 204/1 207/14 215/15 218/13 220/14 220/16 232/19 233/22 235/12 239/2 239/3 242/16 242/18 242/24 243/1
THANKS [1]  228/3

THE REACH [1]  155/16
THE RELEVANT [1]  138/22
THE SEPTEMBER [1]  181/9
THEIR [20]  123/6 127/5 129/1 129/3 129/4 134/10 148/15 168/22 169/18 177/9 180/25 181/15 181/21 184/1 202/4 202/10 210/1 224/20 227/14 228/8
THEM [33]  110/5 119/4 119/4 119/21 120/11 133/6 133/21 143/25 144/20 161/1 161/19 161/20 162/1 162/8 168/16 183/25 185/25 186/3 197/2 203/21 206/5 209/25 214/8 214/9 216/7 221/19 221/19 227/5 230/11 230/23 231/2 233/12 238/17
THEMSELVES [3]  123/13 216/6 240/7
THEN [41]  131/6 134/2 149/7 154/4 154/5 157/7 160/14 166/12 166/21 167/1 174/22 181/14 181/20 183/23 184/2 187/5 191/9 192/10 194/3 196/1 197/9 200/13 202/13 206/4 211/6 216/16 216/17 216/20 220/20 228/14 228/17 228/25 229/4 233/14 236/13 236/20 237/20 238/10 238/23 239/12 242/8
THEORY [2]  235/22 239/13
THERE [138]  109/8 110/11 110/15 110/18 111/15 113/15 115/3 115/5 118/12 121/25 123/1 123/8 127/23 128/13 128/14 129/18 131/19 132/1 132/13 132/17 132/19 134/5 134/6 140/3 144/4 146/19 147/18 147/18 149/18 150/21 151/18 151/20 152/20 154/22 155/13 155/14 158/25 159/9 159/13 160/4 160/9 164/19 165/2 165/13 165/13 165/14 165/14 166/3 166/3 166/6 166/6 166/9 166/9 166/12 166/13 167/9 167/22 167/23 169/20 174/16 174/16 175/2 179/21 180/9 182/4 187/2 187/15 188/7 188/23 190/4 191/9 192/9 193/6 194/23 195/3 195/19 195/25 197/10 198/15 198/19 199/3 199/3 201/24 202/25 204/4 204/6 208/8 208/10 208/17 208/21 208/25 209/22 210/5 210/7 212/5 212/10 212/13 212/15 212/16 213/21 216/3 216/7 216/17 216/20 217/12 217/15 217/16 218/23 219/9 219/24 221/4 223/5 223/23 225/16 227/10 228/18 228/19 230/2 230/8 232/14 232/16 235/2 235/11 235/13 235/17 235/20 235/23 236/13 236/17 237/3 237/4 237/11 237/12 237/13 237/23 238/5 240/5 242/14
THERE'S [27]  116/6 120/18 131/18 135/3 137/9 151/23 165/2 172/14 176/8 176/12 180/24 185/21 186/8 194/21 204/3 205/4 209/22 210/5 212/10 216/3 216/16 218/21 218/21 233/14 235/24 235/25 238/4
THEREABOUTS [1]  206/21
THEREFORE [3]  174/15 183/9 214/23
THEREIN [1]  122/25
THESE [56]  116/4 129/6 129/8 129/13 131/13 131/23 134/9 135/13 143/25 144/11 144/15 145/9 145/19 147/1 156/8 161/12 161/18 162/1 162/4 164/16 168/1 168/4 168/25 174/9 179/21 181/18 184/3 184/15 186/4 188/12 189/10 197/7 205/13 205/14 205/24 206/2 206/9 209/9 210/20 210/25 211/6 211/13 212/17 215/10 217/2 220/1 220/1 221/24 223/23 226/14 226/21 227/7 228/6 230/15 231/8 232/20
THEY [105]  108/11 110/4 110/7 110/7

