```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

LOUISIANA STATE ET AL                        CIVIL ACTION

VERSUS                                       NO: 07-5528

AAA INSURANCE ET AL                          SECTION: J(2)


IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
LITIGATION

PERTAINS TO: INSURANCE                       NO: 05-4182
             Chehardy, 06-1672
             Chehardy, 06-1673               SECTION: K(2)
             Chehardy, 06-1674
```

**ORDER**

Upon the request of counsel for the *Oubre* class members, and with the consent of counsel for Defendant Louisiana Citizens Property Insurance Corporation ("LCPIC"),

**IT IS ORDERED** that the May 27, 2009 hearing on LCPIC's Motion for Preliminary and Permanent Injunction (Rec. Doc. 28), and the Ex Parte Motion to Dismiss, Stay or Sever Louisiana Citizens Motion for Temporary Restraining Order (Rec. Doc. 30) and Ex Parte Motion to Appoint Counsel for

Plaintiffs with Respect to Oubre Class Claims (Rec. Doc. 32) filed by counsel for the *Oubre* class members is hereby **RESET**. The hearing on the above-listed motions will take place on **Thursday, May 28, 2009 at 1:30 p.m.**  The parties shall adhere to the prior order of the Court regarding the hearing on these motions (Rec. Doc. 44) in all other respects.

    New Orleans, Louisiana, this  21st  Day of    May   , 2009.

 

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE