1      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA
2 ********************************************************

NORMAN ROBINSON, ET AL
3

         DOCKET NO. 06-CV-2268
4 V.        NEW ORLEANS, LOUISIANA
         TUESDAY, APRIL 21, 2009
5

UNITED STATES OF AMERICA, ET AL
6 ********************************************************

7

     TRANSCRIPT OF TRIAL PROCEEDINGS
8  HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
      UNITED STATES DISTRICT JUDGE
9      VOLUME 2 - MORNING SESSION

10

11 APPEARANCES:

12

FOR THE PLAINTIFF:   O'DONNELL & ASSOCIATES
13        BY:  PIERCE O'DONNELL, ESQ.
        550 SOUTH HOPE STREET
14        SUITE 1000
        LOS ANGELES, CA 90071-2627
15

16        LAW OFFICE OF JOSEPH M. BRUNO
        BY:  JOSEPH M. BRUNO, ESQ.
17        855 BARONNE ST.
        NEW ORLEANS, LA 70113
18

19        THE ANDRY LAW FIRM
        BY:  JONATHAN B. ANDRY, ESQ.
20         KEA SHERMAN, ESQ.
        610 BARONNE ST.
21        NEW ORLEANS, LA 70113

22

        BARON & BUDD
23        BY:  THOMAS SIMS, ESQ.
        3102 OAK LAWN AVENUE, SUITE 1100
24        DALLAS, TX 75219

25

       FINAL DAILY COPY

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

```
 1   ALSO PRESENT:                MRGO LITIGATION OFFICE
                                  BY:  J. ROBERT WARREN, II, ESQ.
 2                                     ASHLEY E. PHILEN, ESQ.
                                  600 CARONDELET STREET, SUITE 604
 3                                NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:           U. S. DEPARTMENT OF JUSTICE
 5                                TORTS BRANCH
                                  BY:  DANIEL MICHAEL BAEZA, JR.
 6                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
 8                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON, JR., ESQ.
 9                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
10                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
11                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE, SR., ESQ.
12                                     JOHN WOODCOCK, ESQ.
                                  P. O. BOX 888
13                                BENJAMIN FRANKLIN STATION
                                  WASHINGTON, DC 20044
14

15
     OFFICIAL COURT REPORTER:     KAREN A. IBOS, CCR, RPR, CRR
16                                500 POYDRAS STREET, ROOM HB-406
                                  NEW ORLEANS, LOUISIANA 70130
17                                (504) 589-7776

18
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19   PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

FINAL DAILY COPY

I N D E X

WITNESSES FOR THE PLAINTIFFS:                    PAGE/LINE:


COL. EARLY J. RUSH, III

  DIRECT EXAMINATION BY MR. DUDENHEFER          250/1


THOMAS A. SANDS

  DIRECT EXAMINATION BY MR. DUDENHEFER          260/8

  CROSS-EXAMINATION BY MR. KELLS                272/23


DUNCAN FITZGERALD

  VOIR DIRE EXAMINATION BY MR. PALMINTIER       288/3

  DIRECT EXAMINATION BY MR. PALMINTIER          293/16

P R O C E E D I N G S

(TUESDAY, APRIL 21, 2009)

(MORNING SESSION)

THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

THE COURT:  OKAY.  WHAT'S UP?

MR. ROY:  PLAINTIFFS ARE READY TO PROCEED, YOUR HONOR.

THE COURT:  GOOD.  YOU CAN CALL YOUR FIRST WITNESS.

BY THE WAY, JUST TO LET YOU KNOW, ON THE DEPOSITIONS THAT
ARE SUBMITTED INTO EVIDENCE, I MADE EXTENSIVE NOTES AND NOTED
EXHIBITS OR THINGS THAT I WANTED TO SEE.

ALL I REALLY NEED IS -- AND I THINK I'M GOING TO GET IT.
I HAVE THE DEPOSITION CUTS -- BUT WE -- JUST SOMETHING THAT -- FOR
THE EXHIBITS MENTIONED IN THE DEPOSITION CUT, SOMETHING THAT
CORRELATES THOSE TO THE EXHIBITS THAT I HAVE IN MY OFFICE, THAT IS,
THE EXHIBITS THAT ARE BEING FILED, SO THAT I CAN ACTUALLY LOOK AT
THE EXHIBIT WHEN I AM RE-LOOKING AT THE DEPOSITION AFTER THE CASE.

THAT'S REALLY ALL I NEED.  I THINK Y'ALL UNDERSTAND THAT.

MR. WARREN:  YOU WILL HAVE THAT AT THE END OF THE DAY.

THE COURT:  I DON'T THINK THAT APPLIES TO THE GOVERNMENT
BECAUSE I DON'T THINK WE HAVE ANY, THUS FAR, ANY DEPOSITION CUTS.

MR. SMITH:  YOU SHOULD HAVE ONE, YOUR HONOR.

THE COURT:  WHICH ONE IS THAT?

MR. SMITH:  THAT WOULD BE SHEA PENLAND.

THE COURT:  OH, YES, I'VE READ THAT.  GOOD, GOOD.  YEAH,

08:35:37  1    READ IT AND SYNOPSIZED.  GOTCHA.

08:35:42  2            MR. DUDENHEFER:  GOOD MORNING, YOUR HONOR.

08:35:43  3            THE COURT:  GOOD MORNING.

08:35:43  4            MR. DUDENHEFER:  THANK YOU VERY MUCH.

08:35:44  5    YOUR HONOR, FRANK DUDENHEFER FOR THE ROBINSON PLAINTIFFS.

08:35:48  6            COUNSEL, GOOD MORNING.

08:35:50  7            YOUR HONOR, WE WOULD LIKE TO CALL TO THE STAND COLONEL

08:35:54  8    RUSH, EARLY J. RUSH, III.

08:35:57  9            THE COURT:  YES, SIR.

08:36:07 10            MR. STONE:  AND I WILL INTRODUCE MYSELF, YOUR HONOR,

08:36:09 11    RICHARD STONE FOR THE UNITED STATES.

08:36:11 12            THE COURT:  OH, THANK YOU, SIR.

08:36:14 13        (WHEREUPON, COLONEL EARLY J. RUSH, III, WAS SWORN IN AND

08:36:15 14        TESTIFIED AS FOLLOWS:)

08:36:15 15            THE DEPUTY CLERK:  PLEASE BE SEATED.  WOULD YOU STATE

08:36:24 16    YOUR NAME AND ALSO SPELL IT FOR THE RECORD.

08:36:27 17            THE WITNESS:  WOULD YOU SAY THAT AGAIN, PLEASE.

08:36:29 18            THE DEPUTY CLERK:  WOULD YOU STATE YOUR NAME AND SPELL IT

08:36:31 19    FOR THE RECORD.

08:36:33 20            THE WITNESS:  EARLY J. RUSH, III.  E-A-R-L-Y; MIDDLE

08:36:37 21    INITIAL J; LAST NAME RUSH, R-U-S-H; ROMAN NUMERAL THREE.

08:36:44 22            THE DEPUTY CLERK:  YOU CAN JUST SIT BACK.  YOU DON'T HAVE

08:36:47 23    TO -- OKAY.

08:36:47 24            MR. DUDENHEFER:  THANK YOU VERY MUCH.

08:36:48 25                     DIRECT EXAMINATION

08:36:48  1   BY MR. DUDENHEFER:

08:36:48  2   Q.  GOOD MORNING, COLONEL RUSH.

08:36:50  3   A.  GOOD MORNING.

08:36:51  4   Q.  SIR, LET ME INTRODUCE MYSELF.  MY NAME IS FRANK DUDENHEFER.

08:36:54  5   I'M AN ATTORNEY.  I HAVE THE RESPONSIBILITY TO REPRESENT THE

08:36:55  6   ROBINSON PLAINTIFFS, AND I HAVE SOME QUESTIONS TO ASK OF YOU THIS

08:37:04  7   MORNING.

08:37:04  8        I'VE HAD A CHANCE TO READ YOUR DEPOSITION, SO I THINK WE

08:37:04  9   CAN POSSIBLY MOVE THROUGH THIS TESTIMONY A LITTLE QUICKLY.  IF I

08:37:05 10   UNDERSTAND CORRECTLY, SIR, FROM THE PERIOD OF 1975 THROUGH 1978,

08:37:08 11   YOU WERE THE CORPS OF ENGINEER NEW ORLEANS DISTRICT COMMANDER; IS

08:37:11 12   THAT CORRECT?

08:37:12 13   A.  THAT'S CORRECT.

08:37:12 14   Q.  AND AS A COMMANDER YOU HAD THE RESPONSIBILITY TO OVERSEE THE

08:37:15 15   OPERATIONS OF THE CORPS HERE, PARTICULARLY WITH RESPECT TO THE MRGO

08:37:18 16   AND THE INNER-HARBOR CANAL, CORRECT?

08:37:21 17   A.  I DID.

08:37:21 18   Q.  IF YOU WERE ASKED, SIR, FOR EXAMPLE, TO DO A CONGRESSIONAL

08:37:29 19   COMMITTEE STUDY OR ASKED BY CONGRESS TO DO A STUDY, YOU WOULD NOT

08:37:33 20   BE ABLE TO TAKE ANY ACTION ON THAT STUDY UNLESS AND UNTIL YOU WERE

08:37:36 21   ACTUALLY FUNDED; IS THAT CORRECT?

08:37:38 22        MR. STONE:  OBJECTION, YOUR HONOR, IT'S AN INAPPROPRIATE

08:37:43 23   HYPOTHETICAL.

08:37:44 24        THE COURT:  WHY IS IT INAPPROPRIATE?

08:37:46 25        MR. STONE:  HE IS ASKING THE WITNESS WITHOUT TELLING HIM

| | |
|---|---|
| 08:37:48 | 1 |  WHAT KIND OF STUDY HE'S GOING TO BE DOING OR ANYTHING LIKE THAT -- |

08:37:48  1   WHAT KIND OF STUDY HE'S GOING TO BE DOING OR ANYTHING LIKE THAT --

08:37:48  2          THE COURT:  HE ASKED HIM IN GENERAL.

08:37:51  3          MR. STONE:  -- AND THE WITNESS IS NOT HERE AS AN EXPERT

08:37:53  4   WITNESS.

08:37:53  5          THE COURT:  HE CAN ASK HIM IN GENERAL IF THAT'S THE CASE,

08:37:55  6   AND HE CAN SAY I DON'T KNOW, YES OR NO.  I'LL ALLOW THE QUESTION.

08:37:57  7   IT'S A GENERAL QUESTION.

08:37:59  8          I ASSUME YOU'RE ASKING IN GENERAL?

08:38:00  9          MR. DUDENHEFER:  I AM, YOUR HONOR.

08:38:01 10          THE COURT:  IN GENERAL, HE CAN SAY NO, THERE ARE MANY

08:38:04 11   VARIATIONS, THAT IT'S A QUESTION UNANSWERABLE.  THE QUESTION CAN

08:38:08 12   DECIDE THE QUESTION AND ANSWER.

08:38:09 13          GO AHEAD.

08:38:10 14   BY MR. DUDENHEFER:

08:38:10 15   Q.  DO YOU NEED ME TO REPEAT THE QUESTION, COLONEL?

08:38:13 16   A.  PLEASE.

08:38:13 17   Q.  YES, SIR.

08:38:14 18          AS A COMMANDER, IF YOU WERE TO RECEIVE A CONGRESSIONAL

08:38:16 19   COMMITTEE RESOLUTION ASKING THAT THE DISTRICT TAKE CERTAIN ACTION,

08:38:19 20   FOR EXAMPLE, TO REVIEW A CHIEF ENGINEER'S REPORT, YOU WOULD DO

08:38:23 21   NOTHING, WOULD YOU NOT, UNTIL YOU ACTUALLY RECEIVE THE FUNDING TO

08:38:25 22   DO THAT PROJECT?

08:38:26 23   A.  THAT IS CORRECT.

08:38:27 24   Q.  AND THAT NOTIFICATION THAT FUNDING HAD BEEN PROVIDED WOULD COME

08:38:32 25   THROUGH THE FEDERAL BUDGET; IS THAT CORRECT?

08:38:34 1  A.  IT WOULD HAVE TO COME THROUGH MY BUDGETING PROCESS, YES.

08:38:37 2  Q.  YES, SIR.  AS A DISTRICT COMMANDER, YOU HAD NO DISCRETION TO

08:38:41 3  SPEND MONEY ON THINGS LIKE BANK PROTECTION, DID YOU?

08:38:43 4  A.  NO.

08:38:45 5  Q.  SIR, AS A DISTRICT COMMANDER, IF YOU REACH THE CONCLUSION THAT

08:38:54 6  BANK EROSION WAS A PROBLEM AND IT NEEDED TO BE ADDRESSED, THERE WAS

08:38:57 7  NOTHING YOU COULD DO WITHIN THE AREA OF YOUR RESPONSIBILITY; IS

08:39:00 8  THAT NOT CORRECT?

08:39:00 9  A.  I WOULD HAVE TO REPORT THAT PROBLEM UP THE CHAIN OF COMMAND TO

08:39:04 10 WASHINGTON.

08:39:05 11 Q.  WOULD YOU FEEL COMPELLED TO REPORT IT?

08:39:09 12 A.  IT WOULD DEPEND ON THE SITUATION.

08:39:14 13         MR. STONE:  OBJECTION; VAGUE.

08:39:15 14         THE COURT:  IT IS A LITTLE VAGUE.  I ASSUME YOU'RE GOING

08:39:18 15 TO TIE THIS INTO SOMETHING.

08:39:19 16         ARE YOU ASKING THE GENERAL PROCEDURES OF THE CORPS, IF A

08:39:23 17 PROBLEM -- THAT COULD BE THAT SOME PENCILS ARE MISSING.  SO YOU

08:39:28 18 MAYBE NEED A LITTLE MORE CONTEXT.

08:39:31 19         MR. DUDENHEFER:  CERTAINLY.

08:39:32 20 BY MR. DUDENHEFER:

08:39:38 21 Q.  LET ME ASK YOU THIS:  DID YOU EVER REPORT UP THE CHAIN OF

08:39:38 22 COMMAND OR CAN YOU POINT ME TO ANY WRITING THAT WENT UP THE CHAIN

08:39:39 23 OF COMMAND THAT YOU FORWARDED DISCUSSING BANK EROSION PROBLEMS

08:39:44 24 ALONG THE MRGO?

08:39:45 25 A.  I DON'T RECALL ANY.

08:39:46  1    Q.  WAS IT YOUR VIEW THAT -- FIRST OF ALL, WHO WAS THE CONSTITUENT

08:39:56  2    FOR THE MRGO PROJECT?

08:39:57  3    A.  I DON'T KNOW.

08:39:58  4    Q.  WHAT IS -- DO NOT CORPS PROJECTS HAVE SPONSORS, FOR EXAMPLE,

08:40:09  5    THE ORLEANS PARISH LEVEE BOARD IN SOME CIRCUMSTANCES?

08:40:12  6    A.  I WOULD CALL THEM PROPONENTS.

08:40:15  7    Q.  PROPONENTS.

08:40:16  8          IS THERE A DISTINCTION BETWEEN A CONSTITUENT AND A

08:40:19  9    PROPONENT?

08:40:21  10   A.  THERE COULD BE, I THINK.

08:40:24  11   Q.  LET ME ASK YOU THIS:  WE DISCUSSED -- STRIKE THAT.

08:40:28  12          WOULD YOU CONSIDER THE LOCAL AUTHORITIES TO HAVE THE

08:40:31  13   RESPONSIBILITY TO REPORT A PROBLEM THROUGH HIS CHANNELS TO

08:40:36  14   CONGRESS?

08:40:38  15   A.  YES --

08:40:40  16          MR. STONE:  OBJECTION.

08:40:41  17          THE COURT:  JUST A MINUTE.

08:40:42  18          MR. STONE:  OBJECTION, VAGUE.

08:40:44  19          THE COURT:  I AM GOING TO ALLOW THE QUESTION AND THE

08:40:48  20   ANSWER, HOWEVER, WITHOUT CONTEXT ANY PROBATIVE VALUE IS CERTAINLY

08:40:57  21   ATTENUATED.

08:40:58  22          MR. DUDENHEFER:  UNDERSTOOD, YOUR HONOR.

08:40:59  23   BY MR. DUDENHEFER:

08:41:00  24   Q.  YOU UNDERSTOOD DURING YOUR TENURE AS THE DISTRICT COMMANDER

08:41:03  25   THAT THERE WAS EROSION PROBLEM ON THE MRGO; IS THAT CORRECT?

FINAL DAILY COPY

08:41:08  1   A.  I DIDN'T REALLY GET ANY INFORMATION ALONG THAT LINE THAT THERE

08:41:11  2   WAS A MAJOR PROBLEM.

08:41:12  3   Q.  DID YOU UNDERSTAND IT WAS A PROBLEM?

08:41:14  4   A.  I DON'T REMEMBER THAT AS BEING A PROBLEM.

08:41:17  5   Q.  DO YOU REMEMBER IT BEING AN ISSUE THAT WAS WIDELY DISCUSSED?

08:41:21  6   A.  NO, I DO NOT REMEMBER THAT.

08:41:25  7   Q.  DID YOU RECOGNIZE AS THE DISTRICT COMMANDER THAT WETLANDS AND

08:41:35  8   MARSHES AND TREES PROVIDED A STORM SURGE BUFFER?

08:41:39  9   A.  I KNEW THAT AS AN ENGINEER.

08:41:41 10   Q.  WOULD YOU AGREE THAT MARSH IS IMPORTANT BECAUSE IT DOES, IN

08:41:46 11   FACT, PROVIDE A STORM BUFFER?

08:41:47 12   A.  YES, I DO.

08:41:48 13   Q.  WOULD YOU AGREE, SIR, THAT WITH THE DESTRUCTION OF THE MARSH,

08:41:54 14   THERE'S ALSO A DESTRUCTION OF THE HURRICANE BUFFER?

08:41:57 15   A.  IT HAS AN IMPACT.

08:41:58 16   Q.  AND YOU KNEW THAT AS A DISTRICT DIRECTOR -- A DISTRICT

08:42:03 17   COMMANDER?  AND YOU KNEW THAT IN 1975-74 TIME FRAME?

08:42:09 18   A.  NOT '74.  I WAS THERE IN '75.

08:42:12 19   Q.  IN '75, YOU KNEW IT THEN?

08:42:14 20   A.  I UNDERSTOOD THAT, YES.

08:42:15 21   Q.  YOU UNDERSTOOD THAT.

08:42:16 22        AND SO THAT THE GREATER THE RISK -- STRIKE THAT.

08:42:20 23        THE GREATER THE LOSS OF THE WETLANDS, THERE WAS A GREATER

08:42:23 24   RISK, IN FACT, THAT THERE WOULD BE DAMAGE BY SURGE OR STORM SURGES

08:42:28 25   AND HURRICANES?

08:42:28  1    A.  THAT WOULD FOLLOW.

08:42:30  2    Q.  YOU AGREE, SIR, THAT CONGRESS DIRECTED THE CORPS OF ENGINEERS

08:42:37  3    TO CONSTRUCT THE CHANNEL FOR NAVIGATIONAL PURPOSES THE MRGO?

08:42:41  4    A.  YES.

08:42:48  5         MR. DUDENHEFER:  CAN WE PUBLISH, PLEASE, YOUR HONOR,

08:42:50  6    PLAINTIFF'S EXHIBIT 1344.

08:42:50  7    BY MR. DUDENHEFER:

08:43:08  8    Q.  DO YOU SEE THE SECOND PARAGRAPH AT THE BOTTOM THAT SUGGESTS

08:43:16  9    PURPOSE OF FORESHORE DIKE CONSTRUCTION, DO YOU SEE THAT, SIR?

08:43:17 10    A.  YES, I DO.

08:43:18 11    Q.  THIS WAS A DOCUMENT DATED JULY 1976 WHICH WAS SIGNED BY YOU AS

08:43:28 12    THE DISTRICT ENGINEER.  IT'S AT PAGE 3.

08:43:35 13    A.  I DON'T SEE PAGE 3.

08:43:37 14    Q.  I'M SORRY.

08:43:41 15    A.  THAT IS MY SIGNATURE.

08:43:42 16    Q.  THANK YOU.

08:43:43 17         GOING BACK TO PAGE 1.  AND YOU RECOGNIZE, SIR, THAT

08:43:50 18    FORESHORE DIKE CONSTRUCTION IS REQUIRED IN ORDER TO PREVENT FURTHER

08:43:56 19    MRGO BANK EROSION; IS THAT CORRECT?

08:43:57 20    A.  THIS WAS ASSOCIATED WITH A PARTICULAR LOCATION ON MRGO.

08:44:00 21    Q.  THAT'S CORRECT.  I THINK IT WAS SOMEWHERE AROUND THE CITRUS

08:44:04 22    CANAL?

08:44:04 23    A.  YES.

08:44:05 24    Q.  DID YOU RECOGNIZE DURING YOUR TENURE AS THE DISTRICT COMMANDER

08:44:22 25    THAT SUBSIDENCE WAS AN ISSUE ALONG THE MRGO AND THE SURROUNDING

08:44:26  1    MARSHLANDS?

08:44:29  2    A.   THAT IS A PROBLEM IN LOUISIANA, YES.

08:44:30  3    Q.   RECOGNIZING, SIR, THAT SUBSIDENCE IS A PROBLEM THROUGHOUT

08:45:01  4    SOUTHEAST LOUISIANA IN THE MARSH ENVIRONMENT, WOULD YOU ALLOW, SIR,

08:45:04  5    THAT THERE IS A GREATER RISK OF SUBSIDENCE NEXT TO WATER BODIES

08:45:08  6    SUCH AS THE MRGO?

08:45:09  7    A.   I REALLY DON'T KNOW.

08:45:15  8              MR. DUDENHEFER:   THANK YOU VERY MUCH.

08:45:16  9              I'LL PASS THE WITNESS, YOUR HONOR.

08:45:17 10              THE COURT:   THANK YOU, SIR.

08:45:19 11              MR. STONE:   NO QUESTIONS, YOUR HONOR.   MAY THE WITNESS BE

08:45:21 12    EXCUSED?

08:45:22 13              THE COURT:   HE MAY.

08:45:23 14              MR. STONE:   CAN I RAISE SOMETHING JUST MOMENTARILY?

08:45:25 15              THE COURT:   YOU MAY STEP DOWN, SIR.   TAKE YOUR TIME.

08:45:29 16              MR. STONE:   THAT DR. BEA IS ONLY GOING TO BE HERE FRIDAY

08:45:33 17    AND THERE IS NOT GOING TO BE MUCH TIME FOR HIS CROSS-EXAMINATION.

08:45:38 18    CAN WE GET SOME KIND OF AN IDEA OF WHAT THE CIRCUMSTANCES ARE WITH

08:45:42 19    DR. BEA -- OH, I UNDERSTAND HE'S GOING TO GO THROUGH MONDAY.   I

08:45:51 20    THINK THAT'S RESOLVED THEN.

08:45:52 21              THE COURT:   GOOD.

08:45:53 22              MR. STONE:   SORRY ABOUT THAT.

08:45:55 23              MR. ROY:   WELL, IT'S STILL SOMEWHAT IN A STATE OF FLUX,

08:45:59 24    YOUR HONOR.   MR. FAYARD I'VE ASKED TO BE WORKING ON THIS TODAY.

08:46:03 25              THE COURT:   THEY'RE GOING TO HAVE A RIGHT TO

08:46:04  1    CROSS-EXAMINE HIM, AND HE MAY HAVE TO STAY HERE UNTIL THREE O'CLOCK

08:46:08  2    IN THE MORNING.

08:46:08  3            MR. ROY:  ABSOLUTELY, YOUR HONOR.

08:46:09  4            THE COURT:  IF THAT'S A PROBLEM.  I MEAN -- OR WE MAY

08:46:10  5    HAVE TO JUST SEQUESTER HIM AND HAVE THE MARSHAL ARREST HIM, BUT HE

08:46:15  6    IS GOING TO BE TESTIFYING.

08:46:16  7            MR. ROY:  ABSOLUTELY, YOUR HONOR.  WE DON'T CONTEST THAT

08:46:18  8    AT ALL.

08:46:18  9            THE COURT:  LET ME MAKE SURE THAT -- THE PLAINTIFFS NEED

08:46:21 10    TO MAKE SURE THAT THERE IS REASONABLE TIME FOR HIM TO BE

08:46:24 11    CROSS-EXAMINED.

08:46:25 12            MR. ROY:  AND WE WILL DO THAT, YOUR HONOR.

08:46:26 13            I THINK THE POINT I WAS GOING TO RAISE IS IN ORDER TO

08:46:29 14    BETTER FACILITATE THAT TIME TO GIVE YOU WHAT YOU NEED, WE MAY NEED

08:46:33 15    TO BRING HIM IN ON MONDAY AND START HIM ON MONDAY.

08:46:38 16            THE COURT:  THAT'S CERTAINLY YOUR CALL.

08:46:39 17            MR. STONE:  WE'LL WORK THAT OUT WITH HIM.

08:46:41 18            MR. ROY:  WHICH MAY TAKE THE PRESSURE OFF ON THE CROSS

08:46:44 19    ISSUE.

08:46:44 20            MR. FAYARD:  JUDGE, CALVIN FAYARD, I WAS GOING TO

08:46:47 21    RECOMMEND THAT WE MEET WITH THE GOVERNMENT LATER IN THE DAY TO TRY

08:46:55 22    TO WORK THAT OUT IF WE COULD POSSIBLY DO THAT.

08:46:55 23            THE COURT:  THAT'S A VERY GOOD IDEA.  I WOULD HATE FOR

08:46:56 24    THE COURT TO HAVE TO WORK IT OUT BECAUSE THE COURT WILL.

08:46:57 25            MR. ROY:  WE'RE SENSITIVE TO YOUR ISSUE.

FINAL DAILY COPY

08:47:00  1          THE COURT:  IT WOULD BE A LOT BETTER IF YOU WORKED IT

08:47:03  2   OUT, A LOT LESS ARBITRARY.

08:47:05  3          MR. FAYARD:  I UNDERSTAND, YOUR HONOR.

08:47:06  4          MR. STONE:  SORRY, ONE MORE THING, YOUR HONOR.  THERE IS

08:47:08  5   AN ISSUE WITH THIS MONITOR.  DAWN TRIED TO HELP ME OUT WITH IT.

08:47:15  6          THE COURT:  AND THE ISSUE IS?  IT DOESN'T SHOW A PICTURE?

08:47:20  7          MR. STONE:  IT WASN'T SHOWING ANYTHING.

08:47:22  8          THE COURT:  IT WOULDN'T SHOW A PICTURE NOW, THERE'S

08:47:26  9   NOTHING UP THERE.  WE WOULD HAVE TO DISPLAY ONE TO TEST IT.

08:47:31 10          MR. STONE:  THANK YOU, YOUR HONOR.

08:47:31 11          THE DEPUTY CLERK:  IT'S WORKING.

08:47:33 12          THE COURT:  THE ISSUE IS WITH THE MANUAL ATTACHMENTS

08:47:53 13   INVOLVED.

08:47:53 14          MR. ROY:  YOUR HONOR, THE PLAINTIFFS' NEXT WITNESS WILL

08:47:56 15   BE MR. SANDS.

08:47:59 16          THE COURT:  IF YOU WOULD LET US KNOW, AS I SAID AT THE

08:48:01 17   BEGINNING, KIND OF A PINPOINT THIS GOES TO THE GENERAL AREA.  I

08:48:07 18   FORGOT TO DO IT LAST TIME.  THAT WAS MY ERROR.

08:48:09 19          MR. DUDENHEFER:  NO, YOUR HONOR, IT WAS MINE.  I

08:48:11 20   APOLOGIZE.

08:48:12 21          THE COURT:  WE CAN JOINTLY TAKE IT.

08:48:16 22          MR. DUDENHEFER:  CAN THAT BE A CONTINUING?

08:48:17 23          THE COURT:  YES.

08:48:21 24          MR. DUDENHEFER:  YOUR HONOR, WE CALL THOMAS SANDS,

08:48:25 25   PLEASE.

08:48:30 1          YOUR HONOR, JUST AS MATTER OF FOLLOW-UP IN CONNECTION

08:48:32 2     WITH THE EARLIER WITNESS'S TESTIMONY, I WOULD OFFER, FILE, AND

08:48:35 3     INTRODUCE INTO EVIDENCE PLAINTIFFS' EXHIBIT 1344.

08:48:37 4          THE COURT:  I THINK THEY'VE ALL BEEN INTRODUCED.  AM I

08:48:40 5     RIGHT ON THAT?

08:48:40 6          MR. DUDENHEFER:  WITHDRAWN.

08:48:43 7          THE COURT:  WE'VE INTRODUCED EVERYTHING SUBJECT TO THE

08:48:46 8     GOVERNMENT'S DISCRETE OBJECTIONS WHICH MAY BE LODGED.

08:49:03 9          AND YOU MIGHT GIVE US THE HIGHLIGHT ON THIS WITNESS

08:49:06 10    BEFORE HE GETS HERE.

08:49:08 11         MR. DUDENHEFER:  COLONEL SANDS IN MID 1970'S, YOUR HONOR,

08:49:10 12    THEN COLONEL, NOW GENERAL SANDS RETIRED, WAS THE DISTRICT DIRECTOR

08:49:16 13    FOR THE CORPS OF ENGINEERS.

08:49:16 14         THE COURT:  AND THE SCOPE --

08:49:17 15         MR. DUDENHEFER:  AND THIS WOULD BE ALSO WITH RESPECT TO

08:49:19 16    MAINTENANCE AND OPERATION OF THE MRGO AS WELL AS KNOWLEDGE.

08:49:22 17         THE COURT:  OKAY.

08:50:29 18         MR. KELLS:  JUST FOR PURPOSES OF THE COURT REPORTER -- I

08:50:30 19    HOPE I WON'T HAVE TO OBJECT -- BUT MY NAME IS CONOR KELLS,

08:50:37 20    C-O-N-O-R K-E-L-L-S, ON BEHALF OF THE UNITED STATES.

08:50:40 21         THE COURT:  THANK YOU FOR SPELLING IT, SIR.

08:50:42 22         THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

08:50:44 23       (WHEREUPON, THOMAS A. SANDS, WAS SWORN IN AND TESTIFIED AS

08:50:48 24       FOLLOWS:)

08:50:48 25         THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

08:50:50  1    ALSO SPELL IT FOR THE RECORD.

08:50:52  2              THE WITNESS:  THOMAS SANDS.

08:50:57  3              THE DEPUTY CLERK:  AND THAT'S S-A-N-D-S?

08:51:00  4              THE WITNESS:  CORRECT.

08:51:09  5              MR. DUDENHEFER:  MAY I PROCEED, YOUR HONOR?

08:51:10  6              THE COURT:  YES, SIR, YOU MAY.

08:51:11  7                        DIRECT EXAMINATION

08:51:11  8    BY MR. DUDENHEFER:

08:51:11  9    Q.  GOOD MORNING, SIR.  MY NAME IS FRANK DUDENHEFER.  I REPRESENT

08:51:14 10    THE ROBINSON PLAINTIFFS.  WE HAVE NOT MET BEFORE, BUT I'VE HAD A

08:51:17 11    CHANCE TO READ YOUR DEPOSITION AND I HAVE SOME QUESTIONS FROM THAT.

08:51:19 12              SIR, YOUR POSITION WITH THE CORPS OF ENGINEERS IN

08:51:22 13    1978-1981, YOU WERE THE DISTRICT ENGINEER FOR NEW ORLEANS?

08:51:26 14    A.  THAT'S CORRECT.

         15    Q.  AND SUBSEQUENTLY FOR THE PERIOD 1984 THROUGH 1989, YOU WERE THE

         16    DIVISION CHIEF FOR THE CORPS; IS THAT CORRECT?

         17    A.  I WAS THE DIVISION COMMANDER OF THE LOWER MISSISSIPPI VALLEY

         18    DIVISION AT THAT TIME.

         19    Q.  WHAT WAS THE GEOGRAPHICAL REACH OF THAT POSTING?

         20    A.  IT WAS RESPONSIBLE FOR ALL FEDERAL WATER RESOURCES

         21    RESPONSIBILITIES FOR THE LOWER MISSISSIPPI VALLEY, WHICH BASICALLY

         22    WAS ST. LOUIS TO THE GULF.

         23    Q.  SUBSEQUENT -- YOU'RE RETIRED AT THIS POINT?

         24    A.  CORRECT.

         25    Q.  AND YOU -- FOR SOME PERIOD FOLLOWING YOUR RETIREMENT, YOU

```
1    WORKED WITH WALK HAYDEL AND URS AS AN ENGINEERING CONSULTING FIRM?

2    A.  I DID.

3    Q.  AND SOME OF THE WORK THAT YOU DID FOR THEM WAS IN CONNECTION

4    WITH CONSULTING WORK INVOLVING PROJECTS WITH THE CORPS OF

5    ENGINEERS?

6    A.  NO, I DON'T RECALL DOING ANY WORK AS A MEMBER OF WALK HAYDEL

7    WITH THE CORPS OF ENGINEERS.

8    Q.  HOW ABOUT UBS -- OR URS?

9    A.  WITH URS EARLIER, I WAS INVOLVED IN I THINK ONE PROJECT THAT

10   HAD TO DO WITH THE CORPS OF ENGINEERS.

11   Q.  IS THAT FIVE AIR BASES IN ISRAEL, IF YOU RECALL?

12   A.  NO.  THAT WAS NOT -- I WAS WORKING WITH URS IN THEIR EFFORTS TO

13   OBTAIN CORPS CONTRACTS -- OR SUBMIT A BID ON A CORPS CONTRACT IN I

14   BELIEVE IT WAS SAUDI ARABIA.

15   Q.  GOOD.

16          MR. DUDENHEFER:  COULD WE PUBLISH PX 1031.

17          THE COURT:  I CAN GET 1031 AND YOU CAN PUT IT ON THE ELMO

18   IF YOU REALLY NEED IT.

19          MR. DUDENHEFER:  YOUR HONOR, I HAVE AN EXTRA COPY, AND IF

20   I MAY, I'LL GIVE THIS COPY TO THE WITNESS.

21          THE COURT:  WE CAN JUST SWITCH TO THE ELMO.  THERE YOU

22   GO.  VERY GOOD.  THERE YOU GO.  WE CAN ZOOM IN OR ZOOM OUT.  OKAY.

23   THAT'S BETTER.

24          MR. DUDENHEFER:  I'LL USE THE HIGHLIGHTS.  THAT'S ALL

25   RIGHT.
```

```
 1              THE COURT:  AND YOU CAN ZOOM IN WITH THAT, AS YOU KNOW,

 2    IF YOU NEED TO.

 3    BY MR. DUDENHEFER:

 4    Q.  I'LL SHOW YOU THE SECOND PAGE OF THAT EXHIBIT, SIR, AND SHOW

 5    THAT YOUR SIGNATURE IS ATTACHED.

 6              DO YOU RECALL THIS LETTER AT ALL?

 7    A.  I'VE SEEN THIS LETTER BEFORE DURING MY DEPOSITION, BUT I DON'T

 8    PERSONALLY RECALL THE LETTER.

 9    Q.  UNDERSTOOD.

10              YOU RECALL, SIR, THAT THIS WAS IN RESPONSE TO A LETTER

11    FROM CONGRESSMAN LIVINGSTON --

12    A.  YES.

13    Q.  -- ASKING FOR -- OKAY.

14              AND YOU ASKED THAT -- HE ASKED YOU TO RESPOND DIRECTLY TO

15    MR. WALTZER?  DID HE ASK YOU -- I'M SORRY.

16    A.  YES.

17    Q.  THANK YOU.

18              ATTACHED AS PART OF THIS EXHIBIT WAS ALSO MR. WALTZER'S

19    COMPLAINT.  HE EXPRESSED CONCERN, DID HE NOT -- AND I AM REFERRING

20    TO THE LAST PARAGRAPH -- THAT -- THE SECOND LINE, "WE DO HOPE THAT

21    THE CURRENT REEVALUATION OF THE PROJECT WILL TAKE INTO

22    CONSIDERATION OF THE DANGERS OF FLOODING FROM HURRICANE TIDES IN

23    THE MISSISSIPPI RIVER GULF OUTLET."

24              YOU RECALL HAVING RECEIVED THAT COMMUNICATION?

25    A.  YES.
```

```
 1   Q.  AND YOU, ON 10 JANUARY 1979, RESPONDED TO MR. WALTZER AND

 2   BASICALLY ACKNOWLEDGED HIS CONCERNS ABOUT FLOODING FROM THE MRGO

 3   AND THE NEED TO EVALUATE A BARRIER PLAN, CORRECT?

 4   A.  CORRECT.

 5   Q.  AND AT THAT TIME YOU SUGGESTED THAT THERE WERE HYDRAULIC MODEL

 6   STUDIES THAT WERE BEING USED TO RESOLVE THIS MAJOR CONTROVERSIAL

 7   ISSUE THAT HAD BEEN RAISED BY CRITICS IN THE PAST AND MOST RECENTLY

 8   BY THE CORPS?

 9   A.  CORRECT.

10   Q.  THANK YOU, SIR.

11           THE COURT:  DO YOU WANT TO MOVE?

12           MR. DUDENHEFER:  I AM NOT GOING TO TRY AND TURN IT OFF.

13           THE DEPUTY CLERK:  WE CAN JUST CHANGE IT BACK TO THE PC.

14           THE COURT:  WE'RE BACK TO THE COMPUTER.

15   BY MR. DUDENHEFER:

16   Q.  YOU RECOGNIZE, SIR, AS THE DISTRICT COMMANDER THAT THERE WAS A

17   SURGE RISK IN THE MISSISSIPPI GULF OUTLET WITH THE RIGHT STORM ON

18   THE RIGHT TRACK; IS THAT CORRECT?

19           MR. KELLS:  OBJECTION, LEADING.

20           MR. DUDENHEFER:  YOUR HONOR, I'LL --

21           THE COURT:  I AM GOING TO ALLOW HIM TO LEAD IN THAT I'VE

22   DETERMINED THAT THIS WITNESS IS MOST LIKELY ALIGNED WITH THE

23   DEFENDANT.

24           THE OBJECTION IS OVERRULED.

25           MR. DUDENHEFER:  THANK YOU.
```

1   BY MR. DUDENHEFER:

2   Q.  SIR, DO YOU RECALL THE QUESTION?

3   A.  I CERTAINLY THINK THAT AT THAT POINT IN TIME THE REEVALUATION

4   OF THE HURRICANE PROTECTION PROJECT HAD TO CONSIDER ALL OF THE

5   IMPACTS ASSOCIATED WITH THE VARIOUS STORM TRACKS, AND CERTAINLY THE

6   MISSISSIPPI RIVER GULF OUTLET, LIKE ALL OF THE OTHER OPEN WATER --

7   LAKE BORGNE, ET CETERA -- WOULD BE A CONDUIT TO TIDAL SURGE.

8   Q.  THE DIFFERENCE, THOUGH, WAS THE MRGO WAS NOT A NATURALLY

9   OCCURRING WATER BODY, CORRECT, WOULD YOU AGREE?

10   A.  THE MISSISSIPPI RIVER GULF OUTLET WAS A PHYSICALLY CONSTRUCTED

11   WATERWAY, CORRECT.

12   Q.  I THINK WE AGREE.  THANK YOU, SIR.

13        THE CORPS, IN THE MID '70S, CERTAINLY HAD THE TECHNICAL

14   CAPABILITY TO ADDRESS ISSUES OF EROSION ON THE BANKS OF THE MRGO,

15   DID IT NOT?

16   A.  THE CORPS CERTAINLY HAD THE TECHNICAL CAPABILITY TO DO THAT,

17   THAT'S CORRECT.

18   Q.  WHEN YOU -- STRIKE THAT.

19        WHEN THE CORPS WAS AUTHORIZED TO CONSTRUCT TO A 36-FOOT

20   DEPTH, THERE WAS A 3-FOOT MARGIN WITH RESPECT TO DREDGING, WAS

21   THERE NOT, SUCH THAT YOU COULD DREDGE TO 39 FEET WITHIN THE

22   PERMISSIBLE BOUNDARIES OF THE CORPS REGULATIONS?

23   A.  THAT NORMALLY -- I DON'T THINK THAT HAD ANYTHING TO DO WITH THE

24   AUTHORIZATION OF THE PROJECT.  AS I RECALL, THE NORMAL OPERATING

25   PROCEDURE FOR MAINTENANCE DREDGING IS THAT YOU WERE ALLOWED TO GO

1  TO -- TO HAVE A DREDGING CONTRACTOR, IN HIS MAINTENANCE PROGRAM,

2  MAINTENANCE CONTRACT, TO DREDGE TO AN OVER DEPTH OF THREE FEET,

3  THAT'S CORRECT.

4  Q.  IF EROSION FROM SHIP WAKE WOULD MAKE THE MRGO WIDER -- IN SOME

5  CASES SUBSTANTIALLY WIDER -- THAN THE DESIGN CRITERIA, THAT WAS NOT

6  A CONCERN, WAS IT NOT, FROM THE CORPS' PERSPECTIVE?

7  A.  WELL, THE EROSION OF THE NORTH SHORE OF THE MRGO WAS CERTAINLY

8  A CONCERN FROM THE STANDPOINT OF MARSH LOSS, BUT IT WOULD NOT BE A

9  CONCERN WITH REGARD TO MAINTAINING THE NAVIGATION CHANNEL, NO.

10 Q.  THERE WAS NO FORESHORE PROTECTION ON THE EAST SIDE OF THE MRGO;

11 IS THAT CORRECT?

12 A.  CORRECT.

13 Q.  THERE WAS CONCERNS, HOWEVER, EXPRESSED TO BOTH THE CORPS FROM,

14 SAY, FOR EXAMPLE, CONGRESSMAN LIVINGSTON'S OFFICE AND OTHER SOURCES

15 ABOUT THE LACK OF FORESHORE PROTECTION ON THE EAST SIDE, CORRECT?

16 A.  CORRECT.

17 Q.  THAT WAS A FAIRLY -- I THINK YOU MAY HAVE DESCRIBED IT AS A

18 VERY HOT TOPIC IN THE MID '70S -- I'M SORRY, IN THE LATE '70S?

19       MR. KELLS:  OBJECTION, VAGUE, "HOT TOPIC."

20       THE COURT:  HE ASKED HIM IF HE DESCRIBED IT AS A HOT

21 TOPIC.  THERE IS NOTHING VAGUE ABOUT THAT.  HE CAN SAY, NO, I

22 DIDN'T, OR, YES, I DID.

23       THE WITNESS:  IT WAS CERTAINLY A TOPIC OF CONCERN AT THE

24 TIME.  IN FACT, AT THAT POINT IN TIME COASTAL EROSION WAS BECOMING

25 A MAJOR ISSUE.

```
 1   BY MR. DUDENHEFER:
 2   Q.  WHAT PROACTIVELY COULD THE CORPS OF ENGINEERS DO TO ADDRESS FOR
 3   EROSION ON THE EAST BANK?
 4   A.  WELL, I HAD A NUMBER OF MEETINGS WITH THE LOCAL OFFICIALS TO
 5   INCLUDE THE LOCAL SPONSORING AGENCY, THE DOCK BOARD, GOING OVER
 6   ISSUES THAT RELATED TO WHAT COULD BE DONE.
 7           AS I RECALL, 30 YEARS AGO I BELIEVE I DID, IN FACT, MAKE
 8   SUGGESTIONS TO BOTH THE CONGRESS AND TO THEIR -- TO THE LOCAL
 9   CONSTITUENTS WITH REGARD TO WHAT AUTHORITIES COULD BE PROVIDED
10   UNDER THIS PARTICULAR PROJECT THAT WOULD ALLOW THE DISTRICT TO GO
11   IN AND DO AN ANALYSIS OF THE EROSION ISSUE AND POTENTIALLY MAKE
12   SOME RECOMMENDATIONS.
13   Q.  WHY WAS -- FIRST OF ALL, WOULD YOU AGREE WITH ME THAT THE TERM
14   "CONSTITUENTS" WOULD INCLUDE, IN THE CONTEXT OF THE MRGO,
15   ST. BERNARD PARISH, THE DOCK BOARD, PERHAPS THE ORLEANS LEVEE
16   BOARD?
17   A.  OH, ABSOLUTELY.
18   Q.  AND IT WAS YOUR UNDERSTANDING THAT THE PROBLEM HAD TO BE
19   BROUGHT TO WASHINGTON'S ATTENTION BY THE CONSTITUENTS.  THEY WERE
20   THE ONES THAT HAD TO RAISE THE PROBLEM, NOT YOU AS THE CORPS
21   COMMANDER?
22   A.  WELL, NO, NOT NECESSARILY IN THAT CONTEXT.  THE ISSUE WAS
23   CERTAINLY RAISED AND ADDRESSED WITH, CERTAINLY, CONGRESSMAN
24   LIVINGSTON AND, NO DOUBT, THE SENATORS.
25           I BELIEVE THERE SHOULD HAVE BEEN COMMUNICATIONS BETWEEN
```

1    THE DOCK BOARD SINCE THE DOCK BOARD AS THE LOCAL ASSURING AGENCY

2    WAS RESPONSIBLE FOR CERTAIN ISSUES AS THE LOCAL SPONSOR.

3            SO IN RAISING THE ISSUE, NO, I THINK THE ISSUE WAS

4    PROPERLY RAISED.  AT LEAST I CONSIDER FROM THE DISTRICT ENGINEER'S

5    STANDPOINT THE ISSUE WAS PROPERLY RAISED AND DISCUSSED WITH THE

6    ELECTED OFFICIALS IN TERMS OF WHAT THE CORPS AUTHORITIES WERE AND

7    HOW ADDITIONAL AUTHORITIES COULD BE PROVIDED THAT WOULD ALLOW US TO

8    ADDRESS THE ISSUE.

9    Q.  IN FACT, YOU COUNSELED THE CONSTITUENTS BOTH TO CONTACT

10   CONGRESS, AND AT THE SAME TIME, YOU PROVIDED THEM ASSISTANCE WITH

11   HOW THEY MIGHT OBTAIN FUNDING FOR PARTICULAR PROJECTS, DID YOU NOT?

12   A.  YOU KNOW, I WOULD ASSUME THOSE WERE THE DISCUSSIONS, BUT AS I

13   SAID, I CAN ONLY LOOK AT SOME OF THE LETTERS THAT WERE PROBABLY

14   WRITTEN AT THE TIME THAT MIGHT ADDRESS THE ISSUE.

15           BUT CERTAINLY I SAT DOWN WITH THE DOCK BOARD ON MANY

16   OCCASIONS AND WITH THE ST. BERNARD OFFICIALS, AS WELL, TO TALK

17   ABOUT THE ISSUE AND WHAT COULD BE DONE TO ADDRESS IT.

18   Q.  CAN YOU POINT TO ANY CORRESPONDENCE, SIR, THAT YOU HAVE LOOKED

19   AT IN PREPARATION FOR YOUR TESTIMONY WHERE, IN FACT, YOU HAVE

20   CALLED THE MRGO EROSION CONCERNS THAT WERE BEING EXPRESSED WHILE

21   YOU WERE THE COMMANDER, HAVE YOU BEEN ABLE TO LOCATE ANY OF THAT

22   COMMUNICATION WITH CONGRESS?

23   A.  I CAN'T -- YOU KNOW, I'VE ONLY LOOKED AT SOME LETTERS THAT WERE

24   SHOWED TO ME DURING MY DEPOSITION PROCESS.

25   Q.  AND NONE OF THOSE FALL WITHIN THE CATEGORY AS NOTICE TO

1   CONGRESS THAT YOU ALLUDED TO A COUPLE OF MINUTES AGO, CORRECT?

2   A.  I DON'T KNOW.  THEY CERTAINLY SHOULD HAVE.  ANY OF THEM THAT

3   WERE ADDRESSED TO CONGRESSMAN LIVINGSTON SHOULD CERTAINLY HAVE

4   ADDRESSED THE ISSUE.  I WOULD HAVE BEEN REMISS NOT TO HAVE DONE SO.

5   I'M SURE I DID.

6   Q.  WHEN YOU WERE DOING THIS, SIR, FOR FORESHORE PROTECTION WITH

7   THE MRGO AND CONCERN WITH RESPECT TO EAST BANK EROSION THAT WE

8   TALKED ABOUT, DID YOU EVER MAKE AN OFFICIAL REQUEST TO CONGRESS

9   THROUGH A BUDGETARY PROCESS, FOR EXAMPLE?

10  A.  I CERTAINLY HAD NO WAY OF INCLUDING ANY REQUESTS FOR FUNDS IN

11  THE BUDGETS THAT I WOULD HAVE SUBMITTED TO MY NEXT HIGHER

12  HEADQUARTERS.

13  Q.  IS THERE A DISTINCTION BETWEEN A WRITTEN LETTER TO CONGRESS --

14  TO A CONGRESSMAN AS OPPOSED TO A FORMAL REQUEST FROM THE CORPS?  DO

15  YOU MAKE A DISTINCTION IN YOUR MIND AS TO THAT?

16  A.  THERE HAS TO BE SOME DISTINCTIONS IN SOME WAY.  I'M NOT SURE

17  WHAT YOU HAVE REFERENCE TO.  THE CORPS HAS CERTAIN FORMAL

18  AUTHORITIES UNDER WHICH THEY ARE ALLOWED TO MAKE REQUESTS OF THE

19  CONGRESS.  I ASSUME THAT'S THE CONTEXT YOU'RE TALKING ABOUT.  IN

20  THE NORMAL BUDGETARY PROCESS UNDER GENERAL INVESTIGATION PROGRAMS

21  WHERE THE CONGRESS HAS PROVIDED MONEY, THE CORPS CERTAINLY HAS A

22  CONDUIT TO GO BACK TO THE CONGRESS AND MAKE CERTAIN

23  RECOMMENDATIONS.

24  Q.  OTHER THAN WRITING PRIVATE LETTERS TO CONGRESSMAN LIVINGSTON AS

25  PERHAPS I COULD DO AS A CITIZEN AND A CONSTITUENT, WAS THERE EVER

1   ANY OF THESE CONDUITS TO CONGRESS USED BY THE CORPS TO ALERT THE

2   CONGRESS OF CONCERNS WITH RESPECT TO BANK EROSION OF THE MRGO?

3   A.  I AM NOT AWARE.  I CERTAINLY AM NOT AWARE DURING MY TENURE AS

4   THE DISTRICT ENGINEER THAT THERE WAS ANY VEHICLE UTILIZED TO MAKE

5   REQUESTS TO PROVIDE ANY EROSION CONTROL, IF THAT'S YOUR QUESTION,

6   ON THE MRGO.  I AM NOT PERSONALLY AWARE.

7   Q.  DID THE CORPS EVER OFFICIALLY ADVISE CONGRESS OF THE STORM

8   HAZARD POTENTIAL OF BANK EROSION?

9   A.  I CAN'T SPEAK FOR THE CORPS.  I CAN ONLY SAY THAT CERTAINLY I

10  HAD CONVERSATIONS WITH, NO DOUBT, CONGRESSMAN LIVINGSTON ABOUT THE

11  IMPACTS OF THE EROSION.  I AM NOT SURE THAT WE DISCUSSED THOSE

12  IMPACTS OTHER THAN THE CONTEXT OF THE EROSION OF THE MARSH BECAUSE

13  AT THAT POINT IN TIME, THE RE-ANALYSIS OF THE BARRIER PLAN THAT HAD

14  JUST BEEN STOPPED WAS ONGOING.

15  Q.  IN FACT, AT THAT TIME YOU DOUBTED THAT YOU WOULD HAVE EVEN

16  THOUGHT ABOUT HURRICANE TIDAL SURGE AT THAT TIME; IS THAT CORRECT?

17  A.  WELL, CERTAINLY NOT IN ADDRESSING THIS PARTICULAR ISSUE OF

18  EROSION CONTROL SIMPLY BECAUSE THE ISSUES RELATING TO STORM TIDES

19  WERE BEING ADDRESSED BY THE RE-ANALYSIS OF THE LAKE PONTCHARTRAIN

20  AND VICINITY HURRICANE PROTECTION PROGRAM.

21  Q.  SO IT IS TRUE THAT AT THAT POINT IN TIME YOU DID NOT THINK

22  ABOUT TIDAL SURGE AS PART OF THE HURRICANE PROTECTION ISSUE AT THAT

23  JUNCTURE; IS THAT CORRECT?

24  A.  NO, I CAN'T -- ME PERSONALLY, I CAN'T SAY THAT, NO.

25          NO DOUBT THAT WAS INCLUDED AS PART OF THE ANALYSIS OR AT

 1   LEAST IT CERTAINLY SHOULD HAVE BEEN INCLUDED AS PART OF THE

 2   ANALYSIS INVOLVED IN THE LAKE PONTCHARTRAIN HURRICANE PROTECTION

 3   PROJECT.

 4   Q.  MY QUESTION TO YOU, SIR:  YOU RECALL HAVING BEEN DEPOSED?

 5   A.  YES.

 6   Q.  DID YOU HAVE AN OPPORTUNITY TO READ AND SIGN YOUR DEPOSITION?

 7   A.  YES.

 8   Q.  I SUGGEST TO YOU, SIR, AT PAGE 91, DO YOU RECALL TESTIMONY THAT

 9   YOU BEGAN, "I DON'T RECALL THAT I REMEMBER ANY GRADE OF EROSION OR

10   THAT BEING A FACTOR.  THE FACT THAT THERE WAS SIGNIFICANT EROSION,

11   THE FACT THAT THE LOCAL FOLKS WERE CONCERNED ABOUT IT IN TERMS

12   OF" -- AND CONTINUING AT PAGE 91 -- "AND I QUITE HONESTLY, IN

13   DEALING WITH THE EROSION ISSUE, I DOUBT THAT I THOUGHT ABOUT

14   HURRICANE TIDAL SURGE AT THAT JUNCTURE BECAUSE WE'RE OBVIOUSLY AT

15   THE SAME TIME, WE'RE GOING THROUGH THE PROCESS."

16        DID I READ THAT -- IS THAT YOUR TESTIMONY?

17   A.  YES -- NO, YOU READ THAT CORRECTLY.

18        AND IN DEALING WITH THE LOCALS, I WOULD NOT HAVE DEALT

19   WITH THAT ISSUE.  I THINK THERE'S SOME -- THERE SHOULD BE SOMETHING

20   IN THERE -- I RECALL TALKING ABOUT -- AND I CAN'T REMEMBER WHAT IT

21   WAS -- SOMEONE WAS LOOKING FOR THE ANALYSIS THAT WAS DONE ON TIDAL

22   SURGES, THE MODEL RESULTS.  AND I BELIEVE AT THAT TIME THEY

23   INDICATED THAT IT WAS CERTAINLY UNDER THE HURRICANE PROTECTION

24   PROGRAM THAT -- AND THE RE-ANALYSIS OF THAT PROJECT THAT THEY WOULD

25   BE LOOKING AT THAT.

1    Q.  SIR, THE MRGO WAS NOT, WAS NOT AUTHORIZED BY CONGRESS AS A

2    FLOOD CONTROL PROJECT; IS THAT CORRECT?

3    A.  WELL, IT WAS AUTHORIZED AS A NAVIGATION PROJECT.

4    Q.  RIGHT.

5         AND THE SAME IS TRUE WITH REGARD TO THE INNER-HARBOR

6    NAVIGATION CANAL, CORRECT, THAT IS, IT WAS AUTHORIZED AS A

7    NAVIGATION PROJECT AND NOT A FLOOD CONTROL PROJECT?

8    A.  I WOULD HAVE TO GO BACK AND LOOK AT THAT.  THE INNER-HARBOR

9    NAVIGATION CANAL WAS CONSTRUCTED BY THE BOARD OF COMMISSIONERS FOR

10   THE PORT OF NEW ORLEANS.  AND AS I RECALL, CONGRESS DIRECTED THAT

11   THAT BE ADDED TO THE GULF INTRACOASTAL WATERWAY PROGRAM AT SOME

12   PARTICULAR POINT IN TIME.  BUT I AM NOT AWARE OF THAT.  I AM NOT

13   AWARE OF THE PARTICULAR.

14   Q.  IN FACT, THE INTRACOASTAL WATERWAY PROJECT WAS A NAVIGATIONAL

15   CHANNEL, WAS NOT A FLOOD CONTROL PROJECT?

16   A.  IT WAS CERTAINLY A NAVIGATION CHANNEL WHEN IT WAS CONSTRUCTED,

17   CERTAINLY.

18   Q.  THANK YOU, SIR.

19         MR. DUDENHEFER:  I HAVE NO FURTHER QUESTIONS.

20         THE COURT:  THANK YOU.

21         LET ME ASK BEFORE THE GOVERNMENT -- AND JUST BECAUSE THE

22   COURT ASKS A QUESTION DOESN'T MEAN IT'S NECESSARILY A GOOD ONE.  I

23   AM NOT SURE YOU WILL KNOW THE ANSWER TO IT.

24         JUST AS A GENERAL PROTOCOL, IF THE CORPS HAS A PROJECT

25   THAT IT ASCERTAINS MAY DO SOME DAMAGE TO, LET'S SAY, ADJACENT

1    PROPERTY, THE DAMAGE HADN'T OCCURRED YET BUT THE CORPS HAS

2    KNOWLEDGE THAT IT'S GOING TO OCCUR, WHAT, AS A DISTRICT COMMANDER,

3    COULD YOU DO, IF ANYTHING, TO AMELIORATE OR ABATE, STOP THAT

4    PROBLEM?

5              THE WITNESS:  SIR, IT DEPENDS UPON WHAT THE PROJECT IS

6    AND WHAT THE ELEMENTS OF LOCAL COOPERATION STATE.  IF THE CORPS --

7              THE COURT:  SAY THERE'S NO ELEMENT OF LOCAL COOPERATION,

8    YOU'RE SIMPLY -- YOUR PROJECT IS ABOUT TO DO DAMAGE TO A

9    NEIGHBORING PROPERTY.

10             THE WITNESS:  IF THERE ARE NO ELEMENTS OF LOCAL

11   COOPERATION AND IT'S 100 PERCENT A FEDERAL PROJECT --

12             THE COURT:  YES.

13             THE WITNESS:  -- FEDERAL GOVERNMENT WENT OUT AND ACQUIRED

14   ON THEIR OWN ALL OF THE LANDS, EASEMENTS, AND RIGHTS OF WAY AND

15   HAVE TOTAL RESPONSIBILITY FOR THE PROJECT, THEN IN THE ANALYSIS OF

16   THAT PROJECT, THEY SHOULD LOOK AT THE IMPACTS OF THAT PARTICULAR

17   PROJECT AND MAKE ARRANGEMENTS TO MITIGATE FOR THOSE IMPACTS WITHIN

18   THE AUTHORITIES THAT THEY HAVE.

19             THE COURT:  I AM NOT GOING TO PRESS THAT ANY MORE THAN

20   THAT.  THANK YOU.

21             ALL RIGHT, COUNSEL.

22                       CROSS-EXAMINATION

23   BY MR. KELLS:

24   Q.  GENERAL SANDS, DURING YOUR TIME AS DISTRICT ENGINEER, DID YOU

25   RECEIVE CORRESPONDENCE FROM CONGRESSMAN LIVINGSTON REGARDING BANK

1    EROSION ON THE NORTH SHORE OF THE MRGO?

2    A.  I'M SURE I DID.  THAT WAS THE LETTER THAT I JUST READ IN

3    RESPONSE TO MR. WALTZER CAME FROM CONGRESSMAN LIVINGSTON.

4    Q.  DO YOU RECALL WHETHER OR NOT CONGRESSMAN LIVINGSTON WAS AWARE

5    OF THE PROBLEM OF BANK EROSION ALONG THE MISSISSIPPI RIVER?

6              MR. DUDENHEFER:  OBJECTION, YOUR HONOR, IT CALLS FOR

7    SPECULATION ON THE MIND OF CONGRESSMAN LIVINGSTON.

8              THE COURT:  WE CAN LOOK AT THE LETTER HE WROTE AND THE

9    COURT CAN ASCERTAIN THAT.  IF YOU WANT TO SHOW THE LETTER...

10   BY MR. KELLS:

11   Q.  GENERAL SANDS, THERE IS A LETTER --

12             THE COURT:  YOU CAN ASK HIM HIS IMPRESSION FROM THE

13   LETTER.

14   BY MR. KELLS:

15   Q.  I AM JUST ASKING, THIS IS ADDRESSED TO YOU, IS IT NOT?

16   A.  IT IS.

17   Q.  AND YOU PROBABLY -- IT'S BEEN SO LONG YOU PROBABLY DON'T RECALL

18   RECEIVING THE LETTER, BUT THE CONTENTS OF THIS LETTER, WHEN YOU

19   LOOK AT THE PARAGRAPH -- SECOND PARAGRAPH AND IT STATES, "POSSIBLE

20   MITIGATION PLANS FOR THE MRGO NORTH SHORE ARE VARIED AND ONE OF THE

21   MOST FREQUENTLY MENTIONED TO ME IS A POSSIBLE CONGRESSIONAL

22   AMENDMENT TO PUBLIC LAW 455."

23             DOES THIS SUGGEST TO YOU THAT CONGRESSMAN LIVINGSTON WAS

24   BOTH AWARE OF THE BANK EROSION PROBLEM AND CONSIDERING POSSIBLE

25   SOLUTIONS TO AMELIORATING IT?

1          MR. DUDENHEFER:  AGAIN, YOUR HONOR, THAT'S WHAT

2   CONGRESSMAN LIVINGSTON WROTE.  TO TAKE IT ANYTHING BEYOND THAT, THE

3   QUESTION CALLS FOR RANK SPECULATION.

4          THE COURT:  HE CAN TESTIFY TO WHAT HIS IMPRESSION WAS.

5   THE COURT WILL DETERMINE IF THIS HAS ANY RELEVANCE; AND TWO, WHAT

6   IMPORT THE LETTER HAS IN THE WHOLE SCHEME OF THIS CASE.

7          I'LL ALLOW HIM TO ANSWER THE QUESTION.

8   BY MR. KELLS:

9   Q.  GENERAL SANDS --

10  A.  I CAN ONLY -- AS I SAID EARLIER, I DID HAVE SEVERAL MEETINGS

11  WITH THE BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS,

12  PARTICULARLY THEIR EXECUTIVE DIRECTOR AT THE TIME AND HIS STAFF, ON

13  THIS PARTICULAR ISSUE BECAUSE THEY WERE THE LOCAL SPONSORS FOR THE

14  PROJECT, AT THE SAME TIME, MEETINGS WITH THE LOCAL OFFICIALS.

15         DURING THOSE PARTICULAR CONVERSATIONS -- I DON'T RECALL

16  HOW MANY THERE WERE OR THE SPECIFIC DATES OF THEM -- I NO DOUBT

17  SUGGESTED A NUMBER OF THINGS TO THEM THAT COULD BE DONE THAT WOULD

18  PROVIDE ADDITIONAL AUTHORITIES FOR THE CORPS PROPONENTS, SOMEONE TO

19  GO OUT AND TAKE A LOOK AT THE EROSION ISSUE.

20         I CAN ONLY ASSUME THAT THAT WAS CONVEYED TO THE

21  CONGRESSMAN, AND THAT'S HIS REFERENCE HERE, BUT I HAVEN'T READ

22  PUBLIC LAW 455, SO I DON'T KNOW WHAT IT IS.

23         MR. DUDENHEFER:  YOUR HONOR, I AM GOING TO OBJECT TO THE

24  RESPONSIVENESS OF THE ANSWER, YOUR HONOR.  HE CONTINUES TO

25  SPECULATE.

```
 1              THE COURT:  OKAY.  IF WE LEAVE SPECULATION OUT OF THIS
 2   CASE, IT WILL BE ABOUT FOUR DAYS.
 3              MR. KELLS:  AND WE CAN TAKE THE DOCUMENT AT FACE VALUE.
 4   I THINK WE CAN ALL AGREE THAT IT SAYS WHAT IT SAYS.
 5   BY MR. KELLS:
 6   Q.  GENERAL SANDS, WOULD ANY ALTERNATIVE TO BANK EROSION PROTECTION
 7   REQUIRE A COST BENEFIT ANALYSIS INTO WHETHER OR NOT IT WAS A
 8   FEASIBLE PROJECT?
 9              AND I CAN REFER YOU TO THE SECOND PARAGRAPH AGAIN THAT
10   CONGRESSMAN LIVINGSTON WROTE.
11   A.  I WOULD ASSUME THAT A PROJECT ELEMENT OF THIS PROJECT WOULD
12   HAVE TO FALL UNDER THE SAME BENEFIT COST RATIO ANALYSIS.
13   Q.  LOOKING AT CONGRESSMAN LIVINGSTON'S LETTER, DOES CONGRESSMAN
14   LIVINGSTON IN THIS LETTER SUGGEST THAT ANY POSSIBLE ALTERNATIVE
15   WOULD REQUIRE A BENEFIT COST ANALYSIS?
16              MR. DUDENHEFER:  AGAIN, YOUR HONOR, I AM GOING TO OBJECT.
17   THE DOCUMENT SPEAKS FOR ITSELF.
18              THE WITNESS:  I DIDN'T READ THAT.
19              THE COURT:  THE COURT IS AWARE WE'RE TALKING ABOUT THE
20   BUREAUCRATIC METHODOLOGY PERTAINING TO FUNDS, NOT THE FEDERAL TORT
21   CLAIMS ACT.  WHETHER THIS IS A DEFENSE TO THE FEDERAL TORT CLAIMS
22   ACT HAS YET TO BE DECIDED AND WILL BE DECIDED BY THE COURT.
23   WHETHER ONE CAN, IN THE FINAL ANALYSIS, UTILIZE THE COST BENEFIT
24   ANALYSIS TO ALLOW A TORT TO OCCUR, IF A TORT DID OCCUR.
25   INTERESTING QUESTION.
```

```
 1              BUT CERTAINLY ENTITLED TO GET THIS IN THE RECORD.  GO

 2   AHEAD.

 3              I HAVE READ ABOUT THE COST BENEFIT ANALYSIS IN THE

 4   DEPOSITIONS A LOT.  CERTAINLY THE WITNESS IS ENTITLED TO ANSWER THE

 5   QUESTION.

 6              GO AHEAD, SIR.

 7              THE WITNESS:  THAT CERTAINLY SAYS IT SHOULD FIT INTO IT,

 8   BUT IT DOESN'T SAY IT WON'T OR IT WOULDN'T.

 9              MR. KELLS:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

10              THE COURT:  THANK YOU, SIR.

11              ANY REDIRECT?

12              MR. DUDENHEFER:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

13              THE COURT:  THANK YOU, SIR, YOU MAY STEP DOWN AND THANK

14   YOU VERY MUCH.  YOU HAVE TO WATCH THAT MIC.

15              BY THE WAY, THAT IS ANOTHER BRIEFING NOTE THAT I JUST

16   MENTIONED.  WHEN THIS THING IS ALL SAID AND DONE, HOW COST BENEFIT

17   ANALYSIS AS A DEFENSE VIS-A-VIS THE OSTENSIBLE ALLEGATIONS OF A

18   TORT, IT'S AN INTERESTING QUESTION.

19              MR. DUDENHEFER:  THANK YOU, YOUR HONOR.

20              MR. ROY:  YOUR HONOR, THE PLAINTIFFS WILL NEXT CALL

21   DUNCAN FITZGERALD AS AN EXPERT.

22              THE COURT:  THE BOTTOM LINE IS IF YOU CANNOT LEGALLY

23   AMELIORATE THE TORT, ARE YOU LIABLE, IF THERE IS A TORT.

24              MR. DUDENHEFER:  WAS A POSSIBLE DEFENSE?

25              THE COURT:  GIVING YOU LITTLE BRIEFING NOTES AS WE GO
```

1    ALONG.

2            MR. STEVENS:  YOUR HONOR, ELWOOD STEVENS FOR THE

3    PLAINTIFFS.  S-T-E-V-E-N-S, ELWOOD, E-L-W-O-O-D.

4            THE COURT:  THANK YOU.  MAKE SURE WE GET YOU RIGHT.

5            MR. STEVENS:  WE'RE JUST GOING TO MAKE AN OFFER, YOUR

6    HONOR, PREFATORY TO THE NEXT FEW WITNESSES TO SET UP SOME HELPFUL

7    FACTS FOR THIS COURT AND FOR THE HIGHER COURT, IF NECESSARY, TO

8    KIND OF HAVE IT ALL IN ONE SPOT IN THE RECORD.

9            THE COURT:  ALL RIGHT.  THANK YOU, SIR.

10           MR. STEVENS:  THE PLAINTIFFS PROVIDED TO OR SERVED ON

11   DEFENDANTS BACK IN SEPTEMBER, ON SEPTEMBER 11TH, 2008, A NOTICE,

12   FORMAL NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE UNDER

13   RULE 1006, FEDERAL RULES OF EVIDENCE 1006.  IT'S A DREDGING SUMMARY

14   CHARTS, EXHIBITS A THROUGH F.

15           AND IF THE COURT WILL INDULGE ME, I'LL EXPLAIN WHAT THEY

16   ARE, BUT WE WOULD LIKE TO OFFER THESE IN AS A SUMMARY OF 147

17   SEPARATE DREDGING PROJECTS TO MAKE IT EASIER TO UNDERSTAND.  IT

18   WOULD TAKE DAYS TO GO THROUGH ALL OF THAT EVIDENCE FROM THE WITNESS

19   STAND.

20           AS HELPFUL -- IF WE COULD CALL UP PX 96.1.  I'LL HELP LAY

21   OUT THE GEOGRAPHY, FIRST, JUDGE, AND THEN --

22           THE COURT:  MAY I ASK A QUESTION BEFORE YOU GO THROUGH

23   THIS?  IS THIS GOING TO BE A CONTENTIOUS ELEMENT WITH THE

24   GOVERNMENT OR HAVE YOU -- I'M JUST CURIOUS.

25           MR. SMITH:  YOUR HONOR, I'M JUST TRYING TO GET IN TOUCH

1    WITH THE ATTORNEY WHO REVIEWED THAT SUMMARY TO SEE IF THERE IS ANY

2    ISSUE WITH THAT.  IF YOU COULD ALLOW US TO RESERVE OUR OBJECTIONS

3    TO THAT MOMENTARILY.

4         THE COURT:  ABOUT HOW LONG WOULD THAT TAKE?  I AM JUST

5    CURIOUS.

6         MR. SMITH:  HOPEFULLY WITHIN 10 OR 15 MINUTES.

7         THE COURT:  WOULD IT BE EXPEDITIOUS TO GO AHEAD AND MAKE

8    THE TENDER AS HE IS DOING AND THEN ASSESS IT?

9         MR. SMITH:  YES, IF WE COULD DO THAT.

10        THE COURT:  ALL RIGHT.  THAT WILL BE FINE.

11        MR. STEVENS:  AND FOR THE RECORD, THEY HAVE HAD ALL OF

12   THIS SINCE SEPTEMBER OF '08 WITH NO OBJECTION AND THEY TOOK A

13   THREE-HOUR TELEPHONE DEPOSITION OF THE PERSON WHO HELPED ME PUT IT

14   TOGETHER.  IT WAS DONE UNDER MY DIRECTION.

15        THE COURT:  YES.

16        MR. STEVENS:  ALL OF THAT SAID, JUDGE, THESE CHARTS --

17   THIS DREDGING DATA WILL GO -- SYNOPSIS FOR YOU -- WILL GO TO THESE

18   ISSUES:  FUNDAMENTAL, FACTUAL AND FOUNDATIONAL DATA.  IT'S

19   APPLICABLE TO THE ISSUES OF NEGLIGENCE, THE EXTENT OF THE IMPACT ON

20   THE WETLANDS, THE LOCATION OF THE DREDGING, SEPARATE -- WE'RE GOING

21   TO SEPARATE CONSTRUCTION DREDGING FROM OPERATION AND MAINTENANCE

22   DREDGING, AND IT'S GOING TO HELP THE COURT DETERMINE THE LOCATION

23   OF THE DREDGING, WHETHER IT'S IN REACH 1, UPPER REACH 2, LOWER

24   REACH 2, REACH 3, OR THE BAR CHANNEL.

25             AND IT ALSO WILL HELP THE COURT UNDERSTAND AND

1    COLLECTIVELY HAVE IN ONE PLACE ALL OF THE VOLUMES OF DREDGE

2    MATERIAL THAT WERE REMOVED FROM THE MRGO AND ULTIMATELY WHAT EFFECT

3    ON SUBSIDENCE, STORM SURGE, WIND REDUCTION, AND WAVE INTENSITY THAT

4    MAY HAVE CAUSED.  THAT WILL BE OTHER EXPERT TESTIMONY.

5          BUT AS PART OF MY FACT SHEET, JUDGE, I WOULD LIKE TO

6    POINT OUT IN EXHIBIT 96.1 THE LAND CUT OBVIOUSLY GOES FROM

7    MILEPOST 66 UP IN THE IHMC DOWN ALL THE WAY TO THE END OF THE GREEN

8    ON THIS CHART, THE MILE MARKER 23.

9          THE WATER CUT IS IN BLUE, AND DR. FITZGERALD WILL BE MORE

10   SPECIFIC ABOUT IT.  IT GOES FROM MILE MARKER 23 TO ZERO AT BRETON

11   ISLAND AND THEN OUT INTO THE GULF AT MINUS TEN.  THAT'S THE ENTIRE

12   76-MILE REACH OF THE MRGO.

13         AND FOR PURPOSES OF DESCRIPTION, REACH 3, ALSO KNOWN AS

14   THE BAR CHANNEL, IS NEGATIVE TEN TO PLUS 23 GOING UPSTREAM WITH

15   NEGATIVE 10 TO ZERO BEING THE BAR CHANNEL AND ZERO TO 23 BEING

16   UPPER REACH 3, IF YOU WILL -- ALL REACH 3.

17         REACH 2, LOWER REACH 2 IS MILEPOST 23 COMING UP TO 47;

18   UPPER REACH 2, MILEPOST 47 UP TO MILEPOST 60; AND THEN REACH 1 IS

19   THE GIWW FROM MILEPOST 60 TO 66.

20         THE COURT:  RIGHT.

21         MR. STEVENS:  EXHIBIT A OF OUR OFFER TODAY IS A CHART, A

22   COMPOSITE OF ALL 147 DREDGING PROJECTS THAT OCCURRED IN ALL OF THE

23   76 MILES, THE ENTIRE MRGO -- IT'S ALL OPERATION AND MAINTENANCE

24   DREDGING -- FROM 1963 TO 2005.  AND IT TOTALS 492,422,925 CUBIC

25   YARDS OF DREDGE MATERIAL, OPERATION AND MAINTENANCE ONLY.

1          EXHIBIT E SEPARATES MRGO O&M DREDGING IN UPPER REACH 2

2     ONLY, THAT IS, MILEPOST 47 THROUGH 60.  THE REACH ZONE AS WE CALL

3     IT.  AND IN THAT AREA BETWEEN 1963 AND 2004, 30,285,356 CUBIC YARDS

4     OF DREDGE MATERIAL WAS REMOVED.

5          NOW, FOR ORIGINAL CONSTRUCTION OF THE MRGO, SEPARATE AND

6     APART FROM ANY OPERATION AND MAINTENANCE DREDGING, EXHIBIT F TO OUR

7     OFFER DEMONSTRATES THAT BETWEEN 1958 AND 1965, AN ADDITIONAL

8     272,659,068 CUBIC YARDS OF MATERIAL WERE REMOVED FOR ORIGINAL

9     CONSTRUCTION.  NONE OF THIS YET INVOLVES DREDGING FROM THE MRGO,

10    ADDITIONAL DREDGING FROM THE MRGO FOR CREATION OF THE LPV, WHICH

11    ALL CAME FROM REACH 1 AND REACH 2.

12         AND ACCORDING TO THE 1988 AND 1994 RECON REPORTS, BETWEEN

13    1967 AND 1983 AN ADDITIONAL APPROXIMATE 100 MILLION CUBIC YARDS OF

14    SEDIMENT WAS REMOVED FROM THE MRGO FOR CONSTRUCTION OF THE LPV.

15         WITH THAT SAID, WE WOULD AGAIN OFFER AS PLAINTIFF'S

16    EXHIBIT 0206, 206, THE INTENT TO INTRODUCE SUMMARY EVIDENCE AND

17    EXHIBITS A THROUGH F ATTACHED THERETO.

18         THE COURT:  AND WHAT WOULD BE THE NUMBER OF THAT PROPOSED

19    EXHIBIT?

20         MR. STEVENS:  206.

21         THE COURT:  206.

22         MR. STEVENS:  YES, SIR.

23         THE COURT:  THANK YOU.

24         WOULD THE GOVERNMENT, BEFORE IT RESPONDS, LIKE TO TAKE

25    ANY TIME OR IS IT PREPARED TO...

```
1            MR. SMITH:  YOUR HONOR, IF WE COULD JUST HAVE A BRIEF

2    MOMENT, I AM TRYING TO REACH THE ATTORNEY WHO HAS REVIEWED THAT

3    SUMMARY.

4            MR. STEVENS:  AND FOR CLARITY, IT'S PX.

5            THE COURT:  WE WILL TAKE A TEN MINUTE RECESS THEN.

6            MR. SMITH:  THANK YOU.

7            MR. ROY:  THANK YOU, YOUR HONOR.

8            THE MARSHAL:  ALL RISE.

9        (WHEREUPON, A RECESS WAS TAKEN.)

10        (OPEN COURT.)

11            MR. ANDRY:  YOUR HONOR, IF THE PLAINTIFFS MAY AT THIS

12    POINT JUST AS A POINT OF ORDER SO WE CAN GET OUR WITNESS STRAIGHT

13    FOR THIS AFTERNOON, CAN WE HAVE A SIDE BAR WITH YOUR HONOR SO WE

14    CAN DISCUSS IT.

15            THE COURT:  ALL RIGHT.

16        (WHEREUPON, THE FOLLOWING SIDEBAR CONFERENCE WAS HELD:)

17            MR. PALMINTIER:  JUDGE, MIKE PALMINTIER, AND THE ISSUE

18    THAT WE HAVE IS MR. JOHN CRAWFORD.  MR. JOHN CRAWFORD IS A

19    PLAINTIFFS' ENGINEER WHO WENT OUT TO THE PLAINTIFFS' HOUSES TO

20    BASICALLY VERIFY THE STANDING WATERLINES IN AND AROUND THEIR

21    PROPERTIES.

22            MR. CRAWFORD WAS CALLED AS AN EXPERT.  MR. JEFF EHRLICH

23    TOOK HIS DEPOSITION.  SUBSEQUENT TO THAT, IN ACCORDANCE WITH THE

24    COURT'S ORDERS TO CREATE BREVITY, WE ASKED -- OR I ASKED MR. PETE

25    MYER WITH THE UNITED STATES -- BECAUSE THAT'S WHO I WAS DIRECTED
```

```
 1    TO -- IF THEY WOULD STIPULATE TO MR. CRAWFORD'S TESTIMONY BECAUSE
 2    IT'S ESSENTIALLY, I WENT TO THE HOUSE, THIS IS WHERE THE WATER WAS
 3    BASED ON MY OBSERVATIONS.
 4             THE COURT:  HE RENDERED A REPORT?
 5             MR. ANDRY:  YES, YOUR HONOR.
 6             THE COURT:  I READ THE REPORT.
 7             MR. ANDRY:  MR. MYER SENT ME AN E-MAIL ON APRIL 13TH --
 8    EXCUSE ME, APRIL 3RD.  WE PUT OUR HEADS TOGETHER AND CAME UP WITH
 9    THIS.  THE UNITED STATES WILL STIPULATE TO AN ESTIMATE OR SERIES OF
10    STATEMENTS THAT, IF CALLED TO TESTIFY AT TRIAL, MR. CRAWFORD WOULD
11    SAY THAT.  WE WILL NOT, HOWEVER, STIPULATE TO HIS TESTIMONY WITHOUT
12    THAT QUALIFIER.  SUBSEQUENT TO THAT I SENT --
13             THE COURT:  WHAT WAS THE QUALIFIER?
14             MR. ANDRY:  THE QUALIFIER IS "IF CALLED TO TESTIFY, HE
15    WOULD SAY" WAS THE QUALIFIER INSTEAD OF SAYING THE WATERLINE AT THE
16    HOUSE WAS X FEET.
17             THE COURT:  RIGHT.
18             MR. ANDRY:  I SENT -- EXCUSE ME, YOUR HONOR.  I
19    SUBSEQUENTLY SENT THE EIGHT STIPULATIONS IN ACCORDANCE WITH
20    MR. MYER AND MY AGREEMENT.  I WAS THEN TOLD BY MR. ROBIN SMITH THAT
21    THEY WOULD NOT AGREE TO THIS UNLESS WE AGREED TO ATTEST TO THE
22    TESTIMONY OF A WITNESS THAT WAS OFF THEIR WITNESS LIST.
23             MR. SMITH:  HE IS ON OUR WITNESS LIST.
24             MR. ANDRY:  PETE LUISA.  UNLESS WE WOULD AGREE TO THE
25    TESTIMONY.
```

```
 1              THE COURT:  THAT HE WOULD TESTIFY AS TO THAT?

 2              MR. ANDRY:  NO, YOUR HONOR, THEY WOULD TO INFUSE ANOTHER

 3   WITNESS AND MAKE US GO DEPOSE THE OTHER WITNESS AS FURTHER

 4   CONSIDERATION FOR THEIR AGREEMENT THAT THEY HAD ALREADY ENTERED

 5   INTO.

 6              THE COURT:  OKAY.

 7              MR. ANDRY:  THE PROBLEM WE HAVE NOW IS MR. TAYLOR IS

 8   GOING TO BE OUT OF TOWN.

 9              THE COURT:  MR. TAYLOR?

10              MR. ANDRY:  MR. CRAWFORD.

11              THE COURT:  YOU HAVE HIS EXPERT REPORT IN?

12              MR. ANDRY:  YES, YOUR HONOR.  BUT WANTED HIM -- TO CALL

13   HIM TO TESTIFY TODAY.  THE ISSUE IS HE IS AVAILABLE TO TESTIFY

14   TODAY AND THEN HE IS GOING TO HOUSTON AND WE WANTED TO CALL HIM

15   TODAY.  AND HE SAID THEY ARE NOT READY FOR HIM TODAY.

16              THE COURT:  THAT'S TOO BAD.

17              MR. SMITH:  HE IS NOT LISTED FOR TODAY, HE IS ON FOR

18   TOMORROW.

19              THE COURT:  I UNDERSTAND THERE IS A PROBLEM.  I AM GOING

20   TO LET HIM TESTIFY.  WE'RE TALKING ABOUT WATER HEIGHT.  HE LOOKED

21   AT THE THING.  HE IS GOING TO TESTIFY TO THIS AND YOUR GUY IS GOING

22   TO TESTIFY TO SOMETHING ELSE.

23              MR. SMITH:  WE HAVE CROSS-EXAMINATION WE'VE BEEN

24   PREPARING FOR HIM, AND WE DON'T HAVE IT PREPARED THAT HE WAS ON

25   THEIR LIST FOR TOMORROW.
```

```
 1              THE COURT:  WHAT'S THE -- I UNDERSTAND THAT.  THIS TRIAL
 2     IS NOT -- I AM NOT MOSES AND THIS IS NOT THE TEN COMMANDMENTS.  SO
 3     WE HAVE TO BE A LITTLE FLUID.  IF NOT, IT'S GOING TO COME BACK TO
 4     BITE EVERYBODY, ESPECIALLY IF -- WE WOULD DEFINITELY HAVE A
 5     PROBLEM.  ON THIS WITNESS, WHAT IS THE -- LET ME ASK YOU.
 6              WHEN WE GET DOWN TO THE UNIVERSE OF THIS CASE, YOU HAVE A
 7     WITNESS WHO SAYS THE HIGH WATER MARK WAS LESS, WE DON'T KNOW WHERE
 8     IT CAME FROM, THE HIGH WATER MARK IS A FOOT LOWER OR WHATEVER.
 9              MR. SMITH:  I KNOW YOU ASKED THAT DURING ORAL ARGUMENT.
10     I DON'T THINK IT MAKES A DIFFERENCE EITHER.
11              THE COURT:  A FOOT LOWER.  IF YOUR WITNESS COMES IN AND
12     SAYS, YES, IT'S A FOOT LOWER, THEN I'LL HAVE BOTH TESTIMONIES.  I
13     GUESS THAT'S WHAT I'M TRYING --
14              MR. SMITH:  JUST THE RELIABILITY OF HIS TESTIMONY.
15     OBVIOUSLY PEOPLE HAVE NUMBERS, THE QUESTION IS WHICH ONES ARE YOU
16     GOING TO GO WITH.
17              THE COURT:  I AGREE.  THIS GUY IS NOT GOING TO COME IN
18     LIVE AND HE IS NOT GOING TO BE HERE.
19              MR. SMITH:  CAN WE ASK THAT HE GO AT THE END OF THE DAY
20     SO WE CAN TRY TO GET OUR CROSS TOGETHER?
21              THE COURT:  WHAT TIME CAN HE COME IN?
22              MR. ANDRY:  I CAN HAVE HIM AT THE END OF THE DAY.
23              THE COURT:  LET'S COMPROMISE.
24              MR. ANDRY:  TRYING TO DO THAT.  THANK YOU, YOUR HONOR.
25              THE COURT:  APPRECIATE IT.
```

```
 1            MR. SMITH:  EXCUSE ME, YOUR HONOR, I THINK YOU WERE

 2   WAITING TO HEAR IF WE HAD ANY OBJECTION TO THE PRIOR EXHIBIT.

 3            THE COURT:  I WAS.

 4            MR. SMITH:  WE HAVE NO OBJECTION.

 5            THE COURT:  THANK YOU.  THE COURT APPRECIATES THAT.

 6            MR. STEVENS:  AND, JUDGE, IN CONNECTION WITH THAT LAST

 7   OFFER, WE'D ALSO OFFER THE MAP THAT I PUT ON THE WALL SO IT WILL BE

 8   IN THE RECORD IN THE SAME PLACE.

 9            THE COURT:  ANY OBJECTION, MR. SMITH?

10            MR. STEVENS:  PX NUMBER 96.1, IT'S A MAP --

11            MR. SMITH:  YOUR HONOR, IT'S PART OF DR. FITZGERALD'S

12   REPORT.  I THINK IT'S COMING IN AS PART OF THAT EXHIBIT; IS THAT

13   CORRECT?

14            MR. STEVENS:  IT IS.  I JUST WANTED TO PUT IT IN NOW

15   BECAUSE -- IT'S GOING TO BE THE FIRST EXHIBIT WITH DR. FITZGERALD,

16   BUT --

17            MR. SMITH:  JUDGE, THERE MAY BE SOME QUESTIONS ABOUT THE

18   ACCURACY OF IT BUT THERE IS NO OBJECTION.

19            THE COURT:  NO OBJECTION.  YOU CERTAINLY DON'T -- I AM

20   NOT ASSUMING YOU AGREE WITH THE EXHIBIT.

21            MR. SMITH:  CONTENT OF IT.

22            THE COURT:  YES.  ALL RIGHT.

23            MR. STEVENS:  THANK YOU, YOUR HONOR.

24            THE COURT:  LET IT BE ADMITTED.

25            AND THE STIPULATION REFERENCE DREDGING OR THE OFFER
```

 1   REFERENCE DREDGING IS ADMITTED INTO EVIDENCE, THE SUMMARY OFFER.

 2           MR. STEVENS:  THANK YOU.

 3           THE COURT:  YES, SIR.

 4           MR. PALMINTIER:  GOOD MORNING, YOUR HONOR, MICHAEL

 5   PALMINTIER WITH DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ IN BATON

 6   ROUGE FOR THE PLAINTIFFS, AND WE CALL AS OUR NEXT WITNESS

 7   DR. DUNCAN FITZGERALD.

 8           THE COURT:  THANK YOU, SIR.

 9           THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

10       (WHEREUPON, DUNCAN FITZGERALD, PH.D., WAS SWORN IN AND

11        TESTIFIED AS FOLLOWS:)

12           THE DEPUTY CLERK:  PLEASE STATE YOUR NAME AND ALSO SPELL

13   IT FOR THE RECORD.

14           THE WITNESS:  DUNCAN FITZGERALD, D-U-N-C-A-N, FITZGERALD,

15   F-I-T-Z-G-E-R-A-L-D.

16           MR. PALMINTIER:  YOUR HONOR, IN KEEPING WITH THE CUSTOM

17   THAT THE COURT HAS SET FORTH IN HIS OPENING YESTERDAY, I WOULD

18   PRESENT A BRIEF OPENING JUST TO TELL YOU WHAT THIS WITNESS IS GOING

19   TO TALK ABOUT.

20           THE COURT:  I APPRECIATE THAT.

21           MR. PALMINTIER:  DR. FITZGERALD IS GOING TO BE QUALIFIED

22   IN THE AREAS OF SEDIMENTOLOGY, COASTAL PROCESSES AND COASTAL

23   GEOMORPHOLOGY.  WHEN WE GET TO HIS QUALIFICATIONS, WE'LL TALK ABOUT

24   THEM IN GREATER DETAIL.  BUT HE IS EMINENTLY QUALIFIED, AS YOU WILL

25   SEE, YOUR HONOR, TO SPEAK TO CERTAIN ISSUES IN HIS FIELD.

1           THEY INCLUDE, AND HE WILL SAY, THAT THE MRGO SEVERELY AND

2     ADVERSELY IMPACTED THE ENVIRONMENT AND THE HUMAN POPULATION IN THE

3     SURROUNDING AREA AROUND MRGO.  THIS OCCURRED ON AN ONGOING BASIS

4     FOLLOWING MRGO'S CONSTRUCTION BY CHANGING THE HABITAT OF THE REGION

5     AND THUS INCREASING THE VULNERABILITY OF THIS AREA AND ITS

6     RESIDENTS TO STORM SURGE, WAVE ACTION, AND FLOODING.

7           AND FURTHERMORE, THAT THE CORPS OF ENGINEERS HAD PRIOR

8     KNOWLEDGE OF THESE DIRE AND ONGOING CONSEQUENCES, JUDGE, BUT DID

9     NOTHING MEANINGFUL TO CURTAIL THEM OVER THE DECADES SINCE THE

10    CHANNEL WAS CUT.

11          THE COURT:  SO IN MY PARLANCE, NEGLIGENCE AND KNOWLEDGE?

12          MR. PALMINTIER:  YES.

13          THE COURT:  KNOWLEDGE BEING A SUBCATEGORY OF NEGLIGENCE.

14          MR. PALMINTIER:  EXACTLY, JUDGE.

15          THE COURT:  ALL RIGHT.

16          MR. PALMINTIER:  NOW, I CAN ALSO SPEAK TO CERTAIN

17    SPECIFIC ASPECTS OF HIS --

18          THE COURT:  NO NEED TO DO THAT.  WE'LL LET HIM DO THAT.

19    HE'S BEING OFFERED IN THE NEGLIGENCE ASPECT OF YOUR CASE WITH AN

20    EMPHASIS ON KNOWLEDGE.

21          MR. PALMINTIER:  YES, YOUR HONOR.

22          THE COURT:  ALL RIGHT.  AND THE NEGLIGENCE RELATING TO

23    THE DELETERIOUS EFFECTS, ALLEGED DELETERIOUS EFFECTS OF THE MRGO.

24          MR. PALMINTIER:  YES, YOUR HONOR, IN NUMEROUS WAYS, AND

25    WE'LL TALK ABOUT THAT DURING HIS TESTIMONY.

```
 1              THE COURT:  ALL RIGHT.
 2                      VOIR DIRE EXAMINATION
 3  BY MR. PALMINTIER:
 4  Q.  DR. FITZGERALD, WOULD YOU TELL THE COURT WHAT YOUR OCCUPATION
 5  IS, PLEASE?
 6  A.  I'M A PROFESSOR IN THE EARTH SCIENCE DEPARTMENT AT BOSTON
 7  UNIVERSITY.
 8  Q.  HOW LONG HAVE YOU BEEN EMPLOYED AS A PROFESSOR, SIR?
 9  A.  THIRTY-ONE YEARS.
10  Q.  LET ME ASK YOU THIS:  IN YOUR FIELDS OF EXPERTISE, WE'VE ASKED
11  YOU TO LOOK AT CERTAIN DATA AS IT PERTAINS TO THE EFFECT OF THE
12  MRGO -- JUST AS THE JUDGE WAS JUST SAYING -- ON THE CONSEQUENCES OF
13  THE HURRICANE IN AUGUST OF 2005 KNOWN AS KATRINA, HAVE WE NOT?
14  A.  YES.
15  Q.  WHAT AREAS OF QUALIFICATION WOULD YOU TELL THE COURT THAT YOU
16  HAVE SPECIAL EXPERTISE THAT WOULD ENABLE YOU TO ASSIST THE COURT IN
17  UNDERSTANDING SOME OF THESE PHENOMENON?
18  A.  I HAVE EXPERTISE IN SEDIMENTOLOGY, COASTAL GEOMORPHOLOGY, AND
19  COASTAL PROCESSES.
20              MR. PALMINTIER:  THESE ARE THE AREAS, YOUR HONOR, THAT WE
21  ARE GOING TO SUBMIT HIM ON.  I CAN GET YOU TO UNDERSTAND SOME OF
22  THOSE, ALTHOUGH YOU PROBABLY ALREADY KNOW THEM, SOME OF THE --
23  LET'S GO INTO THEN, JUDGE, WHAT THESE VARIOUS THINGS MEAN BECAUSE I
24  HAD THE SAME REACTION AS YOUR HONOR WHEN DR. FITZGERALD AND I FIRST
25  MET.
```

```
 1            THE COURT:  MY KNOWLEDGE IS QUITE GENERAL ON THAT ISSUE.

 2   GO AHEAD.

 3   BY MR. PALMINTIER:

 4   Q.  TELL THE JUDGE WHAT SEDIMENTOLOGY IS.

 5   A.  SEDIMENTOLOGY IS THE STUDY OF SEDIMENT, WHICH, FOR EXAMPLE, IN

 6   A BEACH, IT WOULD BE THE SAND; IN A RIVER SYSTEM, IT WOULD BE THE

 7   GRAVEL, THE SAND, THE MUD THAT ITS TRANSPORTING.  SO SEDIMENT IS

 8   THE TYPE OF MATERIAL THAT'S TRANSPORTED BY WATER, BY ANY FLUID SUCH

 9   AS ICE OR WIND.

10            SEDIMENTOLOGY IS THE STUDY OF NOT ONLY HOW THAT MATERIAL

11   HAS ERODED THAT IS PICKED UP BY THE FLUID BUT ALSO HOW IT'S

12   TRANSPORTED, HOW MUCH IS TRANSPORTED, HOW IT'S TRANSPORTED, AND

13   EVENTUALLY HOW IT IS DEPOSITED.  AND THAT DEPOSITION CAN TAKE

14   VARIOUS FORMS AND IN VARIOUS ENVIRONMENTS.

15            AND SO I STUDY THE TRANSPORTATION AND THE DEPOSITION OF

16   THAT AND THE ENVIRONMENTS THAT RESULT FROM THAT DEPOSITION.

17   Q.  TWO QUICK QUESTIONS:  WHEN YOU SAY DEPOSITION, OF COURSE YOU

18   MEAN DEPOSITING?

19   A.  YES.

20            MR. PALMINTIER:  AND, YOUR HONOR, THERE WILL BE A WHOLE

21   LEXICON PERTAINING TO THIS WITNESS'S EXPERTISE, AND WE'LL TRANSLATE

22   AS WE GO ALONG AS YOU ASKED US TO DO.

23            THE COURT:  AND FOR THE COURT REPORTER, OF COURSE, IF

24   IT'S SOMETHING A BIT UNUSUAL, WE MIGHT HAVE A SPELLING SO WE GET IT

25   CORRECT.
```

```
 1          MR. PALMINTIER:  YES, JUDGE.

 2  BY MR. PALMINTIER:

 3  Q.  NOW TO THE LAYPERSON, THE STUDY OF SEDIMENTS CREATING AN ENTIRE

 4  BODY OF SCIENCE, I WILL TELL YOU, SEEMS UNUSUAL.  BUT BASED ON YOUR

 5  EXPLANATION, WE'RE TALKING ABOUT WHAT HAPPENS TO SEDIMENTS IN

 6  WATER, AIR, AND OTHER LIQUIDS OVER A LONG PERIOD OF TIME, CORRECT?

 7  A.  THAT'S CORRECT.

 8  Q.  AND PART OF THE REASON WHY THAT'S IMPORTANT IN THIS CASE IS

 9  BECAUSE SEDIMENTOLOGY ENABLES YOU TO ANALYZE A LOT OF THE

10  GEOLOGICAL STRUCTURES HERE.  A LOT OF THE GEOLOGICAL STRUCTURES

11  HERE HAVE TO DO WITH WHAT SEDIMENTOLOGY, CORRECT?

12  A.  THE ENTIRE LOUISIANA COASTAL PLANE IS COMPOSED OF SEDIMENTS

13  THAT WERE LAID DOWN PRIMARILY BY THE MISSISSIPPI RIVER, FOR

14  EXAMPLE.

15  Q.  NOW, COASTAL GEOMORPHOLOGY, YOUR HONOR, COASTAL GEOMORPHOLOGY,

16  WOULD YOU EXPLAIN TO THE JUDGE WHAT THAT MEANS?

17  A.  COASTAL GEOMORPHOLOGY IS THE STUDY OF LANDFORMS AND THE

18  PROCESSES BY WHICH THEY FORMED.  AND SO IF WE'RE TALKING ABOUT A

19  DELTA, WE'RE TALKING ABOUT THE DISCHARGE OF THAT MATERIAL AND HOW

20  IT IS SUBSEQUENTLY EFFECTED BY WAVES AND TIDES AND FORMING WHICH IT

21  TAKES.

22  Q.  AGAIN, WITH REGARD TO HURRICANE KATRINA, THE MRGO, AND THE

23  THINGS THE JUDGE IS FOCUSSING ON, COASTAL GEOMORPHOLOGY PLAYS AN

24  IMPORTANT ROLE, DOES IT NOT?

25  A.  YES.  IT NOT ONLY COVERS THE DELTA, IT ALSO COVERS SPECIFIC
```

 1    AREAS WITHIN THAT DELTA; LIKE MARSHES, LIKE CHANNELS, LIKE

 2    DISTRIBUTARY RIDGES.

 3    Q.   OKAY.   AND WE'LL GET TO WHAT THE MEANING OF DISTRIBUTARY RIDGE

 4    IS IN A MOMENT.

 5              BUT THE THIRD AREA, COASTAL PROCESSES, WOULD YOU TELL THE

 6    JUDGE WHAT THAT MEANS?

 7    A.   COASTAL PROCESSES ARE ALL OF THE PROCESSES THAT IMPACT THE

 8    COAST AND CAUSE ITS FORMATION AND EVOLUTION.   SO WE'RE TALKING

 9    ABOUT PROCESSES SUCH AS WAVES, TIDES, WIND, STORM PROCESSES, ANY

10    PROCESS THAT CAUSES THE SEDIMENT TO BE MOVED AND THE LANDFORM TO

11    EVOLVE.

12    Q.   ALL RIGHT.   NOW --

13    A.   AND I MIGHT JUST ADD --

14    Q.   GO AHEAD.

15    A.   -- THIS CAN TAKE PLACE ALONG THE SHORELINE, IT CAN TAKE PLACE

16    IN A MARSH SYSTEM, IN A CHANNEL, IT CAN TAKE PLACE IN THE

17    INTERCONTINENTAL SHELF WHERE THESE PROCESSES OPERATE.

18    Q.   UNDERSTOOD.

19              ONE OF THE AREAS WE WILL BE TALKING ABOUT IS THE

20    CHANDELEUR ISLANDS, CORRECT?

21    A.   YES.

22    Q.   AND THAT'S ALSO, TO SOME EXTENT, THE FORMATION OF BARRIERS OFF

23    THE COAST ALSO PERTAINING TO COASTAL PROCESSES, CORRECT?

24    A.   THAT'S CORRECT.

25    Q.   NOW --

```
 1              MR. PALMINTIER:  YOUR HONOR, WE HAVE NOT HAD AN

 2    OPPORTUNITY -- MR. SMITH AND I HAVE NOT HAD AN OPPORTUNITY TO

 3    DISCUSS WHETHER THEY HAVE STIPULATED TO HIS QUALIFICATIONS.

 4              WE ARE PREPARED TO PRESENT AN EXTENSIVE VOIR DIRE, BUT WE

 5    WOULD ASK THE GOVERNMENT TO LET US KNOW.

 6              MS. MILLER:  YOUR HONOR, KARA MILLER FOR THE UNITED

 7    STATES, AND WE WILL STIPULATE TO HIS QUALIFICATIONS.

 8              MR. PALMINTIER:  THANK YOU.

 9              THE COURT:  AND WOULD YOU, FOR THE RECORD, AS YOU TENDER

10    HIM STATE PRECISELY THE AREAS?

11              MR. PALMINTIER:  YES, YOUR HONOR.

12              THE COURT:  GO AHEAD AND TENDER HIM.  YOU MAKE A FORMAL

13    TENDER IN THE AREAS OF?

14              MR. PALMINTIER:  YES, YOUR HONOR.

15              THE COURT:  GO AHEAD AND TELL ME WHAT THEY ARE.

16              MR. PALMINTIER:  YOUR HONOR, WE FORMALLY TENDER DUNCAN

17    FITZGERALD IN THE AREAS OF SEDIMENTOLOGY, COASTAL GEOMORPHOLOGY,

18    AND COASTAL PROCESSES.

19              THE COURT:  WITH THE GOVERNMENT'S AGREEMENT, THE COURT

20    ACCEPTS THE WITNESS AS TENDERED.

21              MR. PALMINTIER:  THANK YOU, JUDGE.  THAT ENABLES US TO

22    MOVE FORWARD.

23              THE COURT:  AND HIS CURRICULUM VITAE IS IN THE RECORD, AS

24    I UNDERSTAND IT, APPENDED TO HIS EXPERT REPORT?

25              MR. PALMINTIER:  YES, JUDGE, IT IS.
```

```
 1            THE COURT:  THANK YOU.

 2            MR. PALMINTIER:  AND WE HAVE ALSO SUBSTITUTED HOWEVER --

 3   AND I BELIEVE COUNSEL HAS RECEIVED IT -- AN UPDATED VERSION OF THAT

 4   CURRICULUM VITAE, AND IT IS IN THE RECORD.

 5            MS. MILLER:  AND JUST FOR THE RECORD, I BELIEVE THE CV

 6   HAS A DIFFERENT EXHIBIT NUMBER FROM THE EXPERT REPORT.  IT IS NOT

 7   PART OF THE DOCUMENT ITSELF.

 8            THE COURT:  FOR MARKING PURPOSES, IT MIGHT BE NICE IF WE

 9   COULD HAVE THOSE EXHIBIT NUMBERS.

10            MR. PALMINTIER:  YOUR HONOR, THAT UPDATED CURRICULUM

11   VITAE IS PX 1529.

12            THE COURT:  AND THE EXPERT REPORT IS?

13            MR. PALMINTIER:  AND THE EXPERT REPORT IS PX 96.

14            THE COURT:  THANK YOU.  OKAY.  PROCEED.

15                           DIRECT EXAMINATION

16   BY MR. PALMINTIER:

17   Q.  NOW, DR. FITZGERALD, YOU'VE TESTIFIED IN OTHER CASES BEFORE.

18   YOU KNOW THAT NOW YOU'VE BEEN QUALIFIED AS AN EXPERT, YOU ARE

19   ALLOWED TO GIVE OPINION TESTIMONY.

20            SO WE'RE GOING TO GO STRAIGHT TO THE QUESTION.  WE ASKED

21   YOU, AS THE MRGO TEAM, TO EVALUATE MRGO'S IMPACT ON THE KATRINA

22   FLOODING.  AND I GAVE A SUMMARY JUST A MOMENT AGO THAT I HOPE YOU

23   WERE LISTENING TO.  I'M SURE YOU WERE.

24            FIRST, DOES THAT SUMMARY ACCURATELY REPRESENT WHAT YOU

25   ARE GOING TO TESTIFY ABOUT IN GREATER DETAIL?
```

1   A.  YES, IT DOES.

2   Q.  THANK YOU.

3           AS WE GO THROUGH THESE OPINIONS, WE'RE GOING TO BE

4   INTERESTED NOT JUST IN THE OPINION ITSELF BUT ALSO IN THE

5   METHODOLOGY THAT YOU USED, THE METHODS YOU USED TO REACH THE POINT

6   THAT YOU CAME UP WITH.  AND SO I AM GOING TO ASK YOU TO ALSO HELP

7   ME TO TELL THE JUDGE ABOUT THOSE METHODS AS WE GO ALONG.

8           FOR EXAMPLE, COULD YOU TELL JUDGE WHETHER IN THESE THREE

9   FIELDS YOU ROUTINELY RELY ON INFORMATION, DATA, EVALUATIONS BY

10  OTHER PROFESSIONALS IN RELATED FIELDS?

11  A.  YES, I DO.  SOME OF THAT INFORMATION, FOR EXAMPLE, WOULD BE

12  GEOGRAPHIC INFORMATION SYSTEM DATA THAT ONE OF MY COAUTHORS OF MY

13  REPORT IS AN EXPERT AND HAS WORKED IN THIS FIELD FOR 15 YEARS.

14  OTHER INFORMATION I RELY UPON IS THE ANALYSIS OF AERIAL

15  PHOTOGRAPHS, HISTORICAL DOCUMENTS INCLUDING MAPS AND CHARTS.  I

16  RELY UPON OTHER TECHNICAL INFORMATION SUCH AS DREDGING --

17  ASSESSMENT OF DREDGING RECORDS, GEOLOGICAL CROSS-SECTIONS, MANY

18  OTHER DIFFERENT TYPES OF INFORMATION.

19  Q.  UNDERSTOOD.

20          NOW, I KNOW JUDGE HAS BEEN INUNDATED WITH REPORTS, BUT

21  SUFFICE IT TO SAY THAT YOUR REPORT IS NOT JUST A SOLO REPORT.  IT'S

22  ACTUALLY A REPORT HEADED BY A TEAM -- A TEAM HEADED BY YOU BUT ALSO

23  COMPRISED OF OTHER PARTICIPANTS, CORRECT?

24  A.  THAT'S CORRECT.

25  Q.  AND THAT ALSO IS TYPICAL OF THE AREAS WITHIN YOUR EXPERTISE,

1  THAT TEAMWORK OFTEN APPLIES ITSELF TO THE PRODUCTION OF REPORTS AND

2  ANALYSIS?

3  A.  THAT'S CORRECT.  IF YOU LOOK AT MY CURRICULUM VITAE AND LOOK AT

4  MY PUBLICATION RECORD, THERE'S USUALLY SEVERAL AUTHORS OF MY

5  PUBLICATIONS, AND WE ALL HAVE AN INTERACTIVE MANNER OF WORKING TO

6  PRODUCE THAT PUBLICATION.

7  Q.  FOR EXAMPLE, YOU WROTE A TEXTBOOK, BUT IT WASN'T JUST DUNCAN

8  KEMP (SIC), PH.D., IT WAS ANOTHER AUTHOR WITH YOU?

9           THE COURT:  DUNCAN KEMP?

10           MR. PALMINTIER:  I'M SORRY.

11           THE COURT:  THAT'S A NAME OUT OF THE PAST.

12           MR. PALMINTIER:  DUNCAN FITZGERALD.

13           THE COURT:  I KNOW DUNCAN KEMP.  AND I JUST DON'T SEE HIM

14  IN SEDIMENTOLOGY.

15           MR. PALMINTIER:  NO, I DON'T EITHER.  ALTHOUGH WE CAN

16  THINK OF A WAY.  BUT THEN OF COURSE WE HAVE MR. KEMP.

17           THE COURT:  OKAY.

18  BY MR. PALMINTIER:

19  Q.  NOT JUST DUNCAN FITZGERALD BUT ALSO ANOTHER AUTHOR, CORRECT?

20  A.  YES.  MY COAUTHOR IS RICHARD DAVIS.

21  Q.  AND SO, AGAIN, THIS IS TYPICAL, IS IT NOT?

22  A.  YES, IT IS.  IT'S TYPICAL TO DO THINGS IN COLLABORATIVE WAYS SO

23  THAT YOU GARNER THE EXPERTISE FROM MANY DIFFERENT PEOPLE TO ACHIEVE

24  THE BEST PUBLICATION OR REPORT.

25  Q.  ALL RIGHT.  NOW, LET US BEGIN, THEN, WITH YOUR OPINIONS AND

```
 1    FOCUS ON THE DIFFERENT AREAS THAT YOU'VE BEEN CONCERNED WITH.  TO

 2    BEGIN WITH, AS I UNDERSTAND IT, ONE OF THE THINGS THAT YOU WERE

 3    MOST INTERESTED IN IS CHANNEL WIDEN -- I'M SORRY, IS HABITAT

 4    CHANGES, CORRECT?

 5    A.   THAT'S CORRECT.

 6    Q.   TELL THE JUDGE WHY YOU'RE INTERESTED IN HABITAT CHANGES.

 7    A.   HABITAT CHANGE HAS BEEN IMPORTANT IN THIS CASE BECAUSE IT HAS

 8    AFFECTED THE CENTRAL WETLANDS UNIT AND THE SURROUNDING REGIONS.  IT

 9    HAS TRANSFORMED FRESHWATER AND INTERMEDIATE AND BRACKISH WATER

10    ENVIRONMENTS TO SALTWATER ENVIRONMENTS.

11         AND THE IMPORTANCE OF THAT IS THE FACT THAT FRESHWATER

12    ENVIRONMENTS COMMONLY CONSIST OF CYPRESS TREES, AREAS OF VEGETATION

13    LIKE TYPHA THAT HAVE LARGE ELEVATIONS IN EXCESS OF SIX TO TEN FEET,

14    AND THEY PROVIDE A GREAT DEAL OF ROUGHNESS DURING STORMS THAT

15    ABSORBS THE WAVE ENERGY AND TENUATES THE STORM SURGE.  SO WHEN

16    THESE AREAS --

17         MS. MILLER:  OBJECTION, YOUR HONOR.  THE WITNESS HAS NOT

18    BEEN PROFFERED OR ACCEPTED AS AN EXPERT IN THE ROUGHNESS FACTOR OF

19    VEGETATION AND ITS IMPACT ON STORM SURGE.

20         MR. PALMINTIER:  UNDERSTOOD, YOUR HONOR.  HE IS AN EXPERT

21    IN COASTAL PROCESSES THAT CLEARLY INCLUDE THE AFFECT OF WIND ON

22    COASTS AND, OF COURSE, THE RESPONSE TO WIND BY --

23         THE WITNESS:  YOU WERE SAYING WHY HE IS INTERESTED IN IT.

24         MR. PALMINTIER:  YES.

25         THE COURT:  AND CERTAINLY TO THAT POINT HE CAN SAY THIS
```

1  IS WHY HE IS INTERESTED IN IT.  I DON'T KNOW HOW MUCH HIS OPINION

2  RELATES TO THE FRICTION OR THE ROUGHNESS OF THE VARIOUS SURFACES

3  THAT WOULD BE AFFECTED OR INVOLVED IN ANY TYPE OF WATER MOVEMENT.

4  BUT IF WE NEED TO GET INTO THAT, WE CAN.

5        BUT I AM NOT SURE HE HAS GIVEN AN OPINION THAT UTILIZES

6  CALCULATIONS OR EXPERTISE IN GOING TO ROUGHNESS.  HE IS SAYING WHY

7  HE IS INTERESTED.

8        IF HE DOES AND YOU OBJECT, THEN WE NEED TO UNDERSTAND

9  WHAT HIS EXPERTISE IS IN THAT AREA AND WHETHER THE COASTAL

10  PROCESSES TENDER ENCOMPASSES THAT DISCIPLINE.

11        MR. PALMINTIER:  UNDERSTOOD.

12        THE COURT:  IS THAT OKAY?

13        MS. MILLER:  (NODS HEAD IN THE AFFIRMATIVE.)

14        THE COURT:  AT THIS POINT HE IS SAYING THIS IS WHY HE IS

15  INTERESTED AND HE CAN CERTAINLY SAY THAT.

16        MR. PALMINTIER:  THANK YOU, YOUR HONOR.

17        THE COURT:  THE OBJECTION IS OVERRULED AT THIS TIME

18  SUBJECT TO PRESERVATION LATER ON IF YOU CAN MAKE A DETERMINATION IF

19  THAT DISCIPLINE IS WITHIN HIS DISCIPLINE OR HE RELIED ON SOMEONE IN

20  HIS TEAM WHO IS FAMILIAR WITH THAT DISCIPLINE TO PUT TOGETHER THIS

21  REPORT.

22        MR. PALMINTIER:  UNDERSTOOD, JUDGE.  AND WE WILL NOT GO

23  INTO THAT RIGHT NOW, DR. FITZGERALD, BECAUSE THERE ARE OTHER

24  EXPERTS, YOUR HONOR, THAT WILL TALK ABOUT THIS.  AND COUNSEL IS

25  CORRECT THAT WE DO NOT INTEND TO EXPAND ON THIS.

1  BY MR. PALMINTIER:

2  Q.  BUT SUFFICE IT TO SAY THAT THE EFFECT OF MRGO ON THE

3  ENVIRONMENT IN GENERAL IS WHAT YOU'RE CONCERNED WITH WHEN YOU THINK

4  ABOUT HABITAT CHANGE?

5  A.  THAT'S CORRECT.

6  Q.  AND HABITAT CHANGE IS A ROUTINE ASPECT OF THE THREE DISCIPLINES

7  THAT YOU HAVE TALKED ABOUT AND THAT YOU'RE QUALIFIED IN, CORRECT?

8  A.  YES, IT IS.

9  Q.  NOW -- SO WHAT I'M GETTING AT IS, WHAT KIND OF HABITAT CHANGE

10 WE'RE INTERESTED IN FOR PURPOSES OF THIS OPINION, IT'S ADVERSE

11 HABITAT CHANGE, CORRECT?

12 A.  THAT'S CORRECT.

13 Q.  IT'S NOT JUST THE NORMAL PROCESSES THAT HAPPEN ON THE COAST,

14 BUT IT'S ADVERSE CHANGES THAT HAPPEN BECAUSE OF MRGO?

15 A.  THAT'S RIGHT.  CHANGE IN ITSELF IS CHANGE.  WHEN YOU CHANGE ONE

16 HABITAT INTO ANOTHER, IT'S NOT NECESSARILY ADVERSE.  BUT IN THIS

17 CASE, IT WAS CHANGES THAT CAUSED A LOWERING IN THE VEGETATION WHICH

18 DID HAVE AN ADVERSE EFFECT ON THE SURROUNDING AREA.

19 Q.  TELL THE COURT HOW THE MRGO CAUSED CHANGES IN THE SURROUNDING

20 HABITAT WHICH PLAYED A ROLE IN THESE CONCLUSIONS WHICH YOU ARE

21 STATING?

22 A.  MAY I HAVE THE FIRST SLIDE, PLEASE.

23      YOUR HONOR HAS ALREADY SEEN THIS, BUT LET ME JUST GO

24 THROUGH THIS QUICKLY.  THE GREEN AREA HERE IS CALLED THE LAND CUT

25 AND THE LIGHT GREEN LINE ADJACENT TO THIS DARKER GREEN IS THE

1    ORIGINAL FOOTPRINT OF THE EXCAVATION OF THE MRGO.  ADJACENT TO THAT

2    AREA, THE DARK GREEN LINE, IS WHERE THEY PLACED THE DREDGE SPOIL

3    DURING THAT EXCAVATION.

4            AS WE MOVE OUT TOWARD BRETON SOUND, WE HAVE A BLUE LINE.

5    THAT LIGHT BLUE LINE IS WHERE THEY DEEPENED THIS AREA TO

6    ACCOMMODATE THE 40-FOOT DESIGN DEPTH HERE.  SO THAT IS THE

7    FOOTPRINT OF THE ORIGINAL CHANNEL.

8            THAT MATERIAL WAS THEN SUBSEQUENTLY PLACED ADJACENT TO

9    THAT, AND THAT'S WHAT'S SHOWN HERE BY THIS DARK BLUE LINE COVERING

10   UP THE ESTUARINE HABITAT THAT EXTENDS ALL THE WAY OUT HERE TO THE

11   GULF OF MEXICO.

12           OVER HERE ON THE RIGHT-HAND SIDE IS A TABULATION OF THOSE

13   CHANGES.  AND I'LL HAVE TO PUT ON MY GLASSES TO SEE IT, EXCUSE ME.

14           THE COURT:  I UNDERSTAND.

15   BY MR. PALMINTIER:

16   Q.  WHILE YOU'RE DOING THAT, DID -- THE GREEN REPRESENTS THE AREA

17   THAT IS SOMETIMES CALL THE LAND CUT?

18   A.  YES.

19   Q.  AND THE BLUE IS KNOWN --

20   A.  THE WATER CUT.

21   Q.  WATER CUT.  OKAY.

22   A.  SO LOOKING AT THE TABULATIONS ON THE RIGHT-HAND SIDE,

23   COLLECTIVELY, THAT IS THE EXCAVATION WHERE THE DREDGE SPOIL WAS

24   PLACED BOTH IN THE LAND CUT AND THE WATER CUT, IS APPROXIMATELY

25   30,000 ACRES OF LAND.

```
 1              IF WE ADD TO THAT THE SUBSEQUENT WIDENING OF THE CHANNEL,

 2   WE CAN ADD ANOTHER 5,628 ACRES GIVING US A COMBINED DIRECT IMPACT

 3   OF MRGO TO THE ENVIRONMENT OF 35,634 ACRES.

 4   Q.  DR. FITZGERALD, THAT IS JUST THE EFFECT OF THE ACTUAL CUTTING

 5   OF THE MRGO THROUGH THE WETLANDS AND THROUGH THE BRETON SOUND AREA,

 6   CORRECT?

 7   A.  THAT IS CORRECT.

 8   Q.  THE DREDGE SPOILS ARE INCLUDED IN THAT, THAT IS, FROM THE CUT

 9   ITSELF; BUT THIS IS THE WAY IT WOULD BE JUST AFTER IT WAS

10   COMPLETED, CORRECT?

11   A.  RIGHT.  THE DREDGE SPOIL HAS ESSENTIALLY COVERED UP EXISTING

12   HABITAT WITH TREE STUMPS AND DREDGE SPOIL AND SEDIMENTS, AND IN THE

13   BRETON SOUND AREA, COVERED UP ESTUARINE BEDS OF VARIOUS BIOTA.

14   Q.  THAT IS HABITAT CHANGE, IS IT NOT?

15   A.  YES, IT IS.

16   Q.  IS IT ADVERSE HABITAT CHANGE FROM THE STANDPOINT OF THE COASTAL

17   PROCESSES THAT YOU DEAL WITH ON A REGULAR BASIS?

18   A.  IT'S CERTAINLY HABITAT CHANGE AND ADVERSE IN ALL OF THE

19   ORGANISMS THAT WERE LIVING THERE IN BEING COVERED UP.

20   Q.  NOW, CAN YOU TELL US WHAT ELSE THIS CUT ACROSS THIS AREA THAT

21   IS SHOWN IN EXHIBIT 96.1, WHAT ELSE --

22   A.  YES, THIS CUT WAS INSTRUMENTAL IN CUTTING ACROSS A MAJOR

23   DISTRIBUTARY RIDGE.  LET ME EXPLAIN WHAT A DISTRIBUTARY RIDGE IS.

24   WHEN WE THINK OF A RIVER SYSTEM UP IN THE UPPER BASIN OF A RIVER

25   SYSTEM, THERE ARE VARIOUS TRIBUTARIES LIKE THE MISSISSIPPI HAS THE
```

1    OHIO AND ILLINOIS AND A NUMBER OF OTHER SMALL RIVERS THAT FEED INTO

2    IT.  THOSE ARE TRIBUTARIES.

3            THEN DOWN AT THE MOUTH OF THE RIVER WHERE IT DEBOUCHES

4    THIS WATER IN SEDIMENT MODE, IT DISTRIBUTES THAT IN A SERIES OF

5    SMALLER CHANNELS.  EACH ONE OF THOSE SMALLER CHANNELS IS CALLED A

6    DISTRIBUTARY.

7            SO THIS BAYOU LA LOUTRE IS A MAJOR DISTRIBUTARY THAT WAS

8    RESPONSIBLE FOR DEPOSITING A GREAT DEAL OF SEDIMENT DURING THE

9    LATER STAGES OF THE ST. BERNARD DELTA FORMATION.  THAT RIDGE WAS

10   PRESENT BACK PRIOR TO MRGO CONSTRUCTION AT AN ELEVATION OF ABOUT

11   TEN FEET, AND THERE WAS OAK TREES AND CYPRESS TREES THAT GREW ALONG

12   THAT.

13           I CAN TRACE ITS PATHWAY, AS I AM DOING HERE -- THE BEST I

14   CAN AS I CAN MAKE IT -- AND EXTEND ALL THE WAY TO THE 40 ARPENT

15   CANAL.  SO THIS WAS A MAJOR OBSTRUCTION TO THE DAILY RISE AND FALL

16   OF THE TIDES AND FOR SALINE WATERS MOVING INTO THIS REGION.

17           AND MORE IMPORTANTLY, DURING STORMS IT WAS ALSO A MAJOR

18   BARRIER KEEPING STORM FLOODING INTO THAT SAME REGION AND BRINGING

19   IN SALTWATER WHICH WOULD HAVE AN ADVERSE EFFECT ON THE FRESHER

20   WATER HABITAT COMMUNITIES IN THAT REGION.

21   Q.  IN A WORD, MRGO CUT DIRECTLY THROUGH THE LA LOUTRE RIDGE,

22   CORRECT?

23   A.  650 FEET WIDE, 40 FEET DEEP, THIS WAS A MAJOR CHANNEL THAT

24   ALLOWED A LARGE TIDAL PRISM, THAT IS THE VOLUME OF WATER WHICH

25   ENTERS THROUGH THIS CHANNEL TO ENTER INTO THE CENTRAL WETLANDS AND

1   UPPER REACHES.

2           THE COURT:  DOCTOR, YOU MAY HAVE TESTIFIED TO THIS AND I

3   MAY HAVE MISSED IT.  DO YOU KNOW THE WIDTH OF THE LA LOUTRE RIDGE,

4   I'LL CALL IT, AT THE POINT WHERE THE MRGO CUT THROUGH IT?

5           THE WITNESS:  I'VE FLOWN OVER IT, AND IT'S A COUPLE, I

6   WOULD SAY AT LEAST TWO OR 300 FEET IN WIDTH.

7           THE COURT:  I KNOW THAT'S AN APPROXIMATION.  I

8   UNDERSTAND.  THANK YOU.

9   BY MR. PALMINTIER:

10  Q.  SO IF I UNDERSTAND YOUR TESTIMONY CORRECTLY, THE RIDGE IS PART

11  OF A DISTRIBUTARY SYSTEM AND IT HAD BEEN THERE FOR THOUSANDS OF

12  YEARS?

13  A.  YES.

14  Q.  OKAY.  AND THEN THE ARMY CORPS OF ENGINEERS CAME THROUGH, CUT

15  THROUGH IT, CORRECT?

16  A.  THAT'S CORRECT.

17  Q.  AND WHAT BEGAN TO HAPPEN THERE WHEN THAT CUT-THROUGH OCCURRED

18  WAS NO MORE PROTECTION AND SO SALTWATER WAS ABLE TO MOVE UP?

19  A.  THIS AREA OF THE COAST HAS A FAIRLY SMALL TIDAL RANGE, THAT IS

20  THE VERTICAL ELEVATION DIFFERENCE BETWEEN LOW TIDE AND HIGH TIDE.

21  IN FACT, THE TIDES HERE ARE MOST OFTENTIMES THE PRODUCT OF

22  METEOROLOGICAL EFFECTS, THAT IS TO SAY, WHEN THE WIND IS BLOWING.

23          BUT STILL, IT HAS A RISE AND FALL OF A FOOT OR SO.  AND

24  SO WITH THAT RISE AND FALL, THERE IS THE MOVEMENT OF WATER INTO AND

25  OUT OF CHANNELS.  AND IN THIS CASE, ONCE THAT BAYOU LA LOUTRE WAS

1    CUT AND THE REST OF THE CHANNEL EXTENDED NORTHWARD TO THE

2    INTRACOASTAL WATERWAY, IT PROVIDED A PATHWAY, DIRECT PATHWAY FOR

3    THIS TIDAL EXCHANGE TO OCCUR BETWEEN THESE INNER CHANNEL REGIONS

4    AND BRETON SOUND AND THE GULF OF MEXICO.

5    Q.  YOU'VE TOLD US THE IMPORTANCE OF THE RIDGE, NOW CAN YOU TELL US

6    THE EFFECTS OF THIS CUT ON THE COASTAL ENVIRONMENT, THE DELTAIC

7    ENVIRONMENT, THAT IT WAS CUT THROUGH?

8    A.  YES, I CAN.  AND I CAN DO THAT WITH THE NEXT SERIES OF SLIDES.

9             MR. PALMINTIER:  BEFORE WE MOVE ON, YOUR HONOR, FROM A

10   TECHNICAL STANDPOINT, THIS IS A POWERPOINT PRESENTATION, AND ALL OF

11   THE EXHIBITS ARE IN.  BUT WE CAN ADMIT THE ACTUAL POWERPOINT AS AN

12   EXHIBIT AND THEREBY ELIMINATE THE NEED TO MENTION EACH EXHIBIT AS

13   WE GO BY OR WHATEVER THE COURT'S PLEASURE OR COUNSEL'S PLEASURE.

14            THE COURT:  I WOULD LIKE EACH EXHIBIT, IF POSSIBLE,

15   MENTIONED BECAUSE -- THE GOVERNMENT WANTS TO SAY SOMETHING?

16            MS. MILLER:  I WAS JUST GOING TO SAY WE WOULD LIKE ALSO

17   TO BE ABLE TO ADDRESS EACH EXHIBIT AND THERE MAY BE SOME THAT WE

18   HAVE OBJECTIONS TO.

19            MR. PALMINTIER:  I UNDERSTAND, YOUR HONOR.

20            THE COURT:  I THINK IT'S BEST WE DO IT THAT WAY.

21            MR. PALMINTIER:  WE'LL DO IT THAT WAY.

22            AND THEN IN TERMS OF THE PROCEDURE, WOULD THE COURT

23   PREFER THAT AS WE GO ALONG, IT SEEMS IT WOULD BE BETTER THAT WE

24   WOULD OFFER, FILE, AND INTRODUCE EXHIBIT 96.1.

25            THE COURT:  TO THE EXTENT THEY HAVEN'T ALREADY BEEN

```
 1    OFFERED INTO EVIDENCE, JUST MENTION THEM.  I THINK MOST OF THE
 2    EXHIBITS HAVE BEEN OFFERED IN, SUBJECT TO OBJECTION.  JUST MENTION
 3    IT AND THE GOVERNMENT, IF IT DECIDES, CAN MAKE AN OBJECTION.
 4         MR. PALMINTIER:  THEN WE BEGIN WITH 96.1.  OF COURSE,
 5    THAT'S ALREADY BEEN INTRODUCED.
 6         MS. MILLER:  AND THIS EXHIBIT IS A COMPILATION OF TWO
 7    PAGES FROM THE WITNESS'S EXPERT REPORT, AND FOR THAT REASON WE
 8    DON'T OBJECT TO THIS ONE.
 9         THE COURT:  THANK YOU.
10         MR. PALMINTIER:  YOUR HONOR, THEN WE OFFER IT INTO
11    EVIDENCE.
12         THE COURT:  OKAY.  IT'S BEEN OFFERED ALREADY AND IT'S NOW
13    UNOBJECTED.  GO AHEAD.
14    BY MR. PALMINTIER:
15    Q.  WOULD YOU PUT UP THE NEXT SLIDE AND WE'LL --
16         WHAT DOES THIS SERIES OF SLIDES REPRESENT?
17    A.  YOUR HONOR, I'LL BE SHOWING YOU THREE HABITAT MAPS.  THIS FIRST
18    MAP IS FROM THE 1950'S.  IT DEPICTS A SETTING THAT EXISTED PRIOR TO
19    THE CONSTRUCTION OF THE MRGO.
20         THE NEXT ONE I WILL BE SHOWING YOU IS THE 1960'S, WHICH
21    DEPICTS THE SITUATION THAT EXISTED JUST AFTER THE CONSTRUCTION OF
22    THE MRGO.
23         AND THE FINAL MAP, THE 2000 MAP, BRINGS US UP
24    APPROXIMATELY TO THE PRESENT TIME.
25         THIS MAP IS A COMPOSITE OF THREE DATABASES.  THE FIRST
```

```
 1   DATABASE IS THE MARSH TYPE.  AND IN THIS INSTANCE, IT WAS TAKEN

 2   FROM TED O'NEALS MUSKRAT HABITAT REPORT THAT WAS DONE IN 1949.

 3           THE COURT:  AND I NOTICE IT'S FIGURE 4.2, AND IN READING

 4   YOUR REPORT AND SYNOPSIZING IT, I MENTION 4.2 IN THAT.  SO I KNOW

 5   IT'S 4.2 IN HIS REPORT, WHICH IS A SPECIFIC EXHIBIT WHICH WE HAVE.

 6           MR. PALMINTIER:  YES, YOUR HONOR.

 7           THE COURT:  SO I DON'T KNOW IF THIS IS ALSO A DISCRETE

 8   EXHIBIT AS WELL, BUT I KNOW IT'S WITHIN THE REPORT AS WELL.

 9           MR. PALMINTIER:  AND, YOUR HONOR, WHAT WE'RE DOING IS --

10   YEAH, THE EXHIBIT NUMBER IS ACTUALLY AT THE BOTTOM OF THE SLIDE.  I

11   DON'T KNOW WHETHER WE CAN ADJUST IT UPWARD.  IT IS 96.17.

12           MR. ROY:  YOUR HONOR, WITH YOUR PERMISSION, WHAT WE'RE

13   GOING TO DO IS THE EXACT SAME THING WE DID FOR MR. MORRIS

14   YESTERDAY.  A NUMBER OF EXHIBITS WERE EXTRACTED FROM INDEPENDENT

15   EXHIBITS OR COMPILATIONS THEREOF, THEY'RE BEING SHOWN, THEY'VE

16   ALREADY BEEN ASSIGNED SEPARATE NUMBERS.

17           HE WILL IDENTIFY THEM DURING THE EXAMINATION AND OFFER

18   THEM, AND AT THE CONCLUSION WE'VE GOT THE COMPLETE SET OF THE

19   ACTUAL EXHIBITS, IF YOU WILL, MOST OF WHICH ARE BLOWUPS OUT OF

20   PREEXISTING THINGS.

21           THE COURT:  THANK YOU.

22           MR. PALMINTIER:  ALL OF THESE, YOUR HONOR, BY THE WAY,

23   ARE BEING OFFERED IN CONJUNCTION WITH THE TESTIMONY TO ASSIST THE

24   COURT IN UNDERSTANDING COMPLEX AREAS.

25   BY MR. PALMINTIER:
```

1    Q.  SO THAT SLIDE, WHICH IS NOW 96.17, AND YOU WERE SAYING THAT

2    YOU -- THAT THESE THREE PHOTOGRAPHS WERE BUILT FROM THREE DIFFERENT

3    DATA SOURCES, CORRECT?

4    A.  YES.

5    Q.  FIRST LET ME MAKE SURE THAT WE UNDERSTAND THAT THESE ARE THE

6    KINDS OF DATA SOURCES THAT YOU ROUTINELY RELY ON AND PEOPLE IN YOUR

7    PROFESSION ROUTINELY RELY ON FROM OUTSIDE OF YOUR PROFESSION,

8    CORRECT?

9    A.  THAT'S CORRECT.

10   Q.  AND YOU WERE MENTIONING THE MUSKRAT STUDY.  THIS IS THE TYPE OF

11   ZOOLOGICAL AND BIOLOGICAL STUDY THAT IS DONE OCCASIONALLY BY AN

12   INTREPID SCIENTIST WHO IS WILLING TO GO OUT THERE AND DO THE

13   EVALUATION?

14   A.  YES.  AND IT'S ALSO DUE TO THE FACT WE'RE USING HIS HABITAT MAP

15   BECAUSE IT'S THE ONLY ONE THAT EXISTS FOR THIS TIME PERIOD.

16   Q.  IS IT RELIABLE FROM YOUR STANDPOINT AS A SEDIMENTOLOGIST,

17   COASTAL GEOMORPHOLOGIST, AND COASTAL PROCESSES EXPERT?

18   A.  YES, IT IS.

19   Q.  ALL RIGHT.

20   A.  SO WE USE THREE DATABASES.  THE FIRST OF THIS IS THE MARSH

21   TYPE, AND THIS PARTICULAR ONE WAS FROM THE '49 TED O'NEALS REPORT.

22        THE NEXT DATA THAT WE NEED IS THE TREE AND SWAMP DATA,

23   AND THAT'S TAKEN FROM THE USGS QUADRANGLE TOPOGRAPHIC MAPS THAT

24   SHOW THE EXTENT OF TREES AND SWAMPS ON THOSE MAPS.  THESE ARE

25   COMPOSITE IN THEMSELVES, AND SO FOR THIS AREA, WE USE THE 1948 TO

1    THE 1957 QUADRANGLE TOPOGRAPHIC MAPS.

2              AND THEN FINALLY, AS OUR BASE MAP, OUR LAND/WATER BASE

3    MAP, THAT COMES FROM THE ARMY CORPS OF ENGINEERS' REPORTS BY

4    BRITSCH AND DUNBAR.  AND THE ONE WE USED FOR THIS TIME PERIOD WAS

5    1958.

6              AND JUST TO FAMILIARIZE YOUR HONOR WITH THE TYPES OF

7    SETTING THAT I'LL BE TALKING ABOUT, THE RED IS SALT MARSH, THIS

8    KIND OF TURQUOISEY COLOR IS BRACKISH MARSH, THE PINK IS AN

9    INTERMEDIATE MARSH, AND THE LIGHT GREEN IS A FRESH MARSH.  I'LL

10   ALSO BE TALKING ABOUT TREES AND SWAMP -- TREES SHOWN HERE IN GREEN,

11   AND SWAMP -- THAT'S CYPRESS SWAMP SHOWN IN BROWN, AND THEN I MAY

12   POINT OUT SOME OTHER THINGS.

13             GENERALLY WHAT YOU CAN SEE FROM THIS PARTICULAR MAP PRIOR

14   TO MRGO IS THAT WE HAVE A GENERALLY FRESHING OF THE ENVIRONMENT AS

15   WE MOVED OUT HERE FROM THE MISSISSIPPI MARSHES, FROM THE CHANDELEUR

16   SOUND, ACROSS LAKE BORGNE AND INTO THE CENTRAL WETLANDS UNIT UNTIL

17   FINALLY WE HAVE A FRESH MARSH AND AN EXTENSIVE CYPRESS SWAMP THAT

18   PARALLELS THE 40 ARPENT CANAL.

19   Q.  ALL RIGHT.  NOW THAT --

20   A.  ALSO --

21   Q.  GO AHEAD.

22   A.  -- ONE OTHER THING I WANTED TO POINT OUT HERE IS THAT THIS

23   SWAMP ENVIRONMENT EXTENDS ALONG THE LENGTH OF BAYOU LA LOUTRE AND,

24   BECAUSE OF ITS ELEVATION, TREES OF THIS NATURE THAT REQUIRE FRESH

25   WATER COULD LIVE IN THIS SORT OF ENVIRONMENT.

```
 1   Q.  OKAY.  JUST FOR HOUSEKEEPING PURPOSES --

 2            MR. PALMINTIER:  I'M SORRY, YOUR HONOR, I NEEDED SOME

 3   WATER.

 4            THE COURT:  THAT'S QUITE ALL RIGHT.

 5   BY MR. PALMINTIER:

 6   Q.  FOR HOUSEKEEPING PURPOSES, DOWN IN THE LOWER RIGHT-HAND CORNER,

 7   THERE'S REFERENCE IN ALL THREE OF THESE COMPOSITES TO YOUR

 8   INFORMATIONAL AND DATA SOURCES, CORRECT?

 9   A.  THAT'S CORRECT.

10   Q.  SO IF THE JUDGE IS LOOKING AT IT, SUBSEQUENTLY HE WOULD BE ABLE

11   TO LOOK TO THAT AND REMEMBER WHERE THAT DATA CAME FROM, CORRECT?

12   A.  YES.

13   Q.  AND ALL OF THAT DATA IS THE KIND OF DATA ROUTINELY RELIED UPON

14   BY PEOPLE IN YOUR CAREER?

15   A.  THAT'S CORRECT.

16   Q.  NOW, TELL THE JUDGE, THEN, WHAT THIS SEQUENCE OF MAPS

17   DEMONSTRATE TO YOU IN YOUR SPECIALTIES.

18   A.  OKAY.  THE NEXT MAP IS THE 1960'S MAP.  AND AGAIN, IT CONSISTS

19   OF THE '68 HABITAT MAP THAT COMES FROM -- A MARSH TYPE MAP THAT

20   COMES FROM ROBERT SCHWARZBERG, A TREE AND SWAMP DATA FROM THE USGS

21   IN '62 AND '69 AND THE DELBRIDGE AND DUNBAR MAP OF 1974.  SO WE'RE

22   CALLING THIS THE 1960'S MAP.

23            AND WHAT WE CAN SEE HERE IS THAT THERE'S BEEN A

24   DIMINISHMENT IN THE SIZE AND EXTENT OF THE CYPRESS TREE SWAMP ALONG

25   THE 40 ARPENT CANAL.  IT'S ALSO -- SOME OF THE CYPRESS TREE HABITAT
```

```
 1   HAS BEEN TRANSFORMED INTO AN INTERMEDIATE MARSH ALONG BAYOU LA

 2   LOUTRE.  MUCH OF THE FRESH MARSH HAS BEEN TRANSFORMED INTO AN

 3   INTERMEDIATE MARSH HERE.  AND THE MOST COMPELLING ASPECT OF THIS

 4   MARSH IS THE LARGE FOOTPRINT OF MRGO SHOWN HERE IN ORANGE.

 5   Q.  SO NOW MR. MRGO HAS BEEN CUT THROUGH THE AREA, AND THE MAPS

 6   SHOW THE ADVERSE HABITAT CHANGE?

 7   A.  THE MAPS SHOW THAT THE REGION IS RESPONDING TO THIS INCURSION

 8   OF SALTWATER AND CHANGING FROM MORE FRESH TO MORE SALTY

 9   ENVIRONMENTS.

10   Q.  NOW, YOUR NEXT MAP IS INTERESTING.  WOULD YOU SHOW THAT TO THE

11   COURT.

12   A.  OKAY.  THIS NEXT MAP SHOWS A FURTHER RESULT OF THE INCURSION OF

13   SALTWATER ENVIRONMENTS.  WE CAN, FOR INSTANCE, SEE THAT THERE IS NO

14   LONGER ANY TYPE OF CYPRESS TREE OR OAK TREE COMMUNITY THAT'S FOUND

15   ALONG THE BAYOU LA LOUTRE RIDGE.  THE ONLY AREAS THAT WE HAVE FOR

16   CYPRESS TREES ARE AREAS THAT ARE ARTIFICIALLY FRESHENED THROUGH

17   PUMPING STATIONS LOCATED HERE.

18             THE COURT:  WE'RE IN THE 2000?

19             THE WITNESS:  WE'RE IN THE 2000, YES, YOUR HONOR.  AND

20   DOWN HERE MERAUX.

21             AND YOU CAN SEE THAT THIS ENTIRE REGION HERE THAT WAS

22   ONCE A FRESH MARSH HAS TURNED INTO A BRACKISH MARSH.  WE CAN ALSO

23   SEE THE ENCROACHMENT OF THE SALT MARSH HERE ALONG THE WESTERN SHORE

24   OF LAKE BORGNE.

25             NOTICE THAT THE REST OF LAKE BORGNE, EXCEPT OUT HERE, HAS
```

```
 1   REMAINED FRESH WITH FRESH WATER COMING THROUGH LAKE PONTCHARTRAIN

 2   THROUGH THE RIGOLETS AND THROUGH CHEF MENTEUR PASS.  BUT THAT THIS

 3   AREA HERE ADJACENT TO MRGO, WHETHER IT'S A DAILY INCURSION OF

 4   SALTWATER UP THROUGH THIS WATERWAY PROPELLED BY THE TIDES, IT'S

 5   TRANSFORMED THIS ENTIRE REGION INTO A SALTWATER COMMUNITY.

 6            AND I'D LIKE TO HIGHLIGHT THAT BY SHOWING THE GIS IF I

 7   MAY.  ANDREW?

 8            THE COURT:  BEFORE WE GO TO THAT, DOCTOR, CAN YOU COMMENT

 9   ON THE -- AND FORGIVE ME IF MY COLOR -- I AM NOT SURE WHAT THE

10   COLOR IS, MAGENTA, PURPLE --

11            THE WITNESS:  (INDICATING)?

12            THE COURT:  THAT ONE, YES.  DESCRIBE THAT A BIT.

13            THE WITNESS:  YES.

14            THE COURT:  IT DIDN'T SHOW UP ON THE --

15            THE WITNESS:  RIGHT.  THAT'S THE CAERNARVON AREA.  THAT'S

16   THE CAERNARVON DIVERSION.  SO THERE'S FRESHWATER COMING DIRECTLY

17   FROM -- THIS BEGAN IN THE LATE '90S.  THIS IS A DIRECT PATHWAY NOW

18   THAT ALLOWS FRESH WATER TO FILL IN THIS AREA, SO THIS AREA HAS

19   BECOME MUCH MORE FRESH THAN IT WAS PREVIOUS TO THIS DIVERSION

20   PROJECT.

21            THE COURT:  ALL RIGHT.  THANK YOU, SIR.

22   BY MR. PALMINTIER:

23   Q.  NOW, YOU WERE GOING TO SHOW US, USING THE BENEFIT OF THE GIS,

24   SOMETHING THAT YOU FOUND INTERESTING.

25   A.  YES.  AND MAYBE YOU CAN DO THIS, ANDREW, BUT I'D LIKE TO SWIPE
```

1    BETWEEN THE 2000 AND THE 1960'S PHOTOGRAPH TO POINT OUT VISUALLY

2    JUST HOW WE'VE CHANGED.

3            WHAT YOU'RE SEEING HERE IS THE 2000, AND YOU CAN SEE

4    HOW -- IF I SHOW YOU HERE WITH THE POINTER, WHAT'S HAPPENED TO

5    BAYOU LA LOUTRE RIDGE DURING THIS PERIOD OF TIME.  YOU CAN ALSO

6    SEE -- AGAIN, THIS IS RIGHT AFTER MRGO.  YOU CAN SEE THIS IS ALL

7    BRACKISH WATER IN THIS AREA HERE.  AND WE CAN SEE HOW IT'S BECOME A

8    SALTWATER ENVIRONMENT INDICATING SALTWATER COMING UP HERE

9    (INDICATING).

10           WE CAN ALSO SEE ONE MORE TIME -- GO ALL THE WAY BACK.

11   THAT'S IT.

12           THIS MAGENTA, REMEMBER, IS THE INTERMEDIATE MARSH AND YOU

13   SEE THAT THIS COMPLETELY DISAPPEARS.  AND I WILL MAKE THE

14   OBSERVATION ONE MORE TIME THAT AS WE MOVE FROM A FRESHWATER

15   ENVIRONMENT THAT HAS TREES AND VEGETATION IN EXCESS OF SIX TO

16   TEN FEET IN HEIGHT TO A SALTWATER ENVIRONMENT WHERE THE GRASS IS

17   MUCH SHORTER, THAT THIS PREVENTS FAR LESS RESISTANCE TO WAVES AND

18   TO STORM SURGES DURING MAJOR STORMS.

19           I THINK WE'VE SEEN ENOUGH OF THAT.

20           THE COURT:  ALL RIGHT.

21           MR. PALMINTIER:  THANK YOU.

22           THE COURT:  THANK YOU.

23   BY MR. PALMINTIER:

24   Q.  SO WE'VE SEEN A DEMONSTRATION THEN OF THE INCURSION OF THE

25   SALTWATER, AMONG OTHER THINGS, THERE AND YOU'VE ALSO DEMONSTRATED

```
 1    TO US CHANGES IN HABITAT AS A RESULT OF THAT SALTWATER.

 2          BUT COULD YOU TELL US NOW, ARE THERE OTHER IMPACTS OF THE

 3    MRGO OTHER THAN THE SALTWATER INTRUSION THAT YOU PAID ATTENTION TO?

 4    A.  YES.  THERE'S ONE IMPORTANT ASPECT OF THIS THAT CAUSED THIS

 5    CHANGE IN THE RAPID TIME FRAME THAT WE'VE BEEN LOOKING AT HERE, AND

 6    THAT'S THE SIZE OF THE CHANNEL.  SO AS THE SIZE OF THE CHANNEL

 7    INCREASES, SO DOES THE RATE OF SALTWATER INFLUX TO THIS AREA

 8    INCREASE.

 9    Q.  WHEN YOU TALK ABOUT THE CHANNEL, YOU'RE TALKING ABOUT THE MRGO

10    CHANNEL?

11    A.  I AM TALKING ABOUT THE MRGO CHANNEL, EXACTLY.

12    Q.  SO THE SIZE OF THAT CHANNEL IS WHAT YOU'RE FOCUSSING ON NOW?

13    A.  RIGHT.

14    Q.  I'M SORRY.  GO AHEAD.

15    A.  SO ANOTHER ASPECT OF THIS STUDY LOOKED AT THE WIDENING OF THE

16    CHANNEL.  AND IF I CAN HAVE THE NEXT PHOTOGRAPH, I WOULD LIKE TO

17    SHOW YOU A COUPLE OF AERIAL PHOTOGRAPHS THAT ILLUSTRATE THE

18    WIDENING OF THE CHANNEL THROUGHOUT TIME.

19          I GUESS I AM IN CHARGE OF THAT, AREN'T I?

20    Q.  YES.  WE'RE GETTING OUR TECHNOLOGIES MIXED UP.

21          FIRST, YOU TESTIFIED EARLIER THAT YOU ROUTINELY RELY ON

22    PHOTOGRAPHIC EVIDENCE.  COULD YOU TELL THE JUDGE:  IS THIS AN

23    EXAMPLE OF THE KIND OF PHOTOGRAPHIC EVIDENCE APPARENTLY THAT YOU

24    RELY ON TO SEE THE HISTORY OF THE AREA?

25    A.  PHOTOGRAPHS, CHARTS, AND MAPS ALLOW US TO GO BACK IN TIME AND
```

```
 1    LOOK AT THE EVOLUTION OF THE AREA, LOOK AT THE FORMATION OF THINGS.

 2    SO WHENEVER WE DO A COASTAL STUDY, WE LOOK AT -- THE HISTORICAL

 3    ANALYSIS INCLUDES A DETAILED ANALYSIS OF THE VERTICAL AREA

 4    PHOTOGRAPHS, OBLIQUE AREA PHOTOGRAPHS AND ANY CHARTS AND MAPS THAT

 5    EXIST FOR THAT TIME PERIOD.

 6             THE COURT:  FOR THE PURPOSE OF COURT OF APPEALS, THE

 7    COURT'S AWARE -- THESE APPEAR TO BE PHOTOGRAPHS THAT WERE IN THE

 8    REPORT.  ALTHOUGH THEY'RE LABELED THE 96.4, THEY'RE ALSO FIGURES IN

 9    THE REPORT, EXAMPLE 2.9.

10             SO IF ANYONE FROM THE COURT OF APPEAL WANTED TO EXAMINE

11    THESE PHOTOGRAPHS, THEY WOULD BE IN THE REPORT AS WELL SO YOU CAN

12    SEE THEM IN CONTEXT.

13             MR. PALMINTIER:  YES, YOUR HONOR.  AND IN THIS CASE,

14    FIGURE 2.9, WHICH IS ACCESS CANAL AND SO FORTH --

15             THE COURT:  YES.

16             MR. PALMINTIER:  -- AND IT ALSO IS PLAINTIFF'S

17    EXHIBIT 96.4.

18             THE COURT:  ALL RIGHT.

19             MR. PALMINTIER:  AND LET ME MAKE SURE THAT WE DID THAT

20    WITH THE IMMEDIATE PREVIOUS -- THE THREE MAPS, WITH THE COURT'S

21    PERMISSION, THAT WE JUST LEFT BEHIND WERE PX 96.17, PX 96.18, AND

22    PX 96.19.

23             THE COURT:  THANK YOU.

24             MR. PALMINTIER:  YES, YOUR HONOR.

25    BY MR. PALMINTIER:
```

1   Q.  NOW, WHAT I WAS WANTING TO UNDERSTAND IS THIS IS ROUTINELY

2   RELIED ON BY PEOPLE IN YOUR AREA OF EXPERTISE, THE PHOTOGRAPHIC

3   EVIDENCE, IS IT NOT?

4   A.  YES, IT IS.

5   Q.  TELL THE JUDGE WHAT THIS PARTICULAR SERIES OF PHOTOGRAPHS

6   REPRESENT?

7   A.  WELL, FIRST OF ALL, THE TOP TWO PHOTOGRAPHS ARE PHOTOGRAPHS

8   THAT WERE GIVEN TO US FROM THE ARMY CORPS OF ENGINEERS BACK IN LATE

9   2007, EARLY 2008.  THE BOTTOM PHOTOGRAPH IS A PHOTOGRAPH THAT WE

10  TOOK UP IN A HELICOPTER IN JUNE 2008.  AND THE REASON WHY WE USED A

11  HELICOPTER IS WE WANTED TO GET IN THE EXACT SAME POSITION THAT

12  THESE PHOTOGRAPHS WERE TAKEN FOR COMPARISON PURPOSES.

13          THE RED DOT IN EACH ONE OF THESE IS THE SAME LOCATION,

14  IT'S THE INTERSECTION OF A CREEK, OR IT'S AN ISLAND OR SOMETHING OF

15  THAT NATURE.  IN THIS CASE, IT'S THE INTERSECTION OF TWO CREEKS.

16          THE TOP PHOTOGRAPH SHOWS A PERIOD OF TIME IN WHICH A

17  RETENTION DIKE WAS BEING FORMED IN THIS AREA FROM A CONTINUOUS

18  SPOIL CUT.

19          THE NEXT PHOTOGRAPH SHOWS A PERIOD OF TIME AFTER THE MRGO

20  WAS EXCAVATED, AND YOU CAN SEE, EVEN BY THIS TIME, THE WIDENING OF

21  THIS CHANNEL HAS STARTED TO ANNEX, CHANNELS IN HERE AND SMALL BAYS.

22  Q.  BY ANNEX, YOU MEAN THIS WATER GATHERS TOGETHER AS A RESULT OF

23  THE EROSION OR -- EXPLAIN TO US.

24  A.  AS IT INCREASES IN WIDTH, IT NESTS THESE AREAS AND INCREASES

25  THE WIDTH BY ADDING A WIDTH OF OPEN WATER THAT ONCE CONSTITUTED A

1    POND OR A CANAL.

2         THE COURT:  LET ME ASK YOU SOMETHING, DOCTOR, JUST FOR

3    CLARIFICATION.  THE PICTURE AT THE TOP WHICH IS IMMEDIATELY OR

4    SHORTLY AFTER THE MRGO WAS DREDGED, THE LINE TO THE LEFT, THE DARK

5    LINE TO THE LEFT OF THE MRGO -- THAT --

6         THE WITNESS:  THAT RIGHT THERE IS THE RETENTION DIKE.  SO

7    THE WAY THAT THIS WAS --

8         THE COURT:  WHAT HAPPENED TO THE RETENTION DIKE?

9         THE WITNESS:  IT GOT COVERED UP EVENTUALLY BY THE

10   PROTECTION LEVEE.

11        SO WHEN THEY PUT A RETENTION DIKE HERE AND THEY WOULD

12   HAVE PUT A RETENTION DIKE HERE AND THEN THEY WOULD HAVE EXCAVATED

13   MATERIAL FROM THE MRGO AND PUMPED IT IN-BETWEEN THE TWO RETENTION

14   DIKES TO KEEP THE SPOIL MATERIAL FROM GOING ANY FURTHER INTO THE

15   WETLANDS.

16        THE COURT:  ARE WE LOOKING AT THE SAME POSITION IN EACH,

17   THAT IS, THE LEFT AT THE TOP WOULD BE THE LEFT AT THE BOTTOM?

18        THE WITNESS:  YES, SIR.

19        THE COURT:  THAT'S WHY THE RETENTION DIKE SEEMS TO BE

20   GONE IN THE LATE '60S.

21        THE WITNESS:  WELL I THINK IT'S JUST COVERED UP.

22        THE COURT:  BUT I MEAN IT WOULD BE TO THE LEFT, DO YOU

23   SEE WHAT I'M SAYING?

24        THE WITNESS:  YEAH.

25        MR. PALMINTIER:  THE CHANNEL IS TO THE LEFT.

1              THE WITNESS:  THE CHANNEL IS TO THE LEFT.

2              THE COURT:  IS THAT --

3              THE WITNESS:  THE MRGO WAS EXCAVATED RIGHT IN THIS REGION

4    (INDICATING).

5              THE COURT:  I GOTCHA.  SO WHAT I AM SEEING IS THE

6    RECIPIENT MAKES --

7              THE WITNESS:  (INDICATING).

8              THE COURT:  THAT CHANNEL RIGHT THERE.

9              THE WITNESS:  RIGHT.  THAT WAS JUST THE ARTIFACT OF

10   REMOVING MATERIAL FROM THE WETLANDS TO BUILD THE RETENTION DIKE.

11             THE COURT:  I SEE, BEFORE THE ACTUAL DREDGING OF THE MRGO

12   ITSELF?

13             THE WITNESS:  CORRECT.

14             THE COURT:  ALL RIGHT.  GOTCHA.  THANK YOU.

15             THE WITNESS:  AND THE OTHER THING I WANTED TO POINT OUT

16   ON THAT TOP FIGURE, THIS IS BAYOU BIENVENU.  AND IF YOU LOOK

17   CLOSELY, YOU CAN SEE TREES ALONG HERE THAT WOULD HAVE BEEN A LINE

18   OF DEFENSE DURING STORM IMPACTS.

19             THE COURT:  THANK YOU.

20             THE WITNESS:  AND THEN FINALLY, ONCE WE MOVE TO 2008, YOU

21   CAN SEE JUST HOW LARGE AN AREA THAT MRGO HAS WIDENED TO.  AND

22   AGAIN, THERE'S SEVERAL OTHER CANALS AND BAYS THAT ARE NOW A PART OF

23   THE CHANNEL PER SE WHEN CONSIDERING THE AMOUNT OF OPEN WATER AREA.

24   BY MR. PALMINTIER:

25   Q.  THESE PHOTOGRAPHIC COMPARISONS AREN'T SUBMITTED FOR ABSOLUTE

```
1    PRECISION OF MEASUREMENT, ARE THEY?

2    A.  NO.

3    Q.  THEY'RE SUBMITTED, AS YOU'VE SAID BEFORE, IT'S JUST THE BEST

4    HISTORICAL DATA THAT YOU CAN GET FROM A PHOTOGRAPHIC STANDPOINT?

5    A.  JUST TO GIVE US AN IDEA OF THE CHANGES THAT HAPPENED AS A

6    RESULT OF THE WIDENING PROCESS.

7              THE COURT:  A BIRD WOULD SEE WHO LIVED IN THE '50S AND

8    THROUGH 2008?

9              THE WITNESS:  RIGHT.  THAT'S CORRECT, YOUR HONOR.

10             THE COURT:  I UNDERSTAND.

11   BY MR. PALMINTIER:

12   Q.  AND YOU ALSO -- JUST FOR SEMANTICAL PURPOSES, YOU MENTIONED

13   OBLIQUE AERIALS AND VERTICAL AERIALS?

14   A.  CORRECT.

15   Q.  THIS IS AN OBLIQUE --

16   A.  THAT'S CORRECT.

17   Q.  -- TAKEN OBLIQUELY FROM THE AIRPLANE?

18   A.  CORRECT.

19   Q.  AND THERE ARE OTHERS -- OBLIQUE SHOTS THAT YOU WANTED TO SHOW

20   THE COURT?

21   A.  YES, ONE MORE.  AND AGAIN, WE GOT A HELICOPTER FOR THIS USE SO

22   WE COULD GET AN EXACT SAME POSITION.  THIS IS DIFFICULT --

23             MR. PALMINTIER:  THIS ONE IS 96.5, YOUR HONOR.  THE NEXT

24   ONE.

25             THE WITNESS:  WHAT WE SEE IN THIS PHOTOGRAPH --
```

```
 1              THE COURT:  THIS IS FIGURE ONE POINT --

 2              MR. PALMINTIER:  THAT'S 2.10.

 3              THE COURT:  2.10 IN THE REPORT.

 4              MR. PALMINTIER:  IN THE REPORT.

 5              THE COURT:  RIGHT.

 6              MR. PALMINTIER:  I'LL CATCH ON.

 7              THE COURT:  JUXTAPOSED BETWEEN 1959 AND 2008.

 8              THE WITNESS:  CORRECT.  AND AGAIN, THE RED DOT.  THIS IS

 9   BAYOU MERCIER LOCATED RIGHT HERE.  AND YOU CAN SEE AGAIN THAT

10   BETWEEN THESE PHOTOS, HERE IS THE PROTECTION LEVEE, HERE IS THAT

11   CONTINUOUS SPOIL CUT, AND HERE IS MRGO (INDICATING).

12              AND IF YOU LOOK ON YOUR SCREEN, PERHAPS, YOU CAN SEE THAT

13   THIS WAS ONCE THE LAND BRIDGE BETWEEN THE UPPER PORTION OF LAKE

14   BORGNE AND MRGO THAT HAS BEEN SEVERED BY THE WIDENING PROCESS.

15   IT'S LOCATED RIGHT THERE (INDICATING).  SO YOU CAN SEE THERE WAS

16   SOME WIDENING DURING THIS EARLIER TIME PERIOD AND THERE'S NO LAND

17   THERE ANY LONGER.

18   BY MR. PALMINTIER:

19   Q.  THIS IS THE AREA THAT -- WERE YOU IN COURT YESTERDAY, I BELIEVE

20   YOU WERE, WHEN MR. MILLER, CHAD MILLER, THE SURVEYOR --

21   A.  MORRIS.

22   Q.  -- MORRIS, THE SURVEYOR, SHOWED THAT AREA, CORRECT?

23   A.  YES.

24   Q.  THE LAND BRIDGE?

25   A.  CORRECT.
```

1    Q.  SO AGAIN, PHOTOGRAPHIC EVIDENCE IN 96.5, FIGURE 2.10 OF THE

2    REPORT, OF CHANGES, HABITAT CHANGES AS A RESULT OF THE CUTTING OF

3    THE MRGO THROUGH THIS AREA?

4    A.  YEAH.  YES.

5    Q.  NOW, DO YOU HAVE OTHER WAYS OF DEMONSTRATING TO THE JUDGE THOSE

6    CHANGES AND, IN PARTICULAR, WE'VE ALREADY MENTIONED THE VERTICAL

7    AERIALS.  DO YOU HAVE SOME OF THOSE?

8    A.  YES.  IN OUR REPORT WE WENT THROUGH A SERIES OF VERTICAL AERIAL

9    PHOTOGRAPHS TO SHOW THE WIDENING PROCESS, AND I WOULD LIKE TO SHOW

10   A SERIES OF PHOTOGRAPHS THAT ILLUSTRATE THAT NOW.

11   Q.  ALL RIGHT.

12         MR. PALMINTIER:  NOW, YOUR HONOR, THESE ARE GOING TO BE

13   96.28, .1, .5, .9, .11, .13, AND .15, A SERIES OF VERTICAL AERIAL

14   PHOTOGRAPHS, AND WE'LL INTRODUCE THE FIGURE NUMBERS.

15         THE WITNESS:  IN EACH ONE OF THESE PHOTOGRAPHS, WE SEE

16   THE PHOTOGRAPH ITSELF AND THE RED LINE DEPICTS THE 2005 SHORELINE

17   OF MRGO.  ALSO WANT TO POINT OUT UP HERE IS BAYOU BIENVENUE AND

18   DOWN HERE IS THE LAND BRIDGE, AND THAT'S BAYOU DUPRE RIGHT THERE

19   (INDICATING).  SO THAT'S GENERALLY THE AREA THAT WE'RE GOING TO BE

20   LOOKING AT.

21   BY MR. PALMINTIER:

22   Q.  ALL RIGHT.

23   A.  AND SO THIS IS 1958.

24   Q.  BEFORE MRGO WAS CUT?

25   A.  CORRECT.  THIS IS '65, AFTER IT HAD BEEN CUT.  YOU CAN SEE

1    THE --

2            THE COURT:  ONE SECOND.  I JUST WANT TO MAKE SURE, IS

3    THIS IN THE LARGER REPORT WE HAVE --

4            MR. PALMINTIER:  YES, IT IS.

5            THE COURT:  -- OF THE PROTECTION LEVEE?

6            MR. PALMINTIER:  YES, IT IS IN THE APPENDIX.

7            THE COURT:  I'VE SEEN IT SOMEWHERE.

8            THE LAW CLERK:  APPENDIX D?

9            MR. PALMINTIER:  APPENDIX D.

10           THE COURT:  OKAY.  GO AHEAD.

11           THE WITNESS:  THIS IS 1965 AFTER MR. MRGO HAD BEEN

12   EXCAVATED AND THROUGH THE WETLAND AREA.

13           THIS IS 1976.  AT THIS TIME, THE BEGINNING CONSTRUCTION

14   OF THE PROTECTION LEVEE.

15           THIS IS '85.  GREAT DEAL OF EROSION HAS OCCURRED ALONG

16   THE EASTERN SHORELINE, LESS ALONG THE WESTERN SHORELINE.

17           THIS IS '98.  AND THERE'S LESS EROSION ALONG THE WESTERN

18   SHORELINE HERE BECAUSE THIS DEPICTS THE TIME WHEN MUCH OF THE

19   SHORELINE HAD BEEN REVETTED.

20           AND WHAT I MEAN BY THAT IS --

21           THE COURT:  DO YOU WANT TO POINT TO THAT, SIR?

22           THE WITNESS:  YES, SIR.  THIS ENTIRE SHORELINE HERE HAD

23   BEEN ARMORED BY PLACING SMALL BOULDERS ALONG THE SIDE TO ABSORB THE

24   WAVE ENERGY.

25           THE COURT:  WHAT PORTION OF THE SHORELINE IS THAT?

1          THE WITNESS:  THAT'S AT THE TOE -- OR THAT'S ALONG THE

2    SHORELINE, THE INTERFACE BETWEEN THE SIDE OF THE CHANNEL AND THE

3    OPEN WATER.

4          THE COURT:  AND WHAT EXTENT OF REACH 2 -- THE REACH 2

5    LEVEE OR BERM WAS REVETTED?

6          THE WITNESS:  MOST OF IT ALONG THE ENTIRE LENGTH.  THEY

7    WERE AFRAID THAT THE CONTINUOUS WIDENING WOULD JEOPARDIZE THE

8    PROTECTION LEVEE.

9          THE COURT:  ALL RIGHT.

10          THE WITNESS:  SO HERE IS THE FINAL PHOTOGRAPH, AND IT'S

11    REACHED ITS PRESENT-DAY DIMENSIONS.  WE ALSO CAN LOOK AT THIS

12    THROUGH GIS AND SEE THIS CHANGE OR WIDENING OF THE CHANNEL AS KIND

13    OF A LITTLE MOVIE.

14          SO THE SHORELINE HERE IS SHOWN IN YELLOW.  THAT'S THE

15    ONLY MAJOR DIFFERENCE -- AND WE'RE CHANGING IT TO RED.

16          OKAY.  THIS IS THE SITUATION IN SIX -- I MEAN, IN '58.

17          AND, ANDREW, CAN WE JUST SHOW THE SAME SERIES?

18          AND AGAIN, NOTICE WHERE BAYOU BIENVENUE IS AND DOWN HERE

19    IS BAYOU DUPRE (INDICATING).

20    BY MR. PALMINTIER:

21    Q.  THIS SERIES OF PHOTOGRAPHS DEMONSTRATES THE WIDENING OF THE

22    CHANNEL, CORRECT?

23    A.  CORRECT.

24    Q.  SO IF THE JUDGE LOOKS AT THEM SEQUENTIALLY, HE CAN SEE THE

25    GROWTH OF THAT WIDENING PROCESS?

1  A.  RIGHT.  AND ALSO SEE AND CORRELATE THAT WITH THE CUTTING OF THE

2  CHANNEL, THE FORMATION OF THE PROTECTION LEVEE AND THE ULTIMATE

3  ARMORING OF MOST OF THE WESTERN SHORELINE.

4  Q.  IS THERE A WAY FOR YOU TO QUANTIFY FOR THE COURT AND SUMMARIZE

5  THE INFORMATION ABOUT THIS WIDENING PHENOMENA THAT YOU'VE BEEN

6  TALKING ABOUT?

7  A.  YES.  WE CAN DO IT WITH DIRECT MEASUREMENTS DOING GIS.

8  Q.  ALL RIGHT.  AND HAVE YOU PREPARED A DOCUMENT FOR US THAT WE CAN

9  LOOK AT?

10  A.  YES.  IT'S SHOWN IN THE NEXT SLIDE.

11       CAN WE SWITCH BACK TO SLIDES, PLEASE?  YES, WE CAN.

12  Q.  WHAT DOES THIS FIGURE -- WHICH IS PX 96.31, YOUR HONOR, AND I

13  DON'T BELIEVE IT OCCURS IN THE REPORT.

14       WHAT DOES THIS DEMONSTRATE?

15  A.  THIS DEMONSTRATES OR QUANTIFIES THE WIDENING OF THE CHANNEL FOR

16  THIS REACH BETWEEN BAYOU BIENVENUE.  IT'S THE NORTHERN PORTION OF

17  REACH 2.  AND THE GREEN LINE SHOWS THE DESIGN WIDTH OF MRGO.  THE

18  LITTLE RED ARROWS HERE SHOW THE EXTENT OF EROSION THAT HAS OCCURRED

19  ALONG THE WESTERN BANK.  AND THE BLUE ARROWS, OR THE NUMBERS BELOW

20  THEM, GIVE US AN IDEA OF HOW MUCH EROSION HAS OCCURRED ALONG THE

21  EAST BANK.  AND THEN THAT INFORMATION IS SUMMARIZED OVER HERE ON

22  THE RIGHT-HAND SIDE.

23       THE AVERAGE EAST BANK EROSION IS 877 FEET.

24  Q.  OVER WHAT PERIOD OF TIME?

25  A.  FROM THE PERIOD OF TIME WHEN THE CHANNEL WAS EXCAVATED TO 2005.

1    Q.  ALL RIGHT.  877 FEET AVERAGE?

2    A.  AVERAGE.

3    Q.  IN THIS REGION THAT IS SHOWN TO THE COURT IN THIS EXHIBIT?

4           THE COURT:  AND THE MILES THAT THAT SHOWS, THAT THIS

5    PARTICULAR EXHIBIT EXHIBITS, THE MILE MARKER --

6           THE WITNESS:  CORRECT.  THIS IS MILE 59, MILE 58,

7    MILE 57.

8    BY MR. PALMINTIER:

9    Q.  SO WHAT YOU'VE DONE IS YOU'VE FOCUSED ON A SMALLER PORTION OF

10   THE CHANNEL AND ANALYZED ITS CHANGES FROM A CHANNEL-WIDENING

11   STANDPOINT FOR THE JUDGE?

12   A.  CORRECT.

13          AND SO IF WE LOOK AT THE TOTAL -- AND LET ME JUST SAY

14   THAT THE AVERAGE EAST BANK EROSION WAS 22 FEET PER YEAR, THE

15   AVERAGE WEST BANK EROSION WAS 11 FEET PER YEAR.  WE ADD THOSE

16   TOGETHER, 33 FEET PER YEAR.  SO EVERY TEN YEARS THAT'S A FOOTBALL

17   FIELD.

18   Q.  SO THIS WIDENING, IS IT FAIR TO SAY FROM YOUR STANDPOINT -- AND

19   I AM TALKING ABOUT FROM AN EXPERTISE STANDPOINT -- IS READILY

20   APPARENT TO ANY OBSERVER?

21   A.  YES.  IN FACT, IF WE ADD THE AVERAGE WIDENING TO THE AUTHORIZED

22   WIDTH, WE GET A TOTAL WIDTH, A TOTAL AVERAGE WIDTH OF 1,970 FEET,

23   WHICH IS THREE TIMES THE DESIGNED AUTHORIZED WIDTH.

24          THE COURT:  JUST AS A NOTE TO ALL OF YOU:  THE COURT HAS,

25   AGAIN, LOOKED AT THE REPORTS AND THE DEPOSITIONS.  I WILL BE

```
 1   INTERESTED IN DISCUSSION -- AND I KNOW DR. FITZGERALD IS NOT GOING
 2   TO BE DISCUSSING THIS NECESSARILY -- AS TO THE CORRELATION OF
 3   SIGNIFICANT BREACHES OR BREACHES VIS-A-VIS THE SIGNIFICANT EROSION,
 4   THAT IS, WHERE THE EROSION IS MORE SUBSTANTIAL, ARE THE BREACHES
 5   MORE SUBSTANTIAL.
 6            AND JUST TO LET EVERYBODY KNOW IT'S GOING TO BE
 7   SIGNIFICANT.
 8            MR. PALMINTIER:  THANK YOU, YOUR HONOR.
 9   BY MR. PALMINTIER:
10   Q.  WELL, IN FACT, DOESN'T THIS DIAGRAM DEMONSTRATE THAT PHENOMENA?
11   A.  YES.  CHAD MORRIS TOLD US YESTERDAY WHERE THE BREACHES OCCURRED
12   ALONG THE PROTECTION LEVEE, AND THOSE ARE SHOWN HERE BY THIS LIGHT
13   GREEN COLOR.  AND THERE IS A FAIRLY GOOD CORRESPONDENCE TO WHERE WE
14   HAVE OUR WIDEST PORTION OF THE CHANNEL DUE TO VARIOUS WIDENING
15   PROCESSES.  THESE DO INDEED CORRELATE WITH THE CONCENTRATION OF
16   BREACHES ALONG THE UPPER PORTION OF REACH 2.
17   Q.  IS THIS THE AREA THAT HAS BEEN DESCRIBED EARLIER TODAY AS THE
18   BREACH AREA?
19   A.  YES, IT HAS.
20            THE COURT:  AND LET'S GET THAT AREA AGAIN THAT WE'RE
21   CALLING THE BREACH AREA.  THIS IS A SMALL PORTION OF THE BREACH
22   AREA; IS THAT CORRECT, SIR?
23            THE WITNESS:  THAT'S CORRECT.
24            THE COURT:  IT'S SEVERAL MILES, THREE MILES?
25            MR. PALMINTIER:  YES, YOUR HONOR.
```

```
 1            THE COURT:  OKAY.  THANK YOU.

 2            MR. PALMINTIER:  AND WE HAVE OTHER EXHIBITS THAT WE WILL

 3   BE SHOWING THE COURT THAT BACK UP FROM THAT.

 4   BY MR. PALMINTIER:

 5   Q.  BUT SUFFICE IT TO SAY THAT THE GREEN LINE REPRESENTS LEVEE

 6   BREACHES?

 7   A.  RIGHT HERE, THAT'S EXACTLY RIGHT (INDICATING).

 8            THE COURT:  I UNDERSTAND.

 9            MS. MILLER:  YOUR HONOR, THE GOVERNMENT WOULD LIKE TO

10   POINT OUT THAT THE DOCUMENTS BEING SHOWN RIGHT NOW WITH THESE

11   MEASUREMENTS OF THE BANK EROSION WERE PROVIDED TO THE GOVERNMENT AS

12   DEMONSTRATIVE EXHIBITS.  THEY WERE NOT PART OF THE WITNESS'S EXPERT

13   REPORT AND THEY SHOULD NOT BE ADMITTED AS AN EXHIBIT INTO THE

14   RECORD.

15            THE COURT:  WELL, I THINK -- CORRECT ME IF I'M WRONG, BUT

16   I HAVE LOOKED AT AN EXHIBIT IN THE MANY THAT I LOOKED AT THAT

17   SHOWED -- THAT MEASURED THE DISTANCES, THAT OSTENSIBLY MEASURED --

18   I AM NOT SAYING IT'S CORRECT -- BUT MEASURED THE DISTANCES FROM THE

19   LEVEE TO THE POINTS OF EROSION.  IT WENT UP FROM HUNDREDS OF FEET

20   TO TWO THOUSAND AND SOMETHING.  SO THAT EITHER HAS BEEN IN

21   EVIDENCE -- I'VE LOOKED AT IT.  IT WASN'T NECESSARILY THIS.

22            SO WITH THAT BACKGROUND, HOW DO YOU RESPOND TO HER

23   OBJECTION?

24            MR. PALMINTIER:  WELL, YOUR HONOR, THERE IS NO SURPRISE

25   IN THIS BECAUSE WHAT THIS IS IS A BLOWUP OF A LARGER EXHIBIT WHICH
```

1    IS IN THE REPORT, WHICH IS 2.16.  AND IT'S A COMPOSITE ONLY OF

2    THINGS WHICH ARE ALREADY IN THE REPORT, ALREADY IN THE RECORD.  AND

3    IT GIVES ASSISTANCE TO THE COURT IN EVALUATING THE VERY ISSUES

4    INTERESTING TO THE COURT AS YOUR HONOR JUST POINTED OUT.

5           THE COURT:  LET ME LOOK AT 2.16.  I KNOW I'VE SEEN THIS

6    SOMEWHERE IN OR FROM SOMEONE.

7           MR. STEVENS:  ON PAGE 2-11 OF HIS REPORT, YOUR HONOR.

8           THE COURT:  GIVE ME THAT, PLEASE.

9           THE LAW CLERK:  YES, I AM TRYING TO FIND IT FOR YOU.

10          THE COURT:  I'VE SEEN IT ACTUALLY MEASURED, BUT THIS

11   ISN'T WHAT I SAW.

12          MR. STEVENS:  THIS IS A VISUAL IMAGE OF A GRAPHIC.

13          THE COURT:  I UNDERSTAND.  I AM GOING TO OVERRULE THE

14   OBJECTION.

15          MR. PALMINTIER:  THANK YOU, YOUR HONOR.

16   BY MR. PALMINTIER:

17   Q.  SO LOOKING AT THE DATA --

18          MS. MILLER:  YOUR HONOR, BEFORE WE GO ON, IF THIS

19   DOCUMENT OF THOSE THREE -- THAT THREE-MILE SECTION IS BEING ENTERED

20   AS AN EXHIBIT, MAY THE GOVERNMENT RECEIVE THE SAME MEASUREMENTS FOR

21   THE REMAINDER OF THE CHANNEL?

22          THIS IS THE FIRST THAT WE'VE RECEIVED THE MEASUREMENTS IN

23   FEET FOR EACH OF THESE SECTIONS OF THE CHANNEL.  THE GRAPH THAT YOU

24   WERE JUST SHOWN OR THE IMAGE YOU WERE JUST SHOWN AS FIGURE 2.16

25   DOESN'T MEASURE THE FEET OF EROSION, IT JUST SHOWS IT WITH THE

```
 1   YELLOW LINE.

 2              THE COURT:  OKAY.  THERE'S A TABLE WITH THE FEET OF

 3   EROSION SOMEWHERE I'VE LOOKED AT.

 4              MR. PALMINTIER:  IT'S EXTRACTED FROM THE TABLE, YOUR

 5   HONOR.

 6              THE COURT:  THERE IS A TABLE RIGHT THERE.  I'VE LOOKED AT

 7   THESE THINGS.  MY GOD, I HOPE Y'ALL HAVE LOOKED AT THEM.

 8              THE OBJECTION IS OVERRULED.  MOVE ON.

 9              MS. MILLER:  WHERE IS THE --

10              THE COURT:  OBJECTION IS OVERRULED.  YOU'LL HAVE TO FIND

11   IT SOME OTHER TIME.  I KNOW IT'S IN THERE.  I'VE SEEN IT.

12              MOVE ON.

13              I'VE LOOKED AT THE FEET, THE TABULATION, EVERYTHING.  I

14   AM NOT SAYING IT HAS -- AGAIN, JUST BECAUSE I LET SOMETHING IN

15   EVIDENCE, THERE MAY BE NO CORRELATION WHEN I HEAR THE OTHER

16   EXPERTS.  I AM SIMPLY LOOKING AT THIS NOW.  I AM NOT PREJUDGING

17   ANYTHING.

18   BY MR. PALMINTIER:

19   Q.  AND THIS KIND OF COMPOSITE DOCUMENT IS SOMETHING THAT YOU

20   ROUTINELY RELY ON AND PREPARE IN REPORTS IN YOUR CAREER; IS THAT

21   CORRECT?

22   A.  YES, IT IS.

23   Q.  IN YOUR AREA OF EXPERTISE.

24              NOW, THIS PHENOMENON THAT WE'RE LOOKING AT, THIS CHANNEL

25   WIDENING -- AND LET ME MAKE SURE, YOUR HONOR, THAT WE DO MENTION
```

1   96.31 INTRODUCED INTO THE RECORD.

2          YOU'VE JUST MENTIONED THAT -- AT LEAST A MOMENT AGO, I

3   BELIEVE YOU MENTIONED THAT MOVEMENT OF MATERIALS INTO THE CHANNEL

4   IS AN IMPORTANT PART OF THAT PROCESS?

5   A.  YES, IT IS.

6   Q.  OKAY.

7   A.  AND THE WIDENING IS IMPORTANT IN ITS RELATIONSHIP TO THE LEVEE.

8   Q.  BEAR WITH ME JUST A MOMENT.

9          ONE OF THE REASONS, IN FACT, THAT YOU SHOWED THESE

10  BREACHES IN CONJUNCTION WITH THE WIDENING IS BECAUSE THEY OCCUR --

11  THE BREACHES DO -- WHERE THE CHANNEL IS THE WIDEST; IS THAT

12  CORRECT?

13  A.  WHERE IT'S WIDE, YES.

14  Q.  WHERE IT IS WIDE, OKAY.

15         I STAND CORRECTED BECAUSE WHERE IT IS WIDEST IS A VERY

16  DIFFICULT THING TO DISCERN FROM JUST A SMALL PORTION.

17  A.  THAT'S CORRECT.  WE COULD GO INTERACTIVE AND LOOK DOWN THE

18  CHANNEL.

19  Q.  I DON'T THINK THE COURT NEEDS THAT UNLESS YOUR HONOR WOULD BE

20  INTERESTED IN SEEING THAT.

21  A.  OKAY.

22  Q.  THEREFORE, WHAT'S THE IMPORTANCE OF THAT DURING A HURRICANE?

23  A.  IMPORTANCE OF THAT DURING A HURRICANE IS THAT WAVES WILL TEND

24  TO BE LARGER OR WILL BE LARGER IF THEY'RE FORMED OR REFORMED OVER

25  WATER VERSUS MARSH.  IF THE WATER IS DEEP AND THERE'S NO

 1    VEGETATION -- AGAIN, IT GOES BACK TO THE ROUGHNESS -- THERE WILL BE

 2    NO OBSTRUCTION, THOSE WAVES CAN EXPECT TO BE LARGER IN THIS AREA,

 3    THE STORM SURGE CAN BE EXPECTED TO BE LARGER BECAUSE IT'S

 4    PROPAGATING OVER WATER RATHER THAN VEGETATION.

 5    Q.  IS THAT ALSO AN ASPECT OF COASTAL PROCESSES TO UNDERSTAND THE

 6    EFFECT OF WAVES OVER LONGER DISTANCES OF WATER?

 7    A.  AND WHERE THEY'RE FORMED, YES.

 8    Q.  WE'VE BEEN TALKING ABOUT CHANNEL WIDENING.  CAN YOU TELL THE

 9    COURT ABOUT THE PROCESSES THAT GIVE RISE TO THIS EROSION, THIS

10    WIDENING THAT YOU'VE MENTIONED?

11    A.  YES.  THERE ARE A NUMBER OF PROCESSES, AND I ENUMERATED THOSE

12    IN THE NEXT SLIDE.  FOUR MAJOR PROCESSES CAUSING THE WIDENING OF

13    THE MRGO.

14         FIRST OF ALL, THERE ARE THE BOAT WAKES.  WHEN THESE LARGE

15    BOATS MOVE DOWN MRGO THEY PRODUCE, ACTUALLY, TWO WAVES.  THEY

16    PRODUCE A PRESSURE WAVE THAT IS PUSHING WATER IN FRONT OF THE BOAT

17    AS WELL AS WHEN IT CUTS THROUGH THE WAKE PRODUCING ANOTHER TYPE OF

18    WAVE.

19         BOTH OF THOSE WAVES IMPINGE UPON THE ADJACENT SHORELINE,

20    AND THEY ARE ANYWHERE -- DEPENDING UPON THE SIZE OF THE CRAFT AND

21    THE SPEED IN WHICH ITS MOVING AND ITS HULL DESIGN -- THEY CAN GET

22    ANYWHERE FROM ONE TO SEVERAL FEET IN HEIGHT.  AND WHEN THEY BREAK

23    ALONG THE SHORELINE, THEY OFTENTIMES BREAK WITH A GREAT DEAL OF

24    ENERGY, THEY CAUSE EROSION OF THAT SHORELINE, THEY OFTENTIMES CAUSE

25    UNDERCUTTING OF THAT AND PRODUCE A SCAR OR BANK.

1          SOME OF THAT WATER ALSO MAKES AN EXCURSION UP ON TOP OF

2     THE MARSH PLATFORM.  AND WHEN THAT WATER MOVES ACROSS THERE, IT'S

3     CAPABLE OF ERODING THE SEDIMENT AND, IN SOME CASES, REMOVING

4     VEGETATION.

5          WHEN THAT WATER DRAINS BACK OFF THE MARSH DUE TO SLIGHT

6     TOPOGRAPHIC RELIEF CHANGES ON THE SURFACE OF THAT MARSH, OFTENTIMES

7     THAT WATER BECOMES CONCENTRATED.  AND WHEN IT DRAINS OFF, IT DOES

8     SO ALMOST LIKE A LITTLE WATERFALL WITH THAT WATER DRIPPING UPON THE

9     SUBSTRATE, ERODING IT AND UNDERCUTTING THE ADJACENT BANK.

10          SO THERE'S A NUMBER OF PROCESSES THAT ARE RELATED TO BOAT

11     WAKES THAT RESULT IN EROSION OF THAT BANK.

12     Q.  THE END RESULT, THOUGH, IS WIDENING OF THE CHANNEL?

13     A.  YES, IT IS.

14     Q.  AND ALL OF THE DELETERIOUS EFFECTS OF THAT THAT YOU MENTIONED

15     IN PREVIOUS TESTIMONY?

16     A.  THAT'S CORRECT.

17     Q.  ALL RIGHT.

18     A.  THE SECOND MAJOR --

19     Q.  PROCEED.

20     A.  -- CAUSE OF EROSION IS LOCAL WIND-GENERATED WAVES.  WHENEVER

21     THE WIND BLOWS ACROSS THE WATER, IT TRANSFERS ITS ENERGY TO THE

22     WATER SURFACE AND BUILDS WAVES.  DEPENDING UPON THE VELOCITY AND

23     THE DISTANCE OVER WHICH THAT WIND BLOWS, THOSE WAVES ARE A CERTAIN

24     HEIGHT WITH A CERTAIN PERIOD.  THE PERIOD IS THE TIME INTERVAL

25     BETWEEN SUCCESSIVE BREAKING WAVES.

1        IN THE MRGO AREA, DURING A 10- TO 20-KNOT WIND -- WHICH

2   CAN COME FROM MANY DIFFERENT DIRECTIONS BECAUSE THE WINDS IN THIS

3   AREA COME FROM MANY DIFFERENT DIRECTIONS, WHETHER IT'S A NORTHER OR

4   WHETHER IT'S A PREVAILING WIND REGIME.

5        BUT IF WE HAVE A 10- TO 20-KNOT WIND BLOWING OVER THE

6   SURFACE OF MRGO, THAT WOULD FORM A WAVE ANYWHERE FROM 6 TO

7   12 INCHES IN HEIGHT.  THIS MAY NOT SEEM LIKE A VERY LARGE WAVE.

8   Q.  IT DOESN'T.  IT SEEMS PETTY INNOCUOUS, A LITTLE SIX INCH WAVE.

9   A.  HOWEVER, THEY HAVE A PERIOD OF TWO SECONDS.  THAT MEANS IN

10  1 MINUTE, 30 OF THESE WAVES BREAK.

11       THEY ALSO CAN COME FROM ANY DIFFERENT -- FROM MANY

12  DIFFERENT DIRECTIONS.  SO THEY CAN MEET THE SHORELINE AT A SHARP

13  ANGLE UNLIKE THE WAVES THAT WE SEE ALONG THE BEACH THAT REFRACT OR

14  BEND IN RELATIONSHIP TO THE BOTTOM BATHYMETRY.  THESE WAVES WILL

15  STRIKE THE SHORELINE ON A SHARP ANGLE AND TRANSPORT THE SEDIMENT

16  ALONG THE SHORE AND OFFSHORE.

17       AND SO THIS IS AN IMPORTANT PROCESS OF EROSION, THESE

18  LOCAL WIND-GENERATED WAVES THAT OCCUR ON A DAILY BASIS.

19  Q.  OKAY.  NOW, TELL US ABOUT THE THIRD CATEGORY OF CAUSES OF THE

20  WIDENING.

21  A.  WE SAW IN AN EARLIER PHOTOGRAPH THE INCURSION OF THE SALTWATER

22  ENVIRONMENT UP THROUGH THE MRGO AND THE CHANGING IN VEGETATION

23  TYPES.  WHEN A PLANT CHANGES OR IS EXPOSED TO SALTWATER, IT DIES.

24  AND THAT MAY BE REPLACED LATER ON BY ANOTHER SPECIES, BUT THE

25  SPECIES THAT DID EXIST AT THAT TIME WILL INDEED DIE, AND THAT WOULD

1    PROMOTE ORGANIC DECAY OF ITS ROOT MASS.

2              MOST OF THE PEAT THAT'S FORMED IN A MARSH SETTING IS

3    DERIVED FROM THE ROOT MASS OF THE PLANT.  IT'S NOT DUE TO THE

4    LITTER THAT'S CAUSED BY THE PLANTS' LEAVES DYING OR THE STEMS

5    FALLING OVER, IT'S THE ROOT MASS.  AND THAT ROOT MASS WILL DIE WHEN

6    IT'S EXPOSED TO A DIFFERENT TYPE OF SALINE REGIME AS OCCURRED.

7    Q.  SO WHERE IT WAS FRESH WATER AND THEN IT CHANGES, THE MASS DIES?

8    A.  RIGHT.

9    Q.  BUT IT'S THE PEAT THAT BEGINS TO DECOMPOSE?

10   A.  RIGHT, AND THE ROOT STRUCTURE THAT HOLDS THAT ORGANIC MATTER

11   AND INORGANIC MATTER TOGETHER.

12             SO THIS NETWORK OF ROOTS, AS IT DECOMPOSES, FACILITATE

13   THE OTHER EROSIONAL PROCESSES AND ACCELERATES THE RETREAT OF THE

14   SHORELINE.

15   Q.  AND TELL THE JUDGE ABOUT EXCAVATION AND MAINTENANCE BY THE

16   CORPS OF ENGINEERS.

17   A.  EXCAVATION AND MAINTENANCE HAS BEEN A CONTINUAL PROCESS IN THE

18   MRGO AREA.  EVEN THOUGH THERE'S NO MAJOR RIVER SYSTEM THAT FEEDS

19   SEDIMENT INTO THIS AREA, IT'S A CANNIBALIZATION OF THE MARSH AND

20   SURROUNDING AREAS THEMSELVES, AND THIS MATERIAL HAS TO BE REMOVED.

21             IT OVERSTEEPENS THE BANKS AND CAUSES AN INSTABILITY IN

22   THE SIZE OF THE CHANNEL WHICH RESULTS IN SLUMPING OF THE SIZE OF

23   THE CHANNEL, WHICH MAY UNDERCUT THE ADJACENT BANKS AND CAUSE

24   EROSION OR RETREAT OF THAT SHORELINE.

25   Q.  ALL RIGHT.  SO WE HAVE THESE FOUR PHENOMENA THAT YOU'VE TALKED

1    ABOUT CONTRIBUTING TO THE WIDENING IN THE AREA OF THE EXHIBIT THAT

2    SHOWS THE CORRESPONDING WIDTH AND BREACHES, CORRECT?

3    A.  CORRECT.

4    Q.  ALL OF THOSE THINGS CONTRIBUTED TO IT, I UNDERSTAND?

5    A.  YES.

6    Q.  FINALLY, YOU'VE TESTIFIED ABOUT THIS SOMEWHAT, BUT FROM THE

7    STANDPOINT OF YOUR AREAS OF EXPERTISE, WOULD A REASONABLE OBSERVER

8    BE ABLE TO SEE THIS TRIPLING OF WIDTH OVER THE PERIOD OF TIME THAT

9    YOU'VE TESTIFIED TO?

10   A.  A FOOTBALL FIELD EVERY TEN YEARS, I THINK THAT WOULD HAVE BEEN

11   NOTICED.

12   Q.  OKAY.  NOW, ONE OF THE THINGS YOU MENTIONED EARLIER WAS

13   SLUMPING AND MOVEMENT, AND THIS IS SOMETHING I WANTED TO GET TO

14   BECAUSE THE JUDGE HAS ACTUALLY MENTIONED IT IN HIS OPENING.

15          THE PHENOMENA OF LATERAL DISPLACEMENT, IS THAT PART OF

16   THE PROCESS AND CAN YOU TALK TO US ABOUT THAT?

17   A.  YES, I CAN.  AND I'D LIKE TO USE SOME CROSS -- OR A

18   CROSS-SECTION TO ILLUSTRATE THAT PROCESS.

19   Q.  OKAY.

20          THE COURT:  I WANT TO MAKE JUST A COMMENT FOR THE

21   ATTORNEYS.  IF I OVERRULE AN OBJECTION, IN WHATEVER MANNER I DO IT,

22   PLEASE DON'T LET THAT INHIBIT YOU FROM MAKING OBJECTIONS IF YOU

23   FEEL NECESSARY TO DO SO.  I JUST WANT TO MAKE THAT CLEAR.

24          I WELCOME OBJECTIONS.  I MAY NOT THINK SOME OF THEM ARE

25   VERY MERITORIOUS AND I'LL TELL YOU SO, BUT THAT DOESN'T MEAN SOME

```
 1    OF THEM MIGHT BE GREAT.

 2              MR. PALMINTIER:  THANK YOU, YOUR HONOR.

 3              THE COURT:  JUST TO GET THE RECORD STRAIGHT.

 4              MR. PALMINTIER:  IF COUNSEL DOESN'T IMMEDIATELY OBJECT TO

 5    THIS NEXT QUESTION -- ANYWAY.

 6              THE COURT:  YOU THINK I'M PROMPTING?

 7              MR. PALMINTIER:  I DON'T KNOW, JUDGE.  I JUST HAVE A

 8    FEELING.

 9              THE COURT:  IF SHE WANTS TO, SHE MAY.

10    BY MR. PALMINTIER:

11    Q.  SO THE NEXT EXHIBIT IS PX 96.22.  COULD YOU TELL THE JUDGE WHAT

12    THAT REPRESENTS?

13              THE COURT:  AND I WOULD LIKE TO KNOW -- BECAUSE I DON'T

14    REMEMBER EVERY ONE I'VE LOOKED AT -- IF THIS EXHIBIT WAS IN THE

15    EXPERT REPORT OR NOT.

16              MR. PALMINTIER:  WHICH IS IN THE EXPERT REPORT AT

17    FIGURE 6.1.

18              THE COURT:  THANK YOU VERY MUCH.

19              THE WITNESS:  YES.  WHAT I WOULD LIKE TO DO IS SHOW A

20    CROSS-SECTION OF THE SORT OF SEDIMENTS THAT COMPRISE THIS AREA, THE

21    LAYERING OF THE SEDIMENTS, IF YOU WILL.  AND I WOULD LIKE TO DO

22    THAT BY LOOKING AT CROSS-SECTION A-A[1].  BUT WE'LL ONLY LOOK AT ONE

23    SECTION OF THIS FROM ESSENTIALLY A[1] DOWN HERE TO APPROXIMATELY

24    PROCTOR POINT.

25              BUT BOTH OF THESE CROSS-SECTIONS IN THE CONTINUATION OF
```

1    A-A$^1$ IS IN MY EXPERT REPORT.

2              THE COURT:  WHEN WE TALK ABOUT A-A$^1$, YOU MIGHT JUST

3    ELUCIDATE A LITTLE BIT.

4              THE WITNESS:  A-A$^1$ IS ALONG THE MRGO CHANNEL.

5    BY MR. PALMINTIER:

6    Q.  SO A$^1$ IS DOWN IN THE GULF OF MEXICO THROUGH BRETON SOUND, AND A

7    ITSELF IS UP IN THE LAKE PONTCHARTRAIN VICINITY AND THE VICINITY OF

8    THE IHNC.

9              THE WITNESS:  IT'S IN THE INTRACOASTAL WATERWAY.

10             THE COURT:  IHNC IS A?

11             THE WITNESS:  CORRECT.

12             MR. PALMINTIER:  YES.

13   BY MR. PALMINTIER:

14   Q.  WHY ARE WE LOOKING AT THIS SLIDE?

15   A.  I WANT TO SHOW THE LAYERING THAT MADE UP THIS AREA SO I CAN

16   TALK ABOUT THE LATERAL DISPLACEMENT OF MATERIAL INTO MRGO.

17   Q.  ALL RIGHT.  SO YOU'RE USING THIS AS A WAY OF ORIENTING THE

18   JUDGE TO THE LOCATION OF THIS LATERAL ANALYSIS THAT WE'RE ABOUT TO

19   SEE?

20   A.  THE LOCATION AND ALSO THE TYPES OF SEDIMENTS THAT COMPRISE THIS

21   REGION.

22   Q.  YES?

23   A.  YES.

24   Q.  SO WHERE ARE WE LOOKING?

25   A.  WE'RE GOING TO BE LOOKING FROM A TO PROCTOR POINT,

```
 1    APPROXIMATELY (INDICATING).

 2    Q.  OKAY.  SO --

 3    A.  THAT'S THE WRONG ONE.

 4            MR. PALMINTIER:  YOUR HONOR, WOULD YOU BEAR WITH ME FOR A

 5    MOMENT.  IS THERE A WAY FOR US TO GET THE RIGHT ONE UP?  MAY I,

 6    YOUR HONOR, APPROACH?

 7            THE COURT:  GO AHEAD, YOU MAY.

 8            MR. PALMINTIER:  YOUR HONOR --

 9            THE WITNESS:  THAT'S IT.

10            MR. STEVENS:  IT'S PAGES 6-3 AND 6-4 OF HIS REPORT.

11            THE WITNESS:  THAT'S THE ONE I WANT.

12            THE COURT:  OKAY.  HE'S GOT THE ONE HE WANTS.

13            MR. PALMINTIER:  ALL RIGHT.  YOUR HONOR, THERE IS A

14    TECHNICAL PROBLEM THAT, IF WE IRON OUT NOW, WE CAN CERTAINLY MAKE

15    SURE WE WEREN'T GOING TO RUN INTO PROBLEMS, CONTINUING PROBLEMS

16    LIKE THIS LATER.  COULD WE HAVE A VERY SHORT BREAK?

17            THE COURT:  YES.

18            MR. PALMINTIER:  THANK YOU.

19            THE COURT:  AND BEFORE I FORGET, IT WOULD BE BEST, SINCE

20    HE MENTIONED PROCTOR POINT, IF YOU WOULD, AT SOME POINT BEFORE HE

21    LEAVES, IDENTIFY IT ON THE MAP THAT HE SHOWED.

22            ALL RIGHT.  WE'LL TAKE -- HOW LONG WILL IT TAKE TO GET

23    THIS?

24            MR. PALMINTIER:  FIVE TO TEN MINUTES.

25            THE COURT:  TEN MINUTE RECESS.
```

1          MR. STEVENS:  TEN WILL BE PLENTY.  THANK YOU, JUDGE.

2          THE MARSHAL:  ALL RISE.

3     (WHEREUPON, A RECESS WAS TAKEN.)

4     (OPEN COURT.)

5          THE MARSHAL:  ALL RISE.

6          THE DEPUTY CLERK:  THE COURT'S IN SESSION, PLEASE BE

7  SEATED.

8          MR. PALMINTIER:  YOUR HONOR, THANK YOU FOR GIVING US THE

9  OPPORTUNITY.

10         THE COURT:  DID YOU GET IT --

11         MR. PALMINTIER:  WE GOT IT TAKEN CARE OF.

12         THE COURT:  OKAY.  GOOD.

13  BY MR. PALMINTIER:

14  Q.  COULD WE TURN TO THE FIGURE THAT IS FIGURE 6.1 OF THE REPORT

15  AND EXHIBIT 96.22.

16         THE COURT:  HOLD ON ONE SECOND.  SORRY, COUNSEL, GO

17  AHEAD.

18         MR. PALMINTIER:  WHEN WE RETURN TO THIS FIGURE, WE DO SO,

19  YOUR HONOR, BECAUSE AS YOU CAN SEE DURING THE BREAK WE FILLED IN

20  PROCTOR POINT.

21         THE COURT:  I APPRECIATE THAT.  WE HAD THAT PREVIOUSLY

22  BUT I WANTED IT ON THAT EXHIBIT.

23         MR. PALMINTIER:  THANK YOU, JUDGE.

24         THE COURT:  AND JUST TO BE PRECISE, IF THE WITNESS, DO

25  YOU HAVE A LITTLE RED --

```
1              THE WITNESS:  (INDICATING).

2              THE COURT:  RIGHT ABOUT THERE, OKAY.  THANK YOU.

3              MR. PALMINTIER:  YOUR HONOR, WE'VE ALREADY INTRODUCED

4    96.17.

5    BY MR. PALMINTIER:

6    Q.  AND YOU CAN SEE THAT IN RED, BUT WE WANT YOU TO FOCUS, DOCTOR,

7    ON THIS AREA AND SHOW THE JUDGE -- FIRST OF ALL, WE'RE LOOKING AT

8    THIS AERIAL SHOT SO THAT WE CAN GET AN IDEA OF THE CROSS-SECTION

9    THAT WE'RE LOOKING AT, CORRECT?

10   A.  RIGHT.  THE NEXT CROSS-SECTION I'LL BE SHOWING YOU IS ALONG

11   A-A$^1$, SO IT GOES AROUND BEND 150 AND DOWN HERE TOWARD PROCTOR

12   POINT.  SO WE WILL BE LOOKING AT A GEOLOGICAL CROSS-SECTION OF THIS

13   REGION RIGHT HERE (INDICATING).

14   Q.  SO LET'S LOOK AT THAT GEOLOGICAL CROSS-SECTION.

15             THE COURT:  IN THAT REGION FOR THE VERBALLY WOULD GO

16   ALONG, THE IHNC TO A SHORT WAYS DOWN THE UPPER PART OF REACH TWO.

17             THE WITNESS:  CORRECT.  WHICH IS A$^1$ ON THIS.  ALL RIGHT.

18   BY MR. PALMINTIER:

19   Q.  NOW, SHOW THE JUDGE WHAT THAT FACILITATED YOU TO DO.  WHAT IS

20   THIS?

21   A.  THIS IS A CROSS-SECTION, A CUT-AWAY VIEW, IF YOU WILL, OF THE

22   SEDIMENTS COMPRISING THIS PORTION OF THE MRGO AREA.  THERE WERE

23   DIFFERENT PATTERNS HERE WHICH REPRESENT DIFFERENT TYPES OF

24   SEDIMENT.  THE GREEN IS MARSH AND THE BROWN COLOR HERE IS

25   INTERDISTRIBUTARY BAY MUD.  UNDERLYING THAT IS A PRO DELTA MUD AND
```

1    UNDERNEATH THAT IS NEAR SHORE GULF OF MEXICO SEDIMENTS

2    (INDICATING).

3              I WANT TO LOOK IN PARTICULAR AT THIS AREA RIGHT HERE

4    BECAUSE THIS DASHED RED LINE INDICATES THE DEPTH TO WHICH MRGO WAS

5    EXCAVATED.  AND IF WE LOOK IN REACH 2, THE UPPER PORTION OF REACH 2

6    FROM BAYOU BIENVENUE DOWN HERE TO BAYOU DUPRE, MUCH OF THE SEDIMENT

7    THAT WAS REMOVED DURING THE EXCAVATION CONSISTED OF THIS BROWN

8    LAYER, WHICH IS TERMED INTERDISTRIBUTARY.

9              EARLIER I TALKED ABOUT WHAT A DISTRIBUTARY IS.  AN

10   INTERDISTRIBUTARY IS THE REGION BETWEEN TWO TRIBUTARIES.  THE

11   TRIBUTARIES CARRY SEDIMENT BY THE RIVER BY THE BOUSCHING AND

12   CARRYING OF THE LOAD TO THE SEA.  IN-BETWEEN THESE TRIBUTARIES IS

13   AN AREA OF QUIET WATER.  THE ONLY SEDIMENT THAT CAN COME IN AND BE

14   DEPOSITED IN THIS REGION IS SEDIMENT THAT'S VERY FINE GRAINED,

15   THAT'S BECAUSE THERE'S VERY LITTLE ENERGY THAT CARRIES THE SEDIMENT

16   INTO THIS REGION.

17             SO INTERDISTRIBUTARY BAY SEDIMENTS CONSIST OF FINE GRAIN

18   MATERIAL, USUALLY CLAY, MAYBE A LITTLE BIT OF SILT.  NOW, THAT'S

19   NOT TO SAY THAT DURING MAJOR STORMS OR MAJOR FLOOD EVENTS THAT THE

20   DISTRIBUTARY CHANNEL ISN'T OVERTOPPED AND SOME COARSE GRAIN

21   SEDIMENT DOESN'T ENTER THIS AREA, SOMETIMES IT DOES.  BUT BY IN

22   LARGE, IT CONSISTS OF WHAT THE ENGINEERS CALL A FAT CLAY.  A FAT

23   CLAY IS ONE THAT CONTAINS A GREAT DEAL OF WATER.  YOU HAVE TO

24   REMEMBER, THIS FINE GRAIN MATERIAL IS SETTLING DOWN THROUGH THE

25   WATER AND BEING DEPOSITED AT THE BOTTOM AND IT CONTAINS A GREAT

1   DEAL OF WATER WITHIN THAT CLAY MATRIX.

2   Q.  OKAY.  LET ME STOP YOU THERE, AND FOR OUR PURPOSES,

3   INTERDISTRIBUTARY MEANING IT'S THE SPACE BETWEEN TWO DISTRIBUTARIES

4   AND OCCASIONALLY WATER GOES BETWEEN THE TWO DISTRIBUTARIES, AND IN

5   THE EONS AND THROUGH HISTORY, AND THE ENERGY LEVEL OF THAT WATER IS

6   SO LOW THAT EVENTUALLY FINE SEDIMENTS THAT ARE CARRIED BY IT DROP

7   DOWN?

8   A.  RIGHT.

9   Q.  AND BECOME THIS LAYER?

10  A.  RIGHT.

11  Q.  AND THIS EXHIBIT IS US STANDING IN AN EMPTY MRGO, IF YOU WILL,

12  VIRTUALLY, IT'S LIKE THE MRGO WAS CUT, WE'RE STANDING IN THERE AND

13  CLEAN UP THE SIDES AND WE CAN SEE THE SIDE AND SEE HOW DEEP --

14          THE COURT:  IT'S A MINI LITTLE GRAND CANYON.

15          THE WITNESS:  THERE YOU GO.

16  BY MR. PALMINTIER:

17  Q.  AND WE'VE PACKED DOWN INTO IT.  AND THEN TELL THE JUDGE THEN

18  THE BROWN LAYER IS THE THING YOU'VE BEEN TALKING ABOUT?

19  A.  YES.  AND ONE OF THE QUALITIES OF THIS TYPE OF SEDIMENT IS IT

20  HAS VERY LITTLE RESISTANCE.  IT CAN TAKE NO LOAD.  WHEN IT IS

21  LOADED, THAT IS TO SAY WHEN A WEIGHT IS PUT ON TOP OF IT OR TO THE

22  SIDE, IT TENDS TO RESPOND TO THAT RATE BY FLOWING.  AND IF YOU

23  EXCAVATE A CHANNEL NEXT TO THAT AND YOU LOADED IT WITH, SAY, SPOIL

24  BANKS, IT WOULD TEND TO LATERALLY DISPLACE INTO THAT EXCAVATION.

25  Q.  LET ME STOP YOU.  THAT SOMETHING CALLED LATERAL DISPLACEMENT,

1    IS IT NOT?

2    A.   CORRECT.

3    Q.   AND, IN FACT, THE PHENOMENA OF LATERAL DISPLACEMENT IS PART OF

4    A PROCESS WHICH ACTUALLY LOWERED THE LEVEES IN THE AREA THAT WE'RE

5    TALKING ABOUT?

6    A.   THAT IS CORRECT.

7              MS. MILLER:  OBJECTION.

8              THE COURT:  JUST A MINUTE.  YES, MA'AM.

9              MS. MILLER:  YOUR HONOR, THE EXPERT'S REPORT DOES NOT

10   INCLUDE ANY ANALYSIS OF THE LEVEES.

11             THE COURT:  OKAY.  HER OBJECTION IS HIS TESTIMONY GOES

12   BEYOND THE SCOPE OF HIS REPORT.

13             MR. PALMINTIER:  UNDERSTOOD.

14             THE COURT:  WHICH IS A VALID OBJECTION IF CORRECT.  POINT

15   TO ME IN THE REPORT WHERE THIS OPINION IS EITHER ARTICULATED OR

16   WITHIN -- I HATE TO USE THIS WORD -- IN THE PENUMBRA OF THE

17   OPINION.

18             MR. PALMINTIER:  UNDERSTOOD, YOUR HONOR.  AND THROUGHOUT

19   AND PERHAPS I COULD INQUIRE OF THE WITNESS TO BE ABLE TO EXPAND ON

20   THAT --

21             THE COURT:  I THINK MAYBE WE NEED TO -- GO AHEAD, BUT

22   DON'T ELICIT ANY OPINION, COUNSEL'S MADE AN OBJECTION.  WHY DON'T

23   YOU JUST POINT TO ME WHERE IT IS, WHAT SECTION OF THE REPORT IT'S

24   UNDER.  AND I AM GOING TO NEED THE REPORT.  I HAVE A LITTLE ONE

25   HERE.  I TELL YOU WHAT I'LL USE THIS.

1          MR. STEVENS:  IT'S FIGURE 6.6, YOUR HONOR.

2          MR. PALMINTIER:  SO IN RESPONSE TO THE OBJECTION, YOUR

3   HONOR --

4          THE COURT:  HOLD ON.  WHEN YOU SAY -- I'M LOOKING AT 6.6

5   OF THE REPORT?

6          MR. STEVENS:  YES, YOUR HONOR.

7          THE COURT:  WELL, IT'S NOT THE RIGHT ONE.  IT'S THE SAME

8   PROBLEM WE HAD BEFORE.  IT HAS LAKE AN THAT IS OWE, REACH 2.

9          THE WITNESS:  IT'S THE PREVIOUS PAGE, YOUR HONOR.

10          THE COURT:  THE PREVIOUS PAGE?  MAYBE THE ONE AFTER?  TRY

11   6.3.  IN THE REPORT THAT WE HAVE IT'S 6.3 -- 6-3.

12          MR. STEVENS:  YES, I'M SORRY, YOUR HONOR.

13          THE COURT:  THE SCHEMATIC.  SO WE'LL START FROM THERE,

14   THE OBJECTION IS PENDING, I HAVE NOT YET RULED ON IT.

15          MR. PALMINTIER:  UNDERSTOOD, YOUR HONOR.

16   BY MR. PALMINTIER:

17   Q.  THE NEXT SLIDE DEMONSTRATES AN ASPECT OF THE REPORT WHICH

18   ACTUALLY SHOWS THE PHENOMENA OF LATERAL DISPLACEMENT IN THE

19   DISCUSSION.  AND I'M SORRY, NOT IMMEDIATE NEXT SLIDE BUT ONE OF THE

20   NEXT SLIDES DOES.

21   A.  CORRECT.

22   Q.  WOULD YOU TURN TO THAT SLIDE, DO YOU HAVE THE CAPACITY TO DO

23   THAT, DOCTOR?

24   A.  I CAN GO AHEAD?

25   Q.  YES.  GO AHEAD.

1    A.  I'M TRYING.

2    Q.  THIS ONE.

3              MR. PALMINTIER:  THIS EXHIBIT IS IN THE REPORT, YOUR

4    HONOR.  WE LIST IT AS EXHIBIT 96.25 IN THE EXHIBITS, BUT IT IS, IT

5    SHOULD BE FIGURE 6.6 AT PAGE 616 OF THE REPORT.

6              THE COURT:  I DON'T HAVE A PAGE 616 OF THE REPORT.

7              THE LAW CLERK:  IT'S 6-14.

8              THE COURT:  IT'S 6-14.

9              MR. PALMINTIER:  I HAVE MY NUMBERS WRONG, JUDGE.

10             THE COURT:  OKAY.  THAT'S FINE.  WE'LL DO THAT.  I AM

11   LOOKING AT 6-14.  COUNSEL, YOU FOUND IT AS WELL?

12             MS. MILLER:  YES, SIR.

13             THE COURT:  ALL RIGHT.  I HAVE IT, OKAY.  AND IT TALKS

14   ABOUT FIGURE 6.6, ALL RIGHT.

15             MR. PALMINTIER:  AND THE LATERAL DISPLACEMENT PHENOMENA

16   WAS EXTENSIVELY DISCUSSED IN HIS DEPOSITION, YOUR HONOR.

17             THE COURT:  I UNDERSTAND ABOUT THE DEPOSITION, BUT I HAVE

18   TO GO BY RULE -- I AM GOING TO BE IN THIS CASE, IF IT'S WITHIN THE

19   SCOPE OF THE REPORT I AM GOING TO ALLOW IT FOR BOTH.  REMEMBER,

20   THEIR EXPERTS ARE GOING TO TESTIFY, TOO.  OKAY.

21             COUNSEL, I SEE THAT THERE IS IN THE REPORT IT'S A

22   CONCEPTUAL MODEL FOR LATERAL DISPLACEMENT OF THE INTERDISTRIBUTARY

23   DEPOSITS OF THE MRGO.  AND IT GOES ON AND ON.  COUNSEL, DO YOU WANT

24   TO LOOK AT THAT A LITTLE BIT?

25             MS. MILLER:  YOUR HONOR, THE REPORT DISCUSSES THE MRGO

 1   AND DISPLACEMENT OF THE CHANNEL WALLS BUT THERE'S NO DISCUSSION OF

 2   THE LEVEES IN THE REPORT.  AND THE QUESTION WAS GETTING INTO AN

 3   EVALUATION OF THE LEVEES WITH RESPECT TO THIS, AND THAT IS WHAT IS

 4   NOT INCLUDED IN THE REPORT.

 5          MR. PALMINTIER:  WELL, YOUR HONOR, TO RESPOND TO THAT,

 6   THE IDEA IS THE CONCEPT OF LOADING THE INTERDISTRIBUTARY LAYER

 7   CAUSING THIS LATERAL DISPLACEMENT IS WELL DOCUMENTED IN THIS

 8   EXHIBIT WHICH THEY'VE HAD AND THE EXPLANATION OF THAT EXHIBIT WHICH

 9   IS IN THE REPORT AT PAGE 6-14, FIGURE 6.6.

10          THE COURT:  LET ME LOOK AT IT, COUNSEL.

11          MR. PALMINTIER:  YES, YOUR HONOR.

12          THE COURT:  OKAY.  ON THE FIGURE WHERE IT SAYS SUBSIDENCE

13   DUE TO LATERAL DISPLACEMENT OF SUBSTRATE AND HAS LOADING -- I'LL

14   ASK THE WITNESS:  PRECISELY, WHERE IS THAT LOAD TAKING PLACE?

15          THE WITNESS:  IT'S ALONG THE ENTIRE AREA, ALONG THE

16   ENTIRE REGION IN WHICH THEY PLACED DREDGE SPOIL.  AND WE JUST LOST

17   THE IMAGE.

18          THE COURT:  AND YOUR OBJECTION, COUNSEL, IS THAT THIS,

19   ALTHOUGH IT TALKS ABOUT LATERAL DISPLACEMENT AND LOADING, IT

20   DOESN'T SPECIFICALLY OPINE AS TO HOW THIS MAY AFFECT THE LEVEES.

21   IS THAT YOUR OBJECTION?

22          MS. MILLER:  YES.

23          THE COURT:  AND YOUR RESPONSE?

24          MR. PALMINTIER:  IS, YOUR HONOR --

25          THE COURT:  DO WE HAVE ANOTHER WITNESS THAT'S GOING TO

1    TESTIFY TO THE EFFECTS OF THIS?

2          MR. PALMINTIER:  THIS IS AN IMPORTANT ASPECT OF THIS

3    WITNESS'S TESTIMONY.  THERE ARE OTHER WITNESSES THAT WILL TALK

4    ABOUT IT.  BUT THE LOADING PRINCIPLE IS NOT NEW WITH THIS WITNESS,

5    YOUR HONOR.  AND THE LEVEES ARE OBVIOUS EXAMPLES OF LOADING.  BUT

6    THE WITNESS WILL ALSO TODAY TALK ABOUT THE LOADING OF THE SOIL FROM

7    THE -- AND THE SEDIMENT FROM THE MRGO ITSELF AND HOW WE SEPARATE

8    THOSE TWO OUT IS A MYSTERY.

9          AND WE SUBMIT TO YOUR HONOR THAT THIS CERTAINLY PUTS THEM

10   ON NOTICE, IT DOESN'T GO BEYOND THE REPORT TO TALK ABOUT ANYTHING

11   THAT IS LOADED ON THE BANKS BECAUSE THE WITNESS --

12         THE COURT:  IF THIS WITNESS WERE TO SAY THIS LOADING

13   WEAKENED THE LEVEES AND CAUSED THEM TO BE MORE VULNERABLE TO THE

14   MRGO, THAT'S A PRETTY SIGNIFICANT OPINION BECAUSE IT LOOKS, TO THE

15   COURT, THE GOVERNMENT HAS STILL A 702C DEFENSE, ITS GOT ITS

16   DISCRETIONARY FUNCTION EXCEPTION DEFENSES, AND THEN WE HAVE THE

17   ISSUE OF CAUSATION.

18         IT LOOKS TO ME LIKE FROM READING ALL OF THESE REPORTS,

19   AND I DON'T NEED ANY ARGUMENT ON THIS, I AM JUST TELLING YOU IT

20   LOOKS TO ME, YOU CAN CLEAR ME UP LATER, THAT THE PRIMARY ISSUE

21   VIS-A-VIS THE REACH 2 IS NOT SO MUCH THE HEIGHT OF THE SURGE

22   CREATED BY THE MRGO AS THE WAVE FACTOR.  THAT'S WHAT IT LOOKS LIKE

23   TO ME.  SO ALL OF THIS BECOMES, YOU KNOW, DID THE WIDENING AND

24   DEEPENING OF THE MRGO AND THE EROSION OF THE WETLANDS CAUSE THE

25   WAVES TO BE A THREAT.  AND ONE OF THE REASONS, AND I KNOW THAT

1    THIS -- THE FACT THAT THESE, THE FACT THAT THE MRGO THEN ALSO

2    IMPAIRED THE FLOOD CONTROL STRUCTURE IS WHAT YOU'RE TRYING TO SHOW

3    ME.

4          IT'S A SIGNIFICANT OPINION AND I WOULD HAVE LIKED IT A

5    LITTLE -- TO HAVE BEEN MORE ARTICULATED.  LET ME LOOK AT IT A

6    LITTLE BIT MORE.

7          MR. PALMINTIER:  YES, YOUR HONOR.

8          MR. STEVENS:  YOUR HONOR, FOR THE RECORD --

9          THE COURT:  I AM READING THE LATERAL DISPLACEMENT OF THE

10   INTERDISTRIBUTARY SLUMPING INTO THE CHANNEL COULD ALSO BE ONE OF

11   THE MAJOR MECHANISMS FOR ONGOING BANK FAILURE, WETLAND LOSS AND

12   CHANNEL WIDENING ALONG THE MRGO.

13         MR. STEVENS:  YES, YOUR HONOR.

14         THE COURT:  I UNDERSTAND THAT.  BUT I AM NOT SURE HOW

15   THAT ALSO CORRELATES TO --

16         MR. PALMINTIER:  SUBSIDENCE.

17         THE COURT:  -- OF THE LEVEES.  GO AHEAD, COUNSEL.

18         MR. PALMINTIER:  YOUR HONOR, SUBSIDENCE IN THIS AREA IS

19   EXTREMELY IMPORTANT REGARDLESS OF WHETHER IT'S THE LEVEE -- FIRST

20   OF ALL, THIS WITNESS IS NOT TESTIFYING ABOUT EFFICACY OF LEVEES.

21         THE COURT:  I UNDERSTAND 702C I PROMISE YOU, I PROMISE

22   YOU PROBABLY AS WELL AS ANYONE IN THIS ROOM.

23         MR. PALMINTIER:  YES, YOUR HONOR.

24         THE COURT:  AND I UNDERSTAND ALL OF THE LEGAL NUANCES ARE

25   GOING TO FLOW THEREFROM.  MY QUESTION IS SIMPLY THIS, WHY DO I

1    EXTRAPOLATE THIS OPINION FROM THIS REPORT; THAT IS, THAT THE LEVEE

2    SUBSIDED BECAUSE OF THIS.  IS IT WITHIN THE SCOPE OF THE REPORT AND

3    TELL ME WHY PRECISELY.

4           MR. STEVENS:  IF WE COULD REPHRASE THE QUESTION, YOUR

5    HONOR, FOR THE WITNESS.

6           THE COURT:  YOU CAN CERTAINLY REPHRASE IT, COUNSEL MAY

7    STILL OBJECT.

8           MS. MILLER:  YOUR HONOR, MAY I RESPOND TO THE COLLOQUY

9    THAT'S HAPPENING?

10          THE COURT:  YES, YOU MAY RESPOND.

11          MS. MILLER:  I THINK THIS APPEARS TO BE AN EFFORT TO GET

12   IN SOME OF THE OPINIONS THAT WERE RECENTLY EXCLUDED IN THE

13   SUPPLEMENTAL OR SECOND OR THIRD SUPPLEMENTAL REPORT FROM DR. BEA

14   REGARDING THE --

15          THE COURT:  I HAVE NO IDEA SINCE I DIDN'T READ THAT SINCE

16   IT WAS WITHDRAWN.  I KNOW THAT THE ISSUE THOUGH IS --

17          MR. PALMINTIER:  YOUR HONOR, I MIGHT BE ABLE TO END THIS

18   BATTLE BY SUGGESTING I CAN REPHRASE THE QUESTION.

19          THE COURT:  YOU CAN CERTAINLY DO THAT AND COUNSEL CAN --

20          MR. PALMINTIER:  LET ME WITHDRAW AND REPHRASE THE

21   QUESTION.

22          THE COURT:  YOU MAY WANT TO OBJECT AGAIN, COUNSEL, SO

23   REMAIN STANDING.  GO AHEAD.

24   BY MR. PALMINTIER:

25   Q.  DR. FITZGERALD, THE ISSUE THAT WE'RE TALKING ABOUT HERE IS

1    LATERAL DISPLACEMENT.  I DON'T WANT YOU TO CONSIDER LEVEES FOR NOW,

2    JUST TEACH US ABOUT HOW THAT LATERAL DISPLACEMENT OF MUDS IN

3    CHANNELS I THE REPORT TOOK PLACE.

4            THE COURT:  BEFORE HE ANSWERS, AND I'M SORRY TO

5    INTERRUPT, THE NEXT ONE WE HAVE LIKE THIS, WE WILL HAVE A BENCH

6    CONFERENCE, PROBABLY WILL BE BEST.

7            MR. PALMINTIER:  YES, SIR.

8            THE COURT:  AND THAT WAS MY -- I SHOULD HAVE ASKED FOR

9    THAT.  ALL RIGHT.

10   BY MR. PALMINTIER:

11   Q.  SIR, DO YOU REMEMBER THE QUESTION?  WHAT I WANT YOU TO DO,

12   DR. FITZGERALD, IS TO EXPLAIN LATERAL DISPLACEMENT AND THE

13   PRINCIPLES INVOLVED IN THIS PROCESS THAT YOU WERE TELLING US ABOUT.

14   A.  LATERAL DISPLACEMENT IS SIMPLY A RESPONSE OF THAT SEDIMENT TO A

15   FORCE.  IN THIS CASE IT'S THE FORCE RESULTS FROM THE DEPOSITION OF

16   DREDGE SPOIL ON TOP OF IT.

17           NOW, IF A FORCE IS APPLIED UNIFORMLY, THEN THE BODY OF

18   SEDIMENT WOULD BEHAVE AS A UNIT AND WOULDN'T MOVE IN ANY PARTICULAR

19   DIRECTION.  HOWEVER, IT'S NOT BEING APPLIED UNIFORMLY, IT'S BEING

20   APPLIED IN ONE SPECIFIC AREA, WHICH IS THE DREDGE SPOIL AREA, AND

21   IT'S ALSO GOING TO MOVE TO THE LOCATION OF LEAST RESISTANCE.

22           SO IT'S LIKE PUTTING A BASEBALL ON TOP OF MARSHMALLOW

23   FLUFF.  AS THAT BASEBALL DESCENDS DOWN IN THE FLUFF IT MOVES OUT

24   LATERALLY TOWARD THE EVACUATED AREA, IN THIS CASE IT'S THE

25   EXCAVATION OF THE MRGO.  AND WHEN THAT AREA IS MAINTAINED IN

1   OPERATION, THAT MATERIAL THAT HAD SLUFFED OFF AND LATERALLY

2   DISPLACED INTO THE CHANNEL IS REMOVED THROUGH MAINTENANCE DREDGING

3   AND PUT BACK ON THE DREDGE SPOIL, THEN WE HAVE THAT WEIGHT

4   REINTRODUCED AND THE UNDERLYING FAT LAYER, THAT IS THE DISTRIBUTARY

5   CLAY WILL RESPOND IN A LIKE MANNER AND FLOW OUT TOWARD THE AREA OF

6   THE LEAST RESISTANCE.

7           THE COURT:  AND THE AREA OF LEAST RESISTANCE WOULD BE

8   TOWARDS THE CHANNEL?

9           THE WITNESS:  MRGO.

10  BY MR. PALMINTIER:

11  Q.  TOWARD THE CENTER OF THE CHANNEL, CORRECT?

12  A.  NOT ONLY IS THE --

13  Q.  IS THAT CORRECT YOU NEED TOO RESPOND FOR THE RECORD.

14  A.  THAT'S CORRECT.  THAT'S CORRECT, TOWARDS THE CENTER OF THE

15  CHANNEL.

16          AND NOT ONLY ARE YOU PLACING A LOAD ON TOP OF THE

17  INTERDISTRIBUTARY MUD, BUT YOU'RE ALSO REMOVING CONFINING PRESSURE

18  BY REMOVING THE TOE OF THAT SLOPE WHEN YOU EXCAVATE THE CHANNEL

19  DOWN TO THE REQUIRED 40 FEET IN DEPTH.

20  Q.  ALL RIGHT.  LET ME ASK YOU A QUESTION.  WAS THE CORPS OF

21  ENGINEERS AWARE OF THIS PHENOMENA?

22          MS. MILLER:  OBJECTION, YOUR HONOR, TO THE WITNESS BEING

23  ABLE TO TESTIFY TO WHAT THE CORPS OF ENGINEERS WAS AWARE.

24          THE COURT:  ONLY TO HIS PERSONAL KNOWLEDGE.  HER

25  OBJECTION IS NO PERSONAL KNOWLEDGE.

```
 1              MR. PALMINTIER:  I UNDERSTAND.

 2              THE COURT:  SO --

 3    BY MR. PALMINTIER:

 4    Q.  DO YOU HAVE PERSONAL KNOWLEDGE THAT THE CORPS KNEW ABOUT THE

 5    PHENOMENA OF LATERAL DISPLACEMENT?

 6    A.  YES, I DO.

 7    Q.  TELL THE JUDGE ABOUT THAT.

 8    A.  I WILL DO THAT WITH SOME PREVIOUS SLIDES THAT WE SKIPPED OVER.

 9    Q.  YES, GO BACK TO THE PREVIOUS SLIDES.

10              BY THE WAY, THE BASEBALL AND THE MARSHMALLOW THAT YOU

11    JUST DESCRIBED, WAS THAT THE SAME AS THE DESCRIPTION THAT WAS GIVEN

12    BEFORE OF SQUEEZING A TUBE OF TOOTHPASTE?

13    A.  YES, IT WAS.

14    Q.  NOW, THIS YOU INDICATED IS EVIDENCE THAT THE CORPS OF ENGINEERS

15    KNEW ABOUT LATERAL DISPLACEMENT.  WOULD YOU EXPLAIN TO THE JUDGE

16    WHY YOU HAVE PERSONAL KNOWLEDGE?

17    A.  THIS IS A REPORT THAT WAS DONE FOR THE ARMY CORPS OF ENGINEERS

18    BY KOLB AND VAN LOPIK, THEY'RE GEOLOGIST WHO LOOKED AT A SERIES OF

19    CORES AND ACTUALLY PRODUCED A CROSS-SECTION THAT I SHOWED IN MY

20    REPORT, THAT'S WHERE THAT INFORMATION CAME FROM FROM THIS REPORT.

21              THIS WAS DONE IN 1958.  AND IF WE LOOK ON PAGE TEN AND

22    LOOK AT PARAGRAPH 25, THEY STATE:  SHOWN HERE HIGHLIGHTED IN

23    YELLOW, "AS MUCH AS 40 PERCENT OF THE BOTTOM AND SIDES OF THE

24    CHANNEL WILL CONSIST OF THESE INTERDISTRIBUTARY CLAYS."

25              SKIPPING DOWN TO THE NEXT HIGHLIGHTED AREA.
```

1      "FROM THE STANDPOINT OF SIDE SLOPES THIS MAY APPEAR

2  DESIRABLE, BUT IT IS POSSIBLE THAT POORLY CONSOLIDATED, HIGH WATER

3  CONTENT INTERDISTRIBUTARY CLAYS WILL TEND TO FLOW LATERALLY INTO

4  THE EVACUATION PARTICULARLY UNDER EXTRA WEIGHT OF A SPOIL BANK."

5  Q.  ALL RIGHT.  HOW DOES THAT RELATE TO WHAT WE'VE BEEN TALKING

6  ABOUT?

7  A.  THAT'S THE BASIS OF OUR MAKING THAT CARTOON, TO ILLUSTRATE

8  EXACTLY WHAT THEY WERE TALKING ABOUT.

9  Q.  NOW, IS THAT ALSO ILLUSTRATING TO YOU THAT THE CORPS OBVIOUSLY

10 HAD KNOWLEDGE THAT THROUGH ITS OWN GEOLOGISTS THAT THAT PHENOMENA

11 OF LATERAL DISPLACEMENT FILLING THE CHANNEL WOULD TAKE PLACE?

12 A.  WELL, IF THEY PAID ANY ATTENTION TO THE REPORT FROM WHICH THEY

13 COMMISSIONED THESE TWO GEOLOGISTS TO MAKE, YES.

14 Q.  NOW, IS THERE ANY EVIDENCE THAT YOU ARE AWARE OF THAT THEY DID

15 ANYTHING TO CORRECT THAT PROBLEM?

16 A.  NO.

17      THE COURT:  AND I CAN ASK THIS GENERAL QUESTION, THE

18 GENERAL EFFECT OF THIS PHENOMENON BY THIS MATERIAL BEING IN ESSENCE

19 EXTRUDED OR PUSHED TOWARDS THE CHANNEL, WHAT GENERAL EFFECT FROM

20 THE AREA FROM WHICH IT WAS DISPLACED?

21      THE WITNESS:  WELL, BECAUSE YOU'RE REMOVING MATERIAL THE

22 OVERLYING AREA IS GOING TO SUBSIDE.  AND THESE HERE SORT OF SOIL

23 MECHANICS HAVE BEEN KNOWN FOR A VERY LONG TIME.

24 BY MR. PALMINTIER:

25 Q.  ALL RIGHT.  PROCEED WITH THIS EXPLANATION.

1   A.  THIS IS A LEGEND THAT WAS ACCOMPANYING THE CROSS-SECTIONS FROM

2   WHICH WE PRODUCED OUR CROSS-SECTIONS IN OUR EXPERT REPORT.  AND

3   THEY TELL THE TYPES OF SEDIMENTS COMPRISING THE INTERDISTRIBUTARY

4   CLAYS AND THEY SHOW IT CONSISTS PRIMARY OF MUD, A LITTLE BIT OF

5   SILT, VERY MINOR AMOUNTS OF SAND.  AND THEN THEY ALSO SHOW AT THE

6   END HERE, WE CAN'T READ IT BUT I AM GOING TO BLOW UP IN THE NEXT

7   SLIDE, THE REMARKS ABOUT THIS SEDIMENT.

8   Q.  ALL OF THIS WAS GIVEN TO THE CORPS OF ENGINEERS IN THIS REPORT?

9   A.  YES, IT IS.  THIS IS PLATE 5 FROM THAT REPORT.  "DISPOSED IN

10   THE CLAY WEDGES BETWEEN MAJOR DISTRIBUTARIES --" THAT'S WHERE YOU

11   FIND THIS TYPE OF DEPOSIT AS WE'VE TALKED ABOUT -- "CLAY SEQUENCE

12   INTERRUPTED BY SILTY OR SANDY MATERIAL ASSOCIATED WITH A MYRIAD OF

13   SMALL DISTRIBUTARIES," THESE ARE THE OVERBANK DEPOSITS THAT OCCUR

14   DURING FLOODS THAT I MENTIONED -- "BUT OTHERWISE FAIRLY

15   HOMOGENEOUS.  MATERIAL WILL PROBABLY DISPLACE LATERALLY UNDER

16   FAIRLY LIGHT LOADS."

17   Q.  USING YOUR CARTOON THAT WE JUMPED TO TO BE ABLE TO RESPOND TO

18   THE OBJECTION, THOSE LIGHT LOADS ARE THE LOADS THAT ARE ON THE SIDE

19   OF THE CHANNEL, CORRECT?

20   A.  CORRECT.

21   Q.  IS THIS THE BASIS OF YOUR TESTIMONY THAT THE CORPS OF ENGINEERS

22   HAD KNOWLEDGE OF THE PHENOMENA OF LATERAL DISPLACEMENTS AND ITS

23   ADVERSE EFFECTS?

24   A.  YES, IT IS.

25   Q.  NOW, THAT IS -- FOR YOUR HONOR'S PURPOSES AND FOR THE RECORD

 1   PLAINTIFFS' EXHIBIT 059.  IT IS NOT A PART OF -- AT ONE PLATE OF

 2   IT, PLATE 5, IS PART OF THE EXPERT REPORT.

 3            THE COURT:  THANK YOU.

 4   BY MR. PALMINTIER:

 5   Q.  NOW, WHY IS THIS KNOWLEDGE AND THE EXISTENCE OF THAT

 6   INTERDISTRIBUTARY LAYER SO IMPORTANT?

 7   A.  BECAUSE IT'S IMPACTED THE FUNCTION OF MRGO AND THE CONTINUAL

 8   NEED TO KEEP THE PROTECTION LEVEE AT AN ELEVATION AFTER IT KEEPS

 9   SINKING BY THIS LOADING EFFECT.

10   Q.  UNDERSTOOD.

11            MS. MILLER:  OBJECTION.

12            THE COURT:  JUST A MINUTE.

13            MS. MILLER:  OBJECTION TO THE RESPONSE ABOUT THE LEVEES

14   AND THE IMPACT OF THIS ON THE LEVEES.

15            THE COURT:  IT MAY BE ME, BUT IF YOU CAN MAYBE SPEAK, GET

16   THAT MIC A LITTLE LOWER.  THERE YOU GO, THAT WILL BE A LOT BETTER.

17   GO AHEAD.  AND YOUR OBJECTION IS, COUNSEL?

18            MS. MILLER:  YOUR HONOR, THE LAST RESPONSE RELATED TO THE

19   IMPACT ON THE HURRICANE PROTECTION LEVEE AND RENEW THE OBJECTIONS

20   OUTSIDE THE SCOPE OF HIS EXPERTISE AND REPORT.

21            THE COURT:  AGAIN, I'VE GOT TO LOOK AT THIS REPORT.  BUT

22   THE COURT UNDERSTANDS THAT INFERENTIALLY, BUT NOT IN GREAT DETAIL,

23   THAT THIS PHENOMENON CAN CAUSE SUBSIDENCE.  THE COURT FURTHER

24   UNDERSTANDS THAT I DON'T KNOW HOW MUCH IT WOULD CAUSE, I DON'T KNOW

25   WHAT EFFECT IT HAD ON THE ULTIMATE ISSUE IN THIS CASE, AND I AM NOT

```
 1   SURE HOW MUCH, IF ANY, IT CAUSED THE LEVEE TO SUBSIDE, WE HAVEN'T
 2   GOTTEN WHAT IS THE PROXIMITY OF THE LEVEES TO WHERE THE SPOIL WAS
 3   PLACED AND THIS PHENOMENON COULD TAKE PLACE, THERE'S DISTANCES
 4   INVOLVED.  AND THAT'S NOT IN THIS REPORT THAT I CAN SEE.  IF IT CAN
 5   BE POINTED OUT TO ME, THAT'S FINE.
 6            I HAVE THE GENERAL PRINCIPLE, HE CERTAINLY TESTIFIED
 7   THAT, YES, THE CORPS KNEW THAT THIS COULD OCCUR AND HE'S TESTIFYING
 8   IT DID OCCUR AND WHAT THE ULTIMATE EFFECT IS; IN OTHER WORDS, SHE
 9   IS SAYING DID IT CAUSE THE LEVEES TO SUBSIDE?  YOU KNOW, IT WOULD
10   BE NICE TO HAVE AN OPINION TO THAT EFFECT BECAUSE THE LEVEE, WHAT'S
11   THE DISTANCE, WHAT'S THE CALCULATION, HOW MUCH, IS THERE A
12   CORRELATION BETWEEN DISTANCE AND SUBSIDENCE.  I DON'T KNOW, I DON'T
13   KNOW ANY OF THAT.
14            MR. PALMINTIER:  UNDERSTOOD, YOUR HONOR.
15            THE COURT:  DO YOU HAVE ANOTHER WITNESS THAT'S GOING TO
16   TESTIFY AS TO THE AMOUNT THE LEVEES SUBSIDED AS A RESULT OF THIS
17   PHENOMENA?  I AM JUST INTERESTED.
18            MR. PALMINTIER:  I UNDERSTAND, YOUR HONOR.  THERE ARE
19   OTHER WITNESSES WHO MAY BE ABLE TO TOUCH ON THAT, BUT THIS WITNESS
20   IS IMPORTANT --
21            THE COURT:  I UNDERSTAND.  HE MIGHT SAY, AND BY THE WAY,
22   YOU KNOW, THIS WHOLE THING WOULDN'T HAVE HAPPENED WITHOUT THE MRGO,
23   THAT'S NOT IN HERE EITHER AND I CERTAINLY WOULDN'T LET HIM SAY
24   THAT.  AND I UNDERSTAND HE'S IMPORTANT BUT, YOU KNOW, THE MINUTE WE
25   DO THIS, YOU UNDERSTAND WHEN THE GOVERNMENT'S WITNESSES EXPAND, IF
```

1    I ALLOW THIS, EXPAND WHAT I CONSIDER BEYOND THE SCOPE OF THEIR

2    REPORT, YOU'RE GOING TO BE STUCK WITH THOSE.  DO YOU UNDERSTAND

3    THAT?

4         SO I THOUGHT THERE WAS ANOTHER WITNESS THAT WAS GOING TO

5    BE TALKING ABOUT THIS?  THIS IS NOT THE RIGHT MOTIF OF THIS REPORT,

6    I READ IT.

7         MR. PALMINTIER:  UNDERSTOOD, YOUR HONOR.

8         THE COURT:  I SYNOPSIZED IT.  IT IS NOT THE GRAVAMEN,

9    AND, YOUR HONOR, THE LEVEE SUNK BECAUSE OF THIS.  NOT IN HERE.

10   IT'S NICE GRAPHS, IT'S A GREAT REPORT, BUT -- AND IT SUNK 2.7 FEET

11   BECAUSE OF THIS.  AND THAT SINKING THEN, SOMEONE IS GOING TO OPINE,

12   I ASSUME, THAT THAT SINKING HAD AN EFFECT -- MADE THE, HURRICANE

13   FLOOD PROTECTION BY EXTRINSIC NEGLIGENCE AND THEREFORE 702C DOESN'T

14   APPLY, AND BY THE WAY IT CAUSED FLOODING OR THE LEVEES TO FAIL,

15   WHATEVER.

16        SO THERE'S A LOT THAT HINGES ON THIS AND THAT'S WHY IT

17   WOULD BE NICE TO SEE IT -- I'VE GOT THE GENERAL IDEA OF SUBSIDENCE,

18   BUT LET ME ASK, I'LL ASK YOU.  WAS THIS ISSUE COVERED EXTENSIVELY

19   IN A DEPOSITION?

20        MR. PALMINTIER:  I BELIEVE IT WAS, YOUR HONOR.

21        THE COURT:  YOU SAY YOU BELIEVE IT WAS, THAT'S AN

22   EQUIVOCAL WORD.  EITHER IT WAS OR WASN'T.

23        MR. PALMINTIER:  YES, IT WAS, YOUR HONOR.

24        MR. STEVENS:  PAGE 94 TO 109, YOUR HONOR, WOULD BE A GOOD

25   STARTING POINT.

1           THE COURT:  YOU UNDERSTAND DEPOSITIONS ARE NOT EXPERT

2    REPORTS.  LAWYERS NEED TO UNDERSTAND THAT.  YOU MIGHT ASK HIM WHY

3    THE MOON IS GENERALLY 24,000 MILES FROM THE EARTH.  IT'S NOT COMING

4    IN HERE.  THE REPORT GOVERNS AND I NEED TO MAKE THAT CLEAR.  AND

5    THIS IS AN IMPORTANT INTERSECTION IN THIS CASE BECAUSE WE'VE GOT

6    PRIMARILY EXPERTS TESTIFYING.

7           MR. PALMINTIER:  YES, YOUR HONOR.

8           THE COURT:  AND THEIR REPORTS HAVE TO GOVERN AND I HAVE

9    TO HAVE SOME KIND OF PROTOCOL.  SO EVERYBODY OUGHT TO BE VERY

10   PREPARED TO ARTICULATE WHY IT IS WITHIN THE SCOPE OF THE REPORT AND

11   NOT AN OPINION THAT THE GOVERNMENT, OR YOU, HAS NOT BEEN ABLE TO

12   DEFEND.  AND I KNOW THE GENERAL PRINCIPLE OF SUBSIDENCE AS A RESULT

13   OF THIS AS AN EFFECT.

14          BUT SO WHAT.  IT MAY HAVE BEEN AN INCH.  SO WHAT.  YOU'RE

15   NOT GOING TO TELL ME HOW MUCH IT SUBSIDED, IT'S NOT IN THE REPORT.

16          MR. PALMINTIER:  UNDERSTOOD.

17          MR. STEVENS:  YOUR HONOR, IF I MIGHT, WE CAN REEL THIS

18   IN. THIS WITNESS IS NOT HERE TO QUANTIFY THAT AMOUNT.  HE IS HERE

19   TO TALK ABOUT THE GEOLOGIC PROCESS OF LATERAL DISPLACEMENT AND THE

20   IMPACT OF SUBSIDENCE ON THE ADJACENT AREA TO THE MRGO.

21          THE COURT:  IS THERE ANY WITNESS WHO IS GOING TO

22   QUANTIFY?

23          MR. STEVENS:  YES, YOUR HONOR, DR. BEA WILL BE HERE TO

24   TALK ABOUT THAT.  IN THE MEANTIME --

25          THE COURT:  THAT'S WHY WE'RE HAVING THIS DISCUSSION.

1          MR. STEVENS:  THIS ISSUE WAS RAISED YESTERDAY BY CECIL

2    SOILEAU, THE WITNESS FOR THE CORPS, WHEN WE BROUGHT UP THE CONCEPT

3    OF REGIONAL SUBSIDENCE, AND IT'S IN RESPONSE TO THAT AS WELL.  SO

4    IT'S REBUTTAL THAT WE HAVE TO BE A LITTLE FLUID ABOUT.

5          THE COURT:  I UNDERSTAND, BUT THIS COURT IS NOT GOING TO

6    LET OPINIONS WHIZ AROUND HERE JUST BECAUSE SOME NON-EXPERT SAID

7    SOMETHING.  BECAUSE AS YOU RECALL, ANY OPINION BY MR. SOILEAU IS

8    NOT IN.  HIS FACT TESTIMONY IS, HE IS NOT AN EXPERT.  SO I AM GOING

9    TO IGNORE IT, FOR THE LARGE PART.

10          COUNSEL, I AM -- SINCE QUANTIFICATION IS NOT INVOLVED

11    AND THE GENERAL PRINCIPLE IS DISCUSSED HERE, I AM GOING TO OVERRULE

12    YOUR OBJECTION, BUT PLEASE RE-URGE IT IN THE EVENT ANYTHING ABOUT

13    QUANTIFICATION COMES IN.

14          MS. MILLER:  YES, SIR.

15          THE COURT:  THANK YOU.

16          MR. PALMINTIER:  THANK YOU, YOUR HONOR, I UNDERSTAND.

17          THE COURT:  I THINK WE'VE NOW AT LEAST HASHED IT ENOUGH.

18          MR. PALMINTIER:  THANK YOU, JUDGE.

19          THE COURT:  AND THE REASON I HAD THIS KIND OF LONG DEAL,

20    I WANT YOU TO UNDERSTAND, THESE EXPERT REPORTS HAVE TO MEAN

21    SOMETHING.  AND THEY'RE THOUSANDS OF PAGES LONG AND YOU HAD YEARS

22    TO DO THEM.  ALL RIGHT.  THANK YOU.

23          MR. PALMINTIER:  THANK YOU, JUDGE.

24    BY MR. PALMINTIER:

25    Q.  ALL RIGHT.  USING THIS CARTOON, WOULD YOU --

1          THE COURT:  WHEN YOU SAY CARTOON, YOU MIGHT HAVE A

2     BETTER --

3          MR. PALMINTIER:  ACTUALLY IT'S A TERM OF ART, I THINK,

4     YOUR HONOR.

5          THE COURT:  WELL, TERM OF ART, THAT'S DOUBLE AUTEN SES

6     CERTAINLY.  BUT IT'S NOT MEANT --

7          THE WITNESS:  WE WOULD CALL THIS A CONCEPTUAL DIAGRAM.

8          THE COURT:  I THOUGHT THERE WOULD BE A BETTER

9     DESCRIPTION.

10          MR. PALMINTIER:  YES, YOUR HONOR.

11     BY MR. PALMINTIER:

12     Q.  THE CONCEPTUAL DIAGRAM, WHICH IS ON THE SCREEN NOW AS 96.25,

13     CAN YOU USE IT TO TEACH US ABOUT HOW THE PHENOMENA OF LATERAL

14     DISPLACEMENT OCCURS?

15     A.  YES, I CAN.  WHEN YOU LOAD THE AREA, AS I WAS MENTIONING

16     EARLIER, AS WE LOAD THIS AREA WITH DREDGE SPOIL, WE PRODUCE A

17     WEIGHT OR A FORCE ON THAT SEDIMENT.  AND IF MRGO WERE NOT THERE, IF

18     THIS WAS JUST LATERAL AREA, IT WOULD TEND TO BULGE IN ALL DIFFERENT

19     DIRECTIONS.

20          HOWEVER, BECAUSE WE HAVE EXCAVATED THIS AREA HERE, WE

21     PRODUCED A HOLE, WE'VE TAKEN AWAY THE CONFINING PRESSURE TOWARD

22     MR. MRGO.  AND SO BECAUSE OF THE REDUCTION IN CONFINING PRESSURE

23     HERE, THE MATERIAL WILL TEND TO FLOW TOWARD THAT EVACUATED AREA.

24     AND BY MAINTENANCE DREDGING, WE ALSO REMOVE THE TOE OF THAT SPOIL

25     ONCE IT REACHES A NEW EQUILIBRIUM.

1          THE COURT:  WOULD YOU DESCRIBE, JUST FOR THE RECORD, WHEN

2   YOU SAY THE TOE PRECISELY WHAT YOU MEAN.

3          THE WITNESS:  IN THIS CASE HERE IN THIS CONCEPTUAL

4   DIAGRAM, IT WOULD BE AT THE BASE OF THE SLOPE HERE.

5          THE COURT:  THE TOE IS GENERALLY THE BASE OF THE SLOPE.

6          THE WITNESS:  RIGHT.  AND IF THIS WERE A REAL CHANNEL

7   CONFIGURATION, THIS SHOWS A GREAT DEAL OF VERTICAL EXAGGERATION.

8   THE MRGO WOULD HAVE A CONTINUOUS DEPTH HERE OF 40 FEET.  BUT ALONG

9   THE SIDES IT WOULD SLOPE UP TOWARD THE BANKING HERE, UP TOWARD THE

10  TOP OF THE MARSH.  SO WE WOULD HAVE AN INFLEXION POINT WHERE THIS

11  BECAME FLAT AND THAT'S WHAT I'M CALLING THE TOE OF THE SLOPE.

12         THE COURT:  THANK YOU.

13         THE WITNESS:  AND AS THIS IS CONTINUALLY REMOVED DURING

14  DREDGING AND THEN THAT MATERIAL IS PLACED ON TOP OF THE DREDGE

15  SPOIL, YOU HAVE A DISEQUILIBRIUM AGAIN AND SO THAT MATERIAL WILL

16  TEND TO FLOW INTO THE CHANNEL AND ESTABLISH A NEW EQUILIBRIUM.

17         SO IT'S KIND OF A VICIOUS CYCLE HERE WHERE YOU REMOVE IT,

18  YOU PLACE IT HERE, IT FLOWS OUT TO THE CHANNEL, YOU REMOVE IT AND

19  PLACE IT IN THE DREDGE SPOIL AND THE PROCESS CONTINUES.

20         NOW, I WANT TO POINT OUT ONE OTHER THING HERE, AND THAT

21  IS NOT ONLY DID THIS FLOW LATERALLY HERE, BUT THE SAME PROCESS TO A

22  LESSER EXTENT OCCURS ON THE OPPOSITE SIDE.  AGAIN, BECAUSE YOU

23  REMOVE THE CONFINING PRESSURE AND THAT'S WHY WE HAVE ARROWS ON BOTH

24  SIDES.

25  BY MR. PALMINTIER:

1    Q.  UNDERSTOOD.

2    A.  AND THAT'S WHY I SAID THAT ONE OF THE REASONS CAUSING EROSION

3    OR RETREAT OR WIDENING OF THE MRGO WAS DUE TO THIS SLUMPING

4    PROCESS.

5    Q.  OKAY.  SO IF WE CHOOSE A STARTING POINT IN THIS CIRCLE, THIS

6    VICIOUS CYCLE --

7             THE COURT:  LET ME ASK HIM A QUESTION ON WORD USAGE.

8    SLUMPING, WOULD YOU JUST GIVE A DEFINITION OF SLUMPING.

9             THE WITNESS:  SLUMPING IS THE LATERAL MOVEMENT DOWN SLOPE

10   OR DOWN GRADE OF, IN THIS CASE, CLAYS MATERIAL TOWARD THE BOTTOM OF

11   THE CHANNEL.

12            THE COURT:  AND SLUMPING MAY CAUSE SUBSIDENCE?

13            THE WITNESS:  YES.

14            THE COURT:  GO AHEAD.

15   BY MR. PALMINTIER:

16   Q.  SO TO CONTINUE, IF WE START SOMEWHERE IN THIS CYCLE OF EVENTS

17   THAT YOU'VE DESCRIBED, IF WE START WITH THE IDEA OF DREDGING AND

18   THAT DREDGE MATERIAL IS PLACED, AS YOU SHOW, WHERE THE DREDGE SPOIL

19   IS, CORRECT?

20   A.  YES.

21   Q.  AND THEN IT HAS A DOWN FORCE THAT IS APPLIED TO THE SOFT

22   INTERDISTRIBUTARY LAYER, WHICH THEN EXTRUDES SIDEWARDS AS IT'S

23   SHOWN IN THE DIAGRAM, LATERALLY, AND FILLED THE CHANNEL AGAIN AND

24   THE PROCESS STARTS ALL OVER AGAIN?

25   A.  CORRECT.

```
1    Q.  AND IS THAT WHAT YOU'VE DESCRIBED --

2    A.  YES, I HAVE.

3    Q.  -- AS A VICIOUS CIRCLE OR CYCLE?

4    A.  YES.

5            THE COURT:  EITHER ONE.

6    BY MR. PALMINTIER:

7    Q.  NOW, IN THE CONTEXT OF THAT CYCLICAL MOVEMENT OF SOILS, IS IT

8    FAIR TO SAY THAT THE CORPS OF ENGINEERS CERTAINLY WAS AWARE, AT

9    LEAST OF ONE IMPORTANT COMPONENT IN THAT CYCLE WHICH IS THE

10   DREDGING ITSELF?

11   A.  YES.  AS I MENTIONED EARLIER, THERE IS NO OTHER SEDIMENT SOURCE

12   IN THIS AREA.  NOW, I TALKED ABOUT SALTWATER MOVING INTO WITH THE

13   RISE AND FALL OF THE TIDES, BUT THEY WOULD HAVE CARRIED VERY LITTLE

14   SEDIMENT.  THE BULK OF THE SEDIMENT THEY REMOVED FROM THIS AREA WAS

15   THE CANNIBALIZATION OF THE BANKS THEMSELVES.

16   Q.  LET ME ASK YOU THIS.  DOES EXISTING DATA ALLOW YOU TO EVALUATE

17   OR DEMONSTRATE A CORRELATION BETWEEN THE THICKNESS OF THIS

18   INTERDISTRIBUTARY LAYER AND LEVEE HEIGHTS --

19           MS. MILLER:  OBJECTION.

20           THE WITNESS:  YES.

21           THE COURT:  OKAY.  THERE IS AN OBJECTION.

22           MS. MILLER:  YOUR HONOR, THE SAME OBJECTION I MADE BEFORE

23   AND THE WITNESS IS NOW SPECIFICALLY GETTING INTO MORE DETAIL ON NEW

24   INFORMATION THAT HE TESTIFIED AT HIS DEPOSITION THAT HE WAS WORKING

25   ON AT THAT TIME AND MAYBE SOMETHING THAT HE WOULD PRODUCE A
```

```
 1    SUPPLEMENTAL REPORT ON.  HE DID NOT PRODUCE A SUPPLEMENTAL REPORT
 2    AND WE OBJECT TO THIS AS NEW OPINION TESTIMONY.
 3          MR. PALMINTIER:  YOUR HONOR, WE UNDERSTAND THE
 4    REQUIREMENTS UNDER THE FEDERAL RULES FOR REPORTS, BUT THIS IS
 5    EXISTING DATA THAT IS PUT TOGETHER BY THIS WITNESS, IT'S NOT --
 6          THE COURT:  CAN WE HAVE A BENCH CONFERENCE.
 7          MR. PALMINTIER:  YES, YOUR HONOR.
 8       (WHEREUPON, THE FOLLOWING SIDEBAR CONFERENCE WAS HELD:)
 9          THE COURT:  OKAY.  BEFORE LET ME SET THE STAGE.  I NEED
10    TO KNOW WHAT OPINION YOU ATTEMPT TO ELICIT FROM THIS WITNESS, WHERE
11    WE'RE GOING WITH THIS, WHAT'S THE ULTIMATE OPINION YOU'RE TRYING TO
12    GET?
13          MR. PALMINTIER:  IT'S NOT EXTREME, YOUR HONOR, BUT IT'S A
14    DIAGRAM THAT SHOWS YOU A CORRELATION BETWEEN THE THICKNESS OF THE
15    LAYER AND THE LEVEE HEIGHTS THROUGHOUT THIS AREA OF REACH 2.  AND
16    IT'S A GOOD GRAPHIC DEMONSTRATION OF FACTS THAT ARE ALREADY
17    PERVASIVE IN THE EVIDENCE.
18          THE COURT:  YOU'RE SAYING THE THICKNESS OF THE
19    INTERDISTRIBUTARY LAYER?
20          MR. PALMINTIER:  YES.
21          THE COURT:  YOU LOOK AT A CERTAIN ASPECT OF THE LEVEE, A
22    CERTAIN CROSS-SECTION AND THEN YOU HAVE EVIDENCE ALREADY ABOUT THE
23    HEIGHT OF THE LEVEE IN.
24          MR. PALMINTIER:  IN THE RECORD.
25          THE COURT:  OKAY.  AND IS HE GOING TO GIVE AN OPINION OR
```

1    SIMPLY SAY WHAT THE GRAPHIC MEANS?

2            MR. PALMINTIER:  SHOW YOU WHAT THE NUMBERS ARE, BUT IN A

3    GRAPHIC WAY.

4            THE COURT:  IN OTHER WORDS, HERE IS THE THICKNESS OF THE

5    INTERDISTRIBUTARY LAYER, HERE -- AS OF WHAT TIME?

6            MR. PALMINTIER:  WELL, IT'S ON THE GRAPH ACTUALLY.

7            THE COURT:  BUT WHAT --

8            MR. PALMINTIER:  OVER A PERIOD --

9            MR. STEVENS:  IT'S JUST A GENERAL CORRELATION THAT WHERE

10   THE INTERDISTRIBUTARY LAYER IS THICKEST BASED ON THE GEOLOGY THAT

11   THEY HAVE FROM CORE SAMPLES THAT CAME FROM THE CORPS AND THE

12   PREKATRINA LEVEE HEIGHTS THAT CAME FROM IPET AND THEIR EXPERT

13   STEPHEN FITZGERALD, JUST LAYS ONE ON TOP OF THE OTHER, DO YOU SEE A

14   CORRELATION AND GEOGRAPHICALLY DEPICTS THE CORRELATION.  AND TALKED

15   ABOUT IT IN HIS DEPOSITION IT'S SOMETHING HE WOULD DO AND EVERYBODY

16   HAS THE SAME DATA.

17           THE COURT:  THE GOVERNMENT HASN'T HAD A CHANCE TO SEE

18   THIS THOUGH, THAT'S A PROBLEM.

19           MR. PALMINTIER:  WE'VE ACTUALLY SUBMITTED IT AS AN

20   EXHIBIT.

21           MR. SMITH:  TWO-DAYS AGO.

22           MS. MILLER:  THE EXHIBITS WERE SUBMITTED PER AGREEMENT SO

23   THAT WE WOULD HAVE AN OPPORTUNITY TO LOOK AT THEM AND MAKE AN

24   OBJECTION.

25           THE COURT:  LET'S TALK ONE AT A TIME.  MA'AM, IT WAS YOUR

 1   TURN.  YOU WERE SAYING THE EXHIBITS WERE DISTRIBUTED WHEN?

 2         MS. MILLER:  I BELIEVE WE RECEIVED THOSE ON SUNDAY NIGHT,

 3   I WOULD NEED TO CHECK TO BE CERTAIN, BUT THEY WERE EXCHANGED

 4   SHORTLY IN ADVANCE OF THIS WITNESS BEING CALLED SO THAT WE WOULD

 5   HAVE AN OPPORTUNITY TO REVIEW THEM AND MAKE OBJECTIONS AT TRIAL WAS

 6   OUR UNDERSTANDING OF THE AGREEMENT.

 7         THE COURT:  IS THIS A DEMONSTRATIVE EXHIBIT?

 8         MR. PALMINTIER:  YES, YOUR HONOR.

 9         THE COURT:  IT'S NOT ONE YOU INTEND TO INTRODUCE INTO

10   EVIDENCE THEN.  A DEMONSTRATIVE EXHIBIT IS NOT AN EXHIBIT THAT

11   WOULD BE INTRODUCED INTO EVIDENCE, IT'S NOT BEEN SHOWN.

12         MR. PALMINTIER:  I UNDERSTAND.  I WOULD LIKE TO BE ABLE

13   TO INTRODUCE IT INTO EVIDENCE, IF THE RULING IS AGAINST US --

14         THE COURT:  BECAUSE THEN THE GOVERNMENT CAN HAVE A LOT OF

15   EXHIBITS THEN IF I SET THAT PRECEDENT.  A LOT OF EXHIBITS YOU'VE

16   NEVER SEEN COME INTO EVIDENCE.  AND THAT'S A DANGEROUS PRECEDENT, I

17   CAN'T LET THAT HAPPEN IN THIS TRIAL, CAN'T DO IT.

18         MR. PALMINTIER:  I WOULDN'T ASK YOU TO DO THAT.

19         THE COURT:  WELL, YOU MIGHT ASK ME, YOU ARE ASKING ME BUT

20   I CAN'T LET IT HAPPEN BECAUSE THEN WE HAVE AN ANARCHY AT THE TRIAL.

21   I CAN'T DO THAT.

22         MR. ROY:  PROCEDURALLY, IF IT IS ACTUALLY USED IN THE

23   COURT, COULD IT NOT BE LABELED NEXT TO THE EXHIBIT NUMBER

24   DEMONSTRATIVE ONLY?

25         THE COURT:  IF THEY HAVEN'T SEEN IT, IT'S NOT COMING IN.

1    OR THEY THEN HAVE THOUSANDS OF EXHIBITS THEY CAN CREATE THE NEXT

2    WEEK.  DO YOU UNDERSTAND THAT?

3              MR. PALMINTIER:  I DO, YOUR HONOR.

4              THE COURT:  SO THERE'S A REASON WE HAVE RULES.  IT'S NOT

5    GOING TO COME IN.  YOU CAN USE IT AS A DEMONSTRATIVE EXHIBIT AND

6    THAT'S ABOUT ALL YOU CAN DO.  I AM GOING TO ALLOW IT BECAUSE I AM

7    TRYING TO GET TO THE TRUTH OF THE MATTER HERE, BUT WITHIN SOME

8    CONSTRAINTS.

9              YOU UNDERSTAND THAT WHEN THE DEFENDANT EXPERTS ARE

10   TESTIFYING YOU MAY BE HANGING YOURSELF, HOISTING YOURSELF BY YOUR

11   OWN PETARD.  UNDERSTAND THAT.

12             MR. PALMINTIER:  I UNDERSTAND.

13             THE COURT:  I WILL LET IT IN SUBJECT TO THE OBJECTION AND

14   BE NO CALCULATION -- YOU CAN OBJECT AGAIN IF IT GETS -- I

15   UNDERSTAND HE IS JUST SHOWING GRAPHICALLY SOMETHING, SUBSIDENCE --

16   EXCUSE ME, THE THICKNESS OF THE LAYER CORRELATES TO THE ELEVATION

17   OF THE LEVEE, I UNDERSTAND THAT.

18             IT WOULD HAVE BEEN NICE BUT I AM NOT GOING TO LET THAT

19   COME IN.  I AM GOING TO LET HIM TESTIFY WHAT THIS DEMONSTRATIVE

20   EXHIBIT SAYS.  I DON'T THINK IT'S A GIANT SURPRISE, BUT THE

21   GOVERNMENT'S OBJECTION IS NOTED AND MAY BE A VERY GOOD OBJECTION.

22   I AM TRYING TO GET AS BIG A RECORD AS POSSIBLE THAT'S REASONABLE.

23             GO AHEAD.

24             MS. MILLER:  FOR THE RECORD, MAY I JUST, I WOULD JUST

25   LIKE TO STATE THAT THE EVIDENCE THAT THE PLAINTIFFS' COUNSEL

```
 1    REPRESENTS HAS ALREADY BEEN IN THE RECORD AND THAT THIS

 2    DEMONSTRATIVE EXHIBIT SIMPLY USES EVIDENCE ALREADY IN THE RECORD

 3    THAT MAY BE THE CASE THAT IT WAS EVIDENCE INTRODUCE THROUGH OTHER

 4    EXPERTS BUT THIS EXPERT DID NOT REVIEW IT IN ADVANCE OF HIS EXPERT

 5    REPORT IN HIS DEPOSITION TESTIFIED THAT THAT'S WHAT HE WAS

 6    REVIEWING OR HE WAS LOOKING INTO THIS ISSUE SUBSEQUENT TO PRODUCING

 7    HIS REPORT AND TAKING THE DEPOSITION.

 8              THE COURT:  OBJECTION IS NOTED.  I AM GOING TO ALLOW YOU

 9    TO GO INTO IT TO SOME EXTENT, NOTING THE GOVERNMENT'S OBJECTION.

10              MR. PALMINTIER:  YES, YOUR HONOR, THANK YOU.

11              MR. STEVENS:  CAN I MAKE ONE FINAL COMMENT, YOUR HONOR?

12    IN OUR PROPOSED FINDINGS OF FACTS, I AM NOT RE-ARGUING THAT, BUT

13    JUST FOR THE RECORD, WE HAVE ALSO PROVIDED TO THE GOVERNMENT IN

14    GREAT DETAIL THIS WHOLE DISCUSSION ABOUT THE CORRELATION BETWEEN

15    INTERDISTRIBUTARY THICKNESS AND LEVEE --

16              THE COURT:  I UNDERSTAND.  A DISCUSSION IN A BRIEF IS

17    DIFFERENT THAN AN EXHIBIT.

18              MR. STEVENS:  AND OUR PROPOSED FINDINGS --

19              THE COURT:  A DISCUSSION IN A PROPOSED FINDING IS

20    DIFFERENT THAN AN EXHIBIT.

21              MR. STEVENS:  I UNDERSTAND, I JUST DIDN'T WANT IT TO BE A

22    SURPRISE.

23         (WHEREUPON, THE SIDEBAR CONFERENCE WAS CONCLUDED.)

24         (OPEN COURT.)

25              MR. PALMINTIER:  YOUR HONOR, MAY I APPROACH MY WITNESS
```

```
 1    FOR ONE SECOND AND MAKE SURE THAT WE HAVE THE RIGHT EXHIBIT?

 2             THE COURT:  YOU MAY.

 3             AGAIN, I WANT TO NOTE FOR THE RECORD, TODAY IS

 4    APRIL 21ST, 2009.  HURRICANE KATRINA HIT ON AUGUST 29TH, 2005.

 5    PRIOR TO GOING TO TRIAL WE EXTENDED THE EXPERT DEADLINE SEVERAL

 6    TIMES.  SO, YOU KNOW, I WANT EVERYBODY TO REMEMBER FROM 1961 OR 2

 7    TO 1970 WE HAD AN ACTUAL ROCKET WITH MEN IN IT GO TO THE MOON AND

 8    STAND ON THE MOON.  I THINK THIS ISN'T AS COMPLICATED AS THAT.

 9    OKAY.

10             MR. PALMINTIER:  YOUR HONOR, I KNOW THAT WE'VE HAD

11    EXTENSIVE DISCUSSIONS ABOUT THE ORGANIC NATURE OF THE PROCESS AND

12    THE DYNAMICS OF THE TRIAL PROCESS --

13             THE COURT:  I UNDERSTAND.  I UNDERSTAND.  UNDERSTAND

14    THIS, THERE ARE DEADLINES --

15             MR. PALMINTIER:  YES, YOUR HONOR.

16             THE COURT:  -- THEY HAVE BEEN EXTENDED AND THAT'S

17    SOMETHING -- I AM JUST GOING TO KEEP THAT IN MIND.  THE DEADLINES

18    HAVE BEEN EXTENDED AD INFINITUM AND A CONTINUANCE WAS OFFERED IN

19    THIS CASE.  SO MOVE ON.

20             MR. PALMINTIER:  SO IN LIGHT OF THE COURT'S RULING, WE

21    WOULD SUBMIT, YOUR HONOR, ALTHOUGH IT'S BEEN LABELED AS -- WOULD

22    YOU PUT THE NEXT EXHIBIT UP, PLEASE -- PX 2120, THIS IS NOW OFFERED

23    ONLY FOR DEMONSTRATIVE PURPOSES.

24             THE COURT:  THANK YOU, SIR.

25    BY MR. PALMINTIER:
```

1  Q.  DR. FITZGERALD, COULD YOU TELL YOUR HONOR WHAT THIS GRAPHIC

2  REPRESENTATION MEANS?

3  A.  THIS IS A COMPARISON BETWEEN THE THICKNESS OF THE

4  INTERDISTRIBUTARY BAY DEPOSITS AND THE PREKATRINA LEVEE HEIGHTS.

5  THE PREKATRINA LEVEE HEIGHTS ARE SHOWN HERE IN BLUE, THEY INCREASED

6  ALONG THE Y AXIS HERE, AS I AM POINTING ON THE LEFT-HAND SIDE OF

7  THE GRAPH; AND THE INTERDISTRIBUTARY BAY DEPOSITS ARE SHOWN HERE IN

8  RED AND THEY INCREASE IN THICKNESS AS WE DESCEND ALONG THE Y AXIS

9  ALONG THE RIGHT-HAND SIDE OF THIS GRAPH (INDICATING).

10       SO AS WE GO DOWN HERE THEY GET THICKER, AS WE GO UP HERE

11  WITH THE BLUE THEY GET THINNER -- I MEAN, IT GETS HIGHER IN

12  ELEVATION RATHER (INDICATING).

13       AND JUST AS -- THERE'S A FIRST ORDER CORRELATION HERE, I

14  THINK ANYBODY LOOKING AT THIS GRAPH WOULD SEE IS THAT WHERE THE

15  LEVEE HEIGHTS ARE LOW, SUCH AS THIS REGION RIGHT HERE -- AND I

16  MIGHT JUST POINT OUT FOR SAKE OF LOCATING OURSELVES, THIS IS

17  ESSENTIALLY BAYOU BIENVENUE, THIS IS BAYOU DUPRE AND THIS IS THE

18  END OF THE PROTECTION LEVEE.

19       AND SO WHERE THE AREA IS LOW COINCIDES WITH THE REGION

20  WHERE THE THICKNESS OF THE INTERDISTRIBUTARY BAY DEPOSITS ARE THE

21  THICKEST.  LIKEWISE, WHERE THE LEVEE DEPOSITS -- WHERE THE LEVEE

22  RATHER IS HIGHEST ALSO COINCIDES WITH A REGION WHERE THE

23  INTERDISTRIBUTARY BAY DEPOSITS ARE THE THINNEST.  AND SO THIS IS

24  JUST A FIRST ORDER CORRELATION TO DEMONSTRATE THAT THERE IS A

25  RELATIONSHIP BETWEEN LEVEE HEIGHT AND THICKNESS OF

1    INTERDISTRIBUTARY BAY DEPOSITS PRIOR TO KATRINA.

2    Q.  READING GRAPHS LIKE THIS ARE AN INTEGRAL ASPECT OF THE WORK

3    THAT YOU DO IN YOUR THREE AREAS OF SPECIALIZATION, CORRECT?

4    A.  THEY ARE INDEED.  WE PLOT DATA AND ANALYZE IT.

5    Q.  AND IN LOOKING AT THIS GRAPH, WOULD YOU AGREE THAT THIS IS A

6    VERY ACCURATE, A VERY PRECISE REPRESENTATION OF THE CONCEPT THAT

7    WHERE THE INTERDISTRIBUTARY LAYER IS THICKEST, THE PREKATRINA LEVEE

8    HEIGHT IS LOWEST?

9    A.  CORRECT.

10             THE COURT:  JUST TO REMIND EVERYBODY, YOU CAN MAKE AN

11   OFFER OF PROOF TO THINGS EXCLUDED FROM EVIDENCE MAYBE AFTER THE

12   WITNESS IS COMPLETED.

13             AND THE GOVERNMENT'S OBJECTION IS MADE GENERAL TO ALL OF

14   THIS TESTIMONY.

15             MS. MILLER:  THANK YOU, YOUR HONOR.

16   BY MR. PALMINTIER:

17   Q.  CAN YOU TELL US, PLEASE, DR. FITZGERALD, FIRST, WHERE THE

18   INTERDISTRIBUTARY THICKNESS NUMBERS CAME FROM, THE ONES THAT ARE ON

19   THE GRAPH?

20   A.  THE THICKNESSES CAME FROM THE GEOLOGIC REPORT THAT WAS DONE BY

21   KOLB AND VAN LOPIK IN THAT 1958 GEOLOGICAL REPORT FOR THE ARMY

22   CORPS OF ENGINEERS.

23   Q.  SO THIS WAS DONE FOR THE ARMY CORPS OF ENGINEERS?

24   A.  YES.  AND THE HEIGHT OF THE LEVEE CAME FROM CHAD MORRIS' DATA.

25   Q.  THAT WAS THE DATA THAT WAS MENTIONED YESTERDAY IN MR. MORRIS'

1    TESTIMONY?

2    A.  CORRECT, HIS SLIDE.

3          THE COURT:  SO THERE WAS DATA THAT WOULD ENABLE YOU TO

4    DETERMINE THE THICKNESS OF THE INTERDISTRIBUTARY LAYER ALONG REACH

5    2 OF THE MRGO?

6          THE WITNESS:  YES.  THEY TOOK CORES ALL ALONG THE ENTIRE

7    LENGTH OF MRGO.  EVEN THOUGH WE DIDN'T SHOW EVERY CORE, THERE WERE

8    CORES DONE EVERY 500 FEET ALONG THAT, ALONG THE MRGO TO ENABLE THEM

9    TO CORRELATE FROM ONE CORE TO ANOTHER AND PRODUCE THOSE

10   CROSS-SECTIONS.

11         THE COURT:  AND WHEN WERE THOSE CORES TAKEN?

12         THE WITNESS:  THOSE WERE TAKEN PRIOR TO THE 1958 REPORT.

13         THE COURT:  SO THAT'S OBVIOUSLY THE INTERDISTRIBUTARY

14   LAYERS AS THEY EXISTED PRIOR TO THE DREDGING OF THE CHANNEL?

15         THE WITNESS:  CORRECT.

16   BY MR. PALMINTIER:

17   Q.  NOW, THE EFFECT OF PLACEMENT OF SPOIL ON THE BANK THAT YOU'VE

18   MENTIONED IN YOUR EXHIBIT, YOUR PREVIOUS EXHIBIT, THAT YOU

19   MENTIONED CREATED A LOWERING OF THE SURROUNDING AREA.  WHY IS IT

20   IMPORTANT FOR US TO CONSIDER THAT IMPACT OF LOWERING OF THE

21   SURROUNDING AREA?

22   A.  WELL, THIS SIMPLY SHOWS A CORRESPONDENCE THAT THERE WAS A

23   GREATER SUSCEPTIBILITY OF THIS REGION TO SUBSIDENCE THE THICKER THE

24   SEDIMENTS WERE, SO WE WOULD SUSPECT THAT WHEN WE HAVE A VERY THICK

25   LAYER OF INTERDISTRIBUTARY BASE SEDIMENTS, CLAYS, THESE FAT CLAYS

1    THAT I TALKED ABOUT, THEN THESE WOULD BE MORE SUSCEPTIBLE TO

2    LATERAL DISPLACE UNDER A LOAD SUCH AS A SPOIL BANK OR A LEVEE.

3            AND SO WE WOULD SUSPECT THAT MORE MATERIAL WOULD HAVE

4    FLOWED INTO THE MRGO AREA WHERE THE BASE, INTERDISTRIBUTARY BASE

5    CLAYS WERE THE THICKNESS AND WOULD SUSPECT THAT THE OVERLYING

6    HEIGHT OF THAT ELEVATION, NO MATTER WHAT IT WAS, WOULD SUBSIDE TO A

7    GREATER EXTENT THAN IF THE INTERDISTRIBUTARY BASE WERE THIN.

8    Q.  OR IF THERE WERE NO MRGO CHANNEL PROMOTING THIS LATERAL

9    DISPLACEMENT?

10   A.  CORRECT.

11   Q.  NOW, YOU'VE TESTIFIED THAT THE CORPS DREDGED AS PART OF THAT

12   VICIOUS CYCLE, DREDGED THAT SOFT, FAT CLAYS FROM THE BOTTOM.  CAN

13   YOU PROVE THAT, IS THERE A WAY FOR US TO DEMONSTRATE THAT THE CORPS

14   DID THAT?

15   A.  THERE WERE DREDGING RECORDS.

16   Q.  AND ARE THOSE -- DO YOU HAVE THOSE TO SHOW US TODAY?

17   A.  YES.  THEY'RE ON THE SCREEN RIGHT HERE.

18           MR. PALMINTIER:  NOW, THIS IS THE SYNOPSIS THAT WE TALKED

19   ABOUT EARLIER, YOUR HONOR, AND IT IS INTRODUCED AS PLAINTIFFS'

20   EXHIBIT 0206.

21           THE WITNESS:  RIGHT.

22   BY MR. PALMINTIER:

23   Q.  CAN YOU TELL THE JUDGE WHAT THIS DREDGING SYNOPSIS TELLS US

24   ABOUT THE DEGREE OF DREDGING THAT IMPACTED THE AREA WE'RE CONCERNED

25   WITH NOW?

1    A.  FIRST OF ALL THIS, IS THE DREDGING HISTORY OR SOME THEIR

2    DREDGING HISTORY THAT EXTENDS FROM ESSENTIALLY THE 150 BEND THERE

3    DOWN TO THE MILE 47.  AND OVER THE DREDGING HISTORY OF THIS AREA

4    SINCE THE MRGO WAS CONSTRUCTED, THE MAINTENANCE DREDGING AMOUNTED

5    TO 24 MILLION CUBIC YARDS OF SEDIMENT REMOVED TO THE PRESENT TIME.

6            THE COURT:  THAT'S IN THE 13 OR SO MILES COVERED BY THAT?

7            THE WITNESS:  CORRECT.  NOW, OF THAT TOTAL, 74 -- OR

8    7.4 MILLION WERE DISPOSED OF IN VARIOUS LOCATIONS, SUCH AS THE

9    EASTERN SIDE IN THE LAKE BORGNE AREA TO BUILD MARSHES, BUT SOME OF

10   THAT SEDIMENT WAS PUMPED ELSEWHERE.  NOT ALL OF IT WAS DISTRIBUTED

11   TO THAT AREA.

12           THAT LEAVES US WITH A TOTAL OF ABOUT 17 MILLION CUBIC

13   YARDS OF SEDIMENT THAT WAS PLACED ALONG THE WEST BANK, EITHER TO

14   HEIGHTEN THE LEVEES DUE TO SETTLING OR TO PUT TO THE SIDE OF THE

15   LEVEES.

16           MS. MILLER:  OBJECTION, YOUR HONOR.  AND I WOULD LIKE TO

17   MOVE TO STRIKE THE RESPONSE REGARDING WHAT THE SPOIL WAS USED FOR

18   WITH RESPECT TO THE LEVEES.  THIS WITNESS HAS NOT EVALUATED THE

19   CONSTRUCTION OF THE LEVEES.

20           THE COURT:  ANY RESPONSE?

21           MR. PALMINTIER:  YOUR HONOR, FIRST OF ALL, I DON'T THINK

22   THAT THERE'S ANY SURPRISE IN THIS.  CERTAINLY IT'S COVERED IN HIS

23   REPORT THAT SPOILS WERE PLACED ON THE SIDE.  TO THE EXTENT THAT --

24   WHAT WE'RE TRYING TO DEMONSTRATE IS THE DEGREE OF WEIGHT THAT WAS

25   PLACED ON THE SIDE OF THE CHANNEL, AND I DON'T THINK THAT GOES

```
 1    BEYOND WHAT WAS SAID IN HIS REPORT.  I DON'T THINK --

 2              THE COURT:  SOME WAS PLACED ON THE LEVEE, SOME WAS PLACED

 3    ON THE SIDE OF THE LEVEE.

 4              THE WITNESS:  CORRECT.

 5              THE COURT:  I AM GOING TO OVERRULE THE OBJECTION.

 6              MR. PALMINTIER:  THANK YOU, YOUR HONOR.

 7    BY MR. PALMINTIER:

 8    Q.  SO IF I UNDERSTAND YOU CORRECTLY, THIS 17 MILLION CUBIC YARDS

 9    OF MATERIAL --

10    A.  CORRECT.

11    Q.  -- WAS PLACED ON THE WESTERN SIDE OF THE CHANNEL, CORRECT?

12    A.  SOME OF IT WAS.  THAT 7.4 MILLION SOME OF IT WAS PLACED THERE

13    AS BENEFICIAL USE TO BUILD MARSHES.

14    Q.  I'M TALKING ABOUT THE NEARLY 17 MILLION --

15    A.  17 MILLION WAS PLACED ON THE WEST BANK, CORRECT.

16    Q.  NOW, FROM A GEOMORPHOLOGICAL STANDPOINT, WHAT EFFECT THEN DID

17    THAT LOAD ON THAT WEST BANK HAVE?

18    A.  THAT HAD THE FORCE OF CAUSING LATERAL DISPLACEMENT OF THE

19    INTERDISTRIBUTARY FAT CLAYS INTO THE MRGO.

20    Q.  AND IN TURN WHAT DOES THAT CAUSE?

21    A.  THAT CAUSED THE NECESSITY OF MORE MAINTENANCE DREDGING, THE

22    REMOVAL OF THAT MATERIAL TO KEEP IT IN A NAVIGATION DEPTH AND THE

23    PLACEMENT OF THAT MATERIAL BACK ON THE WEST BANK.

24              MR. PALMINTIER:  PX 0206, YOUR HONOR.

25                   WHAT OTHER EFFECTS OF THE MRGO ARE SIGNIFICANT -- YOUR
```

```
1   HONOR, IF YOU WERE PLANING ON STOPPING WE'RE STARTING A NEW AREA OF

2   CONSIDERATION HERE.

3           THE COURT:  ALL RIGHT.  I THINK WE WILL.  WE'LL COME

4   BACK -- WE'RE NOT MOVING ALONG BECAUSE OF THE INTERRUPTIONS.  IS

5   1:15 ALL RIGHT FOR EVERYBODY?

6           MR. PALMINTIER:  YES, YOUR HONOR.

7           THE COURT:  WE WILL BE BACK AT 1:15 SHARP.

8           THE MARSHAL:  ALL RISE.

9       (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

10

11                      * * * * * *

12

13                  REPORTER'S CERTIFICATE

14

15      I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES
    DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY
16  THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF
    MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN
17  THE ABOVE-ENTITLED AND NUMBERED MATTER.

18

19

20                  KAREN A. IBOS, CCR, RPR, CRR
                    OFFICIAL COURT REPORTER

21

22

23

24

25
```

'

**'08** [1] - 278:12
**'49** [1] - 306:21
**'50S** [1] - 317:7
**'58** [1] - 321:16
**'60S** [1] - 315:20
**'62** [1] - 308:21
**'65** [1] - 319:25
**'68** [1] - 308:19
**'69** [1] - 308:21
**'70S** [3] - 264:13, 265:18
**'74** [1] - 254:18
**'75** [2] - 254:18, 254:19
**'85** [1] - 320:15
**'90S** [1] - 310:17
**'98** [1] - 320:17

# 0

**0206** [3] - 280:16, 371:20, 373:24
**059** [1] - 353:1
**06-CV-2268** [1] - 244:3

# 1

**1** [6] - 255:17, 278:23, 279:18, 280:11, 319:13, 331:10
**1,970** [1] - 323:22
**10** [5] - 263:1, 278:6, 279:15, 331:1, 331:5
**100** [2] - 272:11, 280:13
**1000** [1] - 244:14
**10022** [1] - 245:24
**1006** [2] - 277:13
**1031** [2] - 261:16, 261:17
**109** [1] - 355:24
**11** [2] - 319:13, 323:15
**1100** [1] - 244:23
**11TH** [1] - 277:11
**12** [1] - 331:7
**1205** [1] - 245:19
**1261** [1] - 245:9
**13** [2] - 319:13, 372:6
**1344** [2] - 255:6, 259:3
**1366** [1] - 245:9
**13TH** [1] - 282:7
**147** [2] - 277:16, 279:22
**15** [3] - 278:6, 294:13, 319:13

**150** [2] - 338:11, 372:2
**1529** [1] - 293:11
**17** [4] - 372:12, 373:8, 373:14, 373:15
**1948** [1] - 306:25
**1949** [1] - 305:2
**1950'S** [1] - 304:18
**1957** [1] - 307:1
**1958** [6] - 280:7, 307:5, 319:23, 350:21, 369:21, 370:12
**1959** [1] - 318:7
**1960'S** [4] - 304:20, 308:18, 308:22, 311:1
**1961** [1] - 367:6
**1963** [2] - 279:24, 280:3
**1965** [2] - 280:7, 320:11
**1967** [1] - 280:13
**1970** [1] - 367:7
**1970'S** [1] - 259:11
**1974** [1] - 308:21
**1975** [1] - 250:10
**1975-74** [1] - 254:17
**1976** [2] - 255:11, 320:13
**1978** [1] - 250:10
**1978-1981** [1] - 260:13
**1979** [1] - 263:1
**1983** [1] - 280:13
**1984** [1] - 260:15
**1988** [1] - 280:12
**1989** [1] - 260:15
**1994** [1] - 280:12
**1:15** [2] - 374:5, 374:7

# 2

**2** [19] - 244:9, 278:23, 278:24, 279:17, 279:18, 280:1, 280:11, 321:4, 322:17, 324:16, 339:5, 342:8, 345:21, 362:15, 367:6, 370:5
**2-11** [2] - 326:7
**2.10** [3] - 318:2, 318:3, 319:1
**2.16** [1] - 326:1, 326:5, 326:24
**2.7** [1] - 355:10
**2.9** [2] - 313:9, 313:14
**20-KNOT** [2] - 331:1, 331:5

**2000** [5] - 304:23, 309:18, 309:19, 311:1, 311:3
**2004** [1] - 280:3
**20044** [1] - 246:13
**2005** [5] - 279:24, 288:13, 319:16, 322:25, 367:4
**2007** [1] - 314:9
**2008** [6] - 277:11, 314:9, 314:10, 316:20, 317:8, 318:7
**2009** [3] - 244:4, 248:2, 367:4
**206** [3] - 280:16, 280:20, 280:21
**21** [2] - 244:4, 248:2
**2120** [1] - 367:22
**21ST** [1] - 367:4
**22** [1] - 323:14
**23** [5] - 279:8, 279:10, 279:14, 279:15, 279:17
**24** [1] - 372:5
**24,000** [1] - 356:3
**25** [1] - 350:22
**250/1** [1] - 247:7
**260/8** [1] - 247:10
**2626** [1] - 245:19
**2655** [1] - 245:5
**272,659,068** [1] - 280:8
**272/23** [1] - 247:11
**288/3** [1] - 247:14
**293/16** [1] - 247:15
**29TH** [1] - 367:4

# 3

**3** [6] - 255:12, 255:13, 278:24, 279:13, 279:16
**3-FOOT** [1] - 264:20
**30** [2] - 266:7, 331:10
**30,000** [1] - 299:25
**30,285,356** [1] - 280:3
**300** [1] - 302:6
**3102** [1] - 244:23
**325** [1] - 245:23
**33** [1] - 323:16
**35,634** [1] - 300:3
**36-FOOT** [1] - 264:19
**3668** [1] - 245:2
**39** [1] - 264:21
**3RD** [1] - 282:8

# 4

**4.2** [3] - 305:3, 305:4,

**305:5
**40** [7] - 301:14, 301:23, 307:18, 308:25, 349:19, 350:23, 359:8
**40-FOOT** [1] - 299:6
**455** [2] - 273:22, 274:22
**47** [4] - 279:17, 279:18, 280:2, 372:3
**492,422,925** [1] - 279:24

# 5

**5** [3] - 319:13, 352:9, 353:2
**5,628** [1] - 300:2
**500** [2] - 246:16, 370:8
**504** [1] - 246:17
**519** [1] - 245:12
**550** [1] - 244:13
**556** [1] - 245:2
**57** [1] - 323:7
**57TH** [1] - 245:23
**58** [1] - 323:6
**589-7776** [1] - 246:17
**59** [1] - 323:6

# 6

**6** [1] - 331:6
**6-14** [4] - 343:7, 343:8, 343:11, 344:9
**6-3** [2] - 336:10, 342:11
**6-4** [1] - 336:10
**6.1** [2] - 334:17, 337:14
**6.3** [2] - 342:11
**6.6** [5] - 342:1, 342:4, 343:5, 343:14, 344:9
**60** [3] - 279:18, 279:19, 280:2
**600** [1] - 246:2
**601** [1] - 245:5
**604** [1] - 246:2
**610** [1] - 244:20
**616** [2] - 343:5, 343:6
**618** [1] - 245:16
**650** [1] - 301:23
**66** [2] - 279:7, 279:19

# 7

**7.4** [2] - 372:8, 373:12
**70113** [2] - 244:17, 244:21
**70130** [2] - 246:3,

**246:16
**70130-6004** [1] - 245:6
**702C** [3] - 345:15, 346:21, 355:13
**70381** [1] - 245:20
**70502-3668** [1] - 245:3
**70726** [1] - 245:13
**70801-1910** [1] - 245:16
**70821-1366** [1] - 245:10
**74** [1] - 372:7
**75219** [1] - 244:24
**76** [1] - 279:23
**76-MILE** [1] - 279:12

# 8

**855** [1] - 244:17
**877** [2] - 322:23, 323:1
**888** [2] - 246:12

# 9

**9** [1] - 319:13
**90071-2627** [1] - 244:14
**91** [2] - 270:8, 270:12
**94** [1] - 355:24
**96** [1] - 293:13
**96.1** [6] - 277:20, 279:6, 285:10, 300:21, 303:24, 304:4
**96.17** [4] - 305:11, 306:1, 313:21, 338:4
**96.18** [1] - 313:21
**96.19** [1] - 313:22
**96.22** [2] - 334:11, 337:15
**96.25** [2] - 343:4, 358:12
**96.28** [1] - 319:13
**96.31** [2] - 322:12, 328:1
**96.4** [2] - 313:8, 313:17
**96.5** [2] - 317:23, 319:1

# A

**A** [458] - 245:14, 246:15, 247:9, 250:8, 250:9, 250:14, 250:18, 250:19, 251:7, 251:11, 251:18, 251:20, 252:2, 252:5, 252:6,

252:14, 252:16, 252:18, 253:8, 253:13, 253:17, 254:2, 254:3, 254:4, 254:8, 254:11, 254:14, 254:16, 254:23, 255:11, 255:20, 256:2, 256:3, 256:5, 256:23, 256:25, 257:4, 257:23, 258:1, 258:2, 258:6, 258:8, 258:17, 258:22, 259:23, 260:10, 261:6, 261:13, 262:10, 263:3, 263:16, 264:7, 264:8, 264:10, 264:19, 264:20, 265:1, 265:6, 265:8, 265:17, 265:20, 265:23, 265:25, 266:4, 268:1, 268:9, 268:13, 268:14, 268:15, 268:21, 268:25, 270:10, 271:1, 271:3, 271:6, 271:7, 271:14, 271:15, 271:16, 271:22, 271:24, 272:2, 272:8, 272:11, 273:11, 273:21, 274:17, 274:19, 275:7, 275:11, 275:15, 275:21, 275:24, 276:4, 276:17, 276:23, 276:24, 277:11, 277:13, 277:14, 277:16, 277:22, 277:23, 278:12, 279:21, 280:17, 281:1, 281:5, 281:9, 281:12, 281:13, 281:18, 282:4, 282:22, 283:19, 284:3, 284:4, 284:6, 284:8, 284:10, 284:11, 284:12, 285:10, 286:15, 286:18, 287:13, 288:6, 288:8, 289:6, 289:20, 289:24, 290:6, 290:9, 290:10, 290:18, 291:4, 291:16, 292:12, 293:6, 293:22, 294:21, 294:22, 295:7, 295:11, 295:16, 296:14, 297:18, 298:6, 298:17, 298:20,

299:4, 299:12, 300:2, 300:17, 300:22, 300:23, 300:24, 301:1, 301:4, 301:5, 301:7, 301:8, 301:15, 301:17, 301:21, 301:23, 301:24, 302:5, 302:11, 302:19, 302:23, 303:2, 303:9, 303:10, 304:6, 304:18, 304:25, 305:5, 305:7, 305:14, 306:16, 307:9, 307:14, 307:17, 308:19, 308:20, 308:23, 309:12, 309:22, 310:3, 310:5, 310:12, 310:17, 311:7, 311:14, 311:16, 311:24, 312:1, 312:17, 313:2, 313:3, 314:9, 314:10, 314:14, 314:16, 314:17, 314:19, 314:22, 314:25, 315:1, 315:11, 315:12, 316:17, 316:22, 317:4, 317:5, 317:7, 317:21, 319:2, 319:8, 319:10, 319:13, 321:13, 322:4, 322:8, 323:9, 323:10, 323:16, 323:22, 323:24, 324:3, 324:13, 324:21, 325:25, 326:1, 326:12, 327:2, 327:6, 328:2, 328:8, 328:15, 328:16, 328:22, 328:23, 329:11, 329:16, 329:23, 329:25, 330:8, 330:10, 330:23, 330:24, 331:1, 331:3, 331:4, 331:5, 331:6, 331:7, 331:8, 331:9, 331:12, 331:15, 331:18, 331:23, 332:2, 332:6, 332:17, 332:19, 333:7, 333:10, 333:17, 333:20, 334:7, 334:19, 334:22, 335:1, 335:2, 335:3, 335:4, 335:6, 335:10, 335:17, 335:25, 336:4, 336:5, 336:13, 336:16, 337:3, 337:25, 338:11, 338:12,

338:16, 338:21, 338:25, 339:9, 339:18, 339:22, 339:23, 339:25, 340:14, 340:21, 340:23, 341:4, 341:8, 341:14, 341:24, 343:6, 343:21, 343:24, 345:8, 345:14, 345:15, 345:21, 345:25, 346:4, 346:5, 348:5, 348:14, 348:17, 348:18, 348:22, 349:5, 349:16, 349:20, 350:12, 350:17, 350:18, 350:19, 351:4, 351:23, 352:1, 352:4, 352:12, 353:1, 353:12, 353:16, 354:11, 354:16, 355:10, 355:16, 355:19, 355:24, 356:12, 357:4, 358:1, 358:3, 358:7, 358:8, 358:16, 358:17, 358:21, 358:25, 359:6, 359:7, 359:8, 359:15, 359:16, 359:17, 359:21, 360:5, 360:7, 360:8, 360:21, 361:3, 361:17, 361:25, 362:1, 362:6, 362:13, 362:14, 362:16, 362:21, 363:2, 363:8, 363:9, 363:13, 363:17, 363:18, 363:25, 364:7, 364:10, 364:14, 364:15, 364:16, 365:4, 365:5, 365:20, 365:21, 365:22, 366:16, 366:19, 366:21, 367:18, 368:3, 368:13, 368:22, 368:24, 369:5, 369:6, 370:19, 370:22, 370:24, 371:2, 371:6, 371:13, 372:12, 373:16, 373:22, 374:1, 374:9, 374:15, 374:16, 374:20

**A-A1** [5] - 334:22, 335:1, 335:2, 335:4, 338:11

**A1** [8] - 334:22, 334:23, 335:1, 335:2, 335:4, 335:6, 338:11,

338:17
**ABATE** [1] - 272:3
**ABILITY** [1] - 374:16
**ABLE** [13] - 250:20, 267:21, 302:18, 303:17, 308:10, 333:8, 341:19, 347:17, 349:23, 352:17, 354:19, 356:11, 364:12
**ABOUT** [93] - 256:22, 261:8, 263:2, 265:15, 265:21, 267:17, 268:8, 268:19, 269:10, 269:16, 269:22, 270:11, 270:13, 270:20, 272:8, 275:2, 275:19, 276:3, 278:4, 279:10, 283:20, 285:17, 286:19, 286:23, 287:25, 290:5, 290:18, 290:19, 291:9, 291:19, 293:25, 294:7, 297:24, 298:4, 298:7, 301:10, 307:7, 307:10, 312:9, 312:11, 322:5, 322:6, 323:19, 329:8, 329:9, 331:19, 332:15, 333:1, 333:6, 333:16, 335:2, 335:16, 335:18, 338:2, 339:9, 340:18, 341:5, 343:14, 343:17, 344:19, 345:4, 345:6, 345:10, 346:20, 347:25, 348:2, 348:13, 350:4, 350:7, 350:15, 351:6, 351:8, 352:7, 352:11, 353:13, 355:5, 355:19, 356:24, 357:4, 357:12, 358:13, 361:12, 362:22, 363:15, 365:6, 366:14, 367:11, 371:1, 371:19, 371:24, 372:12, 373:14
**ABOVE** [1] - 374:17
**ABOVE-ENTITLED** [1] - 374:17
**ABSOLUTE** [1] - 316:25
**ABSOLUTELY** [3] - 257:3, 257:7, 266:17
**ABSORB** [1] - 320:23

**ABSORBS** [1] - 296:15
**ACCELERATES** [1] - 332:13
**ACCEPTED** [1] - 296:18
**ACCEPTS** [1] - 292:20
**ACCESS** [1] - 313:14
**ACCOMMODATE** [1] - 299:6
**ACCOMPANYING** [1] - 352:1
**ACCORDANCE** [2] - 281:23, 282:19
**ACCORDING** [1] - 280:12
**ACCURACY** [1] - 285:18
**ACCURATE** [1] - 369:6
**ACCURATELY** [1] - 293:24
**ACHIEVE** [1] - 295:23
**ACKNOWLEDGED** [1] - 263:2
**ACQUIRED** [1] - 272:13
**ACRES** [3] - 299:25, 300:2, 300:3
**ACROSS** [5] - 300:20, 300:22, 307:16, 330:2, 330:21
**ACT** [2] - 275:21, 275:22
**ACTION** [3] - 250:20, 251:19, 287:6
**ACTUAL** [5] - 300:4, 303:11, 305:19, 316:11, 367:7
**ACTUALLY** [15] - 248:16, 250:21, 251:21, 294:22, 305:10, 326:10, 329:15, 333:14, 341:4, 342:18, 350:19, 358:3, 363:6, 363:19, 364:22
**AD** [1] - 367:18
**ADD** [5] - 291:13, 300:1, 300:2, 323:15, 323:21
**ADDED** [1] - 271:11
**ADDING** [1] - 314:25
**ADDITIONAL** [5] - 267:7, 274:18, 280:7, 280:10, 280:13
**ADDRESS** [6] - 264:14, 266:2, 267:8,

267:14, 267:17, 303:17

**ADDRESSED** [6] - 252:6, 266:23, 268:3, 268:4, 269:19, 273:15

**ADDRESSING** [1] - 269:17

**ADJACENT** [9] - 271:25, 298:25, 299:1, 299:8, 310:3, 329:19, 330:9, 332:23, 356:20

**ADJUST** [1] - 305:11

**ADMIT** [1] - 303:11

**ADMITTED** [3] - 285:24, 286:1, 325:13

**ADVANCE** [2] - 364:4, 366:4

**ADVERSE** [9] - 298:10, 298:14, 298:16, 298:18, 300:16, 300:18, 301:19, 309:6, 352:23

**ADVERSELY** [1] - 287:2

**ADVISE** [1] - 269:7

**AERIAL** [5] - 294:14, 312:17, 319:8, 319:13, 338:8

**AERIALS** [3] - 317:13, 319:7

**AFFECT** [2] - 296:21, 344:20

**AFFECTED** [2] - 296:8, 297:3

**AFFIRMATIVE** [1] - 297:13

**AFRAID** [1] - 321:7

**AFTER** [11] - 248:17, 300:9, 304:21, 311:6, 314:19, 315:4, 319:25, 320:11, 342:10, 353:8, 369:11

**AFTERNOON** [1] - 281:13

**AGAIN** [27] - 249:17, 274:1, 275:9, 275:16, 280:15, 290:22, 295:21, 308:18, 311:6, 316:22, 317:21, 318:8, 318:9, 319:1, 321:18, 323:25, 324:20, 327:14, 329:1, 347:22, 353:21, 359:15, 359:22, 360:23, 360:24, 365:14, 367:3

**AGAINST** [1] - 364:13

**AGENCY** [2] - 266:5, 267:1

**AGO** [5] - 266:7, 268:1, 293:22, 328:2, 363:21

**AGREE** [12] - 254:10, 254:13, 255:2, 264:9, 264:12, 266:13, 275:4, 282:21, 282:24, 284:17, 285:20, 369:5

**AGREED** [1] - 282:21

**AGREEMENT** [5] - 282:20, 283:4, 292:19, 363:22, 364:6

**AHEAD** [22] - 251:13, 276:2, 276:6, 278:7, 289:2, 291:14, 292:12, 292:15, 304:13, 307:21, 312:14, 320:10, 336:7, 337:17, 341:21, 342:24, 342:25, 346:17, 347:23, 353:17, 360:14, 365:23

**AIR** [2] - 261:11, 290:6

**AIRPLANE** [1] - 317:17

**AL** [2] - 244:2, 244:5

**ALERT** [1] - 269:1

**ALIGNED** [1] - 263:22

**ALL** [97] - 248:12, 248:18, 253:1, 257:8, 259:4, 260:20, 261:24, 262:6, 264:4, 264:6, 266:13, 272:14, 272:21, 275:4, 276:16, 277:8, 277:9, 277:18, 278:10, 278:11, 278:16, 279:1, 279:7, 279:16, 279:22, 279:23, 280:11, 281:8, 281:15, 285:22, 287:15, 287:22, 288:1, 291:7, 291:12, 295:5, 295:25, 299:10, 300:18, 301:14, 303:10, 305:22, 306:19, 307:19, 308:4, 308:7, 308:13, 310:21, 311:6, 311:10, 311:20, 313:18, 314:7, 316:14, 319:11, 319:22, 321:9, 322:8,

323:1, 323:24, 329:14, 330:14, 330:17, 332:25, 333:4, 335:17, 336:13, 336:22, 337:2, 337:5, 338:7, 338:17, 343:13, 343:14, 345:18, 345:23, 346:20, 346:24, 348:9, 349:20, 351:5, 351:25, 352:8, 357:22, 357:25, 358:18, 360:24, 365:6, 369:13, 370:6, 372:1, 372:10, 372:21, 374:3, 374:5, 374:8

**ALLEGATIONS** [1] - 276:17

**ALLEGED** [1] - 287:23

**ALLOW** [15] - 251:6, 253:19, 256:4, 263:21, 266:10, 267:7, 274:7, 275:24, 278:2, 312:25, 343:19, 355:1, 361:16, 365:6, 366:8

**ALLOWED** [4] - 264:25, 268:18, 293:19, 301:24

**ALLOWS** [1] - 310:18

**ALLUDED** [1] - 268:1

**ALMOST** [1] - 330:8

**ALONG** [45] - 252:24, 254:1, 255:25, 273:5, 277:1, 289:22, 291:15, 294:7, 301:11, 303:23, 307:23, 308:24, 309:1, 309:15, 309:23, 316:17, 320:15, 320:16, 320:17, 320:23, 321:1, 321:6, 322:19, 322:20, 324:12, 324:16, 329:23, 331:13, 331:16, 335:4, 338:10, 338:16, 344:15, 346:12, 359:8, 368:6, 368:8, 368:9, 370:4, 370:6, 370:8, 372:13, 374:4

**ALREADY** [8] - 283:4, 288:22, 298:23, 303:25, 304:5, 304:12,

305:16, 319:6, 326:2, 338:3, 362:16, 362:22, 366:1, 366:2

**ALSO** [53] - 246:1, 249:16, 254:14, 259:15, 260:1, 262:18, 278:25, 279:13, 285:7, 286:12, 287:16, 289:11, 290:25, 291:22, 291:23, 293:2, 294:4, 294:6, 294:22, 294:25, 295:19, 301:17, 303:16, 305:7, 306:14, 307:10, 307:20, 308:25, 309:22, 311:5, 311:10, 311:25, 313:8, 313:16, 317:12, 319:17, 321:11, 322:1, 329:5, 330:1, 331:11, 335:20, 345:6, 346:1, 346:10, 346:15, 348:21, 349:17, 351:9, 352:5, 358:24, 366:13, 368:22

**ALTERNATIVE** [2] - 275:6, 275:14

**ALTHOUGH** [5] - 288:22, 295:15, 313:8, 344:19, 367:21

**AM** [60] - 248:17, 251:9, 253:19, 259:4, 262:19, 263:12, 263:21, 269:3, 269:6, 269:11, 271:12, 271:23, 272:19, 273:15, 274:23, 275:16, 278:4, 281:2, 283:19, 284:2, 285:19, 294:6, 297:5, 301:13, 310:9, 312:11, 312:19, 316:5, 323:19, 325:18, 326:9, 326:13, 327:14, 327:16, 341:24, 343:10, 343:18, 343:19, 345:19, 346:9, 346:14, 352:6, 353:25, 354:17, 357:8, 357:10, 357:11, 365:6, 365:18, 365:19, 365:22, 366:8, 366:12, 367:17, 368:6, 373:5

**AMELIORATE** [2] -

272:3, 276:23

**AMELIORATING** [1] - 273:25

**AMENDMENT** [1] - 273:22

**AMERICA** [1] - 244:5

**AMIN** [1] - 246:6

**AMONG** [1] - 311:25

**AMOUNT** [3] - 316:23, 354:16, 356:18

**AMOUNTED** [1] - 372:4

**AMOUNTS** [1] - 352:5

**AN** [99] - 250:5, 250:22, 251:3, 254:5, 254:9, 254:15, 255:25, 256:18, 258:5, 261:1, 261:19, 265:2, 266:11, 268:8, 270:6, 276:18, 276:21, 277:5, 280:7, 280:13, 281:22, 282:7, 282:9, 287:3, 287:19, 290:3, 290:23, 292:1, 292:2, 292:4, 293:3, 293:18, 294:13, 295:5, 296:18, 296:20, 297:5, 298:18, 301:10, 301:19, 302:7, 303:11, 304:3, 306:11, 307:8, 307:17, 309:1, 309:2, 312:22, 314:14, 316:21, 317:5, 317:15, 317:22, 322:20, 323:19, 325:13, 325:16, 326:20, 328:4, 329:5, 330:1, 331:17, 331:21, 332:21, 333:21, 338:8, 339:9, 339:13, 340:11, 341:22, 342:8, 342:17, 344:2, 345:2, 347:11, 353:8, 354:10, 355:12, 355:21, 356:5, 356:11, 356:13, 356:14, 357:8, 359:10, 361:21, 362:25, 363:19, 363:23, 364:5, 364:10, 364:20, 366:17, 366:20, 367:7, 369:2, 369:10

**ANALYSIS** [21] - 266:11, 269:13,

269:19, 269:25,
270:2, 270:21,
270:24, 272:15,
275:7, 275:12,
275:15, 275:23,
275:24, 276:3,
276:17, 294:14,
295:2, 313:3, 335:18,
341:10
 **ANALYZE** [2] -
290:9, 369:4
 **ANALYZED** [1] -
323:10
 **ANARCHY** [1] -
364:20
 **AND** [668] - 248:10,
248:12, 249:1,
249:10, 249:13,
249:16, 249:18,
250:6, 250:14,
250:16, 250:20,
251:3, 251:6, 251:12,
251:24, 252:6, 253:8,
253:19, 254:7, 254:8,
254:16, 254:17,
254:22, 254:25,
255:17, 255:25,
256:17, 257:1, 257:5,
257:12, 257:15,
258:6, 259:2, 259:9,
259:14, 259:15,
259:16, 259:23,
259:25, 260:3,
260:11, 260:15,
260:25, 261:1, 261:3,
261:17, 261:19,
262:1, 262:4, 262:14,
262:19, 263:1, 263:3,
263:5, 263:7, 263:12,
264:5, 265:14, 266:8,
266:11, 266:18,
266:23, 266:24,
267:5, 267:6, 267:10,
267:16, 267:17,
267:25, 268:7,
268:22, 268:25,
269:20, 270:6,
270:12, 270:18,
270:20, 270:22,
270:24, 271:5, 271:7,
271:8, 271:10,
271:21, 272:6,
272:11, 272:13,
272:14, 272:17,
273:8, 273:17,
273:19, 273:20,
273:24, 274:5,
274:12, 274:19,
274:21, 275:3, 275:9,
275:22, 276:13,
276:16, 277:7,

277:15, 277:21,
278:7, 278:8, 278:11,
278:12, 278:18,
278:21, 278:22,
278:25, 279:2, 279:3,
279:9, 279:11,
279:13, 279:15,
279:18, 279:23,
279:24, 279:25,
280:3, 280:5, 280:6,
280:7, 280:11,
280:12, 280:13,
280:16, 280:18,
281:4, 281:17,
281:20, 282:8,
282:20, 283:3,
283:14, 283:15,
283:21, 283:24,
284:2, 284:11,
284:18, 285:6,
285:25, 286:6,
286:10, 286:12,
286:22, 287:1, 287:2,
287:5, 287:6, 287:7,
287:8, 287:11,
287:22, 287:24,
288:18, 288:24,
289:12, 289:13,
289:14, 289:15,
289:16, 289:20,
289:21, 289:23,
290:6, 290:8, 290:17,
290:18, 290:19,
290:20, 290:22,
291:3, 291:8, 291:10,
291:13, 291:22,
292:2, 292:7, 292:9,
292:12, 292:15,
292:18, 292:23,
293:2, 293:3, 293:4,
293:5, 293:12,
293:13, 293:22,
294:6, 294:13,
294:15, 294:25,
295:1, 295:3, 295:5,
295:13, 295:21,
295:25, 296:8, 296:9,
296:11, 296:14,
296:15, 296:19,
296:22, 296:25,
297:8, 297:9, 297:15,
297:22, 297:24,
298:6, 298:7, 298:25,
299:9, 299:13,
299:19, 299:24,
300:5, 300:12,
300:18, 301:1,
301:11, 301:14,
301:15, 301:16,
301:17, 301:18,
301:25, 302:2, 302:5,

302:11, 302:14,
302:17, 302:18,
302:20, 302:23,
302:24, 302:25,
303:1, 303:4, 303:8,
303:10, 303:12,
303:17, 303:22,
303:24, 304:3, 304:6,
304:7, 304:12,
304:15, 304:23,
305:1, 305:3, 305:4,
305:9, 305:17,
305:18, 306:1, 306:6,
306:10, 306:11,
306:12, 306:14,
306:17, 306:21,
306:22, 306:23,
306:24, 306:25,
307:2, 307:4, 307:6,
307:9, 307:10,
307:11, 307:16,
307:17, 307:23,
308:8, 308:11,
308:13, 308:18,
308:20, 308:21,
308:23, 308:24,
309:3, 309:5, 309:8,
309:19, 309:21,
310:2, 310:6, 310:9,
310:25, 311:1, 311:3,
311:7, 311:12,
311:13, 311:15,
311:17, 311:25,
312:5, 312:16,
312:25, 313:4,
313:13, 313:14,
313:16, 313:19,
313:21, 314:10,
314:20, 314:21,
314:24, 315:11,
315:12, 315:13,
316:15, 316:16,
316:20, 316:21,
316:22, 317:7,
317:12, 317:13,
317:19, 317:21,
318:7, 318:8, 318:9,
318:11, 318:12,
318:14, 318:16,
319:6, 319:9, 319:13,
319:14, 319:16,
319:17, 319:18,
319:23, 320:12,
320:17, 320:20,
321:2, 321:4, 321:10,
321:12, 321:15,
321:17, 321:18,
322:1, 322:2, 322:4,
322:8, 322:12,
322:17, 322:19,
322:21, 323:4,

323:10, 323:13,
323:18, 323:25,
324:1, 324:6, 324:12,
324:13, 324:20,
325:2, 325:13,
325:20, 326:1, 326:2,
327:19, 327:20,
327:25, 328:7,
328:17, 328:25,
329:7, 329:11,
329:20, 329:21,
329:22, 329:25,
330:2, 330:3, 330:7,
330:9, 330:14,
330:22, 331:15,
331:16, 331:17,
331:22, 331:24,
331:25, 332:5, 332:7,
332:10, 332:11,
332:13, 332:15,
332:17, 332:19,
332:20, 332:21,
332:23, 333:2,
333:13, 333:16,
333:17, 333:25,
334:13, 334:21,
335:6, 335:7, 335:20,
336:10, 336:19,
337:15, 337:24,
338:6, 338:7, 338:11,
338:24, 338:25,
339:5, 339:11,
339:13, 339:20,
339:25, 340:2, 340:4,
340:5, 340:9, 340:11,
340:12, 340:13,
340:17, 340:19,
340:22, 340:23,
341:3, 341:18,
341:19, 341:24,
342:19, 343:13,
343:15, 343:23,
344:1, 344:2, 344:3,
344:8, 344:13,
344:16, 344:18,
344:19, 344:23,
345:5, 345:7, 345:9,
345:13, 345:16,
345:19, 345:23,
345:24, 345:25,
346:4, 346:11,
346:24, 347:2,
347:19, 347:20,
348:4, 348:8, 348:12,
348:18, 348:20,
348:25, 349:1, 349:3,
349:4, 349:5, 349:7,
349:16, 350:10,
350:18, 350:19,
350:21, 350:23,
351:17, 351:22,

352:2, 352:4, 352:5,
352:22, 352:25,
353:5, 353:7, 353:14,
353:17, 353:19,
353:20, 353:25,
354:3, 354:4, 354:7,
354:8, 354:12,
354:21, 354:23,
354:24, 355:9,
355:10, 355:11,
355:13, 355:14,
355:16, 356:4, 356:8,
356:10, 356:12,
356:19, 357:3,
357:11, 357:19,
357:21, 358:17,
358:22, 358:24,
359:6, 359:11,
359:13, 359:14,
359:15, 359:16,
359:18, 359:19,
359:20, 359:23,
360:2, 360:12,
360:17, 360:21,
360:23, 361:1,
361:13, 361:18,
361:23, 361:25,
362:2, 362:15,
362:22, 362:25,
363:11, 363:12,
363:14, 363:15,
363:23, 364:5,
364:16, 365:5,
365:13, 365:21,
366:1, 366:7, 366:15,
366:18, 367:1, 367:7,
367:11, 367:16,
367:18, 368:4, 368:7,
368:8, 368:13,
368:15, 368:17,
368:19, 368:23,
368:25, 369:4, 369:5,
369:13, 369:21,
369:24, 370:9,
370:11, 371:3, 371:5,
371:16, 371:19,
372:3, 372:16,
372:25, 373:20,
373:22, 374:16,
374:16, 374:17
 **ANDREW** [3] - 310:7,
310:25, 321:17
 **ANDRY** [14] - 244:19,
244:19, 281:11,
282:5, 282:7, 282:14,
282:18, 282:24,
283:2, 283:7, 283:10,
283:12, 284:22,
284:24
 **ANGELES** [1] -
244:14

**ANGLE** [2] - 331:13, 331:15

**ANNEX** [2] - 314:21, 314:22

**ANOTHER** [13] - 276:15, 283:2, 295:8, 295:19, 298:16, 300:2, 312:15, 329:17, 331:24, 344:25, 354:15, 355:4, 370:9

**ANSWER** [6] - 251:12, 253:20, 271:23, 274:7, 274:24, 276:4

**ANSWERS** [1] - 348:4

**ANY** [47] - 248:21, 250:20, 252:22, 252:25, 253:20, 254:1, 261:6, 267:18, 267:21, 268:2, 268:10, 269:1, 269:4, 269:5, 270:9, 272:19, 274:5, 275:6, 275:14, 276:11, 278:1, 280:6, 280:25, 285:2, 285:9, 289:8, 291:9, 297:3, 309:14, 313:4, 315:14, 318:17, 323:20, 331:11, 341:10, 341:22, 345:19, 348:18, 351:12, 351:14, 354:1, 354:13, 356:21, 357:7, 372:20, 372:22

**ANYBODY** [1] - 368:14

**ANYONE** [2] - 313:10, 346:22

**ANYTHING** [9] - 251:1, 258:7, 264:23, 272:3, 274:2, 327:17, 345:10, 351:15, 357:12

**ANYWAY** [1] - 334:5

**ANYWHERE** [3] - 329:20, 329:22, 331:6

**APART** [1] - 280:6

**APOLOGIZE** [1] - 258:20

**APPARENT** [1] - 323:20

**APPARENTLY** [1] - 312:23

**APPEAL** [1] - 313:10

**APPEALS** [1] - 313:6

**APPEAR** [2] - 313:7, 351:1

**APPEARANCES** [1] - 244:11

**APPEARS** [1] - 347:11

**APPENDED** [1] - 292:24

**APPENDIX** [3] - 320:6, 320:8, 320:9

**APPLICABLE** [1] - 278:19

**APPLIED** [4] - 348:17, 348:19, 348:20, 360:21

**APPLIES** [2] - 248:20, 295:1

**APPLY** [1] - 355:14

**APPRECIATE** [3] - 284:25, 286:20, 337:21

**APPRECIATES** [1] - 285:5

**APPROACH** [2] - 336:6, 366:25

**APPROXIMATE** [1] - 280:13

**APPROXIMATELY** [4] - 299:24, 304:24, 334:23, 336:1

**APPROXIMATION** [1] - 302:7

**APRIL** [4] - 248:2, 282:7, 282:8, 367:4

**APRIL** [1] - 244:4

**ARABIA** [1] - 261:14

**ARBITRARY** [1] - 258:2

**ARE** [79] - 248:7, 248:10, 248:16, 251:10, 252:16, 252:17, 256:18, 268:18, 272:10, 273:20, 276:23, 277:16, 283:15, 284:15, 288:20, 288:21, 291:7, 292:4, 292:15, 293:18, 293:25, 297:23, 298:20, 300:8, 300:25, 301:2, 302:21, 303:11, 305:19, 305:23, 306:5, 306:24, 309:16, 312:2, 314:7, 315:16, 316:22, 317:1, 317:19, 319:12, 324:4, 324:12, 326:2, 329:11, 329:14, 329:20, 330:10, 330:23, 333:24, 335:14, 335:24, 340:6, 343:20, 345:3, 345:5, 346:24, 349:16, 351:14, 352:13, 352:18, 354:18, 356:1, 362:16, 363:2, 364:19, 365:9, 367:14, 368:5, 368:7, 368:15, 368:20, 368:23, 369:2, 369:4, 369:18, 371:16, 373:25

**AREA** [86] - 252:7, 258:17, 280:3, 287:3, 287:5, 291:5, 297:9, 298:18, 298:24, 299:2, 299:5, 299:16, 300:5, 300:13, 300:20, 302:19, 306:25, 309:5, 310:3, 310:15, 310:18, 311:7, 312:7, 312:24, 313:1, 313:3, 313:4, 314:2, 314:17, 316:21, 316:23, 318:19, 318:22, 319:3, 319:19, 320:12, 324:17, 324:18, 324:20, 324:21, 324:22, 327:23, 329:2, 331:1, 331:3, 332:18, 332:19, 333:1, 334:20, 335:15, 338:7, 338:22, 339:3, 339:13, 339:21, 341:4, 344:15, 346:18, 348:20, 348:24, 348:25, 349:5, 349:7, 350:25, 351:20, 351:22, 356:20, 358:15, 358:16, 358:18, 358:20, 358:23, 361:12, 361:14, 362:15, 368:19, 370:19, 370:21, 371:4, 371:24, 372:3, 372:9, 372:11, 374:1

**AREAS** [19] - 286:22, 288:15, 288:20, 291:1, 291:19, 292:10, 292:13, 292:17, 294:25, 296:1, 296:12, 296:16, 305:24, 309:15, 309:16, 314:24, 332:20, 333:7, 369:3

**AREN'T** [2] - 312:19, 316:25

**ARGUING** [1] - 366:12

**ARGUMENT** [2] - 284:9, 345:19

**ARMORED** [1] - 320:23

**ARMORING** [1] - 322:3

**ARMY** [6] - 302:14, 307:3, 314:8, 350:17, 369:21, 369:23

**AROUND** [5] - 255:21, 281:20, 287:3, 338:11, 357:6

**ARPENT** [3] - 301:14, 307:18, 308:25

**ARRANGEMENTS** [1] - 272:17

**ARREST** [1] - 257:5

**ARROWS** [3] - 322:18, 322:19, 359:23

**ART** [2] - 358:3, 358:5

**ARTICULATE** [1] - 356:10

**ARTICULATED** [2] - 341:15, 346:5

**ARTIFACT** [1] - 316:9

**ARTIFICIALLY** [1] - 309:16

**AS** [169] - 249:14, 250:14, 251:3, 251:18, 252:2, 252:5, 253:24, 254:4, 254:7, 254:9, 254:16, 255:11, 255:24, 256:6, 258:16, 259:1, 259:16, 259:23, 261:1, 261:6, 262:1, 262:18, 263:16, 264:24, 265:17, 265:20, 266:7, 266:20, 267:1, 267:2, 267:12, 267:16, 267:25, 268:14, 268:15, 268:24, 268:25, 269:3, 269:22, 269:25, 270:1, 271:1, 271:3, 271:6, 271:10, 271:24, 272:2, 272:24, 274:10, 276:17, 276:21, 276:25, 277:16, 277:20, 278:8, 279:5, 279:13, 280:2, 280:15, 281:12, 281:22, 283:1, 283:3, 285:12, 286:6, 286:11, 286:24, 288:8, 288:11, 288:12, 288:13, 288:24, 289:9, 289:22, 291:9, 292:9, 292:20, 292:23, 293:18, 293:21, 294:3, 294:7, 294:16, 296:2, 296:18, 299:4, 301:13, 301:14, 303:11, 303:12, 303:23, 305:8, 306:16, 307:2, 307:14, 311:14, 312:1, 312:6, 313:11, 314:22, 314:24, 317:3, 317:5, 319:2, 321:12, 323:24, 324:2, 324:17, 325:11, 325:13, 326:4, 326:20, 326:24, 329:17, 332:6, 332:12, 335:17, 337:19, 343:4, 343:11, 344:20, 345:22, 346:22, 348:18, 348:23, 350:11, 350:23, 352:11, 354:16, 356:12, 356:13, 357:3, 357:7, 358:12, 358:15, 358:16, 359:13, 360:18, 360:22, 361:3, 361:11, 362:2, 363:5, 363:19, 365:5, 365:22, 367:8, 367:21, 368:6, 368:8, 368:10, 368:13, 368:15, 370:14, 371:2, 371:11, 371:19, 372:8, 373:13

**ASCERTAIN** [1] - 273:9

**ASCERTAINS** [1] - 271:25

**ASHLEY** [1] - 246:2

**ASK** [24] - 250:6, 251:5, 252:21, 253:11, 262:15, 271:21, 273:12, 277:22, 284:5, 284:19, 288:10, 292:5, 294:6, 315:2, 344:14, 349:20, 351:17, 355:18, 356:2, 360:7, 361:16, 364:18, 364:19

**ASKED** [14] - 250:18, 250:19, 251:2, 256:24, 262:14, 265:20, 281:24, 284:9, 288:10, 289:22, 293:20, 348:8

**ASKING** [7] - 250:25, 251:8, 251:19, 252:16, 262:13, 273:15, 364:19

**ASKS** [1] - 271:22

**ASPECT** [10] - 287:19, 298:6, 309:3, 312:4, 312:15, 329:5, 342:17, 345:2, 362:21, 369:2

**ASPECTS** [1] - 287:17

**ASSESS** [1] - 278:8

**ASSESSMENT** [1] - 294:17

**ASSIGNED** [1] - 305:16

**ASSIST** [2] - 288:16, 305:23

**ASSISTANCE** [2] - 267:10, 326:3

**ASSOCIATED** [3] - 255:20, 264:5, 352:12

**ASSOCIATES** [2] - 244:12, 245:7

**ASSUME** [7] - 251:8, 252:14, 267:12, 268:19, 274:20, 275:11, 355:12

**ASSUMING** [1] - 285:20

**ASSURING** [1] - 267:1

**AT** [134] - 248:16, 248:17, 248:19, 255:8, 255:12, 257:8, 258:16, 260:18, 260:23, 262:6, 263:5, 264:3, 265:23, 265:24, 267:4, 267:10, 267:13, 267:14, 267:19, 267:23, 269:13, 269:15, 269:16, 269:21, 269:22, 269:25, 270:8, 270:12, 270:14, 270:22, 270:25, 271:8, 271:11, 272:16, 273:8, 273:19, 274:12, 274:14, 274:19, 275:3, 275:13, 279:10, 279:11,

281:11, 282:10, 282:15, 283:21, 284:19, 284:22, 288:6, 288:11, 295:3, 297:14, 297:17, 298:9, 299:22, 301:3, 301:10, 302:4, 302:6, 305:10, 305:18, 308:10, 312:5, 312:15, 313:1, 313:2, 315:3, 315:16, 315:17, 319:20, 320:13, 321:1, 321:11, 321:24, 322:9, 323:13, 323:25, 325:16, 325:21, 326:5, 326:17, 327:3, 327:6, 327:7, 327:13, 327:16, 327:24, 328:2, 331:12, 331:25, 334:14, 334:16, 334:22, 335:14, 336:20, 338:7, 338:9, 338:12, 338:14, 339:3, 339:25, 342:4, 343:5, 343:11, 343:24, 344:9, 344:10, 346:5, 350:18, 350:22, 352:5, 353:1, 353:8, 353:21, 357:17, 359:4, 361:8, 361:24, 361:25, 362:21, 363:23, 363:25, 364:5, 364:20, 368:14, 369:5, 374:7

**ATTACHED** [3] - 262:5, 262:18, 280:17

**ATTACHMENTS** [1] - 258:12

**ATTEMPT** [1] - 362:10

**ATTENTION** [3] - 266:19, 312:3, 351:12

**ATTENUATED** [1] - 253:21

**ATTEST** [1] - 282:21

**ATTORNEY** [3] - 250:5, 278:1, 281:2

**ATTORNEYS** [1] - 333:21

**AUGUST** [2] - 288:13, 367:4

**AUTEN** [1] - 358:5

**AUTHOR** [2] - 295:8, 295:19

**AUTHORITIES** [7] - 253:12, 266:9, 267:6, 267:7, 268:18,

272:18, 274:18

**AUTHORIZATION** [1] - 264:24

**AUTHORIZED** [6] - 264:19, 271:1, 271:3, 271:6, 323:21, 323:23

**AUTHORS** [1] - 295:4

**AVAILABLE** [1] - 283:13

**AVENUE** [2] - 244:23, 245:12

**AVERAGE** [7] - 322:23, 323:1, 323:2, 323:14, 323:15, 323:21, 323:22

**AWARE** [13] - 269:3, 269:6, 271:12, 271:13, 273:4, 273:24, 275:19, 313:7, 349:21, 349:23, 351:14, 361:8

**AWAY** [2] - 338:21, 358:21

**AXIS** [2] - 368:6, 368:8

## B

**B** [1] - 244:19

**BACK** [21] - 249:22, 255:17, 263:13, 263:14, 268:22, 271:8, 277:11, 284:3, 301:10, 311:10, 312:25, 314:8, 322:11, 325:3, 329:1, 330:5, 349:3, 350:9, 373:23, 374:4, 374:7

**BACKGROUND** [1] - 325:22

**BAD** [1] - 283:16

**BAEZA** [1] - 246:5

**BANK** [29] - 252:3, 252:6, 252:23, 255:19, 266:3, 268:7, 269:2, 269:8, 272:25, 273:5, 273:24, 275:6, 322:19, 322:21, 322:23, 323:14, 323:15, 325:11, 329:25, 330:9, 330:11, 346:11, 351:4, 370:17, 371:2, 372:13, 373:15, 373:17, 373:23

**BANKING** [1] - 359:9

**BANKS** [6] - 264:14, 332:21, 332:23, 340:24, 345:11, 361:15

**BAR** [4] - 278:24, 279:14, 279:15, 281:13

**BARON** [1] - 244:22

**BARONNE** [2] - 244:17, 244:20

**BARRIER** [3] - 263:3, 269:13, 301:18

**BARRIERS** [1] - 291:22

**BASE** [8] - 307:2, 359:4, 359:5, 370:25, 371:4, 371:7

**BASEBALL** [3] - 348:22, 348:23, 350:10

**BASED** [3] - 282:3, 290:4, 363:10

**BASES** [1] - 261:11

**BASICALLY** [3] - 260:21, 263:2, 281:20

**BASIN** [1] - 300:24

**BASIS** [5] - 287:3, 300:17, 331:18, 351:7, 352:21

**BATHYMETRY** [1] - 331:14

**BATON** [2] - 245:10, 245:16

**BATON** [1] - 286:5

**BATTLE** [1] - 347:18

**BAY** [7] - 338:25, 339:17, 368:4, 368:7, 368:20, 368:23, 369:1

**BAYOU** [17] - 301:7, 302:25, 307:23, 309:1, 309:15, 311:5, 316:16, 318:9, 319:17, 319:18, 321:18, 321:19, 322:16, 339:6, 368:17

**BAYS** [2] - 314:21, 316:22

**BE** [135] - 248:5, 248:24, 249:15, 250:20, 251:1, 252:6, 252:17, 253:10, 254:24, 256:11, 256:16, 256:17, 256:24, 257:6, 257:10, 258:1, 258:15, 258:22, 259:8, 259:15, 264:7, 265:8, 266:6, 266:9, 266:18, 267:7, 267:17, 268:16, 270:19, 270:25, 271:11, 274:17, 275:2, 275:22, 277:23, 278:7,

278:10, 279:4, 279:9, 280:18, 283:8, 284:3, 284:18, 285:7, 285:15, 285:17, 285:24, 286:21, 289:6, 289:20, 291:10, 291:19, 293:8, 294:3, 294:11, 297:3, 300:9, 303:17, 303:23, 304:17, 304:20, 307:7, 307:10, 308:10, 313:7, 313:11, 315:17, 315:19, 315:22, 319:12, 319:19, 323:25, 324:2, 324:6, 325:3, 325:13, 327:15, 328:19, 328:24, 329:1, 329:2, 329:3, 331:24, 332:20, 333:8, 334:1, 335:25, 336:19, 337:1, 337:6, 337:24, 338:10, 338:12, 339:13, 341:19, 343:5, 343:18, 345:13, 345:25, 346:10, 347:11, 347:17, 348:6, 349:7, 352:17, 353:15, 353:16, 354:5, 354:10, 354:19, 355:2, 355:5, 355:17, 355:24, 356:9, 356:23, 357:4, 358:8, 359:4, 364:3, 364:11, 364:12, 364:23, 365:10, 365:14, 365:21, 366:3, 366:21, 371:1, 374:7

**BEA** [4] - 256:16, 256:19, 347:13, 356:23

**BEACH** [2] - 289:6, 331:13

**BEAR** [2] - 328:8, 336:4

**BECAME** [1] - 359:11

**BECAUSE** [49] - 248:21, 254:10, 257:24, 269:12, 269:18, 270:14, 271:21, 274:13, 281:25, 282:1, 285:15, 288:23, 290:9, 296:7, 297:23, 298:14, 303:15, 306:15, 307:24,

320:18, 325:25, 327:14, 328:10, 328:15, 329:3, 331:2, 333:14, 334:13, 337:19, 339:4, 339:15, 345:11, 345:14, 347:2, 351:21, 353:7, 354:10, 355:9, 355:11, 356:5, 357:6, 357:7, 358:20, 358:22, 359:22, 364:14, 364:20, 365:6, 374:4

**BECOME** [3] - 310:19, 311:7, 340:9

**BECOMES** [2] - 330:7, 345:23

**BECOMING** [1] - 265:24

**BEDS** [1] - 300:13

**BEEN** [52] - 251:24, 259:4, 263:7, 266:25, 267:21, 268:4, 269:14, 270:1, 270:4, 273:17, 283:23, 288:8, 293:18, 294:20, 296:1, 296:7, 296:18, 302:11, 303:25, 304:2, 304:5, 304:12, 305:16, 308:23, 309:1, 309:2, 309:5, 312:5, 316:17, 318:14, 319:25, 320:11, 320:19, 320:23, 322:5, 324:17, 325:20, 329:8, 332:17, 333:10, 340:18, 346:5, 351:5, 351:23, 356:11, 356:14, 364:11, 365:18, 366:1, 367:16, 367:18, 367:21

**BEFORE** [21] - 244:8, 259:10, 260:10, 262:7, 271:21, 277:22, 280:24, 293:17, 303:9, 310:8, 316:11, 317:3, 319:24, 326:18, 336:19, 336:20, 342:8, 348:4, 350:12, 361:22, 362:9

**BEGAN** [3] - 270:9, 302:17, 310:17

**BEGIN** [3] - 295:25, 296:2, 304:4

**BEGINNING** [2] - 258:17, 320:13

**BEGINS** [1] - 332:9

**BEHALF** [1] - 259:20

**BEHAVE** [1] - 348:18

**BEHIND** [1] - 313:21

**BEING** [23] - 248:16, 254:4, 254:5, 263:6, 267:20, 269:19, 270:10, 279:15, 287:13, 287:19, 300:19, 305:15, 305:23, 314:17, 325:10, 326:19, 339:25, 348:19, 349:22, 351:18, 364:4

**BELIEVE** [12] - 261:14, 266:7, 266:25, 270:22, 293:3, 293:5, 318:19, 322:13, 328:3, 355:20, 355:21, 364:2

**BELOW** [1] - 322:19

**BENCH** [2] - 348:5, 362:6

**BEND** [3] - 331:14, 338:11, 372:2

**BENEFICIAL** [1] - 373:13

**BENEFIT** [7] - 275:7, 275:12, 275:15, 275:23, 276:3, 276:16, 310:23

**BENJAMIN** [1] - 246:13

**BERM** [1] - 321:5

**BERNARD** [3] - 266:15, 267:16, 301:9

**BEST** [7] - 295:24, 301:13, 303:20, 317:3, 336:19, 348:6, 374:16

**BETTER** [7] - 257:14, 258:1, 261:23, 303:23, 353:16, 358:2, 358:8

**BETWEEN** [27] - 253:8, 266:25, 268:13, 280:3, 280:7, 280:12, 302:20, 303:3, 311:1, 315:13, 318:7, 318:10, 318:13, 321:2, 322:16, 330:25, 330:19, 339:12, 340:3, 340:4, 352:10, 354:12, 361:17, 362:14, 366:14, 368:3, 368:25

**BEYOND** [5] - 274:2, 341:12, 345:10, 355:1, 373:1

**BID** [1] - 261:13

**BIENVENU** [1] - 316:16

**BIENVENUE** [5] - 319:17, 321:18, 322:16, 339:6, 368:17

**BIG** [1] - 365:22

**BIOLOGICAL** [1] - 306:11

**BIOTA** [1] - 300:13

**BIRD** [1] - 317:7

**BIT** [7] - 289:24, 310:12, 335:3, 339:18, 343:24, 346:6, 352:4

**BITE** [1] - 284:4

**BLOW** [1] - 352:6

**BLOWING** [2] - 302:22, 331:5

**BLOWS** [2] - 330:21, 330:23

**BLOWUP** [1] - 325:25

**BLOWUPS** [1] - 305:19

**BLUE** [8] - 279:9, 299:4, 299:5, 299:9, 299:19, 322:19, 368:5, 368:11

**BLVD** [1] - 245:19

**BOARD** [9] - 253:5, 266:5, 266:15, 266:16, 267:1, 267:15, 271:9, 274:11

**BOAT** [3] - 329:14, 329:16, 330:10

**BOATS** [1] - 329:15

**BODIES** [1] - 256:5

**BODY** [3] - 264:9, 290:4, 348:17

**BORGNE** [6] - 264:7, 307:16, 309:24, 309:25, 318:14, 372:9

**BOSTON** [1] - 288:6

**BOTH** [10] - 265:13, 266:8, 267:9, 273:24, 284:12, 299:24, 329:19, 334:25, 343:19, 359:23

**BOTTOM** [10] - 255:8, 276:22, 305:10, 314:9, 315:17, 331:14, 339:25, 350:23, 360:10, 371:12

**BOULDERS** [1] - 320:23

**BOUNDARIES** [1] - 264:22

**BOUSCHING** [1] -

339:11

**BOX** [4] - 245:2, 245:9, 245:19, 246:12

**BRACKISH** [4] - 296:9, 307:8, 309:22, 311:7

**BRANCH** [1] - 246:5

**BREACH** [3] - 324:18, 324:21

**BREACHES** [9] - 324:3, 324:4, 324:11, 324:16, 325:6, 328:10, 328:11, 333:2

**BREAK** [5] - 329:22, 329:23, 331:10, 336:16, 337:19

**BREAKING** [1] - 330:25

**BRENDAN** [1] - 245:23

**BRETON** [6] - 279:10, 299:4, 300:5, 300:13, 303:4, 335:6

**BREVITY** [1] - 281:24

**BRIDGE** [3] - 318:13, 318:24, 319:18

**BRIEF** [3] - 281:1, 286:18, 366:16

**BRIEFING** [2] - 276:15, 276:25

**BRING** [1] - 257:15

**BRINGING** [1] - 301:18

**BRINGS** [1] - 304:23

**BRITSCH** [1] - 307:4

**BROUGHT** [2] - 266:19, 357:2

**BROWN** [4] - 307:11, 338:24, 339:7, 340:18

**BRUNO** [2] - 244:16, 244:16

**BUDD** [1] - 244:22

**BUDGET** [1] - 251:25

**BUDGETARY** [2] - 268:9, 268:20

**BUDGETING** [1] - 252:1

**BUDGETS** [1] - 268:11

**BUFFER** [3] - 254:8, 254:11, 254:14

**BUILD** [3] - 316:10, 372:9, 373:13

**BUILDS** [1] - 330:22

**BUILT** [1] - 306:2

**BULGE** [1] - 358:18

**BULK** [1] - 361:14

**BUREAUCRATIC** [1] - 275:20

**BUT** [97] - 248:13, 257:5, 259:19, 260:10, 262:7, 265:8, 267:12, 267:15, 271:12, 272:1, 273:18, 274:21, 276:1, 276:8, 277:16, 279:5, 283:12, 285:16, 285:18, 286:24, 287:8, 289:11, 290:4, 291:5, 292:4, 294:4, 294:20, 294:22, 295:7, 295:16, 295:19, 297:4, 297:5, 298:2, 298:14, 298:16, 298:23, 300:9, 302:23, 303:11, 305:8, 310:2, 310:25, 312:2, 315:22, 325:5, 325:15, 325:18, 326:10, 331:5, 331:24, 332:9, 333:6, 333:25, 334:22, 334:25, 337:22, 338:6, 339:21, 341:21, 342:19, 343:4, 343:17, 344:1, 345:4, 345:5, 346:14, 349:17, 351:2, 352:6, 352:14, 353:15, 353:21, 353:22, 354:19, 354:24, 355:10, 355:18, 356:14, 357:5, 357:12, 358:6, 359:8, 359:21, 361:13, 362:4, 362:13, 363:2, 363:7, 364:3, 364:19, 365:7, 365:18, 365:20, 366:4, 366:12, 372:9

**BY** [7] - 246:18, 246:19, 247:7, 247:10, 247:11, 247:14, 247:15

**BY** [146] - 244:13, 244:16, 244:19, 244:23, 245:1, 245:5, 245:8, 245:12, 245:15, 245:18, 245:22, 246:1, 246:5, 248:9, 250:1, 250:19, 251:14, 252:20, 253:23, 254:24, 255:7, 255:11, 260:8, 262:3, 263:7, 263:8, 263:15, 264:1, 266:1, 266:19, 269:1, 269:19, 271:1, 271:9, 272:23, 273:10,

273:14, 274:8, 275:5, 275:22, 276:15, 282:20, 287:4, 288:3, 289:3, 289:8, 289:11, 290:2, 290:13, 290:18, 290:20, 293:16, 294:9, 294:22, 295:18, 296:22, 298:1, 299:9, 299:15, 302:9, 303:13, 304:14, 305:22, 305:25, 306:11, 307:3, 308:5, 308:14, 310:4, 310:6, 310:22, 311:23, 313:25, 314:2, 314:20, 314:22, 314:25, 315:9, 316:24, 317:11, 318:14, 318:18, 319:21, 320:20, 320:23, 321:20, 323:8, 324:9, 324:12, 325:4, 326:16, 327:18, 331:24, 332:4, 332:15, 334:10, 334:22, 335:5, 335:13, 337:13, 338:5, 338:18, 339:11, 339:21, 340:6, 340:16, 340:22, 342:16, 343:18, 345:22, 347:18, 347:24, 348:10, 349:10, 349:18, 350:3, 350:10, 350:18, 351:18, 351:24, 352:12, 353:4, 353:9, 354:21, 355:13, 355:14, 357:1, 357:7, 357:24, 358:11, 358:24, 359:25, 360:15, 361:6, 362:5, 365:10, 367:25, 369:16, 369:20, 370:16, 371:22, 372:6, 373:7

**C**

**C** [8] - 245:5, 245:8, 245:12, 245:14, 245:15, 245:18, 245:18, 248:1
**CA** [1] - 244:14
**CAERNARVON** [2] - 310:15, 310:16
**CALCULATION** [2] - 354:11, 365:14
**CALCULATIONS** [1]

- 297:6
**CALL** [15] - 248:8, 249:7, 253:6, 257:16, 258:24, 276:20, 277:20, 280:2, 283:12, 283:14, 286:6, 299:17, 302:4, 339:22, 358:7
**CALLED** [8] - 267:20, 281:22, 282:10, 282:14, 298:24, 301:5, 340:25, 364:4
**CALLING** [3] - 308:22, 324:21, 359:11
**CALLS** [2] - 273:6, 274:3
**CALVIN** [2] - 245:12, 257:20
**CAME** [13] - 273:3, 280:11, 282:8, 284:8, 294:6, 302:14, 308:11, 350:20, 363:11, 363:12, 369:18, 369:20, 369:24
**CAN** [134] - 248:8, 248:16, 249:22, 250:9, 251:5, 251:6, 251:10, 251:11, 252:22, 255:5, 256:14, 256:18, 258:21, 258:22, 261:17, 261:21, 261:22, 262:1, 263:13, 265:21, 267:13, 267:18, 269:9, 273:8, 273:9, 273:12, 274:4, 274:10, 274:20, 275:3, 275:4, 275:9, 275:23, 281:12, 281:13, 281:14, 284:19, 284:20, 284:21, 284:22, 287:16, 288:21, 289:13, 291:15, 291:16, 295:15, 296:25, 297:4, 297:15, 297:18, 300:2, 300:20, 301:13, 301:14, 303:5, 303:8, 303:11, 304:3, 305:11, 307:13, 308:23, 309:13, 309:21, 309:22, 310:8, 310:25, 311:3, 311:5, 311:6, 311:7, 311:10,

312:16, 313:11, 314:20, 316:17, 316:21, 317:4, 318:9, 318:12, 318:15, 319:25, 321:11, 321:17, 321:24, 322:7, 322:8, 322:11, 329:2, 329:3, 329:8, 329:21, 331:2, 331:11, 331:12, 333:16, 333:17, 335:15, 336:14, 337:19, 338:6, 338:8, 339:13, 340:13, 340:20, 342:24, 342:25, 347:6, 347:18, 347:19, 351:17, 353:15, 353:23, 354:4, 356:17, 358:13, 358:15, 362:6, 364:14, 365:1, 365:5, 365:6, 365:14, 366:11, 369:10, 369:17, 371:12, 371:23
**CAN'T** [10] - 267:23, 269:9, 269:24, 270:20, 352:6, 364:17, 364:20, 364:21
**CANAL** [9] - 250:16, 255:22, 271:6, 271:9, 301:15, 307:18, 308:25, 313:14, 315:1
**CANALS** [1] - 316:22
**CANNIBALIZATION** [2] - 332:19, 361:15
**CANNOT** [1] - 276:22
**CANYON** [1] - 340:14
**CAPABILITY** [2] - 264:14, 264:16
**CAPABLE** [1] - 330:3
**CAPACITY** [1] - 342:22
**CARE** [1] - 337:11
**CAREER** [2] - 308:14, 327:20
**CARONDELET** [1] - 246:2
**CARRIED** [2] - 340:6, 361:13
**CARRIES** [1] - 339:15
**CARRY** [1] - 339:11
**CARRYING** [1] - 339:12
**CARTOON** [4] - 351:7, 352:17,

357:25, 358:1
**CASE** [21] - 248:17, 251:5, 274:6, 275:2, 284:6, 287:19, 290:8, 296:7, 298:17, 302:25, 313:13, 314:15, 343:18, 348:15, 348:24, 353:25, 356:5, 359:3, 360:10, 366:3, 367:19
**CASES** [2] - 265:5, 293:17, 330:3
**CATCH** [1] - 318:6
**CATEGORY** [2] - 267:25, 331:19
**CAUSATION** [1] - 345:17
**CAUSE** [11] - 291:8, 329:24, 330:20, 332:23, 345:24, 353:23, 353:24, 354:9, 360:12, 373:20
**CAUSED** [2] - 279:4, 298:17, 298:19, 312:4, 332:4, 345:13, 354:1, 355:14, 373:21
**CAUSES** [3] - 291:10, 331:19, 332:21
**CAUSING** [4] - 329:12, 344:7, 360:2, 373:18
**CCR** [3] - 246:15, 374:15, 374:20
**CECIL** [1] - 357:1
**CENTER** [2] - 349:11, 349:14
**CENTRAL** [3] - 296:8, 301:25, 307:16
**CERTAIN** [12] - 251:19, 267:2, 268:17, 268:22, 286:25, 287:16, 288:11, 330:23, 330:24, 362:21, 362:22, 364:3
**CERTAINLY** [39] - 252:19, 253:20, 257:16, 264:3, 264:5, 264:13, 264:16, 265:7, 265:23, 266:23, 267:15, 268:2, 268:3, 268:10, 268:21, 269:3, 269:9, 269:17, 270:1, 270:23, 271:16, 271:17, 276:1, 276:4, 276:7, 285:19, 296:25, 297:15, 300:18, 336:14,

345:9, 347:6, 347:19, 354:6, 354:23, 358:6, 361:8, 372:22
**CERTIFICATE** [1] - 374:13
**CERTIFY** [1] - 374:15
**CETERA** [1] - 264:7
**CHAD** [3] - 318:20, 324:11, 369:24
**CHAIN** [3] - 252:9, 252:21, 252:22
**CHANCE** [3] - 250:8, 260:11, 363:17
**CHANDELEUR** [2] - 291:20, 307:15
**CHANGE** [15] - 263:13, 296:7, 298:4, 298:6, 298:9, 298:11, 298:15, 300:14, 300:16, 300:18, 309:6, 312:5, 321:12
**CHANGED** [1] - 311:2
**CHANGES** [15] - 296:4, 296:6, 298:14, 298:17, 298:19, 299:13, 312:1, 317:5, 319:2, 319:6, 323:10, 330:6, 331:23, 332:7
**CHANGING** [4] - 287:4, 309:8, 321:15, 331:22
**CHANNEL** [72] - 255:3, 265:9, 271:15, 271:16, 278:24, 279:14, 279:15, 287:10, 291:16, 296:3, 299:7, 300:1, 301:23, 301:25, 303:1, 303:3, 312:6, 312:9, 312:10, 312:11, 312:12, 312:16, 312:18, 314:21, 315:25, 316:1, 316:8, 316:23, 321:2, 321:12, 321:22, 322:2, 322:15, 322:25, 323:10, 324:14, 326:21, 326:23, 327:24, 328:3, 328:11, 328:18, 329:8, 330:12, 332:22, 332:23, 335:4, 339:20, 340:23, 344:1, 346:10, 346:12, 349:2, 349:8, 349:11, 349:15, 349:18,

350:24, 351:11, 351:19, 352:19, 359:6, 359:16, 359:18, 360:11, 360:23, 370:14, 371:8, 372:25, 373:11

**CHANNEL-WIDENING** [1] - 323:10

**CHANNELS** [7] - 253:13, 291:1, 301:5, 302:25, 314:21, 348:3

**CHARGE** [1] - 312:19

**CHART** [2] - 279:8, 279:21

**CHARTS** [5] - 277:14, 278:16, 294:15, 312:25, 313:4

**CHECK** [1] - 364:3

**CHEF** [1] - 310:2

**CHIEF** [2] - 251:20, 260:16

**CHOOSE** [1] - 360:5

**CIRCLE** [2] - 360:5, 361:3

**CIRCUMSTANCES** [2] - 253:5, 256:18

**CITIZEN** [1] - 268:25

**CITRUS** [1] - 255:21

**CITY** [1] - 245:20

**CLAIMS** [2] - 275:21

**CLARIFICATION** [1] - 315:3

**CLARITY** [1] - 281:4

**CLAY** [7] - 339:18, 339:22, 339:23, 340:1, 349:5, 352:10, 352:11

**CLAYS** [9] - 350:24, 351:3, 352:4, 360:10, 370:25, 371:5, 371:12, 373:19

**CLEAN** [1] - 340:13

**CLEAR** [3] - 333:23, 345:20, 356:4

**CLEARLY** [1] - 296:21

**CLERK** [15] - 248:5, 249:15, 249:18, 249:22, 258:11, 259:22, 259:25, 260:3, 263:13, 286:9, 286:12, 320:8, 326:9, 337:6, 343:7

**CLOSELY** [1] - 316:17

**COARSE** [1] - 339:20

**COAST** [4] - 291:8, 291:23, 298:13,

302:19

**COASTAL** [23] - 265:24, 286:22, 288:18, 288:19, 290:12, 290:15, 290:17, 290:23, 291:5, 291:7, 291:23, 292:17, 292:18, 296:21, 297:9, 300:16, 303:6, 306:17, 313:2, 329:5

**COASTS** [1] - 296:22

**COAUTHOR** [1] - 295:20

**COAUTHORS** [1] - 294:12

**COINCIDES** [2] - 368:19, 368:22

**COL** [1] - 247:6

**COLLABORATIVE** [1] - 295:22

**COLLECTIVELY** [2] - 279:1, 299:23

**COLLOQUY** [1] - 347:8

**COLONEL** [6] - 249:7, 249:13, 250:2, 251:15, 259:11, 259:12

**COLOR** [5] - 307:8, 310:9, 310:10, 324:13, 338:24

**COMBINED** [1] - 300:2

**COME** [13] - 251:24, 252:1, 284:3, 284:17, 284:21, 331:2, 331:3, 331:11, 339:13, 364:16, 365:5, 365:19, 374:3

**COMES** [5] - 284:11, 307:3, 308:19, 308:20, 357:13

**COMING** [7] - 279:17, 285:12, 310:1, 310:16, 311:8, 356:3, 364:25

**COMMAND** [3] - 252:9, 252:22, 252:23

**COMMANDER** [14] - 250:11, 250:14, 251:18, 252:2, 252:5, 254:7, 254:17, 255:24, 260:17, 263:16, 266:21, 267:21, 272:2

**COMMANDMENTS** [1] - 284:2

**COMMENT** [3] - 310:8, 333:20, 366:11

**COMMISSIONED** [1] - 351:13

**COMMISSIONERS** [2] - 271:9, 274:11

**COMMITTEE** [2] - 250:19, 251:19

**COMMONLY** [1] - 296:12

**COMMUNICATION** [2] - 262:24, 267:22

**COMMUNICATIONS** [1] - 266:25

**COMMUNITIES** [1] - 301:20

**COMMUNITY** [2] - 309:14, 310:5

**COMPARISON** [2] - 314:12, 368:3

**COMPARISONS** [1] - 316:25

**COMPELLED** [1] - 252:11

**COMPELLING** [1] - 309:3

**COMPILATION** [1] - 304:6

**COMPILATIONS** [1] - 305:15

**COMPLAINT** [1] - 262:19

**COMPLETE** [1] - 305:18

**COMPLETED** [2] - 300:10, 369:12

**COMPLETELY** [1] - 311:13

**COMPLEX** [1] - 245:8

**COMPLEX** [1] - 305:24

**COMPLICATED** [1] - 367:8

**COMPONENT** [1] - 361:9

**COMPOSED** [1] - 290:12

**COMPOSITE** [5] - 279:22, 304:25, 306:25, 326:1, 327:19

**COMPOSITES** [1] - 308:7

**COMPRISE** [2] - 334:20, 335:20

**COMPRISED** [1] - 294:23

**COMPRISING** [2] - 338:22, 352:3

**COMPROMISE** [1] - 284:23

**COMPUTER** [1] -

263:14

**COMPUTER** [1] - 246:19

**CONCENTRATED** [1] - 330:7

**CONCENTRATION** [1] - 324:15

**CONCEPT** [3] - 344:6, 357:2, 369:6

**CONCEPTUAL** [4] - 343:22, 358:7, 358:12, 359:3

**CONCERN** [6] - 262:19, 265:6, 265:8, 265:9, 265:23, 268:7

**CONCERNED** [4] - 270:11, 296:1, 298:3, 371:24

**CONCERNS** [4] - 263:2, 265:13, 267:20, 269:2

**CONCLUDED** [1] - 366:23

**CONCLUSION** [2] - 252:5, 305:18

**CONCLUSIONS** [1] - 298:20

**CONDUIT** [2] - 264:7, 268:22

**CONDUITS** [1] - 269:1

**CONFERENCE** [5] - 281:16, 348:6, 362:6, 362:8, 366:23

**CONFIGURATION** [1] - 359:7

**CONFINING** [4] - 349:17, 358:21, 358:22, 359:23

**CONGRESS** [17] - 250:19, 253:14, 255:2, 266:8, 267:10, 267:22, 268:1, 268:8, 268:13, 268:19, 268:21, 268:22, 269:1, 269:2, 269:7, 271:1, 271:10

**CONGRESSIONAL** [3] - 250:18, 251:18, 273:21

**CONGRESSMAN** [17] - 262:11, 265:14, 266:23, 268:3, 268:14, 268:24, 269:10, 272:25, 273:3, 273:4, 273:7, 273:23, 274:2, 274:21, 275:10, 275:13

**CONJUNCTION** [2] -

305:23, 328:10

**CONNECTION** [3] - 259:1, 261:3, 285:6

**CONOR** [3] - 246:7, 259:19, 259:20

**CONSEQUENCES** [2] - 287:8, 288:12

**CONSIDER** [6] - 253:12, 264:4, 267:4, 348:1, 355:1, 370:20

**CONSIDERATION** [3] - 262:22, 283:4, 374:2

**CONSIDERING** [2] - 273:24, 316:23

**CONSIST** [3] - 296:12, 339:17, 350:24

**CONSISTED** [1] - 339:7

**CONSISTS** [3] - 308:18, 339:22, 352:4

**CONSOLIDATED** [1] - 351:2

**CONSTITUENT** [3] - 253:1, 253:8, 268:25

**CONSTITUENTS** [4] - 266:9, 266:14, 266:19, 267:9

**CONSTITUTED** [1] - 314:25

**CONSTRAINTS** [1] - 365:8

**CONSTRUCT** [2] - 255:3, 264:19

**CONSTRUCTED** [4] - 264:10, 271:9, 271:16, 372:4

**CONSTRUCTION** [12] - 255:9, 255:18, 278:21, 280:5, 280:9, 280:14, 287:4, 301:10, 304:19, 304:21, 320:13, 372:19

**CONSULTING** [2] - 261:1, 261:4

**CONTACT** [1] - 267:9

**CONTAINS** [2] - 339:23, 339:25

**CONTENT** [2] - 285:21, 351:3

**CONTENTIOUS** [1] - 277:23

**CONTENTS** [1] - 273:18

**CONTEST** [1] - 257:7

**CONTEXT** [8] - 252:18, 253:20,

266:14, 266:22, 268:19, 269:12, 313:12, 361:7
**CONTINUAL** [2] - 332:17, 353:7
**CONTINUALLY** [1] - 359:13
**CONTINUANCE** [1] - 367:18
**CONTINUATION** [1] - 334:25
**CONTINUE** [1] - 360:16
**CONTINUES** [2] - 274:24, 359:19
**CONTINUING** [3] - 258:22, 270:12, 336:15
**CONTINUOUS** [4] - 314:17, 318:11, 321:7, 359:8
**CONTRACT** [2] - 261:13, 265:2
**CONTRACTOR** [1] - 265:1
**CONTRACTS** [1] - 261:13
**CONTRIBUTED** [1] - 333:4
**CONTRIBUTING** [1] - 333:1
**CONTROL** [6] - 269:5, 269:18, 271:2, 271:7, 271:15, 346:2
**CONTROVERSIAL** [1] - 263:6
**CONVERSATIONS** [2] - 269:10, 274:15
**CONVEYED** [1] - 274:20
**COOPERATION** [3] - 272:6, 272:7, 272:11
**COPY** [2] - 261:19, 261:20
**CORE** [3] - 363:12, 370:7, 370:9
**CORES** [4] - 350:19, 370:6, 370:8, 370:11
**CORNER** [1] - 308:6
**CORPS** [53] - 250:11, 250:15, 252:16, 253:4, 255:2, 259:13, 260:12, 260:16, 261:4, 261:7, 261:10, 261:13, 263:8, 264:13, 264:16, 264:19, 264:22, 265:13, 266:2, 266:20, 267:6, 268:14, 268:17,

268:21, 269:1, 269:7, 269:9, 271:24, 272:1, 272:6, 274:18, 287:7, 302:14, 307:3, 314:8, 332:16, 349:20, 349:23, 350:4, 350:14, 350:17, 351:9, 352:8, 352:21, 354:7, 357:2, 361:8, 363:11, 369:22, 369:23, 371:11, 371:13
**CORPS'** [1] - 265:6
**CORRECT** [113] - 250:12, 250:13, 250:16, 250:21, 251:23, 251:25, 252:8, 253:25, 255:19, 255:21, 260:4, 260:14, 260:16, 260:24, 263:3, 263:4, 263:9, 263:18, 264:9, 264:11, 264:17, 265:3, 265:11, 265:12, 265:15, 265:16, 268:1, 266:16, 269:23, 271:2, 271:6, 285:13, 289:25, 290:6, 290:7, 290:11, 291:20, 291:23, 291:24, 294:23, 294:24, 295:3, 295:19, 296:4, 296:5, 297:25, 298:5, 298:7, 298:11, 298:12, 300:6, 300:7, 300:10, 301:22, 302:15, 302:16, 306:3, 306:8, 306:9, 308:8, 308:9, 308:11, 308:15, 316:13, 317:9, 317:14, 317:16, 317:18, 318:8, 318:22, 318:25, 319:25, 321:22, 321:23, 323:6, 323:12, 324:22, 324:23, 325:15, 325:18, 327:21, 328:12, 328:17, 330:16, 333:2, 333:3, 335:11, 338:9, 338:17, 341:2, 341:6, 341:14, 342:21, 349:11, 349:13, 349:14, 351:15, 352:19, 352:20, 360:19, 360:25, 369:3, 369:9, 370:2, 370:15,

371:10, 372:7, 373:4, 373:10, 373:11, 373:15, 374:16
**CORRECTED** [1] - 328:15
**CORRECTLY** [4] - 250:10, 270:17, 302:10, 373:8
**CORRELATE** [3] - 322:1, 324:15, 370:9
**CORRELATES** [3] - 248:15, 346:15, 365:16
**CORRELATION** [11] - 324:2, 327:15, 354:12, 361:17, 362:14, 363:9, 363:14, 366:14, 368:13, 368:24
**CORRESPONDENCE** [4] - 267:18, 272:25, 324:13, 370:22
**CORRESPONDING** [1] - 333:2
**COST** [6] - 275:7, 275:12, 275:15, 275:23, 276:3, 276:16
**COULD** [35] - 252:7, 252:17, 253:10, 257:22, 261:16, 264:21, 266:2, 266:6, 266:9, 267:7, 267:17, 268:25, 272:3, 274:17, 277:20, 278:2, 278:9, 281:1, 293:9, 294:8, 307:25, 312:2, 312:22, 317:22, 328:17, 334:11, 336:16, 337:14, 341:19, 346:10, 347:4, 354:3, 354:7, 364:23, 368:1
**COUNSEL** [18] - 249:6, 272:21, 293:3, 297:24, 334:4, 337:16, 343:11, 343:21, 343:23, 344:10, 344:18, 346:17, 347:6, 347:19, 347:22, 353:17, 357:10, 365:25
**COUNSEL'S** [2] - 303:13, 341:22
**COUNSELED** [1] - 267:9
**COUPLE** [3] - 268:1, 302:5, 312:17
**COURSE** [5] -

289:17, 289:23, 295:16, 296:22, 304:4
**COURT** [346] - 244:1, 248:6, 248:8, 248:20, 248:23, 248:25, 249:3, 249:9, 249:12, 250:24, 251:2, 251:5, 251:10, 252:14, 253:17, 253:19, 256:10, 256:13, 256:15, 256:21, 256:25, 257:4, 257:9, 257:16, 257:23, 257:24, 258:1, 258:6, 258:8, 258:12, 258:16, 258:21, 258:23, 259:4, 259:7, 259:14, 259:17, 259:18, 259:21, 260:6, 261:17, 261:21, 262:1, 263:11, 263:14, 263:21, 265:20, 271:20, 271:22, 272:7, 272:12, 272:19, 273:8, 273:9, 273:12, 274:4, 274:5, 275:1, 275:19, 275:22, 276:10, 276:13, 276:22, 276:25, 277:4, 277:7, 277:9, 277:15, 277:22, 278:4, 278:7, 278:10, 278:15, 278:22, 278:25, 279:20, 280:18, 280:21, 280:23, 281:5, 281:10, 281:15, 282:4, 282:6, 282:13, 282:17, 283:1, 283:6, 283:9, 283:11, 283:16, 283:19, 284:1, 284:11, 284:17, 284:21, 284:23, 284:25, 285:3, 285:5, 285:9, 285:19, 285:22, 285:24, 286:3, 286:8, 286:17, 286:20, 287:11, 287:13, 287:15, 287:18, 287:22, 288:1, 288:4, 288:15, 288:16, 289:1, 289:23, 292:9, 292:12, 292:15, 292:19, 292:23, 293:1, 293:8, 293:12, 293:14, 295:9, 295:11, 295:13, 295:17, 296:25,

297:12, 297:14, 297:17, 298:19, 299:14, 302:2, 302:7, 303:14, 303:20, 303:22, 303:25, 304:9, 304:12, 305:3, 305:7, 305:21, 305:24, 308:4, 309:11, 309:18, 310:8, 310:12, 310:14, 310:21, 311:20, 311:22, 313:6, 313:10, 313:15, 313:18, 313:23, 315:2, 315:8, 315:16, 315:19, 315:22, 316:2, 316:5, 316:8, 316:11, 316:14, 316:19, 317:7, 317:10, 317:20, 318:1, 318:3, 318:5, 318:7, 318:19, 320:2, 320:5, 320:7, 320:10, 320:21, 320:25, 321:4, 321:9, 322:4, 323:3, 323:4, 323:24, 324:20, 324:24, 325:1, 325:3, 325:8, 325:15, 326:3, 326:4, 326:5, 326:8, 326:10, 326:13, 327:2, 327:6, 327:10, 328:19, 329:9, 333:20, 334:3, 334:6, 334:9, 334:13, 334:18, 335:2, 335:10, 336:7, 336:12, 336:17, 336:19, 336:25, 337:4, 337:10, 337:12, 337:16, 337:21, 337:24, 338:2, 338:15, 340:14, 341:8, 341:11, 341:14, 341:21, 342:4, 342:7, 342:10, 342:13, 343:6, 343:8, 343:10, 343:13, 343:17, 344:10, 344:12, 344:18, 344:23, 344:25, 345:12, 345:15, 346:9, 346:14, 346:17, 346:21, 346:24, 347:6, 347:10, 347:15, 347:19, 347:22, 348:4, 348:8, 349:7, 349:24, 350:2, 351:17, 353:3, 353:12, 353:15,

353:21, 353:22,
353:23, 354:15,
354:21, 355:8,
355:21, 356:1, 356:8,
356:21, 356:25,
357:5, 357:15,
357:17, 357:19,
358:1, 358:5, 358:8,
359:1, 359:5, 359:12,
360:7, 360:12,
360:14, 361:5,
361:21, 362:6, 362:9,
362:18, 362:21,
362:25, 363:4, 363:7,
363:17, 363:25,
364:7, 364:9, 364:14,
364:19, 364:23,
364:25, 365:4,
365:13, 366:8,
366:16, 366:19,
366:24, 367:2,
367:13, 367:16,
367:24, 369:10,
370:3, 370:11,
370:13, 372:6,
372:20, 373:2, 373:5,
374:3, 374:7, 374:15,
374:15, 374:20
   **COURT** [1] - 246:15
   **COURT'S** [7] - 248:5,
281:24, 303:13,
313:7, 313:20, 337:6,
367:20
   **COVERED** [8] -
300:11, 300:13,
300:19, 315:9,
315:21, 355:18,
372:6, 372:22
   **COVERING** [1] -
299:9
   **COVERS** [2] - 290:25
   **CRAFT** [1] - 329:20
   **CRAWFORD** [5] -
281:18, 281:22,
282:10, 283:10
   **CRAWFORD'S** [1] -
282:1
   **CREATE** [2] -
281:24, 365:1
   **CREATED** [2] -
345:22, 370:19
   **CREATING** [1] -
290:3
   **CREATION** [1] -
280:10
   **CREEK** [1] - 314:14
   **CREEKS** [1] - 314:15
   **CRITERIA** [1] - 265:5
   **CRITICS** [1] - 263:7
   **CROSS** [23] - 256:17,

257:1, 257:11,
257:18, 272:22,
283:23, 284:20,
294:17, 333:17,
333:18, 334:20,
334:22, 334:25,
338:8, 338:10,
338:12, 338:14,
338:21, 350:19,
352:1, 352:2, 362:22,
370:10
   **CROSS** [1] - 247:11
   **CROSS-
EXAMINATION** [3] -
256:17, 272:22,
283:23
   **CROSS-
EXAMINATION** [1] -
247:11
   **CROSS-EXAMINE**
[1] - 257:1
   **CROSS-EXAMINED**
[1] - 257:11
   **CROSS-SECTION**
[10] - 333:18, 334:20,
334:22, 338:8,
338:10, 338:12,
338:14, 338:21,
350:19, 362:22
   **CROSS-SECTIONS**
[5] - 294:17, 334:25,
352:1, 352:2, 370:10
   **CRR** [2] - 246:15,
374:20
   **CUBIC** [7] - 279:24,
280:3, 280:8, 280:13,
372:5, 372:12, 373:8
   **CURIOUS** [2] -
277:24, 278:5
   **CURRENT** [1] -
262:21
   **CURRICULUM** [4] -
292:23, 293:4,
293:10, 295:3
   **CURTAIL** [1] - 287:9
   **CUSTOM** [1] -
286:16
   **CUT** [27] - 248:14,
279:6, 279:9, 287:10,
298:24, 299:17,
299:20, 299:21,
299:24, 300:8,
300:20, 300:22,
301:21, 302:4,
302:14, 302:17,
303:1, 303:6, 303:7,
309:5, 314:18,
318:11, 319:24,
319:25, 338:21,
340:12

   **CUT-AWAY** [1] -
338:21
   **CUT-THROUGH** [1] -
302:17
   **CUTS** [3] - 248:13,
248:21, 329:17
   **CUTTING** [4] - 300:4,
300:22, 319:2, 322:1
   **CV** [1] - 293:5
   **CYCLE** [6] - 359:17,
360:6, 360:16, 361:3,
361:9, 371:12
   **CYCLICAL** [1] -
361:7
   **CYPRESS** [8] -
296:12, 301:11,
307:11, 307:17,
308:24, 308:25,
309:14, 309:16

## D

**D** [7] - 246:10, 247:2,
248:1, 277:3, 286:15,
320:8, 320:9
   **DAILY** [3] - 301:15,
310:3, 331:18
   **DALLAS** [1] - 244:24
   **DAMAGE** [4] -
254:24, 271:25,
272:1, 272:8
   **DANGEROUS** [1] -
364:16
   **DANGERS** [1] -
262:22
   **DANIEL** [1] - 246:5
   **DARK** [3] - 299:2,
299:9, 315:4
   **DARKER** [1] - 298:25
   **DASHED** [1] - 339:4
   **DATA** [23] - 278:17,
278:18, 288:11,
294:9, 294:12, 306:3,
306:6, 306:22, 308:8,
308:11, 308:13,
308:20, 317:4,
326:17, 361:16,
362:5, 363:16, 369:4,
369:24, 369:25, 370:3
   **DATABASE** [1] -
305:1
   **DATABASES** [2] -
304:25, 306:20
   **DATED** [1] - 255:11
   **DATES** [1] - 274:16
   **DAVIS** [1] - 295:20
   **DAWN** [1] - 258:5
   **DAY** [5] - 248:19,
257:21, 284:19,
284:22, 321:11

**DAYS** [3] - 275:2,
277:18, 363:21
   **DC** [1] - 246:13
   **DEADLINE** [1] -
367:5
   **DEADLINES** [2] -
367:14, 367:17
   **DEAL** [9] - 296:14,
300:17, 301:8,
320:15, 329:23,
339:23, 340:1,
357:19, 359:7
   **DEALING** [2] -
270:13, 270:18
   **DEALT** [1] - 270:18
   **DEBOUCHES** [1] -
301:3
   **DECADES** [1] -
287:9
   **DECAY** [1] - 332:1
   **DECIDE** [1] - 251:12
   **DECIDED** [2] -
275:22
   **DECIDES** [1] - 304:3
   **DECOMPOSE** [1] -
332:9
   **DECOMPOSES** [1] -
332:12
   **DEEP** [3] - 301:23,
328:25, 340:13
   **DEEPENED** [1] -
299:5
   **DEEPENING** [1] -
345:24
   **DEFEND** [1] - 356:12
   **DEFENDANT** [3] -
246:4, 263:23, 365:9
   **DEFENDANTS** [1] -
277:11
   **DEFENSE** [5] -
275:21, 276:17,
276:24, 316:18,
345:15
   **DEFENSES** [1] -
345:16
   **DEFINITELY** [1] -
284:4
   **DEFINITION** [1] -
360:8
   **DEGRAVELLES** [1] -
286:5
   **DEGREE** [2] -
371:24, 372:24
   **DELBRIDGE** [1] -
308:21
   **DELETERIOUS** [3] -
287:23, 330:14
   **DELTA** [5] - 290:19,
290:25, 291:1, 301:9,
338:25

**DELTAIC** [1] - 303:6
   **DEMONSTRATE** [7]
- 308:17, 322:14,
324:10, 361:17,
368:24, 371:13,
372:24
   **DEMONSTRATED**
[1] - 311:25
   **DEMONSTRATES**
[4] - 280:7, 321:21,
322:15, 342:17
   **DEMONSTRATING**
[1] - 319:5
   **DEMONSTRATION**
[2] - 311:24, 362:16
   **DEMONSTRATIVE**
[8] - 325:12, 364:7,
364:10, 364:24,
365:5, 365:19, 366:2,
367:23
   **DENHAM** [1] -
245:13
   **DEPARTMENT** [2] -
246:4, 288:6
   **DEPEND** [1] - 252:12
   **DEPENDING** [2] -
329:20, 330:22
   **DEPENDS** [1] -
272:5
   **DEPICTS** [5] -
304:18, 304:21,
319:16, 320:18,
363:14
   **DEPOSE** [1] - 283:3
   **DEPOSED** [1] -
270:4
   **DEPOSIT** [1] -
352:11
   **DEPOSITED** [3] -
289:13, 339:14,
339:25
   **DEPOSITING** [2] -
289:18, 301:8
   **DEPOSITION** [23] -
248:13, 248:14,
248:17, 248:21,
250:8, 260:11, 262:7,
267:24, 270:6,
278:13, 281:23,
289:13, 289:15,
289:16, 289:17,
343:16, 343:17,
348:15, 355:19,
361:24, 363:15,
366:5, 366:7
   **DEPOSITIONS** [4] -
248:9, 276:4, 323:25,
356:1
   **DEPOSITS** [8] -
343:23, 352:13,

368:4, 368:7, 368:20, 368:21, 368:23, 369:1
**DEPTH** [7] - 264:20, 265:2, 299:6, 339:4, 349:19, 359:8, 373:22
**DEPUTY** [12] - 248:5, 249:15, 249:18, 249:22, 258:11, 259:22, 259:25, 260:3, 263:13, 286:9, 286:12, 337:6
**DERIVED** [1] - 332:3
**DESCEND** [1] - 368:8
**DESCENDS** [1] - 348:23
**DESCRIBE** [2] - 310:12, 359:1
**DESCRIBED** [6] - 265:17, 265:20, 324:17, 350:11, 360:17, 361:1
**DESCRIPTION** [3] - 279:13, 350:11, 358:9
**DESIGN** [4] - 265:5, 299:6, 322:17, 329:21
**DESIGNED** [1] - 323:23
**DESIRABLE** [1] - 351:2
**DESTRUCTION** [2] - 254:13, 254:14
**DETAIL** [5] - 286:24, 293:25, 353:22, 361:23, 366:14
**DETAILED** [1] - 313:3
**DETERMINATION** [1] - 297:18
**DETERMINE** [3] - 274:5, 278:22, 370:4
**DETERMINED** [1] - 263:22
**DIAGRAM** [6] - 324:10, 358:7, 358:12, 359:4, 360:23, 362:14
**DID** [40] - 250:17, 252:3, 252:21, 254:3, 254:7, 255:24, 261:2, 261:3, 262:15, 262:19, 264:15, 265:22, 266:7, 267:11, 268:5, 268:8, 269:7, 269:21, 270:6, 270:16, 272:24, 273:2, 274:10, 275:24, 287:8, 298:18, 299:16, 305:13, 313:19,

331:25, 337:10, 345:23, 351:14, 354:8, 354:9, 359:21, 362:1, 366:4, 371:14, 373:16
**DIDN'T** [7] - 254:1, 265:22, 275:18, 310:14, 347:15, 366:21, 370:7
**DIE** [2] - 331:25, 332:5
**DIES** [2] - 331:23, 332:7
**DIFFERENCE** [4] - 264:8, 284:10, 302:20, 321:15
**DIFFERENT** [15] - 293:6, 294:18, 295:23, 296:1, 306:2, 331:2, 331:3, 331:11, 331:12, 332:6, 338:23, 358:18, 366:17, 366:20
**DIFFICULT** [2] - 317:22, 328:16
**DIKE** [9] - 255:9, 255:18, 314:17, 315:6, 315:8, 315:11, 315:12, 315:19, 316:10
**DIKES** [1] - 315:14
**DIMENSIONS** [1] - 321:11
**DIMINISHMENT** [1] - 308:24
**DIRE** [3] - 287:8, 288:2, 292:4
**DIRE** [1] - 247:14
**DIRECT** [7] - 249:25, 260:7, 293:15, 300:2, 303:2, 310:17, 322:7
**DIRECT** [3] - 247:7, 247:10, 247:15
**DIRECTED** [3] - 255:2, 271:10, 281:25
**DIRECTION** [2] - 278:14, 348:19
**DIRECTIONS** [4] - 331:2, 331:3, 331:12, 358:19
**DIRECTLY** [3] - 262:14, 301:21, 310:16
**DIRECTOR** [3] - 254:16, 259:12, 274:12
**DISAPPEARS** [1] - 311:13
**DISCERN** [1] - 328:16

**DISCHARGE** [1] - 290:19
**DISCIPLINE** [4] - 297:10, 297:19, 297:20
**DISCIPLINES** [1] - 298:6
**DISCRETE** [2] - 259:8, 305:7
**DISCRETION** [1] - 252:2
**DISCRETIONARY** [1] - 345:16
**DISCUSS** [2] - 281:14, 292:3
**DISCUSSED** [6] - 253:11, 254:5, 267:5, 269:11, 343:16, 357:11
**DISCUSSES** [1] - 343:25
**DISCUSSING** [2] - 252:23, 324:2
**DISCUSSION** [7] - 324:1, 342:19, 344:1, 356:25, 366:14, 366:16, 366:19
**DISCUSSIONS** [2] - 267:12, 367:11
**DISEQUILIBRIUM** [1] - 359:15
**DISPLACE** [3] - 340:24, 352:15, 371:2
**DISPLACED** [2] - 349:2, 351:20
**DISPLACEMENT** [23] - 333:15, 335:16, 340:25, 341:3, 342:18, 343:15, 343:22, 344:1, 344:7, 344:13, 344:19, 346:9, 348:1, 348:2, 348:12, 348:14, 350:5, 350:15, 351:11, 356:19, 358:14, 371:9, 373:18
**DISPLACEMENTS** [1] - 352:22
**DISPLAY** [1] - 258:9
**DISPOSED** [2] - 352:9, 372:8
**DISTANCE** [3] - 330:23, 354:11, 354:12
**DISTANCES** [4] - 325:17, 325:18, 329:6, 354:3
**DISTINCTION** [3] - 253:8, 268:13, 268:15
**DISTINCTIONS** [1] -

268:16
**DISTRIBUTARIES** [4] - 340:3, 340:4, 352:10, 352:13
**DISTRIBUTARY** [10] - 291:2, 291:3, 300:23, 301:6, 301:7, 302:11, 339:9, 339:20, 349:4
**DISTRIBUTED** [2] - 364:1, 372:10
**DISTRIBUTES** [1] - 301:4
**DISTRICT** [23] - 244:1, 244:1, 244:8, 250:11, 251:19, 252:2, 252:5, 253:24, 254:7, 254:16, 255:12, 255:24, 259:12, 260:13, 263:16, 266:10, 267:4, 269:4, 272:2, 272:24, 374:15
**DIVERSION** [2] - 310:16, 310:19
**DIVISION** [3] - 260:16, 260:17, 260:18
**DO** [92] - 250:18, 250:19, 251:15, 251:20, 251:22, 252:7, 253:4, 254:5, 254:6, 254:12, 255:8, 255:9, 255:10, 257:12, 257:22, 258:18, 261:10, 262:6, 262:20, 263:11, 264:2, 264:16, 264:23, 266:2, 266:11, 268:14, 268:25, 270:8, 271:25, 272:3, 272:8, 273:4, 278:9, 284:24, 287:18, 289:22, 290:11, 294:11, 295:22, 297:25, 302:3, 303:8, 303:20, 303:21, 305:13, 306:12, 310:25, 313:2, 315:22, 319:5, 319:7, 320:21, 322:7, 324:15, 325:22, 327:25, 328:11, 333:21, 333:23, 334:19, 334:21, 337:18, 337:24, 338:19, 342:22, 343:10, 343:23, 344:25, 346:25,

347:19, 348:11, 350:4, 350:6, 350:8, 354:15, 354:25, 355:2, 357:22, 363:13, 363:15, 364:17, 364:18, 364:21, 365:2, 365:3, 365:6, 369:3, 371:16, 374:15
**DOCK** [5] - 266:5, 266:15, 267:1, 267:15
**DOCKET** [1] - 244:3
**DOCTOR** [5] - 302:2, 310:8, 315:2, 338:6, 342:23
**DOCUMENT** [7] - 255:11, 275:3, 275:17, 293:7, 322:8, 326:19, 327:19
**DOCUMENTED** [1] - 344:7
**DOCUMENTS** [2] - 294:15, 325:10
**DOES** [18] - 254:10, 273:23, 275:13, 290:24, 293:24, 294:1, 297:8, 304:16, 312:7, 322:12, 322:14, 330:7, 339:21, 341:9, 342:20, 351:5, 361:16, 373:20
**DOESN'T** [12] - 258:6, 271:22, 276:8, 324:10, 326:25, 331:8, 333:25, 334:4, 339:21, 344:20, 345:10, 355:13
**DOING** [8] - 251:1, 261:6, 268:6, 278:8, 299:16, 301:13, 305:9, 322:7
**DOMENGEAUX** [1] - 245:1
**DON'T** [46] - 248:20, 248:21, 249:22, 251:6, 252:25, 253:3, 254:4, 255:13, 256:7, 257:7, 261:6, 262:7, 264:23, 268:2, 270:9, 273:17, 274:15, 274:22, 283:24, 284:7, 284:10, 285:19, 295:13, 295:15, 297:1, 304:8, 305:7, 305:11, 322:13, 328:19, 333:22, 334:7, 334:13, 341:22, 343:6, 345:19, 348:1,

353:24, 354:12,
365:20, 372:21,
372:25, 373:1
   **DONE** [15] - 266:6,
267:17, 268:4,
270:21, 274:17,
276:16, 278:14,
305:2, 306:11, 323:9,
350:17, 350:21,
369:20, 369:23, 370:8
   **DOT** [2] - 314:13,
318:8
   **DOUBLE** [1] - 358:5
   **DOUBT** [5] - 266:24,
269:10, 269:25,
270:13, 274:16
   **DOUBTED** [1] -
269:15
   **DOWN** [29] - 256:15,
267:15, 276:13,
279:7, 284:6, 290:13,
301:3, 308:6, 309:20,
319:18, 321:18,
328:17, 329:15,
334:23, 335:6,
338:11, 338:16,
339:6, 339:24, 340:7,
340:17, 348:23,
349:19, 350:25,
360:9, 360:10,
360:21, 368:10, 372:3
   **DR** [19] - 256:16,
256:19, 279:9,
285:11, 285:15,
286:7, 286:21, 288:4,
288:24, 293:17,
297:23, 300:4, 324:1,
347:13, 347:25,
348:12, 356:23,
368:1, 369:17
   **DRAINS** [2] - 330:5,
330:7
   **DREDGE** [19] -
264:21, 265:2, 279:1,
279:25, 280:4, 299:2,
299:23, 300:8,
300:11, 300:12,
344:16, 348:16,
348:20, 349:3,
358:16, 359:14,
359:19, 360:18
   **DREDGED** [3] -
315:4, 371:11, 371:12
   **DREDGING** [35] -
264:20, 264:25,
265:1, 277:13,
277:17, 278:17,
278:20, 278:21,
278:22, 278:23,
279:22, 279:24,

280:1, 280:6, 280:9,
280:10, 285:25,
286:1, 294:16,
294:17, 316:11,
349:2, 358:24,
359:14, 360:17,
361:10, 370:14,
371:15, 371:23,
371:24, 372:1, 372:2,
372:3, 372:4, 373:21
   **DRIPPING** [1] -
330:8
   **DROP** [1] - 340:6
   **DUDENHEFER** [2] -
247:7, 247:10
   **DUDENHEFER** [44] -
245:4, 245:5, 249:2,
249:4, 249:5, 249:24,
250:1, 250:4, 251:9,
251:14, 252:19,
252:20, 253:22,
253:23, 255:5, 255:7,
256:8, 258:19,
258:22, 258:24,
259:6, 259:11,
259:15, 260:5, 260:8,
260:9, 261:16,
261:19, 261:24,
262:3, 263:12,
263:15, 263:20,
263:25, 264:1, 266:1,
271:19, 273:6, 274:1,
274:23, 275:16,
276:12, 276:19,
276:24
   **DUE** [7] - 306:14,
324:14, 330:5, 332:3,
344:13, 360:3, 372:14
   **DUMAS** [2] - 245:7,
245:8
   **DUNBAR** [2] - 307:4,
308:21
   **DUNCAN** [12] -
247:13, 276:21,
286:7, 286:10,
286:14, 292:16,
295:7, 295:9, 295:12,
295:13, 295:19
   **DUPRE** [4] - 319:18,
321:19, 339:6, 368:17
   **DURING** [26] -
253:24, 255:24,
262:7, 267:24, 269:3,
272:24, 274:15,
284:9, 287:25,
296:14, 299:3, 301:8,
301:17, 305:17,
311:5, 311:18,
316:18, 318:16,
328:22, 328:23,

331:1, 337:19, 339:7,
339:19, 352:14,
359:13
   **DUVAL** [1] - 244:8
   **DYING** [1] - 332:4
   **DYNAMICS** [1] -
367:12

# E

**E** [8] - 246:2, 247:2,
248:1, 277:3, 280:1,
282:7, 286:15
   **E-L-W-O-O-D** [1] -
277:3
   **E-MAIL** [1] - 282:7
   **EACH** [8] - 301:5,
303:12, 303:14,
303:17, 314:13,
315:16, 319:15,
326:23
   **EARLIER** [12] -
259:2, 261:9, 274:10,
312:21, 318:16,
324:17, 331:21,
333:12, 339:9,
358:16, 361:11,
371:19
   **EARLY** [6] - 247:6,
249:8, 249:13,
249:20, 314:9
   **EARTH** [2] - 288:6,
356:3
   **EASEMENTS** [1] -
272:14
   **EASIER** [1] - 277:17
   **EAST** [1] - 245:23
   **EAST** [7] - 265:10,
265:15, 266:3, 268:7,
322:21, 322:23,
323:14
   **EASTERN** [4] -
244:1, 320:16, 372:9,
374:15
   **EDWARDS** [1] -
245:1
   **EFFECT** [17] - 279:2,
288:11, 298:2,
298:18, 300:4,
301:19, 329:6,
351:18, 351:19,
353:9, 353:25, 354:8,
354:10, 355:12,
356:13, 370:17,
373:16
   **EFFECTED** [1] -
290:20
   **EFFECTS** [8] -
287:23, 302:22,
303:6, 330:14, 345:1,

352:23, 373:25
   **EFFICACY** [1] -
346:20
   **EFFORT** [1] - 347:11
   **EFFORTS** [1] -
261:12
   **EHRLICH** [2] - 246:6,
281:22
   **EIGHT** [1] - 282:19
   **EITHER** [8] - 284:10,
295:15, 325:20,
341:15, 354:23,
355:22, 361:5, 372:13
   **EL** [1] - 246:6
   **EL-AMIN** [1] - 246:6
   **ELECTED** [1] - 267:6
   **ELEMENT** [3] -
272:7, 275:11, 277:23
   **ELEMENTS** [2] -
272:6, 272:10
   **ELEVATION** [7] -
301:10, 302:20,
307:24, 353:8,
365:16, 368:12, 371:6
   **ELEVATIONS** [1] -
296:13
   **ELICIT** [2] - 341:22,
362:10
   **ELIMINATE** [1] -
303:12
   **ELISA** [1] - 245:22
   **ELMO** [2] - 261:17,
261:21
   **ELSE** [3] - 283:22,
300:20, 300:21
   **ELSEWHERE** [1] -
372:10
   **ELUCIDATE** [1] -
335:3
   **ELWOOD** [4] -
245:18, 245:18,
277:2, 277:3
   **EMINENTLY** [1] -
286:24
   **EMPHASIS** [1] -
287:20
   **EMPLOYED** [1] -
288:8
   **EMPTY** [1] - 340:11
   **ENABLE** [3] -
288:16, 370:3, 370:8
   **ENABLES** [2] -
290:9, 292:21
   **ENCOMPASSES** [1]
- 297:10
   **ENCROACHMENT**
[1] - 309:23
   **END** [8] - 248:19,
279:7, 284:19,
284:23, 330:12,

347:17, 352:6, 368:18
   **ENERGY** [6] -
296:15, 320:24,
329:24, 330:21,
339:15, 340:5
   **ENGINEER** [7] -
250:11, 254:9,
255:12, 260:13,
269:4, 272:24, 281:19
   **ENGINEER'S** [2] -
251:20, 267:4
   **ENGINEERING** [1] -
261:1
   **ENGINEERS** [21] -
255:2, 259:13,
260:12, 261:5, 261:7,
261:10, 266:2, 287:7,
302:14, 314:8,
332:16, 339:22,
349:21, 349:23,
350:14, 350:17,
352:8, 352:21, 361:8,
369:22, 369:23
   **ENGINEERS'** [1] -
307:3
   **ENOUGH** [2] -
311:19, 357:17
   **ENTER** [2] - 301:25,
339:21
   **ENTERED** [2] -
283:4, 326:19
   **ENTERS** [1] - 301:25
   **ENTIRE** [11] -
279:11, 279:23,
290:3, 290:12,
309:21, 310:5,
320:22, 321:6,
344:15, 344:16, 370:6
   **ENTITLED** [3] -
276:1, 276:4, 374:17
   **ENUMERATED** [1] -
329:11
   **ENVIRONMENT** [13]
- 256:4, 287:2, 298:3,
300:3, 303:6, 303:7,
307:14, 307:23,
307:25, 311:8,
311:15, 311:16,
331:22
   **ENVIRONMENTS** [7]
- 289:14, 289:16,
296:10, 296:12,
309:9, 309:13
   **EONS** [1] - 340:5
   **EQUILIBRIUM** [2] -
358:25, 359:16
   **EQUIVOCAL** [1] -
355:22
   **ERODED** [1] -
289:11

**ERODING** [2] - 330:3, 330:9

**EROSION** [48] - 252:6, 252:23, 253:25, 255:19, 264:14, 265:4, 265:7, 265:24, 266:3, 266:11, 267:20, 268:7, 269:2, 269:5, 269:8, 269:11, 269:12, 269:18, 270:9, 270:10, 270:13, 273:1, 273:5, 273:24, 274:19, 275:6, 314:23, 320:15, 320:17, 322:18, 322:20, 322:23, 323:14, 323:15, 324:3, 324:4, 325:11, 325:19, 326:25, 327:3, 329:9, 329:24, 330:11, 330:20, 331:17, 332:24, 345:24, 360:2

**EROSIONAL** [1] - 332:13

**ERROR** [1] - 258:18

**ESPECIALLY** [1] - 284:4

**ESQ** [29] - 244:13, 244:16, 244:19, 244:20, 244:23, 245:1, 245:5, 245:8, 245:12, 245:15, 245:15, 245:18, 245:22, 245:23, 246:1, 246:2, 246:6, 246:6, 246:7, 246:7, 246:8, 246:8, 246:9, 246:9, 246:10, 246:10, 246:11, 246:11, 246:12

**ESSENCE** [1] - 351:18

**ESSENTIALLY** [5] - 282:2, 300:11, 334:23, 368:17, 372:2

**ESTABLISH** [1] - 359:16

**ESTIMATE** [1] - 282:9

**ESTUARINE** [2] - 299:10, 300:13

**ET** [3] - 244:2, 244:5, 264:7

**EVACUATED** [2] - 348:24, 358:23

**EVACUATION** [1] - 351:4

**EVALUATE** [3] -

263:3, 293:21, 361:16

**EVALUATED** [1] - 372:18

**EVALUATING** [1] - 326:3

**EVALUATION** [2] - 306:13, 344:3

**EVALUATIONS** [1] - 294:9

**EVEN** [4] - 269:15, 314:20, 332:18, 370:7

**EVENT** [1] - 357:12

**EVENTS** [2] - 339:19, 360:16

**EVENTUALLY** [3] - 289:13, 315:9, 340:6

**EVER** [4] - 252:21, 268:8, 268:25, 269:7

**EVERY** [5] - 323:16, 333:10, 334:14, 370:7, 370:8

**EVERYBODY** [7] - 284:4, 324:6, 356:9, 363:15, 367:6, 369:10, 374:5

**EVERYTHING** [2] - 259:7, 327:13

**EVIDENCE** [27] - 248:10, 259:3, 277:12, 277:13, 277:18, 280:16, 286:1, 304:1, 304:11, 312:22, 312:23, 314:3, 319:1, 325:21, 327:15, 350:14, 351:14, 362:17, 362:22, 364:10, 364:11, 364:13, 364:16, 365:25, 366:2, 366:3, 369:11

**EVOLUTION** [2] - 291:8, 313:1

**EVOLVE** [1] - 291:11

**EXACT** [3] - 305:13, 314:11, 317:22

**EXACTLY** [4] - 287:14, 312:11, 325:7, 351:8

**EXAGGERATION** [1] - 359:7

**EXAMINATION** [8] - 249:25, 256:17, 260:7, 272:22, 283:23, 288:2, 293:15, 305:17

**EXAMINATION** [5] - 247:7, 247:10, 247:11, 247:14, 247:15

**EXAMINE** [2] - 257:1,

313:10

**EXAMINED** [1] - 257:11

**EXAMPLE** [12] - 250:18, 251:20, 253:4, 265:14, 268:9, 289:5, 290:14, 294:8, 294:11, 295:7, 312:23, 313:9

**EXAMPLES** [1] - 345:5

**EXCAVATE** [2] - 340:23, 349:18

**EXCAVATED** [7] - 314:20, 315:12, 316:3, 320:12, 322:25, 339:5, 358:20

**EXCAVATION** [8] - 299:1, 299:3, 299:23, 332:15, 332:17, 339:7, 340:24, 348:25

**EXCEPT** [1] - 309:25

**EXCEPTION** [1] - 345:16

**EXCESS** [2] - 296:13, 311:15

**EXCHANGE** [1] - 303:3

**EXCHANGED** [1] - 364:3

**EXCLUDED** [2] - 347:12, 369:11

**EXCURSION** [1] - 330:1

**EXCUSE** [5] - 282:8, 282:18, 285:1, 299:13, 365:16

**EXCUSED** [1] - 256:12

**EXECUTIVE** [1] - 274:12

**EXHIBIT** [60] - 248:17, 255:6, 259:3, 262:4, 262:18, 279:6, 279:21, 280:1, 280:6, 280:16, 280:19, 285:2, 285:12, 285:15, 285:20, 293:6, 293:9, 300:21, 303:12, 303:14, 303:17, 303:24, 304:6, 305:5, 305:8, 305:10, 313:17, 323:3, 323:5, 325:13, 325:16, 325:25, 326:20, 333:1, 334:11, 334:14, 337:15, 337:22, 340:11, 343:3, 343:4, 344:8, 353:1, 363:20,

364:7, 364:10, 364:23, 365:5, 365:20, 366:2, 366:17, 366:20, 367:1, 367:22, 370:18, 371:20

**EXHIBITS** [20] - 248:11, 248:14, 248:15, 248:16, 277:14, 280:17, 303:11, 304:2, 305:14, 305:15, 305:19, 323:5, 325:2, 325:12, 343:4, 363:22, 364:1, 364:15, 365:1

**EXIST** [2] - 313:5, 331:25

**EXISTED** [3] - 304:18, 304:21, 370:14

**EXISTENCE** [1] - 353:5

**EXISTING** [3] - 300:11, 361:16, 362:5

**EXISTS** [1] - 306:15

**EXPAND** [4] - 297:25, 341:19, 354:25, 355:1

**EXPECT** [1] - 329:2

**EXPECTED** [1] - 329:3

**EXPEDITIOUS** [1] - 278:7

**EXPERT** [29] - 251:3, 276:21, 279:4, 281:22, 283:11, 292:24, 293:6, 293:12, 293:13, 293:18, 294:13, 296:18, 296:20, 304:7, 306:17, 325:12, 334:15, 334:16, 335:1, 352:2, 353:2, 356:1, 357:6, 357:8, 357:20, 363:12, 366:4, 367:5

**EXPERT'S** [1] - 341:9

**EXPERTISE** [13] - 288:10, 288:16, 288:18, 289:21, 294:25, 295:23, 297:6, 297:9, 314:2, 323:19, 327:23, 333:7, 353:20

**EXPERTS** [6] - 297:24, 327:16, 343:20, 356:6, 365:9, 366:4

364:7, 364:10, 364:23, 365:5, 365:20, 366:2, 366:17, 366:20, 367:1, 367:22, 370:18, 371:20

**EXPLAIN** [6] - 277:15, 290:16, 300:23, 314:23, 348:12, 350:15

**EXPLANATION** [3] - 290:5, 344:8, 351:25

**EXPOSED** [2] - 331:23, 332:6

**EXPRESSED** [3] - 262:19, 265:13, 267:20

**EXTEND** [1] - 301:14

**EXTENDED** [4] - 303:1, 367:5, 367:16, 367:18

**EXTENDS** [3] - 299:10, 307:23, 372:2

**EXTENSIVE** [4] - 248:10, 292:4, 307:17, 367:11

**EXTENSIVELY** [2] - 343:16, 355:18

**EXTENT** [11] - 278:19, 291:22, 303:25, 306:24, 308:24, 321:4, 322:18, 359:22, 366:9, 371:7, 372:23

**EXTRA** [2] - 261:19, 351:4

**EXTRACTED** [2] - 305:14, 327:4

**EXTRAPOLATE** [1] - 347:1

**EXTREME** [1] - 362:13

**EXTREMELY** [1] - 346:19

**EXTRINSIC** [1] - 355:13

**EXTRUDED** [1] - 351:19

**EXTRUDES** [1] - 360:22

---

## F

**F** [5] - 246:8, 277:14, 280:6, 280:17, 286:15

**F-I-T-Z-G-E-R-A-L-D** [1] - 286:15

**FACE** [1] - 275:3

**FACILITATE** [2] - 257:14, 332:12

**FACILITATED** [1] - 338:19

**FACT** [21] - 254:11, 254:24, 265:24, 266:7, 267:9, 267:19, 269:15, 270:10,

270:11, 271:14, 279:5, 296:11, 302:21, 306:14, 323:21, 324:10, 328:9, 341:3, 346:1, 357:8

**FACTOR** [3] - 270:10, 296:18, 345:22

**FACTS** [3] - 277:7, 362:16, 366:12

**FACTUAL** [1] - 278:18

**FAIL** - 355:14

**FAILURE** [1] - 346:11

**FAIR** [2] - 323:18, 361:8

**FAIRLY** [5] - 265:17, 302:19, 324:13, 352:14, 352:16

**FALL** [6] - 267:25, 275:12, 301:15, 302:23, 302:24, 361:13

**FALLING** [1] - 332:5

**FAMILIAR** [1] - 297:20

**FAMILIARIZE** [1] - 307:6

**FAR** [2] - 248:21, 311:17

**FAT** [6] - 339:22, 349:4, 370:25, 371:12, 373:19

**FAYARD** [6] - 245:11, 245:12, 256:24, 257:20, 258:3

**FEASIBLE** [1] - 275:8

**FEDERAL** [8] - 251:25, 260:20, 272:11, 272:13, 275:20, 275:21, 277:13, 362:4

**FEED** [1] - 301:1

**FEEDS** [1] - 332:18

**FEEL** [2] - 252:11, 333:23

**FEELING** [1] - 334:8

**FEET** [25] - 264:21, 265:2, 282:16, 296:13, 301:11, 301:23, 302:6, 311:16, 322:23, 323:1, 323:14, 323:15, 323:16, 323:22, 325:19, 326:23, 326:25, 327:2, 327:13,

329:22, 349:19, 355:10, 359:8, 370:8

**FEW** [1] - 277:6

**FIELD** [4] - 286:25, 294:13, 323:17, 333:10

**FIELDS** [3] - 288:10, 294:9, 294:10

**FIGURE** [17] - 305:3, 313:14, 316:16, 318:1, 319:1, 319:14, 322:12, 326:24, 334:17, 337:14, 337:18, 342:1, 343:5, 343:14, 344:9, 344:12

**FIGURES** [1] - 313:8

**FILE** [2] - 259:2, 303:24

**FILED** [1] - 248:16

**FILL** [1] - 310:18

**FILLED** [2] - 337:19, 360:23

**FILLING** [1] - 351:11

**FINAL** [4] - 275:23, 304:23, 321:10, 366:11

**FINALLY** [4] - 307:2, 307:17, 316:20, 333:6

**FIND** [3] - 326:9, 327:10, 352:11

**FINDING** [1] - 366:19

**FINDINGS** [2] - 366:12, 366:18

**FINE** [7] - 278:10, 339:14, 339:17, 339:24, 340:6, 343:10, 354:5

**FIRM** [5] - 244:19, 245:4, 245:7, 245:22, 261:1

**FIRST** [23] - 248:8, 253:1, 266:13, 277:21, 285:15, 288:24, 293:24, 298:22, 304:17, 304:25, 306:5, 306:20, 312:21, 314:7, 326:22, 329:14, 338:7, 346:19, 368:13, 368:24, 369:17, 372:1, 372:21

**FIT** [1] - 276:7

**FITZGERALD** [23] - 247:13, 276:21, 279:9, 285:15, 286:7, 286:10, 286:14, 286:21, 288:4, 288:24, 292:17, 293:17, 295:12,

295:19, 297:23, 300:4, 324:1, 347:25, 348:12, 363:13, 368:1, 369:17

**FITZGERALD'S** [1] - 285:11

**FIVE** [2] - 261:11, 336:24

**FLAT** [1] - 359:11

**FLOOD** [6] - 271:2, 271:7, 271:15, 339:19, 346:2, 355:13

**FLOODING** [5] - 262:22, 263:2, 287:6, 293:22, 301:18, 355:14

**FLOODS** [1] - 352:14

**FLORIDA** [1] - 245:12

**FLOW** [6] - 346:25, 349:5, 351:3, 358:23, 359:16, 359:21

**FLOWED** [1] - 371:4

**FLOWING** [1] - 340:22

**FLOWN** [1] - 302:5

**FLOWS** [1] - 359:18

**FLUFF** [2] - 348:23

**FLUID** [4] - 284:3, 289:8, 289:11, 357:4

**FLUX** [1] - 256:23

**FOCUS** [2] - 296:1, 338:6

**FOCUSED** [1] - 323:9

**FOCUSSING** [2] - 290:23, 312:12

**FOLKS** [1] - 270:11

**FOLLOW** [2] - 255:1, 259:1

**FOLLOW-UP** [1] - 259:1

**FOLLOWING** [4] - 260:25, 281:16, 287:4, 362:8

**FOLLOWS** [3] - 249:14, 259:24, 286:11

**FOOT** [4] - 284:8, 284:11, 284:12, 302:23

**FOOTBALL** [2] - 323:16, 333:10

**FOOTPRINT** [3] - 299:1, 299:7, 309:4

**FOR** [144] - 244:12, 245:22, 246:4, 247:4, 248:13, 249:5, 249:11, 249:16, 249:19, 250:18,

251:20, 253:2, 253:4, 255:3, 256:17, 257:10, 257:23, 259:13, 259:18, 259:21, 260:1, 260:13, 260:15, 260:16, 260:20, 260:21, 260:25, 261:3, 262:13, 264:25, 265:14, 266:2, 267:2, 267:11, 267:19, 268:6, 268:9, 268:10, 269:9, 270:21, 271:9, 272:15, 272:17, 273:6, 273:20, 274:3, 274:11, 274:13, 274:18, 275:17, 277:2, 277:7, 278:11, 278:17, 279:13, 280:5, 280:8, 280:10, 280:14, 281:4, 281:13, 283:4, 283:15, 283:17, 283:24, 283:25, 286:6, 286:13, 289:5, 289:23, 290:13, 292:6, 292:9, 293:5, 293:8, 294:8, 294:11, 294:13, 295:7, 298:10, 301:8, 301:16, 302:11, 303:2, 304:7, 305:13, 306:15, 306:25, 307:4, 308:1, 308:6, 309:13, 309:15, 313:5, 313:6, 314:12, 315:2, 316:25, 317:12, 317:21, 322:4, 322:8, 322:15, 323:11, 326:9, 326:20, 326:23, 333:20, 336:4, 336:5, 337:8, 338:15, 340:2, 343:19, 343:22, 346:8, 346:11, 347:5, 348:1, 348:8, 349:13, 350:17, 351:23, 352:25, 357:2, 357:9, 359:1, 362:4, 365:24, 366:13, 367:1, 367:3, 367:23, 368:16, 369:21, 369:23, 370:20, 371:13, 372:17, 374:5

**FORCE** [6] - 348:15, 348:17, 358:17, 360:21, 373:18

**FOREGOING** [1] - 374:16

**FORESHORE** [5] -

255:9, 255:18, 265:10, 265:15, 268:6

**FORGET** [1] - 336:19

**FORGIVE** [1] - 310:9

**FORGOT** [1] - 258:18

**FORM** [1] - 331:6

**FORMAL** [4] - 268:14, 268:17, 277:12, 292:12

**FORMALLY** [1] - 292:16

**FORMATION** [5] - 291:8, 291:22, 301:9, 313:1, 322:2

**FORMED** [5] - 290:18, 314:17, 328:24, 329:7, 332:2

**FORMING** [1] - 290:20

**FORMS** [1] - 289:14

**FORTH** [2] - 286:17, 313:14

**FORWARD** [1] - 292:22

**FORWARDED** [1] - 252:23

**FOUND** [3] - 309:14, 310:24, 343:11

**FOUNDATIONAL** [1] - 278:18

**FOUR** [3] - 275:2, 329:12, 332:25

**FRAME** [2] - 254:17, 312:5

**FRANK** [4] - 245:5, 249:5, 250:4, 260:9

**FRANKLIN** [1] - 246:13

**FREQUENTLY** [1] - 273:21

**FRESH** [11] - 307:9, 307:17, 307:24, 309:2, 309:8, 309:22, 310:1, 310:18, 310:19, 332:7

**FRESHENED** [1] - 309:16

**FRESHER** [1] - 301:19

**FRESHING** [1] - 307:14

**FRESHWATER** [4] - 296:9, 296:11, 310:16, 311:14

**FRICTION** [1] - 297:2

**FRIDAY** [1] - 256:16

**FROM** [114] - 250:10, 260:11, 262:11, 262:22, 263:2, 265:4,

265:6, 265:8, 265:13, 267:4, 268:14, 272:25, 273:3, 273:12, 277:18, 278:21, 279:2, 279:6, 279:10, 279:19, 279:24, 280:6, 280:9, 280:10, 280:11, 280:14, 284:8, 289:16, 293:6, 295:23, 300:8, 300:16, 303:9, 304:7, 304:18, 305:2, 305:14, 306:2, 306:7, 306:16, 306:21, 306:23, 307:3, 307:13, 307:15, 308:11, 308:19, 308:20, 309:8, 310:17, 311:14, 313:10, 314:8, 314:17, 315:13, 315:14, 316:10, 317:4, 317:17, 322:25, 323:10, 323:18, 323:19, 325:3, 325:18, 325:19, 326:6, 327:4, 328:16, 329:22, 331:2, 331:3, 331:6, 331:11, 332:3, 333:6, 333:22, 334:23, 335:25, 339:6, 342:13, 345:6, 345:7, 345:18, 347:1, 347:13, 348:15, 350:20, 351:1, 351:12, 351:19, 351:20, 352:1, 352:9, 356:3, 361:14, 362:10, 363:11, 363:12, 367:6, 369:11, 369:18, 369:20, 369:24, 370:9, 371:12, 372:2, 373:16, 374:16

**FRONT** [1] - 329:16
**FRUGÉ** [1] - 286:5
**FUNCTION** [2] - 345:16, 353:7
**FUNDAMENTAL** [1] - 278:18
**FUNDED** [1] - 250:21
**FUNDING** [3] - 251:21, 251:24, 267:11
**FUNDS** [2] - 268:10, 275:20
**FURTHER** [8] - 255:18, 271:19,

276:9, 276:12, 283:3, 309:12, 315:14, 353:23
**FURTHERMORE** [1] - 287:7

# G

**G** [3] - 246:10, 248:1, 286:15
**GARNER** [1] - 295:23
**GATHERS** [1] - 314:22
**GAVE** [1] - 293:22
**GENERAL** [25] - 251:2, 251:5, 251:7, 251:8, 251:10, 252:16, 258:17, 259:12, 268:20, 271:24, 272:24, 273:11, 274:9, 275:6, 289:1, 298:3, 351:17, 351:18, 351:19, 354:6, 355:17, 356:12, 357:11, 363:9, 369:13
**GENERALLY** [5] - 307:13, 307:14, 319:19, 356:3, 359:5
**GENERATED** [2] - 330:20, 331:18
**GEOGRAPHIC** [1] - 294:12
**GEOGRAPHICAL** [1] - 260:19
**GEOGRAPHICALLY** [1] - 363:14
**GEOGRAPHY** [1] - 277:21
**GEOLOGIC** [2] - 356:19, 369:20
**GEOLOGICAL** [6] - 290:10, 294:17, 332:18, 338:14, 369:21
**GEOLOGIST** [1] - 350:18
**GEOLOGISTS** [2] - 351:10, 351:13
**GEOLOGY** [1] - 363:10
**GEOMORPHOLOGICAL** [1] - 373:16
**GEOMORPHOLOGIST** [1] - 306:17
**GEOMORPHOLOGY** [7] - 286:23, 288:18, 290:15, 290:17, 290:23, 292:17

**GET** [34] - 248:12, 254:1, 256:18, 261:17, 276:1, 277:4, 277:25, 281:12, 284:6, 284:20, 286:23, 288:21, 289:24, 291:3, 297:4, 314:11, 317:4, 317:22, 323:22, 324:20, 329:21, 333:13, 334:3, 336:5, 336:22, 337:10, 338:8, 347:11, 353:15, 362:12, 365:7, 365:22, 368:10, 368:11
**GETS** [3] - 259:10, 365:14, 368:11
**GETTING** [4] - 298:9, 312:20, 344:2, 361:23
**GIANT** [1] - 365:20
**GILBERT** [2] - 245:22, 245:22
**GIS** [4] - 310:6, 310:23, 321:12, 322:7
**GIVE** [10] - 257:14, 259:9, 261:20, 293:19, 317:5, 322:20, 326:8, 329:9, 360:8, 362:25
**GIVEN** [4] - 297:5, 314:8, 350:11, 352:8
**GIVES** [1] - 326:3
**GIVING** [3] - 276:25, 300:2, 337:8
**GIWW** [1] - 279:19
**GLASSES** [1] - 299:13
**GO** [63] - 251:13, 256:19, 261:22, 264:25, 266:10, 268:22, 271:8, 274:19, 276:1, 276:6, 276:25, 277:18, 277:22, 278:7, 278:17, 283:3, 284:16, 284:19, 288:23, 289:2, 289:22, 291:14, 292:12, 292:15, 293:20, 294:3, 294:7, 297:22, 298:23, 303:13, 303:23, 304:13, 306:12, 307:21, 310:8, 311:10, 312:14, 312:25, 320:10, 326:18, 328:17, 336:7, 337:16, 338:15, 340:15,

341:21, 342:24, 342:25, 343:18, 345:10, 346:17, 347:23, 350:9, 353:16, 353:17, 360:14, 365:23, 366:9, 367:7, 368:10
**GOD** [1] - 327:7
**GOES** [9] - 258:17, 279:6, 279:10, 329:1, 338:11, 340:4, 341:11, 343:23, 372:25
**GOING** [82] - 248:12, 251:1, 252:14, 253:19, 255:17, 256:16, 256:17, 256:19, 256:25, 257:6, 257:13, 257:20, 263:12, 263:21, 266:5, 270:15, 272:2, 272:19, 274:23, 275:16, 277:5, 277:23, 278:20, 278:22, 279:14, 283:8, 283:14, 283:19, 283:21, 284:3, 284:16, 284:17, 284:18, 285:15, 286:18, 286:21, 288:21, 293:20, 293:25, 294:3, 294:6, 297:6, 303:16, 305:13, 310:23, 315:14, 319:12, 319:19, 324:1, 324:6, 326:13, 335:25, 336:15, 341:24, 343:18, 343:19, 343:20, 344:25, 346:25, 348:21, 351:22, 352:6, 354:15, 355:2, 355:4, 355:11, 356:15, 356:21, 357:5, 357:8, 357:11, 362:11, 362:25, 365:5, 365:6, 365:18, 365:19, 366:8, 367:5, 367:17, 373:5
**GONE** [1] - 315:20
**GOOD** [20] - 248:8, 248:25, 249:2, 249:3, 249:6, 250:2, 250:3, 256:21, 257:23, 260:9, 261:15, 261:22, 271:22, 286:4, 324:13, 337:12, 355:24,

362:16, 365:21
**GOT** [9] - 305:18, 315:9, 317:21, 336:12, 337:11, 345:15, 353:21, 355:17, 356:5
**GOTCHA** [3] - 249:1, 316:5, 316:14
**GOTTEN** [1] - 354:2
**GOVERN** [1] - 356:8
**GOVERNMENT** [1] - 245:9
**GOVERNMENT** [17] - 248:20, 257:21, 271:21, 272:13, 277:24, 280:24, 292:5, 303:15, 304:3, 325:9, 325:11, 326:20, 345:15, 356:11, 363:17, 364:14, 366:13
**GOVERNMENT'S** [6] - 259:8, 292:19, 354:25, 365:21, 366:9, 369:13
**GOVERNS** [1] - 356:4
**GRADE** [2] - 270:9, 360:10
**GRAIN** [3] - 339:17, 339:20, 339:24
**GRAINED** [1] - 339:14
**GRAND** [1] - 340:14
**GRAPH** [7] - 326:23, 363:6, 368:7, 368:9, 368:14, 369:5, 369:19
**GRAPHIC** [5] - 326:12, 362:16, 363:1, 363:3, 368:1
**GRAPHICALLY** [1] - 365:15
**GRAPHS** [2] - 355:10, 369:2
**GRASS** [1] - 311:16
**GRAVAMEN** [1] - 355:8
**GRAVEL** [1] - 289:7
**GREAT** [11] - 296:14, 301:8, 320:15, 329:23, 334:1, 339:23, 339:25, 353:22, 355:10, 359:7, 366:14
**GREATER** [8] - 254:22, 254:23, 256:5, 286:24, 293:25, 370:23, 371:7
**GREEN** [12] - 279:7, 298:24, 298:25,

299:2, 299:16, 307:9, 307:10, 322:17, 324:13, 325:5, 338:24
**GREIF** [1] - 246:7
**GREW** [1] - 301:11
**GROWTH** [1] - 321:25
**GUESS** [2] - 284:13, 312:19
**GULF** [11] - 260:22, 262:23, 263:17, 264:6, 264:10, 271:11, 279:11, 299:11, 303:4, 335:6, 339:1
**GUY** [2] - 283:21, 284:17

# H

**HABITAT** [24] - 287:4, 296:3, 296:6, 296:7, 298:4, 298:6, 298:9, 298:11, 298:16, 298:20, 299:10, 300:12, 300:14, 300:16, 300:18, 301:20, 304:17, 305:2, 306:14, 308:19, 308:25, 309:6, 312:1, 319:2
**HAD** [43] - 250:8, 250:14, 251:24, 252:2, 260:10, 261:10, 263:7, 264:4, 264:13, 264:16, 264:23, 266:4, 266:18, 266:20, 268:10, 269:10, 269:13, 278:11, 283:4, 285:2, 287:7, 288:24, 292:1, 292:2, 302:11, 319:25, 320:11, 320:19, 320:22, 337:21, 342:8, 344:8, 349:1, 351:10, 352:22, 353:25, 355:12, 357:19, 357:21, 363:17, 367:7, 367:10, 373:18
**HADN'T** [1] - 272:1
**HAND** [8] - 259:22, 286:9, 299:12, 299:22, 308:6, 322:22, 368:6, 368:9
**HANGING** [1] - 365:10
**HAPPEN** [5] - 298:13, 298:14,

302:17, 364:17, 364:20
**HAPPENED** [4] - 311:4, 315:8, 317:5, 354:22
**HAPPENING** [1] - 347:9
**HAPPENS** [1] - 290:5
**HARBOR** [3] - 250:16, 271:5, 271:8
**HAS** [57] - 254:15, 268:16, 268:17, 268:21, 271:24, 272:1, 274:5, 274:6, 275:22, 281:2, 286:17, 289:11, 293:3, 293:6, 294:13, 294:20, 296:7, 296:9, 296:17, 297:5, 298:23, 300:11, 300:25, 302:19, 302:23, 309:1, 309:2, 309:5, 309:22, 309:25, 310:18, 311:15, 314:21, 316:21, 318:14, 320:15, 322:18, 322:20, 323:24, 324:17, 324:19, 325:20, 327:14, 332:17, 332:20, 333:14, 340:20, 342:8, 344:13, 345:15, 356:11, 360:21, 363:16, 366:1, 372:18
**HASHED** [1] - 357:17
**HASN'T** [1] - 363:17
**HATE** [2] - 257:23, 341:16
**HAVE** [172] - 248:13, 248:15, 248:19, 248:21, 248:22, 249:22, 250:5, 250:6, 252:1, 252:9, 253:4, 253:12, 256:25, 257:1, 257:5, 257:24, 258:9, 259:19, 260:10, 260:11, 261:19, 265:1, 265:17, 266:25, 267:21, 268:2, 268:3, 268:4, 268:11, 268:17, 269:15, 270:1, 270:6, 270:18, 271:8, 271:19, 272:15, 272:18, 274:10, 275:12, 276:3, 276:9, 276:12,

276:14, 277:8, 277:24, 278:11, 279:1, 279:4, 281:1, 281:13, 281:18, 283:7, 283:11, 283:23, 283:24, 284:3, 284:4, 284:6, 284:12, 284:15, 284:22, 285:4, 288:8, 288:13, 288:16, 288:18, 289:24, 290:11, 292:1, 292:2, 292:3, 293:2, 293:9, 295:5, 295:16, 296:13, 298:7, 298:18, 298:22, 299:4, 299:13, 301:19, 302:2, 302:3, 303:18, 304:2, 305:5, 307:14, 307:17, 309:15, 312:16, 315:12, 316:17, 319:5, 319:7, 320:3, 322:8, 324:14, 325:2, 325:16, 327:7, 327:10, 331:5, 331:9, 332:25, 333:10, 334:7, 336:16, 337:25, 339:23, 341:24, 342:11, 342:14, 342:22, 343:6, 343:9, 343:13, 343:17, 344:25, 345:16, 346:4, 346:5, 347:15, 348:5, 348:8, 349:3, 350:4, 350:16, 351:23, 354:6, 354:10, 354:15, 354:22, 356:8, 356:9, 356:14, 357:4, 357:20, 358:1, 358:20, 359:8, 359:10, 359:15, 359:23, 361:2, 361:13, 362:6, 362:22, 363:11, 363:23, 364:5, 364:14, 364:20, 365:1, 365:4, 365:18, 366:13, 367:1, 367:16, 367:18, 370:24, 371:3, 371:16, 373:17
**HAVEN'T** [4] - 274:21, 303:25, 354:1, 364:25
**HAVING** [3] - 262:24, 270:4, 356:25
**HAYDEL** [2] - 261:1, 261:6
**HAZARD** [1] - 269:8

**HB-406** [1] - 246:16
**HE** [70] - 250:25, 251:2, 251:5, 251:6, 251:10, 256:13, 257:1, 257:5, 259:10, 262:14, 262:15, 262:19, 265:20, 265:21, 273:8, 274:4, 274:24, 278:8, 282:4, 282:14, 282:23, 283:1, 283:13, 283:14, 283:15, 283:17, 283:20, 283:21, 283:24, 284:18, 284:19, 284:21, 286:24, 287:1, 296:20, 296:23, 296:25, 297:1, 297:5, 297:6, 297:7, 297:8, 297:14, 297:15, 297:19, 305:17, 308:10, 321:24, 336:12, 336:20, 336:21, 348:4, 354:6, 354:21, 356:18, 357:8, 361:24, 361:25, 362:1, 362:25, 363:15, 365:15, 366:5, 366:6
**HE'S** [6] - 251:1, 256:19, 287:19, 336:12, 354:7, 354:24
**HEAD** [1] - 297:13
**HEADED** [2] - 294:22
**HEADQUARTERS** [1] - 268:12
**HEADS** [1] - 282:8
**HEAR** [2] - 285:2, 327:15
**HEARD** [1] - 244:8
**HEIGHT** [11] - 283:20, 311:16, 329:22, 330:24, 331:7, 345:21, 362:23, 368:25, 369:8, 369:24, 371:6
**HEIGHTEN** [1] - 372:14
**HEIGHTS** [6] - 361:18, 362:15, 363:12, 368:4, 368:5, 368:15
**HELD** [2] - 281:16, 362:8
**HELICOPTER** [3] - 314:10, 314:11, 317:21
**HELP** [5] - 258:5, 277:20, 278:22,

278:25, 294:6
**HELPED** [1] - 278:13
**HELPFUL** [2] - 277:6, 277:20
**HER** [3] - 325:22, 341:11, 349:24
**HERE** [94] - 250:15, 251:3, 256:16, 257:1, 259:10, 274:21, 284:18, 290:10, 290:11, 298:24, 299:6, 299:9, 299:10, 299:12, 301:13, 302:21, 307:10, 307:15, 307:22, 308:23, 309:3, 309:4, 309:17, 309:20, 309:21, 309:23, 309:25, 310:3, 311:3, 311:4, 311:7, 311:8, 312:5, 314:21, 315:11, 315:12, 316:17, 318:9, 318:10, 318:11, 319:17, 319:18, 320:18, 320:22, 321:10, 321:14, 321:18, 322:18, 322:21, 324:12, 325:7, 334:23, 338:11, 338:13, 338:23, 338:24, 339:3, 339:6, 341:25, 347:25, 350:22, 351:22, 352:6, 354:23, 355:9, 356:4, 356:18, 356:23, 357:6, 357:11, 358:20, 358:23, 359:3, 359:4, 359:8, 359:9, 359:17, 359:18, 359:20, 359:21, 363:4, 363:5, 365:7, 368:5, 368:6, 368:7, 368:10, 368:13, 368:15, 371:17, 374:2
**HEREBY** [1] - 374:15
**HIGH** [4] - 284:7, 284:8, 302:20, 351:2
**HIGHER** [3] - 268:11, 277:7, 368:11
**HIGHEST** [1] - 368:22
**HIGHLIGHT** [2] - 259:9, 310:6
**HIGHLIGHTED** [2] - 350:22, 350:25
**HIGHLIGHTS** [1] - 261:24

**HIM** [30] - 250:25, 251:2, 251:5, 257:1, 257:5, 257:10, 257:15, 257:17, 263:21, 265:20, 273:12, 274:7, 283:12, 283:13, 283:14, 283:15, 283:20, 283:24, 284:22, 287:18, 288:21, 292:10, 292:12, 295:13, 354:23, 356:2, 360:7, 365:19

**HINGES** [1] - 355:16
**HIS** [44] - 253:13, 256:17, 263:2, 265:1, 273:12, 274:4, 274:12, 274:21, 281:23, 282:11, 283:11, 284:14, 286:17, 286:23, 286:25, 287:17, 287:25, 292:3, 292:7, 292:23, 292:24, 297:1, 297:9, 297:19, 297:20, 305:5, 306:14, 326:7, 333:14, 336:10, 341:11, 341:12, 343:16, 349:24, 353:20, 357:8, 361:24, 363:15, 366:4, 366:5, 366:7, 370:2, 372:22, 373:1
**HISTORICAL** [3] - 294:15, 313:2, 317:4
**HISTORY** [5] - 312:24, 340:5, 372:1, 372:2, 372:3
**HIT** [1] - 367:4
**HOISTING** [1] - 365:10
**HOLD** [2] - 337:16, 342:4
**HOLDS** [1] - 332:10
**HOLE** [1] - 358:21
**HOLTHAUS** [1] - 286:5
**HOMOGENEOUS** [1] - 352:15
**HONESTLY** [1] - 270:12
**HONEYCUTT** [1] - 245:11
**HONOR** [167] - 248:7, 248:22, 249:2, 249:5, 249:7, 249:10, 250:22, 251:9, 253:22, 255:5, 256:9,

256:11, 256:24, 257:3, 257:7, 257:12, 258:3, 258:4, 258:10, 258:14, 258:19, 258:24, 259:1, 259:11, 260:5, 261:19, 263:20, 273:6, 274:1, 274:23, 274:24, 275:16, 276:9, 276:12, 276:19, 276:20, 277:2, 277:6, 277:25, 281:1, 281:7, 281:11, 281:13, 282:5, 282:18, 283:2, 283:12, 284:24, 285:1, 285:11, 285:23, 286:4, 286:16, 286:25, 287:21, 287:24, 288:20, 288:24, 289:20, 290:15, 292:1, 292:6, 292:11, 292:14, 292:16, 293:10, 296:17, 296:20, 297:16, 297:24, 298:23, 303:9, 303:19, 304:10, 304:17, 305:6, 305:9, 305:12, 305:22, 307:6, 308:2, 309:19, 313:13, 313:24, 317:9, 317:23, 319:12, 322:12, 324:8, 324:25, 325:9, 325:24, 326:4, 326:7, 326:15, 326:18, 327:5, 327:25, 328:19, 334:2, 336:4, 336:6, 336:8, 336:13, 337:8, 337:19, 338:3, 341:9, 341:18, 342:1, 342:3, 342:6, 342:9, 342:12, 342:15, 343:4, 343:16, 343:25, 344:5, 344:11, 344:24, 345:5, 345:9, 346:7, 346:8, 346:13, 346:18, 346:23, 347:5, 347:8, 347:17, 349:22, 353:18, 354:14, 354:18, 355:7, 355:9, 355:20, 355:23, 355:24, 356:7, 356:17, 356:23, 357:16, 358:4, 358:10, 361:22, 362:3, 362:7, 362:13, 364:8, 365:3,

366:10, 366:11, 366:25, 367:10, 367:15, 367:21, 368:1, 369:15, 371:19, 372:16, 372:21, 373:6, 373:24, 374:1, 374:6
**HONOR'S** [1] - 352:25
**HONORABLE** [1] - 244:8
**HOPE** [4] - 259:19, 262:20, 293:22, 327:7
**HOPE** [1] - 244:13
**HOPEFULLY** [1] - 278:6
**HOT** [3] - 265:18, 265:19, 265:20
**HOUR** [1] - 278:13
**HOUSE** [2] - 282:2, 282:16
**HOUSEKEEPING** [2] - 308:1, 308:6
**HOUSES** [1] - 281:19
**HOUSTON** [1] - 283:14
**HOW** [33] - 261:8, 267:7, 267:11, 274:16, 276:16, 278:4, 288:8, 289:10, 289:11, 289:12, 289:13, 290:19, 297:1, 298:19, 311:2, 311:4, 311:7, 316:21, 322:20, 325:22, 336:22, 340:13, 344:20, 345:7, 346:14, 348:2, 351:5, 353:24, 354:1, 354:11, 356:15, 358:13
**HOWEVER** [7] - 253:20, 265:13, 282:11, 293:2, 331:9, 348:19, 358:20
**HULL** [1] - 329:21
**HUMAN** [1] - 287:2
**HUNDREDS** [1] - 325:19
**HURRICANE** [16] - 254:14, 262:22, 264:4, 269:16, 269:20, 269:22, 270:2, 270:14, 270:23, 288:13, 290:22, 328:22, 328:23, 353:19, 355:12, 367:4
**HURRICANES** [1] - 254:25

**HYDRAULIC** [1] - 263:5
**HYPOTHETICAL** [1] - 250:23

**I**

**I** [445] - 247:2, 248:1, 248:10, 248:11, 248:12, 248:13, 248:15, 248:16, 248:17, 248:18, 248:20, 248:21, 249:10, 250:5, 250:6, 250:8, 250:9, 250:17, 251:6, 251:8, 251:9, 252:9, 252:14, 252:25, 253:3, 253:6, 253:10, 253:19, 254:1, 254:4, 254:6, 254:9, 254:12, 254:18, 254:20, 255:10, 255:13, 255:21, 256:7, 256:14, 256:19, 257:4, 257:13, 257:20, 257:23, 258:3, 258:16, 258:17, 258:19, 259:2, 259:4, 259:18, 259:19, 260:5, 260:9, 260:11, 260:17, 261:2, 261:6, 261:9, 261:12, 261:13, 261:17, 261:19, 261:20, 262:7, 262:19, 263:12, 263:21, 264:3, 264:12, 264:23, 264:24, 265:17, 265:21, 265:22, 266:4, 266:7, 266:25, 267:3, 267:4, 267:12, 267:13, 267:15, 267:23, 268:2, 268:4, 268:5, 268:10, 268:11, 268:19, 268:25, 269:3, 269:6, 269:9, 269:11, 269:24, 270:8, 270:9, 270:12, 270:13, 270:16, 270:18, 270:19, 270:20, 270:22, 271:8, 271:10, 271:12, 271:19, 271:22, 272:19, 273:2, 273:15, 274:10, 274:15, 274:16, 274:20, 274:21, 274:22, 274:23,

275:4, 275:9, 275:11, 275:16, 275:18, 276:3, 276:9, 276:12, 276:15, 277:22, 278:4, 279:5, 281:2, 281:24, 281:25, 282:2, 282:6, 282:12, 282:18, 282:20, 283:19, 284:1, 284:2, 284:9, 284:10, 284:12, 284:17, 284:22, 285:1, 285:3, 285:7, 285:12, 285:14, 285:19, 286:15, 286:17, 286:20, 287:16, 288:18, 288:21, 288:23, 288:24, 289:15, 290:4, 291:13, 292:2, 292:24, 293:3, 293:5, 293:22, 294:6, 294:11, 294:14, 294:15, 294:20, 295:13, 295:15, 296:2, 297:1, 297:5, 298:22, 299:14, 301:13, 301:14, 302:2, 302:5, 302:7, 302:10, 303:8, 303:14, 303:16, 303:19, 303:20, 304:1, 304:20, 305:3, 305:4, 305:7, 305:8, 305:10, 307:11, 307:22, 308:2, 310:6, 310:9, 311:4, 311:13, 311:19, 312:11, 312:16, 312:19, 314:1, 315:21, 315:22, 316:5, 316:11, 316:15, 317:10, 318:19, 319:9, 320:2, 320:20, 321:16, 322:12, 323:19, 323:25, 324:1, 325:8, 325:15, 325:16, 325:18, 326:5, 326:9, 326:11, 326:13, 327:7, 327:11, 327:13, 327:14, 327:15, 327:16, 328:2, 328:15, 328:19, 329:11, 333:4, 333:10, 333:13, 333:17, 333:20, 333:21, 333:23, 333:24, 334:7, 334:13, 334:19, 334:21, 335:15,

336:5, 336:11,
336:19, 337:21,
337:22, 339:3, 339:9,
341:16, 341:19,
341:21, 341:24,
341:25, 342:14,
342:24, 343:6, 343:9,
343:10, 343:13,
343:17, 343:18,
343:19, 343:21,
345:19, 345:25,
346:4, 346:9, 346:14,
346:21, 346:24,
346:25, 347:8,
347:11, 347:15,
347:16, 347:17,
347:18, 348:1, 348:3,
348:8, 348:11, 350:1,
350:6, 350:8, 350:19,
351:17, 352:6,
352:14, 353:24,
353:25, 354:4, 354:6,
354:12, 354:17,
354:18, 354:21,
354:23, 354:24,
355:1, 355:4, 355:6,
355:8, 355:12,
355:20, 356:4, 356:8,
356:12, 356:17,
357:5, 357:8, 357:10,
357:11, 357:16,
357:17, 357:19,
357:20, 358:3, 358:8,
358:15, 359:20,
360:2, 361:2, 361:11,
361:12, 361:22,
362:9, 364:2, 364:3,
364:12, 364:15,
364:16, 364:18,
364:20, 364:21,
365:3, 365:6, 365:12,
365:13, 365:14,
365:17, 365:18,
365:19, 365:20,
365:22, 365:24,
366:8, 366:11,
366:12, 366:16,
366:21, 366:25,
367:3, 367:6, 367:8,
367:10, 367:13,
367:17, 368:6,
368:11, 368:13,
368:15, 371:1,
372:16, 372:21,
372:25, 373:1, 373:5,
373:8, 374:3, 374:15
**I'D** [3] - 310:6,
310:25, 333:17
**I'LL** [21] - 251:6,
256:9, 261:20,
261:24, 262:4,

263:20, 274:7,
277:15, 277:20,
284:12, 299:13,
302:4, 304:17, 307:7,
307:9, 318:6, 333:25,
338:10, 341:25,
344:13, 355:18
**I'M** [28] - 248:12,
250:5, 255:14,
262:15, 265:18,
268:5, 268:16, 273:2,
277:24, 277:25,
284:13, 288:6,
293:23, 295:10,
296:3, 298:9, 308:2,
312:14, 315:23,
325:15, 334:6, 342:4,
342:12, 342:19,
343:1, 348:4, 359:11,
373:14
**I'VE** [19] - 248:25,
250:8, 256:24,
260:10, 262:7,
263:21, 267:23,
302:5, 320:7, 325:21,
326:5, 326:10, 327:3,
327:6, 327:11,
327:13, 334:14,
353:21, 355:17
**IBOS** [2] - 374:15,
374:20
**IBOS** [1] - 246:15
**ICE** [1] - 289:9
**IDEA** [9] - 256:18,
257:23, 317:5,
322:20, 338:8, 344:6,
347:15, 355:17,
360:17
**IDENTIFY** [2] -
305:17, 336:21
**IF** [113] - 250:9,
250:18, 251:5,
251:18, 252:5,
252:16, 257:4,
257:22, 258:1,
258:16, 261:11,
261:18, 261:19,
262:2, 265:4, 265:20,
269:5, 271:24, 272:3,
272:6, 272:10, 273:9,
274:5, 275:1, 275:24,
276:22, 276:23,
277:7, 277:15,
277:20, 278:1, 278:2,
278:9, 279:16, 281:1,
281:11, 282:1,
282:10, 282:14,
284:3, 284:4, 284:11,
285:2, 289:23,
290:18, 293:8, 295:3,

297:4, 297:8, 297:18,
300:1, 302:10,
303:14, 304:3, 305:7,
305:19, 308:10,
310:6, 310:9, 311:4,
312:16, 313:10,
316:16, 318:12,
321:24, 323:13,
323:21, 325:15,
326:18, 328:24,
328:25, 331:5,
333:21, 333:22,
334:4, 334:9, 334:14,
334:21, 336:14,
336:20, 337:24,
338:21, 339:5,
340:11, 340:22,
341:14, 343:18,
345:12, 347:4,
348:17, 350:21,
351:12, 353:15,
354:1, 354:4, 354:25,
356:17, 358:17,
359:6, 360:5, 360:16,
360:17, 364:13,
364:15, 364:22,
364:25, 365:14,
371:7, 371:8, 373:8,
374:1
**IGNORE** [1] - 357:9
**IHMC** [1] - 279:7
**IHNC** [3] - 335:8,
335:10, 338:16
**II** [2] - 245:19, 246:1
**III** [4] - 247:6, 249:8,
249:13, 249:20
**ILLINOIS** [1] - 301:1
**ILLUSTRATE** [4] -
312:17, 319:10,
333:18, 351:7
**ILLUSTRATING** [1] -
351:9
**IMAGE** [3] - 326:12,
326:24, 344:17
**IMMEDIATE** [2] -
313:20, 342:19
**IMMEDIATELY** [2] -
315:3, 334:4
**IMPACT** [10] -
254:15, 278:19,
291:7, 293:21,
296:19, 300:2,
353:14, 353:19,
356:20, 370:20
**IMPACTED** [3] -
287:2, 353:7, 371:24
**IMPACTS** [7] - 264:5,
269:11, 269:12,
272:16, 272:17,
312:2, 316:18

**IMPAIRED** [1] -
346:2
**IMPINGE** [1] - 329:19
**IMPORT** [1] - 274:6
**IMPORTANCE** [4] -
296:11, 303:5,
328:22, 328:23
**IMPORTANT** [16] -
254:10, 290:8,
290:24, 296:7, 312:4,
328:4, 328:7, 331:17,
345:2, 346:19, 353:6,
354:20, 354:24,
356:5, 361:9, 370:20
**IMPORTANTLY** [1] -
301:17
**IMPRESSION** [2] -
273:12, 274:4
**IN** [421] - 248:5,
248:14, 248:15,
249:13, 251:2, 251:5,
251:8, 251:10, 253:5,
254:10, 254:17,
254:18, 254:19,
254:24, 255:18,
256:2, 256:4, 256:23,
257:2, 257:13,
257:15, 257:21,
259:1, 259:11,
259:23, 260:12,
261:3, 261:9, 261:11,
261:12, 261:13,
261:22, 262:1,
262:10, 262:22,
263:7, 263:17,
263:21, 264:3,
264:13, 265:1, 265:4,
265:18, 265:24,
266:7, 266:11,
266:14, 266:22,
267:3, 267:6, 267:9,
267:19, 268:10,
268:15, 268:16,
268:19, 269:13,
269:15, 269:17,
269:21, 270:2,
270:11, 270:12,
270:18, 270:20,
271:12, 271:14,
272:15, 273:2, 274:6,
275:14, 275:23,
276:1, 276:3, 277:8,
277:11, 277:16,
277:25, 278:23,
279:1, 279:6, 279:7,
279:9, 279:22, 280:1,
280:3, 281:20,
281:23, 282:19,
283:11, 284:11,
284:17, 284:21,

285:6, 285:8, 285:12,
285:14, 286:5,
286:10, 286:16,
286:17, 286:22,
286:24, 286:25,
287:2, 287:11,
287:19, 287:24,
288:6, 288:10,
288:13, 288:16,
288:18, 289:5, 289:6,
289:14, 290:5, 290:8,
291:4, 291:16,
292:13, 292:17,
292:23, 293:4,
293:17, 293:25,
294:4, 294:8, 294:10,
294:13, 295:14,
295:22, 296:3, 296:6,
296:7, 296:13,
296:18, 296:21,
296:23, 297:1, 297:3,
297:6, 297:9, 297:13,
297:19, 298:3, 298:7,
298:10, 298:15,
298:16, 298:17,
298:19, 298:20,
299:24, 300:8,
300:12, 300:18,
300:19, 300:21,
300:22, 300:24,
301:4, 301:19,
301:20, 301:21,
302:6, 302:21,
302:25, 303:11,
303:22, 304:2, 305:1,
305:2, 305:3, 305:4,
305:5, 305:23,
305:24, 306:6,
306:25, 307:10,
307:11, 307:25,
308:6, 308:7, 308:14,
308:17, 308:21,
308:24, 309:4,
309:18, 309:19,
310:17, 310:18,
311:7, 311:15,
311:16, 312:1, 312:5,
312:19, 312:25,
313:7, 313:8, 313:11,
313:12, 313:13,
314:2, 314:8, 314:10,
314:11, 314:13,
314:15, 314:16,
314:17, 314:21,
314:24, 315:13,
315:16, 315:20,
316:3, 317:7, 317:25,
318:3, 318:4, 318:19,
319:1, 319:6, 319:8,
319:15, 320:3, 320:6,
321:14, 321:16,

322:10, 322:13,
323:3, 323:21, 324:1,
324:10, 325:16,
325:20, 325:25,
326:1, 326:2, 326:3,
326:6, 326:22,
327:11, 327:14,
327:20, 327:23,
328:7, 328:9, 328:10,
328:20, 329:2,
329:12, 329:16,
329:21, 329:22,
330:3, 330:11,
330:15, 331:1, 331:2,
331:7, 331:9, 331:14,
331:21, 331:22,
332:2, 332:17,
332:21, 332:22,
333:1, 333:14,
333:21, 334:14,
334:16, 334:25,
335:1, 335:6, 335:7,
335:9, 337:6, 337:19,
338:6, 338:15, 339:3,
339:5, 339:12,
339:13, 339:14,
339:21, 340:4,
340:11, 340:12,
341:3, 341:4, 341:15,
341:16, 342:2,
342:11, 342:18,
343:3, 343:4, 343:16,
343:18, 343:21,
344:2, 344:4, 344:7,
344:9, 344:16,
346:18, 346:22,
347:12, 348:2,
348:13, 348:15,
348:18, 348:20,
348:23, 348:24,
348:25, 349:5,
349:19, 350:19,
350:21, 350:22,
351:18, 352:2, 352:6,
352:8, 352:9, 353:22,
353:25, 354:4, 354:8,
354:23, 355:9,
355:19, 356:4, 356:5,
356:15, 356:18,
356:24, 357:3, 357:8,
357:12, 357:13,
358:18, 358:22,
359:3, 359:19, 360:5,
360:10, 360:16,
360:23, 361:7, 361:9,
361:12, 362:17,
362:23, 362:24,
363:2, 363:4, 363:15,
364:4, 364:17,
364:22, 364:25,
365:5, 365:13,

365:19, 366:1, 366:2,
366:4, 366:5, 366:12,
366:13, 366:16,
366:19, 367:7,
367:17, 367:18,
367:20, 368:5, 368:7,
368:8, 368:11, 369:3,
369:5, 369:21,
369:25, 370:18,
372:6, 372:8, 372:9,
372:22, 373:1,
373:20, 373:22,
374:16
   **IN-BETWEEN** [2] -
315:13, 339:12
   **INAPPROPRIATE** [2]
- 250:22, 250:24
   **INCH** [2] - 331:8,
356:14
   **INCHES** [1] - 331:7
   **INCLUDE** [5] - 266:5,
266:14, 287:1,
296:21, 341:10
   **INCLUDED** [4] -
269:25, 270:1, 300:8,
344:4
   **INCLUDES** [1] -
313:3
   **INCLUDING** [2] -
268:10, 294:15
   **INCREASE** [2] -
312:8, 368:8
   **INCREASED** [1] -
368:5
   **INCREASES** [3] -
312:7, 314:24
   **INCREASING** [1] -
287:5
   **INCURSION** [5] -
309:7, 309:12, 310:3,
311:24, 331:21
   **INDEED** [3] - 324:15,
331:25, 369:14
   **INDEPENDENT** [1] -
305:14
   **INDICATED** [2] -
270:23, 350:14
   **INDICATES** [1] -
339:4
   **INDICATING** [2] -
310:11, 311:8
   **INDICATING)** [14] -
311:9, 316:4, 316:7,
318:11, 318:15,
319:19, 321:19,
325:7, 336:1, 338:1,
338:13, 339:2, 368:9,
368:12
   **INDULGE** [1] -
277:15

   **INFERENTIALLY** [1]
- 353:22
   **INFINITUM** [1] -
367:18
   **INFLEXION** [1] -
359:10
   **INFLUX** [1] - 312:7
   **INFORMATION** [11] -
254:1, 294:9, 294:11,
294:12, 294:14,
294:16, 294:18,
322:5, 322:21,
350:20, 361:24
   **INFORMATIONAL**
[1] - 308:8
   **INFUSE** [1] - 283:2
   **INHIBIT** [1] - 333:22
   **INITIAL** [1] - 249:21
   **INNER** [4] - 250:16,
271:5, 271:8, 303:3
   **INNER-HARBOR** [3]
- 250:16, 271:5, 271:8
   **INNOCUOUS** [1] -
331:8
   **INORGANIC** [1] -
332:11
   **INQUIRE** [1] - 341:19
   **INSTABILITY** [1] -
332:21
   **INSTANCE** [2] -
305:1, 309:13
   **INSTEAD** [1] -
282:15
   **INSTRUMENTAL** [1]
- 300:22
   **INSURERS** [1] -
245:22
   **INTEGRAL** [1] -
369:2
   **INTEND** [2] - 297:25,
364:9
   **INTENSITY** [1] -
279:3
   **INTENT** [1] - 277:12,
280:16
   **INTERACTIVE** [2] -
295:5, 328:17
   **INTERCONTINENT
AL** [1] - 291:17
   **INTERDISTRIBUTA
RY** [32] - 338:25,
339:8, 339:10,
339:17, 340:3,
343:22, 344:6,
346:10, 349:17,
350:24, 351:3, 352:3,
353:6, 360:22,
361:18, 362:19,
363:5, 363:10,
366:15, 368:4, 368:7,

368:20, 368:23,
369:1, 369:7, 369:18,
370:4, 370:13,
370:25, 371:4, 371:7,
373:19
   **INTERESTED** [11] -
294:4, 296:3, 296:6,
296:23, 297:1, 297:7,
297:15, 298:10,
324:1, 328:20, 354:17
   **INTERESTING** [5] -
275:25, 276:18,
309:10, 310:24, 326:4
   **INTERFACE** [1] -
321:2
   **INTERMEDIATE** [5] -
296:9, 307:9, 309:1,
309:3, 311:12
   **INTERRUPT** [1] -
348:5
   **INTERRUPTED** [1] -
352:12
   **INTERRUPTIONS** [1]
- 374:4
   **INTERSECTION** [3] -
314:14, 314:15, 356:5
   **INTERVAL** [1] -
330:24
   **INTO** [50] - 248:10,
252:15, 259:3,
262:21, 275:7, 276:7,
279:11, 283:5, 286:1,
288:23, 297:4,
297:23, 298:16,
301:1, 301:16,
301:18, 301:25,
302:24, 304:1,
304:10, 307:16,
309:1, 309:2, 309:22,
310:5, 315:14,
325:13, 328:1, 328:3,
332:19, 335:16,
336:15, 339:16,
340:17, 340:24,
344:2, 346:10, 349:2,
351:3, 359:16,
361:12, 361:23,
364:9, 364:11,
364:13, 364:16,
366:6, 366:9, 371:4,
373:19
   **INTRACOASTAL** [4]
- 271:11, 271:14,
303:2, 335:9
   **INTREPID** [1] -
306:12
   **INTRODUCE** [10] -
249:10, 250:4, 259:3,
277:12, 280:16,
303:24, 319:14,

364:9, 364:13, 366:3
   **INTRODUCED** [7] -
259:4, 259:7, 304:5,
328:1, 338:3, 364:11,
371:19
   **INTRUSION** [1] -
312:3
   **INUNDATED** [1] -
294:20
   **INVESTIGATION** [1]
- 268:20
   **INVOLVED** [7] -
258:13, 261:9, 270:2,
297:3, 348:13, 354:4,
357:10
   **INVOLVES** [1] -
280:9
   **INVOLVING** [1] -
261:4
   **IPET** [1] - 363:12
   **IRON** [1] - 336:14
   **IS** [495] - 248:12,
248:15, 248:23,
250:4, 250:11,
250:21, 250:24,
250:25, 251:3,
251:23, 251:25,
252:7, 252:14, 253:4,
253:8, 253:20,
253:25, 254:10,
255:15, 255:18,
255:19, 256:2, 256:3,
256:5, 256:16,
256:17, 257:6,
257:10, 257:13,
258:4, 258:6, 258:12,
259:19, 260:9,
260:16, 261:11,
262:5, 263:18,
263:22, 263:24,
264:25, 265:11,
265:21, 268:13,
269:16, 269:21,
269:23, 270:16,
271:2, 271:5, 271:6,
272:5, 272:8, 273:11,
273:15, 273:16,
273:21, 274:22,
275:19, 275:21,
276:4, 276:15,
276:16, 276:22,
276:23, 277:23,
278:1, 278:8, 279:9,
279:14, 279:17,
279:18, 279:21,
280:2, 280:25,
281:18, 282:2,
282:14, 282:23,
283:7, 283:13,
283:14, 283:17,

283:19, 283:21, 284:2, 284:5, 284:8, 284:15, 284:17, 284:18, 285:12, 285:14, 285:18, 286:1, 286:18, 286:21, 286:24, 288:5, 289:1, 289:4, 289:5, 289:7, 289:10, 289:11, 289:12, 289:13, 290:8, 290:12, 290:17, 290:20, 290:23, 291:4, 291:19, 292:23, 292:25, 293:4, 293:6, 293:11, 293:12, 293:13, 294:13, 294:14, 294:21, 294:25, 295:20, 295:21, 295:22, 296:3, 296:11, 296:20, 296:23, 297:1, 297:6, 297:7, 297:9, 297:12, 297:14, 297:17, 297:19, 297:20, 297:24, 298:3, 298:6, 298:8, 298:9, 298:15, 298:24, 298:25, 299:2, 299:5, 299:6, 299:12, 299:17, 299:19, 299:23, 299:24, 300:4, 300:7, 300:8, 300:9, 300:14, 300:15, 300:16, 300:21, 300:23, 301:5, 301:7, 301:24, 302:10, 302:19, 302:22, 302:24, 303:10, 304:6, 304:18, 304:20, 304:25, 305:1, 305:5, 305:7, 305:9, 305:10, 305:11, 305:13, 306:1, 306:10, 306:11, 306:12, 306:16, 306:18, 306:20, 306:22, 307:7, 307:8, 307:9, 307:14, 307:22, 308:10, 308:13, 308:18, 308:23, 309:4, 309:7, 309:10, 309:13, 310:10, 310:17, 311:3, 311:6, 311:12, 311:16, 312:12, 312:22, 313:14, 313:16, 314:1, 314:3, 314:4, 314:9, 314:11, 314:13, 315:3, 315:6,

315:17, 315:25, 316:1, 316:2, 316:5, 316:16, 317:15, 317:22, 317:23, 318:1, 318:8, 318:10, 318:11, 318:19, 319:17, 319:18, 319:23, 319:25, 320:2, 320:4, 320:6, 320:11, 320:13, 320:15, 320:17, 320:20, 320:25, 321:10, 321:14, 321:16, 321:18, 321:19, 322:4, 322:12, 322:21, 322:23, 323:3, 323:6, 323:9, 323:18, 323:19, 323:23, 324:1, 324:4, 324:13, 324:17, 324:21, 324:22, 325:24, 325:25, 326:1, 326:12, 326:19, 326:22, 327:6, 327:8, 327:9, 327:10, 327:19, 327:20, 327:22, 328:4, 328:5, 328:7, 328:10, 328:11, 328:14, 328:15, 328:23, 328:25, 329:5, 329:16, 330:12, 330:13, 330:20, 330:24, 331:17, 331:23, 332:2, 333:13, 333:15, 334:11, 334:16, 334:19, 335:1, 335:4, 335:6, 335:7, 335:10, 336:5, 336:13, 337:14, 338:10, 338:17, 338:19, 338:21, 338:24, 338:25, 339:1, 339:8, 339:9, 339:10, 339:12, 339:14, 339:23, 339:24, 340:5, 340:11, 340:18, 340:19, 340:20, 340:21, 341:1, 341:3, 341:6, 341:11, 341:14, 341:15, 341:23, 342:8, 342:14, 343:3, 343:4, 343:21, 343:3, 344:6, 344:7, 344:9, 344:14, 344:18, 344:21, 344:24, 345:2, 345:4, 345:8, 345:11, 345:21,

346:2, 346:18, 346:20, 346:25, 347:1, 347:2, 347:16, 347:25, 348:12, 348:14, 348:17, 348:20, 348:25, 349:2, 349:4, 349:12, 349:13, 349:25, 350:14, 350:17, 351:2, 351:9, 351:14, 351:22, 352:1, 352:9, 352:21, 352:24, 352:25, 353:1, 353:2, 353:5, 353:17, 354:2, 354:8, 354:9, 354:11, 354:20, 355:5, 355:8, 355:11, 356:3, 356:5, 356:10, 356:18, 356:21, 357:5, 357:7, 357:8, 357:10, 357:11, 358:12, 359:5, 359:13, 359:14, 359:21, 360:9, 360:18, 360:19, 360:21, 361:1, 361:7, 361:9, 361:11, 361:21, 361:23, 362:4, 362:5, 362:25, 363:4, 363:10, 364:7, 364:10, 364:13, 364:22, 365:15, 365:21, 366:8, 366:16, 366:19, 367:3, 367:22, 368:3, 368:14, 368:16, 368:17, 368:19, 368:22, 368:23, 368:24, 369:5, 369:7, 369:8, 369:12, 369:13, 370:19, 371:13, 371:18, 371:19, 372:1, 372:24, 374:4, 374:16

**ISLAND** [2] - 279:11, 314:14

**ISLANDS** [1] - 291:20

**ISN'T** [3] - 326:11, 339:20, 367:8

**ISRAEL** [1] - 261:11

**ISSUE** [36] - 254:5, 255:25, 257:19, 257:25, 258:5, 258:6, 258:12, 263:7, 265:25, 266:11, 266:22, 267:3, 267:5, 267:8, 267:14, 267:17, 268:4, 269:17, 269:22,

270:13, 270:19, 274:13, 274:19, 278:2, 281:17, 283:13, 289:1, 345:17, 345:20, 347:16, 347:25, 353:25, 355:18, 357:1, 366:6

**ISSUES** [8] - 264:14, 266:6, 267:2, 269:18, 278:18, 278:19, 286:25, 326:3

**IT** [344] - 248:12, 249:1, 249:16, 249:18, 250:24, 252:1, 252:6, 252:11, 252:12, 252:14, 253:1, 254:3, 254:5, 254:10, 254:15, 254:19, 255:21, 257:24, 258:1, 258:5, 258:6, 258:7, 258:8, 258:9, 258:18, 258:19, 258:21, 259:21, 260:1, 260:20, 261:14, 261:17, 261:18, 263:12, 263:13, 264:15, 265:6, 265:8, 265:17, 265:20, 265:23, 266:18, 267:17, 269:21, 270:1, 270:11, 270:20, 270:23, 271:3, 271:6, 271:16, 271:23, 271:25, 272:5, 273:6, 273:15, 273:16, 273:19, 273:25, 274:2, 274:22, 275:2, 275:4, 275:7, 276:7, 276:8, 277:8, 277:17, 278:7, 278:8, 278:13, 278:14, 278:25, 279:10, 279:24, 280:3, 280:24, 280:25, 281:14, 283:24, 284:8, 284:10, 284:25, 285:7, 285:14, 285:18, 285:21, 285:24, 286:13, 288:11, 289:6, 289:13, 289:24, 290:20, 290:24, 290:25, 291:15, 291:16, 292:24, 292:25, 293:3, 293:4, 293:6, 293:8, 294:1, 294:21, 295:7, 295:8, 295:21, 295:22,

296:2, 296:7, 296:8, 296:23, 297:1, 298:2, 298:8, 298:17, 299:13, 300:9, 300:14, 300:15, 300:16, 301:2, 301:3, 301:4, 301:14, 301:17, 302:3, 302:4, 302:5, 302:11, 302:15, 302:23, 303:2, 303:7, 303:20, 303:21, 303:23, 304:3, 304:10, 304:18, 305:1, 305:4, 305:11, 306:16, 306:18, 308:10, 308:18, 310:14, 310:19, 311:11, 313:16, 314:3, 314:4, 314:24, 315:9, 315:13, 315:22, 319:25, 320:4, 320:6, 320:7, 321:6, 321:15, 322:7, 322:13, 323:18, 324:19, 325:5, 325:19, 325:21, 326:3, 326:9, 326:10, 326:25, 327:11, 327:14, 327:22, 328:5, 328:14, 328:15, 329:1, 329:17, 330:7, 330:9, 330:13, 330:21, 331:8, 331:23, 332:7, 332:12, 332:21, 333:4, 333:14, 333:21, 336:9, 336:19, 336:21, 336:22, 337:10, 337:11, 337:22, 338:11, 339:21, 339:22, 339:25, 340:6, 340:17, 340:19, 340:20, 340:21, 340:22, 340:23, 340:24, 341:1, 341:23, 342:8, 342:14, 343:4, 343:11, 343:13, 343:19, 343:23, 344:10, 344:12, 344:19, 345:4, 345:10, 345:14, 345:18, 345:19, 345:22, 346:4, 346:5, 347:2, 347:6, 347:16, 348:16, 348:23, 350:13, 351:2, 351:20, 352:4, 352:6, 352:9, 352:24, 353:1,

353:2, 353:8, 353:15, 353:24, 353:25, 354:1, 354:4, 354:8, 354:9, 355:6, 355:8, 355:10, 355:14, 355:16, 355:17, 355:20, 355:21, 355:22, 355:23, 356:10, 356:14, 356:15, 357:9, 357:12, 357:17, 358:13, 358:18, 358:25, 359:4, 359:9, 359:17, 359:18, 359:19, 360:21, 361:7, 363:15, 363:19, 363:25, 364:13, 364:17, 364:20, 364:22, 364:23, 364:25, 365:5, 365:6, 365:13, 365:14, 365:18, 366:3, 366:4, 366:9, 366:21, 367:7, 368:11, 369:4, 370:19, 371:6, 371:19, 372:10, 373:12, 373:22

**IT'S** [121] - 250:22, 251:7, 251:11, 255:12, 256:23, 258:11, 271:22, 272:2, 272:11, 273:17, 276:18, 277:13, 278:18, 278:22, 278:23, 279:23, 281:4, 282:2, 284:3, 284:12, 285:10, 285:11, 285:12, 285:15, 289:11, 289:12, 289:24, 294:21, 295:22, 298:10, 298:13, 298:14, 298:16, 300:18, 302:5, 303:20, 304:12, 305:3, 305:5, 305:8, 306:14, 306:15, 308:25, 310:3, 310:4, 311:7, 314:14, 314:15, 315:21, 317:3, 318:15, 321:10, 322:10, 322:16, 324:6, 324:24, 325:18, 326:1, 327:4, 327:11, 328:13, 329:3, 330:2, 331:3, 331:4, 332:3, 332:5, 332:6, 332:9, 332:19, 335:9, 336:10, 340:3,

340:12, 340:14, 341:23, 342:1, 342:7, 342:9, 342:11, 343:7, 343:8, 343:18, 343:21, 344:15, 346:4, 346:19, 348:15, 348:19, 348:21, 348:22, 348:24, 353:7, 355:10, 356:3, 356:15, 357:3, 357:4, 358:3, 358:6, 359:17, 360:22, 362:5, 362:13, 362:16, 363:6, 363:9, 363:15, 364:9, 364:11, 364:25, 365:4, 365:20, 367:21, 372:22

**ITS** [17] - 287:5, 289:7, 291:8, 296:19, 301:13, 307:24, 321:11, 323:10, 328:7, 329:21, 330:21, 332:1, 345:15, 351:10, 352:22

**ITSELF** [11] - 275:17, 293:7, 294:4, 295:1, 298:15, 300:9, 316:12, 319:16, 335:7, 345:7, 361:10

## J

**J** [6] - 246:1, 247:6, 249:8, 249:13, 249:20, 249:21

**JAMES** [2] - 245:1, 246:8

**JANUARY** [1] - 263:1

**JEFF** [1] - 281:22

**JEFFERSON** [1] - 245:2

**JEFFREY** [1] - 246:6

**JEOPARDIZE** [1] - 321:7

**JOHN** [3] - 246:12, 281:18

**JOINTLY** [1] - 258:21

**JONATHAN** [1] - 244:19

**JOSEPH** [2] - 244:16, 244:16

**JOSHUA** [1] - 245:15

**JR** [1] - 246:8

**JR** [6] - 244:8, 245:5, 245:12, 245:18, 245:18, 246:5

**JUDGE** [47] - 244:8, 257:20, 277:21,

278:16, 279:5, 281:17, 285:6, 285:17, 287:8, 287:14, 288:12, 288:23, 289:4, 290:1, 290:16, 290:23, 291:6, 292:21, 292:25, 294:7, 294:8, 294:20, 296:6, 297:22, 308:10, 308:16, 312:22, 314:5, 319:5, 321:24, 323:11, 332:15, 333:14, 334:7, 334:11, 335:18, 337:1, 337:23, 338:7, 338:19, 340:17, 343:9, 350:7, 350:15, 357:18, 357:23, 371:23

**JULY** [1] - 255:11

**JUMPED** [1] - 352:17

**JUNCTURE** [2] - 269:23, 270:14

**JUNE** [1] - 314:10

**JUST** [97] - 248:9, 248:13, 249:22, 253:17, 256:14, 257:5, 259:1, 259:18, 261:21, 263:13, 269:14, 271:21, 271:24, 273:2, 273:15, 276:15, 277:5, 277:24, 277:25, 278:4, 281:1, 281:12, 284:14, 285:14, 286:18, 288:12, 291:13, 293:5, 293:22, 294:4, 294:21, 295:7, 295:13, 295:19, 298:13, 298:23, 300:4, 300:9, 303:16, 304:1, 304:2, 304:21, 307:6, 308:1, 311:2, 313:21, 315:2, 315:21, 316:9, 316:21, 317:3, 317:5, 317:12, 320:2, 321:17, 323:13, 323:24, 324:6, 326:4, 326:24, 326:25, 327:14, 328:2, 328:8, 328:16, 333:20, 333:23, 334:3, 334:7, 335:2, 337:24, 341:8, 341:23, 344:16, 345:19, 348:2, 350:11, 353:12, 354:17, 357:6,

358:18, 359:1, 360:8, 363:9, 363:13, 365:15, 365:24, 366:13, 366:21, 367:17, 368:13, 368:16, 368:24, 369:10

**JUSTICE** [1] - 246:4

**JUXTAPOSED** [1] - 318:7

## K

**K** [2] - 246:9, 246:11

**KALIMAH** [1] - 246:6

**KARA** [2] - 246:9, 292:6

**KAREN** [2] - 374:15, 374:20

**KAREN** [1] - 246:15

**KATRINA** [5] - 288:13, 290:22, 293:21, 367:4, 369:1

**KEA** [1] - 244:20

**KEEP** [4] - 315:14, 353:8, 367:17, 373:22

**KEEPING** [2] - 286:16, 301:18

**KEEPS** [1] - 353:8

**KELLS** [1] - 247:11

**KELLS** [13] - 246:7, 259:18, 259:19, 259:20, 263:19, 265:19, 272:23, 273:10, 273:14, 274:8, 275:3, 275:5, 276:9

**KEMP** [4] - 295:8, 295:9, 295:13, 295:16

**KIND** [13] - 251:1, 256:18, 258:17, 277:8, 298:9, 307:8, 308:13, 312:23, 321:12, 327:19, 356:9, 357:19, 359:17

**KINDS** [1] - 306:6

**KNEW** [7] - 254:9, 254:16, 254:17, 254:19, 350:4, 350:15, 354:7

**KNOW** [45] - 248:9, 251:6, 253:3, 256:7, 258:16, 262:1, 267:12, 267:23, 268:2, 271:23, 274:22, 284:7, 284:9, 288:22, 292:5, 293:18, 294:20, 295:13, 297:1, 302:3, 302:7, 305:4, 305:7,

305:8, 305:11, 324:1, 324:6, 326:5, 327:11, 334:7, 334:13, 345:23, 345:25, 347:16, 353:24, 354:9, 354:12, 354:13, 354:22, 354:24, 356:12, 362:10, 367:6, 367:10

**KNOWLEDGE** [14] - 259:16, 272:2, 287:8, 287:11, 287:13, 287:20, 289:1, 349:24, 349:25, 350:4, 350:16, 351:10, 352:22, 353:5

**KNOWN** [4] - 279:13, 288:13, 299:19, 351:23

**KOLB** [1] - 350:18, 369:21

## L

**L** [2] - 277:3, 286:15

**LA** [17] - 244:17, 244:21, 245:3, 245:6, 245:10, 245:13, 245:16, 245:20, 246:3, 301:7, 301:21, 302:3, 302:25, 307:23, 309:1, 309:15, 311:5

**LABELED** [3] - 313:8, 364:23, 367:21

**LACK** [1] - 265:15

**LAFAYETTE** [1] - 245:3

**LAID** [1] - 290:13

**LAKE** [11] - 264:7, 269:19, 270:2, 307:16, 309:24, 309:25, 310:1, 318:13, 335:7, 342:8, 372:9

**LAND** [9] - 279:6, 298:24, 299:17, 299:24, 299:25, 318:13, 318:16, 318:24, 319:18

**LAND/WATER** [1] - 307:2

**LANDFORM** [1] - 291:10

**LANDFORMS** [1] - 290:17

**LANDS** [1] - 272:14

**LARGE** [8] - 296:13, 301:24, 309:4, 316:21, 329:14, 331:7, 339:22, 357:9

**LARGER** [6] - 320:3, 325:25, 328:24, 329:2, 329:3
**LAST** [5] - 249:21, 258:18, 262:20, 285:6, 353:18
**LATE** [4] - 265:18, 310:17, 314:8, 315:20
**LATER** [6] - 257:21, 297:18, 301:9, 331:24, 336:16, 345:20
**LATERAL** [27] - 333:15, 335:16, 335:18, 340:25, 341:3, 342:18, 343:15, 343:22, 344:7, 344:13, 344:19, 346:9, 348:1, 348:2, 348:12, 348:14, 350:5, 350:15, 351:11, 352:22, 356:19, 358:13, 358:18, 360:9, 371:2, 371:8, 373:18
**LATERALLY** [7] - 340:24, 348:24, 349:1, 351:3, 352:15, 359:21, 360:23
**LAW** [10] - 244:16, 244:19, 245:4, 245:7, 245:18, 273:22, 274:22, 320:8, 326:9, 343:7
**LAWN** [1] - 244:23
**LAWYER'S** [1] - 245:8
**LAWYERS** [1] - 356:2
**LAY** [1] - 277:20
**LAYER** [16] - 339:8, 340:9, 340:18, 344:6, 349:4, 353:6, 360:22, 361:18, 362:15, 362:19, 363:5, 363:10, 365:16, 369:7, 370:4, 370:25
**LAYERING** [2] - 334:21, 335:15
**LAYERS** [1] - 370:14
**LAYPERSON** [1] - 290:3
**LAYS** [1] - 363:13
**LEAD** [1] - 263:21
**LEADING** [1] - 263:19
**LEAST** [9] - 267:4, 270:1, 302:6, 328:2, 348:21, 349:6, 349:7,

357:17, 361:9
**LEAVE** [1] - 275:1
**LEAVES** [3] - 332:4, 336:21, 372:12
**LEFT** [9] - 313:21, 315:4, 315:5, 315:17, 315:22, 315:25, 316:1, 368:6
**LEFT-HAND** [1] - 368:6
**LEGAL** [1] - 346:24
**LEGALLY** [1] - 276:22
**LEGEND** [1] - 352:1
**LENGTH** [3] - 307:23, 321:6, 370:7
**LESS** [5] - 258:2, 284:7, 311:17, 320:16, 320:17
**LESSER** [1] - 359:22
**LET** [42] - 248:9, 250:4, 252:21, 253:11, 257:9, 258:16, 271:21, 283:20, 284:5, 285:24, 287:18, 288:10, 292:5, 295:25, 298:23, 300:23, 306:5, 313:19, 315:2, 323:13, 324:6, 326:5, 327:14, 327:25, 333:22, 340:2, 340:25, 344:10, 346:5, 347:20, 349:20, 354:23, 355:18, 357:6, 360:7, 361:16, 362:9, 364:17, 364:20, 365:13, 365:18, 365:19
**LET'S** [6] - 271:25, 284:23, 288:23, 324:20, 338:14, 363:25
**LETTER** [14] - 262:6, 262:7, 262:8, 262:10, 268:13, 273:2, 273:8, 273:11, 273:13, 273:18, 274:6, 275:13, 275:14
**LETTER..** [1] - 273:9
**LETTERS** [3] - 267:13, 267:23, 268:24
**LEVEE** [39] - 253:5, 266:15, 315:10, 318:10, 320:5, 320:14, 321:5, 321:8, 322:2, 324:12, 325:5,

325:19, 328:7, 346:19, 347:1, 353:8, 353:19, 354:1, 354:10, 355:9, 361:18, 362:15, 362:21, 362:23, 363:12, 365:17, 366:15, 368:4, 368:5, 368:15, 368:18, 368:21, 368:25, 369:7, 369:24, 371:2, 373:2, 373:3
**LEVEES** [20] - 341:4, 341:10, 344:2, 344:3, 344:20, 345:5, 345:13, 346:17, 346:20, 348:1, 353:13, 353:14, 354:2, 354:9, 354:16, 355:14, 372:14, 372:15, 372:18, 372:19
**LEVEL** [1] - 340:5
**LEVINE** [1] - 246:8
**LEXICON** [1] - 289:21
**LIABLE** [1] - 276:23
**LIGHT** [7] - 298:25, 299:5, 307:9, 324:12, 352:16, 352:18, 367:20
**LIKE** [36] - 249:7, 251:1, 252:3, 264:6, 277:16, 279:5, 280:24, 291:1, 296:13, 300:25, 303:14, 303:16, 310:6, 310:25, 312:16, 319:9, 325:9, 330:8, 331:7, 333:17, 334:13, 334:19, 334:21, 336:16, 340:12, 345:18, 345:22, 348:5, 348:22, 349:5, 364:12, 365:25, 369:2, 372:16
**LIKED** [1] - 346:4
**LIKELY** [1] - 263:22
**LIKEWISE** [1] - 368:21
**LINE** [16] - 254:1, 262:20, 276:22, 298:25, 299:2, 299:4, 299:5, 299:9, 315:4, 315:5, 316:17, 319:16, 322:17, 325:5, 327:1, 339:4
**LIQUIDS** [1] - 290:6
**LIST** [4] - 282:22,

282:23, 283:25, 343:4
**LISTED** [1] - 283:17
**LISTENING** [1] - 293:23
**LITIGATION** [1] - 246:1
**LITTER** [1] - 332:4
**LITTLE** [23] - 250:9, 252:14, 252:18, 276:25, 284:3, 321:13, 322:18, 330:8, 331:8, 335:3, 337:25, 339:15, 339:18, 340:14, 340:20, 341:24, 343:24, 346:5, 346:6, 352:4, 353:16, 357:4, 361:13
**LIVE** [2] - 284:18, 307:25
**LIVED** [1] - 317:7
**LIVING** [1] - 300:19
**LIVINGSTON** [13] - 262:11, 266:24, 268:3, 268:24, 269:10, 272:25, 273:3, 273:4, 273:7, 273:23, 274:2, 275:10, 275:14
**LIVINGSTON'S** [2] - 265:14, 275:13
**LLC** [2] - 245:4, 245:22
**LOAD** [8] - 339:12, 340:20, 344:14, 349:16, 358:15, 358:16, 371:2, 373:17
**LOADED** [3] - 340:21, 340:23, 345:11
**LOADING** [8] - 344:6, 344:13, 344:19, 345:4, 345:5, 345:6, 345:12, 353:9
**LOADS** [3] - 352:16, 352:18
**LOCAL** [14] - 253:12, 266:4, 266:5, 266:8, 267:1, 267:2, 270:11, 272:6, 272:7, 272:10, 274:13, 274:14, 330:20, 331:18
**LOCALS** [1] - 270:18
**LOCATE** [1] - 267:21
**LOCATED** [3] - 309:17, 318:9, 318:15
**LOCATING** [1] - 368:16
**LOCATION** [7] - 255:20, 278:20,

278:22, 314:13, 335:18, 335:20, 348:21
**LOCATIONS** [1] - 372:8
**LODGED** [1] - 259:8
**LONG** [8] - 273:17, 278:4, 288:8, 290:6, 336:22, 351:23, 357:19, 357:21
**LONGER** [3] - 309:14, 318:17, 329:6
**LOOK** [33] - 248:16, 267:13, 271:8, 272:16, 273:8, 273:19, 274:19, 288:11, 295:3, 308:11, 313:1, 313:2, 316:16, 318:12, 321:11, 322:9, 323:13, 326:5, 328:17, 334:22, 338:14, 339:3, 339:5, 343:24, 344:10, 346:5, 350:21, 350:22, 353:21, 362:21, 363:23
**LOOKED** [14] - 267:18, 267:23, 283:20, 312:15, 323:25, 325:16, 325:21, 327:3, 327:6, 327:7, 327:13, 334:14, 350:18
**LOOKING** [24] - 248:17, 270:21, 270:25, 275:13, 299:22, 308:10, 312:5, 315:16, 319:20, 326:17, 327:16, 327:24, 334:22, 335:14, 335:24, 335:25, 338:7, 338:9, 338:12, 342:4, 343:11, 366:6, 368:14, 369:5
**LOOKS** [5] - 321:24, 345:14, 345:18, 345:20, 345:22
**LOPIK** [2] - 350:18, 369:21
**LOS** [1] - 244:14
**LOSS** [3] - 254:23, 265:8, 346:11
**LOST** [1] - 344:16
**LOT** [9] - 258:1, 258:2, 276:4, 290:9, 290:10, 353:16, 355:16, 364:14, 364:15

**LOUIS** [1] - 260:22
**LOUISIANA** [5] - 244:1, 256:2, 256:4, 290:12, 374:15
**LOUISIANA** [2] - 244:4, 246:16
**LOUTRE** [8] - 301:7, 301:21, 302:3, 302:25, 307:23, 309:2, 309:15, 311:5
**LOW** [4] - 302:20, 340:6, 368:15, 368:19
**LOWER** [9] - 260:17, 260:21, 278:23, 279:17, 284:8, 284:11, 284:12, 308:6, 353:16
**LOWERED** [1] - 341:4
**LOWERING** [3] - 298:17, 370:19, 370:20
**LOWEST** [1] - 369:8
**LPV** [2] - 280:10, 280:14
**LUISA** [1] - 282:24
**LUNCH** [1] - 374:9

# M

**M** [3] - 244:16, 244:16, 245:15
**MA'AM** [2] - 341:8, 363:25
**MADE** [6] - 248:10, 335:15, 341:22, 355:12, 361:22, 369:13
**MAGENTA** [2] - 310:10, 311:12
**MAIL** [1] - 282:7
**MAIN** [1] - 245:16
**MAINTAINED** [1] - 348:25
**MAINTAINING** [1] - 265:9
**MAINTENANCE** [14] - 259:16, 264:25, 265:1, 265:2, 278:21, 279:23, 279:25, 280:6, 332:15, 332:17, 349:2, 358:24, 372:4, 373:21
**MAJOR** [17] - 254:2, 263:6, 265:25, 300:22, 301:7, 301:15, 301:17, 301:23, 311:18, 321:15, 329:12, 330:18, 332:18,

339:19, 346:11, 352:10
**MAKE** [35] - 257:9, 257:10, 265:4, 266:7, 266:11, 268:8, 268:15, 268:18, 268:22, 269:4, 272:17, 277:4, 277:5, 277:17, 278:7, 283:3, 292:12, 297:18, 301:14, 304:3, 306:5, 311:13, 313:19, 320:2, 327:25, 333:20, 333:23, 336:14, 351:13, 356:4, 363:23, 364:5, 366:11, 367:1, 369:10
**MAKES** [3] - 284:10, 316:6, 330:1
**MAKING** [2] - 333:22, 351:7
**MANNER** [3] - 295:5, 333:21, 349:5
**MANUAL** [1] - 258:12
**MANY** [9] - 251:10, 267:15, 274:16, 294:17, 295:23, 325:16, 331:2, 331:3, 331:11
**MAP** [19] - 285:7, 285:10, 304:18, 304:23, 304:25, 306:14, 307:2, 307:3, 307:13, 308:18, 308:19, 308:21, 308:22, 309:10, 309:12, 336:21
**MAPS** [11] - 294:15, 304:17, 306:23, 306:24, 307:1, 308:16, 309:5, 309:7, 312:25, 313:4, 313:20
**MARC** [1] - 246:8
**MARGIN** [1] - 264:20
**MARK** [2] - 284:7, 284:8
**MARKER** [3] - 279:8, 279:10, 323:5
**MARKING** [1] - 293:8
**MARSH** [30] - 254:10, 254:13, 256:4, 265:8, 269:12, 291:16, 305:1, 306:20, 307:7, 307:8, 307:9, 307:17, 308:19, 309:1, 309:2, 309:3, 309:4, 309:22, 309:23, 311:12, 328:25, 330:2, 330:5,

330:6, 332:2, 332:19, 338:24, 359:10
**MARSHAL** [5] - 257:5, 281:8, 337:2, 337:5, 374:8
**MARSHES** [5] - 254:8, 291:1, 307:15, 372:9, 373:13
**MARSHLANDS** [1] - 256:1
**MARSHMALLOW** [2] - 348:22, 350:10
**MASS** [5] - 332:1, 332:3, 332:5, 332:7
**MATERIAL** [29] - 279:2, 279:25, 280:4, 280:8, 289:8, 289:10, 290:19, 299:8, 315:13, 315:14, 316:10, 332:20, 335:16, 339:18, 339:24, 349:1, 351:18, 351:21, 352:12, 352:15, 358:23, 359:14, 359:15, 360:10, 360:18, 371:3, 373:9, 373:22, 373:23
**MATERIALS** [1] - 328:3
**MATRIX** [1] - 340:1
**MATTER** [6] - 259:1, 332:10, 332:11, 365:7, 371:6, 374:17
**MAY** [49] - 256:11, 256:13, 256:15, 257:1, 257:4, 257:14, 257:18, 259:8, 260:5, 260:6, 261:20, 265:17, 271:25, 276:13, 277:22, 279:4, 281:11, 285:17, 298:22, 302:2, 302:3, 303:17, 307:11, 310:7, 326:20, 327:15, 331:7, 331:24, 332:23, 333:24, 334:9, 336:5, 336:7, 344:20, 347:6, 347:8, 347:10, 347:22, 351:1, 353:15, 354:19, 356:14, 360:12, 365:10, 365:21, 365:24, 366:3, 366:25, 367:2
**MAYBE** [8] - 252:18, 310:25, 339:18, 341:21, 342:10, 353:15, 361:25,

369:11
**MCCONNON** [1] - 246:8
**ME** [60] - 250:4, 251:15, 252:21, 252:22, 253:11, 257:9, 258:5, 266:13, 267:24, 269:24, 271:21, 273:21, 277:15, 278:13, 282:7, 282:8, 282:18, 284:5, 285:1, 288:10, 292:15, 294:7, 298:23, 299:13, 300:23, 306:5, 310:9, 313:19, 315:2, 323:13, 325:15, 326:5, 326:8, 327:25, 328:8, 336:4, 340:2, 340:25, 341:15, 341:23, 344:10, 345:18, 345:20, 345:23, 346:3, 346:5, 347:3, 347:20, 349:20, 353:15, 354:5, 355:18, 356:15, 360:7, 361:16, 362:9, 364:19, 365:16
**MEAN** [12] - 257:4, 271:22, 288:23, 289:18, 314:22, 315:22, 320:20, 321:16, 333:25, 357:20, 359:2, 368:11
**MEANING** [2] - 291:3, 340:3
**MEANINGFUL** [1] - 287:9
**MEANS** [5] - 290:16, 291:6, 331:9, 363:1, 368:2
**MEANT** [1] - 358:6
**MEANTIME** [1] - 356:24
**MEASURE** [1] - 326:25
**MEASURED** [4] - 325:17, 325:18, 326:10
**MEASUREMENT** [1] - 317:1
**MEASUREMENTS** [4] - 322:7, 325:11, 326:20, 326:22
**MECHANICAL** [1] - 246:18
**MECHANICS** [1] - 351:23
**MECHANISMS** [1] -

346:11
**MEET** [2] - 257:21, 331:12
**MEETINGS** [3] - 266:4, 274:10, 274:14
**MEMBER** [1] - 261:6
**MEN** [1] - 367:7
**MENTEUR** [1] - 310:2
**MENTION** [5] - 303:12, 304:1, 304:2, 305:4, 327:25
**MENTIONED** [18] - 248:14, 273:21, 276:16, 303:15, 317:12, 319:6, 328:2, 328:3, 329:10, 330:14, 333:12, 333:14, 336:20, 352:14, 361:11, 369:25, 370:18, 370:19
**MENTIONING** [2] - 306:10, 358:15
**MERAUX** [1] - 309:20
**MERCIER** [1] - 318:9
**MERITORIOUS** [1] - 333:25
**MET** [2] - 260:10, 288:25
**METEOROLOGICAL** [1] - 302:22
**METHODOLOGY** [2] - 275:20, 294:5
**METHODS** [2] - 294:5, 294:7
**MEXICO** [4] - 299:11, 303:4, 335:6, 339:1
**MIC** [2] - 276:14, 353:16
**MICHAEL** [4] - 245:14, 245:15, 246:5, 286:4
**MICHELE** [1] - 246:7
**MID** [3] - 259:11, 264:13, 265:18
**MIDDLE** [1] - 249:20
**MIGHT** [15] - 259:9, 267:11, 267:14, 289:24, 291:13, 293:8, 334:1, 335:2, 347:17, 354:21, 356:2, 356:17, 358:1, 364:19, 368:16
**MIKE** [1] - 281:17
**MILE** [8] - 279:8, 279:10, 323:5, 323:6, 323:7, 326:19, 372:3
**MILEPOST** [6] -

279:7, 279:17, 279:18, 279:19, 280:2

**MILES** [6] - 279:23, 323:4, 324:24, 356:3, 372:6

**MILLER** [32] - 246:9, 292:6, 293:5, 296:17, 297:13, 303:16, 304:6, 318:20, 325:9, 326:18, 327:9, 341:7, 341:9, 343:12, 343:25, 344:22, 347:8, 347:11, 349:22, 353:11, 353:13, 353:18, 357:14, 361:19, 361:22, 363:22, 364:2, 365:24, 369:15, 372:16

**MILLION** [8] - 280:13, 372:5, 372:8, 372:12, 373:8, 373:12, 373:14, 373:15

**MIND** [3] - 268:15, 273:7, 367:17

**MINE** [1] - 258:19

**MINI** [1] - 340:14

**MINOR** [1] - 352:5

**MINUS** [1] - 279:11

**MINUTE** [7] - 253:17, 281:5, 331:10, 336:25, 341:8, 353:12, 354:24

**MINUTES** [3] - 268:1, 278:6, 336:24

**MISSED** [1] - 302:3

**MISSING** [1] - 252:17

**MISSISSIPPI** [10] - 260:17, 260:21, 262:23, 263:17, 264:6, 264:10, 273:5, 290:13, 300:25, 307:15

**MITIGATE** [1] - 272:17

**MITIGATION** [1] - 273:20

**MITSCH** [1] - 246:9

**MIXED** [1] - 312:20

**MODE** [1] - 301:4

**MODEL** [3] - 263:5, 270:22, 343:22

**MOMENT** [6] - 281:2, 291:4, 293:22, 328:2, 328:8, 336:5

**MOMENTARILY** [2] - 256:14, 278:3

**MONDAY** [3] - 256:19, 257:15

**MONEY** [2] - 252:3, 268:21

**MONITOR** [1] - 258:5

**MOON** [3] - 356:3, 367:7, 367:8

**MORE** [21] - 252:18, 258:4, 272:19, 279:9, 301:17, 302:18, 309:8, 310:19, 311:10, 311:14, 317:21, 324:4, 324:5, 345:13, 346:5, 346:6, 361:23, 371:1, 371:3, 373:21

**MORGAN** [1] - 245:20

**MORNING** [11] - 244:9, 248:3, 249:2, 249:3, 249:6, 250:2, 250:3, 250:7, 257:2, 260:9, 286:4

**MORRIS** [4] - 305:13, 318:21, 318:22, 324:11

**MORRIS'** [2] - 369:24, 369:25

**MOSES** [1] - 284:2

**MOST** [11] - 263:7, 263:22, 273:21, 296:3, 302:21, 304:1, 305:19, 309:3, 321:6, 322:3, 332:2

**MOTIF** [1] - 355:5

**MOUTH** [1] - 301:3

**MOVE** [15] - 250:9, 263:11, 292:22, 299:4, 302:18, 303:9, 311:14, 316:20, 327:8, 327:12, 329:15, 348:18, 348:21, 367:19, 372:17

**MOVED** [2] - 291:10, 307:15

**MOVEMENT** [6] - 297:3, 302:24, 328:3, 333:13, 360:9, 361:7

**MOVES** [2] - 330:2, 348:23

**MOVIE** [1] - 321:13

**MOVING** [4] - 301:16, 329:21, 361:12, 374:4

**MR** [5] - 247:7, 247:10, 247:11, 247:14, 247:15

**MR** [348] - 248:7, 248:19, 248:22, 248:24, 249:2, 249:4, 249:10, 249:24,

250:1, 250:22, 250:25, 251:3, 251:9, 251:14, 252:13, 252:19, 252:20, 253:16, 253:18, 253:22, 253:23, 255:5, 255:7, 256:8, 256:11, 256:14, 256:16, 256:22, 256:23, 256:24, 257:3, 257:7, 257:12, 257:17, 257:18, 257:20, 257:25, 258:3, 258:4, 258:7, 258:10, 258:14, 258:15, 258:19, 258:22, 258:24, 259:6, 259:11, 259:15, 259:18, 260:5, 260:8, 261:16, 261:19, 261:24, 262:3, 262:15, 262:18, 263:1, 263:12, 263:15, 263:19, 263:20, 263:25, 264:1, 265:19, 266:1, 271:19, 272:23, 273:3, 273:6, 273:10, 273:14, 274:1, 274:8, 274:23, 275:3, 275:5, 275:16, 276:9, 276:12, 276:19, 276:20, 276:24, 277:2, 277:5, 277:10, 277:25, 278:6, 278:9, 278:11, 278:16, 279:21, 280:20, 280:22, 281:1, 281:4, 281:6, 281:7, 281:11, 281:17, 281:18, 281:22, 281:24, 282:1, 282:5, 282:7, 282:10, 282:14, 282:18, 282:20, 282:23, 282:24, 283:2, 283:7, 283:9, 283:10, 283:12, 283:17, 283:23, 284:9, 284:14, 284:19, 284:22, 284:24, 285:1, 285:4, 285:6, 285:9, 285:10, 285:11, 285:14, 285:17, 285:21, 285:23, 286:2, 286:4, 286:16, 286:21, 287:12, 287:14, 287:16, 287:21, 287:24, 288:3, 288:20, 289:3,

289:20, 290:1, 290:2, 292:1, 292:2, 292:8, 292:11, 292:14, 292:16, 292:21, 292:25, 293:2, 293:10, 293:13, 293:16, 295:10, 295:12, 295:15, 295:16, 295:18, 296:20, 296:24, 297:11, 297:16, 297:22, 298:1, 299:15, 302:9, 303:9, 303:19, 303:21, 304:4, 304:10, 304:14, 305:6, 305:9, 305:12, 305:13, 305:22, 305:25, 308:2, 308:5, 309:5, 310:22, 311:21, 311:23, 313:13, 313:16, 313:19, 313:24, 313:25, 315:25, 316:24, 317:11, 317:23, 318:2, 318:4, 318:6, 318:18, 318:20, 319:12, 319:21, 320:4, 320:6, 320:9, 320:11, 321:20, 323:8, 324:8, 324:9, 324:25, 325:2, 325:4, 325:24, 326:7, 326:12, 326:15, 326:16, 327:4, 327:18, 334:2, 334:4, 334:7, 334:10, 334:16, 335:5, 335:12, 335:13, 336:4, 336:8, 336:10, 336:13, 336:18, 336:24, 337:1, 337:8, 337:11, 337:13, 337:18, 337:23, 338:3, 338:5, 338:18, 340:16, 341:13, 341:18, 342:1, 342:2, 342:6, 342:12, 342:15, 342:16, 343:3, 343:9, 343:15, 344:5, 344:11, 344:24, 345:2, 346:7, 346:8, 346:13, 346:16, 346:18, 346:23, 347:4, 347:17, 347:20, 347:24, 348:7, 348:10, 349:10, 350:1, 350:3, 351:24, 353:4, 354:14, 354:18, 355:7,

355:20, 355:23, 355:24, 356:7, 356:16, 356:17, 356:23, 357:1, 357:7, 357:16, 357:18, 357:23, 357:24, 358:3, 358:10, 358:11, 358:22, 359:25, 360:15, 361:6, 362:3, 362:7, 362:13, 362:20, 362:24, 363:2, 363:6, 363:8, 363:9, 363:19, 363:21, 364:8, 364:12, 364:18, 364:22, 365:3, 365:12, 366:10, 366:11, 366:18, 366:21, 366:25, 367:10, 367:15, 367:20, 367:25, 369:16, 369:25, 370:16, 371:18, 371:22, 372:21, 373:6, 373:7, 373:24, 374:6

**MRGO** [109] - 246:1, 250:15, 252:24, 253:2, 253:25, 255:3, 255:19, 255:20, 255:25, 256:6, 259:16, 263:2, 264:8, 264:14, 265:4, 265:7, 265:10, 266:14, 267:20, 268:7, 269:2, 269:6, 271:1, 273:1, 273:20, 279:2, 279:12, 279:23, 280:1, 280:5, 280:9, 280:10, 280:14, 287:1, 287:3, 287:23, 288:12, 290:22, 293:21, 298:2, 298:14, 298:19, 299:1, 300:3, 300:5, 301:10, 301:21, 302:4, 304:19, 304:22, 307:14, 309:4, 309:5, 310:3, 311:6, 312:3, 312:9, 312:11, 314:19, 315:4, 315:5, 315:13, 316:3, 316:11, 316:21, 318:11, 318:14, 319:3, 319:17, 319:24, 320:11, 322:17, 329:13, 329:15, 331:1, 331:6, 331:22, 332:18, 335:4, 335:16, 338:22,

339:4, 340:11,
340:12, 343:23,
343:25, 345:7,
345:14, 345:22,
345:24, 346:1,
346:12, 348:25,
349:9, 353:7, 354:22,
356:20, 358:17,
358:22, 359:8, 360:3,
370:5, 370:7, 370:8,
371:4, 371:8, 372:4,
373:19, 373:25
**MRGO'S** [2] - 287:4,
293:21
**MS** [28] - 292:6,
293:5, 296:17,
297:13, 303:16,
304:6, 325:9, 326:18,
327:9, 341:7, 341:9,
343:12, 343:25,
344:22, 347:8,
347:11, 349:22,
353:11, 353:13,
353:18, 357:14,
361:19, 361:22,
363:22, 364:2,
365:24, 369:15,
372:16
**MUCH** [20] - 249:4,
249:24, 256:8,
256:17, 276:14,
289:12, 297:1, 309:2,
310:19, 311:17,
320:18, 322:20,
334:18, 339:6,
345:21, 350:23,
353:24, 354:1,
354:11, 356:15
**MUD** [5] - 289:7,
338:25, 349:17, 352:4
**MUDS** [1] - 348:2
**MUSKRAT** [2] -
305:2, 306:10
**MY** [34] - 248:15,
250:4, 252:1, 255:15,
258:18, 259:19,
260:9, 262:7, 267:24,
268:11, 269:3, 270:4,
278:14, 279:5, 282:3,
282:20, 287:11,
289:1, 294:12, 295:3,
295:4, 295:20,
299:13, 310:9, 327:7,
335:1, 343:9, 346:25,
348:8, 350:19,
366:25, 374:16
**MYER** [4] - 246:10,
281:25, 282:7, 282:20
**MYRIAD** [1] - 352:12
**MYSELF** [2] -

249:10, 250:4
**MYSTERY** [1] - 345:8

# N

**N** [2] - 247:2, 248:1
**NAME** [9] - 249:16,
249:18, 249:21,
250:4, 259:19,
259:25, 260:9,
286:12, 295:11
**NATURALLY** [1] -
264:8
**NATURE** [3] -
307:24, 314:15,
367:11
**NAVIGATION** [7] -
265:9, 271:3, 271:6,
271:7, 271:9, 271:16,
373:22
**NAVIGATIONAL** [2] -
255:3, 271:14
**NEAR** [1] - 339:1
**NEARLY** [1] - 373:14
**NECESSARILY** [5] -
266:22, 271:22,
298:16, 324:2, 325:21
**NECESSARY** [2] -
277:7, 333:23
**NECESSITY** [1] -
373:21
**NEED** [24] - 248:12,
248:18, 251:15,
252:18, 257:9,
257:14, 261:18,
262:2, 263:3, 287:18,
297:4, 297:8, 303:12,
306:22, 341:21,
341:24, 345:19,
349:13, 353:8, 356:2,
356:4, 362:9, 364:3
**NEEDED** [2] - 252:6,
308:2
**NEEDS** [1] - 328:19
**NEGATIVE** [2] -
279:14, 279:15
**NEGLIGENCE** [6] -
278:19, 287:11,
287:13, 287:19,
287:22, 355:13
**NEIGHBORING** [1] -
272:9
**NESTS** [1] - 314:24
**NETWORK** [1] -
332:12
**NEVER** [1] - 364:16
**NEW** [10] - 250:11,
260:13, 271:10,
274:11, 345:4,
358:25, 359:16,

361:23, 362:2, 374:1
**NEW** [7] - 244:4,
244:17, 244:21,
245:6, 245:24, 246:3,
246:16
**NEXT** [31] - 256:5,
258:14, 268:11,
276:20, 277:6, 286:6,
303:8, 304:15,
304:20, 306:22,
308:18, 309:10,
309:12, 312:16,
314:19, 317:23,
322:10, 329:12,
334:5, 334:11,
338:10, 340:23,
342:17, 342:19,
342:20, 348:5,
350:25, 352:6,
364:23, 365:1, 367:22
**NICE** [5] - 293:8,
354:10, 355:10,
355:17, 365:18
**NIGHT** [1] - 364:2
**NO** [52] - 251:6,
251:10, 252:2, 252:4,
254:6, 256:11,
258:19, 261:6,
261:12, 265:9,
265:10, 265:21,
266:22, 266:24,
267:3, 268:10,
269:10, 269:24,
269:25, 270:17,
271:19, 272:7,
272:10, 274:16,
276:9, 276:12,
278:12, 283:2, 285:4,
285:18, 285:19,
287:18, 295:15,
302:18, 309:13,
317:2, 318:16,
325:24, 327:15,
328:25, 329:2,
332:18, 340:20,
344:1, 347:15,
349:25, 351:16,
361:11, 365:14,
371:6, 371:8
**NO** [1] - 244:3
**NODS** [1] - 297:13
**NON** [1] - 357:6
**NON-EXPERT** [1] -
357:6
**NONE** [2] - 267:25,
280:9
**NORMAL** [3] -
264:24, 268:20,
298:13
**NORMALLY** [1] -

264:23
**NORMAN** [1] - 244:2
**NORTH** [3] - 265:7,
273:1, 273:20
**NORTHER** [1] -
331:3
**NORTHERN** [1] -
322:16
**NORTHWARD** [1] -
303:1
**NOT** [134] - 250:19,
251:3, 251:21, 252:8,
253:4, 254:6, 254:18,
256:17, 260:10,
261:12, 262:19,
263:12, 264:8,
264:15, 264:21,
265:5, 265:6, 265:8,
266:20, 266:22,
267:11, 268:4,
268:16, 269:3, 269:6,
269:11, 269:17,
269:21, 270:18,
271:1, 271:7, 271:12,
271:15, 271:23,
272:19, 273:4,
273:15, 275:7,
275:20, 282:11,
282:21, 283:15,
283:17, 284:2, 284:3,
284:17, 284:18,
285:20, 288:13,
289:10, 290:24,
290:25, 292:1, 292:2,
293:6, 294:4, 294:21,
295:19, 295:21,
296:17, 297:5,
297:22, 297:25,
298:13, 298:16,
300:14, 310:9, 314:3,
324:1, 325:12,
325:13, 325:18,
327:14, 327:16,
331:7, 332:3, 333:24,
334:15, 339:19,
341:1, 341:9, 342:7,
342:14, 342:19,
344:4, 345:4, 345:21,
346:14, 346:20,
348:19, 349:12,
349:16, 353:1,
353:22, 353:25,
354:4, 354:23, 355:5,
355:8, 355:9, 356:1,
356:3, 356:11,
356:15, 356:18,
357:5, 357:8, 357:10,
358:6, 358:17,
359:21, 362:1, 362:5,
362:13, 364:9,

364:10, 364:11,
364:23, 364:25,
365:4, 365:18, 366:4,
366:12, 372:10,
372:18, 374:4
**NOTE** [3] - 276:15,
323:24, 367:3
**NOTED** [2] - 248:10,
365:21, 366:8
**NOTES** [2] - 248:10,
276:25
**NOTHING** [5] -
251:21, 252:7, 258:9,
265:21, 287:9
**NOTICE** [7] - 267:25,
277:11, 277:12,
305:3, 309:25,
321:18, 345:10
**NOTICED** [1] -
333:11
**NOTIFICATION** [1] -
251:24
**NOTING** [1] - 366:9
**NOW** [61] - 258:8,
259:12, 280:5, 283:7,
285:14, 287:16,
290:3, 290:15,
291:12, 291:25,
293:17, 293:18,
294:20, 295:25,
297:23, 298:9,
300:20, 303:5,
304:12, 306:1,
307:19, 308:16,
309:5, 309:10,
310:17, 310:23,
312:2, 312:12, 314:1,
316:22, 319:5,
319:10, 319:12,
325:10, 327:16,
327:24, 331:19,
333:12, 336:14,
338:19, 339:18,
348:1, 348:17,
350:14, 351:9,
351:14, 352:25,
353:5, 357:17,
358:12, 359:20,
361:7, 361:12,
361:23, 367:22,
370:17, 371:11,
371:18, 371:25,
372:7, 373:16
**NUANCES** [1] -
346:24
**NUMBER** [11] -
266:4, 274:17,
280:18, 285:10,
293:6, 301:1, 305:10,
305:14, 329:11,

330:10, 364:23
 **NUMBERED** [1] -
374:17
 **NUMBERS** [8] -
284:15, 293:9,
305:16, 319:14,
322:19, 343:9, 363:2,
369:18
 **NUMERAL** [1] -
249:21
 **NUMEROUS** [1] -
287:24
 **NY** [1] - 245:24

# O

 **O** [6] - 245:2, 245:19,
246:12, 248:1, 277:3
 **O&M** [1] - 280:1
 **O'BRIEN** [1] - 245:23
 **O'CLOCK** [1] - 257:1
 **O'DONNELL** [2] -
244:12, 244:13
 **O'NEALS** [2] - 305:2,
306:21
 **OAK** [2] - 301:11,
309:14
 **OAK** [1] - 244:23
 **OBJECT** [10] -
259:19, 274:23,
275:16, 297:8, 304:8,
334:4, 347:7, 347:22,
362:2, 365:14
 **OBJECTION** [50] -
250:22, 252:13,
253:16, 253:18,
263:19, 263:24,
265:19, 273:6,
278:12, 285:2, 285:4,
285:9, 285:18,
285:19, 296:17,
297:17, 304:2, 304:3,
325:23, 326:14,
327:8, 327:10,
333:21, 341:7,
341:11, 341:14,
341:22, 342:2,
342:14, 344:18,
344:21, 349:22,
349:25, 352:18,
353:11, 353:13,
353:17, 357:12,
361:19, 361:21,
361:22, 363:24,
365:13, 365:21,
366:8, 366:9, 369:13,
372:16, 373:5
 **OBJECTIONS** [7] -
259:8, 278:2, 303:18,
333:22, 333:24,
353:19, 364:5

 **OBLIQUE** [4] -
313:4, 317:13,
317:15, 317:19
 **OBLIQUELY** [1] -
317:17
 **OBSERVATION** [1] -
311:14
 **OBSERVATIONS** [1]
- 282:3
 **OBSERVER** [2] -
323:20, 333:7
 **OBSTRUCTION** [2] -
301:15, 329:2
 **OBTAIN** [2] - 261:13,
267:11
 **OBVIOUS** [1] - 345:5
 **OBVIOUSLY** [5] -
270:14, 279:6,
284:15, 351:9, 370:13
 **OCCASIONALLY** [2]
- 306:11, 340:4
 **OCCASIONS** [1] -
267:16
 **OCCUPATION** [1] -
288:4
 **OCCUR** [9] - 272:2,
275:24, 303:3,
328:10, 331:18,
352:13, 354:7, 354:8
 **OCCURRED** [9] -
272:1, 279:22, 287:3,
302:17, 320:15,
322:18, 322:20,
324:11, 332:6
 **OCCURRING** [1] -
264:9
 **OCCURS** [3] -
322:13, 358:14,
359:22
 **OF** [744] - 244:1,
244:5, 244:7, 244:16,
245:18, 246:4,
248:19, 250:6,
250:10, 250:11,
250:15, 251:1, 252:7,
252:9, 252:16,
252:21, 252:23,
253:1, 254:13,
254:14, 254:23,
255:2, 255:9, 256:5,
256:18, 256:23,
258:17, 259:1,
259:13, 259:16,
259:18, 259:20,
260:12, 260:17,
260:19, 261:3, 261:4,
261:6, 261:7, 261:10,
262:4, 262:18,
262:21, 262:22,
264:4, 264:6, 264:14,

264:22, 264:24,
265:2, 265:7, 265:8,
265:10, 265:15,
265:23, 266:2, 266:4,
266:11, 266:13,
266:14, 267:6,
267:13, 267:21,
267:25, 268:1, 268:2,
268:10, 268:18,
269:1, 269:2, 269:7,
269:8, 269:11,
269:12, 269:13,
269:17, 269:19,
269:22, 269:25,
270:1, 270:9, 270:12,
270:24, 271:9,
271:10, 271:12,
271:13, 272:6, 272:7,
272:10, 272:14,
272:15, 272:16,
273:1, 273:5, 273:7,
273:18, 273:20,
273:24, 274:6,
274:11, 274:16,
274:17, 274:24,
275:1, 275:11,
276:17, 277:8,
277:12, 277:13,
277:16, 277:18,
278:11, 278:12,
278:13, 278:16,
278:19, 278:20,
278:23, 279:1, 279:5,
279:7, 279:12,
279:13, 279:21,
279:22, 279:25,
280:4, 280:5, 280:8,
280:9, 280:10,
280:13, 280:14,
280:18, 281:12,
282:9, 282:15,
282:22, 283:8, 284:6,
284:14, 284:19,
284:22, 285:11,
285:12, 285:18,
285:21, 286:22,
287:4, 287:5, 287:7,
287:8, 287:13,
287:17, 287:19,
287:23, 288:10,
288:11, 288:12,
288:13, 288:15,
288:17, 288:21,
288:22, 289:5, 289:8,
289:10, 289:15,
289:17, 289:23,
290:3, 290:4, 290:6,
290:8, 290:9, 290:10,
290:12, 290:17,
290:19, 291:3, 291:7,
291:19, 291:22,

292:13, 292:17,
293:3, 293:7, 294:11,
294:12, 294:14,
294:17, 294:18,
294:23, 294:25,
295:1, 295:4, 295:5,
295:11, 295:16,
296:2, 296:11,
296:12, 296:13,
296:14, 296:18,
296:21, 296:22,
297:2, 297:3, 298:2,
298:6, 298:9, 298:10,
298:14, 299:1, 299:7,
299:11, 299:12,
299:25, 300:1, 300:3,
300:4, 300:5, 300:13,
300:16, 300:18,
300:24, 301:1, 301:3,
301:4, 301:5, 301:8,
301:9, 301:10,
301:16, 301:24,
302:3, 302:11,
302:14, 302:19,
302:21, 302:23,
302:24, 302:25,
303:1, 303:4, 303:5,
303:6, 303:8, 303:10,
303:22, 304:1, 304:4,
304:6, 304:16,
304:19, 304:21,
304:25, 305:10,
305:14, 305:18,
305:19, 305:22,
306:6, 306:7, 306:10,
306:20, 306:24,
307:3, 307:6, 307:8,
307:14, 307:23,
307:24, 307:25,
308:7, 308:13,
308:16, 308:19,
308:21, 308:24,
308:25, 309:2, 309:3,
309:4, 309:8, 309:12,
309:14, 309:23,
309:24, 309:25,
310:3, 310:23, 311:5,
311:15, 311:19,
311:24, 312:1, 312:2,
312:4, 312:6, 312:7,
312:12, 312:15,
312:17, 312:18,
312:19, 312:23,
312:24, 313:1, 313:3,
313:6, 313:10, 314:2,
314:5, 314:7, 314:8,
314:13, 314:14,
314:15, 314:16,
314:19, 314:20,
314:22, 314:25,
315:5, 316:9, 316:11,

316:18, 316:22,
316:23, 317:1, 317:5,
317:6, 318:13, 319:1,
319:2, 319:5, 319:7,
319:8, 319:10,
319:13, 319:15,
319:17, 320:5,
320:14, 320:15,
320:18, 320:25,
321:2, 321:4, 321:6,
321:12, 321:13,
321:21, 321:25,
322:1, 322:2, 322:3,
322:15, 322:16,
322:17, 322:18,
322:20, 322:24,
322:25, 323:9,
323:22, 323:24,
324:2, 324:14,
324:15, 324:16,
324:21, 325:11,
325:12, 325:19,
325:25, 326:1, 326:7,
326:12, 326:19,
326:21, 326:23,
326:25, 327:2,
327:19, 327:23,
328:3, 328:4, 328:9,
328:22, 328:23,
329:5, 329:6, 329:11,
329:12, 329:14,
329:16, 329:17,
329:19, 329:20,
329:23, 329:24,
329:25, 330:1, 330:3,
330:6, 330:10,
330:11, 330:12,
330:14, 330:20,
331:6, 331:9, 331:10,
331:17, 331:19,
331:21, 332:1, 332:2,
332:3, 332:6, 332:12,
332:13, 332:16,
332:19, 332:22,
332:24, 333:1, 333:4,
333:7, 333:8, 333:12,
333:15, 333:24,
334:1, 334:20,
334:21, 334:23,
334:25, 335:6, 335:7,
335:16, 335:17,
335:18, 335:20,
336:10, 337:11,
337:14, 338:7, 338:8,
338:12, 338:16,
338:21, 338:22,
338:23, 339:1, 339:5,
339:6, 339:7, 339:12,
339:13, 339:17,
339:18, 339:22,
339:23, 340:1, 340:5,

340:19, 340:21,
341:3, 341:10,
341:12, 341:16,
341:19, 341:23,
342:5, 342:17,
342:18, 342:19,
343:5, 343:6, 343:19,
343:22, 343:23,
344:1, 344:3, 344:6,
344:8, 344:13, 345:1,
345:2, 345:5, 345:6,
345:17, 345:18,
345:21, 345:23,
345:24, 345:25,
346:9, 346:10,
346:17, 346:19,
346:20, 346:24,
347:2, 347:12, 348:2,
348:14, 348:15,
348:16, 348:17,
348:21, 348:22,
348:25, 349:5, 349:7,
349:11, 349:14,
349:16, 349:18,
349:20, 349:21,
349:23, 350:5,
350:12, 350:14,
350:17, 350:18,
350:23, 350:24,
351:1, 351:4, 351:7,
351:11, 351:14,
351:18, 351:22,
352:3, 352:4, 352:5,
352:8, 352:11,
352:12, 352:19,
352:21, 352:22,
353:1, 353:2, 353:5,
353:7, 353:14,
353:20, 354:2,
354:13, 354:16,
355:1, 355:5, 355:9,
355:11, 355:17,
356:9, 356:10,
356:12, 356:13,
356:19, 356:20,
357:3, 357:19,
357:21, 358:3, 358:5,
358:13, 358:22,
358:24, 359:4, 359:5,
359:7, 359:8, 359:10,
359:11, 359:14,
359:17, 360:2, 360:3,
360:8, 360:10,
360:16, 360:17,
361:7, 361:8, 361:9,
361:13, 361:14,
361:15, 361:17,
362:14, 362:15,
362:16, 362:18,
362:21, 362:23,
363:4, 363:5, 363:13,

364:4, 364:6, 364:14,
364:15, 365:1, 365:7,
365:16, 365:17,
366:4, 366:12,
367:11, 367:12,
367:20, 368:3, 368:6,
368:9, 368:16,
368:18, 368:20,
368:25, 369:2, 369:3,
369:6, 369:11,
369:13, 369:22,
369:23, 369:24,
370:4, 370:5, 370:7,
370:14, 370:17,
370:19, 370:20,
370:23, 370:25,
371:6, 371:11,
371:24, 372:1, 372:3,
372:5, 372:7, 372:8,
372:9, 372:10,
372:12, 372:13,
372:14, 372:19,
372:21, 372:24,
372:25, 373:3, 373:9,
373:11, 373:12,
373:18, 373:21,
373:22, 373:23,
373:25, 374:1, 374:4,
374:15, 374:16,
374:16
   **OFF** [7] - 257:18,
263:12, 282:22,
291:22, 330:5, 330:7,
349:1
   **OFFER** [14] - 259:2,
277:5, 277:16,
279:21, 280:7,
280:15, 285:7,
285:25, 286:1,
303:24, 304:10,
305:17, 369:11
   **OFFERED** [7] -
287:19, 304:1, 304:2,
304:12, 305:23,
367:18, 367:22
   **OFFICE** [5] - 244:16,
245:18, 246:1,
248:15, 265:14
   **OFFICIAL** [1] -
246:15
   **OFFICIAL** [3] -
268:8, 374:15, 374:20
   **OFFICIALLY** [1] -
269:7
   **OFFICIALS** [4] -
266:4, 267:6, 267:16,
274:14
   **OFFSHORE** [1] -
331:16
   **OFTEN** [1] - 295:1

   **OFTENTIMES** [4] -
302:21, 329:23,
329:24, 330:6
   **OH** [4] - 248:25,
249:12, 256:19,
266:17
   **OHIO** [1] - 301:1
   **OKAY** [42] - 248:6,
249:23, 259:17,
261:22, 262:13,
275:1, 283:6, 291:3,
293:14, 295:17,
297:12, 299:21,
302:14, 304:12,
308:1, 308:18,
309:12, 320:10,
321:16, 325:1, 327:2,
328:6, 328:14,
328:21, 331:19,
333:12, 333:19,
336:2, 336:12,
337:12, 338:2, 340:2,
341:11, 343:10,
343:13, 343:20,
344:12, 360:5,
361:21, 362:9,
362:25, 367:9
   **ON** [145] - 248:9,
250:20, 252:3,
252:12, 253:25,
255:20, 256:24,
257:15, 257:18,
259:5, 259:9, 259:20,
261:13, 261:17,
263:1, 263:17,
264:14, 265:10,
265:15, 266:3,
267:15, 269:6,
270:21, 272:14,
273:1, 273:7, 274:12,
277:10, 277:11,
278:19, 279:3, 279:8,
282:3, 282:7, 282:23,
283:17, 283:24,
284:5, 285:7, 287:3,
287:20, 288:12,
288:21, 289:1, 290:4,
290:23, 293:21,
294:9, 296:1, 296:19,
296:21, 297:18,
297:19, 297:25,
298:2, 298:13,
298:18, 299:12,
299:13, 299:22,
300:17, 301:19,
303:6, 303:9, 306:6,
306:7, 306:24, 310:9,
310:14, 312:12,
312:21, 312:24,
314:2, 316:16, 318:6,

318:12, 322:21,
323:9, 326:7, 326:18,
327:8, 327:12,
327:20, 330:1, 330:6,
331:15, 331:18,
331:24, 336:21,
337:16, 337:22,
338:7, 338:17,
340:21, 341:19,
342:4, 342:14,
343:23, 344:12,
345:10, 345:11,
345:19, 348:16,
348:22, 349:3,
349:16, 350:21,
352:18, 353:14,
353:19, 353:25,
354:19, 355:16,
356:20, 358:12,
358:17, 359:14,
359:22, 359:23,
360:7, 361:23,
361:25, 362:1, 363:6,
363:10, 363:13,
364:2, 367:4, 367:8,
367:19, 368:6,
369:18, 370:17,
371:17, 372:23,
372:25, 373:2, 373:3,
373:11, 373:15,
373:17, 373:23, 374:1
   **ONCE** [6] - 302:25,
309:22, 314:25,
316:20, 318:13,
358:25
   **ONE** [65] - 248:22,
248:23, 258:4, 258:9,
261:9, 271:22,
273:20, 275:23,
277:8, 279:1, 288:9,
291:19, 294:12,
296:2, 298:15, 301:5,
304:8, 304:20,
306:15, 306:21,
307:4, 307:22,
310:12, 311:10,
311:14, 312:4,
314:13, 317:21,
317:23, 317:24,
318:1, 319:15, 320:2,
328:9, 329:22,
333:12, 334:14,
334:22, 336:3, 336:5,
336:11, 336:12,
337:16, 339:23,
340:19, 341:24,
342:7, 342:10,
342:19, 343:2,
345:25, 346:10,
348:5, 348:20, 353:1,
359:20, 360:2, 361:5,

361:9, 363:13,
363:25, 364:9,
366:11, 367:1, 370:9
   **ONES** [3] - 266:20,
284:15, 369:18
   **ONGOING** [4] -
269:14, 287:3, 287:8,
346:11
   **ONLY** [22] - 256:16,
267:13, 267:23,
269:9, 274:10,
274:20, 279:25,
280:2, 289:10,
290:25, 306:15,
309:15, 321:15,
326:1, 334:22,
339:13, 349:12,
349:16, 349:24,
359:21, 364:24,
367:23
   **OPEN** [7] - 264:6,
281:10, 314:25,
316:23, 321:3, 337:4,
366:24
   **OPENING** [3] -
286:17, 286:18,
333:14
   **OPERATE** [1] -
291:17
   **OPERATING** [1] -
264:24
   **OPERATION** [6] -
259:16, 278:21,
279:23, 279:25,
280:6, 349:1
   **OPERATIONS** [1] -
250:15
   **OPINE** [2] - 344:20,
355:11
   **OPINION** [18] -
293:19, 294:4, 297:1,
297:5, 298:10,
341:15, 341:17,
341:22, 345:14,
346:4, 347:1, 354:10,
356:11, 357:7, 362:2,
362:10, 362:11,
362:25
   **OPINIONS** [4] -
294:3, 295:25,
347:12, 357:6
   **OPPORTUNITY** [6] -
270:6, 292:2, 337:9,
363:23, 364:5
   **OPPOSED** [1] -
268:14
   **OPPOSITE** [1] -
359:22
   **OR** [89] - 248:11,
250:19, 251:1, 251:6,

252:22, 254:24, 257:4, 261:8, 261:13, 261:22, 265:22, 269:25, 270:9, 272:3, 273:4, 274:16, 275:7, 276:8, 277:10, 277:24, 278:6, 278:24, 280:25, 281:24, 282:9, 284:8, 285:25, 289:9, 295:24, 296:18, 297:2, 297:3, 297:6, 297:19, 302:6, 302:23, 303:13, 305:15, 309:14, 314:14, 314:23, 315:1, 315:3, 321:1, 321:5, 321:12, 322:15, 322:19, 324:3, 326:6, 326:24, 328:24, 329:25, 331:3, 331:13, 331:23, 332:4, 332:24, 333:17, 334:15, 339:19, 340:21, 341:15, 347:13, 351:19, 352:12, 355:14, 355:22, 356:11, 358:17, 360:3, 360:10, 361:3, 361:17, 362:25, 365:1, 366:6, 367:6, 371:2, 371:8, 372:1, 372:6, 372:7, 372:14

**ORAL** [1] - 284:9

**ORANGE** [1] - 309:4

**ORDER** [5] - 255:18, 257:13, 281:12, 368:13, 368:24

**ORDERS** [1] - 281:24

**ORGANIC** [3] - 332:1, 332:10, 367:11

**ORGANISMS** [1] - 300:19

**ORIENTING** [1] - 335:17

**ORIGINAL** [4] - 280:5, 281:8, 299:1, 299:7

**ORLEANS** [6] - 244:4, 244:17, 244:21, 245:6, 246:3, 246:16

**ORLEANS** [6] - 250:11, 253:5, 260:13, 266:15, 271:10, 274:11

**OSTENSIBLE** [1] -

276:17

**OSTENSIBLY** [1] - 325:17

**OTHER** [36] - 264:6, 265:14, 268:24, 269:12, 279:4, 283:3, 290:6, 293:17, 294:10, 294:14, 294:16, 294:18, 294:23, 297:23, 301:1, 307:12, 307:22, 311:25, 312:2, 312:3, 316:15, 316:22, 319:5, 325:2, 327:11, 327:15, 332:13, 345:3, 354:8, 354:19, 359:20, 361:11, 363:4, 363:13, 366:3, 373:25

**OTHERS** [1] - 317:19

**OTHERWISE** [1] - 352:14

**OUGHT** [1] - 356:9

**OUR** [20] - 278:2, 279:21, 280:6, 281:12, 282:8, 282:23, 284:20, 286:6, 307:2, 312:20, 319:8, 324:14, 340:2, 351:7, 352:2, 364:6, 366:12, 366:18

**OURSELVES** [1] - 368:16

**OUT** [37] - 257:17, 257:22, 257:24, 258:2, 258:5, 261:22, 272:13, 274:19, 275:1, 277:21, 279:6, 279:11, 281:19, 283:8, 295:11, 299:4, 299:10, 302:25, 305:19, 306:12, 307:12, 307:15, 307:22, 309:25, 311:1, 316:15, 319:17, 325:10, 326:4, 336:14, 345:8, 348:23, 349:5, 354:5, 359:18, 359:20, 368:16

**OUTLET** [4] - 262:23, 263:17, 264:6, 264:10

**OUTSIDE** [2] - 306:7, 353:20

**OVER** [19] - 265:2, 266:5, 287:9, 290:6, 299:12, 302:5, 322:21, 322:24, 328:24, 329:4, 329:6,

330:23, 331:5, 332:5, 333:8, 350:8, 360:24, 363:8, 372:3

**OVERBANK** [1] - 352:13

**OVERLYING** [2] - 351:22, 371:5

**OVERRULE** [4] - 326:13, 333:21, 357:11, 373:5

**OVERRULED** [4] - 263:24, 297:17, 327:8, 327:10

**OVERSEE** [1] - 250:14

**OVERSTEEPENS** [1] - 332:21

**OVERTOPPED** [1] - 339:20

**OWE** [1] - 342:8

**OWN** [3] - 272:14, 351:10, 365:11

## P

**P** [5] - 245:1, 245:2, 245:19, 246:12, 248:1

**P.O** [1] - 245:9

**PACKED** [1] - 340:17

**PAGE** [14] - 255:12, 255:13, 255:17, 262:4, 270:8, 270:12, 326:7, 342:9, 342:10, 343:5, 343:6, 344:9, 350:21, 355:24

**PAGE/LINE** [1] - 247:4

**PAGES** [3] - 304:7, 336:10, 357:21

**PAID** [2] - 312:3, 351:12

**PALMINTIER** [2] - 247:14, 247:15

**PALMINTIER** [183] - 245:14, 245:15, 245:15, 281:17, 286:4, 286:5, 286:16, 286:21, 287:12, 287:14, 287:16, 287:21, 287:24, 288:3, 288:20, 289:3, 289:20, 290:1, 290:2, 292:1, 292:8, 292:11, 292:14, 292:16, 292:21, 292:25, 293:2, 293:10, 293:13, 293:16, 295:10, 295:12, 295:15, 295:18, 296:20, 296:24, 297:11, 297:16,

297:22, 298:1, 299:15, 302:9, 303:9, 303:19, 303:21, 304:4, 304:10, 304:14, 305:6, 305:9, 305:22, 305:25, 308:2, 308:5, 310:22, 311:21, 311:23, 313:13, 313:16, 313:19, 313:24, 313:25, 315:25, 316:24, 317:11, 317:23, 318:2, 318:4, 318:6, 318:18, 319:12, 319:21, 320:4, 320:6, 320:9, 321:20, 323:8, 324:8, 324:9, 324:25, 325:2, 325:4, 325:24, 326:15, 326:16, 327:4, 327:18, 334:2, 334:4, 334:7, 334:10, 334:16, 335:5, 335:12, 335:13, 336:4, 336:8, 336:13, 336:18, 336:24, 337:8, 337:11, 337:13, 337:18, 337:23, 338:3, 338:5, 338:18, 340:16, 341:13, 341:18, 342:2, 342:15, 342:16, 343:3, 343:9, 343:15, 344:5, 344:11, 344:24, 345:2, 346:7, 346:16, 346:18, 346:23, 347:17, 347:20, 347:24, 348:7, 348:10, 349:10, 350:1, 350:3, 351:24, 353:4, 354:14, 354:18, 355:7, 355:20, 355:23, 356:7, 356:16, 357:16, 357:18, 357:23, 357:24, 358:3, 358:10, 358:11, 359:25, 360:15, 361:6, 362:3, 362:7, 362:13, 362:20, 362:24, 363:2, 363:6, 363:8, 363:19, 364:8, 364:12, 364:18, 365:3, 365:12, 366:10, 366:25, 367:10, 367:15, 367:20, 367:25, 369:16, 370:16, 371:18, 371:22,

372:21, 373:6, 373:7, 373:24, 374:6

**PARAGRAPH** [6] - 255:8, 262:20, 273:19, 275:9, 350:22

**PARALLELS** [1] - 307:18

**PARISH** [2] - 253:5, 266:15

**PARLANCE** [1] - 287:11

**PART** [20] - 262:18, 269:22, 269:25, 270:1, 279:5, 285:11, 285:12, 290:8, 293:7, 302:10, 316:22, 325:12, 328:4, 333:15, 338:16, 341:3, 353:1, 353:2, 357:9, 371:11

**PARTICIPANTS** [1] - 294:23

**PARTICULAR** [16] - 255:20, 266:10, 267:11, 269:17, 271:12, 271:13, 272:16, 274:13, 274:15, 306:21, 307:13, 314:5, 319:6, 323:5, 339:3, 348:18

**PARTICULARLY** [3] - 250:15, 274:12, 351:4

**PASS** [2] - 256:9, 310:2

**PAST** [2] - 263:7, 295:11

**PATHWAY** [4] - 301:13, 303:2, 310:17

**PATTERNS** [1] - 338:23

**PAUL** [2] - 246:6, 246:8

**PC** [1] - 263:13

**PEAT** [2] - 332:2, 332:9

**PENCILS** [1] - 252:17

**PENDING** [1] - 342:14

**PENLAND** [1] - 248:24

**PENUMBRA** [1] - 341:16

**PEOPLE** [5] - 284:15, 295:23, 306:6, 308:14, 314:2

**PER** [5] - 316:23, 323:14, 323:15, 323:16, 363:22

**PERCENT** [2] - 272:11, 350:23

**PERHAPS** [4] - 266:15, 268:25, 318:12, 341:19

**PERIOD** [18] - 250:10, 260:15, 260:25, 290:6, 306:15, 307:4, 311:5, 313:5, 314:16, 314:19, 318:16, 322:24, 322:25, 330:24, 331:9, 333:8, 363:8

**PERMISSIBLE** [1] - 264:22

**PERMISSION** [2] - 305:12, 313:21

**PERSON** [1] - 278:13

**PERSONAL** [4] - 349:24, 349:25, 350:4, 350:16

**PERSONALLY** [3] - 262:8, 269:6, 269:24

**PERSPECTIVE** [1] - 265:6

**PERTAINING** [3] - 275:20, 289:21, 291:23

**PERTAINS** [1] - 288:11

**PERVASIVE** [1] - 362:17

**PETARD** [1] - 365:11

**PETE** [2] - 281:24, 282:24

**PETER** [1] - 246:10

**PETTY** [1] - 331:8

**PH.D** [2] - 286:10, 295:8

**PHENOMENA** [13] - 322:5, 324:10, 332:25, 333:15, 341:3, 342:18, 343:15, 349:21, 350:5, 351:10, 352:22, 354:17, 358:13

**PHENOMENON** [5] - 288:17, 327:24, 351:18, 353:23, 354:3

**PHILEN** [1] - 246:2

**PHOTOGRAPH** [10] - 311:1, 312:16, 314:9, 314:16, 314:19, 317:25, 319:16, 321:10, 331:21

**PHOTOGRAPHIC** [6] - 312:22, 312:23, 314:2, 316:25, 317:4,

319:1

**PHOTOGRAPHS** [17] - 294:15, 306:2, 312:17, 312:25, 313:4, 313:7, 313:11, 314:5, 314:7, 314:12, 319:9, 319:10, 319:14, 319:15, 321:21

**PHOTOS** [1] - 318:10

**PHYSICALLY** [1] - 264:10

**PICKED** [1] - 289:11

**PICTURE** [3] - 258:6, 258:8, 315:3

**PIERCE** [1] - 244:13

**PINK** [1] - 307:8

**PINPOINT** [1] - 258:17

**PLACE** [11] - 279:1, 285:8, 291:15, 291:16, 344:14, 348:3, 351:11, 354:3, 359:18, 359:19

**PLACED** [15] - 299:2, 299:8, 299:24, 344:16, 354:3, 359:14, 360:18, 372:13, 372:23, 372:25, 373:2, 373:11, 373:12, 373:15

**PLACEMENT** [2] - 370:17, 373:23

**PLACING** [2] - 320:23, 349:16

**PLAINTIFF** [1] - 244:12

**PLAINTIFF'S** [3] - 255:6, 280:15, 313:16

**PLAINTIFFS** [11] - 247:4, 248:7, 249:5, 250:6, 257:9, 260:10, 276:20, 277:3, 277:10, 281:11, 286:6

**PLAINTIFFS'** [7] - 258:14, 259:3, 281:19, 353:1, 365:25, 371:19

**PLAN** [2] - 263:3, 269:13

**PLANE** [1] - 290:12

**PLANING** [1] - 374:1

**PLANS** [1] - 273:20

**PLANT** [2] - 331:23, 332:3

**PLANTS'** [1] - 332:4

**PLATE** [3] - 352:9, 353:1, 353:2

**PLATFORM** [1] -

330:2

**PLAYED** [1] - 298:20

**PLAYS** [1] - 290:23

**PLC** [1] - 245:14

**PLEASE** [19] - 248:5, 249:15, 249:17, 251:16, 255:5, 258:25, 259:22, 259:25, 286:9, 286:12, 288:5, 298:22, 322:11, 326:8, 333:22, 337:6, 357:12, 367:22, 369:17

**PLEASURE** [2] - 303:13

**PLENTY** [1] - 337:1

**PLOT** [1] - 369:4

**PLUS** [1] - 279:14

**POINT** [37] - 252:22, 257:13, 260:23, 264:3, 265:24, 267:18, 269:13, 269:21, 271:12, 279:6, 281:12, 294:5, 296:25, 297:14, 302:4, 307:12, 307:22, 311:1, 316:15, 318:1, 319:17, 320:21, 325:10, 334:24, 335:25, 336:20, 337:20, 338:12, 341:14, 341:23, 355:25, 359:10, 359:20, 360:5, 368:16

**POINTED** [2] - 326:4, 354:5

**POINTER** [1] - 311:4

**POINTING** [1] - 368:6

**POINTS** [1] - 325:19

**POND** [1] - 315:1

**PONTCHARTRAIN** [4] - 269:19, 270:2, 310:1, 335:7

**POORLY** [1] - 351:2

**POPULATION** [1] - 287:2

**PORT** [2] - 271:10, 274:11

**PORTION** [10] - 318:13, 320:25, 322:16, 323:9, 324:14, 324:16, 324:21, 328:16, 338:22, 339:5

**POSITION** [4] - 260:12, 314:11, 315:16, 317:22

**POSSIBLE** [8] - 273:19, 273:21, 273:24, 275:14, 276:24, 303:14, 351:2, 365:22

**POSSIBLY** [2] - 250:9, 257:22

**POSTING** [1] - 260:19

**POTENTIAL** [1] - 269:8

**POTENTIALLY** [1] - 266:11

**POWERPOINT** [2] - 303:10, 303:11

**POYDRAS** [2] - 245:5, 246:16

**PRECEDENT** [2] - 364:15, 364:16

**PRECISE** [2] - 337:24, 369:6

**PRECISELY** [4] - 292:10, 344:14, 347:3, 359:2

**PRECISION** [1] - 317:1

**PREEXISTING** [1] - 305:20

**PREFATORY** [1] - 277:6

**PREFER** [1] - 303:23

**PREJUDGING** [1] - 327:16

**PREKATRINA** [4] - 363:12, 368:4, 368:5, 369:7

**PREPARATION** [1] - 267:19

**PREPARE** [1] - 327:20

**PREPARED** [5] - 280:25, 283:24, 292:4, 322:8, 356:10

**PREPARING** [1] - 283:24

**PRESENT** [7] - 246:1, 286:18, 292:4, 301:10, 304:24, 321:11, 372:5

**PRESENT-DAY** [1] - 321:11

**PRESENTATION** [1] - 303:10

**PRESERVATION** [1] - 297:18

**PRESS** [1] - 272:19

**PRESSURE** [6] - 257:18, 329:16, 349:17, 358:21, 358:22, 359:23

**PRETTY** [1] - 345:14

**PREVAILING** [1] - 331:4

**PREVENT** [1] - 255:18

**PREVENTS** [1] - 311:17

**PREVIOUS** [8] - 310:19, 313:20, 330:15, 342:9, 342:10, 350:8, 350:9, 370:18

**PREVIOUSLY** [1] - 337:21

**PRIMARILY** [2] - 290:13, 356:6

**PRIMARY** [2] - 345:20, 352:4

**PRINCIPLE** [4] - 345:4, 354:6, 356:12, 357:11

**PRINCIPLES** [1] - 348:13

**PRIOR** [9] - 285:2, 287:7, 301:10, 304:18, 307:13, 367:5, 369:1, 370:12, 370:14

**PRISM** [1] - 301:24

**PRIVATE** [1] - 268:24

**PRO** [1] - 338:25

**PROACTIVELY** [1] - 266:2

**PROBABLY** [7] - 267:13, 273:17, 288:22, 346:22, 348:6, 352:15

**PROBATIVE** [1] - 253:20

**PROBLEM** [23] - 252:6, 252:9, 252:17, 253:13, 253:25, 254:2, 254:3, 254:4, 256:2, 256:3, 257:4, 266:18, 266:20, 272:4, 273:5, 273:24, 283:7, 283:19, 284:5, 336:14, 342:8, 351:15, 363:18

**PROBLEMS** [3] - 252:23, 336:15

**PROCEDURALLY** [1] - 364:22

**PROCEDURE** [2] - 264:25, 303:22

**PROCEDURES** [1] - 252:16

**PROCEED** [5] - 248:7, 260:5, 293:14,

330:19, 351:25
**PROCEEDINGS** [1] - 246:18
**PROCEEDINGS** [2] - 244:7, 374:16
**PROCESS** [24] - 252:1, 267:24, 268:9, 268:20, 270:15, 291:10, 317:6, 318:14, 319:9, 321:25, 328:4, 331:17, 332:17, 333:16, 333:18, 341:4, 348:13, 356:19, 359:19, 359:21, 360:4, 360:24, 367:11, 367:12
**PROCESSES** [23] - 286:22, 288:19, 290:18, 291:5, 291:7, 291:9, 291:17, 291:23, 292:18, 296:21, 297:10, 298:13, 300:17, 306:17, 324:15, 329:5, 329:9, 329:11, 329:12, 330:10, 332:13
**PROCTOR** [5] - 334:24, 335:25, 336:20, 337:20, 338:11
**PRODUCE** [8] - 295:6, 329:15, 329:16, 329:25, 358:16, 361:25, 362:1, 370:9
**PRODUCED** [1] - 246:19
**PRODUCED** [3] - 350:19, 352:2, 358:21
**PRODUCING** [2] - 329:17, 366:6
**PRODUCT** [1] - 302:21
**PRODUCTION** [1] - 295:1
**PROFESSION** [2] - 306:7
**PROFESSIONALS** [1] - 294:10
**PROFESSOR** [2] - 288:6, 288:8
**PROFFERED** [1] - 296:18
**PROGRAM** [4] - 265:1, 269:20, 270:24, 271:11
**PROGRAMS** [1] -

268:20
**PROJECT** [27] - 251:22, 253:2, 261:9, 262:21, 264:4, 264:24, 266:10, 270:3, 270:24, 271:2, 271:3, 271:7, 271:14, 271:15, 271:24, 272:5, 272:8, 272:11, 272:15, 272:16, 272:17, 274:14, 275:8, 275:11, 310:20
**PROJECTS** [5] - 253:4, 261:4, 267:11, 277:17, 279:22
**PROMISE** [2] - 346:21
**PROMOTE** [1] - 332:1
**PROMOTING** [1] - 371:8
**PROMPTING** [1] - 334:6
**PROOF** [1] - 369:11
**PROPAGATING** [1] - 329:4
**PROPELLED** [1] - 310:4
**PROPERLY** [2] - 267:4, 267:5
**PROPERTIES** [1] - 281:21
**PROPERTY** [2] - 272:1, 272:9
**PROPONENT** [1] - 253:9
**PROPONENTS** [3] - 253:6, 253:7, 274:18
**PROPOSED** [4] - 280:18, 366:12, 366:18, 366:19
**PROTECTION** [22] - 252:3, 264:4, 265:10, 265:15, 268:6, 269:20, 269:22, 270:2, 270:23, 275:6, 302:18, 315:10, 318:10, 320:5, 320:14, 321:8, 322:2, 324:12, 353:8, 353:19, 355:13, 368:18
**PROTOCOL** [2] - 271:24, 356:9
**PROVE** [1] - 371:13
**PROVIDE** [4] - 254:11, 269:5, 274:18, 296:14
**PROVIDED** [10] - 251:24, 254:8, 266:9,

267:7, 267:10, 268:21, 277:10, 303:2, 325:11, 366:13
**PROXIMITY** [1] - 354:2
**PUBLIC** [2] - 273:22, 274:22
**PUBLICATION** [3] - 295:4, 295:6, 295:24
**PUBLICATIONS** [1] - 295:5
**PUBLISH** [2] - 255:5, 261:16
**PUMPED** [2] - 315:13, 372:10
**PUMPING** [1] - 309:17
**PURPLE** [1] - 310:10
**PURPOSE** [2] - 255:9, 313:6
**PURPOSES** [12] - 255:3, 259:18, 279:13, 293:8, 298:10, 308:1, 308:6, 314:12, 317:12, 340:2, 352:25, 367:23
**PUSHED** [1] - 351:19
**PUSHING** [1] - 329:16
**PUT** [15] - 261:17, 278:13, 282:8, 285:7, 285:14, 297:20, 299:13, 304:15, 315:11, 315:12, 340:21, 349:3, 362:5, 367:22, 372:14
**PUTS** [1] - 345:9
**PUTTING** [1] - 348:22
**PX** [13] - 261:16, 277:20, 281:4, 285:10, 293:11, 293:13, 313:21, 313:22, 322:12, 334:11, 367:22, 373:24

## Q

**QUADRANGLE** [2] - 306:23, 307:1
**QUALIFICATION** [1] - 288:15
**QUALIFICATIONS** [3] - 286:23, 292:3, 292:7
**QUALIFIED** [4] - 286:21, 286:24, 293:18, 298:7
**QUALIFIER** [4] -

282:12, 282:13, 282:14, 282:15
**QUALITIES** [1] - 340:19
**QUANTIFICATION** [2] - 357:10, 357:13
**QUANTIFIES** [1] - 322:15
**QUANTIFY** [3] - 322:4, 356:18, 356:22
**QUESTION** [29] - 251:6, 251:7, 251:11, 251:12, 251:15, 253:19, 264:2, 269:5, 270:4, 271:22, 274:3, 274:7, 275:25, 276:5, 276:18, 277:22, 284:15, 293:20, 334:5, 344:2, 346:25, 347:4, 347:18, 347:21, 348:11, 349:20, 351:17, 360:7
**QUESTIONS** [8] - 250:6, 256:11, 260:11, 271:19, 276:9, 276:12, 285:17, 289:17
**QUICK** [1] - 289:17
**QUICKLY** [2] - 250:9, 298:24
**QUIET** [1] - 339:13
**QUITE** [3] - 270:12, 289:1, 308:4

## R

**R** [5] - 244:8, 245:23, 246:11, 248:1, 286:15
**RAISE** [5] - 256:14, 257:13, 259:22, 266:20, 286:9
**RAISED** [5] - 263:7, 266:23, 267:4, 267:5, 357:1
**RAISING** [1] - 267:3
**RANGE** [1] - 302:19
**RANK** [1] - 274:3
**RAPID** [1] - 312:5
**RATE** [2] - 312:7, 340:22
**RATHER** [3] - 329:4, 368:12, 368:22
**RATIO** [1] - 275:12
**RE** [6] - 248:17, 269:13, 269:19, 270:24, 357:12, 366:12
**RE-ANALYSIS** [3] - 269:13, 269:19, 270:24

**RE-ARGUING** [1] - 366:12
**RE-LOOKING** [1] - 248:17
**RE-URGE** [1] - 357:12
**REACH** [32] - 252:5, 260:19, 278:23, 278:24, 279:12, 279:13, 279:16, 279:17, 279:18, 280:1, 280:2, 280:11, 281:2, 294:5, 321:4, 322:16, 322:17, 324:16, 338:16, 339:5, 342:8, 345:21, 362:15, 370:4
**REACHED** [1] - 321:11
**REACHES** [2] - 302:1, 358:25
**REACTION** [1] - 288:24
**READ** [15] - 248:25, 249:1, 250:8, 260:11, 270:6, 270:16, 270:17, 273:2, 274:21, 275:18, 276:3, 282:6, 347:15, 352:6, 355:6
**READILY** [1] - 323:19
**READING** [4] - 305:3, 345:18, 346:9, 369:2
**READY** [2] - 248:7, 283:15
**REAL** [1] - 359:6
**REALLY** [5] - 248:12, 248:18, 254:1, 256:7, 261:18
**REASON** [5] - 290:8, 304:7, 314:10, 357:19, 365:4
**REASONABLE** [3] - 257:10, 333:7, 365:22
**REASONS** [3] - 328:9, 345:25, 360:2
**REBUTTAL** [1] - 357:4
**RECALL** [19] - 252:25, 261:6, 261:11, 262:6, 262:8, 262:10, 262:24, 264:2, 264:24, 266:7, 270:4, 270:8, 270:9, 270:20, 271:10, 273:4, 273:17, 274:15, 357:7
**RECEIVE** [4] -

251:18, 251:21, 272:25, 326:20

**RECEIVED** [4] - 262:24, 293:3, 326:22, 364:2

**RECEIVING** [1] - 273:18

**RECENTLY** [2] - 263:7, 347:12

**RECESS** [5] - 281:5, 281:9, 336:25, 337:3, 374:9

**RECIPIENT** [1] - 316:6

**RECOGNIZE** [4] - 254:7, 255:17, 255:24, 263:16

**RECOGNIZING** [1] - 256:3

**RECOMMEND** [1] - 257:21

**RECOMMENDATIO NS** [2] - 266:12, 268:23

**RECON** [1] - 280:12

**RECORD** [29] - 249:16, 249:19, 260:1, 276:1, 277:8, 278:11, 285:8, 286:13, 292:9, 292:23, 293:4, 293:5, 295:4, 325:14, 326:2, 328:1, 334:3, 346:8, 349:13, 352:25, 359:1, 362:24, 365:22, 365:24, 366:1, 366:2, 366:13, 367:3, 374:16

**RECORDED** [1] - 246:18

**RECORDS** [2] - 294:17, 371:15

**RED** [10] - 307:7, 314:13, 318:8, 319:16, 321:15, 322:18, 337:25, 338:6, 339:4, 368:8

**REDIRECT** [1] - 276:11

**REDUCTION** [2] - 279:3, 358:22

**REEL** [1] - 356:17

**REEVALUATION** [2] - 262:21, 264:3

**REFER** [1] - 275:9

**REFERENCE** [5] - 268:17, 274:21, 285:25, 286:1, 308:7

**REFERRING** [1] - 262:19

**REFORMED** [1] - 328:24

**REFRACT** [1] - 331:13

**REGARD** [4] - 265:9, 266:9, 271:5, 290:22

**REGARDING** [3] - 272:25, 347:14, 372:17

**REGARDLESS** [1] - 346:19

**REGIME** [2] - 331:4, 332:6

**REGION** [20] - 287:4, 301:16, 301:18, 301:20, 309:7, 309:21, 310:5, 316:3, 323:3, 335:21, 338:13, 338:15, 339:10, 339:14, 339:16, 344:16, 368:15, 368:19, 368:22, 370:23

**REGIONAL** [1] - 357:3

**REGIONS** [2] - 296:8, 303:3

**REGULAR** [1] - 300:17

**REGULATIONS** [1] - 264:22

**REINTRODUCED** [1] - 349:4

**RELATE** [1] - 351:5

**RELATED** [4] - 266:6, 294:10, 330:10, 353:18

**RELATES** [1] - 297:2

**RELATING** [2] - 269:18, 287:22

**RELATIONSHIP** [3] - 328:7, 331:14, 368:25

**RELEVANCE** [1] - 274:5

**RELIABILITY** [1] - 284:14

**RELIABLE** [1] - 306:16

**RELIED** [3] - 297:19, 308:13, 314:2

**RELIEF** [1] - 330:6

**RELY** [8] - 294:9, 294:14, 294:16, 306:6, 306:7, 312:21, 312:24, 327:20

**REMAIN** [1] - 347:23

**REMAINDER** [1] - 326:21

**REMAINED** [1] - 310:1

**REMARKS** [1] - 352:7

**REMEMBER** [12] - 254:4, 254:5, 254:6, 270:9, 270:20, 308:11, 311:12, 334:14, 339:24, 343:19, 348:11, 367:6

**REMIND** [1] - 369:10

**REMISS** [1] - 268:4

**REMOVAL** [1] - 373:22

**REMOVE** [4] - 358:24, 359:17, 359:18, 359:23

**REMOVED** [10] - 279:2, 280:4, 280:8, 280:14, 332:20, 339:7, 349:2, 359:13, 361:14, 372:5

**REMOVING** [5] - 316:10, 330:3, 349:17, 349:18, 351:21

**RENDERED** [1] - 282:4

**RENEW** [1] - 353:19

**REPEAT** [1] - 251:15

**REPHRASE** [4] - 347:4, 347:6, 347:18, 347:20

**REPLACED** [1] - 331:24

**REPORT** [91] - 251:20, 252:9, 252:11, 252:21, 253:13, 282:4, 282:6, 283:11, 285:12, 292:24, 293:6, 293:12, 293:13, 294:13, 294:21, 294:22, 295:24, 297:21, 304:7, 305:2, 305:4, 305:5, 305:8, 306:21, 313:8, 313:9, 313:11, 318:3, 318:4, 319:2, 319:8, 320:3, 322:13, 325:13, 326:1, 326:2, 326:7, 334:15, 334:16, 335:1, 336:10, 337:14, 341:9, 341:12, 341:15, 341:23, 341:24, 342:5, 342:11, 342:17, 343:3, 343:5, 343:6, 343:19, 343:21, 343:25, 344:2, 344:4, 344:9, 345:10, 347:1, 347:2,

347:13, 348:3, 350:17, 350:20, 351:12, 352:2, 352:8, 352:9, 353:2, 353:20, 353:21, 354:4, 355:2, 355:5, 355:10, 356:4, 356:10, 356:15, 362:1, 366:5, 366:7, 369:20, 369:21, 370:12, 372:23, 373:1

**REPORTER** [1] - 246:15

**REPORTER** [4] - 259:18, 289:23, 374:15, 374:20

**REPORTER'S** [1] - 374:13

**REPORTS** [11] - 280:12, 294:20, 295:1, 307:3, 323:25, 327:20, 345:18, 356:2, 356:8, 357:20, 362:4

**REPRESENT** [6] - 250:5, 260:9, 293:24, 304:16, 314:6, 338:23

**REPRESENTATION** [2] - 368:2, 369:6

**REPRESENTS** [4] - 299:16, 325:5, 334:12, 366:1

**REQUEST** [2] - 268:8, 268:14

**REQUESTS** [3] - 268:10, 268:18, 269:5

**REQUIRE** [3] - 275:7, 275:15, 307:24

**REQUIRED** [2] - 255:18, 349:19

**REQUIREMENTS** [1] - 362:4

**RESERVE** [1] - 278:2

**RESIDENTS** [1] - 287:6

**RESISTANCE** [5] - 311:17, 340:20, 348:21, 349:6, 349:7

**RESOLUTION** [1] - 251:19

**RESOLVE** [1] - 263:6

**RESOLVED** [1] - 256:20

**RESOURCES** [1] - 260:20

**RESPECT** [7] - 250:15, 259:15, 264:20, 268:7, 269:2, 344:3, 372:18

**RESPOND** [9] - 262:14, 325:22,

340:22, 344:5, 347:8, 347:10, 349:5, 349:13, 352:17

**RESPONDED** [1] - 263:1

**RESPONDING** [1] - 309:7

**RESPONDS** [1] - 280:24

**RESPONSE** [11] - 262:10, 273:3, 296:22, 342:2, 344:23, 348:14, 353:13, 353:18, 357:3, 372:17, 372:20

**RESPONSIBILITIE S** [1] - 260:21

**RESPONSIBILITY** [5] - 250:5, 250:14, 252:7, 253:13, 272:15

**RESPONSIBLE** [3] - 260:20, 267:2, 301:8

**RESPONSIVENESS** [1] - 274:24

**REST** [2] - 303:1, 309:25

**RESULT** [10] - 289:16, 309:12, 312:1, 314:22, 317:6, 319:2, 330:11, 330:12, 354:16, 356:12

**RESULTS** [3] - 270:22, 332:22, 348:15

**RETENTION** [8] - 314:17, 315:6, 315:8, 315:11, 315:12, 315:13, 315:19, 316:10

**RETIRED** [2] - 259:12, 260:23

**RETIREMENT** [1] - 260:25

**RETREAT** [3] - 332:13, 332:24, 360:3

**RETURN** [1] - 337:18

**REVETTED** [2] - 320:19, 321:5

**REVIEW** [3] - 251:20, 364:5, 366:4

**REVIEWED** [2] - 278:1, 281:2

**REVIEWING** [1] - 366:6

**RICHARD** [3] - 246:11, 249:11, 295:20

**RIDGE** [10] - 291:3, 300:23, 301:9,

301:21, 302:3, 302:10, 303:5, 309:15, 311:5

**RIDGES** [1] - 291:2

**RIGHT** [90] - 256:25, 259:5, 259:22, 261:25, 263:17, 263:18, 271:4, 272:21, 277:4, 277:9, 278:10, 279:20, 281:15, 282:17, 285:22, 286:9, 287:15, 287:22, 288:1, 291:12, 295:25, 297:23, 298:15, 299:12, 299:22, 300:11, 306:19, 307:19, 308:4, 308:6, 310:15, 310:21, 311:6, 311:20, 312:13, 313:18, 315:6, 316:3, 316:8, 316:9, 316:14, 317:9, 318:5, 318:9, 318:15, 319:11, 319:18, 319:22, 321:9, 322:1, 322:8, 322:22, 323:1, 325:7, 325:10, 327:6, 330:17, 332:8, 332:10, 332:25, 335:17, 336:5, 336:13, 336:22, 338:2, 338:10, 338:13, 338:17, 339:3, 340:8, 340:10, 342:7, 343:13, 343:14, 348:9, 349:20, 351:5, 351:25, 355:5, 357:22, 357:25, 359:6, 367:1, 368:9, 368:15, 371:17, 371:21, 374:3, 374:5

**RIGHT-HAND** [5] - 299:12, 299:22, 308:6, 322:22, 368:9

**RIGHTS** [1] - 272:14

**RIGOLETS** [1] - 310:2

**RISE** [9] - 281:8, 301:15, 302:23, 302:24, 329:9, 337:2, 337:5, 361:13, 374:8

**RISK** [4] - 254:22, 254:24, 256:5, 263:17

**RIVER** [11] - 262:23, 264:6, 264:10, 273:5, 289:6, 290:13, 300:24, 301:3,

332:18, 339:11

**RIVERS** [1] - 301:1

**ROBERT** [2] - 246:1, 308:20

**ROBIN** [2] - 246:10, 282:20

**ROBINSON** [4] - 244:2, 249:5, 250:6, 260:10

**ROCKET** [1] - 367:7

**ROLE** [2] - 290:24, 298:20

**ROMAN** [1] - 249:21

**ROOM** [1] - 246:16

**ROOM** [1] - 346:22

**ROOT** [5] - 332:1, 332:3, 332:5, 332:10

**ROOTS** [1] - 332:12

**ROUGE** [2] - 245:10, 245:16

**ROUGE** [1] - 286:6

**ROUGHNESS** [5] - 296:14, 296:18, 297:2, 297:6, 329:1

**ROUTINE** [1] - 298:6

**ROUTINELY** [7] - 294:9, 306:6, 306:7, 308:13, 312:21, 314:1, 327:20

**ROY** [14] - 245:1, 245:1, 248:7, 256:23, 257:3, 257:7, 257:12, 257:18, 257:25, 258:14, 276:20, 281:7, 305:12, 364:22

**RPR** [2] - 246:15, 374:20

**RULE** [2] - 277:13, 343:18

**RULED** [1] - 342:14

**RULES** [3] - 277:13, 362:4, 365:4

**RULING** [2] - 364:13, 367:20

**RUN** [1] - 336:15

**RUPERT** [1] - 246:9

**RUSH** [8] - 247:6, 249:8, 249:13, 249:20, 249:21, 250:2

**S**

**S** [3] - 246:4, 246:7, 248:1

**S.W** [1] - 245:12

**SAID** [11] - 258:16, 267:13, 274:10, 276:16, 278:16, 280:15, 283:15, 317:3, 357:6, 360:2,

373:1

**SAKE** [1] - 368:16

**SALINE** [2] - 301:16, 332:6

**SALT** [2] - 307:7, 309:23

**SALTWATER** [17] - 296:10, 301:19, 302:18, 309:8, 309:13, 310:4, 310:5, 311:8, 311:16, 311:25, 312:1, 312:3, 312:7, 331:21, 331:23, 361:12

**SALTY** [1] - 309:8

**SAME** [20] - 267:10, 270:15, 271:5, 274:14, 275:12, 285:8, 288:24, 301:18, 305:13, 314:11, 314:13, 315:16, 317:22, 321:17, 326:20, 342:7, 350:11, 359:21, 361:22, 363:16

**SAMPLES** [1] - 363:11

**SAND** [3] - 289:6, 289:7, 352:5

**SANDS** [12] - 247:9, 258:15, 258:24, 259:11, 259:12, 259:23, 260:2, 260:3, 272:24, 273:11, 274:9, 275:6

**SANDY** [1] - 352:12

**SARAH** [1] - 246:11

**SAT** [1] - 267:15

**SAUDI** [1] - 261:14

**SAW** [2] - 326:11, 331:21

**SAY** [37] - 249:17, 251:6, 251:10, 265:14, 265:21, 269:9, 269:24, 271:25, 272:7, 276:8, 282:11, 282:15, 287:1, 289:17, 294:21, 296:25, 297:15, 298:2, 302:6, 302:22, 303:15, 303:16, 323:13, 323:18, 325:5, 339:19, 340:21, 340:23, 342:4, 345:12, 354:21, 354:23, 355:21, 358:1, 359:2, 361:8, 363:1

**SAYING** [12] - 282:15, 288:12, 296:23, 297:6, 297:14, 306:1, 315:23, 325:18, 327:14, 354:9, 362:18, 364:1

**SAYS** [7] - 275:4, 276:7, 284:7, 284:12, 344:12, 365:20

**SCAR** [1] - 329:25

**SCHEMATIC** [1] - 342:13

**SCHEME** [1] - 274:6

**SCHWARZBERG** [1] - 308:20

**SCIENCE** [2] - 288:6, 290:4

**SCIENTIST** [1] - 306:12

**SCOPE** [7] - 259:14, 341:12, 343:19, 347:2, 353:20, 355:1, 356:10

**SCREEN** [3] - 318:12, 358:12, 371:17

**SE** [1] - 316:23

**SEA** [1] - 339:12

**SEATED** [3] - 248:5, 249:15, 337:7

**SECOND** [10] - 255:8, 262:4, 262:20, 273:19, 275:9, 320:2, 330:18, 337:16, 347:13, 367:1

**SECONDS** [1] - 331:9

**SECTION** [13] - 326:19, 333:18, 334:20, 334:22, 334:23, 338:8, 338:10, 338:12, 338:14, 338:21, 341:23, 350:19, 362:22

**SECTIONS** [6] - 294:17, 326:23, 334:25, 352:1, 352:2, 370:10

**SEDIMENT** [28] - 280:14, 289:5, 289:7, 291:10, 301:4, 301:8, 330:3, 331:15, 332:19, 338:24, 339:6, 339:11, 339:13, 339:14, 339:15, 339:21, 340:19, 345:7, 348:14, 348:18,

352:7, 358:17, 361:11, 361:14, 372:5, 372:10, 372:13

**SEDIMENTOLOGIST** [1] - 306:16

**SEDIMENTOLOGY** [9] - 286:22, 288:18, 289:4, 289:5, 289:10, 290:9, 290:11, 292:17, 295:14

**SEDIMENTS** [14] - 290:3, 290:5, 290:12, 300:12, 334:20, 334:21, 335:20, 338:22, 339:1, 339:17, 340:6, 352:3, 370:24, 370:25

**SEE** [49] - 248:11, 255:8, 255:9, 255:13, 278:1, 286:25, 295:13, 299:13, 307:13, 308:23, 309:13, 309:21, 309:23, 311:3, 311:6, 311:7, 311:10, 311:13, 312:24, 313:12, 314:20, 315:23, 316:11, 316:17, 316:21, 317:7, 317:25, 318:9, 318:12, 318:15, 319:15, 319:25, 321:12, 321:24, 322:1, 331:13, 333:8, 335:19, 337:19, 338:6, 340:13, 343:21, 354:4, 355:17, 363:13, 363:17, 368:14

**SEEING** [3] - 311:3, 316:5, 328:20

**SEEM** [1] - 331:7

**SEEMS** [4] - 290:4, 303:23, 315:19, 331:8

**SEEN** [10] - 262:7, 298:23, 311:19, 311:24, 320:7, 326:5, 326:10, 327:11, 364:16, 364:25

**SEMANTICAL** [1] - 317:12

**SENATORS** [1] - 266:24

**SENSITIVE** [1] - 257:25

**SENT** [4] - 282:7, 282:12, 282:18, 282:19

**SEPARATE** [6] - 277:17, 278:20,

278:21, 280:5, 305:16, 345:7

**SEPARATES** [1] - 280:1

**SEPTEMBER** [3] - 277:11, 278:12

**SEQUENCE** [2] - 308:16, 352:11

**SEQUENTIALLY** - 321:24

**SEQUESTER** [1] - 257:5

**SERIES** [11] - 282:9, 301:4, 303:8, 304:16, 314:5, 319:8, 319:10, 319:13, 321:17, 321:21, 350:18

**SERVED** [1] - 277:10

**SES** [1] - 358:5

**SESSION** [4] - 244:9, 248:3, 248:5, 337:6

**SET** [5] - 277:6, 286:17, 305:18, 362:9, 364:15

**SETTING** [3] - 304:18, 307:7, 332:2

**SETTLING** [2] - 339:24, 372:14

**SEVERAL** [6] - 274:10, 295:4, 316:22, 324:24, 329:22, 367:5

**SEVERED** [1] - 318:14

**SEVERELY** [1] - 287:1

**SHARP** [3] - 331:12, 331:15, 374:7

**SHE** [3] - 334:9, 354:8

**SHEA** [1] - 248:24

**SHEET** [1] - 279:5

**SHELF** [1] - 291:17

**SHERMAN** [1] - 244:20

**SHIP** [1] - 265:4

**SHORE** [6] - 265:7, 273:1, 273:20, 309:23, 331:16, 339:1

**SHORELINE** [18] - 291:15, 319:16, 320:16, 320:18, 320:19, 320:22, 320:25, 321:2, 321:14, 322:3, 329:19, 329:23, 329:24, 331:12, 331:15, 332:14, 332:24

**SHORT** [2] - 336:16,

---

338:16

**SHORTER** [1] - 311:17

**SHORTLY** [2] - 315:4, 364:4

**SHOT** [1] - 338:8

**SHOTS** [1] - 317:19

**SHOULD** [11] - 248:22, 266:25, 268:2, 268:3, 270:1, 270:19, 272:16, 276:7, 325:13, 343:5, 348:8

**SHOW** [29] - 258:6, 258:8, 262:4, 273:9, 306:24, 309:6, 309:7, 309:10, 310:14, 310:23, 311:4, 312:17, 317:19, 319:9, 321:17, 322:18, 334:19, 335:15, 338:7, 338:19, 346:2, 352:4, 352:5, 360:18, 363:2, 370:7, 371:16

**SHOWED** [6] - 267:24, 318:22, 325:17, 328:9, 336:21, 350:19

**SHOWING** [7] - 258:7, 304:17, 304:20, 310:6, 325:3, 338:10, 365:15

**SHOWN** [18] - 299:9, 300:21, 305:15, 307:10, 307:11, 309:4, 321:14, 322:10, 323:3, 324:12, 325:10, 324:24, 350:22, 360:23, 364:11, 368:5, 368:7

**SHOWS** [11] - 309:12, 314:16, 314:19, 322:17, 323:4, 326:25, 333:2, 342:18, 359:7, 362:14, 370:22

**SIC** [1] - 295:8

**SIDE** [21] - 265:10, 265:15, 281:13, 299:12, 299:22, 320:23, 321:2, 322:22, 340:13, 340:22, 351:1, 352:18, 359:22, 368:6, 368:9, 372:9, 372:14, 372:23, 372:25, 373:3, 373:11

**SIDEBAR** [3] -

---

281:16, 362:8, 366:23

**SIDES** [4] - 340:13, 350:23, 359:9, 359:24

**SIDEWARDS** [1] - 360:22

**SIGN** [1] - 270:6

**SIGNATURE** [2] - 255:15, 262:5

**SIGNED** [1] - 255:11

**SIGNIFICANT** [7] - 270:10, 324:3, 324:7, 345:14, 346:4, 373:25

**SILT** [2] - 339:18, 352:5

**SILTY** [1] - 352:12

**SIMPLY** [8] - 269:18, 272:8, 327:16, 346:25, 348:14, 363:1, 366:2, 370:22

**SIMS** [1] - 244:23

**SINCE** [8] - 267:1, 278:12, 287:9, 336:19, 347:15, 357:10, 372:4

**SINKING** [3] - 353:9, 355:11, 355:12

**SIR** [51] - 249:9, 249:12, 250:4, 250:10, 250:18, 251:17, 252:2, 252:5, 254:13, 255:2, 255:9, 255:17, 256:3, 256:4, 256:10, 256:15, 259:21, 260:6, 260:9, 260:12, 262:4, 262:10, 263:10, 263:16, 264:2, 264:12, 267:18, 268:6, 270:4, 270:8, 271:1, 271:18, 272:5, 276:6, 276:10, 276:13, 277:9, 280:22, 286:3, 286:8, 288:8, 310:21, 315:18, 320:21, 320:22, 324:22, 343:12, 348:7, 348:11, 357:14, 367:24

**SIT** [1] - 249:22

**SITUATION** [3] - 252:12, 304:21, 321:16

**SIX** [4] - 296:13, 311:15, 321:16, 331:8

**SIZE** [7] - 308:24, 312:6, 312:12, 329:20, 332:22

**SKIPPED** [1] - 350:8

**SKIPPING** [1] -

---

350:25

**SLIDE** [12] - 298:22, 304:15, 305:10, 306:1, 322:10, 329:12, 335:14, 342:17, 342:19, 342:22, 352:7, 370:2

**SLIDES** [6] - 303:8, 304:16, 322:11, 342:20, 350:8, 350:9

**SLIGHT** [1] - 330:5

**SLOPE** [6] - 349:18, 359:4, 359:5, 359:9, 359:11, 360:9

**SLOPES** [1] - 351:1

**SLUFFED** [1] - 349:1

**SLUMPING** [8] - 332:22, 333:13, 346:10, 360:3, 360:8, 360:9, 360:12

**SMALL** [7] - 301:1, 302:19, 314:21, 320:23, 324:21, 328:16, 352:13

**SMALLER** [3] - 301:5, 323:9

**SMITH** [23] - 246:10, 248:22, 248:24, 277:25, 278:6, 278:9, 281:1, 281:6, 282:20, 282:23, 283:17, 283:23, 284:9, 284:14, 284:19, 285:1, 285:4, 285:9, 285:11, 285:17, 285:21, 292:2, 363:21

**SO** [130] - 248:16, 250:8, 252:17, 254:22, 267:3, 268:4, 269:21, 273:17, 274:22, 281:12, 281:13, 284:2, 284:20, 285:7, 287:11, 289:7, 289:15, 289:24, 290:18, 291:8, 293:20, 294:6, 295:21, 295:22, 296:15, 298:9, 299:6, 299:22, 301:7, 301:15, 302:10, 302:18, 302:23, 302:24, 305:4, 305:7, 306:1, 306:20, 306:25, 308:10, 308:21, 309:5, 310:16, 310:18, 311:24, 312:6, 312:7, 312:12, 312:15, 313:2, 313:10,

---

313:11, 313:14, 315:6, 315:11, 316:5, 317:21, 318:15, 319:1, 319:19, 319:23, 321:10, 321:14, 321:24, 323:9, 323:13, 323:16, 323:18, 325:20, 325:22, 326:17, 330:8, 330:10, 331:12, 331:17, 332:7, 332:12, 332:25, 333:23, 333:25, 334:11, 335:6, 335:15, 335:17, 335:24, 336:2, 337:18, 338:8, 338:11, 338:12, 338:14, 339:17, 340:6, 342:2, 342:13, 345:21, 345:23, 347:22, 348:22, 350:2, 353:6, 355:4, 355:16, 356:9, 356:14, 357:3, 357:8, 358:22, 359:10, 359:15, 359:17, 360:5, 360:16, 363:22, 364:4, 365:4, 367:6, 367:19, 367:20, 368:10, 368:19, 368:23, 369:23, 370:3, 370:13, 370:24, 371:3, 372:6, 373:8

**SOFT** [2] - 360:21, 371:12

**SOIL** [2] - 345:6, 351:22

**SOILEAU** [2] - 357:2, 357:7

**SOILS** [1] - 361:7

**SOJA** [1] - 246:11

**SOLO** [1] - 294:21

**SOLUTIONS** [1] - 273:25

**SOME** [49] - 250:6, 252:17, 253:5, 256:18, 260:11, 260:25, 261:3, 265:4, 266:12, 267:13, 267:23, 268:16, 270:19, 271:11, 271:25, 277:6, 285:17, 288:17, 288:21, 288:22, 291:22, 294:11, 303:17, 307:12, 308:2, 308:25,

318:16, 319:7,
327:11, 330:1, 330:3,
333:17, 333:24,
333:25, 336:20,
339:20, 347:12,
350:8, 356:9, 357:6,
365:7, 366:9, 372:1,
372:9, 373:2, 373:12
**SOMEONE** [5] -
270:21, 274:18,
297:19, 326:6, 355:11
**SOMETHING** [22] -
248:13, 248:14,
252:15, 256:14,
270:19, 283:22,
289:24, 303:15,
310:24, 314:14,
315:2, 325:20,
327:14, 327:19,
333:13, 340:25,
357:7, 357:21,
361:25, 363:15,
365:15, 367:17
**SOMETIMES** [2] -
299:17, 339:21
**SOMEWHAT** [2] -
256:23, 333:6
**SOMEWHERE** [5] -
255:21, 320:7, 326:6,
327:3, 360:16
**SORRY** [13] - 255:14,
256:22, 258:4,
262:15, 265:18,
295:10, 296:3, 308:2,
312:14, 337:16,
342:12, 342:19, 348:4
**SORT** [3] - 307:25,
334:20, 351:22
**SOUND** [6] - 299:4,
300:5, 300:13, 303:4,
307:16, 335:6
**SOURCE** [1] -
361:11
**SOURCES** [4] -
265:14, 306:3, 306:6,
308:8
**SOUTH** [1] - 244:13
**SOUTHEAST** [1] -
256:4
**SPACE** [1] - 340:3
**SPEAK** [4] - 269:9,
286:25, 287:16,
353:15
**SPEAKS** [1] - 275:17
**SPECIAL** [1] -
288:16
**SPECIALIZATION**
[1] - 369:3
**SPECIALTIES** [1] -
308:17

**SPECIES** [2] -
331:24, 331:25
**SPECIFIC** [6] -
274:16, 279:10,
287:17, 290:25,
305:5, 348:20
**SPECIFICALLY** [2] -
344:20, 361:23
**SPECULATE** [1] -
274:25
**SPECULATION** [3] -
273:7, 274:3, 275:1
**SPEED** [1] - 329:21
**SPELL** [4] - 249:16,
249:18, 260:1, 286:12
**SPELLING** [2] -
259:21, 289:24
**SPEND** [1] - 252:3
**SPOIL** [22] - 299:2,
299:23, 300:11,
300:12, 314:18,
315:14, 318:11,
340:23, 344:16,
348:16, 348:20,
349:3, 351:4, 354:2,
358:16, 358:24,
359:15, 359:19,
360:18, 370:17,
371:2, 372:17
**SPOILS** [2] - 300:8,
372:23
**SPONSOR** [1] -
267:2
**SPONSORING** [1] -
266:5
**SPONSORS** [2] -
253:4, 274:13
**SPOT** [1] - 277:8
**SPRINGS** [1] -
245:13
**SQUEEZING** [1] -
350:12
**SR** [1] - 246:11
**ST** [5] - 244:17,
244:20, 245:2, 245:5,
245:23
**ST** [4] - 260:22,
266:15, 267:16, 301:9
**STAFF** [1] - 274:12
**STAGE** [1] - 362:9
**STAGES** [1] - 301:9
**STAND** [4] - 249:7,
277:19, 328:15, 367:8
**STANDING** [4] -
281:20, 340:11,
340:12, 347:23
**STANDPOINT** [12] -
265:8, 265:7, 300:16,
303:10, 306:16,
317:4, 323:11,

323:18, 323:19,
333:7, 351:1, 373:16
**STANWOOD** [1] -
244:8
**START** [4] - 257:15,
342:13, 360:16,
360:17
**STARTED** [1] -
314:21
**STARTING** [3] -
355:25, 360:5, 374:1
**STARTS** [1] - 360:24
**STATE** [9] - 249:15,
249:18, 256:23,
259:25, 272:6,
286:12, 292:10,
350:22, 365:25
**STATEMENTS** [1] -
282:10
**STATES** [10] - 244:1,
244:5, 244:8, 249:11,
259:20, 273:19,
281:25, 282:9, 292:7,
374:15
**STATING** [1] -
298:21
**STATION** [1] -
246:13
**STATIONS** [1] -
309:17
**STAY** [1] - 257:1
**STEMS** [1] - 332:4
**STENOGRAPHY** [1]
- 246:18
**STEP** [2] - 256:15,
276:13
**STEPHEN** [1] -
363:13
**STEVENS** [36] -
245:18, 245:18,
277:2, 277:3, 277:5,
277:10, 278:11,
278:16, 279:21,
280:20, 280:22,
281:4, 285:6, 285:10,
285:14, 285:23,
286:2, 326:7, 326:12,
336:10, 337:1, 342:1,
342:6, 342:12, 346:8,
346:13, 347:4,
355:24, 356:17,
356:23, 357:1, 363:9,
366:11, 366:18,
366:21
**STILL** [4] - 256:23,
302:23, 345:15, 347:7
**STIPULATE** [4] -
282:1, 282:9, 282:11,
292:7
**STIPULATED** [1] -

292:3
**STIPULATION** [1] -
285:25
**STIPULATIONS** [1] -
282:19
**STONE** [17] - 246:11,
249:10, 249:11,
250:22, 250:25,
251:3, 252:13,
253:16, 253:18,
256:11, 256:14,
256:16, 256:22,
257:17, 258:4, 258:7,
258:10
**STOP** [3] - 272:3,
340:2, 340:25
**STOPPED** [1] -
269:14
**STOPPING** [1] -
374:1
**STORM** [16] - 254:8,
254:11, 254:24,
263:17, 264:5, 269:7,
269:18, 279:3, 287:6,
291:9, 296:15,
296:19, 301:18,
311:18, 316:18, 329:3
**STORMS** [4] -
296:14, 301:17,
311:18, 339:19
**STRAIGHT** [3] -
281:12, 293:20, 334:3
**STREET** [5] - 244:13,
245:9, 245:16, 246:2,
246:16
**STRIKE** [5] - 253:11,
254:22, 264:18,
331:15, 372:17
**STRUCTURE** [2] -
332:10, 346:2
**STRUCTURES** [2] -
290:10
**STUCK** [1] - 355:2
**STUDIES** [1] - 263:6
**STUDY** [13] - 250:19,
250:20, 251:1, 289:5,
289:10, 289:15,
290:3, 290:17,
306:10, 306:11,
312:15, 313:2
**STUMPS** [1] - 300:12
**SUBCATEGORY** [1]
- 287:13
**SUBJECT** [4] -
259:7, 297:18, 304:2,
365:13
**SUBMIT** [4] - 261:13,
288:21, 345:9, 367:21
**SUBMITTED** [6] -
248:10, 268:11,

316:25, 317:3,
363:19, 363:22
**SUBROGATED** [1] -
245:22
**SUBSEQUENT** [5] -
260:23, 281:23,
282:12, 300:1, 366:6
**SUBSEQUENTLY**
[5] - 260:15, 282:19,
290:20, 299:8, 308:10
**SUBSIDE** [4] -
351:22, 354:1, 354:9,
371:6
**SUBSIDED** [3] -
347:2, 354:16, 356:15
**SUBSIDENCE** [16] -
255:25, 256:3, 256:5,
279:3, 344:12,
346:16, 346:18,
353:23, 354:12,
355:17, 356:12,
356:20, 357:3,
360:12, 365:15,
370:23
**SUBSTANTIAL** [2] -
324:4, 324:5
**SUBSTANTIALLY**
[1] - 265:5
**SUBSTITUTED** [1] -
293:2
**SUBSTRATE** [2] -
330:9, 344:13
**SUCCESSIVE** [1] -
330:25
**SUCH** [8] - 256:6,
264:21, 289:8, 291:9,
294:16, 368:15,
371:2, 372:8
**SUFFICE** [3] -
294:21, 298:2, 325:5
**SUGGEST** [3] -
270:8, 273:23, 275:14
**SUGGESTED** [2] -
263:5, 274:17
**SUGGESTING** [1] -
347:18
**SUGGESTIONS** [1] -
266:8
**SUGGESTS** [1] -
255:8
**SUITE** [4] - 244:14,
244:23, 245:5, 246:2
**SUMMARIZE** [1] -
322:4
**SUMMARIZED** [1] -
322:21
**SUMMARY** [9] -
277:12, 277:13,
277:16, 278:1,
280:16, 281:3, 286:1,

293:22, 293:24

**SUNDAY** [1] - 364:2

**SUNK** [2] - 355:9, 355:10

**SUPPLEMENTAL** [4] - 347:13, 362:1

**SURE** [19] - 257:9, 257:10, 268:5, 268:16, 269:11, 271:23, 273:2, 277:4, 293:23, 297:5, 306:5, 310:9, 313:19, 320:2, 327:25, 336:15, 346:14, 354:1, 367:1

**SURFACE** [3] - 330:6, 330:22, 331:6

**SURFACES** [1] - 297:2

**SURGE** [13] - 254:8, 254:24, 263:17, 264:7, 269:16, 269:22, 270:14, 279:3, 287:6, 296:15, 296:19, 329:3, 345:21

**SURGES** [3] - 254:24, 270:22, 311:18

**SURPRISE** [4] - 325:24, 365:20, 366:22, 372:22

**SURROUNDING** [8] - 255:25, 287:3, 296:8, 298:18, 298:19, 332:20, 370:19, 370:21

**SURVEYOR** [2] - 318:20, 318:22

**SUSCEPTIBILITY** [1] - 370:23

**SUSCEPTIBLE** [1] - 371:1

**SUSPECT** [3] - 370:24, 371:3, 371:5

**SWAMP** [8] - 306:22, 307:10, 307:11, 307:17, 307:23, 308:20, 308:24

**SWAMPS** [1] - 306:24

**SWIPE** [1] - 310:25

**SWITCH** [2] - 261:21, 322:11

**SWORN** [3] - 249:13, 259:23, 286:10

**SYNOPSIS** [3] - 278:17, 371:18, 371:23

**SYNOPSIZED** [2] - 249:1, 355:8

**SYNOPSIZING** [1] -

305:4

**SYSTEM** [7] - 289:6, 291:16, 294:12, 300:24, 300:25, 302:11, 332:18

---

# T

**T** [2] - 245:22, 286:15

**TABLE** [3] - 327:2, 327:4, 327:6

**TABULATION** [2] - 299:12, 327:13

**TABULATIONS** [1] - 299:22

**TAHEERAH** [1] - 246:6

**TAKE** [22] - 250:20, 251:19, 256:15, 257:18, 258:21, 262:21, 274:2, 274:19, 275:3, 277:18, 278:4, 280:24, 281:5, 289:13, 291:15, 291:16, 336:22, 340:20, 351:11, 354:3

**TAKEN** [11] - 281:9, 305:1, 306:23, 314:12, 317:17, 337:3, 337:11, 358:21, 370:11, 370:12, 374:9

**TAKES** [1] - 290:21

**TAKING** [2] - 344:14, 366:7

**TALK** [15] - 267:16, 286:19, 286:23, 287:25, 297:24, 312:9, 333:16, 335:2, 335:16, 345:3, 345:6, 345:10, 356:19, 356:24, 363:25

**TALKED** [9] - 268:8, 298:7, 332:25, 339:9, 352:11, 361:12, 363:14, 371:1, 371:18

**TALKING** [23] - 268:19, 270:20, 275:19, 283:20, 290:5, 290:18, 290:19, 291:8, 291:19, 307:7, 307:10, 312:9, 312:11, 322:6, 323:19, 329:8, 340:18, 341:5, 347:25, 351:5, 351:8, 355:5, 373:14

**TALKS** [2] - 343:13, 344:19

**TAYLOR** [2] - 283:7, 283:9

**TEACH** [2] - 348:2, 358:13

**TEAM** [4] - 293:21, 294:22, 297:20

**TEAMWORK** [1] - 295:1

**TECHNICAL** [5] - 264:13, 264:16, 294:16, 303:10, 336:14

**TECHNOLOGIES** [1] - 312:20

**TED** [2] - 305:2, 306:21

**TELEPHONE** [1] - 278:13

**TELL** [31] - 286:18, 288:4, 288:15, 289:4, 290:4, 291:5, 292:15, 294:7, 294:8, 296:6, 298:19, 300:20, 303:5, 308:16, 312:2, 312:22, 314:5, 329:8, 331:19, 332:15, 333:25, 334:11, 340:17, 341:25, 347:3, 350:7, 352:3, 356:15, 368:1, 369:17, 371:23

**TELLING** [3] - 250:25, 345:19, 348:13

**TELLS** [1] - 371:23

**TEN** [13] - 279:11, 279:14, 281:5, 284:2, 296:13, 301:11, 311:16, 323:16, 333:10, 336:24, 336:25, 337:1, 350:21

**TEND** [6] - 328:23, 340:24, 351:3, 358:18, 358:23, 359:16

**TENDER** [6] - 278:8, 292:9, 292:12, 292:13, 292:16, 297:10

**TENDERED** [1] - 292:20

**TENDS** [1] - 340:22

**TENUATES** [1] - 296:15

**TENURE** [3] - 253:24, 255:24, 269:3

**TERM** [3] - 266:13, 358:3, 358:5

**TERMED** [1] - 339:8

**TERMS** [3] - 267:6,

270:11, 303:22

**TEST** [1] - 258:9

**TESTIFIED** [12] - 249:14, 259:23, 286:11, 293:17, 302:2, 312:21, 333:6, 333:9, 354:6, 361:24, 366:5, 371:11

**TESTIFY** [15] - 274:4, 282:10, 282:14, 283:1, 283:13, 283:20, 283:21, 283:22, 293:25, 343:20, 345:1, 349:23, 354:16, 365:19

**TESTIFYING** [5] - 257:6, 346:20, 354:7, 356:6, 365:10

**TESTIMONIES** [1] - 284:12

**TESTIMONY** [23] - 250:9, 259:2, 267:19, 270:8, 270:16, 279:4, 282:1, 282:11, 282:22, 282:25, 284:14, 287:25, 293:19, 302:10, 305:23, 330:15, 341:11, 345:3, 352:21, 357:8, 362:2, 369:14, 370:1

**TEXTBOOK** [1] - 295:7

**THAN** [10] - 265:5, 268:24, 269:12, 272:19, 310:19, 312:3, 329:4, 366:17, 366:20, 371:7

**THANK** [65] - 249:4, 249:12, 249:24, 255:16, 256:8, 256:10, 258:10, 259:21, 262:17, 263:10, 263:25, 264:12, 271:18, 271:20, 272:20, 276:10, 276:13, 276:19, 277:4, 277:9, 280:23, 281:6, 281:7, 284:24, 285:5, 285:23, 286:2, 286:8, 292:8, 292:21, 293:1, 293:14, 294:2, 297:16, 302:8, 304:9, 305:21, 310:21, 311:21, 311:22, 313:23, 316:14, 316:19, 324:8, 325:1, 326:15, 334:2,

334:18, 336:18, 337:1, 337:8, 337:23, 338:2, 353:3, 357:15, 357:16, 357:18, 357:22, 357:23, 359:12, 366:10, 367:24, 369:15, 373:6

**THAT** [762] - 248:9, 248:11, 248:13, 248:14, 248:15, 248:16, 248:18, 248:19, 248:20, 248:23, 248:24, 248:25, 249:17, 250:12, 250:20, 250:21, 251:1, 251:11, 251:19, 251:22, 251:23, 251:24, 251:25, 252:5, 252:8, 252:9, 252:17, 252:22, 252:23, 253:1, 253:11, 253:25, 254:1, 254:4, 254:5, 254:6, 254:7, 254:9, 254:10, 254:13, 254:16, 254:17, 254:20, 254:21, 254:22, 254:24, 255:1, 255:2, 255:8, 255:9, 255:15, 255:17, 255:19, 255:25, 256:2, 256:3, 256:5, 256:16, 256:22, 257:7, 257:9, 257:10, 257:12, 257:14, 257:17, 257:21, 257:22, 258:18, 258:22, 259:5, 260:11, 260:16, 260:18, 260:19, 261:3, 261:9, 261:11, 261:12, 262:1, 262:4, 262:5, 262:10, 262:14, 262:20, 262:24, 263:5, 263:6, 263:7, 263:16, 263:18, 263:21, 263:22, 264:3, 264:16, 264:18, 264:21, 264:23, 264:25, 265:5, 265:11, 265:17, 265:21, 265:24, 266:6, 266:10, 266:13, 266:18, 266:20, 266:22, 267:7, 267:13, 267:14, 267:18, 267:20, 267:21, 267:23,

268:1, 268:2, 268:7,
268:11, 268:15,
269:4, 269:9, 269:11,
269:13, 269:15,
269:16, 269:21,
269:22, 269:23,
269:24, 269:25,
270:8, 270:9, 270:10,
270:11, 270:13,
270:14, 270:16,
270:17, 270:19,
270:21, 270:22,
270:23, 270:24,
270:25, 271:2, 271:6,
271:8, 271:10,
271:11, 271:12,
271:25, 272:2, 272:3,
272:16, 272:18,
272:19, 272:20,
273:2, 273:9, 273:23,
274:2, 274:17,
274:20, 275:4, 275:9,
275:11, 275:14,
275:18, 276:7,
276:14, 276:15,
277:18, 278:1, 278:2,
278:3, 278:4, 278:9,
278:10, 278:16,
279:2, 279:3, 279:4,
279:22, 280:2, 280:3,
280:7, 280:15,
280:18, 281:2,
281:18, 281:23,
282:10, 282:11,
282:12, 282:20,
282:22, 283:1, 283:4,
283:24, 284:1, 284:9,
284:19, 284:24,
285:5, 285:6, 285:7,
285:12, 286:17,
286:20, 287:1, 287:7,
287:18, 287:25,
288:15, 288:16,
288:20, 289:1, 289:7,
289:10, 289:11,
289:13, 289:16,
290:13, 290:16,
290:19, 291:1, 291:6,
291:7, 291:10,
292:21, 293:3,
293:10, 293:18,
293:22, 293:24,
294:5, 294:6, 294:11,
294:12, 294:21,
294:25, 295:1, 295:6,
295:23, 296:1, 296:2,
296:11, 296:13,
296:14, 296:21,
296:25, 297:3, 297:4,
297:5, 297:9, 297:10,
297:12, 297:15,

297:19, 297:20,
297:23, 297:24,
297:25, 298:2, 298:7,
298:13, 298:14,
298:17, 299:1, 299:3,
299:5, 299:6, 299:8,
299:9, 299:10,
299:16, 299:17,
299:23, 300:1, 300:4,
300:7, 300:8, 300:14,
300:17, 300:19,
300:20, 301:1, 301:4,
301:7, 301:9, 301:11,
301:12, 301:18,
301:20, 301:23,
302:14, 302:17,
302:19, 302:22,
302:24, 302:25,
303:7, 303:8, 303:17,
303:20, 303:21,
303:23, 304:7,
304:18, 304:21,
305:2, 305:4, 306:1,
306:2, 306:5, 306:6,
306:11, 306:15,
306:22, 306:23,
307:3, 307:7, 307:14,
307:17, 307:19,
307:22, 307:24,
308:11, 308:13,
308:19, 308:23,
309:7, 309:10,
309:13, 309:15,
309:16, 309:21,
309:25, 310:2, 310:6,
310:8, 310:12,
310:18, 310:24,
311:13, 311:14,
311:15, 311:17,
311:19, 312:1, 312:3,
312:4, 312:5, 312:12,
312:17, 312:19,
312:21, 312:23,
313:4, 313:5, 313:7,
313:19, 313:21,
314:8, 314:9, 314:11,
314:15, 314:25,
315:5, 315:6, 315:7,
315:17, 316:2, 316:8,
316:9, 316:16,
316:17, 316:21,
316:22, 317:4, 317:5,
317:19, 318:9,
318:10, 318:12,
318:14, 318:19,
318:22, 319:10,
319:19, 320:20,
320:21, 320:25,
321:7, 321:25, 322:1,
322:5, 322:8, 322:18,
322:21, 323:3, 323:4,

323:14, 324:4,
324:10, 324:17,
324:20, 324:22,
325:2, 325:3, 325:5,
325:10, 325:16,
325:17, 325:20,
325:22, 326:8,
326:19, 326:22,
326:23, 327:19,
327:20, 327:24,
327:25, 328:2, 328:3,
328:4, 328:9, 328:11,
328:19, 328:20,
328:22, 328:23,
329:5, 329:9, 329:10,
329:16, 329:24,
329:25, 330:1, 330:2,
330:5, 330:6, 330:7,
330:8, 330:10,
330:11, 330:14,
330:23, 331:6, 331:9,
331:13, 331:18,
331:24, 331:25,
332:5, 332:9, 332:10,
332:18, 332:24,
332:25, 333:1, 333:8,
333:10, 333:15,
333:16, 333:18,
333:22, 333:23,
333:25, 334:12,
334:20, 334:22,
335:15, 335:18,
335:20, 336:14,
336:21, 337:14,
337:21, 337:22,
338:6, 338:8, 338:9,
338:14, 338:15,
338:19, 338:25,
339:1, 339:7, 339:13,
339:15, 339:19,
339:23, 340:1, 340:5,
340:6, 340:21,
340:22, 340:23,
340:24, 340:25,
341:4, 341:6, 341:20,
342:8, 342:11,
342:22, 342:23,
343:10, 343:21,
343:24, 344:3, 344:5,
344:8, 344:14,
344:18, 344:21,
345:3, 345:9, 345:11,
345:20, 345:25,
346:1, 346:14,
346:15, 347:1,
347:12, 347:15,
347:16, 347:19,
347:25, 348:2, 348:8,
348:9, 348:13,
348:14, 348:23,
348:25, 349:1, 349:3,

349:4, 349:13,
349:18, 350:4, 350:7,
350:8, 350:10,
350:11, 350:14,
350:17, 350:19,
350:20, 351:2, 351:5,
351:7, 351:9, 351:10,
351:14, 351:15,
352:1, 352:9, 352:13,
352:14, 352:17,
352:18, 352:21,
352:25, 353:5,
353:16, 353:22,
353:23, 353:24,
354:4, 354:7, 354:10,
354:13, 354:19,
354:24, 355:3, 355:4,
355:11, 355:12,
355:16, 356:2, 356:4,
356:11, 356:18,
356:24, 357:3, 357:4,
358:17, 358:23,
358:24, 359:14,
359:15, 359:20,
360:2, 360:17,
360:18, 360:21,
361:1, 361:7, 361:8,
361:9, 361:24,
361:25, 362:5,
362:14, 362:16,
363:9, 363:10,
363:11, 363:12,
363:23, 364:4,
364:10, 364:15,
364:17, 364:18,
364:21, 365:2, 365:9,
365:11, 365:17,
365:18, 365:25,
366:1, 366:3, 366:5,
366:12, 367:1, 367:8,
367:10, 367:17,
368:14, 368:24,
369:3, 369:5, 369:6,
369:18, 369:20,
369:21, 369:25,
370:3, 370:8, 370:17,
370:18, 370:20,
370:22, 370:24,
371:1, 371:3, 371:5,
371:6, 371:11,
371:12, 371:13,
371:14, 371:18,
371:24, 372:2, 372:6,
372:7, 372:10,
372:11, 372:12,
372:13, 372:22,
372:23, 372:24,
372:25, 373:12,
373:17, 373:18,
373:20, 373:21,
373:22, 373:23,

374:16
**THAT'S** [100] -
248:18, 250:13,
251:5, 255:21,
256:20, 257:4,
257:16, 257:23,
260:3, 260:14,
261:23, 261:24,
264:17, 265:3,
268:19, 269:5, 274:1,
274:21, 279:11,
281:25, 283:16,
284:13, 289:8, 290:7,
290:8, 291:22,
291:24, 294:24,
295:3, 295:11, 296:5,
298:5, 298:12,
298:15, 299:9, 302:7,
302:16, 304:5, 306:9,
306:23, 307:11,
308:4, 308:9, 308:15,
309:14, 310:15,
311:11, 312:6,
315:19, 317:9,
317:16, 318:2,
319:18, 319:19,
321:1, 321:14,
323:16, 324:23,
325:7, 328:17,
330:16, 332:2, 332:4,
336:3, 336:9, 336:11,
339:14, 339:15,
339:18, 343:10,
344:25, 345:14,
345:22, 347:9,
349:14, 350:20,
351:7, 352:10, 354:4,
354:5, 354:15,
354:23, 355:16,
355:21, 356:25,
358:5, 359:11,
359:23, 360:2,
363:18, 364:16,
365:6, 365:22, 366:5,
367:16, 370:13, 372:6
**THE** [2071] - 244:8,
244:12, 244:19,
245:4, 245:22, 246:4,
247:4, 248:5, 248:6,
248:8, 248:9, 248:13,
248:14, 248:15,
248:16, 248:17,
248:19, 248:20,
248:23, 248:25,
249:3, 249:5, 249:7,
249:9, 249:11,
249:12, 249:15,
249:16, 249:17,
249:18, 249:19,
249:20, 249:22,
250:5, 250:10,

250:11, 250:14,
250:15, 250:16,
250:24, 250:25,
251:2, 251:3, 251:5,
251:6, 251:10,
251:11, 251:12,
251:15, 251:19,
251:21, 251:25,
252:5, 252:7, 252:9,
252:12, 252:14,
252:16, 252:21,
252:22, 252:24,
253:1, 253:2, 253:5,
253:12, 253:17,
253:19, 253:24,
253:25, 254:7,
254:13, 254:14,
254:22, 254:23,
255:2, 255:3, 255:8,
255:12, 255:21,
255:24, 255:25,
256:4, 256:6, 256:9,
256:10, 256:11,
256:13, 256:15,
256:18, 256:21,
256:25, 257:2, 257:4,
257:5, 257:9, 257:13,
257:16, 257:18,
257:21, 257:23,
257:24, 258:1, 258:6,
258:8, 258:11,
258:12, 258:14,
258:16, 258:17,
258:21, 258:23,
259:2, 259:4, 259:7,
259:9, 259:12,
259:13, 259:14,
259:16, 259:17,
259:18, 259:20,
259:21, 259:22,
259:25, 260:1, 260:2,
260:3, 260:4, 260:6,
260:10, 260:12,
260:13, 260:15,
260:16, 260:17,
260:19, 260:21,
260:22, 261:3, 261:4,
261:7, 261:10,
261:17, 261:20,
261:21, 261:24,
262:1, 262:4, 262:8,
262:20, 262:21,
262:22, 262:23,
263:2, 263:3, 263:7,
263:8, 263:11,
263:13, 263:14,
263:16, 263:17,
263:18, 263:21,
263:22, 263:24,
264:2, 264:3, 264:4,
264:5, 264:6, 264:8,

264:10, 264:13,
264:14, 264:16,
264:19, 264:21,
264:22, 264:23,
264:24, 265:4, 265:5,
265:6, 265:7, 265:8,
265:9, 265:10,
265:13, 265:15,
265:18, 265:20,
265:23, 266:2, 266:3,
266:4, 266:5, 266:8,
266:10, 266:11,
266:13, 266:14,
266:15, 266:18,
266:19, 266:20,
266:22, 266:24,
267:1, 267:2, 267:3,
267:4, 267:5, 267:6,
267:8, 267:9, 267:10,
267:12, 267:13,
267:14, 267:15,
267:16, 267:17,
267:20, 267:21,
267:25, 268:4, 268:7,
268:11, 268:14,
268:17, 268:18,
268:19, 268:20,
268:21, 268:22,
269:1, 269:2, 269:4,
269:6, 269:7, 269:9,
269:10, 269:11,
269:12, 269:13,
269:18, 269:19,
269:22, 269:25,
270:1, 270:2, 270:10,
270:11, 270:13,
270:15, 270:18,
270:21, 270:22,
270:23, 270:24,
271:1, 271:5, 271:8,
271:9, 271:10,
271:11, 271:13,
271:14, 271:20,
271:21, 271:23,
271:24, 272:1, 272:5,
272:6, 272:7, 272:10,
272:12, 272:13,
272:14, 272:15,
272:16, 272:18,
272:19, 273:1, 273:2,
273:5, 273:7, 273:8,
273:9, 273:12,
273:18, 273:19,
273:20, 273:24,
274:2, 274:4, 274:5,
274:6, 274:7, 274:11,
274:12, 274:13,
274:14, 274:16,
274:18, 274:19,
274:20, 274:23,
274:24, 275:1, 275:3,

275:9, 275:12,
275:17, 275:18,
275:19, 275:20,
275:21, 275:22,
275:23, 276:1, 276:3,
276:4, 276:7, 276:10,
276:13, 276:15,
276:17, 276:20,
276:22, 276:23,
276:25, 277:2, 277:4,
277:6, 277:7, 277:8,
277:9, 277:10,
277:15, 277:18,
277:21, 277:22,
277:23, 278:1, 278:4,
278:7, 278:8, 278:10,
278:11, 278:13,
278:15, 278:19,
278:20, 278:22,
278:23, 278:24,
278:25, 279:1, 279:2,
279:6, 279:7, 279:8,
279:9, 279:11,
279:12, 279:14,
279:15, 279:19,
279:20, 279:22,
279:23, 280:2, 280:5,
280:9, 280:10,
280:12, 280:14,
280:16, 280:18,
280:21, 280:23,
280:24, 281:2, 281:5,
281:8, 281:11,
281:15, 281:16,
281:17, 281:19,
281:20, 281:23,
281:25, 282:2, 282:4,
282:6, 282:9, 282:13,
282:14, 282:15,
282:17, 282:19,
282:21, 282:24,
283:1, 283:3, 283:6,
283:7, 283:9, 283:11,
283:13, 283:16,
283:19, 283:21,
284:1, 284:2, 284:5,
284:6, 284:7, 284:8,
284:11, 284:14,
284:15, 284:17,
284:19, 284:21,
284:22, 284:23,
284:25, 285:2, 285:3,
285:5, 285:7, 285:8,
285:9, 285:15,
285:17, 285:19,
285:20, 285:22,
285:24, 285:25,
286:1, 286:3, 286:6,
286:8, 286:9, 286:12,
286:13, 286:14,
286:16, 286:17,

286:20, 286:22,
287:1, 287:2, 287:4,
287:5, 287:7, 287:9,
287:11, 287:13,
287:15, 287:18,
287:19, 287:22,
287:23, 288:1, 288:4,
288:6, 288:11,
288:12, 288:13,
288:15, 288:16,
288:20, 288:22,
288:24, 289:1, 289:4,
289:5, 289:6, 289:7,
289:8, 289:10,
289:11, 289:15,
289:16, 289:23,
290:3, 290:8, 290:9,
290:10, 290:12,
290:13, 290:16,
290:17, 290:19,
290:22, 290:23,
290:25, 291:3, 291:5,
291:7, 291:10,
291:15, 291:16,
291:19, 291:22,
291:23, 292:5, 292:6,
292:9, 292:10,
292:12, 292:13,
292:15, 292:17,
292:19, 292:20,
292:23, 293:1, 293:4,
293:5, 293:6, 293:7,
293:8, 293:12,
293:13, 293:14,
293:20, 293:21,
294:4, 294:5, 294:7,
294:14, 294:25,
295:1, 295:9, 295:11,
295:13, 295:17,
295:23, 295:24,
296:1, 296:2, 296:6,
296:8, 296:11,
296:15, 296:17,
296:18, 296:21,
296:22, 296:23,
296:25, 297:2, 297:9,
297:12, 297:13,
297:14, 297:17,
298:2, 298:6, 298:13,
298:17, 298:18,
298:19, 298:22,
298:24, 298:25,
299:1, 299:2, 299:6,
299:7, 299:10,
299:12, 299:14,
299:16, 299:17,
299:19, 299:20,
299:22, 299:23,
299:24, 300:1, 300:3,
300:4, 300:5, 300:8,
300:9, 300:11,

300:12, 300:16,
300:18, 300:24,
300:25, 301:3, 301:8,
301:9, 301:13,
301:14, 301:15,
301:16, 301:19,
301:21, 301:24,
301:25, 302:2, 302:3,
302:4, 302:5, 302:7,
302:10, 302:14,
302:19, 302:20,
302:21, 302:22,
302:24, 303:1, 303:4,
303:5, 303:6, 303:8,
303:11, 303:12,
303:13, 303:14,
303:15, 303:20,
303:22, 303:25,
304:1, 304:3, 304:7,
304:9, 304:12,
304:15, 304:18,
304:19, 304:20,
304:21, 304:22,
304:23, 304:24,
304:25, 305:1, 305:3,
305:7, 305:8, 305:10,
305:13, 305:17,
305:18, 305:21,
305:22, 305:23,
306:5, 306:10,
306:12, 306:14,
306:15, 306:20,
306:21, 306:22,
306:23, 306:24,
306:25, 307:1, 307:3,
307:4, 307:6, 307:7,
307:8, 307:9, 307:14,
307:15, 307:16,
307:18, 307:23,
308:4, 308:6, 308:10,
308:13, 308:16,
308:18, 308:19,
308:20, 308:21,
308:22, 308:24,
308:25, 309:2, 309:3,
309:4, 309:5, 309:6,
309:7, 309:10,
309:12, 309:15,
309:18, 309:19,
309:23, 309:25,
310:2, 310:4, 310:6,
310:8, 310:9, 310:11,
310:12, 310:13,
310:14, 310:15,
310:16, 310:17,
310:21, 310:23,
311:1, 311:3, 311:4,
311:10, 311:12,
311:13, 311:16,
311:20, 311:22,
311:24, 312:2, 312:3,

| | | | | |
|---|---|---|---|---|
| 312:5, 312:6, 312:7, 312:9, 312:11, 312:12, 312:15, 312:16, 312:17, 312:18, 312:22, 312:23, 312:24, 313:1, 313:2, 313:3, 313:6, 313:7, 313:8, 313:9, 313:10, 313:11, 313:15, 313:18, 313:20, 313:23, 314:2, 314:5, 314:7, 314:8, 314:9, 314:10, 314:11, 314:13, 314:14, 314:15, 314:16, 314:19, 314:20, 314:23, 314:25, 315:2, 315:3, 315:4, 315:5, 315:6, 315:7, 315:8, 315:9, 315:13, 315:14, 315:16, 315:17, 315:18, 315:19, 315:20, 315:21, 315:22, 315:24, 315:25, 316:1, 316:2, 316:3, 316:5, 316:7, 316:8, 316:9, 316:10, 316:11, 316:13, 316:14, 316:15, 316:19, 316:20, 316:23, 317:3, 317:5, 317:6, 317:7, 317:9, 317:10, 317:17, 317:20, 317:23, 317:25, 318:1, 318:3, 318:4, 318:5, 318:7, 318:8, 318:10, 318:13, 318:14, 318:19, 318:20, 318:22, 318:24, 319:1, 319:2, 319:3, 319:5, 319:6, 319:9, 319:14, 319:15, 319:16, 319:18, 319:19, 320:1, 320:2, 320:3, 320:5, 320:6, 320:7, 320:8, 320:10, 320:11, 320:12, 320:13, 320:14, 320:16, 320:17, 320:18, 320:21, 320:22, 320:23, 320:25, 321:1, 321:2, 321:4, 321:6, 321:7, 321:9, 321:10, 321:12, 321:14, 321:16, 321:17, 321:21, 321:24, 322:1, 322:2, 322:3, | 322:4, 322:5, 322:10, 322:13, 322:15, 322:16, 322:17, 322:18, 322:19, 322:20, 322:22, 322:23, 322:25, 323:3, 323:4, 323:5, 323:6, 323:10, 323:11, 323:13, 323:14, 323:21, 323:23, 323:24, 323:25, 324:2, 324:3, 324:4, 324:11, 324:12, 324:14, 324:15, 324:16, 324:17, 324:20, 324:21, 324:23, 324:24, 325:1, 325:3, 325:5, 325:8, 325:9, 325:10, 325:11, 325:12, 325:13, 325:15, 325:16, 325:17, 325:18, 325:19, 326:1, 326:2, 326:3, 326:4, 326:5, 326:8, 326:9, 326:10, 326:13, 326:17, 326:20, 326:21, 326:22, 326:23, 326:24, 326:25, 327:2, 327:4, 327:6, 327:8, 327:9, 327:10, 327:13, 327:15, 328:1, 328:3, 328:7, 328:9, 328:10, 328:11, 328:17, 328:19, 328:22, 328:25, 329:1, 329:3, 329:5, 329:8, 329:9, 329:12, 329:13, 329:14, 329:16, 329:17, 329:19, 329:20, 329:21, 329:23, 330:2, 330:3, 330:5, 330:6, 330:8, 330:9, 330:12, 330:14, 330:18, 330:21, 330:22, 330:23, 330:24, 331:1, 331:2, 331:5, 331:12, 331:13, 331:14, 331:15, 331:16, 331:19, 331:21, 331:22, 331:24, 332:2, 332:3, 332:4, 332:5, 332:7, 332:9, 332:10, 332:13, 332:15, 332:17, 332:19, 332:21, 332:22, 332:23, 333:1, 333:2, | 333:6, 333:8, 333:12, 333:14, 333:15, 333:16, 333:20, 334:3, 334:6, 334:9, 334:11, 334:13, 334:14, 334:16, 334:18, 334:19, 334:20, 334:21, 334:25, 335:2, 335:4, 335:6, 335:7, 335:8, 335:9, 335:10, 335:11, 335:15, 335:16, 335:17, 335:18, 335:20, 336:3, 336:5, 336:7, 336:9, 336:11, 336:12, 336:17, 336:19, 336:21, 336:25, 337:2, 337:5, 337:6, 337:8, 337:10, 337:12, 337:14, 337:16, 337:19, 337:21, 337:24, 338:1, 338:2, 338:7, 338:8, 338:10, 338:15, 338:16, 338:17, 338:19, 338:21, 338:22, 338:24, 339:4, 339:5, 339:6, 339:7, 339:10, 339:11, 339:12, 339:13, 339:15, 339:19, 339:22, 339:24, 339:25, 340:3, 340:4, 340:5, 340:12, 340:13, 340:14, 340:15, 340:17, 340:18, 340:19, 340:21, 341:3, 341:4, 341:8, 341:9, 341:10, 341:11, 341:12, 341:14, 341:15, 341:16, 341:19, 341:21, 341:23, 341:24, 342:2, 342:4, 342:5, 342:7, 342:9, 342:10, 342:11, 342:13, 342:14, 342:17, 342:18, 342:19, 342:22, 343:3, 343:4, 343:5, 343:6, 343:7, 343:8, 343:10, 343:13, 343:15, 343:17, 343:18, 343:19, 343:21, 343:22, 343:23, 343:25, 344:1, 344:2, 344:3, 344:4, 344:6, 344:8, 344:9, 344:10, | 344:12, 344:14, 344:15, 344:17, 344:18, 344:20, 344:23, 344:25, 345:1, 345:4, 345:5, 345:6, 345:7, 345:10, 345:11, 345:12, 345:13, 345:14, 345:15, 345:16, 345:20, 345:21, 345:22, 345:23, 345:24, 345:25, 346:1, 346:2, 346:8, 346:9, 346:10, 346:11, 346:12, 346:14, 346:17, 346:19, 346:21, 346:24, 347:1, 347:2, 347:4, 347:5, 347:6, 347:8, 347:10, 347:12, 347:14, 347:15, 347:16, 347:18, 347:19, 347:20, 347:22, 347:25, 348:3, 348:4, 348:5, 348:8, 348:11, 348:12, 348:15, 348:17, 348:20, 348:21, 348:23, 348:24, 348:25, 349:2, 349:3, 349:4, 349:5, 349:6, 349:7, 349:8, 349:9, 349:11, 349:12, 349:13, 349:14, 349:16, 349:18, 349:19, 349:20, 349:22, 349:23, 349:24, 350:2, 350:4, 350:7, 350:9, 350:10, 350:11, 350:14, 350:15, 350:17, 350:23, 350:25, 351:1, 351:4, 351:7, 351:9, 351:11, 351:12, 351:17, 351:19, 351:20, 351:21, 352:1, 352:3, 352:5, 352:6, 352:7, 352:8, 352:10, 352:13, 352:18, 352:19, 352:21, 352:22, 352:25, 353:2, 353:3, 353:5, 353:7, 353:8, 353:12, 353:13, 353:14, 353:15, 353:18, 353:19, 353:20, 353:21, 353:22, 353:23, 353:25, 354:1, 354:2, 354:6, | 354:7, 354:8, 354:9, 354:10, 354:11, 354:15, 354:16, 354:21, 354:22, 354:24, 354:25, 355:1, 355:5, 355:8, 355:9, 355:12, 355:14, 355:17, 355:21, 356:1, 356:3, 356:4, 356:8, 356:10, 356:11, 356:12, 356:15, 356:19, 356:20, 356:21, 356:24, 356:25, 357:2, 357:5, 357:9, 357:11, 357:12, 357:15, 357:17, 357:19, 358:1, 358:5, 358:7, 358:8, 358:12, 358:13, 358:15, 358:21, 358:22, 358:23, 358:24, 359:1, 359:2, 359:3, 359:4, 359:5, 359:6, 359:8, 359:9, 359:10, 359:11, 359:12, 359:13, 359:14, 359:16, 359:18, 359:19, 359:21, 359:22, 359:23, 360:2, 360:3, 360:7, 360:9, 360:10, 360:11, 360:12, 360:13, 360:14, 360:17, 360:18, 360:21, 360:23, 360:24, 361:5, 361:7, 361:8, 361:9, 361:12, 361:13, 361:14, 361:15, 361:17, 361:20, 361:21, 361:22, 361:23, 362:3, 362:4, 362:6, 362:8, 362:9, 362:11, 362:14, 362:15, 362:17, 362:18, 362:21, 362:22, 362:23, 362:24, 362:25, 363:1, 363:2, 363:4, 363:6, 363:7, 363:10, 363:11, 363:13, 363:14, 363:16, 363:17, 363:22, 363:25, 364:1, 364:6, 364:7, 364:9, 364:13, 364:14, 364:19, 364:20, 364:22, 364:23, 364:25, 365:1, 365:4, 365:7, 365:9, 365:13, |

365:16, 365:17,
365:20, 365:24,
365:25, 366:1, 366:2,
366:3, 366:7, 366:8,
366:9, 366:13,
366:14, 366:16,
366:19, 366:23,
367:1, 367:2, 367:3,
367:5, 367:7, 367:8,
367:11, 367:12,
367:13, 367:16,
367:17, 367:20,
367:22, 367:24,
368:3, 368:4, 368:5,
368:6, 368:7, 368:8,
368:9, 368:11,
368:14, 368:17,
368:18, 368:19,
368:20, 368:21,
368:22, 368:23,
369:2, 369:6, 369:7,
369:10, 369:11,
369:13, 369:17,
369:18, 369:19,
369:20, 369:21,
369:23, 369:24,
369:25, 370:3, 370:4,
370:5, 370:6, 370:8,
370:11, 370:12,
370:13, 370:14,
370:15, 370:17,
370:19, 370:20,
370:23, 371:4, 371:5,
371:7, 371:11,
371:12, 371:13,
371:17, 371:18,
371:21, 371:23,
371:24, 372:1, 372:2,
372:3, 372:4, 372:5,
372:6, 372:7, 372:8,
372:9, 372:13,
372:14, 372:17,
372:18, 372:19,
372:20, 372:23,
372:24, 372:25,
373:2, 373:3, 373:4,
373:5, 373:11,
373:14, 373:15,
373:18, 373:19,
373:21, 373:22,
373:23, 373:25,
374:3, 374:4, 374:7,
374:8, 374:16,
374:16, 374:17

   **THEIR** [13] - 261:12,
266:8, 272:14,
274:12, 281:20,
282:22, 283:4,
283:25, 343:20,
355:1, 356:8, 363:12,
372:1

**THEM** [24] - 253:6,
261:3, 267:10, 268:2,
274:16, 274:17,
286:24, 287:9,
288:22, 304:1,
305:17, 305:18,
313:12, 321:24,
322:20, 327:7,
333:24, 334:1, 345:9,
345:13, 357:22,
363:23, 364:5, 370:8

   **THEMSELVES** [3] -
306:25, 332:20,
361:15

   **THEN** [49] - 254:19,
256:20, 259:12,
272:15, 277:21,
278:8, 279:11,
279:18, 281:5,
282:20, 283:14,
284:12, 288:23,
295:16, 295:25,
297:8, 299:8, 301:3,
302:14, 303:22,
304:4, 304:10, 307:2,
307:11, 308:16,
311:24, 315:12,
316:20, 322:21,
332:7, 340:17,
345:16, 346:1,
348:17, 349:3, 352:5,
355:11, 359:14,
360:21, 360:22,
362:22, 364:10,
364:14, 364:15,
364:20, 365:1, 371:1,
373:16

   **THERE** [100] -
251:10, 252:6, 253:8,
253:10, 253:25,
254:1, 254:18,
254:23, 254:24,
256:5, 256:17,
257:10, 258:4, 258:9,
261:21, 261:22,
263:5, 263:16,
264:20, 264:21,
265:10, 265:13,
265:21, 266:25,
268:13, 268:16,
268:25, 269:4,
270:10, 270:19,
270:20, 272:10,
273:11, 274:16,
276:23, 278:1,
283:19, 285:17,
285:18, 289:20,
297:23, 300:19,
300:25, 301:11,
302:11, 302:17,
302:24, 303:17,

306:12, 309:13,
311:25, 312:2, 315:6,
316:8, 317:19,
318:15, 318:17,
319:18, 322:4,
324:13, 325:24,
327:6, 327:11,
327:15, 329:1,
329:11, 329:14,
330:2, 336:5, 336:13,
338:2, 338:22, 340:2,
340:12, 340:15,
342:13, 343:21,
345:3, 351:14,
353:16, 354:11,
354:18, 355:4,
356:21, 358:8,
358:17, 361:11,
361:21, 367:14,
368:24, 370:3, 370:7,
370:22, 371:8,
371:13, 371:15,
372:2, 373:12

   **THERE'S** [23] -
254:14, 258:8,
270:19, 272:7, 295:4,
308:7, 308:23,
310:16, 312:4,
316:22, 318:16,
320:17, 327:2,
328:25, 330:10,
332:18, 339:15,
344:1, 354:3, 355:16,
365:4, 368:13, 372:22

   **THEREBY** [1] -
303:12

   **THEREFORE** [2] -
328:22, 355:13

   **THEREFROM** [1] -
346:25

   **THEREOF** [1] -
305:15

   **THERETO** [1] -
280:17

   **THESE** [49] - 269:1,
277:16, 278:16,
278:17, 287:8,
288:17, 288:20,
288:23, 291:17,
294:3, 294:8, 296:16,
298:20, 303:3,
305:22, 306:2, 306:5,
306:24, 308:7, 313:7,
313:11, 314:12,
314:13, 314:24,
316:25, 318:10,
319:12, 319:15,
324:15, 325:10,
326:23, 327:7, 328:9,
329:14, 331:10,

331:14, 331:17,
332:25, 334:25,
339:12, 345:18,
346:1, 350:24,
351:13, 351:22,
352:13, 357:20,
370:25, 371:1

   **THEY** [69] - 266:19,
267:11, 268:2,
268:18, 270:22,
270:24, 272:16,
272:18, 274:13,
277:15, 278:11,
278:12, 282:1,
282:21, 283:2, 283:4,
283:15, 287:1,
290:18, 292:3,
292:15, 296:14,
299:2, 299:5, 303:25,
313:11, 315:11,
315:12, 317:1, 321:6,
325:12, 325:13,
328:10, 329:15,
329:20, 329:21,
329:22, 329:23,
329:24, 331:9,
331:11, 331:12,
344:16, 350:22,
351:8, 351:12,
351:14, 352:3, 352:4,
352:5, 361:13,
361:14, 363:11,
364:3, 364:25, 365:1,
367:16, 368:5, 368:8,
368:10, 368:11,
369:4, 370:6, 370:14

   **THEY'RE** [10] -
256:25, 305:15,
313:8, 317:3, 328:24,
329:7, 350:18,
357:21, 371:17

   **THEY'VE** [3] - 259:4,
305:15, 344:8

   **THICK** [1] - 370:24

   **THICKER** [2] -
368:10, 370:23

   **THICKEST** [3] -
363:10, 368:21, 369:7

   **THICKNESS** [13] -
361:17, 362:14,
362:18, 363:4,
365:16, 366:15,
368:3, 368:8, 368:20,
368:25, 369:18,
370:4, 371:5

   **THICKNESSES** [1] -
369:20

   **THIN** [1] - 371:7

   **THING** [10] - 258:4,
276:16, 283:21,

305:13, 307:22,
316:15, 328:16,
340:18, 354:22,
359:20

   **THINGS** [16] -
248:11, 252:3,
274:17, 288:23,
290:23, 295:22,
296:2, 305:20,
307:12, 311:25,
313:1, 326:2, 327:7,
333:4, 333:12, 369:11

   **THINK** [45] - 248:12,
248:18, 248:20,
248:21, 250:8,
253:10, 255:21,
256:20, 257:13,
259:4, 261:9, 264:3,
264:12, 264:23,
265:17, 267:3,
269:21, 270:19,
275:4, 284:10, 285:1,
285:12, 295:16,
298:3, 300:24,
303:20, 304:1,
311:19, 315:21,
325:15, 328:19,
333:10, 333:24,
334:6, 341:21,
347:11, 357:17,
358:3, 365:20, 367:8,
368:14, 372:21,
372:25, 373:1, 374:3

   **THINNER** [1] -
368:11

   **THINNEST** [1] -
368:23

   **THIRD** [3] - 291:5,
331:19, 347:13

   **THIRTY** [1] - 288:9

   **THIRTY-ONE** [1] -
288:9

   **THIS** [387] - 250:6,
250:9, 252:15,
252:21, 253:11,
255:11, 255:20,
256:24, 258:5,
258:17, 259:9,
259:15, 260:23,
261:20, 262:6, 262:7,
262:10, 262:18,
263:6, 263:22,
266:10, 268:6,
269:17, 273:15,
273:18, 273:23,
274:5, 274:6, 274:13,
275:1, 275:11,
275:14, 275:21,
276:1, 276:16, 277:7,
277:23, 278:12,

278:17, 279:8, 280:9,
281:11, 281:13,
282:2, 282:9, 282:21,
283:21, 284:1, 284:2,
284:5, 284:6, 284:17,
286:18, 287:3, 287:5,
288:10, 289:21,
290:8, 291:15,
294:13, 295:21,
296:7, 296:25,
297:14, 297:17,
297:20, 297:24,
297:25, 298:10,
298:16, 298:23,
298:24, 298:25,
299:5, 299:9, 300:9,
300:20, 300:22,
301:4, 301:7, 301:15,
301:16, 301:23,
301:25, 302:2,
302:19, 302:25,
303:3, 303:6, 303:10,
304:6, 304:8, 304:16,
304:17, 304:25,
305:1, 305:7, 306:10,
306:15, 306:20,
306:21, 306:25,
307:4, 307:7, 307:13,
307:22, 307:24,
307:25, 308:16,
308:22, 309:3, 309:7,
309:12, 309:21,
310:2, 310:4, 310:5,
310:17, 310:18,
310:19, 310:25,
311:5, 311:6, 311:7,
311:12, 311:13,
311:17, 312:4, 312:7,
312:15, 312:22,
313:13, 314:1, 314:5,
314:15, 314:17,
314:20, 314:21,
314:22, 315:7, 316:3,
316:16, 317:15,
317:21, 317:22,
317:23, 317:25,
318:1, 318:8, 318:13,
318:16, 318:19,
319:3, 319:23,
319:25, 320:3,
320:11, 320:13,
320:15, 320:17,
320:18, 320:22,
321:11, 321:12,
321:16, 321:21,
322:5, 322:12,
322:14, 322:15,
322:16, 323:3, 323:4,
323:6, 323:18, 324:2,
324:10, 324:12,
324:17, 324:21,

325:21, 325:25,
326:5, 326:10,
326:12, 326:18,
326:22, 327:16,
327:19, 327:24,
329:2, 329:9, 331:2,
331:7, 331:17,
332:12, 332:19,
332:20, 333:6, 333:8,
333:13, 334:5,
334:14, 334:20,
334:23, 335:14,
335:15, 335:17,
335:18, 335:20,
336:16, 336:23,
337:18, 338:7, 338:8,
338:12, 338:17,
338:20, 338:21,
338:22, 339:3, 339:4,
339:7, 339:14,
339:16, 339:21,
339:24, 340:9,
340:11, 340:19,
341:15, 341:16,
341:25, 343:2, 343:3,
343:18, 344:3, 344:7,
344:18, 344:20,
345:1, 345:2, 345:4,
345:9, 345:12,
345:19, 345:23,
346:1, 346:18,
346:20, 346:22,
346:25, 347:1, 347:2,
347:11, 347:17,
348:5, 348:13,
348:15, 348:24,
349:21, 350:14,
350:17, 350:20,
350:21, 351:1,
351:17, 351:18,
351:25, 352:1, 352:7,
352:8, 352:9, 352:11,
352:21, 353:5, 353:9,
353:14, 353:21,
353:23, 353:25,
354:3, 354:4, 354:7,
354:16, 354:19,
354:22, 354:25,
355:1, 355:5, 355:9,
355:11, 355:16,
355:18, 356:5,
356:13, 356:17,
356:18, 356:25,
357:1, 357:5, 357:19,
357:25, 358:7,
358:16, 358:18,
358:20, 359:3, 359:6,
359:7, 359:10,
359:13, 359:21,
360:3, 360:5, 360:10,
360:16, 361:12,

361:14, 361:16,
361:17, 362:2, 362:4,
362:5, 362:10,
362:11, 362:15,
363:18, 364:4, 364:7,
364:17, 365:19,
366:1, 366:4, 366:6,
366:14, 367:8,
367:14, 367:19,
367:22, 368:1, 368:3,
368:9, 368:14,
368:15, 368:16,
368:17, 368:23,
369:2, 369:5, 369:14,
369:23, 370:22,
370:23, 371:8,
371:18, 371:23,
372:1, 372:3, 372:18,
372:22, 373:8
   **THOMAS** [5] -
244:23, 247:9,
258:24, 259:23, 260:2
   **THOSE** [32] - 248:15,
267:12, 267:25,
269:11, 272:17,
274:15, 288:22,
293:9, 294:7, 299:12,
301:2, 301:5, 306:24,
319:5, 319:7, 323:15,
324:12, 326:19,
329:2, 329:11,
329:19, 330:23,
333:4, 345:8, 352:18,
355:2, 364:2, 370:9,
370:11, 370:12,
371:16
   **THOUGH** [6] - 264:8,
330:12, 332:18,
347:16, 363:18, 370:7
   **THOUGHT** [4] -
269:16, 270:13,
355:4, 358:8
   **THOUSAND** [1] -
325:20
   **THOUSANDS** [3] -
302:11, 357:21, 365:1
   **THREAT** [1] - 345:25
   **THREE** [18] - 249:21,
257:1, 265:2, 278:13,
294:8, 298:6, 304:17,
304:25, 306:2,
306:20, 308:7,
313:20, 323:23,
324:24, 326:19, 369:3
   **THREE-HOUR** [1] -
278:13
   **THREE-MILE** [1] -
326:19
   **THROUGH** [44] -
250:9, 250:10,

251:25, 252:1,
253:13, 256:19,
260:15, 268:9,
270:15, 277:14,
277:18, 277:22,
280:2, 280:17, 294:3,
298:24, 300:5,
301:21, 301:25,
302:4, 302:14,
302:15, 302:17,
303:7, 309:5, 309:16,
310:1, 310:2, 310:4,
317:8, 319:3, 319:8,
320:12, 321:12,
329:17, 331:22,
335:6, 339:24, 340:5,
349:2, 351:10, 366:3
   **THROUGHOUT** [4] -
256:3, 312:18,
341:18, 362:15
   **THUS** [2] - 248:21,
287:5
   **TIDAL** [8] - 264:7,
269:16, 269:22,
270:14, 270:21,
301:24, 302:19, 303:3
   **TIDE** [2] - 302:20
   **TIDES** [8] - 262:22,
269:18, 290:20,
291:9, 301:16,
302:21, 310:4, 361:13
   **TIE** [1] - 252:15
   **TIME** [54] - 254:17,
256:15, 256:17,
257:10, 257:14,
258:18, 260:18,
263:5, 264:3, 265:24,
267:10, 267:14,
269:13, 269:15,
269:16, 269:21,
270:15, 270:22,
271:12, 272:24,
274:12, 274:14,
280:25, 284:21,
290:6, 297:17,
304:24, 306:15,
307:4, 311:5, 311:10,
311:14, 312:5,
312:18, 312:25,
313:5, 314:16,
314:19, 314:20,
318:16, 320:13,
320:18, 322:24,
322:25, 327:11,
330:24, 331:25,
333:8, 351:23,
361:25, 363:5,
363:25, 372:5
   **TIMES** [2] - 323:23,
367:6

**TO** [711] - 248:7,
248:9, 248:11,
248:12, 248:15,
248:20, 249:7,
249:23, 250:5, 250:6,
250:8, 250:14,
250:15, 250:18,
250:19, 250:20,
251:1, 251:15,
251:18, 251:20,
251:21, 252:1, 252:2,
252:6, 252:9, 252:11,
252:15, 252:22,
253:12, 253:13,
253:19, 255:3,
255:17, 255:18,
256:5, 256:16,
256:17, 256:19,
256:24, 256:25,
257:1, 257:5, 257:6,
257:10, 257:13,
257:14, 257:15,
257:20, 257:21,
257:22, 257:24,
257:25, 258:5, 258:9,
258:17, 258:18,
259:7, 259:15,
259:19, 260:11,
260:22, 261:10,
261:12, 261:20,
261:21, 262:2,
262:10, 262:14,
262:20, 263:1, 263:3,
263:6, 263:11,
263:12, 263:13,
263:14, 263:21,
264:4, 264:7, 264:14,
264:16, 264:19,
264:20, 264:21,
264:23, 264:25,
265:1, 265:2, 265:9,
265:13, 266:2, 266:4,
266:6, 266:8, 266:9,
266:10, 266:18,
266:19, 266:20,
267:7, 267:9, 267:16,
267:17, 267:18,
267:21, 267:24,
267:25, 268:1, 268:3,
268:4, 268:7, 268:8,
268:11, 268:13,
268:14, 268:15,
268:16, 268:17,
268:18, 268:22,
268:24, 269:1, 269:2,
269:4, 269:5, 269:18,
270:4, 270:6, 270:8,
271:5, 271:8, 271:11,
271:23, 271:25,
272:2, 272:3, 272:8,
272:17, 272:19,

273:3, 273:9, 273:15, 273:21, 273:22, 273:23, 273:25, 274:2, 274:4, 274:7, 274:17, 274:18, 274:20, 274:23, 274:24, 275:6, 275:9, 275:12, 275:16, 275:20, 275:21, 275:22, 275:24, 276:1, 276:4, 276:14, 277:5, 277:6, 277:7, 277:10, 277:12, 277:16, 277:17, 277:18, 277:23, 277:25, 278:1, 278:2, 278:3, 278:7, 278:17, 278:19, 278:21, 278:22, 279:5, 279:7, 279:10, 279:14, 279:15, 279:17, 279:18, 279:19, 279:24, 280:6, 280:12, 280:16, 280:24, 281:2, 281:19, 281:23, 281:24, 282:1, 282:2, 282:9, 282:10, 282:11, 282:12, 282:14, 282:21, 282:24, 283:1, 283:2, 283:8, 283:12, 283:13, 283:14, 283:20, 283:21, 283:22, 284:3, 284:6, 284:16, 284:17, 284:18, 284:20, 284:24, 285:2, 285:14, 285:15, 286:18, 286:19, 286:21, 286:23, 286:25, 287:6, 287:9, 287:16, 287:18, 287:22, 288:11, 288:16, 288:21, 289:21, 289:22, 290:3, 290:5, 290:9, 290:11, 290:16, 290:22, 291:3, 291:10, 291:22, 291:23, 292:2, 292:3, 292:4, 292:5, 292:7, 292:21, 292:24, 293:19, 293:20, 293:21, 293:23, 293:25, 294:3, 294:5, 294:6, 294:7, 294:21, 295:1, 295:5, 295:22, 295:23, 296:1, 296:10, 296:13, 296:22, 296:25,

297:2, 297:4, 297:6, 297:8, 297:18, 297:20, 297:25, 298:2, 298:25, 299:1, 299:5, 299:8, 299:10, 299:13, 300:1, 300:3, 301:10, 301:14, 301:15, 301:25, 302:2, 302:17, 302:18, 302:22, 303:1, 303:3, 303:12, 303:15, 303:16, 303:17, 303:18, 303:25, 304:2, 304:8, 304:18, 304:24, 305:13, 305:23, 306:12, 306:14, 306:25, 307:6, 307:14, 307:22, 308:7, 308:11, 308:17, 309:7, 309:8, 309:10, 310:3, 310:6, 310:8, 310:18, 310:19, 310:23, 310:25, 311:1, 311:4, 311:15, 311:16, 311:17, 311:18, 312:1, 312:3, 312:7, 312:16, 312:24, 312:25, 313:7, 313:10, 314:1, 314:8, 314:11, 314:21, 314:23, 315:4, 315:5, 315:8, 315:14, 315:19, 315:22, 315:25, 316:1, 316:10, 316:15, 316:20, 316:21, 317:5, 317:19, 319:5, 319:9, 319:12, 319:17, 319:19, 320:2, 320:21, 320:23, 321:15, 322:4, 322:11, 322:25, 323:3, 323:18, 323:20, 323:21, 323:24, 324:2, 324:6, 324:13, 324:14, 325:5, 325:9, 325:11, 325:19, 325:20, 325:22, 326:3, 326:4, 326:9, 326:13, 327:10, 328:7, 328:16, 328:24, 329:1, 329:2, 329:3, 329:5, 329:9, 329:22, 330:5, 330:10, 330:21, 331:1, 331:5, 331:6, 331:14, 331:23, 332:3, 332:6, 332:9,

332:20, 333:1, 333:4, 333:8, 333:9, 333:13, 333:16, 333:17, 333:18, 333:20, 333:23, 334:3, 334:4, 334:9, 334:13, 334:19, 334:21, 334:23, 335:15, 335:18, 335:25, 336:5, 336:15, 336:22, 336:24, 337:14, 337:18, 337:24, 338:6, 338:16, 338:19, 339:3, 339:4, 339:6, 339:12, 339:19, 339:23, 340:21, 340:22, 340:23, 340:24, 341:15, 341:16, 341:19, 341:21, 341:23, 341:24, 342:2, 342:22, 343:18, 343:19, 343:20, 343:24, 344:3, 344:5, 344:13, 344:20, 344:25, 345:1, 345:9, 345:10, 345:12, 345:13, 345:14, 345:18, 345:20, 345:23, 345:25, 346:2, 346:5, 346:15, 346:25, 347:8, 347:11, 347:17, 347:22, 348:1, 348:4, 348:11, 348:12, 348:14, 348:21, 349:19, 349:22, 349:23, 349:24, 350:9, 350:15, 350:25, 351:3, 351:5, 351:7, 351:9, 351:12, 351:13, 351:15, 351:22, 352:6, 352:8, 352:17, 353:8, 353:13, 353:18, 353:21, 354:1, 354:2, 354:5, 354:9, 354:10, 354:15, 354:16, 354:19, 355:2, 355:4, 355:11, 355:14, 355:17, 355:24, 356:2, 356:4, 356:8, 356:9, 356:10, 356:11, 356:15, 356:18, 356:19, 356:20, 356:21, 356:23, 357:3, 357:4, 357:5, 357:9, 357:11, 357:20, 357:22, 358:13, 358:18,

358:23, 359:16, 359:18, 359:20, 359:21, 360:3, 360:16, 360:21, 361:8, 361:16, 362:2, 362:10, 362:11, 362:25, 363:17, 363:23, 364:3, 364:5, 364:9, 364:12, 364:13, 364:18, 364:23, 365:5, 365:6, 365:7, 365:13, 365:16, 365:18, 365:19, 365:22, 365:25, 366:6, 366:8, 366:9, 366:13, 366:21, 367:3, 367:5, 367:6, 367:7, 367:17, 368:24, 369:1, 369:10, 369:11, 369:13, 370:3, 370:8, 370:9, 370:12, 370:14, 370:20, 370:23, 371:1, 371:6, 371:13, 371:16, 372:3, 372:5, 372:9, 372:11, 372:13, 372:14, 372:16, 372:17, 372:18, 372:23, 372:24, 373:5, 373:13, 373:22, 374:16
**TO..** [1] - 280:25
**TODAY** [11] - 256:24, 279:21, 283:13, 283:14, 283:15, 283:17, 324:17, 345:6, 367:3, 371:16
**TOE** [6] - 321:1, 349:18, 358:24, 359:2, 359:5, 359:11
**TOGETHER** [8] - 278:14, 282:8, 284:20, 297:20, 314:22, 323:16, 332:11, 362:5
**TOLD** [3] - 282:20, 303:5, 324:11
**TOMORROW** [2] - 283:18, 283:25
**TOO** [3] - 283:16, 343:20, 349:13
**TOOK** [5] - 278:12, 281:23, 314:10, 348:3, 370:6
**TOOTHPASTE** [1] - 350:12
**TOP** [13] - 314:7, 314:16, 315:3, 315:17, 316:16,

330:1, 340:21, 348:16, 348:22, 349:16, 359:10, 359:14, 363:13
**TOPIC** [4] - 265:18, 265:19, 265:21, 265:23
**TOPOGRAPHIC** [3] - 306:23, 307:1, 330:6
**TORT** [7] - 275:20, 275:21, 275:24, 276:18, 276:23
**TORTS** [1] - 246:5
**TOTAL** [6] - 272:15, 323:13, 323:22, 372:7, 372:12
**TOTALS** [1] - 279:24
**TOUCH** [2] - 277:25, 354:19
**TOWARD** [10] - 299:4, 338:11, 348:24, 349:5, 349:11, 358:21, 358:23, 359:9, 360:10
**TOWARDS** [3] - 349:8, 349:14, 351:19
**TOWN** [1] - 283:8
**TRACE** [1] - 301:13
**TRACK** [1] - 263:18
**TRACKS** [1] - 264:5
**TRANSCRIPT** [2] - 244:7, 374:16
**TRANSCRIPT** [1] - 246:18
**TRANSFERS** [1] - 330:21
**TRANSFORMED** [4] - 296:9, 309:1, 309:2, 310:5
**TRANSLATE** [1] - 289:21
**TRANSPORT** [1] - 331:15
**TRANSPORTATIO N** [1] - 289:15
**TRANSPORTED** [4] - 289:8, 289:12
**TRANSPORTING** [1] - 289:7
**TREE** [7] - 300:12, 306:22, 308:20, 308:24, 308:25, 309:14
**TREES** [11] - 254:8, 296:12, 301:11, 306:24, 307:10, 307:24, 309:16, 311:15, 316:17
**TRIAL** [8] - 244:7, 282:10, 284:1, 364:5,

364:17, 364:20, 367:5, 367:12
**TRIBUTARIES** [5] - 300:25, 301:2, 339:10, 339:11, 339:12
**TRIED** [1] - 258:5
**TRIPLING** [1] - 333:8
**TRUE** [3] - 269:21, 271:5, 374:16
**TRUTH** [1] - 365:7
**TRY** [4] - 257:21, 263:12, 284:20, 342:10
**TRYING** [11] - 277:25, 281:2, 284:13, 284:24, 326:9, 343:1, 346:2, 362:11, 365:7, 365:22, 372:24
**TUBE** [1] - 350:12
**TUESDAY** [1] - 244:4
**TUESDAY** [1] - 248:2
**TURN** [5] - 263:12, 337:14, 342:22, 364:1, 373:20
**TURNED** [1] - 309:22
**TURQUOISEY** [1] - 307:8
**TWO** [17] - 274:5, 289:17, 302:6, 304:6, 314:7, 314:15, 315:13, 325:20, 329:15, 331:9, 338:16, 339:10, 340:3, 340:4, 345:8, 351:13, 363:21
**TWO-DAYS** [1] - 363:21
**TX** [1] - 244:24
**TYPE** [11] - 289:8, 297:3, 305:1, 306:10, 306:21, 308:19, 309:14, 329:17, 332:6, 340:19, 352:11
**TYPES** [6] - 294:18, 307:6, 331:23, 335:20, 338:23, 352:3
**TYPHA** [1] - 296:13
**TYPICAL** [3] - 294:25, 295:21, 295:22

## U

**U** [1] - 246:4
**UBS** [1] - 261:8
**ULTIMATE** [4] - 322:2, 353:25, 354:8, 362:11

**ULTIMATELY** [1] - 279:2
**UNANSWERABLE** [1] - 251:11
**UNDER** [12] - 266:10, 268:18, 268:20, 270:23, 275:12, 277:12, 278:14, 341:24, 351:4, 352:15, 362:4, 371:2
**UNDERCUT** [1] - 332:23
**UNDERCUTTING** [2] - 329:25, 330:9
**UNDERLYING** [2] - 338:25, 349:4
**UNDERNEATH** [1] - 339:1
**UNDERSTAND** [53] - 248:18, 250:10, 254:3, 256:19, 258:3, 277:17, 278:25, 283:19, 284:1, 288:21, 292:24, 296:2, 297:8, 299:14, 302:8, 302:10, 303:19, 306:5, 314:1, 317:10, 325:8, 326:13, 329:5, 333:4, 343:17, 346:14, 346:21, 346:24, 350:1, 354:18, 354:21, 354:24, 354:25, 355:2, 356:1, 356:2, 357:5, 357:16, 357:20, 362:3, 364:12, 365:2, 365:9, 365:11, 365:12, 365:15, 365:17, 366:16, 366:21, 367:13, 373:8
**UNDERSTANDING** [5] - 266:18, 288:17, 305:24, 364:6, 374:16
**UNDERSTANDS** [2] - 353:22, 353:24
**UNDERSTOOD** [18] - 253:22, 253:24, 254:20, 254:21, 262:9, 291:18, 294:19, 296:20, 297:11, 297:22, 341:13, 341:18, 342:15, 353:10, 354:14, 355:7, 356:16, 360:1
**UNIFORMLY** [2] - 348:17, 348:19
**UNIT** [3] - 296:8, 307:16, 348:18

**UNITED** [9] - 244:1, 244:5, 244:8, 249:11, 259:20, 281:25, 282:9, 292:6, 374:15
**UNIVERSE** [1] - 284:6
**UNIVERSITY** [1] - 288:7
**UNLESS** [4] - 250:20, 282:21, 282:24, 328:19
**UNLIKE** [1] - 331:13
**UNOBJECTED** [1] - 304:13
**UNTIL** [4] - 250:20, 251:21, 257:1, 307:16
**UNUSUAL** [2] - 289:24, 290:4
**UP** [45] - 248:6, 252:9, 252:21, 252:22, 258:9, 259:1, 277:6, 277:20, 279:7, 279:17, 279:18, 282:8, 289:11, 294:6, 299:10, 300:11, 300:13, 300:19, 300:24, 302:18, 304:15, 304:23, 310:4, 310:14, 311:8, 312:20, 314:10, 315:9, 315:21, 319:17, 325:3, 325:19, 330:1, 331:22, 335:7, 335:15, 336:5, 340:13, 345:20, 352:6, 357:2, 359:9, 367:22, 368:10
**UPDATED** [2] - 293:3, 293:10
**UPON** [8] - 272:5, 294:14, 294:16, 308:13, 329:19, 329:20, 330:8, 330:22
**UPPER** [10] - 278:23, 279:16, 279:18, 280:1, 300:24, 302:1, 318:13, 324:16, 338:16, 339:5
**UPSTREAM** [1] - 279:14
**UPWARD** [1] - 305:11
**URGE** [1] - 357:12
**URS** [4] - 261:1, 261:8, 261:9, 261:12
**US** [39] - 258:16, 259:9, 267:7, 278:2, 283:3, 289:22, 292:5, 292:21, 295:25,

300:2, 300:20, 303:5, 304:23, 310:23, 312:1, 312:2, 312:25, 314:8, 314:23, 317:5, 322:8, 322:20, 324:11, 331:19, 333:16, 336:5, 337:8, 340:11, 348:2, 348:13, 358:13, 364:13, 369:17, 370:20, 371:13, 371:16, 371:23, 372:12
**USAGE** [1] - 360:7
**USE** [10] - 261:24, 306:20, 306:25, 317:21, 333:17, 341:16, 341:25, 358:13, 365:5, 373:13
**USED** [8] - 263:6, 269:1, 294:5, 307:4, 314:10, 364:22, 372:17
**USES** [1] - 366:2
**USGS** [2] - 306:23, 308:20
**USING** [5] - 306:14, 310:23, 335:17, 352:17, 357:25
**USUALLY** [2] - 295:4, 339:18
**UTILIZE** [1] - 275:23
**UTILIZED** [1] - 269:4
**UTILIZES** [1] - 297:5

## V

**V** [1] - 244:4
**VAGUE** [5] - 252:13, 252:14, 253:18, 265:19, 265:21
**VALID** [1] - 341:14
**VALLEY** [2] - 260:17, 260:21
**VALUE** [2] - 253:20, 275:3
**VAN** [2] - 350:18, 369:21
**VARIATIONS** [1] - 251:11
**VARIED** [1] - 273:20
**VARIOUS** [9] - 264:5, 288:23, 289:14, 297:2, 300:13, 300:25, 324:14, 372:8
**VEGETATION** [8] - 296:12, 296:19, 298:17, 311:15, 329:1, 329:4, 330:4,

331:22
**VEHICLE** [1] - 269:4
**VELOCITY** [1] - 330:22
**VERBALLY** [1] - 338:15
**VERIFY** [1] - 281:20
**VERSION** [1] - 293:3
**VERSUS** [1] - 328:25
**VERTICAL** [7] - 302:20, 313:3, 317:13, 319:6, 319:8, 319:13, 359:7
**VERY** [24] - 249:4, 249:24, 256:8, 257:23, 261:22, 265:18, 276:14, 326:3, 328:15, 331:7, 333:25, 334:18, 336:16, 339:14, 339:15, 340:20, 351:23, 352:5, 356:9, 361:13, 365:21, 369:6, 370:24
**VICINITY** [3] - 269:20, 335:7
**VICIOUS** [4] - 359:17, 360:6, 361:3, 371:12
**VICTOR** [1] - 245:19
**VIEW** [2] - 253:1, 338:21
**VIRTUALLY** [1] - 340:12
**VIS** [6] - 276:17, 324:3, 345:21
**VIS-A-VIS** [3] - 276:17, 324:3, 345:21
**VISUAL** [1] - 326:12
**VISUALLY** [1] - 311:1
**VITAE** [4] - 292:23, 293:4, 293:11, 295:3
**VOIR** [1] - 247:14
**VOIR** [2] - 288:2, 292:4
**VOLUME** [2] - 244:9, 301:24
**VOLUMES** [1] - 279:1
**VULNERABILITY** [1] - 287:5
**VULNERABLE** [1] - 345:13

## W

**W** [1] - 277:3
**WAITING** [1] - 285:2
**WAKE** [2] - 265:4,

329:17

**WAKES** [2] - 329:14, 330:11

**WALK** [2] - 261:1, 261:6

**WALL** [1] - 285:7

**WALLS** [1] - 344:1

**WALTER** [1] - 245:8

**WALTZER** [3] - 262:15, 263:1, 273:3

**WALTZER'S** [1] - 262:18

**WANT** [20] - 263:11, 273:9, 319:17, 320:2, 320:21, 333:20, 333:23, 335:15, 336:11, 338:6, 339:3, 343:23, 347:22, 348:1, 348:11, 357:20, 359:20, 366:21, 367:3, 367:6

**WANTED** [11] - 248:11, 283:12, 283:14, 285:14, 307:22, 313:10, 314:11, 316:15, 317:19, 333:13, 337:22

**WANTING** [1] - 314:1

**WANTS** [3] - 303:15, 334:9, 336:12

**WARREN** [2] - 246:1, 248:19

**WAS** [200] - 249:13, 252:6, 253:1, 253:25, 254:2, 254:3, 254:5, 254:18, 254:23, 255:11, 255:20, 255:21, 255:25, 257:13, 257:20, 258:18, 258:19, 259:12, 259:23, 260:17, 260:19, 260:20, 260:22, 261:3, 261:9, 261:12, 261:14, 262:10, 262:18, 263:16, 264:8, 264:10, 264:19, 264:20, 265:5, 265:6, 265:7, 265:10, 265:13, 265:17, 265:23, 265:24, 266:13, 266:18, 266:22, 267:2, 267:3, 267:5, 268:25, 269:4, 269:14, 269:25, 270:10, 270:21, 270:23, 271:1, 271:3, 271:6, 271:9, 271:14,

271:15, 271:16, 273:2, 273:4, 273:23, 274:4, 274:20, 275:7, 276:24, 278:14, 280:4, 280:14, 281:9, 281:16, 281:22, 281:25, 282:2, 282:13, 282:15, 282:16, 282:20, 282:22, 283:24, 284:7, 285:3, 286:10, 287:10, 288:12, 295:8, 298:17, 299:8, 299:23, 300:9, 300:22, 301:7, 301:9, 301:11, 301:15, 301:17, 301:23, 302:18, 302:25, 303:7, 303:16, 305:1, 305:2, 306:21, 307:4, 309:21, 310:19, 314:1, 314:17, 314:20, 315:4, 315:7, 316:3, 316:9, 318:13, 318:15, 319:24, 321:5, 322:25, 323:14, 323:15, 332:7, 333:12, 334:14, 337:3, 339:4, 339:7, 340:12, 343:16, 344:2, 347:16, 348:8, 349:20, 349:23, 350:11, 350:13, 350:17, 350:21, 351:20, 352:1, 352:8, 354:2, 355:4, 355:18, 355:20, 355:21, 355:22, 355:23, 357:1, 358:15, 358:18, 360:3, 361:8, 361:14, 361:24, 362:8, 363:25, 364:5, 366:3, 366:5, 366:6, 366:23, 367:18, 369:20, 369:23, 369:25, 370:3, 370:22, 371:6, 372:4, 372:10, 372:13, 372:17, 372:24, 373:1, 373:2, 373:11, 373:12, 373:15, 374:9

**WASHINGTON** [1] - 252:10

**WASHINGTON** [1] - 246:13

**WASHINGTON'S** [1] - 266:19

**WASN'T** [4] - 258:7, 295:7, 325:21, 355:22

**WATCH** [1] - 276:14

**WATER** [49] - 256:5, 260:20, 264:6, 264:9, 279:9, 282:2, 283:20, 284:7, 284:8, 289:8, 290:6, 296:9, 297:3, 299:20, 299:21, 299:24, 301:4, 301:20, 301:24, 302:24, 307:25, 308:3, 310:1, 310:18, 311:7, 314:22, 314:25, 316:23, 321:3, 328:25, 329:4, 329:6, 329:16, 330:1, 330:2, 330:5, 330:7, 330:8, 330:21, 330:22, 332:7, 339:13, 339:23, 339:25, 340:1, 340:4, 340:5, 351:2

**WATERFALL** [1] - 330:8

**WATERLINE** [1] - 282:15

**WATERLINES** [1] - 281:20

**WATERS** [1] - 301:16

**WATERWAY** [6] - 264:11, 271:11, 271:14, 303:2, 310:4, 335:9

**WAVE** [10] - 279:3, 287:6, 296:15, 320:24, 329:16, 329:18, 331:6, 331:7, 331:8, 345:22

**WAVES** [17] - 290:20, 291:9, 311:17, 328:23, 329:2, 329:6, 329:15, 329:19, 330:20, 330:22, 330:23, 330:25, 331:10, 331:13, 331:14, 331:18, 345:25

**WAY** [23] - 248:9, 268:10, 268:16, 272:14, 276:15, 279:7, 295:16, 299:10, 300:9, 301:14, 303:20, 303:21, 305:22, 311:10, 315:7, 322:4, 335:17, 336:5, 350:10, 354:21, 355:14, 363:3, 371:13

**WAYS** [4] - 287:24, 295:22, 319:5, 338:16

**WE** [231] - 248:13, 248:21, 249:7, 250:8, 253:11, 255:5, 256:18, 257:4, 257:7, 257:12, 257:14, 257:21, 257:22, 258:9, 258:21, 258:24, 260:10, 261:16, 261:21, 261:22, 262:20, 263:13, 264:12, 268:7, 269:11, 273:8, 275:1, 275:3, 275:4, 276:25, 277:4, 277:16, 277:20, 278:9, 280:2, 280:15, 281:1, 281:5, 281:12, 281:13, 281:18, 281:24, 282:8, 282:11, 282:21, 282:24, 283:7, 283:14, 283:23, 283:24, 284:3, 284:4, 284:6, 284:7, 284:19, 284:20, 285:2, 285:4, 286:6, 286:23, 288:13, 288:20, 289:22, 289:24, 291:19, 292:1, 292:4, 292:7, 292:16, 293:2, 293:8, 293:20, 294:3, 294:7, 295:5, 295:15, 295:16, 297:4, 297:8, 297:22, 297:25, 299:4, 300:1, 300:2, 300:24, 303:9, 303:11, 303:13, 303:16, 303:17, 303:20, 303:23, 304:4, 304:7, 304:10, 305:5, 305:11, 305:13, 306:5, 306:20, 306:22, 306:25, 307:4, 307:14, 307:15, 307:17, 308:23, 309:13, 309:15, 309:22, 310:8, 311:7, 311:10, 311:14, 313:2, 313:19, 313:21, 314:9, 314:10, 314:11, 315:16, 316:20, 317:21, 317:22, 317:25, 319:8, 319:15, 320:3, 321:11, 321:17, 322:7, 322:8, 322:11, 323:13, 323:15, 323:21, 323:22, 324:13, 325:2,

326:18, 327:25, 328:17, 331:5, 331:13, 331:21, 332:25, 335:2, 335:14, 335:24, 336:14, 336:15, 336:16, 337:11, 337:14, 337:18, 337:19, 337:21, 338:6, 338:8, 338:12, 339:5, 340:13, 341:21, 342:8, 342:11, 343:4, 344:16, 344:25, 345:7, 345:9, 345:16, 347:4, 348:5, 349:3, 350:8, 350:21, 352:2, 352:6, 352:17, 354:1, 354:24, 356:17, 357:2, 357:4, 358:7, 358:16, 358:20, 358:24, 359:10, 359:23, 360:5, 360:16, 360:17, 362:2, 362:3, 362:6, 363:23, 364:2, 364:4, 364:20, 365:4, 366:13, 367:1, 367:5, 367:7, 367:20, 368:8, 368:10, 369:4, 370:7, 370:24, 371:3, 371:18, 374:3, 374:7

**WE'D** [1] - 285:7

**WE'LL** [14] - 257:17, 286:23, 287:18, 287:25, 289:21, 291:3, 303:21, 304:15, 319:14, 334:22, 336:22, 342:13, 343:10, 374:3

**WE'RE** [39] - 257:25, 263:14, 270:14, 270:15, 275:19, 277:5, 278:20, 283:20, 290:5, 290:18, 290:19, 291:8, 293:20, 294:3, 298:10, 305:9, 305:12, 306:14, 308:21, 309:18, 309:19, 312:20, 319:19, 321:15, 324:20, 327:24, 335:18, 335:25, 338:7, 338:9, 340:12, 341:4, 347:25, 356:25, 362:11, 371:24, 372:24, 374:1, 374:4

**WE'VE** [20] - 259:7, 283:23, 288:10,

305:18, 311:2, 311:19, 311:24, 312:5, 319:6, 326:22, 329:8, 338:3, 340:17, 351:5, 352:11, 356:5, 357:17, 358:21, 363:19, 367:10

**WEAKENED** [1] - 345:13

**WEDGES** [1] - 352:10

**WEEK** [1] - 365:2

**WEIGHT** [5] - 340:21, 349:3, 351:4, 358:17, 372:24

**WELCOME** [1] - 333:24

**WELL** [29] - 256:23, 259:16, 265:7, 266:4, 266:22, 267:16, 269:17, 271:3, 305:8, 313:11, 314:7, 315:21, 324:10, 325:15, 325:24, 329:17, 342:7, 343:11, 344:5, 344:7, 346:22, 351:12, 351:21, 357:3, 358:5, 363:6, 364:19, 370:22

**WENT** [6] - 252:22, 272:13, 281:19, 282:2, 319:8, 325:19

**WERE** [69] - 250:11, 250:18, 250:20, 251:18, 260:13, 260:15, 263:5, 263:6, 264:25, 266:19, 267:6, 267:12, 267:13, 267:20, 267:21, 267:23, 268:3, 268:6, 269:19, 270:11, 274:13, 274:16, 279:2, 280:8, 285:1, 290:13, 293:23, 296:2, 296:23, 300:19, 305:14, 306:1, 306:2, 306:10, 310:23, 313:7, 313:21, 314:8, 314:12, 318:19, 318:20, 321:7, 325:11, 325:12, 326:24, 338:22, 345:12, 347:12, 348:13, 351:8, 358:17, 359:6, 363:22, 364:1, 364:3, 370:7, 370:11, 370:12, 370:24, 371:5, 371:7, 371:8,

371:15, 372:8, 372:23, 374:1

**WEREN'T** [1] - 336:15

**WEST** [5] - 323:15, 372:13, 373:15, 373:17, 373:23

**WESTERN** [6] - 309:23, 320:16, 320:17, 322:3, 322:19, 373:11

**WETLAND** [2] - 320:12, 346:11

**WETLANDS** [10] - 254:7, 254:23, 278:20, 296:8, 300:5, 301:25, 307:16, 315:15, 316:10, 345:24

**WHAT** [112] - 251:1, 253:4, 256:18, 257:14, 260:19, 266:2, 266:6, 266:9, 267:6, 267:17, 268:17, 270:20, 272:2, 272:5, 272:6, 274:1, 274:4, 274:5, 274:22, 275:4, 277:15, 279:2, 280:18, 282:13, 284:5, 284:13, 284:21, 286:18, 288:4, 288:15, 288:23, 289:4, 290:5, 290:11, 290:16, 291:3, 291:6, 292:15, 293:24, 297:9, 298:3, 298:9, 300:20, 300:21, 300:23, 302:17, 304:16, 305:9, 305:12, 307:13, 308:16, 308:23, 310:9, 311:3, 312:12, 314:1, 314:5, 315:8, 315:23, 316:5, 317:25, 320:20, 320:25, 321:4, 322:12, 322:14, 322:24, 323:9, 325:25, 326:11, 334:11, 334:19, 338:19, 339:9, 339:22, 341:23, 341:25, 344:3, 345:22, 346:2, 348:11, 349:23, 351:5, 351:8, 351:19, 353:25, 354:2, 354:8, 355:1, 356:14, 359:2, 359:11, 361:1,

362:10, 363:1, 363:2, 363:5, 363:7, 365:19, 366:5, 368:1, 371:6, 371:23, 372:17, 372:24, 373:1, 373:16, 373:20, 373:25

**WHAT'S** [8] - 248:6, 284:1, 299:9, 311:4, 328:22, 354:10, 354:11, 362:11

**WHATEVER** [4] - 284:8, 303:13, 333:21, 355:15

**WHEN** [48] - 248:17, 264:18, 264:19, 268:6, 271:16, 273:18, 276:16, 284:6, 286:23, 288:24, 289:17, 296:15, 298:3, 298:15, 300:24, 302:17, 302:22, 312:9, 315:11, 316:23, 318:20, 320:18, 322:25, 327:15, 329:14, 329:17, 329:22, 330:2, 330:5, 330:7, 331:23, 332:5, 335:2, 337:18, 340:20, 340:21, 342:4, 348:25, 349:18, 354:25, 357:2, 358:1, 358:15, 359:1, 364:1, 365:9, 370:11, 370:24

**WHENEVER** [2] - 313:2, 330:20

**WHERE** [45] - 267:19, 268:21, 282:2, 284:7, 291:17, 299:2, 299:5, 299:23, 301:3, 302:4, 308:11, 311:16, 321:18, 324:4, 324:11, 324:13, 327:9, 328:11, 328:13, 328:14, 328:15, 329:7, 332:7, 335:24, 341:15, 341:23, 344:12, 344:14, 350:20, 352:10, 354:2, 359:10, 359:17, 360:18, 362:10, 363:9, 368:14, 368:19, 368:20, 368:21, 368:22, 369:7, 369:17, 371:4

**WHEREUPON** [9] -

249:13, 259:23, 281:9, 281:16, 286:10, 337:3, 362:8, 366:23, 374:9

**WHETHER** [13] - 273:4, 275:7, 275:21, 275:23, 278:23, 292:3, 294:8, 297:9, 305:11, 310:3, 331:3, 331:4, 346:19

**WHICH** [52] - 248:23, 255:11, 257:18, 259:8, 260:21, 268:18, 280:10, 284:15, 289:5, 290:18, 290:20, 298:17, 298:20, 301:19, 301:24, 304:20, 305:5, 305:19, 306:1, 313:14, 314:16, 315:3, 322:12, 323:23, 325:25, 326:1, 326:2, 329:21, 330:23, 331:1, 332:22, 332:23, 334:16, 338:17, 338:23, 339:4, 339:8, 341:4, 341:14, 342:17, 344:8, 344:16, 348:20, 351:12, 351:20, 352:2, 358:12, 360:22, 361:9

**WHILE** [2] - 267:20, 299:16

**WHIZ** [1] - 357:6

**WHO** [13] - 253:1, 278:1, 278:13, 281:2, 281:19, 281:25, 284:7, 297:20, 306:12, 317:7, 350:18, 354:19, 356:21

**WHOLE** [4] - 274:6, 289:20, 354:22, 366:14

**WHY** [23] - 250:24, 266:13, 290:8, 296:6, 296:23, 297:1, 297:6, 297:14, 314:10, 315:19, 335:14, 341:22, 346:25, 347:3, 350:16, 353:5, 355:16, 356:2, 356:10, 356:25, 359:23, 360:2, 370:19

**WIDE** [3] - 301:23, 328:13, 328:14

**WIDELY** [1] - 254:5

**WIDEN** [1] - 296:3

**WIDENED** [1] - 316:21

**WIDENING** [30] - 300:1, 312:15, 312:18, 314:20, 317:6, 318:14, 318:16, 319:9, 321:7, 321:12, 321:21, 321:25, 322:5, 322:15, 323:10, 323:18, 323:21, 324:14, 327:25, 328:7, 328:10, 329:8, 329:10, 329:12, 330:12, 331:20, 333:1, 345:23, 346:12, 360:3

**WIDER** [2] - 265:4, 265:5

**WIDEST** [3] - 324:14, 328:11, 328:15

**WIDTH** [12] - 302:3, 302:6, 314:24, 314:25, 322:17, 323:22, 323:23, 333:2, 333:8

**WILL** [65] - 248:19, 249:10, 257:12, 257:24, 258:14, 262:21, 271:23, 274:5, 275:2, 275:22, 276:20, 277:15, 278:10, 278:17, 278:25, 279:4, 279:9, 279:16, 281:5, 282:9, 282:11, 285:7, 286:24, 287:1, 289:20, 290:4, 291:19, 292:7, 297:22, 297:24, 304:20, 305:17, 305:19, 311:13, 323:25, 325:2, 328:23, 328:24, 329:1, 331:14, 331:25, 332:5, 334:21, 336:22, 337:1, 338:12, 338:21, 340:11, 345:3, 345:6, 348:5, 348:6, 349:5, 350:8, 350:24, 351:3, 352:15, 353:16, 356:23, 358:23, 359:15, 365:13, 374:3, 374:7

**WILLING** [1] - 306:12

**WIND** [13] - 279:3, 289:9, 291:9, 296:21,

296:22, 302:22,
330:20, 330:21,
330:23, 331:1, 331:4,
331:5, 331:18
**WIND-GENERATED** [2] -
330:20, 331:18
**WINDS** [1] - 331:2
**WITH** [117] - 250:15,
254:13, 255:20,
256:18, 257:17,
257:21, 258:5,
258:12, 259:2,
259:15, 260:12,
261:1, 261:4, 261:7,
261:9, 261:10,
261:12, 262:1,
263:17, 263:22,
264:5, 264:20,
264:23, 265:9, 266:4,
266:9, 266:13,
266:23, 267:5,
267:10, 267:15,
267:16, 267:22,
268:6, 268:7, 269:2,
269:10, 270:13,
270:18, 270:19,
271:5, 274:11,
274:14, 277:23,
278:1, 278:2, 278:12,
279:14, 280:15,
281:13, 281:23,
281:25, 282:8,
282:19, 284:16,
285:6, 285:15,
285:20, 286:5,
286:16, 287:19,
290:11, 290:22,
292:19, 294:6,
294:20, 295:8,
295:25, 296:1, 296:2,
297:20, 298:3,
300:12, 300:17,
302:24, 303:8, 304:4,
305:12, 305:23,
307:6, 310:1, 311:4,
313:20, 322:1, 322:7,
324:15, 325:10,
325:22, 326:25,
327:2, 328:8, 328:10,
329:23, 330:8,
330:24, 336:4,
340:23, 344:3, 345:4,
350:8, 351:25,
352:12, 355:2,
358:16, 360:17,
361:12, 362:11,
367:7, 368:11,
368:19, 368:22,
371:25, 372:12,
372:18

**WITHDRAW** [1] -
347:20
**WITHDRAWN** [2] -
259:6, 347:16
**WITHIN** [15] - 252:7,
264:21, 267:25,
272:17, 278:6, 291:1,
294:25, 297:19,
305:8, 340:1, 341:16,
343:18, 347:2,
356:10, 365:7
**WITHOUT** [4] -
250:25, 253:20,
282:11, 354:22
**WITNESS** [115] -
248:8, 249:17,
249:20, 250:25,
251:3, 251:4, 256:9,
256:11, 258:14,
259:9, 260:2, 260:4,
261:20, 263:22,
265:23, 272:5,
272:10, 272:13,
275:18, 276:4, 276:7,
277:18, 281:12,
282:22, 282:23,
283:3, 284:5, 284:7,
284:11, 286:6,
286:14, 286:18,
292:20, 296:17,
296:23, 302:5,
309:19, 310:11,
310:13, 310:15,
315:6, 315:9, 315:18,
315:21, 315:24,
316:1, 316:3, 316:7,
316:9, 316:13,
316:15, 316:20,
317:9, 317:25, 318:8,
319:15, 320:11,
320:22, 321:1, 321:6,
321:10, 323:6,
324:23, 334:19,
335:4, 335:9, 335:11,
336:9, 336:11,
337:24, 338:1,
338:17, 340:15,
341:19, 342:9,
344:14, 344:15,
344:25, 345:4, 345:6,
345:11, 345:12,
346:20, 347:5, 349:9,
349:22, 351:21,
354:15, 354:19,
355:4, 356:18,
356:21, 357:2, 358:7,
359:3, 359:6, 359:13,
360:9, 360:13,
361:20, 361:23,
362:5, 362:10, 364:4,

366:25, 369:12,
370:6, 370:12,
370:15, 371:21,
372:7, 372:18, 373:4
**WITNESS'S** [5] -
259:2, 289:21, 304:7,
325:12, 345:3
**WITNESSES** [5] -
247:4, 277:6, 345:3,
354:19, 354:25
**WON'T** [2] - 259:19,
276:8
**WOODCOCK** [1] -
246:12
**WORD** [4] - 301:21,
341:16, 355:22, 360:7
**WORDS** [2] - 354:8,
363:4
**WORK** [7] - 257:17,
257:22, 257:24,
261:3, 261:4, 261:6,
369:2
**WORKED** [3] -
258:1, 261:1, 294:13
**WORKING** [5] -
256:24, 258:11,
261:12, 295:5, 361:24
**WOULD** [152] -
248:24, 249:7,
249:15, 249:17,
249:18, 250:19,
251:20, 251:21,
251:24, 252:1, 252:9,
252:11, 252:12,
253:6, 253:12,
254:10, 254:13,
254:24, 255:1, 256:4,
257:23, 258:1, 258:9,
258:16, 259:2,
259:15, 259:25,
264:7, 264:9, 265:4,
265:8, 266:10,
266:13, 266:14,
267:7, 267:12, 268:4,
268:11, 269:15,
270:18, 270:24,
271:8, 274:17, 275:6,
275:11, 275:15,
277:16, 277:18,
278:4, 278:7, 279:5,
280:15, 280:18,
280:24, 282:1,
282:10, 282:15,
282:21, 282:24,
283:1, 283:2, 284:4,
286:17, 288:4,
288:15, 288:16,
289:6, 290:16, 291:5,
292:5, 292:9, 294:11,
297:3, 300:9, 301:19,

302:6, 303:14,
303:16, 303:22,
303:23, 303:24,
304:15, 308:10,
309:10, 312:16,
313:11, 315:11,
315:12, 315:17,
315:22, 316:17,
317:7, 319:9, 321:7,
325:9, 328:19, 331:6,
331:25, 333:7,
333:10, 334:13,
334:19, 334:21,
336:4, 336:19,
336:20, 338:15,
340:24, 342:22,
346:4, 348:18, 349:7,
350:15, 351:11,
353:24, 354:9,
355:17, 355:24,
357:25, 358:7, 358:8,
358:18, 359:1, 359:4,
359:8, 359:9, 359:10,
360:8, 361:13,
361:25, 363:15,
363:23, 364:3, 364:4,
364:11, 364:12,
365:18, 365:24,
367:21, 368:14,
369:5, 370:3, 370:24,
371:1, 371:3, 371:5,
371:6, 372:16
**WOULDN'T** [6] -
258:8, 276:8, 348:18,
354:22, 354:23,
364:18
**WRIGHT** [1] - 245:1
**WRITING** [2] -
252:22, 268:24
**WRITTEN** [2] -
267:14, 268:13
**WRONG** [3] - 325:15,
336:3, 343:9
**WROTE** [4] - 273:8,
274:2, 275:10, 295:7

# X

**X** [2] - 247:2, 282:16

# Y

**Y** [2] - 368:6, 368:8
**Y'ALL** [2] - 248:18,
327:7
**YARDS** [7] - 279:25,
280:3, 280:8, 280:13,
372:5, 372:13, 373:8
**YEAH** [4] - 248:25,
305:10, 315:24, 319:4
**YEAR** [3] - 323:14,

323:15, 323:16
**YEARS** [7] - 266:7,
288:9, 294:13,
302:12, 323:16,
333:10, 357:21
**YELLOW** [3] -
321:14, 327:1, 350:23
**YES** [138] - 248:25,
249:9, 251:6, 251:17,
252:1, 252:2, 253:15,
254:12, 254:20,
255:4, 255:10,
255:23, 256:2,
258:23, 260:6,
262:12, 262:16,
262:25, 265:22,
270:5, 270:7, 270:17,
272:12, 278:9,
278:15, 280:22,
282:5, 283:12,
284:12, 285:22,
286:3, 287:12,
287:21, 287:24,
288:14, 289:19,
290:1, 290:25,
291:21, 292:11,
292:14, 292:25,
294:1, 294:11,
295:20, 295:22,
296:24, 298:8,
299:18, 300:15,
300:22, 302:13,
303:8, 305:6, 306:4,
306:14, 306:18,
308:12, 309:19,
310:12, 310:13,
310:25, 312:4,
312:20, 313:13,
313:15, 313:24,
314:4, 315:18,
317:21, 318:23,
319:4, 319:8, 320:4,
320:6, 320:22, 322:7,
322:10, 322:11,
323:21, 324:11,
324:19, 324:25,
326:9, 327:22, 328:5,
328:13, 329:7,
329:11, 330:13,
333:5, 333:17,
334:19, 335:12,
335:22, 335:23,
336:17, 340:19,
341:8, 342:6, 342:12,
342:25, 343:12,
344:11, 344:22,
346:7, 346:13,
346:23, 347:10,
348:7, 350:6, 350:9,
350:13, 351:13,
352:9, 352:24, 354:7,

355:23, 356:7,
356:23, 357:14,
358:10, 358:15,
360:13, 360:20,
361:2, 361:4, 361:11,
361:20, 362:7,
362:20, 364:8,
366:10, 367:15,
369:24, 370:6,
371:17, 374:6

**YESTERDAY** [6] -
286:17, 305:14,
318:19, 324:11,
357:1, 369:25

**YET** [4] - 272:1,
275:22, 280:9, 342:14

**YORK** [1] - 245:24

**YOU** [451] - 248:8,
248:9, 248:19,
248:22, 249:4,
249:12, 249:15,
249:17, 249:18,
249:22, 249:24,
250:6, 250:11,
250:14, 250:18,
250:19, 250:20,
251:15, 251:18,
251:20, 251:21,
252:2, 252:3, 252:5,
252:7, 252:11,
252:16, 252:17,
252:21, 252:22,
252:23, 253:11,
253:12, 253:24,
254:3, 254:5, 254:7,
254:10, 254:13,
254:16, 254:17,
254:19, 254:21,
255:2, 255:8, 255:9,
255:11, 255:16,
255:17, 255:24,
256:4, 256:8, 256:10,
256:15, 257:14,
258:1, 258:10,
258:16, 259:9,
259:21, 259:25,
260:6, 260:13,
260:15, 260:25,
261:3, 261:11,
261:17, 261:18,
261:21, 261:22,
262:1, 262:2, 262:4,
262:6, 262:10,
262:14, 262:15,
262:17, 262:24,
263:1, 263:5, 263:10,
263:11, 263:16,
263:25, 264:2, 264:9,
264:12, 264:18,
264:21, 264:25,
265:17, 266:13,

266:20, 267:9,
267:10, 267:11,
267:12, 267:18,
267:19, 267:21,
267:23, 268:1, 268:6,
268:8, 268:15,
268:17, 269:15,
269:21, 270:4, 270:6,
270:8, 270:9, 270:17,
271:18, 271:20,
271:23, 272:3,
272:20, 272:24,
273:4, 273:9, 273:12,
273:15, 273:17,
273:18, 273:23,
275:9, 276:10,
276:13, 276:14,
276:19, 276:22,
276:23, 276:25,
277:4, 277:9, 277:22,
277:24, 278:2,
278:17, 279:16,
280:23, 281:6, 281:7,
283:11, 284:5, 284:6,
284:9, 284:15,
284:24, 285:1, 285:5,
285:19, 285:20,
285:23, 286:2, 286:8,
286:18, 286:24,
288:4, 288:8, 288:10,
288:11, 288:15,
288:16, 288:21,
288:22, 289:17,
289:22, 290:4, 290:9,
290:16, 291:5, 292:8,
292:9, 292:12,
292:21, 293:1,
293:14, 293:18,
293:21, 293:22,
293:23, 293:24,
294:2, 294:5, 294:6,
294:8, 294:9, 294:22,
295:3, 295:7, 295:8,
295:23, 296:2,
296:23, 297:8,
297:16, 297:18,
298:3, 298:7, 298:15,
298:20, 300:17,
300:20, 302:2, 302:3,
302:8, 303:5, 304:9,
304:15, 304:17,
304:20, 305:19,
305:21, 306:1, 306:2,
306:6, 306:10,
307:13, 308:17,
309:10, 309:21,
310:8, 310:21,
310:23, 310:24,
310:25, 311:3, 311:4,
311:5, 311:6, 311:12,
311:21, 311:22,

312:2, 312:3, 312:9,
312:17, 312:21,
312:22, 312:23,
313:11, 313:23,
314:20, 314:22,
315:2, 315:22,
316:14, 316:16,
316:17, 316:19,
316:20, 317:4,
317:12, 317:19,
318:9, 318:12,
318:15, 318:19,
318:20, 319:5, 319:7,
319:25, 320:21,
322:4, 322:8, 323:24,
324:8, 325:1, 325:22,
326:9, 326:15,
326:23, 326:24,
327:19, 328:3, 328:9,
329:8, 330:14,
333:12, 333:16,
333:22, 333:25,
334:2, 334:6, 334:11,
334:18, 334:21,
335:2, 336:4, 336:7,
336:18, 336:20,
337:1, 337:8, 337:10,
337:19, 337:23,
337:25, 338:2, 338:6,
338:10, 338:19,
338:21, 339:23,
340:2, 340:11,
340:15, 340:22,
340:23, 340:25,
341:23, 341:25,
342:4, 342:22,
343:11, 343:23,
345:19, 345:20,
345:23, 346:21,
346:22, 347:6,
347:10, 347:19,
347:22, 348:1,
348:11, 348:13,
349:13, 349:16,
349:18, 349:20,
350:4, 350:10,
350:14, 350:15,
350:16, 351:9,
351:14, 352:10,
353:3, 353:15,
353:16, 354:9,
354:15, 354:22,
354:24, 354:25,
355:2, 355:18,
355:21, 356:1, 356:2,
356:11, 357:7,
357:15, 357:16,
357:18, 357:20,
357:21, 357:22,
357:23, 357:25,
358:1, 358:13,

358:15, 359:1, 359:2,
359:12, 359:15,
359:17, 359:18,
359:22, 360:8,
360:18, 361:16,
362:10, 362:14,
362:21, 362:22,
363:2, 363:13, 364:1,
364:9, 364:18,
364:19, 365:2, 365:5,
365:6, 365:9, 365:10,
365:14, 366:8,
366:10, 367:2, 367:6,
367:22, 367:24,
368:1, 369:3, 369:5,
369:10, 369:15,
369:17, 370:3,
370:18, 371:13,
371:16, 371:23,
373:6, 373:8, 374:1

**YOU'LL** [1] - 327:10

**YOU'RE** [20] - 251:8,
252:14, 260:23,
268:19, 272:8, 296:6,
298:3, 298:7, 299:16,
311:3, 312:9, 312:12,
335:17, 346:2,
349:17, 351:21,
355:2, 356:14,
362:11, 362:18

**YOU'VE** [20] -
293:17, 293:18,
296:1, 303:5, 311:25,
317:3, 322:5, 323:9,
328:2, 329:10,
332:25, 333:6, 333:9,
340:18, 360:17,
361:1, 364:15,
370:17, 371:11

**YOUR** [232] - 248:7,
248:8, 248:22, 249:2,
249:5, 249:7, 249:10,
249:16, 249:18,
250:8, 250:22, 251:9,
252:7, 253:1, 253:22,
253:24, 255:5,
255:24, 256:9,
256:11, 256:15,
256:24, 257:3, 257:7,
257:12, 257:16,
257:25, 258:3, 258:4,
258:10, 258:14,
258:19, 258:24,
259:1, 259:11,
259:22, 259:25,
260:5, 260:11,
260:12, 260:25,
261:19, 262:5,
263:20, 266:18,
267:19, 268:15,
269:5, 270:6, 270:16,

272:8, 272:24, 273:6,
274:1, 274:23,
274:24, 275:16,
276:9, 276:12,
276:19, 276:20,
277:2, 277:5, 277:25,
281:1, 281:7, 281:11,
281:13, 282:5,
282:18, 283:2,
283:12, 283:21,
284:11, 284:24,
285:1, 285:11,
285:23, 286:4, 286:9,
286:12, 286:16,
286:25, 287:19,
287:21, 287:24,
288:4, 288:10,
288:20, 288:24,
289:20, 290:4,
290:15, 292:1, 292:6,
292:11, 292:14,
292:16, 293:10,
294:21, 294:25,
295:25, 296:17,
296:20, 297:16,
297:24, 298:23,
302:10, 303:9,
303:19, 304:10,
304:17, 305:4, 305:6,
305:9, 305:12,
305:22, 306:6, 306:7,
306:16, 307:6, 308:2,
308:7, 308:14,
308:17, 309:10,
309:19, 313:13,
313:24, 314:2, 317:9,
317:23, 318:12,
319:12, 322:12,
323:18, 324:8,
324:25, 325:9,
325:24, 326:4, 326:7,
326:15, 326:18,
327:4, 327:20,
327:23, 327:25,
328:19, 333:7, 334:2,
336:4, 336:6, 336:8,
336:13, 337:8,
337:19, 338:3, 341:9,
341:18, 342:1, 342:2,
342:6, 342:9, 342:12,
342:15, 343:3,
343:16, 343:25,
344:5, 344:11,
344:18, 344:21,
344:23, 344:24,
345:5, 345:9, 346:7,
346:8, 346:13,
346:18, 346:23,
347:4, 347:8, 347:17,
349:22, 352:17,
352:21, 352:25,

353:17, 353:18,
354:14, 354:18,
355:7, 355:9, 355:20,
355:23, 355:24,
356:7, 356:17,
356:23, 357:12,
357:16, 358:4,
358:10, 361:22,
362:3, 362:7, 362:13,
363:25, 364:8, 365:3,
365:10, 366:10,
366:11, 366:25,
367:10, 367:15,
367:21, 368:1, 369:3,
369:15, 370:18,
371:19, 372:16,
372:21, 373:6,
373:24, 373:25, 374:6
  **YOURSELF** [2] -
365:10

## Z

**Z** [1] - 286:15
  **ZERO** [3] - 279:10,
279:15
  **ZONE** [1] - 280:2
  **ZOOLOGICAL** [1] -
306:11
  **ZOOM** [3] - 261:22,
262:1