1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5    NORMAN ROBINSON, ET AL        *   DOCKET 06-CV-2268-K
                                   *
6    VERSUS                        *   NEW ORLEANS, LOUISIANA
                                   *
7    UNITED STATES OF AMERICA, ET AL *  APRIL 21, 2009
     * * * * * * * * * * * * * * * * *

8

9

10                   VOLUME 2 - AFTERNOON SESSION
                     TRIAL PROCEEDINGS BEFORE THE
11              HONORABLE STANWOOD R. DUVAL JR.
                     UNITED STATES DISTRICT JUDGE

12

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                                BY:  PIERCE O'DONNELL, ESQ.
16                              550 SOUTH HOPE STREET, SUITE 1000
                                LOS ANGELES, CALIFORNIA 90071
17

18   FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                                BY:  JOSEPH M. BRUNO, ESQ.
19                                   L. SCOTT JOANEN, ESQ.
                                855 BARONNE STREET
20                              NEW ORLEANS, LOUISIANA 70113

21
     FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                              BY:  JONATHAN B. ANDRY, ESQ.
                                     KEA SHERMAN, ESQ.
23                              610 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 70113
24

25



                          FINAL DAILY COPY

APPEARANCES (CONTINUED):

FOR THE PLAINTIFFS:          BARON & BUDD, PC
                             BY:  THOMAS SIMS, ESQ.
                             3102 OAK LAWN AVENUE, SUITE 1100
                             DALLAS, TEXAS 75219


FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                             BY:  JAMES P. ROY, ESQ.
                             556 JEFFERSON STREET, SUITE 500
                             POST OFFICE BOX 3668
                             LAFAYETTE, LOUISIANA 70502


FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                             BY:  FRANK C. DUDENHEFER JR., ESQ.
                             601 POYDRAS STREET, SUITE 2655
                             NEW ORLEANS, LOUISIANA 70130


FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                             BY:  WALTER C. DUMAS, ESQ.
                             LAWYER'S COMPLEX
                             1261 GOVERNMENT STREET
                             POST OFFICE BOX 1366
                             BATON ROUGE, LOUISIANA 70821


FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                             BY:  CALVIN C. FAYARD JR., ESQ.
                             519 FLORIDA AVENUE S.W.
                             DENHAM SPRINGS, LOUISIANA 70726


FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                             BY:  MICHAEL C. PALMINTIER, ESQ.
                                  JOSHUA M. PALMINTIER, ESQ.
                             618 MAIN STREET
                             BATON ROUGE, LOUISIANA 70801


FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
                               A PLC
                             BY:  ELWOOD C. STEVENS JR., ESQ.
                             1205 VICTOR II BOULEVARD
                             POST OFFICE BOX 2626
                             MORGAN CITY, LOUISIANA 70381



                        FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

     FOR SUBROGATED INSURERS:     THE GILBERT FIRM
3                                 BY:  ELISA T. GILBERT, ESQ.
                                       BRENDAN R. O'BRIEN, ESQ.
4                                 325 EAST 57TH STREET
                                  NEW YORK, NEW YORK 10022
5

6    ALSO PRESENT FOR             J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:                ASHLEY E. PHILEN, ESQ.
7                                 MRGO LITIGATION GROUP
                                  600 CARONDELET STREET, SUITE 604
8                                 NEW ORLEANS, LOUISIANA 70130

9

     FOR THE DEFENDANT:           U.S. DEPARTMENT OF JUSTICE
10                                TORTS BRANCH, CIVIL DIVISION
                                  BY:  DANIEL M. BAEZA JR., ESQ.
11                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
13                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON JR., ESQ.
14                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
15                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
16                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE SR., ESQ.
17                                     JOHN WOODCOCK, ESQ.
                                  BENJAMIN FRANKLIN STATION
18                                P.O. BOX 888
                                  WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:     TONI DOYLE TUSA, CCR, FCRR
                                  500 POYDRAS STREET, ROOM HB-406
21                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7778
22

23

24

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.



                          FINAL DAILY COPY

1                        <u>I N D E X</u>

2                                                        <u>PAGE</u>

3    DUNCAN FITZGERALD
          DIRECT EXAMINATION                             379
4         CROSS-EXAMINATION                              409
          REDIRECT EXAMINATION                           446
5
     TANYA SMITH
6         DIRECT EXAMINATION                             449
          CROSS-EXAMINATION                              493
7         REDIRECT EXAMINATION                           498

8    GREGOR BREERWOOD
          DIRECT EXAMINATION                             504
9         CROSS-EXAMINATION                              508

10   JOHN CRAWFORD
          VOIR DIRE                                      515
11        DIRECT EXAMINATION                             516
          CROSS-EXAMINATION                              518
12        REDIRECT EXAMINATION                           526

13   PLAINTIFF PROFFER 1                                 404

14   DEFENSE PROFFER 1                                   501

15

16

17

18

19

20

21

22

23

24

25

                        FINAL DAILY COPY

| | | |
|---|---|---|
| 13:00 | 1 | **AFTERNOON SESSION** |
| 13:00 | 2 | **(APRIL 21, 2009)** |
| 13:17 | 3 | **THE DEPUTY CLERK:**  ALL RISE, PLEASE. |
| 13:19 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:19 | 5 | (WHEREUPON, **DUNCAN FITZGERALD**, HAVING BEEN DULY |
| 13:19 | 6 | SWORN, TESTIFIED AS FOLLOWS.) |
| 13:19 | 7 | **DIRECT EXAMINATION** |
| 13:19 | 8 | **BY MR. PALMINTIER:** |
| 13:19 | 9 | **Q.**  DR. FITZGERALD, YOU RECALL THAT YOU'RE UNDER OATH AND WHEN |
| 13:19 | 10 | WE LEFT, WE WERE GOING TO GET INTO A NEW AREA, AND I BELIEVE |
| 13:19 | 11 | THE AREA IS SOMETHING KNOWN AS A FUNNEL EFFECT. |
| 13:19 | 12 | **THE COURT:**  BEFORE WE GET INTO THIS, IF ANYBODY IN |
| 13:19 | 13 | THE COURTROOM IS FREEZING, I'LL TRY TO GET GSA AS BEST I CAN TO |
| 13:20 | 14 | ADJUST IT, BUT THEN IT MIGHT BE HOT.  IS EVERYBODY OKAY? |
| 13:20 | 15 | ALL RIGHT.  OKAY.  GO AHEAD. |
| 13:20 | 16 | **BY MR. PALMINTIER:** |
| 13:20 | 17 | **Q.**  WHAT IS THE FUNNEL EFFECT?  LET ME BEGIN WITH THE |
| 13:20 | 18 | QUESTION:  THIS IS ANOTHER ONE OF THOSE EFFECTS, ONE OF THOSE |
| 13:20 | 19 | PHENOMENA THAT YOU WERE TALKING ABOUT EARLIER THAT GAVE RISE TO |
| 13:20 | 20 | DIFFICULTIES DURING HURRICANE KATRINA; CORRECT? |
| 13:20 | 21 | **A.**  THAT'S CORRECT. |
| 13:20 | 22 | **Q.**  TELL THE JUDGE ABOUT THE FUNNEL. |
| 13:20 | 23 | **A.**  IF I CAN HAVE THE NEXT SLIDE, PLEASE.  THIS IS A DIAGRAM |
| 13:20 | 24 | FROM MY REPORT. |
| 13:20 | 25 | **Q.**  THAT'S FIGURE 7.1 AND PLAINTIFFS' EXHIBIT 96.32. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:20 | 1 | **A.**   LET ME, FIRST OF ALL, JUST DESCRIBE WHAT THE FUNNELING |
| 13:20 | 2 | EFFECT IS ALL ABOUT.  IT'S A CONDITION THAT EXISTS BECAUSE OF |
| 13:20 | 3 | LAND MASSES THAT HAVE A FUNNEL-SHAPED MORPHOLOGY.  IT'S WHEN A |
| 13:21 | 4 | STORM SURGE IS PUSHED INTO AN INCREASINGLY NARROW CONSTRICTION. |
| 13:21 | 5 | IF WE TRANSFER THAT CONCEPT TO THE MRGO AREA, WE CAN SEE, ALONG |
| 13:21 | 6 | THE NORTHERN SHORELINE, A PLEISTOCENE TERRACE THAT EXTENDS |
| 13:21 | 7 | ALONG THE COAST OF MISSISSIPPI. |
| 13:21 | 8 | **Q.**   TELL THE JUDGE ABOUT WHAT A PLEISTOCENE TERRACE IS. |
| 13:21 | 9 | **A.**   IT WAS A PLEISTOCENE DEPOSIT.  IT WAS A SERIES OF SANDS |
| 13:21 | 10 | THAT WERE DEPOSITED DURING THE PLEISTOCENE ERA A COUPLE MILLION |
| 13:21 | 11 | YEARS AGO, AND THAT HAS FORMED A TOPOGRAPHICALLY HIGH ELEVATION |
| 13:21 | 12 | REGION THAT EXTENDS ALONG THE SHORELINE OF WESTERN MISSISSIPPI. |
| 13:21 | 13 | **Q.**   OKAY. |
| 13:21 | 14 | **A.**   OKAY.  IF WE LOOK AT THE RED LINE THAT SHOWS THE PATHWAY |
| 13:21 | 15 | OF MRGO, ADJACENT TO MRGO IS A SPOIL BANK, AND THAT SPOIL BANK |
| 13:22 | 16 | HAD A DESIGN ELEVATION BETWEEN 6 AND 8 FEET.  SO WHAT WE HAVE |
| 13:22 | 17 | ESSENTIALLY IS A FUNNEL-SHAPED EMBANKMENT.  THE PLEISTOCENE |
| 13:22 | 18 | HIGHLANDS TO THE NORTH PROVIDE ONE BORDER OF THAT FUNNEL AND |
| 13:22 | 19 | THE SPOIL BANK PROVIDES THE SOUTHERN, WESTERN PORTION OF THAT |
| 13:22 | 20 | FUNNEL, SUCH THAT, WHEN KATRINA HIT, YOU CAN IMAGINE THOSE |
| 13:22 | 21 | COUNTER-CLOCKWISE WINDS PUSHING WATER AND WAVES INTO THIS |
| 13:22 | 22 | NARROW CONSTRICTION.  THAT WATER HAD NO OTHER WAY, AS IT'S BEEN |
| 13:22 | 23 | CONSTRICTED FROM THE SIDES, OTHER THAN TO MOVE UPWARD.  THIS |
| 13:22 | 24 | CERTAINLY HELPS EXPLAIN WHY THE WATER WAS SO HIGH IN THIS AREA, |
| 13:22 | 25 | WHY IT WAS SO GREAT IN THE GOLDEN TRIANGLE AND, SUBSEQUENTLY, |

13:22    1   THE IMPACT TO NEW ORLEANS.

13:22    2   **Q.**   DID THE CORPS HAVE KNOWLEDGE OF THIS FUNNELING EFFECT THAT

13:23    3   YOU CAN TESTIFY TO?

13:23    4   **A.**   THEY ARE CERTAINLY AWARE OF FUNNELING THAT OCCURRED DURING

13:23    5   STORMS.

13:23    6   **Q.**   HOW DO YOU KNOW?

13:23    7   **A.**   I INVESTIGATED THE EARLY REPORTS BY THE ARMY CORPS OF

13:23    8   ENGINEERS.

13:23    9   **Q.**   WHAT DID YOU LEARN FROM THAT INVESTIGATION?

13:23    10  **A.**   WELL, THERE'S A REPORT THAT'S CALLED THE SHORE PROTECTION

13:23    11  PLANNING AND DESIGN, AND THIS WAS THE PREDECESSOR TO THE *SHORE*

13:23    12  *PROTECTION MANUAL.*  *THE SHORE PROTECTION MANUAL* IS THE BIBLE

13:23    13  FOR COASTAL ENGINEERS.  EVERY COASTAL ENGINEER OF A CERTAIN ERA

13:23    14  HAS AT LEAST ONE COPY ON HIS BOOKCASE.  I HAVE ONE IN MY LAB

13:23    15  AND ONE IN MY OFFICE.

13:23    16          IT IS A MANUAL THAT PEOPLE USE TO UNDERSTAND WAVES,

13:23    17  TIDES, COASTAL STRUCTURES, THE INFLUENCE OF STORMS, AND MANY

13:23    18  OTHER COASTAL PROCESSES.  THIS IS THE PREDECESSOR OF THAT

13:23    19  REPORT THAT WAS PUBLISHED IN 1961.  IF WE LOOK AT THE TEXT OF

13:23    20  THAT REPORT, INDEED, THEY TALK ABOUT THE STORM SURGES BEING

13:23    21  HEIGHTENED IN FUNNEL-SHAPED EMBANKMENTS.  IN FACT, THEY GO ON

13:24    22  AND SHOW TWO EXAMPLES.

13:24    23  **Q.**   ALL RIGHT.  CAN YOU TELL THE JUDGE ABOUT THOSE.

13:24    24  **A.**   THE FIRST OF THESE --

13:24    25  **Q.**   BRIEFLY, NOW, BECAUSE THESE, OF COURSE, DON'T RELATE TO

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:24 | 1 | LOUISIANA AND KATRINA; THESE ARE JUST EXAMPLES THAT TEACH US |
| 13:24 | 2 | THAT THE CORPS KNEW ABOUT THIS PHENOMENA. |
| 13:24 | 3 | A.   YES.   THEY WERE JUST USING EXAMPLES THAT EXISTED FROM |
| 13:24 | 4 | METEOROLOGICAL AND HYDROGRAPHIC INFORMATION THAT THEY COULD |
| 13:24 | 5 | ILLUSTRATE THIS CONCEPT. |
| 13:24 | 6 | Q.   OKAY. |
| 13:24 | 7 | A.   WHAT THEY SHOW IS LAKE ERIE.   LAKE ERIE, THE NORTH ARROW |
| 13:24 | 8 | WOULD BE TO THE CORNER THERE, TO THE RIGHT-HAND CORNER.   THEY |
| 13:24 | 9 | SHOW A CONDITION THAT EXISTED IN 8 NOVEMBER 1957, AND THE WINDS |
| 13:24 | 10 | WERE BLOWING ALONG A PATHWAY THAT WAS PARALLEL TO THE |
| 13:24 | 11 | ORIENTATION OF THIS LAKE. |
| 13:24 | 12 | THOSE LINES THAT RUN FROM THE NORTHWEST TO THE |
| 13:24 | 13 | SOUTHEAST BANK SHOW THE ELEVATION THROUGH -- THE ELEVATION OF |
| 13:24 | 14 | THE WATER LEVEL ALONG THE LENGTH OF THE LAKE, AND THAT IS SHOWN |
| 13:25 | 15 | IN DIAGRAMMATICAL FORM ON THE GRAPH BELOW.   SO, ESSENTIALLY, |
| 13:25 | 16 | THE WATER WAS BEING BLOWN AWAY FROM THE SOUTHWESTERN PORTION OF |
| 13:25 | 17 | LAKE ERIE BEING BLOWN TOWARD BUFFALO. |
| 13:25 | 18 | Q.   CAN YOU SHOW US WITH YOUR POINTER -- CAN YOU SHOW THE |
| 13:25 | 19 | JUDGE WHAT WE ARE TALKING ABOUT. |
| 13:25 | 20 | A.   SO THE WIND WAS BLOWING ACROSS IN THIS GENERAL DIRECTION. |
| 13:25 | 21 | IT WAS AN EXTRATROPICAL CYCLONE SYSTEM, A NOR'EASTER, AND IT |
| 13:25 | 22 | WAS BLOWING WATER AWAY FROM THIS PORTION OF LAKE ERIE TOWARD |
| 13:25 | 23 | BUFFALO.   THAT IS SHOWN IN GRAPH FORM IN THIS REGION RIGHT |
| 13:25 | 24 | HERE. |
| 13:25 | 25 | THE IMPORTANT PART OF THIS, AS YOU CAN SEE, THE LAKE |

13:25    1    HAS A GENERALLY SAME SORT OF AVERAGE WIDTH ALONG THIS ENTIRE

13:25    2    REGIONAL LIST UNTIL WE GET REALLY CLOSE TO BUFFALO, AND THEN

13:25    3    YOU CAN SEE IT NARROWS CONSIDERABLY, FORMING WHAT I JUST

13:25    4    DESCRIBED AS A FUNNEL SHAPE.

13:25    5         NOTICE WHAT IT DID TO THE WATER LEVEL.  SEE THAT IT'S

13:25    6    RATHER REGULAR HERE.  WE CAN DRAW A STRAIGHT LINE ALONG HERE.

13:26    7    BUT SEE WHAT HAPPENS AS WE APPROACH BUFFALO?  SEE HOW IT

13:26    8    INCREASES DRAMATICALLY?

13:26    9    **Q.**   AS YOU ENTER THE FUNNEL.

13:26   10    **A.**   RIGHT, BECAUSE THE WATER'S BEING CONSTRICTED FROM THE

13:26   11    SIDE.

13:26   12    **Q.**   THAT'S ONE EXAMPLE.  IS THERE ANOTHER EXAMPLE, BRIEFLY, TO

13:26   13    SHOW THE JUDGE?

13:26   14    **A.**   IN THE SAME BOOK, THEY TALK ABOUT LAKE OKEECHOBEE, AND

13:26   15    THEY SHOW THE TRACK OF A HURRICANE THAT OCCURRED ON 26/27/1949.

13:26   16    THE TRACK OF THIS HURRICANE CROSSED THE BAHAMAS, MADE A

13:26   17    LANDFALL IN SOUTHEASTERN FLORIDA, SCOOTED OVER TO THE GULF OF

13:26   18    MEXICO SIDE, AND THEN TRACKED UP ALONG THE EASTERN SEABOARD.

13:26   19         BUT WHEN IT WENT THROUGH LAKE OKEECHOBEE, IT, FIRST

13:26   20    OF ALL, CAUSED WINDS TO COME FROM THE NORTHERLY DIRECTION, FROM

13:26   21    THIS DIRECTION UP HERE.  THEY REACHED THEIR GREATEST VELOCITY

13:26   22    AND, THEREFORE, THEIR GREATEST INFLUENCE ON LAKE OKEECHOBEE AT

13:26   23    2130.  BY FOLLOWING THESE LINES -- I KNOW IT'S DIFFICULT TO SEE

13:26   24    UP THERE ON THE SCREEN, BUT IF YOU HAVE A SCREEN IN FRONT OF

13:27   25    YOU, YOU CAN SEE THAT THE ELEVATION OF THE WATER WAS UP TO

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:27 | 1 | 23.7 FEET.  YOU CAN TELL FROM THE CONTOUR LINES, THE CONTOUR |
| 13:27 | 2 | LINES ARE THERE OF WATER OF EQUAL ELEVATION.  YOU CAN SEE HOW |
| 13:27 | 3 | IT'S FOCUSED, AGAIN, IN THAT FUNNEL-SHAPED EMBANKMENT. |
| 13:27 | 4 | AS THE STORM PASSED, THE WIND CHANGED ITS DIRECTION. |
| 13:27 | 5 | IT CAME FROM A SOUTHERLY DIRECTION, SUCH THAT ON 1:00 THE NEXT |
| 13:27 | 6 | DAY, SOME THREE OR FOUR HOURS LATER, YOU COULD SEE THAT THE |
| 13:27 | 7 | WATER WAS BEING PUSHED IN A NORTHERLY DIRECTION BY THE |
| 13:27 | 8 | SOUTHERLY WINDS.  AND, AGAIN, BY FOLLOWING THESE CONTOURS, YOU |
| 13:27 | 9 | CAN SEE WE HAVE ANOTHER FUNNEL-SHAPED EMBANKMENT, AND YOU CAN |
| 13:27 | 10 | SEE THE HEIGHTENING OF THAT STORM SURGE AT THE APEX OF THAT |
| 13:27 | 11 | FUNNEL-SHAPED EMBANKMENT. |
| 13:27 | 12 | Q.   NOW, THESE ARE EXAMPLES, THEN, IN THE CORPS' OWN MANUAL; |
| 13:28 | 13 | CORRECT? |
| 13:28 | 14 | A.   YES. |
| 13:28 | 15 | Q.   IS THAT THE BASIS OF YOUR PERSONAL KNOWLEDGE THAT THE |
| 13:28 | 16 | CORPS HAD KNOWLEDGE OF THE FUNNELING EFFECT? |
| 13:28 | 17 | A.   THEY MENTIONED IT IN THE TEXT AND THEY GO ON -- |
| 13:28 | 18 | Q.   IS THAT -- |
| 13:28 | 19 | A.   YES, IT IS.  THEY MENTION IT IN THE TEXT, AND THEY ALSO |
| 13:28 | 20 | ILLUSTRATE IT WITH TWO DIAGRAMS ILLUSTRATING THE FUNNELING |
| 13:28 | 21 | EFFECT. |
| 13:28 | 22 | Q.   OKAY. |
| 13:28 | 23 | MR. PALMINTIER:  YOUR HONOR, THAT IS EXHIBIT 7.2 IN |
| 13:28 | 24 | THE REPORT AND EXHIBIT 7.3 IN THE REPORT, AND THOSE ARE IN |
| 13:28 | 25 | EVIDENCE AS PX-96.6 AND 96.7.  THE COVER IS ALSO IN EVIDENCE. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:28 | 1 | FOR THE RECORD, YOUR HONOR, 96.26 IS FIGURE 7.2; |
| 13:29 | 2 | 96.27 IS FIGURE 7.3. |
| 13:29 | 3 | **BY MR. PALMINTIER:** |
| 13:29 | 4 | **Q.**   NOW, IN ADDITION TO THIS FUNNELING EFFECT, THERE ARE OTHER |
| 13:29 | 5 | EFFECTS OF THE MRGO THAT AFFECTED THIS OVERALL MOSAIC OF |
| 13:29 | 6 | DIFFICULTIES CAUSED BY THE MRGO.  COULD YOU TELL US ABOUT THE |
| 13:29 | 7 | LOSS OF BARRIER ISLANDS. |
| 13:29 | 8 | **A.**   YES.  I WOULD LIKE TO SWITCH OUR ATTENTION NOW TO THE |
| 13:29 | 9 | CHANDELEUR ISLANDS.  THEY'RE A BARRIER ARC, A BARRIER ISLANDS |
| 13:29 | 10 | CHAIN THAT WAS FORMED FROM THE REWORKING OF THE ST. BERNARD |
| 13:29 | 11 | DELTA THAT WAS DEPOSITED BETWEEN 2,000 AND 4,000 YEARS AGO. |
| 13:29 | 12 | AFTER THE DELTA SWITCHED TO A NEW COURSE, ESSENTIALLY TO |
| 13:29 | 13 | ITS PRESENT-DAY COURSE, THAT SEDIMENT LOBE, THAT DELTA LOBE WAS |
| 13:29 | 14 | REWORKED AND FORMED THE CHANDELEUR ISLANDS. |
| 13:29 | 15 | **Q.**   THIS IS PX-96.11, WHICH IS FIGURE 3.1 IN THE REPORT. |
| 13:29 | 16 | **A.**   NOW, THE SOUTHERNMOST ISLAND ALONG THAT CHAIN IS AN ISLAND |
| 13:30 | 17 | KNOWN AS BRETON ISLAND.  IT'S AN IMPORTANT AREA FOR PELICANS |
| 13:30 | 18 | AND THEIR FORMATION, LITTLE PELICANS -- |
| 13:30 | 19 | **THE COURT:**  A ROOKERY. |
| 13:30 | 20 | **THE WITNESS:**  A ROOKERY.  THANK YOU, JUDGE. |
| 13:30 | 21 | **BY MR. PALMINTIER:** |
| 13:30 | 22 | **Q.**   BUT FOR HUMANS IT HAS OTHER IMPORTANCE; IS THAT A FAIR |
| 13:30 | 23 | STATEMENT? |
| 13:30 | 24 | **A.**   YES, IT CERTAINLY DOES.  NOW, THIS BARRIER ARC IS |
| 13:30 | 25 | INFLUENCED BY WAVES THAT COME OUT OF THE EASTERLY QUADRANT. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:30 | 1 | ALONG THE NORTHERN HALF OF THAT ISLAND, THE WIND-GENERATED |
| 13:30 | 2 | WAVES FROM THE EASTERLY QUADRANT TRANSPORT SAND TOWARDS |
| 13:30 | 3 | HEWES POINT TO A NORTHERLY DIRECTION. |
| 13:30 | 4 | THE SAND IN THE SOUTHERN HALF END OF THAT ARC IS |
| 13:30 | 5 | TRANSPORTED IN A SOUTHERLY DIRECTION, AND IT IS THAT LONGSHORE |
| 13:30 | 6 | MOVEMENT OF SAND THAT NOURISHES THE SOUTHERLY BARRIERS.  SO |
| 13:30 | 7 | WHAT I'M ILLUSTRATING HERE BY THAT BLUE ARROW IS THIS LONGSHORE |
| 13:30 | 8 | MOVEMENT OF SAND THAT'S CAUSED BY ANGULAR WAVE APPROACH, AND |
| 13:30 | 9 | THIS IS RESPONSIBLE FOR NOURISHING BRETON ISLAND. |
| 13:31 | 10 | Q.   NOW, IN THE NORMAL CONTEXT, WHERE THERE IS NO MRGO CHANNEL |
| 13:31 | 11 | DUG IN THE WATER CUT THAT WE'RE TALKING ABOUT, THE NATURAL |
| 13:31 | 12 | EFFECT OF CURRENTS AND THE MOVEMENT OF SEDIMENTS IS TO RECHARGE |
| 13:31 | 13 | THIS LITTLE ISLAND THAT HELPS PROTECT THE COAST? |
| 13:31 | 14 | A.   YES.  AT THE TIME PRIOR TO MRGO, THERE WAS A |
| 13:31 | 15 | MODERATE-SIZED CHANNEL HERE, SOMEWHERE ON THE ORDER OF ABOUT |
| 13:31 | 16 | 15 FEET OR SO.  BUT EVEN THOUGH THERE WAS A CHANNEL HERE, THERE |
| 13:31 | 17 | ARE PROCESSES -- THAT WERE PART OF MY DISSERTATION BACK MANY |
| 13:31 | 18 | YEARS AGO -- THAT DESCRIBED THE PATHWAY AND THE PROCESSES BY |
| 13:31 | 19 | WHICH SAND GRAINS ARE TRANSPORTED ALONG THE SHORELINE AND ARE |
| 13:31 | 20 | TRANSPORTED AROUND THIS CHANNEL AND EVENTUALLY END UP ON BRETON |
| 13:31 | 21 | ISLAND.  THE FACT THAT THIS ISLAND WAS MAINTAINED FOR MANY |
| 13:31 | 22 | YEARS PRIOR TO MRGO IS AN ILLUSTRATION THAT THIS PROCESS WAS |
| 13:31 | 23 | OPERATIVE. |
| 13:31 | 24 | Q.   I KNOW THAT YOU HAVE A GRAPHIC REPRESENTATION OF THAT AND |
| 13:31 | 25 | WE'LL GET TO IT LATER, BUT IS THERE SOME EVIDENCE -- FIRST, |

13:32   1   TELL THE JUDGE WHAT HAPPENED AS A RESULT OF THE CUTTING OF THE

13:32   2   CHANNEL THERE IN THE WATER CUT.

13:32   3   **A.**   OKAY.   THAT MODERATE 10-, 15-FOOT CHANNEL, PROBABLY

13:32   4   100 METERS -- 200-OR-SO FEET WIDE IN THIS AREA HERE, WAS

13:32   5   DEEPENED TO 40 METERS DEEP AND 650 FEET WIDE.   THAT WAS MRGO.

13:32   6        THIS DID TWO IMPORTANT THINGS.   FIRST OF ALL, IT

13:32   7   DRASTICALLY INCREASED THE TIDAL EXCHANGE BETWEEN BRETON SOUND

13:32   8   AND THE GULF OF MEXICO.   SO WHERE ONCE, PRIOR TO MRGO, THERE

13:32   9   WAS A MODERATE AMOUNT OF WATER MOVING THROUGH THIS PASS, THAT

13:32  10   WAS TREMENDOUSLY INCREASED BY THIS 40-FOOT DEEP, 650-FOOT WIDE

13:32  11   CHANNEL.

13:32  12        NOW, THAT HAD TWO IMPORTANT CONSEQUENCES TO BRETON

13:32  13   ISLAND.   NO. 1, IT BECAME A SEDIMENT SINK; THAT IS TO SAY, ALL

13:32  14   THE SAND THAT WAS TRANSPORTED ALONG THE SOUTHERN PORTION OF THE

13:33  15   CHANDELEUR ARC, PAST GRAND GOSIER ISLAND, AND INTO THIS CHANNEL

13:33  16   THAT, PRIOR TO MRGO, WOULD HAVE MADE IT BACK ONTO BRETON

13:33  17   ISLAND, WAS NOW SITTING IN THIS DEEP WATERWAY.   THIS SAND WAS

13:33  18   SUBSEQUENTLY DREDGED, AND MOST OF THAT SAND WAS DUMPED

13:33  19   OFFSHORE.   I WILL GET TO THAT IN THE NEXT SLIDE, WHAT PORTIONS

13:33  20   WERE PUT TOWARD BRETON ISLAND AND HOW MUCH SAND WAS DUMPED

13:33  21   OFFSHORE.

13:33  22   **Q.**   WHEN THE DEFENDANT CUT THAT CHANNEL, IT CHANGED THE

13:33  23   DYNAMICS OF THIS RECHARGING BARRIER ISLAND; RIGHT?

13:33  24   **A.**   IT CHANGED THE HYDRODYNAMICS, SUCH THAT SAND COULDN'T GET

13:33  25   AROUND THIS DEEP HOLE.   IT WAS EITHER SEQUESTERED IN THE DEEP

13:33   1   HOLE OR, DUE TO THE STRONGER TIDAL CURRENTS THAT NOW ARE MOVING

13:33   2   THROUGH THIS BECAUSE OF THE GREATER TIDAL EXCHANGE, IT WAS

13:33   3   TRANSPORTED FARTHER OFFSHORE.

13:33   4           SO, COMMONLY, THERE'S A SMALL SAND SHOAL THAT SITS ON

13:33   5   THE SEAWARD SIDE OF THESE SMALL PASSAGEWAYS.  THESE ARE THE

13:34   6   DIFFICULT SANDBARS THAT WE HAVE TO GET ACROSS WHEN WE TAKE OUR

13:34   7   BOATS INTO THE DEEP WATER IN THE GULF.  THESE ARE THE BARS BY

13:34   8   WHICH SAND IS NORMALLY BYPASSED; BUT BECAUSE OF THIS

13:34   9   DRASTICALLY DEEP CHANNEL, THAT SAND NEVER MADE IT.  IT ENDED UP

13:34   10  BEING A SEDIMENT SINK, AND IT WAS SUBSEQUENTLY MOVED DURING

13:34   11  MAINTENANCE DREDGING.

13:34   12  **Q.**   IS THERE SOME WAY FOR YOU TO SHOW US THE DEGREE TO WHICH

13:34   13  THERE WAS A CHANGE IN THE ENVIRONMENT?

13:34   14  **A.**   YES.  FIRST OF ALL -- THERE WE GO.

13:34   15           **MR. PALMINTIER:**  LET THE RECORD REFLECT THIS IS

13:34   16  96.12, YOUR HONOR, AND IT IS TABLE 3.1.

13:34   17           **THE COURT:**  IN THE REPORT.

13:34   18           **MR. PALMINTIER:**  IN THE REPORT.

13:35   19           **THE COURT:**  THANK YOU.

13:35   20           **THE WITNESS:**  THESE ARE THE DREDGING RECORDS FOR THAT

13:35   21  REGION, AND THIS EXTENDS FROM MILE 10 -- OR MILE MINUS 10 TO

13:35   22  MILE 2.  SO IT GOES TO THE FURTHEST GULF EXTENT OF MRGO TO THE

13:35   23  POSITION BETWEEN BRETON ISLAND AND GRAND GOSIER ISLAND.  THIS

13:35   24  IS THE DREDGING HISTORY OF THAT REGION.

13:35   25           I FOCUS YOUR ATTENTION ON THIS SUMMARY UP HERE.

| | | |
|---|---|---|
| 13:35 | 1 | IT SHOWS THAT THE VOLUME REMOVED TO CONSTRUCT MRGO IN THIS |
| 13:35 | 2 | REGION WAS 8 MILLION CUBIC YARDS.  ANOTHER 100 MILLION CUBIC |
| 13:35 | 3 | YARDS WERE REMOVED FROM THIS AREA DURING MAINTENANCE DREDGING. |
| 13:35 | 4 | OF THAT TOTAL, 9 MILLION WAS PUMPED ONTO BRETON ISLAND OR THE |
| 13:35 | 5 | FEEDER BERM.  THE OPERATIVE WORD THERE IS THE *FEEDER BERM*. |
| 13:35 | 6 | IT'S VERY EXPENSIVE TO PUT PIPE ALL THE WAY ON |
| 13:35 | 7 | THE ISLAND, SO WHAT THEY DO IN SOME INSTANCES WITH A DREDGE IS |
| 13:35 | 8 | PUMP IT PART THERE, PART OF THE DISTANCE THERE.  THEY PUT IT IN |
| 13:36 | 9 | AN AREA SO THAT WAVE ACTION CAN COMPLETE THE TASK AND PUSH THAT |
| 13:36 | 10 | SAND, BY WAVE ACTION, TO THE ISLAND. |
| 13:36 | 11 | UNFORTUNATELY, IN THIS CASE THEY PUT IT VERY |
| 13:36 | 12 | CLOSE TO THIS AREA THEY CALL A FEEDER BERM.  IT'S REALLY A |
| 13:36 | 13 | MISNOMER.  IN THIS CASE IT WAS A TIDAL CHANNEL, AND IT WAS A |
| 13:36 | 14 | TIDAL CHANNEL THAT WAS DOMINATED BY FLOOD TIDAL CURRENTS.  I'D |
| 13:36 | 15 | LIKE TO SHOW THAT IN THE NEXT SLIDE. |
| 13:36 | 16 | **Q.**   YES. |
| 13:36 | 17 | **A.**   THE IMPORTANT THING I'D LIKE TO SUMMARIZE IS THAT, FIRST |
| 13:36 | 18 | OF ALL, THERE WAS 8 MILLION CUBIC METERS REMOVED, ANOTHER 100 |
| 13:36 | 19 | THAT WAS REMOVED DURING MAINTENANCE DREDGING, AND ONLY |
| 13:36 | 20 | 9 MILLION OF THAT WAS PLACED IN A POSITION WHERE THEY THOUGHT |
| 13:36 | 21 | THAT THAT SEDIMENT WOULD BE TRANSPORTED BACK ON SHORE.  IN |
| 13:36 | 22 | FACT, MOST OF THAT WAS PUMPED TO AN AREA THAT THEY REFERRED TO |
| 13:36 | 23 | AS THE FEEDER BERM. |
| 13:37 | 24 | **Q.**   NOW, THIS IS EXHIBIT 96.13 AND FIGURE 3.2 OF THE REPORT; |
| 13:37 | 25 | CORRECT? |

13:37    1    **A.**   RIGHT.  AGAIN, THE IDEA WAS THAT WAVE ACTION WAS SUPPOSED

13:37    2    TO TAKE THAT PILE OF SAND AND TRANSPORT IT ON SHORE.

13:37    3    UNFORTUNATELY, THERE WAS A MARGINAL FLOOD CHANNEL LOCATED HERE,

13:37    4    AND THAT MARGINAL FLOOD CHANNEL HAD EXISTED SINCE THE EARLY

13:37    5    DOCUMENTATION IN THE EARLY 1900S.  SO THERE WAS EARLY

13:37    6    BATHYMETRY IN THIS AREA TO DEFINE THAT CHANNEL.

13:37    7    **Q.**   WHAT IS BATHYMETRY?

13:37    8    **A.**   BATHYMETRY IS THE TOPOGRAPHY OF THE BOTTOM UNDERNEATH THE

13:37    9    WATER.

13:37    10   **Q.**   OKAY.

13:37    11   **A.**   SO THERE WAS A CHANNEL, THERE WAS A SUBTIDAL CHANNEL IN

13:37    12   HERE.  WE KNOW THAT THAT SUBTIDAL CHANNEL, IN ITS PARTICULAR

13:37    13   LOCATION, WOULD HAVE BEEN DOMINATED BY FLOOD TIDAL CURRENTS.

13:37    14   THOSE ARE THE CURRENTS THAT FLOW INTO BRETON SOUND.  SO IF THIS

13:37    15   SAND IS BEING DUMPED TOWARD THIS FLOOD CHANNEL, IT'S GOING TO

13:37    16   CARRY THE SAND RIGHT BACK IN THE MRGO.  IT IS NOT GOING TO BE

13:37    17   TRANSPORTED BACK TOWARD BRETON ISLAND.

13:38    18   **Q.**   THAT'S PART OF THE PHENOMENA THAT CUT OFF THE RECHARGING

13:38    19   OF THE LOWER CHANDELEUR ISLAND?

13:38    20   **A.**   WHAT IT WAS SIMPLY IS THAT THEY TRIED TO PUT THE SAND ON

13:38    21   BRETON ISLAND BUT CHOSE A VERY POOR LOCATION TO TRY TO DO IT.

13:38    22   **Q.**   UNDERSTOOD.  NOW, IRONICALLY, INSTEAD OF BEING A FEEDER,

13:38    23   IT DID THE EXACT OPPOSITE?

13:38    24   **A.**   CORRECT.

13:38    25   **Q.**   NOW, I WANT TO MOVE TO THE QUESTION OF WHY THE LOSS OF

FINAL DAILY COPY

13:38   1   BRETON ISLAND IS IMPORTANT.  TELL THE JUDGE WHY THE LOSS OF

13:38   2   BRETON ISLAND IS IMPORTANT.

13:38   3   **A.**   BRETON ISLAND IS A SPEED BUMP.  LIKE ALL OF OUR COASTAL

13:38   4   BARRIERS ALONG LOUISIANA, THEY PROVIDE THE FIRST LINE OF

13:38   5   DEFENSE OF AN APPROACHING HURRICANE.  THEY CUT DOWN THE WAVE

13:38   6   ACTION THAT APPROACHES FROM THE DEEP GULF, THESE LARGE WAVES

13:38   7   WHICH WOULD OTHERWISE IMPINGE UPON THE WETLANDS UNIMPEDED, AND

13:38   8   THEY ALSO CUT DOWN THE STORM SURGE.  SO THE BARRIERS ALONG THE

13:38   9   COAST OF LOUISIANA ARE EXTREMELY IMPORTANT IN THE PROTECTION

13:39   10  FROM HURRICANES.

13:39   11  **Q.**   IN YOUR OPINION DID THE LOSS OF BRETON ISLAND THEREBY

13:39   12  EFFECT THE NEGATIVE IMPACT BY MRGO ON THE KATRINA FLOODING?

13:39   13          **MS. MILLER:**  OBJECTION, YOUR HONOR.  THIS IS AN

13:39   14  OPINION THAT GOES TOWARDS THE SURGE IN THE CASE, AND THE

13:39   15  EXPERTS THAT EVALUATED THAT ISSUE DID NOT CONSIDER BRETON

13:39   16  ISLAND IN THE ANALYSIS.

13:39   17          **MR. PALMINTIER:**  IT'S IN THE REPORT, YOUR HONOR, IT'S

13:39   18  DEALT WITH IN THE DEPOSITION, AND WE'VE BEEN TALKING ABOUT

13:39   19  BRETON ISLAND FOR SOME TIME.

13:39   20          **THE COURT:**  IF I COULD EXPAND ON THE OBJECTION, AS I

13:39   21  UNDERSTAND IT, YOU'RE OBJECTING TO IT BECAUSE, IN THE

13:39   22  CALCULATIONS THAT FOLLOW THIS REPORT, THAT THE BRETON ISLAND

13:39   23  ISSUE IS NOT PART OF THE CALCULATIONS -- WHEN I SAY "FOLLOW,"

13:39   24  THE EXPERTS THAT ARE UPCOMING, WHO ARE GOING TO TALK ABOUT

13:40   25  SURGE AND WAVES, ETC., THE BRETON ISLAND ISSUE IS NOT IN THOSE

| | | |
|---|---|---|
| 13:40 | 1 | COMPUTATIONS; IS THAT WHAT YOU'RE SAYING? |
| 13:40 | 2 | **MS. MILLER:** THAT IN ADDITION TO THE FACT THAT THIS |
| 13:40 | 3 | EXPERT WAS NOT OFFERED ON THE ISSUE OF ADDRESSING STORM SURGE. |
| 13:40 | 4 | **MR. PALMINTIER:** WE'RE NOT TALKING ABOUT THE STORM |
| 13:40 | 5 | SURGE, YOUR HONOR. WE'RE JUST TALKING ABOUT THE PROTECTION OF |
| 13:40 | 6 | THE COAST BY NATURALLY OCCURRING SAND BARRIER ISLANDS THAT THIS |
| 13:40 | 7 | EXPERT -- |
| 13:40 | 8 | **THE COURT:** EVENTUALLY, THE COURT'S GOING TO ASK YOU |
| 13:40 | 9 | ON BRIEFING -- I'D LIKE TO HIGHLIGHT THESE THINGS AS WE GO |
| 13:40 | 10 | ALONG. WE KNOW ABOUT, WITHOUT GOING INTO A LOT OF DETAIL, THE |
| 13:40 | 11 | ORIGINAL LOCATION AND CONSTRUCTION, AND THAT WAS A CONCOMITANT |
| 13:40 | 12 | OR AN ANCILLARY DEVELOPMENT AS A RESULT OF THAT. ULTIMATELY, |
| 13:40 | 13 | SOMEBODY'S GOING TO HAVE TO TELL ME IN A BRIEF BECAUSE I DO |
| 13:40 | 14 | WANT TO GET THE FOUNDATION IN THE RECORD LAID AS TO PRECISELY |
| 13:41 | 15 | WHAT THE THEORY OF NEGLIGENCE IS THERE. |
| 13:41 | 16 | **MR. PALMINTIER:** YES, YOUR HONOR. |
| 13:41 | 17 | **THE COURT:** HE'S EXPLAINED THAT THE RESULTS OF MRGO, |
| 13:41 | 18 | BRETON ISLAND WAS ERODED, AND I DON'T KNOW HOW MUCH IS LEFT. |
| 13:41 | 19 | THE COURT'S WELL AWARE THAT IT'S CONVENTIONAL WISDOM THAT THE |
| 13:41 | 20 | BARRIER ISLANDS ACT AS A BUFFER. THE BUFFER IS GONE. HOW IT |
| 13:41 | 21 | FITS INTO THIS CASE -- THE OBJECTION MAY BE RELEVANCE AS WELL. |
| 13:41 | 22 | I'M NOT SURE. I'M GOING TO DEFER A RULING ON THE OBJECTION, |
| 13:41 | 23 | HOWEVER, AND IT'S NOTED. I WILL ALLOW HIM TO TESTIFY, BUT IF |
| 13:41 | 24 | HE GETS INTO STORM SURGE -- YOU'RE NOT GOING INTO STORM SURGE |
| 13:41 | 25 | CALCULATIONS OR ANYTHING LIKE THAT? |

FINAL DAILY COPY

13:41   1          **MR. PALMINTIER:**  NO, YOUR HONOR.  IN FACT, NO

13:41   2   CALCULATIONS AT ALL.

13:41   3          **THE COURT:**  ALL RIGHT.  YOU DO UNDERSTAND I AM

13:41   4   CONCERNED ABOUT IN THIS CASE, BASED ON RULINGS I MADE TO

13:42   5   RELEVANCE.  BE PREPARED TO ARTICULATE THAT AT THE APPROPRIATE

13:42   6   TIME.

13:42   7          **MR. PALMINTIER:**  YES, JUDGE.

13:42   8   **BY MR. PALMINTIER:**

13:42   9   **Q.**   ONE LAST EXHIBIT, THEN, TO DEMONSTRATE THE DRAMATIC IMPACT

13:42   10  OF THE MRGO ON BRETON ISLAND AND ITS AREA CHANGE.

13:42   11  **A.**   THIS IS A GRAPH THAT SHOWS THE FOOTPRINT, THE AREA, IF YOU

13:42   12  WILL, OF BRETON ISLAND THROUGH TIME.  IT STARTS IN 1885, WHEN

13:42   13  IT HAD AN ACREAGE OF SOMEWHAT OVER 800.

13:42   14  **Q.**   THIS IS FIGURE 3.9; CORRECT?

13:42   15  **A.**   CORRECT.

13:42   16  **Q.**   96.16 AS AN EXHIBIT.

13:42   17  **A.**   IT SHOWS HOW THE FOOTPRINT HAS CHANGED THROUGH TIME.  NOW,

13:42   18  BETWEEN 1885 AND 1958, THERE WERE FOUR MAJOR STORMS, HURRICANES

13:42   19  IN THIS AREA.  YOU CAN SEE THAT, INDEED, IT DECREASED IN SIZE;

13:42   20  BUT BY 1958 IT HAD BUILT UP TO A FOOTPRINT, THAT IS, IN

13:42   21  ACREAGE, OF APPROXIMATING WHAT WE SAW IN 1885 DESPITE THESE

13:42   22  HURRICANES.

13:43   23          NOW, 1958, AS WE'RE WELL AWARE, THAT'S WHEN THE WATER

13:43   24  CUT WAS EXCAVATED BETWEEN GRAND GOSIER ISLAND AND BRETON

13:43   25  ISLAND, CUTTING OFF BRETON ISLAND'S SAND SUPPLY.  IT'S NOT

FINAL DAILY COPY

13:43    1   COINCIDENTAL, I DON'T THINK, THAT WE SEE THIS DRASTIC DECREASE

13:43    2   IN AREA OF BRETON ISLAND DOWN TO ITS PRESENT FEW-ACRE FOOTPRINT

13:43    3   THAT WE SEE TODAY.

13:43    4               NOW, THERE WERE CERTAINLY HURRICANES THAT WOULD

13:43    5   NORMALLY CAUSE THE EROSION OF THIS ISLAND, SOMETIMES

13:43    6   DRASTICALLY.  BUT THE WAY IN WHICH BRETON ISLAND BEHAVED PRIOR

13:43    7   TO MRGO, IT WOULD MIGRATE LANDWARD SLIGHTLY, AND THE SAND THAT

13:43    8   HAD BEEN ERODED FROM BRETON ISLAND WOULD HELP TO REBUILD THE

13:43    9   ISLAND.  THERE WAS ALSO SAND THAT WOULD BE NOURISHING BRETON

13:43   10   ISLAND FROM THE SAND THAT WAS TRANSPORTED ALONG THE BARRIER

13:43   11   ARC, AS I DESCRIBED EARLIER.

13:43   12   **Q.**   THE WHOLE IDEA OF RECHARGING, THIS IS AN ORGANIC, DYNAMIC

13:43   13   PROCESS OF SAND IN THE BARRIER ACTUALLY FORMING, MAYBE BEING

13:44   14   REDUCED SOMEWHAT, BUT FORMING AGAIN; CORRECT?

13:44   15   **A.**   CORRECT.

13:44   16   **Q.**   BUT THEN SEVERED, CUT BY MRGO?

13:44   17   **A.**   AND SO --

13:44   18   **Q.**   IS THAT RIGHT?

13:44   19   **A.**   YES, IT IS, INDEED.  SO WHAT WE CAN SEE IS THIS DRASTIC

13:44   20   DECREASE IN SIZE OF BRETON ISLAND.  EVEN IF WE REMOVE THE

13:44   21   EFFECTS OF HURRICANE IVAN AND KATRINA FROM THIS AREA, YOU CAN

13:44   22   SEE THAT THE TREND IS PLUMMETING DOWN TO A DISAPPEARANCE OF

13:44   23   THIS ISLAND BECAUSE THERE IS NO SAND TO REPLENISH IT.

13:44   24   **Q.**   IN YOUR OPINION THE REASON FOR THAT IS THE MRGO HAS

13:44   25   PREVENTED IT; CORRECT?

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:44 | 1 | **A.**   ABSOLUTELY. |
| 13:44 | 2 | **Q.**   I WANT TO GET INTO THE AREA OF SUBSIDENCE SOME PEOPLE HAVE |
| 13:45 | 3 | TALKED ABOUT, VERY BRIEFLY.  COULD YOU RETURN TO THE FIGURE |
| 13:45 | 4 | THAT WE SPOKE ABOUT EARLIER RELATIVE TO LATERAL DISPLACEMENT. |
| 13:45 | 5 | **A.**   CAN ANYBODY DO THAT QUICKER THAN I CAN? |
| 13:45 | 6 | **Q.**   THAT'S IT. |
| 13:45 | 7 | **A.**   YES. |
| 13:45 | 8 | **MR. PALMINTIER:**  LET THE RECORD REFLECT WE'RE |
| 13:45 | 9 | REFERRING BACK TO 96.25. |
| 13:45 | 10 | **BY MR. PALMINTIER:** |
| 13:45 | 11 | **Q.**   ALL RIGHT? |
| 13:45 | 12 | **A.**   YES. |
| 13:45 | 13 | **Q.**   NOW, NOTICE IN THIS FIGURE, WHICH IS IN YOUR REPORT, YOU |
| 13:45 | 14 | TALK ABOUT SUBSIDENCE DUE TO LATERAL DISPLACEMENT OF SUBSTRATE. |
| 13:45 | 15 | WHAT DO YOU MEAN BY THAT? |
| 13:45 | 16 | **A.**   I MEAN A GENERAL LOWERING OF THE LAND.  THAT'S WHAT |
| 13:45 | 17 | SUBSIDENCE IS; IT'S A LOWERING IN THE ELEVATION OF LAND BY A |
| 13:45 | 18 | NUMBER OF DIFFERENT PROCESSES.  IN THIS CASE I'M ILLUSTRATING |
| 13:45 | 19 | THAT IT'S DUE TO THE LATERAL DISPLACEMENT OF THIS DISTRIBUTARY |
| 13:45 | 20 | MUD. |
| 13:45 | 21 | **Q.**   SO FROM THE STANDPOINT OF YOUR OPINION THAT YOU PROVIDED |
| 13:45 | 22 | IN YOUR REPORT AND THAT YOU'RE TESTIFYING TO TODAY, THE |
| 13:46 | 23 | SUBSIDENCE IS DUE TO THE LATERAL DISPLACEMENT OF MUDS INTO THE |
| 13:46 | 24 | CHANNEL; CORRECT? |
| 13:46 | 25 | **A.**   CORRECT. |

FINAL DAILY COPY

13:46   1   **Q.**   NOT TO BELABOR THIS --

13:46   2              **THE COURT:**  THE COURT'S KIND OF GOT THAT.  I THINK WE

13:46   3   TALKED ABOUT IT A BIT.  I UNDERSTAND.

13:46   4              **MR. PALMINTIER:**  THANK YOU, YOUR HONOR.

13:46   5              **THE COURT:**  I UNDERSTAND THERE'S SUBSIDENCE IN THE

13:46   6   AREA, AND ONE OF THESE WITNESSES IS OPINING THAT ONE OF THE

13:46   7   REASONS THERE WAS SUBSIDENCE IN THE AREA IS BECAUSE OF THIS

13:46   8   EFFECT, THE LATERAL DISPLACEMENT OF THE INTERDISTRIBUTARY

13:46   9   LAYER.

13:46   10             **MR. PALMINTIER:**  YES, SIR.

13:46   11  **BY MR. PALMINTIER:**

13:46   12  **Q.**   ARE YOU FAMILIAR WITH THE AVERAGE ANNUAL RATE OF

13:46   13  SUBSIDENCE IN THE NEW ORLEANS REGION?

13:46   14  **A.**   YES, I AM.  IT'S ABOUT 5 TO 6 MILLIMETERS PER YEAR.

13:46   15  **Q.**   ARE YOU FAMILIAR WITH THE ANNUAL RATES OF SUBSIDENCE ALONG

13:46   16  THE MRGO IN THE HIGHEST ELEVATIONS ALONG THAT CHANNEL?

13:46   17  **A.**   YES, I AM.

13:46   18  **Q.**   TELL THE JUDGE WHAT IT IS.

13:46   19  **A.**   THE RANGE IS SOMEWHERE BETWEEN 17.6 AND 28.6 MILLIMETERS

13:47   20  PER YEAR, OR THREE TO FIVE TIMES THE RATE OF THE SURROUNDING

13:47   21  REGION IN THE NEW ORLEANS AREA.

13:47   22  **Q.**   ALL RIGHT, SIR.  WHAT RELEVANCE DOES THAT HAVE FROM YOUR

13:47   23  STANDPOINT AS AN EXPERT IN GEOMORPHOLOGY, SEDIMENTOLOGY, AND

13:47   24  COASTAL PROCESSES?

13:47   25  **A.**   WELL, IT TELLS US THAT THOSE HIGH RATES ARE NOT DUE TO

13:47   1   REGIONAL SUBSIDENCE; THAT THEY MUST BE DUE TO SOME OTHER

13:47   2   PROCESS, SUCH AS THE LATERAL DISPLACEMENT OF THE

13:47   3   INTERDISTRIBUTARY DEPOSITS.

13:47   4   **Q.**   THIS IS NOT A SUMMARY, BUT I WANT TO GO BACK OVER SOME OF

13:47   5   THESE THINGS AND TO TALK ABOUT HOW THE VARIOUS PROCESSES THAT

13:47   6   YOU'VE SPOKEN OF INTERRELATE.  OKAY?  BEAR WITH ME JUST ONE

13:47   7   MOMENT.

13:48   8          DO YOU MIND USING THE WORD *SYNERGISM*?

13:48   9   **A.**   NO.  THE INTERACTIVE PROCESS --

13:48   10          **THE COURT:**  A VERY TRENDY WORD THESE DAYS.

13:48   11   **BY MR. PALMINTIER:**

13:48   12   **Q.**   DEFINE IT FOR THE RECORD, *SYNERGY*.

13:48   13   **A.**   SYNERGY IS THE POSITIVE INFLUENCE OR THE INTERACTIVE

13:48   14   INFLUENCE OF A NUMBER OF DIFFERENT PROCESSES TOWARD A SPECIFIC

13:48   15   OUTCOME.

13:48   16   **Q.**   YOU USE THE WORD *POSITIVE*.  YOU DON'T MEAN IT'S A GOOD

13:48   17   ONE?

13:48   18   **A.**   NO.  IT'S ADDITIVE.

13:48   19   **Q.**   ADDITIVE. OKAY.

13:48   20          NOW, IN THESE VARIOUS SYSTEMS THAT WE'VE TALKED

13:48   21   ABOUT, IS THERE A PHENOMENA -- AND WE'RE TALKING ABOUT THE

13:48   22   SEVERED RIDGE, THE INCURSION OF SALINE OR SALTWATER INTO THE

13:48   23   MARSHES AND WETLANDS IN THE CENTRAL WETLANDS AREA, AND SO FOR

13:48   24   RESULTING HABITAT CHANGES AND LOSS OF VEGETATION, THE WIDENING

13:49   25   OF THE CHANNEL, AND ALL THAT WE TALKED ABOUT THERE -- AND WE

13:49    1    WON'T BELABOR THAT, YOUR HONOR -- THE LOWERING OF THE AREAS AS

13:49    2    POINTED OUT ALONG THE BANKS OF THE -- ALONG THE SIDE OF THE

13:49    3    MRGO, AND THE LOSS OF THE BARRIER ISLAND.  IS THERE A SYNERGY

13:49    4    TO THIS?  DOES ONE POTENTIATE OR EXPAND ON THE OTHER?  IF YOU

13:49    5    WOULD, EXPLAIN TO THE COURT.

13:49    6              **THE COURT:**  JUST A MINUTE BEFORE YOU ANSWER THIS.

13:49    7                   IS THERE AN OBJECTION?

13:49    8              **MS. MILLER:**  YES.  OBJECTION, YOUR HONOR.  IT SOUNDS

13:49    9    TO ME LIKE THIS IS GETTING INTO THE CAUSAL LINK THAT WE

13:49   10    DISCUSSED BEFORE AS OUTSIDE THE SCOPE.

13:49   11              **THE COURT:**  IT COULD BE.  I'M NOT QUITE SURE.  IF

13:49   12    IT'S SIMPLY BASED ON WHAT HE'S TENDERED, THAT ALL OF THESE HAVE

13:49   13    AN EFFECT ON THE OTHER, IF THAT'S ALL IT IS, THAT'S FINE.  IF

13:50   14    WE GET INTO SOME CAUSATIVE EFFECTS, THEN WE CAN HAVE ANOTHER

13:50   15    OBJECTION.

13:50   16              **MR. PALMINTIER:**  UNDERSTOOD.

13:50   17              **THE COURT:**  SPECIFIC CAUSATIVE EFFECTS.

13:50   18    **BY MR. PALMINTIER:**

13:50   19    **Q.**   DOES THIS COMBINATION --

13:50   20    **A.**   YES, IT DOES.  I SEE A NUMBER OF INTERRELATIONSHIPS.

13:50   21    THOSE ARE INTERRELATIONSHIPS ARE THE INCURSION OF SALTWATER

13:50   22    INTO THE AREA, WHICH EXACERBATED THE WIDENING.  AS THE CHANNEL

13:50   23    WIDENS, THE WAVES BECOME A MORE EFFECTIVE AGENT IN CAUSING

13:50   24    WIDENING, AND ALSO DURING STORMS, INFLICTING THEIR POWER ALONG

13:50   25    THE ADJACENT LEVEE.

| | | |
|---|---|---|
| 13:50 | 1 | I ALSO SEE INTERRELATIONSHIPS BETWEEN THE THICKNESS |
| 13:50 | 2 | OF THE INTERDISTRIBUTARY BAR DEPOSITS AND THE AMOUNT OF |
| 13:50 | 3 | SEDIMENT THAT WOULD HAVE LATERALLY DISPLACED INTO THE CHANNEL. |
| 13:50 | 4 | I ALSO SEE INTERRELATIONSHIPS BETWEEN THE HEIGHT OF |
| 13:50 | 5 | THE LEVEE AND THE THICKNESS OF THE DEPOSITS. |
| 13:50 | 6 | I ALSO SEE INTERRELATIONSHIPS BETWEEN ALL OF THESE |
| 13:50 | 7 | FACTORS IN THE AREA THAT I'VE BEEN TALKING ABOUT, WHICH IS |
| 13:50 | 8 | BETWEEN BAYOU DUPRE AND BAYOU BIENVENUE, WHERE EIGHT OF THE |
| 13:50 | 9 | ELEVEN BREACHES OCCURRED AS A RESULT OF HURRICANE KATRINA. |
| 13:51 | 10 | **MS. MILLER:** YOUR HONOR, I'D LIKE TO MOVE TO STRIKE |
| 13:51 | 11 | THAT ANSWER OR AGAIN OBJECT, I GUESS, AND MOVE TO STRIKE HIS |
| 13:51 | 12 | ANSWER AS TO THE CAUSE OF THE LEVEE BREACHES. |
| 13:51 | 13 | **THE COURT:** WELL, I'M NOT SURE WE'VE GOT -- WE'VE |
| 13:51 | 14 | ALREADY ESTABLISHED -- OVER YOUR OBJECTION, TO BE FAIR -- THAT |
| 13:51 | 15 | THERE'S A CORRELATION BASED ON THE AMOUNT OF EROSION AND THE |
| 13:51 | 16 | BREACHES. WHAT THAT MEANS, IN THE ULTIMATE CAUSATION ISSUE, IS |
| 13:51 | 17 | QUITE SOMETHING ELSE WITH ALL OF THE FACTORS WE HAVE. SO SINCE |
| 13:51 | 18 | IT'S ALREADY IN, I'M GOING TO ALLOW IT SUBJECT TO YOUR |
| 13:51 | 19 | OBJECTION. |
| 13:51 | 20 | **MR. PALMINTIER:** THANK YOU, YOUR HONOR. ONE MOMENT, |
| 13:51 | 21 | JUDGE. |
| 13:52 | 22 | **BY MR. PALMINTIER:** |
| 13:52 | 23 | **Q.** IN THIS CONCEPT OF SYNERGY, YOU WERE MENTIONING THE AREA |
| 13:52 | 24 | BETWEEN THE TWO LANDMARKS THAT WE'VE BEEN USING. LET ME ASK |
| 13:52 | 25 | YOU: DO YOU HAVE A DIAGRAM THAT DEMONSTRATES THOSE IMPACTS? |

| | | |
|---|---|---|
| 13:52 | 1 | **A.**   YES, I DO. |
| 13:52 | 2 | **Q.**   WOULD YOU SHOW THE COURT. |
| 13:52 | 3 | **THE COURT:**  IS THIS THE DIAGRAM THAT'S BEEN SHOWN TO |
| 13:52 | 4 | THE GOVERNMENT? |
| 13:52 | 5 | **MR. PALMINTIER:**  YES, YOUR HONOR.  IN FACT, I CAN LAY |
| 13:52 | 6 | A FOUNDATION FOR IT.  IT'S ACTUALLY FROM THE GOVERNMENT. |
| 13:52 | 7 | **THE COURT:**  ALL RIGHT.  JUST CHECKING. |
| 13:52 | 8 | **BY MR. PALMINTIER:** |
| 13:52 | 9 | **Q.**   THIS IS PX-2138, AND IT IS A DIAGRAM THAT WAS PRESENTED TO |
| 13:52 | 10 | US BY ANOTHER FITZGERALD, STEVEN FITZGERALD. |
| 13:52 | 11 | **A.**   I HAVE READ HIS REPORT AS WELL.  NO RELATION. |
| 13:52 | 12 | **Q.**   NO RELATION. |
| 13:52 | 13 | WHAT DOES THIS REPRESENT? |
| 13:52 | 14 | **A.**   THIS SHOWS THE LEVEE HEIGHT ALONG MRGO.  THERE'S BAYOU |
| 13:53 | 15 | BIENVENUE RIGHT THERE, AND THERE'S BAYOU DUPRE.  IT ALSO SHOWS |
| 13:53 | 16 | THE NUMBER OF BREACHES.  HERE ARE THE 11 MAJOR BREACHES IN THIS |
| 13:53 | 17 | AREA. |
| 13:53 | 18 | WHAT WE CAN SEE HERE IS THAT THERE IS, INDEED, A |
| 13:53 | 19 | SADDLE, A LOW AREA THAT EXTENDS FROM THE 150 BEND RIGHT HERE, |
| 13:53 | 20 | EXTENDING ALL THE WAY TO BAYOU DUPRE OVER HERE. |
| 13:53 | 21 | **THE COURT:**  YOU USED *150 BEND* EARLIER.  WE MAY HAVE |
| 13:53 | 22 | AN OBJECTION, BUT FIRST LET ME GET WHAT YOU MEAN BY THAT. |
| 13:53 | 23 | **THE WITNESS:**  WHERE MRGO ENTERS INTO THE INTRACOASTAL |
| 13:53 | 24 | WATERWAY. |
| 13:53 | 25 | **THE COURT:**  THAT'S WHAT I THOUGHT. |

FINAL DAILY COPY

13:53   1                   MA'AM, YOU HAD AN OBJECTION.  I DIDN'T MEAN TO

13:53   2  INTERRUPT YOU.

13:53   3          **MS. MILLER:**  I WOULD JUST LIKE TO CONTINUE THE

13:53   4  OBJECTION TO THIS WITNESS TESTIFYING ABOUT THE HEIGHT OF THE

13:53   5  LEVEES AND THE CORRELATION.  THIS DOCUMENT IS FROM ANOTHER

13:53   6  EXPERT REPORT, BUT IT'S NOT ONE THAT THIS WITNESS REVIEWED IN

13:53   7  PREPARATION OF HIS OWN REPORT.  AND, AGAIN, IT'S INFORMATION

13:53   8  OUTSIDE OF WHAT'S EXPRESSED IN HIS EXPERT REPORT.

13:54   9          **THE COURT:**  GO AHEAD, COUNSEL.

13:54  10          **MR. PALMINTIER:**  WE HAVE THE WITNESS ON THE STAND

13:54  11  NOW, YOUR HONOR.  WE SHOULDN'T HAVE TO WAIT UNTIL AFTER THIS

13:54  12  WILL BE INTRODUCED.

13:54  13          **THE COURT:**  I UNDERSTAND, BUT THE PURPOSE OF THE

13:54  14  REPORT -- RESPOND TO ME UNDER THE EVIDENCE AND REPORT RUBRIC AS

13:54  15  TO WHY HE IS ABLE TO --

13:54  16          **MR. PALMINTIER:**  ONE OF THE THINGS THAT IT

13:54  17  DEMONSTRATES IS THE EFFECTS OF SUBSIDENCE.

13:54  18          **THE COURT:**  YOU'RE SAYING IT'S BUTTRESSING WHAT HE'S

13:54  19  PREVIOUSLY SAID?

13:54  20          **MR. PALMINTIER:**  YES.

13:54  21          **THE COURT:**  OVERRULED.

13:54  22          **THE WITNESS:**  SO WHAT WE SEE HERE IS A RELATIONSHIP

13:54  23  BETWEEN THE LOW AREA ALONG THE PROTECTION LEVEE AND THE NUMBER

13:54  24  OF BREACHES; THAT EIGHT OUT OF THE ELEVEN BREACHES OCCURRED IN

13:54  25  THIS SADDLE AREA THAT I'VE JUST DESCRIBED.

| | | |
|---|---|---|
| 13:54 | 1 | **BY MR. PALMINTIER:** |
| 13:54 | 2 | **Q.**   THAT SADDLE AREA IS THE LOW AREA THAT YOU TALKED ABOUT |
| 13:54 | 3 | EARLIER; CORRECT? |
| 13:54 | 4 | **A.**   IT'S ALSO THE AREA -- |
| 13:54 | 5 | **Q.**   IS THAT CORRECT? |
| 13:54 | 6 | **A.**   -- THAT HAS THE THICKEST INTERDISTRIBUTARY BAY DEPOSITS. |
| 13:54 | 7 | **Q.**   IS THAT CORRECT. |
| 13:54 | 8 | **A.**   THAT'S CORRECT. |
| 13:54 | 9 | **Q.**   AND IT IS ALSO THE WHAT? |
| 13:54 | 10 | **A.**   IT'S ALSO THE AREA THAT HAS THE THICKEST INTERDISTRIBUTARY |
| 13:55 | 11 | BAY DEPOSITS.  IT'S ALSO THE AREA THAT TENDS TO BE WIDE IN THIS |
| 13:55 | 12 | AREA. |
| 13:55 | 13 | **Q.**   SUCH AS WHAT YOU DEMONSTRATED IN EXHIBIT 9631? |
| 13:55 | 14 | **A.**   CORRECT.  IT'S ALSO AN AREA WHERE THERE'S BEEN A |
| 13:55 | 15 | TREMENDOUS AMOUNT OF DREDGING. |
| 13:56 | 16 | **MS. MILLER:**  YOUR HONOR, I'D JUST LIKE TO NOTE FOR |
| 13:56 | 17 | THE RECORD THAT THERE WAS A CONVERSATION GOING ON BETWEEN |
| 13:56 | 18 | COUNSEL AND THE WITNESS.  I'M NOT SURE WHAT IT INVOLVED. |
| 13:56 | 19 | **MR. PALMINTIER:**  TRYING TO FIND OUT WHETHER HE CAN |
| 13:56 | 20 | TECHNICALLY GET THIS EXHIBIT UP, YOUR HONOR, SO YOU CAN SEE IT. |
| 13:56 | 21 | **THE COURT:**  THAT'S A RESPONSE.  THE FIGURE YOU SHOWED |
| 13:56 | 22 | THAT WAS APPENDED TO THE OTHER IMMINENT EXPERT'S -- FOR THE |
| 13:56 | 23 | DEFENSE, DO YOU HAVE A NUMBER FOR THAT?  IT WAS OBJECTED TO |
| 13:56 | 24 | BY -- |
| 13:56 | 25 | **MR. PALMINTIER:**  IT'S BEEN INTRODUCED AS PX-2138. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:56 | 1 | **THE COURT:** SUBJECT TO DEFENDANT'S OBJECTION, GO |
| 13:57 | 2 | AHEAD. |
| 13:57 | 3 | **BY MR. PALMINTIER:** |
| 13:57 | 4 | **Q.** NOW, PX-2138 CORRESPONDS TO EXHIBIT 9631, DOESN'T IT? |
| 13:57 | 5 | **A.** YES, IT DOES. |
| 13:57 | 6 | **Q.** IN FACT, THE SUBSTANTIAL NUMBER OF BREAKS, THE EIGHT |
| 13:57 | 7 | BREACHES THAT YOU TALKED ABOUT -- |
| 13:57 | 8 | **THE COURT:** THERE'S AN OBJECTION. |
| 13:57 | 9 | **MS. MILLER:** THERE IS AN OBJECTION TO THE CORRELATION |
| 13:57 | 10 | BETWEEN THOSE TWO EXHIBITS. THAT'S ANOTHER OPINION NOT |
| 13:57 | 11 | EXPRESSED IN THE EXPERT REPORT, OR WE CAN MAKE IT A CONTINUING |
| 13:57 | 12 | OBJECTION. |
| 13:57 | 13 | **THE COURT:** I'M NOT SURE IT'S AN OPINION. THE COURT |
| 13:57 | 14 | CAN TELL IT AS WELL. IT'S SIMPLY OBSERVING THE PHYSICAL DATA |
| 13:57 | 15 | AND SAYING THE PHYSICAL DATA MATCHES. I CAN DO THAT AS WELL. |
| 13:57 | 16 | I'VE SEEN THEM ALREADY. I UNDERSTOOD THAT. I'VE GOTTEN IT. I |
| 13:57 | 17 | UNDERSTAND. I UNDERSTAND THAT IT'S SIMPLY BUTTRESSING THE |
| 13:57 | 18 | OTHER TESTIMONY, WHICH IS REALLY -- RIGHT AT THIS POINT, THIS |
| 13:58 | 19 | IS THE PHYSICAL EVIDENCE, AND WE KNOW THAT THIS WITNESS HAS |
| 13:58 | 20 | SAID IT HAPPENS TO BE IN AN AREA WHERE THERE'S DREDGING, WHERE |
| 13:58 | 21 | THERE'S THE LAYER WE'VE BEEN TALKING ABOUT, AND WIDENING, ETC. |
| 13:58 | 22 | I UNDERSTAND THAT. THAT'S AS FAR AS WE HAVE GOTTEN. THAT'S A |
| 13:58 | 23 | FACT ON THE GROUND THAT WE CAN SEE, NOT NECESSARILY THE LAYER. |
| 13:58 | 24 | **MR. PALMINTIER:** UNDERSTOOD, YES. |
| 13:58 | 25 | **THE COURT:** SUBJECT TO YOUR OBJECTION, LET IT BE |

FINAL DAILY COPY

13:58    1    ADMITTED.

13:58    2            **MR. PALMINTIER:**  THANK YOU, JUDGE.

13:58    3                    YOUR HONOR, I'M NOT SURE ABOUT LOGISTICALLY WHEN

13:58    4    YOU WOULD WISH FOR US TO MAKE OUR PROFFER THAT YOU SUGGESTED.

13:58    5            **THE COURT:**  YOU MIGHT AS WELL DO IT RIGHT NOW.

13:58    6            **MR. PALMINTIER:**  ALL RIGHT, YOUR HONOR.  WE WANT

13:58    7    TO ACTUALLY FIRST OFFER ALL OF THE EXHIBITS THAT WERE --

13:59    8            **THE COURT:**  I THOUGHT THEY WERE ALREADY IN.  LET'S

13:59    9    NOT OFFER THEM TWICE.

13:59   10            **MR. PALMINTIER:**  I DON'T WANT THEM TO BE IN TWICE.

13:59   11    IF NOT ALREADY IN, THEN WE WANT TO --

13:59   12            **THE COURT:**  IF THEY'RE NOT ALREADY IN, THEN IT MEANS

13:59   13    THE GOVERNMENT HASN'T SEEN IT.

13:59   14                            * * *

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

|       |    |                                                             |
|-------|----|-------------------------------------------------------------|
| 10:32 | 1  | **PLAINTIFF PROFFER 1**                                      |
| 13:59 | 2  | **MR. PALMINTIER:**  WE WOULD ALSO PROFFER EXHIBIT 2120,     |
| 13:59 | 3  | WHICH WAS THE SUBJECT OF A DISCUSSION EARLIER.              |
| 13:59 | 4  | **THE COURT:**  THIS IS SEPARATE AND A PART OF PLAINTIFF    |
| 13:59 | 5  | PROFFER 1.                                                   |
| 13:59 | 6  | **MR. PALMINTIER:**  A/K/A PX-2120, WHICH IS THE           |
| 13:59 | 7  | CORRELATION OF INTERDISTRIBUTARY THICKNESS.                 |
| 13:59 | 8  | **THE COURT:**  JUST TO LET EVERYONE KNOW, UNLESS ALL OF   |
| 13:59 | 9  | YOU HAVE SEEN AN EXHIBIT, THOSE WILL BE MOST LIKELY PROFFERED, |
| 13:59 | 10 | UNLESS SOMEHOW THERE'S AN AGREEMENT.                        |
| 13:59 | 11 | **MR. PALMINTIER:**  THANK YOU, JUDGE.                      |
| 13:59 | 12 | * * *                                                       |
|       | 13 |                                                             |
|       | 14 |                                                             |
|       | 15 |                                                             |
|       | 16 |                                                             |
|       | 17 |                                                             |
|       | 18 |                                                             |
|       | 19 |                                                             |
|       | 20 |                                                             |
|       | 21 |                                                             |
|       | 22 |                                                             |
|       | 23 |                                                             |
|       | 24 |                                                             |
|       | 25 |                                                             |

| | | |
|---|---|---|
| 14:00 | 1 | **MR. PALMINTIER:**  DR. FITZGERALD, WOULD YOU ANSWER ANY |
| 14:00 | 2 | QUESTIONS THAT THE GOVERNMENT MAY HAVE. |
| 14:00 | 3 | **THE COURT:**  I HAVE JUST A COUPLE. |
| 14:00 | 4 | **MR. PALMINTIER:**  YES, SIR. |
| 14:00 | 5 | **THE COURT:**  I JUST DIDN'T HEAR THEM BROUGHT OUT, AND |
| 14:00 | 6 | DEFENSE MAY BRING THEM OUT. |
| 14:00 | 7 | DR. FITZGERALD, AS I READ YOUR REPORT, IT |
| 14:00 | 8 | APPEARED THAT YOU DID A STUDY AS TO HOW MUCH THE MRGO |
| 14:00 | 9 | ATTRIBUTED TO THE LAND LOSS IN THE STUDY AREA.  AS I UNDERSTAND |
| 14:00 | 10 | IT -- AND I'M GOING TO READ THIS AND TELL ME IF THIS IS RIGHT. |
| 14:00 | 11 | IT'S MY UNDERSTANDING YOU OPINE THAT THE AVERAGE |
| 14:00 | 12 | RATE OF COASTAL LAND LOSS FOR THE ENTIRE STUDY AREA ACCELERATED |
| 14:00 | 13 | FROM 1,039 ACRES PER YEAR FOR THE 26-YEAR TIME PERIOD BETWEEN |
| 14:01 | 14 | 1932 AND '58 TO 1,900 ACRES PER YEAR FOR THE 27-YEAR TIME |
| 14:01 | 15 | PERIOD BETWEEN '74 AND 2001, AFTER THE MRGO CONSTRUCTION.  THIS |
| 14:01 | 16 | EXCLUDES THE ACTUAL CONSTRUCTION DURING THE PERIOD FROM 1958 TO |
| 14:01 | 17 | 1974 SO THAT THE LAND LOSS RATES ARE NOT SKEWED BY DIRECT |
| 14:01 | 18 | REMOVAL. |
| 14:01 | 19 | THEREFORE, THIS IS INCREASED FROM THE AVERAGE |
| 14:01 | 20 | LAND LOSS AT THE RATE OF 861 ACRES PER YEAR.  YOUR ANALYSIS |
| 14:01 | 21 | INDICATES THAT, WITHOUT MRGO, THE LAND LOSS RATE BETWEEN '74 |
| 14:01 | 22 | AND 2001 WOULD HAVE BEEN 1,692 ACRES PER YEAR INSTEAD OF THE |
| 14:01 | 23 | CURRENT 1,900 ACRES PER YEAR, WHICH IS AN INCREASE DUE TO THE |
| 14:01 | 24 | MRGO CHANNEL OF 208 ACRES PER YEAR. |
| 14:01 | 25 | IS THAT AN APPROPRIATE SUMMATION?  AND PLEASE |

FINAL DAILY COPY

14:01    1    AMPLIFY.

14:01    2              **THE WITNESS:**  YES.  IT'S BASED ON THE FACT THAT WE

14:01    3    OPENED UP THE INTERIOR OF THIS MARSH SYSTEM TO SALT WATER AND

14:02    4    WE SAW A CHANGE IN HABITAT.  WE ALSO SAW AN INCREASE IN LAND

14:02    5    LOSS.  SO THIS IS SPECIFIC TO LAND LOSS.  SO WE LOOKED AT THE

14:02    6    PERIOD PRIOR TO MRGO AND CAME UP WITH A RATE AND LOOKED AT THE

14:02    7    AREA, THE SAME AREA AFTER MRGO AND CAME UP WITH --

14:02    8              **THE COURT:**  THIS IS ACTUAL LAND LOSS; AN AREA THAT

14:02    9    WAS, IN FACT, LAND, AND THAT WOULD INCLUDE MARSH THAT IS NOW

14:02   10    WATER?

14:02   11              **THE WITNESS:**  YES.  CORRECT.

14:02   12              **THE COURT:**  THAT'S WHAT IT'S LIMITED TO?

14:02   13              **THE WITNESS:**  YES.

14:02   14              **THE COURT:**  YOU HAD SOME SLIDES, AND I DON'T REMEMBER

14:02   15    COUNSEL GOING OVER THEM.  I'M LOOKING, AS AN EXAMPLE, FIGURES

14:02   16    5.1, 5.2, 5.3, 5.4.  DO YOU HAVE THOSE?

14:02   17              **THE WITNESS:**  THE LAND LOSS FIGURES?

14:02   18              **THE COURT:**  YES.  YOU SHOW IN RED THE LAND LOSS FOR

14:03   19    THOSE PERIODS OF TIME?

14:03   20              **THE WITNESS:**  YES.

14:03   21              **THE COURT:**  I NOTE THAT BETWEEN '74 AND 2001 THERE

14:03   22    WAS --

14:03   23              I WANT COUNSEL TO BE ABLE TO SEE THIS.  WOULD

14:03   24    YOU PUT THIS ON THE ELMO.

14:03   25              THE AREA IN RED WOULD BE THE LAND LOSS AREA

FINAL DAILY COPY

14:03    1   BETWEEN '74 AND 2000?

14:03    2          THE WITNESS:  CORRECT.

14:03    3          THE COURT:  IS IT 2001?  IS THAT WHEN IT WAS?

14:03    4          THE WITNESS:  YES.

14:03    5          THE COURT:  I NOTE AS AN EXAMPLE -- IF WE JUST LOOK

14:04    6   AT REACH 2, THERE SEEMS TO BE A RATHER SIGNIFICANT LAND LOSS AT

14:04    7   WHAT I'LL CALL THE PART CLOSER -- THERE YOU ARE.  YOU'RE RIGHT

14:04    8   THERE.  YOU'RE READING MY MIND.  WHERE IS THAT IN RELATION

14:04    9   TO -- JUST FOR THE RECORD --

14:04   10          MS. MILLER:  YOUR HONOR, I'M SORRY, I DIDN'T SEE

14:04   11   WHERE YOU WERE POINTING JUST NOW.

14:04   12          THE COURT:  HE'S POINTING RIGHT THERE.

14:04   13          MS. MILLER:  THANK YOU.

14:04   14          THE COURT:  WHERE IS THAT IN RELATION TO BAYOU

14:04   15   BIENVENUE?

14:04   16          THE WITNESS:  BAYOU BIENVENUE IS UP HERE.

14:04   17          THE COURT:  OKAY.

14:04   18          THE WITNESS:  SO WE'RE CLOSER TO BAYOU DUPRE.

14:04   19          THE COURT:  BAYOU DUPRE.  IT'S CLOSER TO BAYOU DUPRE.

14:04   20          THE WITNESS:  CORRECT.

14:04   21          THE COURT:  HOW WOULD YOU DESCRIBE THAT AREA BASED ON

14:04   22   WHAT YOU'VE ALREADY TESTIFIED TO REFERENCE EROSION AND WIDTH?

14:05   23   IS THAT AREA IN THE HIGHER -- JUST THE LONGER WIDTH OF WHERE

14:05   24   THE CHANNEL FORMERLY WAS?

14:05   25          THE WITNESS:  IT'S AN AREA THAT'S WEST OF THE MRGO.

                              FINAL DAILY COPY

14:05   1   I'D HAVE TO LOOK AT THE AERIAL PHOTOGRAPH, YOUR HONOR.  I'M

14:05   2   SORRY.  I'M UNSURE.

14:05   3            **THE COURT:**  YOU'RE NOT SURE TO WHAT THAT LAND LOSS IS

14:05   4   ATTRIBUTABLE?

14:05   5            **THE WITNESS:**  NOT OFF THE TOP OF MY HEAD.

14:05   6            **THE COURT:**  THAT'S ALL.  IT MAY HAVE NO SIGNIFICANCE

14:05   7   WHATSOEVER.  I WAS JUST CURIOUS ABOUT IT, FRANKLY, BECAUSE OF

14:05   8   ITS LOCATION.  ALL RIGHT.  THANK YOU.

14:06   9            OKAY.  COUNSEL, IT'S ALL YOURS.

14:06   10                     **CROSS-EXAMINATION**

14:06   11  **BY MS. MILLER:**

14:07   12  **Q.**   YOUR HONOR, DR. FITZGERALD, KARA MILLER FOR THE

14:07   13  UNITED STATES.

14:07   14            I'D LIKE ACTUALLY TO TURN BACK TO THE FIGURE RELATED

14:07   15  TO WHAT THE JUDGE WAS JUST ASKING ABOUT, FIGURE 5.1 ON PAGE 5-3

14:07   16  OF DR. FITZGERALD'S EXPERT REPORT, WHICH I THINK THE ENTIRE

14:07   17  REPORT IS PLAINTIFFS' EXHIBIT 96.

14:07   18            **THE COURT:**  ARE YOU ASKING THAT IT BE BROUGHT UP ON

14:07   19  THE SCREEN?

14:07   20            **MS. MILLER:**  I'M SORRY.  YEAH.  CAN YOU BRING THAT UP

14:07   21  ON THE SCREEN.

14:07   22            **THE COURT:**  IT WOULD BE FIGURE 5.1.

14:08   23            **MS. MILLER:**  YOU HAD BEEN LOOKING AT IT --

14:08   24            **THE WITNESS:**  WE LOOKED AT IT ON ELMO.

14:08   25            **THE COURT:**  YES, WE DID.

                          FINAL DAILY COPY

| | | |
|---|---|---|
| 14:08 | 1 | **MS. MILLER:**  DO WE NEED TO SWITCH SOMETHING OVER? |
| 14:08 | 2 | **THE COURT:**  DO YOU NEED IT ON ELMO, OR DO WE NEED IT |
| 14:08 | 3 | ON COMPUTER?  DO WE HAVE IT ON COMPUTER?  IF NOT, WE'LL JUST DO |
| 14:08 | 4 | IT ON ELMO.  GO AHEAD. |
| 14:08 | 5 | **MS. MILLER:**  OKAY.  I CAN PUT IT ON. |
| 14:08 | 6 | BY MS. MILLER: |
| 14:08 | 7 | Q.  DR. FITZGERALD, THIS IS FROM THE REPORT YOU PREPARED FOR |
| 14:08 | 8 | THE LITIGATION; ISN'T THAT RIGHT? |
| 14:08 | 9 | A.  YES. |
| 14:08 | 10 | Q.  WE JUST LOOKED AT FIGURE 5.3, WHICH REPRESENTED THE YEARS |
| 14:09 | 11 | 1974 TO 2001.  THIS FIGURE REPRESENTS THE YEARS 1932 TO 1958; |
| 14:09 | 12 | ISN'T THAT RIGHT? |
| 14:09 | 13 | A.  CORRECT. |
| 14:09 | 14 | Q.  THE LAND LOSS THAT OCCURRED BETWEEN THOSE TWO INTERVALS? |
| 14:09 | 15 | A.  CORRECT. |
| 14:09 | 16 | Q.  THAT WOULD BE PRIOR TO CONSTRUCTION OF THE MRGO; ISN'T |
| 14:09 | 17 | THAT RIGHT? |
| 14:09 | 18 | A.  YES. |
| 14:09 | 19 | Q.  ARE YOU FAMILIAR WITH THE AREA CALLED THE GOLDEN TRIANGLE? |
| 14:09 | 20 | A.  YES, I AM. |
| 14:09 | 21 | Q.  CAN YOU SEE THAT THERE IS A FAIR AMOUNT OF RED IN THAT |
| 14:09 | 22 | AREA IN THIS FIGURE? |
| 14:09 | 23 | A.  YOU'RE TALKING ABOUT THIS REGION RIGHT HERE? |
| 14:09 | 24 | Q.  YES. |
| 14:09 | 25 | A.  YES. |

14:09    1    **Q.**    THAT REPRESENTS LOSS THAT OCCURRED PRIOR TO CONSTRUCTION

14:09    2    OF THE MRGO; ISN'T THAT RIGHT?

14:09    3    **A.**    THAT'S CORRECT.

14:10    4    **Q.**    DR. FITZGERALD, DO YOU KNOW WHAT CAUSED THAT LOSS?

14:10    5    **A.**    YES.  I THINK IT WAS HURRICANE SCOUR DURING A HURRICANE IN

14:10    6    1947.  IT WAS A WETLAND AREA, IT WOULD HAVE BEEN FLOATING

14:10    7    MARSH, AND IT WAS RIPPED UP AND SCOURED DURING THAT PARTICULAR

14:10    8    TIME, I BELIEVE.  WE SAW A SIMILAR EFFECT DURING HURRICANE

14:10    9    KATRINA IN THE CAERNARVON AREA.

14:10   10    **Q.**    ISN'T IT CORRECT THAT HURRICANES IN GENERAL HAVE -- NOT

14:10   11    JUST KATRINA OR THE ONE FROM 1947 THAT YOU MENTIONED, BUT ANY

14:10   12    HURRICANE MIGHT HAVE THE RESULT OF LAND LOSS AND DESTRUCTION OF

14:10   13    MARSH?

14:10   14    **A.**    IN FACT, WE DID A STUDY BEFORE AND AFTER KATRINA AND HAD A

14:11   15    2 METER RESOLUTION, AND WE COULD RESOLVE NO MAJOR LAND LOSS IN

14:11   16    OUR STUDY AREA IN THE CENTRAL WETLAND UNIT IN THE SURROUNDING

14:11   17    REGION.

14:11   18    **Q.**    BUT IN --

14:11   19    **A.**    IT REALLY DEPENDS UPON THE ENVIRONMENT.  FOR EXAMPLE,

14:11   20    WE'VE DONE A STUDY AFTER KATRINA IN THE CAERNARVON AREA, AND ON

14:11   21    THE EAST SIDE OF BAYOU TERRE AUX BOEUFS, THERE WAS HARDLY ANY

14:11   22    RESULTS OF KATRINA; WHEREAS ON THE WEST SIDE, WHICH IS MORE

14:11   23    FRESH, THERE WAS CONSIDERABLE SCOURING THAT WAS DOCUMENTED.

14:11   24    **Q.**    DR. FITZGERALD, THE STUDY AREA THAT YOU USED IN YOUR

14:11   25    EXPERT REPORT, COULD YOU --

14:12    1          **MR. PALMINTIER:**  I'M SORRY, YOUR HONOR.  I DIDN'T

14:12    2   HEAR WHAT WE WERE --

14:12    3          **MS. MILLER:**  I APOLOGIZE FOR THE DELAY.  I'M TRYING

14:12    4   TO WORK WITH THESE DOCUMENTS AND THE ELMO.  I GUESS WE CAN GET

14:12    5   IT ON THE SCREEN NOW.

14:12    6          **THE COURT:**  WE'LL SWITCH TO COMPUTER.  IT MIGHT BE

14:12    7   EASIER.  WHAT DID WE DO BEFORE ALL THIS?  THIS TRIAL WOULD'VE

14:12    8   TAKEN SIX MONTHS JUST FOR THE EXHIBITS.

14:12    9   **BY MS. MILLER:**

14:12   10   **Q.**  ON PAGE 4-1, THIS REPRESENTS THE STUDY AREA THAT YOU

14:12   11   EVALUATED IN YOUR EXPERT REPORT; ISN'T THAT RIGHT?

14:12   12   **A.**  THAT'S CORRECT.

14:12   13   **Q.**  IF YOU TURN TO YOUR HABITAT MAP ON FIGURE 4.2 ON PAGE

14:12   14   4-3 -- WE LOOKED AT THIS EARLIER.  THIS IS THE HABITAT MAP THAT

14:13   15   REPRESENTS THE 1950S.  THAT IS BROKEN INTO AREAS THAT

14:13   16   CORRESPOND WITH THE FIGURE WE JUST LOOKED AT; ISN'T THAT RIGHT?

14:13   17   **A.**  THAT'S CORRECT.

14:13   18   **Q.**  THE BARRIER ISLANDS ARE NOT INCLUDED IN THIS FIGURE, ARE

14:13   19   THEY?

14:13   20   **A.**  NO, THEY'RE NOT.

14:13   21   **Q.**  ON THIS FIGURE --

14:13   22          **MR. PALMINTIER:**  WHICH FIGURE?

14:13   23          **MS. MILLER:**  I'M SORRY.  THE ONE ON THE SCREEN,

14:13   24   FIGURE 4.2, THE HABITAT MAP FROM THE 1950S.

      25

14:14   1   **BY MS. MILLER:**

14:14   2   **Q.**   YOU TESTIFIED THAT THE BLUE OR AQUA COLOR, THAT LIGHT

14:14   3   GREEN-BLUE COLOR REPRESENTS BRACKISH MARSH; ISN'T THAT RIGHT?

14:14   4   **A.**   CORRECT.

14:14   5   **Q.**   THE AREA THROUGH WHICH THE MRGO WAS CONSTRUCTED IS

14:14   6   ENTIRELY -- OR I'M SORRY.   IF YOU LOOK AT THE AREA OF REACH 2

14:14   7   NORTH OF THE LA LOUTRE RIDGE, WHERE THE MRGO WAS CONSTRUCTED,

14:14   8   THAT'S ENTIRELY BRACKISH MARSH; ISN'T THAT CORRECT?

14:14   9   **A.**   CORRECT.

14:14   10  **Q.**   TO THE EAST OF THAT AREA IN THE UNIT THAT YOU CALL SOUTH

14:14   11  LAKE BORGNE.   THAT CONSISTS OF BRACKISH MARSH AND SOME SALINE

14:14   12  MARSH; ISN'T THAT RIGHT?

14:14   13  **A.**   CORRECT.

14:14   14  **Q.**   THIS MAP ON FIGURE 4.2 REPRESENTS THE PRECONSTRUCTION

14:15   15  CONDITION -- PRE-MRGO CONSTRUCTION HABITAT CONDITIONS; ISN'T

14:15   16  THAT RIGHT?

14:15   17  **A.**   YES.

14:15   18  **Q.**   IF WE CAN TURN TO TABLE 5.1, WHICH IS -- I'M SORRY, TABLE

14:15   19  4.1, WHICH IS ON PAGE 4-11.   IN THE TABLE AT THE BOTTOM,

14:16   20  THERE'S A LINE FOR THE SOUTH LAKE BORGNE UNIT AND SWAMP, AND

14:16   21  YOU HAVE A TOTAL OF 558 ACRES OF SWAMP PRESENT AT THAT TIME;

14:16   22  ISN'T THAT RIGHT?

14:16   23  **A.**   COULD YOU SAY THAT ONE MORE TIME.   OH, YOU'RE DOING IT --

14:16   24  UNDER SWAMP, YES, 558 ACRES.

14:16   25  **Q.**   FOR THE SOUTH LAKE BORGNE UNIT, THAT ENCOMPASSES THE AREA

414

| | | |
|---|---|---|
| 14:16 | 1 | TO THE EAST OF THE MRGO; ISN'T THAT CORRECT? |
| 14:16 | 2 | **A.**   YES. |
| 14:16 | 3 | **Q.**   IN THE FIGURE WE JUST LOOKED AT. |
| 14:16 | 4 | IF WE CAN GO BACK TO THAT FIGURE 4.2 ON PAGE 4-3, THE |
| 14:16 | 5 | 558 ACRES OF SWAMP PRESENT IN THE 1950S PRIOR TO MRGO |
| 14:16 | 6 | CONSTRUCTION WERE LOCATED IN THE SOUTHERNMOST PORTION OF THE |
| 14:16 | 7 | SOUTH LAKE BORGNE UNIT ALONG THE LA LOUTRE RIDGE; ISN'T THAT |
| 14:17 | 8 | CORRECT? |
| 14:17 | 9 | **A.**   CORRECT. |
| 14:17 | 10 | **Q.**   FIGURE 4.2 SHOWS THAT THERE WAS NO SWAMP PRESENT IN THE |
| 14:17 | 11 | GOLDEN TRIANGLE; ISN'T THAT CORRECT? |
| 14:17 | 12 | **A.**   WELL, I GUESS THERE'S NOT, NO.  IT DEPENDS HOW CLOSE THIS |
| 14:17 | 13 | AREA IS RIGHT IN HERE, BUT NOT MUCH. |
| 14:17 | 14 | **Q.**   SO YOU WERE POINTING TO A SMALL PORTION OF BROWN REFLECTED |
| 14:17 | 15 | ON FIGURE 4.2 THAT PARALLELS THE GIWW; IS THAT RIGHT? |
| 14:17 | 16 | **A.**   YEAH.  IT'S KIND OF OBSCURED THERE.  I CAN'T SEE IT AS |
| 14:17 | 17 | WELL AS I MIGHT. |
| 14:18 | 18 | **Q.**   WHAT YOU WERE POINTING TO WAS WEST OF THE LOCATION THROUGH |
| 14:18 | 19 | WHICH THE MRGO WAS CONSTRUCTED; ISN'T THAT CORRECT? |
| 14:18 | 20 | **A.**   THAT'S CORRECT. |
| 14:18 | 21 | **Q.**   NOW, IF WE COULD TURN TO TABLE 5.1 ON PAGE 5-1, IN THIS |
| 14:18 | 22 | TABLE IT APPEARS TO ME THAT YOU -- EXCUSE ME.  IN THIS TABLE, |
| 14:18 | 23 | YOU PRESENT MEASUREMENTS OF LAND LOSS FOR DIFFERENT TIME |
| 14:18 | 24 | PERIODS; ISN'T THAT CORRECT? |
| 14:18 | 25 | **A.**   THAT'S CORRECT. |

14:18    1    **Q.**   YOU ALSO INCLUDE, AT THE BOTTOM, A CALCULATION OF WHAT THE

14:18    2    LAND AREA WOULD HAVE BEEN WITHOUT THE MRGO?

14:19    3    **A.**   YES.

14:19    4    **Q.**   YOU EXPLAIN THAT, TO MAKE THAT CALCULATION, YOU ADDED

14:19    5    3,368 ACRES OF LAND, WHICH IS WHAT YOU MEASURED AS THE

14:19    6    FOOTPRINT OF THE CHANNEL; IS THAT RIGHT?

14:19    7    **A.**   YES.  RIGHT.

14:19    8    **Q.**   FOR THAT -- I GUESS I SHOULD MAYBE -- I'LL RESTATE THAT.

14:19    9          WHAT I WAS REFERENCING IS YOU HAVE -- IN 1974, YOU

14:19   10    HAVE MADE THAT ADDITION OF 3,368 ACRES AS ACCOUNTING FOR THE

14:19   11    FOOTPRINT OF THE MRGO.  YOU ADDED THAT TO COME UP WITH A NUMBER

14:19   12    OF ACREAGE THAT WOULD HAVE BEEN PRESENT HAD THE MRGO NOT BEEN

14:19   13    CONSTRUCTED; RIGHT?

14:19   14    **A.**   CORRECT.

14:20   15    **Q.**   IN 2001, YOU ALSO LIST AN AMOUNT -- OR YOU INCLUDE AN

14:20   16    AMOUNT THAT YOU ATTRIBUTE TO EROSION?

14:20   17    **A.**   YES.  THAT WAS THE WIDENING OF THE CHANNEL.

14:20   18    **Q.**   SO YOU HAVE, IN YOUR TOTAL AREA CALCULATED WITHOUT THE

14:20   19    MRGO, INCLUDED 3,368 ACRES AS THE FOOTPRINT OF THE CHANNEL AND

14:20   20    5,628 ACRES AS SUBSEQUENT EROSION; IS THAT RIGHT?

14:20   21    **A.**   YES.

14:20   22    **Q.**   IF WE COULD TURN NOW TO TABLE 2.1, WHICH IS ON PAGE 2-3.

14:21   23          **MR. STEVENS:**  PX-96.2.

14:21   24          **MS. MILLER:**  I THINK SOME OF THIS TABLE IS CUT OFF.

14:21   25    CAN WE ZOOM OUT JUST A LITTLE BIT.

14:21    1   **BY MS. MILLER:**

14:21    2   **Q.**   TABLE 2.1 ON PAGE 2-3 REPRESENTS WHAT YOU CONSIDER DIRECT

14:21    3   IMPACT OF THE DREDGING OF THE MRGO; IS THAT RIGHT?

14:21    4   **A.**   CORRECT.

14:21    5   **Q.**   THE NUMBERS THAT WE JUST DISCUSSED, YOU GOT THOSE FROM

14:21    6   THIS TABLE; IS THAT RIGHT?

14:21    7   **A.**   CORRECT.

14:21    8   **Q.**   SO THE 3,368 ACRES THAT YOU CONSIDERED TO BE THE FOOTPRINT

14:21    9   OF THE CHANNEL COMES FROM THE TOP RIGHT-HAND CORNER OF THIS

14:21   10   TABLE; IS THAT RIGHT?

14:21   11   **A.**   YES.

14:21   12   **Q.**   YOU HAVE YOUR LAST THREE COLUMNS:  WATER AND ESTUARINE

14:22   13   HABITAT, TOTAL LAND, AND THEN TOTAL LAND PLUS WATER?

14:22   14   **A.**   RIGHT.

14:22   15   **Q.**   BY WATER REMOVED BY THE LAND CUT, WHAT YOU REALLY MEAN IS

14:22   16   THAT THOSE WERE AREAS THAT WERE WATER PRIOR TO CONSTRUCTION,

14:22   17   BUT THAT THEY'RE COVERED BY THE DESIGN FOOTPRINT OF THE

14:22   18   CHANNEL?

14:22   19   **A.**   SMALL PONDS AND CHANNELS, YES.

14:22   20   **Q.**   SO THEY WERE WATER PRIOR TO CONSTRUCTION AND THEY REMAINED

14:22   21   WATER AFTER CONSTRUCTION; IS THAT RIGHT?

14:22   22   **A.**   RIGHT.

14:22   23   **Q.**   THE TOTAL LAND THAT WAS REMOVED IS 2,674 ACRES BY YOUR

14:22   24   CALCULATION; IS THAT CORRECT?

14:22   25   **A.**   RIGHT.

| | | |
|---|---|---|
| 14:22 | 1 | **Q.**   THESE ACREAGES, WHAT YOU DESCRIBED AS THE LAND CUT -- AND |
| 14:22 | 2 | SO THOSE TWO NUMBERS TOTAL THE 3,368 ACRES THAT YOU CONSIDERED |
| 14:23 | 3 | IN TABLE 5.1 TO BE THE TOTAL LAND LOSS FROM CONSTRUCTION OF THE |
| 14:23 | 4 | CHANNEL; IS THAT CORRECT? |
| 14:23 | 5 | **A.**   YES. |
| 14:23 | 6 | **Q.**   IT ACTUALLY REPRESENTS BOTH LAND LOSS AND WATER THAT WAS |
| 14:23 | 7 | PRE-EXISTING THE CONSTRUCTION OF THE CHANNEL; IS THAT RIGHT? |
| 14:23 | 8 | **A.**   YES.  IT'S HABITAT LOSS. |
| 14:23 | 9 | **Q.**   THAT'S ALSO TRUE FOR THE NUMBER YOU ATTRIBUTE TO EROSION. |
| 14:23 | 10 | 5,628 ACRES INCLUDES A COMBINATION OF LAND THAT WAS LOST AS |
| 14:23 | 11 | WELL AS AREAS THAT WERE PRE-EXISTING PONDS PRIOR TO |
| 14:23 | 12 | CONSTRUCTION THAT YOU'VE ATTRIBUTED AS EROSION OF THE CHANNEL; |
| 14:23 | 13 | IS THAT RIGHT? |
| 14:23 | 14 | **A.**   I BELIEVE SO. |
| 14:23 | 15 | **Q.**   THAT'S WHAT THE TABLE REFLECTS; ISN'T THAT CORRECT? |
| 14:23 | 16 | **A.**   YES. |
| 14:23 | 17 | **Q.**   YOU DIDN'T MAKE A CALCULATION OF THE ACREAGE OF EROSION |
| 14:24 | 18 | THAT OCCURRED ONLY ON -- I'M SORRY.  YOUR EXPERT REPORT DOES |
| 14:24 | 19 | NOT REFLECT A CALCULATION OF THE ACREAGE OF EROSION THAT |
| 14:24 | 20 | OCCURRED ONLY ALONG THE LEVEE BREACH OF THE MRGO; IS THAT |
| 14:24 | 21 | RIGHT? |
| 14:24 | 22 | **A.**   RIGHT. |
| 14:24 | 23 | **Q.**   IF WE COULD TURN TO APPENDIX F OF YOUR EXPERT REPORT.  THE |
| 14:24 | 24 | REACH 2 SECTION OF THE CHANNEL BEGINS ON PAGE F-3.  THEN IF YOU |
| 14:25 | 25 | TURN -- IT'S RATHER DARK ON THIS IMAGE, BUT ARE YOU ABLE TO |

| | | |
|---|---|---|
| 14:25 | 1 | TELL ON THE RIGHT-HAND SIDE -- WELL, I GUESS I SHOULD -- FIRST |
| 14:25 | 2 | OF ALL, FOR THIS, WHAT WE'RE LOOKING AT ON PAGE F3 IS MAP 3 |
| 14:25 | 3 | THAT YOU -- ON THIS, YOU REPRESENT 1961 AERIAL PHOTOGRAPHY, AND |
| 14:25 | 4 | THE RED LINE REPRESENTS THE 2005 SHORELINE? |
| 14:25 | 5 | A.   YEAH, THE RED IS THE SHORELINE.  CORRECT. |
| 14:25 | 6 | Q.   ON THE RIGHT-HAND SIDE, CAN YOU SEE THAT THERE WERE SOME |
| 14:25 | 7 | WATER BODIES ON THE NORTH SIDE OF THE CHANNEL DURING THE 1961 |
| 14:25 | 8 | TIME FRAME? |
| 14:25 | 9 | A.   YES. |
| 14:26 | 10 | THE COURT:  DO YOU WANT TO POINT TO THOSE? |
| 14:26 | 11 | MS. MILLER:  YEAH.  I JUST REALIZED -- |
| 14:26 | 12 | THE COURT:  THANK YOU, COUNSEL. |
| 14:26 | 13 | BY MS. MILLER: |
| 14:26 | 14 | Q.   IN THIS AREA HERE, THESE ARE PONDS THAT WERE IN EXISTENCE |
| 14:26 | 15 | AT THE TIME THE CHANNEL WAS BEING CONSTRUCTED; ISN'T THAT |
| 14:26 | 16 | CORRECT? |
| 14:26 | 17 | A.   THEY WERE THE SCOURING, THE SCARS OF THE '47 HURRICANE. |
| 14:26 | 18 | Q.   THAT'S THE AREA THAT WE SAW ON FIGURE -- I THINK IT WAS |
| 14:26 | 19 | FIGURE 5.1 THAT WAS LAND LOSS PRIOR TO CONSTRUCTION OF THE |
| 14:26 | 20 | MRGO; IS THAT RIGHT? |
| 14:26 | 21 | A.   CORRECT. |
| 14:26 | 22 | Q.   IF WE TURN TO PAGE F4, WE'RE NOW MOVING FARTHER SOUTH ON |
| 14:26 | 23 | THE CHANNEL.  YOU CAN SEE, AGAIN, ANOTHER WATER BODY ON THE |
| 14:26 | 24 | LEFT-HAND SIDE.  THAT ALSO WAS PRE-EXISTING TO CONSTRUCTION OF |
| 14:26 | 25 | THE MRGO; IS THAT RIGHT? |

14:26    1   **A.**   THAT'S CORRECT.

14:26    2   **Q.**   SIMILARLY, RIGHT WHERE I'M POINTING, TOWARDS THE MIDDLE

14:27    3   RIGHT-HAND CORNER OF THE PHOTOGRAPH, YOU CAN SEE ADDITIONAL

14:27    4   PONDS; THAT THE CHANNEL WAS CONSTRUCTED THROUGH AN AREA THAT

14:27    5   ALREADY HAD SOME OF THESE OPEN-WATER PONDS.  IS THAT RIGHT?

14:27    6   **A.**   THAT'S CORRECT.

14:27    7   **Q.**   SO IF YOU WERE TO MEASURE THE BANK-TO-BANK WIDTH WHEN THE

14:27    8   CHANNEL WAS INITIALLY CONSTRUCTED, IN SOME OF THESE AREAS, IT

14:27    9   WOULD BE WIDER THAN THE 650 FEET THAT YOU HAVE USED IN SOME OF

14:27   10   YOUR OTHER MEASUREMENTS; ISN'T THAT RIGHT?

14:27   11   **A.**   THAT'S CORRECT.

14:27   12   **Q.**   WHERE YOU HAVE THE RED LINE THAT REPRESENTS THE 2005 BANK

14:27   13   LINE, IN SOME OF THOSE AREAS THAT WE JUST LOOKED AT, YOU CAN

14:27   14   SEE THAT MUCH OF THAT -- THERE WERE CERTAIN AREAS WHERE IT WAS

14:28   15   LARGELY WATER, AND THE BANK HAS NOT CHANGED ALL THAT MUCH FROM

14:28   16   CONSTRUCTION TO 2005; IS THAT RIGHT?

14:28   17   **A.**   YEAH.  WHEN NECKING OCCURRED, IT ANNEXED THOSE PONDS AND

14:28   18   DRASTICALLY WIDENED THE MRGO AREA.  YOU'RE RIGHT.

14:28   19   **Q.**   SO FROM THE TIME OF INITIAL CONSTRUCTION, IT WAS

14:28   20   DRASTICALLY WIDENED IN THOSE AREAS WHERE IT CUT THROUGH PONDS;

14:28   21   IS THAT RIGHT?

14:28   22   **A.**   THAT'S TRUE, AND ALSO WHERE IT CUT THROUGH AREAS WHERE

14:28   23   THERE WAS A SLIVER OF LAND, AND IN SOME INSTANCES A LARGE PIECE

14:28   24   OF LAND.  BUT AS IT WIDENED, IT ENCOMPASSED LOTS OF PONDS WHEN

14:28   25   IT WAS FIRST CONSTRUCTED AND THEREAFTER.

| | | |
|---|---|---|
| 14:28 | 1 | **Q.**   SO THE EROSION OF THE CHANNEL INTO AREAS THAT THEN CAUSED |
| 14:28 | 2 | IT TO GO INTO A POND, THAT IS NOT -- THE CHANNEL IS ERODING -- |
| 14:28 | 3 | I'M SORRY.  I'LL REPHRASE THAT QUESTION. |
| 14:28 | 4 | THE CHANNEL IS ERODING INTO AREAS WHERE THERE'S A |
| 14:28 | 5 | PRE-EXISTING POND, ISN'T THAT CORRECT, IN SOME PLACES? |
| 14:28 | 6 | **A.**   YES. |
| 14:28 | 7 | **Q.**   NOT ALL OF THAT WATER IS ATTRIBUTED TO EROSION ALONE; IS |
| 14:29 | 8 | THAT RIGHT? |
| 14:29 | 9 | **A.**   THAT'S CORRECT.  BUT THE IMPORTANCE OF THAT IS THAT, |
| 14:29 | 10 | REGARDLESS OF HOW THAT CHANNEL WAS WIDENED, WHETHER IT ANNEXED |
| 14:29 | 11 | A POND OR CUT THROUGH A POND TO BEGIN WITH, IN THOSE AREAS |
| 14:29 | 12 | WHERE THE MRGO WAS WIDE, THOSE ARE AREAS THAT WERE PRIME |
| 14:29 | 13 | CANDIDATES FOR LARGE WAVE CONSTRUCTION DURING HURRICANES. |
| 14:29 | 14 | **Q.**   SO YOUR MEASUREMENTS OF EROSION THAT WE SAW -- HOLD ON ONE |
| 14:29 | 15 | SECOND.  I DON'T KNOW THE EXHIBIT NUMBER. |
| 14:29 | 16 | SO ON EXHIBIT 96.31, WHERE YOU MEASURE EROSION FROM A |
| 14:29 | 17 | STARTING POINT OF 650 FEET, THAT'S NOT ACCURATE FOR THESE AREAS |
| 14:30 | 18 | WHERE THERE ARE PRE-EXISTING PONDS; ISN'T THAT CORRECT? |
| 14:30 | 19 | **A.**   THAT MAY BE THE CASE FOR SOME OF THEM.  I'D HAVE TO GO |
| 14:30 | 20 | THROUGH WITH THE ANALYSIS WITH MY GS GUY.  I CAN'T QUANTIFY |
| 14:30 | 21 | THAT RIGHT HERE. |
| 14:30 | 22 | **Q.**   BUT YOU CAN SEE THAT, IN SOME OF THOSE PHOTOGRAPHS THAT WE |
| 14:30 | 23 | JUST DISCUSSED IN APPENDIX F, THERE WERE PONDS TO THE NORTH |
| 14:30 | 24 | SIDE OF THE MRGO CHANNEL FROM THE TIME IT WAS INITIALLY |
| 14:30 | 25 | CONSTRUCTED; RIGHT? |

| | | |
|---|---|---|
| 14:30 | 1 | **A.**   THAT'S RIGHT. |
| 14:30 | 2 | **Q.**   SO IT WAS NOT A UNIFORM 650-FOOT WIDTH, WAS IT? |
| 14:30 | 3 | **A.**   THAT'S CORRECT. |
| 14:30 | 4 | **Q.**   SO SOME OF YOUR MEASUREMENTS ON THE DOCUMENT THAT'S ON |
| 14:30 | 5 | THIS SCREEN NOW -- I THINK IT'S 96.31 -- EXAGGERATE THE |
| 14:30 | 6 | WIDENING THAT'S ATTRIBUTABLE TOTALLY TO THE MRGO; ISN'T THAT |
| 14:31 | 7 | CORRECT? |
| 14:31 | 8 | **MR. PALMINTIER:**  I OBJECT TO THE CHARACTERIZATION OF |
| 14:31 | 9 | "EXAGGERATION," YOUR HONOR. |
| 14:31 | 10 | **THE COURT:**  IT'S OVERRULED. |
| 14:31 | 11 | **BY MS. MILLER:** |
| 14:31 | 12 | **Q.**   YOU MAY ANSWER THE QUESTION. |
| 14:31 | 13 | **A.**   IN SOME AREAS IT WOULD HAVE -- THERE ARE -- THE BLUE |
| 14:31 | 14 | ARROWS CERTAINLY ENCOMPASS REGIONS THAT WERE INITIALLY PONDS. |
| 14:31 | 15 | **Q.**   YOU HAVE NOT -- |
| 14:31 | 16 | **MR. PALMINTIER:**  HAVE YOU FINISHED YOUR ANSWER? |
| 14:31 | 17 | **THE WITNESS:**  IN OTHER AREAS IT CERTAINLY NECKED AND |
| 14:31 | 18 | IT ANNEXED PONDS AND DRASTICALLY WIDENED IT.  AS FAR AS HOW |
| 14:31 | 19 | THAT AFFECTS THE TOTAL, I WOULD HAVE TO GO BACK AND LOOK AT |
| 14:31 | 20 | THAT.  I CAN'T TELL YOU THAT RIGHT NOW. |
| 14:31 | 21 | **BY MS. MILLER:** |
| 14:31 | 22 | **Q.**   YOU HAVEN'T MADE THAT CALCULATION? |
| 14:31 | 23 | **A.**   I HAVE NOT PERSONALLY MADE THAT CALCULATION. |
| 14:31 | 24 | **Q.**   THAT CALCULATION'S NOT INCLUDED IN YOUR EXPERT REPORT, IS |
| 14:31 | 25 | IT? |

| | | |
|---|---|---|
| 14:31 | 1 | **A.**   NO, IT ISN'T. |
| 14:32 | 2 | **Q.**   IF WE CAN GO BACK TO APPENDIX F, YOU CAN TURN TO THE |
| 14:32 | 3 | PHOTOS WE WERE JUST LOOKING AT.  FOR EXAMPLE, PAGE F3, YOUR |
| 14:32 | 4 | CAPTION SAYS THAT THIS IS A 1961 AERIAL PHOTOGRAPH.  THE |
| 14:32 | 5 | CHANNEL HAD NOT BEEN COMPLETED TO ITS FULL 500-FOOT |
| 14:32 | 6 | BOTTOM-WIDTH DIMENSION IN 1961; ISN'T THAT RIGHT? |
| 14:32 | 7 | **A.**   WELL, PORTIONS OF IT LOOK LIKE IT HAS.  THE SCALE IS DOWN |
| 14:33 | 8 | THERE ON THE LEFT-HAND SIDE. |
| 14:33 | 9 | **Q.**   DID YOU MAKE -- |
| 14:33 | 10 | **A.**   THOSE UNITS RIGHT THERE ARE -- THAT'S 500 FEET.  IT |
| 14:33 | 11 | CERTAINLY LOOKS LIKE THAT'S GREATER THAN 500 FEET.  SO I THINK |
| 14:33 | 12 | THAT CERTAINLY IS ITS DIMENSION. |
| 14:33 | 13 | **Q.**   DO YOU KNOW WHEN THE CHANNEL WAS CONSTRUCTED? |
| 14:33 | 14 | **A.**   YES.  IT WAS A PROCESS THAT WAS INITIATED IN '58 AND |
| 14:33 | 15 | CONTINUED THROUGH THE EARLY '60S. |
| 14:33 | 16 | **Q.**   DO YOU KNOW WHEN IT WAS COMPLETED? |
| 14:33 | 17 | **A.**   '65. |
| 14:33 | 18 | **Q.**   I'D LIKE TO -- |
| 14:33 | 19 | **MS. MILLER:**  CAN I SWITCH BACK TO THE ELMO FOR A |
| 14:33 | 20 | MINUTE? |
| 14:33 | 21 | **THE COURT:**  ALL RIGHT. |
| 14:33 | 22 | **MS. MILLER:**  IS THERE A WAY TO ZOOM IN ON THAT? |
| 14:33 | 23 | **THE COURT:**  YES.  THERE'S A LITTLE ZOOM RIGHT THERE. |
| 14:33 | 24 | SHEENA WILL SHOW YOU HOW TO MAKE IT EASIER.  THERE YOU GO.  YOU |
| 14:33 | 25 | FOUND IT. |

| | | |
|---|---|---|
| 14:34 | 1 | **MR. PALMINTIER:**  YOUR HONOR, IS THERE AN EXHIBIT |
| 14:34 | 2 | NUMBER? |
| 14:34 | 3 | **THE COURT:**  I THINK SHE'S ABOUT TO TELL US. |
| 14:34 | 4 | **MS. MILLER:**  YES, I AM. |
| 14:34 | 5 | **BY MS. MILLER:** |
| 14:34 | 6 | **Q.**   THIS IS APPENDIX D FROM EXHIBIT PX-1516.  IT IS THE EXPERT |
| 14:34 | 7 | REPORT OF JOHN DAY AND GARY SHAFFER.  THIS, AS YOU CAN SEE, IS |
| 14:34 | 8 | THE TIME LINE THAT SHOWS CHANNEL CONSTRUCTION.  IT STATES THAT |
| 14:34 | 9 | THE ACCESS CHANNEL, WHICH WAS 18 FEET DEEP BY 140 FEET WIDE |
| 14:34 | 10 | FROM GAWW TO BRETON SOUND, WAS COMPLETED MARCH 27, 1961, AND |
| 14:34 | 11 | THAT THE INTERIM CHANNEL, 36 FEET DEEP BY 250 FEET WIDE, WAS |
| 14:34 | 12 | COMPLETED JULY 5, 1963; ISN'T THAT RIGHT? |
| 14:34 | 13 | **A.**   YES. |
| 14:34 | 14 | **Q.**   DO YOU SEE THAT?  THE FULL DIMENSIONS OF THE CHANNEL WERE |
| 14:35 | 15 | COMPLETED, AS YOU SAID, IN DIFFERENT INTERVALS; BUT IN 1959, IT |
| 14:35 | 16 | HAD BEEN EXPAND ONLY THROUGH TO PARIS ROAD FROM THE IHNC, AND |
| 14:35 | 17 | SOUTH OF PARIS ROAD TO MILE 9.4 WAS COMPLETED IN 1965.  DO YOU |
| 14:35 | 18 | SEE THAT? |
| 14:35 | 19 | **A.**   YES, I DO. |
| 14:35 | 20 | **Q.**   SO IN 1961, THE PORTION OF THE CHANNEL THAT WE SEE IN THE |
| 14:35 | 21 | PICTURES IN APPENDIX F DO NOT SHOW THE FULL 500-FOOT |
| 14:35 | 22 | DIMENSIONS; WOULDN'T THAT BE RIGHT? |
| 14:35 | 23 | **A.**   I THINK A PORTION OF THAT HAS REACHED ITS DIMENSIONS |
| 14:35 | 24 | REGARDLESS OF WHAT THAT TIME LINE SHOWS.  I THINK IF YOU |
| 14:35 | 25 | MEASURED THAT, IT'S 650 FEET, EASY. |

14:35  1  **Q.**   DID YOU MEASURE IT?

14:36  2  **A.**   I CAN MEASURE IT WITH MY EYEBALL.

14:36  3  **Q.**   CAN WE GO BACK TO PAGE F3.

14:36  4  **A.**   THAT DISTANCE RIGHT THERE, THERE'S 500 FEET RIGHT THERE.

14:36  5  THAT DISTANCE FROM THERE TO THERE IS MORE THAN 500 FEET.  WE

14:36  6  CAN GET OUT THERE AND MEASURE IT.

14:36  7  **Q.**   IF WE CAN MAYBE ZOOM IN ON THIS AREA AROUND HERE.  NOW,

14:36  8  WITH THE LIGHT, IT'S A LITTLE EASIER TO SEE.  I THINK THAT'S

14:36  9  GOOD.

14:36  10         CAN YOU SEE WHERE THE CHANNEL IS NOT YET WIDENED TO

14:36  11 ITS FULL DIMENSION?

14:36  12 **A.**   YEAH.  RIGHT IN THERE.

14:36  13 **Q.**   WHERE BAYOU BIENVENUE IS?

14:36  14 **A.**   YES.  RIGHT THERE.

14:36  15 **Q.**   IF YOU CONTINUE THROUGH TO APPENDIX F, THE REMAINDER OF

14:37  16 THE PHOTOGRAPHS, I THINK YOU'LL BE ABLE TO SEE THAT THE FULL

14:37  17 500-FOOT WIDTH CHANNEL HAD NOT YET BEEN CONSTRUCTED.  DO YOU

14:37  18 AGREE?

14:37  19 **A.**   YES, I DO.  YES, I DO.

14:37  20 **Q.**   SO YOUR APPENDIX F IMPOSES A 2005 BANK LINE OVERTOP OF A

14:37  21 CHANNEL THAT IS NOT YET COMPLETED; IS THAT RIGHT?

14:37  22 **A.**   THAT'S CORRECT.

14:37  23 **Q.**   THE BANK LINE THAT YOU USED OR THE -- YOU USED

14:37  24 POST-KATRINA PHOTOGRAPHY TO DETERMINE THE 2005 BANK LINE; ISN'T

14:37  25 THAT RIGHT?

14:37    1   **A.**   YES.

14:37    2   **Q.**   THERE WAS EROSION OF THE BANKS OF THE CHANNEL THAT

14:37    3   OCCURRED DURING HURRICANE KATRINA, WASN'T THERE?

14:37    4   **A.**   WE DID A STUDY OF THAT.  I THINK CHAD COMMENTED ON THAT

14:37    5   YESTERDAY, THAT HE COULDN'T SEE -- THE ERROR THAT THEY HAD WAS

14:38    6   2 METERS.  IT WAS BELOW THEIR ERROR ANALYSIS TO DEFINE THAT

14:38    7   EROSION, WHICH TELLS US IT MUST HAVE BEEN LESS THAN 2 METERS.

14:38    8   SO THERE CERTAINLY WAS EROSION; BUT WHETHER IT'S GREATER THAN

14:38    9   TWO METERS, THAT COULDN'T BE DEFINED FROM THE PHOTOGRAPHY

14:38   10   ANALYSIS THEY USED.

14:38   11   **Q.**   WE CAN AGREE THAT THERE WAS EROSION FROM HURRICANE

14:38   12   KATRINA, BUT IT JUST HASN'T BEEN QUANTIFIED; IS THAT RIGHT?

14:38   13   **A.**   NO.  I THINK I SAID THAT IT CAN -- WE WILL AGREE THAT IN

14:38   14   SOME AREAS THERE WAS EROSION, BUT IT WAS LESS THAN TWO METERS.

14:39   15   **Q.**   COULD WE TURN TO PAGE F11, STILL ON APPENDIX F.

14:39   16           THIS REPRESENTS THE PORTION OF THE CHANNEL CUT

14:39   17   THROUGH BAYOU LA LOUTRE; ISN'T THAT RIGHT?

14:39   18   **A.**   I'M SORRY, MS. MILLER.  I COULDN'T HEAR YOU.

14:39   19   **Q.**   THIS IMAGE HERE ON PAGE F11 REPRESENTS THE PORTION OF THE

14:39   20   CHANNEL THAT GOES THROUGH BAYOU LA LOUTRE; IS THAT RIGHT?

14:39   21   **A.**   CORRECT.

14:39   22   **Q.**   AT THIS POINT, IN THE UNDERLYING PHOTOGRAPH, WE'VE AGREED

14:39   23   THAT THE CHANNEL IS NOT YET COMPLETED; CORRECT?

14:39   24   **A.**   WITHOUT MEASURING IT, I WOULD HAVE TO LOOK AT THAT MORE

14:39   25   CLEARLY.  WHAT WE HAVE TO DO IS WE HAVE TO TAKE THAT WIDTH

14:39  1  RIGHT THERE AND LOOK AND SEE -- THAT'S 500 METERS RIGHT

14:39  2  THERE -- I MEAN THAT'S 500 FEET RIGHT THERE.  IT APPEARS TO BE

14:40  3  MORE THAN 500 FEET.

14:40  4  **Q.**   DO YOU KNOW WHAT THE MEASUREMENT IS OF THE RED LINE BANK

14:40  5  TO BANK IN 2005 ALONG IN THIS PORTION OF THE -- IN THIS IMAGE

14:40  6  ON PAGE F11?

14:40  7  **A.**   WELL, IT VARIES, AS YOU CAN SEE.  ON THE LEFT-HAND

14:40  8  DIAGRAM, IT'S 3,000 FEET.  ON THE RIGHT-HAND SIDE, IT'S SIZABLE

14:40  9  AS WELL.  IN BETWEEN, IT'S MUCH LESS.

14:40  10  **Q.**   IN THE MIDDLE PORTION, WHERE IT CUTS THROUGH

14:40  11  BAYOU LA LOUTRE, THE EROSION HAS BEEN MUCH LESS; IS THAT RIGHT?

14:40  12  **A.**   YEAH, AND THERE'S A REASON FOR THAT.  IT CONSISTS OF

14:40  13  DIFFERENT TYPES OF SEDIMENTS.  THIS WAS A DISTRIBUTARY, AND SO

14:40  14  THERE WERE LEVEE DEPOSITS IN THERE THAT WERE COMPACTED AND MUCH

14:40  15  MORE -- MUCH LESS EASILY ERODED.

14:40  16          **THE COURT:**  IS THAT DISTRIBUTARY AS OPPOSED TO AN

14:40  17  INTERDISTRIBUTARY?

14:40  18          **THE WITNESS:**  CORRECT, YOUR HONOR.

14:40  19  **BY MS. MILLER:**

14:41  20  **Q.**   SO AT THE LA LOUTRE RIDGE, BECAUSE OF THE DIFFERENT SOILS

14:41  21  THERE, THE CHANNEL DID NOT ERODE ALL THAT MUCH BEYOND ITS

14:41  22  ORIGINAL FOOTPRINT; IS THAT RIGHT?

14:41  23  **A.**   THAT'S CORRECT.

14:41  24          **THE COURT:**  IT LOOKS LIKE THERE WAS VERY LITTLE

14:41  25  EROSION UNTIL THE POINT OF THE LITTLE BAY, I'LL CALL IT, THE

14:41    1    LITTLE INLET.

14:41    2              **THE WITNESS:**  RIGHT.

14:41    3              **MS. MILLER:**  ARE YOU STILL LOOKING AT 11, JUDGE?

14:41    4              **THE COURT:**  YES.

14:41    5              **THE WITNESS:**  ONCE WE MOVE AWAY FROM THOSE OVERBANK

14:41    6    DEPOSITS WHICH FORM THE LEVEE AND INTO THE MARSH, SURROUNDING

14:41    7    MARSH, THERE WAS LESS EROSION ON THAT SITE.

14:41    8              **THE COURT:**  SO THERE'S VERY LITTLE EROSION FROM THAT

14:42    9    POINT.  GOING TOWARDS THE IHNC, WE'LL SAY IT LOOKS LIKE -- THIS

14:42   10    IS EYEBALLING.  IT LOOKS LIKES ABOUT 4,000 FEET.  WHY IS THAT?

14:42   11    ARE THE SOILS IN THAT WHOLE AREA DIFFERENT?

14:42   12              **THE WITNESS:**  WELL, THE INFLUENCE OF BAYOU LA LOUTRE

14:42   13    ISN'T JUST THE CHANNEL ITSELF; IT'S ALSO THE LEVEE DEPOSITS

14:42   14    THAT ARE ASSOCIATED WITH THAT.  SO DURING OVERBANK STAGES, IT

14:42   15    WOULD HAVE DEPOSITED SEDIMENT AND BUILT UP A HIGH AREA.

14:42   16              **THE COURT:**  SO MORE THAN THE RIDGE ITSELF, THERE IS,

14:42   17    IN ESSENCE, A SUB-RIDGE THERE?

14:42   18              **THE WITNESS:**  RIGHT.  A HIGHER ELEVATION.

14:42   19              **THE COURT:**  THANK YOU.

14:42   20                   BY THE WAY, THE COURT IS SIMPLY MAKING EYEBALL

14:42   21    ESTIMATES.  THAT COULD BE TOTALLY WRONG.

14:43   22              **MS. MILLER:**  IT MAY BE HELPFUL, IN LIGHT OF YOUR

14:43   23    QUESTION, IF WE COULD LOOK AT D-1.

14:43   24              **THE COURT:**  E-1?

14:43   25              **MS. MILLER:**  D AS IN DUNCAN.  THIS IS APPENDIX D TO

14:43  1  DR. FITZGERALD'S REPORT, WHICH WE LOOKED AT IN ONE OF THE

14:43  2  PLAINTIFFS' EXCERPTED EXHIBITS EARLIER, SOME OF THESE

14:43  3  PHOTOGRAPHS IN A SEQUENCE IN TIME.

14:43  4  **BY MS. MILLER:**

14:43  5  **Q.**   THE FIRST TWO PAGES, D-1 AND D-2, IT LOOKS LIKE D-2 JUST

14:43  6  SHOWS A LITTLE FARTHER SOUTH ON THE CHANNEL.  BUT THESE ARE

14:43  7  OVERLAID FROM 1958 TO 1959 PHOTOGRAPHY WITH THE SAME 2005

14:43  8  SHORELINE THAT WE WERE LOOKING AT IN APPENDIX F; ISN'T THAT

14:44  9  RIGHT, DR. FITZGERALD?

14:44  10  **A.**   THAT'S CORRECT.

14:44  11          **MS. MILLER:**  SO IN 1958 OR '59, WE CAN -- OR THROUGH

14:44  12  THIS, D-1 AND D-2, YOU CAN SEE WHAT DR. FITZGERALD HAS

14:44  13  CONSIDERED THE 2005 FOOTPRINT OF THE CHANNEL OVERLAID WITH THE

14:44  14  PRECONSTRUCTION LANDSCAPE.

14:44  15          **MR. PALMINTIER:**  IS THERE A QUESTION THAT'S ON THE

14:44  16  TABLE?

14:44  17          **THE COURT:**  I THINK IT'S COMING.

14:44  18  **BY MS. MILLER:**

14:44  19  **Q.**   YOU CAN SEE ON THIS PHOTO, CAN'T YOU, DR. FITZGERALD, SOME

14:44  20  OF WHAT WE WERE DESCRIBING IN APPENDIX F, WHERE THE ULTIMATE --

14:44  21  WHERE SOME OF THESE PRE-EXISTING -- THE CHANNEL -- I'M SORRY.

14:44  22          YOU CAN SEE IN THIS PHOTO, CAN'T YOU, WHERE SOME OF

14:44  23  THESE -- WHERE THE FOOTPRINT ENDED UP CROSSING PRE-EXISTING

14:44  24  PONDS THAT CONTRIBUTED TO THE EROSION OF THE BANKS IN YOUR

14:44  25  MEASUREMENTS; IS THAT RIGHT?

14:45  1  **A.**   YES, YOU CAN; BUT I THINK WHAT YOU CAN REALLY SEE HERE IS

14:45  2  THERE'S VAST AREAS IN WHICH IT DIDN'T CROSS PONDS AS WELL.

14:45  3  **Q.**   IT'S A FAIRLY FAR-AWAY PHOTOGRAPH, BUT SOME OF THE PONDS,

14:45  4  DO YOU AGREE, IN THIS AREA DOWN HERE -- MAYBE WE CAN ZOOM IN

14:45  5  OVER HERE.  THAT SECTION CROSSES A SIGNIFICANT AMOUNT OF WATER,

14:45  6  DOESN'T IT?

14:45  7  **A.**   YES, BUT FROM THIS VIEW IT'S PRETTY ABSTRACT.  I DON'T

14:45  8  KNOW WHERE WE ARE.  AS YOU MOVE TO THE SOUTH TOWARD BRETON

14:45  9  SOUND, THE MARSH BREAKS UP THERE AND THERE'S, INDEED, MORE

14:46  10  PONDS.

14:46  11  **Q.**   COULD WE GO BACK TO PAGE D-1 AND ZOOM IN.

14:46  12        ON THIS AREA, YOU CAN SEE LAKE BORGNE IN THIS

14:46  13  PHOTOGRAPH; IS THAT RIGHT?

14:46  14  **A.**   RIGHT.  THERE'S BAYOU DUPRE RIGHT THERE.

14:46  15  **Q.**   YOU CAN SEE IN 2005, ALONG THIS AREA CLOSE TO LAKE BORGNE,

14:46  16  ACCORDING TO YOUR RED LINE, THERE WAS NOT AS MUCH WIDENING IN

14:46  17  THAT AREA; ISN'T THAT RIGHT?

14:46  18  **A.**   TO THE SOUTH OF THAT AREA IN HERE, THERE'S NOT AS MUCH

14:46  19  WIDENING AS COMPARED TO THE AREAS TO THE NORTH AND THE SOUTH.

14:47  20        AS YOU MOVE AWAY FROM THE REGION BETWEEN BAYOU DUPRE

14:47  21  AND BAYOU BIENVENUE, YOU'RE MOVING INTO A DIFFERENT TYPE OF

14:47  22  GEOLOGY.  THE AREA IS CUT BY MORE DISTRIBUTARY CHANNELS AND THE

14:47  23  LITHOLOGIES, OR THE SEDIMENT TYPES, CHANGE.  IN SOME OF THOSE

14:47  24  AREAS, THE SEDIMENTS ARE MORE RESISTANT TO EROSION.

14:47  25        IN THE AREA TO THE NORTH BETWEEN BAYOU DUPRE AND

14:47  1   BAYOU BIENVENUE, THIS IS AN AREA THAT ERODED SIGNIFICANTLY, AND

14:47  2   THIS IS AN AREA THAT WE'VE TALKED ABOUT EARLIER TODAY, WHERE

14:47  3   THE CHANNEL WIDENED AND THE DISTRIBUTARY BAY DEPOSITS ARE THICK

14:47  4   AND THE LEVEES ARE LOW AND THE BREACHES OCCURRED AND SO ON.

14:48  5   **Q.**   I'D LIKE TO TURN TO PAGE 2-7 NOW.

14:48  6              **THE COURT:**   ANOTHER CELL PHONE.  I'LL GIVE YOU ONE A

14:48  7   WEEK.  IF WE GET MORE THAN THAT, I'LL HAVE TO BAN CELL PHONES.

14:48  8   JUDGE ENGELHARDT DOESN'T ALLOW THEM NEAR HIS COURTROOM.  I KNOW

14:48  9   HOW IMPORTANT THEY ARE, BUT I'M ASKING YOU TO PLEASE LOOK AT

14:48  10  THE SIGNS OUTSIDE.  IT'S VERY DISRUPTIVE.  IT COULD HAVE BEEN

14:48  11  DURING A CRITICAL ANSWER OR QUESTION.  GO AHEAD.

14:48  12  **BY MS. MILLER:**

14:48  13  **Q.**   SIR, WE ARE NOW LOOKING AT PAGE 2-7 OF YOUR EXPERT REPORT,

14:48  14  WHICH SHOWS FIGURES 2.9 AND 2.10, WHICH YOU TESTIFIED ABOUT

14:48  15  EARLIER IN A DIFFERENT EXHIBIT NUMBER THAT THE PLAINTIFFS

14:48  16  EXCERPTED FROM THIS REPORT.

14:49  17             THE TOP LEFT PHOTOGRAPH IS LABELED 1959, AND YOU

14:49  18  DESCRIBED EARLIER THAT THIS IS JUST AS THE RETAINING DIKES FOR

14:49  19  THE SPOIL BANK HAD BEEN CONSTRUCTED; ISN'T THAT CORRECT?

14:49  20  **A.**   CORRECT.

14:49  21  **Q.**   YOU CAN SEE, CAN YOU NOT, IN THIS PHOTOGRAPH WHERE A LOT

14:49  22  OF THESE PRE-EXISTING WATER BODIES WERE LOCATED?

14:49  23  **A.**   YES, I CAN.

14:49  24  **Q.**   YOU CAN SEE WHAT WILL BECOME THE SPOIL BANK ON THE

14:49  25  RIGHT-HAND SIDE OF THE PHOTOGRAPH, IN THAT AREA, THAT THERE

14:49    1    WERE A NUMBER OF WATER AREAS THAT WERE FILLED IN WITH SPOIL AND

14:49    2    BECAME LAND; IS THAT RIGHT?

14:49    3    **A.**    THAT'S RIGHT.

14:49    4    **Q.**    AGAIN, ON THE RIGHT-HAND SIDE, YOUR TOP PHOTOGRAPH IS

14:49    5    1959.  WE HAVE ESTABLISHED THAT AT THAT POINT THE CHANNEL IS

14:49    6    NOT YET -- CONSTRUCTION OF THE CHANNEL TO ITS FULL WIDTH WAS

14:50    7    NOT YET COMPLETED; ISN'T THAT RIGHT?

14:50    8    **A.**    THAT'S RIGHT.  I THOUGHT YOU WERE POINTING TO THE 1959.

14:50    9    ARE YOU SAYING THAT THE 1960?

14:50   10    **Q.**    I WAS LOOKING AT THE FIGURE 2.10, THE 1959, ON THE

14:50   11    RIGHT-HAND SIDE.  IT LOOKS LIKE THEY'VE MADE MORE PROGRESS BY

14:50   12    THAT POINT AND DUG THE --

14:50   13    **A.**    RIGHT.  THAT'S ONLY ABOUT HALF ITS SIZE.  THAT'S CORRECT.

14:50   14    **Q.**    AS YOU CAN SEE IN THE 2008 PHOTOGRAPH IN FIGURE 2.9, TREES

14:50   15    HAD GROWN ON THE SPOIL BANK AREA; ISN'T THAT RIGHT?

14:50   16    **A.**    CAN YOU POINT TO IT, WHERE YOU ARE TALKING ABOUT.

14:50   17    **Q.**    ARE THESE TREES?

14:50   18    **A.**    INDEED.

14:51   19    **Q.**    CAN WE GO BACK TO PX-961.31.  THIS WILL BE MY LAST

14:51   20    QUESTION ON THIS PARTICULAR TOPIC.

14:51   21            WE HAVE BEEN DISCUSSING THAT SOME OF YOUR BANK LINES

14:51   22    ON THE NORTH OR EAST SIDE OF THE MRGO WERE INFLUENCED BY

14:51   23    PRE-EXISTING PONDS.  IF YOU WERE TO TAKE OUT THE MEASUREMENT

14:51   24    2,673 FEET, WOULD THAT INFLUENCE YOUR AVERAGE EROSION THAT YOU

14:52   25    CALCULATED?

| | | |
|---|---|---|
| 14:52 | 1 | **A.**   I'D HAVE TO GO BACK TO THAT ANALYSIS WITH MY GS GUY BEFORE |
| 14:52 | 2 | I MAKE A STATEMENT AS TO HOW MUCH IT WOULD INFLUENCE IT.   I'D |
| 14:52 | 3 | HAVE TO DO SOME ANALYSIS AND CONFER WITH ANDREW MILANES, ONE OF |
| 14:52 | 4 | THE AUTHORS OF OUR TEAM. |
| 14:52 | 5 | **Q.**   YOU TESTIFIED THAT THERE WERE FOUR CAUSES OF THE MRGO |
| 14:52 | 6 | WIDENING -- |
| 14:52 | 7 | **A.**   CORRECT. |
| 14:52 | 8 | **Q.**   -- IS THAT RIGHT?   THE FIRST ONE IS EROSION CAUSED BY BOAT |
| 14:52 | 9 | WAKES? |
| 14:52 | 10 | **A.**   CORRECT. |
| 14:52 | 11 | **Q.**   THAT WOULD BE FROM SHIPS USING THE NAVIGATION CHANNEL; IS |
| 14:52 | 12 | THAT RIGHT? |
| 14:52 | 13 | **A.**   NOT JUST SHIPS, BUT RIG TENDERS, SHRIMPERS, PLEASURE BOAT |
| 14:52 | 14 | CRAFTS, RECREATION CRAFTS. |
| 14:52 | 15 | **Q.**   GIVEN THAT THIS IS A NAVIGATION CHANNEL, YOU WOULD EXPECT |
| 14:52 | 16 | BOATS TO BE TRAVELING THIS CHANNEL; IS THAT RIGHT? |
| 14:52 | 17 | **A.**   YES. |
| 14:52 | 18 | **Q.**   AND THAT THE CORPS WOULD HAVE ANTICIPATED THAT EROSION |
| 14:52 | 19 | FROM THE SHIP WAKES WOULD OCCUR? |
| 14:53 | 20 | **A.**   WELL, ONE WOULD HOPE. |
| 14:53 | 21 | **Q.**   SO WHETHER THEY DID OR NOT, THEY SHOULD HAVE; IS THAT |
| 14:53 | 22 | RIGHT? |
| 14:53 | 23 | **A.**   YES. |
| 14:53 | 24 | **Q.**   THE SECOND CAUSE OF EROSION YOU STATED WAS LOCAL-GENERATED |
| 14:53 | 25 | WAVES? |

| | | |
|---|---|---|
| 14:53 | 1 | **A.**   YES. |
| 14:53 | 2 | **Q.**   THOSE ALSO WOULD HAVE BEEN ANTICIPATED BY THE CORPS IN |
| 14:53 | 3 | CONSTRUCTING A NAVIGATION CHANNEL; ISN'T THAT RIGHT? |
| 14:53 | 4 | **A.**   I THINK WE HAVE TO USE THE WORDS "SHOULD HAVE BEEN |
| 14:53 | 5 | ANTICIPATED." |
| 14:53 | 6 | **Q.**   SO THE EROSION FROM LOCAL-GENERATED WAVES SHOULD HAVE BEEN |
| 14:53 | 7 | ANTICIPATED BY THE CORPS WHEN THEY CONSTRUCTED THIS CHANNEL; |
| 14:53 | 8 | ISN'T THAT RIGHT? |
| 14:53 | 9 | **A.**   YES. |
| 14:53 | 10 | **Q.**   THE THIRD CAUSE YOU LISTED WAS SALTWATER INTRUSION.  THE |
| 14:54 | 11 | MRGO WAS CUT FROM THE GULF OF MEXICO INTO THE -- OR TO MEET UP |
| 14:54 | 12 | WITH THE GIWW; ISN'T THAT RIGHT? |
| 14:54 | 13 | **A.**   CUT THROUGH WETLANDS, YES. |
| 14:54 | 14 | **Q.**   IT WAS CUT FROM A SALTWATER ENVIRONMENT INTO A LESS SALTY |
| 14:54 | 15 | ENVIRONMENT? |
| 14:54 | 16 | **A.**   CORRECT. |
| 14:54 | 17 | **Q.**   IN CONSTRUCTING THE CHANNEL THAT WAS CUT FROM THE SALINE |
| 14:54 | 18 | ENVIRONMENT OF THE GULF NORTHWARD, SALINE INTRUSION WOULD HAVE |
| 14:54 | 19 | BEEN EXPECTED FROM CONSTRUCTION OF THE CHANNEL; ISN'T THAT |
| 14:54 | 20 | RIGHT? |
| 14:54 | 21 | **A.**   IT SHOULD HAVE BEEN EXPECTED. |
| 14:54 | 22 | **Q.**   YOU TESTIFIED THAT THE DREDGING WAS THE FOURTH CAUSE OF |
| 14:54 | 23 | WIDENING OF THE CHANNEL; ISN'T THAT RIGHT? |
| 14:54 | 24 | **A.**   CORRECT. |
| 14:54 | 25 | **Q.**   THE REASON THAT DREDGING WAS NECESSARY WAS BECAUSE, OVER |

| | | |
|---|---|---|
| 14:54 | 1 | TIME, THE CHANNEL FILLS UP WITH SEDIMENT? |
| 14:54 | 2 | **A.**   YES. |
| 14:55 | 3 | **Q.**   WITHOUT DREDGING, SHIPS WOULD NOT HAVE BEEN ABLE TO USE |
| 14:55 | 4 | THE CHANNEL; IS THAT RIGHT? |
| 14:55 | 5 | **A.**   YES.  MAINTENANCE DREDGING WAS REQUIRED. |
| 14:55 | 6 | **Q.**   SO THAT THE CHANNEL COULD MAINTAIN A CERTAIN DEPTH IN |
| 14:55 | 7 | ORDER TO BE USED BY SHIP TRAVEL? |
| 14:55 | 8 | **A.**   CORRECT. |
| 14:55 | 9 | **Q.**   AGAIN, THAT WAS AN EXPECTED AND ANTICIPATED CONSEQUENCE OF |
| 14:55 | 10 | BUILDING A NAVIGATION CHANNEL? |
| 14:55 | 11 | **A.**   I DON'T NECESSARILY AGREE WITH THAT. |
| 14:55 | 12 | **Q.**   IN ORDER TO MAINTAIN THE NAVIGATION CHANNEL, THOUGH, |
| 14:55 | 13 | SOMETHING WOULD HAVE BEEN REQUIRED TO KEEP IT AT ITS AUTHORIZED |
| 14:55 | 14 | DEPTH; ISN'T THAT RIGHT? |
| 14:55 | 15 | **A.**   YES, BUT USUALLY, WHEN YOU THINK OF DREDGING, YOU THINK OF |
| 14:55 | 16 | AREAS WHICH HAVE SOUTHERN TRANSPORT PROCESSES.  SO YOU NORMALLY |
| 14:55 | 17 | RELATE THOSE TO THE ENTRANCE TO A TIDAL INLET THAT'S CONSTANTLY |
| 14:55 | 18 | BEING FILLED IN BY THE WAVE-DRIVEN SAND ALONG THE BARRIER, OR |
| 14:55 | 19 | YOU'RE TALKING ABOUT THE MOUTH OF A RIVER WHERE THE SOURCE OF |
| 14:55 | 20 | SEDIMENT IS COMING DOWN THE RIVER. |
| 14:55 | 21 | BUT HERE WE HAVE AN ISOLATED WATERWAY THAT REQUIRED A |
| 14:56 | 22 | HUGE AMOUNT OF DREDGING.  SO THIS SHOULD HAVE BEEN UNDERSTOOD |
| 14:56 | 23 | BECAUSE IT SHOULD HAVE BEEN UNDERSTOOD WHAT THE LATERAL |
| 14:56 | 24 | DISPLACEMENT OF THE DISTRIBUTARY BAY SEDIMENTS WERE, BUT IT |
| 14:56 | 25 | DOESN'T APPEAR TO ME THAT THEY TOOK THAT INTO ACCOUNT. |

14:56   1   **Q.**   WHATEVER THE CAUSE OF SEDIMENT BEING DEPOSITED IN THE

14:56   2   CHANNEL, IN ORDER TO KEEP IT OPEN FOR NAVIGATION, SOMETHING

14:56   3   WOULD HAVE BEEN NEEDED TO BE DONE TO REMOVE THE SEDIMENT; ISN'T

14:56   4   THAT CORRECT?

14:56   5   **A.**   CORRECT.

14:56   6   **Q.**   WITH RESPECT TO LATERAL DISPLACEMENT, AS YOU TESTIFIED,

14:56   7   THAT'S SOMETHING THAT SHOULD HAVE BEEN EXPECTED TO OCCUR BY THE

14:56   8   CORPS OF ENGINEERS?

14:56   9   **A.**   YES.  IT WAS WRITTEN ABOUT BY THEIR GEOLOGISTS.

14:56   10  **Q.**   LIKEWISE OR IN ADDITION TO THAT BEING AN EXPECTED

14:57   11  CONSEQUENCE OF DREDGING THE MRGO, IT SHOULD ALSO HAVE BEEN

14:57   12  TAKEN INTO ACCOUNT IN DESIGNING THE LEVEES; ISN'T THAT RIGHT?

14:57   13  **A.**   ONE WOULD THINK SO.

14:57   14          **MR. PALMINTIER:**  SHE'S GETTING INTO AN AREA THAT THIS

14:57   15  WITNESS IS NOT QUALIFIED TO TESTIFY IN, AND SHE'S TREADING ON

14:57   16  THIN ICE AS WELL.  YOUR HONOR, WE OBJECT.

14:57   17          **THE COURT:**  WE'RE GETTING INTO 702C.  I KNOW RIGHT

14:57   18  WHERE WE'RE GETTING.  I DIDN'T LET HIM TESTIFY AS TO DESIGN OF

14:57   19  LEVEES.  I THINK IT'S OUT OF HIS AREA OF EXPERTISE.

14:57   20          **MS. MILLER:**  I CAN WITHDRAW THAT QUESTION.

14:57   21  BY MS. MILLER:

14:57   22  **Q.**   THE DEPOSITS YOU DESCRIBED AS OCCURRING FROM LATERAL

14:57   23  DISPLACEMENT BEGAN TO OCCUR AS SOON AS THE CHANNEL WAS

14:57   24  CONSTRUCTED, DIDN'T IT?

14:57   25  **A.**   YES.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:57 | 1 | **Q.**  DR. FITZGERALD, YOU YOURSELF ARE NOT AN ENGINEER, ARE YOU? |
| 14:58 | 2 | **A.**  I AM NOT AN ENGINEER.  I'M A GEOLOGIST. |
| 14:58 | 3 | **Q.**  YOU HAVE NOT EVALUATED THE DESIGN OF THE LEVEES, HAVE YOU? |
| 14:58 | 4 | **A.**  NO. |
| 14:58 | 5 | **Q.**  DR. FITZGERALD, YOU TESTIFIED ABOUT A FUNNEL SHAPE THAT'S |
| 14:58 | 6 | CREATED FROM THE ELEVATION OF THE PLEISTOCENE TERRACES AND THE |
| 14:58 | 7 | NATURAL LEVEE RIDGES OF THE DELTA; IS THAT RIGHT? |
| 14:58 | 8 | **A.**  I TESTIFIED AS TO FUNNELS BEING FORMED BY THE PLEISTOCENE |
| 14:59 | 9 | HIGHLANDS ALONG MISSISSIPPI AND THE DREDGED SPOIL THAT WAS |
| 14:59 | 10 | RESULTING FROM MRGO EXCAVATION THAT WAS DESIGNED TO BE ANYWHERE |
| 14:59 | 11 | FROM 6 TO 8 FEET IN ELEVATION. |
| 14:59 | 12 | **Q.**  COULD WE TURN TO PAGE 6-11 OF YOUR EXPERT REPORT.  IN THE |
| 14:59 | 13 | SECOND PARAGRAPH, IT STATES: |
| 14:59 | 14 | "THE ELEVATED PLEISTOCENE TERRACES ALONG THE NORTHERN |
| 15:00 | 15 | PART OF THE BASIN TOGETHER WITH THE ELEVATED NATURAL LEVEE |
| 15:00 | 16 | RIDGES OF THE ST. BERNARD DELTA IN THE SOUTHERN PART OF THE |
| 15:00 | 17 | BASIN FORM A RESTRICTED PATHWAY THROUGH WHICH STORM SURGES FROM |
| 15:00 | 18 | THE GULF OF MEXICO COULD ENTER LAKE PONTCHARTRAIN." |
| 15:00 | 19 | I READ THAT CORRECTLY, DIDN'T I? |
| 15:00 | 20 | **A.**  YES, YOU DID. |
| 15:00 | 21 | **Q.**  BY THAT, YOU ARE REFERRING TO THE NATURAL LEVEE RIDGES OF |
| 15:00 | 22 | THE ST. BERNARD DELTA, AS WELL AS ELEVATED PLEISTOCENE TERRACES |
| 15:00 | 23 | THAT ARE NATURAL FORMATIONS OF THIS AREA; ISN'T THAT RIGHT? |
| 15:00 | 24 | **A.**  YES. |
| 15:00 | 25 | **Q.**  THAT FORMATION OF THE LAND WOULD HAVE CAUSED -- OR I'M |

| | | |
|---|---|---|
| 15:00 | 1 | SORRY, YOU HAVE HELD THE OPINION THAT THAT FORMATION -- I |
| 15:00 | 2 | THINK YOUR -- I'M SORRY.  I JUST NEED A MINUTE. |
| 15:01 | 3 | THE FOLLOWING SENTENCE -- |
| 15:01 | 4 | MR. PALMINTIER:  WHERE IS IT FROM? |
| 15:01 | 5 | MS. MILLER:  THE SENTENCE JUST FOLLOWING THE ONE I |
| 15:01 | 6 | READ ON PAGE 6-11:  "BETWEEN 1900 AND THE TIME OF MRGO |
| 15:01 | 7 | CONSTRUCTION, THREE MAJOR HURRICANES PRODUCED EXCEPTIONAL STORM |
| 15:01 | 8 | SURGE LEVELS." |
| 15:01 | 9 | BY MS. MILLER: |
| 15:01 | 10 | Q.   THOSE WERE ALL STORM SURGE LEVELS IN THIS FUNNEL AREA |
| 15:01 | 11 | PRIOR TO CONSTRUCTION OF THE MRGO; ISN'T THAT RIGHT? |
| 15:01 | 12 | A.   THAT'S CORRECT. |
| 15:01 | 13 | MR. PALMINTIER:  YOUR HONOR, I OBJECT.  IT HASN'T |
| 15:01 | 14 | BEEN DESCRIBED AS A FUNNEL AREA BEFORE MRGO WAS BUILT; IT WAS |
| 15:01 | 15 | AFTER MRGO WAS BUILT THAT IT BECAME A FUNNEL.  SO WE OBJECT TO |
| 15:01 | 16 | MISCHARACTERIZATION OF PREVIOUS TESTIMONY. |
| 15:01 | 17 | THE COURT:  SUBJECT TO YOUR OBJECTION, I'M GOING TO |
| 15:01 | 18 | ALLOW THE QUESTION BECAUSE OF THE NATURAL ELEVATION THAT WAS |
| 15:01 | 19 | THERE PREVIOUS, THAT WAS AUGMENTED, PERHAPS EXACERBATED BY THE |
| 15:01 | 20 | MRGO. |
| 15:02 | 21 | THE WITNESS:  THAT'S TRUE, BUT I GO ON TO SAY, |
| 15:02 | 22 | "ALTERATIONS TO BASE AND HYDROLOGY CREATED BY THE CONSTRUCTION |
| 15:02 | 23 | OF MRGO AND THE GIWW CHANNELS AND ATTENDANT SPOIL DEPOSITS |
| 15:02 | 24 | FURTHER FUNNELED THIS NATURAL CONSTRICTION, LEADING TO EVEN |
| 15:02 | 25 | LARGER STORM SURGES DURING HURRICANES BETSY, GEORGES, AND |

15:02    1    KATRINA."

15:02    2         **MS. MILLER:** YOUR HONOR, I'D LIKE TO STRIKE THAT

15:02    3    PORTION OF HIS TESTIMONY AS NONRESPONSIVE.

15:02    4         **THE COURT:** OVERRULED.

15:02    5    **BY MS. MILLER:**

15:02    6    **Q.** DR. FITZGERALD, BASED ON WHAT YOU JUST DESCRIBED, THE

15:02    7    FUNNELING WAS PART OF THE NATURAL LANDSCAPE PRIOR TO

15:02    8    CONSTRUCTION OF THE MRGO, WASN'T IT?

15:02    9         **THE COURT:** I HEARD EXACTLY WHAT HE SAID.  THERE WAS

15:02   10    SOME ELEVATION THAT MAY HAVE CAUSED SOME FUNNEL EFFECT THAT GOT

15:02   11    WORSE AFTER MRGO.  THAT'S IT IN A NUTSHELL.  LET'S MOVE ON.

15:03   12         **MS. MILLER:** YOUR HONOR, WOULD YOU BE AGREEABLE TO

15:03   13    TAKING A SHORT BREAK?

15:03   14         **THE COURT:** OKAY.  KEEP IN MIND I'M GOING TO ENFORCE

15:03   15    THESE HOURS.  LET'S KEEP THAT IN MIND.  SO BE SURE YOU KNOW

15:03   16    WHAT YOU REALLY WANT TO EMPHASIZE BECAUSE IT'S YOUR TIME TO

15:03   17    USE.

15:03   18         LET'S TAKE A SHORT BREAK.  IS TEN MINUTES

15:03   19    ENOUGH?

15:03   20         **MS. MILLER:** THAT'S FINE.

15:03   21         **THE DEPUTY CLERK:** ALL RISE.

15:03   22         **THE COURT:** MAKE IT 15.

15:03   23         (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

15:11   24         **THE DEPUTY CLERK:** ALL RISE.

15:24   25         COURT IS IN SESSION.  PLEASE BE SEATED.

| 15:24 | 1 | **THE COURT:** YES, MA'AM.  YOU WERE CROSS-EXAMINING THE |
| 15:24 | 2 | WITNESS.  YOU MAY PROCEED. |
| 15:24 | 3 | **MS. MILLER:** THANK YOU, YOUR HONOR. |
| 15:25 | 4 | BY MS. MILLER: |
| 15:25 | 5 | Q.  IF WE COULD TURN TO PAGE 5-7 OF DR. FITZGERALD'S EXPERT |
| 15:25 | 6 | REPORT AND TAKE A LOOK AT TABLE 5.2 ON THAT PAGE. |
| 15:25 | 7 | DR. FITZGERALD, THIS TABLE REPRESENTS YOUR |
| 15:25 | 8 | CALCULATIONS OF LAND LOSS PER YEAR, ACRES PER YEAR OF LAND |
| 15:25 | 9 | LOSS; IS THAT RIGHT? |
| 15:25 | 10 | A.  I'M GETTING THERE.  5.2, YOU SAID? |
| 15:25 | 11 | Q.  YES. |
| 15:25 | 12 | A.  IT'S ON PAGE WHAT? |
| 15:25 | 13 | Q.  5-7. |
| 15:25 | 14 | **THE COURT:** DOCTOR, I DIDN'T MENTION THE TABLE, BUT I |
| 15:25 | 15 | TALKED A LITTLE BIT ABOUT THE SUBJECT. |
| 15:25 | 16 | **THE WITNESS:** OKAY. |
| 15:25 | 17 | BY MS. MILLER: |
| 15:25 | 18 | Q.  YOU SHOW HERE FOR THE CENTRAL WETLANDS -- OR FOR ALL OF |
| 15:25 | 19 | YOUR MAPPING UNITS, BUT I WOULD LIKE TO FOCUS ON THE CENTRAL |
| 15:25 | 20 | WETLANDS.  YOU HAVE BROKEN OUT THE LAND LOSS RATE PER YEAR INTO |
| 15:25 | 21 | DIFFERENT TIME PERIODS.  THE FIRST ONE IS 1932 TO 1958, AND |
| 15:26 | 22 | THAT REPRESENTS PRECONSTRUCTION LOSS; ISN'T THAT RIGHT? |
| 15:26 | 23 | A.  THAT'S CORRECT. |
| 15:26 | 24 | Q.  THEN YOUR NEXT TWO COLUMNS REPRESENT THE YEARS 1958 TO |
| 15:26 | 25 | 1974, AND THEN 1974 TO 2001? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:26 | 1 | **A.** CORRECT. |
| 15:26 | 2 | **Q.** HAVE YOU MADE A CALCULATION OF LOSS PER YEAR BETWEEN THE |
| 15:26 | 3 | TOTAL YEARS OF 1958 TO 2001? |
| 15:26 | 4 | **A.** WELL, YOU COULD ADD COLUMNS 2 AND 3. |
| 15:26 | 5 | **Q.** WELL, YOU WOULD NEED TO BREAK THEM OUT INTO THE |
| 15:26 | 6 | APPROPRIATE NUMBER OF YEARS REPRESENTED IN EACH OF THOSE |
| 15:26 | 7 | COLUMNS; ISN'T THAT RIGHT?  COLUMN 2 REPRESENTS -- |
| 15:26 | 8 | **A.** 1958 TO 1974 AND THEN 1974 TO 2001.  SO IF YOU ADDED THOSE |
| 15:26 | 9 | TWO TOGETHER, YOU WOULD HAVE 1958 TO 2001. |
| 15:26 | 10 | **Q.** WELL, MAYBE WE CAN GO THROUGH THE CALCULATION.  THE PERIOD |
| 15:26 | 11 | OF 1958 THROUGH 1974 REPRESENTS 16 YEARS; ISN'T THAT RIGHT? |
| 15:27 | 12 | **A.** CORRECT. |
| 15:27 | 13 | **Q.** THE PERIOD OF 1974 TO 2001 IS 27 YEARS; RIGHT? |
| 15:27 | 14 | **A.** RIGHT. |
| 15:27 | 15 | **Q.** SO WE WOULD NEED TO MULTIPLY 16 YEARS BY THE 205 ACRES PER |
| 15:27 | 16 | YEAR FOR THE PERIODS OF -- |
| 15:27 | 17 | **A.** 73 TIMES THE 26 YEARS, ADD THOSE TOGETHER, AND THEN DIVIDE |
| 15:27 | 18 | BY THE 43 YEARS. |
| 15:27 | 19 | **Q.** EXACTLY.  IF YOU DO THAT CALCULATION, YOU COME UP WITH A |
| 15:27 | 20 | TOTAL LOSS IN ACRES PER YEAR FROM 1958 TO 2001 OF 122 ACRES; |
| 15:27 | 21 | ISN'T THAT RIGHT? |
| 15:27 | 22 | **A.** WELL, I CAN'T DO IT IN MY HEAD, BUT I WILL TAKE YOUR WORD |
| 15:27 | 23 | FOR IT IF YOU HAVE ALREADY IT. |
| 15:27 | 24 | **Q.** I HAVE DONE IT.  I JUST -- |
| 15:27 | 25 | **THE COURT:** THE 122 IS THERE.  HE COUNTED THE LAST |

FINAL DAILY COPY

15:27   1   COLUMN.

15:27   2   **BY MS. MILLER:**

15:27   3   **Q.**   EXACTLY.  THE LONG-TERM LOSS MEASURING FROM 1931 TO

15:27   4   2001 -- I MEAN, I'M SORRY, 1932 TO 2001 IS 122 ACRES PER YEAR;

15:28   5   ISN'T THAT RIGHT?

15:28   6   **A.**   YEAH.  THE REASON FOR THAT IS BECAUSE THE TWO VALUES ARE

15:28   7   ALMOST IDENTICAL, 121 AND 122.

15:28   8   **Q.**   SO THE PRECONSTRUCTION LOSS AND THE POSTCONSTRUCTION LOSS

15:28   9   ARE BASICALLY IDENTICAL; ISN'T THAT RIGHT?

15:28   10   **A.**   FOR THAT CATEGORY, CORRECT.

15:28   11   **Q.**   SO, FOR THE CENTRAL WETLANDS, THE LOSS PER YEAR IS

15:28   12   CONSTANT PRE AND POST CONSTRUCTION OF THE MRGO; ISN'T THAT

15:28   13   RIGHT?

15:28   14   **A.**   WELL, IT'S NOT CONSTANT.  IT'S CONSTANT IN THOSE

15:28   15   CALCULATIONS, BUT YOU SAW BETWEEN 1958 AND 1974 -- IT'S NOT

15:28   16   DOUBLE, BUT IT'S CERTAINLY SUBSTANTIALLY MORE.

15:28   17   **Q.**   SO THE AVERAGE PER YEAR --

15:28   18   **A.**   THE AVERAGE, YES.

15:28   19   **Q.**   -- REMAINS THE SAME?

15:28   20   **A.**   THE AVERAGE.

15:28   21          **MS. MILLER:**  YOUR HONOR, I HAVE NO MORE QUESTIONS FOR

15:28   22   THE WITNESS, BUT I WOULD LIKE TO REQUEST THAT PLAINTIFFS

15:29   23   PRODUCE TO THE GOVERNMENT THE CALCULATIONS THAT ARE REPRESENTED

15:29   24   IN THEIR EXHIBIT 96.31, WHICH MEASURES THE CHANNEL WIDENING

15:29   25   OVER TIME -- I CAN PUT IT UP ON THE SCREEN -- FOR THE ENTIRETY

FINAL DAILY COPY

15:29  1   OF THE CHANNEL RATHER THAN SIMPLY THE AREAS IN THIS EXHIBIT.

15:29  2           **MR. PALMINTIER:**  YOUR HONOR, DISCOVERY IS OVER WITH,

15:29  3   AND I THINK THAT THIS IS AN UNUSUAL REQUEST, AT THE VERY LEAST.

15:29  4   WE ARE IN THE MIDDLE OF TRYING THIS CASE.

15:29  5           **MS. MILLER:**  YOUR HONOR, THIS EXHIBIT WAS PRESENTED

15:29  6   TO US JUST ONE OR TWO DAYS AGO.

15:29  7           **THE COURT:**  TELL ME EXACTLY WHAT YOU WANT.  THERE'S

15:29  8   OTHER INFORMATION THAT HAS ALREADY BEEN PRODUCED.  ARE YOU

15:29  9   TALKING ABOUT THE DISTANCE BETWEEN ONE POINT AND ANOTHER?

15:29  10          **MS. MILLER:**  RIGHT.  I WOULD LIKE THIS EXHIBIT 96 --

15:29  11          **THE COURT:**  THERE ARE OTHER EXHIBITS THAT ARE IN

15:29  12  EVIDENCE THAT HAVE THOSE CALCULATIONS.

15:30  13          **MR. STEVENS:**  YOUR HONOR, THEY HAVE ALL THE GIS DATA,

15:30  14  AND THAT'S GIS DATA.  THEY CAN DO THEIR OWN.

15:30  15          **THE COURT:**  I'M NOT QUITE SURE WHAT --

15:30  16          **MS. MILLER:**  THIS IS AN EXHIBIT WE DISCUSSED EARLIER

15:30  17  THAT WAS NOT IN THE EXPERT REPORT AND --

15:30  18          **THE COURT:**  I UNDERSTAND, BUT IT'S IN OTHER -- WELL,

15:30  19  IT WAS THE CALCULATION OF FEET IN THE EXPERT REPORT FOR THE

15:30  20  POINT SHOWN ON THOSE --

15:30  21          **MR. STEVENS:**  YOUR HONOR IS ABSOLUTELY CORRECT.  IT'S

15:30  22  THE GRAPHS.

15:30  23          **THE COURT:**  SO ARE YOU ASKING FOR THE UNDERLYING DATA

15:30  24  TO MEASURE THOSE POINTS?

15:30  25          **MS. MILLER:**  WELL, THE GRAPHS THAT ARE BEING

FINAL DAILY COPY

15:30  1  DISCUSSED ARE DIFFICULT TO DISCERN THE EXACT DETAILS.  IF YOU

15:30  2  TURN TO PAGE 2-11, FIGURE 2.16 I BELIEVE IS WHAT YOU ARE

15:30  3  REFERENCING.

15:31  4            **THE COURT:**  OKAY.  I'LL DO THAT.  I'M LOOKING AT

15:31  5  FIGURE 2-11 AND THE GRAPH --

15:31  6            **MS. MILLER:**  PAGE 2-11, THE GRAPH AT FIGURE 2.16.

15:31  7            **THE COURT:**  OKAY.  I'M LOOKING AT A GRAPH 2.11 TO

15:31  8  2.16.  IS THAT WHAT YOU ARE SAYING?

15:31  9            **MS. MILLER:**  I THINK THE PAGE NUMBERS AND THE FIGURE

15:31  10  NUMBERS ARE BEING MIXED UP.  FIGURE 2.16 THROUGH 2.18.

15:31  11            **THE COURT:**  I'M NOT SURE WHAT YOU ARE TALKING ABOUT.

15:31  12  I'M LOOKING AT THE REPORT.  I'M LOOKING AT -- IF YOU COULD

15:31  13  DIRECT ME TO --

15:31  14            **MS. MILLER:**  ARE YOU ON PAGE --

15:31  15            **THE COURT:**  ON PAGE 2-11, WE HAVE A PART OF THE MRGO

15:31  16  AND A CORRESPONDING GRAPH.

15:31  17            **MS. MILLER:**  RIGHT.

15:31  18            **THE COURT:**  ON PAGE 2-12, WE HAVE ANOTHER PART OF THE

15:31  19  MRGO WITH A CORRESPONDING GRAPH.  ON 2-13, THE SAME.  NOW, TELL

15:31  20  ME WHAT IT IS YOU ARE SEEKING.

15:31  21            **MS. MILLER:**  THE MEASUREMENT THAT THE PLAINTIFFS USED

15:32  22  FOR EACH OF THE MEASUREMENTS REPRESENTED ON THE EXHIBIT 96.31,

15:32  23  I WOULD JUST LIKE TO BE ABLE TO SEE THOSE MEASUREMENTS FOR THE

15:32  24  ENTIRETY OF THE CHANNEL.  THAT'S NOT SOMETHING THAT WAS

15:32  25  PRESENTED IN THE EXPERT REPORT WITH THE ACTUAL MEASUREMENTS OF

15:32   1   FEET.  AS YOU CAN SEE, THE GRAPH ON THE LEFT-HAND SIDE --

15:32   2           THE COURT:  THIS IS WHAT THEY CHOSE TO INTRODUCE INTO

15:32   3   EVIDENCE.  IF YOU WANT TO INTRODUCE SOMETHING INTO EVIDENCE,

15:32   4   YOU MAY DO SO.

15:32   5           MS. MILLER:  MY POINT IS THAT WE DIDN'T HAVE THE DATA

15:32   6   FROM THE PLAINTIFFS, AND I WAS HOPING THAT WE WOULD BE ABLE TO

15:32   7   GET IT.

15:32   8           MR. PALMINTIER:  BUT, YOUR HONOR, THEY HAVE HAD THE

15:32   9   DATA.  THEY HAVE HAD IT THROUGHOUT AND --

15:32  10           THE COURT:  I'M NOT SURE HOW MUCH OF THE MRGO IS

15:32  11   SHOWN HERE, HOW MANY MILES IT COVERS.

15:33  12           MS. MILLER:  THREE MILES.

15:33  13           THE COURT:  OKAY.  ON ALL THREE?

15:33  14           MS. MILLER:  OH, I'M SORRY.  THE FIGURES IN THE

15:33  15   REPORTS COVER ALMOST THE ENTIRETY OF THE --

15:33  16           THE COURT:  EXACTLY.

15:33  17           MS. MILLER:  -- CHANNEL, BUT THE EXHIBIT ONLY COVERS

15:33  18   THREE MILES, AND I WONDERED IF WE COULD GET THE EQUIVALENT DATA

15:33  19   FOR THE EXHIBIT THAT COVERS THE ENTIRETY OF THE CHANNEL.

15:33  20           MR. PALMINTIER:  THEY HAVE THAT DATA, YOUR HONOR.

15:33  21           THE COURT:  THIS IS WHY I'M CONFUSED.  MAYBE I'M

15:33  22   OPAQUE IN THE AFTERNOON.  EXHIBIT 2-12, WE HAVE A GRAPH -- PART

15:33  23   OF THE MRGO, A GRAPH, AND FEET CORRESPONDING TO THE GRAPH.  WE

15:33  24   HAVE THE SAME THING FOR 2-13.  WE HAVE A PHOTOGRAPH WITH FEET

15:33  25   THEREON AND A GRAPH DEPICTING THE FEET.  AND THE SAME FOR 2-11,

                        FINAL DAILY COPY

15:33   1   2-12, AND 2-13.  THAT'S A SUBSTANTIAL PORTION OF THE MRGO.

15:34   2                   ARE YOU WANTING TO HAVE THE DATA BY WHICH THEY

15:34   3   PRODUCED THE GRAPH OR THE MEASUREMENTS?  I'M NOT QUITE SURE.

15:34   4           **MS. MILLER:**  RIGHT.  THE MEASUREMENTS OF HOW THEY

15:34   5   MEASURED THE BANK AND WHERE THEY PLACED THE SIDELINE OF THE

15:34   6   CHANNEL TO DETERMINE THE EAST AND WEST EROSION ON EACH ONE.

15:34   7           **MR. PALMINTIER:**  JUDGE, THESE HAVE BEEN IN THE REPORT

15:34   8   FROM THE BEGINNING.  SO WHAT WE ESSENTIALLY WOULD BE DOING IS

15:34   9   OPENING UP DISCOVERY IN THE MIDST OF THE TRIAL.

15:34   10                  IN OTHER WORDS, THEY ARE GOING TO ASK US

15:34   11  QUESTIONS THAT WOULD BE FITTING FOR A DEPOSITION OF AN EXPERT

15:34   12  OR SOMETHING, AND I WONDER WHETHER THAT ISN'T GOING TO DO THE

15:34   13  SAME IN REVERSE FOR THEM.

15:34   14          **THE COURT:**  I MEAN, THERE'S NO -- JUST HOW

15:34   15  DIFFICULT --

15:34   16          **MR. STEVENS:**  IT'S SIMPLE.  WE HAVE ALREADY GIVEN IT

15:34   17  TO THEM, JUDGE.  IT'S THE GIS DATA FROM MR. CHAD MORRIS THAT

15:34   18  FORMS THE BASIS FOR THESE CHARTS, THESE GRAPHS, AND THE

15:34   19  EXHIBITS SHE IS TALKING ABOUT.  THEY ALREADY HAVE IT.  THEY CAN

15:34   20  DO IT THEMSELVES.

15:34   21          **THE COURT:**  HE BASED THIS ON THE EXHIBITS PREPARED BY

15:35   22  MR. MORRIS TO SUPPLEMENT THE ANSWER.

15:35   23          **MR. STEVENS:**  YES, YOUR HONOR, AND THAT ENTIRE DATA

15:35   24  FILE WAS GIVEN TO THEM.  THEY HAVE IT ALL.  IF THEY CAN SHOW

15:35   25  THAT THEY DIDN'T GET THAT, WE'LL GIVE THEM THAT.  THAT'S WHAT

15:35  1  THEY NEED.

15:35  2          MS. MILLER:  WELL, IF YOU WOULD JUST AT THIS TIME

15:35  3  IDENTIFY WHERE THAT DATA IS LOCATED, IT'S HELPFUL --

15:35  4          THE COURT:  IF WE CAN DO THAT OFF THE RECORD, WE ARE

15:35  5  GOING TO MOVE ON.

15:35  6          MS. MILLER:  THAT'S FINE.

15:35  7          THE COURT:  YOUR REQUEST IS DENIED RIGHT NOW.  I'LL

15:35  8  TAKE IT UP LATER ON.  MOVE ON.

15:35  9          MR. STEVENS:  THANK YOU, JUDGE.

15:35 10          MR. PALMINTIER:  CAN I HAVE ONE QUESTION, YOUR HONOR?

15:35 11  I KNOW THERE'S A FAMOUS SAYING ABOUT LAWYERS' LAST AND THEIR

15:35 12  ONLY QUESTION, BUT ONE QUESTION.

15:35 13                    **REDIRECT EXAMINATION**

15:35 14  BY MR. PALMINTIER:

15:35 15  Q.    DR. FITZGERALD, FROM A SEDIMENTOLOGY, COASTAL PROCESSING,

15:35 16  AND COASTAL GEOMORPHOLOGY STANDPOINT, ALL THINGS CONSIDERED, IS

15:35 17  IT FAIR TO SAY THAT THE DEFENDANT SHOULD HAVE KNOWN BETTER AND

15:35 18  THAT THEIR REPEATED ERRORS IN PROFESSIONAL JUDGMENT SET INTO

15:35 19  MOTION AND PERPETUATED THIS ENTIRE SERIES OF NEGATIVE EFFECTS

15:35 20  ON THE ENVIRONMENT AND THE HUMAN POPULATION IN THE AREA OF

15:35 21  MRGO?

15:35 22  A.    YES.  IT'S A LACK OF PROFESSIONAL JUDGMENT, IN MY VIEW.

15:35 23          MR. PALMINTIER:  THANK YOU, SIR.

15:35 24          THE COURT:  JUST A LITTLE NOTE, THAT'S WHAT THE

15:36 25  DEFENDANT WANTED TO ESTABLISH IN THEIR QUESTIONING AS WELL.  IT

                        FINAL DAILY COPY

| | | |
|---|---|---|
| 15:36 | 1 | WILL BE AN INTERESTING BRIEFING AS TO THE MEANING EACH OF YOU |
| 15:36 | 2 | HAD TO THAT. |
| 15:36 | 3 | OKAY.  THANK YOU, SIR.  I APPRECIATE IT. |
| 15:36 | 4 | **MR. ANDRY:**  YOUR HONOR, AT THIS POINT WE ARE GOING TO |
| 15:36 | 5 | CHANGE SUBJECTS. |
| 15:36 | 6 | **THE COURT:**  I'M GOING TO MAKE ANOTHER LITTLE NOTE |
| 15:36 | 7 | AGAIN JUST TO HIGHLIGHT THE WAY THE COURT UNDERSTANDS THE |
| 15:36 | 8 | TRIAL. |
| 15:36 | 9 | ONE, IF THE LEVEE IS POORLY CONSTRUCTED OR |
| 15:36 | 10 | PERFECTLY CONSTRUCTED, IF FLOODING OCCURS OR DAMAGE OCCURS AS A |
| 15:36 | 11 | RESULT OF THE POOR CONSTRUCTION OF THAT LEVEE, UNDER THE 1928 |
| 15:36 | 12 | FLOOD CONTROL ACT, THE GENERAL PROPOSITION, THE GOVERNMENT IS |
| 15:36 | 13 | IMMUNE.  THEREFORE, THE REASON THIS CASE HAS GONE ON IS BECAUSE |
| 15:36 | 14 | I FOUND THAT THERE WAS NEGLIGENCE EXTRINSIC TO THE LEVEES, THE |
| 15:37 | 15 | DESIGN OF THE LEVEES. |
| 15:37 | 16 | THE OLD METAPHOR FOR ALL OF YOU TO KEEP IN MIND |
| 15:37 | 17 | IS A GOVERNMENT SHIP HITTING A GOVERNMENT LEVEE; THE GOVERNMENT |
| 15:37 | 18 | BLOWING UP A BOMB ACCIDENTALLY THAT BLEW UP A LEVEE.  THE |
| 15:37 | 19 | FEDERAL TORT CLAIMS ACT WOULD THEN BE IMPLICATED, ACCORDING TO |
| 15:37 | 20 | THIS COURT, SUBJECT TO FURTHER REVIEW BY HIGHER COURTS. |
| 15:37 | 21 | THAT'S THE BASIC MECHANISM WE ARE TALKING ABOUT. |
| 15:37 | 22 | SO WE NEED TO SHOW WHY THE MRGO AND GENERALLY -- I KNOW THE |
| 15:37 | 23 | GOVERNMENT'S ARGUMENT, BUT GENERALLY FOR EVENTS THAT OCCURRED |
| 15:37 | 24 | AFTER DESIGN AND CONSTRUCTION, WHAT WAS THE NEGLIGENCE OF THE |
| 15:37 | 25 | CORPS THAT, IN ESSENCE, CAUSED THE SHIP TO HIT THE LEVEE. |

15:37   1   THAT'S WHAT THIS CASE IS ABOUT IN A NUTSHELL, IN A METAPHORICAL

15:37   2   NUTSHELL.  OKAY.  LET'S MOVE ON.

15:38   3           **MR. ANDRY:**  THANK YOU, YOUR HONOR.  AT THIS TIME THE

15:38   4   PLAINTIFFS WOULD LIKE TO CALL PLAINTIFF TANYA SMITH.

15:38   5           **THE COURT:**  THERE'S ALSO AN ELEMENT OF WHETHER THE

15:38   6   GOVERNMENT SHOULD HAVE DONE SOMETHING TO KEEP THE SHIP FROM

15:38   7   HITTING.  LET ME MAKE THAT POINT.

15:38   8           **MR. ANDRY:**  THANK YOU.

15:38   9           **THE COURT:**  AND I MIGHT SAY ANOTHER POINT, WHILE WE

15:38   10  ARE TALKING, IS THAT THE GOVERNMENT IS GOING TO SAY, "SO WHAT

15:38   11  IF THE SHIP HIT.  IT WOULD HAVE HAPPENED ANYHOW."  THAT'S WHAT

15:38   12  WE HAVE GOT.  THAT'S THE CASE, PRETTY MUCH.

15:38   13          **MR. ANDRY:**  I AGREE, YOUR HONOR.

15:38   14          **THE COURT:**  ON AN EXTRAORDINARILY SIMPLISTIC

15:38   15  EXPLANATION.

15:38   16          **MR. ANDRY:**  WELL, I THOUGHT THAT WAS A VERY ASTUTE

15:38   17  OBSERVATION, YOUR HONOR.

15:38   18          (WHEREUPON **TANYA SMITH**, HAVING BEEN DULY SWORN,

15:38   19  TESTIFIED AS FOLLOWS.)

15:38   20          **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

15:38   21  CORRECT SPELLING FOR THE RECORD.

15:39   22          **THE WITNESS:**  IT'S TANYA SMITH:  T-A-N-Y-A,

15:39   23  S-M-I-T-H.

15:39   24          **MR. ANDRY:**  IN CONJUNCTION WITH MS. SMITH'S

15:39   25  TESTIMONY, THE PLAINTIFFS WOULD LIKE TO OFFER OR TALK ABOUT

FINAL DAILY COPY

15:39   1   EXHIBITS PX-2053, PAGE 16, WHICH IS THE FORM 95 THAT SHE FILED

15:39   2   WITH THE CORPS OF ENGINEERS; PX-2055, WHICH IS THE CORPS OF

15:39   3   ENGINEERS DENIAL LETTER TO MS. TANYA SMITH; PX-2139, WHICH IS

15:39   4   THE PRE-KATRINA PHOTOGRAPHS OF HER HOUSE AND PROPERTY; PX-1499,

15:39   5   WHICH ARE THE POST-KATRINA PHOTOGRAPHS OF HER PROPERTY;

15:39   6   PX-1710, WHICH IS THE CONTENTS LIST OF HER HOUSE HANDWRITTEN BY

15:39   7   HER; PX-1711, WHICH IS THE TYPED CONTENTS LIST OF HER HOUSE;

15:39   8   PX-1712, WHICH IS THE REPAIR PERMIT FOR WHEN SHE REPAIRED HER

15:40   9   HOUSE POST-KATRINA; PX-1713, WHICH ARE THE RECEIPTS ASSOCIATED

15:40   10  WITH THE REBUILDING OF HER HOUSE; AND PX-1810, WHICH IS THE

15:40   11  CHAD MORRIS MAP OF THE RESPECTIVE PLAINTIFFS' HOMES.  I'M GOING

15:40   12  TO HAVE HER IDENTIFY WHERE HER HOME IS ON THE MAP.

15:40   13          **THE COURT:**  THANK YOU.

15:40   14          **MR. ANDRY:**  YOUR HONOR, IN CONJUNCTION WITH WHAT YOU

15:40   15  ASKED YESTERDAY, MS. SMITH IS A PLAINTIFF BEING OFFERED FOR

15:40   16  OBVIOUS REASONS; MOST IMPORTANTLY, DAMAGES.

15:40   17          **THE COURT:**  THANK YOU.

15:40   18                      **DIRECT EXAMINATION**

15:40   19  BY MR. ANDRY:

15:40   20  **Q.**   WITH THAT SAID, AT THE BEGINNING, MS. SMITH, JUST TO GET

15:40   21  IT OVER WITH, I WOULD REFER YOU TO AN EXHIBIT WHICH WE CALL

15:40   22  PX-2053.

15:40   23          **MR. ANDRY:**  PAGE 16, CARL.

15:40   24  BY MR. ANDRY:

15:40   25  **Q.**   HE IS GOING TO PUT UP YOUR FORM 95.  I'D ASK IF THAT'S THE

| | | |
|---|---|---|
| 15:40 | 1 | FORM 95 THAT YOU AUTHORIZED ME TO FILE IN CONJUNCTION WITH YOUR |
| 15:40 | 2 | CLAIM AGAINST THE CORPS OF ENGINEERS RELATING TO THE |
| 15:40 | 3 | MISSISSIPPI RIVER GULF OUTLET? |
| 15:40 | 4 | **A.**   YES, IT IS. |
| 15:40 | 5 | **MR. ANDRY:**  THEN, CARL, IF YOU COULD PULL UP |
| 15:41 | 6 | EXHIBIT 2055, WHICH IS THE CORPS OF ENGINEERS DENIAL LETTER FOR |
| 15:41 | 7 | MS. TANYA SMITH. |
| 15:41 | 8 | **BY MR. ANDRY:** |
| 15:41 | 9 | **Q.**   DID YOU EVER SEE THE FORM 95? |
| 15:41 | 10 | **A.**   YES, I HAVE. |
| 15:41 | 11 | **Q.**   YOU AUTHORIZED ME TO FILE THAT ON YOUR BEHALF; IS THAT |
| 15:41 | 12 | CORRECT? |
| 15:41 | 13 | **A.**   THAT'S CORRECT. |
| 15:41 | 14 | **Q.**   WITH THAT HOUSEKEEPING OUT OF THE WAY, COULD YOU PLEASE |
| 15:41 | 15 | STATE YOUR NAME AND ADDRESS FOR THE RECORD, PLEASE. |
| 15:41 | 16 | **A.**   TANYA SMITH, 3920 DESPAUX DRIVE, CHALMETTE, LOUISIANA |
| 15:41 | 17 | 70043. |
| 15:41 | 18 | **Q.**   MS. SMITH, WHAT IS YOUR MARITAL STATUS CURRENTLY? |
| 15:41 | 19 | **A.**   DIVORCED. |
| 15:41 | 20 | **Q.**   HOW MANY TIMES HAVE YOU BEEN MARRIED? |
| 15:41 | 21 | **A.**   UNFORTUNATELY, TWICE. |
| 15:41 | 22 | **Q.**   ARE YOU SINGLE NOW? |
| 15:41 | 23 | **A.**   I AM. |
| 15:41 | 24 | **Q.**   DO YOU HAVE ANY CHILDREN? |
| 15:41 | 25 | **A.**   I HAVE TWO SONS. |

451

| | | |
|---|---|---|
| 15:41 | 1 | **Q.** WHAT ARE THEIR NAMES? |
| 15:41 | 2 | **A.** JARROD IS 10 YEARS OLD AND CALEB IS 15. |
| 15:41 | 3 | **Q.** ARE BOTH OF THOSE CHILDREN FROM THE SAME FATHER? |
| 15:41 | 4 | **A.** THEY ARE NOT.  MY OLDEST SON, CALEB, IS FROM MY FIRST |
| 15:42 | 5 | MARRIAGE, AND HIS FATHER IS NOW DECEASED.  MY YOUNGER SON IS |
| 15:42 | 6 | FROM MY SECOND HUSBAND. |
| 15:42 | 7 | **Q.** BUT THEY ARE BOTH MINORS STILL; IS THAT CORRECT? |
| 15:42 | 8 | **A.** YES. |
| 15:42 | 9 | **Q.** YOU ARE THE PRIMARY CUSTODIAL PARENT FOR BOTH BOYS; IS |
| 15:42 | 10 | THAT CORRECT? |
| 15:42 | 11 | **A.** YES. |
| 15:42 | 12 | **Q.** WHERE DID YOU LIVE AT THE TIME OF HURRICANE KATRINA? |
| 15:42 | 13 | **A.** I LIVED AT 3920 DESPAUX. |
| 15:42 | 14 | **Q.** THAT'S IN CHALMETTE, LOUISIANA? |
| 15:42 | 15 | **A.** YES. |
| 15:42 | 16 | **Q.** WHERE DID YOU GROW UP? |
| 15:42 | 17 | **A.** I GREW UP IN AND AROUND ST. BERNARD PARISH. |
| 15:42 | 18 | **Q.** ARE ANTHONY AND LUCILLE FRANZ YOUR PARENTS? |
| 15:42 | 19 | **A.** YES, THEY ARE. |
| 15:42 | 20 | **Q.** WHERE DID YOU GO TO SCHOOL IN ST. BERNARD PARISH? |
| 15:42 | 21 | **A.** ELEMENTARY SCHOOL, I WENT TO ST. CLAUDE HEIGHTS AND THEN |
| 15:42 | 22 | FOLLOWED INTO ARABI PARK MIDDLE, WHICH WAS LOCATED IN ARABI, |
| 15:42 | 23 | ALSO IN ST. BERNARD PARISH.  THEN I WENT ON TO BEN FRANKLIN FOR |
| 15:42 | 24 | HIGH SCHOOL AND STAYED IN THE AREA THE WHOLE TIME. |
| 15:42 | 25 | **Q.** WHEN YOU WENT TO ARABI PARK, WHERE WERE YOU LIVING AT THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:43 | 1 | TIME? |
| 15:43 | 2 | **A.**   I WAS LIVING IN ARABI ON FRISCOVILLE AVENUE. |
| 15:43 | 3 | **Q.**   WHEN YOU WENT TO BEN FRANKLIN, DID Y'ALL MOVE BACK TO THE |
| 15:43 | 4 | HOUSE AT 5924 ST. CLAUDE? |
| 15:43 | 5 | **A.**   WE DID.  ACTUALLY, IT WAS AROUND 1987.  I WAS ACCEPTED |
| 15:43 | 6 | INTO BENJAMIN FRANKLIN, WHICH IS A PUBLIC MAGNET SCHOOL.  AT |
| 15:43 | 7 | THAT TIME WE CHOSE TO MOVE BACK TO -- IT'S ACTUALLY THE 5926 |
| 15:43 | 8 | ST. CLAUDE ADDRESS, BECAUSE THERE WERE STIPULATIONS THAT YOU |
| 15:43 | 9 | HAD TO HAVE AN ORLEANS PARISH ADDRESS IN ORDER TO ATTEND THE |
| 15:43 | 10 | SCHOOL. |
| 15:43 | 11 | **Q.**   COULD YOU TELL THE JUDGE HOW FAR GEOGRAPHICALLY |
| 15:43 | 12 | FRISCOVILLE IS FROM ST. CLAUDE, THE HOUSE YOU LIVED IN ON |
| 15:43 | 13 | ST. CLAUDE. |
| 15:43 | 14 | **A.**   THE HOUSE I GREW UP IN AND THE HOUSE I MOVED TO IS |
| 15:43 | 15 | APPROXIMATELY 12 BLOCKS AWAY, CITY BLOCKS. |
| 15:43 | 16 | **Q.**   DID YOU HAVE ANY EDUCATION AFTER YOU GRADUATED FROM |
| 15:43 | 17 | BEN FRANKLIN? |
| 15:43 | 18 | **A.**   YES.  I'VE BEEN A STUDENT FOR QUITE A FEW YEARS POST HIGH |
| 15:43 | 19 | SCHOOL.  I ATTENDED UNO AND RECEIVED A BACHELOR'S IN SCIENCE IN |
| 15:43 | 20 | BIOLOGY.  I DID SOME POSTGRADUATE WORK AT UNO FOR TWO YEARS |
| 15:44 | 21 | FOLLOWING IN BIOLOGY. |
| 15:44 | 22 |           I THEN, ABOUT TWO YEARS LATER, WENT BACK TO LSU |
| 15:44 | 23 | HEALTH SCIENCES CENTER IN NEW ORLEANS AND OBTAINED A BACHELOR'S |
| 15:44 | 24 | IN NURSING.  THEN APPROXIMATELY TWO YEARS FOLLOWING THAT, I |
| 15:44 | 25 | STARTED A MASTER'S PROGRAM IN NURSE ANESTHESIA ALSO AT LSU |

| 15:44 | 1 | HEALTH SCIENCES CENTER IN NEW ORLEANS. |
| 15:44 | 2 | **Q.**   WHERE WERE YOU IN THAT PROCESS IN AUGUST OF 2005 WHEN |
| 15:44 | 3 | HURRICANE KATRINA HIT? |
| 15:44 | 4 | **A.**   I WAS TWO WEEKS INTO THE NURSE ANESTHESIA PROGRAM. |
| 15:44 | 5 | **Q.**   WERE YOU LIVING AT 3920 DESPAUX AT THE TIME? |
| 15:44 | 6 | **A.**   YES. |
| 15:44 | 7 | **Q.**   HOW DID YOU COME TO BE IN POSSESSION OF 3920 DESPAUX? |
| 15:44 | 8 | **A.**   BACK IN 1997, I HAD DECIDED THAT I WAS GOING TO BUILD A |
| 15:44 | 9 | HOUSE.  MY SON AND I -- I ONLY HAD CALEB AT THE TIME -- WE HAD |
| 15:45 | 10 | BEEN RENTING, AND I FIGURED IT WAS USELESS TO SPEND MONEY ON |
| 15:45 | 11 | THAT WHEN I COULD PAY MY OWN MORTGAGE, SO I DECIDED THAT I |
| 15:45 | 12 | WOULD BUILD IN CHALMETTE. |
| 15:45 | 13 |          I WENT TO A FEW LOCATIONS AND FINALLY DECIDED ON MY |
| 15:45 | 14 | 3920 LOCATION.  IT WAS A NEW NEIGHBORHOOD.  IT WAS UP AND |
| 15:45 | 15 | COMING, MAYBE TWO OR THREE YEARS OLD.  A LOT OF THE OTHER |
| 15:45 | 16 | HOMEOWNERS WERE YOUNG.  THERE WAS A LOT OF CHILDREN IN THE |
| 15:45 | 17 | NEIGHBORHOOD.  ST. MARK CATHOLIC SCHOOL AND CHURCH WAS LOCATED |
| 15:45 | 18 | RIGHT DOWN THE STREET, MAYBE A QUARTER OF A MILE AWAY, WHICH IS |
| 15:45 | 19 | WHERE I HAD INTENDED TO PUT MY SON FOR KINDERGARTEN. |
| 15:45 | 20 | **Q.**   HOW LONG DID THE CONSTRUCTION OF YOUR HOUSE TAKE? |
| 15:45 | 21 | **A.**   APPROXIMATELY SIX MONTHS. |
| 15:45 | 22 | **Q.**   DID YOU PARTICIPATE IN THE DESIGN AND/OR PARTICIPATE IN |
| 15:45 | 23 | THE CONSTRUCTION OF YOUR HOUSE? |
| 15:45 | 24 | **A.**   YEAH.  THAT'S PARTLY THE REASON I CHOSE THAT LOT, BECAUSE |
| 15:45 | 25 | IT WAS OWNED BY A CONTRACTOR, BUT THE PLANS FOR THE HOUSE HAD |

15:45  1   NOT YET BEEN DETERMINED.  SO I WAS ABLE TO SIT DOWN WITH THE

15:46  2   ARCHITECT, TELL HIM WHAT I WANTED, CHOOSE WHAT I WANTED, HOW I

15:46  3   WANTED THE LAYOUT.

15:46  4          SO WE STARTED FROM THERE, AND I LITERALLY PICKED

15:46  5   EVERYTHING, FROM THE BRICKS ON THE HOUSE TO THE COLOR OF THE

15:46  6   ROOF.  ACTUALLY, I PHYSICALLY LAID THE TILES IN THE KITCHEN.

15:46  7   IT'S MY OWN LITTLE BABY, MY PROJECT.

15:46  8   Q.   I JUST WANT TO ASK YOU:  AFTER DOING ALL THAT, DID YOU GET

15:46  9   ATTACHED TO THE HOUSE AT 3920 DESPAUX?

15:46  10  A.   OH, YEAH.  I MEAN, EVERYONE ALREADY HAS THEIR IDEA OF WHAT

15:46  11  THEY WANT.  TRUST ME, IT WASN'T A MANSION, BUT FOR ME IT WAS MY

15:46  12  LITTLE DOLLHOUSE.  EVERYONE TEASED ME BECAUSE IT WAS PINK BRICK

15:46  13  AND HAD ALL THESE CUTESY LITTLE PINK THINGS INSIDE, BUT IT WAS

15:46  14  WHAT I WANTED.  IT WAS WHAT I NEEDED, AND IT WAS PERFECT FOR ME

15:46  15  AND MY SON.

15:46  16  Q.   DID YOU MAKE ANY UPGRADES TO THE HOUSE OR THE PROPERTY

15:46  17  AFTER YOU BUILT THE HOUSE IN 1997?

15:47  18  A.   I DID FOR THE FOLLOWING 11 YEARS.  PROBABLY IN EITHER 1999

15:47  19  OR 2000, WE ADDED A BUILT-IN POOL, AND I PURCHASED AN

15:47  20  ABOVEGROUND HOT TUB AND LANDSCAPED THE BACKYARD.  THEN BETWEEN

15:47  21  2003 AND 2004, I DID SOME INTERIOR RENOVATION.  I CHANGED THE

15:47  22  FLOORING, LAID DOWN LAMINATE WOOD, BERBER CARPET, HAD REPAINTED

15:47  23  AND JUST -- I CHANGED APPLIANCES.  KIND OF UPGRADED IT,

15:47  24  MODERNIZED IT.

15:47  25  Q.   SUBSEQUENT TO THE TIME YOU ORIGINALLY BUILT IT, YOU ADDED

FINAL DAILY COPY

15:47    1   ANOTHER SON AND ANOTHER HUSBAND.  COULD YOU TELL US ABOUT THAT.

15:47    2   **A.**   I DID.  I ADDED MY SON AND I DIDN'T KEEP THE HUSBAND.  BUT

15:47    3   IN 1999, JARROD WAS BORN.

15:47    4            THE HOUSE, THE WHOLE THING WORKED OUT PERFECTLY, THE

15:47    5   WAY I HAD ORIGINALLY DESIGNED IT, BECAUSE MY CHILDREN HAD THEIR

15:47    6   OWN LITTLE WING IN THE BACK OF THE HOUSE.  MY BEDROOM AND

15:48    7   BATHROOM AND EVERYTHING WAS IN THE FRONT OF THE HOUSE.  SO I

15:48    8   FIGURED AS THEY GOT OLDER, YOU KNOW, THEY WOULD HAVE A LITTLE

15:48    9   PRIVACY AND I WOULD HAVE A LITTLE PRIVACY.  SO IT WORKED OUT

15:48   10   FINE.

15:48   11   **Q.**   WHERE IS YOUR HOUSE IN ST. BERNARD PARISH AS IT RELATES TO

15:48   12   THE MISSISSIPPI RIVER GULF OUTLET AND THE 40 ARPENT CANAL?

15:48   13   **A.**   MY HOUSE IS LOCATED ONE HOUSE FROM THE 40 ARPENT CANAL

15:48   14   LEVEE.

15:48   15            **MR. ANDRY:**  CARL, COULD YOU PULL UP -- I THINK IT'S

15:48   16   PX-1810.4.

15:48   17   **BY MR. ANDRY:**

15:48   18   **Q.**   CAN YOU BLOW UP ON THERE, WITH A LITTLE BIT OF CARL'S

15:48   19   ASSISTANCE, AND TELL US -- CAN YOU TELL US IF THAT'S YOUR

15:48   20   HOUSE, THE APPROXIMATE LOCATION OF YOUR HOUSE?

15:48   21   **A.**   YES, THAT'S MY HOUSE.

15:48   22            **MR. ANDRY:**  CARL, COULD YOU PULL UP 2139.

15:48   23   **BY MR. ANDRY:**

15:49   24   **Q.**   IS THAT A PICTURE OF THE FRONT DOOR OF YOUR HOUSE, THE WAY

15:49   25   THAT IT LOOKED PRIOR TO HURRICANE KATRINA?

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:49 | 1 | **A.**  YES. |
| 15:49 | 2 | **Q.**  AND THEN GO TO THE NEXT PHOTOGRAPH.  IS THAT THE WAY YOUR |
| 15:49 | 3 | KITCHEN LOOKED, APPROXIMATELY, AT THE TIME OF HURRICANE |
| 15:49 | 4 | KATRINA? |
| 15:49 | 5 | **A.**  YES. |
| 15:49 | 6 | **MR. ANDRY:**  GO TO THE NEXT PHOTOGRAPH, PLEASE. |
| 15:49 | 7 | **BY MR. ANDRY:** |
| 15:49 | 8 | **Q.**  IS THAT THE WAY THAT YOUR BACKYARD LOOKED WITH THE POOL |
| 15:49 | 9 | APPROXIMATELY AT THE TIME OF HURRICANE KATRINA? |
| 15:49 | 10 | **A.**  YES. |
| 15:49 | 11 | **MR. ANDRY:**  COULD YOU GO TO THE NEXT PHOTOGRAPH, |
| 15:49 | 12 | PLEASE. |
| 15:49 | 13 | **BY MR. ANDRY:** |
| 15:49 | 14 | **Q.**  IS THAT THE HOT TUB THAT YOU TALKED ABOUT EARLIER? |
| 15:49 | 15 | **A.**  YES. |
| 15:49 | 16 | **Q.**  IS THAT THE WAY IT LOOKED APPROXIMATELY RIGHT BEFORE |
| 15:49 | 17 | HURRICANE KATRINA? |
| 15:49 | 18 | **A.**  WELL, I ACTUALLY REFINISHED THE OUTSIDE.  IT LOOKED A |
| 15:49 | 19 | LITTLE NICER.  BUT, YES, THAT'S IT. |
| 15:49 | 20 | **MR. ANDRY:**  COULD YOU GO TO THE NEXT PHOTOGRAPH. |
| 15:50 | 21 | **BY MR. ANDRY:** |
| 15:50 | 22 | **Q.**  IS THAT ANOTHER PICTURE OF YOUR BACKYARD PRIOR TO |
| 15:50 | 23 | HURRICANE KATRINA? |
| 15:50 | 24 | **A.**  YES. |
| 15:50 | 25 | **MR. ANDRY:**  COULD YOU GO TO THE NEXT PHOTOGRAPH, |

FINAL DAILY COPY

15:50  1  PLEASE.

15:50  2  **BY MR. ANDRY:**

15:50  3  **Q.**   COULD YOU TELL US WHERE THAT IS AT YOUR HOUSE.

15:50  4  **A.**   THAT'S THE RIGHT-HAND SIDE OF -- THAT'S ACTUALLY THE

15:50  5  CURB-A-GARDEN.  IT'S PART OF THE LANDSCAPING OF THE FRONT OF MY

15:50  6  HOUSE.

15:50  7  **Q.**   WAS YOUR HOUSE LANDSCAPED LIKE THAT PRIOR TO HURRICANE

15:50  8  KATRINA?

15:50  9  **A.**   YES.  FRONT AND BACK.

15:50  10  **Q.**   DID YOU PARTICIPATE IN THE GARDENING THAT CREATED THE

15:50  11  GARDEN DEPICTED IN THIS PHOTOGRAPH?

15:50  12  **A.**   I DID IT IN ITS ENTIRETY.

15:50  13  **Q.**   WHAT IS THE NEXT PHOTOGRAPH, PLEASE?  COULD YOU TELL US

15:50  14  WHERE THAT IS IN YOUR HOUSE.

15:50  15  **A.**   THAT IS THE FRONT OF MY HOUSE.  THOSE WINDOWS ARE ACTUALLY

15:50  16  MY BEDROOM.  I HAVE 12-FOOT CEILINGS IN MY BEDROOM, AND THAT'S

15:50  17  THE LANDSCAPING AND THE GARDENING THAT I DID.

15:50  18  **Q.**   WHAT IS THE NEXT PHOTOGRAPH?

15:50  19          **MR. ANDRY:**  COULD YOU ZOOM IN ON THAT.

15:50  20  **BY MR. ANDRY:**

15:50  21  **Q.**   IS THAT APPROXIMATELY THE WAY YOUR HOUSE LOOKED WHEN YOU

15:50  22  LEFT IT WHEN YOU EVACUATED FOR HURRICANE KATRINA?

15:51  23  **A.**   YES.

15:51  24  **Q.**   THE CAR IN THE FRONT, IS THAT YOUR FATHER'S CADILLAC

15:51  25  SEVILLE?

| 15:51 | 1 | **A.**   YES, IT IS.  MAROON.  UH-HUH. |
| 15:51 | 2 | **Q.**   LET ME ASK YOU A LITTLE BIT ABOUT YOUR NEIGHBORHOOD WITH |
| 15:51 | 3 | THE PHOTOGRAPH UP THERE.  DID YOU HAVE RELATIONS WITH THE |
| 15:51 | 4 | PEOPLE IN YOUR NEIGHBORHOOD? |
| 15:51 | 5 | **A.**   YES, I DID.  LIKE I SAID, WE ALL PRETTY MUCH BUILT WITHIN |
| 15:51 | 6 | PROBABLY TWO YEARS OF EACH OTHER.  SO WE HAD BEEN THERE, MOST |
| 15:51 | 7 | OF US, FOR 10 AND 11 YEARS.  A LOT OF US HAD LITTLE KIDS, AND |
| 15:51 | 8 | ALL OF OUR CHILDREN WENT TO ST. MARK, SO THEY WERE IN THE SAME |
| 15:51 | 9 | CLASSES.  WE WENT TO THE SAME CHURCH.  WE DID ALL THE SAME |
| 15:51 | 10 | FUNCTIONS.  WE WERE REALLY JUST REALLY GOOD FRIENDS. |
| 15:51 | 11 | THERE'S ACTUALLY THE SIX OF US, WE USED TO TEASE, |
| 15:51 | 12 | "THE SIX-PACK."  IT'S THE TWO NEIGHBORS ON EITHER SIDE OF ME |
| 15:51 | 13 | AND THE THREE ACROSS THE STREET.  WE WOULD PRETTY MUCH HAVE |
| 15:51 | 14 | BLOCK PARTIES FOR EVERY HOLIDAY.  YOU KNOW, I'D DO BARBECUES |
| 15:51 | 15 | AND STUFF, AND ALL THE KIDS WOULD BE AT MY HOUSE ALL THE TIME |
| 15:51 | 16 | IN THE SUMMER, OBVIOUSLY, BECAUSE OF THE POOL.  WE HAD CRAWFISH |
| 15:51 | 17 | BOILS.  WE WERE A PRETTY CLOSE-KNIT LITTLE NEIGHBORHOOD THERE. |
| 15:51 | 18 | SO I WOULDN'T EVEN JUST SAY THEY ARE NEIGHBORS.  I WOULD |
| 15:52 | 19 | CONSIDER THEM ALL REALLY -- THEY WERE ALL REALLY FRIENDS OF |
| 15:52 | 20 | MINE. |
| 15:52 | 21 | **Q.**   RIGHT AT THE TIME OF HURRICANE KATRINA, WERE BOTH OF YOUR |
| 15:52 | 22 | SONS AT ST. MARK'S? |
| 15:52 | 23 | **A.**   YES. |
| 15:52 | 24 | **Q.**   HOW CLOSE WAS ST. MARK'S TO YOUR HOUSE AT 3920 DESPAUX? |
| 15:52 | 25 | **A.**   PROBABLY A QUARTER OF A MILE AWAY.  NOT VERY FAR. |

15:52  1  **Q.**   IS ST. MARK'S A GRAMMAR SCHOOL?

15:52  2  **A.**   ST. MARK'S IS A GRAMMAR SCHOOL FROM PRE-K THROUGH 8TH.

15:52  3  **Q.**   WHERE WERE YOU PLANNING ON SENDING YOUR SONS TO SCHOOL

15:52  4  POST ST. MARK'S?

15:52  5  **A.**   ORIGINALLY, BEFORE THE HURRICANE, I WAS GOING TO SEND THEM

15:52  6  TO ARCHBISHOP HANNAN HIGH LOCATED IN MERAUX.

15:52  7  **Q.**   HOW CLOSE WAS HANNAN HIGH SCHOOL TO YOUR HOUSE AT

15:52  8  3920 DESPAUX?

15:52  9  **A.**   I WOULD HAVE TO SAY MAYBE A MILE AND A HALF, TWO MILES

15:52  10  AWAY.

15:52  11  **Q.**   NOW, TELL ME ABOUT A DAY -- JUST GIVE THE JUDGE A BRIEF

15:52  12  DESCRIPTION OF A WEEK IN THE LIFE OF TANYA SMITH AND HER

15:52  13  CHILDREN PRIOR TO HURRICANE KATRINA MAKING LANDFALL.

15:53  14  **A.**   NONCHAOTIC.  WE WERE LIKE EVERY TYPICAL FAMILY, YOU KNOW.

15:53  15  THE SCHOOL WAS CLOSE.  IT WAS EASY FOR ME TO GET THEM UP, GET

15:53  16  THEM DRESSED, AND DROP THEM OFF.

15:53  17          I'M A NURSE.  WELL, I'M A CERTIFIED REGISTERED NURSE

15:53  18  ANESTHETIST NOW, BUT I WAS AN RN BACK THEN.  I WORKED AT

15:53  19  BAPTIST HOSPITAL, WHICH IS ALSO MEMORIAL MEDICAL CENTER.

15:53  20          IT WAS A NICE ROUTINE.  IT WAS CALM.  WE DID HOMEWORK

15:53  21  IN THE AFTERNOONS.  WHEN THEY WERE FINISHED, THEY WENT AND RODE

15:53  22  BIKES WITH THEIR FRIENDS.

15:53  23          MY NEIGHBORHOOD, I AM .9 MILES AWAY FROM THE HIGHWAY,

15:53  24  SO I'M VERY FAR OUT OF TRAFFIC.  SO, BASICALLY, IF YOU'RE GOING

15:53  25  TO PASS MY HOUSE, YOU NEED TO BE COMING DOWN THAT WAY.  IT'S

15:53   1   NOT RIGHT OFF THE BEATEN PATH.  SO I COULD GO SIT IN -- YOU

15:53   2   KNOW, SIT OUT IN THE DRIVEWAY.  WE WOULD ALL SIT OUTSIDE.  THEY

15:53   3   WOULD RIDE BIKES OR, YOU KNOW, IN THE SUMMER THEY COULD SWIM.

15:53   4   IT WAS JUST REALLY NICE AND CALM.

15:53   5           AND LIKE I SAID, ON THE WEEKENDS WE ALWAYS GOT

15:54   6   TOGETHER.  MY FAMILY WOULD ACTUALLY ALWAYS COME IN.  SO MY

15:54   7   COUSIN, MY MOM, MY DAD, THEY WERE ALWAYS AT MY HOUSE.  WE DID

15:54   8   EVERYTHING AT MY HOUSE FOR THE HOLIDAYS.  THEN SUNDAYS WE WENT

15:54   9   TO MASS, AND WE EITHER DID SOMETHING AT CHURCH OR SCHOOL, OR WE

15:54   10  CAME BACK AND JUST RELAXED.

15:54   11  Q.   FROM YOUR PERSPECTIVE DID YOU CONSIDER THAT A HAPPY AND

15:54   12  CONTENT LIFE AND ONE YOU WOULD HAVE WANTED TO LIVE FOR THE REST

15:54   13  OF YOUR LIFE?

15:54   14  A.   YES.  I HAD NO PLANS OF LEAVING THE HOUSE OR MOVING.  LIKE

15:54   15  I SAID, IT WAS ENOUGH FOR ME.  IT WAS WHAT I WANTED ORIGINALLY,

15:54   16  AND I HAD NO PLANS ON CHANGING.

15:54   17  Q.   WHAT WAS YOUR FINANCIAL SITUATION AS FAR AS SAVINGS AND

15:54   18  WORK AT ABOUT THE TIME OF HURRICANE KATRINA?

15:54   19  A.   WELL, I STARTED WORKING AT MEMORIAL BACK IN 2002.  AND IN

15:54   20  ORDER TO BE ACCEPTED INTO THE NURSE ANESTHESIA PROGRAM, I HAD

15:54   21  TO WORK IN AN ICU SETTING FOR TWO YEARS.  SO I WENT IMMEDIATELY

15:54   22  INTO THE NEONATAL INTENSIVE CARE UNIT THERE AND WORKED.

15:55   23          I HAD ALWAYS PLANNED THAT I WAS GOING TO NURSING, I

15:55   24  WAS GOING TO WORK FOR THIS PERIOD OF TIME, AND THEN I WAS

15:55   25  PLANNING ON GOING STRAIGHT INTO SCHOOL.  SO I BEGAN -- I PICKED

15:55    1    UP EXTRA SHIFTS AND I TOOK EXTRA CALL, AND JUST ALL THIS DURING

15:55    2    THE TIME THAT I WAS APPLYING AND GETTING READY FOR SCHOOL.

15:55    3              SO I HAD HAD A DECENT AMOUNT OF SAVINGS, PROBABLY

15:55    4    ABOUT $10,000 IN SAVINGS, AND THEN I HAD A LITTLE BIT OF

15:55    5    INVESTMENTS -- PROBABLY ABOUT $12,000 -- THAT I HAD SAVED UP

15:55    6    WITH THE INTENTION THAT WAS GOING TO BE MY PRIMARY LIVING

15:55    7    EXPENSES FOR ME AND THE BOYS WHILE I WAS IN SCHOOL.  SO THE

15:55    8    ONLY THING I WOULD HAVE TO TAKE OUT IN A LOAN SITUATION WOULD

15:55    9    HAVE BEEN MY TUITION, WHICH WOULD HAVE BEEN ABOUT $32,000,

15:55   10    $35,000 FOR THE ENTIRETY OF THE PROGRAM.

15:55   11    **Q.**   WERE YOU WORKING YOURSELF THROUGH SCHOOL AND TAKING CARE

15:55   12    OF YOUR CHILDREN AND ACCUMULATING A SAVINGS?

15:55   13    **A.**   OH, YEAH.  I'VE ALWAYS WORKED WHILE I WAS IN ALL MY

15:55   14    PROGRAMS.  BEFORE BECOMING A NURSE, WHILE I WAS IN NURSING

15:56   15    SCHOOL, I ACTUALLY WORKED AT REGIONS BANK FOR A FEW YEARS.

15:56   16    **Q.**   PRIOR TO THE STORM, DID YOU HAVE ANY PLANS OF TAKING OUT

15:56   17    STUDENT LOANS?

15:56   18    **A.**   NO.  THE ONLY LOAN THAT I PLANNED ON DOING WAS TUITION IF

15:56   19    I COULDN'T SAVE UP ENOUGH AT THE TIME, BUT WHAT MY PLAN WAS,

15:56   20    I -- THE YEAR BEFORE SCHOOL, SO IN 2004, I BEGAN TAKING CLASSES

15:56   21    AS A SPECIAL STUDENT, WHICH ACTUALLY LOWERED THE NUMBER OF

15:56   22    CLASSES I WOULD HAVE TO TAKE MY FIRST YEAR OF ANESTHESIA

15:56   23    SCHOOL.  SO THAT WAY I HAD ALREADY DISCUSSED AND MADE

15:56   24    ARRANGEMENTS WITH MY HEAD NURSE TO WORK PART-TIME THROUGH THE

15:56   25    FOLLOWING MAY, WHICH WOULD BE MAY 2006.  I WAS GOING TO WORK

| | | |
|---|---|---|
| 15:56 | 1 | PART-TIME SO I WOULD STILL BE ABLE TO SAVE.  AND THEN ONCE MY |
| 15:56 | 2 | CLINICAL STARTED, THEN AT THAT POINT I MAY HAVE TO TAKE OUT |
| 15:56 | 3 | SOME LOAN FOR JUST TUITION. |
| 15:56 | 4 | **Q.**   BUT HUNDREDS OF THOUSANDS OF DOLLARS IN STUDENT LOANS WERE |
| 15:56 | 5 | NOT ON TANYA SMITH'S HORIZON AT THAT TIME, WERE THEY? |
| 15:56 | 6 | **A.**   NO, THEY WERE NOT. |
| 15:56 | 7 | **Q.**   NOW, DID YOUR HOUSE EVER FLOOD PRIOR TO HURRICANE KATRINA? |
| 15:57 | 8 | **A.**   NEVER. |
| 15:57 | 9 | **Q.**   DID YOU EVER GET ANY STREET FLOODING OR RAIN FLOODING IN |
| 15:57 | 10 | YOUR HOUSE PRIOR TO HURRICANE KATRINA? |
| 15:57 | 11 | **A.**   I NEVER HAD STANDING WATER ON MY STREET FOR THE 11 YEARS I |
| 15:57 | 12 | LIVED THERE. |
| 15:57 | 13 | **Q.**   DID YOU EVACUATE FOR HURRICANE KATRINA? |
| 15:57 | 14 | **A.**   YES. |
| 15:57 | 15 | **Q.**   COULD YOU TELL US ABOUT WHEN YOU DECIDED TO EVACUATE AND |
| 15:57 | 16 | HOW YOU WENT ABOUT EVACUATING FOR HURRICANE KATRINA. |
| 15:57 | 17 | **A.**   SURE.  I HAD BEEN AWARE OF THE STORM THE ENTIRE WEEK PRIOR |
| 15:57 | 18 | TO KATRINA.  ON FRIDAY, FRIDAY EVENING, THEY STARTED MOVING |
| 15:57 | 19 | THAT CONE A LITTLE BIT MORE TOWARDS LOUISIANA, AND THEN WE |
| 15:57 | 20 | STARTED GETTING IN THE PERIPHERY OF IT. |
| 15:57 | 21 |         SO AT THAT POINT I CALLED MY EX-HUSBAND, WHO LIVES IN |
| 15:57 | 22 | BATON ROUGE, AND I HAD ASKED HIM, IF THE STORM KEPT HEADING |
| 15:57 | 23 | THIS WAY, WOULD HE BE AVAILABLE TO PICK THE BOYS UP ON SATURDAY |
| 15:57 | 24 | BECAUSE I WAS SCHEDULED TO WORK SUNDAY AND MONDAY.  HE SAID |
| 15:57 | 25 | SURE, THAT WOULDN'T BE A PROBLEM. |

| | | |
|---|---|---|
| 15:57 | 1 | SO FRIDAY NIGHT, I JUST GOT TOGETHER -- PACKED THE |
| 15:57 | 2 | BOYS EACH A BAG FOR FOUR OR FIVE DAYS, LIKE WE DO ALL THE TIME; |
| 15:57 | 3 | YOU KNOW, IT'S GOING TO BE A LONG WEEKEND, EXTENDED WEEKEND.  I |
| 15:58 | 4 | GOT THEM A COUPLE LITTLE TOYS TO KEEP THEM BUSY AND THEIR |
| 15:58 | 5 | LITTLE DVD PLAYER AND THEIR LITTLE PLAYSTATION. |
| 15:58 | 6 | SATURDAY, I WOKE UP, AND WE WERE RIGHT SMACK IN THAT |
| 15:58 | 7 | CONE AT THAT POINT.  THE STORM WAS GETTING STRONGER.  IT WAS |
| 15:58 | 8 | GETTING CLOSER.  SO I FIGURED I WANTED TO GET THEM AS FAR AWAY |
| 15:58 | 9 | AS I COULD.  I FIGURED BATON ROUGE WAS A GOOD FIRST POINT AND |
| 15:58 | 10 | THEN WE'D SEE FROM THERE.  SO HE CAME AND PICKED THEM UP. |
| 15:58 | 11 | Q.   AT THE TIME YOU WERE WORKING IN THE NEONATAL INTENSIVE |
| 15:58 | 12 | CARE UNIT AT MEMORIAL? |
| 15:58 | 13 | A.   CORRECT. |
| 15:58 | 14 | Q.   WERE YOU SCHEDULED TO WORK DURING THE STORM? |
| 15:58 | 15 | A.   THE SCHEDULE WAS -- I WAS PLANNING ON WORKING SUNDAY AND |
| 15:58 | 16 | MONDAY.  BUT LIKE MOST HOSPITALS, THERE'S ALWAYS A HURRICANE |
| 15:58 | 17 | PLAN OR AN EMERGENCY PLAN, AND I WAS JUST WAITING TO BE |
| 15:58 | 18 | NOTIFIED ON WHICH TEAM I WOULD BE PLACED.  THERE'S AN A TEAM |
| 15:58 | 19 | AND A B TEAM.  A TEAM IS THE STORM TEAM AND B TEAM IS RECOVERY. |
| 15:58 | 20 | I HAD FIGURED I WOULD BE ON B BECAUSE I HAD |
| 15:59 | 21 | VOLUNTEERED TO STAY THE PREVIOUS YEAR, BUT I COULDN'T MAKE THAT |
| 15:59 | 22 | DETERMINATION AT THE TIME.  SO I JUST CALLED HIM AND SAID, |
| 15:59 | 23 | "COME PICK THEM UP, AND I'LL GET OUT OF HERE WHEN I CAN," |
| 15:59 | 24 | BASICALLY. |
| 15:59 | 25 | Q.   SO, SUBSEQUENT TO YOUR BOYS LEAVING, DID YOU EVACUATE |

```
15:59    1   YOURSELF?
15:59    2   A.   I DID.  THAT AFTERNOON, PROBABLY AROUND THREE-ISH, THEY
15:59    3   CALLED AND THEY CONFIRMED THAT I WAS GOING TO BE ON THE BACKUP
15:59    4   TEAM.  THEY GAVE ME INSTRUCTIONS ON WHAT TO DO, CALL THEM WHEN
15:59    5   I GET THERE, AND I WAS FREE TO LEAVE AND THAT THEY WOULD NOTIFY
15:59    6   US WHEN IT WAS TIME FOR US TO COME BACK.
15:59    7   Q.   WHAT DID YOU DO IN ORDER TO PREPARE YOURSELF AND YOUR
15:59    8   HOUSE TO EVACUATE FOR HURRICANE KATRINA?
15:59    9   A.   I WENT AROUND AND PICKED UP EVERYTHING I COULD.  I PUT
15:59   10   THINGS ON THE BEDS, UP IN THE CLOSETS, PUT THINGS IN MY ATTIC.
15:59   11        I ACTUALLY -- MY HOUSE HAS VAULTED CEILINGS AND HIGH
15:59   12   CEILINGS.  THEY ARE DIFFERENT HEIGHTS THROUGHOUT.  MY ATTIC
15:59   13   ACTUALLY SITS AT TWO DIFFERENT LEVELS, SO IT'S PRETTY HIGH UP.
16:00   14   SO I PUT SOME OF THE, YOU KNOW, THINGS I COULD LIFT MYSELF --
16:00   15   IT'S JUST ME, SO I FIGURED WHAT I COULD GET UP WOULD BE GOOD.
16:00   16   I FIGURED IF I GOT A LITTLE BIT OF WATER, YOU KNOW, A FOOT OR
16:00   17   TWO, IT WOULDN'T BE A BIG DEAL; I COULD SAVE MOST OF
16:00   18   EVERYTHING.
16:00   19        SO I DID ALL THAT, EXHAUSTED MYSELF, PACKED MYSELF UP
16:00   20   A BAG, AND THEN CALLED MY MOM AND DAD AND SISTER AND MADE
16:00   21   ARRANGEMENTS.
16:00   22   Q.   DID YOU EVACUATE WITH YOUR MOTHER AND FATHER?
16:00   23   A.   I DID.  WE TOOK MY MOM AND DAD WITH US.  I SAY "WE,"
16:00   24   MEANING ME AND MY SISTER.  MY PARENTS ARE OBVIOUSLY OLDER AND
16:00   25   JUST THE SHEER KNOWING, HAVING PREVIOUSLY EVACUATED, WHAT THE
```

| 16:00 | 1 | HIGHWAYS LOOK LIKE AND SITTING IN BUMPER-TO-BUMPER TRAFFIC, MY |
| 16:00 | 2 | SISTER AND I DECIDED IT WOULD BE BETTER IF WE DROVE.  SO WE |
| 16:00 | 3 | ACTUALLY SPLIT THEM UP, AND I TOOK MY MOTHER AND MY SISTER TOOK |
| 16:00 | 4 | MY FATHER TO BATON ROUGE. |
| 16:00 | 5 | **Q.**   YOU WENT TO YOUR EX-HUSBAND'S HOUSE IN BATON ROUGE? |
| 16:00 | 6 | **A.**   YES, I DID. |
| 16:00 | 7 | **Q.**   DID YOU STAY THERE FOR THE STORM? |
| 16:00 | 8 | **A.**   NO.  WE ACTUALLY STAYED THERE OVERNIGHT SATURDAY NIGHT. |
| 16:01 | 9 | SUNDAY MORNING, I WOKE UP AND THE STORM HAD BECOME A CATEGORY |
| 16:01 | 10 | 5.  IT LOOKED LIKE IT WAS HEADING STRAIGHT FOR US, AND IT |
| 16:01 | 11 | BASICALLY ENVELOPED THE ENTIRE GULF. |
| 16:01 | 12 | SO AT THAT POINT, I WAS REALLY WORRIED BECAUSE THE |
| 16:01 | 13 | PROXIMITY OF BATON ROUGE TO NEW ORLEANS IS, WHAT, 70 MILES.  SO |
| 16:01 | 14 | I KNEW AT THAT POINT, I MEAN, THAT THERE WERE TREES ALL OVER |
| 16:01 | 15 | HIS NEIGHBORHOOD AND STUFF.  I FIGURED WE WOULD LOSE POWER |
| 16:01 | 16 | THERE.  IT'S AUGUST.  IT'S 99 DEGREES. |
| 16:01 | 17 | MY FATHER HAD PREVIOUSLY HAD AN ABDOMINAL ANEURYSM |
| 16:01 | 18 | THAT ACTUALLY STRANGLED ONE OF HIS KIDNEYS, SO HE ONLY HAS ONE |
| 16:01 | 19 | FUNCTIONING KIDNEY, AND THAT KIDNEY ONLY FUNCTIONS 40 PERCENT. |
| 16:01 | 20 | SO WHAT THAT MEANS IS HE HAS A HISTORY OF CONGENITAL HEART |
| 16:01 | 21 | FAILURE.  HE HAS HAD PROBLEMS.  HE'S ON DIURETICS.  HE HAS |
| 16:01 | 22 | PROBLEMS WITH FLUID OVERLOAD, PULMONARY EDEMA.  SO I KNEW HE |
| 16:01 | 23 | COULDN'T BE WITHOUT AIR-CONDITIONING.  HE COULDN'T BE WITHOUT |
| 16:02 | 24 | WATER BECAUSE HE COULDN'T GET DEHYDRATED. |
| 16:02 | 25 | SO ALL OF THESE THINGS STARTED PLAYING AND I WAS |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:02 | 1 | LIKE, YOU KNOW, I NEED TO GET THEM AS FAR AWAY FROM HERE AS WE |
| 16:02 | 2 | CAN.  SO I CALLED A FRIEND THAT I HAD THAT HAD RECENTLY MOVED |
| 16:02 | 3 | TO SPRING, TEXAS, WHICH IS NORTH OF HOUSTON, AND SHE SAID, |
| 16:02 | 4 | "SURE.  BRING WHOEVER.  YOU KNOW, I MIGHT NOT BE ABLE TO PUT |
| 16:02 | 5 | YOU IN A BED, BUT YOU'RE WELCOME TO COME." |
| 16:02 | 6 | Q.   HOW LONG DID IT TAKE YOU TO DRIVE -- YOU LEFT BATON ROUGE, |
| 16:02 | 7 | BASICALLY, BECAUSE YOU WERE CONCERNED ABOUT THE SAFETY OF YOUR |
| 16:02 | 8 | FATHER IN A POST-HURRICANE ENVIRONMENT? |
| 16:02 | 9 | A.   AND, TOO, I DIDN'T WANT MYSELF OR MY KIDS TO BE CATCHING |
| 16:02 | 10 | FEEDER BANDS AND CATCHING THE BRUNT BECAUSE YOU NEVER KNOW |
| 16:02 | 11 | WHERE THE HURRICANE IS GOING TO FALL.  IT'S SO CLOSE AND IT WAS |
| 16:02 | 12 | SO STRONG.  AT THAT TIME IT WAS A CAT 5.  EVEN ONCE IT HIT |
| 16:02 | 13 | LAND, I WAS AFRAID IT WOULD BE A 3 OR A 4 WHEN IT HIT |
| 16:02 | 14 | BATON ROUGE.  SO I JUST WANTED TO GET THEM AWAY. |
| 16:02 | 15 | Q.   HOW LONG DID IT TAKE YOU TO GET TO TEXAS?  TELL US |
| 16:02 | 16 | SPECIFICALLY WHERE YOU WENT.  HOW LONG DID IT TAKE YOU TO GET |
| 16:02 | 17 | THERE? |
| 16:03 | 18 | A.   WE WENT NORTH OF HOUSTON.  A NORMAL TRIP TO WHERE MY |
| 16:03 | 19 | FRIEND LIVES IN SPRING WAS ABOUT SIX, SIX AND A HALF HOURS, AND |
| 16:03 | 20 | IT TOOK US NEARLY 16 HOURS TO GET THERE.  MY SISTER AND I DROVE |
| 16:03 | 21 | STRAIGHT THROUGH, STOPPING PERIODICALLY FOR RESTROOMS AND A |
| 16:03 | 22 | BITE TO EAT, BUT THERE WAS NO PULLING OVER.  WE DROVE STRAIGHT. |
| 16:03 | 23 | Q.   HOW LONG DID YOU STAY IN SPRING, TEXAS? |
| 16:03 | 24 | A.   WE STAYED IN SPRING UNTIL TUESDAY.  WE WOKE UP MONDAY, AND |
| 16:03 | 25 | MONDAY, DURING THE DAY, SAW THE STORM HAD COME ASHORE.  IT |

| | | |
|---|---|---|
| 16:03 | 1 | LOOKED PRETTY PROMISING.  YOU KNOW, I SAW SOME NEWS REPORTS |
| 16:03 | 2 | FROM POYDRAS STREET, AND THEY WERE TALKING.  SO I WAS LIKE, |
| 16:03 | 3 | "OH, GREAT."  YOU KNOW, "THIS LOOKS GOOD." |
| 16:03 | 4 | WE STAYED MONDAY UNTIL THE EVENING AND THEN PACKED |
| 16:03 | 5 | THE CAR UP MONDAY NIGHT AND SAID, OKAY, WE ARE GOING TO HEAD |
| 16:03 | 6 | OUT REAL EARLY TUESDAY MORNING TRYING TO GET A JUMP ON THE |
| 16:03 | 7 | TRAFFIC.  THE PLAN WAS TO GET AS FAR AS BATON ROUGE THAT DAY |
| 16:03 | 8 | AND THEN, FROM THEREON, WE WOULD HEAD HOME THE FOLLOWING DAY. |
| 16:03 | 9 | Q.   SO YOU WERE IN SPRING, TEXAS, WHEN HURRICANE KATRINA MADE |
| 16:03 | 10 | LANDFALL, AND THEN YOU DROVE BACK TO BATON ROUGE THE FOLLOWING |
| 16:04 | 11 | DAY? |
| 16:04 | 12 | A.   CORRECT.  WE ARRIVED IN BATON ROUGE LATE TUESDAY NIGHT -- |
| 16:04 | 13 | Q.   LET ME GO BACK A LITTLE BIT.  DID ANY OF YOUR FAMILY |
| 16:04 | 14 | MEMBERS REMAIN IN NEW ORLEANS -- |
| 16:04 | 15 | A.   YES. |
| 16:04 | 16 | Q.   -- DURING THE STORM? |
| 16:04 | 17 | A.   YES.  ACTUALLY, MY BROTHER STAYED.  HE LIVED AT 5924 |
| 16:04 | 18 | ST. CLAUDE NEXT TO MY MOTHER'S AND FATHER'S. |
| 16:04 | 19 | Q.   THAT'S IN THE OTHER HALF OF YOUR MOTHER AND FATHER'S |
| 16:04 | 20 | HOUSE; IS THAT CORRECT? |
| 16:04 | 21 | A.   CORRECT.  HE STAYED ALONG WITH HIS GIRLFRIEND AND SOME |
| 16:04 | 22 | FAMILY. |
| 16:04 | 23 | MY UNCLE STAYED, AND HE ACTUALLY -- HE STAYED IN MY |
| 16:04 | 24 | HOUSE AT 3920 DESPAUX.  HE WAS AN OLDER GENTLEMAN, HAD RIDDEN |
| 16:04 | 25 | OUT ALL THE HURRICANES AND SWORE HE WAS GOING TO RIDE THIS ONE |

| | | |
|---|---|---|
| 16:04 | 1 | OUT.  SO HE WAS ALWAYS AFRAID THAT SOMEONE WAS GOING TO ROB MY |
| 16:04 | 2 | HOUSE OR HE WAS AFRAID OF LOOTERS, SO HE REFUSED TO COME WITH |
| 16:04 | 3 | US.  I TRIED NUMEROUS TIMES. |
| 16:04 | 4 | SO HE DECIDED TO STAY, AND I LEFT SOME WATER AND AN |
| 16:04 | 5 | AX IN THE ATTIC AND SAID, YOU KNOW, OKAY -- YOU KNOW, NOT |
| 16:04 | 6 | THINKING HE WOULD BE IN HARM'S WAY BECAUSE WE HAD BEEN THROUGH |
| 16:05 | 7 | THIS SO MANY TIMES BEFORE. |
| 16:05 | 8 | Q.   WHEN YOU LEFT FOR HURRICANE KATRINA, DID YOU EXPECT TO GO |
| 16:05 | 9 | BACK IN TWO OR THREE DAYS? |
| 16:05 | 10 | A.   OH, YEAH.  ABSOLUTELY. |
| 16:05 | 11 | Q.   HOW LONG DID YOU WIND UP STAYING IN BATON ROUGE? |
| 16:05 | 12 | A.   WE STAYED IN BATON ROUGE ABOUT FIVE WEEKS. |
| 16:05 | 13 | Q.   WHAT WERE THE LIVING CONDITIONS IN BATON ROUGE LIKE? |
| 16:05 | 14 | A.   IT WAS CRAZY.  THERE WERE 16 OF US IN MY EX-HUSBAND'S |
| 16:05 | 15 | HOUSE, AND THAT IS A BASIC THREE-BEDROOM/TWO-BATH HOUSE.  WE |
| 16:05 | 16 | SLEPT ON, YOU KNOW, LIKE MOST PEOPLE AT THAT TIME, ON AIR |
| 16:05 | 17 | MATTRESSES OR CHAIRS AND FLOORS.  IT WAS EXTREMELY CROWDED. |
| 16:05 | 18 | EVERYONE WAS, YOU KNOW, GETTING ON EVERYONE ELSE'S NERVES, BUT |
| 16:05 | 19 | WE MADE DO.  YOU HAD TO DO WHAT YOU HAD TO DO. |
| 16:05 | 20 | Q.   DURING THAT TIME PERIOD, WERE YOU GETTING ANY REPORTS OR |
| 16:05 | 21 | ANY INFORMATION ABOUT THE DAMAGE TO YOUR HOUSE OR WATER IN THE |
| 16:05 | 22 | PARISH OR ANY INFORMATION AT ALL ABOUT ST. BERNARD? |
| 16:05 | 23 | A.   WELL, BEING OUT IN TEXAS, WE DIDN'T REALLY KNOW A WHOLE |
| 16:05 | 24 | LOT OF ANYTHING BECAUSE, OUT THERE, THEY WERE JUST MAINLY |
| 16:06 | 25 | COVERING WHAT WAS ON THE LOCAL NEWS AND RADIOS.  SO NO. |

16:06   1           I DROVE IN, YOU KNOW, LIKE I SAID, COMING TO

16:06   2   BATON ROUGE, THINKING I WOULD PULL IN THERE TUESDAY AND HEAD

16:06   3   HOME ON WEDNESDAY.  I WOULD LISTEN TO THE 870 AM CHANNEL, AND I

16:06   4   STARTED HEARING PEOPLE CALLING IN TALKING ABOUT WATER AND

16:06   5   STUFF.  I WAS LIKE, "OH, NO.  I SAW THE REPORTS ON TV.  I MEAN,

16:06   6   THEY WERE ON POYDRAS TALKING.  IT'S FINE."

16:06   7           I GOT TO MY EX-HUSBAND'S HOUSE, AND HE WAS LIKE, "OH,

16:06   8   DID YOU HEAR?  YOU KNOW, THERE'S WATER IN ST. BERNARD."

16:06   9           I WAS LIKE, "NO, I NEVER HEARD" -- YOU KNOW, "I DON'T

16:06   10  KNOW WHAT YOU ARE TALKING ABOUT."

16:06   11          HE SAID, "OH, YEAH."

16:06   12          I'M LIKE, "WELL, WHERE?"

16:06   13          HE SAID, "OH, SO-AND-SO SAID SO-AND-SO" --

16:06   14          I COULDN'T FIND ANYTHING.  I LOOKED ON MY LITTLE

16:06   15  COMPUTER.  THEN, FINALLY, MY COUSIN HAD CALLED, AND HER NEPHEW

16:06   16  WAS ACTUALLY A ST. BERNARD PARISH FIREMAN.  HE HAD STAYED FOR

16:06   17  THE STORM AND SOMEHOW WAS ABLE TO GET A SIGNAL THROUGH TO HER.

16:06   18  THEY HAD SAID, YES, THERE WAS WATER, BUT NOBODY KNEW WHERE.

16:06   19  NOBODY KNEW, OH, WAS IT MY HOUSE OR YOUR HOUSE OR ALL THAT.  WE

16:07   20  DIDN'T KNOW HOW HIGH.  SO I KNEW AT THAT POINT ON WEDNESDAY

16:07   21  THAT THERE WAS WATER, BUT I WAS JUST HOPING IT WASN'T MY HOUSE.

16:07   22  **Q.**  I KNOW HOW YOU FELT.  AFTER YOU SPENT THE TIME YOU SPENT

16:07   23  IN BATON ROUGE, WHEN DID YOU FIRST COME BACK WITH YOUR FAMILY

16:07   24  TO THE NEW ORLEANS AREA?

16:07   25  **A.**  I ACTUALLY SNUCK BACK IN WITH A PASS THROUGH JEFFERSON AND

16:07   1   WAS ABLE TO FIND A LANDLORD THAT I KNEW AND GOT AN APARTMENT

16:07   2   FOR MY PARENTS AND AN APARTMENT FOR MYSELF IN A SUBURB OF

16:07   3   NEW ORLEANS CALLED RIVER RIDGE.  TECHNICALLY, MY PARENTS LIVE

16:07   4   IN HARAHAN.  IT'S JUST A COUPLE BLOCKS AWAY, THOUGH.  THAT WAS

16:07   5   ABOUT FIVE WEEKS WE WERE ABLE TO GET BACK INTO THE APARTMENTS.

16:07   6   THE ELECTRICITY WAS BACK ON.

16:07   7   **Q.**   COULD YOU DESCRIBE WHO LIVED IN YOUR APARTMENT AND THE

16:08   8   TYPE OF LIVING CONDITIONS YOU HAD IN THE APARTMENT THAT YOU

16:08   9   LIVED IN IN HARAHAN.

16:08   10   **A.**   SURE.  IT'S A ONE-BEDROOM APARTMENT, IT WAS 550 SQUARE

16:08   11   FEET, AND ME AND BOTH OF MY CHILDREN LIVED THERE.  MY CHILDREN

16:08   12   SLEPT ON A PULLOUT SOFA BED AND I SLEPT ON A FUTON.

16:08   13   **Q.**   HOW LONG DID YOU STAY IN THAT LIVING ARRANGEMENT?

16:08   14   **A.**   FROM, LET'S SEE, END OF SEPTEMBER 2005 UNTIL MARCH OR

16:08   15   APRIL OF 2006 WAS THE FIRST TIME I WAS ACTUALLY ABLE TO ACQUIRE

16:08   16   A TWO-BEDROOM APARTMENT.  RENTALS WERE JUST NONEXISTENT.

16:08   17   **Q.**   COULD YOU DESCRIBE A DAY IN THE LIFE OF YOU AND YOUR KIDS

16:08   18   AT THAT TIME IN YOUR LIFE.

16:08   19   **A.**   SURE.  WHEN WE FIRST CAME BACK --

16:08   20        **MR. MYER:**  I WOULD LIKE TO RENEW FOR THE RECORD A

16:09   21   CONTINUING OBJECTION, YOUR HONOR, ABOUT MENTAL ANGUISH DAMAGES.

16:09   22        **THE COURT:**  THE COURT WILL NOTE THAT ALL OBJECTIONS

16:09   23   FILED IN MOTIONS IN LIMINE AND, OF COURSE, ALL DEFENSES RAISED

16:09   24   IN MOTIONS FOR SUMMARY JUDGMENT ARE PRESERVED FOR APPEAL AND

16:09   25   THROUGHOUT THIS TRIAL.

FINAL DAILY COPY

16:09    1          **MR. MYER:**  THANK YOU.

16:09    2    **BY MR. ANDRY:**

16:09    3    **Q.**   COULD YOU DESCRIBE A DAY IN THE LIFE OF YOU AND YOUR TWO

16:09    4    CHILDREN AT THAT POINT, WHEN YOU WERE LIVING IN THE APARTMENT

16:09    5    IN HARAHAN THAT WAS 550 SQUARE FEET.

16:09    6    **A.**   WELL, WHEN WE FIRST CAME BACK, MY PRIMARY TASK WAS GETTING

16:09    7    THEM IN SCHOOL, ENROLLING THEM IN SCHOOL, SO I FOUND A CATHOLIC

16:09    8    SCHOOL DOWN THE ROAD.

16:09    9          IT WAS VERY STRANGE.  WE WERE ON CURFEW.  ALL WE HAD,

16:09   10    BASICALLY, WAS ELECTRICITY.  THERE WAS NO TELEVISION OR CABLE

16:09   11    OR RADIO.  WE HAD THE MILITARY EVERYWHERE.  MY SON AT THE TIME

16:09   12    WAS SIX YEARS OLD AND WAS EXTREMELY, EXTREMELY SCARED OF THE

16:10   13    GUNS THAT THE -- I DON'T KNOW IF IT WAS THE GUARD, WHOEVER IT

16:10   14    WAS, IN JEFFERSON AT THE TIME WERE CARRYING.

16:10   15          SO, BASICALLY, I WOULD GET THEM READY AND GET THEM TO

16:10   16    SCHOOL.  AS SOON AS THEY CAME HOME, THEY WOULD PRETTY MUCH STAY

16:10   17    IN THE APARTMENT BECAUSE MY LITTLE ONE WAS AFRAID TO GO OUT,

16:10   18    AND MY OLDER ONE I WAS AFRAID TO LET OUT BECAUSE THERE WERE

16:10   19    DEBRIS EVERYWHERE AND THERE WAS HARDLY ANY STREETLIGHTS ON.  IT

16:10   20    WAS JUST -- IT WAS CRAZY.

16:10   21          MY SCHOOL HAD ACTUALLY DECIDED TO START THE PROGRAM

16:10   22    UP AGAIN, BUT IT HAD MOVED ITS LOCATION TO BATON ROUGE.  SO

16:10   23    THEN I HAD JUST MOVED BACK TO RIVER RIDGE A FEW WEEKS BEFORE,

16:10   24    SO THEN I HAD TO DRIVE FROM RIVER RIDGE TO BATON ROUGE EVERY

16:10   25    DAY TO ATTEND CLASSES AND DRIVE BACK.  AT THE TIME IT TOOK

| | | |
|---|---|---|
| 16:10 | 1 | PROBABLY TWO AND A HALF HOURS ONE WAY TO GET TO BATON ROUGE. |
| 16:10 | 2 | SO IT WAS VERY LONG DAYS, VERY EARLY MORNINGS, AND -- |
| 16:11 | 3 | **Q.**   SO YOU WERE DRIVING YOUR KIDS TO SCHOOL, AND DRIVING TO |
| 16:11 | 4 | BATON ROUGE TO GO TO SCHOOL YOURSELF, AND THEN DRIVING HOME, |
| 16:11 | 5 | AND THEN PICKING YOUR KIDS UP DOING YOUR NORMAL EVERYDAY LIFE, |
| 16:11 | 6 | AND THEN DOING THE SAME THING THE NEXT DAY? |
| 16:11 | 7 | **A.**   RIGHT.  CLASSES ENDED AROUND 3:00.  I WOULD USUALLY GET |
| 16:11 | 8 | HOME 5:30, 6:00.  IF I COULDN'T MAKE IT, MY PARENTS WOULD HAVE |
| 16:11 | 9 | THEM.  I WOULD PICK THEM UP, THEN IT WAS TIME FOR THEIR |
| 16:11 | 10 | HOMEWORK, THEN IT WAS TIME FOR MY HOMEWORK BECAUSE I WAS IN |
| 16:11 | 11 | SCHOOL. |
| 16:11 | 12 | THEN AFTERWARDS, YOU KNOW, THEN IT WAS TIME FOR ME TO |
| 16:11 | 13 | TRY TO -- YOU KNOW, DEFINITELY ALWAYS -- WE WERE ALWAYS TRYING |
| 16:11 | 14 | TO STAY ABREAST OF ANYTHING THAT WAS GOING ON AROUND.  THERE |
| 16:11 | 15 | WERE LOTS OF DIFFERENT SITES FOR SALVATION ARMY, RED CROSS, |
| 16:11 | 16 | STUFF LIKE THAT.  SO ONCE THEY WENT TO SLEEP, THAT'S WHEN I |
| 16:11 | 17 | WOULD DO ALL MY LITTLE, YOU KNOW, READING THE PAPERS AND ALL |
| 16:11 | 18 | THAT. |
| 16:11 | 19 | **Q.**   AT THE TIME OF THE STORM, PEOPLE WAS GIVING AWAY $2,000 |
| 16:11 | 20 | CHECKS.  DID YOU GET ONE OF THOSE $2,000 CHECKS? |
| 16:11 | 21 | **A.**   I DID, DIRECT DEPOSIT. |
| 16:11 | 22 | **Q.**   DID YOU GET ONE FOR EACH OF YOUR KIDS OR JUST FOR YOU? |
| 16:12 | 23 | **A.**   IT WAS PER HOUSEHOLD. |
| 16:12 | 24 | **Q.**   WHAT WERE YOU DOING FOR INCOME DURING THAT PERIOD? |
| 16:12 | 25 | **A.**   WE LIVED ON MY SAVINGS.  I HAD TO PULL OUT ALL THE MONEY I |

16:12    1    HAD PUT INTO THE INVESTMENT, AND SO WE LIVED ON IT AND WE RAN

16:12    2    THROUGH IT.

16:12    3    **Q.**   FOR YOU, AS A PARENT AND AS A MOTHER LIVING OFF OF THE

16:12    4    SAVINGS AFTER YOU HAD WORKED SO HARD TO ACCUMULATE IT, WAS THAT

16:12    5    A TRAUMATIC EXPERIENCE FOR YOU?

16:12    6    **A.**   IT WAS.  IT WAS AWFUL BECAUSE I -- I MEAN -- BUT AT THAT

16:12    7    POINT, THERE WAS NO OTHER ALTERNATIVE.  THERE WAS NOTHING.  YOU

16:12    8    KNOW, I HAD LOST OF MY JOB BECAUSE OF THE STORM.  THE HOSPITAL

16:12    9    NEVER REOPENED, SO THERE WASN'T A -- THERE WAS NO OTHER OPTION.

16:12   10    I HAD TO.

16:12   11           IT WAS VERY DISHEARTENING BECAUSE I HAD WORKED SO

16:12   12    HARD TO GET MYSELF IN A GOOD SPOT TO BE PREPARED FOR SCHOOL,

16:12   13    BUT YOU DO WHAT YOU HAVE TO DO.  YOU KNOW, YOU LIVE DAY TO DAY.

16:12   14    IT WASN'T WORRYING ABOUT "WHAT ARE WE GOING TO DO NEXT WEEK

16:12   15    WHEN WE RUN OUT OF MONEY?"  IT'S "OKAY.  WELL, WE'VE GOT ENOUGH

16:13   16    MONEY TODAY, SO LET'S PAY THE RENT."

16:13   17    **Q.**   LIKE A SURVIVAL TYPE OF LIVING?

16:13   18    **A.**   ABSOLUTELY.

16:13   19    **Q.**   COULD YOU HAVE GONE BACK TO ST. BERNARD AT THAT TIME?

16:13   20    **A.**   NO.  WE WEREN'T ALLOWED BACK INTO THE PARISH UNTIL EIGHT,

16:13   21    NINE WEEKS POST-KATRINA.

16:13   22    **Q.**   THAT WOULD HAVE BEEN SOMETIME IN OCTOBER?

16:13   23    **A.**   I THINK SO.

16:13   24    **Q.**   WHEN DID YOU FIRST RETURN TO YOUR HOUSE AT 3920 DESPAUX

16:13   25    AFTER THE STORM?

| | | |
|---|---|---|
| 16:13 | 1 | **A.**  I WANT TO SAY IT WAS MID OCTOBER.  ST. BERNARD PARISH HAD |
| 16:13 | 2 | DECIDED THEY WERE GOING TO OPEN IT UP ON A "LOOK, SEE, AND |
| 16:13 | 3 | LEAVE" CONDITION.  AND THEN THEY HAD DONE IT IN QUADRANTS, SO |
| 16:13 | 4 | EVERYONE WOULDN'T RUSH IN AT ONE TIME, BECAUSE IT WAS STILL |
| 16:13 | 5 | VERY DANGEROUS.  THERE WAS STUFF EVERYWHERE. |
| 16:13 | 6 | SO MY FIRST TRIP BACK, I WENT ON MY OWN.  I DID NOT |
| 16:13 | 7 | TAKE MY CHILDREN.  IT WAS PROBABLY MID OCTOBER, I WOULD SAY. |
| 16:14 | 8 | **Q.**  AT THAT TIME DID YOU KNOW FOR CERTAIN THAT YOUR HOUSE EVEN |
| 16:14 | 9 | HAD WATER IN IT? |
| 16:14 | 10 | **A.**  NO.  I MEAN, I HAD HEARD ALL THE REPORTS THAT, YOU KNOW, |
| 16:14 | 11 | THERE WAS WATER AND IT'S THE PARISH THAT WAS 100 PERCENT |
| 16:14 | 12 | FLOODED AND STUFF, BUT DIDN'T REALLY KNOW HOW MUCH.  THERE |
| 16:14 | 13 | REALLY WASN'T A LOT OF COMMUNICATION, ESPECIALLY ABOUT |
| 16:14 | 14 | ST. BERNARD PARISH.  NO ONE EVER MENTIONED IT ON THE NEWS.  IT |
| 16:14 | 15 | WAS LIKE IT WAS A HUSH-HUSH THING. |
| 16:14 | 16 | SO YEAH, I MEAN, FIGURED I HAD WATER.  I KNEW THAT WE |
| 16:14 | 17 | HAD HAD WATER.  BUT, YOU KNOW, I WAS FIGURING 2 OR 3 FEET, YOU |
| 16:14 | 18 | KNOW, I WOULD STILL MAKE OUT PRETTY GOOD.  SO I WAS HOPING THAT |
| 16:14 | 19 | IT WASN'T AS BAD AS I THOUGHT OR SAW. |
| 16:14 | 20 | **Q.**  NOT AS BAD AS YOU SAW, BUT I UNDERSTAND THAT YOU HELD OUT |
| 16:14 | 21 | HOPE ON YOUR WAY IN. |
| 16:14 | 22 | **MR. ANDRY:**  COULD YOU PULL UP PICTURE 1499.1.  IT'S |
| 16:14 | 23 | PAGE 1 OF EXHIBIT 1499, PLEASE. |
| 16:14 | 24 | **BY MR. ANDRY:** |
| 16:14 | 25 | **Q.**  IS THIS ABOUT HOW YOUR HOUSE LOOKED WHEN YOU GOT BACK? |

FINAL DAILY COPY

16:14    1   **A.**   YES, THAT IS WHAT THE HOUSE LOOKED LIKE.

16:15    2   **Q.**   WHEN YOU WENT BACK THAT DAY, COULD YOU TELL US HOW HOT IT

16:15    3   WAS.

16:15    4   **A.**   OH, WOW.  IT WAS TERRIBLE.  IT WAS PROBABLY STILL IN THE

16:15    5   90S.  GETTING TO THE HOUSE IN AND OF ITSELF WAS A TASK BECAUSE

16:15    6   THERE WAS -- LIKE I SAID, ST. BERNARD HAD DONE THE BEST THEY

16:15    7   COULD, BUT THE PARISH WAS JUST SO DECIMATED.  THERE WERE BOATS

16:15    8   EVERY -- YOU KNOW, ON THE STREETS AND CARS ON ROOFS STILL.  IT

16:15    9   WAS CRAZY.

16:15   10   **Q.**   I SEE IN THIS PHOTOGRAPH THAT YOUR FATHER'S CAR IS NO

16:15   11   LONGER THERE.  WHERE DID Y'ALL FIND YOUR FATHER'S CAR?

16:15   12   **A.**   WE FOUND IT ABOUT THREE BLOCKS UP AND WITH THE FRONT END

16:15   13   STILL ON SOMEONE'S -- I GUESS YOU WOULD CALL IT A CARPORT, KIND

16:15   14   OF HANGING.

16:15   15   **Q.**   LOOKING AT THAT PHOTOGRAPH, IT APPEARS THAT THERE'S A

16:15   16   SIGNIFICANT AMOUNT OF MUD IN YOUR FRONT YARD.  IS THAT WHAT YOU

16:15   17   FOUND WHEN YOU RETURNED?

16:15   18   **A.**   THAT MUD WAS EVERYWHERE.  IT WAS ALMOST LIKE A TAR.  IF

16:16   19   YOU SEE THE -- YOU CAN SEE ALL THE -- IT LOOKS LIKE GRASS.

16:16   20   THAT'S ACTUALLY MARSH GRASS THAT MUST HAVE BLOWN IN.  IT FLEW

16:16   21   IN ON TOP OF IT.  IT WAS JUST LIKE -- AND IT WAS ACTUALLY

16:16   22   SLUSHY.  SOME PARTS WERE DRY, BUT SOME PARTS WERE STILL WET

16:16   23   EVEN EIGHT, NINE WEEKS LATER.

16:16   24   **Q.**   WHEN YOU WENT IN ON THE LOOK-SEE, DID YOU GET OUT WEARING

16:16   25   HIP -- TELL US HOW YOU WERE DRESSED AT THE TIME.

| | | |
|---|---|---|
| 16:16 | 1 | **A.**   I HAD THE BOOTS, THE BIG WADERS.  WHEN I FIRST GOT OUT -- |
| 16:16 | 2 | THAT'S ACTUALLY MY CAR ON THE LITTLE PIECE ON THE SIDE OF THE |
| 16:16 | 3 | DRIVEWAY.  I HAD AN N95 MASK BECAUSE WE DIDN'T KNOW WHAT -- I |
| 16:16 | 4 | HAVE ASTHMA VERY BAD, SO I DIDN'T KNOW WHAT POLLUTANTS WERE |
| 16:16 | 5 | THERE, YOU KNOW, SO I WASN'T TAKING ANY CHANCES. |
| 16:16 | 6 |          SO I HAD THE BOOTS AND I HAD THAT, AND I TOOK ALL |
| 16:16 | 7 | THESE PHOTOS.  THEN BEFORE WE ACTUALLY TOUCHED ANYTHING AT ALL, |
| 16:17 | 8 | WE ALL HAD THE BIG LATEX GLOVES THAT WE HAD BOUGHT. |
| 16:17 | 9 |          **MR. ANDRY:**  CARL, COULD YOU PULL UP PHOTOGRAPH 7, |
| 16:17 | 10 | PLEASE.  IT'S PAGE 7. |
| 16:17 | 11 | **BY MR. ANDRY:** |
| 16:17 | 12 | **Q.**   IS THAT WHAT YOUR FRONT DOOR LOOKED LIKE WHEN YOU RETURNED |
| 16:17 | 13 | FOR THE LOOK-SEE? |
| 16:17 | 14 | **A.**   YES, THAT WAS THE LOOK-SEE, UH-HUH, FIRST TIME BACK. |
| 16:17 | 15 | **Q.**   DURING THAT LOOK-AND-SEE PERIOD, ISN'T IT TRUE THAT YOU |
| 16:17 | 16 | HAD TO LEAVE BY A CERTAIN TIME BECAUSE AT THE TIME ST. BERNARD |
| 16:17 | 17 | PARISH WAS UNDER A CURFEW? |
| 16:17 | 18 | **A.**   YES, IT WAS UNDER A CURFEW.  BUT EVEN ON TOP OF THAT, YOU |
| 16:17 | 19 | HAD TO BE OUT BEFORE DUSK BECAUSE THERE WAS NO ELECTRICITY. |
| 16:17 | 20 | **Q.**   HOW DID YOU GET INTO YOUR HOUSE? |
| 16:17 | 21 | **A.**   WE ACTUALLY HAD TO USE AN AX TO AX DOWN THAT -- AX THE |
| 16:17 | 22 | LOCK OUT AND KIND OF BUSTED THAT DOOR OUT.  WE COULD GET THE |
| 16:17 | 23 | DOOR AJAR MAYBE EIGHT INCHES BECAUSE ALL THE FURNITURE HAD |
| 16:17 | 24 | LITERALLY -- IT LOOKED LIKE SOMEBODY HAD TOOK THE HOUSE, SHOOK |
| 16:17 | 25 | IT UP, AND EVERYTHING FELL. |

16:17    1              THE SOFA WAS KIND OF BLOCKING THE DOOR.  AND IT'S NOT

16:17    2    JUST LIKE MOVING THE SOFA.  THE SOFA WAS STILL DRIPPING WET; IT

16:18    3    WAS SO HEAVY YOU COULD BARELY MOVE TO GET IN.

16:18    4              **MR. ANDRY:**  COULD YOU PULL UP PAGE 3, PLEASE.

16:18    5    **BY MR. ANDRY:**

16:18    6    **Q.**   NOW, IS THAT WHAT YOUR KITCHEN LOOKED LIKE WHEN YOU

16:18    7    RETURNED?

16:18    8    **A.**   YES, THAT WAS MY KITCHEN.

16:18    9    **Q.**   IS THAT THE REFRIGERATOR IN THE CENTER OF THE PICTURE?

16:18   10    **A.**   YES.  THAT WAS THE REFRIGERATOR THAT I HAD LEFT ALL THE

16:18   11    FOOD IN, IN THE CENTER OF THE KITCHEN, AND IT WAS HORRENDOUS,

16:18   12    THE SMELL.  BETWEEN THE MARSH GRASS, THE NASTY MUD, AND THE

16:18   13    ROTTED FOOD, IT WAS HORRIBLE.

16:18   14    **Q.**   WAS THERE ANYTHING ALIVE IN YOUR HOUSE WHEN YOU RETURNED?

16:18   15    **A.**   UNFORTUNATELY --

16:18   16    **Q.**   OR "DID YOU FIND LIVING THINGS IN YOUR HOUSE?" IS PROBABLY

16:18   17    A BETTER QUESTION.

16:18   18              **THE COURT:**  I'M SURE THERE WERE SOME MICROORGANISMS.

16:18   19    **BY MR. ANDRY:**

16:18   20    **Q.**   VISIBLE LIVING CREATURES?

16:18   21    **A.**   THERE WERE LOTS OF CRITTERS, AND THERE WAS ACTUALLY STILL

16:18   22    SNAKES IN MY HOUSE.  I REMEMBER THIS VERY VIVIDLY BECAUSE I WAS

16:18   23    IN RUBBER BOOTS AND WALKING, TRYING TO GET INTO THIS AREA, AND

16:18   24    I SAW SOMETHING MOVE.

16:18   25              BECAUSE YOU HAVE TO UNDERSTAND, WHEN WE WENT BACK, IT

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:19 | 1 | WASN'T JUST WALKING IN.  THERE WAS STILL PROBABLY THREE FEET OF |
| 16:19 | 2 | MUD SLUSH IN THE HOUSE AND STILL A LOT OF WATER IN THERE.  I |
| 16:19 | 3 | COULD SEE LIKE A RIBBON COMING AT ME, AND IT WAS SLIDING ON A |
| 16:19 | 4 | BROKEN MIRROR ON THE FLOOR, AND IT WAS A SNAKE.  THERE WERE |
| 16:19 | 5 | SNAKES ALL IN MY HOUSE. |
| 16:19 | 6 | **MR. ANDRY:**  COULD YOU PULL UP PAGE 2, CARL, PLEASE. |
| 16:19 | 7 | **BY MR. ANDRY:** |
| 16:19 | 8 | **Q.**   IS THAT WHAT YOUR POOL LOOKED LIKE IN THE BACKYARD WHEN |
| 16:19 | 9 | YOU RETURNED? |
| 16:19 | 10 | **A.**   YES, THAT WAS MY POOL, AS YOU SEE ALL THAT MARSH GRASS. |
| 16:19 | 11 | ACTUALLY, THE VIEW HERE IS THE SIDE OF THE POOL AND THE SLIDE. |
| 16:19 | 12 | THAT WAS ACTUALLY THE LOWEST OF THE MARSH GRASS.  TO |
| 16:19 | 13 | THE RIGHT OF THE PHOTO IS PRETTY MUCH THE HEIGHT ALL THE WAY |
| 16:19 | 14 | AROUND THE POOL.  THE MARSH GRASS WENT UP PROBABLY -- AFTER IT |
| 16:19 | 15 | HAD DRIED AND SETTLED, IT WAS PROBABLY ABOUT 4 FEET.  BUT IT |
| 16:19 | 16 | WASN'T JUST GRASS.  UNDERNEATH THAT WAS ALL THAT NASTY SOOT, |
| 16:19 | 17 | MUD, SLUDGE, THAT I ACTUALLY WHEEL-BARRELED AND SHOVELED THAT |
| 16:20 | 18 | ENTIRE DECK OFF MYSELF.  OF COURSE, IT TOOK QUITE A WHILE. |
| 16:20 | 19 | **Q.**   WE'LL GET TO THAT IN JUST A SECOND. |
| 16:20 | 20 | **MR. ANDRY:**  COULD YOU SHOW US PHOTOGRAPH 6, PAGE 6, |
| 16:20 | 21 | PLEASE. |
| 16:20 | 22 | **BY MR. ANDRY:** |
| 16:20 | 23 | **Q.**   IS THAT THE PHOTOGRAPH DEPICTING WHERE YOUR HOT TUB WAS |
| 16:20 | 24 | WHEN YOU GOT BACK ON THE DAY YOU WENT FOR THE LOOK-SEE? |
| 16:20 | 25 | **A.**   YES.  THAT'S WHERE IT LANDED.  IT MUST HAVE FLOATED WITH |

16:20    1   THE WATER, AND IT CRASHED DOWN ON THE STAIRS.

16:20    2   **Q.**   IT LOOKS TO ME, BUT I -- IS THE HOT TUB IN OR OUT OF THE

16:20    3   POOL IN THIS PICTURE?

16:20    4   **A.**   NO.   IT'S ACTUALLY IN THE POOL.   WE HAD TO RENT A -- I

16:20    5   GUESS YOU'D CALL IT A LITTLE BOBCAT OR SOMETHING.   WE HAD TO

16:20    6   TAKE DOWN THE AWNING AND DRAG THE HOT TUB OUT OF THE POOL.

16:20    7           **MR. ANDRY:**   COULD YOU PULL UP PAGE 14, PLEASE.

16:20    8   **BY MR. ANDRY:**

16:20    9   **Q.**   COULD YOU TELL US WHAT THAT PHOTOGRAPH IS.

16:21   10   **A.**   THAT IS CALEB'S BEDROOM.

16:21   11   **Q.**   IS THAT THE WAY YOU FOUND HIS BEDROOM ON THE DAY THAT YOU

16:21   12   WENT BACK TO SEE YOUR HOUSE?

16:21   13   **A.**   YES.

16:21   14           **MR. ANDRY:**   YOUR HONOR, WE ARE FINISHED WITH THE

16:21   15   PHOTOGRAPHS AT THIS POINT, BUT THERE ARE NUMEROUS OTHER

16:21   16   PHOTOGRAPHS IN EXHIBIT 1499 THAT I DIRECT YOUR ATTENTION TO.

16:21   17   FOR THE PURPOSE OF EXPEDIENCY, WE CHOSE JUST TO USE THESE.

16:21   18   **BY MR. ANDRY:**

16:21   19   **Q.**   AT THAT POINT, MS. SMITH, WAS THAT THE FIRST TIME AFTER

16:21   20   THE STORM THAT YOU WERE CERTAIN/SURE THAT YOUR HOUSE WAS

16:21   21   DAMAGED?

16:21   22   **A.**   YEAH, ABSOLUTELY.   WHEN I PULLED UP, I KNEW -- YOU KNOW,

16:21   23   DRIVING DOWN THE STREET, LOOKING AT THE BOATS SITTING ON THE

16:21   24   ROOFS, I STARTED GETTING NERVOUS, THINKING, "THIS IS GOING TO

16:21   25   BE BAD.   THIS IS GOING TO BE REALLY BAD."   WHEN I PULLED UP, I

| | | |
|---|---|---|
| 16:21 | 1 | CAN STILL REMEMBER, I JUST -- ACTUALLY, THE CAMERA, I STOOD |
| 16:22 | 2 | ACROSS THE STREET AND I JUST KEPT LOOKING AT IT AND LOOKING AT |
| 16:22 | 3 | IT AND SAYING, "OH, MY GOD, THIS IS HORRIBLE." |
| 16:22 | 4 | I HADN'T EVEN BEEN IN THE HOUSE YET.  I COULD JUST |
| 16:22 | 5 | SEE THE -- I WAS LIKE, "OH, NO."  YOU KNOW, PRETTY MUCH, I KNEW |
| 16:22 | 6 | AT THAT POINT WHEN I SAW IT THAT I HAD LOST EVERYTHING I HAD |
| 16:22 | 7 | WORKED FOR. |
| 16:22 | 8 | Q.  HOW WAS THE DRIVE?  WAS THE DRIVE BACK TO BATON ROUGE |
| 16:22 | 9 | TRAUMATIC FOR YOU? |
| 16:22 | 10 | A.  ACTUALLY, AT THE TIME, WHEN I FIRST GOT IN, I WAS BACK IN |
| 16:22 | 11 | RIVER RIDGE. |
| 16:22 | 12 | Q.  WHEN YOU DROVE OUT OF THE PARISH ON THE FIRST DAY THAT YOU |
| 16:22 | 13 | CAME IN FOR A LOOK-AND-SEE, WAS THAT A TRAUMATIC CAR RIDE? |
| 16:22 | 14 | A.  IT WAS TERRIBLE.  YOU KNOW, WE WERE DRIVING OUT PARIS ROAD |
| 16:22 | 15 | BECAUSE YOU COULD ONLY COME IN ONE WAY, AND I REMEMBER THIS |
| 16:22 | 16 | HUGE CROSS AT PARIS ROAD, AND IT SAID, "WE WILL NOT FORGET," OR |
| 16:22 | 17 | SOMETHING LIKE THAT. |
| 16:22 | 18 | IT WAS HORRIBLE BECAUSE, THAT DAY WHEN I LEFT, I |
| 16:22 | 19 | PRETTY MUCH WAS IN THE MIND-SET OF "THIS IS IT.  I'LL NEVER BE |
| 16:23 | 20 | BACK.  IT'S OVER." |
| 16:23 | 21 | Q.  THERE'S A LOT OF CONTENTS IN YOUR HOUSE.  DID YOU EVER |
| 16:23 | 22 | PREPARE A LIST OF THE CONTENTS YOU LOST FROM THE DAMAGE OF THE |
| 16:23 | 23 | MUD AND FLOODING OF HURRICANE KATRINA? |
| 16:23 | 24 | A.  I DID.  I SAT DOWN AFTERWARDS AND WROTE A LIST FROM MEMORY |
| 16:23 | 25 | OF EVERYTHING I COULD REMEMBER, TO THE BEST OF MY KNOWLEDGE, |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:23 | 1 | THAT I OWNED. |
| 16:23 | 2 | **Q.**   DID YOU GIVE THAT LIST TO ME? |
| 16:23 | 3 | **A.**   YES.  IT WAS IN A LITTLE NOTEBOOK. |
| 16:23 | 4 |         **MR. ANDRY:**  COULD YOU PULL UP EXHIBIT 1710, PLEASE. |
| 16:23 | 5 | **BY MR. ANDRY:** |
| 16:23 | 6 | **Q.**   IS THAT THE HANDWRITTEN CONTENTS LIST THAT YOU PREPARED? |
| 16:23 | 7 | **A.**   YES, IT IS. |
| 16:23 | 8 | **Q.**   IN LOOKING AT THAT LIST AND THINKING ABOUT IT NOW, DID |
| 16:23 | 9 | THAT INCLUDE ABSOLUTELY EVERY PIECE OF CONTENTS THAT YOU HAD IN |
| 16:23 | 10 | YOUR HOUSE AT THE TIME OF HURRICANE KATRINA? |
| 16:23 | 11 | **A.**   NO, I'M SURE IT DIDN'T.  THERE WERE A COUPLE THINGS AFTER |
| 16:24 | 12 | THAT THAT I REMEMBER THAT I HAD NOT ADDED, BUT I DID THE BEST I |
| 16:24 | 13 | COULD.  I HAD SOME PRESTORM PHOTOS I HAD MADE FOR INSURANCE, |
| 16:24 | 14 | AND I JUST KIND OF SAT DOWN AND TRIED TO THINK ROOM BY ROOM. |
| 16:24 | 15 | BUT, NO, I'M SURE THERE'S A LOT OF STUFF I LEFT OFF. |
| 16:24 | 16 | **Q.**   WERE THERE THINGS ON THAT LIST THAT YOU DIDN'T PUT ON |
| 16:24 | 17 | THERE BECAUSE THEY WERE IRREPLACEABLE? |
| 16:24 | 18 | **A.**   YES.  AS A MATTER OF FACT, THERE IS -- I REMEMBER NOW, |
| 16:24 | 19 | JUST SAYING THAT, THAT THERE WAS ACTUALLY -- I MEAN, I GUESS IT |
| 16:24 | 20 | REALLY WASN'T VERY, VERY VALUABLE, BUT MY GRANDMOTHER HAD |
| 16:24 | 21 | PASSED AWAY AT A YOUNG AGE AND HAD LEFT ME ANTIQUE DIAMOND STUD |
| 16:24 | 22 | EARRINGS THAT WERE HER -- AND MY FATHER ACTUALLY KEPT THEM |
| 16:24 | 23 | UNTIL I TURNED 16 AND -- I'M SORRY.  SO HE GAVE THEM TO ME |
| 16:24 | 24 | THEN.  SHE LEFT ME NOTES, AND THEY WERE LOST IN THE STORM.  SO |
| 16:24 | 25 | THAT'S PROBABLY THE MOST VALUABLE THING THAT I HAD. |

| | | |
|---|---|---|
| 16:24 | 1 | **Q.**   I CAN'T COMPREHEND WHAT IT WOULD BE LIKE TO SIT THERE AND |
| 16:25 | 2 | SEE EVERYTHING I OWNED GONE, BUT COULD YOU TELL US WHAT YOU |
| 16:25 | 3 | DECIDED TO DO WITH YOUR LIFE AT THAT POINT AND WHAT YOU DID |
| 16:25 | 4 | ACCOMPLISH AFTER THAT WITH REGARD TO YOUR HOUSE. |
| 16:25 | 5 | **A.**   SURE.   IT WAS A FEW MONTHS THERE WHERE WE REALLY DIDN'T |
| 16:25 | 6 | TAKE ANY ACTION BECAUSE WE DIDN'T KNOW WHAT WE WERE GOING TO BE |
| 16:25 | 7 | ALLOWED TO DO BECAUSE THE PARISH WAS STILL KIND OF |
| 16:25 | 8 | COMMANDEERING, YOU KNOW, TELLING US WHAT WE COULD DO, WHEN WE |
| 16:25 | 9 | COULD COME IN AND STUFF. |
| 16:25 | 10 | ONCE FEMA HAD COME IN AND OFFERED TO START SETTING |
| 16:25 | 11 | TRAILERS AND EVERYTHING, I HAD DECIDED -- AND I HAD MET UP WITH |
| 16:25 | 12 | MY NEIGHBORS A FEW TIMES, EVEN OUTSIDE, AND THEY WERE ALL |
| 16:25 | 13 | TALKING ABOUT, "YEAH, I MIGHT COME BACK," AND SO FORTH AND SO |
| 16:25 | 14 | ON.   SO I DECIDED THAT, IN MY OWN BEST INTEREST, I WAS GOING TO |
| 16:25 | 15 | GO BACK AND I WAS GOING TO REBUILD THE HOUSE AND I WAS GOING TO |
| 16:25 | 16 | TRY AGAIN. |
| 16:25 | 17 | LIKE I SAID, I LOVED MY HOUSE.   YOU KNOW, I WAS A |
| 16:25 | 18 | LITTLE SCARED ABOUT WOULD EVERYTHING COME BACK AND HOW IT WOULD |
| 16:26 | 19 | BE, BUT I FIGURED EMOTIONALLY, FINANCIALLY, EVERYTHING, IT WAS |
| 16:26 | 20 | PROBABLY THE BEST CHOICE.   SO I STARTED TO REBUILD. |
| 16:26 | 21 | **Q.**   DID YOU FEEL AT THAT TIME THAT YOUR CHILDREN WERE |
| 16:26 | 22 | DEPENDENT UPON YOU? |
| 16:26 | 23 | **A.**   OH, MY CHILDREN HAVE ALWAYS BEEN DEPENDENT UPON ME.   I AM |
| 16:26 | 24 | THE SOLE PROVIDER. |
| 16:26 | 25 | **Q.**   WHAT I'M ASKING IS:   FROM AN EMOTIONAL PERSPECTIVE AND A |

FINAL DAILY COPY

16:26   1   PSYCHOLOGICAL PERSPECTIVE FROM YOU, DID YOU FEEL LIKE THAT WAS

16:26   2   A GREATER WEIGHT OR A GREATER STRESS ON YOU, KNOWING THAT YOU

16:26   3   HAD TWO CHILDREN TO TAKE CARE OF?

16:26   4   **A.**   OH, YEAH.  I THINK THEY WERE A LOT AND PART OF ME DECIDING

16:26   5   TO GO BACK.  YOU KNOW, MY CHILDREN WANTED TO GO HOME, YOU KNOW.

16:26   6          OF COURSE, THEIR CONCEPT OF HOME, YOU KNOW, I KNEW

16:26   7   WASN'T GOING TO BE WHAT THEY LEFT ON, YOU KNOW, AUGUST 23, BUT,

16:26   8   YOU KNOW, THEY REALLY -- THEY DIDN'T ADJUST THAT WELL IN

16:26   9   JEFFERSON.  THEY LIVED IN ST. BERNARD ALL THEIR LIVES, GREW UP

16:26   10  WITH ALL THEIR FRIENDS.  THEY WANTED TO GO BACK TO THEIR HOUSE.

16:27   11  THEY WANTED TO, YOU KNOW, LIVE BACK, SO I FIGURED, YOU KNOW --

16:27   12  I WAS HOPING IT JUST WOULDN'T BE THAT BAD.

16:27   13  **Q.**   DID YOU HIRE SOMEBODY TO GUT YOUR HOUSE AND TO CLEAN AWAY

16:27   14  ALL THE DEBRIS THAT WE SAW IN THOSE PHOTOGRAPHS?

16:27   15  **A.**   NO.  ACTUALLY, MYSELF AND FRIENDS AND FAMILY MEMBERS

16:27   16  HELPED ME GUT MY HOUSE.  I DID IT ON THE WEEKENDS.  OBVIOUSLY,

16:27   17  I DIDN'T HAVE TIME DURING THE WEEK BECAUSE I WAS DRIVING.  I

16:27   18  WOULD GO DOWN EVERY WEEKEND, AND WE LITERALLY SHOVELED,

16:27   19  WHEEL-BARRELED, AND GUTTED OURSELVES.

16:27   20          LIKE I SAID, THERE WERE THINGS THAT I HAD LEFT THAT I

16:27   21  HAD LOST THAT I WAS HOPING MAYBE I WOULD FIND.  ON TOP OF THAT,

16:27   22  POST-KATRINA, EVERYTHING WAS RIDICULOUS.  PEOPLE WERE IN -- THE

16:27   23  PRICES JUST TO HAVE YOUR HOUSE GUTTED WAS, YOU KNOW, $6,000,

16:27   24  $7,000, $8,000, AND I DIDN'T HAVE THAT KIND OF MONEY.  I WAS

16:27   25  BARELY MAKING ENDS MEET THERE.

16:28   1   **Q.**   SO YOU SPENT THAT PORTION OF YOUR LIFE TAKING CARE OF YOUR

16:28   2   KIDS, GETTING THEM TO SCHOOL, WORKING.   THEN, ON THE WEEKENDS,

16:28   3   YOU AND YOUR FRIENDS SPENT THE ENTIRE WEEKEND GUTTING YOUR

16:28   4   HOUSE?

16:28   5   **A.**   YES.   WE GUTTED THE HOUSE.   MY SISTER HELPED ME A LOT.

16:28   6   LATER ON, ONCE WE GOT THE BIG ITEMS -- I HAD SOME MALE FRIENDS

16:28   7   COME HELP ME WITH, LIKE, THE REFRIGERATOR AND THE SOFA AND THE

16:28   8   BIG ITEMS.   ONCE WE GOT ALL THAT OUT AND IT WAS A LITTLE SAFER,

16:28   9   MY OLDEST SON WOULD COME DOWN AND HE WOULD HELP SHOVEL, YOU

16:28   10  KNOW.   AND MY MOM WAS DOWN THERE SOMETIMES.

16:28   11  **Q.**   COULD YOU GIVE US A TIME FRAME, APPROXIMATELY, WHEN THIS

16:28   12  WAS OCCURRING.

16:28   13  **A.**   I STARTED GUTTING THE HOUSE EARLY 2005 [*SIC*], MAYBE

16:28   14  FEBRUARY, AND IT TOOK PROBABLY FIVE MONTHS OR SO FOR ME TO GET

16:28   15  IT DOWN TO THE STUDS.

16:28   16  **Q.**   WHEN YOU GOT IT DOWN TO THE STUDS, DID YOU ULTIMATELY HIRE

16:28   17  A SUBCONTRACTOR TO REBUILD THE HOUSE?

16:29   18  **A.**   WELL, WHAT I DID -- I DID EVERYTHING I COULD DO MYSELF.

16:29   19  LIKE, I DID ALL OF THE CLEANING AND THE TREATING, THE CHEMICAL

16:29   20  TREATING, AND THEN I BASICALLY SUBCONTRACTED IT.   I CHOSE

16:29   21  THE -- YOU KNOW, THE ELECTRICIANS AND ALL THAT, AND I OVERSAW

16:29   22  EVERYTHING I COULD.   IF I WAS OUT OF TOWN FOR SOMETHING FOR

16:29   23  SCHOOL, I WOULD HAVE MY MOM GO DOWN THERE, AND SHE WOULD KEEP

16:29   24  AN EYE ON THEM.

16:29   25  **Q.**   AFTER THE STORM, DID YOU EVER LEARN ABOUT WHAT HAPPENED TO

| | | |
|---|---|---|
| 16:29 | 1 | YOUR UNCLE WHO STAYED IN YOUR HOUSE? |
| 16:29 | 2 | **A.**   YES.  MY UNCLE, WHO WAS IN HIS 70S AT THE TIME AND COULD |
| 16:29 | 3 | NOT SWIM, STAYED.  HE SAID WHEN THE WATER ROSE, HE GOT IN THE |
| 16:29 | 4 | ATTIC, WHICH WAS AT THE 8-, 9-FOOT PART OF THE HOUSE, AND THEN |
| 16:29 | 5 | HE GOT NERVOUS BECAUSE THE WATER ACTUALLY ROSE UP INTO THE |
| 16:29 | 6 | ATTIC, SO HE HOPPED ON THE PART ABOVE MY BEDROOM, WHICH IS |
| 16:29 | 7 | 12-FOOT CEILINGS. |
| 16:29 | 8 | SO THE WATER KEPT RISING, AND HE GOT EVEN MORE |
| 16:30 | 9 | NERVOUS, SO HE BUSTED OUT OF MY CEILING IN MY BEDROOM, AND HE |
| 16:30 | 10 | SHIMMIED DOWN THE CEILING FAN POLE, AND HE SAT ON THE CEILING |
| 16:30 | 11 | FAN -- THANK GOD IT WAS TIGHTLY SCREWED IN, AND HE LITERALLY |
| 16:30 | 12 | FLOATED WITH THE DRESSERS IN THE WATER.  HE STAYED THERE |
| 16:30 | 13 | PROBABLY -- MY NEIGHBOR SAYS THAT IT TOOK ABOUT 72 HOURS FOR |
| 16:30 | 14 | THEM TO GET A BOAT IN THERE TO RESCUE HIM. |
| 16:30 | 15 | **Q.**   IF YOU HAD 12-FOOT CEILINGS AND IT GOT ABOUT TO THE |
| 16:30 | 16 | CEILING, WOULD IT BE SAFE TO SAY DURING THE STORM YOU GOT |
| 16:30 | 17 | 12 FEET OF WATER IN YOUR HOUSE? |
| 16:30 | 18 | **A.**   OH, DEFINITELY.  IT MUST HAVE ROSE UP AND THEN SETTLED |
| 16:30 | 19 | BACK DOWN.  THE LINE IN MY BEDROOM WAS AT ABOUT BETWEEN 10 1/2 |
| 16:30 | 20 | AND 11 FEET.  BUT I KNOW IT ROSE UP HIGHER THAN THAT BECAUSE |
| 16:30 | 21 | THE TOP PORTION, I HAD HAD ITEMS IN THE ATTIC, AND THEY WERE |
| 16:30 | 22 | WET, SO -- |
| 16:30 | 23 | **Q.**   WERE YOU ABLE TO MOVE BACK INTO YOUR HOUSE IN 2006? |
| 16:30 | 24 | **A.**   I MOVED BACK IN MY HOUSE IN -- WELL, I WAS GETTING READY |
| 16:30 | 25 | TO MOVE BACK IN MY HOUSE IN 2007.  IT TOOK ME A LONG TIME TO |

16:31   1   REBUILD THIS HOUSE BECAUSE I WAS DOING IT ON MY OWN.

16:31   2          I WAS SET TO MOVE BACK IN NOVEMBER OF 2007 AND HAD

16:31   3   ALREADY PUT IN MY LEAVE AT THE APARTMENT COMPLEX AND ON

16:31   4   HALLOWEEN, THE NIGHT -- EARLY, 3:00 A.M., 4:00 A.M. ON

16:31   5   HALLOWEEN, MY HOUSE CAUGHT ON FIRE.

16:31   6   **Q.**   HOW MUCH OF YOUR HOUSE BURNED AT THAT POINT?

16:31   7   **A.**   THE MAJORITY OF THE HOUSE.  IT TOOK OUT THE ENTIRE -- THE

16:31   8   FIRE TOOK OUT THE ENTIRE ROOF, AND THE FIRE DEPARTMENT TOOK OUT

16:31   9   EVERYTHING INSIDE WITH WATER.

16:31   10  **Q.**   DID YOU SUBSEQUENTLY REBUILD YOUR HOUSE FOR A SECOND TIME?

16:31   11  **A.**   YES, I DID.  I DID REBUILD IT AGAIN.  ACTUALLY, IT WENT A

16:31   12  LITTLE QUICKER THIS TIME, AND WE MOVED IN OFFICIALLY IN

16:31   13  NOVEMBER OF 2008.

16:31   14  **Q.**   IN REBUILDING THE HOUSE FOR THE SECOND TIME, DID YOU DO

16:31   15  THAT BECAUSE YOU FELT LIKE THAT WAS YOUR HOME AND THAT WAS YOUR

16:31   16  DREAM AND THAT WAS NECESSARY, FROM AN EMOTIONAL PERSPECTIVE,

16:32   17  FOR YOU?

16:32   18  **A.**   OH, YEAH.  IT WAS LIKE GETTING MY HEART RIPPED OUT ALL

16:32   19  OVER AGAIN.  YOU KNOW, I WAS RIGHT THERE.  I WAS TWO FEET FROM

16:32   20  THE FINISH LINE, AND THEN THE HOUSE CAUGHT ON FIRE.  I WAS

16:32   21  LIKE, "OH, NO.  IF KATRINA DIDN'T GET ME, THE FIRE IS NOT

16:32   22  GETTING ME.  I'M REBUILDING THIS HOUSE."

16:32   23         AT THIS TIME ALL MY NEIGHBORS WERE BACK.  BY 2007,

16:32   24  THE FIVE OF THE SIX-PACK WAS ALREADY BACK.  SO I WAS THE SIXTH,

16:32   25  AND SO I WAS COMING BACK, YOU KNOW.

FINAL DAILY COPY

16:32    1           **MR. ANDRY:**  CARL, COULD YOU PULL UP PX-1713, PLEASE.

16:32    2    **BY MR. ANDRY:**

16:32    3    **Q.**  YOU TOLD US AFTER THE STORM THAT YOU COMPILED RECEIPTS

16:32    4    ASSOCIATED WITH THE REBUILDING OF YOUR HOUSE.  ARE THOSE THE

16:32    5    RECEIPTS THAT YOU GAVE US -- THE FIRST PAGE OF EXHIBIT 1713,

16:32    6    WITHOUT GOING THROUGH THEM, IF YOU COULD JUST TELL US IF THOSE

16:32    7    WERE THE RECEIPTS THAT YOU PROVIDED ME AND I SUBSEQUENTLY GAVE

16:32    8    TO THE GOVERNMENT.

16:32    9    **A.**  YES.  YOU CAN SEE IT'S JUNE OF 2006, AND THAT WAS WHEN I

16:32   10    HAD JUST ABOUT FINISHED GUTTING.

16:33   11    **Q.**  IN COMPILING THOSE RECEIPTS, DID YOU COMPILE EVERY RECEIPT

16:33   12    THAT YOU SPENT ANY DOLLAR ON DURING THE REBUILDING PROCESS OF

16:33   13    YOUR HOUSE?

16:33   14    **A.**  I WAS PRETTY GOOD WITH IT.  I'M SURE THERE WERE A FEW THAT

16:33   15    I -- OF MATERIALS AND STUFF, BUT THE MAJOR RECEIPTS WERE

16:33   16    COMPILED AND TURNED OVER.

16:33   17    **Q.**  PRIOR TO THE STORM, DID YOU HAVE A CLOSE RELATIONSHIP WITH

16:33   18    YOUR MOM AND YOUR DAD?

16:33   19    **A.**  YES.  I'VE ALWAYS HAD A CLOSE RELATIONSHIP WITH THEM.  I'M

16:33   20    THE BABY OF THE FAMILY.  THERE'S 15 AND 20 YEARS BETWEEN ME AND

16:33   21    MY SIBLINGS, SO I HAVE ALWAYS -- YOU KNOW, THEY ARE A LITTLE

16:33   22    OLDER THAN MOST PEOPLE MY AGE'S PARENTS, AND I HAVE ALWAYS

16:33   23    TRIED TO WATCH OVER THEM.

16:33   24    **Q.**  DO YOU SPEND TIME WITH THEM NOW ON A DAILY BASIS?

16:33   25    **A.**  OH, YEAH.  I TALK TO MY MOM ABOUT SIX TIMES A DAY AND,

16:33    1    YEAH, I'M -- I'M ALWAYS THERE.  MY KIDS ARE ALWAYS THERE.  IT'S

16:33    2    A DRIVE BECAUSE THEY ARE STILL IN HARAHAN RIGHT NOW.  BUT,

16:33    3    YEAH, I SEE THEM ALL THE TIME.

16:33    4    **Q.**   WOULD YOU SAY THAT YOU SPEND ENOUGH TIME WITH THEM ON A

16:34    5    DAILY BASIS THAT YOU COULD UNDERSTOOD THEIR MOODS AND YOU KNOW

16:34    6    WHAT KIND OF MOOD YOUR MOM OR YOUR DAD IS IN ON A RESPECTIVE

16:34    7    DAY?

16:34    8    **A.**   ABSOLUTELY.

16:34    9    **Q.**   WELL, TELL US THIS:  AFTER THE STORM HAVE YOU UNDERSTOOD

16:34    10   YOUR FATHER TO BE AFFECTED BY THE STORM OR BY THE DAMAGES HE

16:34    11   SUFFERED IN THE STORM?

16:34    12   **A.**   YEAH, ABSOLUTELY.  MY DAD WAS SO DEPRESSED POSTSTORM, YOU

16:34    13   KNOW.  I WAS SO WORRIED ABOUT HIM.  IT WAS JUST A TASK JUST

16:34    14   TRYING TO GET HIM TO EAT SOMETHING.  I MEAN, HE WAS MISERABLE.

16:34    15           MY DAD'S A LOT LIKE -- I GUESS I'M A LOT LIKE MY

16:34    16   FATHER.  I AM JUST THE TAKE IT AND DO IT AND OVERCOME IT AND,

16:34    17   YOU KNOW, DON'T WHINE ABOUT IT.  YOU KNOW, WE DON'T -- YOU

16:34    18   KNOW, WE JUST DO WHAT WE'VE GOT TO DO.  AND IF LIFE THROWS US A

16:34    19   HURDLE, WE JUST JUMP OVER IT.

16:34    20           SO THIS WAS SOMETHING HE JUST -- THERE WAS NOTHING HE

16:34    21   COULD DO.  HE COULDN'T FIX IT.  SO HE HAD PROBABLY NEVER REALLY

16:35    22   BEEN FACED WITH THAT, AND NEITHER HAD I.  YEAH, HE WAS

16:35    23   EXTREMELY, EXTREMELY DEPRESSED FOR A LONG TIME.

16:35    24   **Q.**   COULD YOU TELL US ABOUT YOUR MOTHER, YOUR MOTHER'S MOOD

16:35    25   AND DISPOSITION PRIOR TO THE STORM AS OPPOSED TO POSTSTORM.

16:35  1   **A.**   MY MOM WAS ALWAYS -- MY MOM HAS ALWAYS BEEN VERY

16:35  2   HAPPY-GO-LUCKY AND JOVIAL.  SHE THOROUGHLY ENJOYS MY KIDS.

16:35  3   SHE'S VERY, VERY GOOD WITH THEM.  YOU KNOW, SHE'S ALWAYS HAD A

16:35  4   VERY GOOD, UPBEAT PERSONALITY.

16:35  5            AFTER THE STORM -- WELL, THE FIRST WEEK AFTER THE

16:35  6   STORM, SHE WAS EXTREMELY, EXTREMELY NERVOUS.  SHE NEVER SLEPT.

16:35  7   SHE WAS LITERALLY, YOU KNOW, CHEWING ON THE INSIDE OF HER MOUTH

16:35  8   SHE WAS SO NERVOUS.  SHE COULD NOT FIND -- YOU KNOW, POSTSTORM

16:35  9   WE COULDN'T FIND MY UNCLE, WHICH IS HER BROTHER; MY AUNT, WHICH

16:35  10  IS HER SISTER; AND MY BROTHER, HER SON.  WE REALLY DIDN'T KNOW

16:35  11  THE WHEREABOUTS OF THEM FOR THE FIRST WEEK AFTER THE STORM.

16:36  12  **Q.**   ARE YOU CLOSE WITH YOUR TWO CHILDREN?

16:36  13  **A.**   OH, YEAH.  UH-HUH.  ABSOLUTELY.

16:36  14  **Q.**   DO YOU SPEND ENOUGH TIME WITH THEM THAT YOU WOULD BE ABLE

16:36  15  TO DISCERN THEIR MOOD ON A DAILY BASIS?

16:36  16  **A.**   OH, YEAH.

16:36  17  **Q.**   HOW HAS THE STORM AFFECTED YOUR TWO BOYS?  LET'S TALK

16:36  18  ABOUT JARROD FIRST.

16:36  19  **A.**   JARROD.  JARROD IS 10 NOW.  HE WAS 6 AT THE TIME OF THE

16:36  20  STORM.  THEY'RE ACTUALLY POLAR OPPOSITES.  JARROD IS VERY QUIET

16:36  21  AND, AFTER THE STORM, BECAME EXTREMELY, EXTREMELY INTROVERTED,

16:36  22  DID NOT -- LIKE I SAID EARLIER, DID NOT WANT TO LEAVE THE

16:36  23  HOUSE.  HE WAS COMPLETELY AFRAID OF THE MILITARY.  HE STARTED

16:36  24  REGRESSING.  HE STARTED URINATING ON HIMSELF AT NIGHT.  HE

16:36  25  CLUNG TO SECURITY ITEMS, SUCKING HIS THUMB.  IT WAS VERY, VERY

| | | |
|---|---|---|
| 16:36 | 1 | DIFFICULT FOR JARROD TO ADJUST. |
| 16:37 | 2 | **Q.**   WHAT ABOUT CALEB? |
| 16:37 | 3 | **A.**   CALEB WAS PROBABLY THE OPPOSITE.  CALEB KIND OF ACTED OUT |
| 16:37 | 4 | AND VERY, VERY HYPER; VERY, VERY NERVOUS.  IT ENDED UP, |
| 16:37 | 5 | ACTUALLY, THEY -- ONE OF THE DOCTORS THAT I HAD SEEN, THEY |
| 16:37 | 6 | ACTUALLY PUT HIM ON A LOW-DOSE VALIUM TO CALM HIM DOWN.  HE |
| 16:37 | 7 | COULDN'T SIT STILL.  HE DIDN'T SLEEP MORE THAN THREE OR FOUR |
| 16:37 | 8 | HOURS IN A NIGHT. |
| 16:37 | 9 | HE WAS, I GUESS, BEING OLDER AND, YOU KNOW, HIS |
| 16:37 | 10 | FATHER BEING DECEASED, AND KNOWING I'M A SINGLE MOM, IT'S KIND |
| 16:37 | 11 | OF LIKE HE WAS TRYING TO HELP OUT AND TAKE CHARGE, AND SO HE |
| 16:37 | 12 | WAS VERY OVERWHELMED WITH THAT. |
| 16:37 | 13 | **Q.**   DID ANY OF YOUR SONS SEEK COUNSELING? |
| 16:37 | 14 | **A.**   THEY BOTH WERE WITH THEIR SCHOOL COUNSELORS AT ST. RITA. |
| 16:37 | 15 | ST. RITA HAD BROUGHT IN A TEAM OF LOCAL PSYCHOLOGISTS AND |
| 16:38 | 16 | EVERYTHING, AND THEY WOULD MEET WITH THEM PERIODICALLY.  IN THE |
| 16:38 | 17 | BEGINNING IT WAS, YOU KNOW, PROBABLY EVERY WEEK TO TWO WEEKS. |
| 16:38 | 18 | YOU KNOW, AS THEY ADJUSTED THROUGHOUT THE SCHOOL YEAR, IT |
| 16:38 | 19 | LESSENED TOWARDS THE END. |
| 16:38 | 20 | **Q.**   DID YOU SEEK COUNSELING AS A RESULT OF THE STORM? |
| 16:38 | 21 | **A.**   NO.  I DIDN'T HAVE TIME TO SEEK COUNSELING.  I DIDN'T HAVE |
| 16:38 | 22 | TIME TO DO ANYTHING.  I JUST KEPT ON TRUCKING 24/7.  AND, YOU |
| 16:38 | 23 | KNOW, LOOKING BACK ON IT, I DON'T KNOW HOW I GOT THROUGH IT.  I |
| 16:38 | 24 | DON'T KNOW, YOU KNOW, HOW I DIDN'T HAVE A NERVOUS BREAKDOWN, |
| 16:38 | 25 | BUT I GUESS JUST KEEPING MYSELF BUSY DOING WHAT I HAD TO DO. |

| | | |
|---|---|---|
| 16:38 | 1 | **Q.**   HOW DID IT AFFECT YOU AS A MOM TO HAVE ONE OF YOUR SONS |
| 16:38 | 2 | REGRESS AND THEN HAVE TO HAVE THEM GO AND SEEK COUNSELING? |
| 16:38 | 3 | **A.**   IT WAS HARD, YOU KNOW, BECAUSE MY HANDS WERE TIED.  YOU |
| 16:38 | 4 | KNOW, I HAD WORKED MY ENTIRE LIFE TO PROVIDE FOR MY KIDS, |
| 16:38 | 5 | KNOWING I'M A SINGLE MOTHER, KNOWING THAT I HAVE TO BE MOM AND |
| 16:39 | 6 | DAD, AND HERE I WAS EVERY DAY GETTING BOMBARDED WITH "WHEN ARE |
| 16:39 | 7 | WE GOING TO GO HOME?"  "WHAT ARE WE GOING TO DO?"  "WE CAN'T |
| 16:39 | 8 | STAY HERE".  YOU KNOW, I CAN'T STAND THIS LITTLE TINY |
| 16:39 | 9 | APARTMENT." |
| 16:39 | 10 |        WELL, THERE WAS NOTHING I COULD DO.  I MEAN, THIS WAS |
| 16:39 | 11 | THE FIRST TIME IN MY LIFE THAT THERE WAS NOTHING I COULD DO. |
| 16:39 | 12 | SO IT WAS UPSETTING.  IT WAS VERY UPSETTING.  YOU KNOW, I |
| 16:39 | 13 | REMEMBER QUITE A FEW NIGHTS, WHEN I WENT TO SLEEP, I WOULD JUST |
| 16:39 | 14 | SIT THERE AND BAWL, LIKE, YOU KNOW, "WHAT AM I GOING TO DO?"  I |
| 16:39 | 15 | JUST CAN'T HELP IT. |
| 16:39 | 16 | **Q.**   DO YOU STILL HAVE SAVINGS? |
| 16:39 | 17 | **A.**   NO.  I HAVE ABOUT $1,500 IN THE BANK RIGHT NOW. |
| 16:39 | 18 | **Q.**   DO YOU HAVE ANY STUDENT LOANS? |
| 16:39 | 19 | **A.**   YES.  I HAVE ABOUT $130,000 IN STUDENT LOANS. |
| 16:39 | 20 | **Q.**   WHY DID YOU HAVE TO TAKE OUT THOSE LOANS? |
| 16:39 | 21 | **A.**   WELL, WE HAD TO LIVE ON THE LOANS.  ON TOP OF THAT, |
| 16:39 | 22 | COMMUTING, BECAUSE MY SCHOOL ENDED UP HAVING CLINICAL SITES |
| 16:40 | 23 | FARTHER AWAY, SO THAT MEANT A LOT OF OUT-OF-TOWN SITES, AND |
| 16:40 | 24 | THAT MEANT ROOM AND BOARD.  ON TOP OF THAT, MY TUITION AND MY |
| 16:40 | 25 | BOOKS. |

16:40   1          AND THEN GAS.  I MEAN, GAS WAS SO RIDICULOUS.  I

16:40   2   SPENT HUNDREDS OF DOLLARS A MONTH IN JUST GAS FOR MY CAR TO

16:40   3   DRIVE BACK AND FORTH TO SCHOOL.

16:40   4   **Q.**   LET ME ASK YOU ONE MORE QUESTION.

16:40   5   **A.**   SURE.

16:40   6   **Q.**   AND THAT IS I ASKED YOU BEFORE, THE WAY YOU WERE BEFORE

16:40   7   THE STORM, IF YOU WERE HAPPY AND THAT'S THE WAY YOU WANTED TO

16:40   8   LIVE.  WITH A DAY IN YOUR LIFE NOW, HOW WOULD YOU DESCRIBE THAT

16:40   9   FROM AN EMOTIONAL PERSPECTIVE?

16:40  10   **A.**   I WOULD SAY I AM CAUTIOUSLY OPTIMISTIC.  I STILL HAVE GOOD

16:40  11   DAYS AND BAD DAYS.  I'M STILL AT THIS POINT FRUSTRATED BECAUSE

16:40  12   I HAVE GRADUATED AND HAVE A GOOD JOB AND I AM STILL FINANCIALLY

16:41  13   STRAPPED BECAUSE I HAVE ALL THESE LOANS I'M REPAYING NOW.  IT'S

16:41  14   GETTING BETTER, BUT I'M NOWHERE NEAR WHERE I WAS BEFORE.

16:41  15   **Q.**   THE STORM AND THE DAMAGE TO YOUR HOUSE, HAVING TO TAKE

16:41  16   CARE OF YOUR CHILDREN, TAKING OUT STUDENT LOANS, WAS THAT A

16:41  17   PSYCHOLOGICALLY TRAUMATIC EXPERIENCE FOR YOU?

16:41  18   **A.**   OH, YEAH, ABSOLUTELY.  IT'S HORRIBLE, YOU KNOW.  NO ONE

16:41  19   EVER EXPECTS THAT.  YOU ALWAYS THINK SOMETHING LIKE THAT WILL

16:41  20   HAPPEN TO SOMEONE ELSE, AND THEN YOU WAKE UP ONE DAY AND FIND

16:41  21   YOURSELF IN THE MIDDLE OF -- I LOST EVERYTHING.  I DIDN'T JUST

16:41  22   LOSE MATERIAL THINGS.  I LOST, YOU KNOW, MY LIFE AS I KNEW IT.

16:41  23   AND TO THIS DAY, I STILL HAVE NOT RECOVERED THAT.

16:41  24          YOU KNOW, MY CHURCH IS GONE.  MY PASTOR IS NOT EVEN

16:41  25   THERE.  IT'S CLOSED.  WE ALL GO TO CHURCH AT ONE CHURCH DOWN

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:42 | 1 | THE ROAD, YOU KNOW.  MY NEIGHBORS ARE THERE, BUT THE NEIGHBORS |
| 16:42 | 2 | ON THE OTHER STREET AREN'T THERE, AND MY KIDS' FRIENDS AREN'T |
| 16:42 | 3 | THERE.  AND MY FRIENDS -- YOU KNOW, I HAVE ONE FRIEND BACK. |
| 16:42 | 4 | AND MY MOM AND DAD ARE STILL NOT BACK, SO I STILL TRAVEL TO GO |
| 16:42 | 5 | SEE THEM AND CHECK ON THEM.  SO, NO, I MEAN, I DIDN'T JUST LOSE |
| 16:42 | 6 | ITEMS; I LOST MY LIFESTYLE. |
| 16:42 | 7 | **Q.**   DID YOU GET ROAD HOME MONEY? |
| 16:42 | 8 | **A.**   YES, I DID. |
| 16:42 | 9 | **Q.**   HOW MUCH MONEY DID YOU GET IN ROAD HOME MONEY? |
| 16:42 | 10 | **A.**   RIGHT AROUND $100,000. |
| 16:42 | 11 | **MR. ANDRY:**  OKAY.  I HAVE NO OTHER QUESTIONS. |
| 16:42 | 12 | **THE COURT:**  COUNSEL, CROSS-EXAMINATION? |
| 16:42 | 13 | **CROSS-EXAMINATION** |
| 16:42 | 14 | BY MR. MYER: |
| 16:42 | 15 | **Q.**   HELLO, MS. SMITH.  I'M PETE MYER.  WE MET AT YOUR |
| 16:42 | 16 | DEPOSITION. |
| 16:42 | 17 | **A.**   HELLO. |
| 16:42 | 18 | **Q.**   JUST SOME DETAILS HERE.  YOUR PARENTS, ANTHONY AND |
| 16:42 | 19 | LUCILLE, PROVIDED THE INITIAL FINANCING FOR THE $115,000 |
| 16:43 | 20 | PURCHASE PRICE OF THE HOUSE AT 3920 DESPAUX? |
| 16:43 | 21 | **A.**   CORRECT.  WHEN I BUILT THE HOUSE, I WAS 23 AND I HADN'T |
| 16:43 | 22 | ESTABLISHED A VERY GOOD CREDIT HISTORY YET, AND MY INTEREST |
| 16:43 | 23 | RATE WOULD HAVE BEEN OUTRAGEOUS.  SO MY PARENTS ACTUALLY TOOK |
| 16:43 | 24 | THE MORTGAGE OUT THROUGH REGIONS BANK FOR ME, AND I MADE THE |
| 16:43 | 25 | PAYMENTS MONTHLY. |

16:43    1    **Q.**    THEN IN 2001, THROUGH AN ACT OF DONATION, THEY GAVE THE

16:43    2    HOUSE TO YOU?

16:43    3    **A.**    CORRECT.  THE LOAN WAS NOT ASSUMABLE.  SO WE DID A LEGAL

16:43    4    ACT OF DONATION THROUGH SIDNEY TORRES, AND I FINANCED THE HOUSE

16:43    5    IN MY NAME.

16:43    6    **Q.**    AT THAT POINT, EVEN WITH THE PAYMENTS THAT YOU HAD MADE

16:43    7    UNDER THEIR NAME, YOU STILL HAD TO BORROW ABOUT $100,000?

16:43    8    **A.**    CORRECT.  BECAUSE IT HAD ONLY BEEN SO MANY YEARS, AND THEY

16:43    9    HAD COMPOUNDED SOME INTEREST ON IT, UH-HUH.

16:44   10    **Q.**    YOURS WAS A 30-YEAR MORTGAGE AT SOMETHING A LITTLE OVER

16:44   11    7 PERCENT, I THINK YOU TOLD ME?

16:44   12    **A.**    YES.  IT WAS RIGHT AROUND THAT.

16:44   13    **Q.**    SO YOUR MONTHLY MORTGAGE PAYMENT AT THAT POINT WOULD HAVE

16:44   14    BEEN WHAT, ABOUT, $750 A MONTH?

16:44   15    **A.**    ACTUALLY, IT WAS OVER $800 BECAUSE THE INSURANCE WAS

16:44   16    ESCROWED.

16:44   17    **Q.**    OH, OKAY.  SO WITH THE INSURANCE ADDED IN, IT WAS

16:44   18    SOMETHING A LITTLE OVER $800?

16:44   19    **A.**    ROUGHLY, UH-HUH.

16:44   20    **Q.**    NOW, YOU SAID YOU UNDERSTOOD THAT -- IN BATON ROUGE, YOU

16:44   21    GOT THE TELEPHONE CALL AND UNDERSTOOD FROM A COUSIN THAT THE

16:44   22    WHOLE PARISH HAD BEEN FLOODED?

16:44   23    **A.**    YES.  THAT WAS MY COUSIN, AND THAT WAS THE NEPHEW THAT

16:44   24    STAYED IN THE FIRE DEPARTMENT, AND HE SAID THAT THERE WAS WATER

16:44   25    THROUGHOUT THE PARISH.

FINAL DAILY COPY

16:44   1   **Q.**   THEN, AT YOUR DEPOSITION, YOU SAID THAT AT THAT POINT YOU

16:44   2   WENT ON LINE AND FOUND A WEB SITE THAT SHOWED AERIAL

16:44   3   PHOTOGRAPHS, AND ALL YOU COULD SEE OF YOUR HOUSE WAS THE ROOF;

16:44   4   RIGHT?

16:44   5   **A.**   RIGHT.  WE WERE DIGGING IN AND WE WERE LOOKING AT

16:44   6   DIFFERENT THINGS AND TYPING IN ADDRESSES, AND ALL WE COULD SEE

16:44   7   WERE ROOFTOPS.  BUT, OF COURSE, I DIDN'T KNOW WHAT ROOFTOP WAS

16:45   8   MINE OR IF IT WAS MINE.

16:45   9   **Q.**   NOW, I BELIEVE IT'S PX-1713.  YOU TOLD US THAT YOU SAVED

16:45   10   ALL THE RECEIPTS FROM THE RECONSTRUCTION THAT YOU DID IN 2006

16:45   11   AND 2007?

16:45   12   **A.**   I SAVED A GOOD BIT, UH-HUH.

16:45   13   **Q.**   I THINK YOU TOLD US AND WE SAW ON HERE -- I THINK WE EVEN

16:45   14   HAVE THE PICTURE -- THAT PRIOR TO THE STORM THE REFRIGERATOR

16:45   15   YOU HAD IN YOUR KITCHEN WAS THE BASIC LARGE MAYTAG?

16:45   16   **A.**   IT WAS A MAYTAG.

16:45   17   **Q.**   THAT ONE?

16:45   18   **A.**   UH-HUH.

16:45   19   **Q.**   THE PHOTO EVEN SHOWS -- I THINK ON THE BOTTOM -- WELL, WE

16:45   20   HAD IT CROPPED DIFFERENTLY.  YOU WILL SEE A WALL OVEN THAT YOU

16:45   21   HAD, A KENMORE WALL OVEN AND A KENMORE STOVETOP?

16:45   22   **A.**   YES.

16:45   23   **Q.**   IN GOING THROUGH THE RECEIPTS, IT SEEMS TO ME THAT ON

16:45   24   OCTOBER 26, 2006, YOU REPLACED THOSE RANGES AND REFRIGERATOR

16:45   25   WITH A STAINLESS-STEEL WOLF DUAL-FUEL COMMERCIAL RANGE AND A

16:46    1   STAINLESS-STEEL SUB-ZERO REFRIGERATOR AT A COST OF $12,569?

16:46    2   **A.**   YES.  I UPGRADED IT.

16:46    3   **Q.**   BEFORE THE STORM YOU HAD JUST THE BASIC COUNTERTOPS, NOT

16:46    4   GRANITE AT THE TIME?

16:46    5   **A.**   CORRECT.  I DON'T KNOW THE BRAND NAME, TO BE HONEST WITH

16:46    6   YOU.

16:46    7   **Q.**   BUT THEN, WHEN YOU REBUILT, YOU PUT IN GRANITE?  I THINK

16:46    8   WE HAVE ANOTHER RECEIPT THERE FOR $1,998.

16:46    9   **A.**   YES, I DID.  I MODERNIZED IT WHEN I REBUILT IT.

16:46   10   **Q.**   SO YOU MADE A BIT OF LEMONADE OUT OF THESE LEMONS AND DID

16:46   11   SOME MORE UPGRADES AS YOU REBUILT?

16:46   12   **A.**   RIGHT.  WELL, I WAS IN THE PROCESS OF UPGRADING THE HOUSE

16:46   13   WHEN I -- BEFORE THE STORM.  SO, YOU KNOW, THAT WAS ALL PLANNED

16:46   14   PRIOR TO THE STORM.  ONCE THE STORM HIT, YEAH, I DID.

16:46   15   **Q.**   BUT YOU DIDN'T REPLACE LIKE FOR LIKE; YOU TOOK SOME

16:46   16   UPGRADES?

16:46   17   **A.**   FOR THE MOST PART, I REPLACED LIKE FOR LIKE.  THE ONLY

16:46   18   UPGRADE THAT YOU'RE MENTIONING ARE THE ONES IN THE KITCHEN, BUT

16:46   19   EVERYTHING ELSE WAS -- I MEAN, I HAVE A NORMAL LG WASHER AND

16:46   20   DRYER, AND I HAVE NORMAL FIXTURES AND EVERYTHING IN THE HOUSE.

16:47   21           THE ONLY UPGRADES LIKE THAT THAT I DID FOR THE NEW

16:47   22   HOUSE IS ACTUALLY THE ONE YOU ARE MENTIONING, AND THAT WAS

16:47   23   PRIMARILY THE KITCHEN.

16:47   24   **Q.**   IN FACT, YOU RECEIVED $101,000 FROM THE LOUISIANA ROAD

16:47   25   HOME PROGRAM?

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:47 | 1 | **A.**  YEAH. |
| 16:47 | 2 | **Q.**  LASTLY, PX-1710 WAS THE LIST OF CONTENTS THAT YOU MADE |
| 16:47 | 3 | OUT? |
| 16:47 | 4 | **A.**  THE HANDWRITTEN? |
| 16:47 | 5 | **Q.**  YEAH. |
| 16:47 | 6 | **A.**  YES. |
| 16:47 | 7 | **Q.**  THAT'S YOUR HANDWRITING?  YOU WROTE THIS? |
| 16:47 | 8 | **A.**  YES, UH-HUH. |
| 16:47 | 9 | **Q.**  RECOGNIZING THAT THAT MUST HAVE BEEN A DIFFICULT THING TO |
| 16:47 | 10 | DO, I JUST HAVE A COUPLE QUESTIONS.  I NOTICED THAT, WITH VERY |
| 16:47 | 11 | FEW EXCEPTIONS, EVERYTHING ON THAT LIST, EVERY NUMBER ON THERE |
| 16:47 | 12 | FOR THE VALUE OF THE ITEMS IS DIVISIBLE BY ZERO OR FIVE. |
| 16:47 | 13 | **A.**  CORRECT.  BUT IF YOU NOTICE, IT SAYS "APPROXIMATE VALUE," |
| 16:47 | 14 | SO I JUST APPROXIMATED. |
| 16:47 | 15 | **Q.**  ABSOLUTELY.  I JUST WANTED TO MAKE THAT CLEAR THAT, IN |
| 16:47 | 16 | COMPILING THIS LIST, YOU WEREN'T LOOKING AT CATALOGS OR WEB |
| 16:48 | 17 | SITES OR ANYTHING THAT LISTED THE PRICES OF ACTUAL ITEMS? |
| 16:48 | 18 | **A.**  NO.  I WAS ACTUALLY JUST TRYING -- LIKE MY CHAIR -- FOR |
| 16:48 | 19 | EXAMPLE, CHAIR, OTTOMAN, AND LOVESEAT, I HAD A LEATHER |
| 16:48 | 20 | CUSTOM-MADE SOFA, LOVESEAT, OTTOMAN FROM DOERR FURNITURE.  I |
| 16:48 | 21 | GUESS IT WAS ABOUT $5,000.  IT COULD HAVE BEEN $6,000.  IT |
| 16:48 | 22 | COULD HAVE BEEN $7,000.  I REALLY DIDN'T KNOW. |
| 16:48 | 23 | I WAS TRYING TO BASE IT ON THE PRICE THAT I PAID FOR |
| 16:48 | 24 | IT AT THE TIME THAT I PURCHASED IT, WHICH WAS EARLIER.  NOW, TO |
| 16:48 | 25 | REPLACE THAT ITEM TODAY MAY BE, YOU KNOW, $10,000, BUT I JUST |

| | | |
|---|---|---|
| 16:48 | 1 | DID THE BEST THAT I COULD FROM REMEMBERING WHAT I HAD. |
| 16:48 | 2 | **Q.**   OFF THE TOP OF YOUR HEAD? |
| 16:48 | 3 | **A.**   UH-HUH. |
| 16:48 | 4 | **MR. MYER:**  NOTHING FURTHER. |
| 16:48 | 5 | **REDIRECT EXAMINATION** |
| 16:48 | 6 | **BY MR. ANDRY:** |
| 16:48 | 7 | **Q.**   TWO QUESTIONS. |
| 16:48 | 8 | **A.**   SURE. |
| 16:48 | 9 | **Q.**   YOU WERE ASKED ABOUT WHETHER YOU MADE LEMONADE OUT OF |
| 16:48 | 10 | LEMONS.  DID YOU EVER CONSIDER YOURSELF TO BE A LEMON? |
| 16:49 | 11 | **A.**   NO.  ABSOLUTELY NOT.  I MEAN, MY HOUSE WAS BEAUTIFUL |
| 16:49 | 12 | BEFORE THE STORM, LIKE I SAID, BUT I HAD ALREADY BEGUN |
| 16:49 | 13 | UPGRADING THE HOUSE PRIOR TO KATRINA.  I HAD REPLACED THE |
| 16:49 | 14 | CARPET AND PUT IN PERGO.  I HAD REMOVED THE OLDER PLUSH CARPET |
| 16:49 | 15 | AND PUT IN BERBER.  SO THE THINGS THAT I PUT INTO THE HOUSE |
| 16:49 | 16 | AFTER THE STORM ARE THE THINGS THAT I WAS PLANNING ON PUTTING |
| 16:49 | 17 | IN THE HOUSE BEFORE THE STORM. |
| 16:49 | 18 | **MR. ANDRY:**  I DON'T HAVE ANY OTHER QUESTIONS, |
| 16:49 | 19 | YOUR HONOR. |
| 16:49 | 20 | **THE COURT:**  THANK YOU, MA'AM.  YOU MAY STEP DOWN. |
| 16:49 | 21 | **MR. SMITH:**  WE HAVE THREE WITNESS WHO HAVE BEEN |
| 16:49 | 22 | WAITING HERE ALL DAY TO BE CALLED, AND ONE OF THEM IS UNABLE TO |
| 16:49 | 23 | COME BACK TOMORROW. |
| 16:49 | 24 | **THE COURT:**  I ASSUME THAT'S MR. BAUMY, AND THERE'S |
| 16:49 | 25 | BREERWOOD AND WINER? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:49 | 1 | **MR. SMITH:** WINER. |
| 16:49 | 2 | **MR. ANDRY:** YOUR HONOR, WITH THE COURT'S INDULGENCE, |
| 16:49 | 3 | I'LL DO MR. CRAWFORD IN ABOUT 15 MINUTES, 10 MINUTES, IF THAT |
| 16:50 | 4 | LONG.  MR. CRAWFORD IS THE GENTLEMAN WE HAD THE SIDEBAR ON. |
| 16:50 | 5 | **THE COURT:** WE ARE SHUTTING DOWN AT 5:30. |
| 16:50 | 6 | **MR. ANDRY:** I CAN DO HIM FAST, YOUR HONOR. |
| 16:50 | 7 | **THE COURT:** YOU HAVE LISTED HERE BREERWOOD, BAUMY, |
| 16:50 | 8 | AND WINER.  MR. BAUMY, I KNOW, WAS A 30(B)(6), WHICH I HAVE |
| 16:50 | 9 | READ.  I ASSUME THIS IS SOMETHING IN ADDITION THERETO BECAUSE I |
| 16:50 | 10 | DON'T WANT TO HEAR IT TWICE.  WHAT IS YOUR PLAN TODAY? |
| 16:50 | 11 | **MR. ROY:** YOUR HONOR, WE ARE, OF COURSE, SUBJECT TO |
| 16:50 | 12 | THE TIME, WHICH WE DON'T HAVE A PERFECT CRYSTAL BALL PROJECTING |
| 16:50 | 13 | IT.  IF WE HAD COME UP SHORT ON WITNESSES, WE WOULD HAVE BEEN |
| 16:50 | 14 | IN A JAM THAT WAY TOO. |
| 16:50 | 15 | WE HAVE CUT DOWN DRAMATICALLY ON THE FEW |
| 16:50 | 16 | QUESTIONS WE HAD TO ASK THOSE THREE WITNESSES, TO BEGIN WITH. |
| 16:50 | 17 | THEY ARE VERY SHORT.  THEY ARE POTENTIALLY FIVE MINUTES APIECE. |
| 16:51 | 18 | **THE COURT:** ALL THAT'S POTENTIALLY.  WE ARE WASTING |
| 16:51 | 19 | TIME NOW. |
| 16:51 | 20 | **MR. ROY:** IF WE CAN GO THROUGH MR. CRAWFORD |
| 16:51 | 21 | QUICKLY -- |
| 16:51 | 22 | **THE COURT:** THE BOTTOM LINE IS, ON MR. CRAWFORD, THE |
| 16:51 | 23 | GOVERNMENT WOULD NOT HAVE PREPARED FOR CROSS-EXAMINATION -- I |
| 16:51 | 24 | ASSUME THEY'RE GOING TO ARGUE THAT, THEY WOULD NOT HAVE |
| 16:51 | 25 | PREPARED FOR CROSS-EXAMINATION SINCE HE WASN'T LISTED, SO WHY |

16:51   1   ARE WE TAKING MR. CRAWFORD?

16:51   2           **MR. ANDRY:**  WELL, HE WASN'T LISTED, YOUR HONOR,

16:51   3   BECAUSE WE HAD AN AGREEMENT WITH MR. MYER -- AND I SHOWED YOU

16:51   4   THE E-MAILS EARLIER -- THAT THEY WOULD STIPULATE TO HIS

16:51   5   TESTIMONY.  SO HE WASN'T LISTED.  WHEN WE FOUND OUT THAT THEY

16:51   6   WERE GOING BACK ON THEIR AGREEMENT, WE HAD TO CALL

16:51   7   MR. CRAWFORD.

16:51   8           IT'S MY UNDERSTANDING THAT MR. CRAWFORD HAS TO

16:51   9   GO TO HOUSTON AND IS LEAVING.  SO HE WOULD HAVE TO MAKE

16:51   10  SIGNIFICANT TRAVEL ARRANGEMENTS, AND IT WOULD COST US TO DO

16:51   11  THAT.  SO WE ASKED YOUR HONOR IF EITHER THEY WOULD ABIDE BY THE

16:51   12  AGREEMENT OR HE COULD JUST TESTIFY TODAY FOR A FEW MINUTES TO

16:51   13  THE SIMPLE THINGS HE WAS GOING TO TESTIFY TO, BASICALLY, WHAT'S

16:51   14  IN HIS REPORT AND WHAT HE WAS ASKED TO DO, TO AUTHENTICATE HIS

16:51   15  REPORTS, ESSENTIALLY, WHICH IS WHAT WE OFFERED IN THE

16:52   16  STIPULATIONS TO GET HIM IN AND OUT AND OVER WITH.

16:52   17          **THE COURT:**  THIS IS THE KIND OF LITTLE SQUABBLE I WAS

16:52   18  HOPING WE WOULDN'T HAVE, BUT IT GOES AGAINST ALL OF YOUR TIME.

16:52   19  THE CLOCK IS TICKING.  THE CLOCK IS TICKING ON THIS.  SO LET IT

16:52   20  TICK.  BUT, YOU KNOW, THERE OUGHT TO BE A HIGH WATER MARK ON

16:52   21  THE DOGGONE HOUSE THAT SOMEBODY CAN MEASURE.  THIS CAN'T BE

16:52   22  ESOTERIC.  LET HIM TESTIFY AND THEN WE'LL SEE WHAT HAPPENS,

16:52   23  UNLESS THE OTHER WITNESSES HAVE TO GO TOO.  I DON'T KNOW.  THEY

16:52   24  MAY HAVE TRAVEL PLANS TOO.  I DON'T KNOW.

16:52   25          **MR. SMITH:**  MR. BREERWOOD, I THINK HIS MOTHER-IN-LAW

501

| | | |
|---|---|---|
| 16:52 | 1 | HAD SURGERY TODAY, AND I THINK HE WANTS TO BE WITH HIS FAMILY |
| 16:52 | 2 | TOMORROW. |
| 16:52 | 3 | **MR. ANDRY:**  YOUR HONOR, IN DEFERENCE TO MR. BREERWOOD |
| 16:52 | 4 | AND HIS SURGERY FOR HIS MOTHER-IN-LAW, WE COULD DO HIM BEFORE |
| 16:52 | 5 | MR. CRAWFORD SO THAT HE CAN LEAVE MORE EXPEDITIOUSLY. |
| 16:52 | 6 | **THE COURT:**  THAT WOULD BE A GRACIOUS THING TO DO. |
| 16:52 | 7 | **MR. ANDRY:**  YOUR HONOR, I ATTEMPTED TO AVOID THE |
| 16:53 | 8 | SQUABBLES. |
| 16:53 | 9 | **THE COURT:**  I UNDERSTAND.  EVERYBODY'S AN ANGEL. |
| 16:53 | 10 | * * * |

FINAL DAILY COPY

| | | |
|---|---|---|
| 10:32 | 1 | **DEFENDANT PROFFER 1** |
| 16:53 | 2 | **MR. MYER:**  YOUR HONOR, WHILE THEY ARE GETTING THE |
| 16:53 | 3 | WITNESS, I HAVE A LITTLE DETAIL I CAN TAKE CARE OF, IF I MIGHT. |
| 16:53 | 4 | IN THE RUN-UP TO THE TRIAL, THREE OF THE |
| 16:53 | 5 | EXHIBITS THAT WERE EXCLUDED OVER THE WEEKEND WERE DEFENSE |
| 16:53 | 6 | EXHIBITS 0073, 0074, AND 0075.  I NEED TO MAKE AN OFFER OF |
| 16:53 | 7 | PROOF ON THOSE, YOUR HONOR. |
| 16:53 | 8 | **THE COURT:**  THIS IS DEFENDANT OFFER OF PROOF 1. |
| 16:53 | 9 | **MR. MYER:**  THESE DOCUMENTS WERE EXCERPTS OF FEMA'S |
| 16:53 | 10 | FILES AUTHENTICATED BY THE AFFIDAVIT OF THEIR CUSTODIAN, |
| 16:53 | 11 | CONSISTENT WITH APPLICATIONS AND CORRESPONDENCE BY WHICH |
| 16:53 | 12 | ANTHONY FRANZ WAS AWARDED A GRANT OF $21,842 IN NOVEMBER OF |
| 16:53 | 13 | 2005; KENT LATTIMORE WAS AWARDED GRANTS OF $1,734 IN OCTOBER OF |
| 16:53 | 14 | 2005 AND $17,487.29 IN MARCH OF 2006; AND TANYA SMITH WAS |
| 16:54 | 15 | INITIALLY AWARDED GRANTS TOTALING $4,358 BUT WAS THEN NOTIFIED |
| 16:54 | 16 | THAT THOSE GRANTS WERE MISCALCULATED AND $1,818 SHOULD BE |
| 16:54 | 17 | RETURNED, AND ANOTHER CORRESPONDENCE BY WHICH MS. SMITH |
| 16:54 | 18 | ACKNOWLEDGED THAT REQUEST FROM FEMA BUT REMITTED ONLY $50. |
| 16:54 | 19 | LOUISIANA LAW RECOGNIZES THE COLLATERAL |
| 16:54 | 20 | SOURCE RULE THAT "A TORTFEASOR MAY NOT BENEFIT AND AN INJURED |
| 16:54 | 21 | PLAINTIFFS' TORT RECOVERY MAY NOT BE REDUCED BECAUSE OF MONIES |
| 16:54 | 22 | RECEIVED BY THE PLAINTIFF FROM SOURCES INDEPENDENT OF THE |
| 16:54 | 23 | TORTFEASOR'S APPROPRIATION OR CONTRIBUTION."  THAT'S FROM |
| 16:54 | 24 | *BOSEMAN V. STATE*, 879 SO.2D 692, AT 698, LOUISIANA, 2004. |
| 16:54 | 25 | THE GRANTS AWARDED THESE PLAINTIFFS FROM THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:54 | 1 | FEDERAL EMERGENCY MANAGEMENT AUTHORITY WERE NOT INDEPENDENT OF |
| 16:55 | 2 | THE UNITED STATES APPROPRIATION OR CONTRIBUTION AND MUST BE |
| 16:55 | 3 | DEDUCTED FROM ANY DAMAGES AWARDED TO THE PLAINTIFFS.  THE CITES |
| 16:55 | 4 | THERE:  *KENNEDY V. UNITED STATES*, 750 F. SUPP. 206, AT 213, |
| 16:55 | 5 | WESTERN DISTRICT OF LOUISIANA, 1990; AND *METOYER V. AUTO CLUB* |
| 16:55 | 6 | *FAMILY INSURANCE COMPANY*, 536 F. SUPP.2D 664, 670, EASTERN |
| 16:55 | 7 | DISTRICT OF LOUISIANA, 2008. |
| 16:55 | 8 | **THE COURT:**  THANK YOU, SIR.  THAT ENDS THE DEFENDANT |
| 16:55 | 9 | OFFER OF PROOF 1. |
| 16:55 | 10 | * * * |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

FINAL DAILY COPY

16:55    1            **THE COURT:**  ALL RIGHT.  DO WE HAVE MR. BREERWOOD?

16:55    2            **MR. JOANEN:**  GOOD AFTERNOON, YOUR HONOR.  MY NAME IS

16:55    3    SCOTT JOANEN.  WE WOULD LIKE TO CALL MR. GREGORY BREERWOOD TO

16:55    4    THE STAND.

16:55    5            IN KEEPING WITH YOUR HONOR'S REQUEST, WE ARE

16:55    6    CALLING THESE WITNESSES -- MR. BREERWOOD, MR. BAUMY,

16:56    7    MR. WINER -- TO HIGHLIGHT THE INSTITUTIONAL EVALUATION OF THE

16:56    8    DELETERIOUS EFFECTS OF THE MRGO AS WE HAVE BEEN DISCUSSING

16:56    9    TODAY.

16:56   10            **THE COURT:**  I ASSUME RELATING TO NEGLIGENCE RATHER

16:56   11    THAN SPECIFIC CAUSATION?

16:56   12            **MR. JOANEN:**  THAT'S CORRECT, YOUR HONOR.

16:56   13            **THE COURT:**  THE KNOWLEDGE ASPECT?

16:56   14            **MR. JOANEN:**  OPERATIONS AND MAINTENANCE AND

16:56   15    KNOWLEDGE, YES, SIR.

16:56   16            (WHEREUPON **GREGORY BREERWOOD**, HAVING BEEN DULY SWORN,

16:56   17    TESTIFIED AS FOLLOWS.)

16:56   18            **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

16:56   19    CORRECT SPELLING FOR THE RECORD.

16:56   20            **THE WITNESS:**  I'M SORRY.  MY NAME IS GREGORY

16:56   21    BREERWOOD:  G-R-E-G-O-R-Y, MIDDLE INITIAL E, LAST NAME

16:56   22    B-R-E-E-R-W-O-O-D.

16:57   23                    **DIRECT EXAMINATION**

16:57   24    BY MR. JOANEN:

16:57   25    **Q.**  GOOD AFTERNOON, MR. BREERWOOD.  MY NAME IS SCOTT JOANEN.

FINAL DAILY COPY

| 16:57 | 1 | I'M AN ATTORNEY FOR THE ROBINSON PLAINTIFFS.  I JUST HAVE A FEW |

16:57   1   I'M AN ATTORNEY FOR THE ROBINSON PLAINTIFFS.  I JUST HAVE A FEW

16:57   2   QUESTIONS FOR YOU TODAY.

16:57   3            I UNDERSTAND THAT YOU RETIRED FROM THE CORPS OF

16:57   4   ENGINEERS IN JANUARY 2007; IS THAT CORRECT?

16:57   5   **A.**   CORRECT.

16:57   6   **Q.**   WHEN IS IT THAT YOU STARTED WITH THE CORPS OF ENGINEERS?

16:57   7   **A.**   I STARTED IN DECEMBER OF 1969.

16:57   8   **Q.**   WERE YOU EMPLOYED WITH THE CORPS OF ENGINEERS FOR THAT

16:57   9   ENTIRE PERIOD OF TIME?

16:57   10  **A.**   I WAS.

16:57   11  **Q.**   I UNDERSTAND YOU WERE THE CHIEF OF DREDGING OPERATIONS

16:57   12  FROM THE PERIOD OF 1984 TO 1986; IS THAT CORRECT?

16:57   13  **A.**   THAT'S CORRECT.

16:57   14  **Q.**   ULTIMATELY, AS YOU PROGRESSED, YOU BECAME THE HIGHEST

16:57   15  RANKING CIVILIAN IN CHARGE OF MAINTAINING THE MRGO; IS THAT

16:57   16  CORRECT?

16:57   17  **A.**   WELL, THE HIGHEST RANKING CIVILIAN AT THE NEW ORLEANS

16:57   18  DISTRICT CORPS OF ENGINEERS, BUT THAT INCLUDED A LOT OF OTHER

16:57   19  RESPONSIBILITY BESIDES MAINTAINING THE MRGO.

16:57   20  **Q.**   I UNDERSTAND FROM YOUR DEPOSITION TESTIMONY THAT IT WAS

16:58   21  YOUR UNDERSTANDING THAT MAINTAINING THE CHANNEL AT THE

16:58   22  DIMENSIONS AUTHORIZED BY CONGRESS WAS AN OPERATIONAL FUNCTION,

16:58   23  NOT A DISCRETIONARY FUNCTION; IS THAT CORRECT?

16:58   24           **MR. BAEZA:**  OBJECTION.  IT CALLS FOR A LEGAL

16:58   25  CONCLUSION WITH RESPECT TO DISCRETIONARY FUNCTION.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:58 | 1 | **THE COURT:**  WELL, THERE'S ALSO THE *GAUBERT* CASE THAT |
| 16:58 | 2 | TALKS ABOUT THAT DICHOTOMY, AS WELL.  SO IT MAY NOT HAVE ANY |
| 16:58 | 3 | DIFFERENCE AT ALL, BUT IT IS CHARGED WITH LEGAL TERMS.  SO |
| 16:58 | 4 | MAYBE YOU CAN -- |
| 16:58 | 5 | **MR. JOANEN:**  I WITHDRAW THE QUESTION, YOUR HONOR. |
| 16:58 | 6 | **MR. BAEZA:**  THANK YOU, YOUR HONOR. |
| 16:58 | 7 | **BY MR. JOANEN:** |
| 16:58 | 8 | **Q.**  MR. BREERWOOD, IN YOUR DEPOSITION TESTIMONY, YOU DID ADMIT |
| 16:58 | 9 | THAT MAINTAINING THE CHANNEL AT THE DIMENSIONS AUTHORIZED BY |
| 16:58 | 10 | CONGRESS AND THE AUTHORIZING DOCUMENT FOR THAT WAS AN |
| 16:58 | 11 | OPERATIONAL FUNCTION; IS THAT CORRECT? |
| 16:58 | 12 | **A.**   IT'S AN OPERATION AND MAINTENANCE FUNCTION OF THAT |
| 16:58 | 13 | CHANNEL, YES. |
| 16:58 | 14 | **Q.**   FURTHER, IT WAS YOUR UNDERSTANDING THAT THE EROSION |
| 16:58 | 15 | CONTROL WAS NEVER AN AUTHORIZED PROJECT PURPOSE; IS THAT |
| 16:59 | 16 | CORRECT? |
| 16:59 | 17 | **A.**   THAT'S CORRECT. |
| 16:59 | 18 | **Q.**   FURTHER, THAT THE PROJECT PURPOSE WAS TO DREDGE THE |
| 16:59 | 19 | CHANNEL FOR NAVIGATION AND THAT THERE WAS NO AUTHORIZATION |
| 16:59 | 20 | DIRECTING THE CORPS TO PREVENT EROSION AS A RESULT OF SHIP WAKE |
| 16:59 | 21 | OR ANYTHING ELSE; IS THAT CORRECT? |
| 16:59 | 22 | **A.**   THERE WAS NO AUTHORIZATION FOR EROSION CONTROL, THAT'S |
| 16:59 | 23 | CORRECT. |
| 16:59 | 24 | **Q.**   DID YOU FURTHER TESTIFY THAT YOU DID NOT CONSIDER THE |
| 16:59 | 25 | WIDENING OF THE MRGO TO BE SOMETHING THAT WAS WITHIN THE |

| | | |
|---|---|---|
| 16:59 | 1 | AUTHORIZATION TO CORRECT? |
| 16:59 | 2 | **A.**   THAT'S CORRECT.  WITHIN THE CONFINES OF THE MRGO PROJECT. |
| 16:59 | 3 | **Q.**   ALSO, AT YOUR DEPOSITION YOU DID NOT RECALL THE LANGUAGE |
| 16:59 | 4 | FROM THE RIVERS AND HARBORS ACT WHICH STATED THAT THE CHIEF OF |
| 16:59 | 5 | ENGINEERS WAS AUTHORIZED TO INVESTIGATE, STUDY, AND CONSTRUCT |
| 16:59 | 6 | PROJECTS FOR THE PREVENTION OR MITIGATION OF SHORE DAMAGES |
| 16:59 | 7 | ATTRIBUTABLE TO FEDERAL NAVIGATION WORKS; IS THAT CORRECT? |
| 16:59 | 8 | **A.**   I DON'T RECALL READING THAT, NO. |
| 17:00 | 9 | **Q.**   DID YOU FURTHER TESTIFY AT YOUR DEPOSITION THAT YOU DID |
| 17:00 | 10 | NOT BELIEVE THAT -- THE CORPS DID NOT HAVE RESPONSIBILITY FOR |
| 17:00 | 11 | THE ERODING NORTH- OR SOUTH-SIDE BANKS OF THE MRGO? |
| 17:00 | 12 | **A.**   WE DIDN'T HAVE THE RESPONSIBILITY TO PROVIDE EROSION |
| 17:00 | 13 | CONTROL UNDER THE CONFINES OF THE STATUTE OR AUTHORIZATION THAT |
| 17:00 | 14 | WE WERE WORKING UNDER. |
| 17:00 | 15 | **Q.**   FURTHER, YOU TESTIFIED AT YOUR DEPOSITION THAT YOU DID NOT |
| 17:00 | 16 | RECALL AT THAT TIME ANY STEPS TO COMMUNICATE A REQUEST TO YOUR |
| 17:00 | 17 | SUPERIORS TO GET AUTHORIZATION TO DEAL WITH THE PROBLEM OF |
| 17:00 | 18 | EROSION ALONG THE MRGO? |
| 17:00 | 19 | **A.**   I DO NOT REMEMBER THAT.  YES, THAT'S CORRECT. |
| 17:00 | 20 |         **MR. JOANEN:**  I HAVE NO OTHER QUESTIONS, YOUR HONOR. |
| 17:00 | 21 | THANK YOU. |
| 17:00 | 22 |         **THE COURT:**  THANK YOU, COUNSEL.  THAT WAS CERTAINLY |
| 17:00 | 23 | PITHY.  ANY EXAMINATION FROM THE GOVERNMENT? |
| 17:00 | 24 |         **MR. BAEZA:**  YES, YOUR HONOR. |
| | 25 | |

FINAL DAILY COPY

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
| 17:00 | 1  | **CROSS-EXAMINATION**                                    |
| 17:00 | 2  | **BY MR. BAEZA:**                                        |
| 17:01 | 3  | **Q.**  MAY IT PLEASE THE COURT.  DAN BAEZA FOR THE UNITED STATES. |
| 17:01 | 4  | MR. BREERWOOD, THANK YOU FOR TAKING TIME OUT OF YOUR     |
| 17:01 | 5  | DAY TO BE HERE TODAY.  I JUST HAVE A COUPLE OF QUESTIONS. |
| 17:01 | 6  | FIRST OF ALL, WHERE ARE YOU FROM?                        |
| 17:01 | 7  | **A.**  I'M FROM NEW ORLEANS.  I WAS BORN IN NEW ORLEANS. |
| 17:01 | 8  | **Q.**  WHERE DID YOU GROW UP?                          |
| 17:01 | 9  | **A.**  I THINK, FOR THE FIRST 14 YEARS, I GREW UP IN NEW ORLEANS, |
| 17:01 | 10 | BORN ON DESIRE STREET.  THEN I MOVED TO METAIRIE, LOUISIANA, |
| 17:01 | 11 | AND THEN THAT'S WHERE I HAVE LIVED THE REST OF MY LIFE.  |
| 17:01 | 12 | **Q.**  I WANT TO MOVE NOW TO THIS DISCUSSION ABOUT THE PROJECT |
| 17:01 | 13 | PURPOSE OF THE MRGO.  WHAT IS THE PURPOSE OF THE MRGO?   |
| 17:01 | 14 | **A.**  THE PROJECT PURPOSE UNDER THE AUTHORIZATION IS TO PROVIDE |
| 17:01 | 15 | DEEP-DRAFT NAVIGATION FROM THE INDUSTRIAL CANAL TO THE GULF OF |
| 17:01 | 16 | MEXICO DEEP WATER.                                       |
| 17:01 | 17 | **Q.**  HOW DOES THE CORPS FULFILL ITS RESPONSIBILITY OF KEEPING |
| 17:01 | 18 | THE DEEP-DRAFT CHANNEL OPEN FOR NAVIGATION?              |
| 17:01 | 19 | **A.**  WE FULFILLED THAT RESPONSIBILITY BY DREDGING THE CHANNEL |
| 17:01 | 20 | TO THOSE DEPTHS.                                         |
| 17:02 | 21 | **Q.**  WHAT DOCUMENT WOULD YOU GO TO TO DETERMINE WHAT THAT |
| 17:02 | 22 | RESPONSIBILITY WAS?                                      |
| 17:02 | 23 | **A.**  IT WOULD ALWAYS BE THE AUTHORIZING DOCUMENT.    |
| 17:02 | 24 | **Q.**  WOULD YOU ALSO REFER TO THE GENERAL DESIGN MEMORANDUM? |
| 17:02 | 25 | **A.**  THAT'S PART OF IT, YES.                         |

17:02   1   **Q.**   I WOULD LIKE TO TURN NOW TO JOINT EXHIBIT 356.

17:02   2   MR. BREERWOOD, IF YOU LOOK AT YOUR SCREEN, ARE YOU FAMILIAR

17:02   3   WITH THIS DOCUMENT?

17:02   4   **A.**   THIS IS THE PART OF THE DESIGN MEMORANDUM FOR THE CHANNEL,

17:02   5   YES.

17:02   6           **THE COURT:**   THAT'S PLAINTIFFS' EXHIBIT 356 OR JOINT

17:02   7   EXHIBIT --

17:02   8           **MR. BAEZA:**   JOINT EXHIBIT, YES, YOUR HONOR.

17:02   9           **THE COURT:**   THANK YOU.

17:02  10   **BY MR. BAEZA:**

17:02  11   **Q.**   LET'S TURN NOW TO PAGE 2, PARAGRAPH 7 OF THIS DESIGN

17:02  12   DOCUMENT.  MR. BREERWOOD, WHAT WAS THE AUTHORIZED CHANNEL WIDTH

17:03  13   FOR THE MRGO PROJECT?

17:03  14   **A.**   WELL, AS SHOWN HERE, THE CHANNEL DESIGN CRITERIA WAS

17:03  15   500 FEET WIDE AT THE BOTTOM OF THE CHANNEL, 36 FEET DEEP.  IT

17:03  16   HAS ON HERE, ALSO, THAT WE CAN GO DOWN FOUR MORE FEET, TO BE

17:03  17   COMPRISED OF TWO ADDITIONAL FEET FOR ADVANCED MAINTENANCE AND

17:03  18   TWO ADDITIONAL FEET FOR ALLOWABLE OVERDEPTH.

17:03  19   **Q.**   THIS 500 FEET IS UNDERSTOOD TO BE THE BOTTOM WIDTH OF THE

17:04  20   CHANNEL?

17:04  21   **A.**   THAT'S CORRECT, YES.

17:04  22   **Q.**   WHERE IN THE REQUIREMENTS OR IN THE DESIGN CRITERIA IS TOP

17:04  23   WIDTH MENTIONED?

17:04  24   **A.**   I DON'T THINK THE TOP WIDTH IS MENTIONED ANYWHERE IN THE

17:04  25   CRITERIA.

| | | |
|---|---|---|
| 17:04 | 1 | **Q.**   IN YOUR 37 YEARS WHILE WORKING WITH THE CORPS, |
| 17:04 | 2 | MR. BREERWOOD, IF YOU THOUGHT A PROJECT WAS CONSTITUTING A |
| 17:04 | 3 | PUBLIC THREAT, WHAT, IF ANYTHING, WOULD YOU DO? |
| 17:04 | 4 | **MR. JOANEN:**  I OBJECT, YOUR HONOR.  IT CALLS FOR |
| 17:04 | 5 | SPECULATION. |
| 17:04 | 6 | **THE COURT:**  I'M GOING TO LET HIM SPECULATE. |
| 17:04 | 7 | **MR. BAEZA:**  WELL, I'M ASKING WHAT HE -- |
| 17:04 | 8 | **THE COURT:**  I'M GOING TO ASK THAT TO A LOT OF PEOPLE |
| 17:04 | 9 | MYSELF.  GO AHEAD. |
| 17:04 | 10 | **THE WITNESS:**  ALL OF OUR PROJECTS ARE DESIGNED FOR |
| 17:04 | 11 | THE BENEFIT OF THE PUBLIC.  IF AT ANY TIME THAT I OR I FEEL |
| 17:04 | 12 | ANYONE WHO HAD WORKED WITH ME OR FOR ME SUSPECTED OR DETERMINED |
| 17:05 | 13 | THAT A PROJECT WOULD HAVE BEEN DETRIMENTAL TO THE PUBLIC, THAT |
| 17:05 | 14 | I AND WE WOULD HAVE TAKEN STEPS TO EITHER GO TO THE PROPER |
| 17:05 | 15 | AUTHORITIES OR TO THE PROPER OFFICES TO ASSURE THAT THAT |
| 17:05 | 16 | PARTICULAR DEFICIENCY WAS DEALT WITH AND REMEDIED. |
| 17:05 | 17 | BY MR. BAEZA: |
| 17:05 | 18 | **Q.**   WHY WOULD YOU DO THAT? |
| 17:05 | 19 | **A.**   WELL, BECAUSE, LIKE I SAID BEFORE, IT BASICALLY GOES |
| 17:05 | 20 | COMPLETELY AND TOTALLY AGAINST THE INTENTION OF THE PROJECT, |
| 17:05 | 21 | AND THAT IS TO BENEFIT THE PUBLIC. |
| 17:05 | 22 | **Q.**   DURING YOUR 37 YEARS WITH THE CORPS OF ENGINEERS, DID YOU |
| 17:05 | 23 | EVER PERCEIVE A PUBLIC THREAT THAT THE WIDENING OF THE MRGO |
| 17:05 | 24 | WOULD EXACERBATE WAVES DURING A HURRICANE, CAUSING BREACHING OF |
| 17:05 | 25 | THE LEVEES BY FRONT-SIDE WAVE EROSION? |

FINAL DAILY COPY

```
17:05    1    A.   I NEVER DID, NO.
17:05    2               THE COURT:  SIR, WHAT IS YOUR EDUCATIONAL BACKGROUND?
17:06    3               THE WITNESS:  I'M AN ENGINEER.  I GRADUATED
17:06    4    UNDERGRADUATE FROM LOUISIANA TECH, AND MY GRADUATE DEGREE WAS
17:06    5    FROM TULANE.
17:06    6               THE COURT:  IN CIVIL OR MECHANICAL?
17:06    7               THE WITNESS:  CIVIL.
17:06    8               THE COURT:  CIVIL.  THANK YOU.  I JUST EXTENDED THE
17:06    9    LIFE OF THIS WITNESS, I'M ANTICIPATING.
17:06   10    BY MR. BAEZA:
17:06   11    Q.   MR. BREERWOOD, DO YOU KNOW A HENRY RODRIGUEZ?
17:06   12    A.   YES.
17:06   13    Q.   WHO IS HE?
17:06   14    A.   MR. RODRIGUEZ WAS FORMERLY A MEMBER OF THE ST. BERNARD
17:06   15    COUNCIL, AND HE WAS ALSO THE PARISH PRESIDENT AT ONE TIME FOR
17:06   16    ST. BERNARD PARISH.
17:06   17    Q.   DID YOU EVER WORK WITH MR. RODRIGUEZ IN LOOKING AT WAYS TO
17:06   18    SHORE UP THE BANKS OF THE MRGO WITH SEDIMENT DREDGED FROM THE
17:07   19    CHANNEL?
17:07   20    A.   WELL, WE HAD MET WITH MR. RODRIGUEZ ON OCCASIONS, AND WE
17:07   21    WOULD MAKE INSPECTIONS OF THE LEVEES OR OF THE CHANNEL.  AND
17:07   22    HE, AS WELL AS OTHER MEMBERS OF THE COUNCIL, WOULD BRING UP THE
17:07   23    ISSUE OF THE BANKS BEING ERODED AND THE FOLKS WHOSE LAND WAS
17:07   24    BEING LOST, THAT THEY WOULD LIKE TO HAVE THAT REMEDIED.
17:07   25               ALL OF WHICH, EVERY TIME IT CAME UP, YOU KNOW, WE
```

FINAL DAILY COPY

| 17:07 | 1 | WERE AGREEABLE TO HELPING THEM DO THAT AS LONG AS ANY |

17:07  1  WERE AGREEABLE TO HELPING THEM DO THAT AS LONG AS ANY

17:07  2  ADDITIONAL COST THAT WOULD BE INCURRED FOR EITHER PLACING

17:07  3  MATERIAL OR PUTTING UP DIKES TO CONTAIN THE MATERIAL FOR THE

17:07  4  LANDOWNERS -- ANY ADDITIONAL COST ASSOCIATED WITH THAT WOULD BE

17:07  5  BORNE BY EITHER THE LANDOWNERS OR SOME OTHER ENTITY OTHER THAN

17:07  6  THE CORPS.

17:07  7  **Q.**   I WANT TO TURN NOW TO PLAINTIFFS' --

17:07  8  **THE COURT:**  MEANING IF YOUR PROJECT WAS CAUSING

17:07  9  DAMAGE TO OTHER PEOPLE'S LAND, YOU WANTED SOMEONE ELSE TO HELP

17:08  10  PAY FOR IT?  IS THAT WHAT THAT MEANS?

17:08  11  **THE WITNESS:**  YOUR HONOR, BASICALLY, ON THE

17:08  12  AUTHORIZATION OF THE PROJECT, YES, THAT WE DID NOT HAVE THE

17:08  13  AUTHORITY TO MAKE ANY REPARATIONS AS A RESULT OF EROSION.

17:08  14  INCIDENTALLY, THAT'S NOT JUST IN MRGO, BUT THERE

17:08  15  ARE OTHER CHANNELS THROUGHOUT THE STATE THAT THEY HAVE THE SAME

17:08  16  PROBLEM; THERE'S AN ERODING BANK LINE, AND THE LANDOWNERS WOULD

17:08  17  LIKE TO HAVE THAT REMEDIED.

17:08  18  **BY MR. BAEZA:**

17:08  19  **Q.**   I WOULD LIKE TO TURN NOW TO PLAINTIFFS' EXHIBIT 1187.

17:08  20  **THE COURT:**  COUNSEL, ABOUT HOW LONG IS THIS GOING TO

17:08  21  TAKE?  WE HAVE GOT THIS OTHER WITNESS HERE.  I JUST NEED TO

17:08  22  KNOW.

17:08  23  **MR. BAEZA:**  I HAVE ABOUT MAYBE TWO OR THREE MORE

17:08  24  QUESTIONS.

17:08  25  **THE COURT:**  THAT'S ALL.  I WANT YOU TO DO WHATEVER

FINAL DAILY COPY

17:08  1   YOU HAVE TO DO.  I JUST NEEDED TO FIGURE THE TIME OUT.

17:08  2   **BY MR. BAEZA:**

17:08  3   **Q.**   MR. BREERWOOD, HAVE YOU SEEN THIS ARTICLE BEFORE?

17:09  4   **A.**   YES.

17:09  5   **Q.**   THIS ARTICLE IS FROM AUGUST 29, 1990?

17:09  6   **A.**   YES.

17:09  7   **Q.**   LET'S GO TO THE SECOND COLUMN, THIRD FULL PARAGRAPH,

17:09  8   STARTING WITH "CHANGING THE DISPOSAL SITE...."  DID YOU

17:09  9   PREVIOUSLY STATE THAT "CHANGING THE DISPOSAL SITE TO THE NORTH

17:09  10  BANK OF THE MRGO WOULD REQUIRE BUILDING DIKES TO KEEP THE SPOIL

17:09  11  FROM WASHING BACK INTO THE SHIPPING CHANNEL"?

17:09  12  **A.**   YES, I SAID THAT.

17:09  13  **Q.**   DID YOU ALSO STATE THAT THE COST OF THIS PROCESS WOULD BE

17:09  14  BETWEEN $800,000 AND $1 MILLION FOR EACH MILE OF THIS PROJECT?

17:09  15  **A.**   YES, I DID.

17:09  16  **Q.**   FINALLY, WAS IT YOUR BELIEF THAT HENRY RODRIGUEZ AND OTHER

17:09  17  MEMBERS OF THE ST. BERNARD POLICE JURY INFORMED CONGRESS OF THE

17:09  18  ENVIRONMENTAL EFFECTS OF THE MRGO?

17:10  19  **A.**   I BELIEVE THAT MR. RODRIGUEZ WAS IN CONTACT WITH THE

17:10  20  LEGISLATURE REPRESENTATIVES, YES.

17:10  21       **MR. BAEZA:**  THANK YOU, MR. BREERWOOD.  I HAVE NO

17:10  22  FURTHER QUESTIONS.

17:10  23       **THE COURT:**  NOT TO EXTEND THIS MUCH FURTHER -- THIS

17:10  24  IS A HYPOTHETICAL -- BUT TO FOLLOW THIS CONCEPT TO ITS LOGICAL

17:10  25  CONCLUSION, IN THE EVENT THAT, LET'S SAY, THE CORPS HAS A

| | | |
|---|---|---|
| 17:10 | 1 | PROJECT THAT IT WIDENS MORE THAN ANTICIPATED AND HOUSES START |
| 17:10 | 2 | FALLING INTO THE WATER, WHAT ABOUT THAT?  DO YOU KNOW WHAT THE |
| 17:10 | 3 | PROTOCOL IS? |
| 17:10 | 4 | **THE WITNESS:**  WELL, I THINK IF THE HOUSES WERE |
| 17:10 | 5 | THREATENED -- HERE AGAIN, IT'S A HYPOTHETICAL, YOUR HONOR. |
| 17:10 | 6 | **THE COURT:**  SURE. |
| 17:10 | 7 | **THE WITNESS:**  I THINK THAT WE WOULD GO TO THE |
| 17:10 | 8 | LANDOWNERS AND THE LOCAL ASSURING AGENCY, THE LOCAL SPONSOR, |
| 17:10 | 9 | AND ANY OTHER FOLKS THAT WE NEED TO GET WITH TO SEE WHAT AND |
| 17:10 | 10 | HOW THAT COULD BE REMEDIED AND WHETHER OR NOT WE COULD GIVE |
| 17:10 | 11 | THEM THE REMEDY THEY WANT OR NOT.  I DON'T THINK WE WOULD JUST |
| 17:10 | 12 | SIT BACK AND WATCH IT FALL IN.  WE WOULD WORK WITH THEM TO SEE |
| 17:11 | 13 | IF SOMETHING COULD BE DONE. |
| 17:11 | 14 | **THE COURT:**  ALL RIGHT.  WELL, THANK YOU, SIR.  THAT'S |
| 17:11 | 15 | ALL. |
| 17:11 | 16 | **MR. JOANEN:**  WE HAVE NO FURTHER QUESTIONS, |
| 17:11 | 17 | YOUR HONOR. |
| 17:11 | 18 | **THE COURT:**  THANK YOU.  YOU MAY STEP DOWN.  THANK |
| 17:11 | 19 | YOU. |
| 17:11 | 20 | **MR. ANDRY:**  YOUR HONOR, IN THE TIME REMAINING, WE |
| 17:11 | 21 | WILL DO MR. CRAWFORD ON FAST-FORWARD. |
| 17:11 | 22 | **THE COURT:**  MR. SMITH, I'M ASSUMING THIS IS THE MOST |
| 17:11 | 23 | EXIGENT WITNESS AND, ALTHOUGH INCONVENIENT, WE CAN TAKE THE |
| 17:11 | 24 | OTHER WITNESSES LATER? |
| 17:11 | 25 | **MR. SMITH:**  YES. |

FINAL DAILY COPY

```
17:11    1              (WHEREUPON JOHN CRAWFORD, HAVING BEEN DULY SWORN,
17:11    2    TESTIFIED AS FOLLOWS.)
17:11    3              THE DEPUTY CLERK:  PLEASE STATE YOUR FULL NAME AND
17:11    4    CORRECT SPELLING FOR THE RECORD.
17:11    5              THE WITNESS:  JOHN CRAWFORD:  J-O-H-N,
17:11    6    C-R-A-W-F-O-R-D.
17:11    7              MR. ANDRY:  YOUR HONOR, BRIEFLY, MR. CRAWFORD WILL
17:11    8    TALK ABOUT DAMAGES.  HE IS A PROFESSIONAL ENGINEER WHO WENT AND
17:11    9    INSPECTED THE WATERLINES.
17:11   10              IN CONJUNCTION WITH HIS TESTIMONY, PLAINTIFFS
17:12   11    WOULD BRING UP PX-1494, WHICH IS THE FINAL REPORT ON MR. NORMAN
17:12   12    ROBINSON'S PROPERTY ON MAYO BOULEVARD; PX-1497, WHICH IS THE
17:12   13    REPORT ON MR. LATTIMORE'S RESIDENCE; PX-1498, WHICH IS THE
17:12   14    REPORT ON MS. SMITH'S RESIDENCE; PX-1500, WHICH IS THE REPORT
17:12   15    ON THE FRANZ'S HOUSE; AND PX-1502, WHICH IS THE REPORT ON THE
17:12   16    LATTIMORE & ASSOCIATES BUSINESS.
17:12   17              THE COURT:  HOLD ON.
17:12   18                            VOIR DIRE
17:12   19    BY MR. ANDRY:
17:12   20    Q.   MR. CRAWFORD, ARE YOU A CIVIL ENGINEER?
17:12   21    A.   I'M A REGISTERED PROFESSIONAL CIVIL ENGINEER IN THE STATE
17:12   22    OF LOUISIANA, MISSISSIPPI, AND TEXAS.
17:12   23              MR. ANDRY:  AT THIS TIME, YOUR HONOR, WE WOULD LIKE
17:12   24    TO TENDER, WITH THE UNITED STATES' CONSENT, MR. CRAWFORD AS AN
17:12   25    EXPERT REGISTERED PROFESSIONAL ENGINEER.
```

| | | |
|---|---|---|
| 17:13 | 1 | **THE COURT:**  I TAKE IT THERE'S NO OBJECTION? |
| 17:13 | 2 | **MR. EHRLICH:**  NO.  MY NAME IS JEFF EHRLICH FOR THE |
| 17:13 | 3 | UNITED STATES. |
| 17:13 | 4 | **DIRECT EXAMINATION** |
| 17:13 | 5 | BY MR. ANDRY: |
| 17:13 | 6 | **Q.**   MR. CRAWFORD, YOU WERE RETAINED BY THE PLAINTIFFS' |
| 17:13 | 7 | ATTORNEYS IN THIS CASE TO MAKE A DETERMINATION ABOUT THE |
| 17:13 | 8 | RESTING WATERLINE ON THE RESPECTIVE PLAINTIFFS' PROPERTIES; IS |
| 17:13 | 9 | THAT CORRECT? |
| 17:13 | 10 | **A.**   THAT'S CORRECT. |
| 17:13 | 11 | **Q.**   COULD YOU TELL THE COURT WHAT A RESTING WATERLINE IS AND |
| 17:13 | 12 | THE SIGNIFICANCE OF A RESTING WATERLINE. |
| 17:13 | 13 | **A.**   A RESTING WATERLINE IS -- DURING A FLOOD, YOU HAVE THE |
| 17:13 | 14 | WATER THAT COMES IN; AND AS IT DROPS, IT SUBSIDES AND STAGNATES |
| 17:13 | 15 | FOR A SUBSTANTIAL PERIOD OF TIME. |
| 17:13 | 16 | **Q.**   HOW DOES A RESTING WATERLINE EVIDENCE ITSELF ON PROPERTIES |
| 17:13 | 17 | SUCH AS THE PLAINTIFFS' PROPERTIES? |
| 17:13 | 18 | **A.**   BY WATER MARKS FROM DEBRIS ON WINDOWS, ON FENCES. |
| 17:13 | 19 | BASICALLY, WE ARE ALL PRETTY MUCH FAMILIAR, WHEN YOU DRIVE DOWN |
| 17:14 | 20 | THE STREET AND YOU SEE THE LINE ALONG THE FENCES, THAT WOULD BE |
| 17:14 | 21 | A RESTING WATER MARK. |
| 17:14 | 22 | **Q.**   WITH A RESTING WATER MARK, DOES THAT MEAN THE LEVEL AT |
| 17:14 | 23 | WHICH THE WATER GOT OR THE LEVEL AT WHICH IT LEVELED OFF? |
| 17:14 | 24 | **A.**   THE LEVEL AT WHICH IT LEVELED OFF FOR A LONG ENOUGH PERIOD |
| 17:14 | 25 | OF TIME TO STAIN THOSE MATERIALS. |

17:14    1   **Q.**   SO BY EVIDENCING OR BY DETERMINING A RESTING WATER MARK,

17:14    2   YOU ARE NOT TESTIFYING ABOUT THE ACTUAL HEIGHT OF THE WATER,

17:14    3   JUST WHERE THE WATER STOPPED AND FORMED A WATERLINE ON THE

17:14    4   RESPECTIVE RESIDENCE; IS THAT CORRECT?

17:14    5   **A.**   THAT'S CORRECT.  I THINK IT WOULD BE AN IRREFUTABLE POINT

17:14    6   AT WHICH THE WATER GOT UP TO.

17:14    7          **THE COURT:**  IT'S THE LOWEST POINT, IN ESSENCE?

17:14    8          **THE WITNESS:**  YES.

17:14    9          **THE COURT:**  I UNDERSTAND.

17:14  10          **THE WITNESS:**  THE LOWEST HIGH-POINT IRREFUTABLY.

17:14  11          **THE COURT:**  THE LOWEST HIGH-POINT.

17:14  12          **THE WITNESS:**  IRREFUTABLY.

17:14  13   **BY MR. ANDRY:**

17:14  14   **Q.**   DID YOU, IN FACT, GO OUT TO THE RESPECTIVE PLAINTIFFS'

17:14  15   PROPERTIES AND DETERMINE THE RESTING WATER MARK ON EACH OF THE

17:14  16   RESPECTIVE PROPERTIES?

17:14  17   **A.**   YES, I DID.

17:14  18   **Q.**   COULD YOU TELL THE COURT THE METHODOLOGY THAT YOU USED,

17:14  19   BRIEFLY, IN ORDER TO REACH THE DETERMINATION ABOUT THE RESTING

17:15  20   WATER MARK ON EACH OF THE RESPECTIVE PLAINTIFFS' PROPERTIES.

17:15  21   **A.**   I WOULD CANVASS THE AREA, FIND WATER MARKS ON FENCES, ON

17:15  22   THE PROPERTY AND WINDOWS.  I WOULD USE SURVEYING EQUIPMENT TO

17:15  23   TAKE AT LEAST TWO OR THREE MARKS AT EACH LOCATION AND TRANSLATE

17:15  24   ONTO THE EXTERIOR OF THE HOME AND DETERMINE THE ELEVATION ABOVE

17:15  25   FINISHED FLOOR THAT WATER WOULD HAVE RESTED.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:15 | 1 | **Q.**  AS I UNDERSTAND, YOU WOULD GO AROUND IN THE NEIGHBORHOOD |
| 17:15 | 2 | OR HOUSES OR STRUCTURES IN CLOSE PROXIMITY, DETERMINE WHERE THE |
| 17:15 | 3 | RESTING WATERLINES WERE THERE, SEE IF THERE WAS A RESTING |
| 17:15 | 4 | WATERLINE ON THE ACTUAL STRUCTURE IN QUESTION, AND THAT'S HOW |
| 17:15 | 5 | YOU WOULD ASCERTAIN THE RESTING WATERLINE AT THE STRUCTURE IN |
| 17:15 | 6 | QUESTION? |
| 17:15 | 7 | **A.**  CORRECT. |
| 17:15 | 8 | **Q.**  AFTER HURRICANE KATRINA DID YOU SEE THE PHOTOGRAPHS OF THE |
| 17:15 | 9 | AREAS WHERE THE PLAINTIFFS' PROPERTIES ARE LOCATED WHEREIN IT |
| 17:15 | 10 | LOOKED LIKE A LAKE?  OR, AT LEAST, IT DID TO ME.  DID YOU SEE |
| 17:15 | 11 | PHOTOGRAPHS SIMILAR TO THAT? |
| 17:15 | 12 | **A.**  YOU MEAN, LIKE, ON *CNN* OR A NEWS PROGRAM? |
| 17:16 | 13 | **Q.**  YES. |
| 17:16 | 14 | **A.**  YES, I DID. |
| 17:16 | 15 | **Q.**  ARE THE FINDINGS OF THE RESPECTIVE RESTING WATERLINES ON |
| 17:16 | 16 | EACH OF THE PLAINTIFFS' PROPERTIES CONTAINED IN YOUR REPORTS, |
| 17:16 | 17 | SPECIFICALLY THE REPORTS THAT I JUST MENTIONED AT THE BEGINNING |
| 17:16 | 18 | OF YOUR TESTIMONY? |
| 17:16 | 19 | **A.**  YES. |
| 17:16 | 20 | **MR. ANDRY:**  I HAVE NO OTHER QUESTIONS, YOUR HONOR. |
| 17:16 | 21 | **THE COURT:**  THANK YOU. |
| 17:16 | 22 | **CROSS-EXAMINATION** |
| 17:16 | 23 | BY MR. EHRLICH: |
| 17:16 | 24 | **Q.**  GOOD AFTERNOON, MR. CRAWFORD. |
| 17:16 | 25 | **MR. EHRLICH:**  YOUR HONOR, MY NAME IS JEFF EHRLICH FOR |

FINAL DAILY COPY

17:16    1    THE UNITED STATES.

17:16    2         **THE COURT:**  SURE.

17:16    3    **BY MR. EHRLICH:**

17:16    4    **Q.**   MR. CRAWFORD, YOU DO NOT HAVE ANY OPINIONS REGARDING THE

17:16    5    DOLLAR VALUE OF THE DAMAGES ALLEGED IN THIS CASE, DO YOU?

17:16    6    **A.**   NO.

17:16    7    **Q.**   ALTHOUGH YOU HAVE OPINIONS WITH REGARD TO HOW HIGH THE

17:16    8    WATER GOT IN EACH OF THE PROPERTIES AT ISSUE, YOU DON'T HAVE

17:16    9    ANY OPINIONS REGARDING THE SOURCE OF THE WATER THAT WAS AT EACH

17:16   10    OF THOSE PROPERTIES, DO YOU?

17:16   11    **A.**   OTHER THAN THEM BEING FROM KATRINA IN THE PASSING OF THE

17:16   12    STORM, NO.

17:16   13    **Q.**   RIGHT.  BUT YOU DON'T KNOW, FOR EXAMPLE, WHETHER WATER

17:16   14    CAME FROM THE MRGO OR THE IHNC OR RAINWATER?

17:16   15    **A.**   IT'S BEYOND MY SCOPE.  AS AN ENGINEER, I DO KNOW WHERE A

17:17   16    LOT OF THE WATER CAME FROM IN THE HOUSES I WAS AT, BUT IT WOULD

17:17   17    BE BEYOND THE SCOPE OF MY REPORT.

17:17   18    **Q.**   SO YOU DIDN'T RENDER ANY OPINIONS ON THAT SUBJECT?

17:17   19    **A.**   CORRECT.

17:17   20         **THE COURT:**  YOU'RE BEING A VERY GOOD LAWYER, NOT

17:17   21    TESTIFYING BEYOND THE SCOPE EVEN THOUGH YOU HAD A CHANCE TO

17:17   22    JUMP IN.  BE CAREFUL WHAT WE ASK.

17:17   23    **BY MR. EHRLICH:**

17:17   24    **Q.**   JUST TO FOLLOW UP A LITTLE BIT WITH THAT, MR. CRAWFORD,

17:17   25    WHEN YOU WOULD GIVE AN OPINION, FOR EXAMPLE, THAT THE WATER

FINAL DAILY COPY

17:17   1   MARK WAS AT 5 FEET AT A PARTICULAR RESIDENCE, THEN YOU HAVE NO

17:17   2   OPINION AS TO HOW MUCH OF THAT WATER CAME FROM ANY OF THOSE

17:17   3   SOURCES THAT I PREVIOUSLY MENTIONED; CORRECT?

17:17   4   **A.**   THAT'S RIGHT.

17:17   5   **Q.**   YOU DON'T KNOW WHICH LEVEES BREACHED OR ANY OF THAT

17:17   6   INFORMATION?  THAT'S OUTSIDE THE SCOPE OF YOUR OPINIONS YOU

17:17   7   RENDERED?

17:17   8   **A.**   IT IS OUTSIDE THE SCOPE OF THE OPINIONS I RENDERED.

17:17   9   **Q.**   MR. CRAWFORD, WHEN DID YOU PERFORM YOUR ON-SITE

17:17   10  INSPECTIONS THAT YOU USED IN FORMING YOUR OPINIONS?

17:17   11  **A.**   I BELIEVE IT WAS APRIL 2008.

17:17   12  **Q.**   SO ALTHOUGH YOU HAVE SEEN PICTURES, YOU TESTIFIED, OF THE

17:18   13  WATER IN NEW ORLEANS IN GENERAL, I SUPPOSE YOU NEVER SAW

17:18   14  YOURSELF, LIVE, THE WATER RESTING MARK AT ANY OF THESE

17:18   15  PROPERTIES; IS THAT RIGHT?

17:18   16  **A.**   LIVE IN A SENSE THAT I WASN'T STANDING THERE, NO, I

17:18   17  WASN'T.

17:18   18          **THE COURT:**  YOU MEAN AT THE TIME THE WATER WAS

17:18   19  THERE -- LET ME ASK YOU:  WERE THE WATER MARKS YOU'RE TALKING

17:18   20  ABOUT IN PLACE WHEN YOU EXAMINED THE MARKS?

17:18   21          **THE WITNESS:**  YES, YOUR HONOR.

17:18   22          **MR. EHRLICH:**  YES.  I WILL GET TO THAT, BUT I WAS

17:18   23  ASKING ABOUT THE WATER --

17:18   24          **THE COURT:**  I WOULD ASSUME HE WASN'T SNORKELING.

17:18   25          **MR. EHRLICH:**  RIGHT.  BUT HE DIDN'T OBSERVE THAT, AND

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:18 | 1 | I WILL ADDRESS YOUR HONOR'S QUESTION NOW, IN A MINUTE. |
| 17:18 | 2 | **BY MR. EHRLICH:** |
| 17:18 | 3 | **Q.**   MR. CRAWFORD, WHEN PERFORMING SITE INSPECTIONS, IT'S |
| 17:18 | 4 | GENERALLY HELPFUL TO GET INSIDE THE HOUSE THAT YOU ARE |
| 17:18 | 5 | INSPECTING; IS THAT RIGHT? |
| 17:18 | 6 | **A.**   IT DEPENDS ON THE INSPECTION TYPE. |
| 17:18 | 7 | **Q.**   WELL, YOU WOULD AGREE THAT IT'S HELPFUL, WOULDN'T YOU? |
| 17:18 | 8 | **A.**   IT DEPENDS ON WHAT I AM INSPECTING.  I'M NOT TRYING TO BE |
| 17:19 | 9 | DIFFICULT.  IF I'M INSPECTING A FLOOD THAT, IN THIS CASE, WAS |
| 17:19 | 10 | YEARS LATER, AND THE HOUSE HAS BEEN RENOVATED AND CLEANED VERY |
| 17:19 | 11 | WELL, THEN, NO, IT DOESN'T HELP.  BUT I CAN LOOK AROUND THE |
| 17:19 | 12 | HOUSE AND FIND THE INFORMATION I NEED TO PROCESS HOW HIGH THAT |
| 17:19 | 13 | WATER WOULD HAVE GOTTEN. |
| 17:19 | 14 | **Q.**   WELL, YOU GAVE A DEPOSITION IN THIS CASE, DIDN'T YOU, |
| 17:19 | 15 | MR. CRAWFORD?  I BELIEVE IT WAS IN FEBRUARY OF THIS YEAR. |
| 17:19 | 16 | **A.**   YES. |
| 17:19 | 17 | **Q.**   WE WERE AT MR. BRUNO'S OFFICE FOR THAT DEPOSITION? |
| 17:19 | 18 | **A.**   CORRECT. |
| 17:19 | 19 | **Q.**   I HAD THE OPPORTUNITY TO ASK YOU SOME QUESTIONS, AND YOU |
| 17:19 | 20 | GAVE SOME ANSWERS AT YOUR DEPOSITION? |
| 17:19 | 21 | **A.**   CORRECT. |
| 17:19 | 22 | **Q.**   YOU WERE SWORN, BEFORE YOU GAVE ANY ANSWERS, TO TELL THE |
| 17:19 | 23 | TRUTH?  THAT'S RIGHT? |
| 17:19 | 24 | **A.**   THAT'S CORRECT. |
| 17:19 | 25 | **Q.**   YOU TOLD THE TRUTH AT YOUR DEPOSITION, DIDN'T YOU, |

17:19    1    MR. CRAWFORD?

17:19    2    **A.**   THAT'S CORRECT.

17:19    3            **MR. ANDRY:**  YOUR HONOR, THAT'S AN IMPROPER USE OF A

17:19    4    DEPOSITION.  IT'S NOT BEEN SHOWN THAT HE MADE ANY INCONSISTENT

17:19    5    STATEMENT.

17:19    6            **THE COURT:**  WELL, I ASSUME HE IS GOING TO GET TO

17:19    7    THAT.  LET'S ASSUME HE IS GOING TO GET TO THAT.

17:19    8            **MR. ANDRY:**  BUT I OBJECT, YOUR HONOR.  IT'S IMPROPER

17:19    9    USE OF A DEPOSITION.  HE HASN'T SHOWN THAT HE'S MADE AN

17:19   10    INCONSISTENT STATEMENT.

17:19   11            **MR. EHRLICH:**  I'M WORKING ON IT.

17:19   12            **THE COURT:**  WELL, I ASSUME HE'S GOING TO GET TO IT.

17:19   13    **BY MR. EHRLICH:**

17:20   14    **Q.**   PAGE 79, LINES 11 THROUGH 14, OF THE DEPOSITION.

17:20   15    MR. CRAWFORD, YOU WERE ASKED THE FOLLOWING QUESTION AND GAVE

17:20   16    THE FOLLOWING ANSWER:

17:20   17            "Question:  WHEN YOU GET THE JOB AND YOU ASKED FOR

17:20   18        ACCESS, WHY DID YOU ASK FOR ACCESS TO ALL THE PROPERTIES?

17:20   19            "Answer:  IT HELPS TO GET INSIDE THE HOUSE."

17:20   20            **MR. ANDRY:**  YOUR HONOR, I DON'T THINK THAT'S

17:20   21    DIFFERENT FROM THE TESTIMONY.

17:20   22    **BY MR. EHRLICH:**

17:20   23    **Q.**   THAT WAS YOUR TESTIMONY, WASN'T IT, MR. CRAWFORD?

17:20   24            **THE COURT:**  WHY DON'T YOU OBJECT AFTER HE AGREES.

        25

17:20   1   **BY MR. EHRLICH:**

17:20   2   **Q.**   WAS THAT YOUR TESTIMONY THAT DAY?  THAT'S THE QUESTION.

17:20   3   **A.**   I BELIEVE SO.  I TAKE YOUR WORD FOR IT.

17:20   4   **Q.**   THAT'S BECAUSE GETTING INSIDE THE PROPERTY PROVIDES YOU

17:20   5   WITH MORE DATA; RIGHT?

17:20   6   **A.**   CORRECT.

17:20   7   **Q.**   BUT YOU NEVER WENT INSIDE THE ROBINSON HOUSE, ONE OF THE

17:20   8   HOUSES YOU INSPECTED IN YOUR REPORT; IS THAT RIGHT?

17:20   9   **A.**   NO.  IT WASN'T NECESSARY.

17:20  10   **Q.**   WELL, YOU NEVER GOT INSIDE THE HOUSE?

17:20  11   **A.**   NO.

17:20  12   **Q.**   YOU NEVER PERSONALLY OBSERVED A RESTING WATER MARK INSIDE

17:20  13   THE ROBINSON HOUSE?

17:20  14   **A.**   NO.  I DIDN'T HAVE TO.

17:20  15   **Q.**   BY THE TIME YOU INSPECTED TANYA SMITH'S PROPERTY MORE THAN

17:20  16   TWO YEARS AFTER THE HURRICANE, THERE HAD ALREADY BEEN SOME

17:20  17   RENOVATION THERE, HADN'T THERE?

17:20  18   **A.**   CORRECT.  THERE'S BEEN SOME GUTTING, TAKING APART OF

17:21  19   FINISHES.

17:21  20   **Q.**   THAT HAD HAPPENED BEFORE YOU WERE ABLE TO OBSERVE ANYTHING

17:21  21   AT TANYA SMITH'S HOUSE; IS THAT CORRECT?

17:21  22   **A.**   CORRECT.

17:21  23   **Q.**   SO YOU WOULDN'T BE ABLE TO MAKE ANY OBSERVATION AS TO

17:21  24   WHERE THE WATERLINE WAS INSIDE TANYA SMITH'S HOUSE?

17:21  25   **A.**   I DON'T THINK THAT'S A CONSISTENT STATEMENT.

| | | |
|---|---|---|
| 17:21 | 1 | **Q.**   WELL, IT'S JUST A QUESTION.  IT'S NOT A STATEMENT; IT'S A |
| 17:21 | 2 | QUESTION.  I CAN REPEAT IT. |
| 17:21 | 3 | **A.**   DID I SEE A RESTING MARK INSIDE THE HOUSE? |
| 17:21 | 4 | **Q.**   YES. |
| 17:21 | 5 | **A.**   DURING MY INSPECTION? |
| 17:21 | 6 | **Q.**   YES. |
| 17:21 | 7 | **A.**   NO. |
| 17:21 | 8 | **Q.**   YOU ALSO HAVE AN OPINION WITH REGARD TO THE WATER LEVEL IN |
| 17:21 | 9 | THE LATTIMORE RESIDENCE; CORRECT?  YOU OFFERED THAT OPINION |
| 17:21 | 10 | TODAY? |
| 17:21 | 11 | **A.**   YES. |
| 17:21 | 12 | **Q.**   THE LATTIMORE RESIDENCE, WAS THAT A TRAILER HOME? |
| 17:21 | 13 | **A.**   YES. |
| 17:21 | 14 | **Q.**   YOU NEVER GOT ACCESS TO THAT TRAILER, DID YOU? |
| 17:21 | 15 | **A.**   IT WASN'T ON SITE AT THE TIME OF MY INSPECTION. |
| 17:21 | 16 | **Q.**   SO YOU NEVER GOT ACCESS TO THE INSIDE OF THE TRAILER? |
| 17:21 | 17 | **A.**   THAT WOULD BE NO. |
| 17:21 | 18 | **Q.**   YOU DON'T KNOW WHAT THE WATERLINE WAS INSIDE THE TRAILER, |
| 17:21 | 19 | THEN? |
| 17:21 | 20 | **A.**   I KNOW THE APPROXIMATE WATERLINE INSIDE THE TRAILER AFTER |
| 17:22 | 21 | KATRINA. |
| 17:22 | 22 | **Q.**   YEAH.  BUT YOU DON'T KNOW WHAT THE WATERLINE WAS INSIDE |
| 17:22 | 23 | THE TRAILER BECAUSE YOU NEVER WENT INSIDE THE TRAILER; IS THAT |
| 17:22 | 24 | RIGHT? |
| 17:22 | 25 | **A.**   THAT'S AN INCONSISTENT STATEMENT WITH WHAT MY PROJECT -- |

FINAL DAILY COPY

17:22   1   WHAT I WAS ASSIGNED TO DO.

17:22   2   **Q.**   THE QUESTION IS JUST WHETHER YOU OBSERVED THE WATER MARK

17:22   3   INSIDE THE TRAILER.

17:22   4           **THE COURT:**  YOU DIDN'T GO INSIDE THE TRAILER; RIGHT?

17:22   5           **THE WITNESS:**  NO, I DID NOT.

17:22   6           **THE COURT:**  SO THE ANSWER IS MANIFESTLY EVIDENT.  HE

17:22   7   WOULDN'T KNOW WHAT IT WAS INSIDE BY VISUALIZING.

17:22   8           **THE WITNESS:**  BY VISUALIZING, YES, YOUR HONOR, THAT'S

17:22   9   CORRECT.

17:22   10          **MR. EHRLICH:**  THANK YOU, YOUR HONOR.

17:22   11  **BY MR. EHRLICH:**

17:22   12  **Q.**   MR. CRAWFORD, YOU RENDERED AN OPINION WITH RESPECT TO THE

17:22   13  LATTIMORE & ASSOCIATES BUILDING?

17:22   14  **A.**   CORRECT.

17:22   15  **Q.**   YOU DIDN'T HAVE ACCESS TO THAT BUILDING EITHER, DID YOU?

17:22   16  **A.**   NOT THE INTERIOR.

17:22   17  **Q.**   YOU COULD HAVE BEEN MORE PRECISE WITH YOUR OPINIONS

17:22   18  REGARDING THE WATER LEVEL IN THESE BUILDINGS HAD YOU BEEN

17:22   19  GRANTED ACCESS TO THE INSIDE OF THE BUILDINGS; IS THAT CORRECT?

17:22   20  **A.**   CORRECT.

17:22   21          **MR. EHRLICH:**  NO FURTHER QUESTIONS, YOUR HONOR.

17:23   22          **THE COURT:**  THANK YOU, SIR.

17:23   23              ANY REDIRECT?

        24

        25

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:23 | 1 | **REDIRECT EXAMINATION** |
| 17:23 | 2 | **BY MR. ANDRY:** |
| 17:23 | 3 | **Q.**   WITH REGARD TO NORMAN ROBINSON'S RESIDENCE, YOU TOOK YOUR |
| 17:23 | 4 | MEASUREMENT FROM THE FENCE RIGHT NEXT TO THE HOUSE; CORRECT? |
| 17:23 | 5 | **A.**   CORRECT. |
| 17:23 | 6 | **Q.**   LIKE, YOU COULD TOUCH -- |
| 17:23 | 7 | **THE COURT:**   DO YOU MIND JUST ASKING HOW FAR -- |
| 17:23 | 8 | **MR. EHRLICH:**   OBJECTION:   LEADING. |
| 17:23 | 9 | **THE COURT:**   I'M GOING TO LET EVERYBODY LEAD EXPERTS. |
| 17:23 | 10 | **BY MR. ANDRY:** |
| 17:23 | 11 | **Q.**   HOW FAR, MR. CRAWFORD, WAS THE FENCE TO THE SIDE OF |
| 17:23 | 12 | MR. ROBINSON'S RESIDENCE? |
| 17:23 | 13 | **A.**   PROBABLY AROUND TWO FEET. |
| 17:23 | 14 | **Q.**   AROUND TWO FEET.  HOW HIGH WAS THE WATER ON THE FENCE, AS |
| 17:23 | 15 | BEST YOU COULD ASCERTAIN, IN YOUR EXPERIENCE AS A EXPERT |
| 17:23 | 16 | ENGINEER? |
| 17:23 | 17 | **A.**   I DON'T KNOW, AND I CAN'T RECALL EXACTLY WHAT THE WATER |
| 17:23 | 18 | MARK WAS ON THE FENCE, BUT I TRANSLATED ONTO THE BRICK, AS WELL |
| 17:23 | 19 | AS FROM OTHER WATER MARKS IN THE NEIGHBORHOOD, TO BE CONSIST |
| 17:23 | 20 | WITH WHAT WAS PRESENTED IN MY REPORT, WHICH WAS FIVE TO SIX |
| 17:23 | 21 | FEET. |
| 17:23 | 22 | **MR. ANDRY:**   SINCE WE ARE TALKING ABOUT IT, COULD YOU |
| 17:23 | 23 | PULL UP PX-1494, PLEASE. |
| 17:24 | 24 | **BY MR. ANDRY:** |
| 17:24 | 25 | **Q.**   IF YOU FOUND THE WATER TO BE FOUR TO FIVE FEET ON THE |

| | | |
|---|---|---|
| 17:24 | 1 | FENCE, A FOOT FROM THE OUTSIDE OF THE ROBINSON PROPERTY, DO YOU |
| 17:24 | 2 | HAVE ANY REASON TO BELIEVE, AS A PROFESSIONAL ENGINEER, THAT |
| 17:24 | 3 | THE WATER WOULD NOT BE FOUR TO FIVE FEET INSIDE OF THE HOUSE |
| 17:24 | 4 | TWO FEET AWAY FROM THE FENCE? |
| 17:24 | 5 | A.   IT COULD BE OBVIOUS TO A LAYMAN. |
| 17:24 | 6 | Q.   NOW, LET ME ASK YOU ABOUT THE LATTIMORE PROPERTY.  YOU SAW |
| 17:24 | 7 | A RESTING WATER MARK ON THE OUTSIDE OF THE BUILDING FOR THE |
| 17:24 | 8 | LATTIMORE BUSINESS; IS THAT CORRECT? |
| 17:24 | 9 | A.   THAT'S CORRECT. |
| 17:24 | 10 | Q.   THAT BUILDING IS APPROXIMATELY 100 YARDS FROM WHERE THE |
| 17:25 | 11 | LATTIMORE RESIDENCE TRAILER WAS; IS THAT CORRECT? |
| 17:25 | 12 | A.   THAT'S APPROXIMATELY CONSISTENT. |
| 17:25 | 13 | MR. ANDRY:  COULD YOU PULL UP EXHIBIT 1502, PLEASE. |
| 17:25 | 14 | GO TO THE "DISCUSSION" PART.  COULD YOU HIGHLIGHT THE "DURING |
| 17:25 | 15 | OUR INSPECTION, IT WAS FIVE TO SIX FEET," PLEASE. |
| 17:25 | 16 | BY MR. ANDRY: |
| 17:25 | 17 | Q.   IF YOU FOUND FIVE TO SIX FEET OF WATER AS A RESTING WATER |
| 17:25 | 18 | MARK ON THE LATTIMORE BUSINESS BUILDING, DO YOU HAVE ANY REASON |
| 17:25 | 19 | TO BELIEVE, AS A PROFESSIONAL ENGINEER, THAT THE WATER WOULDN'T |
| 17:25 | 20 | BE THE SAME 100 YARDS AWAY WHEN IT'S JUST AN OPEN FIELD IN |
| 17:25 | 21 | BETWEEN THE TWO STRUCTURES? |
| 17:25 | 22 | A.   GIVEN THAT IT'S A RESTING WATER MARK, I WOULD CONSIDER |
| 17:25 | 23 | THAT A FACT. |
| 17:26 | 24 | Q.   I WANT YOU TO ASSUME AS AN EXPERT A HYPOTHETICAL THAT THE |
| 17:26 | 25 | HOUSE TRAILER WAS IN FIVE FEET OF WATER AND, AS MR. LATTIMORE |

17:26    1   WILL TESTIFY TOMORROW, THAT FEMA ORDERED IT TO BE REMOVED AND

17:26    2   THAT THAT'S WHY YOU DIDN'T SEE THE HOUSE TRAILER WHEN YOU GOT

17:26    3   THERE.  DO YOU HAVE ANY REASON TO BELIEVE THAT THE WATER MARK

17:26    4   WOULDN'T BE FIVE FEET OR APPROXIMATELY THE SAME RESTING WATER

17:26    5   MARK YOU SAW ON THE BUILDING 100 YARDS AWAY FROM WHERE THE

17:26    6   TRAILER WAS?

17:26    7   **A.**   THAT WATER MARK ON THE BUILDING BEING FIVE TO SIX FEET

17:26    8   WOULD TRANSLATE TO FIVE OR SIX FEET ABOVE THE GROUND ELEVATION,

17:26    9   WHICH WAS RELATIVELY FLAT.  THE TRAILERS ARE APPROXIMATELY ONE

17:26   10   AND A HALF TO TWO-FOOT FLOOR ELEVATION.  YOU WILL PROBABLY FIND

17:26   11   THAT IN YOUR TESTIMONY TOMORROW.  SO YOU ARE LOOKING AT FOUR

17:26   12   FEET MINIMUM RESTING WATER MARK INSIDE A TRAILER.

17:26   13   **Q.**   WE KNOW THAT, IN ST. BERNARD PARISH, THE TEDESCO HOMES

17:26   14   THAT WERE BUILT, THAT WERE AIRTIGHT, FLOATED AWAY.  THEY

17:27   15   FLOATED UP SLAB AND ALL.

17:27   16          **MR. EHRLICH:**  OBJECTION.

17:27   17          **THE COURT:**  COUNSEL, DON'T TESTIFY.

17:27   18          **MR. ANDRY:**  OKAY.  I'M SORRY, YOUR HONOR.

17:27   19   BY MR. ANDRY:

17:27   20   **Q.**   ASSUMING THE HOUSE WAS NOT AIRTIGHT OR THE STRUCTURE SUCH

17:27   21   AS THE ROBINSON HOUSE WAS NOT AIRTIGHT, IF THEY HAD FOUR FEET

17:27   22   OF WATER TWO FEET OUTSIDE OF THE HOUSE, WOULD YOU ASSUME THAT

17:27   23   THERE WAS AT LEAST FOUR FEET OF WATER INSIDE OF THE HOUSE?

17:27   24   **A.**   YES.

17:27   25   **Q.**   LET ME ASK YOU ONE OTHER QUESTION THAT SUMS IT ALL UP.  IN

| | | |
|---|---|---|
| 17:27 | 1 | YOUR EXPERIENCE AS A PROFESSIONAL ENGINEER AND IN YOUR TASK TO |
| 17:27 | 2 | FIND RESTING WATER MARKS ON THE RESPECTIVE PLAINTIFFS' |
| 17:27 | 3 | PROPERTIES, DID YOU HAVE SUFFICIENT DATA POINTS FROM AN OUTSIDE |
| 17:27 | 4 | INSPECTION OR THE INSPECTION YOU DID ON ALL OF THE PROPERTIES |
| 17:27 | 5 | TO DETERMINE TO A REASONABLE DEGREE OF ENGINEERING CERTAINTY |
| 17:27 | 6 | THE WATER HEIGHTS ON EACH OF THE RESPECTIVE PROPERTIES? |
| 17:27 | 7 | **A.**   ABSOLUTELY. |
| 17:27 | 8 |         **MR. ANDRY:**  I HAVE NO OTHER QUESTIONS. |
| 17:27 | 9 |         **THE COURT:**  THANK YOU, SIR.  YOU MAY STEP DOWN. |
| 17:27 | 10 |              WELL, YOU DID VERY WELL IN THE SENSE YOU GOT ALL |
| 17:28 | 11 | OF THAT DONE BY 5:30.  I APPRECIATE THE COOPERATION OF ALL OF |
| 17:28 | 12 | YOU. |
| 17:28 | 13 |         **MR. ROY:**  JUDGE, ONE PROCEDURAL MATTER.  AFTER |
| 17:28 | 14 | CONSULTING WITH MR. JOANEN, WE ARE NOT GOING TO CALL MR. BAUMY |
| 17:28 | 15 | PERSONALLY.  WE WILL TENDER HIS 30(B)(6) EXCERPT.  AS FAR AS WE |
| 17:28 | 16 | ARE CONCERNED, HE CAN BE EXCUSED. |
| 17:28 | 17 |         **MR. SMITH:**  CAN MR. WINER BE CALLED, THEN, FIRST IN |
| 17:28 | 18 | THE MORNING? |
| 17:28 | 19 |         **MR. ROY:**  THAT'S FINE WITH US. |
| 17:28 | 20 |         **THE COURT:**  I THINK WE HAVE A LIST. |
| 17:28 | 21 |         **MR. ANDRY:**  TOMORROW IT WILL BE -- |
| 17:28 | 22 |         **MR. ROY:**  WHY DON'T WE TALK RIGHT AFTER. |
| 17:28 | 23 |         **THE COURT:**  IF YOU CHANGE WHAT I HAVE, LET ME KNOW, |
| 17:28 | 24 | TOO, BECAUSE I DO A LITTLE PREPARATION AS WELL. |
| 17:28 | 25 |         **MR. ROY:**  WELL, JUDGE, IF YOU WANT TO KNOW RIGHT NOW, |

FINAL DAILY COPY

```
17:28    1    TIME PERMITTING --
17:28    2            THE COURT:  OH, I UNDERSTAND.  YOU DON'T KNOW HOW
17:28    3    LONG.
17:28    4            MR. ROY:  WE HAVE SEVEN 30(B)(6) DEPOSITION
17:29    5    EXPERTS -- SAIA, PODANY, BAUMY, MILLER, BROUSSARD, MONTVAI, AND
17:29    6    HEIBERG -- THAT WILL GO IN BY EXCERPTS.  WE THEN HAVE WINER
17:29    7    FIRST THING IN THE MORNING.  THEN WE WILL GO AND IT WILL
17:29    8    BASICALLY BE A PLAINTIFF DAY WITH NORMAN ROBINSON, MONICA
17:29    9    ROBINSON, KENT LATTIMORE, ANTHONY FRANZ, LUCILLE FRANZ, AND
17:29   10    HOPEFULLY WE CAN WEAVE INTO THERE PROFESSOR DAY, ONE OF OUR
17:29   11    EXPERTS.
17:29   12            THE COURT:  PROFESSOR DAY WOULD BE COMING NEAR THE
17:29   13    END, IS WHAT YOU'RE SAYING, SO THE GOVERNMENT CAN PREPARE?
17:29   14            MR. ROY:  I WOULD THINK EARLY AFTERNOON, IF WE ARE
17:29   15    GOING TO PUT HIM ON.  AND POSSIBLY JUNIOR RODRIGUEZ, BUT IT
17:29   16    AIN'T GOING TO HAPPEN.
17:29   17            THE COURT:  THAT'S VERY AMBITIOUS.  WE ARE NOW
17:30   18    ADJOURNED FOR THE DAY.
17:30   19            THE DEPUTY CLERK:  ALL RISE.
17:30   20            (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)
17:30   21                            * * *
        22
        23
        24
        25
```

17:30   1                          **<u>CERTIFICATE</u>**

17:30   2              I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

17:30   3   REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

17:30   4   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

17:30   5   AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

17:30   6   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

17:30   7   ABOVE-ENTITLED AND NUMBERED MATTER.

17:30   8
17:30
17:30   9
17:30
17:30   10                              S/ TONI DOYLE TUSA
17:30                                    _____
                                         TONI DOYLE TUSA, CCR, FCRR
        11                               OFFICIAL COURT REPORTER

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

                                   FINAL DAILY COPY

**$**

$1 [1] 513/14
$1 MILLION [1] 513/14
$1,500 [1] 491/17
$1,734 [1] 502/13
$1,818 [1] 502/16
$1,998 [1] 496/8
$10,000 [2] 461/4 497/25
$100,000 [2] 493/10 494/7
$101,000 [1] 496/24
$115,000 [1] 493/19
$12,000 [1] 461/5
$12,569 [1] 496/1
$130,000 [1] 491/19
$17,487.29 [1] 502/14
$2,000 [2] 472/19 472/20
$21,842 [1] 502/12
$32,000 [1] 461/9
$35,000 [1] 461/10
$4,358 [1] 502/15
$5,000 [1] 497/21
$50 [1] 502/18
$6,000 [2] 483/23 497/21
$7,000 [2] 483/24 497/22
$750 [1] 494/14
$8,000 [1] 483/24
$800 [2] 494/15 494/18
$800,000 [1] 513/14

**'**

'47 [1] 418/17
'58 [2] 406/14 422/14
'59 [1] 428/11
'60S [1] 422/15
'65 [1] 422/17
'74 [4] 406/15 406/21 407/21 408/1

**.**

.9 [1] 459/23

**0**

0073 [1] 502/6
0074 [1] 502/6
0075 [1] 502/6
06-CV-2268-K [1] 375/5

**1**

1,039 ACRES [1] 406/13
1,692 ACRES [1] 406/22
1,900 ACRES [2] 406/14 406/23
1/2 [1] 485/19
10 [8] 387/3 388/21 388/21 451/2 458/7
 485/19 489/19 499/3
100 [5] 389/2 389/18 527/10 527/20
 528/5
100 METERS [1] 387/4
100 PERCENT [1] 474/11
1000 [1] 375/16
10022 [1] 377/4
11 [14] 400/16 413/19 427/3 436/12
 437/6 443/2 443/5 443/6 443/15 444/25
 454/18 458/7 462/11 522/14
11 FEET [1] 485/20
1100 [1] 376/3
1187 [1] 376/13
12 [4] 443/18 444/22 445/1 452/15
12 FEET [1] 485/17
12-FOOT [3] 457/16 485/7 485/15
1205 [1] 376/24
121 [1] 441/7
122 [2] 440/25 441/7
122 ACRES [2] 440/20 441/4
1261 [1] 376/13

13 [3] 443/19 444/24 445/1
136 [1] 376/11
14 [3] 479/7 508/9 522/14
140 FEET [1] 423/9
1494 [2] 515/11 526/23
1497 [1] 515/12
1498 [1] 515/13
1499 [3] 449/4 474/23 479/16
1499.1 [1] 474/22
15 [4] 438/22 451/2 487/20 499/3
15 FEET [1] 386/16
15-FOOT [1] 387/3
150 [2] 400/19 400/21
1500 [1] 515/14
1502 [2] 515/15 527/13
1516 [1] 423/6
16 [7] 440/11 440/15 449/1 449/23
 466/20 468/14 481/23
17.6 [1] 396/19
1710 [3] 449/6 481/4 497/2
1711 [1] 449/7
1712 [1] 449/8
1713 [4] 449/9 487/1 487/5 495/9
18 FEET [1] 423/9
1810 [1] 449/10
1810.4 [1] 455/16
1885 [3] 393/12 393/18 393/21
1900 [1] 437/6
1900S [1] 390/5
1928 [1] 447/11
1931 [1] 441/3
1932 [4] 406/14 410/11 439/21 441/4
1947 [2] 411/6 411/11
1949 [1] 383/15
1950S [3] 412/15 412/24 414/5
1957 [1] 382/9
1958 [15] 393/18 393/20 393/23 406/16
 410/11 428/7 428/11 439/21 439/24
 440/3 440/8 440/9 440/11 440/20 441/15
1959 [6] 423/15 428/7 430/17 431/5
 431/8 431/10
1960 [1] 431/9
1961 [7] 381/19 418/3 418/7 422/4 422/6
 423/10 423/20
1963 [1] 423/12
1965 [1] 423/17
1969 [1] 505/7
1974 [10] 406/17 410/11 415/9 439/25
 439/25 440/8 440/8 440/11 440/13
 441/15
1984 [1] 505/12
1986 [1] 505/12
1987 [1] 452/5
1990 [2] 503/5 513/5
1997 [2] 453/8 454/17
1999 [2] 454/18 455/3
1:00 THE [1] 384/5

**2**

2,000 [1] 385/11
2,673 FEET [1] 431/24
2,674 ACRES [1] 416/23
2-11 [5] 443/2 443/5 443/6 443/15
 444/25
2-12 [2] 443/18 445/1
2-13 [3] 443/19 444/24 445/1
2-3 [2] 415/22 416/2
2-7 [2] 430/5 430/13
2.1 [2] 415/22 416/2
2.10 [2] 430/14 431/10
2.11 [1] 443/7
2.16 [4] 443/2 443/6 443/8 443/10
2.18 [1] 443/10

2.9 [2] 430/14 431/14
200-OR-SO [1] 387/4
2000 [2] 408/1 454/19
2001 [15] 406/15 406/22 407/21 408/3
 410/11 415/15 439/25 440/3 440/8 440/9
 440/13 440/20 441/4 441/4 494/1
2002 [1] 460/19
2003 [1] 454/21
2004 [3] 454/21 461/20 502/24
20044 [1] 377/18
2005 [14] 418/4 419/12 419/16 424/20
 424/24 426/5 428/7 428/13 429/15 453/2
 470/14 484/13 502/13 502/14
2006 [7] 461/25 470/15 485/23 487/9
 495/10 495/24 502/14
2007 [5] 485/25 486/2 486/23 495/11
 505/4
2008 [4] 431/14 486/13 503/7 520/11
2009 [2] 375/7 379/2
205 ACRES [1] 440/15
2053 [2] 449/1 449/22
2055 [2] 449/2 450/6
206 [1] 503/4
208 ACRES [1] 406/24
21 [2] 375/7 379/2
2120 [2] 405/2 405/6
213 [1] 503/4
2130 [1] 383/23
2138 [3] 400/9 402/25 403/4
2139 [2] 449/3 455/22
23 [2] 483/7 493/21
23.7 FEET [1] 384/1
24/7 [1] 490/22
250 FEET [1] 423/11
26 [2] 440/17 495/24
26-YEAR [1] 406/13
26/27/1949 [1] 383/15
2626 [1] 376/24
2655 [1] 376/10
27 [2] 423/10 440/13
27-YEAR [1] 406/14
28.6 MILLIMETERS [1] 396/19
29 [1] 513/5

**3**

3,000 FEET [1] 426/8
3,368 ACRES [5] 415/5 415/10 415/19
 416/8 417/2
3.1 [2] 385/15 388/16
3.2 [1] 389/24
3.9 [1] 393/14
30 [3] 499/8 529/15 530/4
30-YEAR [1] 494/10
3102 [1] 376/3
325 [1] 377/4
356 [2] 509/1 509/6
36 FEET [2] 423/11 509/15
3668 [1] 376/7
37 [2] 510/1 510/22
3920 [10] 450/16 451/13 453/5 453/7
 453/14 454/9 458/24 467/24 473/24
 493/20
3920 DESPAUX [1] 459/8
3:00 [1] 472/7
3:00 A.M [1] 486/4

**4**

4,000 [1] 385/11
4,000 FEET [1] 427/10
4-1 [1] 412/10
4-11 [1] 413/19
4-3 [2] 412/14 414/4

**4**

4.1 [1] 413/19
4.2 [6] 412/13 412/24 413/14 414/4
414/10 414/15
40 [2] 455/12 455/13
40 METERS [1] 387/5
40 PERCENT [1] 465/19
40-FOOT [1] 387/10
404 [1] 378/13
406 [1] 377/20
43 [1] 440/18
4:00 A.M [1] 486/4

**5**

5,628 ACRES [2] 415/20 417/10
5-1 [1] 414/21
5-3 [1] 409/15
5-7 [2] 439/5 439/13
5.1 [7] 407/16 409/15 409/22 413/18
414/21 417/3 418/19
5.2 [3] 407/16 439/6 439/10
5.3 [2] 407/16 410/10
5.4 [1] 407/16
500 [4] 376/6 377/20 426/1 509/19
500 FEET [7] 422/10 422/11 424/4 424/5
426/2 426/3 509/15
500-FOOT [3] 422/5 423/21 424/17
501 [1] 378/14
504 [1] 377/21
519 [1] 376/17
536 [1] 503/6
550 [3] 375/16 470/10 471/5
556 [1] 376/6
558 ACRES [3] 413/21 413/24 414/5
57TH [1] 377/4
589-7778 [1] 377/21
5924 [2] 452/4 467/17
5926 [1] 452/7
5:30 [3] 472/8 499/5 529/11

**6**

6-11 [2] 436/12 437/6
600 [1] 377/7
601 [1] 376/10
604 [1] 377/7
610 [1] 375/23
618 [1] 376/20
650 FEET [4] 387/5 419/9 420/17 423/25
650-FOOT [1] 387/10 421/2
664 [1] 503/6
670 [1] 503/6
692 [1] 502/24
698 [1] 502/24
6:00 [1] 472/8

**7**

7 PERCENT [1] 494/11
7.1 [1] 379/25
7.2 [2] 384/23 385/1
7.3 [2] 384/24 385/2
70 MILES [1] 465/13
70043 [1] 450/17
70113 [2] 375/20 375/23
70130 [3] 376/10 377/8 377/21
702C [1] 435/17
70381 [1] 376/25
70502 [1] 376/7
70726 [1] 376/17
70801 [1] 376/21
70821 [1] 376/14
70S [1] 485/2
72 [1] 485/13
73 [1] 440/17

750 [1] 503/4
752 [1] 377/18
7778 [1] 377/21
79 [1] 522/14

**8**

8 MILLION CUBIC [2] 389/2 389/18
800 [1] 393/13
855 [1] 375/19
861 ACRES [1] 406/20
870 [1] 469/3
879 [1] 502/24
888 [1] 377/18
8TH [1] 459/2

**9**

9 MILLION [2] 389/4 389/20
9-FOOT [1] 485/4
9.4 [1] 423/17
90071 [1] 375/16
90S [1] 475/5
95 [4] 449/1 449/25 450/1 450/9
96 [2] 409/17 442/10
96.11 [1] 385/15
96.12 [1] 388/16
96.13 [1] 389/24
96.16 [1] 393/16
96.2 [1] 415/23
96.25 [1] 395/9
96.26 [1] 385/1
96.27 [1] 385/2
96.31 [4] 420/16 421/5 441/24 443/22
96.32 [1] 379/25
96.6 [1] 384/25
96.7 [1] 384/25
961.31 [1] 431/19
9631 [2] 402/13 403/4
99 DEGREES [1] 465/16

**A**

A.M [2] 486/4 486/4
A/K/A [1] 405/6
ABDOMINAL [1] 465/17
ABIDE [1] 500/11
ABILITY [1] 531/5
ABLE [18] 401/15 407/23 417/25 424/16
434/3 443/23 444/6 454/1 462/1 466/4
469/17 470/7 470/15 470/15 485/23
489/14 523/20 523/23
ABOUT [112] 379/19 379/22 380/2 380/8
381/20 381/23 382/2 382/19 383/14
385/6 386/15 386/15 391/18 391/24
392/4 392/5 392/10 393/4 395/3 395/4
395/14 396/3 396/14 397/5 397/21
397/21 397/25 399/7 401/4 402/2 403/7
403/21 404/3 409/7 409/15 410/23 423/3
427/10 430/2 430/14 431/13 431/16
434/19 435/9 436/5 439/15 442/9 443/11
445/19 446/11 447/21 448/1 448/25
452/22 455/1 456/14 458/2 459/11
460/18 461/4 461/5 461/9 462/15 462/16
466/7 466/19 468/12 468/21 468/22
469/4 469/10 470/5 470/21 473/14
474/13 474/25 475/12 478/15 481/8
482/13 482/18 484/25 485/13 485/15
485/19 487/10 487/25 488/13 488/17
488/24 489/18 490/2 491/17 491/19
494/7 494/14 497/21 498/9 499/3 500/2
508/12 512/20 512/23 514/2 515/8 516/7
517/2 517/19 520/20 520/23 526/22
527/6
ABOVE [4] 485/6 517/24 528/8 531/7
ABOVE-ENTITLED [1] 531/7
ABOVEGROUND [1] 454/20

ABREAST [1] 472/14
ABRUPT [1] 465/19
ABSOLUTELY [2] 421/13 468/10
473/18 479/22 481/9 488/8 488/12
489/13 492/18 497/15 498/11 529/7
ABSTRACT [1] 429/7
ACCELERATED [1] 406/12
ACCEPTED [2] 452/5 460/20
ACCESS [7] 423/9 522/18 522/18
524/14 524/16 525/15 525/19
ACCIDENTALLY [1] 447/18
ACCOMPLISH [1] 482/4
ACCORDING [2] 429/16 447/19
ACCOUNT [2] 434/25 435/12
ACCOUNTING [1] 415/10
ACCUMULATE [1] 473/4
ACCUMULATING [1] 461/12
ACCURATE [1] 420/17
ACKNOWLEDGED [1] 502/18
ACQUIRE [1] 470/15
ACRE [1] 394/2
ACREAGE [5] 393/13 393/21 415/12
417/17 417/19
ACREAGES [1] 417/1
ACRES [22] 406/13 406/14 406/20
406/22 406/23 406/24 413/21 413/24
414/5 415/5 415/10 415/19 415/20 416/8
416/23 417/2 417/10 439/8 440/15
440/20 440/20 441/4
ACROSS [4] 382/20 388/6 458/13 480/2
ACT [6] 392/20 447/12 447/19 494/1
494/4 507/4
ACTED [1] 490/3
ACTION [5] 389/9 389/10 390/1 391/6
482/6
ACTUAL [6] 406/16 407/8 443/25 497/17
517/2 518/4
ACTUALLY [50] 394/13 400/6 404/7
409/14 417/6 452/5 452/7 454/6 456/18
457/4 457/15 458/11 460/6 461/15
461/21 464/11 464/13 465/3 465/8
465/18 467/17 467/23 469/16 469/25
470/15 471/21 475/20 475/21 476/2
476/7 476/21 477/21 478/11 478/12
478/17 479/4 480/1 480/10 481/19
481/22 483/15 485/5 486/11 489/20
490/5 490/6 493/23 494/15 496/22
497/18
ADD [2] 440/4 440/17
ADDED [8] 415/4 415/11 440/8 454/19
454/25 455/2 462/1 462/11 494/17
ADDITION [5] 385/4 392/2 415/10
435/10 499/9
ADDITIONAL [5] 419/3 509/17 509/18
512/2 512/4
ADDITIVE [2] 397/18 397/19
ADDRESS [4] 450/15 452/8 452/9 521/1
ADDRESSES [1] 495/6
ADDRESSING [1] 392/3
ADJACENT [2] 380/15 398/25
ADJOURNED [1] 530/18
ADJUST [3] 379/14 483/8 490/1
ADJUSTED [1] 490/18
ADMIT [1] 506/8
ADMITTED [1] 404/1
ADVANCED [1] 509/17
AERIAL [4] 409/1 418/3 422/4 495/2
AFFECT [1] 491/1
AFFECTED [3] 385/5 488/10 489/17
AFFECTS [1] 421/19
AFFIDAVIT [1] 502/10
AFRAID [6] 466/13 468/1 468/2 471/17
471/18 489/23
AFTER [34] 385/12 401/11 406/15 407/7

A

AFTER... [30] 411/14 411/20 416/21 437/15 438/11 447/24 452/16 454/8 454/17 469/22 473/4 473/25 478/14 479/19 481/11 482/4 484/25 487/3 488/9 489/5 489/5 489/11 489/21 498/16 518/8 522/24 523/16 524/20 529/13 529/22
AFTERNOON [8] 375/10 379/1 444/22 464/2 504/2 504/25 518/24 530/14
AFTERNOONS [1] 459/21
AFTERWARDS [2] 472/12 480/24
AGAIN [15] 384/3 384/8 390/1 394/14 399/11 401/7 418/23 431/4 434/9 447/7 471/22 482/16 486/11 486/19 514/5
AGAINST [3] 450/2 500/18 510/20
AGE [1] 481/21
AGE'S [1] 487/22
AGENCY [1] 514/8
AGENT [1] 398/23
AGO [4] 380/11 385/11 386/18 442/6
AGREE [7] 424/18 425/11 425/13 429/4 434/11 448/13 521/7
AGREEABLE [2] 438/12 512/1
AGREED [1] 425/22
AGREEMENT [4] 405/10 500/3 500/6 500/12
AGREES [1] 522/24
AHEAD [6] 379/15 401/9 403/2 410/4 430/11 510/9
AIN'T [1] 530/16
AIR [2] 465/23 468/16
AIR-CONDITIONING [1] 465/23
AIRTIGHT [3] 528/14 528/20 528/21
AJAR [1] 476/23
AL [2] 375/5 375/7
ALIVE [1] 477/14
ALL [115] 379/3 379/15 380/1 380/2 381/23 383/20 387/6 387/13 388/14 389/6 389/18 391/3 393/2 393/3 395/11 396/22 397/25 398/12 398/13 399/6 399/17 400/7 400/20 404/6 404/7 405/8 409/6 409/8 409/9 412/7 418/2 419/15 420/7 422/21 426/21 437/10 438/21 438/24 439/18 442/13 444/13 445/24 446/16 447/16 454/8 454/13 458/5 458/8 458/9 458/15 458/15 458/19 458/19 460/2 461/1 461/13 463/2 464/19 465/14 465/25 467/25 468/22 469/19 470/22 470/23 471/9 472/17 472/17 472/25 474/10 475/19 476/6 476/7 476/8 476/23 477/10 478/5 478/10 478/13 478/16 482/12 483/9 483/10 483/14 484/8 484/19 484/21 486/18 486/23 488/3 492/13 492/25 495/3 495/6 495/10 496/13 498/22 499/18 500/18 504/1 506/3 508/6 510/10 511/25 512/25 514/14 514/15 516/19 522/18 528/15 528/25 529/4 529/10 529/11 530/19
ALLEGED [1] 519/5
ALLOW [4] 392/23 399/18 430/8 437/18
ALLOWABLE [1] 509/18
ALLOWED [2] 473/20 482/7
ALMOST [3] 441/7 444/15 475/18
ALONE [1] 420/7
ALONG [33] 380/5 380/7 380/12 382/10 382/14 383/1 383/6 383/18 385/16 386/1 386/19 387/14 391/4 391/8 392/10 394/10 396/15 396/16 398/2 398/2 398/24 400/14 401/23 414/7 417/20 426/5 429/15 434/18 436/9 436/14 467/21 507/18 516/20
ALREADY [18] 399/14 399/18 403/16

404/8 404/11 404/12 408/22 419/5 440/23 441/11 443/19 456/19 459/18 461/23 486/3 486/24 498/12 523/16
ALSO [36] 377/6 384/19 384/25 391/8 394/9 398/24 399/1 399/4 399/6 400/15 402/4 402/9 402/10 402/11 402/14 405/2 407/4 415/1 415/15 417/9 418/24 419/22 427/13 433/2 445/11 448/5 451/23 452/25 459/19 506/1 507/3 508/24 509/16 511/15 513/13 524/8
ALTERATIONS [1] 437/22
ALTERNATIVE [1] 473/7
ALTHOUGH [3] 514/23 519/7 520/12
ALWAYS [20] 460/5 460/6 460/7 460/23 461/13 463/16 468/1 472/13 472/13 482/23 487/19 487/21 487/22 488/1 488/1 489/1 489/1 489/3 492/19 508/23
AM [15] 393/3 396/14 396/17 410/20 423/4 436/2 450/23 459/23 469/3 482/23 488/16 491/14 492/10 492/12 521/8
AMBITIOUS [1] 530/17
AMERICA [1] 375/7
AMIN [1] 377/11
AMOUNT [11] 387/9 399/2 399/15 402/15 410/21 415/15 415/16 429/5 434/22 461/3 475/16
AMPLIFY [1] 407/1
ANALYSIS [7] 391/16 406/20 420/20 425/6 425/10 432/1 432/3
ANCILLARY [1] 392/12
AND/OR [1] 453/22
ANDREW [1] 432/3
ANDRY [2] 375/21 375/22
ANESTHESIA [4] 452/25 453/4 460/20 461/22
ANESTHETIST [1] 459/18
ANEURYSM [1] 465/17
ANGEL [1] 501/9
ANGELES [1] 375/16
ANGUISH [1] 470/21
ANGULAR [1] 386/8
ANNEXED [3] 419/17 420/10 421/18
ANNUAL [2] 396/12 396/15
ANOTHER [20] 379/18 383/12 384/9 389/2 389/18 398/14 400/10 401/5 403/10 418/23 430/6 442/9 443/18 447/6 448/9 455/1 455/1 456/22 496/8 502/17
ANSWER [10] 398/6 399/11 399/12 406/1 421/12 421/16 430/11 445/22 522/16 525/6
ANSWERS [2] 521/20 521/22
ANTHONY [4] 451/18 493/18 502/12 530/9
ANTICIPATED [6] 432/18 433/2 433/5 433/7 434/9 514/1
ANTICIPATING [1] 511/9
ANTIQUE [1] 481/21
ANY [41] 406/1 411/11 411/21 450/24 452/16 454/16 461/16 462/9 467/13 468/20 468/21 468/22 471/19 476/5 482/6 487/12 490/13 491/18 498/18 503/3 506/2 507/16 507/23 510/11 512/1 512/4 512/13 514/9 519/4 519/9 519/18 520/2 520/5 520/14 521/22 522/4 523/23 525/23 527/2 527/18 528/3
ANYBODY [2] 377/12 395/5
ANYHOW [1] 448/11
ANYONE [1] 510/12
ANYTHING [11] 392/25 468/24 469/14 472/14 476/7 477/14 490/22 497/17 506/21 510/3 523/20
ANYWHERE [2] 436/10 509/24
APART [1] 523/18

APARTMENT [10] 470/1 470/2 470/7 470/14 470/19 470/24 470/24 470/25 470/25 470/25 470/25 470/25 470/25 481/17 486/3 491/9
APARTMENTS [1] 470/5
APEX [1] 384/10
APIECE [1] 499/17
APOLOGIZE [1] 412/3
APPEAL [1] 470/24
APPEAR [1] 434/25
APPEARANCES [3] 375/13 376/1 377/1
APPEARED [1] 406/8
APPEARS [3] 414/22 426/2 475/15
APPEARS TO [1] 414/22
APPENDED [1] 402/22
APPENDIX [11] 417/23 420/23 422/2 423/6 423/21 424/15 424/20 425/15 427/25 428/8 428/20
APPLIANCES [1] 454/23
APPLICATIONS [1] 502/11
APPLYING [1] 461/2
APPRECIATE [2] 447/3 529/11
APPROACH [2] 383/7 386/8
APPROACHES [1] 391/6
APPROACHING [1] 391/5
APPROPRIATE [3] 393/5 406/25 440/6
APPROPRIATION [2] 502/23 503/2
APPROXIMATE [3] 455/20 497/13 524/20
APPROXIMATED [1] 497/14
APPROXIMATELY [12] 452/15 452/24 453/21 456/3 456/9 456/16 457/21 484/11 527/10 527/12 528/4 528/9
APPROXIMATING [1] 393/21
APRIL [4] 375/7 379/2 470/15 520/11
APRIL 2008 [1] 520/11
AQUA [1] 413/2
ARABI [4] 451/22 451/22 451/25 452/2 453/21 456/3 456/9 456/16 457/21
ARC [5] 385/9 385/24 386/4 387/15 394/11
ARCHBISHOP [1] 459/6
ARCHITECT [1] 454/2
ARE [132] 381/4 382/1 382/19 384/2 384/12 384/24 385/4 386/17 386/19 386/19 388/1 388/5 388/7 388/20 390/14 391/9 391/24 391/24 396/12 396/15 396/25 398/21 398/21 400/16 406/17 408/7 409/18 410/19 412/18 412/18 417/25 418/14 420/12 420/18 421/13 422/10 427/3 427/11 427/14 428/6 429/8 429/24 430/3 430/4 430/9 430/13 431/9 431/16 431/17 436/1 436/1 436/21 436/23 441/6 441/9 441/23 442/4 442/8 442/11 442/11 442/23 442/25 443/1 443/2 443/8 443/10 443/11 443/14 443/20 445/2 445/10 446/4 447/4 447/21 448/10 449/5 449/9 450/22 451/1 451/3 451/4 451/7 451/9 451/18 451/19 457/15 458/18 464/12 464/24 467/5 469/10 470/24 473/14 479/14 479/15 487/4 487/21 488/1 488/2 489/12 491/6 491/7 493/1 493/4 496/18 496/22 498/16 499/5 499/11 499/17 499/18 500/1 502/2 504/5 508/6 509/2 510/10 512/15 515/20 516/19 517/2 518/9 518/15 521/4 526/22 528/9 528/11 529/14 529/16 530/14 530/17
AREA [89] 379/10 379/11 380/5 380/24 385/17 387/4 389/3 389/9 389/12 389/22 390/6 393/10 393/11 393/19 394/2 394/21 395/2 396/6 396/7 396/21 397/23 398/22 399/7 399/23 400/17 400/19 401/23 401/25 402/2 402/2 402/4 402/10 402/11 402/12 402/14 403/20 406/9

**A**

AREA... [52] 406/12 407/7 407/7 407/8 407/25 407/25 408/21 408/23 408/25 410/19 410/22 411/6 411/9 411/16 411/20 411/24 412/10 413/5 413/6 413/10 413/25 414/13 415/2 415/18 418/14 418/18 419/4 419/18 424/7 427/11 427/15 429/4 429/12 429/15 429/17 429/18 429/22 429/25 430/1 430/2 430/25 431/15 435/14 435/19 436/23 437/10 437/14 446/20 451/24 469/24 477/23 517/21
AREAS [24] 398/1 412/15 416/16 417/11 419/8 419/13 419/14 419/20 419/22 420/1 420/4 420/11 420/12 420/17 421/13 421/17 425/14 429/2 429/19 429/24 431/1 434/16 442/1 518/9
AREN'T [2] 493/2 493/2
ARGUE [1] 499/24
ARGUMENT [1] 447/23
ARMY [2] 381/7 472/15
AROUND [16] 386/20 387/25 424/7 451/17 452/5 464/2 464/9 472/7 472/14 478/14 493/10 494/12 518/1 521/11 526/13 526/14
ARPENT [2] 455/12 455/13
ARRANGEMENT [1] 470/13
ARRANGEMENTS [3] 461/24 464/21 500/10
ARRIVED [1] 467/12
ARROW [2] 382/7 386/7
ARROWS [1] 421/14
ARTICLE [2] 513/3 513/5
ARTICULATE [1] 393/5
AS [147] 379/6 379/11 379/13 380/22 382/25 383/4 383/7 383/9 384/4 384/25 385/17 387/1 389/23 391/20 392/9 392/12 392/14 392/20 392/21 393/16 393/23 394/11 396/23 397/2 398/1 398/10 398/22 399/9 399/12 400/11 401/14 402/13 402/25 403/14 403/15 403/22 403/22 404/5 406/7 406/8 406/9 407/15 408/5 414/16 414/17 415/5 415/10 415/19 415/20 417/1 417/10 417/11 417/12 419/24 421/18 421/18 423/7 423/15 426/7 426/9 426/16 427/25 429/2 429/8 429/19 429/18 429/19 429/20 430/18 431/14 432/2 435/6 435/16 435/18 435/22 435/23 435/23 436/8 436/22 436/22 437/14 438/3 444/1 446/25 447/1 447/10 448/19 455/8 455/11 460/17 460/17 461/21 463/8 463/9 466/1 466/1 467/7 467/7 471/16 471/16 473/3 473/3 474/19 474/19 474/20 474/20 478/10 481/18 488/25 490/18 490/20 491/1 492/22 496/11 504/8 504/17 505/14 506/2 506/20 509/14 511/22 511/22 512/1 512/1 512/13 512/2 515/24 516/14 516/17 518/1 519/15 520/2 523/23 526/14 526/15 526/18 526/19 527/2 527/17 527/19 527/24 527/25 528/21 529/1 529/15 529/15 529/24
ASCERTAIN [2] 518/5 526/15
ASHLEY [1] 377/6
ASHORE [1] 466/25
ASK [15] 392/8 399/24 445/10 449/25 454/8 458/2 492/4 499/16 510/8 519/22 520/19 521/19 522/18 527/6 528/25
ASKED [8] 449/15 462/22 492/6 498/9 500/11 500/14 522/15 522/17
ASKING [8] 409/15 409/18 430/9 442/23

ASSED... [1] 527/11
482/17 520/23 526/7
ASSIGNED [1] 525/1
ASSISTANCE [1] 455/19
ASSOCIATED [4] 427/14 449/9 487/4 512/4
ASSOCIATES [4] 375/15 376/12 515/16 525/13
ASSUMABLE [1] 494/3
ASSUME [10] 498/24 499/9 499/24 504/10 520/24 522/6 522/7 522/12 527/24 528/22
ASSUMING [2] 514/22 528/20
ASSURE [1] 510/15
ASSURING [1] 514/8
ASTHMA [1] 476/4
ASTUTE [1] 448/16
AT [188]
ATTACHED [1] 454/9
ATTEMPTED [1] 501/7
ATTEND [2] 452/9 471/25
ATTENDANT [1] 437/23
ATTENDED [1] 452/19
ATTENTION [3] 385/8 388/25 479/16
ATTIC [6] 464/10 464/12 468/5 485/4 485/6 485/21
ATTORNEY [1] 505/1
ATTORNEYS [1] 516/7
ATTRIBUTABLE [3] 409/4 421/6 507/7
ATTRIBUTE [2] 415/16 417/9
ATTRIBUTED [3] 406/9 417/12 420/7
AUGMENTED [1] 437/19
AUGUST [4] 453/2 465/16 483/7 513/5
AUGUST 23 [1] 483/7
AUGUST 29 [1] 513/5
AUNT [1] 489/9
AUTHENTICATE [1] 500/14
AUTHENTICATED [1] 502/10
AUTHORITIES [1] 510/15
AUTHORITY [2] 503/1 512/13
AUTHORIZATION [7] 506/19 506/22 507/1 507/13 507/17 508/14 512/12
AUTHORIZED [8] 434/13 450/1 450/11 505/22 506/9 506/15 507/5 509/12
AUTHORIZING [2] 506/10 508/23
AUTHORS [1] 432/4
AUTO [1] 503/5
AUX [1] 411/21
AVAILABLE [1] 462/23
AVENUE [3] 376/3 376/17 452/2
AVERAGE [8] 383/1 396/12 406/11 406/19 431/24 441/17 441/18 441/20
AVOID [1] 501/7
AWARDED [5] 502/12 502/13 502/15 502/25 503/3
AWARE [4] 381/4 392/19 393/23 462/17
AWAY [22] 382/16 382/22 427/5 429/3 429/20 452/15 453/18 458/25 459/10 459/23 463/8 466/1 466/14 470/4 472/19 481/21 483/13 491/23 527/4 527/20 528/5 528/14
AWFUL [1] 473/6
AWNING [1] 479/6
AX [4] 468/5 476/21 476/21 476/21

**B**

B-R-E-E-R-W-O-O-D [1] 504/22
BABY [2] 454/7 487/20
BACHELOR'S [2] 452/19 452/23
BACK [71] 386/17 387/16 389/21 390/16 390/17 395/9 397/4 409/14 414/4 421/19 422/2 422/19 424/3 429/11 431/19 432/1 452/3 452/7 452/22 453/8 455/6 457/9

459/18 460/10 460/19 464/6 467/10 470/3 470/4 470/6 470/6 470/5 470/6 470/19 471/6 471/23 471/25 473/19 473/20 474/6 475/2 475/2 476/14 477/25 478/24 479/12 480/8 480/10 480/20 482/13 482/15 482/18 483/5 483/10 483/11 485/19 485/23 485/24 485/25 486/2 486/23 486/24 486/25 490/23 492/3 493/3 493/4 498/23 500/6 513/11 514/12
BACKGROUND [1] 511/2
BACKUP [1] 464/3
BACKYARD [4] 454/20 456/8 456/22 478/8
BAD [7] 474/19 474/20 476/4 479/25 479/25 483/12 492/11
BAEZA [2] 377/10 508/3
BAG [2] 463/2 464/20
BAHAMAS [1] 383/16
BALL [1] 499/12
BAN [1] 430/7
BANDS [1] 466/10
BANK [23] 380/15 380/15 380/19 382/13 419/7 419/7 419/12 419/15 424/20 424/23 424/24 426/4 426/5 430/19 430/24 431/15 431/21 445/5 461/15 491/17 493/24 512/16 513/10
BANK-TO-BANK [1] 419/7
BANKS [6] 398/2 425/2 428/24 507/11 511/18 511/23
BANKS OF [1] 398/2
BAPTIST [1] 459/19
BAR [1] 399/2
BARBECUES [1] 458/14
BARELY [1] 477/3 483/25
BARON [1] 376/2
BARONNE [2] 375/19 375/23
BARRELED [2] 478/17 483/19
BARRIER [12] 385/7 385/9 385/9 385/24 387/23 392/6 392/20 394/10 394/13 398/3 412/18 434/18
BARRIERS [3] 386/6 391/4 391/8
BARS [1] 388/7
BASE [2] 437/22 497/23
BASED [7] 393/4 398/12 399/15 407/2 408/21 438/6 445/21
BASIC [4] 447/21 468/15 495/15 496/3
BASICALLY [13] 441/9 459/24 463/24 465/11 466/7 471/10 471/15 484/20 500/13 510/19 512/11 516/19 530/8
BASIN [2] 436/15 436/17
BASIS [5] 384/15 445/18 487/24 488/5 489/15
BATH [1] 468/15
BATHROOM [1] 455/7
BATHYMETRY [3] 390/6 390/7 390/8
BATON [23] 376/14 376/21 462/22 463/9 465/4 465/5 465/13 466/6 466/14 467/7 467/10 467/12 468/11 468/12 468/13 469/2 469/23 471/22 471/24 472/1 472/4 480/8 494/20
BATON ROUGE [21] 462/22 463/9 465/4 465/5 465/13 466/6 466/14 467/7 467/10 467/12 468/11 468/12 468/13 469/2 469/23 471/22 471/24 472/1 472/4 480/8 494/20
BAUMY [6] 498/24 499/7 499/8 504/6 529/14 530/5
BAWL [1] 491/14
BAY [5] 402/6 402/11 426/25 430/3 434/24
BAYOU [21] 399/8 399/8 400/14 400/15 400/20 408/14 408/16 408/18 408/19

BAYOU... [12] 408/19 411/21 424/13
425/17 425/20 426/11 427/12 429/14
429/20 429/21 429/25 430/1
BAYOU LA LOUTRE [3] 425/20 426/11
427/12
BE [126] 379/4 379/14 382/8 389/21
390/16 392/21 393/5 394/9 397/1 398/11
399/14 401/12 402/11 403/20 403/25
404/10 405/9 407/23 407/25 408/6
409/18 409/22 410/16 412/6 416/8 417/3
419/9 420/19 423/22 424/16 425/9 426/2
427/21 427/22 431/19 432/11 432/16
434/7 435/3 436/10 438/12 438/15
438/25 443/23 444/6 445/8 445/11 447/1
447/19 453/7 458/15 459/25 460/20
461/6 461/25 462/1 462/23 462/25 463/3
463/17 463/18 463/20 464/3 464/15
464/17 465/2 465/23 465/23 466/4 466/9
466/13 468/6 473/12 476/19 479/25
479/25 480/19 482/1 482/6 482/19 483/7
483/12 485/16 488/10 489/14 491/5
496/5 497/25 498/10 498/22 500/20
500/21 501/1 501/6 502/16 502/21 503/2
506/25 508/5 508/23 509/16 509/19
512/2 512/4 513/13 514/10 514/13
516/20 517/5 519/17 519/22 521/8
523/23 524/17 526/19 526/25 527/3
527/5 527/20 528/1 528/4 529/16 529/17
529/21 530/8 530/12
BEAR [1] 397/6
BEATEN [1] 460/1
BEAUTIFUL [1] 498/11
BECAME [5] 387/13 431/2 437/15
489/21 505/14
BECAUSE [68] 380/2 381/25 383/10
388/2 388/8 391/21 392/13 394/23 396/7
409/7 426/20 433/25 434/23 437/18
438/16 441/6 447/13 452/8 453/24
454/12 455/5 458/16 462/24 463/20
465/12 465/24 466/7 466/10 468/6
468/24 471/17 471/18 472/10 473/6
473/8 473/11 474/4 475/5 476/3 476/16
476/19 476/23 477/22 477/25 480/15
480/18 481/17 482/6 482/7 483/15 485/5
485/20 486/1 486/15 488/2 491/3 491/22
492/11 492/13 494/8 494/15 499/9 500/3
502/21 510/19 523/4 524/23 529/24
BECOME [3] 398/23 430/24 465/9
BECOMING [1] 461/14
BED [2] 466/5 470/12
BEDROOM [11] 455/6 457/16 457/16
468/15 470/10 470/16 479/10 479/11
485/6 485/9 485/19
BEDS [1] 464/10
BEEN [75] 379/5 380/22 390/13 391/18
394/8 399/7 399/24 400/3 402/14 402/25
403/21 406/22 409/23 411/6 415/2
415/12 415/12 422/5 423/16 424/17
425/7 425/12 426/11 430/10 430/19
431/21 433/2 433/4 433/6 433/19 433/21
434/3 434/13 434/22 434/23 435/3 435/7
435/11 437/14 442/8 445/7 448/18
450/20 452/18 453/10 454/1 458/6 461/9
461/9 462/17 468/6 473/22 480/4 482/23
488/22 489/1 493/23 494/8 494/14
494/22 497/9 497/21 497/22 498/21
499/13 504/8 504/16 510/13 515/1
521/10 522/4 523/16 523/18 525/17
525/18
BEFORE [28] 375/10 379/12 398/6
398/10 411/14 412/7 432/1 437/14

456/16 459/5 461/14 461/20 468/7
477/23 477/16 480/6 491/6 495/23 496/3
496/3 496/13 498/12 498/17 501/4
510/19 513/3 521/22 523/20
BEGAN [3] 435/23 460/25 461/20
BEGIN [3] 379/17 420/11 499/16
BEGINNING [4] 445/8 449/20 490/17
518/17
BEGINS [1] 417/24
BEGUN [1] 498/12
BEHALF [1] 450/11
BEHAVED [1] 394/6
BEING [25] 381/20 382/16 382/17
383/10 384/7 388/10 390/15 390/22
394/13 418/15 434/18 435/1 435/10
436/8 442/25 443/10 449/15 468/23
490/9 490/10 511/23 511/24 519/11
519/20 528/7
BELABOR [2] 396/1 398/1
BELIEF [1] 513/16
BELIEVE [13] 379/10 411/8 417/14
443/2 495/9 507/10 513/19 520/11
521/15 523/3 527/2 527/19 528/3
BELOW [2] 382/15 425/6
BEN [3] 451/23 452/3 452/17
BEN FRANKLIN [1] 452/17
BEND [2] 400/19 400/21
BENEFIT [3] 502/20 510/11 510/21
BENJAMIN [1] 377/17 452/6
BERBER [2] 454/22 498/15
BERM [4] 389/5 389/5 389/12 389/23
BERNARD [20] 385/10 436/16 436/22
451/17 451/20 451/23 455/11 468/22
469/8 469/16 473/19 474/1 474/14 475/6
476/16 483/9 511/14 511/16 513/17
528/13
BESIDES [1] 505/19
BEST [9] 379/13 475/6 480/25 481/12
482/14 482/20 498/1 526/15 531/5
BETSY [1] 437/25
BETTER [4] 446/17 465/2 477/17 492/14
BETWEEN [34] 380/16 385/11 387/7
388/23 393/18 393/24 396/19 399/1
399/4 399/6 399/8 399/24 401/23 402/17
403/10 406/13 406/15 406/21 407/21
408/1 410/14 426/9 429/20 429/25 437/6
440/2 441/15 442/9 454/20 477/12
485/19 487/20 513/14 527/21
BEYOND [4] 426/21 519/15 519/17
519/21
BIBLE [1] 381/12
BIENVENUE [7] 399/8 400/15 408/15
408/16 424/13 429/21 430/1
BIG [5] 464/17 476/1 476/8 484/6 484/8
BIKES [2] 459/22 460/3
BIOLOGY [2] 452/20 452/21
BIT [12] 396/3 415/25 439/15 455/18
458/2 461/4 462/19 464/16 467/13
495/12 496/10 519/24
BITE [1] 466/22
BLEW [1] 447/18
BLOCK [1] 458/14
BLOCKING [1] 477/1
BLOCKS [2] 452/15 452/15 470/4
475/12
BLOW [1] 455/18
BLOWING [4] 382/10 382/20 382/22
447/18
BLOWN [3] 382/16 382/17 475/20
BLUE [4] 386/7 413/2 413/3 421/13
BOARD [1] 491/24
BOAT [3] 432/8 432/13 485/14
BOATS [4] 388/7 432/16 475/7 479/23

BOBCAT [1] 479/5
BODY [1] 418/23
BOEUFS [1] 411/21
BOILS [1] 458/17
BOMB [1] 447/18
BOMBARDED [1] 491/6
BOOK [1] 383/14
BOOKCASE [1] 381/14
BOOKS [1] 491/25
BOOTS [3] 476/1 476/6 477/23
BORDER [1] 380/18
BORGNE [6] 413/11 413/20 413/25
414/7 429/12 429/15
BORN [3] 455/3 508/7 508/10
BORNE [1] 512/5
BORROW [1] 494/7
BOSEMAN [1] 502/24
BOTH [7] 417/6 451/3 451/7 451/9
458/21 470/11 490/14
BOTTOM [8] 390/8 413/19 415/1 422/6
495/19 499/22 509/15 509/19
BOTTOM-WIDTH [1] 422/6
BOUGHT [1] 476/8
BOULEVARD [2] 376/24 515/12
BOX [4] 376/7 376/14 376/24 377/18
BOYS [6] 451/9 461/7 462/23 463/2
463/25 489/17
BRACKISH [3] 413/3 413/8 413/11
BRANCH [1] 377/10
BRAND [1] 496/5
BREACH [1] 417/20
BREACHED [1] 520/5
BREACHES [9] 399/9 399/12 399/16
400/16 400/16 401/24 401/24 403/7
430/4
BREACHING [1] 510/24
BREAK [3] 438/13 438/18 440/5
BREAKDOWN [1] 490/24
BREAKS [2] 403/6 429/9
BREERWOOD [18] 498/25 499/7 500/25
501/3 504/1 504/3 504/6 504/16 504/21
504/25 506/8 508/4 509/2 509/12 510/2
511/11 513/3 513/21
BRENDAN [1] 377/3
BRETON [32] 385/17 386/9 386/20
387/7 387/12 387/16 387/20 388/23
389/4 390/14 390/17 390/21 391/1 391/2
391/3 391/11 391/15 391/19 391/22
391/25 392/18 393/10 393/12 393/24
393/25 394/2 394/6 394/8 394/9 394/20
423/10 429/8
BRETON SOUND [2] 387/7 390/14
BRICK [2] 454/12 526/18
BRICKS [1] 454/5
BRIEF [3] 392/13 438/23 459/11
BRIEFING [2] 392/9 447/1
BRIEFLY [5] 381/25 383/12 395/3 515/7
517/19
BRING [5] 406/6 409/20 466/4 511/22
515/11
BROKEN [3] 412/15 439/20 478/4
BROTHER [3] 467/17 489/9 489/10
BROUGHT [3] 406/5 409/18 490/15
BROUSSARD [1] 530/5
BROWN [1] 414/13
BRUNO [2] 375/18 375/18
BRUNO'S [1] 521/17
BRUNT [1] 466/10
BUDD [1] 376/2
BUFFALO [4] 382/17 382/23 383/2
383/7
BUFFER [2] 392/20 392/20

**B**

BUILD [2] 453/8 453/12
BUILDING [9] 434/10 513/10 525/13
525/15 527/7 527/10 527/18 528/5 528/7
BUILDINGS [2] 525/18 525/19
BUILT [10] 393/20 427/15 437/14 437/15
454/17 454/19 454/25 458/5 493/21
528/14
BUILT-IN [1] 454/19
BUMP [1] 391/3
BUMPER [2] 465/1 465/1
BUMPER-TO-BUMPER [1] 465/1
BURNED [1] 486/6
BUSINESS [3] 515/16 527/8 527/18
BUSTED [2] 476/22 485/9
BUSY [2] 463/4 490/25
BUT [116] 379/14 383/7 383/19 383/24
385/22 386/16 386/25 388/8 390/21
392/23 393/20 394/6 394/14 394/16
397/4 400/22 401/6 401/13 411/11
411/18 414/13 416/17 417/25 419/24
420/9 420/22 423/15 425/8 425/12
425/14 428/6 429/1 429/3 429/7 430/9
432/13 434/15 434/21 434/24 437/21
439/14 439/19 440/22 441/15 441/16
441/22 442/18 444/8 444/17 446/12
447/23 451/7 453/25 454/11 454/13
455/2 456/19 459/18 461/19 462/4
463/16 463/21 466/5 466/22 468/18
469/18 469/21 471/22 473/6 473/13
474/12 474/17 474/20 475/7 475/22
476/18 478/15 479/2 479/15 481/12
481/15 481/20 482/2 482/19 483/7
485/20 487/15 488/2 490/25 492/14
493/1 495/7 496/7 496/15 496/18 497/13
497/25 498/12 500/18 500/20 502/15
502/18 505/18 506/3 512/14 513/24
519/13 519/16 520/22 520/25 521/11
522/8 523/7 524/22 526/18 530/15
BUTTRESSING [2] 401/18 403/17
BYPASSED [1] 388/8

**C**

C-R-A-W-F-O-R-D [1] 515/6
CABLE [1] 471/10
CADILLAC [1] 457/24
CAERNARVON [2] 411/9 411/20
CALCULATED [2] 415/18 431/25
CALCULATION [11] 415/1 415/4 416/24
417/17 417/19 421/22 421/23 440/2
440/10 440/19 442/19
CALCULATION'S [1] 421/24
CALCULATIONS [8] 391/22 391/23
392/25 393/2 439/8 441/15 441/23
442/12
CALEB [2] 451/2 451/4 453/9 490/2
490/3 490/3
CALEB'S [1] 479/10
CALIFORNIA [1] 375/16
CALL [14] 389/12 408/7 413/10 426/25
448/4 449/21 461/1 464/4 475/13 479/5
494/21 500/6 504/3 529/14
CALLED [11] 381/10 410/19 462/21
463/22 464/3 464/20 466/2 469/15 470/3
498/22 529/17
CALLING [2] 469/4 504/6
CALLS [2] 505/24 510/4
CALM [3] 459/20 460/4 490/6
CALVIN [1] 376/16
CAME [13] 384/5 407/6 407/7 460/10
463/10 470/19 471/6 471/16 480/13
511/25 519/14 519/16 520/2

CAMERA [1] 480/1
CAN [101] 380/12 380/13 380/24 381/1
381/3 381/23 382/18 382/18 382/25
383/3 383/6 383/25 384/1 384/2 384/9
384/9 389/9 393/19 394/19 394/21 395/5
395/5 398/14 400/5 400/18 402/19
402/20 403/11 403/14 403/15 403/23
409/20 410/5 410/21 412/4 413/18 414/4
415/25 418/6 418/23 419/3 419/13
420/22 422/2 422/2 422/19 423/7 424/2
424/3 424/6 424/7 424/10 425/11 425/13
426/7 428/11 428/12 428/19 428/22
429/1 429/1 429/4 429/12 429/15 430/21
430/21 430/23 430/24 431/14 431/16
431/19 435/20 440/10 441/25 442/14
444/1 445/19 445/24 446/4 446/10
455/18 455/19 463/23 466/2 475/19
480/1 487/9 499/6 499/20 500/21 501/5
502/3 506/4 509/16 514/23 521/11 524/2
529/16 529/17 530/10 530/13
CAN'T [12] 414/16 420/20 421/20
428/19 428/22 440/22 482/1 491/7 491/8
491/15 500/21 526/17
CANAL [3] 455/12 455/15 508/15
CANDIDATES [1] 420/13
CANVASS [1] 517/21
CAPTION [1] 422/4
CAR [7] 457/24 467/5 475/10 475/11
476/2 480/13 492/2
CARE [7] 460/22 461/11 463/12 483/3
484/1 492/16 502/3
CAREFUL [1] 519/22
CARL [7] 449/23 450/5 455/15 455/22
476/9 478/6 487/1
CARL'S [1] 455/18
CARONDELET [1] 377/7
CARPET [3] 454/22 498/14 498/14
CARPORT [1] 475/13
CARRY [1] 390/16
CARRYING [1] 471/14
CARS [1] 475/8
CASE [16] 389/11 389/13 391/14 392/21
393/4 395/18 420/19 442/4 447/13 448/1
448/12 506/1 516/7 519/5 521/9 521/14
CAT [1] 466/12
CATALOGS [1] 497/16
CATCHING [2] 466/9 466/10
CATEGORY [2] 441/10 465/9
CATHOLIC [2] 453/17 471/7
CAUGHT [2] 486/5 486/20
CAUSAL [1] 398/9
CAUSATION [2] 399/16 504/11
CAUSATIVE [2] 398/14 398/17
CAUSE [6] 394/5 399/12 432/24 433/10
433/22 435/1
CAUSED [9] 383/20 385/6 386/8 411/4
420/1 432/8 436/25 438/10 447/25
CAUSES [1] 432/5
CAUSING [3] 398/23 510/24 512/8
CAUTIOUSLY [1] 492/10
CCR [3] 377/20 531/2 531/10
CEILING [4] 485/9 485/10 485/10 485/16
CEILINGS [5] 457/16 464/11 464/12
485/7 485/15
CELL [2] 430/6 430/7
CENTER [5] 452/23 453/1 459/19 477/9
477/11
CENTRAL [5] 397/23 411/16 439/18
439/19 441/11
CERTAIN [6] 381/13 419/14 434/6 474/8
476/16 479/20
CERTAIN/SURE [1] 479/20
CERTAINLY [11] 380/24 381/4 385/24

394/4 421/14 421/17 422/11 422/12
422/15 430/13 444/22 446/10/23
CERTAINTY [1] 529/5
CERTIFICATE [1] 531/1
CERTIFIED [1] 459/17
CERTIFY [1] 531/4
CHAD [3] 425/4 445/17 449/11
CHAIN [2] 385/10 385/16
CHAIR [2] 497/18 497/19
CHAIRS [1] 468/17
CHALMETTE [3] 450/16 451/14 453/12
CHANCE [1] 529/22
CHANCES [1] 476/5
CHANDELEUR [4] 385/9 385/14 387/15
390/19
CHANGE [6] 388/13 393/10 407/4
429/23 447/5 529/23
CHANGED [7] 384/4 387/22 387/24
393/17 419/15 454/21 454/23
CHANGES [1] 397/24
CHANGING [3] 460/16 513/8 513/9
CHANNEL [103] 386/10 386/15 386/16
386/20 387/2 387/3 387/11 387/15
387/22 388/9 389/13 389/14 390/3 390/4
390/6 390/11 390/11 390/12 390/15
395/24 396/16 397/25 398/22 399/3
406/24 408/24 415/6 415/17 415/19
416/9 416/18 417/4 417/7 417/12 417/24
418/7 418/15 418/23 419/4 419/8 420/1
420/2 420/4 420/10 420/24 422/5 422/13
423/8 423/9 423/11 423/14 423/20
424/10 424/17 424/21 425/2 425/16
425/20 425/23 426/21 427/13 428/6
428/13 428/21 430/3 431/5 431/6 432/11
432/15 432/16 433/3 433/7 433/17
433/19 433/23 434/1 434/4 434/6 434/10
434/12 435/2 435/23 441/24 442/1
443/24 444/17 444/19 445/6 469/3
505/21 506/9 506/15 506/19 508/18
508/19 509/4 509/12 509/14 509/15
509/20 511/19 511/21 513/11
CHANNELS [4] 416/19 429/22 437/23
512/15
CHARACTERIZATION [1] 421/8
CHARGE [2] 490/11 505/15
CHARGED [1] 506/3
CHARTS [1] 445/18
CHECK [1] 493/5
CHECKING [1] 400/7
CHECKS [2] 472/20 472/20
CHEMICAL [1] 484/19
CHEWING [1] 489/7
CHIEF [2] 505/11 507/4
CHILDREN [17] 450/24 451/3 453/16
455/5 458/8 459/13 461/12 470/11
470/11 471/4 474/7 482/21 482/23 483/3
483/5 489/12 492/16
CHOICE [1] 482/20
CHOOSE [1] 454/2
CHOSE [6] 390/21 444/2 452/7 453/24
479/17 484/20
CHURCH [6] 453/17 458/9 460/9 492/24
492/25 492/25
CITES [1] 503/3
CITY [2] 376/25 452/15
CIVIL [6] 377/10 511/6 511/7 511/8
515/20 515/21
CIVILIAN [2] 505/15 505/17
CLAIM [1] 450/2
CLAIMS [1] 447/19
CLASSES [5] 458/9 461/20 461/22
471/25 472/7
CLAUDE [6] 451/21 452/4 452/8 452/12

Case 2:05-cv-04182-SRD-JCW   Document 18668   Filed 05/21/09   Page 164 of 186

C

CLAUDE... [2] 452/13 467/18
CLEAN [1] 483/13
CLEANED [1] 521/10
CLEANING [1] 484/19
CLEAR [1] 497/15
CLEARLY [1] 425/25
CLINICAL [2] 462/2 491/22
CLOCK [2] 500/19 500/19
CLOCKWISE [1] 380/21
CLOSE [13] 383/2 389/12 414/12 429/15
458/17 458/24 459/7 459/15 466/11
487/17 487/19 489/12 518/2
CLOSE-KNIT [1] 458/17
CLOSED [1] 492/25
CLOSER [4] 408/7 408/18 408/19 463/8
CLOSETS [1] 464/10
CLUB [1] 503/5
CLUNG [1] 489/25
CNN [1] 518/12
COAST [4] 380/7 386/13 391/9 392/6
COASTAL [9] 381/13 381/13 381/17
381/18 391/3 396/24 406/12 446/15
446/16
COINCIDENTAL [1] 394/1
COLLATERAL [1] 502/19
COLOR [3] 413/2 413/3 454/5
COLUMN [3] 440/7 441/1 513/7
COLUMNS [4] 416/12 439/24 440/4
440/7
COMBINATION [2] 398/19 417/10
COME [21] 383/20 385/25 415/11
440/19 453/7 460/6 463/23 464/6 466/5
466/25 468/2 469/23 480/15 482/9
482/10 482/13 482/18 484/7 484/9
498/23 499/13
COMES [2] 416/9 516/14
COMING [8] 428/17 434/20 453/15
459/25 469/1 478/3 486/25 530/12
COMMANDEERING [1] 482/8
COMMENTED [1] 425/4
COMMERCIAL [1] 495/25
COMMONLY [1] 388/4
COMMUNICATE [1] 507/16
COMMUNICATION [1] 474/13
COMMUTING [1] 491/22
COMPACTED [1] 426/14
COMPANY [1] 503/6
COMPARED [1] 429/19
COMPILE [1] 487/11
COMPILED [2] 487/3 487/16
COMPILING [2] 487/11 497/16
COMPLETE [1] 389/9
COMPLETED [9] 422/5 422/16 423/10
423/12 423/15 423/17 424/21 425/23
431/7
COMPLETELY [2] 489/23 510/20
COMPLEX [2] 376/13 486/3
COMPOUNDED [1] 494/9
COMPREHEND [1] 482/1
COMPRISED [1] 509/17
COMPUTATIONS [1] 392/1
COMPUTER [5] 377/25 410/3 410/3
412/6 469/15
CONCEPT [5] 380/5 382/5 399/23 483/6
513/24
CONCERNED [3] 393/4 466/7 529/16
CONCLUSION [2] 505/25 513/25
CONCOMITANT [1] 392/11
CONDITION [4] 380/2 382/9 413/15
474/3
CONDITIONING [1] 465/23

CONDITIONS [3] 413/15 468/13 470/8
CONDUCT [2] 466/18 489/8
CONFER [1] 432/3
CONFINES [2] 507/2 507/13
CONFIRMED [1] 464/3
CONFUSED [1] 444/21
CONGENITAL [1] 465/20
CONGRESS [3] 505/22 506/10 513/17
CONJUNCTION [4] 448/24 449/14 450/1
515/10
CONOR [1] 377/12
CONSENT [1] 515/24
CONSEQUENCE [2] 434/9 435/11
CONSEQUENCES [1] 387/12
CONSIDER [7] 391/15 416/2 458/19
460/11 498/10 506/24 527/22
CONSIDERABLE [1] 411/23
CONSIDERABLY [1] 383/3
CONSIDERED [4] 416/8 417/2 428/13
446/16
CONSIST [1] 526/19
CONSISTENT [3] 502/11 523/25 527/12
CONSISTS [2] 413/11 426/12
CONSTANT [3] 441/12 441/14 441/14
CONSTANTLY [1] 434/17
CONSTITUTING [1] 510/2
CONSTRICTED [2] 380/23 383/10
CONSTRICTION [3] 380/4 380/22
437/24
CONSTRUCT [2] 389/1 507/5
CONSTRUCTED [16] 413/5 413/7
414/19 415/13 418/15 419/4 419/8
419/25 420/25 422/13 424/17 430/19
433/7 435/24 447/9 447/10
CONSTRUCTING [2] 433/3 433/17
CONSTRUCTION [30] 392/11 406/15
406/16 410/16 411/1 413/15 414/6
416/16 416/20 416/21 417/3 417/7
417/12 418/19 418/24 419/16 419/19
420/13 423/8 431/6 433/19 437/7 437/11
437/22 438/8 441/12 447/11 447/24
453/20 453/23
CONSULTING [1] 529/14
CONTACT [1] 513/19
CONTAIN [1] 512/3
CONTAINED [1] 518/16
CONTENT [1] 460/12
CONTENTS [7] 449/6 449/7 480/21
480/22 481/6 481/9 497/2
CONTEXT [1] 386/10
CONTINUE [2] 401/3 424/15
CONTINUED [3] 376/1 377/1 422/15
CONTINUING [2] 403/11 470/21
CONTOUR [2] 384/1 384/1
CONTOURS [1] 384/8
CONTRACTOR [1] 453/25
CONTRIBUTED [1] 428/24
CONTRIBUTION [2] 502/23 503/2
CONTROL [4] 447/12 506/15 506/22
507/13
CONVENTIONAL [1] 392/19
CONVERSATION [1] 402/17
COOPERATION [1] 529/11
COPY [1] 381/14
CORNER [4] 382/8 382/8 416/9 419/3
CORPS [24] 381/2 381/7 382/2 384/16
432/18 433/2 433/7 435/8 447/25 449/2
449/2 450/2 450/6 505/3 505/6 505/8
505/18 506/20 507/10 508/17 510/1
510/22 512/6 513/25
CORPS' [1] 384/12
CORRECT [136] 379/20 379/21 384/13
389/25 390/24 393/14 393/15 394/14

394/15 394/25 395/24 395/25 402/3
402/5 402/7 402/8 402/10 406/11 408/2
408/20 410/13 410/15 411/3 411/10
412/12 412/17 413/4 413/8 413/9 413/13
414/1 414/8 414/9 414/11 414/19 414/20
414/24 414/25 415/14 416/4 416/7
416/24 417/4 417/15 418/5 418/16
418/21 419/1 419/6 419/11 420/5 420/9
420/18 421/3 421/7 424/22 425/21
425/23 426/18 426/23 428/10 430/19
430/20 431/13 432/7 432/10 433/16
433/24 434/8 435/4 435/5 437/12 439/23
440/1 440/12 441/10 442/21 448/21
450/12 450/13 451/7 451/10 463/13
467/12 467/20 467/21 493/21 494/3
494/8 496/5 497/13 504/12 504/19 504/4
505/5 505/12 505/13 505/16 505/23
506/11 506/16 506/17 506/21 506/23
507/1 507/2 507/7 507/19 509/21 515/4
516/9 516/10 517/4 517/5 518/7 519/19
520/3 521/18 521/21 521/24 522/2 523/6
523/18 523/21 523/22 524/9 525/9
525/14 525/19 525/20 526/4 526/5 527/8
527/9 527/11 531/5
CORRECTLY [1] 436/19
CORRELATION [4] 399/15 401/5 403/9
405/7
CORRESPOND [1] 412/16
CORRESPONDENCE [2] 502/11 502/17
CORRESPONDING [3] 443/16 443/19
444/23
CORRESPONDS [1] 403/4
COST [5] 496/1 500/10 512/2 512/4
513/13
COULD [100] 382/4 384/6 385/6 391/20
395/3 398/11 411/15 411/25 413/23
414/21 415/22 417/23 425/15 427/21
427/23 429/11 430/10 434/6 436/12
436/18 439/5 440/4 443/12 444/18 450/5
450/14 452/11 453/11 455/1 455/15
455/22 456/11 456/20 456/25 457/3
457/13 457/19 460/1 460/3 462/15 463/9
464/9 464/14 464/15 464/17 470/7
470/17 471/3 473/19 474/22 475/2 475/7
476/9 476/22 477/3 477/4 478/3 478/6
478/20 479/7 479/9 480/4 480/15 480/25
481/4 481/13 482/2 482/8 482/9 484/11
484/18 484/22 485/2 487/1 487/6 488/5
488/21 488/24 489/8 491/10 491/11
495/3 495/6 497/21 497/22 498/1 500/12
501/4 514/10 514/10 514/13 516/11
517/18 525/17 526/6 526/15 526/22
527/5 527/13 527/14
COULDN'T [14] 387/24 425/5 425/9
425/18 461/19 463/21 465/23 465/23
465/24 469/14 472/8 488/21 489/9 490/7
COUNCIL [2] 511/15 511/22
COUNSEL [10] 401/9 402/18 407/15
407/23 409/9 418/12 493/12 507/22
512/20 528/17
COUNSELING [4] 490/13 490/20 490/21
491/2
COUNSELORS [1] 490/14
COUNTED [1] 440/25
COUNTER [1] 380/21
COUNTER-CLOCKWISE [1] 380/21
COUNTERTOPS [1] 496/3
COUPLE [7] 380/10 406/3 463/4 470/4
481/11 497/10 508/5
COURSE [8] 381/25 385/12 385/13
470/23 478/18 483/6 495/7 499/11
COURT [19] 375/1 377/20 379/4 398/5
400/2 403/13 427/20 438/23 438/25

**C**

COURT... [10] 447/7 447/20 470/22 508/3 516/11 517/18 530/20 531/2 531/3 531/11
COURT'S [4] 392/8 392/19 396/2 499/2
COURTROOM [2] 379/13 430/8
COURTS [1] 447/20
COUSIN [4] 460/7 469/15 494/21 494/23
COVER [2] 384/25 444/15
COVERED [1] 416/17
COVERING [1] 468/25
COVERS [3] 444/11 444/17 444/19
CRAFTS [2] 432/14 432/14
CRASHED [1] 479/1
CRAWFISH [1] 458/16
CRAWFORD [26] 499/3 499/4 499/20 499/22 500/1 500/7 500/8 501/5 514/21 515/1 515/5 515/7 515/20 515/24 516/6 518/24 519/4 519/24 520/9 521/3 521/15 522/1 522/15 522/23 525/12 526/11
CRAZY [3] 468/14 471/20 475/9
CREATED [3] 436/6 437/22 457/10
CREATURES [1] 477/20
CREDIT [1] 493/22
CRITERIA [3] 509/14 509/22 509/25
CRITICAL [1] 430/11
CRITTERS [1] 477/21
CROPPED [1] 495/20
CROSS [11] 409/10 429/2 439/1 472/15 480/16 493/12 493/13 499/23 499/25 508/1 518/22
CROSS-EXAMINATION [7] 409/10 493/12 493/13 499/23 499/25 508/1 518/22
CROSS-EXAMINING [1] 439/1
CROSSED [1] 383/16
CROSSES [1] 429/5
CROSSING [1] 428/23
CROWDED [1] 468/17
CRYSTAL [1] 499/12
CUBIC [3] 389/2 389/2 389/18
CURB [1] 457/5
CURB-A-GARDEN [1] 457/5
CURFEW [3] 471/9 476/17 476/18
CURIOUS [1] 409/7
CURRENT [1] 406/23
CURRENTLY [1] 450/18
CURRENTS [5] 386/12 388/1 389/14 390/13 390/14
CUSTODIAL [1] 451/9
CUSTODIAN [1] 502/10
CUSTOM [1] 497/20
CUSTOM-MADE [1] 497/20
CUT [21] 386/11 387/2 387/22 390/18 391/5 391/8 393/24 394/16 415/24 416/15 417/1 419/20 419/22 420/11 425/16 429/22 433/11 433/13 433/14 433/17 499/15
CUTESY [1] 454/13
CUTS [1] 426/10
CUTTING [2] 387/1 393/25
CV [1] 375/5
CYCLONE [1] 382/21

**D**

D-1 [4] 427/23 428/5 428/12 429/11
D-2 [3] 428/5 428/5 428/12
DAD [8] 460/7 464/20 464/23 487/18 488/6 488/12 491/6 493/4
DAD'S [1] 488/15
DAILY [3] 487/24 488/5 489/15
DALLAS [1] 376/4

DAMAGE [5] 447/10 468/21 480/22 492/10 520/20
DAMAGED [1] 479/21
DAMAGES [7] 449/16 470/21 488/10 503/3 507/6 515/8 519/5
DAN [1] 508/3
DANGEROUS [1] 474/5
DANIEL [1] 377/10
DARK [1] 417/25
DATA [15] 403/14 403/15 442/13 442/14 442/23 444/5 444/9 444/18 444/20 445/2 445/17 445/23 446/3 523/5 529/3
DAY [32] 384/6 385/13 423/7 459/11 466/25 467/7 467/8 467/11 470/17 471/3 471/25 472/6 473/13 473/15 475/2 478/24 479/11 480/12 480/18 487/25 488/7 491/6 492/8 492/20 492/23 498/22 508/5 523/2 530/8 530/10 530/12 530/18
DAYS [7] 397/10 442/6 463/2 468/9 472/2 492/11 492/11
DC [1] 377/18
DEAL [2] 464/17 507/17
DEALT [2] 391/18 510/16
DEBRIS [3] 471/19 483/14 516/18
DECEASED [2] 451/5 490/10
DECEMBER [1] 505/7
DECENT [1] 461/3
DECIDED [11] 453/8 453/11 453/13 462/15 465/2 468/4 471/21 474/2 482/3 482/11 482/14
DECIDING [1] 483/4
DECIMATED [1] 475/7
DECK [1] 478/18
DECREASE [2] 394/1 394/20
DECREASED [1] 393/19
DEDUCTED [1] 503/3
DEEP [14] 387/5 387/10 387/17 387/25 387/25 388/7 388/9 391/6 423/9 423/11 508/15 508/16 508/18 509/15
DEEP-DRAFT [2] 508/15 508/18
DEEPENED [1] 387/5
DEFENDANT [7] 377/9 387/22 446/17 446/25 502/1 502/8 503/8
DEFENDANT'S [1] 403/1
DEFENSE [5] 378/14 391/5 402/23 406/6 502/5
DEFENSES [1] 470/23
DEFER [1] 392/22
DEFERENCE [1] 501/3
DEFICIENCY [1] 510/16
DEFINE [3] 390/6 397/12 425/6
DEFINED [1] 425/9
DEFINITELY [2] 472/13 485/18
DEGREE [3] 388/12 511/4 529/5
DEGREES [1] 465/16
DEHYDRATED [1] 465/24
DELAY [1] 412/3
DELETERIOUS [1] 504/8
DELTA [6] 385/11 385/12 385/13 436/7 436/16 436/22
DEMONSTRATE [1] 393/9
DEMONSTRATED [1] 402/13
DEMONSTRATES [1] 399/25 401/17
DENHAM [1] 376/17
DENIAL [2] 449/3 450/6
DENIED [1] 446/7
DEPARTMENT [3] 377/9 486/8 494/24
DEPENDENT [2] 482/22 482/23
DEPENDS [4] 411/19 414/12 521/6 521/8
DEPICTED [1] 457/11
DEPICTING [2] 444/25 478/23
DEPOSIT [2] 380/9 472/21

DEPOSITED [4] 380/10 385/11 427/15 427/18
DEPOSITION [17] 391/18 445/11 493/16 495/1 505/20 506/8 507/3 507/9 507/15 521/14 521/17 521/20 521/25 522/4 522/9 522/14 530/4
DEPOSITS [11] 397/3 399/2 399/5 402/6 402/11 426/14 427/6 427/13 430/3 435/22 437/23
DEPRESSED [2] 488/12 488/23
DEPTH [2] 434/6 434/14
DEPTHS [1] 508/20
DESCRIBE [6] 380/1 408/21 470/7 470/17 471/3 492/8
DESCRIBED [9] 383/4 386/18 394/11 401/25 417/1 430/18 435/22 437/14 438/6
DESCRIBING [1] 428/20
DESCRIPTION [1] 459/12
DESIGN [13] 380/16 381/11 416/17 435/18 436/3 447/15 447/24 453/22 508/24 509/4 509/11 509/14 509/22
DESIGNED [3] 436/10 455/5 510/10
DESIGNING [1] 435/12
DESIRE [1] 508/10
DESPAUX [10] 450/16 451/13 453/5 453/7 454/9 458/24 459/8 467/24 473/24 493/20
DESPITE [1] 393/21
DESTRUCTION [1] 411/12
DETAIL [2] 392/10 502/3
DETAILS [2] 443/1 493/18
DETERMINATION [3] 463/22 516/7 517/19
DETERMINE [7] 424/24 445/6 508/21 517/15 517/24 518/2 529/5
DETERMINED [2] 454/1 510/12
DETERMINING [1] 517/1
DETRIMENTAL [1] 510/13
DEVELOPMENT [1] 392/12
DIAGRAM [5] 379/23 399/25 400/3 400/9 426/8
DIAGRAMMATICAL [1] 382/15
DIAGRAMS [1] 384/20
DIAMOND [1] 481/21
DICHOTOMY [1] 506/2
DID [144] 381/2 381/9 383/5 387/6 390/23 391/11 391/15 406/8 409/25 411/14 412/7 422/9 424/1 425/4 426/21 432/21 436/20 450/9 451/12 451/16 451/20 452/3 452/5 452/16 452/20 453/7 453/20 453/22 454/8 454/16 454/18 454/21 455/2 457/10 457/12 457/17 458/3 458/5 458/9 459/20 460/7 460/9 460/11 461/16 462/7 462/9 462/13 463/25 464/2 464/7 464/19 464/22 464/23 465/6 465/7 466/6 466/15 466/16 466/23 467/13 468/8 468/11 469/8 469/23 470/13 472/20 472/21 472/22 473/24 474/6 474/8 475/11 475/24 476/20 477/16 480/21 480/24 481/2 481/8 481/12 482/3 482/21 483/1 483/13 483/16 484/16 484/18 484/18 484/19 484/25 486/10 486/11 486/14 486/14 487/11 487/17 489/22 489/22 490/13 490/20 491/1 491/20 493/7 493/8 493/9 494/3 495/10 496/9 496/10 496/14 496/21 498/1 498/10 506/8 506/24 506/24 507/3 507/9 507/10 507/15 508/8 510/22 511/1 511/17 512/12 513/8 513/13 513/15 517/14 517/17 518/8 518/10 518/10 518/14 520/9 522/18 524/3 524/14 525/5 525/15 529/3 529/4

**D**

DID... [1] 529/10
DIDN'T [46] 401/1 406/5 408/10 412/1
417/17 429/2 435/18 435/24 436/19
439/14 444/5 445/25 455/2 466/9 468/23
469/20 474/12 476/3 476/4 481/11
481/16 482/5 482/6 483/8 483/17 483/24
486/21 489/10 490/7 490/21 490/21
490/24 492/21 493/5 495/7 496/15
497/22 507/12 519/18 520/25 521/14
521/25 523/14 525/4 525/15 528/2
DIFFERENCE [1] 506/3
DIFFERENT [15] 395/18 397/14 414/23
423/15 426/13 426/20 427/11 429/21
430/15 439/21 464/12 464/13 472/15
495/6 522/21
DIFFERENTLY [1] 495/20
DIFFICULT [7] 383/23 388/6 443/1
445/15 490/1 497/9 521/9
DIFFICULTIES [2] 379/20 385/6
DIGGING [1] 495/5
DIKES [3] 430/18 512/3 513/10
DIMENSION [3] 422/6 422/12 424/11
DIMENSIONS [5] 423/14 423/22 423/23
505/22 506/9
DIRE [1] 515/18
DIRECT [9] 379/7 406/17 416/2 443/13
449/18 472/21 479/16 504/23 516/4
DIRECTING [1] 506/20
DIRECTION [8] 382/20 383/20 383/21
384/4 384/5 384/7 386/3 386/5
DISAPPEARANCE [1] 394/22
DISCERN [2] 443/1 489/15
DISCOVERY [2] 442/2 445/9
DISCRETIONARY [2] 505/23 505/25
DISCUSSED [6] 398/10 416/5 420/23
442/16 443/1 461/23
DISCUSSING [2] 431/21 504/8
DISCUSSION [3] 405/3 508/12 527/14
DISHEARTENING [1] 473/11
DISPLACED [1] 399/3
DISPLACEMENT [9] 395/4 395/14
395/19 395/23 396/8 397/2 434/24 435/6
435/23
DISPOSAL [2] 513/8 513/9
DISPOSITION [1] 488/25
DISRUPTIVE [1] 430/10
DISSERTATION [1] 386/17
DISTANCE [4] 389/8 424/4 424/5 442/9
DISTRIBUTARY [6] 395/19 426/13
426/16 429/22 430/3 434/24
DISTRICT [8] 375/1 375/2 375/11 503/5
503/7 505/18 531/3 531/3
DIURETICS [1] 465/21
DIVIDE [1] 440/17
DIVISIBLE [1] 497/12
DIVISION [1] 377/10
DIVORCED [1] 450/19
DO [102] 381/6 389/7 390/21 392/13
393/3 395/5 395/15 397/8 399/25 400/1
402/23 403/15 404/5 407/16 410/1 410/2
410/2 410/3 410/3 411/4 412/7 418/10
422/13 422/16 423/14 423/17 423/19
423/21 424/17 424/19 424/19 425/25
426/4 429/4 432/3 440/19 440/22 442/14
443/4 444/4 445/12 445/20 446/4 450/24
458/14 463/2 464/4 464/7 468/19 468/19
468/19 472/17 473/13 473/13 473/14
482/3 482/7 482/8 484/18 486/14 487/24
488/16 488/18 488/18 488/21 488/24
490/22 490/25 491/7 491/10 491/11
491/14 491/16 491/18 497/10 499/3

499/6 500/10 500/14 501/4 501/6 504/1
507/7 507/11 510/7 510/8 511/4 511/15
512/25 513/1 514/2 514/21 519/4 519/5
519/10 519/15 525/1 526/7 527/1 527/18
528/3 529/24 531/4
DOCKET [1] 375/5
DOCTOR [1] 439/14
DOCTORS [1] 490/5
DOCUMENT [7] 401/5 421/4 506/10
508/21 508/23 509/3 509/12
DOCUMENTATION [1] 390/5
DOCUMENTED [1] 411/23
DOCUMENTS [2] 412/4 502/9
DOERR [1] 497/20
DOES [11] 385/24 396/22 398/4 398/19
398/20 400/13 403/5 417/18 508/17
516/16 516/22
DOESN'T [5] 403/4 429/6 430/8 434/25
521/11
DOGGONE [1] 500/21
DOING [9] 413/23 445/8 454/8 461/18
472/5 472/6 472/24 486/1 490/25
DOLLAR [2] 487/12 519/5
DOLLARS [2] 462/4 492/2
DOLLHOUSE [1] 454/12
DOMENGEAUX [1] 391/5
DOMINATED [2] 389/14 390/13
DON'T [36] 381/25 392/18 394/1 397/16
404/10 407/14 420/15 429/7 434/11
469/9 471/13 488/17 488/17 490/23
490/24 496/5 498/18 499/10 499/12
500/23 500/24 507/8 509/24 514/11
519/8 519/13 520/5 522/20 522/24
523/25 524/18 524/22 526/17 528/17
529/22 530/2
DONATION [2] 494/1 494/4
DONE [8] 411/20 435/3 440/24 448/6
474/3 475/6 514/13 529/11
DOOR [6] 455/24 476/12 476/22 476/23
477/1
DOSE [1] 490/6
DOUBLE [1] 441/16
DOWN [35] 391/5 391/8 394/2 394/22
422/7 429/4 434/20 453/18 454/1 454/22
459/25 471/8 476/21 479/1 479/6 479/23
480/24 481/14 483/18 484/9 484/10
484/15 484/16 484/23 485/10 485/19
490/6 492/25 498/20 499/5 499/15
509/16 514/18 516/19 529/9
DOYLE [4] 377/20 531/2 531/10 531/10
DR. [18] 379/9 406/1 406/7 409/12
409/16 410/7 411/4 411/24 428/1 428/9
428/12 428/19 436/1 436/5 438/6 439/5
439/7 446/15
DR. FITZGERALD [15] 379/9 406/1
406/7 409/12 410/7 411/4 411/24 428/9
428/12 428/19 436/1 436/5 438/6 439/7
446/15
DR. FITZGERALD'S [3] 409/16 428/1
439/5
DRAFT [2] 508/15 508/18
DRAG [1] 479/6
DRAMATIC [1] 393/9
DRAMATICALLY [2] 383/8 499/15
DRASTIC [2] 394/1 394/19
DRASTICALLY [6] 387/7 388/9 394/6
419/18 419/20 421/18
DRAW [1] 383/6
DREAM [1] 486/16
DREDGE [2] 389/7 506/18
DREDGED [3] 387/18 436/9 511/18
DREDGING [17] 388/11 388/20 388/24
389/3 389/19 402/15 403/20 416/3

433/22 433/25 434/3 434/5 434/15
433/22 433/25 434/5 434/15
DRESSED [2] 459/16 475/25
DRESSERS [1] 485/12
DRIED [1] 478/15
DRIPPING [1] 477/2
DRIVE [9] 450/16 466/6 471/24 471/25
480/8 480/8 488/2 492/3 516/19
DRIVEN [1] 434/18
DRIVEWAY [2] 460/2 476/3
DRIVING [6] 472/3 472/3 472/4 479/23
480/14 483/17
DROP [1] 459/16
DROPS [1] 516/14
DROVE [6] 465/2 466/20 466/22 467/10
469/1 480/12
DRY [1] 475/22
DRYER [1] 496/20
DUAL [1] 495/25
DUAL-FUEL [1] 495/25
DUDENHEFER [2] 376/9 376/9
DUE [7] 388/1 395/14 395/19 395/23
396/25 397/1 406/23
DUG [2] 386/11 431/12
DULY [4] 379/5 448/18 504/16 515/1
DUMAS [2] 376/12 376/12
DUMPED [3] 387/18 387/20 390/15
DUNCAN [2] 379/5 427/25
DUPRE [9] 399/8 400/15 400/20 408/18
408/19 408/19 429/14 429/20 429/25
DURING [32] 379/20 380/10 381/4
388/10 389/3 389/19 398/24 406/16
411/5 411/7 411/8 418/7 420/13 425/3
427/14 430/11 437/25 461/1 463/14
466/25 467/16 468/20 472/24 476/15
483/17 485/16 487/12 510/22 510/24
516/13 524/5 527/14
DUSK [1] 476/19
DUVAL [1] 375/11
DVD [1] 463/5
DYNAMIC [1] 394/12
DYNAMICS [1] 387/23

**E**

E-1 [1] 427/24
E-MAILS [1] 500/4
EACH [15] 440/6 443/22 445/6 447/1
458/6 463/2 472/22 513/14 517/15
517/20 517/23 518/16 519/8 519/9 529/6
EARLIER [16] 379/19 394/11 395/4
400/21 402/3 405/3 412/14 428/2 430/2
430/15 430/18 442/16 456/14 489/22
497/24 500/4
EARLY [10] 381/7 390/4 390/5 390/5
422/15 467/6 472/2 484/13 486/4 530/14
EARRINGS [1] 481/22
EASIER [3] 412/7 422/24 424/8
EASILY [1] 426/15
EAST [6] 377/4 411/21 413/10 414/1
431/22 445/6
EASTERLY [2] 385/25 386/2
EASTERLY QUADRANT [1] 386/2
EASTERN [4] 375/2 383/18 503/6 531/3
EASY [2] 423/25 459/15
EAT [2] 466/22 488/14
EDEMA [1] 465/22
EDUCATION [1] 452/16
EDUCATIONAL [1] 511/2
EDWARDS,LLC [1] 376/5
EFFECT [13] 379/11 379/17 380/2 381/2
384/16 384/21 385/4 386/12 391/12
396/8 398/13 411/8 438/10
EFFECTIVE [1] 398/23

E

EFFECTS [9] 379/18 385/5 394/21 398/14 398/17 401/17 446/19 504/8 513/18
EHRLICH [3] 377/11 516/2 518/25
EIGHT [6] 399/8 401/24 403/6 473/20 475/23 476/23
EITHER [9] 387/25 454/18 458/12 460/9 500/11 510/14 512/2 512/5 525/15
EL [1] 377/11
EL-AMIN [1] 377/11
ELECTRICIANS [1] 484/21
ELECTRICITY [3] 470/6 471/10 476/19
ELEMENT [1] 448/5
ELEMENTARY [1] 451/21
ELEVATED [3] 436/14 436/15 436/22
ELEVATION [15] 380/11 380/16 382/13 382/13 383/25 384/2 395/17 427/18 436/6 436/11 437/18 438/10 517/24 528/8 528/10
ELEVATIONS [1] 396/16
ELEVEN [2] 399/9 401/24
ELISA [1] 377/3
ELMO [6] 407/24 409/24 410/2 410/4 412/4 422/19
ELSE [5] 399/17 492/20 496/19 506/21 512/9
ELSE'S [1] 468/18
ELWOOD [2] 376/22 376/23
EMBANKMENT [4] 380/17 384/3 384/9 384/11
EMBANKMENTS [1] 381/21
EMERGENCY [2] 463/17 503/1
EMOTIONAL [3] 482/25 486/16 492/9
EMOTIONALLY [1] 482/19
EMPHASIZE [1] 438/16
EMPLOYED [1] 505/8
ENCOMPASS [1] 421/14
ENCOMPASSED [1] 419/24
ENCOMPASSES [1] 413/25
END [6] 386/4 386/20 470/14 475/12 490/19 530/13
ENDED [5] 388/9 428/23 472/7 490/4 491/22
ENDS [2] 483/25 503/8
ENFORCE [1] 438/14
ENGELHARDT [1] 430/8
ENGINEER [13] 381/13 436/1 436/2 511/3 515/8 515/20 515/21 515/25 519/15 526/16 527/2 527/19 529/1
ENGINEERING [1] 529/5
ENGINEERS [13] 381/8 381/13 435/8 449/2 449/3 450/2 450/6 505/4 505/6 505/8 505/18 507/5 510/22
ENJOYS [1] 489/2
ENOUGH [7] 438/19 460/15 461/19 473/15 488/4 489/14 516/24
ENROLLING [1] 471/7
ENTER [2] 383/9 436/18
ENTERS [1] 400/23
ENTIRE [13] 383/1 406/12 409/16 445/23 446/19 462/17 465/11 478/18 484/3 486/7 486/8 491/4 505/9
ENTIRELY [2] 413/6 413/8
ENTIRETY [6] 441/25 443/24 444/15 444/19 457/12 461/10
ENTITLED [1] 531/7
ENTITY [1] 512/5
ENTRANCE [1] 434/17
ENVELOPED [1] 465/11
ENVIRONMENT [7] 388/13 411/19 433/14 433/15 433/18 446/20 466/8

ENVIRONMENTAL [1] 513/18
EQUIPMENT [1] 517/22
EQUIVALENT [1] 444/18
ERA [2] 380/10 381/13
ERIE [4] 382/7 382/7 382/17 382/22
ERODE [1] 426/21
ERODED [5] 392/18 394/8 426/15 430/1 511/23
ERODING [4] 420/2 420/4 507/11 512/16
ERROR [2] 425/5 425/6
ERRORS [1] 446/18
ESCROWED [1] 494/16
ESOTERIC [1] 500/22
ESPECIALLY [1] 474/13
ESQ [31] 375/15 375/18 375/19 375/22 375/22 376/3 376/6 376/9 376/12 376/16 376/19 376/20 376/23 377/3 377/3 377/6 377/6 377/10 377/11 377/11 377/12 377/12 377/13 377/13 377/14 377/14 377/15 377/15 377/16 377/16 377/17 377/17
ESSENCE [3] 427/17 447/25 517/7
ESSENTIALLY [5] 380/17 382/15 385/12 445/8 500/15
ESTABLISH [1] 446/25
ESTABLISHED [3] 399/14 431/5 493/22
ESTIMATES [1] 427/21
ESTUARINE [1] 416/12
ET [2] 375/5 375/7
ETC [2] 391/25 403/21
EVACUATE [5] 462/13 462/15 463/25 464/8 464/22
EVACUATED [2] 457/22 464/25
EVACUATING [1] 462/16
EVALUATED [3] 391/15 412/11 436/3
EVALUATION [1] 504/7
EVEN [16] 386/16 394/20 437/24 458/18 466/12 474/8 475/23 476/18 480/4 482/12 485/8 492/24 494/6 495/13 495/19 519/21
EVENING [3] 462/18 467/4 530/20
EVENT [1] 513/25
EVENTS [1] 447/23
EVENTUALLY [1] 386/20 392/8
EVER [10] 450/9 462/7 462/9 474/14 480/21 484/25 492/19 498/10 510/23 511/17
EVERY [12] 381/13 458/14 459/14 471/24 475/8 481/9 483/18 487/11 490/17 491/6 497/11 511/25
EVERYBODY [1] 379/14 526/9
EVERYBODY'S [1] 501/9
EVERYDAY [1] 472/5
EVERYONE [6] 405/8 454/10 454/12 468/18 468/18 474/4
EVERYTHING [15] 454/5 455/7 460/8 464/9 464/18 476/25 480/6 480/25 482/2 482/11 482/18 482/19 483/22 484/18 484/22 486/9 490/16 492/21 496/19 496/20 497/11
EVERYWHERE [4] 471/11 471/19 474/5 475/18
EVIDENCE [9] 384/25 384/25 386/25 401/14 403/19 442/12 444/3 444/3

516/19
EVIDENT [1] 525/6
EX [4] 462/21 465/5 468/14 469/7
EX-HUSBAND [1] 462/21
EX-HUSBAND'S [3] 465/5 468/14 469/7
EXACERBATE [1] 510/24
EXACERBATED [2] 398/22 437/19
EXACT [2] 390/23 443/1
EXACTLY [6] 438/9 440/19 441/3 442/7 444/16 526/17
EXAGGERATE [1] 421/5
EXAGGERATION [1] 421/9
EXAMINATION [15] 379/7 409/10 446/13 449/18 493/12 493/13 498/5 499/23 499/25 504/23 507/23 508/1 516/4 518/22 526/1
EXAMINED [1] 520/20
EXAMINING [1] 439/1
EXAMPLE [9] 383/12 383/12 407/15 408/5 411/19 422/3 497/19 519/13 519/25
EXAMPLES [4] 381/22 382/1 382/3 384/12
EXCAVATED [1] 393/24
EXCAVATION [1] 436/10
EXCEPTIONAL [1] 437/7
EXCEPTIONS [1] 497/11
EXCERPT [1] 529/15
EXCERPTED [2] 428/2 430/16
EXCERPTS [2] 502/9 530/6
EXCHANGE [2] 387/7 388/2
EXCLUDED [1] 502/5
EXCLUDES [1] 406/16
EXCUSE [1] 414/22
EXCUSED [1] 529/16
EXHAUSTED [1] 464/19
EXHIBIT [38] 379/25 384/23 384/24 389/24 393/9 393/16 402/13 402/20 403/4 405/2 405/9 409/17 420/15 420/16 423/1 423/6 430/15 441/24 442/1 442/5 442/10 442/16 443/22 444/17 444/19 444/22 449/21 450/6 474/23 479/16 481/4 487/5 509/1 509/6 509/7 509/8 512/19 527/13
EXHIBIT 1499 [1] 474/23
EXHIBIT 1502 [1] 527/13
EXHIBIT 1710 [1] 481/4
EXHIBIT 1713 [1] 487/5
EXHIBIT 2-12 [1] 444/22
EXHIBIT 2055 [1] 450/6
EXHIBIT 2120 [1] 405/2
EXHIBIT 356 [1] 509/1
EXHIBIT 7.2 [1] 384/23
EXHIBIT 7.3 [1] 384/24
EXHIBIT 96 [1] 442/10
EXHIBIT 96.13 [1] 389/24
EXHIBIT 96.31 [3] 420/16 441/24 443/22
EXHIBIT 9631 [2] 402/13 403/4
EXHIBITS [10] 403/10 404/7 412/8 428/2 442/11 445/19 445/21 449/1 502/5 502/6
EXIGENT [1] 514/23
EXISTED [3] 382/3 382/9 390/4
EXISTENCE [1] 418/14
EXISTING [9] 417/7 417/11 418/24 420/5 420/18 428/21 428/23 430/22 431/23
EXISTS [1] 380/2
EXPAND [3] 391/20 398/4 423/16
EXPECT [2] 432/15 468/8
EXPECTED [5] 433/19 433/21 434/9 435/7 435/10
EXPECTS [1] 492/19

## E

EXPEDIENCY [1] 479/17
EXPEDITIOUSLY [1] 501/5
EXPENSES [1] 461/7
EXPENSIVE [1] 389/6
EXPERIENCE [4] 473/5 492/17 526/15 529/1
EXPERT [23] 392/3 392/7 396/23 401/6 401/8 403/11 409/16 411/25 412/11 417/18 417/23 421/24 423/6 430/13 436/12 439/5 442/17 442/19 443/25 445/11 515/25 526/15 527/24
EXPERT'S [1] 402/22
EXPERTISE [1] 435/19
EXPERTS [5] 391/15 391/24 526/9 530/5 530/11
EXPLAIN [3] 380/24 398/5 415/4
EXPLAINED [1] 392/17
EXPLANATION [1] 448/15
EXPRESSED [2] 401/8 403/11
EXTEND [1] 513/23
EXTENDED [2] 463/3 511/8
EXTENDING [1] 400/20
EXTENDS [4] 380/6 380/12 388/21 400/19
EXTENT [1] 388/22
EXTERIOR [1] 517/24
EXTRA [2] 461/1 461/1
EXTRAORDINARILY [1] 448/14
EXTRATROPICAL [1] 382/21
EXTREMELY [10] 391/9 468/17 471/12 471/12 488/23 488/23 489/6 489/6 489/21 489/21
EXTRINSIC [1] 447/14
EYE [1] 484/24
EYEBALL [2] 424/2 427/20
EYEBALLING [1] 427/10

## F

F-3 [1] 417/24
F. [2] 503/4 503/6
F. SUPP [1] 503/4
F. SUPP.2D [1] 503/6
F11 [3] 425/15 425/19 426/6
F3 [3] 418/2 422/3 424/3
F4 [1] 418/22
FACED [1] 488/22
FACT [15] 381/21 386/21 389/22 392/2 393/1 400/5 403/6 403/23 407/2 407/9 411/14 481/18 496/24 517/14 527/23
FACTORS [2] 399/7 399/17
FAILURE [1] 465/21
FAIR [4] 385/22 399/14 410/21 446/17
FAIRLY [1] 429/3
FALL [2] 466/11 514/12
FALLING [1] 514/2
FAMILIAR [5] 396/12 396/15 410/19 509/2 516/19
FAMILY [4] 459/14 460/6 467/13 467/22 469/23 483/15 487/20 501/1 503/6
FAMOUS [1] 446/11
FAN [2] 485/10 485/11
FAR [13] 403/22 421/18 429/3 452/11 458/25 459/24 460/17 463/8 466/1 467/7 526/7 526/11 529/15
FAR-AWAY [1] 429/3
FARTHER [4] 388/3 418/22 428/6 491/23
FAST [2] 499/6 514/21
FAST-FORWARD [1] 514/21
FATHER [10] 451/3 451/5 464/22 465/4 465/17 466/8 481/22 488/10 488/16

490/10
FAVORITE [1] 451/9
FAX [1] 377/9
FAYARD [2] 376/16 376/16
FCRR [3] 377/20 531/2 531/10
FEBRUARY [2] 484/14 521/15
FEDERAL [3] 447/19 503/1 507/7
FEEDER [6] 389/5 389/5 389/12 389/23 390/22 466/10
FEEL [3] 482/21 483/1 510/11
FEET [58] 380/16 384/1 386/16 387/4 387/5 419/9 420/17 422/10 422/11 423/9 423/9 423/11 423/11 423/25 424/4 424/5 426/2 426/3 426/8 427/10 431/24 436/11 442/19 444/1 444/23 444/24 444/25 470/11 471/5 474/17 478/1 478/15 485/17 485/20 486/19 509/15 509/15 509/16 509/17 509/18 509/19 520/1 526/13 526/14 526/21 526/25 527/3 527/4 527/15 527/17 527/25 528/4 528/7 528/8 528/12 528/21 528/22 528/23
FELL [1] 476/25
FELT [2] 469/22 486/15
FEMA [3] 482/10 502/18 528/1
FEMA'S [1] 502/9
FENCE [6] 526/4 526/11 526/14 526/18 527/1 527/4
FENCES [3] 516/18 516/20 517/21
FEW [13] 394/2 452/18 453/13 461/15 471/23 482/5 482/12 487/14 491/13 497/11 499/15 500/12 505/1
FEW-ACRE [1] 394/2
FIELD [1] 527/20
FIGURE [36] 379/25 385/1 385/2 385/15 389/24 393/14 395/3 395/13 402/21 409/14 409/15 409/22 410/10 410/11 410/22 412/13 412/16 412/18 412/21 412/22 412/24 413/14 414/3 414/4 414/10 414/15 418/18 418/19 431/10 431/14 443/2 443/5 443/6 443/9 443/10 513/1
FIGURED [11] 453/10 455/8 463/8 463/9 463/20 464/15 464/16 465/15 474/16 482/19 483/11
FIGURES [4] 407/15 407/17 430/14 444/14
FIGURING [1] 474/17
FILE [3] 445/24 450/1 450/11
FILED [2] 449/1 470/23
FILES [1] 502/10
FILLED [2] 431/1 434/18
FILLS [1] 434/1
FINAL [1] 515/11
FINALLY [3] 453/13 469/15 513/16
FINANCED [1] 494/2
FINANCIAL [1] 460/17
FINANCIALLY [2] 482/19 492/12
FINANCING [1] 493/19
FIND [13] 402/19 469/14 470/1 475/11 477/16 483/21 489/8 489/9 492/20 517/21 521/12 528/10 529/2
FINDINGS [1] 518/15
FINE [6] 398/13 438/20 446/6 455/10 469/6 529/19
FINISH [1] 486/20
FINISHED [5] 421/16 459/21 479/14 487/10 517/25
FINISHES [1] 523/19
FIRE [6] 486/5 486/8 486/8 486/20 486/21 494/24
FIREMAN [1] 469/16
FIRM [4] 375/21 376/9 376/12 377/2
FIRST [38] 380/1 381/24 383/19 386/25

387/6 388/14 389/17 391/4 400/22 404/7 412/25 419/25 460/9 461/8 461/9 461/22 463/9 469/23 470/15 470/19 471/6 473/24 474/6 476/1 476/14 479/19 480/10 480/12 487/5 489/5 489/11 489/18 491/11 505/6 508/9 529/17 530/7
FITS [1] 392/21
FITTING [1] 445/11
FITZGERALD [18] 379/5 379/9 400/10 400/10 406/1 406/7 409/12 410/7 411/4 411/24 428/9 428/12 428/19 436/1 436/5 438/6 439/7 446/15
FITZGERALD'S [3] 409/16 428/1 439/5
FIVE [17] 396/20 463/2 468/12 470/5 484/14 486/24 497/12 499/17 526/20 526/25 527/3 527/15 527/17 527/25 528/4 528/7 528/8
FIVE FEET [1] 527/25
FIX [1] 488/21
FIXTURES [1] 496/20
FLAT [1] 528/9
FLEW [1] 475/20
FLOATED [4] 478/25 485/12 528/14 528/15
FLOATING [1] 411/6
FLOOD [9] 389/14 390/3 390/4 390/13 390/15 447/12 462/7 516/13 521/9
FLOODED [2] 474/12 494/22
FLOODING [5] 391/12 447/10 462/9 462/9 480/23
FLOOR [3] 478/4 517/25 528/10
FLOORING [1] 454/22
FLOORS [1] 468/17
FLORIDA [2] 376/17 383/17
FLOW [1] 390/14
FLUID [1] 465/22
FOCUS [2] 388/25 439/19
FOCUSED [1] 384/3
FOLKS [2] 511/23 514/9
FOLLOW [4] 391/22 391/23 513/24 519/24
FOLLOWED [1] 451/22
FOLLOWING [12] 383/23 384/8 437/3 437/5 452/21 452/24 454/18 461/25 467/8 467/10 522/15 522/16
FOLLOWS [4] 379/6 448/19 504/17 515/2
FOOD [2] 477/11 477/13
FOOT [14] 387/3 387/10 387/10 421/2 422/5 423/21 424/17 457/16 464/16 485/4 485/7 485/15 527/1 528/10
FOOTPRINT [12] 393/11 393/17 393/20 394/2 415/6 415/11 415/19 416/8 416/17 426/22 428/13 428/23
FOREGOING [1] 531/4
FORGET [1] 480/16
FORM [8] 382/15 382/23 427/6 436/17 449/1 449/25 450/1 450/9
FORM 95 [4] 449/1 449/25 450/1 450/9
FORMATION [3] 385/18 436/25 437/1
FORMATIONS [1] 436/23
FORMED [5] 380/11 385/10 385/14 436/8 517/3
FORMERLY [2] 408/24 511/14
FORMING [4] 383/3 394/13 394/14 520/10
FORMS [1] 445/18
FORTH [2] 487/13 492/3
FORWARD [1] 514/21
FOUND [10] 422/25 447/14 471/7 475/12 475/17 479/11 495/2 500/5 526/25 527/17
FOUNDATION [2] 392/14 400/6

## F

FOUR [11] 384/6 393/18 432/5 463/2
490/7 509/16 526/25 527/3 528/11
528/21 528/23
FOURTH [1] 433/22
FRAME [2] 418/8 484/11
FRANK [1] 376/9
FRANKLIN [5] 377/17 451/23 452/3
452/6 452/17
FRANKLY [1] 409/7
FRANZ [4] 451/18 502/12 530/9 530/9
FRANZ'S [1] 515/15
FREE [1] 464/5
FREEZING [1] 379/13
FRESH [1] 411/23
FRIDAY [3] 462/18 462/18 463/1
FRIEND [3] 466/2 466/19 493/3
FRIENDS [9] 458/10 458/19 459/22
483/10 483/15 484/3 484/6 493/2 493/3
FRISCOVILLE [2] 452/2 452/12
FRONT [11] 383/24 455/7 455/24 457/5
457/9 457/15 457/24 475/12 475/16
476/12 510/25
FRONT-SIDE [1] 510/25
FRUSTRATED [1] 492/11
FUEL [1] 495/25
FULFILL [1] 508/17
FULFILLED [1] 508/19
FULL [10] 422/5 423/14 423/21 424/11
424/16 431/6 448/20 504/18 513/7 515/3
FUNCTION [5] 505/22 505/23 505/25
506/11 506/12
FUNCTIONING [1] 465/19
FUNCTIONS [2] 458/10 465/19
FUNNEL [18] 379/11 379/17 379/22
380/3 380/17 380/18 380/20 381/21
383/4 383/9 384/3 384/9 384/11 436/5
437/10 437/14 437/15 438/10
FUNNEL-SHAPED [6] 380/3 380/17
381/21 384/3 384/9 384/11
FUNNELED [1] 437/24
FUNNELING [7] 380/1 381/2 381/4
384/16 384/20 385/4 438/7
FUNNELS [1] 436/8
FURNITURE [2] 476/23 497/20
FURTHER [12] 437/24 447/20 498/4
506/14 506/18 506/24 507/9 507/15
513/22 513/23 514/16 525/21
FURTHEST [1] 388/22
FUTON [1] 470/12

## G

G-R-E-G-O-R-Y [1] 504/21
GARDEN [2] 457/5 457/11
GARDENING [2] 457/10 457/17
GARY [1] 423/7
GAS [3] 492/1 492/1 492/2
GAUBERT [1] 506/1
GAVE [10] 379/19 464/4 481/23 487/5
487/7 494/1 521/14 521/20 521/22
522/15
GAWW [1] 423/10
GENERAL [6] 382/20 395/16 411/10
447/12 508/24 520/13
GENERALLY [4] 383/1 447/22 447/23
521/4
GENERATED [3] 386/1 432/24 433/6
GENTLEMAN [2] 467/24 499/4
GEOGRAPHICALLY [1] 452/11
GEOLOGIST [1] 436/2
GEOLOGISTS [1] 435/9
GEOLOGY [1] 429/22

GEOMORPHOLOGY [2] 396/23 446/16
GEORGES [1] 513/8
GET [67] 379/10 379/12 379/13 383/2
386/25 387/19 387/24 388/6 392/14
395/2 398/14 400/22 402/20 412/4 424/6
430/7 444/7 444/18 445/25 449/20 454/8
459/15 459/15 462/9 463/8 463/23 464/5
464/15 465/24 466/1 466/14 466/15
466/16 466/20 467/6 467/7 469/17 470/5
471/15 471/15 472/1 472/7 472/20
472/22 473/12 475/24 476/20 476/22
477/3 477/23 478/19 484/14 485/14
486/21 488/14 493/7 493/9 500/16
507/17 514/9 520/22 521/4 522/6 522/7
522/12 522/17 522/19
GETS [1] 392/24
GETTING [22] 398/9 435/14 435/17
435/18 439/10 461/2 462/20 463/7 463/8
468/18 468/20 471/6 475/5 479/24 484/2
485/24 486/18 486/22 491/6 492/14
502/2 523/4
GILBERT [2] 377/2 377/3
GIRLFRIEND [1] 467/21
GIS [3] 442/13 442/14 445/17
GIVE [7] 430/6 445/25 459/11 481/2
484/11 514/10 519/25
GIVEN [4] 432/15 445/16 445/24 527/22
GIVING [1] 476/8
GIWW [3] 414/15 433/12 437/23
GLOVES [1] 476/8
GO [59] 379/15 381/21 384/17 388/14
392/9 397/4 401/9 403/1 410/4 414/4
420/2 420/19 421/19 422/2 422/24 424/3
429/11 430/11 431/19 432/1 437/21
440/10 451/20 456/2 456/6 456/11
456/20 456/25 460/1 467/13 468/8
471/17 472/4 482/15 483/5 483/5 483/10
483/18 484/23 489/2 491/2 491/7 492/25
493/4 499/20 500/9 500/23 508/21
509/16 510/9 510/14 513/7 514/7 517/14
518/1 525/4 527/14 530/6 530/7
GOD [2] 480/3 485/11
GOES [5] 388/22 391/14 425/20 500/18
510/19
GOING [66] 379/10 390/15 390/16
391/24 392/8 392/10 392/13 392/22
392/24 399/18 402/17 406/10 407/15
427/9 437/17 438/14 445/10 445/12
446/5 447/4 447/6 448/10 449/11 449/25
453/8 459/5 459/24 460/23 460/24
460/25 461/6 461/25 463/3 464/3 466/11
467/5 467/25 468/1 472/14 473/14 474/2
479/24 479/25 482/6 482/14 482/15
482/15 483/7 487/6 491/7 491/7 491/14
495/23 499/24 500/6 500/13 510/6 510/8
512/20 522/6 522/7 522/12 526/9 529/14
530/15 530/16
GOLDEN [3] 380/25 410/19 414/11
GONE [5] 392/20 447/13 473/19 482/2
492/24
GOOD [19] 397/16 424/9 458/10 463/9
464/15 467/3 473/12 474/18 487/14
489/3 489/4 492/10 492/12 493/22
495/12 504/2 504/25 518/24 519/20
GOSIER [3] 387/15 388/23 393/24
GOT [57] 396/2 399/13 416/5 438/10
448/12 455/8 460/5 463/1 463/4 464/16
469/7 470/1 473/15 474/25 476/1 478/24
480/10 484/6 484/8 484/16 485/3 485/5
485/8 485/15 485/16 488/18 490/23
494/21 512/21 516/23 517/6 519/8
523/10 524/14 524/16 528/2 529/10
GOTTEN [3] 403/16 403/22 521/13

GOVERNMENT [16] 376/13 400/4 400/6
410/3 446/2 446/9 447/1 447/17 447/17
447/17 447/17 448/6 448/10 487/8
499/23 507/23 530/13
GOVERNMENT'S [1] 447/23
GRACIOUS [1] 501/6
GRADUATE [1] 511/4
GRADUATED [3] 452/16 492/12 511/3
GRAINS [1] 386/19
GRAMMAR [2] 459/1 459/2
GRAND [3] 387/15 388/23 393/24
GRANDMOTHER [1] 481/20
GRANITE [2] 496/4 496/7
GRANT [1] 502/12
GRANTED [1] 525/19
GRANTS [4] 502/13 502/15 502/16
502/25
GRAPH [14] 382/15 382/23 393/11
443/5 443/6 443/7 443/16 443/19 444/1
444/22 444/23 444/23 444/25 445/3
GRAPHIC [1] 386/24
GRAPHS [3] 442/22 442/25 445/18
GRASS [7] 475/19 475/20 477/12
478/10 478/12 478/14 478/16
GREAT [2] 380/25 467/3
GREATER [5] 388/2 422/11 425/8 483/2
483/2
GREATEST [2] 383/21 383/22
GREEN [1] 413/3
GREEN-BLUE [1] 413/3
GREGORY [3] 504/3 504/16 504/20
GREIF [1] 377/12
GREW [4] 451/17 452/14 483/9 508/9
GROUND [2] 403/23 528/8
GROUP [1] 377/7
GROW [2] 451/16 508/8
GROWN [1] 431/15
GS [2] 420/20 432/1
GSA [1] 379/13
GUARD [1] 471/13
GUESS [12] 399/11 412/4 414/12 415/8
418/1 475/13 479/5 481/19 488/15 490/9
490/25 497/21
GULF [12] 383/17 387/8 388/7 388/22
391/6 433/11 433/18 436/18 450/3
455/12 465/11 508/15
GUNS [1] 471/13
GUT [2] 483/13 483/16
GUTTED [3] 483/19 483/23 484/5
GUTTING [4] 484/3 484/13 487/10
523/18
GUY [2] 420/20 432/1

## H

HABITAT [8] 397/24 407/4 412/13
412/14 412/24 413/15 416/13 417/8
HAD [158]
HADN'T [3] 480/4 493/21 523/17
HALF [8] 386/1 386/4 431/13 459/9
466/19 467/19 472/1 528/10
HALLOWEEN [2] 486/4 486/5
HAND [14] 382/8 416/9 418/1 418/6
418/24 419/3 422/8 426/7 426/8 430/25
431/4 431/11 444/1 457/4
HANDS [1] 491/3
HANDWRITING [1] 497/7
HANDWRITTEN [3] 449/6 481/6 497/4
HANGING [1] 475/14
HANNAN [2] 459/6 459/7
HAPPEN [2] 492/20 530/16
HAPPENED [4] 387/1 448/11 484/25
523/20
HAPPENS [3] 383/7 403/20 500/22

Case 2:05-cv-04182-SRD-JCW Document 12866 Filed 05/21/08 Page 170 of 186

HAPPY [3] 440/11 489/2 492/7
HAPPY-GO-LUCKY [1] 489/2
HARAHAN [4] 470/4 470/9 471/5 488/2
HARBORS [1] 507/4
HARD [3] 473/4 473/12 491/3
HARDLY [2] 411/21 471/19
HARM'S [1] 468/6
HAS [28] 380/11 381/14 383/1 385/22
393/17 394/24 402/6 402/10 403/19
419/15 422/7 423/23 426/11 428/12
442/8 447/13 454/10 464/11 465/18
465/20 465/21 465/21 489/1 489/17
500/8 509/16 513/25 521/10
HASN'T [4] 404/13 425/12 437/13 522/9
HAVE [236]
HAVEN'T [1] 421/22
HAVING [7] 379/5 448/18 464/25 491/22
492/15 504/16 515/1
HB [1] 377/20
HB-406 [1] 377/20
HE [86] 392/24 401/15 402/19 425/5
438/9 440/25 445/21 449/25 462/23
462/24 463/10 465/18 465/20 465/21
465/21 465/22 465/23 465/24 467/17
467/21 467/23 467/23 467/24 467/25
468/1 468/2 468/2 468/4 468/6 469/7
469/11 469/13 469/16 481/23 484/9
485/3 485/3 485/5 485/6 485/8 485/9
485/9 485/10 485/11 485/12 488/10
488/14 488/20 488/20 488/21 488/21
488/22 489/19 489/23 489/23 489/24
489/24 490/6 490/7 490/9 490/11 490/11
494/24 499/25 500/2 500/5 500/9 500/12
500/13 500/14 501/1 501/5 510/7 511/13
511/15 511/22 515/8 520/24 520/25
522/4 522/6 522/7 522/9 522/24 525/6
529/16
HE ACTUALLY [1] 467/23
HE'S [7] 392/17 398/12 401/18 408/12
465/21 522/9 522/12
HEAD [7] 409/5 440/22 461/24 467/5
467/8 469/2 498/2
HEADING [2] 462/22 465/10
HEALTH [2] 452/23 453/1
HEAR [5] 406/5 412/2 425/18 469/8
499/10
HEARD [3] 438/9 469/9 474/10
HEARING [1] 469/4
HEART [2] 465/20 486/18
HEAVY [1] 477/3
HEIBERG [1] 530/6
HEIGHT [5] 399/4 400/14 401/4 478/13
517/2
HEIGHTENED [1] 381/21
HEIGHTENING [1] 384/10
HEIGHTS [3] 451/21 464/12 529/6
HELD [2] 437/1 474/20
HELLO [2] 493/15 493/17
HELP [7] 394/8 484/7 484/9 490/11
491/15 512/9 521/11
HELPED [2] 483/16 484/5
HELPFUL [4] 427/22 446/3 521/4 521/7
HELPING [1] 512/1
HELPS [3] 380/24 386/13 522/19
HENRY [2] 511/11 513/16
HER [17] 449/4 449/5 449/6 449/7 449/7
449/8 449/10 449/12 449/12 459/12
469/15 469/17 481/22 489/7 489/9
489/10 489/10
HERE [44] 382/24 383/6 383/6 383/21
386/7 386/15 386/16 387/4 388/25 390/3

390/12 400/16 400/18 400/19 400/20
401/2 401/6 411/23 413/14 414/4 418/3
420/21 424/7 425/19 429/1 429/4 429/5
429/18 434/21 439/18 444/11 463/23
466/1 478/11 491/6 491/8 493/18 495/13
498/22 499/7 508/5 509/14 509/16
512/21 514/5
HEREBY [1] 531/4
HEWES [1] 386/3
HEWES POINT [1] 386/3
HIGH [17] 380/11 380/24 396/25 427/15
451/24 452/18 459/6 459/7 464/11
464/13 469/20 500/20 517/10 517/11
519/7 521/12 526/14
HIGH-POINT [2] 517/10 517/11
HIGHER [4] 408/23 427/18 447/20
485/20
HIGHEST [3] 396/16 505/14 505/17
HIGHLANDS [2] 380/18 436/9
HIGHLIGHT [4] 392/9 447/7 504/7
527/14
HIGHWAY [1] 459/23
HIGHWAYS [1] 465/1
HIM [16] 392/23 435/18 454/2 462/22
463/22 485/14 488/13 488/14 490/6
490/6 499/6 500/16 500/22 501/4 510/6
530/15
HIMSELF [1] 489/24
HIP [1] 475/25
HIRE [2] 483/13 484/16
HIS [25] 381/14 399/11 400/11 401/7
401/8 430/8 435/19 438/3 451/5 465/15
465/18 467/21 479/11 485/2 489/25
490/9 500/4 500/14 500/14 500/25 501/1
501/4 501/4 515/10 529/15
HISTORY [3] 388/24 465/20 493/22
HIT [7] 380/20 447/25 448/11 453/3
466/12 466/13 496/14
HITTING [2] 447/17 448/7
HOLD [2] 420/14 515/17
HOLE [2] 387/25 388/1
HOLIDAY [1] 458/14
HOLIDAYS [1] 460/8
HOME [15] 449/12 467/8 469/3 471/16
472/4 472/8 483/5 483/6 486/15 491/7
493/7 493/9 496/25 517/24 524/12
HOMEOWNERS [1] 453/16
HOMES [2] 449/11 528/13
HOMEWORK [3] 459/20 472/10 472/10
HONEST [1] 496/5
HONEYCUTT [1] 376/16
HONOR [81] 384/23 385/1 388/16
391/13 391/17 392/5 392/16 393/1 396/4
398/1 398/8 399/10 399/20 400/5 401/11
402/16 402/20 404/3 404/6 408/10 409/1
409/12 412/1 421/9 423/1 426/18 435/16
437/13 438/2 438/12 439/3 441/21 442/2
442/5 442/13 442/21 444/8 444/20
445/23 446/10 447/4 448/3 448/13
448/17 449/14 470/21 479/14 498/19
499/2 499/6 499/11 500/2 500/11 501/3
501/7 502/2 502/7 504/2 504/12 506/5
506/6 507/20 507/24 509/8 510/4 512/11
514/5 514/17 514/20 515/7 515/23
518/20 518/25 520/21 522/3 522/8
522/20 525/8 525/10 525/21 528/18
HONOR'S [2] 504/5 521/1
HONORABLE [1] 375/11
HOPE [3] 375/16 432/20 474/21
HOPEFULLY [1] 530/10
HOPING [6] 444/6 469/21 474/18 483/12
483/21 500/18
HOPPED [1] 485/6

HORIZON [1] 462/5
HORRENDOUS [1] 477/1
HORRIBLE [4] 477/13 480/3 480/18
492/18
HOSPITAL [2] 459/19 473/8
HOSPITALS [1] 463/16
HOT [7] 379/14 454/20 456/14 475/2
478/23 479/2 479/6
HOURS [7] 384/6 438/15 466/19 466/20
472/1 485/13 490/8
HOUSE [133] 449/4 449/6 449/7 449/9
449/10 452/4 452/12 452/14 452/14
453/9 453/20 453/23 453/25 454/5 454/9
454/16 454/17 455/4 455/6 455/7 455/11
455/13 455/13 455/20 455/20 455/21
455/24 457/3 457/6 457/7 457/14 457/15
457/21 458/15 458/24 459/7 459/25
460/7 460/8 460/14 462/7 462/10 464/8
464/11 465/5 467/20 467/24 468/2
468/15 468/15 468/21 469/7 469/19
469/19 469/21 473/24 474/8 474/24
475/1 475/5 476/20 476/24 477/14
477/16 477/22 478/2 478/5 479/12
479/20 480/4 480/21 481/10 482/4
482/15 482/17 483/10 483/13 483/16
483/23 484/4 484/5 484/13 484/17 485/1
485/4 485/17 485/23 485/24 485/25
486/1 486/5 486/6 486/7 486/10 486/14
486/20 486/22 487/4 487/13 489/23
492/15 493/20 493/21 494/2 494/4 495/3
496/12 496/20 496/22 498/11 498/13
498/15 498/17 500/21 515/15 521/4
521/10 521/12 522/19 523/7 523/10
523/13 523/21 523/24 524/3 526/4 527/3
527/25 528/2 528/20 528/21 528/22
528/23
HOUSEHOLD [1] 472/23
HOUSEKEEPING [1] 450/14
HOUSES [5] 514/1 514/4 518/2 519/16
523/8
HOUSTON [3] 466/3 466/18 500/9
HOW [62] 381/6 383/7 384/2 387/20
392/18 392/20 393/17 397/5 406/8
408/21 414/12 420/10 421/18 422/24
430/9 432/2 444/10 444/11 445/4 445/14
450/20 452/11 453/7 453/20 454/2
458/24 459/7 462/16 466/6 466/15
466/16 466/23 468/11 469/20 469/22
470/13 474/12 474/25 475/2 475/25
476/20 480/8 482/18 486/6 489/17
490/23 490/24 491/1 492/8 493/9 508/17
512/20 514/10 516/16 518/4 519/7 520/2
521/12 526/7 526/11 526/14 530/2
HOWEVER [1] 392/23
HUGE [2] 434/22 480/16
HUH [9] 458/1 476/14 489/13 494/9
494/19 495/12 495/18 497/8 498/3
HUMAN [1] 446/20
HUMANS [1] 385/22
HUNDREDS [2] 462/4 492/2
HURDLE [1] 488/19
HURRICANE [41] 379/20 383/15 383/16
391/5 394/21 399/9 411/5 411/5 411/8
411/12 418/17 425/3 425/11 451/12
453/3 455/25 456/3 456/9 456/17 456/23
457/7 457/22 458/21 459/5 459/13
460/18 462/7 462/10 462/13 462/16
463/16 464/8 466/8 466/11 467/9 468/8
480/23 481/10 510/24 518/8 523/16
HURRICANES [9] 391/10 393/18 393/22
394/4 411/10 420/13 437/7 437/25
467/25
HUSBAND [4] 451/6 455/1 455/2 462/21

Case 2:05-cv-04182-SRD-JCW   Document 13826-35   Filed 07/21/08   Page 171 of 186

H
HUSBAND'S [3] 465/5 468/14 469/7
HUSH [2] 474/15 474/15
HUSH-HUSH [1] 474/15
HYDRODYNAMICS [1] 387/24
HYDROGRAPHIC [1] 382/4
HYDROLOGY [1] 437/22
HYPER [1] 490/4
HYPOTHETICAL [3] 513/24 514/5 527/24

I
I'D [15] 389/14 389/17 392/9 399/10 402/16 409/1 409/14 420/19 422/18 430/5 432/1 432/2 438/2 449/25 458/14
I'LL [12] 379/13 408/7 415/8 420/3 426/25 430/6 430/7 443/4 446/7 463/23 480/19 499/3
I'M [83] 386/7 392/22 392/22 395/18 398/11 399/13 399/18 402/18 403/13 404/3 406/10 407/15 408/10 409/1 409/2 409/20 412/1 412/3 412/23 413/6 413/18 417/18 419/2 420/3 425/18 428/21 430/9 436/2 436/25 437/2 437/17 438/14 439/10 441/4 442/15 443/4 443/7 443/11 443/12 443/12 444/10 444/14 444/21 444/21 445/3 447/6 449/11 459/17 459/17 459/24 469/12 477/18 481/11 481/15 481/23 482/25 486/22 487/14 487/19 488/1 488/1 488/15 490/10 491/5 492/11 492/13 492/14 493/15 504/20 505/1 508/7 510/6 510/7 510/8 511/3 511/9 514/22 515/21 521/8 521/9 522/11 526/9 528/18
I'VE [7] 399/7 401/25 403/16 403/16 452/18 461/13 487/19
ICE [1] 435/16
ICU [1] 460/21
IDEA [3] 390/1 394/12 454/10
IDENTICAL [2] 441/7 441/9
IDENTIFY [2] 446/3 449/12
IF [91] 379/12 379/23 380/5 380/14 381/19 383/24 390/14 391/20 392/23 393/11 394/20 398/4 398/11 398/13 398/13 404/11 404/12 406/10 408/5 410/3 412/13 413/6 413/18 414/4 414/21 415/22 417/23 417/24 418/22 419/7 422/2 423/24 424/7 424/15 427/23 430/7 431/23 439/5 440/8 440/19 440/23 443/1 443/12 444/3 444/18 445/24 446/2 446/4 447/9 447/10 448/11 449/25 450/5 455/19 459/24 461/18 462/22 464/16 465/2 471/13 472/8 475/18 484/22 485/15 486/21 487/6 487/6 488/18 492/7 495/8 497/13 499/3 499/13 499/20 500/11 502/3 509/2 510/2 510/3 510/11 512/8 514/4 514/13 518/3 521/9 526/25 527/17 528/21 529/23 529/25 530/14
IHNC [3] 423/16 427/9 519/14
II [2] 376/24 377/6
ILLUSTRATE [2] 382/5 384/20
ILLUSTRATING [3] 384/20 386/7 395/18
ILLUSTRATION [1] 386/22
IMAGE [3] 417/25 425/19 426/5
IMAGINE [1] 380/20
IMMEDIATELY [1] 460/21
IMMINENT [1] 402/22
IMMUNE [1] 447/13
IMPACT [4] 381/1 391/12 393/9 416/3
IMPACTS [1] 399/25
IMPINGE [1] 391/7
IMPLICATED [1] 447/19

IMPORTANCE [2] 385/22 420/9
IMPORTANT [8] 385/7 387/9 387/12 389/17 391/1 391/2 391/9 430/9
IMPORTANTLY [1] 449/16
IMPOSES [1] 424/20
IMPROPER [2] 522/3 522/8
IN [545]
INCHES [1] 476/23
INCIDENTALLY [1] 512/14
INCLUDE [4] 407/9 415/1 415/15 481/9
INCLUDED [4] 412/18 415/19 421/24 505/18
INCLUDES [1] 417/10
INCOME [1] 472/24
INCONSISTENT [3] 522/4 522/10 524/25
INCONVENIENT [1] 514/23
INCREASE [2] 406/23 407/4
INCREASED [3] 387/7 387/10 406/19
INCREASES [1] 383/8
INCREASINGLY [1] 380/4
INCURRED [1] 512/2
INCURSION [2] 397/22 398/21
INDEED [6] 381/20 393/19 394/19 400/18 429/9 431/18
INDEPENDENT [2] 502/22 503/1
INDICATES [1] 406/21
INDULGENCE [1] 499/2
INDUSTRIAL [1] 508/15
INFLICTING [1] 398/24
INFLUENCE [7] 381/17 383/22 397/13 397/14 427/12 431/24 432/2
INFLUENCED [2] 385/25 431/22
INFORMATION [7] 382/4 401/7 442/8 468/21 468/22 520/6 521/12
INFORMED [1] 513/17
INITIAL [3] 419/19 493/19 504/21
INITIALLY [4] 419/8 420/24 421/14 502/15
INITIATED [1] 422/14
INJURED [1] 502/20
INLET [2] 427/1 434/17
INSIDE [23] 454/13 486/9 489/7 521/4 522/19 523/4 523/7 523/10 523/12 523/24 524/3 524/16 524/18 524/20 524/22 524/23 525/3 525/4 525/7 525/19 527/3 528/12 528/23
INSPECTED [3] 515/9 523/8 523/15
INSPECTING [3] 521/5 521/8 521/9
INSPECTION [6] 521/6 524/5 524/15 527/15 529/4 529/4
INSPECTIONS [3] 511/21 520/10 521/3
INSTANCES [2] 389/7 419/23
INSTEAD [2] 390/22 406/22
INSTITUTIONAL [1] 504/7
INSTRUCTIONS [1] 464/4
INSURANCE [4] 481/13 494/15 494/17 503/6
INSURERS [1] 377/2
INTENDED [1] 453/19
INTENSIVE [2] 460/22 463/11
INTENTION [2] 461/6 510/20
INTERACTIVE [2] 397/9 397/13
INTERDISTRIBUTARY [7] 396/8 397/3 399/2 402/6 402/10 405/7 426/17
INTEREST [3] 482/14 493/22 494/9
INTERESTING [1] 447/1
INTERIM [1] 423/11
INTERIOR [3] 407/3 454/21 525/16
INTERRELATE [1] 397/6
INTERRELATIONSHIPS [5] 398/20 398/21 399/1 399/4 399/6
INTERRUPT [1] 401/2

INTERVALS [2] 410/14 423/15
INTO [53] 386/10 379/12 380/4 380/21 387/15 388/7 390/14 392/10 392/21 392/24 392/24 395/2 395/23 397/22 398/9 398/14 398/22 399/3 400/23 412/15 420/1 420/2 420/4 427/6 429/21 433/11 433/14 434/25 435/12 435/14 435/17 439/20 440/5 444/2 444/3 446/18 451/22 452/6 453/4 460/20 460/22 460/25 470/5 473/1 473/20 476/20 477/23 485/5 485/23 498/15 513/11 514/2 530/10
INTRACOASTAL [1] 400/23
INTRODUCE [2] 444/2 444/3
INTRODUCED [2] 401/12 402/25
INTROVERTED [1] 489/21
INTRUSION [2] 433/10 433/18
INVESTIGATE [1] 507/5
INVESTIGATED [1] 381/7
INVESTIGATION [1] 381/9
INVESTMENT [1] 473/1
INVESTMENTS [1] 461/5
INVOLVED [1] 402/18
IRONICALLY [1] 390/22
IRREFUTABLE [1] 517/5
IRREFUTABLY [2] 517/10 517/12
IRREPLACEABLE [1] 481/17
IS [400]
ISH [1] 464/2
ISLAND [43] 385/16 385/16 385/17 386/1 386/9 386/13 386/21 386/21 387/13 387/15 387/17 387/20 387/23 388/23 388/23 389/4 389/7 389/10 390/17 390/19 390/21 391/1 391/2 391/3 391/11 391/16 391/19 391/22 391/25 392/18 393/10 393/12 393/24 393/25 394/2 394/5 394/6 394/8 394/9 394/10 394/20 394/23 398/3
ISLAND'S [1] 393/25
ISLANDS [7] 385/7 385/9 385/9 385/14 392/6 392/20 412/18
ISN'T [53] 410/8 410/12 410/16 411/2 411/10 412/11 412/16 413/3 413/8 413/12 413/15 413/22 414/1 414/7 414/11 414/19 414/24 417/15 418/15 419/10 420/5 420/18 421/6 422/1 422/6 423/12 424/24 425/17 427/13 428/8 429/17 430/19 431/7 431/15 433/3 433/8 433/12 433/19 433/23 434/14 435/3 435/12 436/23 437/11 439/22 440/7 440/11 440/21 441/5 441/9 441/12 445/12 476/15
ISOLATED [1] 434/21
ISSUE [7] 391/15 391/23 391/25 392/3 399/16 511/23 519/8
IT [452]
IT CAN [1] 425/13
IT'S [113] 380/2 380/3 380/22 383/5 383/23 384/3 385/17 389/6 389/12 390/15 391/17 391/17 392/19 392/23 393/25 395/17 395/19 396/14 397/16 397/18 398/12 399/18 400/6 401/6 401/7 401/18 402/4 402/10 402/11 402/24 402/25 403/13 403/14 403/17 406/11 407/2 407/12 408/19 408/25 409/9 414/16 417/8 417/25 421/5 421/10 423/25 424/8 425/8 426/8 426/8 426/9 427/13 428/17 429/3 429/7 430/10 435/19 438/16 439/12 441/14 441/14 441/15 441/16 442/18 442/21 445/16 445/17 446/3 446/22 448/22 452/7 454/7 455/15 457/5 458/12 459/25 463/3 464/13 464/15 465/16 465/16 466/11

**I**

IT'S... [31] 469/6 470/4 470/10 473/15
474/11 474/22 476/10 477/1 479/4
480/20 487/9 488/1 490/10 492/13
492/18 492/25 495/9 500/8 506/12 514/5
517/7 519/15 521/3 521/7 522/4 522/8
524/1 524/1 524/1 527/20 527/22
ITEM [1] 497/25
ITEMS [7] 484/6 484/8 485/21 489/25
493/6 497/12 497/17
ITS [18] 384/4 385/13 390/12 393/10
394/2 409/8 422/5 422/12 423/23 424/11
426/21 431/6 431/13 434/13 457/12
471/22 508/17 513/24
ITS PRESENT-DAY [1] 385/13
ITSELF [4] 427/13 427/16 475/5 516/16
IVAN [1] 394/21

**J**

J-O-H-N [1] 515/5
JAM [1] 499/14
JAMES [2] 376/6 377/13
JANUARY [1] 505/4
JANUARY 2007 [1] 505/4
JARROD [7] 451/2 455/3 489/18 489/19
489/19 489/20 490/1
JEFF [2] 516/2 518/25
JEFFERSON [4] 376/6 469/25 471/14
483/9
JEFFREY [1] 377/11
JOANEN [4] 375/19 504/3 504/25
529/14
JOB [3] 473/8 492/12 522/17
JOHN [4] 377/17 423/7 515/1 515/5
JOINT [3] 509/1 509/6 509/8
JONATHAN [1] 375/22
JOSEPH [2] 375/18 375/18
JOSHUA [1] 376/20
JOVIAL [1] 489/2
JR [7] 375/11 376/9 376/16 376/22
376/23 377/10 377/13
JUDGE [24] 375/11 379/22 380/8 381/23
382/19 383/13 385/20 387/1 391/1 393/7
396/18 399/21 404/2 405/11 409/15
427/3 430/8 445/7 445/17 446/9 452/11
459/11 529/13 529/25
JUDGMENT [3] 446/18 446/22 470/24
JULY [1] 423/12
JULY 5 [1] 423/12
JUMP [3] 467/6 488/19 519/22
JUNE [1] 487/9
JUNIOR [1] 530/15
JURY [1] 513/17
JUST [121] 380/1 382/1 382/3 383/3
392/5 397/6 398/6 400/7 401/3 401/25
402/16 405/8 406/3 406/5 408/5 408/9
408/11 408/23 409/7 409/15 410/3
410/10 411/11 412/8 412/16 414/3
415/25 416/5 418/11 419/13 420/23
422/3 425/12 427/13 428/5 430/18
432/13 437/2 437/5 438/6 440/24 442/6
443/23 445/14 446/2 446/24 447/7
449/20 454/8 454/23 458/10 458/18
459/11 460/4 460/10 461/1 462/3 463/1
463/17 463/22 464/15 464/25 466/14
468/24 469/21 470/4 470/16 471/20
471/23 472/22 475/7 475/21 477/2 478/1
478/16 478/19 479/17 480/1 480/2 480/4
481/14 481/19 483/12 483/23 487/6
487/10 488/13 488/13 488/16 488/18
488/19 488/20 490/22 490/25 491/13
491/15 492/2 492/21 493/5 493/18 496/3
497/10 497/14 497/15 497/18 497/25
500/7 507/19 508/18 511/4 512/6 513/1
513/1 514/11 517/3 518/17 519/24 524/11
525/2 526/7 527/20
JUSTICE [1] 377/9

**K**

KALIMAH [1] 377/11
KARA [2] 377/14 409/12
KATRINA [47] 379/20 380/20 382/1
391/12 394/21 399/9 411/11
411/14 411/20 411/22 424/24 425/3
425/12 438/1 449/4 449/5 449/9 451/12
453/3 455/25 456/4 456/9 456/17 456/23
457/8 457/22 458/21 459/13 460/18
462/7 462/10 462/13 462/16 462/18
464/8 467/9 468/8 473/21 480/23 481/10
483/22 486/21 498/13 518/8 519/11
524/21
KEA [1] 375/22
KEEP [10] 434/13 435/2 438/14 438/15
447/16 448/6 455/2 463/4 484/23 513/10
KEEPING [3] 490/25 504/5 508/17
KELLS [1] 377/12
KENMORE [2] 495/21 495/21
KENNEDY [1] 503/4
KENT [2] 502/13 530/9
KEPT [5] 462/22 480/2 481/22 485/8
490/22
KIDNEY [2] 465/19 465/19
KIDNEYS [1] 465/18
KIDS [11] 458/7 458/15 466/9 470/17
472/3 472/5 472/22 484/2 488/1 489/2
491/4
KIDS' [1] 493/2
KIND [13] 396/2 414/16 454/23 475/13
476/22 477/1 481/14 482/7 483/24 488/6
490/3 490/10 500/17
KINDERGARTEN [1] 453/19
KITCHEN [8] 454/6 456/3 477/6 477/8
477/11 495/15 496/18 496/23
KNEW [12] 382/2 465/14 465/22 469/18
469/19 469/20 470/1 474/16 479/22
480/5 483/6 492/22
KNIT [1] 458/17
KNOW [129] 381/6 383/23 386/24
390/12 392/10 392/18 403/19 405/8
411/4 420/15 422/13 422/16 426/4 429/8
430/8 435/17 438/15 446/11 447/22
455/8 458/14 459/14 460/2 460/3 463/3
464/14 464/16 466/1 466/4 466/10 467/1
467/3 468/5 468/5 468/16 468/18 468/23
469/1 469/8 469/9 469/10 469/20 469/22
471/13 472/12 472/13 472/17 473/8
473/13 474/8 474/10 474/12 474/17
474/18 475/8 476/3 476/4 476/5 479/22
480/5 480/14 482/6 482/8 482/17 483/5
483/5 483/6 483/7 483/8 483/11 483/11
483/23 484/10 484/12 485/20 486/19
486/25 487/21 488/5 488/13 488/17
488/17 488/18 489/3 489/7 489/8 489/10
490/9 490/17 490/18 490/23 490/25
490/24 490/24 491/3 491/4 491/8 491/12
491/14 492/18 492/22 492/24 493/1
493/3 495/7 496/5 496/13 497/22 497/25
499/8 500/20 500/23 500/24 511/11
511/25 512/22 514/2 519/13 519/15
520/5 524/18 524/20 524/22 525/7
526/17 528/13 529/23 529/25 530/2
KNOWING [5] 464/25 483/2 490/10
491/5 491/5
KNOWLEDGE [6] 381/2 384/15 384/16
480/25 504/13 504/15

KNOWN [3] 379/11 385/17 446/17

**L**

LA [7] 413/7 414/7 425/17 425/20 426/11
426/20 427/12
LA LOUTRE [4] 413/7 414/7 425/17
426/20
LAB [1] 381/14
LABELED [1] 430/17
LACK [1] 446/22
LAFAYETTE [1] 376/7
LAID [3] 392/14 454/6 454/22
LAKE [18] 382/7 382/7 382/11 382/14
382/17 382/22 382/25 383/14 383/19
383/22 413/11 413/20 413/25 414/7
429/12 429/15 436/18 518/10
LAKE BORGNE [6] 413/11 413/20
413/25 414/7 429/12 429/15
LAKE PONTCHARTRAIN [1] 436/18
LAMINATE [1] 454/22
LAND [42] 380/3 395/16 395/17 406/9
406/12 406/17 406/20 406/21 407/4
407/5 407/8 407/9 407/17 407/18 407/25
408/6 409/3 410/14 411/12 411/15
414/23 415/2 415/5 416/13 416/13
416/15 416/23 417/1 417/3 417/6 417/10
418/19 419/23 419/24 431/2 436/25
439/8 439/8 439/20 466/13 511/23 512/9
LANDED [1] 478/25
LANDFALL [3] 383/17 459/13 467/10
LANDLORD [1] 470/1
LANDMARKS [1] 399/24
LANDOWNERS [4] 512/4 512/5 512/16
514/8
LANDSCAPE [2] 428/14 438/7
LANDSCAPED [2] 454/20 457/7
LANDSCAPING [2] 457/5 457/17
LANDWARD [1] 394/7
LANGUAGE [1] 507/3
LARGE [4] 391/6 419/23 420/13 495/15
LARGELY [1] 419/15
LARGER [1] 437/25
LAST [6] 393/9 416/12 431/19 440/25
446/11 504/21
LASTLY [1] 497/2
LATE [1] 467/12
LATER [8] 384/6 386/25 446/8 452/22
475/23 484/6 514/24 521/10
LATERAL [9] 395/4 395/14 395/19
395/23 396/8 397/2 434/23 435/6 435/22
LATERALLY [1] 399/3
LATEX [1] 476/8
LATTIMORE [11] 502/13 515/16 524/9
524/12 525/13 527/6 527/8 527/11
527/18 527/25 530/9
LATTIMORE'S [1] 515/13
LAW [8] 375/18 375/21 376/9 376/12
376/22 500/25 501/4 502/19
LAWN [1] 376/3
LAWYER [1] 519/20
LAWYER'S [1] 376/13
LAWYERS' [1] 446/11
LAY [1] 400/5
LAYER [3] 396/9 403/21 403/23
LAYMAN [1] 527/5
LAYOUT [1] 454/3
LEAD [1] 526/9
LEADING [2] 437/24 526/8
LEARN [2] 381/9 484/25
LEAST [5] 381/14 442/3 517/23 518/10
528/23
LEATHER [1] 497/19
LEAVE [6] 464/5 474/3 476/16 486/3

**L**

LEAVE... [2] 489/22 501/5
LEAVING [3] 460/14 463/25 500/9
LEFT [18] 379/10 392/18 418/24 422/8
426/7 430/17 444/1 457/22 466/6 468/4
468/8 477/10 480/18 481/15 481/21
481/24 483/7 483/20
LEFT-HAND [4] 418/24 422/8 426/7
444/1
LEGAL [3] 494/3 505/24 506/3
LEGISLATURE [1] 513/20
LEMON [1] 498/10
LEMONADE [2] 496/10 498/9
LEMONS [2] 496/10 498/10
LENGTH [1] 382/14
LESS [7] 425/7 425/14 426/9 426/11
426/15 427/7 433/14
LESSENED [1] 490/19
LET [22] 379/17 380/1 388/15 395/8
399/24 400/22 403/25 405/8 435/18
448/7 458/2 467/13 471/18 492/4 500/19
500/22 510/6 520/19 526/9 527/6 528/25
529/23
LET'S [12] 404/8 438/11 438/15 438/18
448/2 470/14 473/16 489/17 509/11
513/7 513/25 522/7
LETTER [2] 449/3 450/6
LEVEE [18] 398/25 399/5 399/12 400/14
401/23 417/20 426/14 427/6 427/13
436/7 436/15 436/21 447/7 447/11
447/17 447/18 447/25 455/14
LEVEES [10] 401/5 430/4 435/12 435/19
436/3 447/14 447/15 510/25 511/21
520/5
LEVEL [7] 382/14 383/5 516/22 516/23
516/24 524/8 525/18
LEVELED [2] 516/23 516/24
LEVELS [3] 437/8 437/10 464/13
LEVINE [1] 377/13
LG [1] 496/19
LIFE [16] 459/12 460/12 460/13 470/17
470/18 471/3 472/5 482/3 484/1 488/18
491/4 491/11 492/8 492/22 508/11 511/9
LIFESTYLE [1] 493/6
LIFT [1] 464/14
LIGHT [3] 413/2 424/8 427/22
LIKE [93] 385/8 389/15 389/17 391/3
392/9 392/25 398/9 399/10 401/3 402/16
409/14 422/7 422/11 422/18 426/24
427/9 428/5 430/5 431/11 438/2 439/19
441/22 442/10 443/23 448/4 448/25
457/7 458/5 459/14 460/5 460/14 463/2
463/16 465/1 465/10 466/1 467/2 468/13
468/16 469/1 469/5 469/7 469/9 469/12
470/20 472/16 473/17 474/15 475/1
475/6 475/18 475/19 475/21 476/12
476/24 477/2 477/6 478/3 478/8 480/5
480/17 482/1 482/17 483/1 483/20 484/7
484/19 486/15 486/18 486/21 488/15
488/15 489/22 490/11 491/14 492/19
496/15 496/15 496/17 496/17 496/21
497/18 498/12 504/3 509/1 510/19
511/24 512/17 512/19 515/23 518/10
518/12 526/6
LIKELY [1] 405/9
LIKES [1] 427/10
LIKEWISE [1] 435/10
LIMINE [1] 470/23
LIMITED [1] 407/12
LINE [20] 380/14 383/6 391/4 413/20
418/4 419/12 419/13 423/8 423/24
424/20 424/23 424/24 426/4 429/16

LINE [6] 382/12 383/23 384/1 384/2
431/21 522/14
LINK [1] 398/9
LIST [14] 383/2 415/15 449/6 449/7
480/22 480/24 481/2 481/6 481/8 481/16
497/2 497/11 497/16 529/20
LISTED [6] 433/10 497/17 499/7 499/25
500/2 500/5
LISTEN [1] 469/3
LITERALLY [5] 454/4 476/24 483/18
485/11 489/7
LITHOLOGIES [1] 429/23
LITIGATION [2] 377/7 410/8
LITTLE [48] 385/18 386/13 415/25
422/23 424/8 426/24 426/25 427/1 427/8
428/6 439/15 446/24 447/6 454/7 454/12
454/13 455/6 455/8 455/9 455/18 456/19
458/2 458/7 458/17 461/4 462/19 463/4
463/5 463/5 464/16 467/13 469/14
471/17 472/17 476/2 479/5 481/3 482/18
484/8 486/12 487/21 491/8 494/10
494/18 500/17 502/3 519/24 529/24
LIVE [9] 451/12 460/12 470/3 473/13
483/11 491/21 492/8 520/14 520/16
LIVED [11] 451/13 452/12 462/12 467/17
470/7 470/9 470/11 472/25 473/1 483/9
508/11
LIVES [3] 462/21 466/19 483/9
LIVING [12] 451/25 452/2 453/5 461/6
468/13 470/8 470/13 471/4 473/3 473/17
477/16 477/20
LLC [3] 375/21 376/9 376/12
LOAN [4] 461/8 461/18 462/3 494/3
LOANS [8] 461/17 462/4 491/18 491/19
491/20 491/21 492/13 492/16
LOBE [2] 385/13 385/13
LOCAL [6] 432/24 433/6 468/25 490/15
514/8 514/8
LOCAL-GENERATED [2] 432/24 433/6
LOCATED [9] 390/3 414/6 430/22 446/3
451/22 453/17 455/13 459/6 518/9
LOCATION [9] 390/13 390/21 392/11
409/8 414/18 453/14 455/20 471/22
517/23
LOCATIONS [1] 453/13
LOCK [1] 476/22
LOGICAL [1] 513/24
LOGISTICALLY [1] 404/3
LONG [17] 441/3 453/20 463/3 466/6
466/15 466/16 466/23 468/11 470/13
472/2 485/25 488/23 499/4 512/1 512/20
516/24 530/3
LONG-TERM [1] 441/3
LONGER [2] 408/23 475/11
LONGSHORE [2] 386/5 386/7
LOOK [22] 380/14 381/19 408/5 409/1
413/6 421/19 422/7 425/24 426/1 427/23
430/9 439/6 465/1 474/2 475/24 476/13
476/14 476/15 478/24 480/13 509/2
521/11
LOOK-AND-SEE [2] 476/15 480/13
LOOK-SEE [4] 475/24 476/13 476/14
478/24
LOOKED [25] 407/5 407/6 409/24
410/10 412/14 412/16 414/3 419/13
428/1 455/25 456/3 456/8 456/16 456/18
457/21 465/10 467/1 469/14 474/25
475/1 476/12 476/24 477/6 478/8 518/10
LOOKING [22] 407/15 409/23 418/2
422/3 427/3 428/8 430/13 431/10 443/4
443/7 443/12 443/12 475/15 479/23

LOOKS [9] 422/11 426/24 427/9 427/10
428/5 431/11 467/3 475/19 479/2
LOOTERS [1] 468/2
LOS [1] 375/16
LOSE [3] 465/15 492/22 493/5
LOSS [39] 385/7 390/25 391/1 391/11
397/24 398/3 406/9 406/12 406/17
406/20 406/21 407/5 407/5 407/8 407/17
407/18 407/25 408/6 409/3 410/14 411/1
411/4 411/12 411/15 414/23 417/3 417/6
417/8 418/19 439/8 439/9 439/20 439/22
440/2 440/20 441/3 441/8 441/8 441/11
LOST [10] 417/10 473/8 480/6 480/22
481/24 483/21 492/21 492/22 493/6
511/24
LOT [19] 392/10 430/21 453/15 453/16
453/24 458/7 468/24 474/13 478/2
480/21 481/15 483/4 484/5 488/15
488/15 491/23 505/18 510/8 519/16
LOTS [3] 419/24 472/15 477/21
LOUISIANA [27] 375/2 375/6 375/20
375/23 376/7 376/10 376/14 376/17
376/21 376/25 377/8 377/12 382/1 391/4
391/9 450/16 451/14 462/19 496/24
502/19 502/24 503/5 503/7 508/10 511/4
515/22 531/4
LOUTRE [7] 413/7 414/7 425/17 425/20
426/11 426/20 427/12
LOVED [1] 482/17
LOVESEAT [2] 497/19 497/20
LOW [5] 400/19 401/23 402/2 430/4
490/6
LOW-DOSE [1] 490/6
LOWER [1] 390/19
LOWERED [1] 461/21
LOWERING [3] 395/16 395/17 398/1
LOWEST [4] 478/12 517/7 517/10
517/11
LSU [2] 452/22 452/25
LUCILLE [3] 451/18 493/19 530/9
LUCKY [1] 489/2

**M**

MA'AM [3] 401/1 439/1 498/20
MADE [22] 383/16 387/16 388/9 393/4
415/10 421/22 421/23 431/11 440/2
461/23 464/20 467/9 468/19 481/13
493/24 494/6 496/10 497/2 497/20 498/9
522/4 522/9
MAGNET [1] 452/6
MAILS [1] 500/4
MAIN [1] 376/20
MAINLY [1] 468/24
MAINTAIN [2] 434/6 434/12
MAINTAINED [1] 386/21
MAINTAINING [4] 505/15 505/19 505/21
506/9
MAINTENANCE [7] 388/11 389/3 389/19
434/5 504/14 506/12 509/17
MAJOR [5] 393/18 400/16 411/15 437/7
487/15
MAJORITY [1] 486/7
MAKE [21] 403/11 404/4 415/4 417/17
422/9 422/24 432/2 438/22 447/6 448/7
454/16 463/21 472/8 474/18 497/15
500/9 502/6 511/21 512/13 516/7 523/23
MAKING [3] 427/20 459/13 483/25
MALE [1] 484/6
MANAGEMENT [1] 503/1
MANIFESTLY [1] 525/6
MANSION [1] 454/11

M

MANUAL [4] 381/12 381/12 381/16 384/12
MANY [7] 381/17 386/17 386/21 444/11 450/20 468/7 494/8
MAP [7] 412/13 412/14 412/24 413/14 418/2 449/11 449/12
MAPPING [1] 439/19
MARC [1] 377/13
MARCH [3] 423/10 470/14 502/14
MARCH 27 [1] 423/10
MARGINAL [2] 390/3 390/4
MARITAL [1] 450/18
MARK [21] 453/17 458/8 500/20 516/21 516/22 517/1 517/15 517/20 520/1 520/14 523/12 524/3 525/2 526/18 527/7 527/18 527/22 528/3 528/5 528/7 528/12
MARK'S [5] 458/22 458/24 459/1 459/2 459/4
MARKS [7] 516/18 517/21 517/23 520/19 520/20 526/19 529/2
MAROON [1] 458/1
MARRIAGE [1] 451/5
MARRIED [1] 450/20
MARSH [16] 407/3 407/9 411/7 411/13 413/3 413/8 413/11 413/12 427/6 427/7 429/9 475/20 477/12 478/10 478/12 478/14
MARSHES [1] 397/23
MASK [1] 476/3
MASS [1] 460/9
MASSES [1] 380/3
MASTER'S [1] 452/25
MATCHES [1] 403/15
MATERIAL [3] 492/22 512/3 512/3
MATERIALS [2] 487/15 516/25
MATTER [3] 481/18 529/13 531/7
MATTRESSES [1] 468/17
MAY [23] 392/21 400/21 406/2 406/6 409/6 420/19 421/12 427/12 438/10 439/2 444/4 461/25 461/25 462/2 497/25 498/20 500/24 502/20 502/21 506/2 508/3 514/18 529/9
MAY 2006 [1] 461/25
MAYBE [14] 394/13 415/8 424/7 429/4 440/10 444/21 453/15 453/18 459/9 476/23 483/21 484/13 506/4 512/23
MAYO [1] 515/12
MAYTAG [2] 495/15 495/16
MCCONNON [1] 377/13
ME [62] 379/17 380/1 392/13 397/6 398/9 399/24 400/22 401/14 406/10 414/22 414/22 434/25 442/7 443/13 443/20 448/7 450/1 450/11 454/11 454/11 454/12 454/14 458/2 458/12 459/11 459/15 460/15 461/7 464/4 464/15 464/24 467/13 470/11 472/12 478/3 479/2 481/2 481/21 481/23 481/24 482/23 483/4 483/16 484/5 484/7 484/14 485/25 486/21 486/22 487/7 487/20 492/4 493/24 494/11 495/23 510/12 510/12 518/10 520/19 527/6 528/25 529/23
MEAN [25] 395/15 395/16 397/16 400/22 401/1 416/15 426/2 441/4 445/14 454/10 465/14 469/5 473/6 474/10 474/16 481/19 488/14 501/10 492/1 493/5 496/19 498/11 516/22 518/12 520/18
MEANING [3] 447/1 464/24 512/8
MEANS [4] 399/16 404/12 465/20 512/10
MEANT [2] 491/23 491/24

MEASURE [7] 419/7 420/16 424/1 424/2 424/5 424/8 490/6
MEASURED [3] 415/5 423/25 445/5
MEASUREMENT [4] 426/4 431/23 443/21 526/4
MEASUREMENTS [10] 414/23 419/10 420/14 421/4 428/25 443/22 443/23 443/25 445/5 449/4
MEASURES [1] 441/24
MEASURING [2] 425/24 441/3
MECHANICAL [2] 377/24 511/6
MECHANISM [1] 447/21
MEDICAL [1] 459/19
MEET [3] 433/11 483/25 490/16
MEMBER [1] 511/14
MEMBERS [4] 467/14 483/15 511/22 513/17
MEMORANDUM [2] 508/24 509/4
MEMORIAL [3] 459/19 460/19 463/12
MEMORY [1] 480/24
MENTAL [1] 470/21
MENTION [2] 384/19 439/14
MENTIONED [7] 384/17 411/11 474/14 509/23 509/24 518/17 520/3
MENTIONING [3] 399/23 496/18 496/22
MERAUX [1] 459/6
MET [3] 482/11 493/15 511/20
METAIRIE [1] 508/10
METAPHOR [1] 447/16
METAPHORICAL [1] 448/1
METEOROLOGICAL [1] 382/4
METER [1] 411/15
METERS [8] 387/4 387/5 389/18 425/6 425/7 425/9 425/14 426/1
METHODOLOGY [1] 517/18
METOYER [1] 503/5
MEXICO [5] 383/18 387/8 433/11 436/18 508/16
MICHAEL [2] 376/19 376/19
MICHELE [1] 377/12
MICROORGANISMS [1] 477/18
MID [2] 474/1 474/7
MIDDLE [6] 419/2 426/10 442/4 451/22 492/21 504/21
MIDST [1] 445/9
MIGHT [9] 379/14 404/5 411/12 412/6 414/17 448/9 466/4 482/13 502/3
MIGRATE [1] 394/7
MILANES [1] 432/3
MILE [8] 388/21 388/21 388/22 423/17 453/18 458/25 459/9 513/14
MILES [6] 444/11 444/12 444/18 459/9 459/23 465/13
MILITARY [2] 471/11 489/23
MILLER [4] 377/14 409/12 425/18 530/5
MILLIMETERS [2] 396/14 396/19
MILLION [7] 380/10 389/2 389/2 389/4 389/18 389/20 513/14
MIND [7] 397/8 408/8 438/14 438/15 447/16 480/19 526/7
MIND-SET [1] 480/19
MINE [3] 458/20 495/8 495/8
MINIMUM [1] 528/12
MINORS [1] 451/7
MINUS [1] 388/21
MINUTE [4] 398/6 422/20 437/2 521/1
MINUTES [5] 438/18 499/3 499/3 499/17 500/12
MIRROR [1] 478/4
MISCALCULATED [1] 502/16
MISCHARACTERIZATION [1] 437/16
MISERABLE [1] 488/14
MISNOMER [1] 389/13

MISSISSIPPI [6] 380/7 380/12 436/9 456/16 456/17 456/18 456/24
MISSISSIPPI RIVER [1] 450/3
MITIGATION [1] 507/6
MITSCH [1] 377/14
MIXED [1] 443/10
MODERATE [3] 386/15 387/3 387/9
MODERATE-SIZED [1] 386/15
MODERNIZED [2] 454/24 496/9
MOM [14] 460/7 464/20 464/23 484/10 484/23 487/18 487/25 488/6 489/1 489/1 490/10 491/1 491/5 493/4
MOMENT [2] 397/7 399/20
MONDAY [6] 462/24 463/16 466/24 466/25 467/4 467/5
MONEY [8] 453/10 472/25 473/15 473/16 483/24 493/7 493/9 493/9
MONICA [1] 530/8
MONIES [1] 502/21
MONTH [2] 492/2 494/14
MONTHLY [2] 493/25 494/13
MONTHS [4] 412/8 453/21 482/5 484/14
MONTVAI [1] 530/5
MOOD [3] 488/6 488/24 489/15
MOODS [1] 488/5
MORE [27] 398/23 411/22 413/23 424/5 425/24 426/3 426/15 427/16 429/9 429/22 429/24 430/7 431/11 441/16 441/21 462/19 485/8 490/7 492/4 496/11 501/5 509/16 512/23 514/1 523/5 523/15 525/17
MORGAN [1] 376/25
MORNING [4] 465/9 467/6 529/18 530/7
MORNINGS [1] 472/2
MORPHOLOGY [1] 380/3
MORRIS [3] 445/17 445/22 449/11
MORTGAGE [4] 453/11 493/24 494/10 494/13
MOSAIC [1] 385/5
MOST [12] 387/18 389/22 405/9 449/16 458/6 463/16 464/17 468/16 481/25 487/22 496/17 514/22
MOTHER [8] 464/22 465/3 467/19 473/3 488/24 491/5 500/25 501/4
MOTHER'S [2] 467/18 488/24
MOTHER-IN-LAW [2] 500/25 501/4
MOTION [1] 446/19
MOTIONS [2] 470/23 470/24
MOUTH [2] 434/19 489/7
MOVE [19] 380/23 390/25 399/10 399/11 427/5 429/8 429/20 438/11 446/5 446/8 448/2 452/3 452/7 477/3 477/24 485/23 485/25 486/2 508/12
MOVED [8] 388/10 452/14 466/2 471/22 471/23 485/24 486/12 508/10
MOVEMENT [3] 386/6 386/8 386/12
MOVING [7] 387/9 388/1 418/22 429/21 460/14 462/18 477/2
MR [5] 504/6 513/21 519/24 520/9 522/23
MR. [53] 445/17 445/22 498/24 499/3 499/4 499/8 499/20 499/22 500/1 500/3 500/7 500/8 500/25 501/3 501/5 504/1 504/3 504/6 504/7 504/25 506/8 508/4 509/2 509/12 510/2 511/11 511/14 511/17 511/20 513/3 513/19 514/21 514/22 515/7 515/13 515/13 515/20 515/24 516/6 518/24 519/4 521/3 521/15 521/17 522/1 522/15 525/12 526/11 526/12 527/25 529/14 529/14 529/17
MR. BAUMY [3] 498/24 499/8 529/14
MR. BREERWOOD [12] 500/25 501/3 504/1 504/6 504/25 506/8 508/4 509/2

**M**

MR. BREERWOOD... [4] 509/12 510/2 511/11 513/3
MR. BRUNO'S [1] 521/17
MR. CHAD [1] 445/17
MR. CRAWFORD [21] 499/3 499/4 499/20 499/22 500/1 500/7 500/8 501/5 514/21 515/7 515/20 515/24 516/6 518/24 519/4 521/3 521/15 522/1 522/15 525/12 526/11
MR. GREGORY [1] 504/3
MR. JOANEN [1] 529/14
MR. LATTIMORE [1] 527/25
MR. LATTIMORE'S [1] 515/13
MR. MORRIS [1] 445/22
MR. MYER [1] 500/3
MR. NORMAN [1] 515/11
MR. ROBINSON'S [1] 526/12
MR. RODRIGUEZ [4] 511/14 511/17 511/20 513/19
MR. SMITH [1] 514/22
MR. WINER [2] 504/7 529/17
MRGO [89] 377/7 380/5 380/15 380/15 385/5 385/6 386/10 386/14 386/22 387/5 387/8 387/16 388/22 389/1 390/16 391/12 392/17 393/10 394/7 394/16 394/24 396/16 398/3 400/14 400/23 406/8 406/15 406/21 406/24 407/6 407/7 408/25 410/16 411/2 413/5 413/7 413/15 414/1 414/5 414/19 415/2 415/11 415/12 415/19 416/3 417/20 418/20 418/25 419/18 420/12 420/24 421/6 431/22 432/5 433/11 435/11 436/10 437/6 437/11 437/14 437/15 437/20 437/23 438/8 438/11 441/12 443/15 443/19 444/10 444/23 445/1 446/21 447/22 504/8 505/15 505/19 506/25 507/2 507/11 507/18 508/13 508/13 509/13 510/23 511/18 512/14 513/10 513/18 519/14
MS [1] 449/20
MS. [10] 425/18 448/24 449/3 449/15 450/7 450/18 479/19 493/15 502/17 515/14
MS. MILLER [1] 425/18
MS. SMITH [5] 449/15 450/18 479/19 493/15 502/17
MS. SMITH'S [2] 448/24 515/14
MS. TANYA [1] 449/3 450/7
MUCH [28] 387/20 392/18 406/8 414/13 419/14 419/15 426/9 426/11 426/14 426/15 426/21 429/16 429/18 432/2 444/10 448/12 458/5 458/13 471/16 474/12 478/13 480/5 480/19 486/6 493/9 513/23 516/19 520/2
MUD [7] 395/20 475/16 475/18 477/12 478/2 478/17 480/23
MUDS [1] 395/23
MULTIPLY [1] 440/15
MUST [7] 397/1 425/7 475/20 478/25 485/18 497/9 503/2
MY [178]
MYER [3] 377/15 493/15 500/3
MYSELF [11] 464/14 464/19 464/19 466/9 470/2 473/12 478/18 483/15 484/18 490/25 510/9

**N**

N95 [1] 476/3
NAME [13] 448/20 450/15 494/5 494/7 496/5 504/2 504/18 504/20 504/21 504/25 515/3 516/2 518/25

NAMES [1] 451/1
NARROW [1] 470/18
NARROWS [1] 383/3
NASTY [2] 477/12 478/16
NATURAL [8] 386/11 436/7 436/15 436/21 436/23 437/18 437/24 438/7
NATURALLY [1] 392/6
NAVIGATION [10] 432/11 432/15 433/3 434/10 434/12 435/2 506/19 507/7 508/15 508/18
NEAR [3] 430/8 492/14 530/12
NEARLY [1] 466/20
NECESSARILY [2] 403/23 434/11
NECESSARY [3] 433/25 486/16 523/9
NECKED [1] 421/17
NECKING [1] 419/17
NEED [14] 410/1 410/2 410/2 437/2 440/5 440/15 446/1 447/22 459/25 466/1 502/6 512/21 514/9 521/12
NEEDED [3] 435/3 454/14 513/1
NEGATIVE [2] 391/12 446/19
NEGLIGENCE [4] 392/15 447/14 447/24 504/10
NEIGHBOR [1] 485/13
NEIGHBORHOOD [9] 453/14 453/17 458/2 458/4 458/17 459/23 465/15 518/1 526/19
NEIGHBORS [6] 458/12 458/18 482/12 486/23 493/1 493/1
NEITHER [1] 488/22
NEONATAL [2] 460/22 463/11
NEPHEW [2] 469/15 494/23
NERVES [1] 468/18
NERVOUS [7] 479/24 485/5 485/9 489/6 489/8 490/4 490/24
NEVER [18] 388/9 462/8 462/11 466/10 469/9 473/9 480/19 488/21 489/6 506/15 511/1 520/13 523/7 523/10 523/12 524/14 524/16 524/23
NEW [26] 375/6 375/20 375/23 376/10 377/4 377/4 377/8 377/21 379/10 381/1 385/12 396/13 396/21 452/23 453/1 453/14 465/13 467/14 469/24 470/3 496/21 505/17 508/7 508/7 508/9 520/13
NEW ORLEANS [14] 381/1 396/13 396/21 452/23 453/1 465/13 467/14 469/24 470/3 505/17 508/7 508/7 508/9 520/13
NEWS [4] 467/1 468/25 474/14 518/12
NEXT [16] 379/23 384/5 387/19 389/15 439/24 456/2 456/6 456/11 456/20 456/25 457/13 457/18 467/18 472/6 473/14 526/4
NICE [2] 459/20 460/4
NICER [1] 456/19
NIGHT [7] 463/1 465/8 467/5 467/12 486/4 489/24 490/8
NIGHTS [1] 491/13
NINE [2] 473/21 475/23
NO [72] 380/22 386/10 393/1 393/1 394/23 397/9 397/18 400/11 400/12 409/6 411/15 412/20 414/10 414/12 422/1 425/13 436/4 441/21 445/14 460/14 460/16 461/18 462/6 465/8 466/22 468/25 469/5 469/9 471/10 473/7 473/9 473/20 474/10 474/14 475/10 476/19 479/4 480/5 481/11 481/15 483/15 486/21 490/21 491/17 492/18 493/5 493/11 497/18 498/11 506/19 506/22 507/8 507/20 511/1 513/21 514/16 516/1 516/2 518/20 519/6 519/12 520/1 520/16 521/11 523/9 523/11 523/14 524/7 524/17 525/5 525/21 529/8

NO. [1] 387/13
NOBODY [2] 469/18 469/19
NONCHAOTIC [1] 459/14
NONEXISTENT [1] 470/16
NONRESPONSIVE [1] 438/3
NOR'EASTER [1] 382/21
NORMAL [5] 386/10 466/18 472/5 496/19 496/20
NORMALLY [3] 388/8 394/5 434/16
NORMAN [4] 375/5 515/11 526/3 530/8
NORTH [12] 380/18 382/7 413/7 418/7 420/23 429/19 429/25 431/22 466/3 466/18 507/11 513/9
NORTHERLY [3] 383/20 384/7 386/3
NORTHERN [3] 380/6 386/1 436/14
NORTHWARD [1] 433/18
NORTHWEST [1] 382/12
NOT [123] 390/16 391/15 391/23 391/25 392/3 392/4 392/22 392/24 393/25 396/1 396/25 397/4 398/11 399/13 401/6 402/18 403/10 403/13 403/23 404/3 404/9 404/11 404/12 406/17 409/3 409/5 410/3 411/10 412/18 412/20 414/12 414/13 415/12 417/19 419/15 420/2 420/7 420/17 421/2 421/15 421/23 421/24 422/5 423/21 424/10 424/17 424/21 425/23 426/21 429/16 429/18 430/21 431/6 431/7 432/13 432/21 434/3 435/15 436/1 436/2 436/3 441/14 441/15 442/15 442/17 443/11 443/24 444/10 445/3 451/4 454/1 458/25 460/1 462/5 462/6 466/4 468/5 474/6 474/20 477/1 480/16 481/12 485/3 486/21 489/8 489/22 489/22 492/23 492/24 493/4 494/3 496/3 498/11 499/23 499/24 502/20 502/21 503/1 505/23 506/2 506/24 507/3 507/10 507/10 507/15 507/19 512/12 512/14 513/23 514/10 514/11 517/2 519/4 519/20 521/8 522/4 524/1 525/5 525/16 527/3 528/20 528/21 529/14
NOTE [6] 402/16 407/21 408/5 446/24 447/6 470/22
NOTEBOOK [1] 481/3
NOTED [1] 392/23
NOTES [1] 481/24
NOTHING [5] 473/7 488/20 491/10 491/11 498/4
NOTICE [3] 383/5 395/13 497/13
NOTICED [1] 497/10
NOTIFIED [2] 463/18 502/15
NOTIFY [1] 464/5
NOURISHES [1] 386/6
NOURISHING [2] 386/9 394/9
NOURISHING BRETON [1] 394/9
NOVEMBER [4] 382/9 486/2 486/13 502/12
NOVEMBER 1957 [1] 382/9
NOW [61] 381/25 384/12 385/4 385/8 385/16 385/24 386/10 387/12 387/17 388/1 389/24 390/22 390/25 393/17 393/23 394/4 395/13 397/20 401/11 403/4 404/5 407/9 408/11 412/5 414/21 415/22 418/22 421/5 421/20 424/7 430/5 430/13 443/19 446/7 450/22 451/5 459/11 459/18 462/7 477/6 481/8 481/18 487/24 488/2 489/19 491/17 492/8 492/13 494/20 495/9 497/24 499/19 508/12 509/1 509/11 512/7 512/19 521/1 527/6 529/25 530/17
NOWHERE [1] 492/14
NUMBER [16] 395/18 397/14 398/20

**N**

NUMBER... [13] 400/16 401/23 402/23 403/6 415/11 417/9 420/15 423/2 430/15 431/1 440/6 461/21 497/11
NUMBERED [1] 531/7
NUMBERS [4] 416/5 417/2 443/9 443/10
NUMEROUS [2] 468/3 479/15
NURSE [7] 452/25 453/4 459/17 459/17 460/20 461/14 461/24
NURSING [3] 452/24 460/23 461/14
NUTSHELL [3] 438/11 448/1 448/2

**O**

O'BRIEN [1] 377/3
O'DONNELL [2] 375/15 375/15
OAK [1] 376/3
OATH [1] 379/9
OBJECT [8] 399/11 421/8 435/16 437/13 437/15 510/4 522/8 522/24
OBJECTED [1] 402/23
OBJECTING [1] 391/21
OBJECTION [23] 391/13 391/20 392/21 392/22 398/7 398/8 398/15 399/14 399/19 400/22 401/1 401/4 403/1 403/8 403/9 403/12 403/25 437/17 470/21 505/24 516/1 526/8 528/16
OBJECTIONS [1] 470/22
OBSCURED [1] 414/16
OBSERVATION [2] 448/17 523/23
OBSERVE [2] 520/25 523/20
OBSERVED [2] 523/12 525/2
OBSERVING [1] 403/14
OBTAINED [1] 452/23
OBVIOUS [2] 449/16 527/5
OBVIOUSLY [3] 458/16 464/24 483/16
OCCASIONS [1] 511/20
OCCUR [3] 432/19 435/7 435/23
OCCURRED [12] 381/4 383/15 399/9 401/24 410/14 411/1 417/18 417/20 419/17 425/3 430/4 447/23
OCCURRING [3] 392/6 435/22 484/12
OCCURS [2] 447/10 447/10
OCTOBER [5] 473/22 474/1 474/7 495/24 502/13
OCTOBER 26 [1] 495/24
OFF [13] 390/18 393/25 409/5 415/24 446/4 459/16 460/1 473/3 478/18 481/15 498/2 516/23 516/24
OFFER [6] 404/7 404/9 448/25 502/6 502/8 503/9
OFFERED [5] 392/3 449/15 482/10 500/15 524/9
OFFICE [6] 376/7 376/14 376/22 376/24 381/15 521/17
OFFICES [2] 375/18 510/15
OFFICIAL [3] 377/20 531/2 531/11
OFFICIALLY [1] 486/12
OFFSHORE [3] 387/19 387/21 388/3
OH [25] 413/23 444/14 454/10 461/13 467/3 468/10 469/5 469/7 469/11 469/13 469/19 475/4 480/3 484/14 484/23 484/3 485/18 486/18 486/21 487/25 489/13 489/16 492/18 494/17 530/2
OKAY [26] 379/14 379/15 380/13 380/14 382/6 384/22 387/3 390/10 397/6 397/19 408/17 409/9 410/5 438/14 439/16 443/4 443/7 444/13 444/18 444/22 467/5 468/5 473/15 493/11 494/17 528/18
OKEECHOBEE [3] 383/14 383/19 383/22
OLD [4] 447/16 451/2 453/15 471/12
OLDER [7] 455/8 464/24 467/24 471/18

OLD... [2] 451/18 468/8
ON [273]
ON-SITE [1] 520/9
ONCE [9] 387/8 427/5 462/1 466/12 472/16 482/10 484/6 484/8 496/14
ONE [64] 379/18 379/18 380/18 381/14 381/14 381/15 383/12 393/9 396/6 396/6 397/6 397/17 398/4 399/20 401/6 401/16 411/11 412/23 413/23 420/14 428/1 430/6 432/3 432/8 432/20 435/13 437/5 439/21 442/6 442/9 445/6 446/10 446/12 447/9 455/13 460/12 465/18 465/18 467/25 470/10 471/17 471/18 472/1 472/20 472/22 474/4 474/14 480/15 490/5 491/1 492/4 492/18 492/20 492/25 493/3 495/17 496/22 498/22 511/15 523/7 528/9 528/25 529/13 530/10
ONE-BEDROOM [1] 470/10
ONES [1] 496/18
ONLY [17] 389/19 417/18 417/20 423/16 431/13 444/17 446/12 453/9 461/8 461/18 465/18 465/19 480/15 494/8 496/17 496/21 502/18
ONTO [4] 387/16 389/4 517/24 526/18
OPAQUE [1] 444/22
OPEN [5] 419/5 435/2 474/2 508/18 527/20
OPEN-WATER [1] 419/5
OPENED [1] 407/3
OPENING [1] 445/9
OPERATION [1] 506/12
OPERATIONAL [2] 505/22 506/11
OPERATIONS [2] 504/14 505/11
OPERATIVE [2] 386/23 389/5
OPINE [1] 406/11
OPINING [1] 396/6
OPINION [12] 391/11 391/14 394/24 395/21 403/10 403/13 437/1 519/25 520/2 524/8 524/9 525/12
OPINIONS [8] 519/4 519/7 519/9 519/18 520/6 520/8 520/10 525/17
OPPORTUNITY [1] 521/19
OPPOSED [2] 426/16 488/25
OPPOSITE [2] 390/23 490/3
OPPOSITES [1] 489/20
OPTIMISTIC [1] 492/10
OPTION [1] 473/9
OR [113] 384/6 386/16 387/4 388/1 388/21 389/4 392/12 392/25 396/20 397/13 397/22 398/4 399/11 403/11 410/2 411/11 413/2 413/6 415/15 420/11 424/23 428/11 428/11 429/23 430/11 431/22 432/21 433/11 434/18 435/10 436/25 439/18 442/6 445/3 445/12 447/9 447/10 448/25 453/15 453/22 454/16 454/19 460/3 460/9 460/9 460/14 462/9 463/2 463/17 464/16 466/9 466/13 468/2 468/9 468/17 468/20 468/21 468/22 469/19 469/19 470/14 471/10 471/11 472/22 474/17 474/19 477/16 479/2 479/5 480/16 480/23 484/14 488/6 488/10 490/7 495/8 497/12 497/16 497/17 500/12 502/23 503/2 506/21 507/6 507/11 507/13 509/6 509/22 510/11 510/12 510/15 511/6 511/21 512/3 512/5 512/23 514/10 514/11 516/23 517/17 517/23 518/2 518/2 518/10 518/12 519/14 519/14 520/5 528/4 528/8 528/20 529/4
ORDER [8] 386/15 434/7 434/12 435/2 452/9 460/20 464/7 517/19
ORDERED [1] 528/1

ORGANIC [1] 394/12
ORIENTATION [1] 478/11
ORIGINAL [2] 392/11 426/22
ORIGINALLY [4] 454/25 455/5 459/5 460/15
ORLEANS [21] 375/6 375/20 375/23 376/10 377/8 377/21 381/1 396/13 396/21 452/9 452/23 453/1 465/13 467/14 469/24 470/3 505/17 508/7 508/7 508/9 520/13
ORLEANS PARISH [1] 452/9
OTHER [42] 380/22 380/23 381/18 385/4 385/22 397/1 398/4 398/13 402/22 403/18 419/10 421/17 442/8 442/11 442/18 445/10 453/15 458/6 467/19 473/7 473/9 479/15 493/2 493/11 498/18 500/23 505/18 507/20 511/22 512/5 512/5 512/9 512/15 512/21 513/16 514/9 514/24 518/20 519/11 526/19 528/25 529/8
OTHERWISE [1] 391/7
OTTOMAN [2] 497/19 497/20
OUGHT [1] 500/20
OUR [10] 385/8 388/6 391/3 404/4 411/16 432/4 458/8 510/10 527/15 530/10
OURSELVES [1] 483/19
OUT [62] 385/25 398/2 401/24 402/19 406/5 406/6 415/25 424/6 431/23 435/19 439/20 440/5 450/14 455/4 455/9 459/24 460/2 461/8 461/16 462/2 463/23 467/6 467/25 468/1 468/23 468/24 471/17 471/18 472/25 473/15 474/18 474/20 475/24 476/1 476/19 476/22 476/22 479/2 479/6 480/12 480/14 484/8 484/22 485/9 486/7 486/8 486/8 486/18 490/3 490/11 491/20 491/23 492/16 493/24 496/10 497/3 498/9 500/5 500/16 508/4 513/1 517/14
OUT-OF-TOWN [1] 491/23
OUTCOME [1] 397/15
OUTLET [2] 450/3 455/12
OUTRAGEOUS [1] 493/23
OUTSIDE [12] 398/10 401/8 430/10 456/18 460/2 482/12 520/6 520/8 527/1 527/7 528/22 529/3
OVEN [2] 495/20 495/21
OVER [24] 383/17 393/13 397/4 399/14 400/20 407/15 410/1 429/5 433/25 441/25 442/2 449/21 465/14 466/22 480/20 486/19 487/16 487/23 488/19 494/10 494/15 494/18 500/16 502/5
OVERALL [1] 385/5
OVERBANK [2] 427/5 427/14
OVERCOME [1] 488/16
OVERDEPTH [1] 509/18
OVERLAID [2] 428/7 428/13
OVERLOAD [1] 465/22
OVERNIGHT [1] 465/8
OVERRULED [3] 401/21 421/10 438/4
OVERSAW [1] 484/21
OVERTOP [1] 424/20
OVERWHELMED [1] 490/12
OWN [9] 384/12 401/7 442/14 453/11 454/7 455/6 474/6 482/14 486/1
OWNED [3] 453/25 481/1 482/2

**P**

P.O [1] 377/18
PACK [2] 458/12 486/24
PACKED [3] 463/1 464/19 467/4
PAGE [42] 378/2 409/15 412/10 412/13 413/19 414/4 414/21 415/22 416/2

Case 2:05-cv-04182-SRD-JCW Document 18868 Filed 05/21/09 Page 178 of 186

P

PAGE... [33] 417/24 418/2 418/22 422/3 424/3 425/15 425/19 426/6 429/11 430/5 430/13 436/12 437/6 439/5 439/6 439/12 443/2 443/6 443/9 443/14 443/15 443/18 449/1 449/23 474/23 476/10 477/4 478/6 478/20 479/7 487/5 509/11 522/14

PAGES [1] 428/5
PAID [1] 497/23
PALMINTIER [3] 376/19 376/19 376/20
PAPERS [1] 472/17
PARAGRAPH [3] 436/13 509/11 513/7
PARALLEL [1] 382/10
PARALLELS [1] 414/15
PARENT [2] 451/9 473/3
PARENTS [8] 451/18 464/24 470/2 470/3 472/8 487/22 493/18 493/23
PARIS [4] 423/16 423/17 480/14 480/16
PARISH [20] 451/17 451/20 451/23 452/9 455/11 468/22 469/16 473/20 474/1 474/11 474/14 475/4 476/17 480/12 482/7 494/22 494/25 511/15 511/16 528/13
PARK [2] 451/22 451/25
PART [24] 382/25 386/17 389/8 389/8 390/18 391/23 405/4 408/7 436/15 436/16 438/7 443/15 443/18 444/22 457/5 461/24 462/1 483/4 485/4 485/6 496/17 508/25 509/4 527/14
PART-TIME [2] 461/24 462/1
PARTICIPATE [3] 453/22 453/22 457/10
PARTICULAR [5] 390/12 411/7 431/20 510/16 520/1
PARTIES [1] 458/14
PARTLY [1] 453/24
PARTS [2] 475/22 475/22
PASS [3] 387/9 459/25 469/25
PASSAGEWAYS [1] 388/5
PASSED [2] 384/4 481/21
PASSING [1] 519/11
PAST [1] 387/15
PASTOR [1] 492/24
PATH [1] 460/1
PATHWAY [4] 380/14 382/10 386/18 436/17
PAUL [2] 377/11 377/13
PAY [3] 453/11 473/16 512/10
PAYMENT [1] 494/13
PAYMENTS [2] 493/25 494/6
PC [2] 375/15 376/2
PELICANS [2] 385/17 385/18
PEOPLE [9] 381/16 395/2 458/4 468/16 469/4 472/19 483/22 487/22 510/8
PEOPLE'S [1] 512/9
PER [18] 396/14 396/20 406/13 406/14 406/20 406/22 406/23 406/24 439/8 439/8 439/20 440/2 440/15 440/20 441/4 441/11 441/17 472/23
PERCEIVE [1] 510/23
PERCENT [3] 465/19 474/11 494/11
PERFECT [2] 454/14 499/12
PERFECTLY [2] 447/10 455/4
PERFORM [1] 520/9
PERFORMING [1] 521/3
PERGO [1] 498/14
PERHAPS [1] 437/19
PERIOD [14] 406/13 406/15 406/16 407/6 440/10 440/13 460/24 468/20 472/24 476/15 505/9 505/12 516/15 516/24
PERIODICALLY [2] 466/21 490/16
PERIODS [4] 407/19 414/24 439/21

440/16
PERMANENT [1] 468/25
PERMIT [1] 449/8
PERMITTING [1] 530/1
PERPETUATED [1] 446/19
PERSONAL [1] 384/15
PERSONALITY [1] 489/4
PERSONALLY [3] 421/23 523/12 529/15
PERSPECTIVE [5] 460/11 482/25 483/1 486/16 492/9
PETE [1] 493/15
PETER [1] 377/15
PHENOMENA [4] 379/19 382/2 390/18 397/21
PHILEN [1] 377/6
PHONE [1] 430/6
PHONES [1] 430/7
PHOTO [4] 428/19 428/22 478/13 495/19
PHOTOGRAPH [27] 409/1 419/3 422/4 425/22 429/3 429/13 430/17 430/21 430/25 431/4 431/14 444/24 456/2 456/6 456/11 456/20 456/25 457/11 457/13 457/18 458/3 475/10 475/15 476/9 477/20 478/23 479/9
PHOTOGRAPHS [11] 420/22 424/16 428/3 449/4 449/5 479/15 479/16 483/14 495/3 518/8 518/11
PHOTOGRAPHY [4] 418/3 424/24 425/9 428/7
PHOTOS [3] 422/3 476/7 481/13
PHYSICAL [3] 403/14 403/15 403/19
PHYSICALLY [1] 454/6
PICK [3] 462/23 463/23 472/9
PICKED [4] 454/4 460/25 463/10 464/9
PICKING [1] 472/5
PICTURE [6] 455/24 456/22 474/22 477/9 479/3 495/14
PICTURES [2] 423/21 520/12
PIECE [3] 419/23 476/2 481/9
PIERCE [1] 375/15
PILE [1] 390/2
PINK [2] 454/12 454/13
PIPE [1] 389/6
PITHY [1] 507/23
PLACE [1] 520/20
PLACED [3] 389/20 445/5 463/18
PLACES [1] 420/5
PLACING [1] 512/2
PLAINTIFF [7] 378/13 405/1 405/4 448/4 449/15 502/22 530/8
PLAINTIFFS [21] 375/15 375/18 375/21 376/2 376/5 376/9 376/12 376/16 376/19 376/22 377/6 430/15 441/22 443/21 444/6 448/4 448/25 502/25 503/3 505/1 515/10
PLAINTIFFS' [16] 379/25 409/17 428/2 449/11 502/21 509/6 512/7 512/19 516/6 516/8 516/17 517/14 517/20 518/9 518/16 529/2
PLAN [5] 461/19 463/17 463/17 467/7 499/10
PLANNED [3] 460/23 461/18 496/13
PLANNING [5] 381/11 459/3 460/25 463/15 498/16
PLANS [5] 453/25 460/14 460/16 461/16 500/24
PLAYER [1] 463/5
PLAYING [1] 465/25
PLAYSTATION [1] 463/5
PLC [3] 375/18 376/19 376/23
PLEASE [27] 379/3 379/4 379/23 406/25 430/9 438/25 448/20 450/14 450/15

456/6 456/12 457/1 457/13 474/23
PERDIDO [1] 471/9
PLEASED [23] 473/6 474/8 479/7 481/4
487/1 504/18 508/3 515/3 526/23 527/13 527/15
PLEASURE [1] 432/13
PLEISTOCENE [9] 380/6 380/8 380/9 380/10 380/17 436/6 436/8 436/14 436/22
PLUMMETING [1] 394/22
PLUS [1] 416/13
PLUSH [1] 498/14
PODANY [1] 530/5
POINT [38] 386/3 403/18 418/10 420/17 425/22 426/25 427/9 431/5 431/12 431/16 442/9 442/20 444/5 447/4 448/7 448/9 462/2 462/21 463/7 463/9 465/12 465/14 469/20 471/4 473/7 479/15 479/19 480/6 482/3 486/6 492/11 494/6 494/13 495/1 517/5 517/7 517/10 517/11
POINTED [1] 398/2
POINTER [1] 382/18
POINTING [6] 408/11 408/12 414/14 414/18 419/2 431/8
POINTS [2] 442/24 529/3
POLAR [1] 489/20
POLE [1] 485/10
POLICE [1] 513/17
POLLUTANTS [1] 476/4
POND [4] 420/2 420/5 420/11 420/11
PONDS [17] 416/19 417/11 418/14 419/4 419/5 419/17 419/20 419/24 420/18 420/23 421/14 421/18 428/24 429/2 429/3 429/10 431/23
PONTCHARTRAIN [1] 436/18
POOL [10] 454/19 456/8 458/16 478/8 478/10 478/11 478/14 479/3 479/4 479/6
POOR [2] 390/21 447/11
POORLY [1] 447/9
POPULATION [1] 446/20
PORTION [16] 380/19 382/16 382/22 387/14 414/6 414/14 423/20 423/23 425/16 425/19 426/5 426/10 438/3 445/1 484/1 485/21
PORTIONS [2] 387/19 422/7
POSITION [2] 388/23 389/20
POSITIVE [2] 397/13 397/16
POSSESSION [1] 453/7
POSSIBLY [1] 530/15
POST [12] 376/7 376/14 376/24 424/24 441/12 449/5 449/9 452/18 459/4 466/8 473/21 483/22
POST-HURRICANE [1] 466/8
POST-KATRINA [5] 424/24 449/5 449/9 473/21 483/22
POSTCONSTRUCTION [1] 441/8
POSTGRADUATE [1] 452/20
POSTSTORM [3] 488/12 488/25 489/8
POTENTIALLY [2] 499/17 499/18
POTENTIATE [1] 398/4
POWER [2] 398/24 465/15
POYDRAS [4] 376/10 377/20 467/2 469/6
PRE [13] 413/15 417/7 417/11 418/24 420/5 420/18 428/21 428/23 430/22 431/23 441/12 449/4 459/2
PRE-EXISTING [9] 417/7 417/11 418/24 420/5 420/18 428/21 428/23 430/22 431/23
PRE-K [1] 459/2
PRE-KATRINA [1] 449/4
PRE-MRGO [1] 413/15
PRECISE [1] 525/17
PRECISELY [1] 392/14

**P**

PRECONSTRUCTION [4] 413/14 428/14 439/22 441/8
PREDECESSOR [2] 381/11 381/18
PREPARATION [2] 401/7 529/24
PREPARE [3] 464/7 480/22 530/13
PREPARED [7] 393/5 410/7 445/21 473/12 481/6 499/23 499/25
PRESENT [8] 377/6 385/13 394/2 413/21 414/5 414/10 414/23 415/12
PRESENTED [4] 400/9 442/5 443/25 526/20
PRESERVED [1] 470/24
PRESIDENT [1] 511/15
PRESTORM [1] 481/13
PRETTY [14] 429/7 448/12 458/5 458/13 458/17 464/13 467/1 471/16 474/18 478/13 480/5 480/19 487/14 516/19
PREVENT [1] 506/20
PREVENTED [1] 394/25
PREVENTION [1] 507/6
PREVIOUS [3] 437/16 437/19 463/21
PREVIOUSLY [5] 401/19 464/25 465/17 513/9 520/3
PRICE [2] 493/20 497/23
PRICES [2] 483/23 497/17
PRIMARILY [1] 496/23
PRIMARY [3] 451/9 461/6 471/6
PRIME [1] 420/12
PRIOR [28] 386/14 386/22 387/8 387/16 394/6 407/6 410/16 411/1 414/5 416/16 416/20 417/11 418/19 437/11 438/7 455/25 456/22 457/7 459/13 461/16 462/7 462/10 462/17 487/17 488/25 495/14 496/14 498/13
PRIVACY [2] 455/9 455/9
PROBABLY [23] 387/3 454/18 458/6 458/25 461/3 461/5 464/2 472/1 474/7 475/4 477/16 478/1 478/14 478/15 481/25 482/20 484/14 485/13 488/21 490/3 490/17 526/13 528/10
PROBLEM [3] 462/25 507/17 512/16
PROBLEMS [2] 465/21 465/22
PROCEDURAL [1] 529/13
PROCEED [1] 439/2
PROCEEDINGS [3] 375/10 377/24 531/6
PROCESS [10] 386/22 394/13 397/2 397/9 422/14 453/2 487/12 496/12 513/13 521/12
PROCESSES [8] 381/18 386/17 386/18 395/18 396/24 397/5 397/14 434/16
PROCESSING [1] 446/15
PRODUCE [1] 441/23
PRODUCED [4] 377/25 437/7 442/8 445/3
PROFESSIONAL [8] 446/18 446/22 515/8 515/21 515/25 527/2 527/19 529/1
PROFESSOR [2] 530/10 530/12
PROFFER [7] 378/13 378/14 404/4 405/1 405/2 405/5 502/1
PROFFERED [1] 405/9
PROGRAM [7] 452/25 453/4 460/20 461/10 471/21 496/25 518/12
PROGRAMS [1] 461/14
PROGRESS [1] 431/11
PROGRESSED [1] 505/14
PROJECT [15] 454/7 506/15 506/18 507/2 508/12 508/14 509/13 510/2 510/13 510/20 512/8 512/12 513/14 514/1 524/25
PROJECTING [1] 499/12

PROJECTS [2] 507/6 510/10
PROMISING [1] 468/8
PROOF [3] 502/7 502/8 503/9
PROPER [2] 510/14 510/15
PROPERTIES [15] 516/8 516/16 516/17 517/15 517/16 517/20 518/9 518/16 519/8 519/10 520/15 522/18 529/3 529/4 529/6
PROPERTY [9] 449/4 449/5 454/16 515/12 517/22 523/4 523/15 527/1 527/6
PROPOSITION [1] 447/12
PROTECT [1] 386/13
PROTECTION [6] 381/10 381/12 381/12 391/9 392/5 401/23
PROTOCOL [1] 514/3
PROVIDE [5] 380/18 391/4 491/4 507/12 508/14
PROVIDED [3] 395/21 487/7 493/19
PROVIDER [1] 482/24
PROVIDES [2] 380/19 523/4
PROXIMITY [2] 465/13 518/2
PSYCHOLOGICAL [1] 483/1
PSYCHOLOGICALLY [1] 492/17
PSYCHOLOGISTS [1] 490/15
PUBLIC [6] 452/6 510/3 510/11 510/13 510/21 510/23
PUBLISHED [1] 381/19
PULL [14] 450/5 455/15 455/22 469/2 472/25 474/22 476/9 477/4 478/6 479/7 481/4 487/1 526/23 527/13
PULLED [2] 479/22 479/25
PULLING [1] 466/22
PULLOUT [1] 470/12
PULMONARY [1] 465/22
PUMP [1] 389/8
PUMPED [2] 389/4 389/22
PURCHASE [1] 493/20
PURCHASED [2] 454/19 497/24
PURPOSE [7] 401/13 479/17 506/15 506/18 508/13 508/13 508/14
PUSH [1] 389/9
PUSHED [2] 380/4 384/7
PUSHING [1] 380/21
PUT [23] 387/20 389/6 389/8 389/11 390/20 407/24 410/5 441/25 449/25 453/19 464/9 464/10 464/14 466/4 473/1 481/16 486/3 490/6 496/7 498/14 498/15 498/15 530/15
PUTTING [2] 498/16 512/3
PX [29] 384/25 385/15 400/9 402/25 403/4 405/6 415/23 423/6 431/19 449/1 449/2 449/3 449/4 449/6 449/7 449/8 449/9 449/10 449/22 455/16 487/1 495/9 497/2 515/11 515/12 515/13 515/14 515/15 526/23
PX-1494 [2] 515/11 526/23
PX-1497 [1] 515/12
PX-1498 [1] 515/13
PX-1499 [1] 449/4
PX-1500 [1] 515/14
PX-1502 [1] 515/15
PX-1516 [1] 423/6
PX-1710 [2] 449/6 497/2
PX-1711 [1] 449/7
PX-1712 [1] 449/8
PX-1713 [3] 449/9 487/1 495/9
PX-1810 [1] 449/10
PX-1810.4 [1] 455/16
PX-2053 [2] 449/1 449/22
PX-2055 [1] 449/2
PX-2120 [1] 405/6
PX-2138 [3] 400/9 402/25 403/4
PX-2139 [1] 449/3

PX-96.11 [1] 385/15
PX-96.2 [1] 385/15
PX-96.6 [1] 384/25
PX-961.31 [1] 431/19

**Q**

QUADRANT [2] 385/25 386/2
QUADRANTS [1] 474/3
QUALIFIED [1] 435/15
QUANTIFIED [1] 425/12
QUANTIFY [1] 420/20
QUARTER [2] 453/18 458/25
QUESTION [25] 379/18 390/25 420/3 421/12 427/23 428/15 430/11 431/20 435/20 437/18 446/10 446/12 446/12 477/17 492/4 506/5 518/4 518/6 521/1 522/15 523/2 524/1 524/2 525/2 528/25
QUESTIONING [1] 446/25
QUESTIONS [18] 406/2 441/21 445/11 493/11 497/10 498/7 498/18 499/16 505/2 507/20 508/5 512/24 513/12 514/16 518/20 521/19 525/21 529/8
QUICKER [2] 395/5 486/12
QUICKLY [1] 499/21
QUIET [1] 489/20
QUITE [7] 398/11 399/17 442/15 445/3 452/18 478/18 491/13

**R**

RADIO [1] 471/11
RADIOS [1] 468/25
RAIN [1] 462/9
RAINWATER [1] 519/14
RAISED [1] 470/23
RAN [1] 473/1
RANGE [2] 396/19 495/25
RANGES [1] 495/24
RANKING [2] 505/15 505/17
RATE [8] 396/12 396/20 406/12 406/20 406/21 407/6 439/20 493/23
RATES [3] 396/15 396/25 406/17
RATHER [5] 383/6 408/6 417/25 442/1 504/10
REACH [4] 408/6 413/6 417/24 517/19
REACH 2 [3] 408/6 413/6 417/24
REACHED [3] 383/21 423/23
READ [6] 400/11 406/7 406/10 436/19 437/6 499/9
READING [3] 408/8 472/17 507/8
READY [3] 461/2 471/15 485/24
REAL [1] 467/6
REALIZED [1] 418/11
REALLY [23] 383/2 389/12 403/18 411/19 416/15 429/1 438/16 458/10 458/10 458/19 458/19 460/4 465/12 468/23 474/12 474/13 479/25 481/20 482/5 483/8 488/21 489/10 497/22
REASON [9] 394/24 426/12 433/25 441/6 447/13 453/24 527/2 527/18 528/3
REASONABLE [1] 529/5
REASONS [2] 396/7 449/16
REBUILD [7] 394/8 482/15 482/20 484/17 486/1 486/10 486/11
REBUILDING [5] 449/10 486/14 486/22 487/4 487/12
REBUILT [3] 496/7 496/9 496/11
RECALL [5] 379/9 507/3 507/8 507/16 526/17
RECEIPT [2] 487/11 496/8
RECEIPTS [8] 449/9 487/3 487/5 487/7 487/11 487/15 495/10 495/23
RECEIVED [3] 452/19 496/24 502/22
RECENTLY [1] 466/2

Case 2:05-cv-04182-SRD-JCW Document 18883 Filed 05/21/09 Page 179 of 186

RECESS [2] 438/23 530/20
RECHARGE [1] 386/12
RECHARGING [3] 387/23 390/18 394/12
RECOGNIZES [1] 502/19
RECOGNIZING [1] 497/9
RECONSTRUCTION [1] 495/10
RECORD [14] 385/1 388/15 392/14
395/8 397/12 402/17 408/9 446/4 448/21
450/15 470/20 504/19 515/4 531/6
RECORDED [1] 377/24
RECORDS [1] 388/20
RECOVERED [1] 492/23
RECOVERY [2] 463/19 502/21
RECREATION [1] 432/14
RED [10] 380/14 407/18 407/25 410/21
418/4 418/5 419/12 426/4 429/16 472/15
RED CROSS [1] 472/15
REDIRECT [4] 446/13 498/5 525/23
526/1
REDUCED [2] 394/14 502/21
REFER [2] 449/21 508/24
REFERENCE [1] 408/22
REFERENCING [2] 415/9 443/3
REFERRED [1] 389/22
REFERRING [2] 395/9 436/21
REFINISHED [1] 456/18
REFLECT [3] 388/15 395/8 417/19
REFLECTED [1] 414/14
REFLECTS [1] 417/15
REFRIGERATOR [6] 477/9 477/10
484/7 495/14 495/24 496/1
REFUSED [1] 468/2
REGARD [4] 482/4 519/7 524/8 526/3
REGARDING [3] 519/4 519/9 525/18
REGARDLESS [2] 420/10 423/24
REGION [10] 380/12 382/23 388/21
388/24 389/2 396/13 396/21 410/23
411/17 429/20
REGIONAL [2] 383/2 397/1
REGIONS [3] 421/14 461/15 493/24
REGISTERED [3] 459/17 515/21 515/25
REGRESS [1] 491/2
REGRESSING [1] 489/24
REGULAR [1] 383/6
RELATE [2] 381/25 434/17
RELATED [1] 409/14
RELATES [1] 455/11
RELATING [2] 450/2 504/10
RELATION [4] 400/11 400/12 408/8
408/14
RELATIONS [1] 458/3
RELATIONSHIP [3] 401/22 487/17
487/19
RELATIVE [1] 395/4
RELATIVELY [1] 528/9
RELAXED [1] 460/10
RELEVANCE [3] 392/21 393/5 396/22
REMAIN [1] 467/14
REMAINDER [1] 424/15
REMAINED [1] 416/20
REMAINING [1] 514/20
REMAINS [1] 441/19
REMEDIED [4] 510/16 511/24 512/17
514/10
REMEDY [1] 514/11
REMEMBER [9] 407/14 477/22 480/1
480/15 480/25 481/12 481/18 491/13
507/19
REMEMBERING [1] 498/1
REMITTED [1] 502/18
REMOVAL [1] 406/18

REMOVE [2] 394/20 435/3
REMOVED [4] 389/8 389/13 389/18
389/19 416/15 416/23 498/14 528/1
RENDER [1] 519/18
RENDERED [3] 520/7 520/8 525/12
RENEW [1] 470/20
RENOVATED [1] 521/10
RENOVATION [2] 454/21 523/17
RENT [2] 473/16 479/4
RENTALS [1] 470/16
RENTING [1] 453/10
REOPENED [1] 473/9
REPAINTED [1] 454/22
REPAIR [1] 449/8
REPAIRED [1] 449/8
REPARATIONS [1] 512/13
REPAYING [1] 492/13
REPEAT [1] 524/2
REPEATED [1] 446/18
REPHRASE [1] 420/3
REPLACE [2] 495/15 497/25
REPLACED [3] 495/24 496/17 498/13
REPLENISH [1] 394/23
REPORT [50] 379/24 381/10 381/19
381/20 384/24 384/24 385/15 388/17
388/18 389/24 391/17 391/22 395/13
395/22 400/11 401/6 401/7 401/8 401/14
401/14 403/11 406/7 409/16 409/17
410/7 411/25 412/11 417/18 417/23
421/24 423/7 428/1 430/13 430/16
436/12 439/6 442/17 442/19 443/12
443/25 445/7 500/14 515/11 515/13
515/14 515/14 515/15 519/17 523/8
526/20
REPORTER [3] 377/20 531/3 531/11
REPORTS [9] 381/7 444/15 467/1
468/20 469/5 474/10 500/15 518/16
518/17
REPRESENT [3] 400/13 418/3 439/24
REPRESENTATION [1] 386/24
REPRESENTATIVES [1] 513/20
REPRESENTED [4] 410/10 440/6
441/23 443/22
REPRESENTS [16] 410/11 411/1 412/10
412/15 413/3 413/14 416/2 417/6 418/4
419/12 425/16 425/19 439/7 439/22
440/7 440/11
REQUEST [6] 441/22 442/3 446/7
502/18 504/5 507/16
REQUIRE [1] 513/10
REQUIRED [3] 434/5 434/13 434/21
REQUIREMENTS [1] 509/22
RESCUE [1] 485/14
RESIDENCE [9] 515/13 515/14 517/4
520/1 524/9 524/12 526/3 526/12 527/11
RESISTANT [1] 429/24
RESOLUTION [1] 411/15
RESOLVE [1] 411/15
RESPECT [3] 435/6 505/25 525/12
RESPECTIVE [10] 449/11 488/6 516/8
517/4 517/14 517/16 517/20 518/15
529/2 529/6
RESPOND [1] 401/14
RESPONSE [1] 402/21
RESPONSIBILITY [6] 505/19 507/10
507/12 508/17 508/19 508/22
RESPONSIBLE [1] 386/9
REST [2] 460/12 508/11
RESTATE [1] 415/8
RESTED [1] 517/25
RESTING [23] 516/8 516/11 516/12
516/13 516/16 516/21 516/22 517/1
517/15 517/19 518/3 518/3 518/5 518/15

520/14 523/12 524/3 527/7 527/17
RESTRICTED [1] 436/17
RESTROOMS [1] 466/21
RESULT [8] 387/1 392/12 399/9 411/12
447/11 490/20 506/20 512/13
RESULTING [2] 397/24 436/10
RESULTS [2] 392/17 411/22
RETAINED [1] 516/6
RETAINING [1] 430/18
RETIRED [1] 505/3
RETURN [2] 395/3 473/24
RETURNED [6] 475/17 476/12 477/7
477/14 478/9 502/17
REVERSE [1] 445/13
REVIEW [1] 447/20
REVIEWED [1] 401/6
REWORKED [1] 385/14
REWORKING [1] 385/10
RIBBON [1] 478/3
RICHARD [1] 377/16
RIDDEN [1] 467/24
RIDE [3] 460/3 467/25 480/13
RIDGE [10] 397/22 413/7 414/7 426/20
427/16 427/17 470/3 471/23 471/24
480/11
RIDGES [3] 436/7 436/16 436/21
RIDICULOUS [2] 483/22 492/1
RIG [1] 432/13
RIGHT [166]
RIGHT-HAND [10] 382/8 416/9 418/1
418/6 419/3 426/8 430/25 431/4 431/11
457/4
RIPPED [2] 411/7 486/18
RISE [5] 379/3 379/19 438/21 438/24
530/19
RISING [1] 485/8
RITA [2] 490/14 490/15
RIVER [8] 434/19 434/20 450/3 455/12
470/3 471/23 471/24 480/11
RIVER RIDGE [4] 470/3 471/23 471/24
480/11
RIVERS [1] 507/4
RN [1] 459/18
ROAD [9] 423/16 423/17 471/8 480/14
480/16 493/1 493/7 493/9 496/24
ROB [1] 468/1
ROBERT [1] 377/6
ROBIN [1] 377/15
ROBINSON [8] 375/5 505/1 523/7
523/13 527/1 528/21 530/8 530/9
ROBINSON'S [3] 515/12 526/3 526/12
RODE [1] 459/21
RODRIGUEZ [7] 511/11 511/14 511/17
511/20 513/16 513/19 530/15
ROOF [3] 454/6 486/8 495/3
ROOFS [2] 475/8 479/24
ROOFTOP [1] 495/7
ROOFTOPS [1] 495/7
ROOKERY [2] 385/19 385/20
ROOM [4] 377/20 481/14 481/14 491/24
ROSE [4] 485/3 485/5 485/18 485/20
ROTTED [1] 477/13
ROUGE [23] 376/14 376/21 462/22
463/9 465/4 465/5 465/13 466/6 466/14
467/7 467/10 467/12 468/11 468/12
468/13 469/2 469/23 471/22 471/24
472/1 472/4 480/8 494/20
ROUGHLY [1] 494/19
ROUTINE [1] 459/20
ROY [2] 376/5 376/6
RUBBER [1] 477/23
RUBRIC [1] 401/14

**R**

RULE [1] 502/20
RULING [1] 392/22
RULINGS [1] 393/4
RUN [3] 382/12 473/15 502/4
RUN-UP [1] 502/4
RUPERT [1] 377/14
RUSH [1] 474/4

**S**

S-M-I-T-H [1] 448/23
S.W [1] 376/17
SADDLE [3] 400/19 401/25 402/2
SAFE [1] 485/16
SAFER [1] 484/8
SAFETY [1] 466/7
SAIA [1] 530/5
SAID [32] 401/19 403/20 423/15 425/13
438/9 439/10 449/20 458/5 460/5 460/15
462/24 463/22 466/3 467/5 468/5 469/1
469/11 469/13 469/13 469/18 475/6
480/16 482/17 483/20 485/3 489/22
494/20 494/24 495/1 498/12 510/19
513/12
SALINE [4] 397/22 413/11 433/17
433/18
SALT [1] 407/3
SALTWATER [4] 397/22 398/21 433/10
433/14
SALTY [1] 433/14
SALVATION [1] 472/15
SAME [17] 383/1 383/14 407/7 428/7
441/19 443/19 444/24 444/25 445/13
451/3 458/8 458/9 458/9 472/6 512/15
527/20 528/4
SAND [26] 386/2 386/4 386/6 386/8
386/19 387/14 387/17 387/18 387/20
387/24 388/4 388/8 388/9 389/10 390/2
390/15 390/16 390/20 392/6 393/25
394/7 394/9 394/10 394/13 394/23
434/18
SANDBARS [1] 388/6
SANDS [1] 380/9
SARAH [1] 377/16
SAT [3] 480/24 481/14 485/10
SATURDAY [3] 462/23 463/6 465/8
SAVE [3] 461/19 462/1 464/17
SAVED [7] 461/5 495/9 495/12
SAVINGS [7] 460/17 461/3 461/4 461/12
472/25 473/4 491/16
SAW [19] 393/21 407/4 407/4 411/8
418/18 420/14 441/15 466/25 467/1
469/5 474/19 474/20 477/24 480/6
483/14 495/13 520/13 527/6 528/5
SAY [17] 387/13 391/23 413/23 427/9
437/21 446/17 448/9 448/10 458/18
459/9 464/23 474/1 474/7 485/16 488/4
492/10 513/25
SAYING [9] 392/1 401/18 403/15 431/9
443/8 446/11 480/3 481/19 530/13
SAYS [3] 422/4 485/13 497/13
SCALE [1] 422/7
SCARED [2] 471/12 482/18
SCARS [1] 418/17
SCHEDULE [1] 462/25
SCHEDULED [2] 462/24 463/14
SCHOOL [35] 451/20 451/21 451/24
452/6 452/10 452/19 453/17 459/1 459/2
459/3 459/7 459/15 460/9 460/25 461/2
461/7 461/11 461/15 461/20 461/23
471/7 471/7 471/8 471/16 471/21 472/3
472/4 472/11 473/12 484/2 484/23

SCIENCE [1] 452/18
SCIENCES [2] 452/23 453/1
SCOOTED [1] 383/17
SCOPE [6] 398/10 519/15 519/17
519/21 520/6 520/8
SCOTT [3] 375/19 504/3 504/25
SCOUR [1] 411/5
SCOURED [1] 411/7
SCOURING [2] 411/23 418/17
SCREEN [9] 383/24 383/24 409/19
409/21 412/5 412/23 421/5 441/25 509/2
SCREWED [1] 485/11
SEABOARD [1] 383/18
SEATED [2] 379/4 438/25
SEAWARD [1] 388/5
SECOND [8] 420/15 432/24 436/13
451/6 478/19 486/10 486/14 513/7
SECTION [2] 417/24 429/5
SECURITY [1] 489/25
SEDIMENT [12] 385/13 387/13 388/10
389/21 399/3 427/15 429/23 434/1
434/20 435/1 435/3 511/18
SEDIMENTOLOGY [2] 396/23 446/15
SEDIMENTS [4] 386/12 426/13 429/24
434/24
SEE [88] 380/5 382/25 383/3 383/5
383/7 383/7 383/23 383/25 384/2 384/6
384/9 384/10 393/19 394/1 394/3 394/19
394/22 398/20 399/1 399/4 399/6 400/18
401/22 402/20 403/23 407/23 408/10
410/21 414/16 418/6 418/23 419/3
419/14 420/22 423/7 423/14 423/18
423/20 424/8 424/10 424/16 425/5 426/1
426/7 428/12 428/19 428/22 429/1
429/12 429/15 430/21 430/24 431/14
443/23 444/1 450/9 463/10 470/14 474/2
475/10 475/19 475/19 475/24 476/13
476/14 476/15 478/3 478/10 478/24
479/12 480/5 480/13 482/2 487/9 488/3
493/5 495/3 495/6 495/20 500/22 514/9
514/12 516/20 518/3 518/8 518/10 524/3
528/2
SEEK [4] 490/13 490/20 490/21 491/2
SEEKING [1] 443/20
SEEMS [2] 408/6 495/23
SEEN [6] 403/16 404/13 405/9 490/5
513/3 520/12
SEND [1] 459/5
SENDING [1] 459/3
SENSE [2] 520/16 529/10
SENTENCE [2] 437/3 437/5
SEPARATE [1] 405/4
SEPTEMBER [1] 470/14
SEPTEMBER 2005 [1] 470/14
SEQUENCE [1] 428/3
SEQUESTERED [1] 387/25
SERIES [2] 380/9 446/19
SESSION [4] 375/10 379/1 379/4 438/25
SET [3] 446/18 480/19 486/2
SETTING [2] 460/21 482/10
SETTLED [2] 478/15 485/18
SEVEN [1] 530/4
SEVERED [2] 394/16 397/22
SEVILLE [1] 457/25
SHAFFER [1] 423/7
SHAPE [2] 383/4 436/5
SHAPED [6] 380/3 380/17 381/21 384/3
384/9 384/11
SHE [12] 445/19 449/1 449/8 466/3
481/24 484/23 489/2 489/6 489/6 489/7
489/8 489/8
SHE'S [5] 423/3 435/14 435/15 489/3

489/3
490/14 490/18 491/22 492/3
SHEER [1] 464/25
SHERMAN [1] 375/22
SHIFTS [1] 461/1
SHIMMIED [1] 485/10
SHIP [7] 432/19 434/7 447/17 447/25
448/6 448/11 506/20
SHIPPING [1] 513/11
SHIPS [3] 432/11 432/13 434/3
SHOAL [1] 388/4
SHOOK [1] 476/24
SHORE [5] 381/10 381/11 381/12
389/21 390/2 507/6 511/18
SHORELINE [6] 380/6 380/12 386/19
418/4 418/5 428/8
SHORT [3] 413/18 438/18 499/13
499/17
SHOULD [13] 415/8 418/1 432/21 433/4
433/6 433/21 434/22 434/23 435/7
435/11 446/17 448/6 502/16
SHOULDN'T [1] 401/11
SHOVEL [1] 484/9
SHOVELED [2] 478/17 483/18
SHOW [18] 381/22 382/7 382/9 382/13
382/18 382/18 383/13 383/15 388/12
389/15 400/2 407/18 422/24 423/21
439/18 445/24 447/22 478/20
SHOWED [3] 402/21 495/2 500/3
SHOWN [8] 382/14 382/23 400/3 442/20
444/11 509/14 522/4 522/9
SHOWS [12] 380/14 389/1 393/11
393/17 400/14 400/15 414/10 423/8
423/24 428/6 430/14 495/19
SHRIMPERS [1] 432/13
SHUTTING [1] 499/5
SIBLINGS [1] 487/21
SIC [1] 484/13
SIDE [25] 383/11 383/18 388/5 398/2
411/21 411/22 418/1 418/6 418/7 418/24
420/24 422/8 426/8 430/25 431/4 431/11
431/22 444/1 457/4 458/12 476/2 478/11
507/11 510/25 526/11
SIDEBAR [1] 499/4
SIDELINE [1] 445/5
SIDES [1] 380/23
SIDNEY [1] 494/4
SIGNAL [1] 469/17
SIGNIFICANCE [2] 409/6 516/12
SIGNIFICANT [4] 408/6 429/5 475/16
500/10
SIGNIFICANTLY [1] 430/1
SIGNS [1] 430/10
SIMILAR [2] 411/8 518/11
SIMILARLY [1] 419/2
SIMPLE [2] 445/16 500/13
SIMPLISTIC [1] 448/14
SIMPLY [6] 390/20 398/12 403/14
403/17 427/20 442/1
SIMS [1] 376/3
SINCE [4] 390/4 399/17 499/25 526/22
SINGLE [3] 450/22 490/10 491/5
SINK [2] 387/13 388/10
SIR [12] 396/10 396/24 406/4 430/13
446/23 447/3 503/8 504/15 511/2 514/14
525/22 529/9
SISTER [7] 464/20 464/24 465/2 465/3
466/20 484/5 489/10
SIT [8] 454/1 460/1 460/2 460/2 482/1
490/7 491/14 514/12
SITE [5] 427/7 495/2 513/8 513/9 520/9
521/3 524/15
SITES [4] 472/15 491/22 491/23 497/17

# S

SITS [2]  388/4 464/13
SITTING [3]  387/17 465/1 479/23
SITUATION [2]  460/17 461/8
SIX [14]  412/8 453/21 458/11 458/12
466/19 466/19 471/12 486/24 487/25
526/20 527/15 527/17 528/7 528/8
SIX-PACK [2]  458/12 486/24
SIXTH [1]  486/24
SIZABLE [1]  426/8
SIZE [3]  393/19 394/20 431/13
SIZED [1]  386/15
SKEWED [1]  406/17
SLAB [1]  528/15
SLEEP [3]  472/16 490/7 491/13
SLEPT [4]  468/16 470/12 470/12 489/6
SLIDE [4]  379/23 387/19 389/15 478/11
SLIDES [1]  407/14
SLIDING [1]  478/3
SLIGHTLY [1]  394/7
SLIVER [1]  419/23
SLUDGE [1]  478/17
SLUSH [1]  478/2
SLUSHY [1]  475/22
SMACK [1]  463/6
SMALL [4]  388/4 388/5 414/14 416/19
SMELL [1]  477/12
SMITH [16]  377/15 448/4 448/18 448/22
449/3 449/15 449/20 450/7 450/16
450/18 459/12 479/19 493/15 502/14
502/17 514/22
SMITH'S [6]  448/24 462/5 515/14 523/15
523/21 523/24
SNAKE [1]  478/4
SNAKES [2]  477/22 478/5
SNORKELING [1]  520/24
SNUCK [1]  469/25
SO [197]
SO-AND-SO [2]  469/13 469/13
SO.2D [1]  502/24
SOFA [6]  470/12 477/1 477/2 477/2
484/7 497/20
SOILS [2]  426/20 427/11
SOJA [1]  377/16
SOLE [1]  482/24
SOME [55]  384/6 386/25 388/12 389/7
391/19 395/2 397/1 397/4 398/14 407/14
413/11 415/24 418/6 419/5 419/8 419/9
419/13 419/23 420/5 420/19 420/22
421/4 421/13 425/14 428/2 428/19
428/21 428/22 429/3 429/23 431/21
432/3 438/10 438/10 452/20 454/21
462/3 464/14 467/1 467/21 468/4 475/22
475/22 477/18 481/13 484/6 493/18
494/9 496/11 496/15 512/5 521/19
521/20 523/16 523/18
SOMEBODY [3]  476/24 483/13 500/21
SOMEBODY'S [1]  392/13
SOMEHOW [2]  405/10 469/17
SOMEONE [3]  468/1 492/20 512/9
SOMEONE'S [1]  475/13
SOMETHING [23]  379/11 399/17 410/1
434/13 435/2 435/7 443/24 444/3 445/12
448/6 460/9 477/24 479/5 480/17 484/22
488/14 488/20 492/19 494/10 494/18
499/9 506/25 514/13
SOMETIME [1]  473/22
SOMETIMES [2]  394/5 484/10
SOMEWHAT [2]  393/13 394/14
SOMEWHERE [2]  405/15 396/19
SON [10]  451/4 451/5 453/9 453/19
454/15 455/1 455/2 471/11 484/9 489/10

SONS [5]  450/25 458/22 459/3 490/13
491/2
SOON [2]  435/23 471/16
SOOT [1]  478/16
SORRY [18]  408/10 409/2 409/20 412/1
412/23 413/6 413/18 417/18 420/3
425/18 428/21 437/1 437/2 441/4 444/14
481/23 504/20 528/18
SORT [1]  383/1
SOUND [4]  387/7 390/14 423/10 429/9
SOUNDS [1]  398/8
SOURCE [3]  434/19 502/20 519/9
SOURCE RULE [1]  502/20
SOURCES [2]  502/22 520/3
SOUTH [12]  375/16 413/10 413/20
413/25 414/7 418/22 423/17 428/6 429/8
429/18 429/19 507/11
SOUTH-SIDE [1]  507/11
SOUTHEAST [1]  382/13
SOUTHEASTERN [1]  383/17
SOUTHERLY [4]  384/5 384/8 386/5
386/6
SOUTHERN [5]  380/19 386/4 387/14
434/16 436/16
SOUTHERNMOST [2]  385/16 414/6
SOUTHWESTERN [1]  382/16
SPECIAL [1]  461/21
SPECIFIC [4]  397/14 398/17 407/5
504/11
SPECIFICALLY [2]  466/16 518/17
SPECULATE [1]  510/6
SPECULATION [1]  510/5
SPEED [1]  391/3
SPELLING [3]  448/21 504/19 515/4
SPEND [4]  453/10 487/24 488/4 489/14
SPENT [6]  469/22 469/22 484/1 484/3
487/12 492/2
SPLIT [1]  465/3
SPOIL [10]  380/15 380/15 380/19
430/19 430/24 431/1 431/15 436/9
437/23 513/10
SPOKE [1]  395/4
SPOKEN [1]  397/6
SPONSOR [1]  514/8
SPOT [1]  473/12
SPRING [5]  466/3 466/19 466/23 466/24
467/9
SPRINGS [1]  376/17
SQUABBLE [1]  500/17
SQUABBLES [1]  501/8
SQUARE [2]  470/10 471/5
SR [1]  377/16
ST [3]  436/16 436/22 458/24
ST. [32]  385/10 451/17 451/20 451/21
451/23 452/4 452/8 452/12 452/13
453/17 455/11 458/8 458/22 459/1 459/2
459/4 467/18 468/22 469/8 469/16
473/19 474/1 474/14 475/6 476/16 483/9
490/14 490/15 511/14 511/16 513/17
528/13
ST. BERNARD [18]  385/10 451/17
451/20 451/23 455/11 468/22 469/8
469/16 473/19 474/1 474/14 475/6
476/16 483/9 511/14 511/16 513/17
528/13
ST. CLAUDE [6]  451/21 452/4 452/8
452/12 452/13 467/18
ST. MARK [2]  453/17 458/8
ST. MARK'S [4]  458/22 459/1 459/2
459/4
ST. RITA [2]  490/14 490/15
STAGES [1]  427/14
STAGNATES [1]  516/14

STAIN [1]  516/25
STAINLESS [1]  495/25 496/1
STAINLESS-STEEL [2]  495/25 496/1
STAIRS [1]  479/1
STAND [3]  401/10 491/8 504/4
STANDING [2]  462/11 520/16
STANDPOINT [3]  395/21 396/23 446/16
STANWOOD [1]  375/11
START [3]  471/21 482/10 514/1
STARTED [15]  452/25 454/4 460/19
462/2 462/18 462/20 465/25 469/4
479/24 482/20 484/13 489/23 489/24
505/6 505/7
STARTING [2]  420/17 513/8
STARTS [1]  393/12
STATE [9]  448/20 450/15 502/24 504/18
512/15 513/9 513/13 515/3 515/21
STATED [2]  432/24 507/4
STATEMENT [7]  385/23 432/2 522/5
522/10 523/25 524/1 524/25
STATES [12]  375/1 375/7 375/11 409/13
423/8 436/13 503/2 503/4 508/3 516/3
519/1 531/3
STATES' [1]  515/24
STATION [1]  377/17
STATUS [1]  450/18
STATUTE [1]  507/13
STAY [8]  463/21 465/7 466/23 468/4
470/13 471/16 472/14 491/8
STAYED [14]  451/24 465/8 466/24 467/4
467/17 467/21 467/23 467/23 468/12
469/16 485/1 485/3 485/12 494/24
STAYING [1]  468/11
STEEL [2]  495/25 496/1
STENOGRAPHY [1]  377/24
STEP [3]  498/20 514/18 529/9
STEPS [2]  507/16 510/14
STEVEN [1]  400/10
STEVENS [2]  376/22 376/23
STILL [26]  425/15 427/3 451/7 462/1
474/4 474/18 475/4 475/8 475/13 475/22
477/2 477/21 478/1 478/2 480/1 482/7
488/2 490/7 491/16 492/10 492/11
492/12 492/23 493/4 493/4 494/7
STIPULATE [1]  500/4
STIPULATIONS [2]  452/8 500/16
STONE [1]  377/16
STOOD [1]  480/1
STOPPED [1]  517/3
STOPPING [1]  498/22
STORM [55]  380/4 381/20 384/4 384/10
391/8 392/3 392/4 392/24 392/24 436/17
437/7 437/10 437/25 461/16 462/17
462/22 463/7 463/14 463/19 465/7 465/9
466/25 467/16 469/17 472/19 473/8
473/25 479/20 481/24 484/25 485/16
487/3 487/17 488/9 488/10 488/11
488/25 489/5 489/6 489/11 489/17
489/20 489/21 490/20 492/7 492/15
495/14 496/3 496/13 496/14 496/14
498/12 498/16 498/17 519/12
STORMS [4]  381/5 381/17 393/18
398/24
STOVETOP [1]  495/21
STRAIGHT [5]  383/6 460/25 465/10
466/21 466/22
STRANGE [1]  471/9
STRANGLED [1]  465/18
STRAPPED [1]  492/13
STREET [20]  375/16 375/19 375/23
376/6 376/10 376/13 376/20 377/4 377/7
377/20 453/18 458/13 462/9 462/11
467/2 479/23 480/2 493/2 508/10 516/20

S

STREETLIGHTS [1] 471/19
STREETS [1] 475/8
STRESS [1] 483/2
STRIKE [3] 399/10 399/11 438/2
STRONG [1] 466/12
STRONGER [2] 388/1 463/7
STRUCTURE [3] 518/4 518/5 528/20
STRUCTURES [3] 381/17 518/2 527/21
STUD [1] 481/21
STUDENT [7] 452/18 461/17 461/21
462/4 491/18 491/19 492/16
STUDS [2] 484/15 484/16
STUDY [10] 406/8 406/9 406/12 411/14
411/16 411/20 411/24 412/10 425/4
507/5
STUFF [9] 458/15 465/15 469/5 472/16
474/5 474/12 481/15 482/9 487/15
SUB [2] 427/17 496/1
SUB-RIDGE [1] 427/17
SUB-ZERO [1] 496/1
SUBCONTRACTED [1] 484/20
SUBCONTRACTOR [1] 484/17
SUBJECT [9] 399/18 403/1 403/25 405/3
437/17 439/15 447/20 499/11 519/18
SUBJECTS [1] 447/5
SUBROGATED [1] 377/2
SUBSEQUENT [3] 415/20 454/25
463/25
SUBSEQUENTLY [5] 380/25 387/18
388/10 486/10 487/7
SUBSIDENCE [10] 395/2 395/14 395/17
395/23 396/5 396/7 396/13 396/15 397/1
401/17
SUBSIDES [1] 516/14
SUBSTANTIAL [3] 403/6 445/1 516/15
SUBSTANTIALLY [1] 441/16
SUBSTRATE [1] 395/14
SUBTIDAL [2] 390/11 390/12
SUBURB [1] 470/2
SUCH [7] 380/20 384/5 387/24 397/2
402/13 516/17 528/20
SUCKING [1] 489/25
SUFFERED [1] 488/11
SUFFICIENT [1] 529/3
SUGGESTED [1] 404/4
SUITE [5] 375/16 376/3 376/6 376/10
377/7
SUMMARIZE [1] 389/17
SUMMARY [3] 388/25 397/4 470/24
SUMMATION [1] 406/25
SUMMER [2] 458/16 460/3
SUMS [1] 528/25
SUNDAY [3] 462/24 463/15 465/9
SUNDAYS [1] 460/8
SUPERIORS [1] 507/17
SUPP [1] 503/4
SUPP.2D [1] 503/6
SUPPLEMENT [1] 445/22
SUPPLY [1] 393/25
SUPPOSE [1] 520/13
SUPPOSED [1] 390/1
SURE [27] 392/22 398/11 399/13 402/18
403/13 404/3 409/3 438/15 442/15
443/11 444/10 445/3 462/17 462/25
466/4 470/10 470/19 477/18 479/20
481/11 481/15 482/5 487/14 492/5 498/8
514/6 519/2
SURGE [11] 380/4 384/10 391/8 391/14
391/25 392/3 392/5 392/24 392/24 437/8
437/10
SURGERY [2] 501/1 501/4

SURGES [3] 381/20 436/17 437/25
SURROUNDING [3] 383/20 411/16
427/6
SURVEYING [1] 517/22
SURVIVAL [1] 473/17
SUSPECTED [1] 510/12
SWAMP [5] 413/20 413/21 413/24 414/5
414/10
SWIM [2] 460/3 485/3
SWITCH [4] 385/8 410/1 412/6 422/19
SWITCHED [1] 385/12
SWORE [1] 467/25
SWORN [5] 379/6 448/18 504/16 515/1
521/22
SYNERGISM [1] 397/8
SYNERGY [4] 397/12 397/13 398/3
399/23
SYSTEM [2] 382/21 407/3
SYSTEMS [1] 397/20

T

T-A-N-Y-A [1] 448/22
TABLE [18] 388/16 413/18 413/18
413/19 414/21 414/22 414/22 415/22
415/24 416/2 416/6 416/10 417/3 417/15
428/16 439/6 439/7 439/14
TAHEERAH [1] 377/11
TAKE [29] 388/6 390/2 425/25 431/23
438/18 439/6 440/22 446/8 453/20 461/8
461/22 462/2 466/6 466/15 466/16 474/7
479/6 482/6 483/3 488/16 490/11 491/20
492/15 502/3 512/21 514/23 516/1
517/23 523/3
TAKEN [3] 412/8 435/12 510/14
TAKING [10] 438/13 461/11 461/16
461/20 476/5 484/1 492/16 500/1 508/4
523/18
TALK [10] 381/20 383/14 391/24 395/14
397/5 448/25 487/25 489/17 515/8
529/22
TALKED [9] 395/3 396/3 397/20 397/25
402/2 403/7 430/2 439/15 456/14
TALKING [24] 379/19 382/19 386/11
391/18 392/4 392/5 397/21 399/7 403/21
410/23 431/16 434/19 442/9 443/11
445/19 447/21 448/10 467/2 469/4 469/6
469/10 482/13 520/19 526/22
TALKS [1] 506/2
TANYA [12] 448/4 448/18 448/22 449/3
450/7 450/16 459/12 462/5 502/14
523/15 523/21 523/24
TAR [1] 475/18
TASK [5] 389/9 471/6 475/5 488/13
529/1
TEACH [1] 382/1
TEAM [9] 432/4 463/18 463/18 463/19
463/19 463/19 463/19 464/4 490/15
TEASE [1] 458/11
TEASED [1] 454/12
TECH [1] 511/4
TECHNICALLY [2] 402/20 470/3
TEDESCO [1] 528/13
TELEPHONE [1] 494/21
TELEVISION [1] 471/10
TELL [36] 379/22 380/8 381/23 384/1
385/6 387/1 391/1 392/13 396/18 403/14
406/10 418/1 421/20 423/3 442/7 443/19
452/11 454/2 455/1 455/19 455/19 457/3
457/13 459/11 462/15 466/15 475/2
475/25 479/9 482/2 487/6 488/9 488/24
516/11 517/18 521/22
TELLING [1] 482/8
TELLS [2] 396/25 425/7

TEN [1] 438/18
TENDED [1] 449/8
TENDER [12] 419/25 420/1
TENDERED [1] 398/12
TENDERS [1] 432/13
TENDS [1] 402/11
TERM [1] 441/3
TERMS [1] 506/3
TERRACE [2] 380/6 380/8
TERRACES [3] 436/6 436/14 436/22
TERRE [1] 411/21
TERRE AUX BOEUFS [1] 411/21
TERRIBLE [2] 475/4 480/14
TESTIFIED [14] 379/6 408/22 413/2
430/14 432/5 433/22 435/6 436/5 436/8
448/19 504/17 507/15 515/2 520/12
TESTIFY [11] 381/3 392/23 435/15
435/18 500/12 500/13 500/22 506/24
507/9 528/1 528/17
TESTIFYING [4] 395/22 401/4 517/2
519/21
TESTIMONY [13] 403/18 437/16 438/3
448/25 500/5 505/20 506/8 515/10
518/18 522/21 522/23 523/2 528/11
TEXAS [7] 376/4 466/3 466/15 466/23
467/9 468/23 515/22
TEXT [3] 381/19 384/17 384/19
TEXT AND [1] 384/17
THAN [20] 380/23 395/5 419/9 422/11
424/5 425/7 425/8 425/14 426/3 427/16
430/7 442/1 485/20 487/22 490/7 504/11
512/5 514/1 519/11 523/15
THANK [36] 385/20 388/19 396/4 399/20
404/2 405/11 408/13 409/8 418/12
427/19 439/3 446/9 446/23 447/3 448/3
448/8 449/13 449/17 471/1 485/11
498/20 503/8 506/6 507/21 507/22 508/4
509/9 511/8 513/21 514/14 514/18
514/18 518/21 525/10 525/22 529/9
THAT [903]
THAT OCCURRED [1] 383/15
THAT THERE [1] 430/25
THAT'S [125] 379/21 379/25 381/10
383/12 386/8 390/18 393/23 395/6
395/16 398/13 398/13 400/3 400/25
402/8 402/21 403/10 403/22 403/22
407/12 408/25 409/6 411/3 412/12
412/17 413/8 414/20 414/25 417/9
417/15 418/18 419/1 419/6 419/11
419/22 420/9 420/17 421/1 421/3 421/4
421/6 422/10 422/11 424/8 424/22 426/1
426/2 426/23 428/10 428/15 431/3 431/8
431/13 431/13 434/17 435/7 436/5
437/12 437/21 438/11 438/20 439/23
442/14 443/24 445/1 445/25 446/6
446/24 447/21 448/1 448/11 448/12
449/25 450/13 451/14 453/24 455/19
455/21 456/19 457/4 457/4 457/16
467/19 472/16 475/20 476/2 478/25
481/25 492/7 497/7 498/24 499/18
502/23 504/12 505/13 506/17 506/22
507/2 507/19 508/11 508/25 509/6
509/21 512/14 512/25 514/14 516/10
517/5 518/4 520/4 520/6 521/23 521/24
522/2 522/3 522/20 523/2 523/4 523/25
524/25 525/8 527/9 527/12 528/2 529/19
530/17
THE CALCULATIONS [1] 391/23
THE ELEVATED [1] 436/15
THE INTERIM [1] 423/11
THE MARKS [1] 520/20
THE PLEISTOCENE [1] 380/17
THE SUBJECT [1] 439/15
THEIR [28] 383/21 383/22 385/18

T

THEIR... [25] 398/24 425/6 435/9 441/24
442/14 446/11 446/18 446/25 451/1
454/10 455/5 459/22 463/4 463/5 472/9
483/6 483/9 483/10 483/10 488/5 489/15
490/14 494/7 500/6 502/10

THEM [56] 403/16 404/9 404/10 406/5
406/6 407/15 420/19 430/8 440/5 445/13
445/17 445/24 445/25 458/19 459/5
459/15 459/16 459/16 463/4 463/4 463/8
463/10 463/23 464/4 465/3 466/1 466/14
471/7 471/7 471/15 471/15 472/9 472/9
481/22 481/23 484/2 484/24 485/14
487/6 487/19 487/23 487/24 488/3 488/4
489/3 489/11 489/14 490/16 491/2 493/5
493/5 498/22 512/1 514/11 514/12
519/11

THEMSELVES [1] 445/20

THEN [70] 379/14 383/2 383/18 384/12
393/9 394/16 398/14 404/11 404/12
416/13 417/24 420/1 439/24 439/25
440/8 440/17 447/19 450/5 451/21
451/23 452/22 452/24 454/20 456/2
459/18 460/8 460/24 461/4 462/1 462/2
462/19 463/10 464/20 467/4 467/8
467/10 469/15 471/23 471/24 472/4
472/5 472/6 472/9 472/10 472/12 472/12
474/3 476/7 481/24 484/2 484/20 485/4
485/18 486/20 491/2 492/1 492/20 494/1
495/1 496/7 500/22 502/15 508/10
508/11 520/1 521/11 524/19 529/17
530/6 530/7

THEORY [1] 392/15

THERE [184]

THERE'S [39] 381/10 388/4 396/5
399/15 400/14 400/15 402/14 403/8
403/20 403/21 405/10 413/20 414/12
420/4 422/23 424/4 426/12 427/8 429/2
429/9 429/14 429/18 442/7 445/14
446/11 448/5 458/11 463/16 463/18
469/8 475/15 480/21 481/15 487/20
498/24 506/1 512/16 516/1 523/18

THEREAFTER [1] 419/25

THEREBY [1] 391/11

THEREFORE [3] 383/22 406/19 447/13

THEREON [2] 444/25 467/8

THERETO [1] 499/9

THESE [46] 381/24 381/25 382/1 383/23
384/8 384/12 388/5 388/5 388/7 388/20
391/6 392/9 393/21 396/6 397/5 397/10
397/20 398/12 399/6 412/4 417/1 418/14
419/5 419/8 420/17 428/2 428/6 428/21
428/23 430/22 431/17 438/15 445/7
445/18 445/18 454/13 465/25 476/7
479/17 492/13 496/10 502/9 502/25
504/6 520/14 525/18

THEY [118] 381/4 381/20 381/21 382/3
382/4 382/7 382/8 383/14 383/15 383/21
384/17 384/17 384/19 384/19 389/7
389/8 389/11 389/12 389/20 389/22
390/20 391/4 391/5 391/8 397/1 404/8
412/19 416/20 416/20 418/17 425/5
425/10 430/9 432/21 432/21 433/7
434/25 442/13 442/14 444/2 444/8 444/9
444/20 445/2 445/4 445/5 445/10 445/19
445/19 445/24 445/24 445/25 446/1
451/4 451/7 451/19 454/11 455/8 455/8
458/8 458/18 458/19 459/21 459/21
460/2 460/3 460/7 462/5 462/6 462/18
464/2 464/3 464/4 464/5 466/12 467/22
468/24 469/6 469/18 471/16 471/16
472/16 474/2 474/3 475/6 481/17 481/24

THUMB [1] 489/25

TICKING [2] 500/19 500/19

TIDAL [8] 387/7 388/1 388/2 389/13
389/14 389/14 390/13 434/17

TIDES [1] 381/17

TIED [1] 491/3

TIGHTLY [1] 485/11

TILES [1] 454/6

TIME [109] 386/14 391/19 393/6 393/12
393/17 406/13 406/14 407/19 411/8
413/21 413/23 414/23 418/8 418/15
419/19 420/24 423/8 423/24 428/3 434/1
437/6 438/16 439/21 441/25 446/2 448/3
451/12 451/24 452/1 452/7 453/5 453/9
454/25 456/3 456/9 458/15 458/21
460/18 460/24 461/2 461/19 461/24
462/1 462/5 462/3 463/1 463/22 464/6
466/12 468/16 468/23 469/22 470/15
470/18 471/11 471/14 471/25 472/9
472/10 472/12 472/19 473/19 474/4
474/8 475/25 476/14 476/16 476/16
479/19 480/10 481/10 482/21 483/17
484/11 485/2 485/25 486/10 486/12
486/14 486/23 487/24 488/3 488/4
488/23 489/14 489/19 490/21 490/22
491/11 496/4 497/24 499/12 499/19
500/18 505/9 507/16 508/4 510/11
511/15 511/25 513/1 514/20 515/23
516/15 516/25 520/18 523/15 524/15
530/1

TIMES [7] 396/20 440/17 450/20 468/3
468/7 482/12 487/25

TINY [1] 491/8

TO ACTUALLY [1] 404/7

TODAY [12] 394/3 395/22 430/2 473/16
497/25 499/10 500/12 501/1 504/9 505/2
508/5 524/10

TOGETHER [5] 436/15 440/9 440/17
460/6 463/1

TOLD [5] 487/3 494/11 495/9 495/13
521/25

TOMORROW [5] 498/23 501/2 528/1
528/11 529/21

TONI [4] 377/20 531/2 531/10 531/10

TOO [5] 466/9 499/14 500/23 500/24
529/24

TOOK [20] 434/25 438/23 461/1 464/23
465/3 465/3 466/20 471/25 476/6 476/24
478/18 484/14 485/13 485/25 486/7
486/8 486/8 493/23 496/15 526/3

TOP [13] 409/5 416/9 430/17 431/4
475/21 476/18 483/21 485/21 491/21
491/24 498/2 509/22 509/24

TOPIC [1] 431/20

TOPOGRAPHICALLY [1] 380/11

TOPOGRAPHY [1] 390/8

TORRES [1] 494/4

TORT [2] 447/19 502/21

TORTFEASOR [1] 502/20

TORTFEASOR'S [1] 502/23

TORTS [1] 377/10

TOTAL [11] 389/4 413/21 415/18 416/13
416/13 416/23 417/2 417/3 421/19 440/3
440/20

TOTALING [1] 502/15

TOTALLY [3] 421/6 427/21 510/20

TOUCH [1] 526/6

TOUCHED [1] 476/7

TOWARD [7] 382/17 382/22 387/20
390/15 390/17 397/14 429/8

TOWARDS [6] 386/2 391/14 419/2 427/9
462/19 490/19

482/12 483/4 483/7 483/8 483/8 483/9
483/10 486/17 488/2 488/2 488/10
490/5 490/5 490/14 490/16 490/18 494/1
494/8 499/17 499/17 499/24 500/4 500/5
500/11 500/23 502/2 511/24 512/15
514/11 528/14 529/13

THEY'RE [6] 385/9 404/12 412/20
416/17 489/20 499/24

THEY'VE [1] 431/11

THICK [1] 430/3

THICKEST [2] 402/6 402/10

THICKNESS [3] 399/1 399/5 405/7

THIN [1] 435/16

THING [10] 389/17 444/24 455/4 461/8
472/6 474/15 481/25 497/9 501/6 530/7

THINGS [19] 387/6 392/9 397/5 401/16
446/16 454/13 464/10 464/10 464/14
465/25 477/16 481/11 481/16 483/20
492/22 495/6 498/15 498/16 500/13

THINK [47] 394/1 396/2 409/16 411/5
415/24 418/18 421/5 422/11 423/3
423/23 423/24 424/8 424/16 425/4
425/13 428/17 429/1 433/4 434/15
434/15 435/13 435/19 437/2 442/3 443/9
455/15 473/23 481/14 483/4 492/19
494/11 495/13 495/13 495/19 496/7
500/25 501/1 508/9 509/24 514/4 514/7
514/11 517/5 522/20 523/25 529/20
530/14

THINK YOUR [1] 437/2

THINKING [4] 468/6 469/2 479/24 481/8

THIRD [2] 433/10 513/7

THIS [238]

THOMAS [1] 376/3

THOROUGHLY [1] 489/2

THOSE [56] 379/18 379/18 380/20
381/23 382/12 384/24 390/14 391/25
396/25 398/21 399/25 403/10 405/9
407/16 407/19 410/14 416/5 416/16
417/2 418/10 419/13 419/17 419/20
420/11 420/12 420/22 422/10 427/5
429/23 433/2 434/17 437/10 440/6 440/8
440/17 441/14 442/12 442/20 442/24
443/23 451/3 457/15 472/20 483/14
487/4 487/6 487/11 491/20 495/24
499/16 502/7 502/16 508/20 516/25
519/10 520/2

THOUGH [4] 386/16 434/12 470/4
519/21

THOUGHT [7] 389/20 400/25 404/8
431/8 448/16 474/19 510/2

THOUSANDS [1] 462/4

THREAT [2] 510/3 510/23

THREATENED [1] 514/5

THREE [20] 384/6 396/20 416/12 437/7
444/12 444/13 444/18 453/15 458/13
464/2 468/9 468/15 475/12 478/1 490/7
498/21 499/16 502/4 512/23 517/23

THREE-BEDROOM/TWO-BATH [1]
468/15

THREE-ISH [1] 464/2

THROUGH [41] 382/13 383/19 387/9
388/2 393/12 393/17 413/5 414/18 419/4
419/20 419/22 420/11 420/20 422/15
423/16 424/15 425/17 425/20 426/10
428/11 433/13 436/17 440/10 440/11
443/10 459/2 461/11 461/24 466/21
468/6 469/17 469/25 473/2 487/6 490/23
493/24 494/1 494/4 495/23 499/20
522/14

THROUGHOUT [6] 444/9 464/12 470/25
490/18 494/25 512/15

THROWS [1] 488/18

T

TOWN [2] 484/22 491/23
TOYS [1] 463/4
TRACK [2] 383/15 383/16
TRACKED [1] 383/18
TRAFFIC [3] 459/24 465/1 467/7
TRAILER [14] 524/12 524/14 524/16 524/18 524/20 524/23 524/23 525/3 525/4 527/11 527/25 528/2 528/6 528/12
TRAILERS [2] 482/11 528/9
TRANSCRIPT [2] 377/24 531/5
TRANSFER [1] 380/5
TRANSLATE [2] 517/23 528/8
TRANSLATED [1] 526/18
TRANSPORT [3] 386/2 390/2 434/16
TRANSPORTED [8] 386/5 386/19 386/20 387/14 388/3 389/21 390/17 394/10
TRAUMATIC [4] 473/5 480/9 480/13 492/17
TRAVEL [4] 434/7 493/4 500/10 500/24
TRAVELING [1] 432/16
TREADING [1] 435/15
TREATING [2] 484/19 484/20
TREES [3] 431/14 431/17 465/14
TREMENDOUS [1] 402/15
TREMENDOUSLY [1] 387/10
TREND [1] 394/22
TRENDY [1] 397/10
TRIAL [6] 375/10 412/7 445/9 447/8 470/25 502/4
TRIANGLE [3] 380/25 410/19 414/11
TRIED [4] 390/20 468/3 481/14 487/23
TRIP [2] 466/18 474/6
TRUCKING [1] 490/22
TRUE [5] 417/9 419/22 437/21 476/15 531/4
TRUST [1] 454/11
TRUTH [2] 521/23 521/25
TRY [4] 379/13 390/21 472/13 482/16
TRYING [11] 402/19 412/3 442/4 467/6 472/13 477/23 488/14 490/11 497/18 497/23 521/8
TUB [5] 454/20 456/14 478/23 479/2 479/6
TUESDAY [4] 466/24 467/6 467/12 469/2
TUITION [4] 461/9 461/18 462/3 491/24
TULANE [1] 511/5
TURN [18] 409/14 412/13 413/18 414/21 415/22 417/23 417/25 418/22 422/2 425/15 430/5 436/12 439/5 443/2 509/1 509/11 512/7 512/19
TURNED [2] 481/23 487/16
TUSA [4] 377/20 531/2 531/10 531/10
TV [1] 469/5
TWICE [4] 404/9 404/10 450/21 499/10
TWO [49] 381/22 384/20 387/6 387/12 399/24 403/10 410/14 417/2 425/9 425/14 428/5 439/24 440/9 441/6 442/6 450/25 452/20 452/22 452/24 453/4 453/15 458/6 458/12 459/9 460/21 464/13 464/17 468/9 468/15 470/16 471/3 472/1 483/3 486/19 489/12 489/17 490/17 498/7 509/18 512/23 517/23 523/16 526/13 526/14 527/4 527/21 528/10 528/22
TWO-BEDROOM [1] 470/16
TWO-FOOT [1] 528/10
TYPE [4] 429/21 470/8 473/17 521/6
TYPED [1] 449/7
TYPES [2] 426/13 429/23

TYPICAL [1] 459/14
TYPING [1] 495/6

U

U.S [1] 377/9
UH [9] 458/1 476/14 489/13 494/9 494/19 495/12 495/18 497/8 498/3
UH-HUH [9] 458/1 476/14 489/13 494/9 494/19 495/12 495/18 497/8 498/3
ULTIMATE [2] 399/16 428/20
ULTIMATELY [3] 392/12 484/16 505/14
UNABLE [1] 498/22
UNCLE [4] 467/23 485/1 485/2 489/9
UNDER [10] 379/9 401/14 413/24 447/11 476/17 476/18 494/7 507/13 507/14 508/14
UNDERGRADUATE [1] 511/4
UNDERLYING [2] 425/22 442/23
UNDERNEATH [2] 390/8 478/16
UNDERSTAND [20] 381/16 391/21 393/3 396/3 396/5 401/13 403/17 403/17 403/22 406/9 442/18 474/20 477/25 501/9 505/3 505/11 505/20 517/9 518/1 530/2
UNDERSTANDING [5] 406/11 500/8 505/21 506/14 531/6
UNDERSTANDS [1] 447/7
UNDERSTOOD [5] 390/22 398/16 403/16 403/24 434/22 434/23 488/5 488/9 494/20 494/21 509/19
UNFORTUNATELY [4] 389/11 390/3 450/21 477/15
UNIFORM [1] 421/2
UNIMPEDED [1] 391/7
UNIT [7] 411/16 413/10 413/20 413/25 414/7 460/22 463/12
UNITED [11] 375/1 375/7 375/11 409/13 503/2 503/4 508/3 515/24 516/3 519/1 531/3
UNITED STATES [6] 409/13 503/2 503/4 508/3 516/3 519/1
UNITED STATES' [1] 515/24
UNITS [2] 422/10 439/19
UNLESS [3] 405/8 405/10 500/23
UNO [2] 452/19 452/20
UNSURE [1] 409/2
UNTIL [8] 383/2 401/11 426/25 466/24 467/4 470/14 473/20 481/23
UNUSUAL [1] 442/3
UP [96] 383/18 383/21 383/24 383/25 386/20 388/9 388/25 393/20 402/20 407/3 407/6 407/7 408/16 409/18 409/20 411/7 415/11 427/15 428/23 429/9 433/11 434/1 440/19 441/25 443/10 445/9 446/8 447/18 447/18 449/25 450/5 451/16 451/17 452/14 453/14 455/15 455/18 455/22 458/3 459/15 461/1 461/5 461/19 462/23 463/6 463/10 463/23 464/9 464/10 464/15 464/19 465/3 465/9 466/24 467/5 468/11 471/22 472/5 472/9 474/2 474/22 475/12 476/9 476/25 477/4 478/6 478/14 479/22 479/25 481/4 482/11 483/9 485/5 485/18 485/20 487/1 490/4 491/22 492/20 499/13 502/4 508/8 508/9 511/18 511/22 511/25 512/3 515/15 511/6 519/24 526/23 527/13 528/15 528/25
UPBEAT [1] 489/4
UPCOMING [1] 391/24
UPGRADE [1] 496/18
UPGRADED [2] 446/23 496/2
UPGRADES [4] 454/16 496/11 496/16 496/21

UPGRADING [2] 496/12 498/13
UPGRADS [1] 496/17
UPSET [2] 461/11 482/23
UPSETTING [2] 491/12 491/12
UPWARD [1] 380/23
URINATING [1] 489/24
US [45] 382/1 382/18 385/6 388/12 396/25 400/10 404/4 423/3 425/7 442/6 445/10 455/1 455/19 455/19 457/3 457/13 458/7 458/7 458/11 462/15 464/6 464/6 464/23 465/10 466/15 466/20 468/3 468/14 475/2 475/25 478/20 479/9 482/2 482/8 484/11 487/3 487/5 487/6 488/9 488/18 488/24 495/9 495/13 500/10 529/19
USE [10] 381/16 397/16 433/4 434/3 438/17 476/21 479/17 517/22 522/3 522/9
USED [11] 400/21 411/24 419/9 424/23 424/23 425/10 434/7 443/21 458/11 517/18 520/10
USELESS [1] 453/10
USING [4] 382/3 397/8 399/24 432/11
USUALLY [2] 434/15 472/7

V

VALIUM [1] 490/6
VALUABLE [2] 481/20 481/25
VALUE [3] 497/12 497/13 519/5
VALUES [1] 441/6
VARIES [1] 426/7
VARIOUS [2] 397/5 397/20
VAST [1] 429/2
VAULTED [1] 464/11
VEGETATION [1] 397/24
VELOCITY [1] 383/21
VERSUS [1] 375/6
VERY [41] 389/6 389/11 390/21 395/3 397/10 426/24 427/8 430/10 442/3 448/16 458/25 459/24 471/9 472/2 472/2 473/11 474/5 476/4 477/22 481/20 481/20 489/1 489/3 489/3 489/4 489/20 489/25 489/25 490/4 490/4 490/4 490/4 490/12 491/12 493/22 497/10 499/17 519/20 521/10 529/10 530/17
VICTOR [1] 376/24
VIEW [3] 429/7 446/22 478/11
VISIBLE [1] 477/20
VISUALIZING [2] 525/7 525/8
VIVIDLY [1] 477/22
VOIR [1] 515/18
VOLUME [2] 375/10 389/1
VOLUNTEERED [1] 463/21

W

WADERS [1] 476/1
WAIT [1] 401/11
WAITING [2] 463/17 498/22
WAKE [2] 492/20 506/20
WAKES [2] 432/9 432/19
WALKING [2] 477/23 478/1
WALL [2] 495/20 495/21
WALTER [1] 376/12
WANT [24] 390/25 392/14 395/2 397/4 404/6 404/10 404/11 407/23 418/10 438/16 442/7 444/3 454/8 454/11 466/9 474/1 489/22 499/10 508/12 512/7 512/25 514/11 527/24 529/25
WANTED [15] 446/25 454/2 454/3 454/3 454/14 460/12 460/15 463/8 466/14 483/5 483/10 483/11 492/7 497/15 512/9
WANTING [1] 445/2
WANTS [1] 501/1
WARREN [1] 377/6

W

WAS [477]
WASHER [1] 496/19
WASHING [1] 513/11
WASHINGTON [1] 377/18
WASN'T [22] 425/3 438/8 454/11 469/21
473/9 473/14 474/13 474/19 476/5 478/1
478/16 481/20 483/7 499/25 500/2 500/5
520/16 520/17 520/24 522/23 523/9
524/15
WASTING [1] 499/18
WATCH [2] 487/23 514/12
WATER [106] 380/21 380/22 380/24
382/14 382/16 382/22 383/5 383/25
384/2 384/7 386/11 387/2 387/9 388/7
390/9 393/23 407/3 407/10 416/12
416/13 416/15 416/16 416/20 416/21
417/6 418/7 418/23 419/5 419/15 420/7
429/5 430/22 431/1 462/11 464/16
465/24 468/4 468/21 469/4 469/8 469/18
469/21 474/9 474/11 474/16 474/17
478/2 479/1 485/3 485/5 485/8 485/12
485/17 486/9 494/24 500/20 508/16
514/2 516/14 516/18 516/21 516/22
516/23 517/1 517/2 517/3 517/6 517/15
517/20 517/21 517/25 519/8 519/9
519/13 519/16 519/25 520/22 520/13
520/14 520/18 520/19 520/23 521/13
523/12 524/8 525/2 525/18 526/14
526/17 526/19 526/25 527/3 527/7
527/17 527/17 527/19 527/22 527/25
528/3 528/4 528/7 528/12 528/22 528/23
529/2 529/6
WATER'S [1] 383/10
WATERLINE [12] 516/8 516/11 516/12
516/13 516/16 517/3 518/4 518/5 523/24
524/18 524/20 524/22
WATERLINES [3] 515/9 518/3 518/15
WATERWAY [3] 387/17 400/24 434/21
WAVE [8] 386/8 389/9 389/10 390/1
391/5 420/13 434/18 510/25
WAVE-DRIVEN [1] 434/18
WAVES [10] 380/21 381/16 385/25
386/2 391/6 391/25 398/23 432/25 433/6
510/24
WAY [27] 380/22 388/12 389/6 394/6
400/20 422/22 427/20 447/7 450/14
455/5 455/24 456/2 456/8 456/16 457/21
459/25 461/23 462/23 468/6 472/1
474/21 478/13 479/11 480/15 492/6
492/7 499/14
WAYS [1] 511/17
WE [292]
WE'D [1] 463/10
WE'LL [7] 386/25 410/3 412/6 427/9
445/25 478/19 500/22
WE'RE [11] 386/11 392/4 392/5 393/23
395/8 397/21 408/18 418/2 418/22
435/17 435/18
WE'VE [11] 391/18 397/20 399/13
399/13 399/24 403/21 411/20 425/22
430/2 473/15 488/18
WEARING [1] 475/24
WEAVE [1] 530/10
WEB [2] 495/2 497/16
WEDNESDAY [2] 469/3 469/20
WEEK [8] 430/7 459/12 462/17 473/14
483/17 489/5 489/11 490/17
WEEKEND [5] 463/3 463/3 483/18 484/3
502/5
WEEKENDS [3] 460/5 483/16 484/2
WEEKS [7] 453/4 468/12 470/5 471/23

473/21 475/23 490/17
WEIGHT [1] 466/20
WELCOME [1] 466/5
WELL [71] 381/10 392/19 392/21 393/23
396/25 399/13 400/11 403/14 403/15
404/5 414/12 414/17 417/11 418/1 422/7
426/7 426/9 427/12 429/2 432/20 435/16
436/22 440/4 440/5 440/10 440/22
441/14 442/18 442/25 446/2 446/25
448/16 456/18 459/17 460/19 468/23
469/12 471/6 473/15 483/8 484/18
485/24 488/9 489/5 491/10 491/21
495/19 496/12 500/2 505/17 506/1 506/2
509/14 510/7 510/19 511/20 511/22
514/4 514/14 521/7 521/11 521/14 522/6
522/12 523/10 524/1 526/18 529/10
529/10 529/24 529/25
WENT [31] 383/19 451/21 451/23
451/25 452/3 452/22 453/13 458/8 458/9
459/21 460/8 460/21 462/16 464/9 465/5
466/16 466/18 472/16 474/6 475/2
475/24 477/25 478/14 478/24 479/12
486/11 491/13 495/2 515/8 523/7 524/23
WERE [142] 379/10 379/19 380/10
382/3 382/10 386/17 387/20 389/3
393/18 394/4 399/23 404/7 404/8 408/11
412/2 414/6 414/14 414/18 416/16
416/16 416/20 417/11 418/6 418/14
418/17 419/7 419/14 420/12 420/23
421/14 422/3 423/14 426/14 426/14
428/8 428/20 430/22 431/1 431/1 431/8
431/22 431/23 432/5 434/24 437/10
439/1 451/25 452/8 453/2 453/5 453/16
458/8 458/10 458/17 458/19 458/21
459/3 459/14 459/21 460/7 461/11 462/4
462/5 462/6 463/6 463/11 463/14 465/14
466/7 467/2 467/9 468/13 468/14 468/20
468/24 469/6 470/5 470/16 471/4 471/9
471/14 471/18 472/3 472/13 472/15
472/24 474/2 475/7 475/22 475/22
475/25 476/4 477/18 477/21 478/4
479/20 480/14 481/11 481/16 481/17
481/22 481/24 482/6 482/12 482/21
483/4 483/20 483/22 485/21 485/23
486/23 487/7 487/14 487/15 490/14
491/3 492/6 492/7 495/5 495/5 495/7
498/9 500/6 502/5 502/5 502/9 502/16
503/1 505/8 505/11 507/14 512/1 514/4
516/6 518/3 520/19 521/17 521/22
522/15 523/20 528/14 528/14
WEREN'T [2] 473/20 497/16
WEST [4] 408/25 411/22 414/18 445/6
WESTERN [3] 380/12 380/19 503/5
WET [3] 475/22 477/2 485/22
WETLAND [2] 411/6 411/16
WETLANDS [7] 391/7 397/23 397/23
433/13 439/18 439/20 441/11
WHAT [157] 379/17 380/1 380/8 380/16
381/9 382/7 382/19 383/3 383/5 383/7
386/7 387/1 387/19 389/7 390/7 390/20
392/1 392/15 393/21 394/19 395/15
395/16 396/18 396/22 398/12 399/16
400/13 400/18 400/22 400/25 401/18
401/22 402/9 402/13 402/18 407/12
408/7 408/22 409/3 409/15 411/4 412/2
412/7 414/18 415/1 415/5 415/9 416/2
416/15 417/1 417/15 418/2 423/24
425/25 426/4 428/12 428/20 429/1
430/24 434/23 438/6 438/9 438/16
439/12 442/7 442/15 443/2 443/8 443/11
443/20 444/2 445/8 445/25 446/24
447/24 448/1 448/10 448/11 449/14
450/18 451/1 454/2 454/2 454/10 454/14

454/14 457/13 457/18 460/15 460/17
460/19 464/6 464/9 464/24 464/25
465/13 465/20 468/13 468/19 468/25
469/10 472/24 473/13 473/14 475/1
475/16 476/3 476/4 476/12 477/6 478/8
479/9 482/1 482/2 482/3 482/6 482/8
482/25 483/7 484/18 484/25 488/6
488/18 490/2 490/25 491/7 491/14
494/14 495/7 498/1 499/10 500/14
500/15 500/22 508/13 508/21 508/21
509/12 510/3 510/7 511/2 512/10 514/2
514/2 514/9 516/11 519/22 521/8 524/18
524/22 524/25 525/1 525/7 526/17
526/20 529/23 530/13
WHAT'S [2] 401/8 500/13
WHATEVER [2] 435/1 512/25
WHATSOEVER [1] 409/7
WHEEL [2] 478/17 483/19
WHEEL-BARRELED [2] 478/17 483/19
WHEN [78] 379/9 380/3 380/20 383/19
387/22 388/6 391/23 393/12 393/23
404/3 408/3 419/7 419/17 419/24 422/13
422/16 433/7 434/15 449/8 451/25 452/3
453/2 453/11 457/21 457/22 459/21
462/15 463/23 464/4 464/6 466/13 467/9
468/8 469/23 470/19 471/4 471/6 472/16
473/15 473/24 474/25 475/2 475/17
475/24 476/1 476/12 477/6 477/14
477/25 478/8 478/24 479/22 479/25
480/6 480/10 480/12 480/18 482/8
484/11 484/16 485/3 487/9 491/6 491/13
493/21 496/7 496/9 496/13 500/5 505/6
516/19 519/25 520/9 520/20 521/3
522/17 527/20 528/2
WHERE [71] 386/10 387/8 389/20 399/8
400/23 402/14 403/20 403/20 408/8
408/11 408/14 408/23 413/7 419/2
419/12 419/14 419/20 419/22 419/22
420/4 420/12 420/16 420/18 424/10
424/13 426/10 428/20 428/21 428/22
428/23 429/8 430/2 430/21 431/16
434/19 435/18 437/4 445/5 446/3 449/12
451/12 451/16 451/20 451/25 453/2
453/19 455/11 457/3 457/14 459/3
466/11 466/16 466/18 469/12 469/18
475/11 478/23 478/25 482/5 492/14
508/6 508/8 508/11 509/22 517/3 518/2
518/9 519/15 523/24 527/10 528/5
WHEREABOUTS [1] 489/11
WHEREAS [1] 411/22
WHEREIN [1] 518/9
WHEREUPON [6] 379/5 438/23 448/18
504/16 515/1 530/20
WHETHER [10] 402/19 420/10 425/8
432/21 445/12 448/5 498/9 514/10
519/13 525/2
WHICH [78] 385/15 386/19 388/8 388/12
391/7 394/6 395/13 398/22 399/7 403/18
405/3 405/6 406/23 409/16 410/10
411/22 412/22 413/5 413/18 413/19
414/19 415/5 415/22 423/9 425/7 427/6
428/1 429/2 430/14 430/14 434/16
436/17 441/24 445/2 449/1 449/2 449/3
449/5 449/6 449/7 449/8 449/9 449/10
449/21 450/6 451/22 452/6 453/18
459/19 461/9 461/21 461/25 463/18
466/3 485/4 485/6 489/9 489/9 497/24
499/8 499/12 500/15 502/11 502/17
507/4 511/25 515/11 515/12 515/13
515/14 515/15 516/23 516/23 516/24
517/6 520/5 526/20 528/9
WHILE [7] 448/9 461/7 461/13 461/14
478/18 502/2 510/1

## W

WHINE [1]  488/17
WHO [9]  391/24 462/21 470/7 485/1
485/2 498/21 510/12 511/13 515/8
WHOEVER [2]  466/4 471/13
WHOLE [6]  394/12 427/11 451/24 455/4
468/23 494/22
WHOSE [1]  511/23
WHY [15]  380/24 380/25 390/25 391/1
401/15 427/10 444/21 447/22 491/20
499/25 510/18 522/18 522/24 528/2
529/22
WIDE [8]  387/4 387/5 387/10 402/11
420/12 423/9 423/11 509/15
WIDENED [7]  419/18 419/20 419/24
420/10 421/18 424/10 430/3
WIDENING [13]  397/24 398/22 398/24
403/21 415/17 421/6 429/16 429/19
432/6 433/23 441/24 506/25 510/23
WIDENS [2]  398/23 514/1
WIDER [1]  419/9
WIDTH [13]  383/1 408/22 408/23 419/7
421/2 422/6 424/17 425/25 431/6 509/12
509/19 509/23 509/24
WILL [26]  387/19 392/23 393/12 401/12
405/9 422/24 425/13 430/24 431/19
440/22 447/1 470/22 480/16 492/19
495/20 514/21 515/7 520/22 521/1 528/1
528/10 529/15 529/21 530/6 530/7 530/7
WIND [4]  382/20 384/4 386/1 468/11
WIND-GENERATED [1]  386/1
WINDOWS [3]  457/15 516/18 517/22
WINDS [4]  380/21 382/9 383/20 384/8
WINER [6]  498/25 499/1 499/8 504/7
529/17 530/6
WING [1]  455/6
WISDOM [1]  392/19
WISH [1]  404/4
WITHDRAW [2]  435/20 506/5
WITHIN [3]  458/5 506/25 507/2
WITHOUT [9]  392/10 406/21 415/2
415/18 425/24 434/3 465/23 465/23
487/6
WITNESS [13]  401/4 401/6 401/10
402/18 403/19 435/15 439/2 441/22
498/21 502/3 511/9 512/21 514/23
WITNESSES [6]  396/6 499/13 499/16
500/23 504/6 514/24
WOKE [3]  463/6 465/9 466/24
WOLF [1]  495/25
WON'T [1]  398/1
WONDER [1]  445/12
WONDERED [1]  444/18
WOOD [1]  454/22
WOODCOCK [1]  377/17
WORD [6]  389/5 397/8 397/10 397/16
440/22 523/3
WORDS [2]  433/4 445/10
WORK [11]  412/4 452/20 460/18 460/21
460/24 461/24 461/25 462/24 463/14
511/17 514/12
WORKED [11]  455/4 455/9 459/18
460/22 461/13 461/15 473/4 473/11
480/7 491/4 510/12
WORKING [8]  460/19 461/11 463/11
463/15 484/2 507/14 510/1 522/11
WORKS [1]  507/7
WORRIED [2]  465/12 488/13
WORRYING [1]  473/14
WORSE [1]  438/11
WOULD [172]
WOULD'VE [1]  412/7

WOULDN'T [12]  423/22 458/18 462/25
464/12 466/19 489/18 518/14 522/19
523/23 525/7 527/19 528/4
WOW [1]  475/4
WRIGHT [1]  376/5
WRITTEN [1]  435/9
WRONG [1]  427/21
WROTE [2]  480/24 497/7

## Y

Y'ALL [2]  452/3 475/11
YARD [1]  475/16
YARDS [5]  389/2 389/3 527/10 527/20
528/5
YEAH [30]  409/20 414/16 418/5 418/11
419/17 424/12 426/12 441/6 453/24
454/10 461/13 468/10 469/11 474/16
479/22 482/13 483/4 486/18 487/25
488/1 488/3 488/12 488/22 489/13
489/16 492/18 496/14 497/1 497/5
524/22
YEAR [25]  396/14 396/20 406/13 406/13
406/14 406/14 406/20 406/22 406/23
406/24 439/8 439/8 439/20 440/2 440/16
440/20 441/4 441/11 441/17 461/20
461/22 463/21 490/18 494/10 521/15
YEARS [34]  380/11 385/11 386/18
386/22 410/10 410/11 439/24 440/3
440/6 440/11 440/13 440/15 440/17
440/18 451/2 452/18 452/20 452/22
452/24 453/15 454/18 458/6 458/7
460/21 461/15 462/11 471/12 487/20
494/8 508/9 510/1 510/22 521/10 523/16
YES [162]
YESTERDAY [2]  425/5 449/15
YET [9]  424/10 424/17 424/21 425/23
431/6 431/7 454/1 480/4 493/22
YORK [2]  377/4 377/4
YOU [735]
YOU'D [1]  479/5
YOU'LL [1]  424/16
YOU'RE [20]  379/9 391/21 392/1 392/24
395/22 401/18 408/7 408/8 409/3 410/23
413/23 419/18 429/21 434/19 459/24
466/5 496/18 519/20 520/19 530/13
YOU'VE [3]  397/6 408/22 417/12
YOUNG [2]  453/16 481/21
YOUNGER [1]  451/5
YOUR [275]
YOUR HONOR [56]  384/23 388/16
391/13 391/17 392/5 392/16 393/1 398/1
398/8 399/10 399/20 400/5 401/11
402/16 402/20 404/3 404/6 409/1 409/12
421/9 426/18 438/12 439/3 441/21 442/2
442/5 442/13 442/21 444/8 447/4 448/3
448/13 449/14 470/21 479/14 498/19
499/2 499/6 499/11 501/3 502/7 506/5
506/6 507/24 509/8 510/4 512/11 514/5
514/17 515/7 518/20 518/25 520/21
522/20 525/10 525/21
YOUR HONOR'S [2]  504/5 521/1
YOURS [2]  409/9 494/10
YOURSELF [8]  436/1 461/11 464/1
464/7 472/4 492/21 498/10 520/14

## Z

ZERO [2]  496/1 497/12
ZOOM [7]  415/25 422/22 422/23 424/7
429/4 429/11 457/19