```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2    **********************************************************
      NORMAN ROBINSON, ET AL
 3
                                        DOCKET NO. 06-CV-2268
 4    V.                                NEW ORLEANS, LOUISIANA
                                        WEDNESDAY, APRIL 22, 2009
 5
      UNITED STATES OF AMERICA, ET AL
 6    **********************************************************

 7
                      TRANSCRIPT OF TRIAL PROCEEDINGS
 8          HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                      UNITED STATES DISTRICT JUDGE
 9                    VOLUME 3 - MORNING SESSION

10

11    APPEARANCES:

12

13    FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                  BY:  PIERCE O'DONNELL, ESQ.
14                                550 SOUTH HOPE STREET
                                  SUITE 1000
15                                LOS ANGELES, CA 90071-2627

16                                LAW OFFICE OF JOSEPH M. BRUNO
                                  BY:  JOSEPH M. BRUNO, ESQ.
17                                855 BARONNE ST.
                                  NEW ORLEANS, LA 70113
18

19                                THE ANDRY LAW FIRM
                                  BY:  JONATHAN B. ANDRY, ESQ.
20                                     KEA SHERMAN, ESQ.
                                  610 BARONNE ST.
21                                NEW ORLEANS, LA 70113

22

23                                BARON & BUDD
                                  BY:  THOMAS SIMS, ESQ.
24                                3102 OAK LAWN AVENUE, SUITE 1100
                                  DALLAS, TX 75219
25
```

FINAL DAILY COPY

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

FINAL DAILY COPY

```
 1   ALSO PRESENT:                  MRGO LITIGATION OFFICE
                                    BY:  J. ROBERT WARREN, II, ESQ.
 2                                       ASHLEY E. PHILEN, ESQ.
                                    600 CARONDELET STREET, SUITE 604
 3                                  NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:             U. S. DEPARTMENT OF JUSTICE
 5                                  TORTS BRANCH
                                    BY:  DANIEL MICHAEL BAEZA, JR.
 6                                       JEFFREY PAUL EHRLICH, ESQ.
                                         TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                       MICHELE S. GREIF, ESQ.
                                         CONOR KELLS, ESQ.
 8                                       PAUL MARC LEVINE, ESQ.
                                         JAMES F. MCCONNON, JR., ESQ.
 9                                       KARA K. MILLER, ESQ.
                                         RUPERT MITSCH, ESQ.
10                                       PETER G. MYER, ESQ.
                                         ROBIN D. SMITH, ESQ.
11                                       SARAH K. SOJA, ESQ.
                                         RICHARD R. STONE, SR., ESQ.
12                                       JOHN WOODCOCK, ESQ.
                                    P. O. BOX 888
13                                  BENJAMIN FRANKLIN STATION
                                    WASHINGTON, DC 20044
14

15
     OFFICIAL COURT REPORTER:       KAREN A. IBOS, CCR, RPR, CRR
16                                  500 POYDRAS STREET, ROOM HB-406
                                    NEW ORLEANS, LOUISIANA 70130
17                                  (504) 589-7776

18
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19   PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

```
 1                           I N D E X

 2

 3   WITNESSES FOR PLAINTIFFS:                    PAGE/LINE:

 4
     HARLEY WINER
 5
        DIRECT EXAMINATION BY MR. JOANEN          538/10
 6      CROSS-EXAMINATION BY MS. GREIF            543/17

 7
     LUCILLE FRANZ
 8
        DIRECT EXAMINATION BY MR. ANDRY           547/1
 9      CROSS-EXAMINATION BY MR. MYER             558/7

10
     ANTHONY FRANZ
11
        DIRECT EXAMINATION BY MR. ANDRY           559/15
12      CROSS-EXAMINATION BY MR. MYER             572/14

13
     KENT LATTIMORE
14
        DIRECT EXAMINATION BY MR. ANDRY           582/16
15      CROSS-EXAMINATION BY MR. MYER             606/14
        REDIRECT EXAMINATION BY MR. ANDRY         609/18
16

17   NORMAN ROBINSON

18      DIRECT EXAMINATION BY MR. ANDRY           613/19
        CROSS-EXAMINATION BY MR. MYER             637/17
19

20   MONICA ROBINSON

21      DIRECT EXAMINATION BY MR. ANDRY           639/6
        CROSS-EXAMINATION BY MR. MYER             646/2
22      REDIRECT EXAMINATION BY MR. ANDRY         646/18

23

24

25

                     ─── FINAL DAILY COPY ───
```

P R O C E E D I N G S

(WEDNESDAY, APRIL 22, 2009)

(MORNING SESSION)

08:40:00    THE DEPUTY CLERK:  COURT'S IN SESSION.  PLEASE BE SEATED.

08:41:32    THE COURT:  GOOD MORNING.  HAVE A SEAT.  BEFORE WE START,
08:41:33  LET ME TALK ABOUT OUR TIMEKEEPING MECHANISMS, AND WE CAN RECONSTRUCT
08:41:37  VIA TIME STAMPS ON THE TRANSCRIPTS.

08:41:41    SPEAKING OF, I NOTE THAT WE ALL HAVE BUSINESS TO DO, AND I
08:41:47  AM FINDING THAT I HAVE OTHER CUSTOMERS AND OTHER ISSUES, THEREFORE,
08:41:57  I AM GOING TO START AT NINE AND GO TO 5:30 SO I CAN GET A LITTLE BIT
08:42:03  HERE AND GET SOME OF MY OWN BUSINESS.

08:42:07    FROM THIS POINT ON, IF IT MEANS WE MIGHT GO INTO ANOTHER
08:42:11  WEEK OR ANOTHER FEW DAYS, THAT'S WHAT WE'LL HAVE TO DO.  I'M SIMPLY
08:42:16  NOT GETTING OTHER THINGS I HAVE TO THAT ARE PRESSING.

08:42:23    MR. MYER:  BEGINNING TOMORROW, IT'S NINE O'CLOCK, YOUR
08:42:25  HONOR?

08:42:25    THE COURT:  YES.  OKAY.  SHOULDN'T MAKE A GREAT DEAL OF
08:42:29  DIFFERENCE, BUT IT'LL HELP ME.

08:42:31    YES, SIR.

08:42:33    MR. FAYARD:  GOOD MORNING, YOUR HONOR, CALVIN FAYARD FOR
08:42:35  THE PLAINTIFFS.  IN KEEPING WITH THE COURT'S DIRECTIVE, WE WORKED
08:42:40  OUT THE ISSUE WITH PROFESSOR BEA'S TESTIMONY, AND THE GOVERNMENT
08:42:47  HAS -- IN COURT TODAY ALSO -- AND WE HAVE AGREED THAT HE WILL
08:42:49  TESTIFY THIS FRIDAY.  AND STARTING IN THE MORNING HOUR IS MY

FINAL DAILY COPY

08:42:53  1    UNDERSTANDING.

08:42:55  2              THE COURT:  AND ON THE CROSS-EXAMINATION OF THE

08:42:59  3    GOVERNMENT?

08:43:00  4              MR. FAYARD:  YES, SIR, HE WILL BE AVAILABLE FOR

08:43:03  5    CROSS-EXAMINATION AFTER HIS DIRECT.  AND IT'S MY UNDERSTANDING, IF

08:43:08  6    NECESSARY, AT THE COURT'S DIRECTION, EITHER HOLD HIM OVER FRIDAY FOR

08:43:14  7    MONDAY OR ANY TIME IN-BETWEEN.

08:43:17  8              THE COURT:  SO HE WOULD BE AVAILABLE MONDAY IF THE

08:43:21  9    GOVERNMENT HAS NOT COMPLETED ITS CROSS?

08:43:24 10              MR. FAYARD:  YES, SIR.

08:43:25 11              MR. SMITH:  YES, SIR, THAT'S MY UNDERSTANDING.

08:43:28 12              THE COURT:  AND WE'RE GOING TO HOLD HIM TO THAT.

08:43:30 13              MR. FAYARD:  THANK YOU, YOUR HONOR.

08:43:32 14              THE COURT:  ALL RIGHT.  THANK YOU.  AND THANK YOU FOR

08:43:34 15    REACHING THAT AGREEMENT.

08:43:36 16              MR. JOANEN:  GOOD MORNING, YOUR HONOR, SCOTT JOANEN ON

08:43:39 17    BEHALF OF THE ROBINSON PLAINTIFFS.  AT THIS TIME, I WOULD LIKE TO

08:43:44 18    CALL MR. HARLEY WINER TO THE STAND.

08:43:48 19              AND, YOUR HONOR, ALSO IN KEEPING WITH YOUR DIRECTIVES TO

08:43:51 20    GIVE YOU A SENSE OF WHY THIS WITNESS IS BEING CALLED, AS WAS

08:43:55 21    MR. BREERWOOD WAS YESTERDAY, THIS WITNESS IS CALLED TO HIGHLIGHT THE

08:43:59 22    CORPS' INSTITUTION AND VALUATION OF THE DELETERIOUS EFFECTS OF THE

08:44:03 23    MRGO.

08:44:04 24              THE COURT:  THANK YOU.

08:44:23 25              THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

FINAL DAILY COPY

08:44:25  1        (WHEREUPON, HARLEY WINER, WAS SWORN IN AND TESTIFIED AS

08:44:32  2        FOLLOWS:)

08:44:32  3            THE DEPUTY CLERK:  PLEASE BE SEATED.  I NEED YOU STATE

08:44:36  4   YOUR NAME AND ALSO SPELL IT FOR THE RECORD.

08:44:45  5            THE WITNESS:  MY NAME IS HARLEY WINER, H-A-R-L-E-Y,

08:44:50  6   W-I-N-E-R.

08:44:50  7            THE DEPUTY CLERK:  YOU DON'T HAVE TO GET CLOSE TO THE MIC,

08:44:53  8   YOU CAN JUST SIT BACK.  THANK YOU.

08:44:53  9                         DIRECT EXAMINATION

08:44:53 10   BY MR. JOANEN:

08:44:58 11   Q.  GOOD MORNING, MR. WINER.  MY NAME IS SCOTT JOANEN, AND I AM AN

08:45:01 12   ATTORNEY WITH THE ROBINSON PLAINTIFFS.  I JUST HAVE A FEW QUESTIONS

08:45:04 13   FOR YOU THIS MORNING.

08:45:06 14            FIRST OFF, I UNDERSTAND THAT YOU WERE FORMALLY EMPLOYED

08:45:08 15   WITH THE NEW ORLEANS DISTRICT OF THE UNITED STATES ARMY CORPS OF

08:45:11 16   ENGINEERS FROM 1992 TO 2008 AND THAT YOU, IN FACT, RETIRED ON

08:45:16 17   FEBRUARY 29TH, 2008.  IS THAT CORRECT?

08:45:18 18   A.  THAT IS CORRECT.

08:45:19 19   Q.  AND I UNDERSTAND, JUST TO GO OVER BRIEFLY YOUR EDUCATIONAL

08:45:23 20   BACKGROUND, YOU OBTAINED A BACHELOR OF SCIENCE IN CIVIL ENGINEERING;

08:45:26 21   IS THAT CORRECT?

08:45:27 22   A.  CORRECT.

08:45:27 23   Q.  AND THAT YOU OBTAINED A MASTER'S IN CIVIL ENGINEERING, AND THAT

08:45:31 24   IN OBTAINING YOUR MASTER'S, YOUR THESIS WAS WAVE PERIODS, THE

08:45:35 25   EFFECTS ON STABILITY OF BREAK WATER UNITS; IS THAT CORRECT?

08:45:39 1  A.  CORRECT.

08:45:39 2  Q.  AND THEN YOU WERE AWARDED A PH.D. 1988 IN ENGINEERING MECHANICS;

08:45:44 3  IS THAT CORRECT?

08:45:45 4  A.  YES.

08:45:46 5  Q.  AND MY UNDERSTANDING IS YOUR DISSERTATION WAS NUMERICAL MODELING

08:45:50 6  OF WAVE-INDUCED CURRENTS USING PARABOLIC WAVE EQUATIONS; IS THAT

08:45:55 7  CORRECT?

08:45:56 8  A.  THAT WAS MY DISSERTATION TITLE, CORRECT.

08:45:58 9  Q.  AND YOU OBTAINED ALL OF THOSE DESIGNATIONS PRIOR TO BEING HIRED

08:46:01 10 BY THE CORPS OF ENGINEERS; IS THAT CORRECT?

08:46:03 11 A.  THAT'S CORRECT.

08:46:04 12 Q.  WHILE YOU WERE WITH THE CORPS OF ENGINEERS, YOU WERE TASKED BY

08:46:06 13 THE CORPS TO BECOME INVOLVED WITH THE MODELING FOR A MRGO

08:46:10 14 REEVALUATION STUDY TO ANALYZE THE IMPACT OF THE MRGO IN TERMS OF ITS

08:46:14 15 INFLUENCE ON STORM SURGE; IS THAT CORRECT?

08:46:16 16 A.  THAT'S CORRECT.

08:46:17 17 Q.  NOW, MY UNDERSTANDING OF THIS IS BASED UPON YOUR TESTIMONY

08:46:22 18 PREVIOUSLY AT YOUR DEPOSITION THAT YOU USED THE ADCIRC MODEL, S08 IN

08:46:30 19 CONJUNCTION WITH DR. WESTERINK; IS THAT CORRECT?

08:46:35 20 A.  YES.  THE ADCIRC IS THE MODEL, S08 IS THE GRID.

08:46:38 21         THE COURT:  YOU MIGHT -- BECAUSE THE COURT REPORTER IS

08:46:41 22 ATTEMPTING TO TAKE THESE DOWN, WHEN YOU GIVE THE ACRONYM, WOULD YOU

08:46:46 23 JUST SPELL IT OUT?

08:46:46 24 BY MR. JOANEN:

08:46:49 25 Q.  ADCIRC IS A-D-C-I-R-C.  IS THAT CORRECT, DR. WINER?

08:46:59  1    A.  THAT IS CORRECT.  AND THAT STANDS FOR AN ADVANCED CIRCULATION,

08:46:59  2    ADCIRC.

08:47:11  3    Q.  MY UNDERSTANDING WHEN YOU WERE WORKING ON THIS MODEL WITH

08:47:13  4    DR. WESTERINK, YOU RAN TWO DIFFERENT RUNS, TWO DIFFERENT GRIDS, IN

08:47:18  5    FACT, WITH NINE DIFFERENT STORMS; IS THAT CORRECT?

08:47:20  6    A.  NINE DIFFERENT STORMS AND A TENTH STORM WAS BETSY.

08:47:23  7    Q.  WHEN YOU RAN THESE STORMS WITH THESE MODELS, YOUR FIRST GRID HAD

08:47:34  8    ELEVATIONS AS THEY WERE THOUGHT TO EXIST AT THE TIME, ESSENTIALLY AN

08:47:34  9    OPEN MRGO; IS THAT CONTRACT?

08:47:36  10   A.  ONE GRID HAD AN OPEN MRGO.

08:47:36  11            THE COURT:  WHEN YOU SAY AT THE TIME, WHAT WAS THE PRECISE

08:47:39  12   TIME?

08:47:39  13   BY MR. JOANEN:

08:47:40  14   Q.  WHAT YEARS WERE YOU RUNNING THIS?

08:47:42  15   A.  I WAS -- THE TIME FRAME THAT WE WERE RUNNING THE MODEL WAS PRIOR

08:47:48  16   TO KATRINA, SOMEWHERE AROUND 2000, I GUESS.  THAT'S A WILD GUESS.

08:47:53  17   IT COULD HAVE BEEN ANYWHERE FROM, OH, '99 TO '03, SOME '02.  I DON'T

08:48:05  18   KNOW.

08:48:05  19   Q.  YOUR TESTIMONY IN DEPOSITION WAS IT WAS 2002.

08:48:07  20   A.  BUT THE QUESTION -- HUH?

08:48:08  21   Q.  YOUR TESTIMONY IN THE DEPOSITION WAS IN 2002.  IS THAT PROBABLY

08:48:11  22   ABOUT CORRECT?

08:48:11  23   A.  THAT'S PROBABLY CORRECT.

08:48:13  24   Q.  THE SECOND MODEL THAT YOU RAN, THE SECOND ADCIRC MODEL HAD

08:48:20  25   EXACTLY THE SAME ELEVATIONS THROUGHOUT EXCEPT THAT YOU ADJUSTED A

08:48:23 1   COUPLE OF NODES WHERE THE MRGO CROSSES LA LOUTRE RIDGE, IN FACT, IT

08:48:28 2   WAS DESIGNED TO CLOSE THE LA LOUTRE RIDGE MRGO AREA, CORRECT?

08:48:32 3   A.  THAT'S CORRECT.  I SIMULATED A BLOCKAGE IN THE CHANNEL.

08:48:36 4   Q.  NOW, AT YOUR DEPOSITION YOU WERE ASKED THE QUESTION ABOUT WAVES

08:48:40 5   AND THE IMPACT ON STRUCTURES, AND YOU AGREED THAT WAVES CAN HAVE A

08:48:44 6   SIGNIFICANT IMPACT ON A STRUCTURE.

08:48:45 7           IS THAT STILL YOUR TESTIMONY TODAY?

08:48:47 8   A.  WAVES ARE A VERY POWERFUL PART OF NATURE, THAT IS CORRECT.

08:48:51 9   Q.  AND THE ADCIRC MODELS THAT YOU RAN ON BEHALF OF THIS MRGO

08:48:57 10  REEVALUATION STUDY DID NOT INCORPORATE IN ANY WAY PROPAGATIONS; IS

08:49:01 11  THAT CORRECT?

08:49:01 12  A.  THE ADCIRC MODEL IS A CIRCULATION MODEL.  IT PRODUCES WATER

08:49:07 13  SURFACE ELEVATION AND CURRENTS.  WAVES ARE NOT A PART OF THE MODEL.

08:49:17 14  Q.  YOU WERE FURTHER PRESSED BY THE PERSON WHO WAS TAKING YOUR

08:49:21 15  DEPOSITION AT THE TIME, CONSIDERING YOUR EXTENSIVE UNDERSTANDING OF

08:49:25 16  WAVE IMPACTS ON STRUCTURES IN MODELING, WHETHER YOU HAD DONE ANY

08:49:29 17  STUDIES IN CONNECTION WITH YOUR MODELING ABOUT WHAT EFFECTS WAVES

08:49:31 18  WOULD HAVE ON THE PORTION OF THE MRGO REACH 2 LEVEES.

08:49:36 19          DO YOU RECALL THAT -- BEING ASKED THAT?

08:49:37 20  A.  NO, I AM NOT SURE WHAT THE QUESTION WAS.  IF YOU WANT TO SHOW ME

08:49:41 21  THE TRANSCRIPT, I'LL REVIEW IT.

08:49:42 22  Q.  I WILL BE GLAD TO.

08:49:43 23          MR. JOANEN:  YOUR HONOR, CAN I HAVE THE ELMO TURNED ON?

08:49:46 24          THE COURT:  YES, YOU MAY.

08:50:06 25          YOU CAN LOOK AT WHATEVER SCREEN YOU LIKE, SIR.

08:50:06 1    BY MR. JOANEN:

08:50:15 2    Q.  I'LL SHOW YOU -- YOUR HONOR, FOR CLARITY OF THE RECORD, THIS IS

08:50:19 3    PAGE 83 OF MR. WINER'S DEPOSITION.

08:50:22 4              AND I'LL DRAW YOUR ATTENTION TO PAGE 83, LINES 20 THROUGH

08:50:28 5    23.  AND THEY ASK, "YOU DID NO STUDY IN CONNECTION WITH YOUR

08:50:32 6    MODELING ABOUT WHAT EFFECTS WAVES WOULD HAVE ON THIS PORTION OF

08:50:36 7    REACH 2 OF MRGO?"  AND YOUR RESPONSE WAS, "MY STUDY WAS NOT ABOUT

08:50:40 8    WAVES."

08:50:45 9              THAT IS CONSISTENT WITH YOUR TESTIMONY?

08:50:45 10   A.  THAT IS CORRECT.

08:50:45 11   Q.  THEN THEY CONTINUE TO ASK YOU, ALSO ON PAGE 83, YOU WERE

08:51:01 12   QUESTIONED, "SO YOU DIDN'T DO THAT, RIGHT?"  AND YOU AGAIN INSISTED

08:51:06 13   YOUR STUDY DID NOT INCLUDE ANY WAVES.

08:51:09 14             MOVING ON TO PAGE 84, "I JUST WANT TO MAKE SURE FOR THE

08:51:16 15   RECORD THAT" -- IF YOU LOOK AT PAGE 84, LINE 6 AND 7 -- "I WANT TO

08:51:21 16   MAKE SURE FOR THE RECORD" --

08:51:21 17   A.  WHICH LINE?

08:51:22 18   Q.  SIX AND SEVEN ON PAGE 84 IN THE UPPER RIGHT.

08:51:24 19   A.  OKAY.

08:51:25 20   Q.  THEY WANTED TO MAKE SURE THAT THERE WERE NO WAVES INVOLVED IN

08:51:29 21   THIS MODELING BECAUSE BASICALLY THE INTEREST WAS THAT YOU WERE AN

08:51:32 22   EXPERT IN WAVE MODELING AND HAD DONE THE TYPES OF STUDIES THAT WOULD

08:51:36 23   ALLOW YOU TO HAVE AN UNDERSTANDING OF THAT.

08:51:38 24             ULTIMATELY, YOUR FINAL RESPONSE WAS -- AND I'LL DRAW YOUR

08:51:42 25   ATTENTION DOWN TO PAGE 85, LINE 9 THROUGH 15, WHEN YOU SAID, "I WAS

08:51:47 1   NOT TASKED TO ANALYZE WAVE EROSION.  I WAS NOT TASKED TO ANALYZE

08:51:51 2   ANYTHING OTHER THAN THE EFFECT ON STORM SURGE.  SO I WOULD PREFER

08:51:57 3   THAT -- IF YOU'D ASK ME ABOUT STORM SURGE AND STOP ASKING ME ABOUT

08:52:01 4   WAVES BECAUSE I HAVE NOT DONE ANY WAVE ANALYSIS."

08:52:03 5          THAT IS CONSISTENT TODAY, THAT YOU HAVE NOT DONE ANY WAVE

08:52:07 6   ANALYSIS?

08:52:07 7   A.  THAT'S CORRECT.

08:52:07 8   Q.  AND THE REASON YOU HAD NOT DONE ANY WAVE ANALYSIS, SIR, IS

08:52:10 9   BECAUSE YOU WERE NOT TASKED TO DO SO, CORRECT?

08:52:13 10  A.  THAT WAS NOT THE QUESTION THAT I WAS TASKED TO ANSWER.

08:52:16 11          MR. JOANEN:  THANK YOU, YOUR HONOR.  I HAVE NO OTHER

08:52:18 12  QUESTIONS.  I'LL TENDER THE WITNESS.

08:52:20 13          THE COURT:  THANK YOU.

08:52:36 14          MS. GREIF:  GOOD MORNING, YOUR HONOR.  MICHELLE GREIF FOR

08:52:39 15  THE UNITED STATES.  I JUST HAVE A FEW QUESTIONS.

08:52:39 16                        CROSS-EXAMINATION

08:52:41 17  BY MS. GREIF:

08:52:41 18  Q.  DR. WINER, THIS MORNING YOU WERE DISCUSSING YOUR WORK WITH

08:52:45 19  REGARD TO THE REEVALUATION STUDY.

08:52:48 20          WHAT WAS THE PURPOSE OF THE REEVALUATION STUDY?

08:52:50 21  A.  WELL, I AM NOT SURE EXACTLY BUT I THINK THEY WERE LOOKING AT

08:52:59 22  VARIOUS ALTERNATIVES.  THEY WERE REEVALUATING THE CHANNEL, AND MY

08:53:07 23  ROLE WAS TO SEE -- THEY WANTED TO -- THEY WANTED ME TO DETERMINE IF

08:53:12 24  THERE WERE ANY BENEFITS.  YOU KNOW, THE WAY THE CORPS WORKS IS COST

08:53:18 25  BENEFIT A LOT OF TIME.

—— FINAL DAILY COPY ——

08:53:21 1        AND SO -- THERE WERE MANY ALTERNATIVES THERE WERE

08:53:23 2   PROPOSED, AND SO I WAS EXAMINING HOW ANY CLOSURE OF THE MRGO,

08:53:33 3   WHETHER THERE WOULD BE ANY STORM SURGE REDUCTION BENEFITS.

08:53:36 4   Q.  SO THAT WAS WHAT YOU WERE TASKED TO DO AS PART OF THE

08:53:40 5   REEVALUATION STUDY?

08:53:41 6   A.  YES.

08:53:41 7   Q.  AND WHAT WERE YOUR FINDINGS IN THE STUDY?

08:53:44 8   A.  WELL, THAT WAS IN MY DEPOSITION.  THERE WAS MINIMAL REDUCTION OF

08:53:51 9   STORM SURGE FOR LOW AMPLITUDE -- STORMS WITH A LOW AMPLITUDE SURGE,

08:53:58 10  SURGE LESS THAN FOUR FEET OR SO.

08:54:01 11       THERE WOULD BE -- FOR ONE PARTICULAR STORM AT ONE

08:54:06 12  PARTICULAR PLACE, WE HAD A REDUCTION OF .5 FEET IN STORM SURGE, BUT,

08:54:13 13  YOU KNOW, THAT'S FOR A 4-FOOT STORM SURGE, SO IT REALLY DIDN'T MAKE

08:54:18 14  MUCH DIFFERENCE.  WHEN WE HAD THE HIGH STORM SURGE, WE SAW A MINIMAL

08:54:22 15  STORM SURGE REDUCTION.

08:54:24 16       MS. GREIF:  OKAY.  THANK YOU.  I HAVE NOTHING FURTHER.

08:54:26 17       THE COURT:  THANK YOU.

08:54:27 18       MR. JOANEN:  NOTHING FURTHER, YOUR HONOR.

08:54:29 19       THE COURT:  THANK YOU, SIR.  YOU MAY STEP DOWN.  THANK YOU

08:54:32 20  VERY MUCH.

08:54:36 21       MR. ROY:  YOUR HONOR, BEFORE WE CALL OUR FIRST PLAINTIFF

08:54:38 22  WITNESS OF THE DAY, I'D LIKE TO ADDRESS A 30(B)(6) OF WALTER BAUMY.

08:54:45 23       THE COURT:  YES, SIR.

08:54:48 24       MR. ROY:  MR. BAUMY IS EMPLOYED BY THE U.S. ARMY CORPS OF

08:54:52 25  ENGINEERS AS A CHIEF OF ENGINEERING DIVISION SINCE DECEMBER OF 2002

08:54:55  1    AND HAS HELD A POSITION AT THE CORPS SINCE DECEMBER OF '77.  THE

08:54:59  2    30(B)(6), HE IS TESTIFYING REGARDING THE STANDARDS AND CRITERIA OF

08:55:03  3    THE CONSTRUCTION OF THE LEVEES BETWEEN '65 AND THE PRESENT.

08:55:08  4              IN PARTICULAR, MR. BAUMY TESTIFIED AS A GENERAL RULE THE

08:55:11  5    OF CORPS ISSUES EM'S, OR ENGINEERING MANUALS, DISCUSSES SAME, TALKS

08:55:17  6    ABOUT IDENTIFYING THE SURROUNDING TERRAIN AND CONSIDERATIONS AND SO

08:55:20  7    FORTH.

08:55:20  8              MR. BAUMY'S TESTIMONY SUPPORTS THE PLAINTIFFS' ARGUMENT

08:55:23  9    THAT THE MRGO SHOULD BE MAINTAINED AND PRESERVED SO AS NOT TO CAUSE

08:55:28 10    HARM TO THE LEVEES.

08:55:29 11              THE COURT:  THANK YOU, SIR.

08:55:31 12              MR. ROY:  THE ACTUAL EXCERPTS, YOUR HONOR, WHICH I BELIEVE

08:55:34 13    YOU'VE ALREADY RECEIVED, ARE ACTUALLY BEING FORMALLY IDENTIFIED AS

08:55:41 14    JX 2.1.  AND THE EXHIBITS WITH IT -- THE INDEX TO THE EXHIBITS

08:55:46 15    ASSOCIATED WITH IT IS LISTED AS JX 2.2.  THOSE EXHIBITS ARE, OF

08:55:52 16    COURSE, 2.1 -- PX 2. -- ACTUALLY, JX 2.1, PX 1093, PX 1094, PX 1095,

08:56:07 17    PX 56, PX 1621, AND PX 1098.

08:56:12 18              AND WE'LL TURN THIS IN TO YOUR CLERK IMMEDIATELY FOLLOWING

08:56:15 19    THE SESSION.

08:56:16 20              THE COURT:  THANK YOU, SIR.

08:56:17 21              MR. ROY:  THANK YOU.  MR. ANDRY WILL HANDLE THE NEXT

08:56:21 22    PLAINTIFF.

08:56:21 23              MR. ANDRY:  GOOD MORNING, YOUR HONOR.  AT THIS TIME, THE

08:56:25 24    PLAINTIFFS WOULD LIKE TO CALL MS. LUCILLE FRANZ.

08:56:28 25              THE COURT:  ARE WE GOING TO NEED THE ELMO ANYMORE?  WE CAN

08:56:30  1    TURN THAT LIGHT OFF.

08:56:32  2           MR. ANDRY:  NO, SIR.

08:56:34  3           IN KEEPING WITH YOUR DIRECTIVE, YOUR HONOR, IN CONJUNCTION

08:56:36  4    WITH THIS WITNESS, THE PLAINTIFFS WOULD OFFER EXHIBITS 2050 --

08:56:40  5    EXCUSE ME, 2053, PAGE 20, WHICH IS THE FORM 95 FILED BY MS. FRANZ;

08:56:47  6    PX 2050, WHICH IS THE CORPS OF ENGINEERS' DENIAL LETTER FOR

08:56:58  7    MS. FRANZ'S CLAIM; EXHIBIT PX 1810.4, WHICH IS THE MAP WE TALKED

08:56:59  8    ABOUT WITH MS. SMITH YESTERDAY DEPICTING THE PLAINTIFFS' HOMES; AND

08:57:05  9    1715, PERHAPS, WHICH ARE THE FRANZ AFTER KATRINA PHOTOGRAPHS OF

08:57:10 10    THEIR PROPERTY.

08:57:11 11           THE COURT:  OKAY.  AND THE COURT NOTES THAT YOU'RE

08:57:13 12    DIRECTING US TO THOSE EXHIBITS WHICH ARE ALREADY IN THE RECORD.

08:57:17 13           MR. ANDRY:  AND MS. FRANZ IS A PLAINTIFF AND WILL TESTIFY

08:57:19 14    ABOUT HER EXPERIENCE AND DAMAGES, YOUR HONOR.

08:57:21 15           THE COURT:  YES.

08:57:22 16           THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND, MA'AM.

08:57:26 17        (WHEREUPON, LUCILLE FRANZ, WAS SWORN IN AND TESTIFIED AS

08:57:26 18        FOLLOWS:)

08:57:32 19           THE DEPUTY CLERK:  WOULD YOU PLEASE BE SEATED.

08:57:35 20           THE COURT:  WATCH THAT MIC.  IT'S DANGEROUS.

08:57:38 21           THE DEPUTY CLERK:  STATE YOUR NAME AND SPELL IT FOR THE

08:57:39 22    RECORD, MA'AM.

08:57:41 23           THE WITNESS:  MY NAME IS LUCILLE FRANZ, L-U-C-I-L-L-E,

08:57:46 24    F-R-A-N-Z.

08:57:47 25                        DIRECT EXAMINATION

                              ═ FINAL DAILY COPY ═

BY MR. ANDRY:

Q.  MS. FRANZ, WHAT IS YOUR CURRENT ADDRESS?

A.  I AM LIVING AT 8397 JEFFERSON HIGHWAY IN HARAHAN.

Q.  AND, CARL, COULD YOU PULL UP EXHIBIT 2053 PAGE 20, PLEASE.

        AND, MS. FRANZ, THIS IS THE FORM 95.  IS THIS THE FORM 95
THAT YOU AUTHORIZED ME TO FILE ON YOUR BEHALF FOR YOUR CLAIM IN THIS
MATTER?

A.  YES, IT IS.

Q.  AND, CARL, COULD YOU PULL UP 2050, PLEASE.

        AND, MS. FRANZ, IS THIS THE DENIAL LETTER THAT YOU
RECEIVED FROM THE UNITED STATES ARMY CORPS OF ENGINEERS PERTAINING
TO THE NOTICE THAT YOU FILED WITH YOUR FORM 95 AND IT'S DENYING YOUR
CLAIM?

A.  YES.

Q.  MS. FRANZ, ARE YOU CURRENTLY MARRIED?

A.  YES, I AM.

Q.  HOW LONG HAVE YOU BEEN MARRIED?

A.  FIFTY-SIX YEARS.

Q.  AND WHO ARE YOU MARRIED TO?

A.  ANTHONY O. FRANZ.

Q.  AND HOW MANY CHILDREN DO YOU HAVE?

A.  THREE.

Q.  WHAT ARE THEIR NAMES?

A.  ANTHONY FRANZ, III; LISA MARIE FRANZ; AND TONYA MARIA FRANZ
SMITH.

08:59:10 1   Q.  WHERE DID YOU GROW UP, MS. FRANZ?

08:59:13 2   A.  I GREW UP -- WELL, I LIVED IN ST. BERNARD PARISH AND THEN WE

08:59:17 3   MOVED TO NEW ORLEANS WHEN I WAS 11 AND WE JUST LIVED THERE.

08:59:22 4   Q.  COULD YOU GIVE THE COURT A BRIEF EDUCATIONAL HISTORY OF WHERE

08:59:24 5   YOU WENT TO SCHOOL?

08:59:26 6   A.  I WENT TO OLD MCDONOGH 19 SCHOOL, WHICH WAS ACROSS THE STREET

08:59:32 7   FROM MY HOME, AND ALSO WENT TO ARABI HIGH SCHOOL ON FRISCOVILLE,

08:59:39 8   WHICH IS A FEW BLOCKS FROM THERE IN ST. BERNARD PARISH.

08:59:42 9   Q.  AND MCDONOGH 19 IS ON --

08:59:44 10  A.  ST. CLAUDE.

08:59:45 11  Q.  -- THE 6000 BLOCK OF ST. CLAUDE AVENUE?

08:59:48 12  A.  RIGHT.

08:59:49 13  Q.  AT THE TIME OF HURRICANE KATRINA, WERE YOU ON A FIXED INCOME?

08:59:58 14  A.  YES.

08:59:58 15  Q.  DO YOU HAVE A PENSION THAT YOU DRAW, YOU INDIVIDUALLY?

09:00:03 16  A.  THE ONLY THING I RECEIVE IS MY SMALL SOCIAL SECURITY CHECK, BUT

09:00:10 17  MY HUSBAND HAS PENSIONS.

09:00:15 18  Q.  APPROXIMATELY HOW MUCH MONEY A MONTH IS YOUR SOCIAL SECURITY

09:00:15 19  CHECK?

09:00:15 20  A.  I ONLY GET $263 A MONTH.

09:00:21 21  Q.  WERE YOU RECEIVING THAT AT THE TIME OF HURRICANE KATRINA?

09:00:24 22  A.  YES, UH-HUH.

09:00:26 23  Q.  AT THE TIME OF HURRICANE KATRINA, WHERE WERE YOU RESIDING?

09:00:29 24  A.  I WAS RESIDING AT 5926 ST. CLAUDE AVENUE.

09:00:34 25  Q.  IS THAT A DUPLEX HOME?

09:00:36 1   A.   IT'S A DUPLEX HOME IN THE LOWER NINTH WARD.

09:00:39 2   Q.   WHO LIVED NEXT TO YOU IN THE OTHER HALF OF THE DUPLEX?

09:00:43 3   A.   MY SON.

09:00:44 4   Q.   CARL, COULD YOU PULL UP 1810.4, PX 1810.4.

09:00:54 5            MS. FRANZ, CAN YOU IDENTIFY IN THE EXHIBIT HE IS GOING TO

09:00:57 6   PULL UP, IF YOU WOULD, THE APPROXIMATE LOCATION OF YOUR RESIDENCE AT

09:01:02 7   THE TIME OF HURRICANE KATRINA?

09:01:03 8   A.   I DON'T SEE TOO WELL.  LET ME SEE.  YES, I CAN.

09:01:06 9   Q.   AND DOES THAT DOT ON EXHIBIT PX 1810.4 APPROXIMATE THE LOCATION

09:01:14 10  OF YOUR RESIDENCE AT THE TIME OF HURRICANE KATRINA?

09:01:16 11  A.   THAT'S RIGHT.

09:01:19 12  Q.   WAS THE ONLY BUILDING THAT YOU AND YOUR HUSBAND LIVED IN -- WERE

09:01:27 13  THERE ANY APARTMENTS IN THAT BUILDING?

09:01:29 14  A.   YES, THERE WERE.  IT WAS A -- FOUR APARTMENTS.  AND THEY HAD --

09:01:34 15  WE HAD A GARAGE IN THE BACK AND WE HAD A LITTLE APARTMENT AT THE TOP

09:01:38 16  OF THAT.  SO IT WAS REALLY FIVE APARTMENTS.

09:01:41 17  Q.   AT THE TIME OF HURRICANE KATRINA, WERE ANY OF THOSE APARTMENTS

09:01:43 18  RENTED OUT?

09:01:44 19  A.   NO.  IT WAS JUST MY SON NEXT DOOR AND I LIVE -- WE BOTH LIVE

09:01:49 20  UPSTAIRS.

09:01:50 21  Q.   WAS THERE A GARAGE APARTMENT ON THE PROPERTY ALSO?

09:01:52 22  A.   YES, THERE IS.

09:01:54 23  Q.   AT THE TIME OF HURRICANE KATRINA, WAS THAT GARAGE APARTMENT

09:01:57 24  RENTED OUT?

09:01:57 25  A.   NO, IT WASN'T.

550

09:01:59  1    Q.  AT THE TIME OF HURRICANE KATRINA, WHERE WERE YOU GOING TO

09:02:05  2    CHURCH?

09:02:06  3    A.  I USED TO GO TO ST. MAURICE CHURCH.

09:02:12  4    Q.  WHERE IS THAT?

09:02:13  5    A.  IT'S ABOUT TWO BLOCKS -- ABOUT FOUR OR FIVE BLOCKS FROM

09:02:17  6    ST. CLAUDE.

09:02:18  7    Q.  AND OTHER THAN -- DID YOU HAVE FRIENDS AND PEOPLE THAT YOU SAW

09:02:23  8    IN CHURCH ON A REGULAR BASIS?

09:02:25  9    A.  YES, I DID.

09:02:26 10    Q.  DID YOU HAVE RELATIONSHIPS WITH THOSE PEOPLE THAT YOU SAW, WERE

09:02:29 11    YOU FRIENDS WITH THEM?

09:02:30 12    A.  YES, UH-HUH.

09:02:31 13    Q.  DID YOU LIVE -- HAVE YOU EVER LIVED ANYWHERE OTHER THAN WITH

09:02:41 14    MR. FRANZ AT 5926 ST. CLAUDE?

09:02:45 15    A.  I LIVED ON MARAIS STREET.

09:02:48 16    Q.  WHERE IS MARAIS IN RELATION TO ST. CLAUDE?

09:02:51 17    A.  IT'S ONLY A BLOCK OFF ST. CLAUDE.

09:02:54 18    Q.  SO HAVE YOU SPENT MOST OF YOUR ADULT LIFE WITHIN THE LOWER NINTH

09:03:02 19    WARD AND/OR UPPER ST. BERNARD?

09:03:04 20    A.  CORRECT.

09:03:05 21    Q.  WHEN DID YOU FIRST DETERMINE YOU NEEDED TO EVACUATE FOR

09:03:11 22    HURRICANE KATRINA?

09:03:11 23    A.  WHEN WE HEARD IT ON THE TELEVISION TO EVACUATE AND IT WAS GOING

09:03:18 24    TO BE A POWERFUL STORM.  SO I WENT WITH MY DAUGHTER AND MY HUSBAND

09:03:25 25    WENT WITH MY OLDEST DAUGHTER AND WE EVACUATED TO BATON ROUGE.

09:03:30  1    Q.  DID YOU LISTEN TO THE TESTIMONY OF MS. SMITH YESTERDAY?

09:03:38  2    A.  YES, I DID.

09:03:38  3    Q.  AND HER STORY OF THE EVACUATION, IS THAT ABOUT THE SAME VERSION

09:03:40  4    AS YOU RECOLLECT?

09:03:41  5    A.  YES, IT IS.

09:03:42  6    Q.  AFTER THE STORM, HOW LONG DID YOU AND MR. FRANZ LIVE IN BATON

09:03:47  7    ROUGE?

09:03:47  8    A.  I GUESS ABOUT FIVE TO SIX WEEKS.  WE WERE THERE QUITE A WHILE.

09:03:55  9    WE COULDN'T RETURN HOME RIGHT AWAY.

09:03:56 10    Q.  WHAT WERE THE LIVING CONDITIONS LIKE IN BATON ROUGE AFTER THE

09:04:00 11    STORM?

09:04:00 12    A.  WELL, IT WAS 16 OF US.  AND THEN MY SON CAME BACK TWO WEEKS

09:04:05 13    LATER AND -- A WEEK OR TWO LATER AND IT WAS 17 OF US.  SO THERE WERE

09:04:11 14    PEOPLE SLEEPING ON THE FLOOR, CHAIR, WHEREVER WE COULD SLEEP AT, YOU

09:04:16 15    KNOW.  IT WAS PRETTY HARD.

09:04:18 16    Q.  DID Y'ALL SPEND THE NIGHT -- THE NIGHT THAT THE STORM HIT -- IN

09:04:25 17    SPRING, TEXAS?  IS THAT CORRECT?

09:04:27 18    A.  YES, WE DID.

09:04:28 19    Q.  WHEN WAS THE FIRST TIME AFTER THE STORM THAT YOU WERE ABLE TO

09:04:33 20    COME BACK -- LET ME ASK YOU THIS.

09:04:35 21         DID ANY OF YOUR FAMILY STAY FOR THE STORM IN NEW ORLEANS?

09:04:39 22    A.  NO.  I HAD -- MY TWO BROTHERS AND MY SON AND HIS GIRLFRIEND, HIS

09:04:47 23    FAMILY, THEY WERE LEFT BEHIND.  THEY DIDN'T EVACUATE.  AND I HAD A

09:04:51 24    SISTER AT ST. RITA'S HOME.

09:04:54 25    Q.  AND WHAT HAPPENED TO YOUR SISTER AT ST. RITA'S?

09:04:58 1   A.  SHE DROWNED IN A WHEELCHAIR.

09:05:00 2   Q.  AND HOW WERE YOU FIRST MADE AWARE OF THE FACT THAT YOUR SISTER

09:05:03 3   DROWNED IN A WHEELCHAIR AT ST. RITA'S?

09:05:06 4   A.  WELL, MY BROTHER -- MY OLDEST BROTHER WAS BROUGHT TO DALLAS

09:05:12 5   AND -- OF COURSE, HIS FEET WERE ALL INFECTED FROM BREAKING THE WALLS

09:05:16 6   DOWN IN MY DAUGHTER'S HOME TO GET OUT TO HANG ON THE FAN.  AND THE

09:05:23 7   OWNER OF THE HOME -- THEY HAD TO PUT HIM IN A HOME BECAUSE HE WAS

09:05:26 8   REALLY BAD OFF.  HE HAD TO BE IN A WHEELCHAIR.

09:05:29 9        AND THE OWNER OF THE HOME CALLED ME UP AND INFORMED ME

09:05:32 10  THAT MY SISTER HAD DROWNED IN A WHEELCHAIR, AND SHE WANTED TO KNOW

09:05:35 11  IF I SHOULD TELL MY BROTHER ANYTHING.  I SAID, WELL, I GUESS WE

09:05:40 12  BETTER -- YOU BETTER GO AHEAD AND LET HIM KNOW.  HE HAS TO HAVE A

09:05:43 13  GOOD HEART, YOU KNOW.  AND THAT'S HOW I FOUND OUT ABOUT IT.

09:05:46 14        BUT THEN WHILE I WAS IN BATON ROUGE, WE WERE LOOKING AT

09:05:49 15  THE TV, AND I ACTUALLY SAW WHEN THEY SCOOPED HER DEAD BODY INTO A

09:05:56 16  LITTLE BASKET, WHEN THEY PICKED HER UP.  IT WAS HORRIBLE.

09:06:00 17  Q.  I'M SORRY ABOUT THAT, MS. FRANZ.

09:06:04 18  A.  I KNOW.

09:06:05 19  Q.  DID YOUR SON STAY AT THE HOUSE AT 5924 ST. CHARLES -- EXCUSE ME,

09:06:12 20  ST. CLAUDE?

09:06:13 21  A.  YES, HE DID STAY.  HE PASSED THE HURRICANE THERE, BUT HE

09:06:17 22  EVENTUALLY HAD TO GET INTO A HELICOPTER.  AND HE WAS ABOUT -- THEY

09:06:23 23  BROUGHT HIM TO A LITTLE BAPTIST CHURCH.  IT WAS ABOUT TWO HOURS FROM

09:06:25 24  DALLAS, TEXAS.

09:06:26 25  Q.  GOING BACK TO THE TIME YOU WERE IN BATON ROUGE, REALIZING THAT

09:06:30  1   YOU HAD YOUR SISTER AND YOUR BROTHER AND YOUR SON STAYING IN NEW

09:06:34  2   ORLEANS, HOW DID THAT AFFECT YOU PSYCHOLOGICALLY?

09:06:37  3   A.  OH, I JUST THOUGHT THEY HAD ALL DROWNED.  I DIDN'T KNOW HOW MUCH

09:06:41  4   WATER THEY HAD.  I HEARD IT WAS REALLY, YOU KNOW, DEVASTATING.  AND

09:06:46  5   I WALKED THE FLOORS.  REALLY, I LITERALLY WALKED THE FLOORS.

09:06:50  6   Q.  PRIOR TO THE STORM, COULD YOU DESCRIBE TO THE JUDGE A WEEK IN

09:06:56  7   YOUR LIFE?

09:06:58  8   A.  IT WAS REALLY ROUGH.  IT WAS VERY, VERY DIFFICULT BECAUSE WE

09:07:04  9   WERE TRYING TO FIND THEM, AND MY DAUGHTER WAS ON THE COMPUTER TRYING

09:07:08 10   TO FIND -- LOCATE THEM.  WE DIDN'T HEAR NOTHING FROM THEM.  WE

09:07:13 11   COULDN'T HEAR ANYTHING FROM THEM.  AND THEN EVENTUALLY WE FOUND OUT

09:07:16 12   THAT THEY WERE ALIVE, YOU KNOW, EXCEPT MY OTHER SISTER THAT DIED --

09:07:20 13   DROWNED AT ST. RITA'S.

09:07:22 14   Q.  WHEN WAS THE FIRST TIME THAT YOU CAME BACK TO YOUR PROPERTY AT

09:07:26 15   5926 ST. CLAUDE AFTER THE STORM?

09:07:29 16   A.  I THINK IT WAS NEAR THE END OF OCTOBER.  I COULDN'T SAY THE

09:07:32 17   EXACT DATE.  I DON'T REMEMBER.

09:07:34 18   Q.  BEFORE KATRINA, DID YOU AND YOUR HUSBAND HAVE ANY VEHICLES,

09:07:40 19   CARS?

09:07:40 20   A.  YES.  WE EACH HAD A CAR.  WE HAD TWO CARS.

09:07:43 21   Q.  WHERE DID YOU LEAVE YOUR CARS PRIOR TO THE STORM?

09:07:46 22   A.  WE LEFT THEM BY MY DAUGHTER'S HOUSE AT THE TIME, BY TONYA'S

09:07:52 23   HOUSE.

09:07:52 24   Q.  WHAT TYPE OF CAR DID YOU HAVE?

09:07:55 25   A.  WE HAD A RED CADILLAC DEVILLE AND WE HAD -- IT WAS A LITTLE

09:08:03 1   GREEN CHEVROLET.

09:08:06 2   Q.  DID YOU LOSE THOSE VEHICLES IN THE STORM?

09:08:08 3   A.  YES, WE DID.

09:08:10 4   Q.  AFTER LIVING IN BATON ROUGE, YOUR DAUGHTER TOLD US YESTERDAY

09:08:22 5   THAT Y'ALL LIVED IN AN APARTMENT.  WHERE WAS YOUR APARTMENT AFTER

09:08:24 6   YOU SPENT FIVE WEEKS IN BATON ROUGE AFTER THE STORM?

09:08:27 7   A.  AFTER THE STORM WE FOUND AN APARTMENT THAT WE'RE STAYING IN NOW

09:08:33 8   ON JEFFERSON HIGHWAY, AND WE STILL THERE.

09:08:38 9   Q.  HOW MUCH RENT DOES THAT COST YOU A MONTH?

09:08:41 10  A.  $675 A MONTH.

09:08:44 11  Q.  WHEN WAS THE FIRST TIME THAT YOU CAME BACK AND SAW YOUR HOUSE ON

09:08:53 12  ST. CLAUDE AVENUE?

09:08:54 13  A.  AROUND THE END OF OCTOBER WHEN WE WERE ABLE TO COME IN.  THEY

09:08:58 14  WOULDN'T LET US IN.

09:09:01 15  Q.  YOU WERE ORDERED OUT BY THE GOVERNMENT -- EXCUSE ME -- BY THE

09:09:04 16  CITY OF NEW ORLEANS?

09:09:04 17  A.  THE CITY OF NEW ORLEANS WOULD NOT LET US IN UNTIL A CERTAIN

09:09:08 18  DATE.

09:09:08 19  Q.  AND COULD YOU DESCRIBE TO US WHAT YOUR HOUSE LOOKED LIKE WHEN

09:09:11 20  YOU RETURNED?

09:09:12 21  A.  OH, MY GOD, IT WAS HORRIBLE.  THERE WERE THINGS THROWN ALL OVER

09:09:18 22  THE PLACE.  SOMETHING WENT INTO THE SIDE OF THE WALL, COULD BE

09:09:29 23  POSSIBLY A VEHICLE OR SOMETHING.  IT WAS A HUGE HOLE IN THE WALL.

09:09:29 24  AND IT'S START TO SPLIT AND IT'S LEANING TOWARDS THE RIGHT.  IT WAS

09:09:36 25  REALLY MESSED UP.  WE COULDN'T EVEN GET IN, YOU KNOW, DOWNSTAIRS AT

09:09:41 1   ALL.  WE CAN'T GET IN THERE.  IT'S REALLY MESSED UP.

09:09:44 2   Q.  CARL, COULD YOU PULL UP EXHIBIT 1501 PAGE 53.

09:09:54 3        IS THAT THE SIDE OF YOUR HOUSE ON ST. CLAUDE?

09:09:56 4   A.  THAT'S THE HOLE.  SOMEBODY PLACED THE STUFF BACK AFTERWARDS.

09:10:02 5   THEY TRIED TO FIX A PIECE OF THE PUZZLE, AND IT WAS TOO LATE.  THAT

09:10:06 6   WAS A WINDOW THAT WAS KNOCKED OUT, AND THAT WAS THE SIDE OF THE

09:10:11 7   HOUSE, UH-HUH.

09:10:11 8   Q.  AND COULD YOU TELL THE COURT WHICH SIDE OF THE HOUSE THAT IS AND

09:10:16 9   WHERE IN YOUR HOUSE ON ST. CLAUDE THAT DAMAGE WAS?

09:10:18 10  A.  THAT WAS THE CORNER, WE ON THE CORNER, AND THAT WAS THE FIRST

09:10:25 11  ROOM OF THE HOUSE.

09:10:30 12  Q.  IS THAT ON THE ST. CLAUDE SIDE OR IS THAT ON THE GORDON STREET

09:10:37 13  SIDE?

09:10:37 14  A.  THAT'S ON THE GORDON STREET SIDE.

09:10:39 15  Q.  SO IF YOUR HOUSE FACES ST. CLAUDE, THAT WOULD BE ON THE RIGHT

09:10:42 16  SIDE OF YOUR HOUSE; IS THAT CORRECT?

09:10:43 17  A.  RIGHT, UH-HUH.

09:10:45 18  Q.  AND CARL, COULD YOU PULL UP PAGE 23.

09:10:53 19        IS THAT WHAT THE FRONT OF YOUR HOUSE LOOKED LIKE WHEN YOU

09:10:55 20  RETURNED HOME?

09:10:56 21  A.  THAT'S RIGHT.  THAT'S THE FRONT OF THE HOUSE.

09:10:58 22  Q.  DID YOUR SON STAY IN THE HOUSE DURING THE STORM?

09:11:04 23  A.  YES, HE DID.  HE STAYED UPSTAIRS.

09:11:06 24  Q.  AND HOW MUCH WATER WAS IN THE HOUSE AT THE TIME OF THE STORM?

09:11:11 25  A.  IT WAS ABOUT CLOSE TO THREE FEET UPSTAIRS.

09:11:17 1    Q.  AND SO HOW HIGH WOULD THAT BE IN THE STREET IF YOU WERE LOOKING

09:11:21 2    AT YOUR HOUSE APPROXIMATELY?

09:11:22 3    A.  I THINK BETWEEN 18 TO 22 FEET.

09:11:27 4    Q.  SO DID THE WATER GET TO ALL OF THE ROOMS IN WHICH YOU AND

09:11:32 5    MR. FRANZ LIVED?

09:11:33 6    A.  YES.  EVERYTHING WAS DESTROYED.

09:11:36 7    Q.  CARL, IF YOU COULD PULL UP PAGE 8, PLEASE.

09:11:48 8              MS. FRANZ, COULD YOU DESCRIBE WHAT'S IN THAT PHOTOGRAPH?

09:11:51 9    A.  IT'S KIND OF HARD TO DESCRIBE.  EVERYTHING JUST FELL OVER, YOU

09:11:57 10   KNOW.  I DON'T KNOW.  IT LOOKS LIKE FURNITURE AND EVERYTHING ELSE

09:12:04 11   PILED UP IN THERE.

09:12:05 12   Q.  DO YOU KNOW WHAT PART OF THE HOUSE THAT WAS IN PHOTOGRAPH EIGHT?

09:12:09 13   A.  I THINK THAT WAS A BEDROOM.  I'M NOT SURE.  NO, I SEE A LADDER.

09:12:22 14   IT MUST BE THE WASHROOM THAT WE HAD DOWNSTAIRS.  THAT'S WHAT I

09:12:28 15   BELIEVE.

09:12:28 16   Q.  IN LOOKING AT PHOTOGRAPH NO. 8 -- AND FOR THE RECORD, YOUR

09:12:32 17   HONOR, WE'LL MARK THAT AS 1501.8 SO WE KNOW WHAT WE'RE TALKING

09:12:39 18   ABOUT.

09:12:39 19              BUT DOES THAT PHOTOGRAPH APPROXIMATE OR LOOK LIKE THE

09:12:44 20   MAJORITY OF THE REMAINDER OF YOUR HOUSE LOOKED WHEN YOU RETURNED

09:12:46 21   HOME?

09:12:46 22   A.  THAT'S HOW IT LOOKED, YES.  THAT'S THE HOUSE, YES.

09:12:54 23   Q.  DID YOU PREPARE A CONTENTS LIST, MS. FRANZ, OF THE ITEMS THAT

09:13:00 24   WERE IN YOUR HOUSE THAT YOU LOST?

09:13:02 25   A.  YES, I DID, TO THE BEST OF MY KNOWLEDGE, ANYWAY.

09:13:05  1   Q.  AND DID YOU PROVIDE ME AND MR. SCOTT TAYLOR WITH THAT LIST?

09:13:12  2   A.  YES, I DID.

09:13:12  3   Q.  AND DID THAT LIST -- COULD YOU PULL UP 1715, PLEASE.

09:13:21  4        AND IN LOOKING AT EXHIBIT 1715 WHICH IS -- WE COMPILED A

09:13:26  5   SPREADSHEET, DOES THAT CONTAIN ALL OF THE ITEMS THAT YOU LOST IN THE

09:13:30  6   STORM?

09:13:30  7   A.  TO THE BEST OF MY KNOWLEDGE, YES.  THERE MAY BE A FEW THINGS

09:13:37  8   THAT I DIDN'T REMEMBER OR SOMETHING, YOU KNOW, BUT I COULDN'T EVEN

09:13:40  9   GET IN.  I COULD LOOK THROUGH THE WINDOWS AND SEE WHAT WE HAD, YOU

09:13:45 10   KNOW, AND TRY TO REMEMBER EVERYTHING.

09:13:47 11   Q.  AND I HATE TO ASK YOU THIS, BUT APPROXIMATELY HOW OLD WERE YOU

09:13:51 12   AT THE TIME OF THE STORM?

09:13:52 13   A.  THAT WAS FOUR YEARS AGO, I GUESS I WAS -- I WAS 71, I THINK.

09:13:59 14   Q.  HOW DID YOU FEEL WHEN YOU FIRST SAW YOUR HOUSE WHEN YOU CAME

09:14:05 15   BACK AFTER HURRICANE KATRINA?

09:14:06 16   A.  I WAS SHOCKED.  I WAS -- YOU KNOW, I JUST COULDN'T EVEN BELIEVE

09:14:11 17   IT.  IT WAS UNBELIEVABLE.

09:14:14 18   Q.  ARE THERE ITEMS THAT YOU LOST THAT WERE IRREPLACEABLE ITEMS?

09:14:19 19   A.  RIGHT, THERE WERE.  I HAD SOME ANTIQUES, AND I HAD ALL OF MY

09:14:24 20   CHILDRENS' PICTURES, YOU KNOW, 11-BY-14S AND STUFF LIKE THAT.  I

09:14:32 21   LOST ALL OF THAT.  I LOST MY GOLD NECKLACE THAT I HAD.  I NEVER

09:14:40 22   DID -- NEVER COULD FIND THAT.

09:14:43 23   Q.  ARE YOU AND YOUR HUSBAND GOING TO REBUILD YOUR HOUSE ON

09:14:46 24   ST. CLAUDE?

09:14:46 25   A.  NO.  IT CANNOT BE REBUILT.  IT WOULD COST ENTIRELY TOO MUCH

09:14:51 1    MONEY.

09:14:51 2    Q.  DO YOU HAVE ANY PLANS TO RETURN TO 5924 ST. CLAUDE?

09:14:55 3    A.  NO, WE CAN'T.

09:15:00 4            MR. ANDRY:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

09:15:02 5            THE COURT:  THANK YOU, SIR.

09:15:04 6                         CROSS-EXAMINATION

09:15:04 7    BY MR. MYER:

09:15:10 8    Q.  JUST A COUPLE OF THINGS, MS. FRANZ.  YOU HAVE NO INTENTION OF

09:15:14 9    RETURNING TO LIVE AT THE HOUSE ON ST. CLAUDE, DO YOU?

09:15:18 10   A.  I COULDN'T.  IT HAS TO BE DEMOLISHED.  IT'S DESTROYED.

09:15:22 11   Q.  ALL RIGHT.  AND THE LIST OF CONTENTS THAT YOU MADE, AGAIN, THESE

09:15:28 12   ARE ALL -- ALL OF THE NUMBERS ON HERE, THOSE DIDN'T COME FROM ANY

09:15:33 13   PRICE LISTS OR CATALOGS OR ANYTHING.  THAT LIST --

09:15:38 14   A.  NO.  THAT'S WHAT I ASSUMED IT WAS, YOU KNOW.

09:15:40 15   Q.  YES.

09:15:41 16   A.  SOME OF THE STUFF I KNEW HOW MUCH IT COSTS, SOME I DIDN'T.

09:15:47 17           MR. MYER:  NOTHING FURTHER.

09:15:50 18           MR. ANDRY:  THANK YOU, MS. FRANZ.

09:15:52 19           THE COURT:  THANK YOU VERY MUCH, MA'AM.  YOU MAY STEP DOWN

09:15:53 20   AND BE CAREFUL WITH ALL OF THE WIRES AND OTHER THINGS WE HAVE.

09:15:56 21           THE WITNESS:  THANK YOU.

09:16:10 22           MR. ANDRY:  AT THIS TIME, YOUR HONOR, THE PLAINTIFFS WOULD

09:16:11 23   LIKE TO CALL MR. ANTHONY FRANZ.

09:16:19 24           THE COURT:  THANK YOU, SIR.

09:16:19 25           MR. ANDRY:  AND, YOUR HONOR, CONSISTENT WITH YOUR

                            — FINAL DAILY COPY —

09:16:21  1    DIRECTIVE, IN CONJUNCTION WITH MR. FRANZ'S TESTIMONY, THE PLAINTIFFS

09:16:25  2    WOULD OFFER AND DISCUSS EXHIBITS PX 2053, PAGE 18, WHICH IS HIS

09:16:29  3    FORM 95 NOTICE OF CLAIM; PX 2049, WHICH IS THE DENIAL LETTER FROM

09:16:35  4    THE ARMY CORPS OF ENGINEERS; PX 1501 AND SEVERAL PAGES, WHICH ARE

09:16:41  5    THE PHOTOGRAPHS OUT OF THE AFTER PHOTOGRAPHS FROM HURRICANE KATRINA

09:16:45  6    FOR THE FRANZES.

09:16:46  7            THE COURT:  THANK YOU.

09:16:57  8            I NOTE THE COURT ROOM DEPUTY IS NOT HERE SO I AM GOING TO

09:17:00  9    HAVE TO ADMINISTER THE OATH.

09:17:02 10            SIR, IF YOU WOULD STAND, RAISE HAND, AND WATCH THAT

09:17:05 11    MICROPHONE.

09:17:06 12        (WHEREUPON, ANTHONY O. FRANZ, JR., WAS SWORN IN AND TESTIFIED

09:17:18 13        AS FOLLOWS:)

09:17:18 14                         DIRECT EXAMINATION

09:17:18 15    BY MR. ANDRY:

09:17:21 16    Q.  GOOD MORNING, MR. FRANZ.  COULD YOU PLEASE STATE YOUR FULL NAME

09:17:24 17    AND SPELL IT FOR THE RECORD, PLEASE?

09:17:28 18            THE COURT:  THANK YOU, COUNSEL.

09:17:30 19            THE WITNESS:  HUH?

09:17:30 20    BY MR. ANDRY:

09:17:32 21    Q.  COULD YOU PLEASE STATE YOUR FULL NAME AND SPELL IT FOR THE COURT

09:17:36 22    REPORTER AND FOR THE RECORD, PLEASE?

09:17:36 23    A.  YES.  MY NAME IS ANTHONY O. FRANZ, JUNIOR.  A-N-T-H-O-N-Y,

09:17:45 24    MIDDLE INITIAL O, F-R-A-N-Z, J-R, JUNIOR.

09:17:54 25    Q.  MR. FRANZ, WHAT IS YOUR CURRENT ADDRESS?

09:17:57 1    A.  8397 JEFFERSON HIGHWAY, APARTMENT A.

09:18:01 2    Q.  CARL, COULD YOU PULL UP EXHIBIT PX 2053, PAGE 18.  KIND OF BACK

09:18:23 3    UP A LITTLE BIT.

09:18:24 4            CAN YOU SEE THAT ON THE MONITOR, MR. FRANZ?

09:18:26 5    A.  YES.

09:18:27 6    Q.  IS THAT THE FORM 95 THAT YOU AUTHORIZED ME AND THE OTHER

09:18:30 7    ATTORNEYS TO FILE ON YOUR BEHALF IN CONJUNCTION WITH YOUR CLAIM IN

09:18:35 8    THIS MATTER?

09:18:35 9    A.  YES, IT IS.

09:18:36 10   Q.  AND COULD YOU PULL UP EXHIBIT 2049, PLEASE, PX 2049.

09:18:44 11           MR. FRANZ, IS THAT THE DENIAL LETTER THAT YOU RECEIVED

09:18:48 12   FROM THE UNITED STATES DEPARTMENT OF THE ARMY DENYING YOUR CLAIM

09:18:52 13   THAT YOU MADE WITH THE FORM 95?

09:18:54 14   A.  YES, IT IS.

09:18:55 15   Q.  MR. FRANZ, WHERE DID YOU GROW UP?

09:18:59 16   A.  IN NEW ORLEANS, THE LOWER NINTH WARD.

09:19:05 17   Q.  WHEN YOU WERE BROUGHT HOME FROM THE HOSPITAL, WHAT WAS YOUR

09:19:09 18   ADDRESS WHEN YOU WERE BORN?

09:19:10 19   A.  MY ADDRESS, MY FIRST ADDRESS, IT WAS 5924 ST. CLAUDE AVENUE.

09:19:18 20   Q.  AND HOW LONG DID YOU LIVE AT THAT ADDRESS IN YOUR LIFE?

09:19:26 21   A.  WELL, I'M 80 YEARS OLD, AND EXCEPT FOR A PERIOD OF 12 TO

09:19:31 22   15 YEARS, I HAVE LIVED THERE ALL OF MY LIFE.

09:19:33 23   Q.  WHERE DID YOU GO TO GRAMMAR SCHOOL, MR. FRANZ?

09:19:38 24   A.  I WENT TO GRAMMAR SCHOOL AT MCDONOGH 19 ELEMENTARY SCHOOL, WHICH

09:19:43 25   WAS RIGHT ACROSS THE STREET FROM MY HOUSE.

09:19:46 1    Q.   SO MCDONOGH 19 WAS RIGHT ACROSS THE STREET FROM 5924 ST. CLAUDE?

09:19:51 2    A.   YES.

09:19:51 3    Q.   WHERE DID YOU GO TO HIGH SCHOOL?

09:19:53 4    A.   I WENT TO HIGH SCHOOL -- IT WAS FRANCIS T. NICHOLLS HIGH SCHOOL.

09:19:59 5    AT THE TIME, THAT WAS THE NAME OF IT.

09:20:02 6    Q.   WHERE IS FRANCIS T. NICHOLLS IN RELATION TO YOUR HOUSE AT

09:20:09 7    5924 ST. CLAUDE?

09:20:09 8    A.   IT'S MAYBE TWO MILES TOWARD CANAL STREET ACROSS THE INDUSTRIAL

09:20:15 9    CANAL.  IT WAS LOCATED ON ST. CLAUDE AVENUE AND ALVAR STREET.

09:20:22 10   Q.   AND THE TIME THAT YOU LIVED OUTSIDE OF THE RESIDENCE AT 5926

09:20:28 11   (SIC) ST. CLAUDE, WHERE WAS THAT ADDRESS?

09:20:30 12   A.   IT WAS IN ST. BERNARD.

09:20:33 13   Q.   HOW CLOSE WAS IT TO 5924 ST. CLAUDE?

09:20:36 14   A.   OH, ON MEHLE WHICH -- MEHLE STREET -- APPROXIMATELY TWO,

09:20:45 15   THREE MILES, YOU KNOW.

09:20:46 16   Q.   AND WOULD IT BE FAIR --

09:20:48 17   A.   IT'S CLOSE.

09:20:49 18   Q.   WOULD IT BE FAIR TO SAY THAT, MR. FRANZ, YOU SPENT YOUR ENTIRE

09:20:53 19   LIFE WITHIN 2 TO 3 MILES OF YOUR FAMILY RESIDENCE AT

09:20:57 20   5924 ST. CLAUDE?

09:20:58 21   A.   OH, YES, DEFINITELY.

09:21:02 22   Q.   MR. FRANZ, DID YOU FINISH HIGH SCHOOL AT FRANCIS T. NICHOLLS?

09:21:06 23   A.   NO.  I ONLY WENT THREE YEARS.

09:21:08 24   Q.   COULD YOU TELL THE JUDGE WHY IS IT YOU DIDN'T FINISH HIGH SCHOOL

09:21:12 25   AT FRANCIS T. NICHOLLS?

FINAL DAILY COPY

09:21:13  1   A.  WELL, THERE'S A COUPLE OF REASONS.  THE MAIN REASON WAS THAT MY

09:21:17  2   MOTHER HAD GOTTEN SICK, AND AT THE TIME, SHE WAS DIVORCED.  AND SHE

09:21:25  3   HAD TAKEN CARE OF ME ALL HER LIFE AND SHE HAD TO SLOW DOWN.  AND I

09:21:36  4   WAS GOING -- SO IT WAS DURING THE SECOND WORLD WAR, I HAD TO GO

09:21:43  5   TO -- I DECIDED TO GO TO WORK.  AND I HAD TO GO TO THE CUSTOMS HOUSE

09:21:52  6   ON CANAL STREET IN NEW ORLEANS TO APPLY FOR A JOB PERMIT THAT

09:21:56  7   ALLOWED ME TO WORK FROM FOUR IN THE AFTERNOON UNTIL TEN AT NIGHT

09:22:03  8   MONDAY THROUGH FRIDAY WHILE I WAS ATTENDING SCHOOL.

09:22:08  9         SO THE THIRD YEAR OF HIGH SCHOOL I SPENT WORKING AND

09:22:14 10   ATTENDING SCHOOL.  THEN I JUST DECIDED, I'LL JUST GO TO WORK AND

09:22:24 11   DROP SCHOOL, WHICH I DID.  I WAS A DROPOUT.

09:22:28 12         BUT THEN AFTER I WAS MARRIED YEARS, I DECIDED TO GO BACK.

09:22:35 13   AND I WENT BACK TO -- THEY HAD AN ADULT EDUCATION SCHOOL IN

09:22:42 14   ST. BERNARD, CHALMETTE HIGH SCHOOL.  AND I WENT THERE AND THEY HAD

09:22:47 15   ADULT EDUCATION PROGRAM AND GOT A HIGH SCHOOL DIPLOMA.

09:22:51 16   Q.  YOU WORKED AT FLINTCOAT AT THE TIME; IS THAT CORRECT?

09:22:55 17   A.  UH-HUH.

09:22:56 18   Q.  HOW LONG DID YOU WORK FOR FLINTCOAT?

09:22:58 19   A.  I WORKED FOR FLINTCOAT FOR 19 YEARS.

09:23:02 20   Q.  AND AFTER FLINTCOAT, WHERE DID YOU GO TO WORK?

09:23:06 21   A.  WELL, I WENT TO WORK FOR THE UNITED STATES DEPARTMENT OF

09:23:12 22   AGRICULTURE OUT ON ROBERT E. LEE BOULEVARD IN THEIR LABORATORY.

09:23:17 23   Q.  AND HOW LONG DID YOU WORK FOR THE UNITED STATES DEPARTMENT OF

09:23:20 24   AGRICULTURE?

09:23:22 25   A.  IT WAS 18 YEARS.

09:23:25  1  Q.  AND WHAT JOB DID YOU TAKE AFTER YOU WORKED FOR THE UNITED STATES

09:23:29  2  DEPARTMENT OF AGRICULTURE?

09:23:30  3  A.  WELL, A FRIEND OF MINE WHO I WAS IN THE AIR GUARD WITH I HAD MET

09:23:41  4  WHEN I WAS AT THE DEPARTMENT OF AGRICULTURE.  HE HAD JUST COME OUT

09:23:51  5  OF THE AIR FORCE, AND HE WENT INTO THE AIR GUARD TO RETAIN HIS

09:23:51  6  MILITARY RANK.  AND THEY HAD A DRIVE FOR PRIOR SERVICE PEOPLE, BUT

09:24:00  7  HE COME AND TALK TO ME.  AND I SPENT EIGHT YEARS IN THE ARMY

09:24:05  8  NATIONAL GUARD AND CAME OUT AS A TECH SERGEANT.

09:24:12  9            SO HE GOT -- HE TALKED ME INTO GOING BACK, AND I GOT BACK

09:24:17 10  IN.  AND AFTER EIGHT YEARS OUT, THEY GAVE ME MY SAME RANK.  SO

09:24:22 11  THAT'S --

09:24:23 12  Q.  SO YOU SPENT HOW LONG -- YOU WERE IN THE MILITARY IN THE

09:24:26 13  NATIONAL GUARD; IS THAT RIGHT?

09:24:28 14  A.  OH, YEAH, WELL, IT'S COMBINED.  THEY MOVED IT WHEN I RETIRED.

09:24:33 15  IT WAS 31 YEARS ALTOGETHER.

09:24:35 16  Q.  SO YOU HAD 31 YEARS OF MILITARY SERVICE?

09:24:39 17  A.  WITH -- YES, WITH THE ARMY GUARD AND NATIONAL -- AND THE AIR

09:24:44 18  NATIONAL GUARD.

09:24:45 19  Q.  DO YOU DRAW A PENSION NOW FROM THE NATIONAL GUARD?

09:24:50 20  A.  YES, I DO.

09:24:51 21  Q.  APPROXIMATELY HOW MUCH A MONTH IS THAT PENSION?

09:24:54 22  A.  I CLEAR -- I THINK IT'S $623 A MONTH.

09:25:00 23  Q.  AND AS FAR AS EMPLOYMENT AFTER YOU LEFT THE DEPARTMENT OF

09:25:05 24  AGRICULTURE, DID YOU TAKE ANOTHER JOB?

09:25:08 25  A.  YES.  I WENT WITH MY FRIEND.  HE GOT THE JOB AS THE DIRECTOR OF

09:25:15 1    THE CUSTOMS LABORATORY ON CANAL STREET LOCATED IN THE CUSTOMS HOUSE

09:25:21 2    ON THE THIRD FLOOR.  AND HE ASKED ME TO GO WITH HIM.  SO I RESIGNED

09:25:27 3    MY POSITION WITH THE DEPARTMENT OF AGRICULTURE AND WENT WITH HIM TO

09:25:33 4    THE U.S. CUSTOMS LAB.  THEY HAD AN ANALYTICAL LABORATORY THERE.

09:25:37 5    Q.  SO YOU WORKED FOR THE DEPARTMENT OF AGRICULTURE AND THE UNITED

09:25:41 6    STATES DEPARTMENT OF CUSTOMS FOR APPROXIMATELY 36 YEARS OF YOUR

09:25:45 7    LIFE?

09:25:45 8    A.  YES.  ALL TOTAL, YES.

09:25:47 9    Q.  AND DO YOU GET A PENSION FROM EITHER OF THOSE ENTITIES?

09:25:51 10   A.  YES, I DO.

09:25:52 11   Q.  WHAT IS THE APPROXIMATE TOTAL OF THE INCOME THAT YOU RECEIVE ON

09:25:56 12   A MONTHLY BASIS PRIOR TO HURRICANE KATRINA FROM YOUR PENSION?

09:25:59 13   A.  OH, ALL TOTAL, ALL THREE, IT WAS ALMOST $4,000.

09:26:17 14   Q.  WHEN DID THE HOUSE AT 5924 COME IN TO YOUR FAMILY?

09:26:22 15   A.  MY GRANDMOTHER BOUGHT THAT HOUSE IN 1922.  AND MY MOM AND DAD, A

09:26:31 16   COUPLE OF YEARS LATER, THEY WENT TO LIVE WITH HER ON THE INSIDE --

09:26:38 17   HALF OF THE HOUSE.  THAT WAS 5924 ST. CLAUDE.

09:26:42 18        THEN IN FEBRUARY OF 1929, I WAS BORN AND THAT'S -- WHEN

09:26:50 19   THEY BROUGHT ME HOME FROM THE HOSPITAL, THAT'S WHERE I WENT TO LIVE,

09:26:58 20   ON ST. CLAUDE AVENUE.

09:26:59 21   Q.  WHEN I WENT TO THE HOUSE, I NOTICED THAT THERE WAS A PATTERN ON

09:27:02 22   THE WALLS IN THE INSIDE.  COULD YOU EXPLAIN TO THE COURT WHAT THAT

09:27:07 23   WAS?  WHAT THAT IS, THE PATTERN ON THE INSIDE WALLS IN THE PLASTER?

09:27:11 24   A.  WHO?  CABINET?

09:27:14 25   Q.  NO.  I'M SORRY.  ON THE INSIDE WALLS OF THE HOUSE THERE APPEARED

09:27:17 1    TO BE A PATTERN IN THE PLASTER.

09:27:18 2    A.  YES, YES.  WELL, WHEN MY GRANDMOTHER PURCHASED THIS HOUSE, IT

09:27:26 3    WAS ALL OPEN ON THE BOTTOM.  IT HAD BEEN A SOFT DRINK DISTRIBUTOR

09:27:31 4    BUILDING.  SO AFTER SHE PURCHASED IT, A COUPLE OF YEARS SHE CLOSED

09:27:39 5    IT IN, THE BOTTOM, TO MAKE TWO APARTMENTS ON THE BOTTOM.

09:27:43 6            AND IT WAS -- THE INSIDE OF THE HOUSE WAS THIS -- WHAT WAS

09:27:52 7    IT CALLED -- BEAVERBOARD I BELIEVE THEY CALLED IT AT THAT TIME.  AND

09:27:56 8    SHE TORE ALL OF THAT OUT.  SHE REDONE THE INSIDE OF THE HOUSE.  AND

09:28:00 9    FOR SOME REASON, SHE GOT -- SAW SOMETHING THAT SHE LIKED, AND SHE

09:28:08 10   DECIDED THAT SHE WAS GOING TO PLASTER THE HOUSE.

09:28:14 11           AND THEN TO MAKE IT REALLY HERS, SHE WENT IN AND SHE PUT A

09:28:19 12   DESIGN IN THE WALL, WHICH WAS A VERY SIMPLE DESIGN.  SHE TOOK THREE

09:28:23 13   FINGERS WHILE PLASTER WAS STILL SOFT AND WET, AND SHE MADE LITTLE --

09:28:35 14   HIT IT AGAIN -- LITTLE CIRCLES IN THE SOFT PLASTER.  AND I DON'T

09:28:43 15   KNOW HOW MANY MONTHS IT TOOK HER TO DO THAT, BUT SHE GOT THE ENTIRE

09:28:49 16   HOUSE, BOTH SIDES, UPSTAIRS AND DOWNSTAIRS, WITH THAT -- HER OWN

09:28:55 17   PERSONAL DESIGN IN THAT PLASTER.

09:29:00 18           AND, WELL, IT WENT TO -- IT WAS A LOT OF SWEAT AND I GUESS

09:29:09 19   A LOT OF LOVE WENT INTO THAT HOUSE.

09:29:11 20   Q.  AT THE TIME OF THE STORM, WOULD YOU SAY THAT THAT HOUSE HAD

09:29:15 21   EXTREME SENTIMENTAL VALUE TO YOU?

09:29:18 22   A.  OH, YES, YES, EXTREMELY VALUABLE TO ME BECAUSE IT'S A PART OF MY

09:29:25 23   LIFE.  AND IT'S SOMETHING THAT WAS ALWAYS THERE TO REMIND ME OF THE

09:29:34 24   GOOD TIMES.  GROWING UP WITH ALL OF THE PEOPLE THAT PASSED THROUGH

09:29:39 25   THE HOUSE, MY FAMILY, ALL OF THE PEOPLE THAT LOVED ME, I LOVED.  SO

09:29:47 1    IT'S QUITE A LOSS, QUITE A LOSS.

09:29:50 2    Q.  AT THE TIME OF THE STORM, WERE YOU PAYING RENT ON THAT HOUSE?

09:29:53 3    A.  NO.

09:29:58 4    Q.  DID YOU HAVE A MORTGAGE PAYMENT THAT YOU WERE MAKING?

09:29:58 5    A.  OH, NO, THE HOUSE I INHERITED WHEN MY MOM AND DAD DIED.  THEY

09:30:04 6    INHERITED THE HOUSE WHEN MY GRANDMOTHER DIED, AND THEN I INHERITED

09:30:11 7    IT FROM THEM.  AND THE HOUSE WAS FREE AND CLEAR.  AND THAT'S WHAT

09:30:16 8    WAS SO NICE ABOUT IT.  ALL WE HAD WAS JUST EVERY YEAR THE PROPERTY

09:30:21 9    TAX.

09:30:23 10          AND, IN FACT, WE EVEN HAD A LITTLE ACE IN THE HOLE BECAUSE

09:30:28 11   WE HAD THREE APARTMENTS THAT WERE EMPTY.  AND IF EVER WE NEEDED

09:30:36 12   MONEY, SOMEBODY IN THE FAMILY OR ME OR MY WIFE GOT SICK OR SOMETHING

09:30:40 13   AND WE NEEDED MONEY, WE COULD ALWAYS -- IT WOULDN'T TAKE BUT MAYBE

09:30:47 14   ABOUT TWO WEEKS TO CLEAN UP THE APARTMENTS AND RENT THEM OUT.

09:30:50 15   Q.  AT THE TIME OF THE STORM, WERE THOSE APARTMENTS RENTED?

09:30:53 16   A.  YEAH, YEAH.  MY GRANDMOTHER, TOWARD THE END OF HER LIFE, SHE

09:31:05 17   RENTED THEM.  THEN MY MOTHER, SHE RENTED THEM ALSO AFTER SHE --

09:31:06 18   Q.  AT THE TIME OF HURRICANE KATRINA, WERE YOU AND YOUR WIFE RENTING

09:31:08 19   ANY OF THOSE APARTMENTS?

09:31:10 20   A.  OH, NO.  BECAUSE WE DECIDED THAT IF WE DIDN'T HAVE TO RENT IT,

09:31:17 21   WE WASN'T.

09:31:19 22   Q.  SO YOU MADE THE DECISION NOT TO RENT THE APARTMENTS BECAUSE AT

09:31:23 23   THE TIME, YOU DIDN'T NEED THE MONEY; IS THAT CORRECT?

09:31:25 24   A.  THAT WAS ONE OF THE BIG REASONS, YEAH.  BUT ALL OF THE WORK

09:31:29 25   INVOLVED WHEN PEOPLE COME IN -- THEY COME IN AND THEY DEMAND, OH, WE

09:31:36  1   HAVE TO HAVE BEAUTIFUL HOUSE, WE HAVE TO HAVE CLEAN.  SO YOU HAVE

09:31:42  2   THE HOUSE CLEAN.  I PAINTED THE INSIDE OF THAT HOUSE SO MANY TIMES

09:31:47  3   GROWING UP.  AND YOU FIX IT UP NICE, PEOPLE MOVE IN, THEY STAY SIX

09:31:54  4   MONTHS, IF YOU'RE LUCKY A YEAR, THEY MOVE OUT, AND YOU HAVE TO GO IN

09:31:59  5   AND DO ALL OF THAT OVER AGAIN, CLEAN IT UP.  SO I JUST DECIDED THAT

09:32:04  6   IF I DIDN'T HAVE TO RENT THEM, I WOULDN'T.

09:32:08  7   Q.  MR. FRANZ, AFTER SPENDING THE MAJORITY OF YOUR ADULT LIFE IN

09:32:12  8   THAT NEIGHBORHOOD, DID YOU HAVE A VAST AMOUNT OF FAMILY AND FRIENDS

09:32:16  9   AND COMMUNITY IN THAT NEIGHBORHOOD PRIOR TO HURRICANE KATRINA?

09:32:19 10   A.  WELL, YES.  WE HAD -- WE HAD FRIENDS THERE AND FAMILY BECAUSE --

09:32:34 11   MY WIFE'S FAMILY, THEY LIVED LIKE JUST TWO BLOCKS FROM US, ONE BLOCK

09:32:40 12   UP AND THEN ONE BLOCK OFF OF ST. CLAUDE.  THEY WERE THERE.  AND HER

09:32:46 13   SISTERS WERE -- THEY MOVED AROUND APARTMENTS.  THE ENTIRE FAMILY

09:32:54 14   SORT OF SPENT REALLY ALMOST THEIR WHOLE LIVES RIGHT IN THE LOWER

09:33:00 15   NINTH WARD.

09:33:02 16   Q.  DID YOU HAVE A CHURCH THAT YOU AND MS. FRANZ FREQUENTED EVERY

09:33:05 17   SUNDAY?

09:33:06 18   A.  YEAH, ST. MAURICE, IT'S ON ST. MAURICE AVENUE.  OUT -- I THINK

09:33:12 19   IT WAS JUST ONE BLOCK FROM THE MISSISSIPPI RIVER ON ST. MAURICE

09:33:16 20   AVENUE.

09:33:17 21   Q.  AND HOW CLOSE WAS THAT TO YOUR HOUSE?

09:33:19 22   A.  OH, THAT MIGHT BE MAYBE A MILE, MILE AND A HALF, MAYBE EVEN HALF

09:33:26 23   A MILE.  YEAH, ABOUT HALF A MILE WOULD BE CLOSER, YEAH.

09:33:32 24   Q.  AND DID YOU EVACUATE FOR HURRICANE KATRINA?

09:33:34 25   A.  YES, I DID.

09:33:36 1    Q.  AND WAS THE STORY ABOUT THE EVACUATION THAT YOUR DAUGHTER TOLD

09:33:40 2    YESTERDAY, WAS THAT ABOUT HOW YOU REMEMBER THE EVACUATION?

09:33:43 3    A.  OH, YEAH, UH-HUH.  YEAH, JUST ALMOST -- SHE GOT IT JUST ABOUT

09:33:50 4    ALMOST CORRECT.  I GUESS, YOU KNOW, MIGHT BE SOME LITTLE -- LITTLE

09:33:55 5    THINGS THAT SHE MIGHT HAVE FORGOT.  I FORGOT, TOO.  BUT BASICALLY

09:34:01 6    HER STORY WAS THE STORY OF OUR EVACUATION, EXCEPT -- WELL, THERE'S

09:34:06 7    ONE THING.

09:34:08 8           WHEN WE COME BACK, WHEN WE FINALLY DID GET TO GO BACK,

09:34:12 9    ESPECIALLY TO MY DAUGHTER'S HOUSE, TONYA -- WE LEFT OUR TWO CARS

09:34:20 10   THERE.  NOW, EVENTUALLY WE FOUND THE CADILLAC.  IT WAS ON SOMEONE'S

09:34:30 11   CARPORT.  IT HAD FLOATED AND HUNG UP ON A CARPORT.  AND THEN WHEN

09:34:36 12   THE WATER RECEDED, IT JUST PULLED THE CARPORT DOWN.  BUT THE LITTLE

09:34:42 13   GREEN CHEVY MALIBU, WE NEVER DID FIND THAT CAR TILL THIS DAY.  AND

09:34:49 14   WE DON'T KNOW WHAT HAPPENED TO IT.  EVIDENTLY IT FLOATED OFF

09:34:53 15   SOMEWHERE, BUT WE NEVER DID FIND THAT CAR.

09:34:55 16   Q.  SO YOU LOST BOTH OF YOUR CARS.

09:34:58 17          HAVE YOU SINCE REPLACED BOTH OF YOUR CARS SINCE THE STORM?

09:35:01 18   A.  NO -- HUH?

09:35:04 19   Q.  HAVE YOU SINCE REPLACED YOUR --

09:35:06 20   A.  OH, YEAH, WE GOT A NEW CAR.  YEAH, WE GOT A LITTLE DODGE,

09:35:13 21   SIX-CYLINDER JOB.

09:35:14 22   Q.  AND DID YOU HAVE TO BUY ANOTHER ONE BECAUSE YOU LOST BOTH OF

09:35:17 23   THEM IN THE STORM?

09:35:18 24   A.  OH, YEAH.  YEAH, BECAUSE WE HAD TO HAVE SOMETHING TO GET AROUND

09:35:24 25   ONCE WE GOT IN HARAHAN.

09:35:24 1   Q.   AND LIVING IN HARAHAN NOW, DO YOU PAY RENT?

09:35:27 2   A.   YEAH, YEAH, $675 A MONTH.

09:35:31 3   Q.   AND HOW MUCH OF A BURDEN IS THAT ON YOU NOW ON A FIXED INCOME OF

09:35:37 4   ABOUT 4,000 A MONTH TO ACTUALLY HAVE TO PAY $675 A MONTH IN RENT?

09:35:42 5   A.   WELL, IT'S -- IT'S QUITE A BURDEN, BUT WE WERE LUCKY BECAUSE

09:35:51 6   PEOPLE RIGHT AFTER THE STORM, KATRINA, I MEAN, RENT 1,000, $1,500.

09:36:01 7   THERE WAS NOTHING PEOPLE WERE ASKING.  I GUESS THEY WERE ALL TRYING

09:36:08 8   TO MAKE A KILLING WITH THEIR PROPERTY.

09:36:11 9        AND WE LUCKED OUT BECAUSE MY DAUGHTER TONYA IN NURSING --

09:36:15 10  IN NURSING SCHOOL, SHE MET A GIRL, AND SHE HAD A GOOD FRIEND THAT

09:36:21 11  THEY ALSO -- THEY WORKED TOGETHER AT BAPTIST.  AND SHE LIVED IN THIS

09:36:27 12  APARTMENT.  AND HER AND -- THEY WERE GETTING READY TO GET MARRIED.

09:36:31 13  THEY BOUGHT A HOUSE ON WEST SIDE OF THE RIVER, AND SO WE GOT

09:36:39 14  TOGETHER AND WE WENT AND ASKED THE -- BECAUSE SHE WAS GETTING READY

09:36:45 15  TO MOVE OUT, AND SHE ASKED THEM TO RENT THE APARTMENT TO US.  AND

09:36:48 16  THAT'S WHY -- BECAUSE THAT'S WHAT SHE WAS PAYING A MONTH WHEN SHE

09:36:52 17  WAS LIVING THERE.  SO WE REALLY LUCKED OUT THERE A LITTLE BIT THERE.

09:36:57 18       AND IT'S REALLY NOT A BURDEN.  WE DON'T HAVE TO SIT DOWN

09:37:03 19  EVERY DAY AND THINK, WELL, WHAT WE GOING TO DO TOMORROW, ARE WE

09:37:08 20  GOING TO BUY FOOD OR ARE WE GOING TO BUY OUR MEDICINE.  I MEAN, WE

09:37:12 21  DON'T HAVE THAT PROBLEM.

09:37:15 22  Q.   WHEN YOU WENT BACK -- WHEN WAS THE FIRST DATE THAT YOU WENT BACK

09:37:19 23  TO YOUR HOUSE ON ST. CLAUDE?

09:37:26 24  A.   OH, I GUESS IT WAS LIKE THE END OF OCTOBER.  BECAUSE IT WAS --

09:37:28 25  IT WAS SO LONG BECAUSE I KNOW WE -- WE WERE LIVING WITH MY DAUGHTER

09:37:36 1   LISA, MY OLDEST DAUGHTER, SHE HAD AN APARTMENT ON JOE YENNI

09:37:45 2   BOULEVARD.  AND WE WAS THERE FOR ABOUT A MONTH.

09:37:49 3           AND AFTER THE WATER SUBSIDED, THEY HAD SO MUCH STUFF IN

09:37:53 4   THE STREETS, YOU STILL COULDN'T GET THERE.  THEN THEY WOULDN'T LET

09:37:57 5   ANYONE GO THERE.  THEY JUST SHUT IT OFF BEFORE YOU CROSSED THE

09:38:03 6   INDUSTRIAL CANAL.  THEY TURNED YOU BACK.

09:38:06 7   Q.  HOW FAR BELOW THE INDUSTRIAL CANAL IS YOUR PROPERTY ON

09:38:09 8   ST. CLAUDE?

09:38:10 9   A.  ABOUT -- CANAL IS ABOUT A MILE AND A HALF, MAYBE TWO MILES.

09:38:18 10  IT'S EAST OF THE INDUSTRIAL CANAL.

09:38:20 11  Q.  WHO DID YOU GO WITH WHEN YOU WENT BACK THAT DAY TO SEE YOUR

09:38:24 12  HOUSE AT ST. CLAUDE?

09:38:26 13  A.  WELL, IT WAS JUST DEVASTATING AND IT WAS A GREAT SORROW TO ME

09:38:35 14  BECAUSE I KNOW -- WELL, I HAD LOST SOMETHING THAT I VALUED AND I HAD

09:38:44 15  HAD ALL OF MY LIFE.  AND NOW IT'S JUST WAITING TO BE TORE DOWN.

09:38:53 16  BECAUSE THERE'S NO CHANCE OF EVER LIVING IN IT AGAIN BECAUSE

09:38:57 17  EVERYONE WHO HAS EVER LOOKED AT IT, THEY SAY IT'S FOOLISH TO TRY AND

09:39:02 18  REPAIR IT WITH THE BIG...

09:39:05 19          BECAUSE ROAD HOME WHEN WE CALLED FOR OUR FIRST INTERVIEW,

09:39:13 20  WE TOLD THEM ABOUT HOW THE HOLE -- THE HOLE WAS PUNCHED IN THE SIDE,

09:39:18 21  MOST LIKELY BY AN AUTOMOBILE WITH THE FLOOD WATER HIT IT AND KNOCKED

09:39:22 22  A HOLE IN THE SIDE.  AND OUR INTERVIEWER SAID, YEAH, HE WOULD SEND

09:39:28 23  SOMEONE OUT THERE TO INSPECT IT.

09:39:30 24          AND THEN MAYBE ABOUT A MONTH OR SO LATER, THEY CALLED AND

09:39:34 25  SAID, YES, THAT THERE'S NO WAY YOU CAN FIX THAT BECAUSE NOT ONLY DID

09:39:44 1  THEY HAVE THE STRUCTURAL DAMAGE RIGHT THERE, THE VISIBLE STRUCTURAL

09:39:51 2  DAMAGE, BUT THERE'S ALSO OTHER STRUCTURAL DAMAGE AROUND ON THE OTHER

09:39:55 3  SIDE OF THE HOUSE.

09:39:56 4  Q.  DID YOU LOSE ANY ITEMS THAT, TO YOU, WERE IRREPLACEABLE?

09:40:00 5  A.  JUST THE HOUSE, THAT'S ALL.  I MEAN, AS FAR AS JEWELRY AND

09:40:09 6  THINGS LIKE THAT, PICTURES, NO, I DIDN'T LOSE ANYTHING, YOU KNOW,

09:40:18 7  IRREPLACEABLE.  BUT ALL OF THE CLOTHES I LOST, BUT YOU GET ENOUGH

09:40:24 8  MONEY, YOU CAN REPLACE THAT.

09:40:26 9       OF COURSE, ONE OF THE THINGS I HATED TO LOSE WAS THAT

09:40:36 10  BEAUTIFUL GRAY BOMBER-STYLE LEATHER JACKET I HAD DOWNSTAIRS

09:40:41 11  BECAUSE -- WELL, THE CLOSET SPACE UPSTAIRS -- IT'S AN OLD SHOTGUN

09:40:45 12  HOUSE -- IS LIMITED.

09:40:46 13       SO WHAT I DID, I WOULD -- FOR THE SEASON, I'D CHANGE

09:40:50 14  CLOTHES.  DOWNSTAIRS I'D HAVE MY WINTER CLOTHES DURING THE SUMMER,

09:40:55 15  AND WHEN WINTER CAME, I'D MOVE THEM UPSTAIRS AND MOVE THE SUMMER

09:41:00 16  CLOTHES DOWNSTAIRS.  AND ALL OF MY WINTER CLOTHES WAS DOWNSTAIRS.

09:41:08 17  BOY, TALK ABOUT A MESS.

09:41:08 18  Q.  I'VE HEARD YOU REFER TO YOUR HOUSE AS THE FAMILY MANSION.  HOW

09:41:11 19  DID IT AFFECT YOU EMOTIONALLY TO LOSE THE HOUSE THAT HAD BEEN IN

09:41:15 20  YOUR FAMILY SINCE 1921?

09:41:18 21  A.  VERY DEEPLY.  THAT'S WHAT HAPPENED.  IT WAS A GREAT SORROW WHEN

09:41:29 22  I STOOD THERE AND LOOKED AT THE DEVASTATION.  AND I WAS JUST -- THEN

09:41:43 23  I GOT MAD, ANGER CAME.  WHO?  WHY DID THIS HAPPEN?  HOW DID IT

09:41:55 24  HAPPEN?  WAS IT BECAUSE OF INCOMPETENCY?  WAS IT BECAUSE OF EVEN

09:42:06 25  WORSE, INDIFFERENCE?  WHO'S RESPONSIBLE FOR THIS?

09:42:13  1          AND THEN I GUESS ONE OF THE WORST PARTS ABOUT IT IS AT

09:42:20  2   NIGHT WHEN THE -- THE UNCERTAINTY AND THE FEAR SETS IN.  WHATCHA

09:42:34  3   GONNA DO?  WHERE ARE WE GOING TO GO?  HOW ARE WE GOING TO LIVE?  ARE

09:42:39  4   WE GOING TO BE ABLE TO LIVE?

09:42:41  5          YOU KNOW, I MEAN, ALL OF THEM THINGS JUST CRUSH YOU.  AND

09:42:47  6   I GUESS THAT'S THE WAY IT IS.  I WAS JUST COMPLETELY CRUSHED BY THE

09:42:56  7   EVENTS AND -- MAYBE I'M GETTING OVER A LITTLE BIT NOW, MAYBE, AFTER

09:43:02  8   ALL OF THESE YEARS.  BUT I GUESS EVENTUALLY, TILL THE DAY I DIE,

09:43:09  9   I'LL CARRY THAT SCAR OF LOSING MY HOME, THE OLD FAMILY MANSION.

09:43:19 10          MR. ANDRY:  THANK YOU, MR. FRANZ, I DON'T HAVE ANY OTHER

09:43:21 11   QUESTIONS.

09:43:22 12          THE WITNESS:  THANK YOU.

09:43:22 13                    CROSS-EXAMINATION

09:43:22 14   BY MR. MYER:

09:43:28 15   Q.  MR. FRANZ, JUST A COUPLE OF DETAILS I NEED HERE.  YOU SAID

09:43:32 16   THAT -- WE HAD THE DESCRIPTION FROM TONYA ABOUT WHEN YOU EVACUATED

09:43:38 17   AND DROVE TO BATON ROUGE AND IN TO SPRING AND THEN BACK TO BATON

09:43:38 18   ROUGE.

09:43:42 19   A.  YEAH, UH-HUH.

09:43:44 20   Q.  AND SO BY THE TUESDAY OR WEDNESDAY AFTER THE STORM HIT, YOU WERE

09:43:48 21   IN BATON ROUGE?

09:43:50 22   A.  YEAH.

09:43:51 23   Q.  AND IT WAS WHILE YOU WERE IN BATON ROUGE THAT YOU WATCHED THE

09:43:54 24   TELEVISION AND CAME TO UNDERSTAND THAT THE PARISH AND YOUR HOUSE HAD

09:43:58 25   BEEN FLOODED, RIGHT?

09:43:59 1    A.  OH, YES, YES.  BECAUSE -- WELL, WE KNEW IT WAS KIND OF FLOODED.

09:44:06 2    I MEAN, WE KNEW IT HAD WATER, BUT THAT EARLY, THEY REALLY DIDN'T --

09:44:12 3    I DON'T KNOW, TO ME, THEY REALLY DIDN'T GET DOWN TO THE NITTY-GRITTY

09:44:16 4    OF IT AND REALLY LETTING PEOPLE KNOW JUST HOW BAD THE FLOODING WAS

09:44:23 5    BECAUSE LATER ON THEY STARTED SHOWING PICTURES.  WELL, MAYBE THEY

09:44:28 6    COULDN'T GET BACK THERE TO GET PICTURES BECAUSE OF THE WATER.

09:44:34 7            AND WE DIDN'T REALLY KNOW WHAT THE FLOODING CAUSED.  WE

09:44:40 8    KNEW IT WAS FLOODED, BUT WE DIDN'T KNOW THE DEVASTATION THIS FLOOD

09:44:47 9    WAS GOING TO CAUSE INSIDE OF THE HOUSE.

09:44:50 10   Q.  WELL, SIR, DO YOU REMEMBER YOU GAVE A DEPOSITION FOR US BACK ON

09:45:03 11   MAY THE 2ND OF 2008?

09:45:03 12           MR. ANDRY:  OBJECTION, YOUR HONOR.  IT'S IMPROPER USE OF A

09:45:05 13   DEPOSITION.  I DON'T THINK THE WITNESS HAS NOT ANSWERED A QUESTION

09:45:07 14   NOR HAS MR. MYER SHOWN THAT THE WITNESS MADE A PRIOR INCONSISTENT

09:45:11 15   STATEMENT.

09:45:11 16           THE COURT:  HE IS TRYING TO DO THAT, COUNSEL.  WE'LL SEE

09:45:13 17   IF HE DOES.

09:45:13 18   BY MR. MYER:

09:45:17 19   Q.  DO YOU REMEMBER THAT, SIR?

09:45:18 20   A.  HUH?

09:45:19 21   Q.  WE WERE ALL AT MR. ANDRY'S OFFICE AND THERE WAS A COURT REPORTER

09:45:22 22   THERE AND THEN --

09:45:23 23   A.  YEAH.

09:45:24 24   Q.  YEAH.  ON THAT DAY -- THIS IS ON PAGE 42 OF THE DEPOSITION -- I

09:45:29 25   ASKED YOU, SIR, "WHEN DID YOU FIRST UNDERSTAND THAT THE FLOODING HAD

09:45:33 1    HIT YOUR HOUSE -- THAT YOUR HOUSE HAD BEEN UNDER WATER?"

09:45:36 2            AND YOUR RESPONSE THAT DAY WAS, "WHEN WE WAS IN BATON

09:45:40 3    ROUGE, ON THE TV, YOU KNOW, THEY WERE SHOWING PICTURES.  I MEAN,

09:45:43 4    THEY DIDN'T SHOW OUR HOUSE PARTICULARLY, BUT THEY SHOWED PICTURES IN

09:45:47 5    THE LOWER NINTH WARD.  AND FOR SOME PARTICULAR REASON, EVERY TIME WE

09:45:51 6    GOT A HURRICANE, THE LOWER NINTH WARD FLOODED."

09:45:54 7            AND I RATHER INARTICULATELY SAID, "YEAH."

09:45:57 8    A.  YEAH.

09:45:57 9    Q.  AND YOU SAID, "AND I GUESS BECAUSE IT'S LOWER THAN THE REST OF

09:46:01 10   NEW ORLEANS."  AND I SAID, "UH-HUH."  AND YOU SAID, "AND UM -- IT

09:46:05 11   UM, ABOUT EVERY TIME BETSY AND KATRINA IS THE --" AND I SAID,

09:46:08 12   "UH-HUH."  AND YOU SAID, "AND WE JUST STATED, WOW, MAN, ALL THAT

09:46:09 13   WATER, YOU KNOW, YOU KNOW, WE LOST EVERYTHING."

09:46:12 14           THAT WAS -- YOU HAD THAT UNDERSTANDING WHEN YOU WERE IN

09:46:14 15   BATON ROUGE, RIGHT?

09:46:16 16   A.  OH, YEAH, BECAUSE OF THE AMOUNT OF FLOODING THERE WAS.

09:46:21 17   Q.  RIGHT.

09:46:22 18   A.  BECAUSE -- BUT WHAT WE DIDN'T KNOW -- AND IT KIND OF BOGGLES ME

09:46:34 19   EVEN TO TODAY -- WAS WE HAD BETWEEN TWO TO THREE FEET OF WATER

09:46:40 20   UPSTAIRS ON THE SECOND FLOOR.  THAT, WE DIDN'T KNOW.  AND THAT

09:46:44 21   COMPLETELY WIPED US OUT.  WE LOST EVERYTHING - WASHING MACHINE,

09:46:50 22   DRYER, OUR ELECTRONIC RANGE, OUR STOVE, OUR ALMOST NEW REFRIGERATOR,

09:47:06 23   ANYTHING -- BECAUSE THE WATER WAS JUST DEEP ENOUGH SO THAT SALTWATER

09:47:09 24   GOT INTO THESE ELECTRIC MOTORS AND ALL OF THE EQUIPMENT AND IT WAS

09:47:15 25   GONE.

09:47:16 1          THAT'S WHEN WE FULLY UNDERSTOOD HOW BAD WAS WHEN WE WALKED

09:47:21 2  UP THOSE BEAUTIFUL CONCRETE STEPS GOING UP TO THE SECOND FLOOR AND

09:47:29 3  WENT IN THE HOUSE.  THEN WE KNEW EXACTLY WHAT WE HAD LEFT WAS

09:47:35 4  NOTHING.

09:47:39 5  Q.  NOW, YOU RECEIVED $80,000 FROM THE ROAD HOME PROGRAM, RIGHT?

09:47:42 6  A.  YEAH, UH-HUH.

09:47:44 7  Q.  SINCE THE HOUSE WAS BEYOND BEING REPAIRED, DID THEY TELL YOU

09:47:49 8  THAT THAT WAS THE VALUE OF THE HOUSE?

09:47:52 9  A.  THE VALUE, NO.  I DON'T KNOW, I THINK -- I THINK IT WAS

09:48:01 10  SOMETHING OVER $100,000.  I'M NOT SURE WHAT THEY SAID WAS THE VALUE

09:48:13 11  OF IT.

09:48:13 12          MR. MYER:  NOTHING FURTHER.

09:48:13 13          THE COURT:  THANK YOU.  ANY REDIRECT?

09:48:13 14          MR. ANDRY:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

09:48:15 15          THE COURT:  THANK YOU, SIR.  YOU MAY STEP DOWN.

09:48:18 16          THE WITNESS:  THANK YOU, YOUR HONOR.

09:48:19 17          THE COURT:  YOU'RE WELCOME, SIR.

09:48:31 18          MR. ROY:  YOUR HONOR, OUR NEXT WITNESS IS GOING TO BE THE

09:48:34 19  30(B)(6) EXCERPTS OF THOMAS PODANY WHICH IS ALREADY IN THE RECORD IN

09:48:40 20  ITS ENTIRETY BY JX 128.  IN PARTICULAR, TO GET A CONTEXT, MR. PODANY

09:48:50 21  WAS DESIGNATED AS 30(B)(6) DEPOSITION FOR THE COURT TO TESTIFY ABOUT

09:48:55 22  THE 1988 AND '94 RECONNAISSANCE REPORTS, AS WELL AS THE '96

09:48:59 23  EVALUATION REPORT.

09:49:01 24          IN PARTICULAR, MR. PODANY TESTIFIED THAT THERE IS A

09:49:06 25  TWO-STEP PROCESS IN THE PLANNING PROGRAM WHICH INCLUDES A

— FINAL DAILY COPY —

RECONNAISSANCE PHASE AND A FEASIBILITY PHASE.  THE RECONNAISSANCE

STUDIES INITIATED BY RESOLUTION MUST BE DIRECTLY AUTHORIZED BY

CONGRESS.  THE CONGRESSIONAL RESOLUTION AUTHORIZES THE CHIEF TO

INITIATE BOTH THE RECONNAISSANCE AND FEASIBILITY PHASES.

HOWEVER, THE PASSAGE OF THE 1986 WATER RESOURCE

DEVELOPMENT ACT REQUIRED A RECONNAISSANCE AND COST-SHARED SPONSOR

FOR THE FEASIBILITY REPORT.  THIS WAS NOT A REQUIREMENT UNTIL THE

PASSAGE OF THE '86 ACT.

AMONG OTHER THINGS, MR. PODANY STATED THAT THE PURPOSE OF

THE '88 AND '94 RECONNAISSANCE REPORTS WAS TO ANALYZE IN LIGHT OF

THE EROSION ALONG THE UNLEVEED BANKS OF THE MRGO, WHETHER ANY

MEASURES COULD BE TAKEN TO REDUCE THAT BANK EROSION.

THE 1988 RECONNAISSANCE REPORT REFERENCES A 1984 STUDY OF

BANK STABILIZATION PERFORMED BY COASTAL ENVIRONMENTS AS WELL AS

SEVERAL OTHER STUDIES PERFORMED BY THE CORPS SINCE 1958.

MR. PODANY CONFIRMED THAT THE CORPS HAS HAD KNOWLEDGE THAT

BANK EROSION WILL LIKELY RESULT WHEN A CHANNEL IS DREDGED THROUGH

MARSH AREAS AND VESSELS TRANSIT THAT CHANNEL.  MR. PODANY EXPLAINED

THAT THE CORPS HAS THE POWER TO EXAMINE THE ORIGINAL AUTHORIZATION

TO DETERMINE WHETHER IT MAY PROCEED WITH REPAIRING THE BANKS OF THE

MRGO OR WHETHER ADDITIONAL AUTHORIZATION IS NEEDED.

MR. PODANY AGREED THAT THE GENERAL DESIGN MEMORANDUM 1A

IMPLIED THAT THE ORIGINAL AUTHORIZATION ALLOWED THE ARMY CORPS TO

INSTALL FORESHORE PROTECTION IF AND WHEN IT BECAME NECESSARY

PROVIDED THAT CONGRESS PROVIDED FUNDING.

09:51:02  1          ALSO, THE CHIEF OF ENGINEERS HAS THE AUTHORITY, IN HIS

09:51:06  2   OPINION, TO MODIFY THE ORIGINAL AUTHORIZATION, AS WAS THE CASE OF

09:51:11  3   GENERAL DESIGN MEMORANDUM 2, SUPPLEMENT 4, ENTITLED FORESHORE

09:51:16  4   PROTECTION.

09:51:22  5          MR. PODANY'S TESTIMONY SUBSTANTIATES THE PLAINTIFFS'

09:51:23  6   ARGUMENT THAT THE CORPS HAD THE AUTHORITY VIA ITS ORIGINAL

09:51:25  7   AUTHORIZATION OR SUBSEQUENT MODIFICATION BY THE CHIEF TO ARMOR THE

09:51:30  8   BANKS OF THE MRGO IN ORDER TO PROTECT NEIGHBORING LANDS.

09:51:35  9          WE WILL ACTUALLY IDENTIFY THE ACTUAL EXCERPTS WHICH YOUR

09:51:40 10   HONOR RECEIVED ON THE DESIGNATION JX 128.1.  AND THAT'S FROM THE

09:51:47 11   DEPOSITION OF 10/8/2008 AND FOR THE 10/9/08 30(B)(6) DESIGNATED AS

09:51:56 12   JX 128.2.  THE INDEX TO THE EXHIBITS IS DESIGNATED 128.3.

09:52:04 13          AND UNLESS YOUR HONOR WISHES, I'LL NOT RECITE ALL OF THE

09:52:07 14   EXHIBITS BECAUSE THEY'RE ON THE INDEX ASSOCIATED WITH IT.

09:52:09 15          THE COURT:  THAT'S FINE, COUNSEL.

09:52:10 16          MR. ROY:  AND WE'LL TURN THIS IN AT THE CONCLUSION OF

09:52:14 17   COURT TODAY.

09:52:17 18          THE COURT:  THANK YOU VERY MUCH.

09:52:19 19          MR. ROY:  THE SECOND 30(B)(6) THAT WE WISH TO FOCUS THE

09:52:27 20   COURT'S ATTENTION ON --

09:52:28 21          THE COURT:  BY THE WAY, MY SUMMARY OF MR. PODANY'S

09:52:33 22   DEPOSITION WAS PRETTY LONG.  I AM NOT SURE HOW GOOD OF A SUMMARY IT

09:52:37 23   WAS.  GO AHEAD.  I HAVE READ ALL OF THESE AND SUMMARIZED THEM, SO

09:52:40 24   I'LL BE INTERESTED TO SEE -- AND I UNDERSTAND WHAT THE PLAINTIFF IS

09:52:44 25   DOING IS GIVING THE PLAINTIFFS' CHARACTERIZATION --

09:52:47  1          MR. ROY:  GIVE THE CONTEXT TO FRAME OTHER TESTIMONY.

09:52:50  2          THE COURT:  ABSOLUTELY.

09:52:51  3          MR. ROY:  YES, SIR.  THE SECOND ONE IS THE 30(B)(6)

09:52:56  4  DEPOSITION OF SEPTEMBER 30TH OF 2008 ALONG WITH OCTOBER 1ST OF 2008

09:53:05  5  OF JOHN SAIA.  VERY SIMPLY STATED, MR. SAIA WAS DESIGNATED TO

09:53:09  6  TESTIFY ABOUT THE CORPS' PROCEDURES FOR NEPA COMPLIANCE AND THE

09:53:14  7  PREPARATION OF EIS'S AND SUPPLEMENTAL EIS'S.

09:53:20  8          MR. SAIA'S TESTIMONY CONFIRMS THE PLAINTIFFS' ARGUMENT

09:53:24  9  REGARDING THE CORPS' CONTINUOUS FAILURE TO COMPLY WITH THE

09:53:27 10  REQUIREMENTS FOR ASSESSING THE ENVIRONMENTAL IMPACTS OF MRGO'S

09:53:31 11  OPERATION AND MAINTENANCE ACTIVITIES.

09:53:34 12          THE SUMMARIES -- THE SUMMARY OF THE SEPTEMBER 30, 2008 --

09:53:40 13  I SHOULD SAY THE EXCERPT THAT YOUR HONOR HAS ALREADY HAD JOINTLY

09:53:43 14  SUBMITTED BY BOTH PARTIES IS IDENTIFIED AS PX 148.1.  THE EXHIBIT

09:53:49 15  INDEX OF THE ASSOCIATED EXHIBITS IS PX 184.2.  AND WE'LL TURN THAT

09:53:56 16  IN AT THE CLOSE OF COURT TODAY.

09:53:57 17          THE COURT:  JUST CURIOUS.  THERE'S A MENTION OF A MR. BO

09:54:01 18  REPORT, A MR. BOE, IN THE SAIA DEPOSITION.  WE DON'T HAVE THAT IN

09:54:05 19  THE RECORD, DO WE?

09:54:06 20          MR. ROY:  TO MY KNOWLEDGE, IT IS NOT REFERENCED IN THIS.

09:54:09 21  JOE, DO YOU KNOW?

09:54:17 22          MR. BRUNO:  YOUR HONOR, IS THAT BREAUX OR BOE?

09:54:17 23          THE COURT:  BOE.

09:54:17 24          MR. BRUNO:  BE --

09:54:17 25          THE COURT:  B-O --

09:54:17  1           MR. BRUNO:  OH, B-O.

09:54:17  2           THE COURT:  B-O-E.  THAT'S HOW IT WAS SPELLED PHONETICALLY

09:54:19  3    IN HIS DEPOSITION.  IT WAS A REPORT ON NEPA BY MR. BOE LATER ON, I'M

09:54:24  4    TALKING ABOUT.  AND IT'S DISCUSSED IN THAT DEPOSITION.

09:54:29  5           MR. BRUNO:  ALL RIGHT.

09:54:30  6           THE COURT:  I DON'T KNOW WHAT HAPPENED TO IT OR IF IT HAS

09:54:33  7    ANY RELEVANCE, BUT I DON'T SEE IT IN --

09:54:36  8           MR. BRUNO:  PX 728, YOUR HONOR, IS THE ACTUAL DOCUMENT IF

09:54:40  9    YOU CARE TO LOOK AT IT.

09:54:41 10           THE COURT:  OKAY.  THANK YOU.  IT WASN'T CLEAR TO ME IN

09:54:45 11    THE DEPOSITION IF THE DOCUMENT WAS AVAILABLE.

09:54:50 12           MR. WARREN:  YOUR HONOR, THE E-MAIL IS ABOUT THE REPORT,

09:54:53 13    IT'S NOT THE ACTUAL REPORT.

09:54:56 14           THE COURT:  ALL RIGHT.  THANK YOU.

09:54:58 15           MR. BRUNO:  I'LL GET IT FOR YOU, JUDGE.

09:55:01 16           THE COURT:  MR. ROY, IS THAT YOUR COMPLETION OF THE

09:55:04 17    30(B)(6)?

09:55:05 18           MR. ROY:  THAT COMPLETES THE 30(B)(6)'S FOR NOW.  WE'VE

09:55:09 19    GOT SEVERAL MORE --

09:55:10 20           THE COURT:  I KNOW.  I KNOW.  BUT FOR RIGHT NOW?

09:55:13 21           MR. ROY:  IT'S HOW MANY DO YOU WANT IN ONE DOSE.

09:55:15 22           THE COURT:  IT'S UP TO YOU.

09:55:17 23           MR. ROY:  WE HAVE ANOTHER PLAINTIFF GOING ON WITH

09:55:17 24    MR. ANDRY.

09:55:21 25           IF I MIGHT SUGGEST, IF IT'S APPROPRIATE --

09:55:22  1             THE COURT:  OKAY.  WE WILL TAKE A TEN MINUTE RECESS.

09:55:26  2             MR. ANDRY:  THANK YOU, YOUR HONOR.

09:55:29  3             THE MARSHAL:  ALL RISE.

09:55:30  4         (WHEREUPON, A RECESS WAS TAKEN.)

10:14:44  5             THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT'S IN SESSION,

10:14:46  6   PLEASE BE SEATED.

10:14:50  7             THE COURT:  YES, SIR.  YOU'RE UP, MR. ROY?

10:14:57  8             MR. ROY:  WELL, BY DEFAULT, YOUR HONOR.  MR. ANDRY IS NOT

10:15:00  9   HERE YET.  WE'LL HAVE ANOTHER PLAINTIFF MOMENTARILY, YOUR HONOR, BUT

10:15:04 10   THIS IS AS GOOD A TIME AS ANY TO GIVE CONTEXT TO ONE MORE 30(B)(6)

10:15:09 11   DEPOSITION.

10:15:09 12             THE COURT:  YES, SIR.

10:15:10 13             MR. ROY:  THAT WILL BE VERY, VERY BRIEF.  THE 30(B)(6)

10:15:15 14   DEPOSITION OF THE ARMY CORPS THROUGH RICHARD W. BROUSSARD WAS TAKEN

10:15:21 15   OCTOBER 15TH OF 2008.

10:15:25 16             THE COURT:  WERE THERE TWO DEPOSITIONS, WAS THERE A 702C

10:15:29 17   AND ANOTHER ONE?  AM I MISTAKEN MAYBE.  I HAVE TWO SUBMISSIONS OF

10:15:36 18   MR. BROUSSARD.  I HAVE A 3/31/08 AND ALSO A 10/15/08.

10:16:01 19             MR. ROY:  THIS IS 10/15 ONLY.

10:16:03 20             THE WITNESS:  OKAY.  10/15 ONLY BECAUSE I HAD READ AND

10:16:07 21   SUMMARIZED TWO.

10:16:08 22             MR. ROY:  AND OF COURSE IT IS ALREADY IN IN ITS ENTIRETY

10:16:12 23   AS JOINT EXHIBIT 119, WE'RE DESIGNATING THE JOINT EXCERPTS AS 119.1

10:16:19 24   AND THE RELEVANT EXHIBITS AS JX 119.2.

10:16:24 25             IN ESSENCE, MR. BROUSSARD TESTIFIED ABOUT THE OPERATION

FINAL DAILY COPY

10:16:27  1    AND MAINTENANCE OF THE MRGO, DREDGING METHODS AND AMOUNT OF DREDGE

10:16:33  2    MATERIAL THAT WAS REMOVED FROM THE CHANNEL AND THE IMPACTS OF

10:16:36  3    OPERATION AND MAINTENANCE ON THE SURROUNDING WETLANDS AND BANK

10:16:39  4    EROSION.  IT'S AN ISSUE PRIMARILY FOR THE COURT WE BELIEVE TO FRAME

10:16:43  5    IN TERMS OF NOTICE.

10:16:44  6              THE COURT:  THANK YOU.

10:16:45  7              MR. ROY:  AS WELL AS NEGLIGENCE.

10:16:48  8              AND MR. ANDRY IS HERE AND WE WILL PUT ON ANOTHER PLAINTIFF

10:16:51  9    AT THIS TIME, YOUR HONOR.

10:16:52 10              THE COURT:  THANK YOU VERY MUCH, SIR.

10:16:53 11              MR. ANDRY:  YOUR HONOR, AT THIS TIME, WE'RE GOING TO CALL

10:16:56 12    TWO PLAINTIFFS, MR. KENT LATTIMORE AND KENT LATTIMORE AND

10:17:00 13    ASSOCIATES.

10:17:00 14              THE COURT:  ALL RIGHT.

10:17:01 15              MR. ANDRY:  BECAUSE HE IS THE SAME PLAINTIFF MAKING BOTH

10:17:04 16    CLAIMS EFFECTIVELY SO WE WILL TESTIFY ABOUT --

10:17:07 17              THE COURT:  ABOUT HIS HOME AND HIS BUSINESS?

10:17:09 18              MR. ANDRY:  YES, YOUR HONOR.

10:17:10 19              THE COURT:  ABSOLUTELY.

10:17:11 20              THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

10:17:13 21         (WHEREUPON, KENT LATTIMAORE, WAS SWORN IN AND TESTIFIED AS

10:17:17 22         FOLLOWS:)

10:17:17 23              THE DEPUTY CLERK:  PLEASE BE SEATED.  WOULD YOU STATE YOUR

10:17:20 24    NAME AND ALSO SPELL IT FOR THE RECORD.

10:17:22 25              THE WITNESS:  IT'S KENT, K-E-N-T; LATTIMORE,

FINAL DAILY COPY

10:17:25 1    L-A-T-T-I-M-O-R-E.

10:17:30 2            MR. ANDRY:  AND, YOUR HONOR, IN CONJUNCTION WITH

10:17:33 3    MR. LATTIMORE'S TESTIMONY, THE PLAINTIFFS WILL OFFER AND TALK ABOUT

10:17:35 4    EXHIBITS PX 2053, PAGE 12 AND PAGE 10, WHICH ARE THE FORM 95'S FOR

10:17:44 5    MR. LATTIMORE AND LATTIMORE AND ASSOCIATES, AS WELL AS PX 2051 WHICH

10:17:50 6    IS THE DENIAL LETTER FOR LATTIMORE AND ASSOCIATES; AND EXHIBIT PX

10:17:56 7    2052, WHICH IS KENT LATTIMORE'S DENIAL LETTER FROM THE UNITED STATES

10:18:00 8    ARMY, YOUR HONOR.

10:18:01 9            THE COURT:  THANK YOU.

10:18:02 10           MR. ANDRY:  AND AS A PLAINTIFF, HE WILL TALK ABOUT DAMAGES

10:18:07 11   FOR BOTH HIMSELF AND HE'LL DEFINE FOR THE COURT BECAUSE THERE'S BEEN

10:18:10 12   SOME MODIFICATION ABOUT THE LATTIMORE AND ASSOCIATES BUSINESS LOSS

10:18:13 13   CLAIM AND BUSINESS CLAIM ITSELF.

10:18:16 14           THE COURT:  THANK YOU, SIR.

10:18:18 15                       DIRECT EXAMINATION

10:18:18 16   BY MR. ANDRY:

10:18:21 17   Q.  WITH THAT, MR. LATTIMORE, GOOD MORNING.  BEFORE WE GO TOO FAR,

10:18:24 18   LET'S START.  COULD YOU GO TO EXHIBIT 2053-12.  MR. LATTIMORE, IS

10:18:40 19   THIS THE FORM 95 THAT YOU AUTHORIZED ME AND THE ATTORNEYS TO FILE ON

10:18:44 20   YOUR BEHALF FOR YOUR BUSINESS LATTIMORE & ASSOCIATES, INC. IN 9117

10:18:51 21   WEST ST. BERNARD HIGHWAY IN CHALMETTE?

10:18:53 22   A.  YES, IT IS.

10:18:54 23   Q.  COULD YOU THEN PULL UP 2053-10.  MR. LATTIMORE, IS THE FORM 95

10:19:06 24   THAT YOU AUTHORIZED ME AND THE ATTORNEYS TO FILE ON YOUR BEHALF

10:19:10 25   INDIVIDUALLY?

10:19:10 1    A.  YES, IT IS.

10:19:12 2    Q.  COULD YOU PULL UP EXHIBIT 2052, PLEASE, PX 2052.  MR. LATTIMORE,

10:19:23 3    IS THAT THE DENIAL LETTER THAT YOU RECEIVED FROM THE UNITED STATES

10:19:26 4    ARMY PERTAINING TO YOUR CLAIM IN THIS CASE?

10:19:31 5    A.  YES, IT IS.

10:19:34 6    Q.  AND COULD YOU PULL UP EXHIBIT 2051, PLEASE.  AND IS THAT,

10:19:42 7    MR. LATTIMORE, IS EXHIBIT 2051 THE DENIAL LATTER OF THE LATTIMORE &

10:19:47 8    ASSOCIATES BUSINESS CLAIM FROM THE UNITED STATES DEPARTMENT OF THE

10:19:50 9    ARMY?

10:19:50 10   A.  YES, IT IS.

10:19:53 11   Q.  THANK YOU.  MR. LATTIMORE, WHERE DID YOU GROW UP -- OR EXCUSE

10:19:59 12   ME.

10:19:59 13           COULD YOU STATE YOUR FULL NAME AND SPELL IT AND YOUR

10:20:02 14   ADDRESS FOR THE RECORD, PLEASE.

10:20:03 15   A.  KENT LATTIMORE, K-E-N-T L-A-T-T-I-M-O-R-E, 1429 BURGUNDY STREET,

10:20:13 16   NUMBER ONE, NEW ORLEANS, LOUISIANA 70116.

10:20:16 17   Q.  MR. LATTIMORE, WHERE DID YOU GROW UP?

10:20:18 18   A.  I GREW UP IN ST. BERNARD PARISH.

10:20:20 19   Q.  AND WHERE DID YOU GO TO HIGH SCHOOL?

10:20:23 20   A.  I WENT TO HOLY CROSS HIGH SCHOOL.

10:20:26 21   Q.  DID YOU PLAY SPORTS IN HIGH SCHOOL?

10:20:28 22   A.  YES.

10:20:28 23   Q.  WHAT SPORTS DID YOU PLAY?

10:20:30 24   A.  RAN TRACK, WRESTLED AND PLAYED FOOTBALL.

10:20:35 25   Q.  WHAT POSITION DID YOU PLAY IN FOOTBALL?

10:20:37 1    A.   ON THE LINE.

10:20:41 2    Q.   DID YOU ATTEND COLLEGE AFTER -- WHEN DID YOU GRADUATE FROM HOLY

10:20:44 3    CROSS?

10:20:44 4    A.   GRADUATED 1984.

10:20:46 5    Q.   AND DID YOU GO ON TO SCHOOL AFTER GRADUATING FROM HOLY CROSS?

10:20:51 6    A.   I HAVE A BACHELORS DEGREE FROM TULANE UNIVERSITY.

10:20:57 7    Q.   WHAT YEARS DID YOU ATTEND TULANE?

10:20:57 8    A.   '85 THROUGH '89.

10:21:00 9    Q.   DID YOU PLAY FOOTBALL AT TULANE ALSO?

10:21:03 10   A.   YES, SIR.

10:21:04 11   Q.   WHAT POSITION DID YOU PLAY IN FOOTBALL?

10:21:06 12   A.   OFFENSIVE LINE.

10:21:07 13   Q.   DID YOU PLAY FOR MACK BROWN?

10:21:09 14   A.   YES, THAT WAS UNDER MACK BROWN, YEAH.

10:21:13 15   Q.   AFTER GRADUATING FROM COLLEGE, WHAT DID YOU DO FOR A LIVING?

10:21:20 16   A.   I WORKED FOR ST. FARM INSURANCE IN ADJUSTER CAPABILITIES AND I

10:21:30 17   WORKED IN REAL ESTATE.

10:21:32 18   Q.   WHEN YOU SAY WORKED IN REAL ESTATE, COULD YOU TELL THE JUDGE

10:21:35 19   WHAT YOU DID IN REAL ESTATE?

10:21:36 20   A.   I WORKED IN THE REAL ESTATE APPRAISAL INDUSTRY.

10:21:47 21   Q.   HOW DID YOU GET INVOLVED IN THE REAL ESTATE APPRAISAL INDUSTRY?

10:21:50 22   A.   I WAS JUST ALWAYS INTERESTED IN REAL ESTATE AND IT WAS JUST KIND

10:21:59 23   OF A NATURAL FIT FOR ME.

10:22:00 24   Q.   AND WHEN YOU FIRST STARTED, WHAT SPECIFICALLY DID YOU DO IN THE

10:22:04 25   REAL ESTATE APPRAISAL INDUSTRY?

10:22:06 1    A.  MEASURED HOUSES, LOOKED UP PROPERTY DESCRIPTIONS, CATALOGED

10:22:14 2    PICTURES, MADE MAPS.

10:22:17 3    Q.  WHO WERE YOU WORKING FOR AT THE TIME?

10:22:20 4    A.  AB MILES.  AND SHORTLY AFTER I OPENED MY OWN REAL ESTATE

10:22:26 5    COMPANY.

10:22:26 6    Q.  HOW LONG DID YOU WORK FOR MR. MILES?

10:22:28 7    A.  ABOUT A YEAR.

10:22:31 8    Q.  DID YOU START YOUR OWN BUSINESS AFTER THAT?

10:22:34 9    A.  YES, I DID.

10:22:35 10   Q.  WHAT WAS THE NAME OF YOUR BUSINESS?

10:22:36 11   A.  IT WAS LATTIMORE & ASSOCIATES.

10:22:38 12   Q.  IT'S MY UNDERSTANDING THAT YOU'RE NOT GOING TO MAKE -- THAT

10:22:45 13   YOU'RE MAKING A CLAIM IN THIS CASE FOR YOURSELF PERSONALLY FOR YOUR

10:22:49 14   RESIDENCE AT MARCELLE DRIVE; IS THAT CORRECT?

10:22:51 15   A.  YES, SIR.

10:22:52 16   Q.  AND THAT YOU'RE MAKING ANOTHER CLAIM FOR YOUR BUSINESS, WHICH IS

10:22:55 17   LATTIMORE & ASSOCIATES; IS THAT CORRECT?

10:22:56 18   A.  THAT'S CORRECT.

10:22:57 19   Q.  WHERE WAS YOUR RESIDENCE AT THE TIME OF HURRICANE KATRINA?

10:23:03 20   A.  2100 MARCELLE DRIVE, CHALMETTE, LOUISIANA 70043.

10:23:09 21   Q.  AND AT THE TIME OF HURRICANE KATRINA, WHERE WAS YOUR BUSINESS?

10:23:13 22   A.  IT WAS DIRECTLY RIGHT IN FRONT OF THE MOBILE HOME PARK, WHICH

10:23:20 23   WAS 9117 WEST ST. BERNARD HIGHWAY, CHALMETTE, LOUISIANA.

10:23:25 24   Q.  APPROXIMATELY HOW FAR WAS IT FROM YOUR FRONT DOOR OF YOUR MOBILE

10:23:29 25   HOME TO THE BACK DOOR OF YOUR BUSINESS?

10:23:31 1   A.   75 YARDS.

10:23:35 2   Q.   DID YOU EVER OPERATE YOUR BUSINESS OUT OF YOUR TRAILER

10:23:41 3   INITIALLY?

10:23:42 4   A.   IN THE BEGINNING THAT'S THE WAY WE WORKED, IT WAS RAN OUT OF THE

10:23:47 5   HOME.   AND WE EVENTUALLY GOT THE OPPORTUNITY TO GET THE OLD

10:23:52 6   CHALMETTE POST OFFICE WHICH WAS ON THE HIGHWAY, AND WE MOVED THE

10:23:57 7   WHOLE OPERATION INTO THE COMMERCIAL BUILDING WHICH FRONTED

10:24:02 8   ST. BERNARD HIGHWAY.

10:24:02 9   Q.   WHEN DID YOU START LATTIMORE & ASSOCIATES?

10:24:06 10  A.   ABOUT 1992.

10:24:08 11  Q.   HOW LONG DID YOU OPERATE LATTIMORE & ASSOCIATES OUT OF YOUR

10:24:12 12  TRAILER ON MARCELLE?

10:24:14 13  A.   '92 TO MAYBE '96.

10:24:21 14  Q.   HOW MANY EMPLOYEES DID YOU HAVE IN 1996 WITH LATTIMORE --

10:24:25 15       LET ME ASK YOU THIS.   WHEN YOU FIRST STARTED LATTIMORE &

10:24:30 16  ASSOCIATES IN 1992, DID YOU HAVE ANY EMPLOYEES?

10:24:32 17  A.   I HAD ONE.

10:24:36 18  Q.   HOW LARGE A BUSINESS WAS LATTIMORE & ASSOCIATES IN 1991 AS FAR

10:24:41 19  AS THE VOLUME OF APPRAISALS THAT YOU WERE DOING ON A MONTHLY BASIS?

10:24:45 20  A.   WE MIGHT HAVE DID 30 TO 50 A MONTH.

10:24:49 21  Q.   HOW DID THAT GROW BETWEEN, AS FAR AS APPRAISALS A MONTH, BETWEEN

10:24:56 22  1991 AND 1996?

10:24:57 23  A.   '96 WE WERE DOING MAYBE 100 RESIDENTIAL JOBS A MONTH AND A FEW

10:25:07 24  COMMERCIAL JOBS HERE AND THERE AND JUST SOME OTHER, I GUESS YOU

10:25:13 25  WOULD CALL IT SOME CONSULTING JOBS HERE AND THERE.   SO IT KIND OF

10:25:21 1    TOOK OFF AND THAT'S WHY WE NEEDED A BIGGER OFFICE AND THAT'S WHY WE

10:25:27 2    MADE THE MOVE TO 9117 WEST ST. BERNARD HIGHWAY.

10:25:32 3    Q.   DID YOU PURCHASE 9117, THE BUILDING AT 9117 WEST ST. BERNARD

10:25:38 4    HIGHWAY?

10:25:38 5    A.   YES.

10:25:39 6    Q.   FROM WHOM DID YOU PURCHASE THAT BUILDING?

10:25:41 7    A.   I BELIEVE IT WAS FIRST -- IT WAS ONE OF THE BANKS, I DON'T

10:25:48 8    RECALL WHICH ONE IT WAS.  IT WAS A BANK SALE.  I AM JUST NOT REAL --

10:25:59 9    CAN'T REMEMBER THE DETAILS PER SE.  I KIND OF JUST KNOW WHEN IT WAS

10:26:03 10   AND FOR THE AMOUNT, BUT I DON'T REMEMBER.

10:26:05 11   Q.   WHAT WAS THE AMOUNT OF THE PURCHASE?

10:26:06 12   A.   IT WAS 50,000, $50,000.

10:26:09 13   Q.   DID YOU MAKE ANY RENOVATIONS TO THE BUILDING TO ACCOMMODATE YOUR

10:26:12 14   REAL ESTATE APPRAISAL BUSINESS?

10:26:14 15   A.   YES, WE DID.

10:26:15 16   Q.   COULD YOU TELL THE COURT WHAT THOSE RENOVATIONS WERE?

10:26:18 17   A.   WE REWIRED THE WHOLE BUILDING WITH CAT-5 CABLE FOR COMPUTERS,

10:26:25 18   PHONES, PRINTERS AND STUFF.  JUST TOTALLY FROM INSIDE OUT PUT A NEW

10:26:33 19   ROOF, SEALED THE BUILDING, ELECTRICAL, YOU KNOW, RECONFIGURED THE

10:26:45 20   WHOLE BUILDING.  JUST TOP TO BOTTOM, A FULL RENOVATION, IT WAS

10:26:48 21   ALMOST LIKE A WHOLE NEW BUILDING.

10:26:49 22   Q.   DID YOU PAY FOR THOSE RENOVATIONS PERSONALLY?

10:26:51 23   A.   YES, SIR, I DID.

10:26:52 24   Q.   HOW MUCH DID YOU PAY FOR THOSE RENOVATIONS?

10:26:55 25   A.   AGAIN, I DON'T REMEMBER ALL OF THE DETAILS OF WHAT PER SE, BUT

10:27:00 1    IT WAS CLOSE TO $200,000, 180 TO $200,000, IN THAT RANGE.

10:27:07 2    Q.  DID YOU PURCHASE ANY NEW SOFTWARE -- DID YOU PURCHASE ANY NEW

10:27:10 3    COMPUTERS FOR YOUR BUSINESS WHEN YOU RENOVATED THE BUILDING AT 9117

10:27:15 4    AND MOVED YOUR BUSINESS INTO THAT BUILDING?

10:27:16 5    A.  YES, WE DID.

10:27:18 6    Q.  COULD YOU TELL THE COURT APPROXIMATELY HOW MANY COMPUTERS YOU

10:27:21 7    PURCHASED AND THE TYPES OF COMPUTERS YOU PURCHASED?

10:27:24 8    A.  WE -- NOT ONLY COMPUTERS, WE BOUGHT OFFICE FURNITURE, WE WERE

10:27:31 9    REAL PROUD OF IT.  THE A.D. WYNNE I GUESS YOU CALL THEM CUBICALS,

10:27:40 10   THE PHONE SYSTEM, THE COMPUTERS, WE KIND OF RAN OVER BUDGET, BUT WE

10:27:47 11   WERE, YOU KNOW, READY TO COMPETE IN THE REAL ESTATE BUSINESS

10:27:55 12   FOREMOST.

10:27:55 13   Q.  AS PART OF THE REAL ESTATE BUSINESS, DID YOU HAVE TO BUY A MAP

10:27:59 14   TABLE AND MAPS OF THE CITY OF NEW ORLEANS?

10:28:01 15   A.  WE WERE OFTEN ASKED ON FLOOD ZONES, ZONING QUESTIONS, AND AT THE

10:28:10 16   TIME THAT WASN'T AVAILABLE DIGITALLY.  TODAY YOU CAN PROBABLY GET

10:28:14 17   THAT ONLINE SOMEWHERE, BUT AT THE TIME WE COMPILED FLOOD MAPS OF THE

10:28:20 18   WHOLE STATE OF LOUISIANA, WE HAD THE ZONING MAPS OF EVERY

10:28:24 19   SURROUNDING PARISH FOR LOUISIANA SO WE COULD, YOU KNOW, DETERMINE

10:28:29 20   ZONING.

10:28:31 21        SO, YEAH, WE HAD TO KEEP THE MAPS IN THE BIG LARGE FOLD

10:28:38 22   OUT MAPS, WE HAD MAP TABLES; AND WE HAD THE BEST COLORED PRINTER WE

10:28:45 23   COULD BUY AT THE TIME, THE FASTEST COLOR PRINTER SO WE COULD PRINT

10:28:48 24   PHOTOS.

10:28:50 25   Q.  SO AS PART OF THE RENOVATIONS DID YOU HAVE TO PURCHASE MAP

FINAL DAILY COPY

10:28:54 1    TABLES?

10:28:55 2    A.  OH, YEAH, DEFINITELY.

10:29:02 3    Q.  IT'S MY UNDERSTANDING, MR. LATTIMORE, THAT YOU MADE A DECISION

10:29:06 4    NOT TO PURSUE A LOST PROFITS CLAIM FOR YOUR BUSINESS; IS THAT

10:29:10 5    CORRECT?

10:29:10 6    A.  YES, SIR.

10:29:11 7    Q.  AND WHY IS IT THAT YOU MADE THAT DECISION?

10:29:14 8    A.  WE -- AFTER KATRINA I GOT INTO CONVENIENCE STORE BUSINESS AND I

10:29:22 9    WAS MAKING MORE MONEY AT THE TIME THAN WHAT I WAS MAKING AT THE

10:29:29 10   CLOSEOUT OF 2005, EVEN THOUGH 2005 MAY HAVE BEEN ONE OF OUR BEST

10:29:35 11   YEARS IN THE BUSINESS.  BUT WE DETERMINED JUST TO LEAVE THAT OUT.

10:29:42 12   Q.  AND WAS IT YOU WERE FINANCIALLY BETTER OFF EVEN THOUGH YOU WERE

10:29:46 13   IN A DIFFERENT LINE OF WORK THAN YOU WERE BEFORE THE STORM SO YOU

10:29:50 14   DECIDED NOT TO MAKE A LOST PROFITS CLAIM?

10:29:52 15   A.  THAT'S CORRECT.

10:29:53 16   Q.  BUT YOU ARE MAKING A CLAIM FOR YOUR BUSINESS FOR THE ITEMS THAT

10:29:57 17   REMAINED IN THE BUILDING AND THAT WERE DESTROYED AS A RESULT OF THE

10:30:01 18   FLOODING AND SPECIFICALLY THE COMPUTERS, THE MAP TABLE AND THE

10:30:04 19   INFORMATION THAT YOU'VE BEEN TELLING US ABOUT?

10:30:06 20   A.  YES, SIR.

10:30:07 21   Q.  IN -- BETWEEN '96 AND 2005, DID YOU DEVOTE A SUBSTANTIAL PORTION

10:30:17 22   OF YOUR INDIVIDUAL TIME TO RUNNING AND GROWING YOUR BUSINESS?

10:30:20 23   A.  I LIVED IT, SO TO SPEAK.

10:30:23 24   Q.  AND HOW BIG DID YOUR BUSINESS GROW BETWEEN 1996 AND 2005 IN

10:30:30 25   TERMS OF REAL ESTATE APPRAISALS PER MONTH?

10:30:35  1    A.  WE WERE CONSISTENTLY DOING ABOUT 100 A MONTH RESIDENTIAL, 1 TO 4

10:30:41  2    FAMILY RESIDENTIAL PROPERTIES, WE WERE INSPECTING ABOUT 100 A MONTH.

10:30:45  3    AND THERE WAS ALSO OTHER FACETS OF THE REAL ESTATE BUSINESS THAT WE

10:30:49  4    WERE GETTING INVOLVED IN, MANAGING, PROPERTY MANAGING AND A LOT OF

10:30:59  5    CONSULTING THINGS THAT WE WERE STARTING TO PICK UP.  SO WE WERE KIND

10:31:03  6    OF, LIKE I SAID, THAT WAS PROBABLY GOING TO BE ONE OF OUR BEST

10:31:10  7    YEARS, YOU KNOW, FOR THE FORESEEABLE FUTURE WE WERE STARTING TO COME

10:31:12  8    ALONG.

10:31:16  9    Q.  WHEN YOU SAY REAL ESTATE CONSULTING BUSINESS, DID YOUR FAMILY

10:31:18 10    DEVELOP A SUBDIVISION AT THAT TIME OR WAS YOUR FAMILY DEVELOPING A

10:31:21 11    SUBDIVISION AT THAT TIME ON PROPERTY THAT YOUR MOTHER HAD OWNED IN

10:31:25 12    HER FAMILY?

10:31:25 13    A.  THAT'S CORRECT.

10:31:27 14    Q.  AND WAS YOUR REAL ESTATE APPRAISAL BUSINESS OR YOUR REAL ESTATE

10:31:31 15    BUSINESS INVOLVED IN THE DEVELOPMENT OF THAT SUBDIVISION?

10:31:35 16    A.  WE WERE THE BROKER FOR SELLING ALL LOTS IN THE SUBDIVISION

10:31:43 17    CALLED JUMONVILLE NORTH WHICH WAS IN SOMEWHAT OF THE LOWER PART OF

10:31:48 18    ST. BERNARD PARISH.  THEY WERE THE BIGGEST LOTS IN ST. BERNARD

10:31:52 19    PARISH, THEY WERE 70 BY 160 AND THERE WAS MAYBE 100 PLUS LOTS THAT

10:31:58 20    WERE COMING ALONG IN THREE PHASES.

10:32:01 21         THE FIRST PHASE WAS TOTALLY SOLD OUT WHEN KATRINA HIT AND

10:32:06 22    WE WERE ABOUT 85 TO 90 PERCENT HAD DEPOSITS AND WAITING TO CLOSE

10:32:13 23    ONCE WE CREATED THE PRODUCT OF, YOU KNOW, THE STREETS, LIGHTING AND

10:32:20 24    SEWER CONNECTIONS TO THE LOTS, WE WERE GOING TO GO TO ACT OF SALE

10:32:23 25    WITH THAT PART OF THE PROJECT, YES.

10:32:25  1    Q.  OUTSIDE OF THAT INVOLVEMENT BY LATTIMORE & ASSOCIATES, DID YOU

10:32:30  2    HAVE ANY INVOLVEMENT IN THE JUMONVILLE NORTH PROPERTY DEVELOPMENT?

10:32:37  3    A.  YES, I WAS INVOLVED FROM THE GET GO, THE CLEARING OF THE

10:32:44  4    PROPERTY TO THE LAYOUTS OF THE STREETS.  SO WE WERE INVOLVED IN THE

10:32:49  5    PLANNING PHASE AND SUBSEQUENTLY THE CONSTRUCTION PHASE OF THE ENTIRE

10:33:00  6    PROJECT.

10:33:00  7    Q.  HAVE YOU EVER GOTTEN ANY INCOME FROM THE JUMONVILLE NORTH

10:33:03  8    DEVELOPMENT?

10:33:04  9    A.  NO, SIR.

10:33:04 10    Q.  HAVE YOU EVER RECEIVED ANY MONEY AT ALL FROM THE JUMONVILLE

10:33:07 11    NORTH DEVELOPMENT?

10:33:08 12    A.  NO, SIR.

10:33:08 13    Q.  ARE YOU STILL PERSONALLY INVOLVED IN THE JUMONVILLE DEVELOPMENT

10:33:12 14    AT ALL?

10:33:12 15    A.  SOMEWHAT.

10:33:13 16    Q.  AND COULD YOU EXPLAIN WHAT "SOMEWHAT" MEANS?

10:33:17 17    A.  WELL, MOST PEOPLE WHO HAD DEPOSITS, THEY WERE REFUNDABLE

10:33:23 18    DEPOSITS AND WE REFUNDED MOST -- ALMOST ALL OF THE PEOPLE THAT HAD

10:33:27 19    DEPOSITS.  RIGHT NOW REAL ESTATE IN ST. BERNARD PARISH IS, IN MY

10:33:34 20    OPINION, AT A COMPLETE STANDSTILL.

10:33:37 21         A LOT OF PEOPLE, THEY KIND OF PUT A GOOD FACE ON THE

10:33:44 22    ENTIRE RESIDENTIAL COMMUNITY DOWN THERE, BUT THERE IS A SENSE OF,

10:33:50 23    YOU KNOW, IT'S NOT REALLY FEASIBLE TO GO BACK IF -- WE ALMOST GOT

10:33:57 24    FLOODED AGAIN FOR THE LAST -- I THINK THAT WAS GUSTAV, THE LAST

10:34:01 25    HURRICANE THAT CAME THROUGH.  AND THE ONE THAT HIT RIGHT AFTERWARDS,

10:34:06 1    IKE, AND THAT HIT GALVESTON, TEXAS, AND ST. BERNARD PARISH ALMOST

10:34:10 2    FLOODED.

10:34:11 3            AND JUST WITH COASTAL EROSION, THE WAY THINGS ARE, IT MAY

10:34:17 4    NOT BE A FEASIBLE THING TO GO BACK AND HAVE A RESIDENTIAL

10:34:26 5    DEVELOPMENT IN ST. BERNARD PARISH OR HAVE ANYBODY LIVE DOWN THERE.

10:34:27 6    IF IT HAPPENS AGAIN, I DON'T THINK ANYBODY WILL GO BACK TO

10:34:30 7    ST. BERNARD PARISH.

10:34:32 8    Q.  SINCE THE STORM, HAVE YOU MADE ANY LOANS PERSONALLY FROM THE SBA

10:34:39 9    OR ANY OTHER ENTITY PERTAINING TO JUMONVILLE NORTH?

10:34:43 10   A.  THAT'S SOMETHING THAT -- THE SPECIFICS ON THE PAST FOUR YEARS OF

10:34:49 11   MY LIFE ARE KIND OF -- YOU KNOW, I THINK I REMEMBER THINGS BUT -- I

10:34:55 12   REMEMBER FILLING OUT AN SBA APPLICATION, I WAS DENIED.  I DO NOT

10:35:00 13   RECALL RECEIVING ANYTHING FROM SBA, ROAD HOME, OR ANYTHING LIKE

10:35:04 14   THAT.

10:35:04 15   Q.  AS YOU SIT HERE TODAY, DID YOU -- OR HAVE YOU RECEIVED ANY

10:35:09 16   MONEYS FROM SBA IN THE FORM OF A LOAN, YOU PERSONALLY OR YOU ON

10:35:13 17   BEHALF OF LATTIMORE & ASSOCIATES?

10:35:15 18   A.  NO.  I WAS DENIED.  I DID GET THE FIRST -- THE $2,000 WHICH --

10:35:22 19   EXCUSE ME -- FEMA GAVE OUT AND I WAS VERY APPRECIATIVE TO GET.  BUT,

10:35:28 20   NO, I HAVE NOT GOT A LOAN THAT I AM AWARE OF.  UNLESS SOMEBODY STOLE

10:35:33 21   MY IDENTITY, I DIDN'T GET ANYTHING FROM ROAD HOME OR SBA.

10:35:39 22   Q.  I APOLOGIZE, MR. LATTIMORE, I GOT A LITTLE AHEAD OF MYSELF.

10:35:43 23   LET'S GO BACK TO YOU GROWING UP IN ST. BERNARD.

10:35:46 24            DID YOU HAVE ANY INTENTION OF LIVING IN ST. BERNARD YOUR

10:35:48 25   WHOLE LIFE?

10:35:51 1   A.   I HAD INTENTION OF LIVING IN WHAT I CALL METRO NEW ORLEANS FOR

10:35:55 2   THE FORESEEABLE FUTURE.

10:35:59 3   Q.   WHERE IS HOLY CROSS IN RELATION TO YOUR HOUSE -- WHERE DID YOU

10:36:04 4   GROW UP IN ST. BERNARD?

10:36:06 5   A.   I GREW UP IN THE LOWER PORTION OF ST. BERNARD PARISH.  I

10:36:12 6   ATTENDED HOLY CROSS HIGH SCHOOL, WHICH IS IN THE LOWER NINTH WARD

10:36:16 7   RIGHT PAST THE INDUSTRIAL CANAL, AND I WENT TO TULANE UNIVERSITY, SO

10:36:22 8   I'VE WENT TO SCHOOL DOWN HERE MY ENTIRE TIME.

10:36:26 9   Q.   AND DID YOU HAVE RELATIONSHIPS WITH FRIENDS THAT YOU GREW UP

10:36:29 10  WITH IN ST. BERNARD PARISH?

10:36:30 11  A.   YES.

10:36:33 12  Q.   COULD YOU -- YOU LIVED AT THE TIME OF THE STORM AT 2100 MARCELLE

10:36:39 13  DRIVE; IS THAT RIGHT?

10:36:39 14  A.   THAT'S RIGHT.

10:36:39 15  Q.   AND WHERE IS THAT LOCATED?

10:36:41 16  A.   2100 MARCELLE DRIVE IS RIGHT PAST THE CHALMETTE BATTLEFIELD

10:36:48 17  GOING DOWN LA 46 RIGHT PAST THE OLD KAISER ALUMINUM STACK.  IT'S

10:36:56 18  RIGHT ON THE HIGHWAY.

10:36:57 19  Q.   IS THAT A MOBILE HOME PARK?

10:37:00 20  A.   YES, SIR, IT'S A MOBILE HOME PARK.

10:37:02 21  Q.   APPROXIMATELY HOW MANY SPOTS DO THEY HAVE IN THE MOBILE HOME

10:37:05 22  PARK?

10:37:05 23  A.   THERE WERE 96 SPACES IN THE MOBILE HOME PARK, AND IT WAS ALMOST

10:37:10 24  EXCLUSIVELY A RETIRED MOBILE HOME PARK WHERE PEOPLE LIVED ON FIXED

10:37:17 25  INCOMES WERE IN THAT PARK.

10:37:18 1    Q.  DID YOU DEVELOP FRIENDSHIPS AND RELATIONS WITH YOUR NEIGHBORS IN

10:37:28 2    THE PARK?

10:37:28 3    A.  YES, WE DID.

10:37:28 4    Q.  DID YOU HAVE ANY SPECIFIC FRIENDSHIPS OR RELATIONS?

10:37:28 5    A.  WELL, IT WAS JUST A REAL QUIET PLACE TO LIVE.  I WAS REAL CLOSE

10:37:33 6    WITH THE PEOPLE BEHIND ME.  THEY WERE -- THE GUY WAS A WORLD WAR II

10:37:38 7    VET; THE GUY ACROSS THE STREET WAS -- SAME THING, HE WAS AN OLD

10:37:42 8    GENTLEMAN, WORLD WAR II VET.  IT WAS LIKE A LIVING HISTORY LESSON.

10:37:49 9    YOU COULD GO TALK TO THEM ABOUT THE HISTORY CHANNEL AND, YOU KNOW,

10:37:53 10   THE GUY WAS AT GUADACANAL AND THE OTHER GUY WAS IN EUROPE.

10:37:58 11         IT WAS A GREAT NEIGHBORHOOD.  THAT'S THE MAIN THING THAT I

10:38:02 12   MISS ABOUT IT.  IT WAS JUST GOOD SOLID PEOPLE.  YOU DIDN'T HAVE TO

10:38:08 13   LOCK YOUR CAR.  THEY TELL YOU -- YOU KNOW, REALLY WATCH THE PLACE,

10:38:14 14   AND I WAS KIND OF BIG ON THAT.

10:38:15 15   Q.  IS THAT GENTLEMAN MR. HYMEL?

10:38:17 16   A.  THAT WAS MR. HYMEL WAS BEHIND US AND MR. CAPRICE (PHONETIC) WAS

10:38:23 17   ACROSS THE STREET.

10:38:23 18   Q.  CARL, COULD YOU PULL UP PX 1810.4.

10:38:39 19         MR. LATTIMORE, COULD YOU TELL ME, IS THE TWO DOTS THAT ARE

10:38:43 20   LABELED ON PX 1810.4 LATTIMORE ASSOCIATES AND KENT LATTIMORE, IN

10:38:49 21   LOOKING AT THAT, IS THAT THE APPROXIMATE LOCATION OF LATTIMORE &

10:38:53 22   ASSOCIATES BUILDING AT 9117 ST. BERNARD HIGHWAY AND YOUR RESIDENCE

10:38:56 23   AT 2100 MARCELLE DRIVE?

10:38:59 24   A.  THAT'S CORRECT.

10:39:00 25   Q.  COULD YOU DESCRIBE TO THE JUDGE WHAT A WEEK IN YOUR LIFE WAS

FINAL DAILY COPY

10:39:13 1    PRIOR TO HURRICANE KATRINA?

10:39:15 2    A.  I GUESS -- I MEAN, IT WAS KIND OF BUSY.  IT'S SURREAL TO EVEN

10:39:28 3    TRY TO THINK ABOUT PRE-KATRINA.  IT SEEMS LIKE IT FRIED A LOT OF

10:39:35 4    PEOPLE AND I'M NO EXCEPTION.  I CAN'T REALLY EVEN THINK ABOUT LIFE

10:39:40 5    BEFORE KATRINA BECAUSE I WAS KIND OF IN THE WHOLE WASHOUT OF THE

10:39:48 6    AFTEREFFECTS OF KATRINA.

10:39:58 7    Q.  WELL, FOR EXAMPLE -- LET ME HELP YOU A LITTLE BIT.  FOR EXAMPLE,

10:40:02 8    IN YOUR BUSINESS, WERE YOU -- DID YOU HAVE TO BE THERE EVERY DAY OR

10:40:08 9    WERE YOU FREE TO TAKE A VACATION WHEN YOU WANTED?  EXPLAIN TO US

10:40:12 10   WHAT ROLE YOU PLAYED IN YOUR BUSINESS AT THE TIME OF THE STORM.

10:40:14 11   A.  WE WERE THERE EVERY DAY, BUT IT WAS SOMETHING WHERE IF YOU

10:40:19 12   WANTED TO GET AWAY, THE REAL ESTATE WAS THE TYPE OF THING WHERE YOU

10:40:25 13   COULD GET AWAY.

10:40:30 14   Q.  FROM A QUALITY OF LIFE PERSPECTIVE, HOW WAS YOUR QUALITY OF LIFE

10:40:34 15   PRIOR TO KATRINA?

10:40:35 16   A.  I'D SAY IT WAS BETTER THAN IT IS TODAY.

10:40:40 17   Q.  WE'LL GET THERE.

10:40:42 18         HOW WAS IT BEFORE KATRINA?  I MEAN, DID YOU HAVE PLANS OF

10:40:46 19   MAINTAINING A REAL ESTATE APPRAISAL BUSINESS AT 9117 WEST

10:40:50 20   ST. BERNARD HIGHWAY FOR THE REST OF YOUR LIFE?

10:40:52 21   A.  ABSOLUTELY.  I THOUGHT I WOULD BE IN THAT FIELD UNTIL I RETIRED.

10:41:03 22   AND IT WAS A MORE -- LIFE WAS MORE OF A SETTLED TYPE OF FEELING.

10:41:05 23   Q.  WAS IT MORE SECURE?

10:41:07 24   A.  MUCH MORE SECURE, MUCH MORE SECURE.

10:41:11 25   Q.  DID YOU HAVE THE OCCASION TO GO ON TRIPS ON WEEKENDS AND THINGS?

10:41:14 1    A.  OH, DEFINITELY.  WE COULD GET AWAY AND GO WHERE WE WANTED TO GO

10:41:21 2    AND LEAVE ON A THURSDAY NIGHT AND COME BACK ON A MONDAY MORNING AND

10:41:25 3    STILL GET ENOUGH DONE, ANSWER PHONE CALLS AND RETURN PHONE CALLS,

10:41:30 4    THAT TYPE OF THING TO BE IN THE BUSINESS OF WHAT WE WERE DOING.

10:41:37 5    Q.  HOW MANY EMPLOYEES DID YOU HAVE IN 2005 WHEN HURRICANE KATRINA

10:41:42 6    CAME?

10:41:44 7    A.  WE HAD PROBABLY FIVE TO SEVEN EMPLOYEES THAT WERE THERE EVERY

10:41:54 8    DAY.  A COUPLE OF PEOPLE MAYBE MIGHT HAVE BEEN PART-TIME.  LIKE I

10:41:58 9    SAID, IT'S HARD TO KIND OF -- IT'S ALMOST FOUR YEARS AGO, AND -- I

10:42:05 10   MEAN, LIKE I SAID, MOST OF THE PEOPLE THAT WORKED FOR US I HAVEN'T

10:42:09 11   SEEN THEM MAYBE ONCE OR TWICE IN FOUR YEARS.  AND JUST THINKING

10:42:15 12   ABOUT HOW LIFE WAS, IT REALLY DOESN'T DO ANY GOOD TO SIT AND DWELL

10:42:21 13   ON HOW LIFE MIGHT HAVE BEEN BECAUSE, YOU KNOW, WE'RE HERE IN THE

10:42:25 14   PRESENT.

10:42:30 15   Q.  TELL US THIS:  DID YOU EVACUATE FOR HURRICANE KATRINA?

10:42:35 16   A.  I GUESS YOU COULD CALL IT I EVACUATED.  I WAS SET TO GO ON A

10:42:39 17   CARNIVAL CRUISE LINE SHIP THAT LEFT OUT OF NEW ORLEANS ON SATURDAY.

10:42:44 18   THAT MIGHT HAVE BEEN THE 27TH OF AUGUST, 2005.  AND THAT DAY THE

10:42:51 19   WEATHER STATIONS -- I REMEMBER BOB BRECK SAYING IT WAS GOING TO MISS

10:42:56 20   US.

10:42:56 21         AND THE PEOPLE WHO I WAS GOING ON THE CRUISE WITH, THEY

10:42:59 22   WERE GOING TO STILL GO.  THEY SAID THAT THEY WOULD REFUND US IF WE

10:43:05 23   WANTED, AND I REMEMBER THINKING I HAVEN'T BEEN AWAY IN A WHILE,

10:43:09 24   LET'S JUST GO WITH IT.  AND I WAS ON -- I BELIEVE IT WAS THE FANTASY

10:43:17 25   THAT LEFT NEW ORLEANS.  IT WAS THE LAST CRUISE SHIP TO LEAVE NEW

10:43:23 1    ORLEANS AUGUST 27TH, 2005.

10:43:26 2    Q.  AS THE HURRICANE IS COMING UP THROUGH THE GULF, YOU WERE GOING

10:43:29 3    ON A CRUISE SHIP INTO THE GULF?

10:43:32 4    A.  OUT THE MOUTH OF THE RIVER AND WE ON THE DEPARTURE OUT OF NEW

10:43:45 5    ORLEANS.  AND RIGHT WHEN WE GOT IN THE MOUTH OF THE RIVER, YOU COULD

10:43:48 6    TELL THAT, YOU KNOW, IT WAS A SENSE OF FOREBODING KIND OF LIKE, OH,

10:43:53 7    NO.

10:43:53 8         BUT THE GUY TOOK -- HE TOOK A HARD RIGHT AND WE KIND OF

10:43:58 9    HUGGED THE COAST OF THE GULF OF MEXICO ALL THE WAY AROUND.  WE

10:44:02 10   MISSED A DAY IN COZUMEL -- OR CANCUN AND WE WENT STRAIGHT TO

10:44:07 11   COZUMEL.  AND WE WERE GETTING THE UPDATES OF THE WHOLE --

10:44:10 12   Q.  SO WERE YOU ON THE CRUISE IN COZUMEL WHEN HURRICANE KATRINA HIT

10:44:14 13   NEW ORLEANS?

10:44:15 14   A.  YES, I WAS.

10:44:16 15   Q.  HOW LONG DID YOU REMAIN IN COZUMEL?

10:44:21 16   A.  IT WAS -- I BELIEVE IT WAS A FIVE-DAY CRUISE OR SEVEN-DAY CRUISE

10:44:27 17   AND WE LEFT SATURDAY AND WE CAME BACK THE NEXT SATURDAY.  AND WE

10:44:32 18   COULDN'T GET BACK TO NEW ORLEANS.  THEY TOOK US TO GALVESTON, TEXAS

10:44:36 19   OR HOUSTON, TEXAS.

10:44:37 20   Q.  SO THE CRUISE SHIP DROPPED YOU OFF AFTER THE CRUISE IN HOUSTON,

10:44:42 21   TEXAS?

10:44:42 22   A.  YES.

10:44:42 23   Q.  WHERE DID YOU LEAVE YOUR VEHICLE PRIOR TO THE HURRICANE?

10:44:46 24   A.  I LEFT MY VEHICLE AT A FRIEND'S HOUSE IN -- I'D SAY THAT'S THE

10:44:53 25   MARIGNY, MARIGNY TRIANGLE.

10:44:55 1    Q.  HOW DID YOU GET BACK TO -- TELL US ABOUT HOW YOU GOT BACK FROM

10:44:59 2    GALVESTON TO NEW ORLEANS OR AROUND NEW ORLEANS POST HURRICANE

10:45:05 3    KATRINA.

10:45:05 4    A.  WELL, I DIDN'T HAVE A VEHICLE.  MY BROTHER LIVED IN HOUSTON.  HE

10:45:12 5    CAME AND PICKED ME UP AT THE CRUISE SHIP DOCK.  I WENT TO HOUSTON

10:45:20 6    FOR A COUPLE OF DAYS.  I STAYED THERE.  I GOT A RIDE WITH SOMEBODY

10:45:26 7    THAT WAS GOING TO -- WHAT IS IT, RIGHT NORTH OF LAFAYETTE, A LITTLE

10:45:36 8    TOWN.

10:45:36 9    Q.  OPELOUSAS?

10:45:38 10   A.  YEAH, IT WAS BELOW OPELOUSAS.  A GUY LET ME STAY IN HIS CAMPER.

10:45:43 11   I BASICALLY JUST KIND OF CALLING PEOPLE, HITCHING RIDES.  I FINALLY

10:45:48 12   MADE IT DOWN TO HOUMA WHERE I STAYED WITH SOME FRIENDS.

10:45:52 13   Q.  AND APPROXIMATELY HOW LONG AFTER HURRICANE KATRINA DID YOU WIND

10:45:55 14   UP IN HOUMA?

10:45:56 15   A.  I WOUND UP IN HOUMA FOR ABOUT A MONTH.  AFTER KATRINA -- WELL, I

10:46:09 16   STAYED THERE ABOUT A MONTH.

10:46:10 17   Q.  AND WHAT WAS YOUR EMOTIONAL STATE OF MIND AT THAT TIME?

10:46:13 18   A.  I WAS CLIMBING THE WALLS TO TRY TO GET BACK TO ST. BERNARD

10:46:21 19   PARISH AND GET MY VEHICLE AND, YOU KNOW, MIGHT NOT BE DEPENDENT UPON

10:46:28 20   CALLING PEOPLE FOR RIDES AND THAT SORT OF THING.

10:46:30 21   Q.  PRIOR TO HURRICANE KATRINA, HAD YOUR PROPERTY ON MARCELLE EVER

10:46:35 22   FLOODED?

10:46:36 23   A.  NEVER.

10:46:36 24   Q.  DID YOU EVER GET ANY WATER?

10:46:38 25   A.  NEVER HAD WATER ON MARCELLE DRIVE OR THE ST. BERNARD HIGHWAY,

10:46:42 1    WHICH IS RIGHT IN FRONT OF MARCELLE DRIVE.

10:46:44 2    Q.  IS THAT AREA THE HIGHEST PART OF ST. BERNARD PARISH?

10:46:48 3    A.  ACCORDING TO THE FLOOD MAPS, YEAH.

10:46:50 4    Q.  DID YOU EVER HAVE ANY REASON TO BELIEVE THAT YOU WOULD GET ANY

10:46:53 5    WATER THERE?

10:46:54 6    A.  COULD NOT CONCEIVE THAT IT WOULD EVER FLOOD RIGHT THERE BY WHERE

10:47:00 7    WE WERE, IN THE VICINITY OF THE ST. BERNARD PARISH COURTHOUSE, COULD

10:47:04 8    NOT BELIEVE THAT IT WOULD FLOOD THERE.

10:47:05 9    Q.  DID YOU GET ANY WATER IN THAT AREA THAT YOU KNOW OF DURING

10:47:11 10   HURRICANE BETSY?

10:47:11 11   A.  I WAS TOLD -- I WASN'T ALIVE FOR HURRICANE BETSY, BUT I WAS TOLD

10:47:17 12   THAT AREA DID NOT FLOOD.  THE COURTHOUSE WAS BUILT IN THE EARLY

10:47:20 13   '30S, AND I WAS TOLD THAT IT NEVER FLOODED THERE.

10:47:23 14   Q.  IS THAT ONE OF THE REASONS THAT YOU CHOSE THAT AREA?

10:47:26 15   A.  SOMEWHAT.  I WAS ALWAYS FELT IT WAS -- YOU KNOW, YOU DIDN'T NEED

10:47:37 16   FLOOD INSURANCE IN A NON-FLOOD ZONE.  I COULD NOT POSSIBLY CONCEIVE

10:47:40 17   THAT, YOU KNOW, THIS WHOLE -- NEW ORLEANS IS A RIVER BASIN THAT THE

10:47:48 18   WHOLE AREA COULD PROBABLY FLOOD.  I ALWAYS THOUGHT THERE WOULD

10:47:51 19   ALWAYS BE SOME HIGH GROUNDS.  AND, NO, I NEVER THOUGHT IT WOULD

10:47:54 20   FLOOD THERE.

10:47:55 21   Q.  WHEN DID YOU FIRST GET BACK INTO NEW ORLEANS AFTER HURRICANE

10:48:02 22   KATRINA?

10:48:02 23   A.  I'LL NEVER FORGET, IT WAS SEPTEMBER 10TH, 2005.  I GOT A RIDE

10:48:09 24   FROM HOUMA AND MET UP WITH THE --

10:48:16 25   Q.  TELL THE JUDGE HOW WE GOT IN.

10:48:18   1    A.  YOU HAD GOT A PASS AND I CALLED YOU AND I MET YOU IN, WHAT WAS

10:48:22   2    IT, LULING?

10:48:23   3    Q.  YES.

10:48:24   4    A.  AND YOU HAD THE PASS AND YOU WERE COMING TO CHECK ON YOUR

10:48:29   5    OFFICE, AND I GOT A RIDE WITH YOU GUYS.  AND WE CAME OVER THE GNO

10:48:36   6    BRIDGE, WE GOT STOPPED AT THE CHECKPOINT.  WE CAME OVER THE BRIDGE,

10:48:40   7    GOT OFF AT CAMP STREET, CAME ALL THE WAY DOWN TO POYDRAS.  AND I

10:48:46   8    REMEMBER Y'ALL STOPPED AND I JUMPED OUT THE CAR.  AND I STARTED

10:48:51   9    JOGGING TO TRY TO GET TO MY VEHICLE BECAUSE Y'ALL WOULDN'T TAKE ME.

10:48:56  10    Q.  AT THAT TIME, WAS NEW ORLEANS ESSENTIALLY UNDER MARSHAL LAW?

10:48:59  11    A.  IT WAS UNDER MARSHAL LAW.

10:49:01  12    Q.  AND THERE WAS A CURFEW THAT WE HAD TO LEAVE?

10:49:04  13    A.  THERE WAS A CURFEW.

10:49:05  14    Q.  AND WE DIDN'T JUST DROP YOU OFF, WE TOLD YOU WE WEREN'T GOING TO

10:49:10  15    BURGUNDY AND YOU WENT TO BURGUNDY.

10:49:15  16         TELL US WHAT HAPPENED WHEN YOU GOT TO BURGUNDY TO YOUR

10:49:17  17    VEHICLE.

10:49:17  18    A.  THE WHOLE ROOF OF ANOTHER HOUSE WAS ON THE STREET.  IT WAS

10:49:23  19    CHAOS.  IT WAS UNBELIEVABLE JOGGING DOWN RAMPART STREET SEEING

10:49:31  20    EVERY -- PALM TREES, EVERYTHING, IT WAS JUST LIKE A BOMB -- IT WAS

10:49:37  21    LIKE A BOMBED OUT CITY.  NO ELECTRICITY, YOU KNOW, THE ICE BOX WAS

10:49:45  22    ROTTEN.

10:49:47  23    Q.  ONCE YOU GOT TO YOUR VEHICLE, WHERE DID YOU GO?

10:49:50  24    A.  THE FIRST THING I WANTED TO GO WAS CHECK MY OFFICE.  I WENT

10:49:55  25    DOWN, I GOT IN -- THE VEHICLE WAS -- DIDN'T GET ANY WATER, THANK

10:50:01 1  GOD.

10:50:02 2           I WAS ABLE TO GET IN MY VEHICLE AND GO THROUGH THE NINTH

10:50:07 3  WARD, GO TO THE ST. CLAUDE BRIDGE WHERE IT GOES OVER THE INDUSTRIAL

10:50:13 4  CANAL.  THEY HAD NATIONAL GUARD THERE.  THEY WERE ACCOMMODATING.  I

10:50:18 5  ASKED THEM IF I COULD GO THROUGH.  THE GUY LET ME THROUGH.  AND I

10:50:22 6  PROCEEDED TO GO OVER THE BRIDGE.  THE FLOODING -- THE WATER WENT

10:50:27 7  DOWN.  WENT OVER THE BRIDGE.  COULDN'T BELIEVE THE DEVASTATION.

10:50:35 8  Q.  AT THAT TIME, WERE YOU AWARE THAT YOUR PROPERTY HAD BEEN

10:50:40 9  FLOODED?

10:50:41 10  A.  NO, I WASN'T AWARE.  I WAS TOLD -- I CALLED A FRIEND OF MINE WHO

10:50:54 11  IS A ST. BERNARD PARISH DEPUTY.  HE TOLD ME NOT TO EVEN GO BACK.  HE

10:50:54 12  SAID THAT THE COURTHOUSE HAD -- THEY WERE CHEST DEEP IN THE

10:50:58 13  COURTHOUSE, UP THE STEPS, AND I JUST KEPT ON HOPING THAT MAYBE SOME

10:51:02 14  OF MY THINGS WERE OKAY.  I WAS JUST TRYING TO GET -- TO SEE IF I

10:51:07 15  COULD GET DOWN THERE TO SEE.

10:51:09 16           BUT I'LL NEVER FORGET, LISTENING TO MR. FRANZ I REMEMBER

10:51:13 17  LOOKING AT THE TV AND SEEING A PICTURE -- THEY WERE IN A HELICOPTER

10:51:19 18  SHOOTING FOOTAGE, AND I SAW -- I SAW DELACROIX ISLAND.  THEY DIDN'T

10:51:27 19  TELL YOU IT WAS DELACROIX, BUT I SAW BAYOU LEARY.  I COULD MAKE OUT

10:51:27 20  WHAT THAT WAS BECAUSE I HAD BEEN DOWN THERE SO MANY TIMES.  THERE

10:51:27 21  WASN'T A HOUSE STANDING.

10:51:39 22           AFTER BETSY, DELACROIX ISLAND HAD BUILT THE HOUSES ON

10:51:42 23  CINDER BLOCKS, YOU KNOW, THERE WEREN'T EVEN CINDER BLOCKS LEFT.  I

10:51:48 24  MEAN, THE CINDER BLOCKS WERE GONE.  SO I KNEW IT WAS PRETTY BAD.

10:51:51 25  WHEN I SAW THAT, I KNEW THAT, YOU KNOW, IT WAS PRETTY BAD FOR ALL

10:51:55  1    OVER.  NOT JUST ST. BERNARD PARISH BUT THE WHOLE AREA WAS HIT PRETTY

10:52:00  2    GOOD.

10:52:01  3    Q.  AND COULD YOU DESCRIBE TO US WHAT YOU SAW WHEN YOU ARRIVED AT

10:52:05  4    YOUR BUSINESS AT 9117 MARCELLE DRIVE ON SEPTEMBER 10TH OF 2005?

10:52:14  5    A.  I REMEMBER TRYING TO PUT THE KEY IN THE DOOR AND THE LOCK HAD

10:52:17  6    SWELLED, AND I HAD TO PULL THE KEY OUT AND BUST THE DOOR IN AT MY

10:52:23  7    HOUSE.  MY OFFICE WAS BROKEN INTO.  LIKE THERE WAS SOME SORT OF

10:52:28  8    STAGING AREA TO EVACUATE PEOPLE AT THE COURTHOUSE AND THE OFFICE WAS

10:52:32  9    UNLOCKED.  AND IT WAS JUST CHAOS.

10:52:36 10          IT LOOKED LIKE -- I HAD A CAMERA AND I COULDN'T BEAR TO

10:52:40 11    TAKE PICTURES.  FOR SOME REASON, I JUST DIDN'T WANT TO REMEMBER IT

10:52:44 12    LIKE THAT.  I DIDN'T TAKE ANY PICTURES, WHICH I SHOULD HAVE.  AND IT

10:52:49 13    WAS JUST A NIGHTMARE.  IT WAS JUST A NIGHTMARE.

10:52:54 14    Q.  WAS THERE ANYTHING THAT WAS SALVAGEABLE INSIDE YOUR BUILDING --

10:52:58 15    INSIDE THE BUILDING OF YOUR BUSINESS AT 9117 WEST ST. BERNARD

10:53:06 16    HIGHWAY?

10:53:06 17    A.  NOT REALLY, NOT REALLY.  I BELIEVE THE WHOLE -- YOU KNOW, THE

10:53:11 18    ICE BOX HAD FLOATED IN THE MIDDLE OF THE -- YOU KNOW, THE DESKS WERE

10:53:16 19    ALL -- IT WAS JUST -- IT WAS JUST -- YOU KNOW, IT'S UNIMAGINABLE.

10:53:22 20    Q.  WAS THE COMPUTER SYSTEM THAT YOU HAD PURCHASED IN THE RENOVATION

10:53:25 21    RUINED?

10:53:26 22    A.  OH, ABSOLUTELY.

10:53:27 23    Q.  WAS THE PHONE SYSTEM THAT YOU PURCHASED IN THE RENOVATION

10:53:30 24    RUINED?

10:53:30 25    A.  DEFINITELY.

10:53:31  1   Q.  WHAT ABOUT THE MAP TABLES THAT YOU PURCHASED?

10:53:35  2   A.  EVERYTHING WAS -- EVERYTHING WAS -- YOU KNOW, HAD WATER IN IT.

10:53:39  3   I REMEMBER IT BEING LIKE 200 DEGREES INSIDE THE OFFICE.  IT WAS SO

10:53:47  4   HOT AND THE WATER WAS JUST -- EVEN THE STUFF THAT WAS -- IT WAS

10:53:49  5   PROBABLY CHEST DEEP, MAYBE WAIST DEEP ON ME, INSIDE THAT PLACE.

10:53:55  6   Q.  HOW TALL ARE YOU?

10:53:56  7   A.  I'M SIX-THREE, SIX-FOUR.

10:54:00  8   Q.  AND IF IT WAS WAIST HIGH -- IS THAT A RAISED STRUCTURE OFF THE

10:54:04  9   GROUND?

10:54:04 10   A.  IT'S RAISED.  IT'S TWO AND A HALF FEET OFF THE GROUND AND -- IT

10:54:08 11   WAS PROBABLY SIX, SEVEN FEET IN THE OFFICE.

10:54:13 12   Q.  WAS THERE -- WHAT WAS THE SMELL LIKE INSIDE THE OFFICE WHEN YOU

10:54:17 13   RETURNED?

10:54:18 14   A.  IT WAS UNBELIEVABLE.  IT WAS UNBELIEVABLE.  I WENT BACK TO THE

10:54:25 15   MOBILE HOME, HAD TO KICK IN THE DOOR, AND JUST -- EVERYTHING WAS

10:54:30 16   JUST SO JUMBLED UP.  YOU HAD TO ACTUALLY PUSH THE WET FURNITURE BACK

10:54:35 17   TO OPEN THE DOOR TO GET ANY TYPE OF -- TO MOVE ANYTHING AROUND.  THE

10:54:41 18   SOFA HAD ACTUALLY FLOATED UP.

10:54:43 19        I REMEMBER THERE WAS A BIG -- THERE WAS A BULL REDFISH ON

10:54:46 20   THE PORCH THAT -- I GUESS HE GOT STRANDED AND HE WAS DEAD.  HE WAS

10:54:51 21   ABOUT FOUR-FOOT LONG, REDFISH THAT WAS RIGHT THERE ON THE PORCH.

10:54:56 22   Q.  WHAT TYPE OF CONTENTS DID YOU LOSE IN YOUR HOUSE?

10:55:01 23   A.  I WOULD HAVE TO LOOK, JOHN.

10:55:14 24   Q.  DO YOU REMEMBER THE CONTENTS?  I MEAN, DID YOU HAVE A COMPUTER

10:55:16 25   IN YOUR HOUSE?

10:55:18 1  A.  I HAD, YOU KNOW, SOFAS, CHAIRS, TELEVISIONS.  I WOULD HAVE TO

10:55:27 2  LOOK AT WHAT I HAD.  I REALLY -- LIKE SOME THINGS, YOU KNOW, I CAN

10:55:33 3  REMEMBER SOME SPECIFIC DETAILS, BUT SOME -- A LOT OF SPECIFICS

10:55:42 4  LIKE -- IT'S HARD TO REMEMBER SOME OF THE THINGS.  MAYBE, I DON'T

10:55:44 5  KNOW, I MIGHT HAVE --

10:55:46 6  Q.  DID YOU LEAVE AND GO BACK OUT OF NEW ORLEANS ON SEPTEMBER 10TH

10:55:50 7  OF 2005 THAT DAY?

10:55:52 8  A.  I PACKED UP -- EVERYTHING THAT I THOUGHT WAS SALVAGEABLE, I

10:56:00 9  PACKED IN THE BACK OF MY VEHICLE.  I WENT DOWN TO MY PARENTS' HOUSE

10:56:06 10 AND HELPED SECURE THAT PLACE.  I STOPPED AT YOUR DAD'S HOUSE, AND

10:56:15 11 THEN I WENT BACK TO HOUMA.

10:56:17 12 Q.  HOW IS THAT PSYCHOLOGICALLY REALIZING THAT EVERYTHING YOU HAVE

10:56:24 13 IS DESTROYED?

10:56:25 14 A.  IT WAS JUST LIKE MR. FRANZ SAID.  YOU DON'T KNOW WHERE YOU'RE

10:56:30 15 GOING TO GO, YOU DON'T KNOW WHAT YOU'RE GOING TO DO.  AT THE TIME, I

10:56:35 16 THOUGHT I WOULD JUST TRY TO GO TO HOUSTON AND MAYBE GET INTO REAL

10:56:39 17 ESTATE, TAKE THE REAL ESTATE APPRAISAL EXAM FOR TEXAS AND MAYBE JUST

10:56:44 18 TRY TO STAY IN HOUSTON.  NOT WHAT I WANTED TO DO, BUT I REALLY

10:56:49 19 DIDN'T KNOW WHAT TO DO.

10:56:51 20 Q.  WHAT DID YOU ULTIMATELY WIND UP DOING?

10:56:56 21 A.  I WAS -- HAD AN OPPORTUNITY TO OPEN A CONVENIENCE STORE IN THE

10:57:07 22 LOWER PART OF ST. BERNARD PARISH, AND I JUST FOCUSED ALL OF MY

10:57:17 23 ENERGIES IN OPENING THAT BUSINESS AND KIND OF JUST WENT FROM THERE

10:57:20 24 AND STAYED IN THE METRO AREA OF NEW ORLEANS.

10:57:27 25 Q.  HOW IS RUNNING A CONVENIENCE STORE -- DO YOU STILL RUN THE

FINAL DAILY COPY

10:57:30  1   CONVENIENCE STORE IN LOWER ST. BERNARD PARISH?

10:57:32  2   A.  YES, I DO.

10:57:32  3   Q.  HOW IS RUNNING A CONVENIENCE STORE IN LOWER ST. BERNARD PARISH

10:57:38  4   DIFFERENT, FROM A QUALITY OF LIFE PERSPECTIVE, THAN THE -- RUNNING

10:57:41  5   THE LATTIMORE & ASSOCIATES REAL ESTATE COMPANY THAT YOU OWNED PRIOR

10:57:44  6   TO THE STORM?

10:57:45  7   A.  WELL, I DON'T WANT TO KNOCK IT, I MEAN, IT'S WHAT I DO.  BUT

10:57:49  8   IT'S NIGHT AND DAY.  WE WERE ONE OF THE ONLY STORES TO HAVE

10:57:56  9   GASOLINE, DIESEL FUEL, YOU KNOW, WE GOT ELECTRICITY BACK.  WE WERE

10:58:07 10   FORTUNATE TO SEE -- FORTUNATE TO HELP A LOT OF PEOPLE THAT WERE

10:58:11 11   COMING BACK IN TO THE PARISH FOR THE FIRST TIME, YOU KNOW, TO HAVE

10:58:16 12   DRINKS AND GASOLINE.

10:58:19 13           AND IT WAS -- IT WAS QUITE AN EXPERIENCE TO SEE PEOPLE,

10:58:26 14   YOU KNOW, REALLY, REALLY HURTING AND REALLY, YOU KNOW, GOING BACK TO

10:58:30 15   THEIR PROPERTIES AND HAVING NOTHING, HAVING NOTHING.  JUST SEEING

10:58:37 16   THAT EVERY DAY FOR A COUPLE OF YEARS, IT GETS YOU.

10:58:42 17   Q.  YOU MENTIONED A LITTLE BIT EARLIER IN YOUR TESTIMONY ABOUT WHAT

10:58:45 18   YOU CALL THE KATRINA WASHOUT.  HAVE YOU EVER SOUGHT COUNSELING OR

10:58:49 19   TREATMENT FOR ANY ISSUES -- WELL, HAVE YOU EVER SOUGHT COUNSELING AS

10:58:54 20   A RESULT OF HURRICANE KATRINA?

10:58:56 21   A.  NO, I HAVE NOT.

10:59:01 22   Q.  DO YOU THINK THAT YOU HAVE EMOTIONAL ISSUES AS A RESULT OF

10:59:06 23   HURRICANE KATRINA?

10:59:06 24   A.  DEFINITELY.

10:59:07 25   Q.  COULD YOU TELL US WHAT THOSE ARE?

10:59:09  1    A.  EMOTIONAL ISSUES -- I AM NOT REALLY QUALIFIED TO SAY WHAT KIND

10:59:22  2    OF EMOTIONAL ISSUES.  I DID HAVE A LITTLE PROBLEM WITH DRINKING

10:59:26  3    RIGHT AFTER KATRINA.  I'VE SINCE TRIED TO CURTAIL THAT.  I'M NOT

10:59:30  4    TRYING TO -- I TRY TO WATCH MYSELF.  BUT AFTER KATRINA, THROUGH THAT

10:59:35  5    YEAR OR TWO PROCESS, MY DRINKING WAS MAYBE OUT OF CONTROL.  OTHER

10:59:42  6    THAN THAT, MAYBE I SHOULD HAVE WENT TO COUNSELING, BUT I'M NOT

10:59:48  7    HAVING A PROBLEM WITH IT, PER SE.  BUT THAT'S ABOUT THE ONLY THING

10:59:52  8    THAT I'VE REALLY -- YOU KNOW, AND I'M NOT A BIG EXCUSE PERSON.  SO I

10:59:59  9    REALLY DON'T LIKE TO HAVE EXCUSES, BUT MAYBE THAT WAS SOMETHING THAT

11:00:04 10    I HAD TO CHECK MYSELF ON BECAUSE -- YOU KNOW, TRY AND JUST TO SLOW

11:00:14 11    DOWN.

11:00:14 12              MR. ANDRY:  I DON'T HAVE ANY OTHER QUESTIONS, YOUR HONOR.

11:00:25 13                        CROSS-EXAMINATION

11:00:27 14    BY MR. MYER:

11:00:27 15    Q.  JUST SOME DETAILS HERE.  YOU BOUGHT THE HOUSE TRAILER AT

11:00:31 16    2100 MARCELLE DRIVE IN '91 OR '92?

11:00:33 17    A.  I BELIEVE '91.

11:00:35 18    Q.  AND IT WAS A 20-YEAR OLD USED HOUSE TRAILER AT THAT TIME, RIGHT?

11:00:44 19    A.  IT WAS MAYBE A 30-YEAR OLD HOUSE TRAILER AT THE TIME.

11:00:44 20    Q.  AND YOU PAID $10,000 FOR IT?

11:00:45 21    A.  YES, SIR.

11:00:46 22    Q.  YOU BOUGHT ONLY THE TRAILER AND YOU LEASED THE SPACE FROM THE

11:00:50 23    TRAILER PARK?

11:00:51 24    A.  YES, SIR.

11:00:52 25    Q.  AFTER YOU BOUGHT THE BUILDING AT 9117 WEST ST. BERNARD HIGHWAY,

11:00:58  1   YOU TOTALLY RENOVATED IT, AND AS YOU TOLD ME IN YOUR DEPO, WITH THAT

11:01:03  2   RENOVATION, YOU DID EVERYTHING.  IT WAS LIKE BUILDING A NEW BUILDING

11:01:06  3   IN THE SHELL OF AN OLD BUILDING, RIGHT?

11:01:08  4   A.  WHATEVER MY DEPOSITION SAYS.  I MEAN, I DON'T HAVE IT IN FRONT

11:01:12  5   OF ME AND I TRIED TO READ IT.  BUT WHATEVER IT SAYS, IF I SAID IT,

11:01:16  6   THAT'S WHAT I SAID AT THE DEPOSITION.

11:01:18  7   Q.  MAYBE WE CAN BE A LITTLE MORE INFORMAL HERE, THOUGH.

11:01:21  8        IN YOUR DEPOSITION, YOU SAID THAT YOU SPENT 100,000 TO

11:01:23  9   $150,000 RENOVATING IT.  DO YOU REMEMBER THAT?

11:01:26 10   A.  I REMEMBER GOING BACK AND JUST THINKING ABOUT IT AND TALKING

11:01:31 11   WITH THE GUY WHO LOANED ME SOME MONEY, AND HE TOLD ME I WAS OVER

11:01:35 12   THAT FIGURE.  AND HONESTLY, THE FIGURES THAT I GOT, I'M NOT REALLY,

11:01:39 13   LIKE, RIGHT ON THE MONEY.  EVERYTHING I HAD WAS DOCUMENTED IN THAT

11:01:44 14   OFFICE AND EVERYTHING I HAD WAS FLOODED.  SO I DON'T REALLY KNOW.

11:01:49 15   I'M NOT GOING TO HAGGLE WITH YOU ON WHAT IT WAS.

11:01:52 16   Q.  ALL RIGHT.  ONE OF THE CLAIMS THAT YOU HAVE MADE IS FOR A

11:01:58 17   COLLECTION OF FIREARMS THAT YOU HAD?

11:01:59 18   A.  YES, SIR.

11:02:01 19   Q.  AND YOU TOLD US IN THE DEPOSITION WHEN YOU RETURNED ON SEPTEMBER

11:02:05 20   THE 10TH, THEY WERE JUST GONE, RIGHT?

11:02:09 21   A.  I COLLECTED -- I'M A HISTORY GUY AND I COLLECT OLD FIREARMS,

11:02:18 22   DAGGERS, SWORDS, AND THEY WERE GONE, YES.

11:02:23 23   Q.  AND THERE WAS A STAGING AREA, IT APPEARED, SO YOU CONCLUDED THAT

11:02:27 24   THEY HAD BEEN LOOTED, RIGHT?

11:02:28 25   A.  THAT'S WHAT I CONCLUDED.

11:02:30 1   Q.  YOUR OFFICE WAS ALSO BROKEN INTO AND APPARENTLY ROBBED, RIGHT?

11:02:33 2   A.  NOT ONLY WAS IT ROBBED, EVERYTHING I'VE SALVAGED, I TRIED TO PUT

11:02:38 3   IT -- YOU DIDN'T HAVE A PLACE TO PUT ANYTHING, AND EVERYTHING THAT I

11:02:41 4   SALVAGED ALONG THE WAY GOT PICKED OFF, TOO.

11:02:47 5   Q.  YOU REBUILT THE BUILDING AT 9117 WEST ST. BERNARD HIGHWAY?

11:02:52 6   A.  YES, SIR, I DID.

11:02:53 7   Q.  AND YOU DID THAT ACTING AS YOUR OWN GENERAL CONTRACTOR AND USING

11:02:56 8   A COUPLE OF SUBCONTRACTORS FOR ELECTRICAL AND SHEETROCK?

11:03:00 9   A.  I GUTTED THE BUILDING.  I TOOK EVERYTHING I OWNED, EVERYTHING I

11:03:04 10  BOUGHT, AND THREW IT OUT IN THE PARKING LOT, AND BLEW MY BACK OUT IN

11:03:10 11  THE PROCESS.  THE FILE CABINETS MIGHT HAVE WEIGHED 1200 POUNDS.

11:03:14 12  THEY WERE FULL OF WATER AND THE PAPER HAD ABSORBED.  AND I ACTUALLY

11:03:19 13  VIVIDLY REMEMBER HAVING TO PULL THE DRAWER OUT AND TAKE AN AXE AND

11:03:27 14  CHOP THE THING INTO PIECES TO PULL IT OUT AND THROW IT OUT IN THE

11:03:28 15  PARKING LOT.

11:03:29 16  Q.  BUT YOU DIDN'T HIRE A CONTRACTOR TO DO THAT, YOU WERE YOUR OWN

11:03:32 17  GENERAL CONTRACTOR TO DO THAT?

11:03:33 18  A.  I GUTTED IT, BUT WHEN IT CAME DOWN TO RE-SHEETROCKING, I HAD

11:03:37 19  SOMEBODY ELSE DO THAT FOR ME.  I COULDN'T TAKE IT GOING BACK IN THAT

11:03:42 20  BUILDING.  IT WAS KIND OF -- IT WAS A LOT FOR ME TO GO IN THERE.

11:03:47 21  AND TO THIS DAY -- WHEN I GO IN THERE TODAY, IT STILL GIVES ME -- IT

11:03:51 22  GETS ME CHOKED UP.

11:03:52 23  Q.  YOU DIDN'T GO BACK INTO THE REAL ESTATE BUSINESS?

11:03:57 24  A.  NO, SIR.

11:04:00 25  Q.  AND YOU DID RENT THAT BUILDING, AT LEAST FOR A WHILE, IN 2007?

11:04:03 1   A.   YES, I DID.

11:04:04 2   Q.   AND YOU'VE STILL GOT IT ON THE RENTAL MARKET?

11:04:06 3   A.   FOR HOW LONG, I DON'T KNOW.

11:04:10 4   Q.   AND YOU MADE NO ATTEMPT TO REPLACE THE HOUSE TRAILER?

11:04:13 5   A.   FEMA LEASED THE MOBILE HOME PARK AND I TRIED TO GET BACK IN.  I

11:04:23 6   DIDN'T REPLACE THE HOUSE TRAILER, NO, SIR.

11:04:24 7   Q.   AT YOUR DEPOSITION, YOU TOLD ME THAT AT THAT POINT YOU WERE

11:04:27 8   LIVING LIKE A NOMAD HERE AND THERE.  HAVE YOU FOUND SOME PLACE

11:04:31 9   PERMANENT BY NOW?

11:04:32 10  A.   I STILL FEEL LIKE -- I STILL HAVE CLOTHES IN MY VEHICLE FROM --

11:04:36 11  THAT I TOOK OUT OF MY -- AND TRIED TO SALVAGE AND TOOK TO THE DRY

11:04:41 12  CLEANER.  SO I STILL -- I REALLY -- I'M HOPING TO GET TO WHERE I'M

11:04:46 13  SETTLED.  BUT STILL, I DON'T FEEL SETTLED.

11:04:50 14          MR. MYER:  NOTHING FURTHER.

11:04:51 15          THE WITNESS:  OKAY.

11:04:52 16          THE COURT:  THANK YOU, SIR.

11:04:52 17                    REDIRECT EXAMINATION

11:04:52 18  BY MR. ANDRY:

11:04:54 19  Q.   LET ME JUST ASK.  ON THE PROPERTY, MR. LATTIMORE, AT 2100

11:05:01 20  MARCELLE DRIVE.  DID YOU HAVE OTHER STRUCTURES THAT YOU BUILT

11:05:03 21  ADJACENT TO THE HOUSE TRAILER?

11:05:04 22  A.   I BUILT A STORAGE SHED.

11:05:06 23  Q.   DID YOU HAVE ITEMS IN THAT SHED --

11:05:08 24  A.   YES.

11:05:08 25  Q.   -- AT THE TIME OF HURRICANE KATRINA?

11:05:09 1    A.   YES.

11:05:10 2    Q.   WERE THOSE ITEMS TAKEN, LOST OR STOLEN AS A RESULT OF THE STORM?

11:05:15 3              THE COURT:   GIVE ME ONE MINUTE, COUNSEL.   SORRY TO

11:05:18 4    INTERRUPT YOU.

11:05:19 5              MR. ANDRY:   THAT'S ALL RIGHT.

11:05:45 6              THE COURT:   TRYING TO COORDINATE.   DO WE HAVE AN IDEA OF

11:05:47 7    WHEN DR. DAY WOULD BE TESTIFYING?

11:05:49 8              MR. ROY:   RIGHT AFTER LUNCH, YOUR HONOR.

11:05:52 9              THE COURT:   AFTER LUNCH.

11:05:53 10             MR. ROY:   WE CAN START HIM BEFOREHAND IF THAT WORKS WITH

11:05:57 11   YOU.

11:05:57 12             THE COURT:   AFTER LUNCH IS FINE.   THANK YOU.

11:06:02 13             MR. ANDRY:   COULD YOU READ BACK THE LAST QUESTION, I'M

11:06:03 14   SORRY.

11:06:15 15       (WHEREUPON, THE QUESTION WAS READ BACK.)

11:06:17 16             THE COURT:   DID YOU HEAR THAT?

11:06:18 17             THE WITNESS:   YES, SIR, I'M SORRY.   YEAH, I DON'T KNOW

11:06:23 18   LOST, I HAD SCUBA EQUIPMENT, I DON'T KNOW WHAT HAPPENED, I NEVER

11:06:29 19   FOUND ANYTHING.   THE DOOR WAS OPEN.   I DON'T KNOW, THE BACK DOOR OF

11:06:38 20   MY MOBILE HOME WAS OPEN, A TREE FELL ON IT.   I REMEMBER THERE WAS

11:06:43 21   SOME ANIMALS LIVING IN IT WHEN I CAME BACK.

11:06:49 22   BY MR. ANDRY:

11:06:50 23   Q.   DO YOU FEEL LIKE, MR. LATTIMORE, AFTER LOSING YOUR BUSINESS AND

11:06:52 24   EVERYTHING YOU HAD IN YOUR HOUSE AFTER HURRICANE KATRINA THAT YOU'VE

11:06:55 25   LOST YOUR SENSE OF SECURITY?

11:06:56  1    A.   FOR THIS AREA, ABSOLUTELY, YEAH.

11:06:59  2    Q.   COULD YOU EXPLAIN THAT TO THE JUDGE?

11:07:02  3    A.   JUST SITTING IN THE COURT LOOKING AT THE MAPS OF, YOU KNOW, LAKE

11:07:14  4    BORGNE, GRAND LAKE, LAKE LEARY AND GROWING UP IN ST. BERNARD PARISH

11:07:19  5    AND GOING IN THE MARSH FOR BETTER THAN 30 YEARS OF MY LIFE AND

11:07:25  6    KNOWING HOW IT IS NOW, I MEAN, IT'S JUST GONE.  YOU KNOW, I LOOK AT

11:07:31  7    THESE MAPS AND I CAN PICK OUT LAKES AND BRETON ISLAND.  TO PASS IT

11:07:39  8    TODAY AND SEE IT GONE IS VERY, VERY HUMBLING TO SAY THE LEAST.

11:07:47  9              IT'S A SENSE OF LOSS, YEAH, I MEAN, I COULD GO ON ALL DAY.

11:07:54 10    BUT WHAT I REMEMBER AND GREW UP WITH AND WE TALK ABOUT RIDGES AND WE

11:07:59 11    TALK ABOUT THE BAYOU LA LOUTRE RIDGE AND I REMEMBER HUNTING RABBITS

11:08:04 12    ON THAT RIDGE AND I REMEMBER TREES ON THAT RIDGE.  I REMEMBER PARTS

11:08:08 13    OF DELACROIX ISLAND WHERE THERE WERE ENTIRE ISLANDS, AND, YOU KNOW,

11:08:14 14    YOU GO OUT THERE TODAY AND THE ISLAND'S ACTUALLY GONE.  IT'S A

11:08:22 15    SERIOUS LOSS.

11:08:23 16              MR. ANDRY:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

11:08:25 17              THE COURT:  THANK YOU.  YOU MAY STEP DOWN, SIR.  THANK YOU

11:08:28 18    VERY MUCH.

11:08:29 19              THE WITNESS:  THANK YOU.

11:09:32 20              MR. ANDRY:  MAY I HAVE FIVE MINUTES, YOUR HONOR, TO MAKE

11:09:34 21    SURE I GET ALL OF THE EXHIBITS CORRECT OF MR. ROBINSON?

11:09:38 22              THE COURT:  OKAY.  WE'LL --

11:09:43 23              MR. ANDRY:  ACTUALLY, I THINK I HAVE THEM.  CARL, IF YOU

11:09:49 24    COULD, 2015, I THINK IT'S PAGE 18.

11:09:55 25              THE COURT:  WE'RE NOT ON THE RECORD NOW, ARE WE,

FINAL DAILY COPY

11:09:57 1   MR. ANDRY?

11:09:58 2               MR. ANDRY:  NO, YOUR HONOR.

11:10:10 3               MR. ROY:  YOUR HONOR, WE HAVE AN UPDATE ON THE BO MEMO YOU

11:10:13 4   HAD ASKED ABOUT.

11:10:15 5               THE COURT:  AN UPDATE ON WHAT?

11:10:18 6               MS. GILBERT:  THE BO MEMO IS ACTUALLY A DRAFT MEMORANDUM,

11:10:21 7   IT'S LISTED AS PX 208, AND IT APPEARS RIGHT BEFORE THE E-MAILS THAT

11:10:25 8   YOU WERE REFERRING TO EARLIER --

11:10:27 9               THE COURT:  THANK YOU.

11:10:29 10              MS. GILBERT:  -- ON THE LIST AS DATED APRIL 2005,

11:10:35 11  APRIL 11, 2005.

11:10:35 12              THE COURT:  THANK YOU.

11:10:40 13              MS. GILBERT:  AND IF YOU NEED A COPY OF IT, A HARD COPY WE

11:10:43 14  HAVE EXTRA.

11:10:43 15              THE COURT:  I CAN GET IT FROM THE EXHIBITS, THAT'S FINE.

11:10:46 16              MS. GILBERT:  I CAN HAND YOU ONE UP NOW, YOUR HONOR.

11:10:51 17              THE COURT:  NO, THAT'S FINE.

11:11:13 18              MR. ANDRY:  YOUR HONOR, THANK YOU FOR YOUR INDULGENCE, I

11:11:18 19  WAS LOOKING FOR THE DENIAL LETTER SPECIFICALLY.

11:11:22 20              THE COURT:  YES, SIR.

11:11:23 21              MR. ANDRY:  AT THIS TIME THE PLAINTIFFS CALL MR. NORMAN

11:11:26 22  ROBINSON.

11:11:27 23              AND IN CONJUNCTION IS MR. ROBINSON'S TESTIMONY, YOUR

11:11:31 24  HONOR, THE PLAINTIFFS WOULD OFFER AND DISCUSS EXHIBIT PX 2053, PAGE

11:11:42 25  14; THE CORRESPONDING DENIAL LETTER CARL IS GOING TO FIND IT'S

—— FINAL DAILY COPY ——

11:11:42 1    AROUND PX 2051, BUT I WILL TELL YOU THE SPECIFIC NUMBER.  IT'S PX

11:11:50 2    2054, YOUR HONOR.

11:11:54 3           AS WELL AS PX 1495, WHICH IS FLOOD DAMAGE PHOTOS FROM

11:12:00 4    MR. ROBINSON'S RESIDENCE; PX 1496 WHICH ARE THE BEFORE KATRINA

11:12:05 5    PHOTOGRAPHS OF THE ROBINSON RESIDENCE.  PX 1357 WHICH ARE RECEIPTS

11:12:13 6    FOR DAMAGED PROPERTY; PX 1717 AN INVENTORY LISTED FOR THE ROBINSON

11:12:20 7    PROPERTY; AND PX 1718, WHICH ARE RECEIPTS AND INVOICES FOR

11:12:26 8    MR. ROBINSON'S PROPERTY.

11:12:27 9           THE COURT:  THANK YOU.

11:12:30 10          THE DEPUTY CLERK:  LET ME SWEAR THE WITNESS.  WOULD YOU

11:12:32 11   PLEASE RAISE YOUR RIGHT HAND.

11:12:34 12      (WHEREUPON, NORMAN H. ROBINSON, WAS SWORN IN AND TESTIFIED AS

11:12:36 13      FOLLOWS:)

11:12:36 14          THE DEPUTY CLERK:  PLEASE STATE YOUR NAME AND SPELL IT FOR

11:12:38 15   THE RECORD.

11:12:39 16          THE WITNESS:  NORMAN H. ROBINSON, N-O-R-M-A-N H.

11:12:45 17   R-O-B-I-N-S-O-N.

11:12:47 18                        DIRECT EXAMINATION

11:12:48 19   BY MR. ANDRY:

11:12:49 20   Q.  MR. ROBINSON, WHERE DO YOU CURRENTLY RESIDE?

11:12:51 21   A.  324 DELARONDE, ALGIERS, LOUISIANA.

11:12:55 22   Q.  AT THE TIME OF HURRICANE KATRINA, WHERE DID YOU RESIDE?

11:12:59 23   A.  6965 MAYO BOULEVARD, NEW ORLEANS EAST, LOUISIANA.

11:13:05 24   Q.  CARL, COULD YOU CALL UP EXHIBIT 2053, PAGE 14, PLEASE.

11:13:21 25   MR. ROBINSON, IN LOOKING AT THIS DOCUMENT -- YOU CAN LOOK AT IT ON

614

11:13:25 1    THIS SCREEN OR THE OTHER SCREEN IN FRONT OF YOU.

11:13:27 2    A.  OKAY.

11:13:28 3    Q.  IS THIS THE FORM 95 THAT YOU AUTHORIZED ME AND THE ATTORNEYS TO

11:13:31 4    FILE ON YOUR BEHALF WITH THE UNITED STATES ARMY CORPS OF ENGINEERS?

11:13:35 5    A.  YES.

11:13:35 6    Q.  AND.  CARL, COULD YOU CALL UP EXHIBIT 2054, PLEASE.

11:13:44 7            MR. ROBINSON, IS THIS THE DENIAL LETTER OF YOUR CLAIM BY

11:13:49 8    THE UNITED STATES ARMY CORPS OF ENGINEERS?

11:13:52 9    A.  YES.

11:13:53 10   Q.  MR. ROBINSON, ARE YOU FROM NEW ORLEANS?

11:14:02 11   A.  NO, I AM NOT.

11:14:03 12   Q.  WHEN DID YOU FIRST COME TO NEW ORLEANS?

11:14:05 13   A.  IN JANUARY OF 1976.

11:14:07 14   Q.  AND WHERE WERE YOU FROM PRIOR TO THAT?

11:14:09 15   A.  MOBILE, ALABAMA.

11:14:10 16   Q.  WHAT TYPE -- HOW OLD WERE YOU WHEN YOU GOT TO NEW ORLEANS?

11:14:14 17   A.  TWENTY-FIVE YEARS OLD.

11:14:15 18   Q.  AND WHAT WAS YOUR EDUCATIONAL BACKGROUND IN MOBILE?

11:14:18 19   A.  I WAS A JOURNALIST, TRAINED JOURNALIST, GRADUATED COLUMBIA

11:14:23 20   SCHOOL OF BROADCASTING.  PRIOR TO THAT MY MAJOR WAS MUSIC, IT WAS A

11:14:31 21   CERTIFICATE OF GRADUATION FROM THE U.S. NAVAL SCHOOL OF MUSIC

11:14:33 22   NORFOLK, VIRGINIA AT LITTLE CREEK.

11:14:36 23   Q.  WERE YOU IN THE UNITED STATES MARINE CORPS?

11:14:39 24   A.  I WAS IN THE UNITED STATES MARINE CORPS BAND, YES.

11:14:41 25   Q.  THE PRESIDENT'S OWN?

11:14:42 1    A.   THE PRESIDENT'S OWN.

11:14:44 2    Q.   HOW LONG WERE YOU IN THE MARINE CORPS?

11:14:46 3    A.   FOUR-YEAR, 1969 TO 1973.

11:14:54 4    Q.   WAS THAT WHEN YOU WERE LIVING IN MOBILE?

11:14:54 5    A.   NO.   AT THE TIME I WAS A REFUGEE FROM BOSTON, MASSACHUSETTS.   I

11:14:59 6    JOINED THE MARINE CORPS WHILE IN BOSTON, THAT'S WHERE MY MOTHER

11:15:03 7    LIVED AT THE TIME.   I GREW UP WITH MY GRANDMOTHER WHO WAS IN MOBILE.

11:15:06 8    Q.   DID YOU EVER LIVE IN MISSISSIPPI?

11:15:08 9    A.   YES.   FROM THE TIME THAT I WAS TWO YEARS OLD TO TEN YEARS OLD.

11:15:13 10   I LIVED IN A LITTLE BACK WOODS TOOMSUBA, MEANS END AN BURIAL GROUND.

11:15:22 11   Q.   DID YOU LIVE WITH YOUR GRANDMOTHER AT THE TIME IN MISSISSIPPI?

11:15:24 12   A.   YES.   THAT WAS BEFORE SHE MOVED TO MOBILE.

11:15:28 13   Q.   SO IF I HAVE THIS CORRECT, YOU GRADUATED FROM HIGH SCHOOL AND

11:15:32 14   THEN WENT INTO BROADCASTING?

11:15:34 15   A.   I GRADUATED FROM HIGH SCHOOL, WENT INTO THE MARINE CORPS.   I WAS

11:15:39 16   DRAFTED BY THE ARMY BUT I VOLUNTEERED FOR THE MARINE CORPS BECAUSE I

11:15:44 17   COULD GET MY CHOICE OF DUTY.   I AUDITIONED FOR THE BAND AND I WAS A

11:15:49 18   CEREMONIAL MARINE FOR FOUR YEARS AS OPPOSED TO MARCHING AROUND IN

11:15:53 19   THE MARSH OR THE SWAMPS OF VIET NAM.

11:15:55 20   Q.   SO THAT WAS APPROXIMATELY IN THE 1960'S?

11:16:00 21   A.   1969.

11:16:01 22   Q.   FROM THERE YOU WENT INTO JOURNALISM?

11:16:06 23   A.   WHILE IN THE MARINE CORPS I TOOK UP JOURNALISM.

11:16:09 24   Q.   WERE YOU ALWAYS A BROADCAST JOURNALIST OR WERE YOU EVER A --

11:16:15 25   WERE YOU ALWAYS A BROADCAST JOURNALIST?

11:16:17 1    A.  NO.  I STARTED OUT WITH AN INTEREST IN MUSIC BUT SOON DISCOVERED

11:16:21 2    I DIDN'T HAVE THE CUMULATIVE TO REALLY MAKE A LIVING AT MUSIC.  SO I

11:16:25 3    DECIDED TO DO SOMETHING WHICH I WAS VERY CAPABLE OF DOING, THAT IS

11:16:29 4    TALKING.  AND GET PAID FOR IT.

11:16:34 5    Q.  AND COULD YOU TELL OR DESCRIBE TO THE COURT YOUR WORK HISTORY

11:16:43 6    BEGINNING WITH THE TIME YOU FIRST GOT INTO JOURNALISM?

11:16:46 7    A.  I COMPLETED BROADCASTING SCHOOL WHILE IN MARINE CORPS, AND AT

11:16:52 8    THE TIME THE MARINE CORPS HAD AN ON-THE-JOB TRAINING PROGRAM WHICH

11:16:59 9    YOU COULD THE LAST SEVERAL MONTHS OF YOUR DUTY YOU COULD BE FARMED

11:17:03 10   OUT TO PRACTICE YOUR CIVILIAN JOB.  AND I WAS A RADIO BROADCASTER AT

11:17:10 11   NIGHT.

11:17:10 12        AND THE OWNER OF THE STATION, AT THE TIME WHICH WAS KYMS

11:17:17 13   IN SANTA ANA, CALIFORNIA SAID THAT HE THOUGHT I SHOULD PURSUE A

11:17:22 14   CAREER IN TV, BUT HE THOUGHT I SHOULD DO IT IN A SMALLER MARKET AND

11:17:26 15   HE SUGGESTED I MOVE TO A TOWN WITH A VERY SMALL MARKET.  AND I DID,

11:17:30 16   I MOVED BACK TO MOBILE, ALABAMA.  AT THAT TIME THEY WEREN'T HIRING

11:17:34 17   AFRICAN AMERICANS, SO I WAS A POSTMAN FOR ABOUT SIX MONTHS BEFORE I

11:17:39 18   GOT A BREAK INTO RADIO, I GOT A JOB AT A RADIO STATION.

11:17:42 19        AND SUBSEQUENT TO THAT, AFTER APPEARING ON A NEWS MEMBER

11:17:51 20   PROGRAM FOR A TELEVISION SHOW, I WAS ASKED TO COME IN FOR AN

11:17:51 21   AUDITION FOR A TELEVISION JOB.  AND SO I GOT BROKE INTO TV IN

11:17:57 22   MOBILE, AND I THINK IT WAS A TALENT SCOUT COMING THROUGH TOWN, ED

11:18:05 23   PLAINTIFF (PHONETIC) FOR NBC AT THE TIME WHO CALLED ALEC GIFFORD WHO

11:18:09 24   WAS THE NEWS DIRECTOR AT WVUE CHANNEL 8 AT THE TIME.

11:18:12 25        AND ALEC CALLED ME TO NEW ORLEANS FOR AN INTERVIEW AND

11:18:15 1   AUDITION.  AND I WAS SUBSEQUENTLY HIRED BY ALEC, THAT WAS MY SECOND

11:18:19 2   JOB IN TV IN 1976, THAT'S WHEN I CAME DOWN.

11:18:24 3   Q.  THAT'S WHEN YOU WERE APPROXIMATELY 25 YEARS OLD?

11:18:25 4   A.  YES.

11:18:26 5   Q.  IS THAT WHEN YOU FIRST CAME TO NEW ORLEANS?

11:18:28 6   A.  THAT'S WHEN I FIRST CAME TO NEW ORLEANS.

11:18:30 7   Q.  WHERE DID YOU LIVE WHEN YOU FIRST CAME TO NEW ORLEANS?

11:18:33 8   A.  I LIVED IN ALGIERS, AS I RECALL IT WAS AN APARTMENT COMPLEX ON

11:18:36 9   WESTBEND PARKWAY.  I AM AMAZED THAT I CAN STILL REMEMBER THAT.

11:18:40 10  WESTBEND PARKWAY AT THE TIME.

11:18:43 11          MY WIFE AT THE TIME WAS FROM NEW ORLEANS, WAS FROM

11:18:47 12  ALGIERS, AND I THINK -- I AM SURE THAT'S WHY WE WOUND UP IN --

11:18:54 13  Q.  DID YOU HAVE ANY CHILDREN FROM THAT MARRIAGE?

11:18:55 14  A.  I DID, TWO.  IT HAVE A 30-YEAR OLD DAUGHTER WHO IS CURRENTLY A

11:19:00 15  POLICE OFFICER IN NEW ORLEANS, IN THE 8TH DISTRICT, AND A 35-YEAR

11:19:04 16  OLD SON WHO IS A HAIR STYLIST IN ATLANTA, GEORGIA.

11:19:09 17  Q.  IS YOUR DAUGHTER, JENNA, IS THAT HER NAME?

11:19:13 18  A.  THAT'S MY GRANDDAUGHTER.  THAT'S MY DAUGHTER'S DAUGHTER.  MY

11:19:16 19  DAUGHTER IS JACQUELYN.

11:19:18 20  Q.  HOW DID YOUR CAREER PROGRESS -- WERE YOU HIRED BY WDSU AND ALEC

11:19:26 21  GIFFORD --

11:19:28 22  A.  ALEC GIFFORD HIRED ME WHILE HE WAS THE NEWS DIRECTOR AT WVUE,

11:19:33 23  THAT WAS MY FIRST JOB IN NEW ORLEANS.

11:19:34 24  Q.  AND THAT USED TO BE CHANNEL 8, RIGHT?

11:19:36 25  A.  YES, THAT USED TO BE CHANNEL 8.

FINAL DAILY COPY

11:19:38  1    Q.   WHAT TYPE OF JOB DID YOU HAVE WHEN YOU WORKED FOR WVUE.

11:19:41  2    A.   I WAS A GENERAL ASSIGNMENT BEAT REPORTER.   SOMETIMES PRODUCER,

11:19:46  3    AND SOMETIMES FILL IN NOON NEWS ANCHOR.

11:19:50  4    Q.   AND HOW DID YOUR CAREER PROGRESS AT WVUE?

11:19:55  5    A.   FROM CHANNEL 8 I STAYED THERE APPROXIMATELY TWO-YEARS, THE

11:19:58  6    COMPANY WAS SOLD, AND THEN I WAS HIRED TO WORK AT WWL BY THEN NEWS

11:20:05  7    DIRECTOR PHIL JOHNSON.   I WAS HIRED AS A SPECIALTY REPORTER AND MY

11:20:12  8    BEAT WAS JEFFERSON PARISH.   I LATER BECAME A POLITICAL REPORTER,

11:20:18  9    THEN AN INVESTIGATIVE REPORTER, AND THEN I WAS PROMOTED TO

11:20:24 10    ASSIGNMENT EDITOR AND THEN ASSISTANT NEWS DIRECTOR.

11:20:28 11    Q.   HOW LONG HAVE YOU BEEN AN ANCHOR?

11:20:30 12    A.   NINETEEN YEARS THIS JULY.

11:20:32 13    Q.   WHAT ARE THE RESPONSIBILITIES OF BEING THE ANCHOR AT WDSU?

11:20:42 14    A.   WELL, YOU'RE A FACE OF THE STATION, OF COURSE.   YOU CARRY THE

11:20:42 15    NIGHTLY BROADCAST TO THE VIEWER, YOU'RE PRIMARILY STATIONED AT THE

11:20:48 16    NEWS DESK, WHICH IS WHY THEY CALL IT THE ANCHOR, YOU'RE IN AN

11:20:52 17    ANCHORED STATIONARY POSITION AND YOUR JOB PRIMARILY IS TO

11:20:58 18    DISSEMINATE THE NEWS, ARTICULATE WHAT'S GOING ON, TO MAKE SURE THAT

11:21:03 19    WHAT YOU'RE, THAT WHAT YOU'RE TALKING ABOUT IS, IN FACT, ACCURATE AS

11:21:08 20    MUCH AS POSSIBLE BY DOING BACKGROUND CHECKS YOURSELF, BY VETTING THE

11:21:12 21    REPORTERS WHO COVER THE STORIES AND THE PRODUCERS WHO WRITE THEM.

11:21:16 22    Q.   DO YOU FEEL A SENSE OF RESPONSIBILITY TO THE PUBLIC AT LARGE

11:21:19 23    BEING THE ANCHOR AND THE FACE OF WDSU?

11:21:23 24    A.   FEEL A GREAT SENSE, BECAUSE WHAT I SAY IS IS SUPPOSED TO BE THE

11:21:29 25    TRUTH AS IT REPRESENTS WHAT'S TAKING PLACE, WHAT WE SAY THAT NIGHT

11:21:37 1   IN OUR BROADCAST I AM RESPONSIBLE FOR BECAUSE IT COMES OUT OF MY

11:21:40 2   MOUTH, YES.

11:21:41 3   Q.  AT THE TIME OF HURRICANE KATRINA WERE YOU THE NIGHT ANCHOR FOR

11:21:44 4   THE 10:00 P.M. NEWS ON WDSU?

11:21:46 5   A.  YES.  I WAS AND I STILL AM THE SENIOR ANCHOR.

11:21:50 6   Q.  WHAT WAS YOUR FAMILY LIFE LIKE PRIOR TO HURRICANE KATRINA?

11:21:57 7   A.  WE HAD COMPLETE EXTENDED FAMILY, WE WERE PLUGGED INTO THE

11:22:05 8   COMMUNITY AND WE WERE FRIENDS WITH ALL OF OUR NEIGHBORS AND WE JUST

11:22:14 9   LIKE EVERYBODY ELSE IN NEW ORLEANS AND METRO NEW ORLEANS AREA, IN

11:22:17 10  FACT, SOUTHEAST LOUISIANA, WE LOVED LIFE.

11:22:20 11  Q.  AT THE TIME OF HURRICANE KATRINA, YOU WERE MARRIED TO MS. MONICA

11:22:23 12  ROBINSON, CORRECT?

11:22:24 13  A.  YES, RIGHT.

11:22:24 14  Q.  HOW LONG HAVE Y'ALL BEEN MARRIED?

11:22:26 15  A.  I THINK ABOUT 18 YEARS -- HOW LONG HAVE WE BEEN MARRIED, DEAR?

11:22:36 16  19, 13, 14 YEARS?  14 YEARS, I DON'T KNOW.  MY WIFE IS IN CHARGE OF

11:22:42 17  DETAILS.  WHEN IT COMES TO NEWS I GOT DETAILS, BUT WHEN COMES TO MY

11:22:48 18  OWN LIFE I GOT NOTHING.

11:22:50 19  Q.  WHERE WERE Y'ALL RESIDING AT THE TIME OF HURRICANE KATRINA?

11:22:52 20  A.  6965 MAYO BOULEVARD, I THINK THE ASSESSOR HAS IT DOWN AS MAYO

11:22:59 21  ROAD BUT THE SIGN HAS MAY I DON'T BOULEVARD IT'S WHAT WE REFER TO IT

11:23:03 22  AS.

11:23:04 23  Q.  I AM GOING TO TRY TO PULL UP SOME PHOTOGRAPHS SO HOPEFULLY IT

11:23:08 24  WILL WORK.  CAN YOU PULL UP PX -- NOT THOSE, WRONG SET OF

11:23:21 25  PHOTOGRAPHS.  WHAT ABOUT 1495?

11:23:41  1          WHILE WE'RE GETTING THOSE, WHEN DID YOU -- DID YOU OWN THE

11:23:45  2  PROPERTY AT 6965 MAYO BOULEVARD?

11:23:48  3  A.  YES, I DID.

11:23:48  4  Q.  WHEN DID YOU PURCHASE THAT PROPERTY?

11:23:50  5  A.  I THINK IT WAS SOMEWHERE AROUND '92, 1992 I THINK.

11:24:01  6  Q.  APPROXIMATELY HOW MUCH MONEY DID YOU PAY FOR THE PURCHASE OF

11:24:01  7  THAT PROPERTY?

11:24:01  8  A.  AT THE TIME I THINK IT WAS $154,000 I THINK, I KNOW THE HOUSE

11:24:07  9  HAD BEEN ON THE MARKET FOR QUITE SOMETIME.

11:24:08 10  Q.  WHERE IS THAT PROPERTY LOCATED APPROXIMATELY?

11:24:10 11  A.  IT'S LOCATED IN THE SPRING LAKE SUBDIVISION IN NEW ORLEANS EAST,

11:24:17 12  BOUNDED BY MORRISON ROAD AND THE I-10 SERVICE ROAD AND DOWNMAN

11:24:28 13  ROAD -- YEAH, DOWNMAN ROAD.

11:24:29 14  Q.  CARL, COULD YOU DO PX 1810.4.  MR. ROBINSON, DOES THIS DOT

11:24:47 15  DEPICT THE APPROXIMATE LOCATION OF YOUR RESIDENCE AT 6962 MAYO

11:24:51 16  BOULEVARD?

11:24:51 17  A.  I BELIEVE IT DOES.

11:25:00 18  Q.  DID YOU PLAN ON SPENDING THE REST OF YOUR LIFE AT YOUR HOUSE AT

11:25:05 19  6965 MAYO BOULEVARD?

11:25:07 20  A.  YES.

11:25:10 21  Q.  DID YOU SPEND A SIGNIFICANT AMOUNT OF YOUR FREE TIME AT YOUR

11:25:12 22  HOUSE AT 6965 MAYO BOULEVARD?

11:25:15 23  A.  SPENT ALL OF MY FREE TIME AT MY HOUSE.

11:25:19 24  Q.  DID YOU GARDEN AT YOUR HOUSE?

11:25:21 25  A.  THAT WAS MY WEEKEND REFUGE, THAT WAS WHAT I LOOKED FORWARD TO.

11:25:25 1   I SPENT MOST OF SATURDAY IN THE GARDEN.  AND SITTING OUT BY THE

11:25:32 2   POOL.

11:25:33 3   Q.  DID YOU FREQUENTLY HAVE THE FAMILY OVER FOR PARTIES AT YOUR

11:25:37 4   HOUSE AT 6965 MAYO BOULEVARD?

11:25:39 5   A.  THE HOUSE WAS A GREAT PLACE FOR ENTERTAINMENT, SO WE ENTERTAINED

11:25:42 6   A LOT.  I BELONGED TO A LOT OF SOCIAL CLUBS AND SO THE HOUSE WAS A

11:25:48 7   FAVORITE PLACE FOR PARTIES.  IN FACT, MY WIFE AND I WERE MARRIED

11:25:52 8   THERE, WE HAD MY DAUGHTER'S -- MY GRANDDAUGHTER'S FIRST COMMUNION

11:26:02 9   RECEPTION THERE.  WE HAD MY 50TH BIRTHDAY PARTY THERE.  AND IT WAS

11:26:13 10  JUST A PLACE THAT PEOPLE LIKED TO COME AND HANG OUT.

11:26:16 11  Q.  AND COULD YOU DESCRIBE TO THE JUDGE AND TO THE COURT A DAY IN

11:26:24 12  THE WEEK OF THE LIFE OF YOU RIGHT BEFORE HURRICANE KATRINA?

11:26:26 13  A.  A DAY IN THE WEEK IN THE LIFE OF ME.  WELL, WE LIKE TO SIT OUT

11:26:35 14  BY THE POOL, WE LIKE TO HANG OUT IN THE SUN ROOM, OF COURSE.  MY

11:26:40 15  GRANDDAUGHTER HAD A LOT OF HER CLASSMATES WHO USED TO COME IN AND

11:26:43 16  OUT OF THE HOUSE, THEY WERE ALWAYS A JOY.  SO TO THE EXTENT THAT MY

11:26:50 17  GRANDDAUGHTER'S FRIENDS WOULD VISIT, TO THE EXTENT THAT I COULD GO

11:26:53 18  AND FIND SOME REFUGE AND RELAXATION AND LISTEN TO MUSIC; AND I HAD A

11:26:59 19  PLACE OUT IN THE CABANA WHERE I WOULD GO AND PRACTICE MY HORN.  I

11:27:05 20  STILL PLAY MY HORN, I AM A MEMBER OF THE NEW ORLEANS CONCERT BAND.

11:27:10 21       AND I WOULD GO OUT THERE FREQUENTLY AND PRACTICE MY HORN,

11:27:12 22  I HAD A PLACE TO GO THAT NOBODY WOULD BOTHER ME AND I WON'T BOTHER

11:27:16 23  ANYBODY ELSE.  SO THAT WAS NORMALLY A DAY IN THE LIFE OF NORMAN AND

11:27:20 24  I WOULD COME IN AND I LIKED TO LISTEN TO MUSIC.

11:27:27 25  Q.  DID YOU GET TO SPEND TIME WITH YOUR DAUGHTER AND GRANDDAUGHTER?

11:27:27 1   A.  I GOT TO SPEND LOTS OF TIME BECAUSE IT WAS A PLACE THAT HAD A

11:27:28 2   POOL AND OF COURSE PEOPLE ARE ATTRACTED BY THE WATER AND A PLACE TO

11:27:31 3   HANG OUT BY THE WATER, SO, YEAH.

11:27:34 4   Q.  HOW OLD WAS YOUR GRANDDAUGHTER SHORTLY BEFORE HURRICANE KATRINA?

11:27:38 5   A.  SHE WAS EIGHT YEARS OLD.

11:27:40 6   Q.  IS THAT YOUR ONLY GRANDCHILD?

11:27:43 7   A.  I HAVE TWO GRANDCHILDREN AND TWO STEP GRANDCHILDREN -- THREE

11:27:49 8   STEP GRANDCHILDREN NOW.

11:27:50 9   Q.  DID YOU HAVE A SENSE OF COMMUNITY IN YOUR NEIGHBORHOOD, WERE YOU

11:27:56 10  FRIENDS WITH THE NEIGHBORS IN YOUR AREA?

11:27:57 11  A.  WE WERE FRIENDS WITH ALL OF OUR NEIGHBORS.  IT WAS A PLACE WHERE

11:28:01 12  WE ALL USED TO HANG OUT AND HAVE -- WE WOULD HAVE BLOCK PARTIES,

11:28:05 13  WE'D HAVE NIGHT OUT AGAINST CRIME PARTIES.  PEOPLE WOULD WALK THEIR

11:28:11 14  DOINGS AND PLAY WITH THEIR CHILDREN, AND IT'S A PLACE WHERE WE

11:28:15 15  COULD -- HAD THIS WIDE BOULEVARD THAT WAS DOTED WITH MAJESTIC OAKS

11:28:20 16  AND GO OUT THERE AND PUTT THE GOLF BALL AROUND AND KIDS WOULD PAY

11:28:24 17  FOOTBALL.  OF COURSE MY GRANDDAUGHTER AND HER FRIENDS WOULD RIDE

11:28:27 18  THEIR BICYCLES UP AND DOWN THE STREET WITH NO PROBLEMS.

11:28:31 19          AND THE NEIGHBORS, I HAD A BUNCH OF -- IT WAS AN ECLECTIC

11:28:37 20  NEIGHBORHOOD WITH OF BLACKS, WHITES, WIDOWS, WIDOWERS, POLICE,

11:28:43 21  LAWYERS, ACCOUNTANTS, POSTAL WORKERS, TEACHERS, YOU NAME IT.  I'D

11:28:48 22  COME HOME LATE AT NIGHT BECAUSE I WORK THE NIGHT SHIFT, AND PEOPLE

11:28:52 23  WOULD BE WALKING THEIR DOGS UP AND DOWN THE STREET.

11:28:54 24  Q.  TYPICAL MIDDLE AMERICAN NEIGHBORHOOD?

11:28:57 25  A.  IT WAS A TYPICAL MIDDLE AMERICAN NEIGHBORHOOD, YEAH.

11:29:00 1   Q.  WHEN DID YOU FIRST -- DID YOU EVACUATE FOR HURRICANE KATRINA?

11:29:04 2   A.  I DID, YEAH.

11:29:06 3   Q.  WHEN DID YOU FIRST DETERMINE IT WAS -- THAT YOU HAD TO EVACUATE

11:29:09 4   FOR HURRICANE KATRINA?

11:29:09 5   A.  I DIDN'T MAKE THAT DETERMINATION, THE NEWS DIRECTOR AND THE

11:29:12 6   GENERAL MANAGER AT THE STATION AT THE TIME MADE THAT DETERMINATION.

11:29:16 7   I HAD JUST GOTTEN OFF A SHIFT, I HAD LEFT THE STATION ABOUT

11:29:21 8   2:00 A.M. IN THE MORNING AND I PLANNED TO GO BACK TO THE STATION BY

11:29:27 9   NOON, AND I WAS AWAKENED AT AROUND 7:00 A.M. AND TOLD THAT I HAD TO

11:29:31 10  GET OUT, THAT WE WERE MAKING PLANS TO EVACUATE THE CITY WITH ONE

11:29:37 11  HALF OF OUR STAFF, LEAVING ONE HALF BEHIND BECAUSE THE NEWS DIRECTOR

11:29:41 12  AND THE GENERAL MANAGER HAD SINCE LEARNED AFTER TALKING WITH THE

11:29:45 13  DIRECTOR OF THE HURRICANE CENTER IN MIAMI MAX MAYFIELD THAT NEW

11:29:49 14  ORLEANS WAS THE BULLS EYE AND THAT THINGS WERE GOING TO BE PRETTY

11:29:53 15  BAD.

11:29:53 16          AND SINCE OUR TRANSMITTER WAS IN CHALMETTE, IT WAS LIKELY

11:30:00 17  TO GO OUT SO WE NEEDED ANOTHER PLACE TO BROADCAST FROM SO THEY SENT

11:30:04 18  HALF THE STAFF TO OUR SISTER STATION IN JACKSON, MISSISSIPPI, AT

11:30:11 19  WAPT AND I WAS AMONG THAT GROUP.  SO THAT WHEN OUR TOWER WENT DOWN,

11:30:13 20  WHICH IT DID, WE HAD A PLACE TO BROADCAST FROM.

11:30:17 21  Q.  WHERE IS THE TRANSMITTER IN CHALMETTE?

11:30:19 22  A.  I AM NOT SURE OF THE EXACT GEOGRAPHIC SPOT.

11:30:24 23  Q.  IS IT OFF OF PARIS ROAD?

11:30:25 24  A.  I AM NOT SURE.  IT MAY BE.  IT MAY BE.  ALL I KNOW IS IT WAS

11:30:30 25  UNDER 25 TO 30 FEET OF WATER WHEREVER IT IS.  IT'S SINCE BEEN

11:30:36 1   REPAIRED AND RAISED SOME 19 TO 20 FEET.

11:30:40 2   Q.   DID YOU EVACUATE TO JACKSON, MISSISSIPPI?

11:30:43 3   A.   YES, I DID.

11:30:44 4   Q.   AND COULD YOU BRIEFLY EXPLAIN THAT TREK TO THE JUDGE?

11:30:47 5   A.   YEAH.  IT WAS QUITE HECTIC BECAUSE WE HADN'T PLANNED FOR IT.  I

11:30:53 6   HAD PLANNED TO BE HERE UNTIL THE ROOF BLEW OFF THE STATION, AND WHEN

11:30:59 7   THE NEWS DIRECTOR CALLED ME TO SAY THAT I HAD TO LEAVE IT WAS QUITE

11:31:02 8   A SURPRISE, WE WEREN'T PREPARED FOR IT.  I ONLY HAD INTENDED TO SEND

11:31:06 9   MY WIFE AWAY AND SHE BALKING AT THE TIME, SHE DIDN'T WANT TO GO.

11:31:11 10          BUT WHEN I GOT THE WORD THAT WE HAD TO EVACUATE, OF COURSE

11:31:14 11  SHE WAS GOING, TOO.  SO WE HURRIEDLY PACKED WHAT WE COULD.  AND OF

11:31:21 12  COURSE MY CONCENTRATION, FOCUS AT THE TIME WAS WHAT WAS I GOING TO

11:31:25 13  TAKE AND HOW I THOUGHT WE'RE ONLY GOING TO BE AWAY TO JACKSON TWO OR

11:31:29 14  THREE DAYS, IT'S NORMALLY THE WAY THINGS ARE WHEN WE HAVE TO

11:31:33 15  EVACUATE.  AND THAT'S WHAT I TOOK.  AND SHE PACKED WHAT SHE COULD.

11:31:38 16  AND I WAS SURPRISED THAT MY GRANDDAUGHTER WASN'T GOING WITH US BUT

11:31:42 17  SHE WAS GOING WITH MY FIRST WIFE, HER BIOLOGICAL GRANDMOTHER.  AND

11:31:47 18  SO MY WIFE HEADED IN ONE DIRECTION, SHE WAS GOING UP TO MOBILE WITH

11:31:53 19  HER SISTER, AND, OF COURSE, I WAS ON MY WAY TO JACKSON,

11:31:57 20  MISSISSIPPI --

11:31:58 21  Q.   WHY WAS IS THAT MS. ROBINSON DIDN'T GO WITH YOU TO JACKSON?

11:32:03 22  A.   BECAUSE I DIDN'T HAVE ANY PROVISIONS FOR HER.  OUR PLAN WAS

11:32:06 23  ALWAYS TO EITHER SHE WOULD GO TO MISSISSIPPI -- I MEAN, TO MOBILE,

11:32:11 24  ALABAMA OR TO ATLANTA, GEORGIA WHERE SHE, WHERE HER DAUGHTER LIVES

11:32:18 25  AND MANY FRIENDS.

11:32:19 1    Q.  HOW LONG DID IT TAKE YOU TO GET TO JACKSON?

11:32:21 2    A.  TOOK ME ABOUT SEVEN TO EIGHT HOURS TO GET THERE.

11:32:24 3    Q.  AND ONCE YOU GOT THERE, WHAT HAPPENED?

11:32:26 4    A.  ONCE I GOT THERE I WAS JUST THROWN ON THE AIR AND WE STARTED

11:32:31 5    TALKING ABOUT THE EXPERIENCE OF THE EVACUATION AND HOW HECTIC AND

11:32:37 6    HELTER SKELTER IT WAS, AND HOW LONG IT TOOK AND HOW MANY PEOPLE RAN

11:32:41 7    OUT OF GAS AND HOW MANY PEOPLE'S CARS BROKE DOWN IN ROUTE.

11:32:51 8            IN FACT, ALEC GIFFORD WHO WAS A POLITICAL REPORTER WITH US

11:32:51 9    BY THAT TIME, HE WAS A SENIOR REPORTER EMERITUS, HIS CAR BROKE DOWN

11:32:56 10   ON THE WAY.  HE HAD TO HITCH A RIDE WITH ONE OF THE PRODUCERS IN HER

11:33:01 11   LITTLE MIATA, I THINK IT WAS A MIATA OR BMW.

11:33:06 12   Q.  WAS THAT ON AUGUST 27TH OR 28TH?

11:33:08 13   A.  THAT WAS ON THE SUNDAY BEFORE THE STORM, WHATEVER DATE THAT WAS.

11:33:12 14   Q.  THAT WOULD HAVE BEEN AUGUST 28TH?

11:33:14 15   A.  YES.

11:33:14 16   Q.  AT THAT TIME DID YOU KNOW WHERE YOUR WIFE WAS?

11:33:17 17   A.  NO.  I DIDN'T KNOW WHETHER SHE HAD MADE IT TO MOBILE OR NOT OR

11:33:21 18   WHETHER SHE HAD DECIDED TO CONTINUE HER TRIP TO ATLANTA.  I HAD NO

11:33:29 19   IDEA WHERE ANYBODY WAS.  I DIDN'T KNOW WHERE MY DAUGHTER WAS, THE

11:33:33 20   POLICE OFFICER; I DIDN'T KNOW WHERE MY GRANDDAUGHTER WAS.  I DIDN'T

11:33:36 21   KNOW WHERE MY WIFE WAS.  I DIDN'T EVEN KNOW WHERE I WAS GOING TO END

11:33:40 22   UP BECAUSE I DIDN'T REALLY HAVE ANY REAL DIRECTIONS TO WAPT.  I

11:33:44 23   DROVE AROUND JACKSON UNTIL I COULD FIND SOMEBODY TO GIVE ME THE

11:33:48 24   DIRECTION.

11:33:48 25   Q.  HOW LONG DID YOU REMAIN IN JACKSON AFTER THE STORM?

11:33:50 1  A.  I THINK I REMAINED THERE ABOUT 2 TO 3 WEEKS, I BELIEVE.

11:33:56 2  EVERYTHING IS SORT OF CLOUDY TO ME RIGHT NOW.  I UNDERSTAND WHAT THE

11:34:00 3  WORD ZOMBIE MEANS, IT'S SOMEWHERE BETWEEN LIFE AND DEATH.  I AM NOT

11:34:05 4  SURE.  I WASN'T DEAD BUT I WASN'T ALIVE EITHER.

11:34:11 5  Q.  WHEN WAS THE FIRST TIME YOU SPOKE WITH YOUR WIFE AFTER THE

11:34:14 6  STORM?

11:34:15 7  A.  IT MUST HAVE BEEN, I DON'T KNOW, FOUR, FIVE DAYS AFTER THE STORM

11:34:21 8  THAT I COULD FIND ANYBODY OTHER THAN MY BROTHER-IN-LAW, AND

11:34:24 9  BROTHER-IN-LAWS ARE NEVER YOUR FAVORITE PEOPLE.  HE WAS THE ONLY GUY

11:34:28 10 I COULD FIND AND HE WAS THE ONE WHO KEPT REMINDING ME THAT MY HOUSE

11:34:32 11 WAS OBLITERATED.  AND, OF COURSE, I NEVER BELIEVED HIM BECAUSE I

11:34:36 12 LIVED IN NEW ORLEANS EAST AND FOR DAYS AND DAYS AND DAYS WE NEVER

11:34:38 13 SAW ANY NEWS OR REPORTS OF NEW ORLEANS EAST, NOBODY SHOWED US

11:34:43 14 ANYTHING ABOUT NEW ORLEANS EAST.  AND THERE WERE A WHOLE BUNCH OF

11:34:46 15 PEOPLE FROM NEW ORLEANS AND ST. BERNARD AND PLAQUEMINES AND OTHER

11:34:51 16 AREAS WHO WERE ASKING ME ABOUT WHAT WAS GOING ON BECAUSE I'M THE

11:34:57 17 NEWS GUY, I'M SUPPOSED TO KNOW, WE DIDN'T HAVE ANY PICTURES, NOBODY

11:35:00 18 HAD ANY PICTURES.

11:35:00 19 Q.  WAS IT STRESSFUL FEELING LIKE YOU DIDN'T KNOW THE ANSWER?

11:35:05 20 A.  IT WAS LIKE I WAS WALKING BETWEEN SOMEWHERE -- A DIMENSION

11:35:08 21 BETWEEN LIFE AND DEATH, YES, IT WAS, IT WAS VERY -- IT WAS A VERY

11:35:13 22 HELPLESS FEELING.  IT WAS VERY EMBARRASSING AND VERY HUMILIATING.

11:35:19 23 YOU KNOW, TO THE EXTENT THAT I DIDN'T EAT AND I KEPT, I KEPT GOING

11:35:25 24 TO THE BATHROOM AND I DIDN'T UNDERSTAND WHY I WAS GOING TO THE

11:35:32 25 BATHROOM BECAUSE I HADN'T EATEN BUT I WAS STILL GOING TO THE

11:35:32  1  BATHROOM.

11:35:32  2  Q.  GOING BACK A LITTLE BIT.  DID YOUR HOUSE AT 6965 MAYO EVER FLOOD

11:35:37  3  BEFORE THE STORM?

11:35:38  4  A.  NO, NEVER.  AND, YOU KNOW, MY LITTLE NAIVE, I THOUGHT, OKAY.

11:35:45  5  WE'RE GOING TO GET MAYBE TWO TO THREE FEET OF WATER.  I WAS THINKING

11:35:50  6  ABOUT DRAINAGE, RUNOFF, I THOUGHT THAT'S THE WORST IT COULD, THE

11:35:53  7  WORST IT COULD GET.  OKAY.  I COULD DEAL WITH THAT BECAUSE IT HAD

11:35:56  8  NEVER FLOODED BEFORE.

11:35:57  9          AND I THOUGHT WHEN THEY SAID, WHEN MAX MAYFIELD TALKED

11:36:05 10  ABOUT THE DAMAGE THAT WE WERE LIKELY TO INCUR, I WAS THINKING MORE

11:36:08 11  WIND.  IT NEVER DAWNED ON ME THAT WE WERE GOING TO BE FACED WITH A

11:36:13 12  STORM SURGE.  THAT WAS THE FURTHEST THING FROM MY MIND.  I GUESS IT

11:36:20 13  WAS JUST -- AS MUCH EXPERIENCE AS I HAD AS A JOURNALIST, IT JUST

11:36:25 14  NEVER DAWNED ON ME THAT WE WERE TALKING ABOUT STORM SURGE.

11:36:28 15  Q.  WHEN WAS THE FIRST TIME THAT YOU CAME BACK TO NEW ORLEANS AFTER

11:36:33 16  HURRICANE KATRINA?

11:36:34 17  A.  OH, I THINK IT WAS MAYBE THE MIDDLE OF SEPTEMBER.  THE GENERAL

11:36:44 18  MANAGER ALLOWED US A WEEKEND TO COME IN TO TRY TO GET TO OUR

11:36:49 19  PROPERTY.  BY THAT TIME THE STATION HAD HIRED SOME CERTIFIED

11:36:55 20  OFFICERS WHO HAD THE AUTHORITY TO CARRY WEAPONS AND THEY ESCORTED US

11:37:04 21  BACK TO OUR PROPERTY.  THE NATIONAL GUARD ALLOWED THEM BACK INTO THE

11:37:12 22  NEIGHBORHOOD AND WE WERE ABLE TO GET BACK IN WITH THEM, AND THAT WAS

11:37:16 23  THE FIRST TIME I WAS ABLE TO GET BACK IN TO MY NEIGHBORHOOD.

11:37:21 24          AND I WANTED TO GO BACK INTO MY NEIGHBORHOOD NOT ONLY TO

11:37:25 25  SEE WHAT HAD HAPPENED TO MY NEIGHBORHOOD AND MY HOUSE IN PARTICULAR,

| | | |
|---|---|---|
| 11:37:29 | 1 | BUT TO BE ABLE TO REPORT BACK TO THE PEOPLE WHO WERE SENDING ME TEXT |
| 11:37:34 | 2 | MESSAGES FROM ALL OVER THE COUNTRY WANTING TO KNOW THE CONDITIONS OF |
| 11:37:38 | 3 | THEIR NEIGHBORHOODS.  SO I DECIDED THAT I WOULD USE MY HOUSE AS AN |
| 11:37:42 | 4 | EXAMPLE, AS AN EXAMPLE TO SHOW THEM WHAT THE STORM HAD DONE. |
| 11:37:46 | 5 | Q.  WHAT DID YOU FIND WHEN YOU GOT TO YOUR HOUSE? |
| 11:37:49 | 6 | A.  FIRST THING I FOUND IS I COULDN'T GET IN.  THE ARMED POLICE |
| 11:37:58 | 7 | OFFICER THAT THE STATION HIRED KICKED IN THE DOOR FOR ME TO GET IN. |
| 11:38:02 | 8 | AND WHEN I WALKED IN IT WAS LIKE NOTHING I HAD EVER SEEN IN MY |
| 11:38:07 | 9 | ENTIRE LIFE.  I'VE BEEN COVERING FLOODS AS LONG AS I'VE BEEN A |
| 11:38:10 | 10 | REPORTER IN SOUTHEAST LOUISIANA I'VE BEEN COVERING FLOODS, I HAD |
| 11:38:14 | 11 | NEVER SEEN ANYTHING LIKE THAT. |
| 11:38:15 | 12 | EVERYTHING JUST TOTALLY LOOKED DISINTEGRATE AS IF IT HAD |
| 11:38:20 | 13 | BEEN DISSOLVED BY SOME GIANT VAT OF ACID.  THE FURNITURE WAS |
| 11:38:25 | 14 | UNRECOGNIZABLE, THE WALLS WERE COVERED WITH LOOKED LIKE GIANT AMOEBA |
| 11:38:35 | 15 | JUST STICKING TO THE WALL AND HANGING FROM THE CEILINGS, IT WAS |
| 11:38:36 | 16 | GHASTLY. |
| 11:38:36 | 17 | Q.  WAS THERE A PARTICULAR SMELL? |
| 11:38:39 | 18 | A.  YEAH, IT SMELLED LIKE A HOG FARM.  WHEN I WAS A KID IN TOOMSUBA, |
| 11:38:48 | 19 | I USED TO FEED MY UNCLE'S HOGS, I USED TO FEED THEM -- THEY CALL IT |
| 11:38:52 | 20 | SLOPPING THE HOGS.  I USED TO SLOP THE HOGS AND THAT'S EXACTLY WHAT |
| 11:38:56 | 21 | IT SMELLED LIKE, IT SMELLED LIKE -- IT SMELLED LIKE A HOG PIT, FECES |
| 11:39:04 | 22 | AND SLOP, THAT'S WHAT IT SMELLED LIKE.  IT WAS SICKENING. |
| 11:39:08 | 23 | Q.  COULD YOU PULL UP PHOTOGRAPH -- THE 1496 PHOTOGRAPH.  LET ME SEE |
| 11:39:18 | 24 | IT FIRST. |
| 11:39:44 | 25 | AT THAT TIME, MR. ROBINSON, DID YOU HAVE OCCASION TO WALK |

11:39:48 1   AROUND YOUR ENTIRE HOUSE?

11:39:49 2   A.  YES, I WALKED AROUND THE WHOLE HOUSE AND NOTHING WAS

11:39:56 3   RECOGNIZABLE.  IT WAS -- IT WAS LIKE I WAS SLEEPWALKING.  YOU KNOW,

11:40:03 4   I TRY NOT TO THINK ABOUT THIS BECAUSE IT'S A PART OF MY COPING

11:40:08 5   MECHANISM, IT'S A PART OF THE WAY I COPE IS NOT TO THINK ABOUT THIS.

11:40:12 6   BUT, I REMEMBER --

11:40:17 7   Q.  IS THIS THE WAY YOUR HOUSE LOOKED BEFORE HURRICANE KATRINA?

11:40:20 8   A.  THAT'S THE WAY MY HOUSE LOOKED BEFORE THE STORM, YES.  THAT WAS

11:40:23 9   OUR HOUSE BEFORE KATRINA.

11:40:25 10  Q.  AND THESE WERE THE GARDENS --

11:40:28 11  A.  THOSE WERE MY GARDENS.

11:40:29 12  Q.  -- THAT'S YOU DID YOUR THERAPY IN?

11:40:31 13  A.  YES, THOSE WERE MY FRONT GARDENS, THAT'S NOT THE BACK.

11:40:37 14  Q.  WHAT'S THE NEXT PHOTOGRAPH?  IS THAT THE WHERE YOU WENT AND

11:40:42 15  PLAYED YOUR HORN?

11:40:43 16  A.  THAT'S WHERE I PLAYED MY HORN, THAT'S THE CABANA.  AND THOSE ARE

11:40:48 17  MY -- THAT'S ONE OF MY GRAND KIDS.  IS THAT HARRISON?  THAT'S

11:40:58 18  HARRISON MY STEP GRANDSON AND MY GRANDDAUGHTER JENNA.

11:41:03 19  Q.  AND FOR PURPOSES OF THE RECORD, THE HOUSE PHOTOGRAPH IS 2143.1,

11:41:08 20  THE PHOTOGRAPH DEPICTING THE CABANA WAS 2143.2, AND THE CHILDREN IN

11:41:14 21  THE POOL ARE 2143.3.

11:41:17 22      WHAT'S THE NEST PHOTOGRAPH?  IS THAT WHAT YOUR BACKYARD

11:41:22 23  LOOKED LIKE PRIOR TO HURRICANE KATRINA?

11:41:23 24  A.  YES, THAT'S WHAT MY BACKYARD LOOKED LIKE.  THAT'S ONE OF MY

11:41:27 25  WIFE'S BALLET FRIENDS.  I THINK THAT'S MARY JOE, ISN'T IT?  ISN'T IT

11:41:32 1   MARY JOE DEMONSTRATING THE VIRTUE OF BUBBLES FOR THE KIDS.

11:41:37 2   Q.   WHAT'S THE NEXT PHOTOGRAPH?   WHAT ROOM IS THAT INSIDE OF YOUR

11:41:42 3   HOUSE?

11:41:42 4   A.   THAT'S MY WIFE'S OFFICE, THAT'S OUR COMPUTER ROOM.   THAT'S WHERE

11:41:47 5   SHE HUNG OUT MOST OF THE TIME.

11:41:52 6   Q.   WHAT ROOM IS THAT?

11:41:53 7   A.   THAT WAS MY SON'S ROOM WHEN HE LIVED WITH US.   IT SINCE BECAME

11:42:04 8   THE SPARE BEDROOM AFTER HE LEFT.

11:42:04 9   Q.   WHAT IS THE NEXT PHOTOGRAPH?   IS THAT ON THE SECOND FLOOR OF THE

11:42:05 10  HOUSE?

11:42:05 11  A.   THAT'S ON THE SECOND FLOOR OF THE HOUSE, YES.

11:42:11 12  Q.   AND THE NEXT PHOTOGRAPH.

11:42:12 13  A.   THAT'S MY GRANDDAUGHTER'S ROOM.   IT WAS MY DAUGHTER'S ROOM BUT

11:42:18 14  IT WAS INHERITED BY MY GRANDDAUGHTER, SHE CLAIMED IT.

11:42:21 15  Q.   WERE YOU CLOSE WITH JENNA?

11:42:22 16  A.   VERY CLOSE WITH JENNA, WE RAISED JENNA.

11:42:25 17  Q.   WHAT IS THE NEXT PHOTOGRAPH?   NOW, COULD YOU GO TO 1496.

11:43:01 18  MR. ROBINSON, IS THAT WHAT YOUR HOUSE LOOKED LIKE AFTER YOU WALKED

11:43:05 19  IN AFTER HURRICANE KATRINA?

11:43:06 20  A.   YES.

11:43:06 21  Q.   AND WHAT ROOM OF THE HOUSE IS THAT?

11:43:09 22  A.   THAT LOOKS LIKE -- THAT LOOKS LIKE THE LIVING ROOM.   YEAH,

11:43:15 23  THAT'S THE LIVING ROOM GOING INTO THE DEN.   YEAH, THAT'S EXACTLY

11:43:22 24  WHAT MY HOUSE LOOKED LIKE, I COULDN'T BELIEVE THAT.

11:43:25 25  Q.   AND FOR THE PURPOSES OF THE RECORD THAT'S 1496.5.   AND WHAT'S

11:43:31 1   THE NEXT PHOTOGRAPH IS THAT WHAT IT LOOKED LIKE WHEN YOU WALKED IN

11:43:39 2   THE FRONT DOOR OF YOUR HOUSE?

11:43:41 3   A.   YES, THAT'S THE FOYER, AFTER THE OFFICER KICKED MY DOOR IN

11:43:46 4   THAT'S WHAT I SAW.

11:43:47 5   Q.   AND WHAT'S THE NEXT PHOTOGRAPH?  IS THAT WHAT THE FRONT DOOR OF

11:43:54 6   YOUR HOUSE LOOKED LIKE WHEN YOU GOT BACK?

11:43:56 7   A.   THAT'S WHAT THE OUTSIDE OF MY HOUSE LOOKED LIKE WHEN I GOT BACK,

11:43:59 8   YEAH.

11:44:00 9   Q.   AND THAT'S 1496-9.  HOW DID YOU FEEL EMOTIONALLY WHEN YOU SAW

11:44:08 10  THE CIRCLE WITH THE LINE THROUGH IT ON YOUR FRONT DOOR AND REALIZED

11:44:11 11  THAT THAT WAS YOUR HOUSE THAT YOU JUST RETURNED TO?

11:44:13 12  A.   CREST FALLEN, LIKE MY LIFE WAS OVER.  THAT'S JUST THE WAY I

11:44:21 13  FELT.  I FELT LIKE THE HOUSE.  I FELT TORN UP INSIDE.  I COULDN'T

11:44:30 14  BELIEVE IT, YOU KNOW, THAT THAT HAPPENED.  IT WAS LIKE HAVING A

11:44:36 15  NIGHTMARE BEING AWAKE.

11:44:38 16  Q.   HOW LONG DID YOU SPEND AT YOUR RESIDENCE THAT DAY?

11:44:41 17  A.   WELL, THEY GAVE US I THINK ABOUT MAYBE ANYWHERE FROM 30 MINUTES

11:44:50 18  TO AN HOUR TO JUST GO IN AND MAKE SOME OBSERVATIONS.  I DON'T KNOW

11:45:00 19  AT THAT TIME IF WE TRIED TO SALVAGE ANYTHING.

11:45:06 20  Q.   WHEN YOU WERE IN NEW ORLEANS, WHEN YOU CAME BACK IN SEPTEMBER,

11:45:08 21  DID YOU MOVE BACK TO NEW ORLEANS AT THAT TIME?

11:45:10 22  A.   I WENT BACK TO JACKSON AND SEVERAL DAYS LATER THE MANAGEMENT

11:45:18 23  ALLOWED ME TO COME BACK, THEY WANTED ME TO COME BACK BECAUSE THEY

11:45:22 24  WANTED ME TO START FILING REPORTS FROM THE FIELD.  AND DIDN'T HAVE

11:45:29 25  ANY PLACE TO STAY, THEY WERE GOING TO PUT US UP IN A HOTEL.  I HAD A

FINAL DAILY COPY

11:45:33 1    BROTHER-IN-LAW HERE, SO I OPTED TO JUST GET SOME -- WE WENT BACK TO

11:45:41 2    THE HOUSE TO GET SOME CLOTHES, AND I HAULED SOME CLOTHES OUT OF THE

11:45:44 3    SECOND STORY OF THE HOUSE AND TOOK TO MY BROTHER-IN-LAW'S HOUSE.

11:45:50 4    AND THAT'S WHERE I STAYED FOR ABOUT A WEEK I THINK.  I THINK IT WAS

11:45:54 5    ABOUT A WEEK.

11:45:55 6    Q.  WHEN YOU WENT TO YOUR HOUSE, WERE THERE ANY SIGNS THAT YOU COULD

11:46:00 7    TELL THAT WATER GOT TO THE SECOND FLOOR OF YOUR HOUSE?

11:46:02 8    A.  I COULDN'T TELL.  I MEAN, I AM NO EXPERT, ALL I KNOW IS I SAW

11:46:08 9    THIS STUFF HANGING FROM THE CEILING ON THE FIRST FLOOR AND THE

11:46:13 10   STAIRCASE LEADING UP TO THE SECOND FLOOR WAS DESTROYED.  YOU COULD

11:46:19 11   STILL WALK THE STAIRS IF YOU WERE CAREFUL, BUT FOR ALL PRACTICAL

11:46:23 12   PURPOSES THEY WERE DESTROYED, SO.  I DON'T REALLY KNOW.

11:46:29 13   Q.  WERE THERE ANY ITEMS THAT YOU WERE ABLE TO SALVAGE OFF OF THE

11:46:34 14   SECOND FLOOR OF YOUR HOUSE?

11:46:35 15   A.  YES, MY CLOTHES.  MY CLOTHES AND THE BEDS AND I THINK WE HAD A

11:46:43 16   SOFA UPSTAIRS THAT WE WERE ABLE TO SALVAGE.

11:46:46 17   Q.  COULD YOU GO TO THE NEXT PHOTOGRAPH, PLEASE.  NEXT PHOTOGRAPH.

11:46:57 18   NEXT ONE.  NEXT ONE.  NEXT ONE.  NEXT PHOTOGRAPH.  I'M LOOKING FOR

11:47:11 19   THE ONE THAT'S THE INSIDE FOYER.  IF YOU COULD FIND THE ONE THAT'S

11:47:17 20   THE FOYER.

11:47:18 21          THE COURT:  IS THAT ONE WE'VE ALREADY SEEN, MR. ANDRY?

11:47:21 22          MR. ANDRY:  NO, SIR, THAT'S COMING IN OFF TO THE RIGHT.

11:47:24 23          THE COURT:  GO AHEAD.

11:47:26 24   BY MR. ANDRY:

11:47:26 25   Q.  HOW LONG DID YOU LIVE WITH YOUR BROTHER-IN-LAW AFTER THE STORM?

| | | |
|---|---|---|
| 11:47:29 | 1 | A.  I THINK IT WAS A WEEK.  I THINK IT WAS A WEEK, I THINK THAT'S -- |
| 11:47:33 | 2 | Q.  WHERE DID YOU MOVE AFTER THAT? |
| 11:47:35 | 3 | A.  WE WERE ABLE TO FIND AN APARTMENT IN RIVER RIDGE IN A PLACE |
| 11:47:42 | 4 | CALLED THE CREEKS.  SO MY WIFE AND I MOVED THERE WITH WHAT WE COULD |
| 11:47:50 | 5 | SALVAGE. |
| 11:47:52 | 6 | Q.  HOW BIG AN APARTMENT DID YOU HAVE IN THE CREEKS? |
| 11:47:54 | 7 | A.  IT WAS APPROXIMATELY 700 SQUARE FEET. |
| 11:47:57 | 8 | Q.  HOW BIG -- THAT'S THE PHOTOGRAPH.  IS THAT THE STAIRS THAT |
| 11:48:00 | 9 | YOU'RE TALKING ABOUT? |
| 11:48:01 | 10 | A.  YES, THAT'S THE STAIRS. |
| 11:48:05 | 11 | Q.  HOW BIG A HOUSE DID YOU LIVE IN, HOW BIG A HOUSE IS THAT SQUARE |
| 11:48:08 | 12 | FOOTAGE WISE? |
| 11:48:09 | 13 | A.  3,300 SQUARE FEET LIVING SPACE AND NOT COUNTING THE CABANA AND |
| 11:48:15 | 14 | THE GARAGE. |
| 11:48:16 | 15 | Q.  SO AS A RESULT OF THE FLOODING, YOU WERE FORCED TO GO FROM A |
| 11:48:20 | 16 | 3,300 SQUARE FOOT HOUSE TO A 700 SQUARE FOOT APARTMENT? |
| 11:48:23 | 17 | A.  YES. |
| 11:48:23 | 18 | Q.  HOW LONG DID YOU LIVE IN THE 700 SQUARE FOOT APARTMENT? |
| 11:48:26 | 19 | A.  APPROXIMATELY TWO YEARS, I THINK, APPROXIMATELY TWO YEARS. |
| 11:48:29 | 20 | Q.  DID THAT HAVE A TRAUMATIC EFFECT ON YOU EMOTIONALLY? |
| 11:48:34 | 21 | A.  YOU KNOW, YEAH.  I ENDED UP GOING TO A PSYCHOLOGIST BECAUSE I |
| 11:48:44 | 22 | WANTED TO COMMIT SUICIDE AND I ENDED UP IN A DRUNKEN STOOPER MOST OF |
| 11:48:54 | 23 | THE TIME.  I CAN'T REALLY TELL YOU, YOU KNOW, WHAT IT WAS LIKE |
| 11:49:01 | 24 | LIVING THERE BECAUSE I DON'T HAVE ANY SOBER MEMORIES.  ALL I KNOW IS |
| 11:49:02 | 25 | I GOT DRUNK EVERY NIGHT AND THAT WAS MY -- THAT WAS MY COPING |

11:49:06  1   MECHANISM.

11:49:07  2   Q.  AND YOU STAYED IN THAT APARTMENT WITH YOUR WIFE AND YOUR

11:49:10  3   DAUGHTER; IS THAT CORRECT?

11:49:11  4   A.  I STAYED IN THAT -- MY DAUGHTER STAYED IN THERE WITH US, YES,

11:49:15  5   UNTIL SHE DECIDED THAT SHE WAS GOING TO RESIGN FROM THE NEW ORLEANS

11:49:21  6   POLICE FORCE AND TRY TO MAKE IT IN HOUSTON, WHICH IS WHERE WE HAD

11:49:27  7   SENT OUR GRANDDAUGHTER TO GO TO SCHOOL AND TO STAY WITH SOME OF MY

11:49:31  8   RELATIVES.

11:49:32  9   Q.  IS YOUR GRANDDAUGHTER STILL IN NEW ORLEANS?

11:49:34 10   A.  YES.  SHE CAME BACK TO NEW ORLEANS, WHAT WAS IT, 2007?  SHE CAME

11:49:39 11   TO NEW ORLEANS IN TWO -- IN THE, WHAT WAS IT?  I THINK IT WAS THE

11:49:45 12   SUMMER OF 2007.  YEAH, I THINK SHE CAME BACK IN THE SUMMER OF 2007.

11:49:54 13   ONCE WE MOVED, ONCE WE HAD ANOTHER HOUSE, ONCE WE FOUND A HOUSE SHE

11:49:59 14   CAME BACK.

11:49:59 15   Q.  DID YOU EVER HAVE YOUR HOUSE AT 6965 MAYO APPRAISED PRIOR TO THE

11:50:04 16   STORM?

11:50:04 17   A.  AS I RECALL I DID HAVE IT APPRAISED.

11:50:08 18   Q.  HOW MUCH WAS THAT APPRAISAL, IF YOU REMEMBER?

11:50:11 19   A.  I DON'T RECALL BUT THE FIGURES ANYWHERE FROM 250 TO 80, TO 280

11:50:19 20   RINGS A BELL.  I REALLY DON'T HAVE -- BECAUSE ALL OF THE DOCUMENTS

11:50:22 21   WE HAD WERE FLOODED.  ALL OF THE DOCUMENTS WE HAD WERE FLOODED.  ALL

11:50:28 22   OF MY -- ALL OF THOSE KIND OF PAPERS.

11:50:30 23   Q.  DID YOU MAKE A CONTENTS LIST AT ANY TIME AFTER HURRICANE KATRINA

11:50:37 24   OF THE CONTENTS THAT YOU LOST AT YOUR HOUSE AT 6965 MAYO?

11:50:41 25   A.  MY WIFE DID.  I DID NOT, MY WIFE DID.

11:50:48 1            TO THIS DAY I STILL DON'T REMEMBER EVERYTHING I LOST, AND

11:50:53 2    AS TIME GOES BY LITTLE THINGS WILL POP UP IN MY MIND.  LIKE THE ONE

11:51:03 3    THING I ASKED MY WIFE FOR THE OTHER DAY FOR, THE EASTER, THE WOODEN

11:51:08 4    EASTER EGG THAT WAS SIGNED BY PRESIDENT GEORGE BUSH, GEORGE BUSH 41.

11:51:13 5    WHEN I WAS A WHITE HOUSE CORRESPONDENT WE GOT THOSE AS PRESENTS.

11:51:16 6    AND SHE SAID, WELL, THEY'RE RIGHT UP THERE.  I SAID, NO, THAT'S FROM

11:51:20 7    BARBARA BUSH, THAT'S NOT FROM GEORGE.

11:51:24 8            AND MY CERTIFICATE OF FLIGHT ON AIR FORCE ONE SIGNED BY

11:51:29 9    THE PRESIDENT, I LOST THAT ONE.  ALL OF THE PAPERS I WROTE WHEN I

11:51:33 10   WAS A NEIMAN FELLOW AT HARVARD, THEY'RE GONE.  ALL OF MY SCRIPTS

11:51:37 11   THAT I WROTE WHEN I WAS A CBS WHITE HOUSE CORRESPONDENT DURING THE

11:51:42 12   GEORGE BUSH PRESIDENCY, THEY'RE GONE.

11:51:44 13           AND I JUST REMEMBERED THOSE KIND OF THINGS.  THOSE ARE

11:51:50 14   THINGS -- AND ALL OF THE -- WHEN MY FATHER DIED IN 2003 I BELIEVE IT

11:51:56 15   WAS, IT WAS THE FIRST TIME I HAD EVER MET ANY OF HIS DADDY'S PEOPLE,

11:52:05 16   AND IT WAS THEN THAT I FOUND OUT THAT MY GRANDFATHER, MY DADDY'S

11:52:10 17   FATHER WAS IRISH.  AND SO THAT WAS QUITE A SHOCK TO ME.  I GOT AN

11:52:20 18   IRISH GRANDFATHER ON MY DADDY'S SIDE, SO YOU CAN IMAGINE THAT ROCKED

11:52:26 19   MY WORLD, THAT CHANGED MY PERCEPTION OF A WHOLE BUNCH OF STUFF I HAD

11:52:30 20   TO START TO HAVE TO RETHINK.

11:52:32 21           SO I STARTED TO EAGERLY RESEARCH THIS STUFF AND I FOUND

11:52:36 22   PEOPLE, THESE BLUE EYES BLUE HAIRED OLD LADIES WITH PICTURES AND

11:52:41 23   STUFF STANDING NEXT TO MY DADDY AND HIS FATHER, AND I WAS ABLE TO

11:52:47 24   GET THIS STUFF.  AND I LOST IT, IT'S ALL GONE.  I CAN'T REPLACE

11:52:53 25   THAT.  AND MANY OF THOSE PEOPLE ARE DEAD NOW.

11:52:57 1          I KNOW IT'S STUFF LIKE THAT -- YOU KNOW, JUST BEING A

11:52:59 2   JOURNALIST, A NEWS PERSON YOU'RE SUPPOSED TO BE IMMUNE TO

11:53:03 3   EVERYTHING, YOU'RE SUPPOSED TO BE DISPASSIONATE, AND I JUST, YOU

11:53:06 4   KNOW, IT'S A HARD THING FOR ME BECAUSE THEN, YOU KNOW, YOU GET ALL

11:53:12 5   OF THIS FLACK FROM PEOPLE WHO ARE PISSED AT YOU BECAUSE YOU'RE A

11:53:16 6   JOURNALIST AND YOU HAVE THE NERVE TO BE HUMAN.

11:53:18 7          AND IT'S JUST, YOU KNOW, IT'S REALLY HARD FOR ME.  I TRY

11:53:24 8   NOT TO -- I TRY NOT TO THINK OF THE STUFF THAT I LOST, YET IT'S

11:53:29 9   STILL HURTFUL.  STUFF LIKE THAT, THE STUFF THAT YOU NEVER REPLACE,

11:53:33 10  THE STUFF THAT YOU DON'T PUT A MONETARY VALUE ON.  THE STUFF THAT

11:53:37 11  MAKES YOU A HUMAN BEING, THE STUFF THAT GIVES YOU HUMANITY AND

11:53:41 12  CONNECTION TO OTHER PEOPLE.

11:53:42 13         AND THEN YOU HEAR PEOPLE DENIGRATE YOU BECAUSE YOU'RE FROM

11:53:46 14  NEW ORLEANS, YOU'RE A WHINER, WHY DON'T YOU SUCK IT UP, WHY DON'T

11:53:51 15  YOU GET OVER IT AND MOVE ON.  WE'RE HUMAN BEINGS, WE'RE NOT DOGS,

11:53:56 16  WE'RE NOT NARE-DO-WELLS, WE'RE HUMAN BEINGS, WE HAVE A RIGHT, WE

11:54:02 17  HAVE A RIGHT TO LIVE LIFE THE WAY WE SEE FIT.

11:54:06 18         THIS IS THE FIRST COMMUNITY I'VE EVER BEEN IN THAT I

11:54:08 19  REALLY FELT AT HOME AND WE'RE HUMAN BEINGS, WE'RE ENTITLED TO LIVE

11:54:14 20  WHERE WE WANT, YOU KNOW.  I WAS THINKING OF WHERE AM I GOING TO

11:54:19 21  MOVE?  THERE IS NO PLACE, WHERE ARE YOU GOING TO GO?  TO CALIFORNIA,

11:54:22 22  EARTHQUAKES.  GET UP AND GO TO THE MIDWEST, YOU HAVE BLIZZARDS AND

11:54:26 23  SNOW AND LIABLE TO DIE IN A DAMN AVALANCHE, OR GO OUT TO THE MIDWEST

11:54:33 24  WITH TORNADOS.  YOU KNOW, IF YOU'RE SUPPOSED TO BE PROTECTED THEN

11:54:34 25  YOU'RE SUPPOSED TO BE PROTECTED.

11:54:36 1  Q.  DID YOU FEEL LIKE YOU LOST YOUR SENSE OF SECURITY AFTER

11:54:38 2  HURRICANE KATRINA?

11:54:39 3  A.  I HAVE NO SENSE OF SECURITY, ANYWHERE, ANY TIME, ANY PLACE.

11:54:44 4  NONE.

11:54:45 5  Q.  LET ME ASK YOU, WE HAD A CONVERSATION YESTERDAY AFTER LISTENING

11:54:49 6  TO SHERWOOD GAGLIANO.  HOW DID LISTENING TO SHERWOOD GAGLIANO MAKE

11:54:55 7  YOU FEEL REALIZING YOU LOST EVERYTHING YOU OWN?

11:54:57 8  A.  LIKE AN IDIOT, LIKE I SHOULD HAVE KNOWN, LIKE I SHOULD HAVE

11:55:01 9  KNOWN WHAT HE KNEW.  HAD I KNOWN WHAT HE KNEW, I NEVER WOULD HAVE

11:55:04 10  PLACED MY FAMILY IN JEOPARDY.

11:55:08 11       AND BEING A NEWS REPORTER, I WOULD HAVE SOUNDED THE ALARM

11:55:11 12  SO OTHER PEOPLE WOULDN'T PLACE THEIR FAMILIES IN JEOPARDY.  THAT'S

11:55:15 13  HOW I FELT.  LIKE I FAILED MY COMMUNITY.

11:55:22 14       MR. ANDRY:  I HAVE NO OTHER QUESTIONS.

11:55:23 15       THE COURT:  THANK YOU, SIR.  CROSS-EXAMINATION.

11:55:26 16                    CROSS-EXAMINATION

11:55:26 17  BY MR. MYER:

11:55:31 18  Q.  TO THE POINT, SIR.  IN THE SUMMER OF 2006 AFTER GUTTING THE

11:55:35 19  HOUSE AT 6965 MAYO DRIVE, YOU SOLD IT AS IS $120,000 TO A

11:55:40 20  CONTRACTOR?

11:55:41 21  A.  YES.

11:55:44 22  Q.  AND AT ONE POINT YOU DID RECEIVE A $2,000 PAYMENT FROM FEMA?

11:55:46 23  A.  WE SURE DID, YES.

11:55:49 24       MR. MYER:  NO FURTHER QUESTIONS.

11:55:49 25       THE COURT:  THANK YOU, SIR.  I ASSUME THERE'S NO REDIRECT?

FINAL DAILY COPY

11:55:52 1          MR. ANDRY:  NO REDIRECT, YOUR HONOR.

11:55:54 2          THE COURT:  SIR, YOU MAY STEP DOWN.  THANK YOU.

11:55:56 3          THE WITNESS:  THANK YOU.

11:56:04 4          THE COURT:  OKAY.

11:56:06 5          MR. ROY:  YOUR HONOR, WE HAVE MRS. ROBINSON HERE IF YOU

11:56:09 6  WANT TO HEAR HER.  IT WONT' BE AS LONG AS MR. ROBINSON.

11:56:12 7          MR. ANDRY:  IT WON'T BE NEAR AS LONG.

11:56:15 8          MR. ROY:  IT'S YOUR CALL.  WE CAN DO IT AFTER LUNCH, IT'S

11:56:19 9  ENTIRELY UP TO YOU.

11:56:20 10          THE COURT:  WHAT IS YOUR ESTIMATION?  THE GOVERNMENT

11:56:28 11  CERTAINLY DIDN'T HAVE A LENGTHY CROSS WITH MR. ROBINSON, I ASSUME IT

11:56:31 12  WOULD BE VIRTUALLY THE SAME WITH MRS.  HOW LONG DO YOU THINK SHE

11:56:35 13  WOULD BE ON DIRECT?

11:56:36 14          MR. ANDRY:  15 TO 20 MINUTES AT THE MOST, YOUR HONOR.

11:56:39 15          THE COURT:  OKAY.  WE'LL GO AHEAD AND DO THAT.  LET'S GO

11:56:45 16  AHEAD AND DO THAT.  GET IT DONE AND THEN I'LL BREAK, WE'LL COME BACK

11:56:52 17  JUST A LITTLE LATER THAN NORMAL.

11:56:54 18          MR. ROY:  THANK YOU, YOUR HONOR.

11:57:00 19          THE COURT:  I WILL HAVE TO TAKE A BREAK AT THREE O'CLOCK

11:57:02 20  JUST TO LET YOU KNOW FOR A CONFERENCE I'VE GOT.

11:57:06 21          MR. ANDRY:  AT THIS TIME THE PLAINTIFFS WOULD CALL

11:57:10 22  MS. MONICA ROBINSON TO THE STAND.

11:57:23 23          THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

11:57:25 24       (WHEREUPON, MONICA ROBINSON, WAS SWORN IN AND TESTIFIED AS

11:57:30 25        FOLLOWS:)

─── FINAL DAILY COPY ───

11:57:30  1          THE DEPUTY CLERK:  PLEASE STATE YOUR NAME AND SPELL IT FOR

11:57:38  2  THE RECORD.

11:57:38  3          THE WITNESS:  MONICA ROBINSON, M-O-N-I-C-A

11:57:40  4  R-O-B-I-N-S-O-N.

11:57:40  5                      DIRECT EXAMINATION

11:57:40  6  BY MR. ANDRY:

11:57:59  7  Q.  MS. ROBINSON, WHAT IS YOUR CURRENT RESIDENCE?

11:58:01  8  A.  324 DELARONDE STREET, NEW ORLEANS, LOUISIANA, OR ALGIERS AS SOME

11:58:06  9  PEOPLE SAY.

11:58:07 10  Q.  AND ARE YOU FROM NEW ORLEANS, MA'AM?

11:58:09 11  A.  NO, I AM NOT.

11:58:10 12  Q.  WHERE ARE YOU FROM?

11:58:12 13  A.  AN I AM ORIGINALLY FROM MOBILE, ALABAMA.

11:58:14 14  Q.  WHERE DID YOU MEET MR. NORMAN ROBINSON?

11:58:17 15  A.  WE WENT TO SCHOOL TOGETHER IN THE 12TH GRADE IN MOBILE.

11:58:21 16          MR. ANDRY:  I'M SORRY, YOUR HONOR, LET ME DO THIS.  I AM

11:58:23 17  KIND OF GETTING AHEAD OF MYSELF.

11:58:26 18          IN CONJUNCTION WITH MRS. ROBINSON'S TESTIMONY, I DON'T

11:58:29 19  THINK WE HAVE HER FORM 95 AS AN EXHIBIT BECAUSE SHE WASN'T FILED

11:58:34 20  WITH THE ORIGINAL ROBINSON PLAINTIFFS BECAUSE AT THE TIME OF THE

11:58:37 21  FILING OF THAT SHE WAS STILL LIVING IN ATLANTA.  WE SUBSEQUENTLY

11:58:41 22  FILED HER FORM 95, SO HER CLAIM WASN'T RIPE TO BE PART OF THE

11:58:46 23  ROBINSON CASE AND WE DIDN'T AMEND BECAUSE IT WOULD RELATE BACK AND

11:58:50 24  CAUSE ISSUES.  SHE WAS FILED SUBSEQUENTLY AND CONSOLIDATED WITH THIS

11:58:55 25  FOR TRIAL PURPOSES.

11:58:56  1          SO WE DON'T HAVE HER FORM 59 AS PART OF THE EXHIBIT, AND

11:59:00  2    I'LL PROVIDE IT TO YOUR HONOR AND TO THE COURT SO WE HAVE THE FORM

11:59:03  3    95.  HER CLAIM WAS NEVER DENIED BY THE CORPS, THEY JUST TOOK NO

11:59:07  4    ACTION.  SO SHE DOESN'T HAVE A DENIAL LETTER, BUT WE'LL PROVIDE THE

11:59:11  5    FORM 95 IN CONNECTION WITH HER TESTIMONY.

11:59:14  6          AND SINCE SHE PREPARED THE INVENTORY LIST AND THE RECEIPTS

11:59:18  7    AND INVOICES WE'LL USE PX 1718, PX 1717, PX 1496 AND 1495, WHICH ARE

11:59:29  8    THE PHOTOS; AS WELL AS I BELIEVE IT WAS 2153 WHICH WERE THE BEFORE

11:59:36  9    PHOTOGRAPHS, IS THAT CORRECT?  I'LL PROVIDE THAT SPECIFIC NUMBER TO

11:59:42 10    YOUR HONOR AT THE CONCLUSION OF HER TESTIMONY.

11:59:44 11          THE COURT:  THANK YOU.

11:59:44 12    BY MR. ANDRY:

11:59:46 13    Q.  HOW LONG HAVE YOU AND -- COULD YOU GIVE THE COURT A BRIEF

11:59:49 14    HISTORY OF YOUR EDUCATIONAL BACKGROUND?

11:59:51 15    A.  I GRADUATED FROM CENTRAL HIGH SCHOOL IN MOBILE AND I FINISHED

11:59:57 16    FOUR YEARS OF NAZARETH COLLEGE IN ROCHESTER NEW YORK WITH A BS IN

12:00:03 17    STUDIO ART.

12:00:04 18    Q.  AND HOW WERE YOU EMPLOYED AFTER YOU GRADUATED FROM COLLEGE?

12:00:07 19    A.  I WORKED AS A GRAPHIC ARTIST AT VARIOUS COMPANIES IN ATLANTA,

12:00:10 20    GEORGIA.  I LIVED IN ATLANTA FROM 1974 UNTIL 1994 I THINK OR MAYBE

12:00:17 21    '76.  I THINK I LIVED THERE ABOUT 18 YEARS, UNTIL I MOVED HERE TO

12:00:22 22    MARRY NORMAN.

12:00:23 23    Q.  AND HOW IS IT THAT YOU AND NORMAN GOT MARRIED?

12:00:26 24    A.  MY MOTHER DIED SUDDENLY ON A VISIT TO ATLANTA AND WE HAD HER

12:00:35 25    CREMATED AND TOOK HER BACK TO MOBILE TO BURY HER.  AND NORMAN CAME

12:00:37  1    OVER BECAUSE HE AND MY BROTHER, HIS BROTHER-IN-LAW, THEY'RE GOOD

12:00:42  2    FRIENDS AND THAT'S HOW WE GOT BACK TOGETHER.

12:00:44  3    Q.   HOW LONG HAVE Y'ALL BEEN MARRIED?

12:00:46  4    A.   WE HAVE BEEN MARRIED SINCE 1995.

12:00:48  5    Q.   AND WERE Y'ALL MARRIED AT THE HOUSE AT 6965 MAYO BOULEVARD?

12:00:52  6    A.   YES, WE WERE.

12:00:54  7    Q.   WERE YOU EMPLOYED AT THE TIME OF HURRICANE KATRINA?

12:01:03  8    A.   NO, I WAS NOT.

12:01:04  9    Q.   WHEN DID YOU DETERMINE THAT YOU WERE GOING TO EVACUATE FOR

12:01:12 10    HURRICANE KATRINA?

12:01:13 11    A.   HAD IT BEEN UP TO ME, I WOULD NOT HAVE.  MY HUSBAND MADE ME.

12:01:16 12    AND I AM GLAD HE DID NOW BECAUSE I WOULD HAVE BEEN THERE WHEN IT

12:01:20 13    FLOODED.  BUT, YOU KNOW, EVERY TIME I SEE IT, LIKE I SAW BENJAMIN

12:01:26 14    BUTTONS AND WHEN I SEE THE WATER COMING, I THINK ABOUT THE FACT THAT

12:01:28 15    I REALLY DIDN'T WANT TO.  AND I HAD REASONS FOR, EITHER A YEAR

12:01:33 16    BEFORE OR TWO YEARS BEFORE WHEN IVAN WAS COMING IN I EVACUATED AND I

12:01:39 17    LOST A CAT IN MOBILE, I HAD TWO FEMALE CATS, I LOST ONE THAT I TOOK

12:01:44 18    WITH ME.

12:01:45 19         I HAD FERAL CATS THAT I KEPT.  I TOOK THE TWO FEMALES

12:01:50 20    BECAUSE THEY WOULD LET ME TOUCH THEM AND PUT THEM IN A CAGE.  ONE OF

12:01:53 21    THEM GOT OUT OF THE CAR IN MOBILE AND I LOST HER, AND THEN IT TOOK

12:01:57 22    ME LIKE 24 HOURS TO GET FROM NEW ORLEANS BY WAY OF MOBILE TO

12:02:01 23    ATLANTA.  AND I JUST -- IT WAS JUST TRAUMATIZING TO ME.

12:02:04 24    Q.   DID YOU STAY IN ATLANTA OR WERE YOU IN ATLANTA WHEN HURRICANE

12:02:10 25    KATRINA MADE LAND FALL?

12:02:11  1    A.  NO.  I WENT TO MOBILE BECAUSE I KNEW THAT IT WOULD NOT BE AS BAD

12:02:16  2    IN MOBILE AND MY SISTER WAS THERE.  AND I LIKE I SAID, I REALLY

12:02:20  3    DIDN'T WANT TO EVACUATE.

12:02:22  4    Q.  AND YOU ULTIMATELY WENT ON TO MOBILE?

12:02:24  5    A.  YES, I DID.

12:02:24  6    Q.  WHY DID YOU DECIDE TO ULTIMATELY GO ON TO MOBILE?

12:02:28  7    A.  BECAUSE MY HUSBAND TOLD ME I HAD TO.  HE REINFORCED THAT IT

12:02:35  8    REALLY WAS DANGEROUS AND I JUST STARTED THINKING ABOUT THINGS AND I

12:02:40  9    WAS LIKE, YOU KNOW, I PROBABLY REALLY DO NEED TO, SO.

12:02:43 10    Q.  HOW LONG DID YOU STAY IN ATLANTA AFTER THE STORM?

12:02:46 11    A.  IN ATLANTA?

12:02:47 12    Q.  YES.

12:02:49 13    A.  I STAYED IN ATLANTA I THINK ABOUT TWO WEEKS.  BEFORE THAT I

12:02:55 14    STAYED IN MOBILE FOR ABOUT, I THINK IT WAS ABOUT TWO WEEKS AT MY

12:02:59 15    SISTER'S HOUSE AND THEN I WENT TO ATLANTA FOR ABOUT TWO WEEKS, MAYBE

12:03:02 16    A LITTLE BIT LONGER.

12:03:03 17    Q.  AND WHEN DID YOU COME BACK TO NEW ORLEANS?

12:03:06 18    A.  I BELIEVE MY BROTHER CALLED IN LATE SEPTEMBER AND SAID THAT THEY

12:03:09 19    WERE OPENING UP AND BEGINNING TO LET PEOPLE IN, AND SO I CAME BACK.

12:03:17 20    I DON'T REMEMBER EXACT DATE, BUT THE GIRLFRIEND IN ATLANTA, WE GREW

12:03:18 21    UP TOGETHER, CAME WITH ME AND WE GOT MY STEPDAUGHTER TO GET US PAST

12:03:23 22    THE NATIONAL GUARD, IT WAS LIKE PROBABLY TWO OR THREE DAYS AFTER

12:03:26 23    THEY HAD DRAINED, ALL OF THE WATER HAD DRAINED OUT.

12:03:29 24         AND I TOOK THE PICTURES BECAUSE I WENT IN.  WE COULD NOT

12:03:33 25    GET IN THE DOOR, WE HAD TO CLIMB -- IF YOU LOOK ON THE PICTURES, THE

12:03:36 1    WINDOW IN THE DINING ROOM TOP WAS OUT, WE HAD TO CLIMB IN AND OUT OF

12:03:41 2    THE WINDOW TO GET IN, WE COULDN'T GET THE DOOR OPEN.

12:03:43 3    Q.  AND PRIOR TO THE STORM, DID YOU HAVE A SENSE OF COMMUNITY IN

12:03:46 4    YOUR NEIGHBORHOOD?

12:03:47 5    A.  I HAD A GREAT SENSE OF COMMUNITY IN MY NEIGHBORHOOD.  MY

12:03:50 6    GRANDDAUGHTER AND I WOULD WALK AROUND THE BLOCK, WE KNEW EVERYBODY

12:03:53 7    EVERYWHERE, AND WE EVEN STOPPED AND TALKED TO LITTLE ANIMALS AND

12:03:56 8    PLAYED WITH DOGS AND CATS.  YEAH, SHE HAD ONE OF HER BEST FRIENDS

12:04:00 9    LIVED DOWN THE STREET AND THEY WOULD COME AND SWIM AND SHE WOULD GO

12:04:04 10   DOWN THERE, SO WE HAD A GREAT SENSE OF COMMUNITY.  I BELONGED TO A

12:04:07 11   CHURCH OUT THERE, MARIA GORETTI.

12:04:12 12   Q.  NOW GOING BACK, HOW DID YOU FEEL WHEN YOU FIRST CAME BACK AND

12:04:15 13   SAW YOUR HOUSE AT 6965 MAYO BOULEVARD?

12:04:18 14   A.  I COULDN'T BELIEVE IT.  IT LOOKED LIKE A MOONSCAPE.  EVERYTHING

12:04:22 15   WAS COVERED IN THIS BROWNISH GRAY MUD, THE STENCH WAS UNBELIEVABLE,

12:04:28 16   THERE WAS SOME FLIES IN THERE THAT I HAD NEVER SEEN, LIKE THEY CAME

12:04:32 17   FROM MARS AND THEY BIT.  IT WAS JUST REALLY DISHEARTENING.

12:04:37 18   Q.  WOULD YOU SAY THAT THAT CAUSED YOU PSYCHIC TRAUMA WHEN YOU SAW

12:04:42 19   EVERYTHING THAT YOU EARNED HAD BEEN DESTROYED?

12:04:45 20   A.  INITIALLY I DON'T THINK IT GOT TO ME BECAUSE I WAS OPERATING ON

12:04:51 21   ADRENALINE AND WE HAD THAT SECOND STORY AND I KNEW THAT WE HAD TO

12:04:55 22   GET THE STUFF THAT WAS UP THERE, AS MUCH AS WE COULD OUT LIKE NORMAN

12:05:00 23   HAD SUITS UP THERE BECAUSE HE DIDN'T TAKE ANY OF HIS CLOTHES.

12:05:04 24         I HAD A FUR COAT UP THERE AND WE HAD THE COMPUTER UP

12:05:07 25   THERE.  I KNEW IF I DIDN'T GET THAT STUFF OUT, IT WOULD BE GONE.  SO

12:05:11  1    INITIALLY MY GIRLFRIEND AND I WENT IN AND TRIED TO GET AS MUCH OF

12:05:15  2    THAT OUT AS POSSIBLE.  BUT WE ONLY HAD LIKE AN HOUR AND A HALF TO DO

12:05:19  3    IT BECAUSE THEY HAVE CURFEW AT LIKE FIVE O'CLOCK I BELIEVE, 4:30,

12:05:23  4    FIVE O'CLOCK.

12:05:23  5    Q.  WHEN WAS THE NEXT TIME YOU WENT BACK TO THE HOUSE?

12:05:25  6    A.  THE NEXT TIME WAS WHEN NORMAN CAME FOR THE WEEKEND THAT HE

12:05:30  7    TALKED ABOUT.  AND HE GOT THE GUY TO KICK THE DOOR IN.

12:05:33  8    Q.  AND HOW LONG DID YOU STAY IN THE HOUSE AT THAT TIME?

12:05:41  9    A.  IT WAS NOT VERY LONG.  NOT VERY LONG AT ALL.  AGAIN, LIKE HE

12:05:41 10    SAID, THEY HAD A TIME LIMIT.  LIKE IF YOU WENT IN, YOU KIND OF HAD

12:05:43 11    TO LEAVE SOON, SO.

12:05:45 12    Q.  AND DID YOU MOVE IN WITH NORMAN INTO THE -- SUBSEQUENTLY INTO

12:05:49 13    THE APARTMENT IN THE CREEKS?

12:05:50 14    A.  YES, I DID.

12:05:52 15    Q.  WHAT WAS YOUR EXPERIENCE IN THE CREEKS LIKE?

12:05:55 16    A.  IT WAS OKAY.  IT WAS VERY CROWDED.  AND I WILL ALSO SAY, AND I

12:06:01 17    NEVER TOLD MY HUSBAND THIS, I WOULD GO OUT AND WALK EVERY DAY AND IT

12:06:05 18    WAS OKAY WHEN I FIRST MOVED THERE BECAUSE EVERYBODY WAS OFF FROM

12:06:08 19    WORK.  BUT AFTER AWHILE IT WAS KIND OF DESERTED AND I HAD A STALKER

12:06:14 20    AND THAT WAS WHEN -- BESIDES THE FACT THAT WE WERE REALLY CROWDED,

12:06:18 21    IT WAS TIME TO GET OUT.  I THINK WE WERE THERE LIKE A YEAR AND A

12:06:21 22    HALF, TWO-YEARS.

12:06:22 23    Q.  WOULD YOU SAY THAT AFTER REALIZING EVERYTHING YOU HAD WAS GONE

12:06:26 24    AND HAVING TO MOVE INTO A 700 FOOT SQUARE FOOT APARTMENT CAUSED YOU

12:06:31 25    PHYSIC TRAUMA?

12:06:31 1    A.   YEAH.  IT WAS BAD.  I MEAN, WE COULDN'T BRING ANYTHING IN THERE,

12:06:36 2    WE COULDN'T -- WE DIDN'T EVEN HAVE CLOSET SPACE.  HE COULD BARELY

12:06:41 3    FIT HIS CLOTHES IN THERE.

12:06:43 4    Q.   DID YOU LOSE THINGS IN THE STORM IN YOUR HOUSE AT 6965 MAYO --

12:06:47 5    A.   YEAH, WE LOST EVERYTHING DOWNSTAIRS.  I WAS ABLE TO SALVAGE

12:06:51 6    MAYBE SOME DISHES AND GLASSES AND STUFF, BUT.

12:06:53 7    Q.   DID YOU LOSE THINGS THAT WERE IRREPLACEABLE TO YOU?

12:06:55 8    A.   OF COURSE WE DID.  WE LOST OUR WEDDING TAPE.  AGAIN, HE LOST ALL

12:07:02 9    OF HIS PICTURES FROM -- HE DIDN'T HAVE A LOT OF PICTURES AND ONE IN

12:07:05 10   PARTICULAR I REMEMBER WAS A PICTURE OF HIM WITH HIS MOTHER WHEN HE

12:07:10 11   WAS ABOUT TWO OR THREE IN HIS OVERALLS, AND I'M PRETTY SURE THAT GOT

12:07:14 12   FLOODED.

12:07:15 13        EVERYBODY HAD THINGS THAT ARE IMPORTANT, I HAD A LOT OF

12:07:18 14   BOOKS, AND ESPECIALLY ART BOOKS.  TO THIS DAY I GO LOOKING FOR A

12:07:21 15   BOOK AND I CAN'T FIND IT AND I ASSUME THAT IT GOT FLOODED, I DON'T

12:07:26 16   KNOW.  YEAH, WE LOST LOTS OF STUFF.

12:07:29 17   Q.   DO YOU FEEL LIKE YOU'VE LOST YOUR SENSE OF SECURITY AND SELF AS

12:07:34 18   A RESULT OF HURRICANE KATRINA?

12:07:35 19   A.   I DEFINITELY LOST MY SENSE OF SECURITY.  YOU KNOW, I AM IN A

12:07:41 20   SITUATION NOW WHERE IF THEY SAY EVACUATE, THAT WAS ALWAYS REALLY

12:07:46 21   VERY TRAUMATIC FOR ME BECAUSE I ALWAYS HAD TO DO IT ON MY OWN, AND

12:07:52 22   ANY TIME THEY SAID A HURRICANE IS COMING I JUST HAVE ANXIETY

12:07:56 23   ATTACKS, CAN'T EAT, MY STOMACH IS IN KNOTS.

12:07:59 24        MR. ANDRY:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

12:08:01 25        THE COURT:  THANK YOU, SIR.

```
12:08:03  1                    CROSS-EXAMINATION

12:08:04  2   BY MR. MYER:

12:08:07  3   Q.  ONLY ONE DETAIL.  MS. ROBINSON, I KNOW YOU PREPARED THE CONTENTS

12:08:15  4   LIST FOR YOUR HOUSE?

12:08:15  5   A.  YES.

12:08:15  6   Q.  AND LIKE THE OTHER LIST, I NOTICED THAT EVERYTHING IS IN

12:08:16  7   MULTIPLES OF FIVES OR TENS.  IT WAS PREPARED WITHOUT REFERENCE TO

12:08:19  8   ANY PRICE LISTS OR WEB SITES OR CATALOGS THAT LISTED ACTUAL PRICES

12:08:23  9   OF GOODS?

12:08:24 10   A.  NO, NO, BECAUSE I CAN REMEMBER HOW MUCH THINGS COST A LOT OF

12:08:29 11   TIMES, YEAH.  AND I CLEANED THE HOUSE SO I CAN ALSO REMEMBER WHAT

12:08:34 12   WAS IN THERE, I WOULD JUST GO, YOU KNOW, WALL BY WALL AND KIND OF

12:08:38 13   PICTURE WHAT WAS THERE.  AND I DID HAVE SOME PICTURES BUT NOT

12:08:42 14   EVERYTHING.

12:08:44 15              MR. MYER:  NO FURTHER QUESTIONS.

12:08:45 16              THE COURT:  THANK YOU.  ANY REDIRECT?

12:08:47 17                   REDIRECT EXAMINATION

12:08:47 18   BY MR. ANDRY:

12:08:48 19   Q.  JUST FOR THE PURPOSES OF CLEARING UP THE RECORD, YOUR HONOR,

12:08:54 20   COULD YOU PULL UP FORM 95.  IT IS PX 2141 -- IS IT 2142.  AND

12:09:17 21   MS. ROBINSON, IS THAT THE FORM 95 THAT YOU AUTHORIZED ME AND THE

12:09:21 22   ATTORNEYS TO FILE ON YOUR BEHALF --

12:09:25 23   A.  HOLD ON, I HAVE TO GET MY GLASSES, SORRY.

12:09:28 24   Q.  -- IN CONJUNCTION WITH THIS MATTER?

12:09:30 25   A.  YES, IT IS.
```

12:09:34 1  Q.  AND THEN GO BACK, CARL, TO 2141.  AND, MS. ROBINSON, IS THIS THE

12:09:46 2  ACKNOWLEDGMENT OF YOUR CLAIM BY THE UNITED STATES DEPARTMENT OF

12:09:49 3  ARMY?

12:09:50 4  A.  YES, IT IS.

12:09:54 5  Q.  AND JUST FOR THE HOUSEKEEPING PURPOSES, COULD YOU PULL UP PX

12:10:00 6  1717.

12:10:08 7          MS. ROBINSON, THIS IS LABELED AS THE ROBINSON INVENTORY

12:10:12 8  THAT WAS COMPILED BY MY OFFICE, AND JUST ASK IF YOU COULD BRIEFLY

12:10:15 9  LOOK AT THAT AND VERIFY THAT THAT WAS THE LIST THAT YOU COMPILED?

12:10:21 10 A.  YES.

12:10:23 11         MR. ANDRY:  I DON'T HAVE ANY OTHER QUESTIONS, YOUR HONOR.

12:10:25 12         THE COURT:  THANK YOU.  YOU MAY STEP DOWN, MA'AM.  THANK

12:10:27 13 YOU VERY MUCH.

12:10:29 14         WE WILL TAKE A RECESS.  WE WILL START AT, I THINK WE'LL

12:10:38 15 START AT 1:30, AND WE'LL TAKE A RECESS AT THREE IS MY CONFERENCE.

12:10:44 16 ALL RIGHT?

12:10:44 17         MR. ANDRY:  THANK YOU, YOUR HONOR.

12:10:46 18         THE COURT:  ALL RIGHT.  THANK YOU.  AND I UNDERSTAND THE

12:10:52 19 EXPERT DAY WILL BE NEXT?

12:10:54 20         MR. ANDRY:  YES, YOUR HONOR.

12:10:55 21         THE COURT:  ALL RIGHT.  THANK YOU.

12:11:00 22     (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

23

24                  * * * * * *

25

FINAL DAILY COPY

```
 1
 2                      REPORTER'S CERTIFICATE
 3
 4         I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES
 5    DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY
 6    THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF
 7    MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN
 8    THE ABOVE-ENTITLED AND NUMBERED MATTER.
 9
10
11                                    _____
12                                    KAREN A. IBOS, CCR, RPR, CRR
13                                    OFFICIAL COURT REPORTER
14
15
16
17
18
19
20
21
22
23
24
25
```

FINAL DAILY COPY

## $

**$1,500** [1] - 569:6
**$10,000** [1] - 606:20
**$100,000** [1] - 575:10
**$120,000** [1] - 637:19
**$150,000** [1] - 607:9
**$154,000** [1] - 620:8
**$2,000** [2] - 592:18, 637:22
**$200,000** [1] - 588:1
**$263** [1] - 548:20
**$4,000** [1] - 564:13
**$50,000** [1] - 587:12
**$623** [1] - 563:22
**$675** [3] - 554:10, 569:2, 569:4
**$80,000** [1] - 575:5

## '

**'02** [1] - 540:17
**'03** [1] - 540:17
**'30S** [1] - 599:13
**'65** [1] - 545:3
**'76** [1] - 640:21
**'77** [1] - 545:1
**'85** [1] - 584:8
**'86** [1] - 576:8
**'88** [1] - 576:10
**'89** [1] - 584:8
**'91** [2] - 606:16, 606:17
**'92** [3] - 586:13, 606:16, 620:5
**'94** [2] - 575:22, 576:10
**'96** [4] - 575:22, 586:13, 586:23, 589:21
**'99** [1] - 540:17

## /

**/1** [1] - 535:8
**/10** [1] - 535:5
**/14** [1] - 535:12
**/15** [1] - 535:11
**/16** [2] - 535:14, 535:15
**/17** [1] - 535:6
**/19** [1] - 535:18
**/20** [2] - 535:15, 535:22
**/21** [1] - 535:18
**/4** [1] - 535:21
**/7** [1] - 535:9
**/8** [1] - 535:21

## 0

**06-CV-2268** [1] - 532:3

## 1

**1** [1] - 590:1
**1,000** [1] - 569:6
**10** [1] - 582:4
**10/15** [2] - 580:19, 580:20
**10/15/08** [1] - 580:18
**10/8/2008** [1] - 577:11
**10/9/08** [1] - 577:11
**100** [4] - 586:23, 590:1, 590:2, 590:19
**100,000** [1] - 607:8
**1000** [1] - 532:14
**10022** [1] - 533:24
**1093** [1] - 545:16
**1094** [1] - 545:16
**1095** [1] - 545:16
**1098** [1] - 545:17
**10:00** [1] - 619:4
**10TH** [4] - 599:23, 602:4, 604:6, 607:20
**11** [2] - 548:3, 612:11
**11-BY-14S** [1] - 557:20
**1100** [1] - 532:23
**119** [1] - 580:23
**119.1** [1] - 580:23
**119.2** [1] - 580:24
**12** [2] - 560:21, 582:4
**1200** [1] - 608:11
**1205** [1] - 533:19
**1261** [1] - 533:9
**128** [1] - 575:20
**128.1** [1] - 577:10
**128.2** [1] - 577:12
**128.3** [1] - 577:12
**12TH** [1] - 639:15
**13** [1] - 619:16
**1357** [1] - 613:5
**1366** [1] - 533:9
**14** [4] - 612:25, 613:24, 619:16
**1429** [1] - 583:15
**148.1** [1] - 578:14
**1495** [3] - 613:3, 619:25, 640:7
**1496** [4] - 613:4, 628:23, 630:17, 640:7
**1496-9** [1] - 631:9
**1496.5** [1] - 630:25
**15** [3] - 542:25, 560:22, 638:14
**1501** [2] - 555:2,

559:4
**1501.8** [1] - 556:17
**15TH** [1] - 580:15
**16** [1] - 551:12
**160** [1] - 590:19
**1621** [1] - 545:17
**17** [1] - 551:13
**1715** [3] - 546:9, 557:3, 557:4
**1717** [3] - 613:6, 640:7, 647:6
**1718** [2] - 613:7, 640:7
**18** [7] - 556:3, 559:2, 560:2, 562:25, 611:24, 619:15, 640:21
**180** [1] - 588:1
**1810.4** [7] - 546:7, 549:4, 549:9, 594:18, 594:20, 620:14
**184.2** [1] - 578:15
**19** [7] - 548:6, 548:9, 560:24, 561:1, 562:19, 619:16, 624:1
**1921** [1] - 571:20
**1922** [1] - 564:15
**1929** [1] - 564:18
**1958** [1] - 576:15
**1960'S** [1] - 615:20
**1969** [2] - 615:3, 615:21
**1973** [1] - 615:3
**1974** [1] - 640:20
**1976** [2] - 614:13, 617:2
**1984** [2] - 576:13, 584:4
**1986** [1] - 576:5
**1988** [3] - 539:2, 575:22, 576:13
**1991** [2] - 586:18, 586:22
**1992** [4] - 538:16, 586:10, 586:16, 620:5
**1994** [1] - 640:20
**1995** [1] - 641:4
**1996** [3] - 586:14, 586:22, 589:24
**1:30** [1] - 647:15
**1A** [1] - 576:22
**1ST** [1] - 578:4

## 2

**2** [6] - 541:18, 542:7, 545:16, 561:19, 577:3, 626:1
**2.1** [3] - 545:14, 545:16

**2.2** [1] - 545:15
**20** [5] - 542:4, 546:5, 547:4, 624:1, 638:14
**20-YEAR** [1] - 606:18
**200** [1] - 603:3
**2000** [1] - 540:16
**2002** [3] - 540:19, 540:21, 544:25
**2003** [1] - 635:14
**20044** [1] - 534:13
**2005** [12] - 589:10, 589:21, 589:24, 596:5, 596:18, 597:1, 599:23, 602:4, 604:7, 612:10, 612:11
**2006** [1] - 637:18
**2007** [4] - 608:25, 634:10, 634:12
**2008** [7] - 538:16, 538:17, 573:11, 578:4, 578:12, 580:15
**2009** [2] - 532:4, 536:2
**2015** [1] - 611:24
**2049** [3] - 559:3, 560:10
**2050** [3] - 546:4, 546:6, 547:9
**2051** [4] - 582:5, 583:6, 583:7, 613:1
**2052** [3] - 582:7, 583:2
**2053** [7] - 546:5, 547:4, 559:2, 560:2, 582:4, 612:24, 613:24
**2053-10** [1] - 582:23
**2053-12** [1] - 582:18
**2054** [2] - 613:2, 614:6
**208** [1] - 612:7
**2100** [6] - 585:20, 593:12, 593:16, 594:23, 606:16, 609:19
**2141** [2] - 646:20, 647:1
**2142** [1] - 646:20
**2143.1** [1] - 629:19
**2143.2** [1] - 629:20
**2143.3** [1] - 629:21
**2153** [1] - 640:8
**22** [3] - 532:4, 536:2, 556:3
**23** [2] - 542:5, 555:18
**24** [1] - 641:22
**25** [2] - 617:3, 623:25
**250** [1] - 634:19
**2626** [1] - 533:19
**2655** [1] - 533:5
**27TH** [3] - 596:18,

597:1, 625:12
**280** [1] - 634:19
**28TH** [2] - 625:12, 625:14
**29TH** [1] - 538:17
**2:00** [1] - 623:8
**2ND** [1] - 573:11

## 3

**3** [3] - 532:9, 561:19, 626:1
**3,300** [2] - 633:13, 633:16
**3/31/08** [1] - 580:18
**30** [5] - 578:12, 586:20, 611:5, 623:25, 631:17
**30(B)(6** [10] - 544:22, 545:2, 575:19, 575:21, 577:11, 577:19, 578:3, 579:17, 580:10, 580:13
**30(B)(6)'S** [1] - 579:18
**30-YEAR** [2] - 606:19, 617:14
**30TH** [1] - 578:4
**31** [2] - 563:15, 563:16
**3102** [1] - 532:23
**324** [2] - 613:21, 639:8
**325** [1] - 533:23
**35-YEAR** [1] - 617:15
**36** [1] - 564:6
**3668** [1] - 533:2

## 4

**4** [2] - 577:3, 590:1
**4,000** [1] - 569:4
**4-FOOT** [1] - 544:13
**41** [1] - 635:4
**42** [1] - 573:24
**46** [1] - 593:17
**4:30** [1] - 644:3

## 5

**5** [1] - 544:12
**50** [1] - 586:20
**50,000** [1] - 587:12
**500** [1] - 534:16
**504** [1] - 534:17
**50TH** [1] - 621:9
**519** [1] - 533:12
**53** [1] - 555:2
**550** [1] - 532:13
**556** [1] - 533:2

DAILY COPY

**56** [1] - 545:17
**57TH** [1] - 533:23
**589-7776** [1] - 534:17
**59** [1] - 640:1
**5924** [9] - 552:19,
558:2, 560:19, 561:1,
561:7, 561:13,
561:20, 564:14,
564:17
**5926** [4] - 548:24,
550:14, 553:15,
561:10
**5:30** [1] - 536:11

---

# 6

**6** [1] - 542:15
**600** [1] - 534:2
**6000** [1] - 548:11
**601** [1] - 533:5
**604** [1] - 534:2
**610** [1] - 532:20
**618** [1] - 533:16
**6962** [1] - 620:15
**6965** [13] - 613:23,
619:20, 620:2,
620:19, 620:22,
621:4, 627:2, 634:15,
634:24, 637:19,
641:5, 643:13, 645:4

---

# 7

**7** [1] - 542:15
**70** [1] - 590:19
**700** [4] - 633:7,
633:16, 633:18,
644:24
**70043** [1] - 585:20
**70113** [2] - 532:17,
532:21
**70116** [1] - 583:16
**70130** [2] - 534:3,
534:16
**70130-6004** [1] -
533:6
**702C** [1] - 580:16
**70381** [1] - 533:20
**70502-3668** [1] -
533:3
**70726** [1] - 533:13
**70801-1910** [1] -
533:16
**70821-1366** [1] -
533:10
**71** [1] - 557:13
**728** [1] - 579:8
**75** [1] - 586:1
**75219** [1] - 532:24
**7:00** [1] - 623:9

---

# 8

**8** [6] - 556:7, 556:16,
616:24, 617:24,
617:25, 618:5
**80** [2] - 560:21,
634:19
**83** [3] - 542:3, 542:4,
542:11
**8397** [2] - 547:3,
560:1
**84** [1] - 542:14,
542:15, 542:18
**85** [2] - 542:25,
590:22
**855** [1] - 532:17
**888** [1] - 534:12
**8TH** [1] - 617:15

---

# 9

**9** [1] - 542:25
**90** [1] - 590:22
**90071-2627** [1] -
532:14
**9117** [12] - 582:20,
585:23, 587:2, 587:3,
588:3, 594:22,
595:19, 602:4,
602:15, 606:25, 608:5
**95** [16] - 546:5,
547:5, 547:12, 559:3,
560:6, 560:13,
582:19, 582:23,
614:3, 639:19,
639:22, 640:3, 640:5,
646:20, 646:21
**95'S** [1] - 582:4
**96** [1] - 593:23

---

# A

**A** [446] - 533:14,
534:15, 536:6,
536:11, 536:18,
537:20, 538:12,
538:20, 538:23,
539:2, 539:13,
539:25, 540:6,
540:16, 540:25,
541:3, 541:5, 541:6,
541:8, 541:12,
541:13, 543:15,
543:25, 544:9,
544:12, 544:13,
544:14, 544:22,
544:25, 545:1, 545:4,
546:13, 546:24,
548:4, 548:8, 548:13,
548:15, 548:18,
548:20, 548:25,

549:1, 549:14,
549:15, 549:21,
550:8, 550:17,
550:24, 551:8,
551:13, 551:23,
552:1, 552:3, 552:7,
552:8, 552:10,
552:12, 552:15,
552:22, 552:23,
553:6, 553:20,
553:25, 554:9,
554:10, 554:17,
554:23, 555:5, 555:6,
556:13, 556:23,
557:4, 557:7, 558:8,
560:1, 560:3, 560:21,
562:1, 562:6, 562:11,
562:15, 563:3, 563:6,
563:8, 563:19,
563:21, 563:22,
564:9, 564:12,
564:15, 564:21,
565:1, 565:3, 565:4,
565:11, 565:12,
565:18, 565:19,
565:22, 566:1, 566:4,
566:10, 567:4, 567:8,
567:16, 567:22,
567:23, 568:11,
568:20, 569:2, 569:3,
569:4, 569:5, 569:8,
569:10, 569:13,
569:16, 569:17,
569:18, 570:2, 570:9,
570:13, 570:22,
570:24, 571:17,
571:21, 572:7,
572:15, 573:10,
573:12, 573:13,
573:14, 573:21,
574:6, 575:20,
575:24, 575:25,
576:1, 576:6, 576:7,
576:13, 576:17,
577:22, 578:17,
578:18, 579:3, 580:1,
580:4, 580:10,
580:16, 580:18,
582:1, 582:10, 584:6,
584:15, 584:23,
585:7, 585:13,
586:18, 586:19,
586:20, 586:21,
586:23, 587:1, 587:8,
587:18, 587:20,
587:21, 588:13,
589:3, 589:4, 589:13,
589:14, 589:16,
589:17, 589:21,
590:1, 590:2, 590:4,
590:10, 591:20,

591:21, 591:22,
592:4, 592:16,
592:20, 592:22,
593:19, 593:20,
593:24, 594:5, 594:6,
594:8, 594:11,
594:25, 595:3, 595:7,
595:9, 595:14,
595:19, 595:22,
596:2, 596:8, 596:16,
596:23, 597:3, 597:6,
597:8, 597:10,
597:16, 597:24,
598:4, 598:6, 598:7,
598:10, 598:15,
598:16, 599:16,
599:17, 599:23,
600:1, 600:5, 600:12,
600:13, 600:20,
600:21, 601:10,
601:11, 601:17,
601:21, 602:10,
602:13, 603:8,
603:10, 603:19,
603:24, 604:3,
604:21, 604:25,
605:3, 605:4, 605:10,
605:16, 605:17,
605:20, 605:22,
606:2, 606:7, 606:8,
606:18, 606:19,
607:2, 607:7, 607:16,
607:21, 607:23,
608:3, 608:8, 608:16,
608:20, 608:25,
609:8, 609:22, 610:2,
610:20, 611:9,
611:14, 612:6,
612:13, 614:19,
614:20, 615:5,
615:10, 615:17,
615:24, 615:25,
616:2, 616:10,
616:13, 616:14,
616:15, 616:17,
616:18, 616:19,
616:20, 616:21,
616:22, 617:14,
617:15, 617:16,
618:2, 618:7, 618:8,
618:14, 618:22,
618:24, 620:21,
621:5, 621:6, 621:10,
621:11, 621:13,
621:15, 621:16,
621:18, 621:20,
621:22, 621:23,
622:1, 622:2, 622:9,
622:11, 622:14,
622:19, 622:25,
623:7, 623:20, 624:8,

625:8, 625:9, 625:10,
625:11, 626:14,
626:20, 626:21,
627:2, 627:11,
627:13, 627:18,
628:9, 628:17,
628:18, 628:21,
629:4, 629:5, 631:14,
631:25, 632:4, 632:5,
632:15, 633:1, 633:3,
633:11, 633:15,
633:16, 633:20,
633:21, 633:22,
634:13, 634:20,
634:23, 635:5,
635:10, 635:11,
635:17, 635:19,
636:1, 636:2, 636:4,
636:5, 636:10,
636:11, 636:14,
636:16, 636:17,
636:23, 637:5,
637:11, 637:19,
637:22, 638:11,
638:17, 638:19,
638:20, 640:4,
640:13, 640:16,
640:19, 640:24,
641:15, 641:17,
641:20, 642:16,
643:3, 643:5, 643:10,
643:14, 643:24,
644:2, 644:10,
644:19, 644:21,
644:24, 645:9,
645:10, 645:13,
645:14, 645:18,
645:19, 645:22,
646:10, 647:14,
647:15, 647:22,
648:4, 648:6, 648:12
**A-D-C-I-R-C** [1] -
539:25
**A.D** [1] - 588:9
**A.M** [2] - 623:8,
623:9
**AB** [1] - 585:4
**ABILITY** [1] - 648:7
**ABLE** [12] - 551:19,
554:13, 572:4, 601:2,
627:22, 627:23,
628:1, 632:13,
632:16, 633:3,
635:23, 645:5
**ABOUT** [97] - 536:7,
540:22, 541:4,
541:17, 542:6, 542:7,
543:3, 545:6, 546:8,
546:14, 550:5, 551:3,
551:8, 552:13,

552:17, 552:22, 552:23, 555:25, 556:18, 566:8, 566:14, 567:23, 568:1, 568:2, 568:3, 569:4, 570:2, 570:9, 570:20, 570:24, 571:17, 572:1, 572:16, 574:11, 575:21, 578:6, 579:4, 579:12, 580:25, 581:16, 581:17, 582:3, 582:10, 582:12, 585:7, 586:10, 589:19, 590:1, 590:2, 590:22, 594:9, 594:12, 595:3, 595:4, 596:12, 598:1, 598:15, 598:16, 603:1, 603:21, 605:17, 606:7, 607:10, 611:10, 611:11, 612:4, 616:17, 618:19, 619:15, 619:25, 623:7, 625:2, 625:5, 626:1, 626:14, 626:16, 627:6, 627:10, 627:14, 629:4, 629:5, 631:17, 632:4, 632:5, 633:9, 640:21, 641:14, 642:8, 642:13, 642:14, 642:15, 644:7, 645:11

**ABOVE** [1] - 648:8
**ABOVE-ENTITLED** [1] - 648:8
**ABSOLUTELY** [5] - 578:2, 581:19, 595:21, 602:22, 611:1
**ABSORBED** [1] - 608:12
**ACCOMMODATE** [1] - 587:13
**ACCOMMODATING** [1] - 601:4
**ACCORDING** [1] - 599:3
**ACCOUNTANTS** [1] - 622:21
**ACCURATE** [1] - 618:19
**ACE** [1] - 566:10
**ACID** [1] - 628:13
**ACKNOWLEDGMENT** [1] - 647:2
**ACRONYM** [1] - 539:22
**ACROSS** [6] - 548:6,

560:25, 561:1, 561:8, 594:7, 594:17
**ACT** [3] - 576:6, 576:8, 590:24
**ACTING** [1] - 608:7
**ACTION** [1] - 640:4
**ACTIVITIES** [1] - 578:11
**ACTUAL** [5] - 545:12, 577:9, 579:8, 579:13, 646:8
**ACTUALLY** [11] - 545:13, 545:16, 552:15, 569:4, 577:9, 603:16, 603:18, 608:12, 611:14, 611:23, 612:6
**ADCIRC** [7] - 539:18, 539:20, 539:25, 540:2, 540:24, 541:9, 541:12
**ADDITIONAL** [1] - 576:21
**ADDRESS** [9] - 544:22, 547:2, 559:25, 560:18, 560:19, 560:20, 561:11, 583:14
**ADJACENT** [1] - 609:21
**ADJUSTED** [1] - 540:25
**ADJUSTER** [1] - 584:16
**ADMINISTER** [1] - 559:9
**ADRENALINE** [1] - 643:21
**ADULT** [4] - 550:18, 562:13, 562:15, 567:7
**ADVANCED** [1] - 540:1
**AFFECT** [2] - 553:2, 571:19
**AFRICAN** [1] - 616:17
**AFTER** [65] - 537:5, 546:9, 551:6, 551:10, 551:19, 553:15, 554:4, 554:5, 554:6, 554:7, 557:15, 559:5, 562:12, 562:20, 563:1, 563:10, 563:23, 565:4, 567:7, 569:6, 570:3, 572:7, 572:20, 584:2, 584:5, 584:15, 585:4, 585:8, 589:8, 597:20, 598:13, 598:15, 599:21,

601:22, 606:3, 606:4, 606:25, 610:8, 610:9, 610:12, 610:23, 610:24, 616:19, 623:12, 625:25, 626:5, 626:7, 627:15, 630:8, 630:18, 630:19, 631:3, 632:25, 633:2, 634:23, 637:1, 637:5, 637:18, 638:8, 640:18, 642:10, 642:22, 644:19, 644:23
**AFTEREFFECTS** [1] - 595:6
**AFTERNOON** [1] - 562:7
**AFTERWARDS** [2] - 555:4, 591:25
**AGAIN** [10] - 542:12, 558:11, 565:14, 567:5, 570:16, 587:25, 591:24, 592:6, 644:9, 645:8
**AGAINST** [1] - 622:13
**AGO** [2] - 557:13, 596:9
**AGREED** [3] - 536:24, 541:5, 576:22
**AGREEMENT** [1] - 537:15
**AGRICULTURE** [7] - 562:22, 562:24, 563:2, 563:4, 563:24, 564:3, 564:5
**AHEAD** [7] - 552:12, 577:23, 592:22, 632:23, 638:15, 638:16, 639:17
**AIR** [6] - 563:3, 563:5, 563:17, 625:4, 635:8
**AL** [2] - 532:2, 532:5
**ALABAMA** [4] - 614:15, 616:16, 624:24, 639:13
**ALARM** [1] - 637:11
**ALEC** [6] - 616:23, 616:25, 617:1, 617:20, 617:22, 625:8
**ALGIERS** [4] - 613:21, 617:8, 617:12, 639:8
**ALIVE** [3] - 553:12, 599:11, 626:4
**ALL** [82] - 536:9, 537:14, 539:9, 552:5, 553:3, 554:21, 555:1,

556:4, 557:5, 557:19, 557:21, 558:11, 558:12, 558:20, 560:22, 562:3, 564:8, 564:13, 565:3, 565:8, 565:24, 565:25, 566:8, 566:24, 567:5, 569:7, 570:15, 571:5, 571:7, 571:16, 572:5, 572:8, 573:21, 574:12, 574:24, 577:13, 577:23, 579:5, 579:14, 580:3, 580:5, 581:14, 587:25, 590:16, 591:10, 591:14, 591:18, 597:9, 600:7, 601:25, 602:19, 604:22, 607:16, 610:5, 611:9, 611:21, 619:8, 620:23, 622:11, 622:12, 623:24, 628:2, 632:8, 632:11, 633:24, 634:20, 634:21, 634:22, 635:9, 635:10, 635:14, 635:24, 636:4, 642:23, 644:9, 645:8, 647:16, 647:18, 647:21
**ALLOW** [1] - 542:23
**ALLOWED** [5] - 562:7, 576:23, 627:18, 627:21, 631:23
**ALMOST** [11] - 564:13, 567:14, 568:3, 568:4, 574:22, 587:21, 591:18, 591:23, 592:1, 593:23, 596:9
**ALONG** [5] - 576:11, 578:4, 590:8, 590:20, 608:4
**ALREADY** [6] - 545:13, 546:12, 575:19, 578:13, 580:22, 632:21
**ALSO** [18] - 534:1, 536:24, 537:19, 538:4, 542:11, 548:7, 549:21, 566:17, 569:11, 571:2, 577:1, 580:18, 581:24, 584:9, 590:3, 608:1, 644:16, 646:11
**ALTERNATIVES** [2] - 543:22, 544:1
**ALTOGETHER** [1] -

563:15
**ALUMINUM** [1] - 593:17
**ALVAR** [1] - 561:9
**ALWAYS** [12] - 565:23, 566:13, 584:22, 599:15, 599:18, 599:19, 615:24, 615:25, 621:16, 624:23, 645:20, 645:21
**AM** [30] - 536:10, 536:11, 538:11, 541:20, 543:21, 547:3, 547:16, 559:8, 577:22, 580:17, 587:8, 592:20, 606:1, 614:11, 617:9, 617:12, 619:1, 619:5, 619:23, 621:20, 623:22, 623:24, 626:3, 632:8, 636:20, 639:11, 639:13, 639:16, 641:12, 645:19
**AMAZED** [1] - 617:9
**AMEND** [1] - 639:23
**AMERICA** [1] - 532:5
**AMERICAN** [2] - 622:24, 622:25
**AMERICANS** [1] - 616:17
**AMIN** [1] - 534:6
**AMOEBA** [1] - 628:14
**AMONG** [2] - 576:9, 623:19
**AMOUNT** [6] - 567:8, 574:16, 581:1, 587:10, 587:11, 620:21
**AMPLITUDE** [2] - 544:9
**AN** [44] - 538:11, 540:1, 540:8, 540:10, 542:21, 542:23, 554:5, 554:7, 562:13, 564:4, 570:1, 570:21, 571:11, 581:4, 592:12, 594:7, 604:21, 605:13, 607:3, 608:13, 610:6, 612:3, 612:5, 613:6, 615:10, 616:1, 616:8, 616:20, 616:25, 617:8, 618:9, 618:11, 618:16, 622:19, 628:3, 628:4, 631:18, 633:3, 633:6, 635:17, 637:8, 639:13,

639:19, 644:2
**ANA** [1] - 616:13
**ANALYSIS** [3] -
543:4, 543:6, 543:8
**ANALYTICAL** [1] -
564:4
**ANALYZE** [4] -
539:14, 543:1, 576:10
**ANCHOR** [7] - 618:3,
618:11, 618:13,
618:16, 618:23,
619:3, 619:5
**ANCHORED** [1] -
618:17
**AND** [816] - 536:7,
536:9, 536:10,
536:11, 536:12,
536:23, 536:24,
536:25, 537:2, 537:5,
537:12, 537:14,
537:19, 537:22,
538:1, 538:4, 538:11,
538:16, 538:19,
538:23, 539:2, 539:5,
539:9, 540:1, 540:6,
541:5, 541:9, 541:13,
542:4, 542:5, 542:7,
542:12, 542:15,
542:18, 542:22,
542:24, 543:3, 543:8,
543:22, 544:1, 544:2,
544:7, 545:1, 545:2,
545:3, 545:6, 545:9,
545:14, 545:17,
545:18, 546:8,
546:11, 546:13,
546:14, 546:17,
546:21, 547:4, 547:5,
547:9, 547:10,
547:12, 547:19,
547:21, 547:24,
548:2, 548:3, 548:7,
548:9, 549:9, 549:12,
549:14, 549:15,
549:19, 550:7,
550:23, 550:24,
550:25, 551:3, 551:6,
551:12, 551:13,
551:22, 551:23,
551:25, 552:2, 552:5,
552:6, 552:9, 552:10,
552:12, 552:13,
552:15, 552:22,
553:1, 553:4, 553:9,
553:11, 553:18,
553:25, 554:8,
554:11, 554:19,
554:24, 555:5, 555:6,
555:8, 555:10,
555:18, 555:24,

556:1, 556:4, 556:10,
556:16, 557:1, 557:3,
557:4, 557:9, 557:10,
557:11, 557:19,
557:20, 557:23,
558:11, 558:20,
558:25, 559:2, 559:4,
559:10, 559:12,
559:17, 559:21,
559:22, 560:6,
560:10, 560:20,
560:21, 561:9,
561:10, 561:16,
562:2, 562:3, 562:5,
562:9, 562:10,
562:13, 562:14,
562:15, 562:20,
562:23, 563:1, 563:5,
563:6, 563:7, 563:8,
563:9, 563:10,
563:17, 563:23,
564:2, 564:3, 564:5,
564:9, 564:15,
564:18, 565:6, 565:7,
565:8, 565:9, 565:11,
565:13, 565:14,
565:16, 565:18,
565:23, 566:5, 566:6,
566:7, 566:10,
566:11, 566:13,
566:14, 566:18,
566:25, 567:3, 567:4,
567:5, 567:8, 567:9,
567:10, 567:12,
567:16, 567:21,
567:22, 567:24,
568:1, 568:11,
568:13, 568:22,
569:1, 569:3, 569:9,
569:10, 569:11,
569:12, 569:13,
569:14, 569:15,
569:18, 569:19,
570:2, 570:3, 570:9,
570:13, 570:14,
570:15, 570:17,
570:21, 570:22,
570:24, 571:5,
571:15, 571:16,
571:22, 572:1, 572:2,
572:5, 572:7, 572:17,
572:20, 572:23,
572:24, 573:4, 573:7,
573:21, 573:22,
574:2, 574:5, 574:7,
574:9, 574:10,
574:11, 574:12,
574:18, 574:20,
574:24, 575:2,
575:22, 576:1, 576:4,
576:6, 576:10,

576:18, 576:24,
577:10, 577:11,
577:13, 577:16,
577:23, 577:24,
578:6, 578:7, 578:11,
578:15, 579:4,
580:17, 580:18,
580:20, 580:22,
580:24, 581:1, 581:2,
581:3, 581:8, 581:12,
581:17, 581:21,
581:24, 582:2, 582:3,
582:4, 582:5, 582:6,
582:10, 582:11,
582:12, 582:13,
582:19, 582:24,
583:6, 583:13,
583:19, 583:24,
584:5, 584:16,
584:22, 584:24,
585:4, 585:16,
585:21, 586:5, 586:6,
586:22, 586:23,
586:24, 586:25,
587:1, 587:10,
587:18, 588:4, 588:7,
588:14, 588:15,
588:22, 589:7, 589:8,
589:12, 589:17,
589:18, 589:21,
589:22, 589:24,
590:3, 590:4, 590:14,
590:19, 590:21,
590:22, 590:23,
591:5, 591:16,
591:18, 591:25,
592:1, 592:3, 592:4,
592:19, 593:7, 593:9,
593:15, 593:23,
594:1, 594:9, 594:10,
594:14, 594:16,
594:20, 594:22,
595:4, 595:22,
595:25, 596:1, 596:2,
596:3, 596:9, 596:11,
596:12, 596:18,
596:21, 596:23,
596:24, 597:4, 597:5,
597:8, 597:10,
597:11, 597:17,
598:5, 598:13,
598:17, 598:19,
598:20, 599:13,
599:19, 599:24,
600:1, 600:4, 600:5,
600:7, 600:8, 600:12,
600:14, 600:15,
601:2, 601:5, 601:13,
601:17, 601:18,
602:3, 602:5, 602:6,
602:8, 602:9, 602:10,

602:12, 603:4, 603:8,
603:10, 603:15,
603:20, 604:6,
604:10, 604:16,
604:17, 604:22,
604:23, 604:24,
605:8, 605:12,
605:13, 605:14,
605:15, 606:8,
606:10, 606:18,
606:20, 606:22,
607:1, 607:5, 607:10,
607:11, 607:12,
607:14, 607:19,
607:21, 607:22,
607:23, 608:1, 608:3,
608:7, 608:8, 608:10,
608:12, 608:13,
608:14, 608:21,
608:25, 609:2, 609:4,
609:5, 609:8, 609:11,
610:23, 611:4, 611:5,
611:7, 611:8, 611:10,
611:11, 611:12,
611:13, 611:14,
612:7, 612:13,
612:23, 612:24,
613:7, 613:12,
613:14, 614:3, 614:6,
614:14, 614:18,
615:13, 615:17,
616:4, 616:5, 616:7,
616:10, 616:12,
616:14, 616:15,
616:19, 616:21,
616:22, 616:25,
617:1, 617:12,
617:15, 617:20,
617:24, 618:3, 618:4,
618:6, 618:7, 618:9,
618:10, 618:17,
618:21, 618:23,
619:5, 619:8, 619:9,
620:12, 621:1, 621:6,
621:7, 621:9, 621:10,
621:11, 621:15,
621:18, 621:19,
621:21, 621:22,
621:23, 621:24,
621:25, 622:2, 622:7,
622:12, 622:14,
622:16, 622:17,
622:18, 622:19,
622:22, 622:23,
623:5, 623:8, 623:9,
623:12, 623:14,
623:16, 623:19,
624:1, 624:4, 624:6,
624:9, 624:11,
624:13, 624:15,
624:16, 624:17,

624:19, 624:25,
625:3, 625:4, 625:5,
625:6, 625:7, 626:3,
626:8, 626:10,
626:11, 626:12,
626:14, 626:15,
626:21, 626:22,
626:23, 626:24,
627:4, 627:9, 627:20,
627:22, 627:24,
627:25, 628:8,
628:15, 628:20,
628:22, 629:2,
629:10, 629:14,
629:16, 629:18,
629:19, 629:20,
630:12, 630:21,
630:25, 631:5, 631:9,
631:10, 631:18,
631:22, 631:24,
632:2, 632:3, 632:4,
632:9, 632:15, 633:4,
633:13, 633:22,
633:25, 634:2, 634:6,
634:7, 635:1, 635:6,
635:8, 635:13,
635:14, 635:16,
635:17, 635:21,
635:22, 635:23,
635:24, 635:25,
636:3, 636:6, 636:7,
636:11, 636:13,
636:15, 636:19,
636:22, 636:23,
637:11, 637:22,
638:15, 638:16,
638:24, 639:1,
639:10, 639:23,
639:24, 640:1, 640:2,
640:6, 640:7, 640:13,
640:15, 640:18,
640:23, 640:24,
640:25, 641:1, 641:2,
641:5, 641:12,
641:14, 641:15,
641:16, 641:20,
641:21, 641:23,
642:2, 642:4, 642:8,
642:15, 642:17,
642:18, 642:19,
642:21, 642:24,
643:1, 643:3, 643:6,
643:7, 643:8, 643:9,
643:12, 643:17,
643:21, 643:24,
644:1, 644:2, 644:7,
644:8, 644:12,
644:16, 644:17,
644:19, 644:20,
644:21, 644:24,
645:6, 645:9, 645:11,

645:14, 645:15,
645:17, 645:21,
646:6, 646:11,
646:12, 646:13,
646:20, 646:21,
647:1, 647:5, 647:8,
647:9, 647:15,
647:18, 648:6, 648:7,
648:8
**AND/OR** [1] - 550:19
**ANDRY** [55] - 532:19,
532:19, 545:21,
545:23, 546:2,
546:13, 547:1, 558:4,
558:18, 558:22,
558:25, 559:15,
559:20, 572:10,
573:12, 575:14,
579:24, 580:2, 580:8,
581:8, 581:11,
581:15, 581:18,
582:2, 582:10,
582:16, 606:12,
609:18, 610:5,
610:13, 610:22,
611:16, 611:20,
611:23, 612:1, 612:2,
612:18, 612:21,
613:19, 632:21,
632:22, 632:24,
637:14, 638:1, 638:7,
638:14, 638:21,
639:6, 639:16,
640:12, 645:24,
646:18, 647:11,
647:17, 647:20
**ANDRY** [7] - 535:8,
535:11, 535:14,
535:15, 535:18,
535:21, 535:22
**ANDRY'S** [1] -
573:21
**ANGELES** [1] -
532:14
**ANGER** [1] - 571:23
**ANIMALS** [2] -
610:21, 643:7
**ANOTHER** [12] -
536:13, 536:14,
563:24, 568:22,
579:23, 580:9,
580:17, 581:8,
585:16, 600:18,
623:17, 634:13
**ANSWER** [3] -
543:10, 596:3, 626:19
**ANSWERED** [1] -
573:13
**ANTHONY** [7] -
535:10, 547:20,

547:24, 558:23,
559:12, 559:23
**ANTIQUES** [1] -
557:19
**ANXIETY** [1] -
645:22
**ANY** [64] - 537:7,
541:10, 541:16,
542:13, 543:4, 543:5,
543:8, 543:24, 544:2,
544:3, 549:13,
549:17, 551:21,
553:18, 558:2,
558:12, 566:19,
571:4, 572:10,
575:13, 576:11,
579:7, 580:10,
586:16, 587:13,
588:2, 591:2, 591:7,
591:10, 592:8, 592:9,
592:15, 592:24,
594:4, 596:12,
598:24, 599:4, 599:9,
600:25, 602:12,
603:17, 605:19,
606:12, 617:13,
624:22, 625:22,
626:13, 626:17,
626:18, 631:25,
632:6, 632:13,
633:24, 634:23,
635:15, 637:3,
643:23, 645:22,
646:8, 646:16, 647:11
**ANYBODY** [5] -
592:5, 592:6, 621:23,
625:19, 626:8
**ANYMORE** [1] -
545:25
**ANYONE** [1] - 570:5
**ANYTHING** [17] -
543:2, 552:11,
553:11, 558:13,
571:6, 574:23,
592:13, 592:21,
602:14, 603:17,
608:3, 610:19,
626:14, 628:11,
631:19, 645:1
**ANYWAY** [1] -
556:25
**ANYWHERE** [5] -
540:17, 550:13,
631:17, 634:19, 637:3
**APARTMENT** [18] -
549:15, 549:21,
549:23, 554:5, 554:7,
560:1, 569:12,
569:15, 570:1, 617:8,
633:3, 633:6, 633:16,

633:18, 634:2,
644:13, 644:24
**APARTMENTS** [11] -
549:13, 549:14,
549:16, 549:17,
565:5, 566:11,
566:14, 566:15,
566:19, 566:22,
567:13
**APOLOGIZE** [1] -
592:22
**APPARENTLY** [1] -
608:1
**APPEARANCES** [1] -
532:11
**APPEARED** [2] -
564:25, 607:23
**APPEARING** [1] -
616:19
**APPEARS** [1] - 612:7
**APPLICATION** [1] -
592:12
**APPLY** [1] - 562:6
**APPRAISAL** [8] -
584:20, 584:21,
584:25, 587:14,
590:14, 595:19,
604:17, 634:18
**APPRAISALS** [3] -
586:19, 586:21,
589:25
**APPRAISED** [2] -
634:15, 634:17
**APPRECIATIVE** [1] -
592:19
**APPROPRIATE** [1] -
579:25
**APPROXIMATE** [6] -
549:6, 549:9, 556:19,
564:11, 594:21,
620:15
**APPROXIMATELY**
[18] - 548:18, 556:2,
557:11, 561:14,
563:21, 564:6,
585:24, 588:6,
593:21, 598:13,
615:20, 617:3, 618:5,
620:6, 620:10, 633:7,
633:19
**APRIL** [3] - 536:2,
612:10, 612:11
**APRIL** [1] - 532:4
**ARABI** [1] - 548:7
**ARE** [47] - 536:15,
541:8, 541:13,
545:13, 545:15,
545:25, 546:9,
546:12, 547:15,
547:19, 547:23,

557:18, 557:23,
558:12, 559:4,
569:19, 569:20,
572:3, 582:4, 589:16,
591:13, 592:3,
592:11, 594:19,
603:6, 605:25,
611:25, 613:4, 613:5,
613:7, 614:10,
618:13, 622:2,
624:14, 626:9,
629:16, 629:21,
635:13, 635:25,
636:5, 636:21,
639:10, 639:12,
640:7, 645:13
**AREA** [13] - 541:2,
599:2, 599:9, 599:12,
599:14, 599:18,
602:1, 602:8, 604:24,
607:23, 611:1, 619:9,
622:10
**AREAS** [2] - 576:18,
626:16
**ARGUMENT** [3] -
545:8, 577:6, 578:8
**ARMED** [1] - 628:6
**ARMOR** [1] - 577:7
**ARMY** [16] - 538:15,
544:24, 547:11,
559:4, 560:12, 563:7,
563:17, 576:23,
580:14, 582:8, 583:4,
583:9, 614:4, 614:8,
615:16, 647:3
**AROUND** [17] -
540:16, 554:13,
567:13, 568:24,
571:2, 597:9, 598:2,
603:17, 613:1,
615:18, 620:5,
622:16, 623:9,
625:23, 629:1, 629:2,
643:6
**ARRIVED** [1] - 602:3
**ART** [2] - 640:17,
645:14
**ARTICULATE** [1] -
618:18
**ARTIST** [1] - 640:19
**AS** [96] - 537:20,
538:1, 540:8, 544:4,
544:25, 545:4, 545:9,
545:13, 545:15,
546:17, 551:4,
556:17, 559:13,
563:8, 563:23,
563:25, 571:5,
571:18, 575:21,
575:22, 576:14,

577:2, 577:11,
578:14, 580:10,
580:23, 580:24,
581:7, 581:21, 582:5,
582:10, 586:18,
586:19, 586:21,
588:13, 588:25,
589:17, 592:15,
597:2, 605:19,
605:22, 607:1, 608:7,
610:2, 612:7, 612:10,
613:3, 613:12,
615:18, 617:8, 618:7,
618:19, 618:20,
618:25, 619:20,
619:22, 627:13,
628:3, 628:4, 628:9,
628:12, 633:15,
634:17, 635:2, 635:5,
637:19, 638:6, 638:7,
638:24, 639:8,
639:19, 640:1, 640:8,
640:19, 642:1,
643:22, 644:1, 644:2,
645:17, 647:7
**ASHLEY** [1] - 534:2
**ASK** [9] - 542:5,
542:11, 543:3,
551:20, 557:11,
586:15, 609:19,
637:5, 647:8
**ASKED** [11] - 541:4,
541:19, 564:2,
569:14, 569:15,
573:25, 588:15,
601:5, 612:4, 616:20,
635:3
**ASKING** [3] - 543:3,
569:7, 626:16
**ASSESSING** [1] -
578:10
**ASSESSOR** [1] -
619:20
**ASSIGNMENT** [2] -
618:2, 618:10
**ASSISTANT** [1] -
618:10
**ASSOCIATED** [3] -
545:15, 577:14,
578:15
**ASSOCIATES** [19] -
532:12, 533:7,
581:13, 582:5, 582:6,
582:12, 582:20,
583:8, 585:11,
585:17, 586:9,
586:11, 586:16,
586:18, 591:1,
592:17, 594:20,
594:22, 605:5

**ASSUME** [3] - 637:25, 638:11, 645:15

**ASSUMED** [1] - 558:14

**AT** [209] - 536:11, 537:6, 537:17, 539:18, 540:8, 540:11, 541:4, 541:15, 541:25, 542:15, 543:21, 544:11, 545:1, 545:23, 547:3, 548:13, 548:21, 548:23, 548:24, 549:6, 549:10, 549:15, 549:17, 549:23, 550:1, 550:14, 551:14, 551:24, 551:25, 552:3, 552:14, 552:19, 553:13, 553:14, 553:22, 554:25, 555:24, 556:2, 556:16, 557:4, 557:12, 558:9, 558:22, 560:20, 560:24, 561:5, 561:6, 561:10, 561:19, 561:22, 561:25, 562:2, 562:7, 562:16, 563:4, 564:14, 565:7, 565:20, 566:2, 566:15, 566:18, 566:22, 569:11, 570:12, 570:17, 571:22, 572:1, 573:21, 577:16, 578:16, 579:9, 581:9, 581:11, 584:9, 585:3, 585:14, 585:19, 585:21, 587:3, 588:3, 588:15, 588:17, 588:23, 589:9, 590:10, 590:11, 591:10, 591:14, 591:20, 593:12, 594:10, 594:21, 594:22, 594:23, 595:10, 595:19, 597:24, 598:5, 598:17, 600:6, 600:7, 600:10, 601:8, 601:17, 602:3, 602:4, 602:6, 602:8, 602:15, 604:2, 604:10, 604:15, 606:15, 606:18, 606:19, 606:25, 607:6, 608:5, 608:25, 609:7, 609:19, 609:25,

611:3, 611:6, 612:21, 613:22, 613:25, 614:22, 615:5, 615:7, 615:11, 616:2, 616:7, 616:10, 616:12, 616:16, 616:18, 616:23, 616:24, 617:10, 617:11, 617:22, 618:4, 618:6, 618:13, 618:15, 618:22, 619:3, 619:11, 619:19, 620:2, 620:8, 620:15, 620:18, 620:21, 620:22, 620:23, 620:24, 621:3, 621:4, 622:22, 623:6, 623:9, 623:18, 624:9, 624:12, 625:16, 627:2, 628:25, 631:16, 631:19, 631:21, 634:15, 634:23, 634:24, 635:10, 636:5, 636:19, 637:19, 637:22, 638:14, 638:19, 638:21, 639:20, 640:10, 640:19, 641:5, 641:7, 642:14, 643:13, 644:3, 644:8, 644:9, 645:4, 647:9, 647:14, 647:15

**ATLANTA** [15] - 617:16, 624:24, 625:18, 639:21, 640:19, 640:20, 640:24, 641:23, 641:24, 642:10, 642:11, 642:13, 642:15, 642:20

**ATTACKS** [1] - 645:23

**ATTEMPT** [1] - 609:4

**ATTEMPTING** [1] - 539:22

**ATTEND** [2] - 584:2, 584:7

**ATTENDED** [1] - 593:6

**ATTENDING** [2] - 562:8, 562:10

**ATTENTION** [3] - 542:4, 542:25, 577:20

**ATTORNEY** [1] - 538:12

**ATTORNEYS** [5] - 560:7, 582:19, 582:24, 614:3, 646:22

**ATTRACTED** [1] -

622:2

**AUDITION** [2] - 616:21, 617:1

**AUDITIONED** [1] - 615:17

**AUGUST** [4] - 596:18, 597:1, 625:12, 625:14

**AUTHORITY** [3] - 577:1, 577:6, 627:20

**AUTHORIZATION** [5] - 576:19, 576:21, 576:23, 577:2, 577:7

**AUTHORIZED** [7] - 547:6, 560:6, 576:2, 582:19, 582:24, 614:3, 646:21

**AUTHORIZES** [1] - 576:3

**AUTOMOBILE** [1] - 570:21

**AVAILABLE** [4] - 537:4, 537:8, 579:11, 588:16

**AVALANCHE** [1] - 636:23

**AVENUE** [8] - 548:11, 548:24, 554:12, 560:19, 561:9, 564:20, 567:18, 567:20

**AVENUE** [2] - 532:23, 533:12

**AWAKE** [1] - 631:15

**AWAKENED** [1] - 623:9

**AWARDED** [1] - 539:2

**AWARE** [4] - 552:2, 592:20, 601:8, 601:10

**AWAY** [7] - 551:9, 595:12, 595:13, 596:1, 596:23, 624:9, 624:13

**AWHILE** [1] - 644:19

**AXE** [1] - 608:13

# B

**B** [5] - 532:19, 579:1, 579:2, 613:17, 639:4

**B-O** [1] - 579:1

**B-O-E** [1] - 579:2

**BACHELOR** [1] - 538:20

**BACHELORS** [1] - 584:6

**BACK** [86] - 538:8, 549:15, 551:12, 551:20, 552:25,

553:14, 554:11, 555:4, 557:15, 560:2, 562:12, 562:13, 563:9, 568:8, 569:22, 570:6, 570:11, 572:17, 573:6, 573:10, 585:25, 591:23, 592:4, 592:6, 592:23, 596:2, 597:17, 597:18, 598:1, 598:18, 599:21, 601:11, 603:14, 603:16, 604:6, 604:9, 604:11, 605:9, 605:11, 605:14, 607:10, 608:10, 608:19, 608:23, 609:5, 610:13, 610:15, 610:19, 610:21, 615:10, 616:16, 623:8, 627:2, 627:15, 627:21, 627:22, 627:23, 627:24, 628:1, 629:13, 631:6, 631:7, 631:20, 631:21, 631:22, 631:23, 632:1, 634:10, 634:12, 634:14, 638:16, 639:23, 640:25, 641:2, 642:17, 642:19, 643:12, 644:5, 647:1

**BACKGROUND** [4] - 538:20, 614:18, 618:20, 640:14

**BACKYARD** [2] - 629:22, 629:24

**BAD** [8] - 552:8, 573:4, 575:1, 601:24, 601:25, 623:15, 642:1, 645:1

**BAEZA** [1] - 534:5

**BALKING** [1] - 624:9

**BALL** [1] - 622:16

**BALLET** [1] - 629:25

**BAND** [3] - 614:24, 615:17, 621:20

**BANK** [5] - 576:12, 576:14, 576:17, 581:3, 587:8

**BANKS** [4] - 576:11, 576:20, 577:8, 587:7

**BAPTIST** [2] - 552:23, 569:11

**BARBARA** [1] - 635:7

**BARELY** [1] - 645:2

**BARON** [1] - 532:22

**BARONNE** [2] - 532:17, 532:20

**BASED** [1] - 539:17

**BASICALLY** [1] - 542:21, 568:5, 598:11

**BASIN** [1] - 599:17

**BASIS** [3] - 550:8, 564:12, 586:19

**BASKET** [1] - 552:16

**BATHROOM** [3] - 626:24, 626:25, 627:1

**BATON** [13] - 550:25, 551:6, 551:10, 552:14, 552:25, 554:4, 554:6, 572:17, 572:21, 572:23, 574:2, 574:15

**BATON** [2] - 533:10, 533:16

**BATTLEFIELD** [1] - 593:16

**BAUMY** [3] - 544:22, 544:24, 545:4

**BAUMY'S** [1] - 545:8

**BAYOU** [2] - 601:19, 611:11

**BE** [69] - 536:5, 537:4, 537:8, 538:3, 541:22, 544:3, 544:11, 545:9, 546:19, 550:24, 552:8, 554:22, 555:15, 556:1, 556:14, 557:7, 557:25, 558:10, 558:20, 561:16, 561:18, 565:1, 567:22, 567:23, 568:4, 570:15, 572:4, 575:18, 576:2, 576:12, 577:24, 578:24, 580:6, 580:13, 581:23, 590:6, 592:4, 595:8, 595:21, 596:4, 598:19, 599:19, 607:7, 610:7, 616:9, 617:24, 617:25, 618:24, 622:23, 623:14, 623:24, 624:6, 624:13, 627:11, 628:1, 636:2, 636:3, 636:6, 636:24, 636:25, 638:6, 638:7, 638:12, 638:13, 639:22, 642:1, 643:25, 647:19

**BEA'S** [1] - 536:23

**BEAR** [1] - 602:10

**BEAT** [2] - 618:2,

618:8
**BEAUTIFUL** [3] - 567:1, 571:10, 575:2
**BEAVERBOARD** [1] - 565:7
**BECAME** [3] - 576:24, 618:8, 630:7
**BECAUSE** [79] - 539:21, 542:21, 543:4, 543:9, 552:7, 553:8, 565:22, 566:10, 566:20, 566:22, 567:10, 568:22, 568:24, 569:5, 569:9, 569:14, 569:16, 569:24, 569:25, 570:14, 570:16, 570:19, 570:25, 571:11, 571:24, 573:1, 573:5, 573:6, 574:9, 574:16, 574:18, 574:23, 577:14, 580:20, 581:15, 582:11, 595:5, 596:13, 600:9, 601:20, 606:10, 615:16, 618:24, 619:1, 622:1, 622:22, 623:11, 624:5, 624:22, 625:22, 626:11, 626:16, 626:25, 627:7, 629:4, 631:23, 633:21, 633:24, 634:20, 636:4, 636:5, 636:13, 639:19, 639:20, 639:23, 641:1, 641:12, 641:20, 642:1, 642:7, 642:24, 643:20, 643:23, 644:3, 644:18, 645:21, 646:10
**BECOME** [1] - 539:13
**BEDROOM** [2] - 556:13, 630:8
**BEDS** [1] - 632:15
**BEEN** [33] - 540:17, 547:17, 565:3, 571:19, 572:25, 574:1, 582:11, 589:10, 589:19, 596:8, 596:13, 596:18, 596:23, 601:8, 601:20, 607:24, 618:11, 619:14, 619:15, 620:9, 623:25, 625:14, 626:7, 628:9, 628:10, 628:13,

636:18, 641:3, 641:4, 641:11, 641:12, 643:19
**BEFORE** [25] - 532:8, 536:6, 544:21, 553:18, 570:5, 582:17, 589:13, 595:5, 595:18, 612:7, 613:4, 615:12, 616:17, 621:12, 622:4, 625:13, 627:3, 627:8, 629:7, 629:8, 629:9, 640:8, 641:16, 642:13
**BEFOREHAND** [1] - 610:10
**BEGINNING** [4] - 536:16, 586:4, 616:6, 642:19
**BEHALF** [9] - 537:15, 541:9, 547:6, 560:7, 582:20, 582:24, 592:17, 614:4, 646:22
**BEHIND** [4] - 551:23, 594:6, 594:16, 623:11
**BEING** [12] - 537:20, 539:9, 541:19, 545:13, 575:7, 603:3, 618:13, 618:23, 631:15, 636:1, 636:11, 637:11
**BEINGS** [3] - 636:15, 636:16, 636:19
**BELIEVE** [22] - 545:12, 556:15, 557:16, 565:7, 581:4, 587:7, 596:24, 597:16, 599:4, 599:8, 601:7, 602:17, 606:17, 620:17, 626:1, 630:24, 631:14, 635:14, 640:8, 642:18, 643:14, 644:3
**BELIEVED** [1] - 626:11
**BELL** [1] - 634:20
**BELONGED** [2] - 621:6, 643:10
**BELOW** [2] - 570:7, 598:10
**BENEFIT** [1] - 543:25
**BENEFITS** [2] - 543:24, 544:3
**BENJAMIN** [1] - 534:13
**BENJAMIN** [1] - 641:13

**BERNARD** [38] - 548:2, 548:8, 550:19, 561:12, 562:14, 582:21, 583:18, 585:23, 586:8, 587:2, 587:3, 590:18, 591:19, 592:1, 592:5, 592:7, 592:23, 592:24, 593:4, 593:5, 593:10, 594:22, 595:20, 598:18, 598:25, 599:2, 599:7, 601:11, 602:1, 602:15, 604:22, 605:1, 605:3, 606:25, 608:5, 611:4, 626:15
**BESIDES** [1] - 644:20
**BEST** [7] - 556:25, 557:7, 588:22, 590:10, 590:6, 643:8, 648:6
**BETSY** [5] - 540:6, 574:11, 599:10, 599:11, 601:22
**BETTER** [5] - 552:12, 589:12, 595:16, 611:5
**BETWEEN** [11] - 537:7, 545:3, 556:3, 574:19, 586:21, 589:21, 589:24, 626:3, 626:20, 626:21
**BEYOND** [1] - 575:7
**BICYCLES** [1] - 622:18
**BIG** [10] - 566:24, 588:21, 589:24, 594:14, 603:19, 606:8, 633:6, 633:8, 633:11
**BIG..** [1] - 570:18
**BIGGER** [1] - 587:1
**BIGGEST** [1] - 590:18
**BIOLOGICAL** [1] - 624:17
**BIRTHDAY** [1] - 621:9
**BIT** [9] - 536:11, 560:3, 569:17, 572:7, 595:7, 605:17, 627:2, 642:16, 643:17
**BLACKS** [1] - 622:20
**BLEW** [2] - 608:10, 624:6
**BLIZZARDS** [1] - 636:22
**BLOCK** [7] - 548:11, 550:17, 567:11, 567:12, 567:19,

622:12, 643:6
**BLOCKAGE** [1] - 541:3
**BLOCKS** [7] - 548:8, 550:5, 567:11, 601:23, 601:24
**BLUE** [2] - 635:22
**BLVD** [1] - 533:19
**BMW** [1] - 625:11
**BO** [4] - 578:17, 578:25, 612:3, 612:6
**BOB** [1] - 596:19
**BODY** [1] - 552:15
**BOE** [4] - 578:18, 578:22, 578:23, 579:3
**BOGGLES** [1] - 574:18
**BOMB** [1] - 600:20
**BOMBED** [1] - 600:21
**BOMBER** [1] - 571:10
**BOMBER-STYLE** [1] - 571:10
**BOOK** [1] - 645:15
**BOOKS** [2] - 645:14
**BORGNE** [1] - 611:4
**BORN** [2] - 560:18, 564:18
**BOSTON** [2] - 615:5, 615:6
**BOTH** [9] - 549:19, 565:16, 568:16, 568:17, 568:22, 576:4, 578:14, 581:15, 582:11
**BOTHER** [2] - 621:22
**BOTTOM** [4] - 565:3, 565:5, 587:20
**BOUGHT** [7] - 564:15, 569:13, 588:8, 606:15, 606:22, 606:25, 608:10
**BOULEVARD** [13] - 562:22, 570:2, 613:23, 619:20, 619:21, 620:2, 620:16, 620:19, 620:22, 621:4, 622:15, 641:5, 643:13
**BOUNDED** [1] - 620:12
**BOX** [4] - 533:2, 533:9, 533:19, 534:12
**BOX** [2] - 600:21, 602:18
**BOY** [1] - 571:17
**BRANCH** [1] - 534:5
**BREAK** [4] - 538:25,

616:18, 638:16, 638:19
**BREAKING** [1] - 552:5
**BREAUX** [1] - 578:22
**BRECK** [1] - 596:19
**BREERWOOD** [1] - 537:21
**BRENDAN** [1] - 533:23
**BRETON** [1] - 611:7
**BRIDGE** [5] - 600:6, 601:3, 601:6, 601:7
**BRIEF** [3] - 548:4, 580:13, 640:13
**BRIEFLY** [3] - 538:19, 624:4, 647:8
**BRING** [1] - 645:1
**BROADCAST** [6] - 615:24, 615:25, 618:15, 619:1, 623:17, 623:20
**BROADCASTER** [1] - 616:10
**BROADCASTING** [3] - 614:20, 615:14, 616:7
**BROKE** [3] - 616:21, 625:7, 625:9
**BROKEN** [2] - 602:7, 608:1
**BROKER** [1] - 590:16
**BROTHER** [13] - 552:4, 552:11, 553:1, 598:4, 626:8, 626:9, 632:1, 632:3, 632:25, 641:1, 642:18
**BROTHER-IN-LAW** [4] - 626:8, 632:1, 632:25, 641:1
**BROTHER-IN-LAW'S** [1] - 632:3
**BROTHER-IN-LAWS** [1] - 626:9
**BROTHERS** [1] - 551:22
**BROUGHT** [4] - 552:4, 552:23, 560:17, 564:19
**BROUSSARD** [3] - 580:14, 580:18, 580:25
**BROWN** [2] - 584:13, 584:14
**BROWNISH** [1] - 643:15
**BRUNO** [8] - 532:16, 532:16, 578:22, 578:24, 579:1, 579:5,

579:8, 579:15
**BS** [1] - 640:16
**BUBBLES** [1] -
630:1
**BUDD** [1] - 532:22
**BUDGET** [1] - 588:10
**BUILDING** [25] -
549:12, 549:13,
565:4, 586:7, 587:3,
587:6, 587:13,
587:17, 587:19,
587:20, 587:21,
588:3, 588:4, 589:17,
594:22, 602:14,
602:15, 606:25,
607:2, 607:3, 608:5,
608:9, 608:20, 608:25
**BUILT** [4] - 599:12,
601:22, 609:20,
609:22
**BULL** [1] - 603:19
**BULLS** [1] - 623:14
**BUNCH** [3] - 622:19,
626:14, 635:19
**BURDEN** [3] - 569:3,
569:5, 569:18
**BURGUNDY** [4] -
583:15, 600:15,
600:16
**BURIAL** [1] - 615:10
**BURY** [1] - 640:25
**BUSH** [4] - 635:4,
635:7, 635:12
**BUSINESS** [38] -
536:9, 536:12,
581:17, 582:12,
582:13, 582:20,
583:8, 585:8, 585:10,
585:16, 585:21,
585:25, 586:2,
586:18, 587:14,
588:3, 588:4, 588:11,
588:13, 589:4, 589:8,
589:11, 589:16,
589:22, 589:24,
590:3, 590:9, 590:14,
590:15, 595:8,
595:10, 595:19,
596:4, 602:4, 602:15,
604:23, 608:23,
610:23
**BUST** [1] - 602:6
**BUSY** [1] - 595:2
**BUT** [79] - 536:19,
540:20, 543:21,
544:12, 548:16,
552:14, 552:21,
556:19, 557:8,
557:11, 562:12,
563:6, 565:15,

566:13, 566:24,
568:5, 568:12,
568:15, 569:5, 571:2,
571:7, 572:8, 573:2,
573:8, 574:4, 574:18,
579:7, 579:20, 580:9,
587:10, 587:25,
588:10, 588:17,
589:11, 589:16,
591:22, 592:11,
592:19, 595:11,
597:8, 599:11,
601:16, 601:19,
602:1, 604:3, 604:18,
605:7, 606:4, 606:6,
606:7, 606:9, 607:5,
608:16, 608:18,
609:13, 611:10,
613:1, 615:16, 616:1,
616:14, 619:17,
619:21, 624:10,
624:16, 626:4,
626:25, 628:1, 629:6,
630:13, 632:11,
634:19, 640:4,
641:13, 642:20,
644:2, 644:19, 645:6,
646:13
**BUTTONS** [1] -
641:14
**BUY** [5] - 568:22,
569:20, 588:13,
588:23
**BY** [86] - 532:13,
532:16, 532:19,
532:23, 533:1, 533:5,
533:8, 533:12,
533:15, 533:18,
533:22, 534:1, 534:5,
538:10, 539:10,
539:12, 539:24,
540:13, 541:14,
542:1, 543:17,
544:24, 546:5, 547:1,
553:22, 554:15,
558:7, 559:15,
559:20, 570:21,
572:6, 572:14,
572:20, 573:18,
575:20, 576:2,
576:14, 576:15,
577:7, 577:21,
578:14, 579:3, 580:8,
582:16, 590:19,
591:1, 599:6, 606:14,
609:9, 609:18,
610:22, 613:19,
614:7, 615:16, 617:1,
617:20, 618:6,
618:20, 620:12,
621:1, 621:14, 622:2,

622:3, 623:8, 625:9,
627:19, 628:13,
630:14, 632:24,
635:2, 635:4, 635:8,
637:17, 639:6, 640:3,
640:12, 641:22,
646:2, 646:12,
646:18, 647:2, 647:8
**BY** [16] - 534:18,
534:19, 535:5, 535:6,
535:8, 535:9, 535:11,
535:12, 535:14,
535:15, 535:15,
535:18, 535:18,
535:21, 535:21,
535:22

# C

**C** [10] - 533:5, 533:8,
533:12, 533:14,
533:15, 533:18,
533:18, 536:1, 539:25
**CA** [1] - 532:14
**CABANA** [4] -
621:19, 629:16,
629:20, 633:13
**CABINET** [1] -
564:24
**CABINETS** [1] -
608:11
**CABLE** [1] - 587:17
**CADILLAC** [2] -
553:25, 568:10
**CAGE** [1] - 641:20
**CALIFORNIA** [2] -
616:13, 636:21
**CALL** [17] - 537:18,
544:21, 545:24,
558:23, 581:11,
586:25, 588:9, 593:1,
596:16, 605:18,
612:21, 613:24,
614:6, 618:16,
628:19, 638:8, 638:21
**CALLED** [15] -
537:20, 537:21,
552:9, 565:7, 570:19,
570:24, 590:17,
600:1, 601:10,
616:23, 616:25,
624:7, 633:4, 642:18
**CALLING** [2] -
598:11, 598:20
**CALLS** [2] - 596:3
**CALVIN** [2] - 533:12,
536:21
**CAME** [33] - 551:12,
553:14, 554:11,
557:14, 563:8,
571:15, 571:23,

572:24, 591:25,
596:6, 597:17, 598:5,
600:5, 600:6, 600:7,
608:18, 610:21,
617:2, 617:5, 617:6,
617:7, 627:15,
631:20, 634:10,
634:12, 634:14,
640:25, 642:19,
642:21, 643:12,
643:16, 644:6
**CAMERA** [1] -
602:10
**CAMP** [1] - 600:7
**CAMPER** [1] -
598:10
**CAN** [26] - 536:7,
536:11, 538:8, 541:5,
541:23, 541:25,
545:25, 549:5, 549:8,
560:4, 570:25, 571:8,
588:16, 604:2, 607:7,
610:10, 611:7,
612:15, 612:16,
613:25, 617:9,
619:24, 635:18,
638:8, 646:10, 646:11
**CAN'T** [8] - 555:1,
558:3, 587:9, 595:4,
633:23, 635:24,
645:15, 645:23
**CANAL** [10] - 561:8,
561:9, 562:6, 564:1,
570:6, 570:7, 570:9,
570:10, 593:7, 601:4
**CANCUN** [1] -
597:10
**CANNOT** [1] - 557:25
**CAPABILITIES** [1] -
584:16
**CAPABLE** [1] - 616:3
**CAPRICE** [1] -
594:16
**CAR** [9] - 553:20,
553:24, 568:13,
568:15, 568:20,
594:13, 600:8, 625:9,
641:21
**CARE** [2] - 562:3,
579:9
**CAREER** [3] -
616:14, 617:20, 618:4
**CAREFUL** [2] -
558:20, 632:11
**CARL** [14] - 547:4,
547:9, 549:4, 555:2,
555:18, 556:7, 560:2,
594:18, 611:23,
612:25, 613:24,
614:6, 620:14, 647:1

**CARNIVAL** [1] -
596:17
**CARONDELET** [1] -
534:2
**CARPORT** [3] -
568:11, 568:12
**CARRY** [3] - 572:9,
618:14, 627:20
**CARS** [7] - 553:19,
553:20, 553:21,
568:9, 568:16,
568:17, 625:7
**CASE** [4] - 577:2,
583:4, 585:13, 639:23
**CAT** [1] - 641:17
**CAT-5** [1] - 587:17
**CATALOGED** [1] -
585:1
**CATALOGS** [2] -
558:13, 646:8
**CATS** [3] - 641:17,
641:19, 643:8
**CAUSE** [3] - 545:9,
573:9, 639:24
**CAUSED** [3] - 573:7,
643:18, 644:24
**CBS** [1] - 635:11
**CCR** [3] - 534:15,
648:4, 648:12
**CEILING** [1] - 632:9
**CEILINGS** [1] -
628:15
**CENTER** [1] - 623:13
**CENTRAL** [1] -
640:15
**CEREMONIAL** [1] -
615:18
**CERTAIN** [1] -
554:17
**CERTAINLY** [1] -
638:11
**CERTIFICATE** [3] -
614:21, 635:8, 648:2
**CERTIFIED** [1] -
627:19
**CERTIFY** [1] - 648:5
**CHAIR** [1] - 551:14
**CHAIRS** [1] - 604:1
**CHALMETTE** [8] -
562:14, 582:21,
585:20, 585:23,
586:6, 593:16,
623:16, 623:21
**CHANCE** [1] - 570:16
**CHANGE** [1] -
571:13
**CHANGED** [1] -
635:19
**CHANNEL** [10] -
541:3, 543:22,

576:17, 576:18, 581:2, 594:9, 616:24, 617:24, 617:25, 618:5
**CHAOS** [2] - 600:19, 602:9
**CHARACTERIZATION** [1] - 577:25
**CHARGE** [1] - 619:16
**CHARLES** [1] - 552:19
**CHECK** [5] - 548:16, 548:19, 600:4, 600:24, 606:10
**CHECKPOINT** [1] - 600:6
**CHECKS** [1] - 618:20
**CHEST** [2] - 601:12, 603:5
**CHEVROLET** [1] - 554:1
**CHEVY** [1] - 568:13
**CHIEF** [4] - 544:25, 576:3, 577:1, 577:7
**CHILDREN** [4] - 547:21, 617:13, 622:14, 629:20
**CHILDRENS'** [1] - 557:20
**CHOICE** [1] - 615:17
**CHOKED** [1] - 608:22
**CHOP** [1] - 608:14
**CHOSE** [1] - 599:14
**CHURCH** [6] - 550:2, 550:3, 550:8, 552:23, 567:16, 643:11
**CINDER** [3] - 601:23, 601:24
**CIRCLE** [1] - 631:10
**CIRCLES** [1] - 565:14
**CIRCULATION** [2] - 540:1, 541:12
**CITY** [1] - 533:20
**CITY** [5] - 554:16, 554:17, 588:14, 600:21, 623:10
**CIVIL** [2] - 538:20, 538:23
**CIVILIAN** [1] - 616:10
**CLAIM** [19] - 546:7, 547:6, 547:13, 559:3, 560:7, 560:12, 582:13, 583:4, 583:8, 585:13, 585:16, 589:4, 589:14, 589:16, 614:7, 639:22, 640:3, 647:2

**CLAIMED** [1] - 630:14
**CLAIMS** [2] - 581:16, 607:16
**CLARITY** [1] - 542:2
**CLASSMATES** [1] - 621:15
**CLAUDE** [31] - 548:10, 548:11, 548:24, 550:6, 550:14, 550:16, 550:17, 552:20, 553:15, 554:12, 555:3, 555:9, 555:12, 555:15, 557:24, 558:2, 558:9, 560:19, 561:1, 561:7, 561:9, 561:11, 561:13, 561:20, 564:17, 564:20, 567:12, 569:23, 570:8, 570:12, 601:3
**CLEAN** [1] - 566:14, 567:1, 567:2, 567:5
**CLEANED** [1] - 646:11
**CLEANER** [1] - 609:12
**CLEAR** [3] - 563:22, 566:7, 579:10
**CLEARING** [2] - 591:3, 646:19
**CLERK** [15] - 536:5, 537:25, 538:3, 538:7, 545:18, 546:16, 546:19, 546:21, 580:5, 581:20, 581:23, 613:10, 613:14, 638:23, 639:1
**CLIMB** [2] - 642:25, 643:1
**CLIMBING** [1] - 598:18
**CLOSE** [12] - 538:7, 541:2, 555:25, 561:13, 561:17, 567:21, 578:16, 588:1, 590:22, 594:5, 630:15, 630:16
**CLOSED** [1] - 565:4
**CLOSEOUT** [1] - 589:10
**CLOSER** [1] - 567:23
**CLOSET** [2] - 571:11, 645:2
**CLOSURE** [1] - 544:2
**CLOTHES** [12] - 571:7, 571:14, 571:16, 609:10,

632:2, 632:15, 643:23, 645:3
**CLOUDY** [1] - 626:2
**CLUBS** [1] - 621:6
**COAST** [1] - 597:9
**COASTAL** [2] - 576:14, 592:3
**COAT** [1] - 643:24
**COLLECT** [1] - 607:21
**COLLECTED** [1] - 607:21
**COLLECTION** [1] - 607:17
**COLLEGE** [4] - 584:2, 584:15, 640:16, 640:18
**COLOR** [1] - 588:23
**COLORED** [1] - 588:22
**COLUMBIA** [1] - 614:19
**COMBINED** [1] - 563:14
**COME** [23] - 551:20, 554:13, 558:12, 563:4, 563:7, 564:14, 566:25, 568:8, 590:7, 596:2, 614:12, 616:20, 621:10, 621:15, 621:24, 622:22, 627:18, 631:23, 638:16, 642:17, 643:9
**COMES** [3] - 619:1, 619:17
**COMING** [9] - 590:20, 597:2, 600:4, 605:11, 616:22, 632:22, 641:14, 641:16, 645:22
**COMMERCIAL** [2] - 586:7, 586:24
**COMMIT** [1] - 633:22
**COMMUNION** [1] - 621:8
**COMMUNITY** [9] - 567:9, 591:22, 619:8, 622:9, 636:18, 637:13, 643:3, 643:5, 643:10
**COMPANIES** [1] - 640:19
**COMPANY** [3] - 585:5, 605:5, 618:6
**COMPETE** [1] - 588:11
**COMPILED** [4] - 557:4, 588:17, 647:8, 647:9

**COMPLETE** [2] - 591:20, 619:7
**COMPLETED** [2] - 537:9, 616:7
**COMPLETELY** [2] - 572:6, 574:21
**COMPLETES** [1] - 579:18
**COMPLETION** [1] - 579:16
**COMPLEX** [1] - 617:8
**COMPLEX** [1] - 533:8
**COMPLIANCE** [1] - 578:6
**COMPLY** [1] - 578:9
**COMPUTER** [5] - 553:9, 602:20, 603:24, 630:4, 643:24
**COMPUTER** [1] - 534:19
**COMPUTERS** [7] - 587:17, 588:3, 588:6, 588:7, 588:8, 588:10, 589:18
**CONCEIVE** [2] - 599:6, 599:16
**CONCENTRATION** [1] - 624:12
**CONCERT** [1] - 621:20
**CONCLUDED** [2] - 607:23, 607:25
**CONCLUSION** [2] - 577:16, 640:10
**CONCRETE** [1] - 575:2
**CONDITIONS** [2] - 551:10, 628:2
**CONFERENCE** [2] - 638:20, 647:15
**CONFIRMED** [1] - 576:16
**CONFIRMS** [1] - 578:8
**CONGRESS** [2] - 576:3, 576:25
**CONGRESSIONAL** [1] - 576:3
**CONJUNCTION** [8] - 539:19, 546:3, 559:1, 560:7, 582:2, 612:23, 639:18, 646:24
**CONNECTION** [4] - 541:17, 542:5, 636:12, 640:5
**CONNECTIONS** [1] - 590:24
**CONOR** [1] - 534:7

**CONSIDERATIONS** [1] - 545:6
**CONSIDERING** [1] - 541:15
**CONSISTENT** [3] - 542:9, 543:5, 558:25
**CONSISTENTLY** [1] - 590:1
**CONSOLIDATED** [1] - 639:24
**CONSTRUCTION** [2] - 545:3, 591:5
**CONSULTING** [3] - 586:25, 590:5, 590:9
**CONTAIN** [1] - 557:5
**CONTENTS** [7] - 556:23, 558:11, 603:22, 603:24, 634:23, 634:24, 646:3
**CONTEXT** [3] - 575:20, 578:1, 580:10
**CONTINUE** [2] - 542:11, 625:18
**CONTINUOUS** [1] - 578:9
**CONTRACT** [1] - 540:9
**CONTRACTOR** [4] - 608:7, 608:16, 608:17, 637:20
**CONTROL** [1] - 606:5
**CONVENIENCE** [5] - 589:8, 604:21, 604:25, 605:1, 605:3
**CONVERSATION** [1] - 637:5
**COORDINATE** [1] - 610:6
**COPE** [1] - 629:5
**COPING** [2] - 629:4, 633:25
**COPY** [2] - 612:13
**CORNER** [2] - 555:10
**CORPS** [29] - 538:15, 539:10, 539:12, 539:13, 543:24, 544:24, 545:1, 545:5, 546:6, 547:11, 559:4, 576:15, 576:16, 576:19, 576:23, 577:6, 580:14, 614:4, 614:8, 614:23, 614:24, 615:2, 615:6, 615:15, 615:16, 615:23, 616:7, 616:8, 640:3
**CORPS'** [3] - 537:22, 578:6, 578:9

**CORRECT** [45] - 538:17, 538:18, 538:21, 538:22, 538:25, 539:1, 539:3, 539:7, 539:8, 539:10, 539:11, 539:15, 539:16, 539:19, 539:25, 540:1, 540:5, 540:22, 540:23, 541:2, 541:3, 541:8, 541:11, 542:10, 543:7, 543:9, 550:20, 551:17, 555:16, 562:16, 566:23, 568:4, 585:14, 585:17, 585:18, 589:5, 589:15, 590:13, 594:24, 611:21, 615:13, 619:12, 634:3, 640:9, 648:6
**CORRESPONDENT** [2] - 635:5, 635:11
**CORRESPONDING** [1] - 612:25
**COST** [5] - 543:24, 554:9, 557:25, 576:6, 646:10
**COST-SHARED** [1] - 576:6
**COSTS** [1] - 558:16
**COULD** [92] - 540:17, 547:4, 547:9, 548:4, 549:4, 551:14, 553:6, 554:19, 554:22, 555:2, 555:8, 555:18, 556:7, 556:8, 557:3, 557:9, 557:22, 559:16, 559:21, 560:2, 560:10, 561:24, 564:22, 566:13, 576:12, 582:18, 582:23, 583:2, 583:6, 583:13, 584:18, 587:16, 588:6, 588:19, 588:23, 591:16, 593:12, 594:9, 594:18, 594:19, 594:25, 595:13, 596:1, 596:16, 597:5, 599:6, 599:7, 599:16, 599:18, 601:5, 601:15, 601:19, 602:3, 605:25, 610:13, 611:2, 611:9, 611:24, 613:24, 614:6, 615:17, 616:5, 616:9, 620:14, 621:11, 621:17,

622:15, 624:4, 624:11, 624:15, 625:23, 626:8, 626:10, 627:6, 627:7, 628:23, 630:17, 632:6, 632:10, 632:17, 632:19, 633:4, 640:13, 642:24, 643:22, 645:2, 646:20, 647:5, 647:8
**COULDN'T** [21] - 551:9, 553:11, 553:16, 554:25, 557:8, 557:16, 558:10, 570:4, 573:6, 597:18, 601:7, 602:10, 608:19, 628:6, 630:24, 631:13, 632:8, 643:2, 643:14, 645:1, 645:2
**COUNSEL** [4] - 559:18, 573:16, 577:15, 610:3
**COUNSELING** [3] - 605:18, 605:19, 606:6
**COUNTING** [1] - 633:13
**COUNTRY** [1] - 628:2
**COUPLE** [10] - 541:1, 558:8, 562:1, 564:16, 565:4, 572:15, 596:8, 598:6, 605:16, 608:8
**COURSE** [13] - 545:16, 552:5, 571:9, 580:22, 618:14, 621:14, 622:2, 622:17, 624:10, 624:12, 624:19, 626:11, 645:8
**COURT** [110] - 532:1, 536:6, 536:18, 536:24, 537:2, 537:8, 537:12, 537:14, 537:24, 539:21, 540:11, 541:24, 543:13, 544:17, 544:19, 544:23, 545:11, 545:20, 545:25, 546:11, 546:15, 546:20, 548:4, 555:8, 558:5, 558:19, 558:24, 559:7, 559:8, 559:18, 559:21, 564:22, 573:16, 573:21, 575:13, 575:15, 575:17, 575:21,

577:15, 577:17, 577:18, 577:21, 578:2, 578:16, 578:17, 578:23, 578:25, 579:2, 579:6, 579:10, 579:14, 579:16, 579:20, 579:22, 580:1, 580:7, 580:12, 580:16, 581:4, 581:6, 581:10, 581:14, 581:17, 581:19, 582:9, 582:11, 582:14, 587:16, 588:6, 609:16, 610:3, 610:6, 610:9, 610:12, 610:16, 611:3, 611:17, 611:22, 611:25, 612:5, 612:9, 612:12, 612:15, 612:17, 612:20, 613:9, 616:5, 621:11, 632:21, 632:23, 637:15, 637:25, 638:2, 638:4, 638:10, 638:15, 638:19, 640:2, 640:11, 640:13, 645:25, 646:16, 647:12, 647:18, 647:21, 648:4, 648:5, 648:13
**COURT** [1] - 534:15
**COURT'S** [5] - 536:5, 536:22, 537:6, 577:20, 580:5
**COURTHOUSE** [5] - 599:7, 599:12, 601:12, 601:13, 602:8
**COVER** [1] - 618:21
**COVERED** [2] - 628:14, 643:15
**COVERING** [2] - 628:9, 628:10
**COZUMEL** [4] - 597:10, 597:11, 597:12, 597:15
**CREATED** [1] - 590:23
**CREEK** [1] - 614:22
**CREEKS** [4] - 633:4, 633:6, 644:13, 644:15
**CREMATED** [1] - 640:25
**CREST** [1] - 631:12
**CRIME** [1] - 622:13
**CRITERIA** [1] - 545:2
**CROSS** [6] - 535:6, 535:9, 535:12, 535:15, 535:18, 535:21

**CROSS** [16] - 537:2, 537:5, 537:9, 543:16, 558:6, 572:13, 583:20, 584:3, 584:5, 593:3, 593:6, 606:13, 637:15, 637:16, 638:11, 646:1
**CROSS-EXAMINATION** [6] - 535:6, 535:9, 535:12, 535:15, 535:18, 535:21
**CROSS-EXAMINATION** [9] - 537:2, 537:5, 543:16, 558:6, 572:13, 606:13, 637:15, 637:16, 646:1
**CROSSED** [1] - 570:5
**CROSSES** [1] - 541:1
**CROWDED** [2] - 644:16, 644:20
**CRR** [2] - 534:15, 648:12
**CRUISE** [10] - 596:17, 596:21, 596:25, 597:3, 597:12, 597:16, 597:20, 598:5
**CRUSH** [1] - 572:5
**CRUSHED** [1] - 572:6
**CUBICALS** [1] - 588:9
**CUMULATIVE** [1] - 616:2
**CURFEW** [3] - 600:12, 600:13, 644:3
**CURIOUS** [1] - 578:17
**CURRENT** [3] - 547:2, 559:25, 639:7
**CURRENTLY** [3] - 547:15, 613:20, 617:14
**CURRENTS** [2] - 539:6, 541:13
**CURTAIL** [1] - 606:3
**CUSTOMERS** [1] - 536:10
**CUSTOMS** [5] - 562:5, 564:1, 564:4, 564:6
**CYLINDER** [1] - 568:21

## D

**D** [4] - 534:10, 535:1, 536:1, 539:25
**DAD** [2] - 564:15, 566:5
**DAD'S** [1] - 604:10
**DADDY** [1] - 635:23
**DADDY'S** [3] - 635:15, 635:16, 635:18
**DAGGERS** [1] - 607:22
**DALLAS** [2] - 552:4, 552:24
**DALLAS** [1] - 532:24
**DAMAGE** [6] - 555:9, 571:1, 571:2, 613:3, 627:10
**DAMAGED** [1] - 613:6
**DAMAGES** [2] - 546:14, 582:10
**DAMN** [1] - 636:23
**DANGEROUS** [2] - 546:20, 642:8
**DANIEL** [1] - 534:5
**DATE** [5] - 553:17, 554:18, 569:22, 625:13, 642:20
**DATED** [1] - 612:10
**DAUGHTER** [17] - 550:24, 550:25, 553:9, 554:4, 568:1, 569:9, 569:25, 570:1, 617:14, 617:17, 617:18, 617:19, 621:25, 624:24, 625:19, 634:3, 634:4
**DAUGHTER'S** [6] - 552:6, 553:22, 568:9, 617:18, 621:8, 630:13
**DAWNED** [2] - 627:11, 627:14
**DAY** [29] - 544:22, 568:13, 569:19, 570:11, 572:8, 573:24, 574:2, 595:8, 595:11, 596:8, 596:18, 597:10, 597:16, 604:7, 605:8, 605:16, 608:21, 610:7, 611:9, 621:11, 621:13, 621:23, 631:16, 635:1, 635:3, 644:17, 645:14, 647:19
**DAYS** [9] - 536:14, 598:6, 624:14, 626:7, 626:12, 631:22,

642:22
 **DC** [1] - 534:13
 **DEAD** [4] - 552:15,
603:20, 626:4, 635:25
 **DEAL** [2] - 536:18,
627:7
 **DEAR** [1] - 619:15
 **DEATH** [2] - 626:3,
626:21
 **DECEMBER** [2] -
544:25, 545:1
 **DECIDE** [1] - 642:6
 **DECIDED** [11] -
562:5, 562:10,
562:12, 565:10,
566:20, 567:5,
589:14, 616:3,
625:18, 628:3, 634:5
 **DECISION** [3] -
566:22, 589:3, 589:7
 **DEEP** [4] - 574:23,
601:12, 603:5
 **DEEPLY** [1] - 571:21
 **DEFAULT** [1] - 580:8
 **DEFENDANT** [1] -
534:4
 **DEFINE** [1] - 582:11
 **DEFINITELY** [6] -
561:21, 589:2, 596:1,
602:25, 605:24,
645:19
 **DEGREE** [1] - 584:6
 **DEGREES** [1] -
603:3
 **DELACROIX** [4] -
601:18, 601:19,
601:22, 611:13
 **DELARONDE** [2] -
613:21, 639:8
 **DELETERIOUS** [1] -
537:22
 **DEMAND** [1] -
566:25
 **DEMOLISHED** [1] -
558:10
 **DEMONSTRATING**
[1] - 630:1
 **DEN** [1] - 630:23
 **DENHAM** [1] -
533:13
 **DENIAL** [12] - 546:6,
547:10, 559:3,
560:11, 582:6, 582:7,
583:3, 583:7, 612:19,
612:25, 614:7, 640:4
 **DENIED** [3] - 592:12,
592:18, 640:3
 **DENIGRATE** [1] -
636:13
 **DENYING** [2] -

547:12, 560:12
 **DEPARTMENT** [12] -
534:4, 560:12,
562:21, 562:23,
563:2, 563:4, 563:23,
564:3, 564:5, 564:6,
583:8, 647:2
 **DEPARTURE** [1] -
597:4
 **DEPENDENT** [1] -
598:19
 **DEPICT** [1] - 620:15
 **DEPICTING** [2] -
546:8, 629:20
 **DEPO** [1] - 607:1
 **DEPOSITION** [25] -
539:18, 540:19,
540:21, 541:4,
541:15, 542:3, 544:8,
573:10, 573:13,
573:24, 575:21,
577:11, 577:22,
578:4, 578:18, 579:3,
579:4, 579:11,
580:11, 580:14,
607:4, 607:6, 607:8,
607:19, 609:7
 **DEPOSITIONS** [1] -
580:16
 **DEPOSITS** [4] -
590:22, 591:17,
591:18, 591:19
 **DEPUTY** [16] - 536:5,
537:25, 538:3, 538:7,
546:16, 546:19,
546:21, 559:8, 580:5,
581:20, 581:23,
601:11, 613:10,
613:14, 638:23, 639:1
 **DESCRIBE** [8] -
553:6, 554:19, 556:8,
556:9, 594:25, 602:3,
616:5, 621:11
 **DESCRIPTION** [1] -
572:16
 **DESCRIPTIONS** [1] -
585:1
 **DESERTED** [1] -
644:19
 **DESIGN** [5] - 565:12,
565:17, 576:22, 577:3
 **DESIGNATED** [4] -
575:21, 577:11,
577:12, 578:5
 **DESIGNATING** [1] -
580:23
 **DESIGNATION** [1] -
577:10
 **DESIGNATIONS** [1]
- 539:9

**DESIGNED** [1] -
541:2
 **DESK** [1] - 618:16
 **DESKS** [1] - 602:18
 **DESTROYED** [7] -
556:6, 558:10,
589:17, 604:13,
632:10, 632:12,
643:19
 **DETAIL** [1] - 646:3
 **DETAILS** [7] -
572:15, 587:9,
587:25, 604:3,
606:15, 619:17
 **DETERMINATION**
[2] - 623:5, 623:6
 **DETERMINE** [6] -
543:23, 550:21,
576:20, 588:19,
623:3, 641:9
 **DETERMINED** [1] -
589:11
 **DEVASTATING** [2] -
553:4, 570:13
 **DEVASTATION** [3] -
571:22, 573:8, 601:7
 **DEVELOP** [2] -
590:10, 594:1
 **DEVELOPING** [1] -
590:10
 **DEVELOPMENT** [7]
- 576:6, 590:15,
591:2, 591:8, 591:11,
591:13, 592:5
 **DEVILLE** [1] - 553:25
 **DEVOTE** [1] - 589:21
 **DID** [214] - 541:10,
542:5, 542:13, 548:1,
550:7, 550:9, 550:10,
550:13, 550:21,
551:1, 551:2, 551:6,
551:16, 551:18,
551:21, 552:19,
552:21, 553:2,
553:18, 553:21,
553:24, 554:2, 554:3,
555:22, 555:23,
556:4, 556:23,
556:25, 557:1, 557:2,
557:3, 557:14,
557:22, 560:15,
560:20, 560:23,
561:3, 561:22,
562:11, 562:18,
562:20, 562:23,
563:1, 563:24,
564:14, 566:4, 567:8,
567:16, 567:24,
567:25, 568:8,
568:13, 568:15,

568:22, 570:11,
570:25, 571:4,
571:13, 571:19,
571:23, 573:25,
575:7, 583:11,
583:17, 583:19,
583:21, 583:23,
583:25, 584:2, 584:5,
584:7, 584:9, 584:11,
584:13, 584:15,
584:19, 584:21,
584:24, 585:6, 585:8,
585:9, 586:2, 586:9,
586:11, 586:14,
586:16, 586:20,
586:21, 587:3, 587:6,
587:13, 587:15,
587:22, 587:23,
587:24, 588:2, 588:5,
588:13, 588:25,
589:21, 589:24,
590:9, 591:1, 592:15,
592:18, 592:24,
593:3, 593:9, 594:1,
594:3, 594:4, 595:8,
595:18, 595:25,
596:5, 596:15,
597:15, 597:23,
598:1, 598:13,
598:24, 599:4, 599:9,
599:12, 599:21,
600:23, 603:22,
603:24, 604:6,
604:20, 606:2, 607:2,
608:6, 608:7, 608:25,
609:1, 609:20,
609:23, 610:16,
613:22, 614:12,
615:8, 615:11,
616:15, 617:7,
617:13, 617:14,
617:20, 618:1, 618:4,
620:1, 620:3, 620:4,
620:6, 620:18,
620:21, 620:24,
621:3, 621:25, 622:9,
623:1, 623:2, 623:3,
623:20, 624:2, 624:3,
625:1, 625:16,
625:25, 627:2, 628:5,
628:25, 629:12,
631:9, 631:16,
631:21, 632:25,
633:2, 633:6, 633:11,
633:18, 633:20,
634:15, 634:17,
634:23, 634:25,
637:1, 637:6, 637:22,
637:23, 639:14,
641:9, 641:12,
641:24, 642:5, 642:6,

642:10, 642:17,
643:3, 643:12, 644:8,
644:12, 644:14,
645:4, 645:7, 645:8,
646:13
 **DIDN'T** [58] - 542:12,
544:13, 551:23,
553:3, 553:10, 557:8,
558:12, 558:16,
561:24, 566:20,
566:23, 567:6, 571:6,
573:2, 573:3, 573:7,
573:8, 574:4, 574:18,
574:20, 592:21,
594:12, 598:4,
599:15, 600:14,
600:25, 601:18,
602:11, 602:12,
604:19, 608:3,
608:16, 608:23,
609:6, 616:2, 623:5,
624:9, 624:21,
624:22, 625:17,
625:19, 625:20,
625:21, 625:22,
626:17, 626:19,
626:23, 626:24,
631:24, 638:11,
639:23, 641:15,
642:3, 643:23,
643:25, 645:2, 645:9
 **DIE** [2] - 572:8,
636:23
 **DIED** [5] - 553:12,
566:5, 566:6, 635:14,
640:24
 **DIESEL** [1] - 605:9
 **DIFFERENCE** [2] -
536:19, 544:14
 **DIFFERENT** [6] -
540:4, 540:5, 540:6,
589:13, 605:4
 **DIFFICULT** [1] -
553:8
 **DIGITALLY** [1] -
588:16
 **DIMENSION** [1] -
626:20
 **DINING** [1] - 643:1
 **DIPLOMA** [1] -
562:15
 **DIRECT** [6] - 535:5,
535:8, 535:11,
535:14, 535:18,
535:21
 **DIRECT** [8] - 537:5,
538:9, 546:25,
559:14, 582:15,
613:18, 638:13, 639:5
 **DIRECTING** [1] -

546:12
**DIRECTION** [3] - 537:6, 624:18, 625:24
**DIRECTIONS** [1] - 625:22
**DIRECTIVE** [3] - 536:22, 546:3, 559:1
**DIRECTIVES** [1] - 537:19
**DIRECTLY** [2] - 576:2, 585:22
**DIRECTOR** [9] - 563:25, 616:24, 617:22, 618:7, 618:10, 623:5, 623:11, 623:13, 624:7
**DISCOVERED** [1] - 616:1
**DISCUSS** [2] - 559:2, 612:24
**DISCUSSED** [1] - 579:4
**DISCUSSES** [1] - 545:5
**DISCUSSING** [1] - 543:18
**DISHEARTENING** [1] - 643:17
**DISHES** [1] - 645:6
**DISINTEGRATE** [1] - 628:12
**DISPASSIONATE** [1] - 636:3
**DISSEMINATE** [1] - 618:18
**DISSERTATION** [2] - 539:5, 539:8
**DISSOLVED** [1] - 628:13
**DISTRIBUTOR** [1] - 565:3
**DISTRICT** [7] - 532:1, 532:1, 532:8, 538:15, 617:15, 648:5
**DIVISION** [1] - 544:25
**DIVORCED** [1] - 562:2
**DO** [61] - 536:9, 536:14, 541:19, 542:12, 543:9, 544:4, 547:21, 548:15, 556:12, 558:2, 558:9, 563:19, 563:20, 564:9, 564:10, 565:15, 567:5, 569:1, 569:19, 572:3, 573:10, 573:16, 573:19, 578:19, 578:21, 579:21,

584:15, 584:24, 592:12, 593:21, 596:12, 603:24, 604:15, 604:18, 604:19, 604:25, 605:2, 605:7, 605:22, 607:9, 608:16, 608:17, 608:19, 610:6, 610:23, 613:20, 616:3, 616:14, 618:22, 620:14, 636:16, 638:8, 638:12, 638:15, 638:16, 639:16, 642:9, 644:2, 645:17, 645:21, 648:5
**DOCK** [1] - 598:5
**DOCKET** [1] - 532:3
**DOCUMENT** [3] - 579:8, 579:11, 613:25
**DOCUMENTED** [1] - 607:13
**DOCUMENTS** [2] - 634:20, 634:21
**DODGE** [1] - 568:20
**DOES** [7] - 549:9, 554:9, 556:19, 557:5, 573:17, 620:14, 620:17
**DOESN'T** [2] - 596:12, 640:4
**DOGS** [3] - 622:23, 636:15, 643:8
**DOING** [8] - 577:25, 586:19, 586:23, 590:1, 596:4, 604:20, 616:3, 618:20
**DOINGS** [1] - 622:14
**DOMENGEAUX** [1] - 533:1
**DON'T** [51] - 538:7, 540:17, 549:8, 553:17, 556:10, 565:14, 568:14, 569:18, 569:21, 572:10, 573:3, 573:13, 575:9, 578:18, 579:6, 579:7, 587:7, 587:10, 587:25, 592:6, 604:4, 604:14, 604:15, 605:7, 606:9, 606:12, 607:4, 607:14, 609:3, 609:13, 610:17, 610:18, 610:19, 619:16, 619:21, 626:7, 631:18, 632:12, 633:24, 634:19, 634:20, 635:1, 636:10,

636:14, 639:18, 640:1, 642:20, 643:20, 645:15, 647:11
**DONE** [8] - 541:16, 542:22, 543:4, 543:5, 543:8, 596:3, 628:4, 638:16
**DOOR** [17] - 549:19, 585:24, 585:25, 602:5, 602:6, 603:15, 603:17, 610:19, 628:7, 631:2, 631:3, 631:5, 631:10, 642:25, 643:2, 644:7
**DOSE** [1] - 579:21
**DOT** [2] - 549:9, 620:14
**DOTED** [1] - 622:15
**DOTS** [1] - 594:19
**DOWN** [37] - 539:22, 542:25, 544:19, 552:6, 558:19, 562:3, 568:12, 569:18, 570:15, 573:3, 575:15, 591:22, 592:5, 593:8, 593:17, 598:12, 600:7, 600:19, 600:25, 601:7, 601:15, 601:20, 604:9, 606:11, 608:18, 611:17, 617:2, 619:20, 622:18, 622:23, 623:19, 625:7, 625:9, 638:2, 643:9, 643:10, 647:12
**DOWNMAN** [2] - 620:12, 620:13
**DOWNSTAIRS** [8] - 554:25, 556:14, 565:16, 571:10, 571:14, 571:16, 645:5
**DR** [5] - 539:19, 539:25, 540:4, 543:18, 610:7
**DRAFT** [1] - 612:6
**DRAFTED** [1] - 615:16
**DRAINAGE** [1] - 627:6
**DRAINED** [2] - 642:23
**DRAW** [4] - 542:4, 542:24, 548:15, 563:19
**DRAWER** [1] - 608:13
**DREDGE** [1] - 581:1
**DREDGED** [1] -

576:17
**DREDGING** [1] - 581:1
**DRINK** [1] - 565:3
**DRINKING** [2] - 606:2, 606:5
**DRINKS** [1] - 605:12
**DRIVE** [12] - 563:6, 585:14, 585:20, 593:13, 593:16, 594:23, 598:25, 599:1, 602:4, 606:16, 609:20, 637:19
**DROP** [2] - 562:11, 600:14
**DROPOUT** [1] - 562:11
**DROPPED** [1] - 597:20
**DROVE** [2] - 572:17, 625:23
**DROWNED** [5] - 552:1, 552:3, 552:10, 553:3, 553:13
**DRUNK** [1] - 633:25
**DRUNKEN** [1] - 633:22
**DRY** [1] - 609:11
**DRYER** [1] - 574:22
**DUDENHEFER** [2] - 533:4, 533:5
**DUMAS** [2] - 533:7, 533:8
**DUPLEX** [3] - 548:25, 549:1, 549:2
**DURING** [5] - 555:22, 562:4, 571:14, 599:9, 635:11
**DUTY** [2] - 615:17, 616:9
**DUVAL** [1] - 532:8
**DWELL** [1] - 596:12

---

# E

**E** [10] - 534:2, 535:1, 536:1, 538:6, 562:22, 579:2, 579:12, 582:1, 612:7
**E-MAIL** [1] - 579:12
**E-MAILS** [1] - 612:7
**EACH** [1] - 553:20
**EAGERLY** [1] - 635:21
**EARLIER** [2] - 605:17, 612:8
**EARLY** [2] - 573:2, 599:12
**EARNED** [1] - 643:19
**EARTHQUAKES** [1]

- 636:22
**EAST** [6] - 570:10, 613:23, 620:11, 626:12, 626:13, 626:14
**EAST** [1] - 533:23
**EASTER** [2] - 635:3, 635:4
**EASTERN** [2] - 532:1, 648:5
**EAT** [2] - 626:23, 645:23
**EATEN** [1] - 626:25
**ECLECTIC** [1] - 622:19
**ED** [1] - 616:22
**EDITOR** [1] - 618:10
**EDUCATION** [2] - 562:13, 562:15
**EDUCATIONAL** [4] - 538:19, 548:4, 614:18, 640:14
**EDWARDS** [1] - 533:1
**EFFECT** [2] - 543:2, 633:20
**EFFECTIVELY** [1] - 581:16
**EFFECTS** [4] - 537:22, 538:25, 541:17, 542:6
**EGG** [1] - 635:4
**EHRLICH** [1] - 534:6
**EIGHT** [5] - 556:12, 563:7, 563:10, 622:5, 625:2
**EIS'S** [2] - 578:7
**EITHER** [5] - 537:6, 564:9, 624:23, 626:4, 641:15
**EL** [1] - 534:6
**EL-AMIN** [1] - 534:6
**ELECTRIC** [1] - 574:24
**ELECTRICAL** [2] - 587:19, 608:8
**ELECTRICITY** [2] - 600:21, 605:9
**ELECTRONIC** [1] - 574:22
**ELEMENTARY** [1] - 560:24
**ELEVATION** [1] - 541:13
**ELEVATIONS** [2] - 540:8, 540:25
**ELISA** [1] - 533:22
**ELMO** [2] - 541:23, 545:25
**ELSE** [4] - 556:10,

608:19, 619:9, 621:23
**ELWOOD** [2] -
533:18, 533:18
**EM'S** [1] - 545:5
**EMBARRASSING** [1]
- 626:22
**EMERITUS** [1] -
625:9
**EMOTIONAL** [4] -
598:17, 605:22,
606:1, 606:2
**EMOTIONALLY** [3] -
571:19, 631:9, 633:20
**EMPLOYED** [4] -
538:14, 544:24,
640:18, 641:7
**EMPLOYEES** [4] -
586:14, 586:16,
596:5, 596:7
**EMPLOYMENT** [1] -
563:23
**EMPTY** [1] - 566:11
**END** [6] - 553:16,
554:13, 566:16,
569:24, 615:10,
625:21
**ENDED** [2] - 633:21,
633:22
**ENERGIES** [1] -
604:23
**ENGINEERING** [5] -
538:20, 538:23,
539:2, 544:25, 545:5
**ENGINEERS** [9] -
538:16, 539:10,
539:12, 544:25,
547:11, 559:4, 577:1,
614:4, 614:8
**ENGINEERS'** [1] -
546:6
**ENOUGH** [3] - 571:7,
574:23, 596:3
**ENTERTAINED** [1] -
621:5
**ENTERTAINMENT**
[1] - 621:5
**ENTIRE** [9] - 561:18,
565:15, 567:13,
591:5, 591:22, 593:8,
611:13, 628:9, 629:1
**ENTIRELY** [2] -
557:25, 638:9
**ENTIRETY** [2] -
575:20, 580:22
**ENTITIES** [1] - 564:9
**ENTITLED** [3] -
577:3, 636:19, 648:8
**ENTITY** [1] - 592:9
**ENVIRONMENTAL**
[1] - 578:10

**ENVIRONMENTS** [1]
- 576:14
**EQUATIONS** [1] -
539:6
**EQUIPMENT** [2] -
574:24, 610:18
**EROSION** [6] -
543:1, 576:11,
576:12, 576:17,
581:4, 592:3
**ESCORTED** [1] -
627:20
**ESPECIALLY** [2] -
568:9, 645:14
**ESQ** [29] - 532:13,
532:16, 532:19,
532:20, 532:23,
533:1, 533:5, 533:8,
533:12, 533:15,
533:15, 533:18,
533:22, 533:23,
534:1, 534:2, 534:6,
534:6, 534:7, 534:7,
534:8, 534:8, 534:9,
534:9, 534:10,
534:10, 534:11,
534:11, 534:12
**ESSENCE** [1] -
580:25
**ESSENTIALLY** [2] -
540:8, 600:10
**ESTATE** [23] -
584:17, 584:18,
584:19, 584:20,
584:21, 584:22,
584:25, 585:4,
587:14, 588:11,
588:13, 589:25,
590:3, 590:9, 590:14,
591:19, 595:12,
595:19, 604:17,
605:5, 608:23
**ESTIMATION** [1] -
638:10
**ET** [2] - 532:2, 532:5
**EUROPE** [1] - 594:10
**EVACUATE** [15] -
550:21, 550:23,
551:23, 567:24,
596:15, 602:8, 623:1,
623:3, 623:10, 624:2,
624:10, 624:15,
641:9, 642:3, 645:20
**EVACUATED** [4] -
550:25, 572:16,
596:16, 641:16
**EVACUATION** [5] -
551:3, 568:1, 568:2,
568:6, 625:5
**EVALUATION** [1] -

575:23
**EVEN** [17] - 554:25,
557:8, 557:16,
566:10, 567:22,
571:24, 574:19,
589:10, 589:12,
595:2, 595:4, 601:11,
601:23, 603:4,
625:21, 643:7, 645:2
**EVENTS** [1] - 572:7
**EVENTUALLY** [5] -
552:22, 553:11,
568:10, 572:8, 586:5
**EVER** [20] - 550:13,
566:11, 570:16,
570:17, 586:2, 591:7,
591:10, 598:21,
598:24, 599:4, 599:6,
605:18, 605:19,
615:8, 615:24, 627:2,
628:8, 634:15,
635:15, 636:18
**EVERY** [14] - 566:8,
567:16, 569:19,
574:5, 574:11,
588:18, 595:8,
595:11, 596:7,
600:20, 605:16,
633:25, 641:13,
644:17
**EVERYBODY** [4] -
619:9, 643:6, 644:18,
645:13
**EVERYONE** [1] -
570:17
**EVERYTHING** [31] -
556:6, 556:9, 556:10,
557:10, 574:13,
574:21, 600:20,
603:2, 603:15, 604:8,
604:12, 607:2,
607:13, 607:14,
608:2, 608:3, 608:9,
610:24, 626:2,
628:12, 635:1, 636:3,
637:7, 643:14,
643:19, 644:23,
645:5, 646:6, 646:14
**EVERYWHERE** [1] -
643:7
**EVIDENTLY** [1] -
568:14
**EXACT** [3] - 553:17,
623:22, 642:20
**EXACTLY** [5] -
540:25, 543:21,
575:3, 628:20, 630:23
**EXAM** [1] - 604:17
**EXAMINATION** [17] -
537:2, 537:5, 538:9,

543:16, 546:25,
558:6, 559:14,
572:13, 582:15,
606:13, 609:17,
613:18, 637:15,
637:16, 639:5, 646:1,
646:17
**EXAMINATION** [14] -
535:5, 535:6, 535:8,
535:9, 535:11,
535:12, 535:14,
535:15, 535:15,
535:18, 535:18,
535:21, 535:21,
535:22
**EXAMINE** [1] -
576:19
**EXAMINING** [1] -
544:2
**EXAMPLE** [4] -
595:7, 628:4
**EXCEPT** [4] -
540:25, 553:12,
560:21, 568:6
**EXCEPTION** [1] -
595:4
**EXCERPT** [1] -
578:13
**EXCERPTS** [4] -
545:12, 575:19,
577:9, 580:23
**EXCLUSIVELY** [1] -
593:24
**EXCUSE** [6] - 546:5,
552:19, 554:15,
583:11, 592:19, 606:8
**EXCUSES** [1] - 606:9
**EXHIBIT** [20] - 546:7,
547:4, 549:5, 549:9,
555:2, 557:4, 560:2,
560:10, 578:14,
580:23, 582:6,
582:18, 583:2, 583:6,
583:7, 612:24,
613:24, 614:6,
639:19, 640:1
**EXHIBITS** [13] -
545:14, 545:15,
546:4, 546:12, 559:2,
577:12, 577:14,
578:15, 580:24,
582:4, 611:21, 612:15
**EXIST** [1] - 540:8
**EXPERIENCE** [5] -
546:14, 605:13,
625:5, 627:13, 644:15
**EXPERT** [3] -
542:22, 632:8, 647:19
**EXPLAIN** [1] -
564:22, 591:16,

595:9, 611:2, 624:4
**EXPLAINED** [1] -
576:18
**EXTENDED** [1] -
619:7
**EXTENSIVE** [1] -
541:15
**EXTENT** [3] - 621:16,
621:17, 626:23
**EXTRA** [1] - 612:14
**EXTREME** [1] -
565:21
**EXTREMELY** [1] -
565:22
**EYE** [1] - 623:14
**EYES** [1] - 635:22

---

**F**

**F** [2] - 534:8, 546:24
**F-R-A-N-Z** [1] -
546:24
**FACE** [3] - 591:21,
618:14, 618:23
**FACED** [1] - 627:11
**FACES** [1] - 555:15
**FACETS** [1] - 590:3
**FACT** [11] - 538:16,
540:5, 541:1, 552:2,
566:10, 618:19,
619:10, 621:7, 625:8,
641:14, 644:20
**FAILED** [1] - 637:13
**FAILURE** [1] - 578:9
**FAIR** [2] - 561:16,
561:18
**FALL** [1] - 641:25
**FALLEN** [1] - 631:12
**FAMILIES** [1] -
637:12
**FAMILY** [21] -
551:21, 551:23,
561:19, 564:14,
565:25, 566:12,
567:8, 567:10,
567:11, 567:13,
571:18, 571:20,
572:9, 590:2, 590:9,
590:10, 590:12,
619:6, 619:7, 621:3,
637:10
**FAN** [1] - 552:6
**FANTASY** [1] -
596:24
**FAR** [7] - 563:23,
570:7, 571:5, 582:17,
585:24, 586:18,
586:21
**FARM** [2] - 584:16,
628:18

FARMED [1] - 616:9
FASTEST [1] - 588:23
FATHER [3] - 635:14, 635:17, 635:23
FAVORITE [2] - 621:7, 626:9
FAYARD [7] - 533:11, 533:12, 536:21, 537:4, 537:10, 537:13
FEAR [1] - 572:2
FEASIBILITY [3] - 576:1, 576:4, 576:7
FEASIBLE [2] - 591:23, 592:4
FEBRUARY [2] - 538:17, 564:18
FECES [1] - 628:21
FEED [2] - 628:19
FEEL [11] - 557:14, 609:10, 609:13, 610:23, 618:22, 618:24, 631:9, 637:1, 637:7, 643:12, 645:17
FEELING [3] - 595:22, 626:19, 626:22
FEET [13] - 544:10, 544:12, 552:5, 555:25, 556:3, 574:19, 603:10, 603:11, 623:25, 624:1, 627:5, 633:7, 633:13
FELL [2] - 556:9, 610:20
FELLOW [1] - 635:10
FELT [6] - 599:15, 631:13, 636:19, 637:13
FEMA [3] - 592:19, 609:5, 637:22
FEMALE [1] - 641:17
FEMALES [1] - 641:19
FERAL [1] - 641:19
FEW [6] - 536:14, 538:12, 543:15, 548:8, 557:7, 586:23
FIELD [2] - 595:21, 631:24
FIFTY [1] - 547:18
FIFTY-SIX [1] - 547:18
FIGURE [1] - 607:12
FIGURES [2] - 607:12, 634:19
FILE [7] - 547:6,

560:7, 582:19, 582:24, 608:11, 614:4, 646:22
FILED [5] - 546:5, 547:12, 639:19, 639:22, 639:24
FILING [2] - 631:24, 639:21
FILL [1] - 618:3
FILLING [1] - 592:12
FINAL [1] - 542:24
FINALLY [2] - 568:8, 598:11
FINANCIALLY [1] - 589:12
FIND [14] - 553:9, 553:10, 557:22, 568:13, 568:15, 612:25, 621:18, 625:23, 626:8, 626:10, 628:5, 632:19, 633:3, 645:15
FINDING [1] - 536:10
FINDINGS [1] - 544:7
FINE [4] - 577:15, 610:12, 612:15, 612:17
FINGERS [1] - 565:13
FINISH [2] - 561:22, 561:24
FINISHED [1] - 640:15
FIREARMS [2] - 607:17, 607:21
FIRM [4] - 532:19, 533:4, 533:7, 533:22
FIRST [42] - 538:14, 540:7, 544:21, 550:21, 551:19, 552:2, 553:14, 554:11, 555:10, 557:14, 560:19, 569:22, 570:19, 573:25, 584:24, 586:15, 587:7, 590:21, 592:18, 599:21, 600:24, 605:11, 614:12, 616:6, 617:5, 617:6, 617:7, 617:23, 621:8, 623:1, 623:3, 624:17, 626:5, 627:15, 627:23, 628:6, 628:24, 632:9, 635:15, 636:18, 643:12, 644:18
FIT [3] - 584:23, 636:17, 645:3
FIVE [11] - 549:16,

550:5, 551:8, 554:6, 596:7, 597:16, 611:20, 614:17, 626:7, 644:3, 644:4
FIVE-DAY [1] - 597:16
FIVES [1] - 646:7
FIX [3] - 555:5, 567:3, 570:25
FIXED [3] - 548:13, 569:3, 593:24
FLACK [1] - 636:5
FLIES [1] - 643:16
FLIGHT [1] - 635:8
FLINTCOAT [4] - 562:16, 562:18, 562:19, 562:20
FLOATED [4] - 568:11, 568:14, 602:18, 603:18
FLOOD [14] - 570:21, 573:8, 588:15, 588:17, 599:3, 599:6, 599:8, 599:12, 599:16, 599:18, 599:20, 613:3, 627:2
FLOODED [16] - 572:25, 573:1, 573:8, 574:6, 591:24, 592:2, 598:22, 599:13, 601:9, 607:14, 627:8, 634:21, 641:13, 645:12, 645:15
FLOODING [7] - 573:4, 573:7, 573:25, 574:16, 589:18, 601:6, 633:15
FLOODS [2] - 628:9, 628:10
FLOOR [10] - 551:14, 564:2, 574:20, 575:2, 630:9, 630:11, 632:7, 632:9, 632:10, 632:14
FLOORS [2] - 553:5
FLORIDA [1] - 533:12
FOCUS [2] - 577:19, 624:12
FOCUSED [1] - 604:22
FOLD [1] - 588:21
FOLLOWING [1] - 545:18
FOLLOWS [6] - 538:2, 546:18, 559:13, 581:22, 613:13, 638:25
FOOD [1] - 569:20
FOOLISH [1] - 570:17

FOOT [6] - 603:21, 633:16, 633:18, 644:24
FOOTAGE [2] - 601:18, 633:12
FOOTBALL [5] - 583:24, 583:25, 584:9, 584:11, 622:17
FOR [164] - 532:12, 533:22, 534:4, 535:3, 536:21, 537:4, 537:6, 537:14, 538:4, 538:13, 539:13, 540:1, 542:2, 542:14, 542:16, 543:14, 544:9, 544:11, 544:13, 546:6, 546:21, 547:6, 550:21, 551:21, 556:16, 559:6, 559:17, 559:21, 559:22, 560:21, 562:6, 562:18, 562:19, 562:21, 562:23, 563:1, 563:6, 564:5, 564:6, 565:9, 567:24, 570:2, 570:19, 571:13, 571:25, 573:10, 574:5, 575:21, 576:7, 577:11, 578:6, 578:10, 579:15, 579:18, 579:20, 581:4, 581:24, 582:4, 582:6, 582:11, 582:20, 583:14, 584:13, 584:15, 584:16, 584:23, 585:3, 585:6, 585:13, 585:16, 587:10, 587:17, 587:22, 587:24, 588:3, 588:19, 589:4, 589:16, 590:7, 590:16, 591:24, 593:1, 595:7, 595:20, 596:10, 596:15, 598:6, 598:15, 598:20, 599:11, 601:25, 602:11, 604:17, 605:11, 605:16, 605:19, 606:20, 607:16, 608:8, 608:19, 608:20, 608:25, 609:3, 611:1, 611:5, 612:18, 612:19, 613:6, 613:7, 613:14, 615:16, 615:17, 615:18, 616:4, 616:17, 616:20,

616:21, 616:23, 616:25, 618:1, 619:1, 619:3, 620:6, 620:9, 621:3, 621:5, 621:7, 623:1, 623:4, 624:5, 624:8, 624:22, 626:12, 628:7, 629:19, 630:1, 630:25, 632:4, 632:11, 632:18, 635:3, 636:4, 636:7, 638:20, 639:1, 639:25, 641:9, 641:15, 642:14, 642:15, 644:6, 645:14, 645:21, 646:4, 646:19, 647:5
FORCE [3] - 563:5, 634:6, 635:8
FORCED [1] - 633:15
FOREBODING [1] - 597:6
FOREGOING [1] - 648:6
FOREMOST [1] - 588:12
FORESEEABLE [2] - 590:7, 593:2
FORESHORE [2] - 576:24, 577:3
FORGET [2] - 599:23, 601:16
FORGOT [2] - 568:5
FORM [19] - 546:5, 547:5, 547:12, 559:3, 560:6, 560:13, 582:4, 582:19, 582:23, 592:16, 614:3, 639:19, 639:22, 640:1, 640:2, 640:5, 646:20, 646:21
FORMALLY [2] - 538:14, 545:13
FORTH [1] - 545:7
FORTUNATE [2] - 605:10
FORWARD [1] - 620:25
FOUND [10] - 552:13, 553:11, 554:7, 568:10, 609:8, 610:19, 628:6, 634:13, 635:16, 635:21
FOUR [14] - 544:10, 549:14, 550:5, 557:13, 562:7, 592:10, 596:9, 596:11, 603:7, 603:21, 615:3,

615:18, 626:7, 640:16
**FOUR-FOOT** [1] - 603:21
**FOUR-YEAR** [1] - 615:3
**FOYER** [3] - 631:3, 632:19, 632:20
**FRAME** [3] - 540:15, 578:1, 581:4
**FRANCIS** [4] - 561:4, 561:6, 561:22, 561:25
**FRANK** [1] - 533:5
**FRANKLIN** [1] - 534:13
**FRANZ** [44] - 535:7, 535:10, 545:24, 546:5, 546:9, 546:13, 546:17, 546:23, 547:2, 547:5, 547:10, 547:15, 547:20, 547:24, 548:1, 549:5, 550:14, 551:6, 552:17, 556:5, 556:8, 556:23, 558:8, 558:18, 558:23, 559:12, 559:16, 559:23, 559:24, 559:25, 560:4, 560:11, 560:15, 560:23, 561:18, 561:22, 567:7, 567:16, 572:10, 572:15, 601:16, 604:14
**FRANZ'S** [2] - 546:7, 559:1
**FRANZES** [1] - 559:6
**FREE** [4] - 566:7, 595:9, 620:21, 620:23
**FREQUENTED** [1] - 567:16
**FREQUENTLY** [2] - 621:3, 621:21
**FRIDAY** [3] - 536:25, 537:6, 562:8
**FRIED** [1] - 595:3
**FRIEND** [4] - 563:3, 563:25, 569:10, 601:10
**FRIEND'S** [1] - 597:24
**FRIENDS** [15] - 550:7, 550:11, 567:8, 567:10, 593:9, 598:12, 619:8, 621:17, 622:10, 622:11, 622:17, 624:25, 629:25, 641:2, 643:8
**FRIENDSHIPS** [2] -

594:1, 594:4
**FRISCOVILLE** [1] - 548:7
**FROM** [96] - 536:13, 538:16, 540:17, 547:11, 548:7, 548:8, 550:5, 552:5, 552:23, 553:10, 553:11, 558:12, 559:3, 559:5, 560:12, 560:17, 560:25, 561:1, 562:7, 563:19, 564:9, 564:12, 564:19, 566:7, 567:11, 567:19, 572:16, 575:5, 577:10, 581:2, 582:7, 583:3, 583:8, 584:2, 584:5, 584:6, 584:15, 585:24, 587:6, 587:18, 591:3, 591:7, 591:10, 592:8, 592:13, 592:16, 592:23, 593:14, 598:1, 599:24, 604:23, 605:4, 606:22, 609:10, 612:15, 613:3, 614:10, 614:14, 614:21, 615:5, 615:9, 615:13, 615:15, 615:22, 617:11, 617:13, 618:5, 623:17, 623:20, 626:15, 627:12, 628:2, 628:15, 631:17, 631:24, 632:9, 633:15, 634:5, 634:19, 635:6, 635:7, 636:5, 636:13, 637:22, 639:10, 639:12, 639:13, 640:15, 640:18, 640:20, 641:22, 643:17, 644:18, 645:9, 648:7
**FRONT** [11] - 555:19, 555:21, 585:22, 585:24, 599:1, 607:4, 614:1, 629:13, 631:2, 631:5, 631:10
**FRONTED** [1] - 586:7
**FUEL** [1] - 605:9
**FULL** [5] - 559:16, 559:21, 583:13, 587:20, 608:12
**FULLY** [1] - 575:1
**FUNDING** [1] - 576:25
**FUR** [1] - 643:24

**FURNITURE** [4] - 556:10, 588:8, 603:16, 628:13
**FURTHER** [8] - 541:14, 544:16, 544:18, 558:17, 575:12, 609:14, 637:24, 646:15
**FURTHEST** [1] - 627:12
**FUTURE** [2] - 590:7, 593:2

# G

**G** [2] - 534:10, 536:1
**GAGLIANO** [2] - 637:6
**GALVESTON** [3] - 592:1, 597:18, 598:2
**GARAGE** [4] - 549:15, 549:21, 549:23, 633:14
**GARDEN** [2] - 620:24, 621:1
**GARDENS** [3] - 629:10, 629:11, 629:13
**GAS** [1] - 625:7
**GASOLINE** [2] - 605:9, 605:12
**GAVE** [4] - 563:10, 573:10, 592:19, 631:17
**GENERAL** [9] - 545:4, 576:22, 577:3, 608:7, 608:17, 618:2, 623:6, 623:12, 627:17
**GENTLEMAN** [2] - 594:8, 594:15
**GEOGRAPHIC** [1] - 623:22
**GEORGE** [4] - 635:4, 635:7, 635:12
**GEORGIA** [3] - 617:16, 624:24, 640:20
**GET** [82] - 536:11, 536:12, 538:7, 548:20, 552:6, 552:22, 554:25, 555:1, 556:4, 557:9, 564:9, 568:8, 568:24, 569:12, 570:4, 571:7, 573:3, 573:6, 575:20, 579:15, 584:21, 586:5, 588:16, 591:3, 592:18, 592:19, 592:21, 595:12, 595:13, 595:17, 596:1, 596:3, 597:18,

598:1, 598:18, 598:19, 598:24, 599:4, 599:9, 599:21, 600:9, 600:25, 601:2, 601:14, 601:15, 603:17, 604:16, 609:5, 609:12, 611:21, 612:15, 615:17, 616:4, 621:25, 623:10, 625:1, 625:2, 625:5, 627:7, 627:18, 627:22, 627:23, 628:6, 628:7, 632:1, 632:2, 635:24, 636:4, 636:15, 636:22, 638:16, 641:22, 642:21, 642:25, 643:2, 643:22, 643:25, 644:1, 644:21, 646:23
**GETS** [2] - 605:16, 608:22
**GETTING** [8] - 536:15, 569:12, 569:14, 572:7, 590:4, 597:11, 620:1, 639:17
**GHASTLY** [1] - 628:16
**GIANT** [2] - 628:13, 628:14
**GIFFORD** [4] - 616:23, 617:21, 617:22, 625:8
**GILBERT** [5] - 533:22, 533:22, 612:6, 612:10, 612:13, 612:16
**GIRL** [1] - 569:10
**GIRLFRIEND** [3] - 551:22, 642:20, 644:1
**GIVE** [8] - 537:20, 539:22, 548:4, 578:1, 580:10, 610:3, 625:23, 640:13
**GIVES** [2] - 608:21, 636:11
**GIVING** [1] - 577:25
**GLAD** [2] - 541:22, 641:12
**GLASSES** [2] - 645:6, 646:23
**GNO** [1] - 600:5
**GO** [80] - 536:11, 536:13, 538:19, 550:3, 552:12, 560:23, 561:3, 562:4, 562:5, 562:10, 562:12, 562:20, 564:2, 567:4, 568:8,

570:5, 570:11, 572:3, 577:23, 582:17, 582:18, 583:19, 584:5, 590:24, 591:3, 591:23, 592:4, 592:6, 592:23, 594:9, 595:25, 596:1, 596:16, 596:22, 596:24, 600:23, 600:24, 601:2, 601:3, 601:5, 601:6, 601:11, 604:6, 604:15, 604:16, 608:20, 608:21, 608:23, 611:9, 611:14, 621:17, 621:19, 621:21, 621:22, 622:16, 623:8, 623:17, 624:9, 624:21, 624:23, 627:24, 630:17, 631:18, 632:17, 632:23, 633:15, 634:7, 636:21, 636:22, 636:23, 638:15, 642:6, 643:9, 644:17, 645:14, 646:12, 647:1
**GOD** [2] - 554:21, 601:1
**GOES** [2] - 601:3, 635:2
**GOING** [66] - 536:11, 537:12, 545:25, 549:5, 550:1, 550:23, 552:25, 557:23, 559:8, 562:4, 563:9, 565:10, 569:19, 569:20, 572:3, 572:4, 573:9, 575:2, 575:18, 579:23, 581:11, 585:12, 590:6, 590:24, 593:17, 596:19, 596:21, 596:22, 597:2, 598:7, 600:14, 604:15, 605:14, 607:10, 607:15, 608:19, 611:5, 612:25, 618:18, 619:23, 623:14, 624:11, 624:12, 624:13, 624:16, 624:17, 624:18, 625:21, 626:16, 626:23, 626:24, 626:25, 627:2, 627:5, 627:11, 630:23, 631:25, 633:21, 634:5, 636:20, 636:21, 641:9, 643:12

**GOLD** [1] - 557:21
**GOLF** [1] - 622:16
**GONE** [12] - 574:25, 601:24, 607:20, 607:22, 611:6, 611:8, 611:14, 635:10, 635:12, 635:24, 643:25, 644:23
**GONNA** [1] - 572:3
**GOOD** [18] - 536:6, 536:21, 537:16, 538:11, 543:14, 545:23, 552:13, 559:16, 565:24, 569:10, 577:22, 580:10, 582:17, 591:21, 594:12, 596:12, 602:2, 641:1
**GOODS** [1] - 646:9
**GORDON** [2] - 555:12, 555:14
**GORETTI** [1] - 643:11
**GOT** [65] - 562:15, 563:9, 563:25, 565:9, 565:15, 566:12, 568:3, 568:20, 568:25, 569:13, 571:23, 574:6, 574:24, 579:19, 586:5, 589:8, 591:23, 592:20, 592:22, 597:5, 598:1, 598:6, 599:23, 599:25, 600:1, 600:5, 600:6, 600:7, 600:16, 600:23, 600:25, 603:20, 605:9, 607:12, 608:4, 609:2, 614:16, 616:6, 616:18, 616:21, 619:17, 619:18, 622:1, 624:10, 625:3, 625:4, 628:5, 631:6, 631:7, 632:7, 633:25, 635:5, 635:17, 638:20, 640:23, 641:2, 641:21, 642:21, 643:20, 644:7, 645:11, 645:15
**GOTTEN** [3] - 562:2, 591:7, 623:7
**GOVERNMENT** [5] - 536:23, 537:3, 537:9, 554:15, 638:10
**GOVERNMENT** [1] - 533:9
**GRADE** [1] - 639:15
**GRADUATE** [1] - 584:2

**GRADUATED** [6] - 584:4, 614:19, 615:13, 615:15, 640:15, 640:18
**GRADUATING** [2] - 584:5, 584:15
**GRADUATION** [1] - 614:21
**GRAMMAR** [2] - 560:23, 560:24
**GRAND** [2] - 611:4, 629:17
**GRANDCHILD** [1] - 622:6
**GRANDCHILDREN** [3] - 622:7, 622:8
**GRANDDAUGHTE R** [12] - 617:18, 621:15, 621:25, 622:4, 622:17, 624:16, 625:20, 629:18, 630:14, 634:7, 634:9, 643:6
**GRANDDAUGHTE R'S** [3] - 621:8, 621:17, 630:13
**GRANDFATHER** [2] - 635:16, 635:18
**GRANDMOTHER** [7] - 564:15, 565:2, 566:6, 566:16, 615:7, 615:11, 624:17
**GRANDSON** [1] - 629:18
**GRAPHIC** [1] - 640:19
**GRAY** [2] - 571:10, 643:15
**GREAT** [8] - 536:18, 570:13, 571:21, 594:11, 618:24, 621:5, 643:5, 643:10
**GREEN** [2] - 554:1, 568:13
**GREIF** [1] - 535:6
**GREIF** [5] - 534:7, 543:14, 543:17, 544:16
**GREW** [7] - 548:2, 583:18, 593:5, 593:9, 611:10, 615:7, 642:20
**GRID** [3] - 539:20, 540:7, 540:10
**GRIDS** [1] - 540:4
**GRITTY** [1] - 573:3
**GROUND** [3] - 603:9, 603:10, 615:10
**GROUNDS** [1] - 599:19
**GROUP** [1] - 623:19

**GROW** [7] - 548:1, 560:15, 583:11, 583:17, 586:21, 589:24, 593:4
**GROWING** [5] - 564:25, 567:3, 589:22, 592:23, 611:4
**GUADACANAL** [1] - 594:10
**GUARD** [10] - 563:3, 563:5, 563:8, 563:13, 563:17, 563:18, 563:19, 601:4, 627:21, 642:22
**GUESS** [19] - 540:16, 551:8, 552:11, 557:13, 565:18, 568:4, 569:7, 569:24, 572:1, 572:6, 572:8, 574:9, 586:24, 588:9, 595:2, 596:16, 603:20, 627:12
**GULF** [2] - 597:2, 597:3, 597:9
**GUSTAV** [1] - 591:24
**GUTTED** [2] - 608:9, 608:18
**GUTTING** [1] - 637:18
**GUY** [12] - 594:6, 594:7, 594:10, 597:8, 598:10, 601:5, 607:11, 607:21, 626:9, 626:17, 644:7
**GUYS** [1] - 600:5

# H

**H** [3] - 613:12, 613:16
**HAD** [186] - 540:7, 540:10, 540:24, 541:16, 542:22, 543:8, 544:12, 544:14, 549:14, 549:15, 551:22, 551:23, 552:7, 552:8, 552:10, 552:22, 553:1, 553:3, 553:4, 553:20, 553:25, 556:14, 557:9, 557:19, 557:21, 562:2, 562:3, 562:4, 562:5, 562:13, 562:14, 563:3, 563:4, 563:6, 563:16, 564:4, 565:3, 565:20, 566:8, 566:10, 566:11, 567:10, 568:11, 568:24, 569:10, 570:1, 570:3, 570:14,

570:15, 571:10, 571:19, 572:16, 572:24, 573:2, 573:25, 574:1, 574:14, 574:19, 575:3, 576:16, 577:6, 578:13, 580:20, 586:17, 588:18, 588:21, 588:22, 590:11, 590:22, 591:17, 591:18, 593:1, 596:7, 598:21, 598:25, 600:1, 600:4, 600:12, 601:4, 601:8, 601:12, 601:20, 601:22, 602:5, 602:6, 602:10, 602:18, 602:20, 603:2, 603:15, 603:16, 603:18, 604:1, 604:2, 604:21, 606:10, 607:13, 607:14, 607:17, 607:24, 608:12, 608:18, 610:18, 610:24, 612:4, 616:8, 619:7, 620:9, 621:8, 621:9, 621:15, 621:18, 621:22, 622:1, 622:15, 622:19, 623:3, 623:7, 623:9, 623:12, 623:20, 624:6, 624:7, 624:8, 624:10, 625:10, 625:17, 625:18, 626:18, 627:7, 627:13, 627:19, 627:20, 627:25, 628:4, 628:8, 628:10, 628:12, 631:25, 632:15, 634:6, 634:13, 634:21, 635:15, 635:19, 637:5, 637:9, 640:24, 641:11, 641:15, 641:17, 641:19, 642:7, 642:23, 642:25, 643:1, 643:5, 643:8, 643:10, 643:16, 643:19, 643:21, 643:23, 643:24, 644:2, 644:10, 644:19, 644:23, 645:13, 645:21
**HADN'T** [2] - 624:5, 626:25
**HAGGLE** [1] - 607:15
**HAIR** [1] - 617:16
**HAIRED** [1] - 635:22

**HALF** [12] - 549:2, 564:17, 567:22, 567:23, 570:9, 603:10, 623:11, 623:18, 644:2, 644:22
**HAND** [7] - 537:25, 546:16, 559:10, 581:20, 612:16, 613:11, 638:23
**HANDLE** [1] - 545:21
**HANG** [5] - 552:6, 621:10, 621:14, 622:3, 622:12
**HANGING** [2] - 628:15, 632:9
**HAPPEN** [2] - 571:23, 571:24
**HAPPENED** [9] - 551:25, 568:14, 571:21, 579:6, 600:16, 610:18, 625:3, 627:25, 631:14
**HAPPENS** [1] - 592:6
**HARAHAN** [3] - 547:3, 568:25, 569:1
**HARD** [8] - 551:15, 556:9, 596:9, 597:8, 604:4, 612:13, 636:4, 636:7
**HARLEY** [5] - 535:4, 537:18, 538:1, 538:5
**HARM** [1] - 545:10
**HARRISON** [2] - 629:17, 629:18
**HARVARD** [1] - 635:10
**HAS** [16] - 536:24, 537:9, 545:1, 548:17, 552:12, 558:10, 570:17, 573:13, 573:14, 576:16, 576:19, 577:1, 578:13, 579:6, 619:20, 619:21
**HATE** [1] - 557:11
**HATED** [1] - 571:9
**HAULED** [1] - 632:2
**HAVE** [183] - 536:6, 536:9, 536:10, 536:14, 536:15, 536:24, 538:7, 538:12, 540:17, 541:5, 541:18, 541:23, 542:6, 542:23, 543:4, 543:5, 543:11, 543:15, 544:16, 547:17, 547:21, 548:15, 550:7, 550:10, 550:13, 550:18,

552:12, 553:18,
553:24, 558:2, 558:4,
558:8, 558:20, 559:9,
560:22, 566:4,
566:20, 567:1, 567:4,
567:6, 567:8, 567:16,
568:5, 568:17,
568:19, 568:22,
568:24, 569:4,
569:18, 569:21,
571:1, 571:14,
572:10, 575:14,
577:23, 578:18,
579:23, 580:9,
580:17, 580:18,
584:6, 586:14,
586:16, 586:20,
588:13, 588:25,
589:10, 591:2, 591:7,
591:10, 592:4, 592:5,
592:8, 592:15,
592:20, 592:24,
593:9, 593:21, 594:4,
594:12, 595:8,
595:18, 595:25,
596:5, 596:8, 596:13,
596:18, 598:4, 599:4,
602:12, 603:23,
603:24, 604:1, 604:5,
604:12, 605:8,
605:11, 605:18,
605:19, 605:21,
605:22, 606:2, 606:6,
606:9, 606:12, 607:4,
607:16, 608:3,
608:11, 609:8,
609:10, 609:20,
609:23, 610:6,
611:16, 611:20,
611:23, 612:3,
612:14, 615:13,
616:2, 617:13,
617:14, 618:1,
618:11, 619:14,
619:15, 621:3, 622:7,
622:9, 622:12,
622:13, 624:14,
624:22, 625:14,
625:22, 626:7,
626:17, 628:25,
631:24, 633:6,
633:20, 633:24,
634:15, 634:17,
634:20, 635:20,
636:6, 636:16,
636:17, 636:22,
637:3, 637:8, 637:9,
637:11, 637:14,
638:5, 638:11,
638:19, 639:19,
640:1, 640:2, 640:4,

640:13, 641:3, 641:4,
641:11, 641:12,
643:3, 644:3, 645:2,
645:9, 645:22,
645:24, 646:13,
646:23, 647:11
   **HAVEN'T** [2] -
596:10, 596:23
   **HAVING** [6] - 605:15,
606:7, 608:13,
631:14, 644:24
   **HB-406** [1] - 534:16
   **HE** [58] - 536:24,
537:4, 537:8, 545:2,
549:5, 552:7, 552:8,
552:12, 552:21,
552:22, 555:23,
563:4, 563:5, 563:7,
563:9, 563:25, 564:2,
570:22, 573:16,
573:17, 581:15,
582:10, 594:7, 597:8,
598:4, 601:11,
603:20, 607:11,
616:13, 616:14,
616:15, 617:22,
625:9, 625:10, 626:9,
626:10, 630:7, 630:8,
637:9, 641:1, 641:12,
642:7, 643:23, 644:6,
644:7, 644:9, 645:2,
645:8, 645:9, 645:10
   **HE'LL** [1] - 582:11
   **HEADED** [1] - 624:18
   **HEAR** [5] - 553:10,
553:11, 610:16,
636:13, 638:6
   **HEARD** [4] - 532:8,
550:23, 553:4, 571:18
   **HEART** [1] - 552:13
   **HECTIC** [2] - 624:5,
625:5
   **HELD** [1] - 545:1
   **HELICOPTER** [2] -
552:22, 601:17
   **HELP** [3] - 536:19,
595:7, 605:10
   **HELPED** [1] - 604:10
   **HELPLESS** [1] -
626:22
   **HELTER** [1] - 625:6
   **HER** [35] - 546:14,
551:3, 552:15,
552:16, 562:3,
564:16, 565:15,
565:16, 566:16,
567:12, 568:6,
569:12, 590:12,
617:17, 621:15,
622:17, 624:17,

624:19, 624:22,
624:24, 625:10,
625:18, 638:6,
639:19, 639:22,
640:1, 640:3, 640:5,
640:10, 640:24,
640:25, 641:21, 643:8
   **HERE** [18] - 536:12,
558:12, 559:8,
572:15, 580:9, 581:8,
586:24, 586:25,
592:15, 593:8,
596:13, 606:15,
607:7, 609:8, 624:6,
632:1, 638:5, 640:21
   **HEREBY** [1] - 648:5
   **HERS** [1] - 565:11
   **HIGH** [20] - 544:14,
548:7, 556:1, 561:3,
561:4, 561:22,
561:24, 562:9,
562:14, 562:15,
563:19, 583:20,
583:21, 593:6,
599:19, 603:8,
615:13, 615:15,
640:15
   **HIGHEST** [1] - 599:2
   **HIGHLIGHT** [1] -
537:21
   **HIGHWAY** [16] -
547:3, 554:8, 560:1,
582:21, 585:23,
586:6, 586:8, 587:2,
587:4, 593:18,
594:22, 595:20,
598:25, 602:16,
606:25, 608:5
   **HIM** [10] - 537:6,
537:12, 552:7,
552:12, 552:23,
564:2, 564:3, 610:10,
626:11, 645:10
   **HIMSELF** [1] -
582:11
   **HIRE** [1] - 608:16
   **HIRED** [8] - 539:9,
617:1, 617:20,
617:22, 618:6, 618:7,
627:19, 628:7
   **HIRING** [1] - 616:16
   **HIS** [20] - 537:5,
551:22, 552:5, 559:2,
563:5, 577:1, 579:3,
581:17, 598:10,
625:9, 635:15,
635:23, 641:1,
643:23, 645:3, 645:9,
645:10, 645:11
   **HISTORY** [6] - 548:4,

594:8, 594:9, 607:21,
616:5, 640:14
   **HIT** [10] - 551:16,
565:14, 570:21,
572:20, 574:1,
590:21, 591:25,
592:1, 597:12, 602:1
   **HITCH** [1] - 625:10
   **HITCHING** [1] -
598:11
   **HOG** [2] - 628:18,
628:21
   **HOGS** [3] - 628:19,
628:20
   **HOLD** [3] - 537:6,
537:12, 646:23
   **HOLE** [6] - 554:23,
555:4, 566:10,
570:20, 570:22
   **HOLY** [5] - 583:20,
584:2, 584:5, 593:3,
593:6
   **HOME** [32] - 548:7,
548:25, 549:1, 551:9,
551:24, 552:6, 552:7,
552:9, 555:20,
556:21, 560:17,
564:19, 570:19,
572:9, 575:5, 581:17,
585:22, 585:25,
586:5, 592:13,
592:21, 593:19,
593:20, 593:23,
593:23, 593:24,
603:15, 609:5,
610:20, 622:22,
636:19
   **HOMES** [1] - 546:8
   **HONESTLY** [1] -
607:12
   **HONEYCUTT** [1] -
533:11
   **HONOR** [59] -
536:17, 536:21,
537:13, 537:16,
537:19, 541:23,
542:2, 543:11,
543:14, 544:18,
544:21, 545:12,
545:23, 546:3,
546:14, 556:17,
558:4, 558:22,
558:25, 573:12,
575:14, 575:16,
575:18, 577:10,
577:13, 578:13,
578:22, 579:8,
579:12, 580:2, 580:8,
580:9, 581:9, 581:11,
581:18, 582:2, 582:8,

606:12, 610:8,
611:16, 611:20,
612:2, 612:3, 612:16,
612:18, 612:24,
613:2, 638:1, 638:5,
638:14, 638:18,
639:16, 640:2,
640:10, 645:24,
646:19, 647:11,
647:17, 647:20
   **HONORABLE** [1] -
532:8
   **HOPE** [1] - 532:13
   **HOPEFULLY** [1] -
619:23
   **HOPING** [2] - 601:13,
609:12
   **HORN** [5] - 621:19,
621:20, 621:21,
629:15, 629:16
   **HORRIBLE** [2] -
552:16, 554:21
   **HOSPITAL** [2] -
560:17, 564:19
   **HOT** [1] - 603:4
   **HOTEL** [1] - 631:25
   **HOUMA** [5] - 598:12,
598:14, 598:15,
599:24, 604:11
   **HOUR** [3] - 536:25,
631:18, 644:2
   **HOURS** [3] - 552:23,
625:2, 641:22
   **HOUSE** [137] -
552:19, 553:22,
553:23, 554:11,
554:19, 555:3, 555:7,
555:8, 555:9, 555:11,
555:15, 555:16,
555:19, 555:21,
555:22, 555:24,
556:2, 556:12,
556:20, 556:22,
556:24, 557:14,
557:23, 558:9,
560:25, 561:6, 562:5,
564:1, 564:14,
564:15, 564:17,
564:21, 564:25,
565:2, 565:6, 565:8,
565:10, 565:16,
565:19, 565:20,
565:25, 566:2, 566:5,
566:6, 566:7, 567:1,
567:2, 567:21, 568:9,
569:13, 569:23,
570:12, 571:3, 571:5,
571:12, 571:18,
571:19, 572:24,
573:9, 574:1, 574:4,

575:3, 575:7, 575:8, 593:3, 597:24, 600:18, 601:21, 602:7, 603:22, 603:25, 604:9, 604:10, 606:15, 606:18, 606:19, 609:4, 609:6, 609:21, 610:24, 620:8, 620:18, 620:22, 620:23, 620:24, 621:4, 621:5, 621:6, 621:16, 626:10, 627:2, 627:25, 628:3, 628:5, 629:1, 629:2, 629:7, 629:8, 629:9, 629:19, 630:3, 630:10, 630:11, 630:18, 630:21, 630:24, 631:2, 631:6, 631:7, 631:11, 631:13, 632:2, 632:3, 632:6, 632:7, 632:14, 633:11, 633:16, 634:13, 634:15, 634:24, 635:5, 635:11, 637:19, 641:5, 642:15, 643:13, 644:5, 644:8, 645:4, 646:4, 646:11

**HOUSEKEEPING** [1] - 647:5

**HOUSES** [2] - 585:1, 601:22

**HOUSTON** [7] - 597:19, 597:20, 598:4, 598:5, 604:16, 604:18, 634:6

**HOW** [100] - 544:2, 547:17, 547:21, 548:18, 551:6, 552:2, 552:13, 553:2, 553:3, 554:9, 555:24, 556:1, 556:22, 557:11, 557:14, 558:16, 560:20, 561:13, 562:18, 562:23, 563:12, 563:21, 565:15, 567:21, 568:2, 569:3, 570:7, 570:20, 571:18, 571:23, 572:3, 573:4, 575:1, 577:22, 579:2, 579:21, 584:21, 585:6, 585:24, 586:11, 586:14, 586:18, 586:21, 587:24, 588:6, 589:24, 593:21, 595:14, 595:18, 596:5, 596:12,

596:13, 597:15, 598:1, 598:13, 599:25, 603:6, 604:12, 604:25, 605:3, 609:3, 611:6, 614:16, 615:2, 617:20, 618:4, 618:11, 619:14, 619:15, 620:6, 622:4, 624:13, 625:1, 625:5, 625:6, 625:7, 625:25, 631:9, 631:16, 632:25, 633:6, 633:8, 633:11, 633:18, 634:18, 637:6, 637:13, 638:12, 640:13, 640:18, 640:23, 641:2, 641:3, 642:10, 643:12, 644:8, 646:10

**HOWEVER** [1] - 576:5

**HUGE** [1] - 554:23

**HUGGED** [1] - 597:9

**HUH** [14] - 540:20, 548:22, 550:12, 555:7, 555:17, 559:19, 562:17, 568:3, 568:18, 572:19, 573:20, 574:10, 574:12, 575:6

**HUMAN** [5] - 636:6, 636:11, 636:15, 636:16, 636:19

**HUMANITY** [1] - 636:11

**HUMBLING** [1] - 611:8

**HUMILIATING** [1] - 626:22

**HUNG** [2] - 568:11, 630:5

**HUNTING** [1] - 611:11

**HURRICANE** [57] - 548:13, 548:21, 548:23, 549:7, 549:10, 549:17, 549:23, 550:1, 550:22, 552:21, 557:15, 559:5, 564:12, 566:18, 567:9, 567:24, 574:6, 585:19, 585:21, 591:25, 595:1, 596:5, 596:15, 597:2, 597:12, 597:23, 598:2, 598:13, 598:21, 599:10, 599:11, 599:21,

605:20, 605:23, 609:25, 610:24, 613:22, 619:3, 619:6, 619:11, 619:19, 621:12, 622:4, 623:1, 623:4, 623:13, 627:16, 629:7, 629:23, 630:19, 634:23, 637:2, 641:7, 641:10, 641:24, 645:18, 645:22

**HURRIEDLY** [1] - 624:11

**HURTFUL** [1] - 636:9

**HURTING** [1] - 605:14

**HUSBAND** [8] - 548:17, 549:12, 550:24, 553:18, 557:23, 641:11, 642:7, 644:17

**HYMEL** [2] - 594:15, 594:16

### I

**I** [789] - 535:1, 536:1, 536:9, 536:10, 536:11, 536:15, 537:17, 538:3, 538:6, 538:11, 538:12, 538:14, 538:19, 539:25, 540:15, 540:16, 540:17, 541:3, 541:20, 541:22, 541:23, 542:14, 542:15, 542:25, 543:1, 543:2, 543:4, 543:10, 543:11, 543:15, 543:21, 544:2, 544:16, 545:12, 547:3, 547:16, 548:2, 548:3, 548:6, 548:16, 548:20, 548:24, 549:8, 549:19, 550:3, 550:9, 550:15, 550:24, 551:2, 551:8, 551:22, 551:23, 552:11, 552:13, 552:14, 552:15, 552:18, 553:3, 553:4, 553:5, 553:16, 553:17, 556:3, 556:10, 556:13, 556:14, 556:25, 557:2, 557:8, 557:9, 557:11, 557:13, 557:16, 557:19, 557:20, 557:21, 558:4, 558:10,

558:14, 558:16, 559:8, 560:22, 560:24, 561:4, 561:23, 562:3, 562:4, 562:5, 562:8, 562:9, 562:10, 562:11, 562:12, 562:13, 562:14, 562:19, 562:21, 563:3, 563:4, 563:7, 563:9, 563:14, 563:20, 563:22, 563:25, 564:2, 564:10, 564:18, 564:19, 564:21, 565:7, 565:14, 565:18, 565:25, 566:5, 566:6, 567:2, 567:5, 567:6, 567:18, 567:25, 568:4, 568:5, 569:6, 569:7, 569:20, 569:24, 569:25, 570:14, 571:5, 571:6, 571:7, 571:9, 571:10, 571:13, 571:22, 571:23, 572:1, 572:5, 572:6, 572:8, 572:10, 572:15, 573:2, 573:3, 573:13, 573:24, 574:3, 574:7, 574:9, 574:10, 574:11, 575:9, 575:14, 577:22, 577:23, 577:24, 578:13, 579:6, 579:7, 579:20, 579:25, 580:17, 580:18, 580:20, 582:1, 583:18, 583:20, 584:6, 584:16, 584:20, 584:22, 585:4, 585:9, 586:17, 586:24, 587:7, 587:8, 587:9, 587:10, 587:23, 587:25, 588:9, 589:8, 589:9, 589:23, 590:6, 591:3, 591:24, 592:6, 592:11, 592:12, 592:18, 592:19, 592:20, 592:21, 592:22, 593:1, 593:5, 593:7, 594:5, 594:11, 594:14, 595:2, 595:4, 595:5, 595:18, 595:21, 596:8, 596:9, 596:10, 596:16, 596:19, 596:21, 596:23, 596:24, 597:14, 597:16, 597:24, 598:4, 598:5, 598:6, 598:11, 598:12, 598:15,

598:18, 599:11, 599:13, 599:15, 599:16, 599:18, 599:19, 599:23, 600:1, 600:5, 600:7, 600:8, 600:24, 600:25, 601:2, 601:4, 601:5, 601:10, 601:13, 601:14, 601:16, 601:18, 601:19, 601:20, 601:23, 601:24, 601:25, 602:5, 602:6, 602:10, 602:11, 602:12, 602:17, 603:3, 603:14, 603:19, 603:20, 603:23, 603:24, 604:1, 604:2, 604:4, 604:5, 604:8, 604:9, 604:10, 604:11, 604:15, 604:16, 604:18, 604:21, 604:22, 605:2, 605:7, 605:21, 606:1, 606:2, 606:4, 606:6, 606:8, 606:10, 606:12, 606:17, 607:4, 607:5, 607:6, 607:10, 607:11, 607:12, 607:13, 607:14, 607:21, 607:25, 608:2, 608:3, 608:6, 608:9, 608:12, 608:18, 608:19, 608:21, 609:1, 609:3, 609:5, 609:10, 609:11, 609:12, 609:13, 609:22, 610:17, 610:18, 610:19, 610:20, 610:21, 611:6, 611:7, 611:9, 611:10, 611:11, 611:12, 611:16, 611:20, 611:21, 611:23, 611:24, 612:15, 612:16, 612:18, 613:1, 613:17, 614:11, 614:19, 614:24, 615:5, 615:7, 615:9, 615:10, 615:13, 615:15, 615:16, 615:17, 615:23, 616:1, 616:2, 616:3, 616:7, 616:10, 616:13, 616:14, 616:15, 616:16, 616:17, 616:18, 616:20, 616:21, 616:22, 617:1, 617:2,

617:6, 617:8, 617:9, 617:12, 617:14, 618:2, 618:5, 618:6, 618:7, 618:8, 618:9, 618:24, 619:1, 619:5, 619:15, 619:16, 619:17, 619:18, 619:20, 619:21, 619:23, 620:3, 620:5, 620:8, 620:17, 620:25, 621:1, 621:6, 621:7, 621:17, 621:18, 621:19, 621:20, 621:21, 621:22, 621:24, 622:1, 622:7, 622:19, 622:22, 623:2, 623:5, 623:7, 623:8, 623:9, 623:19, 623:22, 623:24, 624:3, 624:5, 624:7, 624:8, 624:10, 624:12, 624:13, 624:15, 624:16, 624:19, 624:22, 624:23, 625:4, 625:11, 625:17, 625:18, 625:19, 625:20, 625:21, 625:22, 625:23, 626:1, 626:2, 626:3, 626:4, 626:7, 626:8, 626:10, 626:11, 626:20, 626:23, 626:24, 626:25, 627:4, 627:5, 627:6, 627:7, 627:9, 627:10, 627:12, 627:13, 627:17, 627:23, 627:24, 628:3, 628:6, 628:8, 628:10, 628:18, 628:19, 628:20, 629:2, 629:3, 629:4, 629:5, 629:6, 629:16, 629:25, 630:24, 631:4, 631:7, 631:12, 631:13, 631:17, 631:18, 631:22, 631:25, 632:1, 632:2, 632:4, 632:8, 632:12, 632:15, 633:1, 633:4, 633:19, 633:21, 633:22, 633:23, 633:24, 633:25, 634:4, 634:11, 634:12, 634:17, 634:19, 634:20, 634:25, 635:1, 635:3, 635:5, 635:6, 635:9, 635:11, 635:13, 635:14, 635:15,

635:16, 635:17, 635:19, 635:21, 635:23, 635:24, 636:1, 636:3, 636:7, 636:8, 636:18, 636:20, 637:3, 637:8, 637:9, 637:11, 637:13, 637:14, 637:25, 638:11, 638:19, 639:4, 639:11, 639:13, 639:16, 639:18, 640:8, 640:15, 640:19, 640:20, 640:21, 641:8, 641:11, 641:12, 641:13, 641:14, 641:15, 641:16, 641:17, 641:19, 641:21, 641:23, 642:1, 642:2, 642:5, 642:7, 642:8, 642:9, 642:13, 642:14, 642:15, 642:18, 642:19, 642:20, 642:24, 643:5, 643:6, 643:10, 643:14, 643:16, 643:20, 643:21, 643:24, 643:25, 644:1, 644:3, 644:14, 644:16, 644:17, 644:18, 644:19, 644:21, 645:1, 645:5, 645:10, 645:13, 645:14, 645:15, 645:19, 645:21, 645:22, 645:24, 646:3, 646:6, 646:10, 646:11, 646:12, 646:13, 646:23, 647:11, 647:14, 647:18, 648:4
**I'D** [7] - 544:22, 571:13, 571:14, 571:15, 595:16, 597:24, 622:21
**I'LL** [15] - 541:21, 542:2, 542:4, 542:24, 543:12, 562:10, 572:9, 577:13, 577:24, 579:15, 599:23, 601:16, 638:16, 640:2, 640:9
**I'M** [25] - 536:14, 552:17, 556:13, 560:21, 564:25, 572:7, 575:10, 579:3, 595:4, 603:7, 606:3, 606:6, 606:8, 607:12, 607:15, 607:21, 609:12, 610:13,

610:17, 626:16, 626:17, 632:18, 639:16, 645:11
**I'VE** [10] - 571:18, 593:8, 606:3, 606:8, 608:2, 628:9, 628:10, 636:18, 638:20
**I-10** [1] - 620:12
**IBOS** [1] - 534:15
**IBOS** [2] - 648:4, 648:12
**ICE** [2] - 600:21, 602:18
**IDEA** [2] - 610:6, 625:19
**IDENTIFIED** [2] - 545:13, 578:14
**IDENTIFY** [2] - 549:5, 577:9
**IDENTIFYING** [1] - 545:6
**IDENTITY** [1] - 592:21
**IDIOT** [1] - 637:8
**IF** [48] - 536:13, 537:5, 537:8, 541:20, 542:15, 543:3, 543:23, 549:6, 552:11, 555:15, 556:1, 556:7, 559:10, 566:11, 566:20, 567:4, 567:6, 573:17, 576:24, 579:6, 579:8, 579:11, 579:25, 591:23, 592:6, 595:11, 596:22, 601:5, 601:14, 603:8, 607:5, 610:10, 611:23, 612:13, 615:13, 628:12, 631:19, 632:11, 632:19, 634:18, 636:24, 638:5, 642:25, 643:25, 644:10, 645:20, 647:8
**II** [4] - 533:19, 534:1, 594:6, 594:8
**III** [1] - 547:24
**IKE** [1] - 592:1
**IMAGINE** [1] - 635:18
**IMMEDIATELY** [1] - 545:18
**IMMUNE** [1] - 636:2
**IMPACT** [3] - 539:14, 541:5, 541:6
**IMPACTS** [3] - 541:16, 578:10, 581:2
**IMPLIED** [1] - 576:23
**IMPORTANT** [1] - 645:13

**IMPROPER** [1] - 573:12
**IN** [465] - 536:5, 536:22, 536:24, 536:25, 537:7, 537:19, 538:1, 538:16, 538:20, 538:23, 538:24, 539:2, 539:14, 539:18, 540:4, 540:19, 540:21, 541:1, 541:3, 541:10, 541:16, 541:17, 542:5, 542:18, 542:20, 542:22, 544:7, 544:8, 544:12, 545:4, 545:18, 546:3, 546:12, 546:17, 547:3, 547:6, 548:2, 548:8, 549:1, 549:2, 549:5, 549:12, 549:13, 549:15, 550:8, 550:16, 551:6, 551:10, 551:16, 551:21, 552:1, 552:3, 552:6, 552:7, 552:8, 552:10, 552:14, 552:25, 553:1, 553:6, 554:2, 554:4, 554:5, 554:6, 554:7, 554:13, 554:14, 554:17, 554:23, 554:25, 555:1, 555:9, 555:22, 555:24, 556:1, 556:4, 556:8, 556:11, 556:12, 556:16, 556:24, 557:4, 557:5, 557:9, 559:1, 559:12, 560:7, 560:16, 560:20, 561:6, 561:12, 562:6, 562:7, 562:13, 562:22, 563:3, 563:7, 563:10, 563:12, 564:1, 564:14, 564:15, 564:18, 564:22, 564:23, 565:1, 565:5, 565:11, 565:12, 565:14, 565:17, 566:10, 566:12, 566:25, 567:3, 567:4, 567:7, 567:9, 567:14, 568:23, 568:25, 569:1, 569:4, 569:9, 569:10, 569:11, 570:3, 570:16, 570:20, 570:22, 571:19, 572:2, 572:17, 572:21, 572:23, 574:2, 574:4, 574:14, 575:3,

575:19, 575:20, 575:24, 575:25, 576:10, 577:1, 577:8, 577:16, 578:16, 578:18, 578:20, 579:3, 579:4, 579:7, 579:10, 579:21, 580:5, 580:22, 580:25, 581:5, 581:21, 582:2, 582:20, 582:21, 583:4, 583:18, 583:21, 583:25, 584:11, 584:16, 584:17, 584:18, 584:19, 584:20, 584:21, 584:22, 584:24, 585:13, 585:22, 586:4, 586:14, 586:16, 586:18, 588:1, 588:11, 588:21, 589:11, 589:13, 589:17, 589:21, 589:24, 590:4, 590:11, 590:15, 590:16, 590:17, 590:18, 590:20, 591:2, 591:4, 591:13, 591:19, 592:5, 592:16, 592:23, 592:24, 593:1, 593:3, 593:4, 593:5, 593:6, 593:10, 593:21, 593:23, 593:25, 594:1, 594:10, 594:20, 594:25, 595:5, 595:8, 595:10, 595:21, 596:4, 596:5, 596:11, 596:13, 596:23, 597:5, 597:10, 597:12, 597:15, 597:20, 597:24, 598:4, 598:10, 598:14, 598:15, 599:1, 599:7, 599:9, 599:12, 599:16, 599:25, 600:1, 600:25, 601:2, 601:12, 601:17, 602:5, 602:6, 602:18, 602:20, 602:23, 603:2, 603:11, 603:15, 603:22, 603:25, 604:9, 604:18, 604:21, 604:23, 604:24, 605:1, 605:3, 605:11, 605:17, 606:16, 607:1, 607:3, 607:4, 607:8, 607:13,

607:19, 608:10, 608:14, 608:19, 608:20, 608:21, 608:25, 609:5, 609:10, 609:23, 610:21, 610:24, 611:3, 611:4, 611:5, 612:23, 613:12, 613:25, 614:1, 614:13, 614:18, 614:23, 614:24, 615:2, 615:4, 615:6, 615:7, 615:8, 615:10, 615:11, 615:18, 615:20, 615:23, 616:1, 616:7, 616:13, 616:14, 616:20, 616:21, 617:2, 617:8, 617:12, 617:15, 617:16, 617:23, 618:3, 618:16, 618:19, 619:1, 619:9, 619:16, 620:11, 621:1, 621:7, 621:11, 621:13, 621:14, 621:15, 621:19, 621:23, 621:24, 622:9, 622:10, 623:8, 623:13, 623:16, 623:18, 623:21, 624:18, 625:7, 625:8, 625:10, 625:25, 626:8, 626:9, 626:12, 627:18, 627:22, 627:23, 627:25, 628:6, 628:7, 628:8, 628:10, 628:18, 629:12, 629:20, 630:19, 631:1, 631:3, 631:18, 631:20, 631:25, 632:1, 632:3, 632:22, 632:25, 633:3, 633:6, 633:11, 633:18, 633:22, 634:2, 634:4, 634:6, 634:9, 634:11, 634:12, 635:2, 635:14, 636:18, 636:23, 637:10, 637:12, 637:18, 638:24, 639:15, 639:18, 639:21, 640:5, 640:15, 640:16, 640:19, 640:20, 641:1, 641:16, 641:17, 641:20, 641:21, 641:24, 642:2, 642:10, 642:11, 642:13, 642:14, 642:18, 642:19,

642:20, 642:24, 642:25, 643:1, 643:2, 643:3, 643:5, 643:15, 643:16, 644:1, 644:7, 644:8, 644:10, 644:12, 644:13, 644:15, 645:1, 645:3, 645:4, 645:9, 645:11, 645:19, 645:23, 646:6, 646:12, 646:24, 648:7
  **IN-BETWEEN** [1] - 537:7
  **INARTICULATELY** [1] - 574:7
  **INC** [1] - 582:20
  **INCLUDE** [1] - 542:13
  **INCLUDES** [1] - 575:25
  **INCOME** [4] - 548:13, 564:11, 569:3, 591:7
  **INCOMES** [1] - 593:25
  **INCOMPETENCY** [1] - 571:24
  **INCONSISTENT** [1] - 573:14
  **INCORPORATE** [1] - 541:10
  **INCUR** [1] - 627:10
  **INDEX** [4] - 545:14, 577:12, 577:14, 578:15
  **INDIFFERENCE** [1] - 571:25
  **INDIVIDUAL** [1] - 589:22
  **INDIVIDUALLY** [2] - 548:15, 582:25
  **INDUCED** [1] - 539:6
  **INDULGENCE** [1] - 612:18
  **INDUSTRIAL** [6] - 561:8, 570:6, 570:7, 570:10, 593:7, 601:3
  **INDUSTRY** [3] - 584:20, 584:21, 584:25
  **INFECTED** [1] - 552:5
  **INFLUENCE** [1] - 539:15
  **INFORMAL** [1] - 607:7
  **INFORMATION** [1] - 589:19
  **INFORMED** [1] - 552:9

  **INHERITED** [4] - 566:5, 566:6, 630:14
  **INITIAL** [1] - 559:24
  **INITIALLY** [3] - 586:3, 643:20, 644:1
  **INITIATE** [1] - 576:4
  **INITIATED** [1] - 576:2
  **INSIDE** [17] - 564:16, 564:22, 564:23, 564:25, 565:6, 565:8, 567:2, 573:9, 587:18, 602:14, 602:15, 603:3, 603:5, 603:12, 630:2, 631:13, 632:19
  **INSISTED** [1] - 542:12
  **INSPECT** [1] - 570:23
  **INSPECTING** [1] - 590:2
  **INSTALL** [1] - 576:24
  **INSTITUTION** [1] - 537:22
  **INSURANCE** [2] - 584:16, 599:16
  **INSURERS** [1] - 533:22
  **INTENDED** [1] - 624:8
  **INTENTION** [3] - 558:8, 592:24, 593:1
  **INTEREST** [2] - 542:21, 616:1
  **INTERESTED** [2] - 577:24, 584:22
  **INTERRUPT** [1] - 610:4
  **INTERVIEW** [2] - 570:19, 616:25
  **INTERVIEWER** [1] - 570:22
  **INTO** [31] - 536:13, 552:15, 552:22, 554:22, 563:5, 563:9, 565:19, 574:24, 586:7, 588:4, 589:8, 597:3, 599:21, 602:7, 604:16, 608:1, 608:14, 608:23, 615:14, 615:15, 615:22, 616:6, 616:18, 616:21, 619:7, 627:21, 627:24, 630:23, 644:12, 644:24
  **INVENTORY** [3] - 613:6, 640:6, 647:7
  **INVESTIGATIVE** [1] - 618:9

  **INVOICES** [2] - 613:7, 640:7
  **INVOLVED** [9] - 539:13, 542:20, 566:25, 584:21, 590:4, 590:15, 591:3, 591:4, 591:13
  **INVOLVEMENT** [2] - 591:1, 591:2
  **IRISH** [2] - 635:17, 635:18
  **IRREPLACEABLE** [4] - 557:18, 571:4, 571:7, 645:7
  **IS** [229] - 536:25, 537:20, 537:21, 538:5, 538:11, 538:17, 538:18, 538:21, 538:25, 539:3, 539:5, 539:6, 539:10, 539:15, 539:17, 539:19, 539:20, 539:21, 539:25, 540:1, 540:5, 540:9, 540:21, 541:7, 541:8, 541:10, 541:12, 542:2, 542:9, 542:10, 543:5, 543:8, 543:24, 544:24, 545:2, 545:15, 546:5, 546:6, 546:7, 546:13, 546:23, 547:2, 547:5, 547:8, 547:10, 548:8, 548:9, 548:16, 548:18, 548:25, 549:5, 549:22, 550:4, 550:16, 551:3, 551:5, 551:17, 555:3, 555:8, 555:12, 555:16, 555:19, 557:4, 559:2, 559:3, 559:8, 559:23, 559:25, 560:6, 560:9, 560:11, 560:14, 561:6, 561:24, 562:16, 563:13, 563:21, 564:11, 564:23, 566:23, 569:3, 570:7, 570:9, 571:12, 572:1, 572:6, 573:16, 573:24, 574:11, 575:18, 575:19, 575:24, 576:17, 576:21, 577:12, 577:24, 577:25, 578:3, 578:14, 578:15, 578:20, 578:22, 579:8, 579:12, 579:16, 580:8, 580:10, 580:19,

580:22, 581:8, 581:15, 582:6, 582:7, 582:18, 582:22, 582:23, 583:1, 583:3, 583:5, 583:6, 583:7, 583:10, 585:14, 585:16, 585:17, 589:4, 589:7, 591:19, 591:22, 593:3, 593:6, 593:13, 593:15, 593:16, 593:19, 594:15, 594:19, 594:21, 595:16, 597:2, 598:7, 599:1, 599:2, 599:14, 599:17, 601:11, 603:8, 604:12, 604:13, 604:25, 605:3, 607:16, 610:12, 611:6, 611:8, 612:6, 612:23, 612:25, 613:3, 614:3, 614:7, 616:3, 617:5, 617:14, 617:16, 617:17, 617:19, 618:16, 618:17, 618:19, 618:24, 619:16, 620:10, 622:6, 623:21, 623:23, 623:24, 623:25, 624:21, 626:2, 628:6, 629:5, 629:7, 629:14, 629:17, 629:19, 629:22, 630:2, 630:6, 630:9, 630:17, 630:18, 630:21, 631:1, 631:5, 632:8, 632:21, 633:8, 633:11, 633:24, 634:3, 634:6, 634:9, 636:18, 636:21, 637:19, 638:10, 639:7, 640:9, 640:23, 645:22, 645:23, 646:6, 646:20, 646:21, 646:25, 647:1, 647:4, 647:7, 647:15, 648:6
  **ISLAND** [4] - 601:18, 601:22, 611:7, 611:13
  **ISLAND'S** [1] - 611:14
  **ISLANDS** [1] - 611:13
  **ISN'T** [2] - 629:25
  **ISSUE** [2] - 536:23, 581:4
  **ISSUES** [7] - 536:10, 545:5, 605:19,

605:22, 606:1, 606:2,
639:24
**IT** [391] - 536:13,
538:4, 539:23,
540:17, 540:19,
541:1, 541:12,
541:21, 544:13,
545:14, 545:15,
546:21, 547:8,
549:14, 549:16,
549:19, 549:25,
550:23, 551:5,
551:12, 551:13,
551:15, 552:13,
552:16, 552:23,
553:4, 553:8, 553:16,
553:25, 554:21,
554:23, 554:24,
555:5, 555:25,
556:10, 556:14,
556:22, 557:17,
557:25, 558:10,
558:14, 558:16,
559:17, 559:21,
560:9, 560:14,
560:19, 561:4, 561:5,
561:9, 561:12,
561:13, 561:16,
561:18, 561:24,
562:4, 562:25,
563:14, 563:15,
564:13, 565:2, 565:3,
565:4, 565:5, 565:6,
565:7, 565:11,
565:14, 565:15,
565:18, 566:7, 566:8,
566:13, 566:20,
567:3, 567:5, 567:19,
568:3, 568:10,
568:11, 568:12,
568:14, 569:24,
569:25, 570:5,
570:13, 570:16,
570:17, 570:18,
570:21, 570:23,
571:19, 571:21,
571:23, 571:24,
572:1, 572:6, 572:23,
573:1, 573:2, 573:4,
573:8, 574:10,
574:18, 574:24,
575:9, 575:11,
576:20, 576:24,
577:14, 577:22,
578:20, 579:2, 579:3,
579:6, 579:7, 579:9,
579:10, 579:15,
580:22, 581:24,
582:22, 583:1, 583:5,
583:10, 583:13,
584:22, 585:11,

585:22, 585:24,
586:4, 586:25, 587:7,
587:8, 587:9, 587:12,
587:20, 588:1, 588:9,
589:7, 589:12,
589:23, 592:3, 592:6,
593:23, 594:5, 594:8,
594:11, 594:12,
595:2, 595:3, 595:11,
595:16, 595:18,
595:22, 595:23,
596:12, 596:16,
596:19, 596:24,
596:25, 597:6,
597:16, 598:7,
598:10, 598:12,
599:6, 599:8, 599:13,
599:15, 599:19,
599:23, 600:2,
600:11, 600:18,
600:19, 600:20,
601:3, 601:19,
601:24, 601:25,
602:9, 602:10,
602:11, 602:12,
602:13, 602:19,
603:2, 603:3, 603:4,
603:8, 603:10,
603:14, 604:14,
605:7, 605:13,
605:16, 606:7,
606:18, 606:19,
606:20, 607:1, 607:2,
607:4, 607:5, 607:9,
607:10, 607:15,
607:23, 608:2, 608:3,
608:10, 608:14,
608:18, 608:19,
608:20, 608:21,
609:2, 610:20,
610:21, 611:6, 611:7,
611:8, 612:7, 612:13,
612:15, 613:14,
613:25, 614:20,
616:4, 616:14,
616:22, 617:8,
617:14, 618:16,
618:25, 619:1,
619:17, 619:20,
619:21, 619:23,
620:5, 620:8, 620:17,
621:9, 622:1, 622:11,
622:19, 622:21,
622:25, 623:3,
623:16, 623:20,
623:23, 623:24,
623:25, 624:5, 624:7,
624:8, 625:1, 625:6,
625:11, 625:17,
626:7, 626:19,
626:20, 626:21,

626:22, 627:6, 627:7,
627:11, 627:12,
627:13, 627:17,
628:8, 628:12,
628:15, 628:18,
628:19, 628:21,
628:22, 628:24,
629:3, 629:25, 630:7,
630:13, 630:14,
631:1, 631:10,
631:14, 632:4, 633:1,
633:7, 633:23, 634:6,
634:10, 634:11,
634:17, 635:14,
635:15, 635:16,
635:24, 636:14,
636:15, 637:19,
638:6, 638:7, 638:8,
638:11, 638:16,
639:1, 639:23, 640:2,
640:8, 640:23,
641:11, 641:12,
641:13, 641:21,
641:23, 642:1, 642:7,
642:14, 642:22,
643:14, 643:17,
643:20, 643:25,
644:3, 644:9, 644:16,
644:17, 644:19,
644:21, 645:1,
645:15, 645:21,
646:7, 646:20,
646:25, 647:4
**IT'LL** [1] - 536:19
**IT'S** [73] - 536:16,
537:5, 546:20,
547:12, 549:1, 550:5,
550:17, 554:24,
555:1, 556:9, 558:10,
561:8, 561:17,
563:14, 563:22,
565:22, 565:23,
566:1, 567:18, 569:5,
569:18, 570:10,
570:15, 570:17,
571:11, 573:12,
574:9, 579:4, 579:13,
579:21, 579:22,
579:25, 581:4,
581:25, 585:12,
589:3, 591:23,
593:17, 593:20,
595:2, 596:9, 602:19,
603:10, 604:4, 605:7,
605:8, 611:6, 611:9,
611:14, 611:24,
612:7, 612:25, 613:1,
619:21, 620:11,
622:14, 623:25,
624:14, 626:3, 629:4,
629:5, 635:24, 636:1,

636:4, 636:7, 636:8,
638:8
**ITEMS** [9] - 556:23,
557:5, 557:18, 571:4,
589:16, 609:23,
610:2, 632:13
**ITS** [5] - 537:9,
539:14, 575:20,
577:6, 580:22
**ITSELF** [1] - 582:13
**IVAN** [1] - 641:16

**J**

**J** [1] - 534:1
**JACKET** [1] - 571:10
**JACKSON** [9] -
623:18, 624:2,
624:13, 624:19,
624:21, 625:1,
625:23, 625:25,
631:22
**JACQUELYN** [1] -
617:19
**JAMES** [2] - 533:1,
534:8
**JANUARY** [1] -
614:13
**JEFFERSON** [4] -
547:3, 554:8, 560:1,
618:8
**JEFFERSON** [1] -
533:2
**JEFFREY** [1] - 534:6
**JENNA** [5] - 617:17,
629:18, 630:15,
630:16
**JEOPARDY** [2] -
637:10, 637:12
**JEWELRY** [1] -
571:5
**JOANEN** [10] -
537:16, 538:10,
538:11, 539:24,
540:13, 541:23,
542:1, 543:11, 544:18
**JOANEN** [1] - 535:5
**JOB** [13] - 562:6,
563:1, 563:24,
563:25, 568:21,
616:8, 616:10,
616:18, 616:21,
617:2, 617:23, 618:1,
618:17
**JOBS** [3] - 586:23,
586:24, 586:25
**JOE** [4] - 570:1,
578:21, 629:25, 630:1
**JOGGING** [2] -
600:9, 600:19

**JOHN** [3] - 534:12,
578:5, 603:23
**JOHNSON** [1] -
618:7
**JOINED** [1] - 615:6
**JOINT** [2] - 580:23
**JOINTLY** [1] - 578:13
**JONATHAN** [1] -
532:19
**JOSEPH** [2] -
532:16, 532:16
**JOSHUA** [1] - 533:15
**JOURNALISM** [3] -
615:22, 615:23, 616:6
**JOURNALIST** [7] -
614:19, 615:24,
615:25, 627:13,
636:2, 636:6
**JOY** [1] - 621:16
**JR** [1] - 534:8
**JR** [8] - 532:8, 533:5,
533:12, 533:18,
533:18, 534:5,
559:12, 559:24
**JUDGE** [10] - 532:8,
553:6, 561:24,
579:15, 584:18,
594:25, 599:25,
611:2, 621:11, 624:4
**JULY** [1] - 618:12
**JUMBLED** [1] -
603:16
**JUMONVILLE** [6] -
590:17, 591:2, 591:7,
591:10, 591:13, 592:9
**JUMPED** [1] - 600:8
**JUNIOR** [2] - 559:23,
559:24
**JUST** [103] - 538:8,
538:12, 538:19,
539:23, 542:14,
543:15, 548:3,
549:19, 553:3, 556:9,
557:16, 558:8,
562:10, 563:4, 566:8,
567:5, 567:11,
567:19, 568:3,
568:12, 570:5,
570:13, 570:15,
571:5, 571:22, 572:5,
572:6, 572:15, 573:4,
574:12, 574:23,
578:17, 584:22,
586:24, 587:8, 587:9,
587:18, 587:20,
589:11, 592:3, 594:5,
594:12, 596:11,
596:24, 598:11,
600:14, 600:20,
601:13, 601:14,

602:1, 602:9, 602:11, 602:13, 602:19, 603:4, 603:15, 603:16, 604:14, 604:16, 604:17, 604:22, 604:23, 605:15, 606:10, 606:15, 607:10, 607:20, 609:19, 611:3, 611:6, 619:8, 621:10, 623:7, 625:4, 627:13, 628:12, 628:15, 631:11, 631:12, 631:18, 632:1, 635:13, 636:1, 636:3, 636:7, 638:17, 638:20, 640:3, 641:23, 642:8, 643:17, 645:22, 646:12, 646:19, 647:5, 647:8
**JUSTICE** [1] - 534:4
**JX** [7] - 545:14, 545:15, 545:16, 575:20, 577:10, 577:12, 580:24

# K

**K** [2] - 534:9, 534:11
**KAISER** [1] - 593:17
**KALIMAH** [1] - 534:6
**KARA** [1] - 534:9
**KAREN** [2] - 648:4, 648:12
**KAREN** [1] - 534:15
**KATRINA** [66] - 540:16, 546:9, 548:13, 548:21, 548:23, 549:7, 549:10, 549:17, 549:23, 550:1, 550:22, 553:18, 557:15, 559:5, 564:12, 566:18, 567:9, 567:24, 569:6, 574:11, 585:19, 585:21, 589:8, 590:21, 595:1, 595:3, 595:5, 595:6, 595:15, 595:18, 596:5, 596:15, 597:12, 598:3, 598:13, 598:15, 598:21, 599:22, 605:18, 605:20, 605:23, 606:3, 606:4, 609:25, 610:24, 613:4, 613:22, 619:3, 619:6, 619:11, 619:19, 621:12, 622:4, 623:1,

623:4, 627:16, 629:7, 629:9, 629:23, 630:19, 634:23, 637:2, 641:7, 641:10, 641:25, 645:18
**KEA** [1] - 532:20
**KEEP** [1] - 588:21
**KEEPING** [3] - 536:22, 537:19, 546:3
**KELLS** [1] - 534:7
**KENT** [10] - 535:13, 581:12, 581:21, 581:25, 582:7, 583:15, 594:20
**KEPT** [5] - 601:13, 626:10, 626:23, 641:19
**KEY** [2] - 602:5, 602:6
**KICK** [2] - 603:15, 644:7
**KICKED** [2] - 628:7, 631:3
**KID** [1] - 628:18
**KIDS** [3] - 622:16, 629:17, 630:1
**KILLING** [1] - 569:8
**KIND** [27] - 556:9, 560:2, 573:1, 574:18, 584:22, 586:25, 587:9, 588:10, 590:5, 591:21, 592:11, 594:14, 595:2, 595:5, 596:9, 597:6, 597:8, 598:11, 604:23, 606:1, 608:20, 634:22, 635:13, 639:17, 644:10, 644:19, 646:12
**KNEW** [13] - 558:16, 573:1, 573:2, 573:8, 575:3, 601:24, 601:25, 637:9, 642:1, 643:6, 643:21, 643:25
**KNOCK** [1] - 605:7
**KNOCKED** [2] - 555:6, 570:21
**KNOTS** [1] - 645:23
**KNOW** [123] - 540:18, 543:24, 544:13, 551:15, 552:10, 552:12, 552:13, 552:18, 553:3, 553:4, 553:12, 554:25, 556:10, 556:12, 556:17, 557:8, 557:10, 557:16, 557:20, 558:14, 561:15, 565:15, 568:4,

568:14, 569:25, 570:14, 571:6, 572:5, 573:3, 573:4, 573:7, 573:8, 574:3, 574:13, 574:18, 574:20, 575:9, 578:21, 579:6, 579:20, 587:9, 587:19, 588:11, 588:19, 590:7, 590:23, 591:23, 592:11, 594:9, 594:13, 596:13, 597:6, 598:19, 599:9, 599:15, 599:17, 600:21, 601:23, 601:25, 602:17, 602:18, 602:19, 603:2, 604:1, 604:2, 604:5, 604:14, 604:15, 604:19, 605:9, 605:11, 605:14, 606:8, 606:10, 607:14, 609:3, 610:17, 610:18, 610:19, 611:3, 611:6, 611:13, 619:16, 620:8, 623:24, 625:16, 625:17, 625:19, 625:20, 625:21, 626:7, 626:17, 626:19, 626:23, 627:4, 628:2, 629:3, 631:14, 631:18, 632:8, 632:12, 633:21, 633:23, 633:24, 636:1, 636:4, 636:7, 636:20, 636:24, 638:20, 641:13, 642:9, 645:16, 645:19, 646:3, 646:12
**KNOWING** [1] - 611:6
**KNOWLEDGE** [4] - 556:25, 557:7, 576:16, 578:20
**KNOWN** [3] - 637:8, 637:9
**KYMS** [1] - 616:12

# L

**L** [1] - 582:1
**L-A-T-T-I-M-O-R-E** [1] - 582:1
**LA** [13] - 532:17, 532:21, 533:3, 533:6, 533:10, 533:13, 533:16, 533:20, 534:3, 541:1, 541:2,

593:17, 611:11
**LAB** [1] - 564:4
**LABELED** [2] - 594:20, 647:7
**LABORATORY** [3] - 562:22, 564:1, 564:4
**LADDER** [1] - 556:13
**LADIES** [1] - 635:22
**LAFAYETTE** [1] - 533:3
**LAFAYETTE** [1] - 598:7
**LAKE** [4] - 611:3, 611:4, 620:11
**LAKES** [1] - 611:7
**LAND** [1] - 641:25
**LANDS** [1] - 577:8
**LARGE** [3] - 586:18, 588:21, 618:22
**LAST** [5] - 591:24, 596:25, 610:13, 616:9
**LATE** [3] - 555:5, 622:22, 642:18
**LATER** [9] - 551:13, 564:16, 570:24, 573:5, 579:3, 618:8, 631:22, 638:17
**LATTER** [1] - 583:7
**LATTIAMORE** [1] - 581:21
**LATTIMORE** [37] - 535:13, 581:12, 581:25, 582:5, 582:6, 582:12, 582:17, 582:18, 582:20, 582:23, 583:2, 583:7, 583:11, 583:15, 583:17, 585:11, 585:17, 586:9, 586:11, 586:14, 586:18, 589:3, 591:1, 592:17, 592:22, 594:19, 594:20, 594:21, 605:5, 609:19, 610:23
**LATTIMORE'S** [2] - 582:3, 582:7
**LAW** [11] - 532:16, 532:19, 533:4, 533:7, 533:18, 600:10, 600:11, 626:8, 632:1, 632:25, 641:1
**LAW'S** [1] - 632:3
**LAWN** [1] - 532:23
**LAWS** [1] - 626:9
**LAWYER'S** [1] - 533:8
**LAWYERS** [1] - 622:21
**LAYOUTS** [1] - 591:4

**LEADING** [1] - 632:10
**LEANING** [1] - 554:24
**LEARNED** [1] - 623:12
**LEARY** [2] - 601:19, 611:4
**LEASED** [2] - 606:22, 609:5
**LEAST** [2] - 608:25, 611:8
**LEATHER** [1] - 571:10
**LEAVE** [9] - 553:21, 589:11, 596:2, 596:25, 597:23, 600:12, 604:6, 624:7, 644:11
**LEAVING** [1] - 623:11
**LEE** [1] - 562:22
**LEFT** [12] - 551:23, 553:22, 563:23, 568:9, 575:3, 596:17, 596:25, 597:17, 597:24, 601:23, 623:7, 630:8
**LENGTHY** [1] - 638:11
**LESS** [1] - 544:10
**LESSON** [1] - 594:8
**LET** [19] - 536:7, 549:8, 551:20, 552:12, 554:14, 554:17, 570:4, 586:15, 595:7, 598:10, 601:5, 609:19, 613:10, 628:23, 637:5, 638:20, 639:16, 641:20, 642:19
**LET'S** [4] - 582:18, 592:23, 596:24, 638:15
**LETTER** [11] - 546:6, 547:10, 559:3, 560:11, 582:6, 582:7, 583:3, 612:19, 612:25, 614:7, 640:4
**LETTING** [1] - 573:4
**LEVEES** [3] - 541:18, 545:3, 545:10
**LEVINE** [1] - 534:8
**LIABLE** [1] - 636:23
**LIFE** [35] - 550:18, 553:7, 560:20, 560:22, 561:19, 562:3, 564:7, 565:23, 566:16, 567:7,

570:15, 592:11, 592:25, 594:25, 595:4, 595:14, 595:20, 595:22, 596:12, 596:13, 605:4, 611:5, 619:6, 619:10, 619:18, 620:18, 621:12, 621:13, 621:23, 626:3, 626:21, 628:9, 631:12, 636:17

**LIGHT** [2] - 546:1, 576:10

**LIGHTING** [1] - 590:23

**LIKE** [90] - 537:17, 541:25, 544:22, 545:24, 551:10, 554:19, 555:19, 556:10, 556:19, 557:20, 558:23, 567:11, 569:24, 571:6, 587:21, 590:6, 592:13, 594:8, 595:3, 596:8, 596:10, 597:6, 600:20, 600:21, 602:7, 602:10, 602:12, 603:3, 603:12, 604:2, 604:4, 604:14, 606:9, 607:2, 607:13, 609:8, 609:10, 610:23, 619:6, 619:9, 621:13, 621:14, 626:19, 626:20, 628:8, 628:11, 628:14, 628:18, 628:21, 628:22, 629:3, 629:23, 629:24, 630:18, 630:22, 630:24, 631:1, 631:6, 631:7, 631:12, 631:13, 631:14, 633:23, 635:2, 636:1, 636:9, 637:1, 637:8, 637:13, 641:13, 641:22, 642:2, 642:9, 642:22, 643:14, 643:16, 643:22, 644:2, 644:3, 644:9, 644:10, 644:15, 644:21, 645:17, 646:6

**LIKED** [3] - 565:9, 621:10, 621:24

**LIKELY** [4] - 570:21, 576:17, 623:16, 627:10

**LIMIT** [1] - 644:10

**LIMITED** [1] - 571:12

**LINE** [8] - 542:15,

542:17, 542:25, 584:1, 584:12, 589:13, 596:17, 631:10

**LINES** [1] - 542:4

**LISA** [2] - 547:24, 570:1

**LIST** [11] - 556:23, 557:1, 557:3, 558:11, 558:13, 612:10, 634:23, 640:6, 646:4, 646:6, 647:9

**LISTED** [4] - 545:15, 612:7, 613:6, 646:8

**LISTEN** [3] - 551:1, 621:18, 621:24

**LISTENING** [3] - 601:16, 637:5, 637:6

**LISTS** [2] - 558:13, 646:8

**LITERALLY** [1] - 553:5

**LITIGATION** [1] - 534:1

**LITTLE** [30] - 536:11, 549:15, 552:16, 552:23, 553:25, 560:3, 565:13, 565:14, 566:10, 568:4, 568:12, 568:20, 569:17, 572:7, 592:22, 595:7, 598:7, 605:17, 606:2, 607:7, 614:22, 615:10, 625:11, 627:2, 627:4, 635:2, 638:17, 642:16, 643:7

**LIVE** [20] - 549:19, 550:13, 551:6, 558:9, 560:20, 564:16, 564:19, 572:3, 572:4, 592:5, 594:5, 615:8, 615:11, 617:7, 632:25, 633:11, 633:18, 636:17, 636:19

**LIVED** [24] - 548:2, 548:3, 549:2, 549:12, 550:13, 550:15, 554:5, 556:5, 560:22, 561:10, 567:11, 569:11, 589:23, 593:12, 593:24, 598:4, 615:7, 615:10, 617:8, 626:12, 630:7, 640:20, 640:21, 643:9

**LIVES** [2] - 567:14, 624:24

**LIVING** [20] - 547:3, 551:10, 554:4, 569:1,

569:17, 569:25, 570:16, 584:15, 592:24, 593:1, 594:8, 609:8, 610:21, 615:4, 616:2, 630:22, 630:23, 633:13, 633:24, 639:21

**LLC** [2] - 533:4, 533:22

**LOAN** [2] - 592:16, 592:20

**LOANED** [1] - 607:11

**LOANS** [1] - 592:8

**LOCATE** [1] - 553:10

**LOCATED** [5] - 561:9, 564:1, 593:15, 620:10, 620:11

**LOCATION** [4] - 549:6, 549:9, 594:21, 620:15

**LOCK** [2] - 594:13, 602:5

**LONG** [34] - 547:17, 551:6, 560:20, 562:18, 562:23, 563:12, 569:25, 577:22, 585:6, 586:11, 597:15, 598:13, 603:21, 609:3, 615:2, 618:11, 619:14, 619:15, 625:1, 625:6, 625:25, 628:9, 631:16, 632:25, 633:18, 638:6, 638:7, 638:12, 640:13, 641:3, 642:10, 644:8, 644:9

**LONGER** [1] - 642:16

**LOOK** [11] - 541:25, 542:15, 556:19, 557:9, 579:9, 603:23, 604:2, 611:6, 613:25, 642:25, 647:9

**LOOKED** [21] - 554:19, 555:19, 556:20, 556:22, 570:17, 571:22, 585:1, 602:10, 620:25, 628:12, 628:14, 629:7, 629:8, 629:23, 629:24, 630:18, 630:24, 631:1, 631:6, 631:7, 643:14

**LOOKING** [12] - 543:21, 552:14, 556:1, 556:16, 557:4, 594:21, 601:17, 611:3, 612:19,

613:25, 632:18, 645:14

**LOOKS** [3] - 556:10, 630:22

**LOOTED** [1] - 607:24

**LOS** [1] - 532:14

**LOSE** [8] - 554:2, 571:4, 571:6, 571:9, 571:19, 603:22, 645:4, 645:7

**LOSING** [2] - 572:9, 610:23

**LOSS** [5] - 566:1, 582:12, 611:9, 611:15

**LOST** [32] - 556:24, 557:5, 557:18, 557:21, 568:16, 568:22, 570:14, 571:7, 574:13, 574:21, 589:4, 589:14, 610:2, 610:18, 610:25, 634:24, 635:1, 635:9, 635:24, 636:8, 637:1, 637:7, 641:17, 641:21, 645:5, 645:8, 645:16, 645:17, 645:19

**LOT** [17] - 543:25, 565:18, 565:19, 590:4, 591:21, 595:3, 604:3, 605:10, 608:10, 608:15, 608:20, 621:6, 621:15, 645:9, 645:13, 646:10

**LOTS** [6] - 590:16, 590:18, 590:19, 590:24, 622:1, 645:16

**LOUISIANA** [12] - 532:1, 583:16, 585:20, 585:23, 588:18, 588:19, 613:21, 613:23, 619:10, 628:10, 639:8, 648:5

**LOUISIANA** [2] - 532:4, 534:16

**LOUTRE** [3] - 541:1, 541:2, 611:11

**LOVE** [1] - 565:19

**LOVED** [3] - 565:25, 619:10

**LOW** [2] - 544:9

**LOWER** [13] - 549:1, 550:18, 560:16, 567:14, 574:5, 574:6, 574:9, 590:17, 593:5, 593:6, 604:22, 605:1, 605:3

**LUCILLE** [5] - 535:7, 545:24, 546:17, 546:23

**LUCKED** [2] - 569:9, 569:17

**LUCKY** [2] - 567:4, 569:5

**LULING** [1] - 600:2

**LUNCH** [5] - 610:8, 610:9, 610:12, 638:8, 647:22

## M

**M** [4] - 532:16, 532:16, 533:15, 582:1

**MA'AM** [5] - 546:16, 546:22, 558:19, 639:10, 647:12

**MACHINE** [1] - 574:21

**MACK** [2] - 584:13, 584:14

**MAD** [1] - 571:23

**MADE** [18] - 552:2, 558:11, 560:13, 565:13, 566:22, 573:14, 585:2, 587:2, 589:3, 589:7, 592:8, 598:12, 607:16, 609:4, 623:6, 625:17, 641:11, 641:25

**MAIL** [1] - 579:12

**MAILS** [1] - 612:7

**MAIN** [2] - 562:1, 594:11

**MAIN** [1] - 533:16

**MAINTAINED** [1] - 545:9

**MAINTAINING** [1] - 595:19

**MAINTENANCE** [3] - 578:11, 581:1, 581:3

**MAJESTIC** [1] - 622:15

**MAJOR** [1] - 614:20

**MAJORITY** [2] - 556:20, 567:7

**MAKE** [20] - 536:18, 542:14, 542:16, 542:20, 544:13, 565:5, 565:11, 569:8, 585:12, 587:13, 589:14, 601:19, 611:20, 616:2, 618:18, 623:5, 631:18, 634:6, 634:23, 637:6

**MAKES** [1] - 636:11

**MAKING** [8] - 566:4,

581:15, 585:13,
585:16, 589:9,
589:16, 623:10
**MALIBU** [1] - 568:13
**MAN** [1] - 574:12
**MANAGEMENT** [1] -
631:22
**MANAGER** [3] -
623:6, 623:12, 627:18
**MANAGING** [2] -
590:4
**MANSION** [2] -
571:18, 572:9
**MANUALS** [1] -
545:5
**MANY** [14] - 544:1,
547:21, 565:15,
567:2, 579:21,
586:14, 588:6,
593:21, 596:5,
601:20, 624:25,
625:6, 625:7, 635:25
**MAP** [6] - 546:7,
588:13, 588:22,
588:25, 589:18, 603:1
**MAPS** [9] - 585:2,
588:14, 588:17,
588:18, 588:21,
588:22, 599:3, 611:3,
611:7
**MARAIS** [2] - 550:15,
550:16
**MARC** [1] - 534:8
**MARCELLE** [12] -
585:14, 585:20,
586:12, 593:12,
593:16, 594:23,
598:21, 598:25,
599:1, 602:4, 606:16,
609:20
**MARCHING** [1] -
615:18
**MARIA** [2] - 547:24,
643:11
**MARIE** [1] - 547:24
**MARIGNY** [2] -
597:25
**MARINE** [10] -
614:23, 614:24,
615:2, 615:6, 615:15,
615:16, 615:18,
615:23, 616:7, 616:8
**MARK** [1] - 556:17
**MARKET** [4] - 609:2,
616:14, 616:15, 620:9
**MARRIAGE** [1] -
617:13
**MARRIED** [13] -
547:15, 547:17,
547:19, 562:12,

569:12, 619:11,
619:14, 619:15,
621:7, 640:23, 641:3,
641:4, 641:5
**MARRY** [1] - 640:22
**MARS** [1] - 643:17
**MARSH** [3] - 576:18,
611:5, 615:19
**MARSHAL** [3] -
580:3, 600:10, 600:11
**MARY** [2] - 629:25,
630:1
**MASSACHUSETTS**
[1] - 615:5
**MASTER'S** [2] -
538:23, 538:24
**MATERIAL** [1] -
581:2
**MATTER** [4] - 547:7,
560:8, 646:24, 648:8
**MAURICE** [4] -
550:3, 567:18, 567:19
**MAX** [2] - 623:13,
627:9
**MAY** [16] - 541:24,
544:19, 557:7,
558:19, 573:11,
575:15, 576:20,
589:10, 592:3,
611:17, 611:20,
619:21, 623:24,
638:2, 647:12
**MAYBE** [31] - 561:8,
566:13, 567:22,
570:9, 570:24, 572:7,
573:5, 580:17,
586:13, 586:23,
590:19, 596:8,
596:11, 601:13,
603:5, 604:4, 604:16,
604:17, 606:5, 606:6,
606:9, 606:19, 607:7,
627:5, 627:17,
631:17, 640:20,
642:15, 645:6
**MAYFIELD** [2] -
623:13, 627:9
**MAYO** [5] - 613:23,
619:20, 620:2,
620:15, 620:19,
620:22, 621:4, 627:2,
634:15, 634:24,
637:19, 641:5,
643:13, 645:4
**MCCONNON** [1] -
534:8
**MCDONOGH** [4] -
548:6, 548:9, 560:24,
561:1
**ME** [93] - 536:7,

536:19, 541:20,
543:3, 543:23, 546:5,
547:6, 549:8, 551:20,
552:9, 552:19,
554:15, 557:1, 560:6,
562:3, 562:7, 563:7,
563:9, 563:10, 564:2,
564:19, 565:22,
565:23, 565:25,
566:12, 570:13,
573:3, 574:18,
579:10, 582:19,
582:24, 583:12,
584:23, 586:15,
592:19, 594:6,
594:19, 595:7, 598:5,
598:10, 600:9, 601:5,
601:11, 603:5, 607:1,
607:5, 607:11,
608:19, 608:20,
608:21, 608:22,
609:7, 609:19, 610:3,
613:10, 614:3,
616:25, 617:22,
621:13, 621:22,
624:7, 625:2, 625:23,
626:2, 626:10,
626:16, 627:11,
627:14, 628:1, 628:7,
628:23, 631:23,
631:24, 635:17,
636:4, 636:7, 637:5,
639:16, 641:11,
641:18, 641:20,
641:22, 641:23,
642:7, 642:21,
643:20, 645:21,
646:21
**MEAN** [18] - 569:6,
569:20, 571:5, 572:5,
573:2, 574:3, 595:2,
595:18, 596:10,
601:24, 603:24,
605:7, 607:4, 611:6,
611:9, 624:23, 632:8,
645:1
**MEANS** [4] - 536:13,
591:16, 615:10, 626:3
**MEASURED** [1] -
585:1
**MEASURES** [1] -
576:12
**MECHANICAL** [1] -
534:18
**MECHANICS** [1] -
539:2
**MECHANISM** [2] -
629:5, 634:1
**MECHANISMS** [1] -
536:7

**MEDICINE** [1] -
569:20
**MEET** [1] - 639:14
**MEHLE** [2] - 561:14
**MEMBER** [2] -
616:19, 621:20
**MEMO** [2] - 612:3,
612:6
**MEMORANDUM** [3] -
576:22, 577:3, 612:6
**MEMORIES** [1] -
633:24
**MENTION** [1] -
578:17
**MENTIONED** [1] -
605:17
**MESS** [1] - 571:17
**MESSAGES** [1] -
628:2
**MESSED** [2] -
554:25, 555:1
**MET** [5] - 563:3,
569:10, 599:24,
600:1, 635:15
**METHODS** [1] -
581:1
**METRO** [3] - 593:1,
604:24, 619:9
**MEXICO** [1] - 597:9
**MIAMI** [1] - 623:13
**MIATA** [2] - 625:11
**MIC** [2] - 538:7,
546:20
**MICHAEL** [3] -
533:14, 533:15, 534:5
**MICHELE** [1] - 534:7
**MICHELLE** [1] -
543:14
**MICROPHONE** [1] -
559:11
**MIDDLE** [5] - 559:24,
602:18, 622:24,
622:25, 627:17
**MIDWEST** [2] -
636:22, 636:23
**MIGHT** [13] - 536:13,
539:21, 567:22,
568:4, 568:5, 579:25,
586:20, 596:8,
596:13, 596:18,
598:19, 604:5, 608:11
**MILE** [5] - 567:22,
567:23, 570:9
**MILES** [6] - 561:8,
561:15, 561:19,
570:9, 585:4, 585:6
**MILITARY** [3] -
563:6, 563:12, 563:16
**MILLER** [1] - 534:9
**MIND** [3] - 598:17,

627:12, 635:2
**MINE** [2] - 563:3,
601:10
**MINIMAL** [2] - 544:8,
544:14
**MINUTE** [2] - 580:1,
610:3
**MINUTES** [3] -
611:20, 631:17,
638:14
**MISS** [2] - 594:12,
596:19
**MISSED** [1] - 597:10
**MISSISSIPPI** [7] -
567:19, 615:8,
615:11, 623:18,
624:2, 624:20, 624:23
**MISTAKEN** [1] -
580:17
**MITSCH** [1] - 534:9
**MOBILE** [32] -
585:22, 585:24,
593:19, 593:20,
593:21, 593:23,
593:24, 603:15,
609:5, 610:20,
614:15, 614:18,
615:4, 615:7, 615:12,
616:16, 616:22,
624:18, 624:23,
625:17, 639:13,
639:15, 640:15,
640:25, 641:17,
641:21, 641:22,
642:1, 642:2, 642:4,
642:6, 642:14
**MODEL** [9] - 539:18,
539:20, 540:3,
540:15, 540:24,
541:12, 541:13
**MODELING** [7] -
539:5, 539:13,
541:16, 541:17,
542:6, 542:21, 542:22
**MODELS** [2] - 540:7,
541:9
**MODIFICATION** [2] -
577:7, 582:12
**MODIFY** [1] - 577:2
**MOM** [2] - 564:15,
566:5
**MOMENTARILY** [1] -
580:9
**MONDAY** [4] - 537:7,
537:8, 562:8, 596:2
**MONETARY** [1] -
636:10
**MONEY** [11] -
548:18, 558:1,
566:12, 566:13,

566:23, 571:8, 589:9, 591:10, 607:11, 607:13, 620:6
**MONEYS** [1] - 592:16
**MONICA** [6] - 535:20, 619:11, 638:22, 638:24, 639:3
**MONITOR** [1] - 560:4
**MONTH** [20] - 548:18, 548:20, 554:9, 554:10, 563:21, 563:22, 569:2, 569:4, 569:16, 570:2, 570:24, 586:20, 586:21, 586:23, 589:25, 590:1, 590:2, 598:15, 598:16
**MONTHLY** [2] - 564:12, 586:19
**MONTHS** [4] - 565:15, 567:4, 616:9, 616:17
**MOONSCAPE** [1] - 643:14
**MORE** [10] - 579:19, 580:10, 589:9, 595:22, 595:23, 595:24, 607:7, 627:10
**MORGAN** [1] - 533:20
**MORNING** [15] - 532:9, 536:3, 536:6, 536:21, 536:25, 537:16, 538:11, 538:13, 543:14, 543:18, 545:23, 559:16, 582:17, 596:2, 623:8
**MORRISON** [1] - 620:12
**MORTGAGE** [1] - 566:4
**MOST** [9] - 550:18, 570:21, 591:17, 591:18, 596:10, 621:1, 630:5, 633:22, 638:14
**MOTHER** [6] - 562:2, 566:17, 590:11, 615:6, 640:24, 645:10
**MOTORS** [1] - 574:24
**MOUTH** [3] - 597:4, 597:5, 619:2
**MOVE** [14] - 567:3, 567:4, 569:15, 571:15, 587:2, 603:17, 616:15,

631:21, 633:2, 636:15, 636:21, 644:12, 644:24
**MOVED** [11] - 548:3, 563:14, 567:13, 586:6, 588:4, 615:12, 616:16, 633:4, 634:13, 640:21, 644:18
**MOVING** [1] - 542:14
**MR** [188] - 536:16, 536:21, 537:4, 537:10, 537:11, 537:13, 537:16, 537:18, 537:21, 538:10, 538:11, 539:24, 540:13, 541:23, 542:1, 542:3, 543:11, 544:18, 544:21, 544:24, 545:4, 545:8, 545:12, 545:21, 545:23, 546:2, 546:13, 547:1, 550:14, 551:6, 556:5, 557:1, 558:4, 558:7, 558:17, 558:18, 558:22, 558:23, 558:25, 559:1, 559:15, 559:16, 559:20, 559:25, 560:4, 560:11, 560:15, 560:23, 561:18, 561:22, 567:7, 572:10, 572:14, 572:15, 573:12, 573:14, 573:18, 573:21, 575:12, 575:14, 575:18, 575:20, 575:24, 576:9, 576:16, 576:18, 576:22, 577:5, 577:16, 577:19, 577:21, 578:1, 578:3, 578:5, 578:8, 578:17, 578:18, 578:20, 578:22, 578:24, 579:1, 579:3, 579:5, 579:8, 579:12, 579:15, 579:16, 579:18, 579:21, 579:23, 579:24, 580:2, 580:7, 580:8, 580:13, 580:18, 580:19, 580:22, 580:25, 581:7, 581:8, 581:11, 581:12, 581:15, 581:18, 582:2, 582:3, 582:5, 582:10, 582:16, 582:17, 582:18,

582:23, 583:2, 583:7, 583:11, 583:17, 585:6, 589:3, 592:22, 594:15, 594:16, 594:19, 601:16, 604:14, 606:12, 606:14, 609:14, 609:18, 609:19, 610:5, 610:8, 610:10, 610:13, 610:22, 610:23, 611:16, 611:20, 611:21, 611:23, 612:1, 612:2, 612:3, 612:18, 612:21, 612:23, 613:4, 613:8, 613:19, 613:20, 613:25, 614:7, 614:10, 620:14, 628:25, 630:18, 632:21, 632:22, 632:24, 637:14, 637:17, 637:24, 638:1, 638:5, 638:6, 638:7, 638:8, 638:11, 638:14, 638:18, 638:21, 639:6, 639:14, 639:16, 640:12, 645:24, 646:2, 646:15, 646:18, 647:11, 647:17, 647:20
**MR** [13] - 535:5, 535:8, 535:9, 535:11, 535:12, 535:14, 535:15, 535:15, 535:18, 535:18, 535:21, 535:21, 535:22
**MRGO** [17] - 534:1, 537:23, 539:13, 539:14, 540:9, 540:10, 541:1, 541:2, 541:9, 541:18, 542:7, 544:2, 545:9, 576:11, 576:21, 577:8, 581:1
**MRGO'S** [1] - 578:10
**MRS** [3] - 638:5, 638:12, 639:18
**MS** [1] - 535:6
**MS** [33] - 543:14, 543:17, 544:16, 545:24, 546:5, 546:7, 546:8, 546:13, 547:2, 547:5, 547:10, 547:15, 548:1, 549:5, 551:1, 552:17, 556:8, 556:23, 558:8, 558:18, 567:16, 612:6, 612:10,

612:13, 612:16, 619:11, 624:21, 638:22, 639:7, 646:3, 646:21, 647:1, 647:7
**MUCH** [26] - 544:14, 544:20, 548:18, 553:3, 554:9, 555:24, 557:25, 558:16, 558:19, 563:21, 569:3, 570:3, 577:18, 581:10, 587:24, 595:24, 611:18, 618:20, 620:6, 627:13, 634:18, 643:22, 644:1, 646:10, 647:13
**MUD** [1] - 643:15
**MULTIPLES** [1] - 646:7
**MUSIC** [6] - 614:20, 614:21, 616:1, 616:2, 621:18, 621:24
**MUST** [3] - 556:14, 576:2, 626:7
**MY** [204] - 536:12, 536:25, 537:5, 537:11, 538:5, 538:11, 539:5, 539:8, 539:17, 540:3, 542:7, 543:22, 544:8, 546:23, 548:7, 548:16, 548:17, 549:3, 549:19, 550:24, 550:25, 551:12, 551:22, 552:4, 552:6, 552:10, 552:11, 553:9, 553:12, 553:22, 554:21, 556:25, 557:7, 557:19, 557:21, 559:23, 560:19, 560:22, 560:25, 562:1, 563:10, 563:25, 564:3, 564:15, 565:2, 565:22, 565:25, 566:5, 566:6, 566:12, 566:16, 566:17, 567:11, 568:9, 569:9, 569:25, 570:1, 570:15, 571:14, 571:16, 572:9, 577:21, 578:20, 585:4, 585:12, 589:3, 591:19, 592:11, 592:21, 593:8, 597:24, 598:4, 598:19, 600:9, 600:24, 601:2, 601:14, 602:6, 602:7,

604:9, 604:22, 606:5, 607:4, 608:10, 609:10, 609:11, 610:20, 611:5, 614:20, 615:6, 615:7, 615:17, 617:1, 617:11, 617:18, 617:23, 618:7, 619:1, 619:16, 619:17, 620:23, 620:25, 621:7, 621:8, 621:9, 621:14, 621:16, 621:19, 621:20, 621:21, 622:17, 624:9, 624:12, 624:16, 624:17, 624:18, 624:19, 625:19, 625:20, 625:21, 626:8, 626:10, 627:4, 627:12, 627:23, 627:24, 627:25, 628:3, 628:8, 628:19, 629:4, 629:8, 629:11, 629:13, 629:16, 629:17, 629:18, 629:24, 630:4, 630:7, 630:13, 630:14, 630:24, 631:3, 631:7, 631:12, 632:3, 632:15, 633:4, 633:25, 634:4, 634:7, 634:22, 634:25, 635:2, 635:3, 635:8, 635:10, 635:14, 635:16, 635:18, 635:19, 635:23, 637:10, 637:13, 640:24, 641:1, 641:11, 642:2, 642:7, 642:14, 642:18, 642:21, 643:5, 644:1, 644:17, 645:19, 645:21, 645:23, 646:23, 647:8, 647:15, 648:7
**MYER** [5] - 535:9, 535:12, 535:15, 535:18, 535:21
**MYER** [14] - 534:10, 536:16, 558:7, 558:17, 572:14, 573:14, 573:18, 575:12, 606:14, 609:14, 637:17, 637:24, 646:2, 646:15
**MYSELF** [4] - 592:22, 606:4, 606:10, 639:17

# N

**N** [8] - 535:1, 536:1, 538:6, 546:24, 613:17, 639:4
**NAIVE** [1] - 627:4
**NAM** [1] - 615:19
**NAME** [16] - 538:4, 538:5, 538:11, 546:21, 546:23, 559:16, 559:21, 559:23, 561:5, 581:24, 583:13, 585:10, 613:14, 617:17, 622:21, 639:1
**NAMES** [1] - 547:23
**NARE** [1] - 636:16
**NARE-DO-WELLS** [1] - 636:16
**NATIONAL** [8] - 563:8, 563:13, 563:17, 563:18, 563:19, 601:4, 627:21, 642:22
**NATURAL** [1] - 584:23
**NATURE** [1] - 541:8
**NAVAL** [1] - 614:21
**NAZARETH** [1] - 640:16
**NBC** [1] - 616:23
**NEAR** [2] - 553:16, 638:7
**NECESSARY** [2] - 537:6, 576:24
**NECKLACE** [1] - 557:21
**NEED** [7] - 538:3, 545:25, 566:23, 572:15, 599:15, 612:13, 642:9
**NEEDED** [6] - 550:21, 566:11, 566:13, 576:21, 587:1, 623:17
**NEGLIGENCE** [1] - 581:7
**NEIGHBORHOOD** [13] - 567:8, 567:9, 594:11, 622:9, 622:20, 622:24, 622:25, 627:22, 627:23, 627:24, 627:25, 643:4, 643:5
**NEIGHBORHOODS** [1] - 628:3
**NEIGHBORING** [1] - 577:8
**NEIGHBORS** [5] - 594:1, 619:8, 622:10,

622:11, 622:19
**NEIMAN** [1] - 635:10
**NEPA** [2] - 578:6, 579:3
**NERVE** [1] - 636:6
**NEST** [1] - 629:22
**NEVER** [24] - 557:21, 557:22, 568:13, 568:15, 598:23, 598:25, 599:13, 599:19, 599:23, 601:16, 610:18, 626:9, 626:11, 626:12, 627:4, 627:8, 627:11, 627:14, 628:11, 636:9, 637:9, 640:3, 643:16, 644:17
**NEW** [7] - 532:4, 532:17, 532:21, 533:6, 533:24, 534:3, 534:16
**NEW** [65] - 538:15, 548:3, 551:21, 553:1, 554:16, 554:17, 560:16, 562:6, 568:20, 574:10, 574:22, 583:16, 587:18, 587:21, 588:2, 588:14, 593:1, 596:17, 596:25, 597:4, 597:13, 597:18, 598:2, 599:17, 599:21, 600:10, 604:6, 604:24, 607:2, 613:23, 614:10, 614:12, 614:16, 616:25, 617:5, 617:6, 617:7, 617:11, 617:15, 617:23, 619:9, 620:11, 621:20, 623:13, 626:12, 626:13, 626:14, 626:15, 627:15, 631:20, 631:21, 634:5, 634:9, 634:10, 634:11, 636:14, 639:8, 639:10, 640:16, 641:22, 642:17
**NEWS** [17] - 616:19, 616:24, 617:22, 618:3, 618:6, 618:10, 618:16, 618:18, 619:4, 619:17, 623:5, 623:11, 624:7, 626:13, 626:17, 636:2, 637:11
**NEXT** [22] - 545:21, 549:2, 549:19,

575:18, 597:17, 629:14, 630:2, 630:9, 630:12, 630:17, 631:1, 631:5, 632:17, 632:18, 635:23, 644:5, 644:6, 647:19
**NICE** [2] - 566:8, 567:3
**NICHOLLS** [4] - 561:4, 561:6, 561:22, 561:25
**NIGHT** [13] - 551:16, 562:7, 572:2, 596:2, 605:8, 616:11, 618:25, 619:3, 622:13, 622:22, 633:25
**NIGHTLY** [1] - 618:15
**NIGHTMARE** [3] - 602:13, 631:15
**NINE** [4] - 536:11, 536:16, 540:5, 540:6
**NINETEEN** [1] - 618:12
**NINTH** [8] - 549:1, 550:18, 560:16, 567:15, 574:5, 574:6, 593:6, 601:2
**NITTY** [1] - 573:3
**NITTY-GRITTY** [1] - 573:3
**NO** [66] - 541:20, 542:5, 542:20, 543:11, 546:2, 549:19, 549:25, 551:22, 556:13, 556:16, 557:25, 558:3, 558:4, 558:8, 558:14, 561:23, 564:25, 566:3, 566:5, 566:20, 568:18, 570:16, 570:25, 571:6, 575:9, 575:14, 591:9, 591:12, 592:18, 592:20, 595:4, 597:7, 599:19, 600:21, 601:10, 605:21, 608:24, 609:4, 609:6, 611:16, 612:2, 612:17, 614:11, 615:5, 616:1, 622:18, 625:17, 625:18, 627:4, 632:8, 632:22, 635:6, 636:21, 637:3, 637:14, 637:24, 637:25, 638:1, 639:11, 640:3, 641:8, 642:1, 645:24,

646:10, 646:15
**NO** [1] - 532:3
**NOBODY** [3] - 621:22, 626:13, 626:17
**NODES** [1] - 541:1
**NOMAD** [1] - 609:8
**NON** [1] - 599:16
**NON-FLOOD** [1] - 599:16
**NONE** [1] - 637:4
**NOON** [2] - 618:3, 623:9
**NOR** [1] - 573:14
**NORFOLK** [1] - 614:22
**NORMAL** [1] - 638:17
**NORMALLY** [2] - 621:23, 624:14
**NORMAN** [14] - 532:2, 535:17, 612:21, 613:12, 613:16, 621:23, 639:14, 640:22, 640:23, 640:25, 643:22, 644:6, 644:12
**NORTH** [6] - 590:17, 591:2, 591:7, 591:11, 592:9, 598:7
**NOT** [83] - 536:15, 537:9, 541:10, 541:13, 541:20, 542:7, 542:13, 543:1, 543:4, 543:5, 543:8, 543:9, 543:10, 543:21, 545:9, 554:17, 556:13, 559:8, 566:22, 569:18, 570:25, 573:13, 575:10, 576:7, 577:13, 577:22, 578:20, 579:13, 580:8, 585:12, 587:8, 588:8, 589:4, 589:14, 591:23, 592:4, 592:12, 592:20, 598:19, 599:6, 599:8, 599:12, 599:16, 601:11, 602:1, 602:17, 604:18, 605:21, 606:1, 606:3, 606:6, 606:8, 607:12, 607:15, 608:2, 611:25, 614:11, 619:24, 623:22, 623:24, 625:17, 626:3, 627:24, 629:4, 629:5, 629:13,

633:13, 634:25, 635:7, 636:8, 636:15, 636:16, 639:11, 641:8, 641:11, 642:1, 642:24, 644:9, 646:13
**NOTE** [2] - 536:9, 559:8
**NOTES** [1] - 546:11
**NOTHING** [13] - 544:16, 544:18, 553:10, 558:17, 569:7, 575:4, 575:12, 605:15, 609:14, 619:18, 628:8, 629:2
**NOTICE** [3] - 547:12, 559:3, 581:5
**NOTICED** [2] - 564:21, 646:6
**NOW** [24] - 539:17, 541:4, 554:7, 563:19, 568:10, 569:1, 569:3, 570:15, 572:7, 575:5, 579:18, 579:20, 591:19, 609:9, 611:6, 611:25, 612:16, 622:8, 626:2, 630:17, 635:25, 641:12, 643:12, 645:20
**NUMBER** [3] - 583:16, 613:1, 640:9
**NUMBERED** [1] - 648:8
**NUMBERS** [1] - 558:12
**NUMERICAL** [1] - 539:5
**NURSING** [2] - 569:9, 569:10
**NY** [1] - 533:24

# O

**O** [15] - 533:2, 533:19, 534:12, 536:1, 547:20, 559:12, 559:23, 559:24, 579:1, 579:2, 582:1, 613:17, 639:4
**O'BRIEN** [1] - 533:23
**O'CLOCK** [4] - 536:16, 638:19, 644:3, 644:4
**O'DONNELL** [2] - 532:12, 532:13
**OAK** [1] - 532:23
**OAKS** [1] - 622:15
**OATH** [1] - 559:9
**OBJECTION** [1] - 573:12
**OBLITERATED** [1] -

626:11
  **OBSERVATIONS** [1]
- 631:18
  **OBTAINED** [3] -
538:20, 538:23, 539:9
  **OBTAINING** [1] -
538:24
  **OCCASION** [2] -
595:25, 628:25
  **OCTOBER** [5] -
553:16, 554:13,
569:24, 578:4, 580:15
  **OF** [551] - 532:1,
532:5, 532:7, 532:16,
533:18, 534:4, 536:9,
536:12, 536:18,
537:2, 537:17,
537:20, 537:22,
538:15, 538:20,
538:25, 539:6, 539:9,
539:10, 539:12,
539:14, 539:17,
541:1, 541:8, 541:9,
541:13, 541:15,
541:18, 542:2, 542:3,
542:6, 542:7, 542:22,
542:23, 543:20,
543:25, 544:2, 544:4,
544:8, 544:12,
544:22, 544:24,
544:25, 545:1, 545:2,
545:3, 545:5, 545:15,
546:6, 546:9, 547:11,
548:4, 548:11,
548:13, 548:21,
548:23, 549:2, 549:6,
549:7, 549:10,
549:16, 549:17,
549:23, 550:1,
550:18, 551:1, 551:3,
551:12, 551:13,
551:21, 552:2, 552:5,
552:7, 552:9, 553:16,
553:24, 554:13,
554:16, 554:17,
554:22, 555:3, 555:5,
555:6, 555:8, 555:11,
555:16, 555:19,
555:21, 555:24,
556:4, 556:9, 556:12,
556:20, 556:23,
556:25, 557:5, 557:7,
557:12, 557:19,
557:21, 558:8,
558:11, 558:12,
558:16, 558:20,
559:3, 559:4, 559:5,
560:2, 560:12,
560:21, 560:22,
561:5, 561:10,

561:19, 562:1, 562:3,
562:9, 562:21,
562:23, 563:2, 563:3,
563:4, 563:5, 563:16,
563:23, 563:25,
564:3, 564:5, 564:6,
564:9, 564:11,
564:16, 564:17,
564:18, 564:25,
565:4, 565:6, 565:8,
565:18, 565:19,
565:20, 565:22,
565:23, 565:24,
565:25, 566:2,
566:15, 566:16,
566:18, 566:19,
566:24, 567:2, 567:5,
567:7, 567:8, 567:12,
567:14, 568:6,
568:16, 568:17,
568:22, 569:3,
569:13, 569:24,
570:10, 570:15,
570:16, 571:3, 571:7,
571:9, 571:16,
571:24, 572:1, 572:5,
572:8, 572:9, 572:15,
573:1, 573:4, 573:6,
573:9, 573:11,
573:12, 573:24,
574:9, 574:16,
574:18, 574:19,
574:24, 575:8,
575:11, 575:19,
576:5, 576:8, 576:9,
576:10, 576:11,
576:13, 576:20,
577:1, 577:2, 577:8,
577:11, 577:13,
577:16, 577:21,
577:22, 577:23,
578:4, 578:5, 578:7,
578:10, 578:12,
578:15, 578:16,
578:17, 579:16,
580:14, 580:15,
580:17, 580:22,
581:1, 581:2, 581:5,
583:7, 583:8, 584:23,
585:10, 585:19,
585:21, 585:22,
585:24, 585:25,
586:2, 586:4, 586:11,
586:19, 586:25,
587:7, 587:9, 587:11,
587:25, 588:7, 588:9,
588:10, 588:13,
588:14, 588:17,
588:18, 588:25,
589:10, 589:13,
589:17, 589:22,

589:25, 590:3, 590:4,
590:6, 590:15,
590:17, 590:23,
590:24, 590:25,
591:1, 591:3, 591:4,
591:5, 591:18,
591:21, 591:22,
592:10, 592:11,
592:16, 592:17,
592:20, 592:22,
592:24, 593:1, 593:5,
593:12, 594:14,
594:21, 595:2, 595:3,
595:5, 595:6, 595:10,
595:12, 595:14,
595:18, 595:20,
595:22, 596:4, 596:8,
596:9, 596:10,
596:17, 596:18,
597:4, 597:5, 597:6,
597:8, 597:9, 597:11,
598:6, 598:7, 598:11,
598:17, 598:20,
599:1, 599:2, 599:7,
599:9, 599:14,
600:18, 601:10,
601:14, 602:4, 602:7,
602:15, 602:18,
603:17, 603:22,
604:3, 604:4, 604:6,
604:7, 604:9, 604:22,
604:23, 604:24,
605:4, 605:8, 605:10,
605:16, 605:20,
605:22, 606:2, 606:5,
607:3, 607:5, 607:16,
607:17, 608:8,
608:12, 608:20,
609:11, 609:25,
610:2, 610:6, 610:19,
610:25, 611:3, 611:5,
611:9, 611:13,
611:21, 612:13,
613:5, 613:22, 614:1,
614:4, 614:7, 614:8,
614:13, 614:20,
614:21, 615:17,
615:19, 616:3, 616:9,
616:12, 618:1,
618:13, 618:14,
618:22, 618:23,
619:1, 619:3, 619:8,
619:11, 619:16,
619:19, 619:24,
620:6, 620:15,
620:18, 620:21,
620:23, 621:1, 621:6,
621:12, 621:13,
621:14, 621:15,
621:16, 621:20,
621:23, 622:1, 622:2,

622:9, 622:11,
622:17, 622:19,
622:20, 623:11,
623:13, 623:22,
623:23, 623:25,
624:10, 624:11,
624:19, 625:5, 625:7,
625:10, 626:2,
626:11, 626:13,
626:14, 627:5,
627:17, 628:2,
628:13, 629:4, 629:5,
629:17, 629:19,
629:24, 630:1, 630:2,
630:5, 630:9, 630:11,
630:21, 630:25,
631:2, 631:5, 631:7,
632:2, 632:3, 632:7,
632:13, 632:14,
633:15, 633:22,
634:7, 634:12,
634:20, 634:21,
634:22, 634:24,
635:8, 635:9, 635:10,
635:13, 635:14,
635:15, 635:19,
635:25, 636:5, 636:8,
636:20, 637:1, 637:3,
637:18, 639:17,
639:20, 639:21,
639:22, 640:1,
640:10, 640:14,
640:16, 641:7,
641:20, 641:21,
641:22, 642:23,
643:1, 643:3, 643:5,
643:8, 643:10,
643:23, 644:1,
644:10, 644:19,
645:8, 645:9, 645:10,
645:13, 645:16,
645:17, 645:18,
645:19, 646:7, 646:9,
646:10, 646:12,
646:19, 647:2, 648:5,
648:6, 648:7
  **OFF** [21] - 538:14,
546:1, 550:17, 552:8,
567:12, 568:14,
570:5, 587:1, 589:12,
597:20, 600:7,
600:14, 603:8,
603:10, 608:4, 623:7,
623:23, 624:6,
632:13, 632:22,
644:18
  **OFFENSIVE** [1] -
584:12
  **OFFER** [4] - 546:4,
559:2, 582:3, 612:24
  **OFFICE** [18] -

532:16, 533:18,
534:1, 573:21, 586:6,
587:1, 588:8, 600:5,
600:24, 602:7, 602:8,
603:3, 603:11,
603:12, 607:14,
608:1, 630:4, 647:8
  **OFFICER** [4] -
617:15, 625:20,
628:7, 631:3
  **OFFICERS** [1] -
627:20
  **OFFICIAL** [2] -
648:4, 648:13
  **OFFICIAL** [1] -
534:15
  **OFTEN** [1] - 588:15
  **OH** [24] - 540:17,
553:3, 554:21,
561:14, 561:21,
563:14, 564:13,
565:22, 566:5,
566:20, 566:25,
567:22, 568:3,
568:20, 568:24,
569:24, 573:1,
574:16, 579:1, 589:2,
596:1, 597:6, 602:22,
627:17
  **OKAY** [17] - 536:18,
542:19, 544:16,
546:11, 579:10,
580:1, 580:20,
601:14, 609:15,
611:22, 614:2, 627:4,
627:7, 638:4, 638:15,
644:16, 644:18
  **OLD** [22] - 548:6,
557:11, 560:21,
571:11, 572:9, 586:5,
593:17, 594:7,
606:18, 606:19,
607:3, 607:21,
614:16, 614:17,
615:9, 617:3, 617:14,
617:16, 622:4, 622:5,
635:22
  **OLDEST** [3] -
550:25, 552:4, 570:1
  **ON** [173] - 536:8,
536:13, 537:2,
537:16, 538:16,
538:25, 539:15,
540:3, 541:5, 541:6,
541:9, 541:16,
541:18, 541:23,
542:6, 542:11,
542:14, 542:18,
543:2, 547:6, 548:7,
548:9, 548:13, 549:9,

549:21, 550:8, 550:15, 550:23, 551:14, 552:6, 553:9, 554:8, 554:11, 555:3, 555:9, 555:10, 555:12, 555:14, 555:15, 557:23, 558:9, 558:12, 560:4, 560:7, 561:9, 561:14, 562:6, 562:22, 564:1, 564:2, 564:11, 564:16, 564:20, 564:21, 564:23, 564:25, 565:3, 565:5, 566:2, 567:18, 567:19, 568:10, 568:11, 569:3, 569:13, 569:23, 570:1, 570:7, 571:2, 573:5, 573:10, 573:24, 574:3, 574:20, 577:10, 577:14, 577:20, 579:3, 579:23, 581:3, 581:8, 582:19, 582:24, 584:1, 584:5, 586:6, 586:12, 586:19, 588:15, 590:11, 591:21, 592:10, 592:16, 593:18, 593:24, 594:14, 594:20, 595:25, 596:2, 596:13, 596:16, 596:17, 596:21, 596:24, 597:3, 597:4, 597:12, 598:21, 598:25, 600:4, 600:18, 601:13, 601:22, 602:4, 603:5, 603:19, 603:21, 604:6, 606:10, 607:13, 607:15, 607:19, 609:2, 609:19, 610:20, 611:9, 611:12, 611:25, 612:3, 612:5, 612:10, 613:25, 614:4, 616:8, 616:19, 617:8, 618:18, 619:4, 620:9, 620:18, 624:19, 625:4, 625:10, 625:12, 625:13, 626:16, 627:11, 627:14, 630:9, 630:11, 631:10, 632:9, 633:20, 635:8, 635:18, 636:10, 636:15, 638:13, 640:24, 642:4, 642:6,

642:25, 643:20, 645:21, 646:22, 646:23
  **ON-THE-JOB** [1] - 616:8
  **ONCE** [9] - 568:25, 590:23, 596:11, 600:23, 625:3, 625:4, 634:13
  **ONE** [49] - 540:10, 544:11, 566:24, 567:11, 567:12, 567:19, 568:7, 568:22, 571:9, 572:1, 578:3, 579:21, 580:10, 580:17, 583:16, 586:17, 587:7, 587:8, 589:10, 590:6, 591:25, 599:14, 605:8, 607:16, 610:3, 612:16, 623:10, 623:11, 624:18, 625:10, 626:10, 629:17, 629:24, 632:18, 632:19, 632:21, 635:2, 635:8, 635:9, 637:22, 641:17, 641:20, 643:8, 645:9, 646:3
  **ONLINE** [1] - 588:17
  **ONLY** [20] - 548:16, 548:20, 549:12, 550:17, 561:23, 570:25, 580:19, 580:20, 588:8, 605:8, 606:7, 606:22, 608:2, 622:6, 624:8, 624:13, 626:9, 627:24, 644:2, 646:3
  **OPELOUSAS** [2] - 598:9, 598:10
  **OPEN** [8] - 540:9, 540:10, 565:3, 603:17, 604:21, 610:19, 610:20, 643:2
  **OPENED** [1] - 585:4
  **OPENING** [2] - 604:23, 642:19
  **OPERATE** [2] - 586:2, 586:11
  **OPERATING** [1] - 643:20
  **OPERATION** [4] - 578:11, 580:25, 581:3, 586:7
  **OPINION** [2] - 577:2, 591:20
  **OPPORTUNITY** [2] - 586:5, 604:21

  **OPPOSED** [1] - 615:18
  **OPTED** [1] - 632:1
  **OR** [64] - 536:14, 537:7, 544:10, 545:5, 550:5, 551:13, 554:23, 555:12, 556:19, 557:8, 558:13, 566:12, 569:20, 570:24, 572:20, 576:21, 577:7, 578:22, 579:6, 583:11, 590:10, 590:14, 592:5, 592:9, 592:13, 592:15, 592:16, 592:21, 594:4, 595:8, 596:11, 597:10, 597:16, 597:19, 598:2, 598:25, 605:18, 606:5, 606:16, 610:2, 614:1, 615:19, 615:24, 616:5, 624:13, 624:24, 625:11, 625:12, 625:17, 626:13, 636:23, 639:8, 640:20, 641:16, 641:24, 642:22, 645:11, 646:7, 646:8
  **ORDER** [1] - 577:8
  **ORDERED** [1] - 554:15
  **ORIGINAL** [5] - 576:19, 576:23, 577:2, 577:6, 639:20
  **ORIGINALLY** [1] - 639:13
  **ORLEANS** [6] - 532:4, 532:17, 532:21, 533:6, 534:3, 534:16
  **ORLEANS** [57] - 538:15, 548:3, 551:21, 553:2, 554:16, 554:17, 560:16, 562:6, 574:10, 583:16, 588:14, 593:1, 596:17, 596:25, 597:1, 597:5, 597:13, 597:18, 598:2, 599:17, 599:21, 600:10, 604:6, 604:24, 613:23, 614:10, 614:12, 614:16, 616:25, 617:5, 617:6, 617:7, 617:11, 617:15, 617:23, 619:9,

620:11, 621:20, 623:14, 626:12, 626:13, 626:14, 626:15, 627:15, 631:20, 631:21, 634:5, 634:9, 634:10, 634:11, 636:14, 639:8, 639:10, 641:22, 642:17
  **OTHER** [37] - 536:10, 536:15, 543:2, 543:11, 549:2, 550:7, 550:13, 553:12, 558:4, 558:20, 560:6, 571:2, 572:10, 575:14, 576:9, 576:15, 578:1, 586:24, 590:3, 592:9, 594:10, 606:5, 606:12, 609:20, 611:16, 614:1, 626:8, 626:15, 635:3, 636:12, 637:12, 637:14, 645:24, 646:6, 647:11
  **OUR** [28] - 536:7, 544:21, 568:6, 568:9, 569:20, 570:19, 570:22, 574:4, 574:22, 575:18, 589:10, 590:6, 619:1, 619:8, 622:11, 623:11, 623:16, 623:18, 623:19, 624:22, 627:18, 627:21, 629:9, 630:4, 634:7, 645:8
  **OUT** [80] - 536:23, 539:23, 549:18, 549:24, 552:6, 552:13, 553:11, 554:15, 555:6, 559:5, 562:22, 563:4, 563:8, 563:10, 565:8, 566:14, 567:4, 567:18, 569:9, 569:15, 569:17, 570:23, 574:21, 586:2, 586:4, 586:11, 587:18, 588:22, 589:11, 590:21, 592:12, 592:19, 596:17, 597:4, 600:8, 600:21, 601:19, 602:6, 604:6, 606:5, 608:10, 608:13, 608:14, 609:11, 611:7, 611:14, 616:1, 616:10, 619:1, 621:1, 621:10, 621:13, 621:14, 621:16,

621:19, 621:21, 622:3, 622:12, 622:13, 622:16, 623:10, 623:17, 625:7, 630:5, 632:2, 635:16, 636:23, 641:21, 642:23, 643:1, 643:11, 643:22, 643:25, 644:2, 644:17, 644:21
  **OUTSIDE** [3] - 561:10, 591:1, 631:7
  **OVER** [20] - 537:6, 538:19, 554:21, 556:9, 567:5, 572:7, 575:10, 580:10, 600:5, 600:6, 601:3, 601:6, 601:7, 602:1, 607:11, 621:3, 628:2, 631:12, 636:15, 641:1
  **OVERALLS** [1] - 645:11
  **OWN** [12] - 536:12, 565:16, 585:4, 585:8, 608:7, 608:16, 614:25, 615:1, 619:18, 620:1, 637:7, 645:21
  **OWNED** [3] - 590:11, 605:5, 608:9
  **OWNER** [3] - 552:7, 552:9, 616:12

---

**P**

  **P** [5] - 533:1, 533:2, 533:19, 534:12, 536:1
  **P.M** [1] - 619:4
  **P.O** [1] - 533:9
  **PACKED** [4] - 604:8, 604:9, 624:11, 624:15
  **PAGE** [20] - 542:3, 542:4, 542:11, 542:14, 542:15, 542:18, 542:25, 546:5, 547:4, 555:2, 555:18, 556:7, 559:2, 560:2, 573:24, 582:4, 611:24, 612:24, 613:24
  **PAGE/LINE** [1] - 535:3
  **PAGES** [1] - 559:4
  **PAID** [2] - 606:20, 616:4
  **PAINTED** [1] - 567:2
  **PALM** [1] - 600:20
  **PALMINTIER** [3] - 533:14, 533:15, 533:15
  **PAPER** [1] - 608:12

**PAPERS** [2] - 634:22, 635:9

**PARABOLIC** [1] - 539:6

**PARENTS'** [1] - 604:9

**PARIS** [1] - 623:23

**PARISH** [24] - 548:2, 548:8, 572:24, 583:18, 588:19, 590:18, 590:19, 591:19, 592:1, 592:5, 592:7, 593:5, 593:10, 598:19, 599:2, 599:7, 601:11, 602:1, 604:22, 605:1, 605:3, 605:11, 611:4, 618:8

**PARK** [10] - 585:22, 593:19, 593:20, 593:22, 593:23, 593:24, 593:25, 594:2, 606:23, 609:5

**PARKING** [2] - 608:10, 608:15

**PARKWAY** [2] - 617:9, 617:10

**PART** [16] - 541:8, 541:13, 544:4, 556:12, 565:22, 588:13, 588:25, 590:17, 590:25, 596:8, 599:2, 604:22, 629:4, 629:5, 639:22, 640:1

**PART-TIME** [1] - 596:8

**PARTICULAR** [9] - 544:11, 544:12, 545:4, 574:5, 575:20, 575:24, 627:25, 628:17, 645:10

**PARTICULARLY** [1] - 574:4

**PARTIES** [5] - 578:14, 621:3, 621:7, 622:12, 622:13

**PARTS** [2] - 572:1, 611:12

**PARTY** [1] - 621:9

**PASS** [3] - 600:1, 600:4, 611:7

**PASSAGE** [2] - 576:5, 576:8

**PASSED** [2] - 552:21, 565:24

**PAST** [5] - 592:10, 593:7, 593:16, 593:17, 642:21

**PATTERN** [3] - 564:21, 564:23, 565:1

**PAUL** [2] - 534:6, 534:8

**PAY** [6] - 569:1, 569:4, 587:22, 587:24, 620:6, 622:16

**PAYING** [2] - 566:2, 569:16

**PAYMENT** [2] - 566:4, 637:22

**PENSION** [5] - 548:15, 563:19, 563:21, 564:9, 564:12

**PENSIONS** [1] - 548:17

**PEOPLE** [43] - 550:7, 550:10, 551:14, 563:6, 565:24, 565:25, 566:25, 567:3, 569:6, 569:7, 573:4, 591:17, 591:18, 591:21, 593:24, 594:6, 594:12, 595:4, 596:8, 596:10, 596:21, 598:11, 598:20, 602:8, 605:10, 605:13, 621:10, 622:2, 622:13, 622:22, 625:6, 626:9, 626:15, 628:1, 635:15, 635:22, 635:25, 636:5, 636:12, 636:13, 637:12, 639:9, 642:19

**PEOPLE'S** [1] - 625:7

**PER** [4] - 587:9, 587:25, 589:25, 606:7

**PERCENT** [1] - 590:22

**PERCEPTION** [1] - 635:19

**PERFORMED** [2] - 576:14, 576:15

**PERHAPS** [1] - 546:9

**PERIOD** [1] - 560:21

**PERIODS** [1] - 538:24

**PERMANENT** [1] - 609:9

**PERMIT** [1] - 562:6

**PERSON** [3] - 541:14, 606:8, 636:2

**PERSONAL** [1] - 565:17

**PERSONALLY** [5] - 585:13, 587:22, 591:13, 592:8, 592:16

**PERSPECTIVE** [2] - 595:14, 605:4

**PERTAINING** [3] - 547:11, 583:4, 592:9

**PETER** [1] - 534:10

**PH.D** [1] - 539:2

**PHASE** [5] - 576:1, 590:21, 591:5

**PHASES** [2] - 576:4, 590:20

**PHIL** [1] - 618:7

**PHILEN** [1] - 534:2

**PHONE** [4] - 588:10, 596:3, 602:23

**PHONES** [1] - 587:18

**PHONETIC** [2] - 594:16, 616:23

**PHONETICALLY** [1] - 579:2

**PHOTOGRAPH** [20] - 556:8, 556:12, 556:16, 556:19, 628:23, 629:14, 629:19, 629:20, 629:22, 630:2, 630:9, 630:12, 630:17, 631:1, 631:5, 632:17, 632:18, 633:8

**PHOTOGRAPHS** [7] - 546:9, 559:5, 613:5, 619:23, 619:25, 640:9

**PHOTOS** [3] - 588:24, 613:3, 640:8

**PHYSIC** [1] - 644:25

**PICK** [2] - 590:5, 611:7

**PICKED** [3] - 552:16, 598:5, 608:4

**PICTURE** [3] - 601:17, 645:10, 646:13

**PICTURES** [17] - 557:20, 571:6, 573:5, 573:6, 574:3, 574:4, 585:2, 602:11, 602:12, 626:17, 626:18, 635:22, 642:24, 642:25, 645:9, 646:13

**PIECE** [1] - 555:5

**PIECES** [1] - 608:14

**PIERCE** [1] - 532:13

**PILED** [1] - 556:11

**PISSED** [1] - 636:5

**PIT** [1] - 628:21

**PLACE** [25] - 544:12, 554:22, 594:5, 594:13, 603:5, 604:10, 608:3, 609:8, 618:25, 621:5, 621:7, 621:10, 621:19, 621:22, 622:1, 622:2, 622:11, 622:14, 623:17, 623:20, 631:25, 633:3, 636:21, 637:3, 637:12

**PLACED** [2] - 555:4, 637:10

**PLAINTIFF** [11] - 532:12, 544:21, 545:22, 546:13, 577:24, 579:23, 580:9, 581:8, 581:15, 582:10, 616:23

**PLAINTIFFS** [14] - 535:3, 536:22, 537:17, 538:12, 545:24, 546:4, 558:22, 559:1, 581:12, 582:3, 612:21, 612:24, 638:21, 639:20

**PLAINTIFFS'** [5] - 545:8, 546:8, 577:5, 577:25, 578:8

**PLAN** [2] - 620:18, 624:22

**PLANNED** [3] - 623:8, 624:5, 624:6

**PLANNING** [2] - 575:25, 591:5

**PLANS** [3] - 558:2, 595:18, 623:10

**PLAQUEMINES** [1] - 626:15

**PLASTER** [6] - 564:23, 565:1, 565:10, 565:13, 565:14, 565:17

**PLAY** [8] - 583:21, 583:23, 583:25, 584:9, 584:11, 584:13, 621:20, 622:14

**PLAYED** [5] - 583:24, 595:10, 629:15, 629:16, 643:8

**PLC** [1] - 533:14

**PLEASE** [28] - 536:5, 537:25, 538:3, 546:16, 546:19, 547:4, 547:9, 556:7, 557:3, 559:16, 559:17, 559:21, 559:22, 560:10, 580:5, 580:6, 581:20, 581:23, 583:2, 583:6, 583:14, 613:11, 613:14, 613:24, 614:6, 632:17, 638:23, 639:1

**PLUGGED** [1] -

619:7

**PLUS** [1] - 590:19

**PODANY** [7] - 575:19, 575:20, 575:24, 576:9, 576:16, 576:18, 576:22

**PODANY'S** [2] - 577:5, 577:21

**POINT** [4] - 536:13, 609:7, 637:18, 637:22

**POLICE** [5] - 617:15, 622:20, 625:20, 628:6, 634:6

**POLITICAL** [2] - 618:8, 625:8

**POOL** [4] - 621:2, 621:14, 622:2, 629:21

**POP** [1] - 635:2

**PORCH** [2] - 603:20, 603:21

**PORTION** [4] - 541:18, 542:6, 589:21, 593:5

**POSITION** [5] - 545:1, 564:3, 583:25, 584:11, 618:17

**POSSIBLE** [2] - 618:20, 644:2

**POSSIBLY** [2] - 554:23, 599:16

**POST** [2] - 586:6, 598:2

**POSTAL** [1] - 622:21

**POSTMAN** [1] - 616:17

**POUNDS** [1] - 608:11

**POWER** [1] - 576:19

**POWERFUL** [2] - 541:8, 550:24

**POYDRAS** [2] - 533:5, 534:16

**POYDRAS** [1] - 600:7

**PRACTICAL** [1] - 632:11

**PRACTICE** [3] - 616:10, 621:19, 621:21

**PRE** [1] - 595:3

**PRE-KATRINA** [1] - 595:3

**PRECISE** [1] - 540:11

**PREFER** [1] - 543:2

**PREPARATION** [1] - 578:7

**PREPARE** [1] - 556:23

**PREPARED** [4] - 624:8, 640:6, 646:3, 646:7
**PRESENT** [3] - 534:1, 545:3, 596:14
**PRESENTS** [1] - 635:5
**PRESERVED** [1] - 545:9
**PRESIDENCY** [1] - 635:12
**PRESIDENT** [2] - 635:4, 635:9
**PRESIDENT'S** [2] - 614:25, 615:1
**PRESSED** [1] - 541:14
**PRESSING** [1] - 536:15
**PRETTY** [7] - 551:15, 577:22, 601:24, 601:25, 602:1, 623:14, 645:11
**PREVIOUSLY** [1] - 539:18
**PRICE** [2] - 558:13, 646:8
**PRICES** [1] - 646:8
**PRIMARILY** [3] - 581:4, 618:15, 618:17
**PRINT** [1] - 588:23
**PRINTER** [2] - 588:22, 588:23
**PRINTERS** [1] - 587:18
**PRIOR** [19] - 539:9, 540:15, 553:6, 553:21, 563:6, 564:12, 567:9, 573:14, 595:1, 595:15, 597:23, 598:21, 605:5, 614:14, 614:20, 619:6, 629:23, 634:15, 643:3
**PROBABLY** [10] - 540:21, 540:23, 588:16, 590:6, 596:7, 599:18, 603:5, 603:11, 642:9, 642:22
**PROBLEM** [3] - 569:21, 606:2, 606:7
**PROBLEMS** [1] - 622:18
**PROCEDURES** [1] - 578:6
**PROCEED** [1] - 576:20
**PROCEEDED** [1] - 601:6

**PROCEEDINGS** [2] - 532:7, 648:7
**PROCEEDINGS** [1] - 534:18
**PROCESS** [3] - 575:25, 606:5, 608:11
**PRODUCED** [1] - 534:19
**PRODUCER** [1] - 618:2
**PRODUCERS** [2] - 618:21, 625:10
**PRODUCES** [1] - 541:12
**PRODUCT** [1] - 590:23
**PROFESSOR** [1] - 536:23
**PROFITS** [2] - 589:4, 589:14
**PROGRAM** [5] - 562:15, 575:5, 575:25, 616:8, 616:20
**PROGRESS** [2] - 617:20, 618:4
**PROJECT** [2] - 590:25, 591:6
**PROMOTED** [1] - 618:9
**PROPAGATIONS** [1] - 541:10
**PROPERTIES** [2] - 590:2, 605:15
**PROPERTY** [23] - 546:10, 549:21, 553:14, 566:8, 569:8, 570:7, 585:1, 590:4, 590:11, 591:2, 591:4, 598:21, 601:8, 609:19, 613:6, 613:7, 613:8, 620:2, 620:4, 620:7, 620:10, 627:19, 627:21
**PROPOSED** [1] - 544:2
**PROTECT** [1] - 577:8
**PROTECTED** [2] - 636:24, 636:25
**PROTECTION** [2] - 576:24, 577:4
**PROUD** [1] - 588:9
**PROVIDE** [4] - 557:1, 640:2, 640:4, 640:9
**PROVIDED** [2] - 576:25
**PROVISIONS** [1] - 624:22
**PSYCHIC** [1] - 643:18
**PSYCHOLOGICAL**

**LY** [2] - 553:2, 604:12
**PSYCHOLOGIST** [1] - 633:21
**PUBLIC** [1] - 618:22
**PULL** [22] - 547:4, 547:9, 549:4, 549:6, 555:2, 555:18, 556:7, 557:3, 560:2, 560:10, 582:23, 583:2, 583:6, 594:18, 602:6, 608:13, 608:14, 619:23, 619:24, 628:23, 646:20, 647:5
**PULLED** [1] - 568:12
**PUNCHED** [1] - 570:20
**PURCHASE** [8] - 587:3, 587:6, 587:11, 588:2, 588:25, 620:4, 620:6
**PURCHASED** [7] - 565:2, 565:4, 588:7, 602:20, 602:23, 603:1
**PURPOSE** [2] - 543:20, 576:9
**PURPOSES** [6] - 629:19, 630:25, 632:12, 639:25, 646:19, 647:5
**PURSUE** [2] - 589:4, 616:13
**PUSH** [1] - 603:16
**PUT** [11] - 552:7, 565:11, 581:8, 587:18, 591:21, 602:5, 608:2, 608:3, 631:25, 636:10, 641:20
**PUTT** [1] - 622:16
**PUZZLE** [1] - 555:5
**PX** [41] - 545:16, 545:17, 546:6, 546:7, 549:4, 549:9, 559:2, 559:3, 559:4, 560:2, 560:10, 578:14, 578:15, 579:8, 582:4, 582:5, 582:6, 583:2, 594:18, 594:20, 612:7, 612:24, 613:1, 613:3, 613:4, 613:5, 613:6, 613:7, 619:24, 620:14, 640:7, 646:20, 647:5

**Q**

**QUALIFIED** [1] - 606:1
**QUALITY** [3] - 595:14, 605:4
**QUESTION** [7] -

540:20, 541:4, 541:20, 543:10, 573:13, 610:13, 610:15
**QUESTIONED** [1] - 542:12
**QUESTIONS** [14] - 538:12, 543:12, 543:15, 558:4, 572:11, 575:14, 588:15, 606:12, 611:16, 637:14, 637:24, 645:24, 646:15, 647:11
**QUIET** [1] - 594:5
**QUITE** [9] - 551:8, 566:1, 569:5, 605:13, 620:9, 624:5, 624:7, 635:17

**R**

**R** [10] - 532:8, 533:23, 534:11, 536:1, 538:6, 539:25, 546:24, 582:1, 613:17, 639:4
**R-O-B-I-N-S-O-N** [2] - 613:17, 639:4
**RABBITS** [1] - 611:11
**RADIO** [3] - 616:10, 616:18
**RAISE** [6] - 537:25, 546:16, 559:10, 581:20, 613:11, 638:23
**RAISED** [4] - 603:8, 603:10, 624:1, 630:16
**RAMPART** [1] - 600:19
**RAN** [8] - 540:4, 540:7, 540:24, 541:9, 583:24, 586:4, 588:10, 625:6
**RANGE** [2] - 574:22, 588:1
**RANK** [2] - 563:6, 563:10
**RATHER** [1] - 574:7
**RE** [1] - 608:18
**RE-SHEETROCKING** [1] - 608:18
**REACH** [2] - 541:18, 542:7
**REACHING** [1] - 537:15
**READ** [5] - 577:23, 580:20, 607:5,

610:13, 610:15
**READY** [3] - 569:12, 569:14, 588:11
**REAL** [28] - 584:17, 584:18, 584:19, 584:20, 584:21, 584:22, 584:25, 585:4, 587:8, 587:14, 588:9, 588:11, 588:13, 589:25, 590:3, 590:9, 590:14, 591:19, 594:5, 595:12, 595:19, 604:16, 604:17, 605:5, 608:23, 625:22
**REALIZED** [1] - 631:10
**REALIZING** [4] - 552:25, 604:12, 637:7, 644:23
**REALLY** [47] - 544:13, 549:16, 552:8, 553:4, 553:5, 553:8, 554:25, 555:1, 565:11, 567:14, 569:17, 569:18, 573:2, 573:3, 573:4, 573:7, 591:23, 594:13, 595:4, 596:12, 602:17, 604:2, 604:18, 605:14, 606:1, 606:8, 606:9, 607:12, 607:14, 609:12, 616:2, 625:22, 632:12, 633:23, 634:20, 636:7, 636:19, 641:15, 642:2, 642:8, 642:9, 643:17, 644:20, 645:20
**REASON** [6] - 543:8, 562:1, 565:9, 574:5, 599:4, 602:11
**REASONS** [4] - 562:1, 566:24, 599:14, 641:15
**REBUILD** [1] - 557:23
**REBUILT** [2] - 557:25, 608:5
**RECALL** [6] - 541:19, 587:8, 592:13, 617:8, 634:17, 634:19
**RECEDED** [1] - 568:12
**RECEIPTS** [3] - 613:5, 613:7, 640:6
**RECEIVE** [3] -

548:16, 564:11, 637:22

**RECEIVED** [8] - 545:13, 547:11, 560:11, 575:5, 577:10, 583:3, 591:10, 592:15

**RECEIVING** [2] - 548:21, 592:13

**RECEPTION** [1] - 621:9

**RECESS** [5] - 580:1, 580:4, 647:14, 647:15, 647:22

**RECITE** [1] - 577:13

**RECOGNIZABLE** [1] - 629:3

**RECOLLECT** [1] - 551:4

**RECONFIGURED** [1] - 587:19

**RECONNAISSANCE** [7] - 575:22, 576:1, 576:4, 576:6, 576:10, 576:13

**RECONSTRUCT** [1] - 536:7

**RECORD** [20] - 538:4, 542:2, 542:15, 542:16, 546:12, 546:22, 556:16, 559:17, 559:22, 575:19, 578:19, 581:24, 583:14, 611:25, 613:15, 629:19, 630:25, 639:2, 646:19, 648:7

**RECORDED** [1] - 534:18

**RED** [1] - 553:25

**REDFISH** [2] - 603:19, 603:21

**REDIRECT** [6] - 575:13, 609:17, 637:25, 638:1, 646:16, 646:17

**REDIRECT** [2] - 535:15, 535:22

**REDONE** [1] - 565:8

**REDUCE** [1] - 576:12

**REDUCTION** [4] - 544:3, 544:8, 544:12, 544:15

**REEVALUATING** [1] - 543:22

**REEVALUATION** [5] - 539:14, 541:10, 543:19, 543:20, 544:5

**REFER** [2] - 571:18, 619:21

**REFERENCE** [1] - 646:7

**REFERENCED** [1] - 578:20

**REFERENCES** [1] - 576:13

**REFERRING** [1] - 612:8

**REFRIGERATOR** [1] - 574:22

**REFUGE** [2] - 620:25, 621:18

**REFUGEE** [1] - 615:5

**REFUND** [1] - 596:22

**REFUNDABLE** [1] - 591:17

**REFUNDED** [1] - 591:18

**REGARD** [1] - 543:19

**REGARDING** [2] - 545:2, 578:9

**REGULAR** [1] - 550:8

**REINFORCED** [1] - 642:7

**RELATE** [1] - 639:23

**RELATION** [3] - 550:16, 561:6, 593:3

**RELATIONS** [2] - 594:1, 594:4

**RELATIONSHIPS** [2] - 550:10, 593:9

**RELATIVES** [1] - 634:8

**RELAXATION** [1] - 621:18

**RELEVANCE** [1] - 579:7

**RELEVANT** [1] - 580:24

**REMAIN** [2] - 597:15, 625:25

**REMAINDER** [1] - 556:20

**REMAINED** [2] - 589:17, 626:1

**REMEMBER** [38] - 553:17, 557:8, 557:10, 568:2, 573:10, 573:19, 587:9, 587:10, 587:25, 592:11, 592:12, 596:19, 596:23, 600:8, 601:16, 602:5, 602:11, 603:3, 603:19, 603:24, 604:3, 604:4, 607:9,

607:10, 608:13, 610:20, 611:10, 611:11, 611:12, 617:9, 629:6, 634:18, 635:1, 642:20, 645:10, 646:10, 646:11

**REMEMBERED** [1] - 635:13

**REMIND** [1] - 565:23

**REMINDING** [1] - 626:10

**REMOVED** [1] - 581:2

**RENOVATED** [2] - 588:3, 607:1

**RENOVATING** [1] - 607:9

**RENOVATION** [4] - 587:20, 602:20, 602:23, 607:2

**RENOVATIONS** [5] - 587:13, 587:16, 587:22, 587:24, 588:25

**RENT** [11] - 554:9, 566:2, 566:14, 566:20, 566:22, 567:6, 569:1, 569:4, 569:6, 569:15, 608:25

**RENTAL** [1] - 609:2

**RENTED** [5] - 549:18, 549:24, 566:15, 566:17

**RENTING** [1] - 566:18

**REPAIR** [1] - 570:18

**REPAIRED** [2] - 575:7, 624:1

**REPAIRING** [1] - 576:20

**REPLACE** [5] - 571:8, 609:4, 609:6, 635:24, 636:9

**REPLACED** [2] - 568:17, 568:19

**REPORT** [8] - 575:23, 576:7, 576:13, 578:18, 579:3, 579:12, 579:13, 628:1

**REPORTER** [1] - 534:15

**REPORTER** [13] - 539:21, 559:22, 573:21, 618:2, 618:7, 618:8, 618:9, 625:8, 625:9, 628:10, 637:11, 648:4, 648:13

**REPORTER'S** [1] -

648:2

**REPORTERS** [1] - 618:21

**REPORTS** [4] - 575:22, 576:10, 626:13, 631:24

**REPRESENTS** [1] - 618:25

**REQUIRED** [1] - 576:6

**REQUIREMENT** [1] - 576:7

**REQUIREMENTS** [1] - 578:10

**RESEARCH** [1] - 635:21

**RESIDE** [2] - 613:20, 613:22

**RESIDENCE** [12] - 549:6, 549:10, 561:10, 561:19, 585:14, 585:19, 594:22, 613:4, 613:5, 620:15, 631:16, 639:7

**RESIDENTIAL** [5] - 586:23, 590:1, 590:2, 591:22, 592:4

**RESIDING** [3] - 548:23, 548:24, 619:19

**RESIGN** [1] - 634:5

**RESIGNED** [1] - 564:2

**RESOLUTION** [2] - 576:2, 576:3

**RESOURCE** [1] - 576:5

**RESPONSE** [3] - 542:7, 542:24, 574:2

**RESPONSIBILITIES** [1] - 618:13

**RESPONSIBILITY** [1] - 618:22

**RESPONSIBLE** [2] - 571:25, 619:1

**REST** [3] - 574:9, 595:20, 620:18

**RESULT** [7] - 576:17, 589:17, 605:20, 605:22, 610:2, 633:15, 645:18

**RETAIN** [1] - 563:5

**RETHINK** [1] - 635:20

**RETIRED** [2] - 538:16, 563:14, 593:24, 595:21

**RETURN** [3] - 551:9, 558:2, 596:3

**RETURNED** [6] -

554:20, 555:20, 556:20, 603:13, 607:19, 631:11

**RETURNING** [1] - 558:9

**REVIEW** [1] - 541:21

**REWIRED** [1] - 587:17

**RICHARD** [2] - 534:11, 580:14

**RIDE** [5] - 598:6, 599:23, 600:5, 622:17, 625:10

**RIDES** [2] - 598:11, 598:20

**RIDGE** [6] - 541:1, 541:2, 611:11, 611:12, 633:3

**RIDGES** [1] - 611:10

**RIGHT** [68] - 537:14, 537:25, 542:12, 542:18, 546:16, 548:12, 549:11, 551:9, 554:24, 555:15, 555:17, 555:21, 557:19, 558:11, 560:25, 561:1, 563:13, 567:14, 569:6, 571:1, 572:25, 574:15, 574:17, 575:5, 579:5, 579:14, 579:20, 581:14, 581:20, 585:22, 591:19, 591:25, 593:7, 593:13, 593:14, 593:16, 593:17, 593:18, 597:5, 597:8, 598:7, 599:1, 599:6, 603:21, 606:3, 606:18, 607:3, 607:13, 607:16, 607:20, 607:24, 608:1, 610:5, 610:8, 612:7, 613:11, 617:24, 619:13, 621:12, 626:2, 632:22, 635:6, 636:16, 636:17, 638:23, 647:16, 647:18, 647:21

**RINGS** [1] - 634:20

**RIPE** [1] - 639:22

**RISE** [2] - 580:3, 580:5

**RITA'S** [4] - 551:24, 551:25, 552:3, 553:13

**RIVER** [9] - 567:19, 569:13, 597:4, 597:5, 599:17, 633:3

**ROAD** [10] - 570:19, 575:5, 592:13, 592:21, 619:21, 620:12, 620:13, 623:23

**ROBBED** [2] - 608:1, 608:2

**ROBERT** [2] - 534:1, 562:22

**ROBIN** [1] - 534:10

**ROBINSON** [35] - 532:2, 535:17, 535:20, 537:17, 538:12, 611:21, 612:22, 613:5, 613:6, 613:12, 613:16, 613:20, 613:25, 614:7, 614:10, 619:12, 620:14, 624:21, 628:25, 630:18, 638:5, 638:6, 638:11, 638:22, 638:24, 639:3, 639:7, 639:14, 639:20, 639:23, 646:3, 646:21, 647:1, 647:7

**ROBINSON'S** [4] - 612:23, 613:4, 613:8, 639:18

**ROCHESTER** [1] - 640:16

**ROCKED** [1] - 635:18

**ROLE** [2] - 543:23, 595:10

**ROOF** [3] - 587:19, 600:18, 624:6

**ROOM** [13] - 555:11, 559:8, 621:14, 630:2, 630:4, 630:6, 630:7, 630:13, 630:21, 630:22, 630:23, 643:1

**ROOM** [1] - 534:16

**ROOMS** [1] - 556:4

**ROTTEN** [1] - 600:22

**ROUGE** [13] - 550:25, 551:7, 551:10, 552:14, 552:25, 554:4, 554:6, 572:17, 572:18, 572:21, 572:23, 574:3, 574:15

**ROUGE** [2] - 533:10, 533:16

**ROUGH** [1] - 553:8

**ROUTE** [1] - 625:7

**ROY** [28] - 533:1, 533:1, 544:21, 544:24, 545:12, 545:21, 575:18,

577:16, 577:19, 578:1, 578:3, 578:20, 579:16, 579:18, 579:21, 579:23, 580:7, 580:8, 580:13, 580:19, 580:22, 581:7, 610:8, 610:10, 612:3, 638:5, 638:8, 638:18

**RPR** [2] - 534:15, 648:12

**RUINED** [2] - 602:21, 602:24

**RULE** [1] - 545:4

**RUN** [1] - 604:25

**RUNNING** [6] - 540:14, 540:15, 589:22, 604:25, 605:3, 605:4

**RUNOFF** [1] - 627:6

**RUNS** [1] - 540:4

**RUPERT** [1] - 534:9

## S

**S** [5] - 534:4, 534:7, 536:1, 613:17, 639:4

**S.W** [1] - 533:12

**S08** [2] - 539:18, 539:20

**SAIA** [3] - 578:5, 578:18

**SAIA'S** [1] - 578:8

**SAID** [29] - 542:25, 552:11, 570:22, 570:25, 572:15, 574:7, 574:9, 574:10, 574:11, 574:12, 575:10, 590:6, 596:9, 596:10, 596:22, 601:12, 604:14, 607:5, 607:6, 607:8, 616:13, 627:9, 635:6, 642:2, 642:18, 644:10, 645:22

**SALE** [2] - 587:8, 590:24

**SALTWATER** [1] - 574:23

**SALVAGE** [6] - 609:11, 631:19, 632:13, 632:16, 633:5, 645:5

**SALVAGEABLE** [2] - 602:14, 604:8

**SALVAGED** [2] - 608:2, 608:4

**SAME** [7] - 540:25, 545:5, 551:3, 563:10, 581:15, 594:7, 638:12

**SANTA** [1] - 616:13

**SARAH** [1] - 534:11

**SATURDAY** [4] - 596:17, 597:17, 621:1

**SAW** [19] - 544:14, 550:7, 550:10, 552:15, 554:11, 557:14, 565:9, 601:18, 601:19, 601:25, 602:3, 626:13, 631:4, 631:9, 632:8, 641:13, 643:13, 643:18

**SAY** [20] - 540:11, 553:16, 561:18, 565:20, 570:17, 578:13, 584:18, 590:9, 595:16, 597:24, 606:1, 611:8, 618:24, 618:25, 624:7, 639:9, 643:18, 644:16, 644:23, 645:20

**SAYING** [1] - 596:19

**SAYS** [2] - 607:4, 607:5

**SBA** [5] - 592:8, 592:12, 592:13, 592:16, 592:21

**SCAR** [1] - 572:9

**SCHOOL** [33] - 548:5, 548:6, 548:7, 560:23, 560:24, 561:3, 561:4, 561:22, 561:24, 562:8, 562:9, 562:10, 562:11, 562:13, 562:14, 562:15, 569:10, 583:19, 583:20, 583:21, 584:5, 593:6, 593:8, 614:20, 614:21, 615:13, 615:15, 616:7, 634:7, 639:15, 640:15

**SCIENCE** [1] - 538:20

**SCOOPED** [1] - 552:15

**SCOTT** [3] - 537:16, 538:11, 557:1

**SCOUT** [1] - 616:22

**SCREEN** [3] - 541:25, 614:1

**SCRIPTS** [1] - 635:10

**SCUBA** [1] - 610:18

**SE** [3] - 587:9, 587:25, 606:7

**SEALED** [1] - 587:19

**SEASON** [1] - 571:13

**SEAT** [1] - 536:6

**SEATED** [5] - 536:5, 538:3, 546:19, 580:6, 581:23

**SECOND** [15] - 540:24, 562:4, 574:20, 575:2, 577:19, 578:3, 617:1, 630:9, 630:11, 632:3, 632:7, 632:10, 632:14, 643:21

**SECURE** [4] - 595:23, 595:24, 604:10

**SECURITY** [7] - 548:16, 548:18, 610:25, 637:1, 637:3, 645:17, 645:19

**SEE** [20] - 543:23, 549:8, 556:13, 557:9, 560:4, 570:11, 573:16, 577:24, 579:7, 601:14, 601:15, 605:10, 605:13, 611:8, 627:25, 628:23, 636:17, 641:13, 641:14

**SEEING** [3] - 600:19, 601:17, 605:15

**SEEMS** [1] - 595:3

**SEEN** [5] - 596:11, 628:8, 628:11, 632:21, 643:16

**SELF** [1] - 645:17

**SELLING** [1] - 590:16

**SEND** [2] - 570:22, 624:8

**SENDING** [1] - 628:1

**SENIOR** [2] - 619:5, 625:9

**SENSE** [15] - 537:20, 591:22, 597:6, 610:25, 611:9, 618:22, 618:24, 622:9, 637:1, 637:3, 643:3, 643:5, 643:10, 645:17, 645:19

**SENT** [2] - 623:17, 634:7

**SENTIMENTAL** [1] - 565:21

**SEPTEMBER** [9] - 578:4, 578:12, 599:23, 602:4, 604:6, 607:19, 627:17, 631:20, 642:18

**SERGEANT** [1] - 563:8

**SERIOUS** [1] - 611:15

**SERVICE** [3] - 563:6, 563:16, 620:12

**SESSION** [5] - 532:9, 536:3, 536:5, 545:19, 580:5

**SET** [2] - 596:16, 619:24

**SETS** [1] - 572:2

**SETTLED** [3] - 595:22, 609:13

**SEVEN** [5] - 542:18, 596:7, 597:16, 603:11, 625:2

**SEVEN-DAY** [1] - 597:16

**SEVERAL** [5] - 559:4, 576:15, 579:19, 616:9, 631:22

**SEWER** [1] - 590:24

**SHARED** [1] - 576:6

**SHE** [61] - 552:1, 552:10, 562:2, 562:3, 565:4, 565:8, 565:9, 565:10, 565:11, 565:12, 565:13, 565:15, 566:16, 566:17, 568:3, 568:5, 569:10, 569:11, 569:14, 569:15, 569:16, 570:1, 615:12, 622:5, 624:9, 624:11, 624:15, 624:17, 624:18, 624:23, 624:24, 625:17, 625:18, 630:5, 630:14, 634:5, 634:10, 634:12, 634:13, 635:6, 638:12, 639:19, 639:21, 639:24, 640:4, 640:6, 643:8, 643:9

**SHED** [2] - 609:22, 609:23

**SHEETROCK** [1] - 608:8

**SHEETROCKING** [1] - 608:18

**SHELL** [1] - 607:3

**SHERMAN** [1] - 532:20

**SHERWOOD** [2] - 637:6

**SHIFT** [2] - 622:22, 623:7

**SHIP** [5] - 596:17, 596:25, 597:3, 597:20, 598:5

DAILY COPY

**SHOCK** [1] - 635:17

**SHOCKED** [1] - 557:16

**SHOOTING** [1] - 601:18

**SHORTLY** [2] - 585:4, 622:4

**SHOTGUN** [1] - 571:11

**SHOULD** [9] - 545:9, 552:11, 578:13, 602:12, 606:6, 616:13, 616:14, 637:8

**SHOULDN'T** [1] - 536:18

**SHOW** [5] - 541:20, 542:2, 574:4, 616:20, 628:4

**SHOWED** [2] - 574:4, 626:13

**SHOWING** [2] - 573:5, 574:3

**SHOWN** [1] - 573:14

**SHUT** [1] - 570:5

**SIC** [1] - 561:11

**SICK** [2] - 562:2, 566:12

**SICKENING** [1] - 628:22

**SIDE** [13] - 554:22, 555:3, 555:6, 555:8, 555:12, 555:13, 555:14, 555:16, 569:13, 570:20, 570:22, 571:3, 635:18

**SIDES** [1] - 565:16

**SIGN** [1] - 619:21

**SIGNED** [2] - 635:4, 635:8

**SIGNIFICANT** [2] - 541:6, 620:21

**SIGNS** [1] - 632:6

**SIMPLE** [1] - 565:12

**SIMPLY** [2] - 536:14, 578:5

**SIMS** [1] - 532:23

**SIMULATED** [1] - 541:3

**SINCE** [16] - 544:25, 545:1, 568:17, 568:19, 571:20, 575:7, 576:15, 592:8, 606:3, 623:12, 623:16, 623:25, 630:7, 640:6, 641:4

**SIR** [48] - 536:20, 537:4, 537:10, 537:11, 541:25, 543:8, 544:19, 544:23, 545:11,

545:20, 546:2, 558:5, 558:24, 559:10, 573:10, 573:19, 573:25, 575:15, 575:17, 578:3, 580:7, 580:12, 581:10, 582:14, 584:10, 585:15, 587:23, 589:6, 589:20, 591:9, 591:12, 593:20, 606:21, 606:24, 607:18, 608:6, 608:24, 609:6, 609:16, 610:17, 611:17, 612:20, 632:22, 637:15, 637:18, 637:25, 638:2, 645:25

**SISTER** [9] - 551:24, 551:25, 552:2, 552:10, 553:1, 553:12, 623:18, 624:19, 642:2

**SISTER'S** [1] - 642:15

**SISTERS** [1] - 567:13

**SIT** [5] - 538:8, 569:18, 592:15, 596:12, 621:13

**SITES** [1] - 646:8

**SITTING** [2] - 611:3, 621:1

**SITUATION** [1] - 645:20

**SIX** [9] - 542:18, 547:18, 551:8, 567:3, 568:21, 603:7, 603:11, 616:17

**SIX-CYLINDER** [1] - 568:21

**SIX-FOUR** [1] - 603:7

**SIX-THREE** [1] - 603:7

**SKELTER** [1] - 625:6

**SLEEP** [1] - 551:14

**SLEEPING** [1] - 551:14

**SLEEPWALKING** [1] - 629:3

**SLOP** [2] - 628:20, 628:22

**SLOPPING** [1] - 628:20

**SLOW** [2] - 562:3, 606:10

**SMALL** [2] - 548:16, 616:15

**SMALLER** [1] - 616:14

**SMELL** [2] - 603:12, 628:17

**SMELLED** [5] - 628:18, 628:21, 628:22

**SMITH** [5] - 534:10, 537:11, 546:8, 547:25, 551:1

**SNOW** [1] - 636:23

**SO** [103] - 536:11, 537:8, 542:12, 543:2, 543:9, 544:1, 544:2, 544:4, 544:10, 544:13, 545:6, 545:9, 549:16, 550:18, 550:24, 551:13, 555:15, 556:1, 556:4, 556:17, 559:8, 561:1, 562:4, 562:9, 563:9, 563:10, 563:12, 563:16, 564:2, 564:5, 565:4, 565:25, 566:8, 566:22, 567:1, 567:2, 567:5, 568:16, 569:13, 569:17, 569:25, 570:3, 570:24, 571:13, 572:20, 574:23, 577:23, 581:16, 586:25, 588:19, 588:21, 588:23, 588:25, 589:13, 589:23, 590:5, 591:4, 593:7, 597:12, 597:20, 601:20, 601:24, 603:3, 603:16, 606:8, 607:14, 607:23, 609:12, 615:13, 615:20, 616:2, 616:17, 616:21, 619:23, 621:5, 621:6, 621:16, 621:23, 622:3, 623:17, 623:19, 624:11, 624:18, 628:3, 632:1, 632:12, 633:4, 633:15, 635:17, 635:18, 635:21, 637:12, 639:22, 640:1, 640:2, 640:4, 642:9, 642:19, 643:10, 643:25, 644:11, 646:11

**SOBER** [1] - 633:24

**SOCIAL** [3] - 548:16, 548:18, 621:6

**SOFA** [2] - 603:18, 632:16

**SOFAS** [1] - 604:1

**SOFT** [3] - 565:3, 565:13, 565:14

**SOFTWARE** [1] - 588:2

**SOJA** [1] - 534:11

**SOLD** [3] - 590:21, 618:6, 637:19

**SOLID** [1] - 594:12

**SOME** [38] - 536:12, 540:17, 557:19, 558:16, 565:9, 568:4, 574:5, 582:12, 586:24, 586:25, 598:12, 599:19, 601:13, 602:7, 602:11, 604:2, 604:3, 604:4, 606:15, 607:11, 609:8, 610:21, 619:23, 621:18, 624:1, 627:19, 628:13, 631:18, 632:1, 632:2, 634:7, 639:8, 643:16, 645:6, 646:13

**SOMEBODY** [6] - 555:4, 566:12, 592:20, 598:6, 608:19, 625:23

**SOMEONE** [1] - 570:23

**SOMEONE'S** [1] - 568:10

**SOMETHING** [13] - 554:22, 554:23, 557:8, 565:9, 565:23, 566:12, 568:24, 570:14, 575:10, 592:10, 595:11, 606:9, 616:3

**SOMETIME** [1] - 620:9

**SOMETIMES** [2] - 618:2, 618:3

**SOMEWHAT** [4] - 590:17, 591:15, 591:16, 599:15

**SOMEWHERE** [6] - 540:16, 568:15, 588:17, 620:5, 626:3, 626:20

**SON** [8] - 549:3, 549:19, 551:12, 551:22, 552:19, 553:1, 555:22, 617:16

**SON'S** [1] - 630:7

**SOON** [2] - 616:1, 644:11

**SORROW** [2] - 570:13, 571:21

**SORRY** [7] - 552:17,

564:25, 610:3, 610:14, 610:17, 639:16, 646:23

**SORT** [4] - 567:14, 598:20, 602:7, 626:2

**SOUGHT** [2] - 605:18, 605:19

**SOUNDED** [1] - 637:11

**SOUTH** [1] - 532:13

**SOUTHEAST** [2] - 619:10, 628:10

**SPACE** [4] - 571:11, 606:22, 633:13, 645:2

**SPACES** [1] - 593:23

**SPARE** [1] - 630:8

**SPEAK** [1] - 589:23

**SPEAKING** [1] - 536:9

**SPECIALTY** [1] - 618:7

**SPECIFIC** [4] - 594:4, 604:3, 613:1, 640:9

**SPECIFICALLY** [3] - 584:24, 589:18, 612:19

**SPECIFICS** [2] - 592:10, 604:3

**SPELL** [9] - 538:4, 539:23, 546:21, 559:17, 559:21, 581:24, 583:13, 613:14, 639:1

**SPELLED** [1] - 579:2

**SPEND** [5] - 551:16, 620:21, 621:25, 622:1, 631:16

**SPENDING** [2] - 567:7, 620:18

**SPENT** [10] - 550:18, 554:6, 561:18, 562:9, 563:7, 563:12, 567:14, 607:8, 620:23, 621:1

**SPLIT** [1] - 554:24

**SPOKE** [1] - 626:5

**SPONSOR** [1] - 576:6

**SPORTS** [2] - 583:21, 583:23

**SPOT** [1] - 623:22

**SPOTS** [1] - 593:21

**SPREADSHEET** [1] - 557:5

**SPRING** [3] - 551:17, 572:17, 620:11

**SPRINGS** [1] - 533:13

**SQUARE** [7] - 633:7,

633:11, 633:13, 633:16, 633:18, 644:24

**SR** [1] - 534:11
**ST** [79] - 548:2, 548:8, 548:10, 548:11, 548:24, 550:3, 550:6, 550:14, 550:16, 550:17, 550:19, 551:24, 551:25, 552:3, 552:19, 552:20, 553:13, 553:15, 554:12, 555:3, 555:9, 555:12, 555:15, 557:24, 558:2, 558:9, 560:19, 561:1, 561:7, 561:9, 561:11, 561:12, 561:13, 561:20, 562:14, 564:17, 564:20, 567:12, 567:18, 567:19, 569:23, 570:8, 570:12, 582:21, 583:18, 584:16, 585:23, 586:8, 587:2, 587:3, 590:18, 591:19, 592:1, 592:5, 592:7, 592:23, 592:24, 593:4, 593:5, 593:10, 594:22, 595:20, 598:18, 598:25, 599:2, 599:7, 601:3, 601:11, 602:1, 602:15, 604:22, 605:1, 605:3, 606:25, 608:5, 611:4, 626:15
**ST** [5] - 532:17, 532:20, 533:2, 533:5, 533:23
**STABILITY** [1] - 538:25
**STABILIZATION** [1] - 576:14
**STACK** [1] - 593:17
**STAFF** [2] - 623:11, 623:18
**STAGING** [2] - 602:8, 607:23
**STAIRCASE** [1] - 632:10
**STAIRS** [3] - 632:11, 633:8, 633:10
**STALKER** [1] - 644:19
**STAMPS** [1] - 536:8
**STAND** [3] - 537:18, 559:10, 638:22
**STANDARDS** [1] -

545:2
**STANDING** [2] - 601:21, 635:23
**STANDS** [1] - 540:1
**STANDSTILL** [1] - 591:20
**STANWOOD** [1] - 532:8
**START** [11] - 536:6, 536:11, 554:24, 582:18, 585:8, 586:9, 610:10, 631:24, 635:20, 647:14, 647:15
**STARTED** [8] - 573:5, 584:24, 586:15, 600:8, 616:1, 625:4, 635:21, 642:8
**STARTING** [3] - 536:25, 590:5, 590:7
**STATE** [10] - 538:3, 546:21, 559:16, 559:21, 581:23, 583:13, 588:18, 598:17, 613:14, 639:1
**STATED** [3] - 574:12, 576:9, 578:5
**STATEMENT** [1] - 573:15
**STATES** [20] - 532:1, 532:5, 532:8, 538:15, 543:15, 547:11, 560:12, 562:21, 562:23, 563:1, 564:6, 582:7, 583:3, 583:8, 614:4, 614:8, 614:23, 614:24, 647:2, 648:4
**STATION** [10] - 616:12, 616:18, 618:14, 623:6, 623:7, 623:8, 623:18, 624:6, 627:19, 628:7
**STATION** [1] - 534:13
**STATIONARY** [1] - 618:17
**STATIONED** [1] - 618:15
**STATIONS** [1] - 596:19
**STAY** [12] - 551:21, 552:19, 552:21, 555:22, 567:3, 598:10, 604:18, 631:25, 634:7, 641:24, 642:10, 644:8
**STAYED** [12] - 555:23, 598:6, 598:12, 598:16, 604:24, 618:5, 632:4,

634:2, 634:4, 642:13, 642:14
**STAYING** [2] - 553:1, 554:7
**STENCH** [1] - 643:15
**STENOGRAPHY** [1] - 534:18
**STEP** [10] - 544:19, 558:19, 575:15, 575:25, 611:17, 622:7, 622:8, 629:18, 638:2, 647:12
**STEPDAUGHTER** [1] - 642:21
**STEPS** [2] - 575:2, 601:13
**STEVENS** [2] - 533:18, 533:18
**STICKING** [1] - 628:15
**STILL** [23] - 541:7, 554:8, 565:13, 570:4, 591:13, 596:3, 596:22, 604:25, 608:21, 609:2, 609:10, 609:12, 609:13, 617:9, 619:5, 621:20, 626:25, 632:11, 634:9, 635:1, 636:9, 639:21
**STOLE** [1] - 592:20
**STOLEN** [1] - 610:2
**STOMACH** [1] - 645:23
**STONE** [1] - 534:11
**STOOD** [1] - 571:22
**STOOPER** [1] - 633:22
**STOP** [1] - 543:3
**STOPPED** [4] - 600:6, 600:8, 604:10, 643:7
**STORAGE** [1] - 609:22
**STORE** [5] - 589:8, 604:21, 604:25, 605:1, 605:3
**STORES** [1] - 605:8
**STORIES** [1] - 618:21
**STORM** [54] - 539:15, 540:6, 543:2, 543:3, 544:3, 544:9, 544:11, 544:12, 544:13, 544:14, 544:15, 550:24, 551:6, 551:11, 551:16, 551:19, 551:21, 553:6, 553:15, 553:21,

554:2, 554:6, 554:7, 555:22, 555:24, 557:6, 557:12, 565:20, 566:2, 566:15, 568:17, 568:23, 569:6, 572:20, 589:13, 592:8, 593:12, 595:10, 605:6, 610:2, 625:13, 625:25, 626:6, 626:7, 627:3, 627:12, 627:14, 628:4, 629:8, 632:25, 634:16, 642:10, 643:3, 645:4
**STORMS** [4] - 540:5, 540:6, 540:7, 544:9
**STORY** [6] - 551:3, 568:1, 568:6, 632:3, 643:21
**STOVE** [1] - 574:22
**STRAIGHT** [1] - 597:10
**STRANDED** [1] - 603:20
**STREET** [5] - 532:13, 533:9, 533:16, 534:2, 534:16
**STREET** [22] - 548:6, 550:15, 555:12, 555:14, 556:1, 560:25, 561:1, 561:8, 561:9, 561:14, 562:6, 564:1, 583:15, 594:7, 594:17, 600:7, 600:18, 600:19, 622:18, 622:23, 639:8, 643:9
**STREETS** [3] - 570:4, 590:23, 591:4
**STRESSFUL** [1] - 626:19
**STRUCTURAL** [3] - 571:1, 571:2
**STRUCTURE** [2] - 541:6, 603:8
**STRUCTURES** [3] - 541:5, 541:16, 609:20
**STUDIES** [4] - 541:17, 542:22, 576:2, 576:15
**STUDIO** [1] - 640:17
**STUDY** [10] - 539:14, 541:10, 542:5, 542:7, 542:13, 543:19, 543:20, 544:5, 544:7, 576:13
**STUFF** [22] - 555:4, 557:20, 558:16, 570:3, 587:18, 603:4,

632:9, 635:19, 635:21, 635:23, 635:24, 636:1, 636:8, 636:9, 636:10, 636:11, 643:22, 643:25, 645:6, 645:16
**STYLE** [1] - 571:10
**STYLIST** [1] - 617:16
**SUBCONTRACTOR S** [1] - 608:8
**SUBDIVISION** [5] - 590:10, 590:11, 590:15, 590:16, 620:11
**SUBMISSIONS** [1] - 580:17
**SUBMITTED** [1] - 578:14
**SUBROGATED** [1] - 533:22
**SUBSEQUENT** [2] - 577:7, 616:19
**SUBSEQUENTLY** [5] - 591:5, 617:1, 639:21, 639:24, 644:12
**SUBSIDED** [1] - 570:3
**SUBSTANTIAL** [1] - 589:21
**SUBSTANTIATES** [1] - 577:5
**SUCK** [1] - 636:14
**SUDDENLY** [1] - 640:24
**SUGGEST** [1] - 579:25
**SUGGESTED** [1] - 616:15
**SUICIDE** [1] - 633:22
**SUITE** [4] - 532:14, 532:23, 533:5, 534:2
**SUITS** [1] - 643:23
**SUMMARIES** [1] - 578:12
**SUMMARIZED** [2] - 577:23, 580:21
**SUMMARY** [3] - 577:21, 577:22, 578:12
**SUMMER** [5] - 571:14, 571:15, 634:12, 637:18
**SUN** [1] - 621:14
**SUNDAY** [2] - 567:17, 625:13
**SUPPLEMENT** [1] - 577:3
**SUPPLEMENTAL** [1] - 578:7

DAILY COPY

SUPPORTS [1] - 545:8
SUPPOSED [6] - 618:24, 626:17, 636:2, 636:3, 636:24, 636:25
SURE [16] - 541:20, 542:14, 542:16, 542:20, 543:21, 556:13, 575:10, 577:22, 611:21, 617:12, 618:18, 623:22, 623:24, 626:4, 637:23, 645:11
SURFACE [1] - 541:13
SURGE [13] - 539:15, 543:2, 543:3, 544:3, 544:9, 544:10, 544:12, 544:13, 544:14, 544:15, 627:12, 627:14
SURPRISE [1] - 624:8
SURPRISED [1] - 624:16
SURREAL [1] - 595:2
SURROUNDING [3] - 545:6, 581:3, 588:19
SWAMPS [1] - 615:19
SWEAR [1] - 613:10
SWEAT [1] - 565:18
SWELLED [1] - 602:6
SWIM [1] - 643:9
SWORDS [1] - 607:22
SWORN [6] - 538:1, 546:17, 559:12, 581:21, 613:12, 638:24
SYSTEM [3] - 588:10, 602:20, 602:23

**T**

T [7] - 533:22, 561:4, 561:6, 561:22, 561:25, 582:1
TABLE [2] - 588:14, 589:18
TABLES [3] - 588:22, 589:1, 603:1
TAHEERAH [1] - 534:6
TAKE [18] - 539:22, 563:1, 563:24, 566:13, 580:1, 595:9,

600:9, 602:11, 602:12, 604:17, 608:13, 608:19, 624:13, 625:1, 638:19, 643:23, 647:14, 647:15
TAKEN [6] - 562:3, 576:12, 580:4, 580:14, 610:2, 647:22
TAKING [2] - 541:14, 618:25
TALENT [1] - 616:22
TALK [8] - 536:7, 563:7, 571:17, 582:3, 582:10, 594:9, 611:10, 611:11
TALKED [5] - 546:7, 563:9, 627:9, 643:7, 644:7
TALKING [9] - 556:17, 579:4, 607:10, 616:4, 618:19, 623:12, 625:5, 627:14, 633:9
TALKS [1] - 545:5
TALL [1] - 603:6
TAPE [1] - 645:8
TASKED [6] - 539:12, 543:1, 543:9, 543:10, 544:4
TAX [1] - 566:9
TAYLOR [1] - 557:1
TEACHERS [1] - 622:21
TECH [1] - 563:8
TELEVISION [4] - 550:23, 572:24, 616:20, 616:21
TELEVISIONS [1] - 604:1
TELL [21] - 552:11, 555:8, 561:24, 575:7, 584:18, 587:16, 588:6, 594:13, 594:19, 596:15, 597:6, 598:1, 599:25, 600:16, 601:19, 605:25, 613:1, 616:5, 632:7, 632:8, 633:23
TELLING [1] - 589:19
TEN [2] - 562:7, 580:1, 615:9
TENDER [1] - 543:12
TENS [1] - 646:7
TENTH [1] - 540:6
TERMS [3] - 539:14, 581:5, 589:25
TERRAIN [1] - 545:6
TESTIFIED [9] -

538:1, 545:4, 546:17, 559:12, 575:24, 580:25, 581:21, 613:12, 638:24
TESTIFY [5] - 546:13, 575:21, 578:6, 581:16
TESTIFYING [2] - 545:2, 610:7
TESTIMONY [18] - 536:23, 539:17, 540:19, 540:21, 541:7, 542:9, 545:8, 551:1, 559:1, 577:5, 578:1, 578:8, 582:3, 605:17, 612:23, 639:18, 640:5, 640:10
TEXAS [7] - 551:17, 552:24, 592:1, 597:18, 597:19, 597:21, 604:17
TEXT [1] - 628:1
THAN [13] - 543:2, 544:10, 550:7, 550:13, 574:9, 589:9, 589:13, 595:16, 605:4, 606:6, 611:5, 626:8, 638:17
THANK [58] - 537:13, 537:14, 537:24, 538:8, 543:11, 543:13, 544:16, 544:17, 544:19, 545:11, 545:20, 545:21, 558:5, 558:18, 558:19, 558:21, 558:24, 559:7, 559:18, 572:10, 572:12, 575:13, 575:15, 575:16, 577:18, 579:10, 579:14, 580:2, 581:6, 581:10, 582:9, 582:14, 583:11, 600:25, 609:16, 610:12, 611:17, 611:19, 612:9, 612:12, 612:18, 613:9, 637:15, 637:25, 638:2, 638:3, 638:18, 640:11, 645:25, 646:16, 647:12, 647:17, 647:18, 647:21
THAT [551] - 536:9, 536:10, 536:15, 536:24, 537:12, 537:15, 538:14, 538:16, 538:17,

538:18, 538:21, 538:23, 538:25, 539:3, 539:6, 539:8, 539:10, 539:15, 539:18, 539:19, 539:25, 540:1, 540:5, 540:9, 540:15, 540:21, 540:24, 540:25, 541:5, 541:7, 541:8, 541:9, 541:11, 541:19, 542:9, 542:10, 542:12, 542:15, 542:20, 542:21, 542:22, 542:23, 543:3, 543:5, 543:10, 544:4, 544:8, 545:9, 546:1, 546:11, 546:20, 547:6, 547:10, 547:12, 548:15, 548:21, 548:25, 549:9, 549:12, 549:13, 549:16, 549:23, 550:4, 550:7, 550:10, 551:3, 551:16, 551:17, 551:19, 552:2, 552:10, 552:17, 552:25, 553:2, 553:12, 553:14, 554:5, 554:7, 554:9, 554:11, 555:3, 555:5, 555:6, 555:8, 555:9, 555:10, 555:12, 555:15, 555:16, 555:19, 556:1, 556:8, 556:12, 556:13, 556:14, 556:17, 556:19, 556:23, 556:24, 557:1, 557:3, 557:5, 557:8, 557:13, 557:18, 557:20, 557:21, 557:22, 558:11, 558:13, 559:10, 560:4, 560:6, 560:11, 560:13, 560:20, 561:5, 561:10, 561:11, 561:18, 562:1, 562:6, 562:16, 563:13, 563:21, 564:11, 564:15, 564:17, 564:21, 564:22, 564:23, 565:7, 565:8, 565:9, 565:10, 565:15, 565:16, 565:17, 565:19, 565:20, 565:23, 565:24, 565:25, 566:2, 566:4, 566:11, 566:20, 566:23,

566:24, 567:2, 567:5, 567:8, 567:9, 567:16, 567:21, 567:22, 568:1, 568:2, 568:5, 568:13, 568:15, 569:3, 569:10, 569:21, 569:22, 570:11, 570:14, 570:25, 571:4, 571:6, 571:8, 571:9, 571:19, 572:9, 572:16, 572:23, 572:24, 573:2, 573:14, 573:16, 573:19, 573:24, 573:25, 574:1, 574:2, 574:12, 574:14, 574:20, 574:23, 575:8, 575:24, 576:9, 576:12, 576:16, 576:18, 576:19, 576:22, 576:23, 576:25, 577:6, 577:19, 578:13, 578:15, 578:18, 578:22, 579:4, 579:16, 579:18, 580:13, 581:2, 582:17, 582:19, 582:24, 583:3, 583:6, 584:14, 585:8, 585:12, 585:14, 585:16, 585:17, 586:19, 586:21, 587:6, 588:1, 588:4, 588:16, 588:17, 589:3, 589:4, 589:7, 589:11, 589:16, 589:17, 589:19, 590:3, 590:5, 590:6, 590:10, 590:11, 590:15, 590:19, 590:25, 591:1, 591:18, 591:24, 591:25, 592:1, 592:10, 592:14, 592:20, 593:9, 593:13, 593:15, 593:19, 593:25, 594:11, 594:14, 594:15, 594:16, 594:19, 594:21, 595:21, 596:4, 596:7, 596:10, 596:17, 596:18, 596:22, 596:25, 597:6, 598:7, 598:17, 598:20, 599:2, 599:4, 599:6, 599:8, 599:9, 599:12, 599:13, 599:14, 599:17, 600:10,

DAILY COPY

600:12, 601:8,
601:12, 601:13,
601:20, 601:25,
602:12, 602:14,
602:20, 602:23,
603:1, 603:4, 603:5,
603:8, 603:20,
603:21, 604:7, 604:8,
604:10, 604:12,
604:23, 605:5,
605:10, 605:16,
605:22, 606:3, 606:4,
606:6, 606:8, 606:9,
606:18, 607:1, 607:8,
607:9, 607:12,
607:13, 607:16,
607:17, 607:23,
608:3, 608:7, 608:16,
608:17, 608:19,
608:25, 609:7,
609:11, 609:20,
609:23, 610:10,
610:16, 610:24,
611:2, 611:12, 612:7,
614:3, 614:14,
614:20, 615:4, 615:9,
615:12, 615:20,
616:3, 616:13,
616:16, 616:19,
617:1, 617:5, 617:9,
617:13, 617:17,
617:23, 617:24,
617:25, 618:18,
618:19, 618:25,
620:4, 620:7, 620:10,
620:25, 621:10,
621:16, 621:17,
621:22, 621:23,
622:1, 622:6, 622:15,
623:3, 623:5, 623:6,
623:9, 623:10,
623:13, 623:14,
623:19, 624:4, 624:7,
624:10, 624:16,
624:21, 625:9,
625:12, 625:13,
625:14, 625:16,
626:8, 626:10,
626:23, 627:7,
627:10, 627:11,
627:12, 627:14,
627:15, 627:19,
627:22, 628:3, 628:7,
628:11, 628:25,
629:8, 629:14,
629:17, 629:22,
630:2, 630:6, 630:7,
630:9, 630:18,
630:21, 630:22,
630:24, 631:1, 631:5,
631:11, 631:14,

631:16, 631:19,
631:21, 632:6, 632:7,
632:13, 632:16,
632:21, 633:2, 633:8,
633:11, 633:20,
633:25, 634:2, 634:3,
634:4, 634:5, 634:18,
634:24, 635:4, 635:9,
635:11, 635:16,
635:17, 635:18,
635:19, 635:25,
636:1, 636:8, 636:9,
636:10, 636:11,
636:18, 638:15,
638:16, 639:21,
640:9, 640:23, 641:9,
641:14, 641:17,
641:19, 642:1, 642:7,
642:13, 642:18,
643:16, 643:18,
643:19, 643:21,
643:22, 643:25,
644:2, 644:6, 644:8,
644:20, 644:23,
645:7, 645:11,
645:13, 645:15,
645:20, 646:6, 646:8,
646:21, 647:8, 647:9,
648:6
   **THAT'S** [94] - 536:14,
537:11, 539:11,
539:16, 540:16,
540:23, 541:3, 543:7,
544:13, 549:11,
552:13, 555:4,
555:14, 555:21,
556:14, 556:22,
558:14, 563:11,
564:18, 564:19,
566:7, 569:16, 571:5,
571:21, 572:6, 575:1,
577:10, 577:15,
579:2, 585:18, 586:4,
587:1, 589:15,
590:13, 592:10,
593:14, 594:11,
594:24, 597:24,
606:7, 607:6, 607:25,
610:5, 612:15,
612:17, 615:6, 617:2,
617:3, 617:6, 617:12,
617:18, 624:15,
627:6, 628:20,
628:22, 629:8,
629:12, 629:13,
629:16, 629:17,
629:24, 629:25,
630:4, 630:11,
630:13, 630:23,
630:25, 631:3, 631:4,
631:7, 631:9, 631:12,

632:4, 632:19,
632:22, 633:1, 633:8,
633:10, 635:6, 635:7,
637:12, 641:2
   **THE** [1334] - 532:8,
532:12, 532:19,
533:4, 533:22, 534:4,
536:5, 536:6, 536:8,
536:18, 536:22,
536:23, 536:25,
537:2, 537:6, 537:8,
537:12, 537:14,
537:17, 537:18,
537:21, 537:22,
537:24, 537:25,
538:3, 538:4, 538:5,
538:7, 538:12,
538:15, 538:24,
539:10, 539:12,
539:13, 539:14,
539:18, 539:20,
539:21, 539:22,
540:8, 540:11,
540:15, 540:20,
540:21, 540:24,
540:25, 541:1, 541:2,
541:3, 541:4, 541:5,
541:9, 541:12,
541:13, 541:14,
541:15, 541:18,
541:20, 541:21,
541:23, 541:24,
542:2, 542:14,
542:16, 542:18,
542:21, 542:22,
543:2, 543:8, 543:10,
543:12, 543:13,
543:15, 543:19,
543:20, 543:22,
543:24, 544:2, 544:4,
544:7, 544:14,
544:17, 544:19,
544:22, 544:23,
544:24, 545:1, 545:2,
545:3, 545:4, 545:6,
545:8, 545:9, 545:10,
545:11, 545:12,
545:14, 545:19,
545:20, 545:21,
545:23, 545:25,
546:4, 546:5, 546:6,
546:7, 546:8, 546:9,
546:11, 546:12,
546:15, 546:16,
546:19, 546:20,
546:21, 546:23,
547:5, 547:10,
547:11, 547:12,
548:4, 548:6, 548:11,
548:13, 548:16,
548:21, 548:23,

549:1, 549:2, 549:5,
549:6, 549:7, 549:9,
549:10, 549:12,
549:15, 549:17,
549:21, 549:23,
550:1, 550:18,
550:23, 551:1, 551:3,
551:6, 551:10,
551:14, 551:16,
551:19, 551:21,
552:2, 552:5, 552:6,
552:7, 552:9, 552:15,
552:19, 552:21,
552:25, 553:5, 553:6,
553:9, 553:14,
553:15, 553:16,
553:21, 553:22,
554:2, 554:6, 554:7,
554:11, 554:13,
554:15, 554:17,
554:22, 554:23,
554:24, 555:3, 555:4,
555:5, 555:6, 555:8,
555:10, 555:11,
555:12, 555:14,
555:15, 555:19,
555:21, 555:22,
555:24, 556:1, 556:4,
556:12, 556:14,
556:16, 556:19,
556:20, 556:22,
556:23, 556:25,
557:5, 557:7, 557:9,
557:12, 558:5, 558:9,
558:11, 558:12,
558:16, 558:19,
558:20, 558:21,
558:22, 558:24,
559:1, 559:3, 559:4,
559:5, 559:6, 559:7,
559:8, 559:9, 559:17,
559:18, 559:19,
559:21, 559:22,
560:4, 560:6, 560:11,
560:12, 560:13,
560:16, 560:17,
560:25, 561:1, 561:5,
561:8, 561:10,
561:24, 562:1, 562:2,
562:4, 562:5, 562:7,
562:9, 562:16,
562:21, 562:23,
563:1, 563:3, 563:4,
563:5, 563:7, 563:12,
563:17, 563:19,
563:23, 563:25,
564:1, 564:2, 564:3,
564:4, 564:5, 564:11,
564:14, 564:16,
564:17, 564:19,
564:21, 564:22,

564:23, 564:25,
565:1, 565:3, 565:5,
565:6, 565:8, 565:10,
565:12, 565:14,
565:15, 565:20,
565:23, 565:24,
565:25, 566:2, 566:5,
566:6, 566:7, 566:8,
566:10, 566:12,
566:14, 566:15,
566:16, 566:18,
566:22, 566:23,
566:24, 567:2, 567:7,
567:13, 567:14,
567:19, 568:1, 568:2,
568:6, 568:10,
568:12, 568:17,
568:23, 569:6,
569:13, 569:14,
569:15, 569:22,
569:24, 570:3, 570:4,
570:5, 570:7, 570:10,
570:18, 570:20,
570:21, 570:22,
571:1, 571:2, 571:3,
571:5, 571:7, 571:9,
571:11, 571:13,
571:14, 571:15,
571:18, 571:19,
571:22, 572:1, 572:2,
572:6, 572:8, 572:9,
572:12, 572:16,
572:20, 572:23,
572:24, 573:3, 573:4,
573:6, 573:7, 573:8,
573:9, 573:11,
573:13, 573:14,
573:16, 573:24,
573:25, 574:3, 574:5,
574:6, 574:9, 574:11,
574:16, 574:20,
574:23, 574:24,
575:2, 575:3, 575:5,
575:7, 575:8, 575:9,
575:10, 575:13,
575:15, 575:16,
575:17, 575:18,
575:19, 575:21,
575:22, 575:25,
576:1, 576:3, 576:4,
576:5, 576:7, 576:8,
576:9, 576:10,
576:11, 576:13,
576:15, 576:16,
576:19, 576:20,
576:22, 576:23,
577:1, 577:2, 577:5,
577:6, 577:7, 577:8,
577:9, 577:10,
577:11, 577:12,
577:13, 577:14,

577:15, 577:16,
577:18, 577:19,
577:21, 577:24,
577:25, 578:1, 578:2,
578:3, 578:6, 578:8,
578:9, 578:10,
578:12, 578:13,
578:14, 578:15,
578:16, 578:17,
578:18, 578:19,
578:23, 578:25,
579:2, 579:6, 579:8,
579:10, 579:11,
579:12, 579:13,
579:14, 579:16,
579:18, 579:20,
579:22, 580:1, 580:3,
580:5, 580:7, 580:12,
580:13, 580:14,
580:16, 580:20,
580:23, 580:24,
580:25, 581:1, 581:2,
581:3, 581:4, 581:6,
581:10, 581:14,
581:15, 581:17,
581:19, 581:20,
581:23, 581:24,
581:25, 582:3, 582:4,
582:6, 582:7, 582:9,
582:11, 582:12,
582:14, 582:19,
582:23, 582:24,
583:3, 583:7, 583:8,
583:14, 584:1,
584:18, 584:20,
584:21, 584:24,
585:3, 585:10,
585:19, 585:21,
585:22, 585:25,
586:4, 586:5, 586:6,
586:7, 586:19, 587:2,
587:3, 587:7, 587:9,
587:10, 587:11,
587:13, 587:16,
587:17, 587:19,
587:25, 588:3, 588:6,
588:7, 588:9, 588:10,
588:11, 588:13,
588:14, 588:15,
588:17, 588:18,
588:21, 588:22,
588:23, 588:25,
589:9, 589:11,
589:13, 589:16,
589:17, 589:18,
590:3, 590:7, 590:15,
590:16, 590:17,
590:18, 590:21,
590:23, 590:24,
590:25, 591:2, 591:3,
591:4, 591:5, 591:7,

591:10, 591:13,
591:18, 591:21,
591:24, 591:25,
592:3, 592:8, 592:10,
592:16, 592:18,
593:2, 593:5, 593:6,
593:7, 593:12,
593:16, 593:17,
593:18, 593:21,
593:23, 594:2, 594:6,
594:7, 594:9, 594:10,
594:11, 594:13,
594:17, 594:19,
594:21, 594:25,
595:5, 595:10,
595:12, 595:20,
595:25, 596:4,
596:10, 596:13,
596:18, 596:21,
596:24, 596:25,
597:2, 597:3, 597:4,
597:5, 597:8, 597:9,
597:11, 597:12,
597:17, 597:20,
597:23, 597:24,
598:5, 598:18,
598:25, 599:2, 599:3,
599:7, 599:12,
599:14, 599:17,
599:24, 599:25,
600:4, 600:5, 600:6,
600:7, 600:8, 600:18,
600:21, 600:24,
600:25, 601:2, 601:3,
601:5, 601:6, 601:7,
601:12, 601:13,
601:17, 601:22,
601:24, 602:1, 602:5,
602:6, 602:8, 602:15,
602:17, 602:18,
602:20, 602:23,
603:1, 603:3, 603:4,
603:8, 603:10,
603:11, 603:12,
603:14, 603:15,
603:16, 603:17,
603:20, 603:21,
603:24, 604:4, 604:9,
604:15, 604:17,
604:21, 604:24,
604:25, 605:4, 605:5,
605:6, 605:8, 605:11,
605:18, 606:7,
606:15, 606:19,
606:22, 606:25,
607:3, 607:6, 607:11,
607:12, 607:13,
607:16, 607:19,
607:20, 608:4, 608:5,
608:9, 608:10,
608:11, 608:12,

608:13, 608:14,
608:23, 609:2, 609:4,
609:5, 609:6, 609:11,
609:15, 609:16,
609:19, 609:21,
609:25, 610:2, 610:3,
610:6, 610:9, 610:12,
610:13, 610:15,
610:16, 610:17,
610:19, 611:2, 611:3,
611:5, 611:8, 611:11,
611:14, 611:17,
611:19, 611:21,
611:22, 611:25,
612:3, 612:5, 612:6,
612:7, 612:9, 612:10,
612:12, 612:15,
612:17, 612:19,
612:20, 612:21,
612:24, 612:25,
613:1, 613:4, 613:5,
613:6, 613:9, 613:10,
613:14, 613:15,
613:16, 613:22,
614:1, 614:3, 614:4,
614:7, 614:8, 614:21,
614:23, 614:24,
614:25, 615:1, 615:2,
615:5, 615:6, 615:7,
615:9, 615:11,
615:15, 615:16,
615:17, 615:19,
615:20, 615:23,
616:2, 616:5, 616:6,
616:8, 616:9, 616:12,
616:23, 616:24,
617:10, 617:11,
617:15, 617:22,
618:5, 618:13,
618:14, 618:15,
618:16, 618:18,
618:20, 618:21,
618:22, 618:23,
618:24, 619:3, 619:4,
619:5, 619:7, 619:11,
619:19, 619:20,
619:21, 620:1, 620:6,
620:8, 620:9, 620:11,
620:12, 620:15,
620:18, 621:1, 621:3,
621:5, 621:6, 621:11,
621:12, 621:13,
621:14, 621:16,
621:17, 621:19,
621:20, 621:23,
622:2, 622:3, 622:10,
622:16, 622:18,
622:19, 622:22,
622:23, 623:5, 623:6,
623:7, 623:8, 623:10,
623:11, 623:12,

623:13, 623:14,
623:18, 623:21,
623:22, 624:4, 624:6,
624:7, 624:9, 624:10,
624:12, 624:14,
625:4, 625:5, 625:10,
625:13, 625:19,
625:23, 625:25,
626:2, 626:5, 626:7,
626:9, 626:10,
626:16, 626:19,
626:23, 626:24,
626:25, 627:3, 627:6,
627:10, 627:12,
627:15, 627:17,
627:19, 627:20,
627:21, 627:23,
628:1, 628:2, 628:4,
628:6, 628:7, 628:13,
628:14, 628:15,
628:20, 628:23,
629:2, 629:5, 629:7,
629:8, 629:10,
629:13, 629:14,
629:16, 629:19,
629:20, 629:21,
629:22, 630:1, 630:2,
630:5, 630:8, 630:9,
630:11, 630:12,
630:17, 630:21,
630:22, 630:23,
630:25, 631:1, 631:2,
631:3, 631:5, 631:7,
631:10, 631:12,
631:13, 631:22,
631:24, 632:2, 632:3,
632:7, 632:9, 632:10,
632:11, 632:13,
632:15, 632:17,
632:19, 632:20,
632:21, 632:22,
632:23, 632:25,
633:4, 633:6, 633:8,
633:10, 633:13,
633:14, 633:15,
633:18, 633:23,
634:5, 634:11,
634:12, 634:15,
634:19, 634:20,
634:21, 634:24,
635:2, 635:3, 635:9,
635:11, 635:14,
635:15, 636:6, 636:8,
636:9, 636:10,
636:11, 636:17,
636:18, 636:22,
636:23, 637:11,
637:15, 637:18,
637:25, 638:2, 638:3,
638:4, 638:10,
638:12, 638:14,

638:15, 638:19,
638:21, 638:22,
638:23, 639:1, 639:2,
639:3, 639:15,
639:20, 639:22,
640:1, 640:2, 640:3,
640:4, 640:6, 640:8,
640:10, 640:11,
640:13, 641:5, 641:7,
641:14, 641:19,
641:21, 642:10,
642:20, 642:22,
642:23, 642:24,
642:25, 643:1, 643:2,
643:3, 643:6, 643:9,
643:15, 643:22,
643:24, 644:5, 644:6,
644:7, 644:8, 644:12,
644:13, 644:15,
644:20, 645:4,
645:25, 646:3, 646:6,
646:11, 646:16,
646:19, 646:21,
647:1, 647:2, 647:5,
647:7, 647:9, 647:12,
647:18, 647:21,
648:6, 648:7, 648:8

**THEIR** [12] - 546:10,
547:23, 562:22,
567:14, 569:8,
605:15, 622:13,
622:14, 622:18,
622:23, 628:3, 637:12

**THEM** [30] - 550:11,
553:9, 553:10,
553:11, 553:22,
566:7, 566:14,
566:17, 567:6,
568:23, 569:15,
570:20, 571:15,
572:5, 577:23, 588:9,
594:9, 596:11, 601:5,
611:23, 618:21,
627:21, 627:22,
628:4, 628:19,
641:20, 641:21

**THEN** [37] - 539:2,
542:11, 548:2,
551:12, 552:14,
553:11, 562:10,
562:12, 564:18,
565:11, 566:6,
566:17, 567:12,
568:11, 570:4,
570:24, 571:22,
572:1, 572:17,
573:22, 575:3,
582:23, 604:11,
615:14, 618:6, 618:9,
618:10, 635:16,
636:4, 636:13,

636:24, 638:16, 641:21, 642:15, 647:1

**THERAPY** [1] - 629:12

**THERE** [127] - 542:20, 543:24, 544:1, 544:3, 544:8, 544:11, 548:3, 548:8, 549:13, 549:14, 549:21, 549:22, 551:8, 551:13, 552:21, 554:8, 554:21, 555:1, 556:11, 557:7, 557:18, 557:19, 560:22, 562:14, 564:4, 564:21, 564:25, 565:23, 567:10, 567:12, 568:10, 569:7, 569:17, 570:2, 570:4, 570:5, 570:23, 571:1, 571:22, 573:6, 573:21, 573:22, 574:16, 575:24, 580:16, 586:24, 586:25, 590:3, 590:19, 591:22, 592:5, 593:23, 595:8, 595:11, 595:17, 596:7, 598:6, 598:16, 599:5, 599:6, 599:8, 599:13, 599:18, 599:20, 600:12, 600:13, 601:4, 601:15, 601:20, 601:23, 602:7, 602:14, 603:12, 603:19, 603:21, 604:23, 607:23, 608:20, 608:21, 609:8, 610:20, 611:13, 611:14, 615:22, 618:5, 621:8, 621:9, 621:21, 622:16, 625:2, 625:3, 625:4, 626:1, 626:14, 628:17, 632:6, 632:13, 633:4, 633:24, 634:4, 635:6, 636:21, 640:21, 641:12, 642:2, 643:10, 643:11, 643:16, 643:22, 643:23, 643:24, 643:25, 644:18, 644:21, 645:1, 645:3, 646:12, 646:13

**THERE'S** [8] - 562:1, 568:6, 570:16, 570:25, 571:2,

578:17, 582:11, 637:25

**THEREFORE** [1] - 536:10

**THESE** [10] - 539:22, 540:7, 558:11, 572:8, 574:24, 577:23, 611:7, 629:10, 635:22

**THESIS** [1] - 538:24

**THEY** [101] - 540:8, 542:5, 542:11, 542:20, 543:21, 543:22, 543:23, 549:14, 551:23, 552:7, 552:15, 552:16, 552:22, 553:3, 553:4, 553:12, 554:13, 555:5, 562:13, 562:14, 563:6, 563:10, 563:14, 564:4, 564:16, 564:19, 565:7, 566:5, 566:25, 567:3, 567:4, 567:11, 567:12, 567:13, 569:7, 569:11, 569:12, 569:13, 570:3, 570:4, 570:5, 570:6, 570:17, 570:24, 571:1, 573:2, 573:3, 573:5, 574:3, 574:4, 575:7, 575:10, 590:18, 590:19, 591:17, 591:21, 593:21, 594:6, 594:13, 596:21, 596:22, 597:18, 601:4, 601:12, 601:17, 601:18, 607:20, 607:22, 607:24, 608:12, 616:16, 618:16, 621:16, 623:17, 627:9, 627:20, 628:19, 631:17, 631:23, 631:25, 632:12, 640:3, 641:20, 642:18, 642:23, 643:9, 643:16, 643:17, 644:3, 644:10, 645:20, 645:22

**THEY'RE** [5] - 577:14, 635:6, 635:10, 635:12, 641:1

**THING** [15] - 548:16, 568:7, 592:4, 594:7, 594:11, 595:12, 596:4, 598:20, 600:24, 606:7,

608:14, 627:12, 628:6, 635:3, 636:4

**THINGS** [27] - 536:15, 554:21, 557:7, 558:8, 558:20, 568:5, 571:6, 571:9, 572:5, 576:9, 590:5, 592:3, 592:11, 595:25, 601:14, 604:2, 604:4, 623:14, 624:14, 635:2, 635:13, 635:14, 642:8, 645:4, 645:7, 645:13, 646:10

**THINK** [54] - 543:21, 553:16, 556:3, 556:13, 557:13, 563:22, 567:18, 569:19, 573:13, 575:9, 591:24, 592:6, 592:11, 595:3, 595:4, 605:22, 611:23, 611:24, 616:22, 617:12, 619:15, 619:20, 620:5, 620:8, 625:11, 626:1, 627:17, 629:4, 629:5, 629:25, 631:17, 632:4, 632:15, 633:1, 633:19, 634:11, 634:12, 636:8, 638:12, 639:19, 640:20, 640:21, 641:14, 642:13, 642:14, 643:20, 644:21, 647:14

**THINKING** [7] - 596:11, 596:23, 607:10, 627:5, 627:10, 636:20, 642:8

**THIRD** [2] - 562:9, 564:2

**THIS** [75] - 536:13, 536:25, 537:17, 537:20, 537:21, 538:13, 539:17, 540:3, 540:14, 541:9, 542:2, 542:6, 542:21, 543:18, 545:18, 545:23, 546:4, 547:5, 547:6, 547:10, 551:20, 557:11, 558:22, 560:8, 565:2, 565:6, 568:13, 569:11, 571:21, 571:25, 573:8, 573:24, 576:7, 577:16, 578:20, 580:10, 580:19, 581:9, 581:11,

582:19, 583:4, 585:13, 586:15, 596:15, 599:17, 608:21, 611:1, 612:21, 613:25, 614:1, 614:3, 614:7, 615:13, 618:12, 620:14, 622:15, 629:4, 629:5, 629:7, 632:9, 635:1, 635:21, 635:24, 636:5, 636:18, 638:21, 639:16, 639:24, 643:15, 644:17, 645:14, 646:24, 647:1, 647:7

**THOMAS** [2] - 532:23, 575:19

**THOSE** [26] - 539:9, 545:15, 546:12, 549:17, 550:10, 554:2, 558:12, 564:9, 566:15, 566:19, 575:2, 587:16, 587:22, 587:24, 605:25, 610:2, 619:24, 620:1, 629:11, 629:13, 629:16, 634:22, 635:5, 635:13, 635:25

**THOUGH** [3] - 589:10, 589:12, 607:7

**THOUGHT** [13] - 540:8, 553:3, 595:21, 599:18, 599:19, 604:8, 604:16, 616:13, 616:14, 624:13, 627:4, 627:6, 627:9

**THREE** [17] - 547:22, 555:25, 561:15, 561:23, 564:13, 565:12, 566:11, 574:19, 590:20, 603:7, 622:7, 624:14, 627:5, 638:19, 642:22, 645:11, 647:15

**THREW** [1] - 608:10

**THROUGH** [16] - 542:4, 542:25, 557:9, 562:8, 565:24, 576:17, 580:14, 584:8, 591:25, 597:2, 601:2, 601:5, 606:4, 616:22, 631:10

**THROUGHOUT** [1] - 540:25

**THROW** [1] - 608:14

**THROWN** [2] -

554:21, 625:4

**THURSDAY** [1] - 596:2

**TILL** [2] - 568:13, 572:8

**TIME** [113] - 536:8, 537:7, 537:17, 540:8, 540:11, 540:12, 540:15, 541:15, 543:25, 545:23, 548:13, 548:21, 548:23, 549:7, 549:10, 549:17, 549:23, 550:1, 551:19, 552:25, 553:14, 553:22, 554:11, 555:24, 557:12, 558:22, 561:5, 561:10, 562:2, 562:16, 565:7, 565:20, 566:2, 566:15, 566:18, 566:23, 574:5, 574:11, 580:10, 581:9, 581:11, 585:3, 585:19, 585:21, 588:16, 588:17, 588:23, 589:9, 589:22, 590:10, 590:11, 593:8, 593:12, 595:10, 596:8, 598:17, 600:10, 601:8, 604:15, 605:11, 606:18, 606:19, 609:25, 612:21, 613:22, 615:5, 615:7, 615:9, 615:11, 616:6, 616:8, 616:12, 616:16, 616:23, 616:24, 617:10, 617:11, 619:3, 619:11, 619:19, 620:8, 620:21, 620:23, 621:25, 622:1, 623:6, 624:9, 624:12, 625:9, 625:16, 626:5, 627:15, 627:19, 627:23, 628:25, 630:5, 631:19, 631:21, 633:23, 634:23, 635:2, 635:15, 637:3, 638:21, 639:20, 641:7, 641:13, 644:5, 644:6, 644:8, 644:10, 644:21, 645:22

**TIMEKEEPING** [1] - 536:7

DAILY COPY

**TIMES** [4] - 565:24, 567:2, 601:20, 646:11
**TITLE** [1] - 539:8
**TO** [660] - 536:9, 536:11, 536:14, 536:15, 537:12, 537:17, 537:18, 537:19, 537:21, 538:7, 538:16, 538:19, 539:9, 539:13, 539:14, 539:22, 540:8, 540:16, 540:17, 541:2, 541:20, 541:22, 542:4, 542:11, 542:14, 542:15, 542:20, 542:23, 542:25, 543:1, 543:9, 543:10, 543:19, 543:23, 544:4, 544:22, 545:9, 545:10, 545:14, 545:18, 545:24, 545:25, 546:12, 547:6, 547:12, 547:19, 548:3, 548:5, 548:6, 548:7, 549:2, 549:5, 550:1, 550:3, 550:16, 550:21, 550:23, 550:24, 550:25, 551:1, 551:8, 551:19, 551:25, 552:4, 552:6, 552:7, 552:8, 552:10, 552:12, 552:22, 552:23, 552:25, 553:6, 553:9, 553:10, 553:14, 553:21, 554:13, 554:19, 554:24, 555:5, 555:25, 556:3, 556:4, 556:9, 556:25, 557:7, 557:10, 557:11, 557:23, 558:2, 558:9, 558:10, 558:23, 559:8, 559:9, 560:7, 560:21, 560:23, 560:24, 561:3, 561:4, 561:6, 561:13, 561:18, 561:19, 562:3, 562:4, 562:5, 562:6, 562:7, 562:10, 562:12, 562:13, 562:20, 562:21, 563:5, 563:7, 564:2, 564:3, 564:12, 564:14, 564:16, 564:19, 564:21, 564:22, 565:1, 565:5, 565:10, 565:11, 565:15, 565:18,

565:21, 565:22, 565:23, 566:14, 566:20, 566:22, 567:1, 567:4, 567:6, 567:9, 567:21, 568:8, 568:9, 568:14, 568:22, 568:24, 569:4, 569:8, 569:12, 569:15, 569:18, 569:19, 569:20, 569:23, 570:11, 570:13, 570:15, 570:17, 570:23, 571:4, 571:9, 571:18, 571:19, 572:3, 572:4, 572:17, 572:24, 573:3, 573:6, 573:9, 573:16, 574:19, 575:2, 575:18, 575:20, 575:21, 576:3, 576:10, 576:12, 576:19, 576:20, 576:23, 577:2, 577:7, 577:8, 577:12, 577:19, 577:24, 578:1, 578:5, 578:9, 578:20, 579:6, 579:9, 579:10, 579:22, 580:10, 581:4, 581:11, 582:18, 582:19, 582:24, 583:4, 583:19, 583:20, 584:5, 585:12, 585:25, 586:5, 586:13, 586:20, 587:2, 587:13, 587:20, 588:1, 588:11, 588:13, 588:21, 588:25, 589:4, 589:11, 589:14, 589:22, 589:23, 590:1, 590:5, 590:6, 590:7, 590:22, 590:24, 591:4, 591:23, 592:4, 592:6, 592:9, 592:19, 592:23, 593:3, 593:7, 593:8, 594:5, 594:9, 594:12, 594:25, 595:1, 595:2, 595:3, 595:8, 595:9, 595:12, 595:15, 595:25, 596:1, 596:4, 596:7, 596:9, 596:12, 596:16, 596:19, 596:22, 596:25, 597:10, 597:18, 597:23, 598:1, 598:2, 598:5, 598:7, 598:12, 598:18, 598:21,

599:3, 599:4, 600:4, 600:7, 600:9, 600:12, 600:14, 600:15, 600:16, 600:23, 600:24, 601:2, 601:3, 601:6, 601:11, 601:14, 601:15, 601:16, 602:3, 602:5, 602:6, 602:8, 602:10, 602:11, 603:14, 603:15, 603:16, 603:17, 603:23, 604:1, 604:4, 604:9, 604:11, 604:15, 604:16, 604:18, 604:19, 604:21, 605:6, 605:7, 605:8, 605:10, 605:11, 605:13, 605:14, 606:1, 606:3, 606:4, 606:6, 606:9, 606:10, 607:5, 607:8, 607:15, 608:2, 608:3, 608:13, 608:14, 608:16, 608:17, 608:18, 608:20, 608:21, 609:4, 609:5, 609:11, 609:12, 609:21, 610:3, 610:6, 611:2, 611:7, 611:8, 611:20, 612:8, 612:25, 614:3, 614:12, 614:14, 614:16, 614:20, 615:3, 615:9, 615:12, 615:18, 616:2, 616:3, 616:5, 616:10, 616:15, 616:16, 616:19, 616:20, 616:25, 617:5, 617:6, 617:7, 617:24, 617:25, 618:6, 618:9, 618:15, 618:17, 618:18, 618:22, 618:24, 619:6, 619:11, 619:17, 619:21, 619:23, 620:25, 621:6, 621:10, 621:11, 621:13, 621:14, 621:15, 621:16, 621:17, 621:18, 621:22, 621:24, 621:25, 622:1, 622:2, 622:12, 623:3, 623:8, 623:9, 623:10, 623:14, 623:17, 623:18, 623:20, 623:25, 624:1, 624:2, 624:4, 624:6, 624:7, 624:8, 624:9, 624:10, 624:12, 624:13,

624:14, 624:18, 624:19, 624:21, 624:23, 624:24, 625:1, 625:2, 625:10, 625:17, 625:18, 625:21, 625:22, 625:23, 626:1, 626:2, 626:17, 626:23, 626:24, 626:25, 627:5, 627:10, 627:11, 627:15, 627:18, 627:20, 627:21, 627:22, 627:23, 627:24, 627:25, 628:1, 628:2, 628:4, 628:5, 628:7, 628:15, 628:19, 628:20, 628:25, 629:4, 629:5, 629:23, 630:17, 631:11, 631:18, 631:19, 631:21, 631:22, 632:1, 632:2, 632:3, 632:6, 632:7, 632:10, 632:13, 632:16, 632:17, 632:22, 633:3, 633:15, 633:16, 633:21, 633:22, 634:5, 634:6, 634:7, 634:10, 634:11, 634:15, 634:19, 635:1, 635:17, 635:20, 635:21, 635:23, 636:2, 636:3, 636:6, 636:8, 636:12, 636:17, 636:19, 636:20, 636:21, 636:22, 636:23, 636:24, 636:25, 637:6, 637:18, 637:19, 638:6, 638:9, 638:14, 638:19, 638:20, 638:22, 639:15, 639:22, 640:2, 640:9, 640:21, 640:24, 640:25, 641:9, 641:11, 641:15, 641:22, 641:23, 642:1, 642:3, 642:4, 642:6, 642:7, 642:9, 642:15, 642:17, 642:19, 642:21, 642:25, 643:1, 643:2, 643:3, 643:7, 643:10, 643:20, 643:21, 644:1, 644:2, 644:5, 644:7, 644:11, 644:21, 644:24,

645:5, 645:7, 645:14, 645:21, 646:7, 646:22, 646:23, 647:1, 648:6
**TODAY** [12] - 536:24, 541:7, 543:5, 574:19, 577:17, 578:16, 588:16, 592:15, 595:16, 608:21, 611:8, 611:14
**TOGETHER** [5] - 569:11, 569:14, 639:15, 641:2, 642:21
**TOLD** [16] - 554:4, 568:1, 570:20, 599:11, 599:13, 600:14, 601:10, 601:11, 607:1, 607:11, 607:19, 609:7, 623:9, 642:7, 644:17
**TOMORROW** [2] - 536:16, 569:19
**TONYA** [4] - 547:24, 568:9, 569:9, 572:16
**TONYA'S** [1] - 553:22
**TOO** [7] - 549:8, 555:5, 557:25, 568:5, 582:17, 608:4, 624:11
**TOOK** [20] - 565:12, 565:15, 587:1, 597:8, 597:18, 608:9, 609:11, 615:23, 624:15, 625:2, 625:6, 632:3, 640:3, 640:25, 641:17, 641:19, 641:21, 642:24
**TOOMSUBA** [2] - 615:10, 628:18
**TOP** [3] - 549:15, 587:20, 643:1
**TORE** [2] - 565:8, 570:15
**TORN** [1] - 631:13
**TORNADOS** [1] - 636:24
**TORTS** [1] - 534:5
**TOTAL** [3] - 564:8, 564:11, 564:13
**TOTALLY** [4] - 587:18, 590:21, 607:1, 628:12
**TOUCH** [1] - 641:20
**TOWARD** [2] - 561:8, 566:16
**TOWARDS** [1] - 554:24
**TOWER** [1] - 623:19
**TOWN** [3] - 598:8,

616:15, 616:22
**TRACK** [1] - 583:24
**TRAILER** [10] -
586:2, 586:12,
606:15, 606:18,
606:19, 606:22,
606:23, 609:4, 609:6,
609:21
**TRAINED** [1] -
614:19
**TRAINING** [1] - 616:8
**TRANSCRIPT** [1] -
534:18
**TRANSCRIPT** [3] -
532:7, 541:21, 648:6
**TRANSCRIPTS** [1] -
536:8
**TRANSIT** [1] -
576:18
**TRANSMITTER** [2] -
623:16, 623:21
**TRAUMA** [2] -
643:18, 644:25
**TRAUMATIC** [1] -
633:20, 645:21
**TRAUMATIZING** [1] -
641:23
**TREATMENT** [1] -
605:19
**TREE** [1] - 610:20
**TREES** [2] - 600:20,
611:12
**TREK** [1] - 624:4
**TRIAL** [2] - 532:7,
639:25
**TRIANGLE** [1] -
597:25
**TRIED** [8] - 555:5,
606:3, 607:5, 608:2,
609:5, 609:11,
631:19, 644:1
**TRIP** [1] - 625:18
**TRIPS** [1] - 595:25
**TRUE** [1] - 648:6
**TRUTH** [1] - 618:25
**TRY** [15] - 557:10,
570:17, 595:3,
598:18, 600:9,
604:16, 604:18,
606:4, 606:10,
619:23, 627:18,
629:4, 634:6, 636:7,
636:8
**TRYING** [8] - 553:9,
569:7, 573:16,
601:14, 602:5, 606:4,
610:6
**TUESDAY** [1] -
572:20
**TULANE** [4] - 584:6,

584:7, 584:9, 593:7
**TURN** [4] - 545:18,
546:1, 577:16, 578:15
**TURNED** [2] -
541:23, 570:6
**TV** [6] - 552:15,
574:3, 601:17,
616:14, 616:21, 617:2
**TWENTY** [1] - 614:17
**TWENTY-FIVE** [1] -
614:17
**TWICE** [1] - 596:11
**TWO** [43] - 540:4,
550:5, 551:12,
551:13, 551:22,
552:23, 553:20,
561:8, 561:14, 565:5,
566:14, 567:11,
568:9, 570:9, 574:19,
575:25, 580:16,
580:17, 580:21,
581:12, 594:19,
603:10, 606:5, 615:9,
617:14, 618:5, 622:7,
624:13, 627:5,
633:19, 634:11,
641:16, 641:17,
641:19, 642:13,
642:14, 642:15,
642:22, 644:22,
645:11
**TWO-STEP** [1] -
575:25
**TWO-YEARS** [2] -
618:5, 644:22
**TX** [1] - 532:24
**TYPE** [8] - 553:24,
595:12, 595:22,
596:4, 603:17,
603:22, 614:16, 618:1
**TYPES** [2] - 542:22,
588:7
**TYPICAL** [2] -
622:24, 622:25

---

## U

**U** [1] - 534:4
**U.S** [3] - 544:24,
564:4, 614:21
**UH** [10] - 548:22,
550:12, 555:7,
555:17, 562:17,
568:3, 572:19,
574:10, 574:12, 575:6
**UH-HUH** [10] -
548:22, 550:12,
555:7, 555:17,
562:17, 568:3,
572:19, 574:10,
574:12, 575:6

**ULTIMATELY** [4] -
542:24, 604:20,
642:4, 642:6
**UM** [2] - 574:10,
574:11
**UNBELIEVABLE** [5]
- 557:17, 600:19,
603:14, 643:15
**UNCERTAINTY** [1] -
572:2
**UNCLE'S** [1] -
628:19
**UNDER** [5] - 574:1,
584:14, 600:10,
600:11, 623:25
**UNDERSTAND** [8] -
538:14, 538:19,
572:24, 573:25,
577:24, 626:2,
626:24, 647:18
**UNDERSTANDING**
[12] - 537:1, 537:5,
537:11, 539:5,
539:17, 540:3,
541:15, 542:23,
574:14, 585:12,
589:3, 648:7
**UNDERSTOOD** [1] -
575:1
**UNIMAGINABLE** [1]
- 602:19
**UNITED** [20] - 532:1,
532:5, 532:8, 538:15,
543:15, 547:11,
560:12, 562:21,
562:23, 563:1, 564:5,
582:7, 583:3, 583:8,
614:4, 614:8, 614:23,
614:24, 647:2, 648:4
**UNITS** [1] - 538:25
**UNIVERSITY** [2] -
584:6, 593:7
**UNLESS** [2] -
577:13, 592:20
**UNLEVEED** [1] -
576:11
**UNLOCKED** [1] -
602:9
**UNRECOGNIZABL**
**E** [1] - 628:14
**UNTIL** [9] - 554:17,
562:7, 576:7, 595:21,
624:6, 625:23, 634:5,
640:20, 640:21
**UP** [89] - 547:4,
547:9, 548:1, 548:2,
549:4, 549:6, 552:9,
552:16, 554:25,
555:1, 555:2, 555:18,
556:7, 556:11, 557:3,

560:2, 560:3, 560:10,
560:15, 565:24,
566:14, 567:3, 567:5,
567:12, 568:11,
575:2, 579:22, 580:7,
582:23, 583:2, 583:6,
583:11, 583:17,
583:18, 585:1, 590:5,
592:23, 593:4, 593:5,
593:9, 594:18, 597:2,
598:5, 598:14,
598:15, 599:24,
601:13, 603:16,
603:18, 604:8,
604:20, 608:22,
611:4, 611:10,
612:16, 613:24,
614:6, 615:7, 615:23,
617:12, 619:23,
619:24, 622:18,
622:23, 624:18,
625:22, 628:23,
631:13, 631:25,
632:10, 633:21,
633:22, 635:2, 635:6,
636:14, 636:22,
638:9, 641:11,
642:19, 642:21,
643:22, 643:23,
643:24, 646:19,
646:20, 647:5
**UPDATE** [2] - 612:3,
612:5
**UPDATES** [1] -
597:11
**UPON** [2] - 539:17,
598:19
**UPPER** [2] - 542:18,
550:19
**UPSTAIRS** [8] -
549:20, 555:23,
555:25, 565:16,
571:11, 571:15,
574:20, 632:16
**US** [34] - 546:12,
551:12, 551:13,
554:4, 554:14,
554:17, 554:19,
567:11, 569:15,
573:10, 574:21,
589:19, 594:16,
595:9, 596:10,
596:15, 596:20,
596:22, 597:18,
598:1, 600:16, 602:3,
605:25, 607:19,
624:16, 625:8,
626:13, 627:18,
627:20, 630:7,
631:17, 631:25,

634:4, 642:21
**USE** [3] - 573:12,
628:3, 640:7
**USED** [10] - 539:18,
550:3, 606:18,
617:24, 617:25,
621:15, 622:12,
628:19, 628:20
**USING** [2] - 539:6,
608:7

---

## V

**V** [1] - 532:4
**VACATION** [1] -
595:9
**VALUABLE** [1] -
565:22
**VALUATION** [1] -
537:22
**VALUE** [5] - 565:21,
575:8, 575:9, 575:10,
636:10
**VALUED** [1] - 570:14
**VARIOUS** [2] -
543:22, 640:19
**VAST** [1] - 567:8
**VAT** [1] - 628:13
**VEHICLE** [12] -
554:23, 597:23,
597:24, 598:4,
598:19, 600:9,
600:17, 600:23,
600:25, 601:2, 604:9,
609:10
**VEHICLES** [2] -
553:18, 554:2
**VERIFY** [1] - 647:9
**VERSION** [1] - 551:3
**VERY** [28] - 541:8,
544:20, 553:8,
558:19, 565:12,
571:21, 577:18,
578:5, 580:13,
581:10, 592:19,
611:8, 611:18, 616:3,
616:15, 626:21,
626:22, 630:16,
644:9, 644:16,
645:21, 647:13
**VESSELS** [1] -
576:18
**VET** [2] - 594:7,
594:8
**VETTING** [1] -
618:20
**VIA** [2] - 536:8, 577:6
**VICINITY** [1] - 599:7
**VICTOR** [1] - 533:19
**VIET** [1] - 615:19

**VIEWER** [1] - 618:15
**VIRGINIA** [1] - 614:22
**VIRTUALLY** [1] - 638:12
**VIRTUE** [1] - 630:1
**VISIBLE** [1] - 571:1
**VISIT** [2] - 621:17, 640:24
**VIVIDLY** [1] - 608:13
**VOLUME** [2] - 532:9, 586:19
**VOLUNTEERED** [1] - 615:16

---

# W

**W** [2] - 538:6, 580:14
**W-I-N-E-R** [1] - 538:6
**WAIST** [2] - 603:5, 603:8
**WAITING** [2] - 570:15, 590:22
**WALK** [5] - 622:13, 628:25, 632:11, 643:6, 644:17
**WALKED** [7] - 553:5, 575:1, 628:8, 629:2, 630:18, 631:1
**WALKING** [2] - 622:23, 626:20
**WALL** [6] - 554:22, 554:23, 565:12, 628:15, 646:12
**WALLS** [6] - 552:5, 564:22, 564:23, 564:25, 598:18, 628:14
**WALTER** [2] - 533:8, 544:22
**WANT** [11] - 541:20, 542:14, 542:15, 579:21, 602:11, 605:7, 624:9, 636:20, 638:6, 641:15, 642:3
**WANTED** [14] - 542:20, 543:23, 552:10, 595:9, 595:12, 596:1, 596:23, 600:24, 604:18, 627:24, 631:23, 631:24, 633:22
**WANTING** [1] - 628:2
**WAPT** [2] - 623:19, 625:22
**WAR** [3] - 562:4, 594:6, 594:8
**WARD** [8] - 549:1, 550:19, 560:16,

567:15, 574:5, 574:6, 593:6, 601:3
**WARREN** [2] - 534:1, 579:12
**WAS** [531] - 537:20, 537:21, 538:1, 538:24, 539:5, 539:8, 540:6, 540:11, 540:15, 540:19, 540:21, 541:2, 541:14, 541:20, 542:7, 542:21, 542:24, 542:25, 543:1, 543:10, 543:20, 543:23, 544:2, 544:4, 544:8, 546:17, 548:3, 548:6, 548:24, 549:12, 549:14, 549:16, 549:19, 549:21, 549:23, 550:23, 551:12, 551:13, 551:15, 551:19, 552:4, 552:7, 552:14, 552:16, 552:22, 552:23, 553:4, 553:8, 553:9, 553:14, 553:16, 553:25, 554:5, 554:11, 554:21, 554:23, 554:24, 555:5, 555:6, 555:9, 555:10, 555:24, 555:25, 556:6, 556:12, 556:13, 557:13, 557:16, 557:17, 558:14, 559:12, 560:19, 560:19, 560:25, 561:1, 561:4, 561:5, 561:9, 561:11, 561:12, 561:13, 562:1, 562:2, 562:4, 562:8, 562:11, 562:12, 562:25, 563:3, 563:4, 563:15, 564:13, 564:17, 564:18, 564:21, 564:23, 565:3, 565:6, 565:10, 565:12, 565:13, 565:18, 565:23, 566:7, 566:8, 566:24, 567:19, 567:21, 568:1, 568:2, 568:6, 568:10, 569:7, 569:14, 569:16, 569:17, 569:22, 569:24, 569:25, 570:2, 570:13, 570:20, 571:9, 571:16, 571:21, 571:22, 571:24,

572:6, 572:23, 573:1, 573:4, 573:8, 573:9, 573:21, 574:2, 574:14, 574:16, 574:19, 574:23, 574:24, 575:1, 575:3, 575:7, 575:8, 575:9, 575:10, 575:21, 576:7, 576:10, 577:2, 577:22, 577:23, 578:5, 579:2, 579:3, 579:11, 580:4, 580:14, 580:16, 581:2, 581:21, 584:14, 584:22, 585:10, 585:11, 585:19, 585:21, 585:22, 585:23, 585:24, 586:4, 586:6, 586:18, 587:7, 587:8, 587:9, 587:11, 587:12, 587:20, 588:1, 589:9, 589:12, 590:3, 590:6, 590:10, 590:14, 590:17, 590:19, 590:21, 591:3, 591:24, 592:12, 592:18, 592:19, 593:23, 594:5, 594:6, 594:7, 594:8, 594:10, 594:11, 594:12, 594:14, 594:16, 594:25, 595:2, 595:5, 595:11, 595:12, 595:14, 595:16, 595:18, 595:22, 595:23, 596:12, 596:16, 596:19, 596:21, 596:24, 596:25, 597:6, 597:14, 597:16, 598:7, 598:10, 598:17, 598:18, 599:11, 599:12, 599:13, 599:15, 599:23, 600:1, 600:10, 600:11, 600:12, 600:13, 600:18, 600:19, 600:20, 600:21, 600:24, 600:25, 601:2, 601:10, 601:14, 601:19, 601:20, 601:24, 601:25, 602:1, 602:7, 602:8, 602:9, 602:13, 602:14, 602:19, 602:20, 602:23, 603:2, 603:3, 603:4, 603:8, 603:11,

603:12, 603:14, 603:15, 603:19, 603:20, 603:21, 604:8, 604:14, 604:21, 605:13, 606:5, 606:9, 606:18, 606:19, 607:2, 607:11, 607:13, 607:14, 607:15, 607:23, 608:1, 608:2, 608:20, 610:15, 610:19, 610:20, 612:19, 613:12, 614:18, 614:19, 614:20, 614:24, 615:4, 615:5, 615:7, 615:9, 615:12, 615:15, 615:17, 615:20, 616:3, 616:10, 616:12, 616:17, 616:20, 616:22, 616:24, 617:1, 617:8, 617:11, 617:22, 617:23, 618:2, 618:6, 618:7, 618:8, 618:9, 619:5, 619:6, 620:5, 620:8, 620:25, 621:5, 621:6, 621:9, 621:23, 622:1, 622:4, 622:5, 622:11, 622:15, 622:19, 622:25, 623:3, 623:9, 623:14, 623:16, 623:19, 623:24, 624:5, 624:7, 624:11, 624:12, 624:16, 624:17, 624:18, 624:19, 624:21, 624:22, 625:4, 625:6, 625:8, 625:9, 625:11, 625:12, 625:13, 625:16, 625:19, 625:20, 625:21, 626:5, 626:9, 626:10, 626:11, 626:16, 626:19, 626:20, 626:21, 626:22, 626:24, 626:25, 627:5, 627:10, 627:12, 627:13, 627:15, 627:17, 627:22, 627:23, 628:8, 628:13, 628:15, 628:17, 628:18, 628:22, 629:2, 629:3, 629:8, 629:20, 630:7, 630:13, 630:14, 631:11, 631:12, 631:14, 632:4, 632:10, 633:1, 633:7,

633:23, 633:25, 634:5, 634:10, 634:11, 634:18, 635:4, 635:5, 635:10, 635:11, 635:15, 635:16, 635:17, 635:23, 636:20, 638:24, 639:21, 639:24, 640:3, 640:8, 641:8, 641:16, 641:23, 642:2, 642:8, 642:9, 642:14, 642:22, 643:1, 643:15, 643:16, 643:17, 643:20, 643:22, 644:5, 644:6, 644:9, 644:15, 644:16, 644:18, 644:19, 644:20, 644:21, 644:23, 645:1, 645:5, 645:10, 645:11, 645:20, 646:7, 646:12, 646:13, 647:8, 647:9, 647:22
**WASHING** [1] - 574:21
**WASHINGTON** [1] - 534:13
**WASHOUT** [2] - 595:5, 605:18
**WASHROOM** [1] - 556:14
**WASN'T** [12] - 549:25, 566:21, 579:10, 588:16, 599:11, 601:10, 601:21, 624:16, 626:4, 639:19, 639:22
**WATCH** [4] - 546:20, 559:10, 594:13, 606:4
**WATCHED** [1] - 572:23
**WATER** [31] - 538:25, 541:12, 553:4, 555:24, 556:4, 568:12, 570:3, 570:21, 573:2, 573:6, 574:1, 574:13, 574:19, 574:23, 576:5, 598:24, 598:25, 599:5, 599:9, 600:25, 601:6, 603:2, 603:4, 608:12, 622:2, 622:3, 623:25, 627:5, 632:7, 641:14, 642:23
**WAVE** [9] - 538:24, 539:6, 541:16, 542:22, 543:1, 543:4, 543:5, 543:8

**WAVE-INDUCED** [1] - 539:6

**WAVES** [10] - 541:4, 541:5, 541:8, 541:13, 541:17, 542:6, 542:8, 542:13, 542:20, 543:4

**WAY** [19] - 541:10, 543:24, 570:25, 572:6, 577:21, 586:4, 592:3, 597:9, 600:7, 608:4, 624:14, 624:19, 625:10, 629:5, 629:7, 629:8, 631:12, 636:17, 641:22

**WDSU** [4] - 617:20, 618:13, 618:23, 619:4

**WE** [286] - 536:6, 536:7, 536:9, 536:13, 536:22, 536:24, 540:15, 544:12, 544:14, 544:21, 545:25, 546:7, 548:2, 548:3, 549:15, 549:19, 550:23, 550:25, 551:8, 551:9, 551:14, 551:18, 552:11, 552:14, 553:8, 553:10, 553:11, 553:20, 553:22, 553:25, 554:3, 554:7, 554:8, 554:13, 554:25, 555:1, 555:10, 556:14, 556:17, 557:4, 557:9, 558:3, 558:20, 566:8, 566:10, 566:11, 566:13, 566:20, 566:21, 566:25, 567:1, 567:10, 568:8, 568:9, 568:10, 568:13, 568:14, 568:15, 568:20, 568:24, 568:25, 569:5, 569:9, 569:13, 569:14, 569:17, 569:18, 569:19, 569:20, 569:25, 570:2, 570:19, 570:20, 572:3, 572:4, 572:16, 573:1, 573:2, 573:7, 573:8, 573:21, 574:2, 574:5, 574:12, 574:13, 574:18, 574:19, 574:20, 574:21, 575:1, 575:3, 577:9, 577:19, 578:18, 578:19, 579:23, 580:1, 581:4,

581:8, 581:16, 582:17, 586:4, 586:5, 586:6, 586:20, 586:23, 587:1, 587:15, 587:17, 588:5, 588:8, 588:10, 588:15, 588:17, 588:18, 588:19, 588:21, 588:22, 588:23, 589:8, 589:11, 590:1, 590:2, 590:3, 590:5, 590:7, 590:16, 590:22, 590:23, 590:24, 591:4, 591:18, 591:23, 594:3, 595:11, 596:1, 596:4, 596:7, 596:22, 597:4, 597:5, 597:8, 597:9, 597:10, 597:11, 597:17, 599:7, 599:25, 600:5, 600:6, 600:12, 600:14, 605:8, 605:9, 607:7, 610:6, 610:10, 611:10, 611:25, 612:3, 612:13, 617:12, 618:25, 619:7, 619:8, 619:10, 619:15, 619:21, 621:5, 621:8, 621:9, 621:13, 621:14, 622:11, 622:12, 622:14, 623:10, 623:17, 623:20, 624:5, 624:8, 624:10, 624:11, 624:14, 625:4, 626:12, 626:17, 627:10, 627:11, 627:14, 627:22, 630:16, 631:19, 632:1, 632:15, 632:16, 633:3, 633:4, 634:6, 634:21, 635:4, 635:5, 636:16, 636:17, 636:20, 637:5, 637:23, 638:5, 638:8, 639:15, 639:19, 639:21, 639:23, 640:1, 640:2, 640:24, 641:2, 641:4, 641:6, 642:20, 642:21, 642:24, 642:25, 643:1, 643:2, 643:6, 643:7, 643:10, 643:22, 643:22, 643:24, 644:2, 644:20, 644:21, 645:1, 645:2, 645:5, 645:8, 645:16, 647:14

**WE'D** [1] - 622:13

**WE'LL** [15] - 536:14, 545:18, 556:17, 573:16, 577:16, 578:15, 580:9, 595:17, 611:22, 638:15, 638:16, 640:4, 640:7, 647:14, 647:15

**WE'RE** [16] - 537:12, 554:7, 556:17, 580:23, 581:11, 596:13, 611:25, 620:1, 624:13, 627:5, 636:15, 636:16, 636:19

**WE'VE** [2] - 579:18, 632:21

**WEAPONS** [1] - 627:20

**WEATHER** [1] - 596:19

**WEB** [1] - 646:8

**WEDDING** [1] - 645:8

**WEDNESDAY** [1] - 532:4

**WEDNESDAY** [2] - 536:2, 572:20

**WEEK** [10] - 536:14, 551:13, 553:6, 594:25, 621:12, 621:13, 632:4, 632:5, 633:1

**WEEKEND** [3] - 620:25, 627:18, 644:6

**WEEKENDS** [1] - 595:25

**WEEKS** [8] - 551:8, 551:12, 554:6, 566:14, 626:1, 642:13, 642:14, 642:15

**WEIGHED** [1] - 608:11

**WELCOME** [1] - 575:17

**WELL** [42] - 543:21, 544:8, 548:2, 549:8, 551:12, 552:4, 552:11, 560:21, 562:1, 562:21, 563:3, 563:14, 565:2, 565:18, 567:10, 568:6, 569:5, 569:19, 570:13, 570:14, 571:11, 573:1, 573:5, 573:10, 575:22, 576:14, 580:8, 581:7, 582:5, 591:17, 594:5,

595:7, 598:4, 598:15, 605:7, 605:19, 613:3, 618:14, 621:13, 631:17, 635:6, 640:8

**WELLS** [1] - 636:16

**WENT** [56] - 548:5, 548:6, 548:7, 550:24, 550:25, 554:22, 560:24, 561:4, 561:23, 562:13, 562:14, 562:21, 563:5, 563:25, 564:3, 564:16, 564:19, 564:21, 565:11, 565:18, 565:19, 569:14, 569:22, 570:11, 575:3, 583:20, 593:7, 593:8, 597:10, 598:5, 600:15, 600:24, 601:6, 601:7, 603:14, 604:9, 604:11, 604:23, 606:6, 615:14, 615:15, 615:22, 623:19, 629:14, 631:22, 632:1, 632:6, 639:15, 642:1, 642:4, 642:15, 642:24, 644:1, 644:5, 644:10

**WERE** [184] - 538:14, 539:2, 539:12, 540:3, 540:8, 540:14, 540:15, 541:4, 541:14, 542:11, 542:20, 542:21, 543:9, 543:18, 543:21, 543:22, 543:24, 544:1, 544:4, 544:7, 548:13, 548:21, 548:23, 549:12, 549:14, 549:17, 550:1, 550:10, 551:8, 551:10, 551:13, 551:19, 551:23, 552:2, 552:5, 552:14, 552:25, 553:9, 553:12, 554:13, 554:15, 554:21, 556:1, 556:24, 557:11, 557:18, 557:19, 560:17, 560:18, 563:12, 566:2, 566:4, 566:11, 566:15, 566:18, 567:12, 567:13, 569:5, 569:7, 569:12, 569:25, 571:4, 572:20, 572:23, 573:21, 574:3,

574:14, 580:16, 585:3, 586:19, 586:23, 587:16, 588:8, 588:11, 588:15, 589:12, 589:13, 589:17, 590:1, 590:2, 590:4, 590:5, 590:7, 590:16, 590:18, 590:19, 590:20, 590:22, 590:24, 591:4, 591:17, 593:23, 593:25, 594:6, 595:8, 595:9, 595:11, 596:4, 596:7, 596:22, 597:2, 597:11, 597:12, 599:7, 600:4, 601:4, 601:8, 601:12, 601:14, 601:17, 601:24, 602:18, 605:8, 605:9, 605:10, 607:20, 607:22, 608:12, 608:16, 609:7, 610:2, 611:13, 612:8, 614:14, 614:16, 614:23, 615:2, 615:4, 615:24, 615:25, 617:3, 617:20, 619:3, 619:7, 619:8, 619:11, 619:19, 621:7, 621:16, 622:9, 622:11, 623:10, 623:14, 626:14, 626:16, 627:10, 627:11, 627:14, 627:22, 628:1, 628:14, 629:10, 629:11, 629:13, 630:15, 631:20, 631:25, 632:6, 632:11, 632:12, 632:13, 632:16, 633:3, 633:15, 634:21, 640:8, 640:18, 641:5, 641:6, 641:7, 641:9, 641:24, 642:19, 644:20, 644:21, 645:7

**WEREN'T** [4] - 600:14, 601:23, 616:16, 624:8

**WEST** [9] - 569:13, 582:21, 585:23, 587:2, 587:3, 595:19, 602:15, 606:25, 608:5

**WESTBEND** [2] - 617:9, 617:10

**WESTERINK** [2] - 539:19, 540:4

**WET** [2] - 565:13, 603:16

**WETLANDS** [1] - 581:3

**WHAT** [129] - 536:14, 540:11, 540:14, 541:17, 541:20, 542:6, 543:20, 544:4, 544:7, 547:2, 547:23, 551:10, 551:25, 553:24, 554:19, 555:19, 556:12, 556:14, 556:17, 557:9, 558:14, 559:25, 560:17, 563:1, 564:11, 564:22, 564:23, 565:6, 566:7, 568:14, 569:16, 569:19, 571:13, 571:21, 573:7, 574:18, 575:3, 575:10, 577:24, 579:6, 583:23, 583:25, 584:7, 584:11, 584:15, 584:19, 584:24, 585:10, 587:11, 587:16, 587:25, 589:9, 591:16, 593:1, 594:25, 595:10, 596:4, 598:7, 598:17, 600:1, 600:16, 601:20, 602:3, 603:1, 603:12, 603:22, 604:2, 604:15, 604:18, 604:19, 604:20, 605:7, 605:17, 605:25, 606:1, 607:6, 607:15, 607:25, 610:18, 611:10, 612:5, 614:16, 614:18, 618:1, 618:13, 618:19, 618:24, 618:25, 619:6, 619:21, 619:25, 620:25, 624:11, 624:12, 624:15, 625:3, 626:2, 626:16, 627:25, 628:4, 628:5, 628:20, 628:22, 629:22, 629:24, 630:2, 630:6, 630:9, 630:17, 630:18, 630:21, 630:24, 631:1, 631:4, 631:5, 631:7, 633:4, 633:23, 634:10, 634:11, 637:9, 638:10, 639:7, 644:15, 646:11, 646:13

**WHAT'S** [8] - 556:8, 618:18, 618:25, 629:14, 629:22, 630:2, 630:25, 631:5

**WHATCHA** [1] - 572:2

**WHATEVER** [4] - 541:25, 607:4, 607:5, 625:13

**WHEELCHAIR** [4] - 552:1, 552:3, 552:8, 552:10

**WHEN** [124] - 539:22, 540:3, 540:7, 540:11, 542:25, 544:14, 548:3, 550:21, 550:23, 551:19, 552:15, 552:16, 553:14, 554:11, 554:13, 554:19, 555:19, 556:20, 557:14, 560:17, 560:18, 563:4, 563:14, 564:14, 564:18, 564:21, 565:2, 566:5, 566:6, 566:25, 568:8, 568:11, 569:16, 569:22, 570:11, 570:19, 571:15, 571:21, 572:2, 572:16, 573:25, 574:2, 574:14, 575:1, 576:17, 576:24, 584:2, 584:18, 584:24, 586:9, 586:15, 587:9, 588:3, 590:9, 590:21, 595:9, 596:5, 597:5, 597:12, 599:21, 600:16, 601:25, 602:3, 603:12, 607:19, 608:18, 608:21, 610:7, 610:21, 614:12, 614:16, 615:4, 617:2, 617:3, 617:5, 617:6, 617:7, 618:1, 619:17, 620:1, 620:4, 623:1, 623:3, 623:19, 624:6, 624:10, 624:14, 626:5, 627:9, 627:15, 628:5, 628:8, 628:18, 630:7, 631:1, 631:6, 631:7, 631:9, 631:20, 632:6, 635:5, 635:9, 635:11, 635:14, 641:9, 641:12, 641:14, 641:16, 641:24, 642:17,

643:12, 643:18, 644:5, 644:6, 644:18, 644:20, 645:10

**WHERE** [69] - 541:1, 548:1, 548:4, 548:23, 550:1, 550:4, 550:16, 553:21, 554:5, 555:9, 560:15, 560:23, 561:3, 561:6, 561:11, 562:20, 564:19, 572:3, 583:11, 583:17, 583:19, 585:19, 585:21, 593:3, 593:15, 593:24, 595:11, 595:12, 596:1, 597:23, 598:12, 599:6, 600:23, 601:3, 604:14, 609:12, 611:13, 613:20, 613:22, 614:14, 615:6, 617:7, 619:19, 620:10, 621:19, 622:11, 622:14, 623:21, 624:24, 625:16, 625:19, 625:20, 625:21, 629:14, 629:16, 630:4, 632:4, 633:2, 634:6, 636:20, 636:21, 639:12, 639:14, 645:20

**WHEREUPON** [9] - 538:1, 546:17, 559:12, 580:4, 581:21, 610:15, 613:12, 638:24, 647:22

**WHEREVER** [2] - 551:14, 623:25

**WHETHER** [7] - 541:16, 544:3, 576:11, 576:20, 576:21, 625:17, 625:18

**WHICH** [47] - 542:17, 545:12, 546:5, 546:6, 546:7, 546:9, 546:12, 548:6, 548:8, 555:8, 556:4, 557:4, 559:2, 559:3, 559:4, 560:24, 561:14, 562:11, 565:12, 575:19, 575:25, 577:9, 582:4, 582:5, 582:7, 585:16, 585:22, 586:6, 586:7, 587:8, 590:17, 592:18, 593:6, 599:1, 602:12, 613:3, 613:4, 613:5, 613:7, 616:3,

616:8, 616:12, 618:16, 623:20, 634:6, 640:7, 640:8

**WHILE** [13] - 539:12, 551:8, 552:14, 562:8, 565:13, 572:23, 596:23, 608:25, 615:6, 615:23, 616:7, 617:22, 620:1

**WHINER** [1] - 636:14

**WHITE** [2] - 635:5, 635:11

**WHITES** [1] - 622:20

**WHO** [27] - 541:14, 547:19, 549:2, 563:3, 564:24, 570:11, 570:17, 571:23, 585:3, 591:17, 596:21, 601:10, 607:11, 615:7, 616:23, 617:14, 617:16, 618:21, 621:15, 625:8, 626:10, 626:16, 627:20, 628:1, 636:5

**WHO'S** [1] - 571:25

**WHOLE** [17] - 567:14, 586:7, 587:17, 587:20, 587:21, 588:18, 592:25, 595:5, 597:11, 599:17, 599:18, 600:18, 602:1, 602:17, 626:14, 629:2, 635:19

**WHOM** [1] - 587:6

**WHY** [14] - 537:20, 561:24, 569:16, 571:23, 587:1, 589:7, 617:12, 618:16, 624:21, 626:24, 636:14, 642:6

**WIDE** [1] - 622:15

**WIDOWERS** [1] - 622:20

**WIDOWS** [1] - 622:20

**WIFE** [16] - 566:12, 566:18, 617:11, 619:16, 621:7, 624:9, 624:17, 624:18, 625:16, 625:21, 626:5, 633:4, 634:2, 634:25, 635:3

**WIFE'S** [3] - 567:11, 629:25, 630:4

**WILD** [1] - 540:16

**WILL** [22] - 536:24, 537:4, 541:22, 545:21, 546:13,

576:17, 577:9, 580:1, 580:13, 581:8, 581:16, 582:3, 582:10, 592:6, 613:1, 619:24, 635:2, 638:19, 644:16, 647:14, 647:19

**WIND** [3] - 598:13, 604:20, 627:11

**WINDOW** [3] - 555:6, 643:1, 643:2

**WINDOWS** [1] - 557:9

**WINER** [7] - 535:4, 537:18, 538:1, 538:5, 538:11, 539:25, 543:18

**WINER'S** [1] - 542:3

**WINTER** [3] - 571:14, 571:15, 571:16

**WIPED** [1] - 574:21

**WIRES** [1] - 558:20

**WISE** [1] - 633:12

**WISH** [1] - 577:19

**WISHES** [1] - 577:13

**WITH** [127] - 536:22, 536:23, 537:19, 538:12, 538:15, 539:12, 539:13, 539:19, 540:3, 540:5, 540:7, 541:17, 542:5, 542:9, 543:18, 544:9, 545:14, 545:15, 546:3, 546:4, 546:8, 547:12, 550:10, 550:11, 550:13, 550:24, 550:25, 557:1, 558:20, 558:25, 559:1, 560:7, 560:13, 563:3, 563:17, 563:25, 564:2, 564:3, 564:16, 565:16, 565:24, 569:8, 569:25, 570:11, 570:18, 570:21, 576:20, 577:14, 578:4, 578:9, 579:23, 582:2, 582:17, 586:14, 587:17, 590:25, 592:3, 593:9, 593:10, 594:1, 594:6, 596:21, 596:24, 598:6, 598:12, 599:24, 600:5, 606:2, 606:7, 607:1, 607:11, 607:15, 610:10, 611:10, 614:4, 615:7, 615:11, 616:1, 616:6, 616:15, 619:8,

DAILY COPY

621:25, 622:10,
622:11, 622:14,
622:15, 622:18,
622:20, 623:10,
623:12, 624:16,
624:17, 624:18,
624:21, 625:8,
625:10, 626:5, 627:7,
627:11, 627:22,
628:14, 630:7,
630:15, 630:16,
631:10, 632:25,
633:4, 634:2, 634:4,
634:7, 635:22,
636:24, 638:11,
638:12, 639:18,
639:20, 639:24,
640:5, 640:16,
641:18, 642:21,
643:8, 644:12,
645:10, 646:24
  **WITHIN** [2] - 550:18,
561:19
  **WITHOUT** [1] - 646:7
  **WITNESS** [23] -
537:20, 537:21,
538:5, 543:12,
544:22, 546:4,
546:23, 558:21,
559:19, 572:12,
573:13, 573:14,
575:16, 575:18,
580:20, 581:25,
609:15, 610:17,
611:19, 613:10,
613:16, 638:3, 639:3
  **WITNESSES** [1] -
535:3
  **WON'T** [2] - 621:22,
638:7
  **WONT'** [1] - 638:6
  **WOODCOCK** [1] -
534:12
  **WOODEN** [1] - 635:3
  **WOODS** [1] - 615:10
  **WORD** [2] - 624:10,
626:3
  **WORK** [16] - 543:18,
562:5, 562:7, 562:10,
562:18, 562:20,
562:21, 562:23,
566:24, 585:6,
589:13, 616:5, 618:6,
619:24, 622:22,
644:19
  **WORKED** [14] -
536:22, 562:16,
562:19, 563:1, 564:5,
569:11, 584:16,
584:17, 584:18,

584:20, 586:4,
596:10, 618:1, 640:19
  **WORKERS** [1] -
622:21
  **WORKING** [3] -
540:3, 562:9, 585:3
  **WORKS** [2] - 543:24,
610:10
  **WORLD** [4] - 562:4,
594:6, 594:8, 635:19
  **WORSE** [1] - 571:25
  **WORST** [3] - 572:1,
627:6, 627:7
  **WOULD** [72] - 537:8,
537:17, 539:22,
541:18, 542:6,
542:22, 543:2, 544:3,
544:11, 545:24,
546:4, 546:19, 549:6,
554:17, 555:15,
556:1, 557:25,
558:22, 559:2,
559:10, 561:16,
561:18, 565:20,
567:23, 570:22,
571:13, 581:23,
586:25, 595:21,
596:22, 599:4, 599:6,
599:8, 599:18,
599:19, 603:23,
604:1, 604:16, 610:7,
612:24, 613:10,
621:17, 621:19,
621:21, 621:22,
621:24, 622:12,
622:13, 622:16,
622:17, 622:23,
624:23, 625:14,
628:3, 637:9, 637:11,
638:12, 638:13,
638:21, 639:23,
641:11, 641:12,
641:20, 642:1, 643:6,
643:9, 643:18,
643:25, 644:17,
644:23, 646:12
  **WOULDN'T** [6] -
554:14, 566:13,
567:6, 570:4, 600:9,
637:12
  **WOUND** [2] - 598:15,
617:12
  **WOW** [1] - 574:12
  **WRESTLED** [1] -
583:24
  **WRIGHT** [1] - 533:1
  **WRITE** [1] - 618:21
  **WRONG** [1] - 619:24
  **WROTE** [2] - 635:9,
635:11

  **WVUE** [4] - 616:24,
617:22, 618:1, 618:4
  **WWL** [1] - 618:6
  **WYNNE** [1] - 588:9

## X

  **X** [1] - 535:1

## Y

  **Y'ALL** [8] - 551:16,
554:5, 600:8, 600:9,
619:14, 619:19,
641:3, 641:5
  **YARDS** [1] - 586:1
  **YEAH** [48] - 563:14,
566:16, 566:24,
567:18, 567:23,
568:3, 568:20,
568:24, 569:2,
570:22, 572:19,
572:22, 573:23,
573:24, 574:7, 574:8,
574:16, 575:6,
584:14, 588:21,
589:2, 598:10, 599:3,
610:17, 611:1, 611:9,
620:13, 622:3,
622:25, 623:2, 624:5,
628:18, 630:22,
630:23, 631:8,
633:21, 634:12,
643:8, 645:1, 645:5,
645:16, 646:11
  **YEAR** [8] - 562:9,
566:8, 567:4, 585:7,
606:5, 615:3, 641:15,
644:21
  **YEARS** [42] - 540:14,
547:18, 557:13,
560:21, 560:22,
561:23, 562:12,
562:19, 562:25,
563:7, 563:10,
563:15, 563:16,
564:6, 564:16, 565:4,
572:8, 584:7, 589:11,
590:7, 592:10, 596:9,
596:11, 605:16,
611:5, 614:17, 615:9,
615:18, 617:3, 618:5,
618:12, 619:15,
619:16, 622:5,
633:19, 640:16,
640:21, 641:16,
644:22
  **YENNI** [1] - 570:1
  **YES** [132] - 536:18,
536:20, 537:4,
537:10, 537:11,

539:4, 539:20,
541:24, 544:6,
544:23, 546:15,
547:8, 547:14,
547:16, 548:14,
548:22, 549:8,
549:14, 549:22,
550:9, 550:12, 551:2,
551:5, 551:18,
552:21, 553:20,
554:3, 555:23, 556:6,
556:22, 556:25,
557:2, 557:7, 558:15,
559:23, 560:5, 560:9,
560:14, 561:2,
561:21, 563:17,
563:20, 563:25,
564:8, 564:10, 565:2,
565:22, 567:10,
567:25, 570:25,
573:1, 578:3, 580:7,
580:12, 581:18,
582:22, 583:1, 583:5,
583:10, 583:22,
584:10, 584:14,
585:9, 585:15, 587:5,
587:15, 587:23,
588:5, 589:6, 589:20,
590:25, 591:3,
593:11, 593:20,
594:3, 597:14,
597:22, 600:3, 605:2,
606:21, 606:24,
607:18, 607:22,
608:6, 609:1, 609:24,
610:1, 610:17,
612:20, 614:5, 614:9,
614:24, 615:9,
615:12, 617:4,
617:25, 619:2, 619:5,
619:13, 620:3,
620:20, 624:3,
625:15, 626:21,
629:2, 629:8, 629:13,
629:24, 630:11,
630:20, 631:3,
632:15, 633:10,
633:17, 634:4,
634:10, 637:21,
637:23, 641:6, 642:5,
642:12, 644:14,
646:5, 646:25, 647:4,
647:10, 647:20
  **YESTERDAY** [6] -
537:21, 546:8, 551:1,
554:4, 568:2, 637:5
  **YET** [2] - 580:9,
636:8
  **YORK** [1] - 640:16
  **YORK** [1] - 533:24

  **YOU** [744] - 537:13,
537:14, 537:20,
537:24, 538:3, 538:7,
538:8, 538:13,
538:14, 538:16,
538:20, 538:23,
539:2, 539:9, 539:12,
539:18, 539:21,
539:22, 540:3, 540:4,
540:7, 540:11,
540:14, 540:24,
540:25, 541:4, 541:5,
541:9, 541:14,
541:16, 541:19,
541:20, 541:24,
541:25, 542:2, 542:5,
542:11, 542:12,
542:15, 542:21,
542:23, 542:25,
543:5, 543:8, 543:9,
543:11, 543:13,
543:18, 543:24,
544:4, 544:13,
544:16, 544:17,
544:19, 545:11,
545:20, 545:21,
546:19, 547:4, 547:6,
547:9, 547:10,
547:12, 547:15,
547:17, 547:19,
547:21, 548:1, 548:4,
548:5, 548:13,
548:15, 548:21,
548:23, 549:2, 549:4,
549:5, 549:6, 549:12,
550:1, 550:7, 550:10,
550:11, 550:13,
550:18, 550:21,
551:1, 551:4, 551:6,
551:14, 551:19,
551:20, 552:2,
552:12, 552:13,
552:25, 553:1, 553:2,
553:4, 553:6, 553:12,
553:14, 553:18,
553:21, 553:24,
554:2, 554:6, 554:9,
554:11, 554:15,
554:19, 554:20,
554:25, 555:2, 555:8,
555:18, 555:19,
556:1, 556:4, 556:7,
556:8, 556:9, 556:12,
556:20, 556:23,
556:24, 557:1, 557:3,
557:5, 557:8, 557:9,
557:11, 557:14,
557:16, 557:18,
557:20, 557:23,
558:2, 558:5, 558:8,
558:9, 558:11,

558:14, 558:18,
558:19, 558:21,
558:24, 559:7,
559:10, 559:16,
559:18, 559:21,
560:2, 560:4, 560:6,
560:10, 560:11,
560:13, 560:15,
560:17, 560:18,
560:20, 560:23,
561:3, 561:10,
561:15, 561:18,
561:22, 561:24,
562:16, 562:18,
562:20, 562:23,
563:1, 563:12,
563:16, 563:19,
563:23, 563:24,
564:5, 564:9, 564:11,
564:22, 565:20,
565:21, 566:2, 566:4,
566:18, 566:22,
566:23, 567:1, 567:3,
567:4, 567:8, 567:16,
567:24, 568:2, 568:4,
568:16, 568:17,
568:19, 568:22,
569:1, 569:3, 569:22,
570:4, 570:5, 570:6,
570:11, 570:25,
571:4, 571:6, 571:7,
571:8, 571:18,
571:19, 572:5,
572:10, 572:12,
572:15, 572:16,
572:20, 572:23,
573:10, 573:19,
573:25, 574:3, 574:9,
574:10, 574:12,
574:13, 574:14,
575:5, 575:7, 575:13,
575:15, 575:16,
577:18, 578:21,
579:9, 579:10,
579:14, 579:15,
579:21, 579:22,
580:2, 581:6, 581:10,
581:23, 582:9,
582:14, 582:18,
582:19, 582:23,
582:24, 583:2, 583:3,
583:6, 583:11,
583:13, 583:17,
583:19, 583:21,
583:23, 583:25,
584:2, 584:5, 584:7,
584:9, 584:11,
584:13, 584:15,
584:18, 584:19,
584:21, 584:24,
585:3, 585:6, 585:8,

586:2, 586:9, 586:11,
586:14, 586:15,
586:16, 586:19,
586:24, 587:3, 587:6,
587:13, 587:16,
587:19, 587:22,
587:24, 588:2, 588:3,
588:6, 588:7, 588:9,
588:11, 588:13,
588:16, 588:19,
588:25, 589:3, 589:7,
589:12, 589:13,
589:16, 589:21,
590:7, 590:9, 590:23,
591:1, 591:7, 591:10,
591:13, 591:16,
591:23, 592:8,
592:11, 592:15,
592:16, 592:23,
592:24, 593:3, 593:9,
593:12, 594:1, 594:4,
594:9, 594:12,
594:13, 594:18,
594:19, 594:25,
595:7, 595:8, 595:9,
595:10, 595:11,
595:12, 595:18,
595:25, 596:5,
596:13, 596:15,
596:16, 597:2, 597:5,
597:6, 597:12,
597:15, 597:20,
597:23, 598:1,
598:13, 598:19,
598:24, 599:4, 599:9,
599:14, 599:15,
599:17, 599:21,
600:1, 600:4, 600:5,
600:14, 600:15,
600:16, 600:21,
600:23, 601:8,
601:19, 601:23,
601:25, 602:3,
602:17, 602:18,
602:19, 602:20,
602:23, 603:1, 603:2,
603:6, 603:12,
603:16, 603:22,
603:24, 604:1, 604:2,
604:6, 604:12,
604:14, 604:15,
604:20, 604:25,
605:5, 605:9, 605:11,
605:14, 605:16,
605:17, 605:18,
605:19, 605:22,
605:25, 606:8,
606:10, 606:15,
606:20, 606:22,
606:25, 607:1, 607:2,
607:8, 607:9, 607:15,

607:16, 607:17,
607:19, 607:23,
608:3, 608:5, 608:7,
608:16, 608:23,
608:25, 609:4, 609:7,
609:8, 609:16,
609:20, 609:23,
610:4, 610:11,
610:12, 610:13,
610:16, 610:23,
610:24, 611:2, 611:3,
611:6, 611:13,
611:14, 611:17,
611:19, 611:23,
612:3, 612:8, 612:9,
612:12, 612:13,
612:16, 612:18,
613:1, 613:9, 613:10,
613:20, 613:22,
613:24, 613:25,
614:1, 614:3, 614:6,
614:10, 614:12,
614:14, 614:16,
614:23, 615:2, 615:4,
615:8, 615:11,
615:13, 615:22,
615:24, 615:25,
616:5, 616:6, 616:9,
617:3, 617:5, 617:7,
617:13, 617:20,
618:1, 618:11,
618:14, 618:22,
619:3, 619:11,
619:24, 620:1, 620:4,
620:6, 620:14,
620:18, 620:21,
620:24, 621:3,
621:11, 621:12,
621:25, 622:9,
622:21, 623:1, 623:3,
624:2, 624:4, 624:21,
625:1, 625:3, 625:16,
625:25, 626:5,
626:19, 626:23,
627:4, 627:15, 628:5,
628:23, 628:25,
629:3, 629:12,
629:14, 630:15,
630:17, 630:18,
631:1, 631:6, 631:9,
631:11, 631:14,
631:16, 631:20,
631:21, 632:6,
632:10, 632:11,
632:13, 632:17,
632:19, 632:25,
633:2, 633:6, 633:11,
633:15, 633:18,
633:20, 633:21,
633:23, 634:2,
634:15, 634:18,

634:23, 634:24,
635:18, 636:1, 636:3,
636:4, 636:5, 636:6,
636:7, 636:9, 636:10,
636:11, 636:13,
636:14, 636:15,
636:20, 636:21,
636:22, 636:24,
637:1, 637:5, 637:7,
637:15, 637:19,
637:22, 637:25,
638:2, 638:3, 638:5,
638:9, 638:12,
638:18, 638:20,
639:10, 639:12,
639:14, 640:11,
640:13, 640:18,
640:23, 641:7, 641:9,
641:13, 641:24,
642:4, 642:6, 642:9,
642:10, 642:17,
642:25, 643:3,
643:12, 643:18,
643:19, 644:5, 644:8,
644:10, 644:12,
644:23, 644:24,
645:4, 645:7, 645:17,
645:19, 645:25,
646:3, 646:12,
646:16, 646:20,
646:21, 647:5, 647:8,
647:9, 647:12,
647:13, 647:17,
647:18, 647:21

**YOU'D** [1] - 543:3

**YOU'RE** [22] -
546:11, 567:4,
575:17, 580:7,
585:12, 585:13,
585:16, 604:14,
604:15, 618:14,
618:15, 618:16,
618:19, 633:9, 636:2,
636:3, 636:5, 636:13,
636:14, 636:24,
636:25

**YOU'VE** [5] - 545:13,
589:19, 609:2,
610:24, 645:17

**YOUR** [292] - 536:16,
536:21, 537:13,
537:16, 537:19,
537:25, 538:4,
538:19, 538:24,
539:5, 539:17,
539:18, 540:7,
540:19, 540:21,
541:4, 541:7, 541:14,
541:15, 541:17,
541:23, 542:2, 542:4,
542:5, 542:7, 542:9,

542:13, 542:24,
543:11, 543:14,
543:18, 544:7,
544:18, 544:21,
545:12, 545:18,
545:23, 546:3,
546:14, 546:16,
546:21, 547:2, 547:6,
547:12, 548:18,
549:6, 549:10,
549:12, 550:18,
551:21, 551:25,
552:2, 552:19, 553:1,
553:7, 553:14,
553:18, 553:21,
554:4, 554:5, 554:11,
554:19, 555:3, 555:9,
555:15, 555:16,
555:19, 555:22,
556:2, 556:16,
556:20, 556:24,
557:14, 557:23,
558:4, 558:22,
558:25, 559:16,
559:21, 559:25,
560:7, 560:12,
560:17, 560:20,
561:6, 561:18,
561:19, 564:6,
564:12, 564:14,
566:18, 567:7,
567:21, 568:1,
568:16, 568:17,
568:19, 569:23,
570:7, 570:11,
571:18, 571:20,
572:24, 573:12,
574:1, 574:2, 575:14,
575:16, 575:18,
577:9, 577:13,
578:13, 578:22,
579:8, 579:12,
579:16, 580:2, 580:8,
580:9, 581:9, 581:11,
581:18, 581:20,
581:23, 582:2, 582:8,
582:20, 582:24,
583:4, 583:13, 585:8,
585:10, 585:13,
585:16, 585:19,
585:21, 585:24,
585:25, 586:2,
586:11, 587:13,
588:3, 588:4, 589:4,
589:16, 589:22,
589:24, 590:9,
590:10, 590:11,
590:14, 592:24,
593:3, 594:1, 594:13,
594:22, 594:25,
595:8, 595:10,

595:14, 595:20,
597:23, 598:17,
598:21, 600:4,
600:16, 600:23,
601:8, 602:4, 602:14,
602:15, 603:22,
603:25, 604:10,
605:17, 606:12,
607:1, 607:8, 608:1,
608:7, 608:16, 609:7,
610:8, 610:23,
610:24, 610:25,
611:16, 611:20,
612:2, 612:3, 612:16,
612:18, 612:23,
613:2, 613:11,
613:14, 614:4, 614:7,
614:18, 615:11,
616:5, 616:9, 616:10,
617:17, 617:20,
618:4, 618:17, 619:6,
620:15, 620:18,
620:21, 620:24,
621:3, 621:25, 622:4,
622:6, 622:9, 622:10,
625:16, 626:5, 626:9,
627:2, 628:5, 629:1,
629:7, 629:12,
629:15, 629:22,
630:2, 630:18, 631:2,
631:6, 631:10,
631:11, 631:16,
632:6, 632:7, 632:14,
632:25, 634:2, 634:9,
634:15, 634:24,
637:1, 638:1, 638:5,
638:8, 638:10,
638:14, 638:18,
638:23, 639:1, 639:7,
639:16, 640:2,
640:10, 640:14,
643:4, 643:13,
644:15, 645:4,
645:17, 645:24,
646:4, 646:19,
646:22, 647:2,
647:11, 647:17,
647:20
  **YOURSELF** [2] -
585:13, 618:20

## Z

**Z** [1] - 546:24
**ZOMBIE** [1] - 626:3
**ZONE** [1] - 599:16
**ZONES** [1] - 588:15
**ZONING** [3] - 588:15,
588:18, 588:20

DAILY COPY