110/8 110/23 114/14 127/24 130/25 143/9 147/20 164/13 167/10 169/24 175/22 176/24 179/8 179/9 181/5 181/5 181/8 181/13 181/13 181/15 181/17 181/18 181/21 182/21 183/7 183/9 183/11 183/12 183/13 183/13 183/16 183/17 184/5 186/2 186/21 186/22 190/6 191/13 191/14 192/19 199/3 201/5 201/25 202/22 206/2 206/4 208/17 209/10 209/11 209/16 209/16 209/20 209/20 209/24 209/24 210/1 210/10 210/25 214/8 217/12 219/7 221/3 221/4 221/7 221/8 221/14 221/19 221/24 222/23 222/23 223/6 223/7 224/6 224/8 227/5 227/19 227/22 227/23 228/7 228/9 228/12 228/12 228/14 228/14 228/16 229/3 229/10 229/11 229/13 230/16 230/18 230/18 231/5 231/6 231/6 238/4 238/8 238/8 238/24 240/6
THEY'LL [1]  148/8
THEY'RE [5]  137/22 144/21 159/2 161/21 162/13
THICK [1]  203/18
THING [9]  140/11 141/9 145/23 197/21 197/21 197/22 202/20 207/17 225/5
THINGS [7]  160/23 163/3 179/6 210/10 237/5 237/23 237/25
THINK [35]  108/9 109/5 109/19 112/1 112/14 115/5 120/23 146/6 151/9 153/5 154/12 155/21 155/22 157/10 157/17 161/10 164/15 176/2 186/24 191/4 198/19 198/21 206/17 214/19 214/21 214/25 216/24 219/17 222/8 230/24 232/5 241/10 241/12 241/13 242/23
THINKING [1]  222/15
THIRD [4]  175/1 175/25 176/8 201/11
THIRDS [1]  176/9
THIS [274]
THIS GRASS [1]  112/8
THOMAS [1]  104/3
THOSE [71]  110/12 115/15 115/25 119/2 119/11 123/14 126/3 126/18 128/1 129/1 129/10 129/15 129/23 130/25 134/4 135/3 137/5 140/3 142/24 159/1 159/17 161/7 161/24 162/3 162/12 167/7 167/12 176/7 178/14 179/9 179/10 185/17 189/25 191/12 191/19 192/15 192/24 193/12 195/1 195/20 196/6 196/8 198/7 199/5 209/23 210/21 210/21 211/25 215/9 215/10 215/13 217/9 217/9 217/22 218/18 218/19 221/1 221/12 221/25 222/3 223/8 223/20 226/12 227/4 227/16 229/12 229/23 235/14 237/4 239/1 242/19
THOUGH [3]  189/1 216/2 238/4
THOUGHT [5]  138/16 158/14 185/1 196/4 206/4
THOUSAND [2]  126/1 142/14
THREAT [2]  184/4 184/7
THREE [12]  142/23 143/11 145/6 145/9 158/8 158/21 178/5 181/2 181/11 219/25 220/1 233/2
THREE-TENTHS [1]  143/11
THROUGH [16]  113/18 121/25 126/17 126/24 127/2 132/20 139/19 140/9 140/21 157/2 161/4 161/5 161/16 166/21 167/2 186/3
THROUGHOUT [1]  142/16
TIGHTER [1]  131/16
TIMBER [1]  122/6
TIME [59]  109/6 111/13 111/18 111/23 112/6 114/3 121/15 121/25 122/1 122/2 128/21 130/14 134/12 136/25 142/15

T

TIME... [44]  148/8 154/13 154/22 155/18
163/17 163/18 172/2 175/6 175/7 178/2
179/1 179/8 179/22 181/14 183/11 184/5
187/1 187/3 187/7 187/19 188/24 191/7
191/19 191/19 193/16 199/23 202/22
205/6 214/9 215/13 217/18 218/22
222/16 223/15 224/7 224/12 225/3
226/25 227/7 228/9 232/22 239/5 240/12
242/23
TIME RIGHT [1]  148/8
TINY [1]  203/6
TODAY [12]  115/15 119/20 119/21
123/21 124/20 160/23 160/24 160/25
182/19 223/9 239/6 242/20
TODAY'S [1]  206/3
TOE [23]  150/1 152/4 152/5 153/1 153/3
153/8 153/8 153/11 153/14 153/20
153/24 154/2 154/5 154/16 155/13
156/15 156/22 156/25 163/6 163/12
183/17 194/9 197/20
TOGETHER [4]  131/20 142/3 203/21
216/4
TOLD [13]  137/11 159/17 187/15 192/18
193/5 198/20 210/14 212/15 215/19
217/21 238/4 238/7 238/14
TOMORROW [1]  243/1
TONI [4]  105/20 243/7 243/15 243/15
TOO [8]  113/3 122/16 140/2 154/21
158/5 164/6 190/2 220/20
TOOK [10]  109/1 114/20 127/3 141/24
162/20 183/8 189/18 230/7 236/14
241/13
TOOL [3]  126/8 137/6 143/2
TOOLS [2]  113/1 237/20
TOOTHPASTE [2]  197/8 199/9
TOP [21]  130/14 135/3 141/20 146/13
147/4 147/23 148/3 148/14 151/16
151/18 155/9 155/12 156/2 163/7 194/14
194/17 195/4 195/5 195/10 197/5 198/9
TOP-OF-CHANNEL [1]  156/2
TOPOGRAPHY [8]  174/13 174/14
178/25 181/16 183/4 190/25 191/14
191/21
TORTS [1]  105/10
TOTAL [3]  117/24 167/4 221/6
TOTALLY [1]  184/25
TOTO [1]  209/4
TOWARD [1]  169/14
TOWARDS [2]  149/8 169/21
TRACK [7]  190/3 190/3 190/6 190/9
190/14 190/18 224/2
TRACKED [1]  190/18
TRACKS [1]  189/25
TRADITIONALLY [1]  127/18
TRANSCRIPT [2]  105/24 243/10
TRANSLATES [2]  163/23 163/24
TRAVEL [2]  222/23 223/2
TRAVELED [1]  223/7
TRAVERSE [1]  220/3
TREE [1]  114/5
TREES [9]  115/3 115/6 115/6 147/21
166/3 166/6 174/13 174/13 178/4
TREMENDOUS [1]  182/21
TREND [1]  175/1
TRIAL [4]  103/10 125/12 235/19 242/25
TRIANGLE [6]  115/4 116/1 116/14
116/20 116/21 116/22
TRIED [1]  119/23
TRIP [3]  109/1 109/7 109/12
TROUBLE [1]  173/10
TRUE [40]  109/1 133/19 187/20 192/20

193/2 193/3 193/10 193/11 193/14 195/4
195/10 195/15 198/9 197/11 198/5 199/1
198/12 207/5 207/9 207/12 208/18
208/19 208/22 209/18 209/19 213/8
214/12 217/23 219/12 219/19 219/20
219/23 234/13 235/5 235/10 237/19
238/17 238/22 238/25 243/9
TRUTH [2]  122/11 229/4
TRY [3]  113/3 205/3 234/4
TRYING [5]  111/24 176/15 190/20 203/8
231/8
TURN [14]  109/20 110/11 110/13 110/14
111/5 117/2 135/19 145/3 157/20 166/15
168/17 169/21 171/5 171/14
TURNED [4]  168/9 168/12 184/6 224/14
TURNS [2]  169/13 169/17
TUSA [4]  105/20 243/7 243/15 243/15
TWO [18]  116/4 119/13 131/19 147/1
151/19 151/20 152/8 152/10 162/24
163/3 176/9 179/6 203/20 203/21 209/5
216/4 233/2 235/24
TWO-AND-A-HALF [1]  119/13
TWO-MILE [1]  152/10
TWO-THIRDS [1]  176/9
TYPE [1]  140/11
TYPES [1]  125/22
TYPICALLY [1]  164/15

U

U.S [2]  105/9 186/25
ULTIMATELY [1]  190/2
UNDER [6]  118/9 127/14 128/3 142/11
212/23 219/3
UNDERSTAND [25]  123/7 123/14
128/13 153/15 155/18 156/8 167/9 172/2
178/18 180/1 180/12 184/8 184/13
189/15 190/20 193/5 202/6 202/12 203/2
211/23 214/17 215/9 218/1 225/17 231/2
UNDERSTANDING [9]  121/18 124/16
124/20 135/5 164/7 164/15 189/13 231/7
243/11
UNDERSTOOD [2]  176/6 183/23
UNFAMILIAR [1]  215/2
UNFORTUNATELY [1]  173/23
UNITED [11]  103/1 103/7 103/11 107/15
111/5 164/4 174/1 191/24 208/12 237/16
243/8
UNITED STATES [7]  107/15 111/5 164/4
174/1 191/24 208/12 237/16
UNITIVE [3]  208/1 208/6 208/7
UNIVERSAL [1]  227/13
UNLESS [2]  131/9 218/4
UNRELATED [1]  225/6
UNTIL [4]  113/23 157/18 160/14 237/18
UP [77]  110/18 111/1 119/24 122/11
128/9 128/11 128/22 130/9 132/7 132/24
133/10 134/2 134/20 135/21 137/15
139/9 140/22 141/18 145/7 148/20
148/25 151/14 153/18 153/21 154/20
155/4 155/7 155/8 155/16 157/20 158/3
158/12 158/14 158/15 158/17 166/16
166/16 176/25 177/15 179/18 181/9
181/11 181/21 182/13 192/6 194/3 194/4
194/6 194/10 196/13 196/22 197/12
198/1 199/19 199/22 200/6 200/9 200/11
200/13 200/14 200/18 200/20 201/3
207/15 207/16 211/2 212/10 216/14
216/21 221/6 234/2 234/4 236/19 236/21
236/24 237/12 242/23

UPDATED [1]  191/19
UPON [19]  123/3 133/3 137/9 154/18
157/1 174/9 174/19 176/19 179/6 181/16
190/21 191/16 191/22 193/17 199/12

UPS [2]  141/21 151/22
US [20]  137/11 139/9 159/17 167/17
187/12 187/15 189/25 191/6 191/10
192/16 198/20 204/13 213/17 215/19
221/20 221/22 221/22 226/16 230/6
237/2
USABLE [1]  119/9
USE [21]  107/22 125/7 125/15 130/24
136/23 138/21 142/4 144/2 173/9 181/1
194/5 205/13 205/14 209/25 210/23
213/18 217/2 219/25 221/16 226/8
237/12
USED [29]  109/23 113/5 125/6 130/22
131/22 135/9 136/17 140/15 168/7
168/10 174/24 183/9 189/19 197/18
199/4 200/2 205/24 206/5 219/16 221/8
221/12 221/14 221/19 223/23 226/8
226/13 231/6 237/20 238/1
USEFUL [1]  126/8
USER [1]  164/11
USERS [1]  164/13
USING [7]  136/14 138/19 139/20 143/24
144/13 220/2 222/21
UTILIZED [5]  123/4 177/14 177/21 178/1
183/14
UTILIZES [2]  138/4 175/2
UTILIZING [1]  174/12

V

VAGUE [1]  158/10
VALIDATE [1]  142/12
VALIDATED [2]  129/19 160/22
VALIDATION [2]  129/15 131/22
VALUE [3]  122/14 230/21 237/1
VANN [2]  173/25 175/10
VANN STUTTS [1]  173/25
VARIANCE [1]  129/18
VARIATION [1]  109/22
VARIED [2]  149/15 151/10
VARIES [6]  141/10 150/25 151/6 151/25
155/22 163/16
VARIOUS [2]  191/6 221/5
VARY [1]  163/15
VAST [1]  144/11
VEGETATION [28]  122/7 139/24 146/16
146/19 146/20 147/1 147/10 147/17
147/17 147/20 148/2 151/23 152/22
164/17 164/18 164/19 164/24 165/2
165/4 165/13 165/14 165/16 165/23
165/24 166/9 166/13 170/17 224/19
VEGETATION WAS [1]  147/17
VELOCITY [1]  223/21
VERIFIED [2]  163/3 217/21
VERIFY [3]  156/20 219/24 226/15
VERRET [7]  136/8 160/10 160/12
169/14 169/21 170/9 216/21
VERRET-TO-CAENARVON [1]  170/9
VERSION [1]  109/22
VERSUS [2]  103/6 176/9
VERTICAL [5]  125/23 130/6 149/16
194/3 200/11
VERY [33]  112/22 126/8 128/13 129/12
134/25 135/3 135/16 141/6 145/14 149/2
150/12 154/13 158/25 159/23 162/8
172/22 182/25 182/25 185/8 185/14
194/24 196/18 199/3 213/6 213/6 213/19
224/3 231/20 238/2 239/3 239/8 242/17
242/24
VICINITY [14]  131/15 134/19 141/21
142/21 146/2 151/7 152/1 154/1 156/6
178/5 178/23 180/3 208/4 221/18

**V**

VICTOR [1] 104/24
VIEWED [1] 126/9
VIOLET [1] 216/21
VIRTUAL [1] 135/8
VIS [2] 239/14 239/14
VIS-À-VIS [1] 239/14
VISUALIZE [1] 141/22
VISUALLY [1] 131/20
VITAE [1] 124/14
VITTER [1] 109/2
VOLUME [1] 103/10
VOLUMES [2] 203/20 203/21

**W**

WAIT [1] 192/21
WAITING [1] 155/10
WALL [1] 194/3
WALTER [1] 104/12
WANT [41] 124/21 124/22 132/5 133/25
138/21 141/6 143/1 144/22 148/20 149/1
154/12 154/21 155/4 155/7 156/24
157/14 157/16 158/23 161/17 161/21
164/7 164/17 166/15 170/23 171/2
172/16 194/16 195/3 195/4 201/4 202/4
203/2 213/20 218/6 225/21 230/11
235/13 237/4 239/6 240/8 240/12
WANTED [7] 176/9 178/13 179/24
184/16 185/3 203/14 242/21
WANTS [1] 150/21
WARD [1] 148/18
WARREN [1] 105/6
WAS [242]
WAS NO [1] 211/21
WASHINGTON [1] 105/18
WASN'T [9] 147/18 165/13 165/14
176/10 192/20 218/1 219/14 220/4
225/17
WASTE [2] 136/25 154/12
WATER [50] 114/17 153/1 153/3 153/4
153/4 154/5 155/13 155/13 163/6 174/17
174/20 177/14 179/9 179/9 181/14
181/22 182/12 191/7 192/19 193/6 193/9
193/25 193/25 195/4 195/5 197/24
204/11 205/17 207/4 213/18 217/8 217/9
217/9 217/22 217/22 217/24 218/17
218/19 221/21 222/20 222/22 222/23
223/7 223/25 226/14 229/22 230/3
231/22 236/3 236/5
WATER'S [2] 163/11 163/12
WATERWAY [2] 151/18 154/16
WAVE [79] 122/15 174/19 174/22
174/23 174/25 175/1 175/3 175/24 176/1
176/3 177/15 179/7 181/4 181/5 181/21
182/9 182/10 182/12 182/13 183/24
193/3 193/8 194/2 194/6 194/10 194/13
194/16 194/18 195/1 195/10 195/23
195/24 196/14 196/19 196/21 197/12
197/13 197/13 197/14 197/16 197/18
197/18 197/25 198/1 198/5 198/7 198/9
198/10 198/13 198/15 199/11 199/19
199/22 200/3 200/5 200/9 200/10 200/11
200/13 200/13 200/18 200/19 200/20
200/22 200/25 201/21 204/15 204/15
205/15 205/19 206/5 206/23 207/3 207/4
220/25 222/19 222/20 222/25 223/17
WAVES [36] 168/8 174/21 175/1 175/24
181/22 183/25 193/10 193/21 194/13
194/16 194/17 195/15 196/6 196/8 196/12
197/11 199/12 201/5 201/6 201/21
201/24 204/4 204/11 207/11 209/17
221/12 222/5 222/9 222/22 223/2 223/6

224/21 238/3 238/11 238/15 238/23
WAY [69] 115/5 115/7 123/5 123/5
124/12 146/18 147/19 149/18 165/12
172/14 175/21 189/9 190/19 203/7 205/4
206/8 206/10 210/9 210/19 212/5 212/10
216/13 231/20 237/21
WAYS [1] 227/22
WE [298]
WE'LL [13] 113/7 123/23 125/7 140/20
147/8 149/24 161/3 161/23 162/17
180/10 211/10 212/3 213/5
WE'RE [21] 110/10 122/24 123/5 123/15
124/15 130/22 133/9 135/25 139/14
141/3 146/9 147/2 147/6 147/23 148/7
149/3 151/19 152/21 155/10 158/20
160/23
WE'VE [11] 139/9 154/11 154/24 155/20
157/25 158/5 160/24 160/25 161/3
161/12 162/16
WEATHER [5] 189/21 189/25 192/16
229/9 230/6
WEEKS [4] 114/15 114/20 114/22 233/2
WEIGHT [1] 197/4
WELL [60] 115/8 116/14 119/9 119/22
123/5 136/24 139/10 141/18 142/17
144/11 148/5 149/7 171/13 173/2 175/12
175/19 177/1 185/3 186/1 186/4 190/6
192/17 194/16 195/8 196/18 204/22
205/2 205/24 205/24 206/4 206/25
207/19 212/19 212/23 214/4 216/7
217/15 217/18 219/6 219/8 223/20 225/1
225/4 226/10 227/19 228/7 228/18 229/5
229/22 230/5 230/7 230/9 230/25 231/2
231/16 234/21 234/24 237/20 239/23
242/10
WENT [15] 126/11 128/4 128/5 140/11
141/12 142/4 142/11 153/4 178/22
181/14 186/3 187/17 188/20 228/16
229/9
WERE [139] 109/8 112/11 113/21
113/23 114/12 114/14 114/20 115/3
115/5 115/6 117/12 119/11 119/18 120/6
120/13 123/1 129/6 132/13 133/2 136/15
137/5 137/23 137/24 137/25 138/1 138/6
142/24 143/18 144/12 144/15 145/5
146/7 151/1 151/4 151/7 153/3 153/18
154/15 160/9 164/18 166/3 166/3 166/6
166/6 166/9 166/12 168/22 169/17
169/20 170/1 170/2 174/16 175/7 179/1
179/12 179/24 184/1 186/24 187/7
187/15 187/19 188/12 189/9 189/25
190/4 191/9 191/12 191/13 191/19 192/4
192/9 192/15 192/19 193/16 195/10
197/2 198/7 198/25 199/7 203/13 205/25
206/4 208/8 210/10 210/14 210/21
210/21 215/10 215/12 217/7 217/9
217/12 217/15 217/16 217/17 218/2
218/9 218/23 219/24 220/25 221/11
221/11 221/12 221/14 221/15 221/19
221/21 222/8 223/21 224/4 224/4 224/6
224/12 225/22 226/2 226/12 226/21
227/1 227/5 227/7 227/16 227/19 227/22
227/23 228/7 228/22 229/2 229/3 229/4
229/13 230/2 230/6 230/8 231/3 231/5
233/3 235/14 237/8 237/23
WEREN'T [2] 187/1 231/6
WEST [5] 160/14 190/14 190/19 228/20
234/21
WESTERN [1] 225/4
WETLAND [2] 115/7 115/12
WETLANDS [12] 117/17 121/24 122/14
122/18 224/4 224/8 224/11 224/15
224/16 224/18 225/8 225/14

WHAT [156]
WHATEVER [3] 122/9 144/18 195/16 174/23
213/13 236/12
WHATEVER [8] 121/13 127/5 130/22
138/5 202/10 220/18 231/12 240/17
WHEN [58] 109/4 112/8 114/10 120/18
132/14 133/9 135/17 137/8 141/6 142/6
142/23 144/21 145/15 150/7 153/7
155/11 159/25 165/19 177/20 179/21
179/23 183/12 183/15 185/4 185/16
187/15 188/12 188/24 189/4 189/9 192/7
192/12 192/24 192/25 193/7 193/12
197/1 203/3 203/5 205/25 210/24 212/21
215/12 217/20 218/1 218/15 221/17
222/11 222/22 223/1 224/4 228/17 229/9
235/21 238/8 239/11 241/2 241/18
WHERE [73] 108/8 108/14 111/23
113/12 113/21 116/23 120/9 128/23
130/25 131/1 132/20 137/5 137/10
139/14 139/22 140/4 143/18 143/20
143/21 144/10 144/11 145/13 145/13
146/3 146/7 146/13 147/4 147/10 148/24
152/2 153/13 153/20 160/13 162/9
164/19 165/13 165/13 166/3 166/6 166/7
166/9 166/13 167/19 169/4 169/7 169/13
169/16 170/1 170/2 170/5 176/24 181/9
181/20 182/17 189/10 189/20 190/21
191/2 193/4 200/3 200/9 200/10 211/14
212/4 216/14 217/12 223/4 230/1 232/13
233/25 236/19 240/22 240/4
WHERE WE'RE [1] 139/14
WHEREUPON [5] 107/11 124/4 162/20
186/10 243/4
WHETHER [28] 111/23 112/7 114/5
137/13 154/8 155/12 165/1 165/5 165/18
165/24 179/14 180/10 180/13 181/17
190/18 190/19 193/24 198/25 206/9
208/10 209/13 223/12 228/8 238/10
238/11 238/15 238/23 240/6
WHICH [52] 109/17 114/3 117/1 118/19
122/7 122/10 122/13 125/6 125/7 128/5
132/24 135/12 135/21 137/1 143/14
144/5 144/9 145/3 146/22 149/5 152/14
155/6 159/20 174/8 174/18 174/23 180/4
181/2 183/7 187/24 188/7 188/16 194/6
197/2 198/8 201/16 204/18 210/13
216/16 217/7 217/8 227/9 229/8 231/7
231/22 235/25 236/1 236/16 237/7
237/13 240/1 241/3
WHILE [8] 110/10 127/6 135/6 147/2
155/10 161/18 171/8 171/9
WHITE [2] 137/23 138/14
WHO [8] 110/16 134/25 208/3 219/8
228/25 234/16 235/3 239/17
WHOLE [4] 126/24 204/3 234/17 235/3
WHOM [1] 205/1
WHY [27] 131/12 132/10 152/17 153/10
158/12 160/10 179/24 182/18 184/16
190/9 192/18 193/6 193/21 194/12
202/14 202/17 202/17 206/16 211/16
223/19 227/15 229/4 230/20 231/14
232/10 234/6 239/11
WIDE [6] 131/5 155/23 164/25 183/16
195/22 206/20
WIDENED [2] 135/7 135/15
WIDENING [5] 107/22 170/3 223/13
223/15 240/3
WIDER [2] 155/14 223/16
WIDTH [23] 131/4 133/23 134/15 134/19
135/7 135/13 135/13 135/13 138/20
140/12 140/16 141/1 141/8 142/2 142/9
149/25 152/25 153/22 154/4 156/17
163/6 163/11 168/4

**W**

WIDTHS [2]  135/14 141/25
WILL [52]  108/16 108/20 108/21 110/23
123/3 123/12 124/1 126/11 129/3 132/23
133/2 137/17 138/24 143/25 145/4
146/23 148/12 149/10 162/14 163/15
173/15 178/13 178/19 178/20 179/4
179/7 179/11 180/16 180/20 181/15
182/3 184/6 184/19 185/17 186/1 193/18
195/2 197/16 200/18 203/9 206/22
213/25 214/2 214/6 218/17 233/5 235/23
239/16 239/23 240/14 241/2 243/1
WIN [1]  114/7
WIND [22]  122/15 174/18 189/19 189/19
189/21 192/15 192/15 192/20 192/21
204/13 205/16 205/16 206/22 207/5
223/21 224/1 224/3 224/20 226/14
229/10 229/13 230/5
WISH [1]  175/19
WISHES [1]  132/8
WITHIN [11]  114/3 129/21 138/8 142/22
142/24 143/10 147/6 152/20 169/2 177/8
200/2
WITHOUT [8]  127/10 180/13 180/14
190/2 202/21 212/12 236/8 236/9
WITNESS [29]  120/24 121/7 121/10
121/14 123/25 124/2 130/17 159/22
162/23 162/24 163/25 172/24 173/12
173/16 177/2 184/8 204/18 204/18
204/21 214/1 214/19 220/20 222/13
230/10 233/3 233/5 234/7 238/20 240/15
WITNESS' [1]  201/17
WITNESSED [1]  122/2
WITNESSES [3]  173/10 175/23 242/20
WON'T [2]  183/22 234/7
WONDERING [3]  176/24 188/6 236/4
WOODCOCK [1]  105/17
WORD [1]  210/1
WORDS [5]  176/3 180/25 207/3 223/16
235/14
WORK [13]  113/16 118/9 118/18 119/15
119/24 120/10 120/13 120/22 222/8
224/12 228/25 235/4 239/6
WORKED [4]  187/7 187/10 204/23 223/6
WORKING [4]  113/14 119/12 200/12
205/25
WORLD [2]  140/5 146/4
WORSE [1]  145/16
WORST [1]  142/24
WORTH [1]  150/3
WOULD [124]  110/14 111/1 111/2 113/1
113/4 114/23 116/16 117/2 117/19
120/25 121/16 121/20 122/11 126/21
129/14 131/7 131/15 132/1 132/24
133/10 133/11 134/17 138/13 138/21
139/17 139/24 141/16 145/12 145/18
145/18 146/21 147/9 149/18 150/5 150/6
151/6 152/19 153/8 153/9 153/14 153/19
153/23 154/3 154/6 154/8 154/19 155/8
155/18 155/25 156/19 156/24 157/7
159/2 159/10 162/24 164/13 165/11
165/12 168/12 169/4 169/7 169/13
169/23 170/8 171/4 171/6 171/7 172/16
173/15 173/21 173/25 179/16 183/11
183/16 183/24 186/22 189/1 189/5
196/10 196/11 196/12 196/13 196/20
197/19 198/6 199/13 199/21 200/5 202/2
202/6 203/21 204/8 204/19 205/14
205/15 205/19 206/17 207/15 208/8
208/9 208/11 208/13 208/15 208/16
208/25 212/10 214/2 215/16 220/11
223/8 223/16 223/18 223/19 223/24
224/8 225/4 226/16 231/19 231/25 236/5
237/19 237/20 238/6 239/4

**WOULDN'T** [6]  131/8 141/14 175/25
187/3 198/13 239/12
WRAP [2]  237/12 242/23
WRAP-UP [1]  237/12
WRIGHT [1]  104/5
WRITE [1]  207/20
WRITING [2]  138/11 225/24
WRITTEN [3]  115/9 115/11 231/24
WRONG [2]  201/16 211/20
WROTE [3]  207/22 207/22 212/21

**Y**

YCLOSKEY [1]  226/11
YEAH [6]  116/16 132/12 134/18 141/19
176/7 187/6
YEAR [1]  133/9
YEARS [7]  119/13 133/5 174/8 187/2
204/23 204/25 222/14
YELLOW [7]  130/24 131/17 131/17
134/4 137/25 143/17 149/4
YES [192]
YET [6]  142/11 159/16 161/22 166/4
213/21 241/22
YORK [2]  105/4 105/4
YOU [618]
YOU'D [3]  123/23 131/10 131/19
YOU'LL [4]  117/14 142/6 181/4 181/8
YOU'RE [12]  111/15 117/24 141/15
149/25 153/12 161/20 185/5 194/2 225/7
227/25 236/4 241/12
YOU'VE [13]  113/9 115/8 115/11 118/24
120/13 126/16 130/12 130/12 131/22
148/24 152/13 161/10 234/5
YOU-ALL [3]  111/1 189/19 238/22
YOUR [159]
YOUR HONOR [32]  107/6 107/7 107/9
111/12 112/12 113/7 114/1 121/15
121/20 122/5 123/17 123/19 123/22
124/1 124/3 124/10 124/12 124/25
127/12 130/20 154/25 161/2 162/7
162/23 172/7 172/18 172/21 173/22
202/3 214/19 222/13 242/19
YOURSELF [4]  118/17 133/3 164/11
206/9

**Z**

ZERO [2]  212/5 212/16
ZONE [2]  122/8 174/8
ZOOM [9]  131/9 131/10 131/15 131/16
132/25 139/14 145/8 146/3 146/12