1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL         *   DOCKET 06-CV-2268-K
                                   *
6   VERSUS                         *   NEW ORLEANS, LOUISIANA
                                   *
7   UNITED STATES OF AMERICA, ET AL *   APRIL 22, 2009
    * * * * * * * * * * * * * * * * *

8

9

10               VOLUME 3 - AFTERNOON SESSION
                 TRIAL PROCEEDINGS BEFORE THE
11            HONORABLE STANWOOD R. DUVAL JR.
                 UNITED STATES DISTRICT JUDGE

12

13
    APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21
    FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25


                        FINAL DAILY COPY

1   APPEARANCES (CONTINUED):

2

3   FOR THE PLAINTIFFS:          BARON & BUDD, PC
                                 BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
4                                DALLAS, TEXAS 75219

5

6   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                                 BY:  JAMES P. ROY, ESQ.
                                 556 JEFFERSON STREET, SUITE 500
7                                POST OFFICE BOX 3668
                                 LAFAYETTE, LOUISIANA 70502
8

9   FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                 BY:  FRANK C. DUDENHEFER JR., ESQ.
10                               601 POYDRAS STREET, SUITE 2655
                                 NEW ORLEANS, LOUISIANA 70130
11

12  FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                 BY:  WALTER C. DUMAS, ESQ.
13                               LAWYER'S COMPLEX
                                 1261 GOVERNMENT STREET
14                               POST OFFICE BOX 1366
                                 BATON ROUGE, LOUISIANA 70821
15

16  FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                 BY:  CALVIN C. FAYARD JR., ESQ.
17                               519 FLORIDA AVENUE S.W.
                                 DENHAM SPRINGS, LOUISIANA 70726
18

19  FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                 BY:  MICHAEL C. PALMINTIER, ESQ.
20                                    JOSHUA M. PALMINTIER, ESQ.
                                 618 MAIN STREET
21                               BATON ROUGE, LOUISIANA 70801

22
    FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                                  A PLC
                                 BY:  ELWOOD C. STEVENS JR., ESQ.
24                               1205 VICTOR II BOULEVARD
                                 POST OFFICE BOX 2626
25                               MORGAN CITY, LOUISIANA 70381



                              FINAL DAILY COPY

```
 1    APPEARANCES (CONTINUED):

 2
      FOR SUBROGATED INSURERS:    THE GILBERT FIRM
 3                                BY:  ELISA T. GILBERT, ESQ.
                                       BRENDAN R. O'BRIEN, ESQ.
 4                                325 EAST 57TH STREET
                                  NEW YORK, NEW YORK 10022
 5

 6    ALSO PRESENT FOR            J. ROBERT WARREN II, ESQ.
        PLAINTIFFS:               ASHLEY E. PHILEN, ESQ.
 7                                MRGO LITIGATION GROUP
                                  600 CARONDELET STREET, SUITE 604
 8                                NEW ORLEANS, LOUISIANA 70130

 9
      FOR THE DEFENDANT:          U.S. DEPARTMENT OF JUSTICE
10                                TORTS BRANCH, CIVIL DIVISION
                                  BY:  DANIEL M. BAEZA JR., ESQ.
11                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
13                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON JR., ESQ.
14                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
15                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
16                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE SR., ESQ.
17                                     JOHN WOODCOCK, ESQ.
                                  BENJAMIN FRANKLIN STATION
18                                P.O. BOX 888
                                  WASHINGTON, DC 20044
19

20    OFFICIAL COURT REPORTER:    TONI DOYLE TUSA, CCR, FCRR
                                  500 POYDRAS STREET, ROOM HB-406
21                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7778
22

23

24
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25    PRODUCED BY COMPUTER.



                           FINAL DAILY COPY
```

1                          **I N D E X**

2                                                        PAGE

3     JOHN W. DAY JR.

4          VOIR DIRE                                      655

5          DIRECT EXAMINATION                             663

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | **AFTERNOON SESSION**                                        |
| 13:10 | 2  | **(APRIL 22, 2009)**                                        |
| 13:22 | 3  | **THE DEPUTY CLERK:**  ALL RISE.                            |
| 13:35 | 4  | COURT IS IN SESSION.  PLEASE BE SEATED.                     |
| 13:35 | 5  | **THE COURT:**  ARE WE READY TO PROCEED?                    |
| 13:35 | 6  | **MS. GILBERT:**  GOOD AFTERNOON, YOUR HONOR.  MY NAME IS   |
| 13:35 | 7  | ELISA GILBERT.  I'M WITH THE GILBERT FIRM IN NEW YORK CITY, AND |
| 13:35 | 8  | I REPRESENT THE *ROBINSON* PLAINTIFFS IN THIS MATTER.  I WOULD |
| 13:35 | 9  | LIKE TO CALL TO THE STAND PROFESSOR JOHN DAY.              |
| 13:35 | 10 | (WHEREUPON **JOHN W. DAY JR.**, HAVING BEEN DULY SWORN,    |
| 13:35 | 11 | TESTIFIED AS FOLLOWS.)                                      |
| 13:35 | 12 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND     |
| 13:35 | 13 | CORRECT SPELLING FOR THE RECORD.                            |
| 13:36 | 14 | **THE WITNESS:**  JOHN W. DAY JR.  IT'S D-A-Y.             |
| 13:36 | 15 | **THE COURT:**  YES, MA'AM.  YOU MAY PROCEED.             |
| 13:36 | 16 | **MS. GILBERT:**  YOUR HONOR, WE'D LIKE TO OFFER          |
| 13:36 | 17 | PROFESSOR DAY AS AN EXPERT IN COASTAL -- AS A COASTAL AND   |
| 13:36 | 18 | WETLANDS ECOLOGIST.  HE WILL BE TESTIFYING ON PATTERNS AND  |
| 13:36 | 19 | MECHANISMS OF WETLANDS LOSS IN THE COASTAL LOUISIANA AREA, THE |
| 13:36 | 20 | KNOWLEDGE OF IMPACT OF CONSTRUCTION AND OPERATIONS AND      |
| 13:36 | 21 | MAINTENANCE OF THE MRGO ON THE WETLANDS, AND STORM HAZARD   |
| 13:36 | 22 | PROTECTION PROVIDED BY THE WETLANDS.                        |
| 13:36 | 23 | DR. DAY ALSO HAS PERSONAL HISTORIC BACKGROUND ON           |
| 13:37 | 24 | THE MRGO AND THE CONSTRUCTION AND THE ECOLOGICAL EFFECTS OF THE |
| 13:37 | 25 | MRGO ON THE WETLANDS IN THE VICINITY.  HE WILL OFFER, OF    |

| | | |
|---|---|---|
| 13:37 | 1 | COURSE, KNOWLEDGE, NOTICE, NEGLIGENCE, AND POTENTIAL MITIGATIVE |
| 13:37 | 2 | MEASURES. |
| 13:37 | 3 | **THE COURT:**  THANK YOU.  AS TENDERED, AS FAR AS HIS |
| 13:37 | 4 | EXPERTISE, IS THERE ANY OBJECTION? |
| 13:37 | 5 | **MS. MILLER:**  YOUR HONOR, THERE WILL BE AN OBJECTION |
| 13:37 | 6 | TO HIM BEING TENDERED AS AN EXPERT IN THE STORM HAZARD |
| 13:37 | 7 | PROTECTION PROVIDED BY WETLANDS. |
| 13:37 | 8 | **THE COURT:**  WHAT'S THE BASIS OF YOUR OBJECTION? |
| 13:37 | 9 | **MS. MILLER:**  THE BASIS OF THE OBJECTION IS THAT THAT |
| 13:37 | 10 | IS OUTSIDE THE AREA OF THE WITNESS' EXPERTISE, WHICH HE |
| 13:37 | 11 | TESTIFIED TO AT HIS DEPOSITION. |
| 13:37 | 12 | **THE COURT:**  IS THE INFORMATION IN THE EXPERT REPORT? |
| 13:37 | 13 | IS THERE ANY QUARREL YOU HAVE WITH THE OPINIONS HE RENDERED -- |
| 13:38 | 14 | EXCUSE ME -- WITH HIS EXPERTISE TO RENDER THOSE OPINIONS THAT |
| 13:38 | 15 | ARE SET FORTH IN HIS EXPERT REPORT? |
| 13:38 | 16 | **MS. MILLER:**  YES. |
| 13:38 | 17 | **THE COURT:**  WELL, THIS IS LATE.  NO *DAUBERT* HEARINGS |
| 13:38 | 18 | WERE FILED.  OVERRULED. |
| 13:38 | 19 | **MS. GILBERT:**  YOUR HONOR -- |
| 13:38 | 20 | **THE COURT:**  NOW, IF YOU WANT TO TRAVERSE HIM, I'LL |
| 13:38 | 21 | LET YOU, FOR THE RECORD, TALK TO HIM ABOUT HIS EXPERTISE IN |
| 13:38 | 22 | THAT AREA FOR A CERTAIN PERIOD OF TIME. |
| 13:38 | 23 | **MS. MILLER:**  WOULD YOU LIKE ME TO DO THAT NOW OR |
| 13:38 | 24 | RESERVE THAT FOR CROSS-EXAMINATION? |
| 13:38 | 25 | **THE COURT:**  WELL, IF SHE'S TENDERING HIM AS AN |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:38 | 1 | EXPERT, YOU CAN DO IT -- I'LL LET YOU DO IT WHEN YOU WANT, BUT |
| 13:38 | 2 | I'M GOING TO ACCEPT HIM SINCE THERE WAS NO *DAUBERT* CHALLENGE |
| 13:38 | 3 | FILED.  GENERALLY, I ALLOW SOME KIND OF TRAVERSE.  YOU MAY WANT |
| 13:38 | 4 | TO GET SOMETHING ON THE RECORD YOURSELF, SO I THINK IT'S BEST |
| 13:38 | 5 | TO DO IT NOW ON THIS ISSUE.  YOU CAN CROSS-EXAMINE HIM FULLY AS |
| 13:38 | 6 | WELL. |

**VOIR DIRE**

**BY MS. GILBERT:**

**Q.**   DR. DAY, CAN YOU PLEASE DESCRIBE FOR THE COURT YOUR
BACKGROUND AS A COASTAL WETLAND ECOLOGIST.  FOCUS YOUR
ATTENTION, IF YOU WILL, TO YOUR EXPERTISE IN ANALYZING WETLAND
ECOLOGY AS IT PERTAINS TO STORM HAZARD PROTECTION.

**A.**   WELL, FOR OVER 35 YEARS, I'VE STUDIED COASTAL AND WETLAND
ECOLOGY IN THE MISSISSIPPI DELTA IN THE STATE OF LOUISIANA, AND
SPECIFICALLY IN SOUTHEAST LOUISIANA.  I'VE STUDIED THE ECOLOGY
OF SWAMPS, CYPRESS SWAMPS IN COASTAL LOUISIANA AND ELSEWHERE,
SINCE THE 1970S.

          WITH REGARD TO THE SPECIFIC ISSUE, I'D LIKE TO CALL
ATTENTION THAT IN 2007 I PUBLISHED A PAPER WITH A NUMBER OF
COAUTHORS, A GROUP OF NOTED NATIONAL SCIENTISTS, IN THE JOURNAL
*SCIENCE*, WHICH IS ONE OF THE TWO MOST PRESTIGIOUS SCIENCE
JOURNALS IN THE WORLD -- YOU SEE IT THERE ON THE SCREEN --
CALLED "RESTORATION OF THE MISSISSIPPI DELTA:  LESSONS FROM
HURRICANES KATRINA AND RITA."

          **THE COURT REPORTER:**  I'M SORRY.  COULD YOU SAY THAT

13:40   1   NAME AGAIN.

13:40   2           **THE WITNESS:**  YOU CAN SEE THAT IN 2007 I PUBLISHED IN

13:40   3   THE JOURNAL *SCIENCE* A PAPER CALLED "RESTORATION OF THE

13:40   4   MISSISSIPPI DELTA:  LESSONS FROM HURRICANE KATRINA AND RITA."

13:40   5   IN THAT PUBLICATION WE DEALT SPECIFICALLY WITH THE STORM HAZARD

13:40   6   REDUCTION ROLE OF WETLANDS.

13:40   7           I MIGHT ALSO POINT OUT THAT WE HAVE NOW

13:40   8   SUBMITTED AND HAVE HAD ACCEPTED A PUBLICATION IN THE

13:40   9   INTERNATIONAL JOURNAL *THE JOURNAL OF COASTAL RESEARCH*.  WE

13:40   10  SUBMITTED THAT LAST YEAR.  IT'S NOW BEEN ACCEPTED.  IT'S IN

13:40   11  PRESS.  DRS. SHAFFER, KEMP, FITZGERALD, PENLAND ARE AMONG THE

13:40   12  COAUTHORS, AND IT'S ENTITLED "MRGO NAVIGATION PROJECT:  A

13:40   13  MASSIVE HUMAN-INDUCED ENVIRONMENTAL" --

13:40   14          **THE COURT REPORTER:**  WAIT.  I'M SORRY.  I NEED THE

13:40   15  TITLE AGAIN.

13:40   16          **THE WITNESS:**  *THE JOURNAL OF COASTAL RESEARCH*, THAT'S

13:41   17  THE JOURNAL.  THAT'S AN INTERNATIONAL JOURNAL IN THE AREA OF

13:41   18  COASTAL SCIENCE.  THE TITLE OF THE ARTICLE IS "MRGO NAVIGATION

13:41   19  PROJECT:  A MASSIVE HUMAN-INDUCED ENVIRONMENTAL ECONOMIC AND

13:41   20  STORM DISASTER."  IN THAT PAPER WE, AGAIN, TALK ABOUT THE ROLE

13:41   21  OF WETLANDS IN REDUCING STORM HAZARDS AND THE IMPACT

13:41   22  SPECIFICALLY OF THE MRGO NAVIGATION CHANNEL ON THE REDUCTION OF

13:41   23  THOSE VALUES OF THE LEVEES.

13:41   24          **THE COURT:**  JUST TO MAKE ONE POINT FOR THE RECORD, WE

13:41   25  HAD A SPECIFIC TIME SET ASIDE FOR *DAUBERT* CHALLENGES.  THE

| 13:41 | 1 | REPORT I'M LOOKING AT WAS FILED JULY 11, 2008.  THERE WAS NO |
|---|---|---|
| 13:41 | 2 | *DAUBERT* CHALLENGE FILED.  UNDER OUR RULE, WHICH WOULD APPLY TO |
| 13:42 | 3 | ALL PARTIES, IF NO *DAUBERT* CHALLENGE IS FILED, THE PARTY NOT |
| 13:42 | 4 | FILING THE *DAUBERT* CHALLENGE WAIVES THE RIGHT TO CHALLENGE THE |
| 13:42 | 5 | EXPERTISE OF THE WITNESS BEING TENDERED, CERTAINLY INSOFAR AS |
| 13:42 | 6 | THE EXPERT OPINIONS RENDERED IN THE REPORT. |
| 13:42 | 7 | I ASKED COUNSEL FOR THE GOVERNMENT DOES SHE ALSO |
| 13:42 | 8 | INCLUDE IN HER OBJECTION OPINIONS RENDERED IN THE REPORT.  SHE |
| 13:42 | 9 | SAID SHE DID.  CERTAINLY, TO THAT EXTENT, THE CHALLENGE IS |
| 13:42 | 10 | EXTRAORDINARILY UNTIMELY.  FOR THE RECORD, WE'RE GOING TO DO |
| 13:42 | 11 | SOME VOIR DIRE AND TRY TO FOCUS ON THE ISSUE, AS BEST YOU |
| 13:42 | 12 | UNDERSTAND IT, AS TO THE AREA THAT SHE'S CHALLENGING HIM AT |
| 13:42 | 13 | THIS LATE DATE. |
| 13:42 | 14 | **BY MS. GILBERT:** |
| 13:42 | 15 | **Q.**  DR. DAY, CAN YOU PLEASE HIGHLIGHT FOR THE COURT YOUR |
| 13:42 | 16 | EXPERTISE SPECIFIC TO YOUR ABILITY TO ANALYZE AND ADDRESS THE |
| 13:43 | 17 | WETLANDS' ROLE IN WAVE ATTENUATION, WIND REDUCTION, AND SURGE |
| 13:43 | 18 | REDUCTION IN THE COASTAL AREA OF LOUISIANA. |
| 13:43 | 19 | **A.**  WELL, WHAT WE DEALT WITH IN OUR EXPERT REPORT WHEN WE |
| 13:43 | 20 | REVIEW THE LITERATURE ON THE DISCUSSIONS, GENERALLY, OF THE |
| 13:43 | 21 | ABILITY OF WETLANDS TO REDUCE STORM HAZARD IMPACTS, INCLUDING |
| 13:43 | 22 | SURGE REDUCTION, WIND PENETRATION, AND WAVE GENERATION, AND WE |
| 13:43 | 23 | TALK ABOUT THOSE IN OUR REPORT.  I'M NOT AN EXPERT IN SPECIFIC |
| 13:43 | 24 | QUANTIFICATION OR MODELS OF THE ROLE OF WETLANDS IN REDUCING |
| 13:43 | 25 | STORM SURGE, BUT IN THE GENERAL AREA THAT WETLANDS ARE KNOWN |

| | | |
|---|---|---|
| 13:43 | 1 | TO REDUCE STORM HAZARDS RELATED TO HURRICANES. |
| 13:43 | 2 | **Q.**   SO WHEN YOU SAY THAT YOU'RE NOT AN EXPERT IN THE SPECIFIC |
| 13:44 | 3 | QUANTIFICATION, ARE YOU SAYING THAT YOU PROVIDE TO OTHER |
| 13:44 | 4 | EXPERTS THE TOPOGRAPHICAL INFORMATION, THE HABITAT INFORMATION, |
| 13:44 | 5 | ACCURATE DEPICTIONS OF THE MECHANISMS THAT CREATE THE |
| 13:44 | 6 | FRICTIONAL DEVICES THAT PREVENT STORM SURGE, WAVE ATTENUATION, |
| 13:44 | 7 | AND WIND PROPAGATION? |
| 13:44 | 8 | **A.**   THAT'S CORRECT. |
| 13:44 | 9 | **Q.**   HOW LONG HAVE YOU BEEN STUDYING THIS PARTICULAR FACET OF |
| 13:44 | 10 | THE VEGETATION AND HABITAT IN THE LOUISIANA AREA? |
| 13:44 | 11 | **A.**   WELL, THIS HAS BEEN PART OF MY RESEARCH FOR AT LEAST A |
| 13:44 | 12 | DECADE. |
| 13:44 | 13 | **Q.**   IS THIS AMONG YOUR AREAS OF EXPERTISE, AND HAVE YOU |
| 13:44 | 14 | PUBLISHED IN THESE AREAS? |
| 13:44 | 15 | **A.**   YES.  I JUST MENTIONED TWO OF THE MOST RECENT PUBLICATIONS |
| 13:44 | 16 | WHERE WE TALKED ABOUT THIS.  IN ADDITION, I MIGHT SAY THAT JUST |
| 13:44 | 17 | AFTER KATRINA, A GROUP OF LOCAL AND NATIONAL SCIENTISTS |
| 13:44 | 18 | PRODUCED A REPORT SPECIFICALLY ABOUT KATRINA, WHERE WE WENT |
| 13:45 | 19 | INTO A GREAT DEAL OF DETAIL IN DISCUSSING THE ROLE OF WETLANDS |
| 13:45 | 20 | IN STORM HAZARD REDUCTION AND THE IMPACTS OF LOSS OF WETLANDS |
| 13:45 | 21 | ON THE LOSS OF STORM HAZARD PROTECTION. |
| 13:45 | 22 | **Q.**   HAVE YOU ALSO STUDIED THE MECHANISMS FOR RESTORATION OF |
| 13:45 | 23 | WETLANDS TO REVERSE AND MITIGATE THE LOSS OF WETLANDS FOR STORM |
| 13:45 | 24 | HAZARD IMPLICATIONS IN THE COASTAL LOUISIANA AREA? |
| 13:45 | 25 | **A.**   YES.  THE STUDY OF THE DETERIORATION AND RESTORATION OF |

13:45    1   COASTAL WETLANDS HAS BEEN PART OF MY RESEARCH FOR OVER TWO

13:45    2   DECADES.  THE TWO PAPERS I MENTIONED EARLIER, THE 2007 PAPER

13:45    3   AND THE PAPER THAT'S CURRENTLY IN PRESS, WE DEAL IN A FAIR

13:45    4   AMOUNT OF DETAIL WITH BOTH OF THOSE SUBJECTS.

13:45    5   **Q.**  OVER THE COURSE OF YOUR CAREER, HAVE YOU DONE WORK IN THIS

13:45    6   AREA SPECIFICALLY WITH THE ARMY CORPS OF ENGINEERS?

13:45    7   **A.**  WELL, I HAVE QUITE A BIT OF EXPERIENCE WORKING,

13:45    8   INTERACTING WITH THE CORPS OF ENGINEERS IN VARIOUS WAYS.  I

13:46    9   WOULD SAY THAT IN -- I THINK IT WAS IN THE EARLY '90S I

13:46   10   PARTICIPATED IN A THREE-YEAR EFFORT WITH THE CORPS OF ENGINEERS

13:46   11   LOOKING AT THE POTENTIAL OF USING THE BONNET CARRÉ FLOODWAY,

13:46   12   THE SPILLWAY JUST NORTH OF NEW ORLEANS, IN A MANNER FOR COASTAL

13:46   13   RESTORATION.

13:46   14          EVERYONE KNOWS -- MOST PEOPLE KNOW THAT THE

13:46   15   BONNET CARRÉ SPILLWAY IS A SPILLWAY TO CONTROL FLOOD THREATS IN

13:46   16   NEW ORLEANS.  WE CARRIED OUT DETAILED ANALYSIS.  I WORKED WITH

13:46   17   CORPS EMPLOYEES AND A NUMBER OF OTHERS TO LOOK -- TO STUDY THE

13:46   18   PARTICULAR FOR USING THE BONNET CARRÉ SPILLWAY AS A COASTAL

13:46   19   RESTORATION TOOL.

13:46   20          FOR FIVE YEARS IN THE LATE '90S, I WORKED WITH THE

13:46   21   CORPS OF ENGINEERS IN WHAT'S CALLED THE LOWER ATCHAFALAYA RIVER

13:46   22   STUDY.  THIS STUDY WAS LOOKING AT THE POTENTIAL OF HAVING BOTH

13:46   23   FLOOD PROTECTION AND COASTAL RESTORATION UTILIZING THE

13:47   24   ATCHAFALAYA RIVER, WHICH CARRIES A THIRD OF THE FLOW OF THE

13:47   25   MISSISSIPPI RIVER.

13:47    1            FINALLY, FROM ABOUT 2002 UP UNTIL THE TIME KATRINA

13:47    2    HIT, I WAS THE CHAIR OF A GROUP CALLED THE NATIONAL TECHNICAL

13:47    3    REVIEW COMMITTEE.  THIS WAS A GROUP OF SCIENTISTS FROM -- A

13:47    4    COUPLE FROM LOUISIANA, BUT IT WAS REALLY A NATIONAL PANEL OF

13:47    5    VERY EMINENT SCIENTISTS.  THE PANEL WAS SET UP BY THE CORPS OF

13:47    6    ENGINEERS TO PROVIDE ONGOING TECHNICAL INPUT AND FEEDBACK ON

13:47    7    WHAT WAS CALLED THE LOUISIANA COASTAL AREA PROJECT.  THAT, AT

13:47    8    THAT TIME, WAS THE CORPS' PROGRAM FOR COASTAL RESTORATION, FOR

13:47    9    RESTORATION OF THE MISSISSIPPI DELTA, THE LOUISIANA COASTAL

13:47   10    ZONE.

13:47   11            THAT GROUP WAS IN PLACE WHEN KATRINA HIT.  THE MAIN

13:47   12    PEOPLE INVOLVED IN WRITING THE SERIES OF REPORTS AND

13:48   13    PUBLICATIONS I'VE TALKED ABOUT AFTER THAT WAS THAT GROUP OF

13:48   14    PEOPLE.  SO WE TOOK THE KNOWLEDGE WE GAINED FROM WORKING WITH

13:48   15    THE CORPS OF ENGINEERS, AS WELL AS A LOT OF OTHER INFORMATION,

13:48   16    AND PUT TOGETHER THE INFORMATION FOR THESE SEVERAL REPORTS,

13:48   17    INCLUDING THE ONE IN *SCIENCE*.

13:48   18    Q.    EACH ONE OF THESE REPORTS AND ALL THE STUDIES AND ALL THE

13:48   19    WORK THAT YOU JUST DESCRIBED, AT LEAST A SIGNIFICANT COMPONENT

13:48   20    OF IT FOCUSED ON NOT JUST COASTAL RESTORATION, BUT THE EFFECTS

13:48   21    THAT THE WETLANDS PLAYED IN PROTECTION FOR THE HEALTH AND

13:48   22    SAFETY OF THE HUMAN POPULATION AND RELATING SPECIFICALLY IN

13:48   23    PART TO STORM SURGE AND STORM WAVE AND WIND ATTENUATION?

13:48   24    A.    ABSOLUTELY.  THE WORK WE DID WITH THE NATIONAL TECHNICAL

13:48   25    REVIEW COMMITTEE, THE REPORT THAT GROUP PRODUCED RIGHT AFTER

13:48    1    KATRINA, THE PUBLICATION IN *SCIENCE*, AS WELL AS THE PUBLICATION

13:48    2    THAT'S NOW IN PRESS IN *THE JOURNAL OF COASTAL RESEARCH*.

13:48    3    **Q.**   SO WOULD IT BE FAIR TO SAY THAT YOU'RE AN EXPERT IN THE

13:48    4    RESTORATION OF FRESHWATER WETLANDS FOR THE PURPOSES OF

13:48    5    RESTORING AND PRESERVING STORM HAZARD BUFFERS?

13:49    6    **A.**   THAT'S ONE OF THE GOALS OF THAT RESTORATION, ABSOLUTELY.

13:49    7              **THE COURT:**  JUST A COUPLE QUESTIONS FROM ME, THEN I'M

13:49    8    GOING TO LET THE GOVERNMENT QUESTION YOU.  I'VE GONE OVER YOUR

13:49    9    REPORT.  ARE THERE ANY OPINIONS RENDERED REFERENCE SURGE AND

13:49    10   WAVE DYNAMICS, FOR SHORTHAND, BASED ON A MODEL YOU HAVE DONE?

13:49    11             **THE WITNESS:**  NO.  WHAT WE DID WAS USED THE MODELS

13:49    12   AND OTHER INFORMATION, AS WELL AS OUR OWN EXPERIENCES, TO COME

13:49    13   TO THOSE CONCLUSIONS.

13:49    14             **THE COURT:**  YOU SAID YOU'RE NOT AN EXPERT IN CREATING

13:49    15   THE MODELS.

13:49    16             **THE WITNESS:**  THAT'S CORRECT.

13:49    17             **THE COURT:**  BUT DO YOU CUSTOMARILY RELY ON MODELS IN

13:49    18   YOUR WORK?

13:49    19             **THE WITNESS:**  I DO, AND I ALSO CUSTOMARILY PROVIDE

13:49    20   INPUT TO THE DEVELOPMENT OF THOSE MODELS.

13:49    21             **THE COURT:**  THANK YOU.

13:49    22             **THE WITNESS:**  IN FACT, I HAVE PUBLISHED A NUMBER OF

13:49    23   PAPERS WITH THAT, REMODELING PAPERS WHERE MY ROLE WAS TO

13:50    24   PROVIDE INPUT INTO THOSE MODELS.

13:50    25             **THE COURT:**  THANK YOU.  I'LL LET THE GOVERNMENT

| | | |
|---|---|---|
| 13:50 | 1 | TRAVERSE YOU ON THIS EXPERT ISSUE NOW. |
| 13:50 | 2 | YOU WILL STILL, OF COURSE, GET TO FULLY CROSS -- |
| 13:50 | 3 | **MS. MILLER:**  YOUR HONOR, THE GOVERNMENT DOES NOT |
| 13:50 | 4 | DISPUTE HIS EXPERTISE IN COASTAL WETLAND ECOLOGY OR WETLAND |
| 13:50 | 5 | RESTORATION PROJECTS. |
| 13:50 | 6 | **THE COURT:**  I UNDERSTOOD THAT. |
| 13:50 | 7 | **MS. MILLER:**  OUR ONLY DISPUTE IS WITH RESPECT TO |
| 13:50 | 8 | QUANTIFICATION OR MODELING OF SURGE, WIND, OR WAVE PROTECTION |
| 13:50 | 9 | OFFERED BY WETLANDS.  THE WITNESS TESTIFIED THAT THAT'S BEYOND |
| 13:50 | 10 | THE SCOPE OF HIS EXPERTISE, I BELIEVE.  I THINK THAT'S THE ONLY |
| 13:50 | 11 | OBJECTION THAT WE HAD. |
| 13:50 | 12 | **MS. GILBERT:**  ARE YOU WITHDRAWING YOUR CHALLENGE, |
| 13:50 | 13 | THEN? |
| 13:50 | 14 | **MS. MILLER:**  WELL, THE CHALLENGE REMAINS TO HIS |
| 13:50 | 15 | TESTIMONY IN THOSE AREAS, BUT I DON'T KNOW THAT IT NEEDS MORE |
| 13:50 | 16 | QUESTIONING SINCE THE WITNESS AGREED THAT THAT'S BEYOND THE |
| 13:51 | 17 | SCOPE OF HIS EXPERTISE.  IF YOU WANT ME TO QUESTION HIM, I |
| 13:51 | 18 | WILL. |
| 13:51 | 19 | **THE COURT:**  IT'S TOTALLY UP TO YOU. |
| 13:51 | 20 | **MS. MILLER:**  I'LL JUST RESERVE MY QUESTIONS FOR |
| 13:51 | 21 | CROSS-EXAMINATION. |
| 13:51 | 22 | **THE COURT:**  THERE WILL BE NO TRAVERSE.  THE COURT |
| 13:51 | 23 | ACCEPTS THE WITNESS AS TENDERED. |
| | 24 | |
| | 25 | |

|        |    |                                                                              |
|--------|----|------------------------------------------------------------------------------|
| 13:51  | 1  | **DIRECT EXAMINATION**                                                        |
| 13:51  | 2  | **BY MS. GILBERT:**                                                           |
| 13:51  | 3  | **Q.**   PROFESSOR DAY, CAN YOU PLEASE ALSO PROVIDE FOR THE COURT A           |
| 13:51  | 4  | BRIEF DESCRIPTION OF DR. GARY SHAFFER'S EXPERTISE IN THAT HE                  |
| 13:51  | 5  | PARTICIPATED IN CONTRIBUTION TO YOUR REPORT IN THIS CASE.                     |
| 13:51  | 6  | **A.**   DR. SHAFFER, LIKE MYSELF, IS A COASTAL AND WETLAND                   |
| 13:51  | 7  | ECOLOGIST.  HE HAS LONG EXPERIENCE IN MANY PUBLICATIONS IN THE                |
| 13:51  | 8  | AREA OF CYPRESS SWAMPS AND FORESTED WETLANDS.  HE'S DEALT WITH                |
| 13:51  | 9  | ALL ISSUES RELATED TO THEIR ECOLOGY AND MANAGEMENT IN THE                     |
| 13:51  | 10 | COASTAL ZONE.  HE HAS BEEN INVOLVED IN RESTORATION OF CYPRESS                 |
| 13:51  | 11 | SWAMPS IN A NUMBER OF AREAS OF THE COASTAL ZONE.                              |
| 13:51  | 12 | I THINK ONE PROJECT THAT I WOULD LIKE TO BRING UP                             |
| 13:52  | 13 | RIGHT NOW THAT BOTH DR. SHAFFER AND I ARE INVOLVED IN IS A                    |
| 13:52  | 14 | LARGE-SCALE RESTORATION OF THE CENTRAL WETLANDS UNIT.  THIS                   |
| 13:52  | 15 | PROJECT HAS GONE -- WE CARRIED OUT ABOUT A                                    |
| 13:52  | 16 | HALF-A-MILLION-DOLLAR FEASIBILITY STUDY, DR. SHAFFER AND I,                   |
| 13:52  | 17 | WITH A NUMBER OF OTHER SCIENTISTS, AS WELL AS ENGINEERING                     |
| 13:52  | 18 | FIRMS.                                                                        |
| 13:52  | 19 | THAT FEASIBILITY STUDY WAS FINISHED LAST YEAR, AND WE                         |
| 13:52  | 20 | ARE NOW BEGINNING TO EMBARK ON THE FIRST STAGE OF THE                         |
| 13:52  | 21 | RESTORATION IN THE CENTRAL WETLANDS UNIT, WHERE WE WILL USE                   |
| 13:52  | 22 | TREATED MUNICIPAL EFFLUENT; THAT IS, THE FRESH WATER THAT COMES               |
| 13:52  | 23 | OUT OF THE TREATMENT OF MUNICIPAL EFFLUENT.                                   |
| 13:52  | 24 | I HASTEN TO ADD THAT THERE'S A LARGE BODY OF                                  |
| 13:52  | 25 | LITERATURE THAT SHOWS THAT ONCE IT'S TREATED, IT'S DISINFECTED,               |

| | |
|---|---|
| 13:52 | 1 |
| 13:52 | 2 |

13:52    1    IT'S CLEAN WATER.  IT'S JUST THE KIND OF WATER THAT GOES BACK

13:52    2    INTO THE MISSISSIPPI ALL UP AND DOWN THE BASIN.

13:52    3         WE ARE PROPOSING TO USE THAT WATER TO HELP FRESHEN

13:52    4    THE CENTRAL WETLANDS UNIT, TO REPLANT THOUSAND OF ACRES OF

13:52    5    CYPRESS SWAMP, BOTH TO RE-ESTABLISH THE HABITAT VALUES THAT

13:53    6    WERE PRESENT PRIOR TO MRGO AS WELL AS REBUILD THE STORM HAZARD

13:53    7    BUFFER PROTECTION THAT EXISTED IN THAT AREA BEFORE THE CYPRESS

13:53    8    SWAMPS AND OTHER FRESHWATER WETLANDS WERE KILLED BY SALINITY

13:53    9    INTRUSION FROM THE MRGO.

13:53    10         THAT PROJECT IS INITIATED NOW.  IT'S A $10-MILLION

13:53    11    EFFORT.  IT'S THE FIRST STAGE IN ABOUT A $65-MILLION EFFORT TO

13:53    12    COMPLETELY RESTORE THE CENTRAL WETLANDS UNIT.

13:53    13    **Q.**   THIS IS A PROJECT YOU'RE WORKING ON WITH DR. SHAFFER?

13:53    14    **A.**   SHAFFER, YES.

13:53    15    **Q.**   CAN YOU DESCRIBE FOR THE COURT YOUR PROFESSIONAL

13:53    16    ACQUAINTANCE WITH THE OTHER EXPERTS THAT THE COURT HAS MET ON

13:53    17    THE *ROBINSON* TEAM SO FAR, DR. FITZGERALD AND DR.-- WELL,

13:53    18    DR. FITZGERALD AT THIS POINT, AND DISTINGUISH FOR THE COURT

13:53    19    YOUR AREA OF EXPERTISE FROM DR. FITZGERALD'S AREA OF EXPERTISE

13:53    20    FOR THE PURPOSES OF THIS CASE.

13:53    21    **A.**   WELL, I'VE KNOWN DR. FITZGERALD FOR A COUPLE OF YEARS.

13:54    22    HE'S A WELL-KNOWN COASTAL PROCESSES PERSON.  HIS ROLE IN THE

13:54    23    CASE IS TO DOCUMENT THE PATTERNS OF WETLAND CHANGE ASSOCIATED

13:54    24    WITH THE IMPACTS OF THE MRGO ON CONSTRUCTION AND OPERATION AND

13:54    25    MAINTENANCE.

13:54     1              MY ROLE IS TO COMPLEMENT WHAT HE'S DOING, IS TO TALK

13:54     2     ABOUT THE MECHANISMS, PRIMARILY, THAT GIVE RISE TO THOSE

13:54     3     PATTERNS:  WHY DO WE SEE WHAT WE SEE?  HE'S TALKING ABOUT:

13:54     4     HERE'S WHAT WE SEE OVER TIME, WHAT'S HAPPENED TO THESE

13:54     5     WETLANDS.  OUR PRIMARY GOAL IS THEN TO SAY:  WHY DO WE SEE

13:54     6     THAT?  WHAT WERE THE FACTORS THAT GAVE RISE TO THESE CHANGES

13:54     7     THAT DR. FITZGERALD PROVIDES?

13:54     8              THEN DR. SHAFFER AND I -- THE IDEA IS THEN, USING THE

13:54     9     INFORMATION WE DEVELOPED ABOUT THE PAST STATES AND THE PRESENT

13:54    10     STATES OF THE CENTRAL WETLANDS UNIT AND THE ADJACENT AREAS, THE

13:54    11     AREAS AFFECTED BY MRGO, TO PROVIDE THE TEAM THAT'S DOING THE

13:54    12     MODELING AND THE OTHER ANALYSIS IN THE PROJECT WITH STRUCTURAL

13:55    13     CHARACTERISTICS OF WETLANDS ON WHICH THEY CAN THEN BUILD MODELS

13:55    14     TO CALIBRATE AND VALIDATE THEIR MODELS LOOKING AT STORM HAZARD

13:55    15     IMPACTS DUE TO HURRICANE KATRINA.

13:55    16     Q.   DOES THE WORK THAT YOU'RE DOING INVOLVE GIS DATA AS TO

13:55    17     WHAT WE HAVE BECOME ACQUAINTED WITH THROUGH THE TESTIMONY

13:55    18     PROVIDED BY MR. CHAD MORRIS?

13:55    19     A.   WELL, AGAIN, WE USE THAT INFORMATION TO HAVE AN

13:55    20     UNDERSTANDING OF WHERE THESE DIFFERENT HABITATS ARE.  THEN WE

13:55    21     MOVE FROM THAT TO THEN DESCRIBING HOW THESE HABITATS FUNCTION

13:55    22     AND HOW THEY CHANGED OVER TIME AND WHY.

13:55    23     Q.   IS THAT A NORMAL PROCESS IN THE WAY THAT YOU DO YOUR WORK?

13:55    24     OR CAN YOU PLEASE DESCRIBE FOR THE COURT SOME OF THE ACTUAL

13:55    25     METHODS THAT YOU EMPLOYED IN DETERMINING WHAT THE TOPOGRAPHY

13:55   1   AND THE HABITAT CONDITIONS ARE FOR YOUR LATER CONTRIBUTION TO

13:55   2   THESE OTHER EXPERTS' WORK.

13:55   3   **A.**   WELL, AS A COASTAL AND WETLAND ECOLOGIST, I'M INTERESTED

13:55   4   IN THE FUNCTIONING OF THESE COASTAL ECOSYSTEMS AND HOW -- AND

13:56   5   SPECIFICALLY, I HAVE DEALT WITH ALL OF MY CAREER HOW HUMAN

13:56   6   ACTIVITIES AFFECT THESE ECOSYSTEMS AND THEN HOW WE CAN RESTORE

13:56   7   THEM.

13:56   8           THAT INVOLVES A STUDY OF THE SCIENTIFIC LITERATURE.

13:56   9   IT INVOLVES LOOKING AT MAPS AND CHARTS ABOUT THE DISTRIBUTION

13:56   10  OF THESE DIFFERENT ECOSYSTEMS ON THE LANDSCAPE, HOW THEY CHANGE

13:56   11  OVER TIME.  WE CARRY OUT A NUMBER OF SCIENTIFIC MEASUREMENTS.

13:56   12  IT'S BEEN A BROAD NUMBER OF STUDIES THAT I'VE CARRIED OUT IN MY

13:56   13  CAREER.

13:56   14          I'VE PUBLISHED OVER 100 PUBLICATIONS IN THE REVIEWED

13:56   15  LITERATURE.  I'VE PUBLISHED A NUMBER OF BOOKS AND HAVE MEASURED

13:56   16  THINGS ABOUT THE HYDROLOGY, THE BIOGEOCHEMISTRY -- THAT IS, THE

13:56   17  WATER AND SOIL CHEMISTRY OF THE AREA -- THE PRODUCTIVITY OF THE

13:56   18  VEGETATION, THE STRUCTURE OF THESE VEGETATION COMMUNITIES --

13:56   19  **Q.**   IF YOU CAN SLOW DOWN A LITTLE BIT.

13:56   20  **A.**   -- THE ROLE THESE COMMUNITIES PLAY IN SUPPORTING, FOR

13:57   21  INSTANCE, FISHERIES AND OTHER ECONOMICALLY IMPORTANT

13:57   22  ACTIVITIES.  THIS IS A COMMON APPROACH USED BY ALL SCIENTISTS

13:57   23  IN MY FIELD.

13:57   24  **Q.**   SO IT'S FIELD RESEARCH AND VISUAL OBSERVATION OF THE

13:57   25  CONDITIONS THAT EXIST ON --

13:57  1   **A.**   AND THEN ANALYSIS OF SAMPLES COLLECTED IN THE FIELDS,

13:57  2   CARRYING OUT CONTROLLED EXPERIMENTS IN THE LABORATORY AND IN

13:57  3   THE FIELD, CARRYING OUT PROPER STATISTICAL ANALYSIS, AND DOING

13:57  4   FURTHER ANALYSIS WITH DATA.  THEN YOU WRITE IT UP, SUBMIT IT,

13:57  5   GET IT PUBLISHED.

13:57  6   **Q.**   CAN YOU DEFINE FOR THE COURT OR DESCRIBE FOR THE COURT THE

13:57  7   COLLINS COEFFICIENT AND THE MANNING'S COEFFICIENT AND DESCRIBE

13:57  8   YOUR CONTRIBUTION TO THE REST OF THE *ROBINSON* TRIAL TEAM'S --

13:57  9   **A.**   WELL, MY UNDERSTANDING, THE COLLINS AND MANNING

13:57  10  COEFFICIENTS HAVE TO DO WITH THE ROLE OF WETLANDS IN REDUCING

13:57  11  WATER AND WIND PENETRATION INTO WETLANDS.  WHAT WE DID IS

13:58  12  PROVIDE THE STRUCTURAL CHARACTERISTICS OF THE WETLANDS IN THE

13:58  13  CENTRAL WETLANDS UNIT.  THEN FROM THOSE STRUCTURAL

13:58  14  CHARACTERISTICS, THE TEAM DOING THE MODELING WAS ABLE TO CHOOSE

13:58  15  AN APPROPRIATE VALUE FOR COLLINS AND MANNING COEFFICIENTS FOR

13:58  16  THEIR MODELS.

13:58  17  **Q.**   BUT YOU DID NOT ACTUALLY EVALUATE THE NUMBERS TO USE FOR

13:58  18  THOSE COLLINS OR MANNING COEFFICIENTS?

13:58  19  **A.**   NO, BUT WE INTERACTED IN AN ITERATIVE WAY WITH THE TEAM

13:58  20  DOING THAT SO THAT WE COULD DESCRIBE HOW WE WERE COMING UP WITH

13:58  21  OUR VALUES AND PROVIDING THEM IN A FORMAT THAT WAS MOST USEFUL

13:58  22  TO THEM.

13:58  23  **Q.**   THANK YOU.  CAN YOU DESCRIBE FOR THE COURT BRIEFLY:  WHAT

13:58  24  IS A WETLAND?

13:58  25  **A.**   A WETLAND IS CHARACTERIZED, BASICALLY, BY THREE

| | | |
|---|---|---|
| 13:58 | 1 | CHARACTERISTICS.  AND I MIGHT SAY THAT THERE HAVE BEEN A LOT OF |
| 13:58 | 2 | CAREFUL STUDY, AND THERE ARE FORMAL AND OFFICIAL WIDELY |
| 13:58 | 3 | ACCEPTED DEFINITIONS OF *WETLANDS* THAT HAVE BEEN PUBLISHED IN |
| 13:58 | 4 | TEXTBOOKS AND BY THE NATIONAL ACADEMY OF SCIENCES AND BY |
| 13:59 | 5 | AGENCIES SUCH AS THE CORPS OF ENGINEERS AND THE ENVIRONMENTAL |
| 13:59 | 6 | PROTECTION AGENCY. |
| 13:59 | 7 | BASICALLY, A WETLAND IS CHARACTERIZED BY THREE |
| 13:59 | 8 | CHARACTERISTICS:  ONE, THE VEGETATION; SECONDLY, THE SOILS; AND |
| 13:59 | 9 | THE THIRD IS WATER, OR HYDROLOGY.  SO A WETLAND HAS PLANTS THAT |
| 13:59 | 10 | ARE COMMONLY ASSOCIATED WITH WET OR FLOODED SOILS.  THEY HAVE |
| 13:59 | 11 | SOIL CHARACTERISTICS THAT ARE COMMONLY FOUND IN THESE AREAS. |
| 13:59 | 12 | FINALLY, THEY ARE FLOODED.  THERE'S WATER AT OR ABOVE THE SOIL |
| 13:59 | 13 | SURFACE FOR AT LEAST PART OF THE YEAR.  THAT'S THE GENERAL |
| 13:59 | 14 | CHARACTERISTICS, THOSE THREE. |
| 13:59 | 15 | Q.  CAN YOU DESCRIBE FOR THE COURT WHAT WETLAND VEGETATION |
| 13:59 | 16 | COMMUNITIES ARE AND CLASSIFICATIONS OF WETLAND VEGETATIVE |
| 13:59 | 17 | COMMUNITIES. |
| 13:59 | 18 | A.  WELL, SPECIFICALLY FOR THE WETLANDS IN COASTAL LOUISIANA, |
| 13:59 | 19 | A CLASSIFICATION SCHEME HAS EVOLVED OVER THE PAST SEVERAL |
| 14:00 | 20 | DECADES, IN FACT, BEGINNING IN THE 1930S, WHEN THE FIRST |
| 14:00 | 21 | CLASSIFICATION OF THE COASTAL WETLANDS IN LOUISIANA WERE |
| 14:00 | 22 | CARRIED OUT.  THOSE WERE CARRIED OUT BY:  PENFOUND AND |
| 14:00 | 23 | HATHAWAY, TWO SCIENTISTS WHO WERE THEN AT TULANE UNIVERSITY, |
| 14:00 | 24 | AND THAT WAS IN 1938; 1936, RUSSELL, WHO WAS A COASTAL |
| 14:00 | 25 | GEOMORPHOLOGIST AT LOUISIANA STATE UNIVERSITY.  THEY BOTH |

14:00    1    PUBLISHED PAPERS WHERE THEY DEVELOPED THE FIRST CLASSIFICATION.

14:00    2              IN ESSENCE, PENFOUND AND HATHAWAY FORMALIZED THIS

14:00    3    INTO A CLASSIFICATION SCHEME THAT HAD FOUR DIFFERENT TYPES OF

14:00    4    WETLANDS:  ONE, STRICTLY FRESHWATER PLANTS; THE SECOND

14:00    5    CLASSIFICATION WAS NEAR FRESHWATER VEGETATION, BUT THE ABILITY

14:00    6    TO TOLERATE SLIGHT LEVELS OF SALINITY; BRACKISH VEGETATION; AND

14:00    7    SALINE VEGETATION.

14:00    8              SO STRICTLY FRESHWATER VEGETATION WOULD BE SOMETHING

14:00    9    LIKE CATTAIL.  IT CAN TOLERATE HARDLY ANY LEVELS OF SALINITY.

14:01   10    THERE ARE PROBABLY 50 OR 60 FAIRLY COMMON FRESHWATER WETLAND

14:01   11    PLANTS IN COASTAL LOUISIANA.

14:01   12              SWAMPS CONTAIN A VARIETY OF TREES.  THE TWO MOST

14:01   13    COMMON CHARACTERISTICS ARE BALD CYPRESS AND WATER TUPELO.  BALD

14:01   14    CYPRESS CAN TOLERATE SALINITIES UP TO ABOUT 5 PARTS PER

14:01   15    THOUSAND.  WHEN I SAY "5 PARTS PER THOUSAND," FULL SEAWATER IS

14:01   16    ABOUT 35.  AT 5 PARTS PER THOUSAND, YOU CAN BEGIN TO TASTE THE

14:01   17    SALT.  FRESHWATER IS BELOW 1, OR A HALF A PART PER THOUSAND,

14:01   18    AND YOU REALLY CAN'T TASTE THE SALT IN IT.

14:01   19              SO AN IMPORTANT THING TO STATE IS THAT THE EARLIEST

14:01   20    CLASSIFICATIONS INCLUDED TREES OR SWAMPS IN THE CLASSIFICATION

14:01   21    OF WETLANDS.  YOU SEE HERE IN THIS TABLE THE RANGE OF

14:01   22    SALINITIES THAT EACH OF THESE CLASSIFICATIONS HAVE.  SO YOU CAN

14:02   23    SEE FRESHWATER ARE LESS THAN 5 PARTS PER THOUSAND.  WHAT IS NOW

14:02   24    CALLED INTERMEDIATE WAS WHAT PENFOUND AND HATHAWAY CALLED NEAR

14:02   25    FRESH CONDITIONS, THEN BRACKISH FROM ABOUT 10 TO 20, AND SALINE

14:02   1   AT ABOVE 20.

14:02   2           SALINE MARSHES, THE DOMINANT SPECIES IS SPARTINA

14:02   3   ALTERNA FLORA, WHICH IS COMMONLY CALLED --

14:02   4   **Q.**   CAN YOU SPELL THAT FOR THE COURT REPORTER.

14:02   5   **A.**   S-P-A-R-T-I-N-A, A-L-T-E-R-N-A, F-L-O-R-A.

14:02   6           **MS. GILBERT:**   JUST FOR A SECOND, FOR THE COURT

14:02   7   REPORTER AND FOR THE COURT, THIS IS PX-1515, PAGE 9, PART OF

14:02   8   DR. DAY'S REPORT.

14:02   9           **THE COURT:**   THANK YOU.

14:02   10  **BY MS. GILBERT:**

14:02   11  **Q.**   YOU CAN CONTINUE.

14:02   12  **A.**   I THINK THE POINT I WANT TO MAKE HERE WITH THIS

14:03   13  CLASSIFICATION SCHEME IS CYPRESS SWAMPS WOULD NOT -- CYPRESS,

14:03   14  THE SPECIES CYPRESS, BALD CYPRESS, WOULD NOT BE CLASSIFIED AS A

14:03   15  STRICTLY FRESHWATER SPECIES.  CYPRESS CAN LIVE INDEFINITELY IN

14:03   16  SALINITIES UP TO ABOUT 5 PARTS PER THOUSAND.  ABOVE THAT, THEY

14:03   17  BEGIN TO DIE.  SO WHEREAS TUPELO, WATER TUPELO, THE OTHER

14:03   18  DOMINANT SPECIES IN A FORESTED SWAMP IN LOUISIANA IS PRETTY

14:03   19  MUCH A STRICT FRESHWATER SPECIES AND CAN'T TOLERATE THE

14:03   20  SALINITY LIKE THE CYPRESS CAN.

14:03   21  **Q.**   JUST FOR THE RECORD, CAN YOU DESCRIBE HOW MINOR THE CHANGE

14:03   22  IN SALINITY PARTS PER THOUSAND IT TAKES TO RANGE FROM ONE

14:03   23  CATEGORY OF MARSHLAND TO THE NEXT.

14:03   24  **A.**   WELL, FOR INSTANCE, FRESHWATER, IT SAYS HERE LESS THAN 5,

14:03   25  BUT OFTENTIMES THAT'S LESS THAN 2.  BUT WHEN YOU GO FROM THE

14:03   1   SALINITY OF 2 TO A SALINITY OF 5, YOU ELIMINATE A LARGE NUMBER

14:03   2   OF FRESHWATER SPECIES, BUT NOT CYPRESS, WHICH CAN SURVIVE UP TO

14:04   3   ABOUT 5.  SO THERE'S A GROUP OF SPECIES THAT ARE VERY SENSITIVE

14:04   4   TO SALT.

14:04   5   **Q.**   CAN YOU DESCRIBE FOR THE COURT THE VARIATIONS IN WETLANDS

14:04   6   CLASSIFICATIONS IN MAPPING OF THE WETLANDS UNITS.

14:04   7   **A.**   WELL, FIRST I'D LIKE TO SAY THAT THE EVOLUTION OF THIS

14:04   8   CLASSIFICATION, WETLAND CLASSIFICATION OF COASTAL MARSHES IN

14:04   9   LOUISIANA, THEN EVOLVED FROM THE PRESENTATIONS THAT -- THE ONE

14:04   10  DEVELOPED BY PENFOUND AND HATHAWAY IN 1938.  THE NEXT MOST

14:04   11  IMPORTANT ONE IS BY A MAN NAMED O'NEILL, WHO WORKED FOR THE

14:04   12  LOUISIANA WILDLIFE AND FISHERIES COMMISSION, WHO DID A STUDY OF

14:04   13  THE MUSKRAT IN COASTAL MARSHES OF LOUISIANA.

14:04   14          AS PART OF THAT, HE PUBLISHED THE FIRST WIDELY

14:04   15  ACCEPTED MAP OF THE COASTAL MARSHES IN LOUISIANA.  BECAUSE HE

14:04   16  WAS INTERESTED IN MUSKRAT AND BECAUSE MUSKRAT DON'T OCCUR

14:04   17  REALLY IN SWAMPS, HE FOCUSED ON THE COASTAL MARSHES.  HE USED

14:05   18  SALINE, BRACKISH, AND FRESH MARSHES.

14:05   19          THEN DR. CHABRECK AT LOUISIANA STATE UNIVERSITY AND

14:05   20  MR. LINSCOMBE AT THE WILDLIFE AND FISHERIES DEVELOPED A SERIES

14:05   21  OF MAPS THAT EVOLVED OVER TIME AND HAVE BEEN -- SEVERAL MAPS OF

14:05   22  THE COASTAL ZONE PUBLISHED OVER THE PAST SEVERAL DECADES UP

14:05   23  UNTIL THE PRESENT.

14:05   24  **Q.**   FOR THE RECORD, PLEASE, WE HAVE UP ON THE SLIDE PX-1536,

14:05   25  AND IT'S FIGURE 4.8.  IT'S A CYPRESS TREE MAP FROM THE 1930S,

14:05   1   OTHERWISE REFERRED TO AS THE 1930S T-SHEET.  CAN YOU DESCRIBE

14:05   2   FOR THE COURT --

14:05   3            **THE COURT:**  JUST A MINUTE, MA'AM.

14:05   4            **MS. MILLER:**  YOUR HONOR, I JUST WANTED TO NOTE FOR

14:05   5   THE COURT AND THE PLAINTIFFS, THE PLAINTIFFS PROVIDED

14:05   6   DEMONSTRATIVE EXHIBITS TO US IN ADVANCE OF TODAY'S TESTIMONY,

14:05   7   BUT THE ONES BEING SHOWN HAVE DIFFERENT NUMBERS THAN WHAT WE

14:06   8   WERE GIVEN.  IT WOULD BE HELPFUL, IN ORDER TO FOLLOW ALONG, IF

14:06   9   WE HAD THE CORRECT SET OF EXHIBITS.

14:06  10            **MS. GILBERT:**  TURN THE PAGE.  WE PROVIDED THE ENTIRE

14:06  11   POWERPOINT PRESENTATION TO THE UNITED STATES.  EVERY IMAGE IS

14:06  12   IN THERE.

14:06  13            **THE COURT:**  SEQUENTIALLY?

14:06  14            **MS. GILBERT:**  PERHAPS THE ORDER OF SLIDES HAS CHANGED

14:06  15   OR I'M NOT SHOWING EVERY SLIDE; HOWEVER, EVERY SLIDE THAT'S

14:06  16   BEING USED AND THE PX-NUMBERS ARE IDENTIFIED.

14:06  17            **THE COURT:**  WE'LL GIVE THEM A LITTLE TIME TO GET ON

14:06  18   THAT PAGE.

14:06  19            **MS. GILBERT:**  TURN THE PAGE.

14:06  20            **MS. MILLER:**  WE HAVE BEEN GIVEN THIS IMAGE.  YOU'LL

14:06  21   SEE IT HAS THE NUMBER 17 IN THE BOTTOM, RIGHT-HAND CORNER, AND

14:06  22   WE HAVE THE NUMBER 13 ON THE ONE I WAS GIVEN.  THAT'S MY POINT,

14:06  23   IS THAT THEY ARE REARRANGED, AND IT'S DIFFICULT TO CATCH UP TO

14:06  24   WHAT'S BEING SHOWN ON THE SCREEN.

14:06  25            **THE COURT:**  WE'LL JUST HAVE A LITTLE LAG TIME SO YOU

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:06 | 1 | CAN CATCH UP. |
| 14:06 | 2 | **MS. GILBERT:**  WE HAVE ACTUALLY CHANGED THE PAGE |
| 14:06 | 3 | NUMBER OF THE SLIDES IN OUR OWN PERSONAL PRESENTATION, SO WE'RE |
| 14:06 | 4 | NOT ACTUALLY SHOWING THE COURT EVERY SINGLE SLIDE THAT'S IN OUR |
| 14:07 | 5 | PRESENTATION. |
| 14:07 | 6 | **THE COURT:**  I UNDERSTAND.  JUST ACCOMMODATE WITH A |
| 14:07 | 7 | LITTLE LAG TIME. |
| 14:07 | 8 | **BY MS. GILBERT:** |
| 14:07 | 9 | **Q.**  DR. DAY -- |
| 14:07 | 10 | **A.**  BEFORE I TALK ABOUT THIS PARTICULAR SHEET, I'D LIKE TO |
| 14:07 | 11 | PREFACE THIS WITH A FEW STATEMENTS ABOUT THESE CLASSIFICATIONS |
| 14:07 | 12 | AND HOW EXPERTS IN THIS AREA DEVELOP THESE IMAGES.  FOR ONE, |
| 14:07 | 13 | THEY HAVE DIFFERENT GOALS.  SECOND, THEY MAY USE DIFFERENT |
| 14:07 | 14 | TECHNIQUES.  THEY LOOK AT DIFFERENT AREAS. |
| 14:07 | 15 | DEPENDING ON THE OBJECTIVES OF IT, DIFFERENT |
| 14:07 | 16 | CLASSIFICATIONS CAN BE DEVELOPED.  SO, FOR INSTANCE, IN THIS |
| 14:07 | 17 | 1930S T-SHEET, OR TOPOGRAPHIC SHEET, PRODUCED BY THE COAST AND |
| 14:07 | 18 | GEODETIC SURVEY, IT SHOWS AN AREA OF THE CENTRAL WETLANDS UNIT |
| 14:07 | 19 | DOWN -- DO WE HAVE A POINTER?  EARLIER THERE WAS A LASER |
| 14:08 | 20 | POINTER. |
| 14:08 | 21 | **THE COURT:**  YOU CAN MAYBE USE THE STYLUS.  MY |
| 14:08 | 22 | COURTROOM DEPUTY IS -- |
| 14:08 | 23 | **THE WITNESS:**  I DON'T SEE A PAD FOR THIS. |
| 14:08 | 24 | **THE COURT:**  YOU CAN ACTUALLY USE THE STYLUS ON THE -- |
| 14:08 | 25 | **MS. GILBERT:**  I THINK WE HAVE A POINTER. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:08 | 1 | **MS. MILLER:**  IF IT'S POSSIBLE TO USE THE STYLUS, THAT |
| 14:08 | 2 | WOULD ACTUALLY BE VERY HELPFUL FOR US SO WE DON'T HAVE TO TURN |
| 14:08 | 3 | AROUND AND LOOK AT THE SCREEN. |
| 14:08 | 4 | **THE COURT:**  IT DOESN'T APPEAR ON THAT IMAGE? |
| 14:08 | 5 | **MS. MILLER:**  WHEN YOU USE THE STYLUS -- |
| 14:08 | 6 | **THE COURT:**  IF YOU CAN USE THE STYLUS -- |
| 14:08 | 7 | **THE WITNESS:**  WHERE IS THE STYLUS?  I NEED SOMEONE TO |
| 14:08 | 8 | SHOW ME HOW TO DO THIS.  I DREW SOMETHING ON THE SCREEN. |
| 14:08 | 9 | **THE COURT:**  SEE, THERE'S A CLEAR -- |
| 14:08 | 10 | **THE WITNESS:**  OH, I SEE.  CLEAR. |
| 14:08 | 11 | **THE COURT:**  THAT'S IT. |
| 14:08 | 12 | **THE WITNESS:**  THIS IS THE 1930S T-SHEET.  SO IN THIS |
| 14:09 | 13 | IMAGE -- |
| 14:09 | 14 | **BY MS. GILBERT:** |
| 14:09 | 15 | **Q.**  JUST ONE SECOND. |
| 14:09 | 16 | GO AHEAD. |
| 14:09 | 17 | **A.**  IN THIS IMAGE THERE'S A DARKER BROWN AREA, WHICH I'M |
| 14:09 | 18 | POINTING TO RIGHT THERE.  YOU CAN SEE THIS AREA, YOU SEE THE |
| 14:10 | 19 | MISSISSIPPI RIVER HERE.  THIS IS THE BEGINNING OF THE |
| 14:10 | 20 | BAYOU LA LOUTRE RIDGE IN THIS AREA.  THAT IS A HIGH GROUND OF |
| 14:10 | 21 | THE BAYOU LA LOUTRE RIDGE, WHICH THEN GOES OUT IN THIS |
| 14:10 | 22 | DIRECTION, OUT TOWARDS LAKE BORGNE, AND SO THAT'S THE HIGH |
| 14:10 | 23 | GROUND.  YOU CAN SEE HERE THE INHABITED AREA IN THIS AREA. |
| 14:10 | 24 | SO THIS BROWN AREA THAT I'VE POINTED TO FIRST IS |
| 14:10 | 25 | INDICATED AS CYPRESS SWAMP, AND THAT'S A DENSE CYPRESS SWAMP |

14:10   1   WITH PRETTY MUCH A COMPLETE CANOPY COVER; THE LEAVES ON TOP ARE

14:10   2   CLOSED.

14:10   3           THE AREA HERE, THE LIGHT BROWN AREA IS CALLED

14:10   4   SCATTERED CYPRESS.  THEN THIS AREA RIGHT HERE IS INDICATED AS

14:10   5   MARSH.  SO WE HAVE THREE DIFFERENT WETLAND HABITATS INDICATED

14:10   6   ON THIS MAP:  CYPRESS SWAMP, SCATTERED CYPRESS TREES, AND

14:11   7   MARSH.

14:11   8   Q.   WITHIN EACH OF THESE CATEGORIES, ARE THERE OTHER TYPES OF

14:11   9   VEGETATION THERE?

14:11   10  A.   THERE ARE, AND I WAS GOING TO GET TO THAT.  YOU KNOW, THIS

14:11   11  WAS AN IMAGE PRODUCED IN THE 1930S THAT TRIED TO DESCRIBED WHAT

14:11   12  WAS ON THIS MAP.  IT'S CORRECT, IT'S NOT -- IF SOMEONE ELSE

14:11   13  PRODUCES A MAP THAT'S DIFFERENT, IT DOESN'T MEAN THAT THEY'RE

14:11   14  INCORRECT AND THIS IS CORRECT, OR VICE-VERSA; IT MEANS THAT

14:11   15  THESE PEOPLE WERE POINTING OUT THINGS ON THE MAP WHICH SEEMED

14:11   16  OBVIOUS TO THEM.  YOU CAN SEE THE MRGO HERE COMING ACROSS --

14:11   17  THE FUTURE POSITION OF THE MRGO.

14:11   18          NOW, I'D LIKE TO SHOW THE NEXT SLIDE.  THIS IS A 1956

14:12   19  MAP PRODUCED OF THAT SAME AREA.  WHAT I'D LIKE TO DO IS JUST GO

14:12   20  BACK AND FORTH BECAUSE, AS YOU'LL SEE THIS AREA RIGHT HERE,

14:12   21  THIS INDENTATION OF WHAT'S CALLED NONFRESH MARSH AND FRESH

14:12   22  MARSH RIGHT HERE, AND THEN CYPRESS SWAMP RIGHT HERE -- LET'S GO

14:12   23  BACK VERY QUICKLY.  THAT IS THIS AREA HERE.  YOU CAN SEE THAT

14:12   24  AREA RIGHT THERE IS THAT INDENTATION OF WHAT WAS CALLED FRESH

14:12   25  MARSH AND NONFRESH MARSH.

14:12    1          SO THESE TWO DEPICTIONS OF THIS AREA SHOW DIFFERENT

14:12    2     THINGS AND BOTH ARE CORRECT.  WE WOULDN'T SAY THIS ONE IS WRONG

14:12    3     AND THE NEXT ONE IS RIGHT.  THEY WERE JUST SHOWING DIFFERENT

14:12    4     THINGS.  SO LET ME CLEAR THIS.

14:12    5          HERE YOU SEE IN THE SORT OF DARKER BROWN/ORANGE IS

14:12    6     SWAMP.  IT'S RIGHT OFF OF THE TOP OF THE -- RIGHT UP HERE.  IT

14:13    7     SHOWS ONLINE BUT JUST RIGHT ABOVE THAT.  SO THAT'S INDICATED AS

14:13    8     SWAMP.  WHAT THAT REALLY INDICATES IS DENSE SWAMP WITH A DENSE

14:13    9     NUMBER OF TREES, WHICH WE'LL SHOW SOME PICTURES OF.

14:13   10          THEN ADJACENT TO THAT IS AN AREA IN HERE OF WHAT'S

14:13   11     CALLED FRESH MARSH.  THEN THERE'S A LARGE AREA OF WHAT'S CALLED

14:13   12     NONFRESH MARSH.  SO IT'S CLEAR HERE THAT THIS AREA OF NONFRESH

14:13   13     MARSH AND THIS AREA OF FRESH MARSH, IN THE 1930S T-SHEET, WAS

14:13   14     ALSO IDENTIFIED AS HAVING SCATTERED CYPRESS TREES.

14:13   15          SO THE POINT I'M TRYING TO MAKE IS THAT THERE'S

14:13   16     NOTHING WRONG WITH THIS CLASSIFICATION, BUT IT DOESN'T INDICATE

14:13   17     AT ALL THAT IN THE NONFRESH MARSH HERE -- WHOOPS -- OR HERE,

14:13   18     THAT THERE WAS JUST ONE TYPE OF VEGETATION AND THAT THERE WERE

14:13   19     NO TREES.

14:13   20          I'D LIKE TO SHOW A SERIES OF PHOTOGRAPHS NOW

14:14   21     INDICATING SOME OF THESE POINTS I'M MAKING.  YOUR HONOR, IF

14:14   22     THESE SLIDES DON'T COME UP CLEARLY, I'VE GOT SOME PHOTOS HERE,

14:14   23     WHICH I'LL HAND TO YOU AND LET YOU PASS AROUND SO THAT WE

14:14   24     CAN --

14:14   25          **MS. GILBERT:**  COULD YOU PULL UP THE NEXT PICTURE.

FINAL DAILY COPY

14:14     1    **BY MS. GILBERT:**

14:14     2    **Q.**   THIS IS PX-1517, AND IT WAS AN EXHIBIT TO THE DAY AND

14:14     3    SHAFFER SUPPLEMENTAL REPORT, NO. 29.  IT'S A LITTLE BIT ROUGH.

14:14     4    DO YOU WANT TO --

14:14     5    **A.**   LET ME JUST SAY, TO BEGIN WITH, I'M GOING TO SHOW A NUMBER

14:14     6    OF SLIDES IN THESE BLACK-AND-WHITE SLIDES IN MY PRESENTATION.

14:14     7    THESE WERE TAKEN BY THE CORPS OF ENGINEERS DURING THE

14:14     8    CONSTRUCTION OF THE MISSISSIPPI RIVER GULF OUTLET.  YOU CAN SEE

14:14     9    OVER HERE ON THE EDGE IS ONE OF THE INITIAL CHANNELS DUG TO

14:14    10    FORM THIS OIL CONTAINMENT LEVEE, WHERE THE SPOIL WOULD GO.

14:14    11          BUT ONE THING I WANT TO POINT OUT HERE IS, THROUGHOUT

14:14    12    THIS AREA, THERE ARE A LARGE NUMBER OF WHAT WAS CALLED

14:15    13    SCATTERED CYPRESS TREES.  THIS IS AN AREA ON THE T-SHEET THAT

14:15    14    WAS CALLED SCATTERED CYPRESS TREES.

14:15    15          **MS. GILBERT:**  YOUR HONOR, BECAUSE THE RESOLUTION ON

14:15    16    THIS IMAGE ON THE SCREEN IS NOT AS EASY TO SEE THE TREES, WHICH

14:15    17    ARE ACTUALLY QUITE EVIDENT, DR. DAY HAS A HARD COPY.

14:15    18          **THE COURT:**  I CAN SEE, OBVIOUSLY, THE TERRAIN IS

14:15    19    DIFFERENT WHERE CIRCLED AND THAT THERE WOULD BE VEGETATION

14:15    20    LARGER THAN THE VEGETATION SHOWN ON THE OTHER AREAS.  I'LL

14:15    21    ACCEPT THE WITNESS' TESTIMONY THAT AMONG THIS VEGETATION IS

14:15    22    SCATTERED CYPRESS TREES.

14:15    23          **THE WITNESS:**  YOU DON'T WANT TO SEE THIS, YOUR HONOR?

14:15    24          **THE COURT:**  I'M GETTING ENOUGH.  DON'T FORGET, I GREW

14:15    25    UP IN HOUMA, LOUISIANA.  I KIND OF KNOW WHAT THIS STUFF LOOKS

| | | |
|---|---|---|
| 14:15 | 1 | LIKE. |
| 14:15 | 2 | **THE WITNESS:** THE MAIN POINT IS THAT, IF YOU LOOK AT |
| 14:15 | 3 | THIS PHOTO, THEY'RE MORE WIDESPREAD THAN YOU CAN SEE IN THIS |
| 14:15 | 4 | AREA. |
| 14:15 | 5 | **THE COURT:** I UNDERSTAND THIS UNDERSTATES THE |
| 14:16 | 6 | FOLIAGE. |
| 14:16 | 7 | **THE WITNESS:** THERE'S A BLOWUP. |
| 14:16 | 8 | **THE COURT:** YES, MA'AM. YOU'RE STANDING. |
| 14:16 | 9 | **MS. MILLER:** I JUST WANTED TO REQUEST THAT WE PRINT |
| 14:16 | 10 | THE SLIDE WITH HIS MARKINGS ON IT SO THAT WE CAN REFERENCE IN |
| 14:16 | 11 | THE FUTURE WHAT AREA IT IS THAT HE MARKED. |
| 14:16 | 12 | **THE WITNESS:** I BELIEVE THAT THESE SET OF PICTURES |
| 14:16 | 13 | WERE PROVIDED DURING THE DEPOSITION. |
| 14:16 | 14 | **MS. MILLER:** MY REQUEST IS THAT YOU MAKE -- |
| 14:16 | 15 | **THE COURT:** SHE WANTS THE MARKING -- IF YOU WANT TO |
| 14:16 | 16 | PRINT THE MARKING, THAT GOES ON YOUR BILL, YOUR TIME BILL, BUT |
| 14:16 | 17 | YOU CERTAINLY MAY. |
| 14:16 | 18 | **BY MS. GILBERT:** |
| 14:16 | 19 | **Q.** DR. DAY, ACTUALLY, I'VE JUST BEEN ADVISED THAT IF WE PUT |
| 14:16 | 20 | YOUR ACTUAL IMAGE ON THIS, IT'LL COME THROUGH MUCH CLEARER. |
| 14:16 | 21 | **THE COURT:** COUNSEL FOR THE GOVERNMENT HAS REQUESTED |
| 14:16 | 22 | THE PRINTING OF -- |
| 14:16 | 23 | **MS. GILBERT:** WE'RE DOING THIS HERE. CAN WE MARK |
| 14:16 | 24 | THAT AS AN EXHIBIT, PX-1517.1. |
| 14:17 | 25 | **THE COURT:** HOLD ON. I'M GETTING THE COURTROOM |

FINAL DAILY COPY

14:17   1   DEPUTY.  MY PATIENCE FOR THIS IS GOING TO ULTIMATELY BE TESTED

14:17   2   I UNDERSTAND THIS IS BACKGROUND FOR THE REPORT, BUT THE COURT'S

14:17   3   GOT THE IDEA, THROUGH OTHER TESTIMONY, THAT THERE WAS -- IN

14:17   4   OTHER WORDS, I DON'T WANT TO SPEND AN EON ON THIS.  I DON'T

14:17   5   WANT TO SPEND AS LONG AS IT TOOK THE CYPRESS TREES TO GROW.

14:17   6           MS. GILBERT:  THEY DON'T TAKE VERY LONG.

14:17   7           THE COURT:  I'M AFRAID IF YOU'D SEE WHAT HAPPENED

14:17   8   WITH THE LOGGING IN THE '20S AND '30S, THEY'RE NOT QUITE THAT

14:17   9   LARGE NOW, BUT GO AHEAD.

14:17   10          THE WITNESS:  MY MAIN POINT HERE IS THAT SOME

14:17   11  CLASSIFICATIONS HAVE CLASSIFIED THIS AS FRESH MARSH.  IT'S

14:17   12  PERFECTLY REASONABLE TO DO THAT.  OTHERS HAVE CALLED THIS

14:17   13  SCATTERED CYPRESS TREES.  THAT'S A REASONABLE CLASSIFICATION.

14:17   14          THE COURT:  YOUR POINT IS MERELY BECAUSE IT'S FRESH

14:17   15  MARSH DOESN'T MEAN THAT THEY'RE NOT SCATTERED CYPRESS TREES

14:18   16  THERE EITHER?

14:18   17          MS. GILBERT:  CORRECT.

14:18   18          THE COURT:  OR MERELY BECAUSE THERE'S SCATTERED

14:18   19  CYPRESS TREES DOESN'T MEAN IT'S A SWAMP?

14:18   20          THE WITNESS:  A SWAMP.

14:18   21          THE COURT:  I UNDERSTAND.

14:18   22  BY MS. GILBERT:

14:18   23  Q.  DR. DAY --

14:18   24  A.   MY PURPOSE FOR SHOWING THESE SLIDES IS BECAUSE IT HAS

14:18   25  IMPORTANT IMPLICATIONS FOR THE DEVELOPMENT OF THE MODELING.

FINAL DAILY COPY

14:18    1              IF WE GO TO THE NEXT ONE, PLEASE.  THIS IS A SLIDE

14:18    2    LOOKING NORTH -- LET ME CLEAR THIS.  THIS SHOWS THE MISSISSIPPI

14:18    3    RIVER GULF OUTLET UNDER CONSTRUCTION.  YOU SEE THE SPOIL

14:18    4    CONTAINMENT LEVEE ALONG HERE.  THE CHANNEL HERE IS LOOKING TO

14:18    5    THE NORTH.  JUST AT THE TOP OF THE PICTURE, IT CURVES AROUND TO

14:18    6    THE LEFT, WHERE IT JOINS THE MISSISSIPPI RIVER GULF OUTLET.

14:18    7              THIS AREA UP IN HERE IS WHAT'S NOW CALLED GOLDEN

14:18    8    TRIANGLE.  THIS BAYOU IN THE CENTER OF THE PICTURE IS BAYOU

14:19    9    MERCIER, WHICH CONNECTS INTO BAYOU BIENVENUE.

14:19   10              THE POINT I'D LIKE TO MAKE HERE IS THIS AREA WAS

14:19   11    CLASSIFIED IN 1956 AS A FRESH MARSH OR A NONFRESH MARSH.  I'M

14:19   12    NOT SURE WHERE THE LINE WOULD BE.  THE MAIN THING I WANT TO

14:19   13    POINT OUT HERE IS THERE ARE A VARIETY OF WETLAND TYPES ALONG

14:19   14    HERE.  YOU CAN SEE TREES ALONG THE CANALS AND NATURAL BAYOUS

14:19   15    ALONG HERE.  YOU CAN SEE TREES ALONG THE BAYOU RIGHT HERE.

14:19   16    THROUGHOUT THE AREA -- I'LL JUST POINT OUT SOME AREAS -- THERE

14:19   17    ARE AREAS OF TREES.  THERE ARE ALSO AREAS OF HIGH REEDS IN

14:19   18    THESE TWO AREAS.  I'LL HAVE SOME BETTER PICTURES OF THOSE.

14:19   19              THESE REED SWAMPS IN THIS AREA WERE DESCRIBED IN 1936

14:19   20    BY CLAIR BROWN, WHO WAS A YOUNG PROFESSOR AT LSU IN THE BOTANY

14:19   21    DEPARTMENT AT THAT TIME, AS OCCURRING IN AREAS OF HUNDREDS OF

14:19   22    ACRES AND REACHING HEIGHTS OF 15 TO 20 FEET.

14:20   23              **THE COURT:**  ARE WE TALKING ABOUT ROSEAU CANE.

14:20   24              **THE WITNESS:**  THIS IS ROSEAU CANE.  WE CAN'T TELL FOR

14:20   25    SURE, BUT GIVEN THE SALINITY AND EVERYTHING, WE'RE PRETTY SURE

| | | |
|---|---|---|
| 14:20 | 1 | THAT THAT'S ROSEAU CANE. |
| 14:20 | 2 |     **THE COURT:**  WHAT I CALL DUCK-BLIND MATERIAL. |
| 14:20 | 3 |     **THE WITNESS:**  THAT'S RIGHT.  HAVING WORKED IN SWAMPS |
| 14:20 | 4 | LIKE THIS, AS YOU PROBABLY KNOW, YOU CAN'T JUST WALK THROUGH |
| 14:20 | 5 | HERE; YOU HAVE TO KNOCK THE VEGETATION DOWN.  THIS IS A THICK, |
| 14:20 | 6 | DENSE VEGETATION.  IT'S HIGH.  I BRING THIS OUT BECAUSE ALL OF |
| 14:20 | 7 | THESE ELEMENTS WOULD HAVE HAD A FAIRLY STRONG IMPACT ON |
| 14:20 | 8 | REDUCING STORM HAZARD IMPACTS IN THIS AREA. |
| 14:20 | 9 |     THE MAIN THING IS, IF YOU CAN LOOK OVER THIS |
| 14:20 | 10 | WHOLE AREA, THESE KIND OF ELEMENTS WERE WIDESPREAD ALL THE WAY |
| 14:20 | 11 | OUT TO THE EDGE OF LAKE BORGNE, AND CERTAINLY IN THE GOLDEN |
| 14:20 | 12 | TRIANGLE, AND CERTAINLY IN WHAT'S NOW CALLED THE MISSISSIPPI |
| 14:20 | 13 | RIVER GULF OUTLET. |
| 14:20 | 14 |     IF WE CAN GO TO THE NEXT ONE. |
| 14:20 | 15 | **BY MS. GILBERT:** |
| 14:20 | 16 | **Q.**   DR. DAY, THIS IS PX-1517.  WHEN YOU SAY "STORM HAZARD |
| 14:21 | 17 | IMPACTS," YOU'RE REFERRING SPECIFICALLY TO WIND REDUCTION, WAVE |
| 14:21 | 18 | ATTENUATION, AND -- |
| 14:21 | 19 | **A.**   THAT'S CORRECT. |
| 14:21 | 20 | **Q.**   OKAY. |
| 14:21 | 21 | **A.**   THIS IS PICTURE OF THE UPPER END OF THE CENTRAL WETLANDS |
| 14:21 | 22 | UNIT.  WHAT YOU SEE THERE IS THE INNER HARBOR NAVIGATIONAL |
| 14:21 | 23 | CANAL.  THAT'S THE GULF INTRACOASTAL WATERWAY AS IT CURVES AWAY |
| 14:21 | 24 | FROM IT GOING TOWARDS THE EAST.  THIS IS IN THE EARLY STAGES OF |
| 14:21 | 25 | THE CONSTRUCTION OF THE MISSISSIPPI RIVER GULF OUTLET. |

14:21  1        YOU CAN SEE THAT, HERE, THE CONTAINMENT, THE CANAL

14:21  2  FOR BUILDING THE SPOIL CONTAINMENT LEVEE IS IN PLACE.  THE

14:21  3  ACTUAL DREDGING OF THE MISSISSIPPI RIVER GULF OUTLET, THE

14:21  4  ENLARGEMENT OF THE GULF INTRACOASTAL WATERWAY HAS NOT BEGUN.

14:21  5  BUT CAN SEE HERE, ON THIS POINT, TREES HAVE BEEN CUT, AND YOU

14:21  6  CAN SEE THE TREES STACKED THERE.

14:21  7        THE MAIN THING I WANT TO POINT OUT HERE IN THIS AREA,

14:21  8  THIS AREA, THIS AREA HERE, IS THAT THESE ARE DENSE STANDS OF

14:22  9  CYPRESS AND THESE WOULD BE CLEARLY -- EVERYONE WOULD AGREE

14:22  10  THAT'S A CYPRESS SWAMP.  THERE'S NOT A DIFFERENTIATION BETWEEN

14:22  11  MARSH AND SWAMP THERE.  SO, AGAIN, IT'S PART OF THE

14:22  12  HETEROGENOUS NATURE OF THAT WHOLE AREA OF THE CENTRAL WETLANDS

14:22  13  UNIT AND THE ADJACENT AREAS AROUND THE MISSISSIPPI RIVER GULF

14:22  14  OUTLET.

14:22  15        **MS. GILBERT:**  CAN WE PULL UP THE NEXT SLIDE, CARL,

14:22  16  PX-1517.  IT WAS DAY-SHAFFER 16.

14:22  17        **THE WITNESS:**  AGAIN, THIS IS THAT SAME AREA.  THIS IS

14:22  18  BAYOU MERCIER HERE.  THIS IS DREDGING THE INITIAL ACCESS

14:22  19  CHANNEL, WHICH WILL LATER BE ENLARGED TO FORM THE MISSISSIPPI

14:22  20  RIVER GULF OUTLET.  YOU SEE THE DREDGE THERE, DREDGING TOWARDS

14:22  21  THE GULF HERE.  YOU SEE IN THAT AREA, THAT'S THE PIPELINE FROM

14:22  22  THE DREDGE THAT CONVEYS MATERIAL OVER TO THE SPOIL CONTAINMENT

14:23  23  AREA.

14:23  24        WHAT I'D LIKE TO POINT OUT HERE, WHICH ISN'T SO

14:23  25  CLEAR HERE BUT I DO HAVE A PHOTOGRAPH, IS RIGHT IN FRONT OF AND

14:23   1   TO THE LEFT OF THE DREDGE IS A MAN STANDING IN A BATEAU.  YOU

14:23   2   CAN BARELY SEE THAT THERE, BUT THIS IS MAN STANDING UP.  YOU

14:23   3   WOULD ASSUME HE'S BETWEEN 5 AND 6 FEET HIGH.

14:23   4              YOU'LL ALSO NOTE THAT PARALLEL TO THAT ARROW

14:23   5   THAT SAYS "TO THE GULF" ARE TWO TRACKS MADE BY MARSH BUGGIES IN

14:23   6   ALL LIKELIHOOD.  IF YOU LOOK AT THOSE TRACKS CAREFULLY, YOU

14:23   7   WILL SEE THAT THE HEIGHT OF THAT VEGETATION IS WELL OVER THE

14:23   8   HEIGHT OF THE MAN STANDING IN THE BOAT.

14:23   9              SO THIS IS THAT HIGH PHRAGMITES, THAT ROSEAU

14:23   10  CANE, VERY DENSE THERE AND PROBABLY, AT THIS POINT, 15 FEET

14:23   11  HIGH.  AGAIN, YOU SEE IT ALL OVER ON THIS SIDE OF THE BAYOU.

14:23   12  IN THE AREAS IN THE PHOTO, YOU CAN SEE THAT IT STRETCHES OVER

14:23   13  LARGE AREAS, AS WAS REPORTED IN THE SCIENTIFIC LITERATURE IN

14:24   14  THE 1930S.

14:24   15             SO I THINK THESE FOUR PHOTOS, THE MAIN POINT I

14:24   16  WANT TO SAY IS THAT, IN THE AREA THAT THE 1956 MAP CALLED FRESH

14:24   17  AND NONFRESH MARSH, THESE WERE LOW-SALINITY MARSHES AND THEY

14:24   18  WERE A VARIETY -- THERE YOU GO.  YOU CAN SEE THAT VERY CLEARLY

14:24   19  THERE, THE MAN STANDING IN THE BATEAU AND THE TWO TRACKS MADE

14:24   20  BY MARSH BUGGIES, SHOWING THAT THESE ARE VERY HIGH REED SWAMPS,

14:24   21  HIGHER THAN THE MAN IN THE BOAT.  THAT'S THE MAJOR POINT THERE.

14:24   22             **MS. GILBERT:**  CAN WE PRINT OUT THE BLOWUP OF THIS FOR

14:24   23  THE RECORD.

14:24   24             **THE WITNESS:**  SO THAT --

14:24   25             **THE COURT:**  DO YOU WANT TO GIVE THAT A NUMBER AS

FINAL DAILY COPY

14:24  1  WELL?

14:24  2       **MS. GILBERT:**  WE WOULD OFFER IT AS PX-1517.1.

14:24  3       **THE WITNESS:**  YOU CAN SEE HERE, JUST BY THE SHADOWS

14:24  4  IN THE VEGETATION, THE DEPTH OF THAT CUT, THE DEPTH OF THE --

14:25  5  SHOWING THE HEIGHT OF THAT VEGETATION, BOTH IN FRONT OF THE

14:25  6  DREDGE AND OFF TO THE LEFT.

14:25  7       SO, AGAIN, WHAT I WAS ILLUSTRATING WITH THESE

14:25  8  FOUR SLIDES IS THAT THE AREA BETWEEN THE MISSISSIPPI RIVER AND

14:25  9  LAKE BORGNE, WHICH IS NOW CALLED VARIOUSLY THE CENTRAL WETLANDS

14:25  10  UNIT AND THE GOLDEN TRIANGLE, HAD A VARIETY OF WETLAND TYPES.

14:25  11  THEY WERE TALL, THEY WERE DENSE, AND THEY WOULD HAVE HAD A

14:25  12  GREATER IMPACT ON REDUCTION OF SURGE WATER, WIND PENETRATION,

14:25  13  AND WAVES THAN A UNIFORMLY LOW MARSH OF 3 TO 4 FEET, SUCH AS

14:25  14  EXISTS IN THIS AREA NOW.  ALSO, TREES WERE EXTENDED WELL OUT

14:25  15  ONTO TO THE BAYOU LA LOUTRE RIDGE, AS DR. FITZGERALD --

14:25  16       **THE COURT:**  CAN WE STOP JUST FOR A SECOND.

14:26  17       IF YOU DON'T HAVE IT, LET ME KNOW.  I TOLD YOU

14:26  18  WE'D HAVE SOME LAG TIME.  IF YOU DON'T HAVE IT --

14:26  19       **MS. GILBERT:**  IT WAS DAY-SHAFFER 16.

14:26  20       **THE COURT:**  ASK THEM TO STOP AND I'LL STOP.  YOU ARE

14:26  21  ENTITLED TO LOOK AT IT.  IN THE GRAND SCHEME OF THINGS, I'LL

14:27  22  HAVE TO FIGURE ALL OF THIS OUT.  I DON'T THINK IT'S A REAL

14:27  23  POINT OF CONTEST THAT THE AREA WAS FAIRLY ROBUST IN FOLIAGE AT

14:27  24  ONE POINT; HOW ROBUST, THESE PICTURES WILL CERTAINLY SHOW.

14:27  25       **MS. GILBERT:**  HAVE YOU DONE THE IMAGE?

14:27   1  **BY MS. GILBERT:**

14:27   2  **Q.**  MOVING ON.  SO COULD YOU JUST SUMMARIZE THE KINDS OF

14:27   3  FOLIAGE THAT WERE PRESENT, AND THEN WE'LL MOVE ON TO --

14:27   4  **A.**  WELL, YOU KNOW, THE IMPORTANT COMPARISON HERE IS THIS WAS

14:27   5  THE NATURE OF THIS ENVIRONMENT WHILE THE MISSISSIPPI RIVER GULF

14:27   6  OUTLET WAS BEING CONSTRUCTED.  THE COMPARISON BETWEEN THE 1930S

14:28   7  T-SHEET AND THE 1956 MAP INDICATES VERY LITTLE CHANGE IN THAT

14:28   8  AREA UP UNTIL THE MISSISSIPPI RIVER GULF OUTLET.

14:28   9        THESE KINDS OF HABITATS HAVE ALMOST COMPLETELY

14:28  10  DISAPPEARED FROM THE CENTRAL WETLANDS UNIT, AND THEY HAD

14:28  11  DISAPPEARED BY THE NEXT MAPPING INTERVAL THAT WAS DONE AFTER

14:28  12  THAT IN 1976.

14:28  13  **Q.**  CAN YOU DESCRIBE FOR THE COURT THE FUNCTION THAT CYPRESS

14:28  14  AND TUPELO SERVE IN WAVE ATTENUATION AND WAVE REDUCTION,

14:28  15  REDUCTION OF SURGE.

14:28  16        LET ME JUST, FOR THE MOMENT, GIVE THE UNITED STATES

14:28  17  THE OPPORTUNITY TO FIND AND ASK CARL TO PULL UP WHAT HAS BEEN

14:28  18  MARKED AS PX-1516.  IT'S FIGURE 2 FROM YOUR REPORT.  IF YOU CAN

14:28  19  PULL IT UP, THE GOVERNMENT CAN TAKE THE TIME TO FIND FIGURE 2,

14:29  20  PX-1516, FROM PAGE 17 OF THE ORIGINAL DAY-SHAFFER REPORT.

14:29  21       **MS. MILLER:**  BY "ORIGINAL REPORT," DO YOU MEAN THE

14:29  22  2007 REPORT?

14:29  23  **BY MS. GILBERT:**

14:29  24  **Q.**  CAN YOU DESCRIBE FOR THE COURT WHAT THE DYNAMIC THAT'S

14:29  25  DEPICTED IN THIS IMAGE IS.

14:30   1   **A.**   LET ME PREFACE THAT BY SAYING THAT CYPRESS SWAMPS PROVIDE

14:30   2   HIGH REDUCTION OF STORM HAZARD THREATS AND, SECOND, ARE VERY

14:30   3   RESISTANT TO HURRICANE BLOWDOWN.  BECAUSE OF THE NATURE OF THE

14:30   4   TREE, THE PLIABLE NATURE OF THE WOOD, THE SMALL FOLIAGE AT THE

14:30   5   TOP OF THE CYPRESS TREE, AND THE INTERLOCKING ROOT SYSTEMS

14:30   6   THAT -- YOU KNOW, WE SEE THE KNEES IN A CYPRESS SWAMP, BUT THAT

14:30   7   INDICATES A VERY EXTENSIVE ROOT SYSTEM.  THESE TREES JUST

14:30   8   GENERALLY DON'T BLOW DOWN IN HURRICANES, EVEN IN THE STRONGEST

14:30   9   ONES.

14:30   10           THIS IS ILLUSTRATED IN THIS PICTURE RIGHT HERE.  THIS

14:30   11   IS IN THE PEARL RIVER BASIN, THE LOWER PART OF THE PEARL RIVER

14:30   12   BASIN.  THE EYE OF KATRINA PASSED RIGHT OVER THIS AREA.  THIS

14:30   13   IS ON THE LOUISIANA-MISSISSIPPI STATE LINE.  WHAT YOU SEE HERE

14:30   14   IS THE GREEN AREAS ARE CYPRESS SWAMPS.  YOU CAN SEE THAT

14:30   15   THEY'RE LOCATED ALONG CANALS.  THAT DARK AREA IS A STREAM

14:31   16   CHANNEL, WHICH WOULD BE THE LOWER AREAS.  95 PERCENT OF THE

14:31   17   CYPRESS STAYED UP, AND THAT HAS GENERALLY BEEN THE CASE AND

14:31   18   REPORTED IN HURRICANES IN THE PAST.  CYPRESS JUST DON'T BLOW

14:31   19   DOWN VERY EASY.  THEY DON'T SNAP OFF.  THEY DON'T HAVE A LARGE

14:31   20   FOLIAGE AT THE TOP TO CATCH THE WIND.  THEY HAVE THIS ENORMOUS

14:31   21   ROOT SYSTEM THAT HELPS THEM STAY UP.

14:31   22           **THE COURT:**  PROFESSOR, IS IT YOUR TESTIMONY THAT THE

14:31   23   CYPRESS, THE TUPELO, ETC., VIS-À-VIS THE SURGE, SUBJECT TO THE

14:31   24   GOVERNMENT'S OBJECTION, WHICH IS PRESERVED FOR THE RECORD -- IN

14:31   25   YOUR REPORT, DOES IT INDICATE WHETHER THIS HAS MORE TO DO WITH

| | | |
|---|---|---|
| 14:31 | 1 | THE VELOCITY AND INTENSITY OF THE SURGE OR THE ACTUAL ULTIMATE |
| 14:31 | 2 | DISTANCE THE SURGE REACHES? |
| 14:31 | 3 | **THE WITNESS:**  IT HAS MORE TO DO WITH THE |
| 14:31 | 4 | CHARACTERISTICS OF THE TREES BECAUSE, YOU KNOW, THERE ARE TREES |
| 14:31 | 5 | THAT ARE RIGHT ON THE EDGE OF WATER BODIES. |
| 14:31 | 6 | **THE COURT:**  I UNDERSTAND THAT, BUT I'M SAYING THE |
| 14:31 | 7 | TREES SERVE A PURPOSE, AS PART OF YOUR TESTIMONY? |
| 14:32 | 8 | **THE WITNESS:**  RIGHT. |
| 14:32 | 9 | **THE COURT:**  WHAT'S THE PRIMARY PURPOSE OF THE TREES |
| 14:32 | 10 | AND THE OTHER FLORA WE'RE TALKING ABOUT?  WHAT IS THE PRIMARY |
| 14:32 | 11 | PURPOSES, SIR, VIS-À-VIS A SURGE? |
| 14:32 | 12 | **THE WITNESS:**  WELL, LET ME JUST MAKE ONE MORE POINT |
| 14:32 | 13 | AND I'LL ANSWER YOUR QUESTION.  IN BETWEEN THE CYPRESS HERE, IN |
| 14:32 | 14 | THESE AREAS, THAT'S OAK.  IF YOU CAN SEE, WHAT IT SHOWS IS A |
| 14:32 | 15 | BUNCH OF OAK LYING DOWN.  THE FACT THAT CYPRESS STAY UP DURING |
| 14:32 | 16 | HURRICANES MEANS THEY CAN CONTINUE TO PERFORM THE STORM HAZARD |
| 14:32 | 17 | BUFFERING CAPACITY. |
| 14:32 | 18 | **THE COURT:**  WHEN YOU SAY "BUFFERING," DOES THAT |
| 14:32 | 19 | RELATE MORE -- AGAIN, BACK TO MY QUESTION, IF YOU KNOW -- TO |
| 14:32 | 20 | THE INTENSITY AND VELOCITY OF THE SURGE, OF THE ELEVATION AND |
| 14:32 | 21 | EXTENT TO WHICH THE SURGE TRAVELS? |
| 14:32 | 22 | **THE WITNESS:**  BOTH.  YES.  THE TREES, THE STANDING |
| 14:32 | 23 | TREES AND DENSE FLORA OFFERS AN ENORMOUS AMOUNT OF FRICTION AS |
| 14:33 | 24 | THE SURGE MOVES THROUGH THE SWAMP, SO IT REDUCES SURGE.  THAT |
| 14:33 | 25 | HAPPENS OVER KILOMETERS.  WIND PENETRATION HAPPENS OVER |

FINAL DAILY COPY

14:33    1   HUNDREDS OF METERS.  SO THAT WITHIN A FEW HUNDRED METERS, A

14:33    2   CYPRESS SWAMP, WITH A SURGE MOVING INTO IT, CAN COMPLETELY

14:33    3   ELIMINATE THE WAVES ON TOP OF THE SURGE.

14:33    4              SO JUST WITHIN A FEW HUNDRED YARDS INTO THE

14:33    5   SWAMP, ESSENTIALLY YOU HAVE A STILL WATER SURGE, AND THE SURGE

14:33    6   IS DROPPING OFF MORE GRADUALLY.  THE ELIMINATION OF THE WINDS

14:33    7   ON TOP -- THE WAVES ON TOP OF SURGE IS VERY RAPID BECAUSE OF

14:33    8   THE REDUCTION OF THE WIND PENETRATION INTO THE CANOPY.

14:33    9              THE COURT:  THAT ANSWERS MY QUESTION.  THANK YOU.

14:33   10              MS. GILBERT:  YOUR HONOR, WE'RE GOING TO PROVIDE A

14:33   11   CROSS-REFERENCE FOR THE GOVERNMENT SO THAT THEY'LL BE ABLE TO

14:33   12   MORE EASILY FOLLOW ALONG.

14:33   13              THE COURT:  OKAY.

14:33   14              MS. GILBERT:  SO IF YOU CAN GIVE US ONE SECOND TO

14:33   15   PROVIDE THAT TO THEM, IT WILL ASSIST.  IN THE INTERIM, I'M

14:33   16   GOING TO ASK THAT CARL MOVE ON TO THE NEXT SLIDE, WHICH IS

14:34   17   SLIDE 28 ON THE PRESENTATION.  FOR YOUR BENEFIT, IT IS 103.

14:34   18   BY MS. GILBERT:

14:34   19   Q.  DR. DAY, CAN YOU DESCRIBE FOR THE COURT THE PURPOSE OF

14:34   20   THIS SLIDE.

14:34   21   A.  OKAY.  THIS IS A PICTURE OF A STAND OF 10-YEAR-OLD TREES

14:34   22   THAT WERE PLANTED NEAR THE CAERNARVON DIVERSION.  AGAIN, THE

14:34   23   EYE PASSED OVER THIS GROUP OF TREES.  NONE OF THEM WERE BLOWN

14:34   24   DOWN.  THESE TREES ARE ABOUT TEN YEARS OLD.  IT INDICATES THAT,

14:34   25   UNDER OPTIMUM CONDITIONS, THEY ARE ABOUT 30 FEET TALL.  SO THEY

14:34    1    HAVE GROWN TO A HEIGHT IN TEN YEARS THAT WOULD BE ABOVE ALMOST

14:34    2    ALL HURRICANE SURGES.

14:34    3    **Q.**   CAN YOU MOVE ON TO THE NEXT SLIDE, WHICH IS SLIDE 29,

14:35    4    WHICH WOULD HAVE BEEN, FOR THE PURPOSES OF THE GOVERNMENT --

14:35    5    **A.**   THIS IS ANOTHER SLIDE DOWN IN --

14:35    6    **Q.**   WAIT.  CAN YOU WAIT A SECOND.  I WANT THE OTHER SIDE TO

14:35    7    FIND IT.  IT'S SLIDE 20.

14:35    8         **THE COURT:**  MAYBE, WHEN I TAKE MY BREAK AT 3:00, WE

14:35    9    CAN GET A LITTLE COORDINATED HERE.  WE'RE GOING TO TAKE A BREAK

14:35   10    AT 3:00.

14:35   11    **BY MS. GILBERT:**

14:35   12    **Q.**   CAN YOU ALSO EXPLAIN TO THE --

14:35   13    **A.**   THIS IS ANOTHER PLOT OF TREES THAT WERE PLANTED, THAT ARE

14:35   14    TEN YEARS OLD IN ST. BERNARD PARISH.  AGAIN, THIS WAS IN THE

14:35   15    EYE OF KATRINA.  THE CYPRESS ALL STOOD.  ALL THE TREES AROUND

14:35   16    THEM WERE BLOWN DOWN.

14:35   17    **Q.**   THE NEXT SLIDE, WHICH WAS SLIDE 30 IN OUR PRESENTATION AND

14:35   18    WAS, FOR THE GOVERNMENT, 21 --

14:35   19    **A.**   THIS IS A PICTURE OF AN AREA THAT WAS LOGGED.  YOU CAN SEE

14:36   20    THERE, IN THIS AREA, THE CYPRESS SWAMP WAS LOGGED.  IF YOU CAN

14:36   21    IMAGINE THAT THIS LINE RIGHT THERE WERE A LEVEE OR ANOTHER

14:36   22    STRUCTURE, THAT WINDS AND SURGE APPROACHING THIS, IF THERE WERE

14:36   23    NO CYPRESS TREES, WOULD IMPINGE DIRECTLY ON THIS AREA RIGHT

14:36   24    HERE.

14:36   25         BUT IF IT WOULD PASS THROUGH THIS DENSE CYPRESS

FINAL DAILY COPY

14:36    1    SWAMP -- THIS WOULD BE A NORMAL DENSITY THAT WOULD HAVE EXISTED

14:36    2    IN THE CENTRAL WETLANDS UNIT PRIOR TO MRGO.  YOU CAN SEE THAT

14:36    3    THAT PROVIDES AN ENORMOUS AMOUNT OF FRICTION AS WAVES GO

14:36    4    THROUGH IT, AS WATER FLOWS THROUGH IT, BUT ALSO WIND

14:36    5    PENETRATION IS DRASTICALLY REDUCED.  A SURGE HITTING THIS AREA

14:36    6    OF THE SWAMP, BY THE TIME IT REACHED THE BACK OF HERE, WOULD

14:36    7    HAVE NO WAVES, AND THE SURGE WOULD BE REDUCED TO SOME EXTENT.

14:37    8         THIS HAS BEEN CALLED A MATRIX LEVEE BECAUSE IT'S NOT

14:37    9    A CONTINUOUS LINE OF DIRT OR CEMENT, BUT IT HAS A NUMBER OF ALL

14:37   10    OF THESE DIFFERENT POINTS.  IT FORMS, ESSENTIALLY, A NATURAL

14:37   11    LEVEE, WHERE THE REDUCTION IN THE SURGE OCCURS BECAUSE OF THE

14:37   12    INTERACTIONS OF THE NUMEROUS TREES THAT ARE THERE.

14:37   13         **THE COURT:**  THIS HAS NO RELATION, PROBABLY, TO THIS

14:37   14    CASE, BUT I'M CURIOUS AS TO WHY, PRIOR TO THE MRGO, THERE

14:37   15    WASN'T EXTENSIVE LOGGING IN THIS CYPRESS TREE AREA.

14:37   16         **THE WITNESS:**  ESSENTIALLY, THE WHOLE OF THE CENTRAL

14:37   17    WETLANDS UNIT WAS LOGGED IN THE LATE 19TH CENTURY AND THE EARLY

14:37   18    20TH CENTURY.  WE THINK -- WE WENT BACK AT THIS, LOOKING

14:37   19    THROUGH THE LITERATURE.

14:37   20         WE THINK IT WAS ALL LOGGED BY THE TEENS OF THE

14:37   21    20TH CENTURY.  ALL OF THAT REGENERATED.  ALMOST EVERYTHING

14:37   22    THERE, IN THE CENTRAL WETLANDS UNIT AND AROUND THE

14:38   23    BAYOU LA LOUTRE RIDGE AND OUT TO LAKE BORGNE, WAS REGENERATED

14:38   24    AND REGREW.

14:38   25         **THE COURT:**  IS THERE ANY REASON WHY THAT REGENERATED

FINAL DAILY COPY

14:38    1    IN THAT AREA MORE THAN OTHER AREAS, WHICH ARE NOW JUST A LAKE

14:38    2    OR GONE?  DO YOU HAVE ANY IDEA WHY?

14:38    3              THE WITNESS:  YEAH, I DO.  BECAUSE THE COAST IS

14:38    4    SINKING, THE FIRST -- BETWEEN ABOUT 1875 AND 1925, PROBABLY

14:38    5    98 PERCENT OF THE CYPRESS SWAMPS WERE LOGGED IN COASTAL

14:38    6    LOUISIANA.  THEY ALL REGENERATED IN THE FOLLOWING DECADES

14:38    7    BECAUSE THE LAND WAS STILL RELATIVELY HIGH.  IT WAS STILL

14:38    8    RELATIVELY FRESH, SO THEY REGENERATED.

14:38    9              WHAT YOU FIND IS MOST OF THE CYPRESS SWAMPS THAT

14:38   10    EXIST NOW IN THE COASTAL AREA ARE A VERY -- THEY'RE A BUNCH OF

14:38   11    EVEN-AGED STANDS BECAUSE THEY TENDED TO REGENERATE ONLY DURING

14:38   12    VERY DRY YEARS, BECAUSE THE CEILINGS DON'T SURVIVE VERY LONG AT

14:38   13    ALL IN ANY KIND OF STANDING WATER.

14:39   14              IT SEEMS ODD THAT A SWAMP IS LIMITED BY WETNESS,

14:39   15    BUT SEEDLINGS CAN'T STAND MORE THAN A FEW DAYS OF BEING

14:39   16    INUNDATED WHEN THEY'RE THIS SMALL.  SO ALL OF THESE THINGS

14:39   17    REGENERATED DURING A DROUGHT YEAR.  THERE WERE ABOUT SEVERAL

14:39   18    YEARS IN WHICH THEY DID REGENERATE.  BUT SINCE THEN, THE COAST

14:39   19    HAS CONTINUED TO SUBSIDE.

14:39   20              BECAUSE OF THE LEVEES ALONG THE RIVER AND THE

14:39   21    OTHER HYDROLOGICAL ALTERATIONS, MOST OF THESE SWAMPS NOW ARE

14:39   22    CONTINUOUSLY FLOODED.  WHEN A TREE DIES NOW, OR A FOREST IS CUT

14:39   23    DOWN, IT DOESN'T REGENERATE BECAUSE THE SEEDLINGS WON'T GROW.

14:39   24    THEY HAVE TO BE PLANTED.

14:39   25              THE COURT:  THANK YOU.  NONE OF YOU WILL BE PENALIZED

FINAL DAILY COPY

14:39   1   FOR THE JUDGE'S SOMEWHAT IRRELEVANT QUESTION.  GO AHEAD.

14:39   2   **BY MS. GILBERT:**

14:39   3   **Q.**   DR. DAY, ARE YOU AWARE OF THE CORPS' STATE OF KNOWLEDGE OF

14:39   4   THE EFFECT OF WETLANDS IN -- THE CYPRESS AND THE TUPELOS AS

14:40   5   THEY FUNCTIONED IN SURGE REDUCTION?

14:40   6   **A.**   WELL, IT WAS RECOGNIZED PRIOR TO THE CONSTRUCTION OF MRGO

14:40   7   THAT WETLANDS OFFERED A REDUCTION IN STORM HAZARD THREAT.  IN

14:40   8   FACT, THE CORPS PUBLISHED A WELL-KNOWN RELATIONSHIP OF SURGE

14:40   9   REDUCTION AS HURRICANES PASSED OVER THE COAST.

14:40   10          **MS. GILBERT:**  CARL, CAN YOU PULL UP SLIDE 33.  IT'S

14:40   11   27 IN YOURS.  JUST GIVE THE GOVERNMENT A SECOND TO FIND IT.

14:40   12   **BY MS. GILBERT:**

14:40   13   **Q.**   CAN YOU DESCRIBE FOR THE COURT WHAT IS DEPICTED IN THIS

14:40   14   U.S. ARMY CORPS OF ENGINEERS PROGRESSION ANALYSIS SLIDE.

14:40   15   **A.**   THIS IS A 1965 REPORT OF THE CORPS OF ENGINEERS, AND IT'S

14:40   16   BASED ON AN ANALYSIS OF SEVEN HURRICANES BETWEEN 1909 AND 1957.

14:41   17   WHAT IT SHOWS IS THAT, AS THE STORM SURGE PROGRESSED INLAND

14:41   18   FROM THE COAST, WHAT THEY DID IS THEY WENT OUT IN EACH CASE AND

14:41   19   FOUND, FOR THE MOST PART, STRANDLINES, WHERE DEBRIS WAS

14:41   20   CAPTURED IN TREES OR ON FENCE LINES OR IN TELEPHONE POLES,

14:41   21   OTHER STRUCTURES, AND THEY ESTIMATED THE DECREASE OF THE WATER

14:41   22   LEVEL AS IT FLOWED THROUGH THE COASTAL WETLANDS.  IN GENERAL,

14:41   23   THERE'S THIS REDUCTION OF ABOUT 1 FOOT IN SURGE FOR EVERY

14:41   24   2.75 MILES SHOWN IN THIS STUDY.

14:41   25   **Q.**   DR. DAY, IN 1907, WHEN THE FIRST STUDY -- THE 1909

14:41     1    HURRICANE THAT WAS DEPICTED HERE, IS THERE ANY WAY THAT THOSE

14:41     2    STRANDLINES COULD HAVE DIFFERENTIATED BETWEEN DEBRIS THAT WAS

14:41     3    CAUGHT IN CERTAIN HEIGHTS BASED ON WAVES OR SURGE?

14:41     4              **THE COURT:**  JUST A MINUTE.  WE HAVE AN OBJECTION.

14:42     5              **MS. MILLER:**  I'LL OBJECT TO THIS AS CALLING FOR

14:42     6    SPECULATION ABOUT THE METHODOLOGY OF THE STUDY THAT OCCURRED

14:42     7    PRIOR TO DR. DAY'S INVOLVEMENT.

14:42     8              **THE COURT:**  SUBJECT TO THE OBJECTION.  I'M GOING TO

14:42     9    OVERRULE THE OBJECTION, AND YOU MAY RESPOND.

14:42    10              **THE WITNESS:**  THERE'S NO ISSUE ON THE METHODOLOGY.

14:42    11    IT'S STATED, AND IT'S BASED ON THE STRANDLINES FOR THE MOST

14:42    12    PART.

14:42    13    **BY MS. GILBERT:**

14:42    14    **Q.**   THE QUESTION THAT'S PENDING, DR. DAY, IS WHETHER OR NOT

14:42    15    YOU CAN DIFFERENTIATE BY STRANDLINES WHAT HAS BROUGHT THAT

14:42    16    DEBRIS TO THAT HEIGHT, SURGE OR WAVE?

14:42    17              **THE COURT:**  CAN WE DEFINE *STRANDLINES*.

14:42    18    **BY MS. GILBERT:**

14:42    19    **Q.**   COULD YOU, PLEASE.  I APOLOGIZE.

14:42    20    **A.**   WELL, IT'S BASICALLY WHERE DEBRIS IS LEFT THAT'S CAUGHT UP

14:42    21    IN THE WATER AT THE HIGHEST LEVEL THAT THAT WATER REACHES.  SO,

14:42    22    FOR INSTANCE, DURING HURRICANE KATRINA, ABOUT FIVE MILES FROM

14:42    23    THE COAST, THERE WERE STRANDLINES ON INTERSTATE OVERPASSES THAT

14:43    24    REACHED ALMOST 30 FEET, A DEBRIS LINE, GRASSES OR FLOATING

14:43    25    STYROFOAM CUPS OR SOMETHING LIKE THAT.

14:43    1              ONE OF THE TEAM LOUISIANA PEOPLE ACTUALLY WENT OUT

14:43    2    AND MEASURED THESE STRANDLINES.  THE POINT THAT I WAS ASKED TO

14:43    3    COMMENT ON IS CAN YOU TELL SPECIFICALLY WHETHER THAT STRANDLINE

14:43    4    IS THE HEIGHT OF THE SURGE OR THE HEIGHT OF THE WAVES ON TOP OF

14:43    5    THE SURGE OR SOME COMBINATION OF BOTH.  IT'S PROBABLY A

14:43    6    COMBINATION, SO.  THIS RELATIONSHIP PROBABLY INCLUDES BOTH WAVE

14:43    7    REDUCTION AS WELL AS SURGE REDUCTION.

14:43    8    **Q.**   SO, ESSENTIALLY, THE CORPS WAS STUDYING THE EFFECT OF

14:43    9    OVERLAND SURF AND WAVE PROPAGATION BETWEEN THESE SEVEN

14:43    10   HURRICANES FROM 1909 TO 1957; IS THAT CORRECT?

14:43    11   **A.**   I THINK THAT'S -- YES.

14:43    12   **Q.**   OBVIOUSLY, FROM THIS, DO YOU, IN YOUR PROFESSIONAL

14:43    13   OPINION, KNOW IS THE CORPS APPARENTLY AWARE OF THE RELATIONSHIP

14:44    14   BETWEEN SURGE AND WAVES IN AN ANALYSIS OF THE IMPACT OF

14:44    15   OVERLAND OBSTACLES OR STORM HAZARD REDUCTION?

14:44    16   **A.**   IT WOULD APPEAR TO ME THAT'S THE CASE.

14:44    17              **THE COURT:**  IS THAT THE REPORT THAT HAD THE RATIO OF

14:44    18   1 FOOT TO 2.75 MILES?

14:44    19              **MS. GILBERT:**  THAT'S CORRECT.  AT THE BOTTOM OF THIS

14:44    20   SLIDE, WHICH IS PX-1516, WHICH WAS PAGE 20 OF THE DAY AND

14:44    21   SHAFFER REPORT, THE LEGEND SAYS THAT FIGURE 5 -- WHICH IS

14:44    22   FIGURE 5 OF THE U.S. ARMY CORPS OF ENGINEERS STUDY.  IT

14:44    23   OBSERVED STORM SURGE ELEVATIONS RELATIVE TO POSITION INLAND FOR

14:44    24   SEVEN HURRICANES IMPACTING SOUTH LOUISIANA FROM 1909 TO 1957.

14:44    25   IT'S BEEN REDRAFTED.

FINAL DAILY COPY

14:44  1        THE RELATIONSHIP IMPLIES COASTAL HABITATS THAT CAN

14:44  2  GENERALLY REDUCE SURGE BY 1 FOOT FOR EVERY 2.75 MILES OF

14:44  3  COASTAL HABITAT, AND THAT WAS PUBLISHED IN 1965 BY THE CORPS.

14:44  4  THE POINT THAT WE'RE TRYING TO MAKE WITH DR. DAY IS THAT IT'S

14:45  5  NOT NECESSARILY EXCLUSIVELY STORM SURGE THAT'S BEING REDUCED BY

14:45  6  OVERLAND HABITATS, BUT SURGE AND WAVES IN THESE STUDIES OF THE

14:45  7  CORPS' KNOWLEDGE OF --

14:45  8        **THE COURT:**  I UNDERSTAND.  THAT'S THE SUBJECT OF ONE

14:45  9  OF MY QUESTIONS EARLIER.

14:45  10        **MS. GILBERT:**  I'M SORRY?

14:45  11        **THE COURT:**  THAT WAS THE SUBJECT OF ONE OF MY

14:45  12  QUESTIONS EARLIER.

14:45  13  **BY MS. GILBERT:**

14:45  14  **Q.**  MOVING ON.  DR. DAY, CAN YOU DESCRIBE EXACTLY WHAT THE

14:45  15  FUNCTIONS OF THE PRE-MRGO HYDROLOGY IN THE VICINITY ARE AND

14:45  16  WHAT KEPT THE WETLANDS OF THE AREA OF THE MRGO FRESH.

14:45  17  **A.**  WELL, THE EVIDENCE INDICATES THAT BETWEEN THE '30S, WHEN

14:45  18  THE T-SHEET WAS PRODUCED AND WHEN PENFOUND AND HATHAWAY DID

14:45  19  THEIR STUDIES, UP UNTIL THE TIME THE MRGO WAS CONSTRUCTED, THAT

14:45  20  THIS HABITAT WAS FAIRLY STABLE.  IT WAS A LOW SALINITY TO FRESH

14:46  21  HABITAT.  IT HAD A HIGH VARIETY OF WETLAND TYPES.  IT INCLUDED

14:46  22  DENSE CYPRESS FORESTS, SCATTERED CYPRESS TREES, FRESH MARSH,

14:46  23  AND WHAT WAS TERMED NONFRESH MARSH, BUT IT WAS CLEARLY OVERALL

14:46  24  A VERY LOW-SALINITY HABITAT.

14:46  25        THERE WERE TWO CHARACTERISTICS THAT MAINTAINED IT

| | | |
|---|---|---|
| 14:46 | 1 | THIS WAY.  ONE WAS THE EXTREME IMPORTANCE OF THE LA LOUTRE |
| 14:46 | 2 | RIDGE.  THIS WAS A HIGH RIDGE THAT STRETCHED FAR OUT TOWARDS |
| 14:46 | 3 | AND SOUTH OF LAKE BORGNE THAT WAS AN ABSOLUTE BARRIER TO |
| 14:46 | 4 | SALTWATER INTRUSION FROM THE SOUTH. |
| 14:46 | 5 | THE SECOND WAS THAT THERE WAS AN EXCESS OF FRESHWATER |
| 14:46 | 6 | GENERATED IN THAT AREA, BOTH FROM DIRECT RAINFALL ON THE |
| 14:46 | 7 | WETLANDS AND FROM WATER FLOWING OFF OF THE UPLANDS ADJACENT TO |
| 14:46 | 8 | THE WETLANDS.  SO THERE WAS A FRESHWATER HIT IN THERE AND THERE |
| 14:46 | 9 | WAS A BARRIER TO EASE OF INPUT OF SALTWATER.  SO SALTWATER, TO |
| 14:47 | 10 | GET INTO THE AREA, HAD TO GO AROUND THROUGH CHANDELEUR SOUND, |
| 14:47 | 11 | INTO THE ENTRANCE OF LAKE BORGNE, ACROSS LAKE BORGNE, AND THERE |
| 14:47 | 12 | IT MET WATER SEEPING SLOWLY OUT FROM THE CENTRAL WETLANDS UNIT |
| 14:47 | 13 | TOWARDS LAKE BORGNE.  BECAUSE OF THE DENSE VEGETATION STANDS, |
| 14:47 | 14 | THAT FRESHWATER WAS RETAINED AND IT FLOWED VERY SLOWLY, AND IT |
| 14:47 | 15 | FORMED A BUFFER AGAINST SALTWATER COMING IN FROM LAKE BORGNE. |
| 14:47 | 16 | SO BECAUSE OF THAT, THIS AREA OF FRESH AND NEAR-FRESH |
| 14:47 | 17 | VEGETATION WAS MAINTAINED IN THAT AREA FOR DECADES.  HAD THE |
| 14:47 | 18 | MRGO NOT BEEN BUILT, IT WOULD LIKELY BE VERY MUCH LIKE THAT IT |
| 14:47 | 19 | IS TODAY.  I SAY THAT BECAUSE IN OTHER AREAS SURROUNDING THE |
| 14:47 | 20 | LAKE PONTCHARTRAIN BASIN, THERE ARE FORESTED WETLANDS JUST LIKE |
| 14:47 | 21 | THE ONES THAT WERE IN THE MRGO THAT HAVE NOT BEEN AFFECTED BY |
| 14:47 | 22 | SALTWATER INPUT AND OTHERWISE ARE VERY SIMILAR.  THEY'RE |
| 14:48 | 23 | ISOLATED FROM THE RIVER, BUT THEY HAVE A FRESHWATER INPUT FROM |
| 14:48 | 24 | RAINFALL, AND THEY'VE MAINTAINED THEMSELVES TO THIS DAY. |
| 14:48 | 25 | SO, IN MY OPINION, THAT AREA WOULD BE -- TODAY, HAD |

14:48    1    THE MRGO NOT BEEN CONSTRUCTED, IT WOULD LARGELY LOOK LIKE IT

14:48    2    LOOKED JUST PRIOR TO MRGO.

14:48    3    **Q.**    CAN YOU DESCRIBE FOR THE COURT THE BIOLOGICAL EFFECTS OF

14:48    4    SALTWATER INTRUSION ON THE AREA, THE DIRECT OSMOTIC BALANCE

14:48    5    THAT THE --

14:48    6    **A.**    WELL, SALTWATER AFFECTS FRESHWATER VEGETATION IN A NUMBER

14:48    7    OF WAYS.  ONE, THERE'S AN OSMOTIC STRESS.  OSMOSIS REFERS TO

14:48    8    THE MOVEMENT OF IONS ACROSS LIVING MEMBRANES; IN THIS CASE, IN

14:48    9    AND OUT OF PLANT MATERIAL IF WE'RE TALKING ABOUT THE FRESHWATER

14:48    10   VEGETATION.  SO A FRESHWATER PLANT HAS TO MAINTAIN A CERTAIN

14:49    11   BALANCE OF IONS, LIKE SODIUM AND CHLORIDE, IN ITS INTERNAL

14:49    12   TISSUES.

14:49    13        WITH THE INTRODUCTION OF FRESHWATER CONCENTRATIONS OF

14:49    14   SODIUM AND CHLORIDE AND OTHER ELEMENTS, IONS MIGRATE OR DIFFUSE

14:49    15   ACROSS THAT MEMBRANE AND UPSET THE VERY DELICATE BALANCE WITHIN

14:49    16   THE PLANT.  SO THAT CAN VERY RAPIDLY KILL A PLANT.

14:49    17        SALT CAN BE DIRECTLY TOXIC IN THE SENSE THAT IT CAN

14:49    18   SUBSTITUTE FOR OTHER ELEMENTS IN THE PLANT, THE COMPOUNDS IN

14:49    19   THE PLANT, AND THERE'S A TOXICITY EFFECT.

14:49    20        A THIRD EFFECT IS THAT SALTWATER BRINGS INTO IT

14:49    21   SULPHATE.  THE SULPHATE IS THE THIRD MOST ABUNDANT NEGATIVE ION

14:49    22   IN SEAWATER.  WHEN SULPHATE DIFFUSES DOWN INTO SEDIMENTS WHERE

14:49    23   THERE'S NO OXYGEN, SULPHATE PRODUCES HYDROGEN SULFIDE, WHICH IS

14:49    24   A PLANT TOXIN.

14:50    25        SO THE INTRODUCTION OF SALTWATER INTRODUCES SULPHATE,

FINAL DAILY COPY

14:50   1   WHICH CAN RESULT IN THE FORMATION OF SULPHIDES, WHICH ARE TOXIC

14:50   2   TO PLANTS, AND ESPECIALLY TO FRESHWATER VEGETATION.  SALTWATER

14:50   3   PLANTS HAVE PHYSIOLOGICAL MECHANISMS TO DEAL WITH SOME LEVELS

14:50   4   OF THESE, AND FRESHWATER PLANTS ARE MUCH LESS ABLE TO DEAL WITH

14:50   5   THESE.

14:50   6            FINALLY, BECAUSE OF THIS CHANGE OF SULPHATE TO

14:50   7   SULFIDE, THIS ACCOMPANIES WHAT'S CALLED ANAEROBIC MICROBIAL

14:50   8   METABOLISM.  IT'S THE ROLE OF BACTERIA DOWN IN THE SEDIMENTS AS

14:50   9   THEY CARRY OUT THEIR METABOLIC PROCESSES JUST LIKE WE DO.  THEY

14:50   10  CONSUME ORGANIC MATTER.  IT'S BEEN COMMONLY SHOWN THAT WHEN

14:50   11  SALTWATER IS INTRODUCED INTO A FRESHWATER WETLAND, PLANTS DIE.

14:50   12  THIS ANAEROBIC PATHWAY CAN RAPIDLY DECOMPOSE THE MATRIX OF THE

14:51   13  SOIL, THE ORGANIC NATURES OF THE SOIL, WHICH IS BUILT UP BY

14:51   14  LIVING AND DEAD ROOTS OF PLANTS.

14:51   15  **Q.**   SO, ESSENTIALLY, IT KILLS THE ROOT SYSTEMS OF VEGETATION.

14:51   16  WOULD THAT HAPPEN ON THE BANKS OF THE MRGO, FOR EXAMPLE --

14:51   17  **A.**   YES, IT WOULD.

14:51   18  **Q.**   -- AS WELL AS THE CHANNEL AND SURFACES --

14:51   19  **A.**   AND THE INTERNAL AREAS OF THE MARSH.

14:51   20            **THE COURT:**  JUST FOR THE RECORD, THE ANAEROBIC NATURE

14:51   21  HAS AN INSIDIOUS EFFECT ON THE ORGANISMS; CORRECT?

14:51   22            **THE WITNESS:**  ON THE ORGANISMS, YES.

14:51   23            **THE COURT:**  EVEN THOUGH IT MAY BE OBVIOUS TO YOU,

14:51   24  JUST FOR THE RECORD, *ANAEROBIC* MEANING?

14:51   25            **THE WITNESS:**  THAT THERE'S NO OXYGEN.

14:51  1          **THE COURT:**  EXACTLY.  I JUST WANTED THAT IN THE

14:51  2   RECORD.  I'M SURE THE COURT OF APPEAL KNOWS THAT, BUT SOME POOR

14:51  3   CLERK MAY HAVE BEEN AN ENGLISH MAJOR.  GO AHEAD.

14:51  4   **BY MS. GILBERT:**

14:51  5   **Q.**   CAN YOU DESCRIBE FOR THE COURT HOW THE MRGO CAUSED RAPID

14:51  6   DIEOFF OF THE SWAMPS AND FRESHWATER MARSH VEGETATION.

14:52  7   **A.**   WELL, I GUESS THE DRAMATIC TIME IN THE CONSTRUCTION OF THE

14:52  8   MRGO WAS WHEN THE BAYOU LA LOUTRE RIDGE WAS CUT, BECAUSE UP

14:52  9   UNTIL THAT TIME, THE RIDGE REMAINED THIS INTACT BARRIER AGAINST

14:52  10  SALTWATER INTRUSION.  THAT WAS WIDELY RECOGNIZED PRIOR TO THE

14:52  11  CONSTRUCTION OF THE MRGO.

14:52  12         ONCE IT WAS CUT, YOU HAD THIS DRAMATIC CHANGE IN THE

14:52  13  HYDROLOGY OF THE AREA.  BEFORE, YOU HAD THIS GENTLE FLOW OF

14:52  14  FRESHWATER FLOWING OUT AMONGST THESE DENSE STANDS OF VEGETATION

14:52  15  AND MIXING SLOWLY WITH SALTWATER, WHICH HAD TO TRAVEL ALL THE

14:52  16  WAY TO THE EAST AND UP THROUGH THE ENTRANCE OF LAKE BORGNE.

14:52  17         WHAT HAPPENED WHEN YOU CUT THE CHANNEL IS ANY

14:52  18  SALTWATER THAT MADE IT TO THE CHANNEL WAS IMMEDIATELY AND

14:52  19  RAPIDLY FLUSHED OUT OF THE SYSTEM BECAUSE OF THE HIGH TIDAL

14:52  20  CURRENTS IN THE MRGO, AND SALTWATER WAS RAPIDLY INTRODUCED INTO

14:52  21  THE AREA.  IT'S NOT ONLY THE VEGETATION THAT WAS KILLED

14:53  22  DIRECTLY BY THE CONSTRUCTION OF THE MRGO, WHICH WAS DRAMATIC;

14:53  23  IT'S THAT THIS SALTWATER SPREAD THROUGH THIS LOW SALINITY AND

14:53  24  FRESH AREA AND ESSENTIALLY KILLED ALL OF THIS VEGETATION.  IF

14:53  25  YOU GO OUT THERE TODAY, NONE OF THIS -- YOU DON'T FIND ANY OF

14:53    1    THIS EXCEPT IN VERY ISOLATED AREAS, WHERE THERE'S BEEN SOME

14:53    2    SMALL LEVEL OF FRESHWATER INPUT.

14:53    3              **THE COURT:**  SORRY.  WHAT PERIOD OF TIME DID THE

14:53    4    SALINIZATION CAUSE THE DESTRUCTION YOU TALK ABOUT?

14:53    5              **THE WITNESS:**  WELL, WE KNOW THAT THE SALINITY --

14:53    6    **BY MS. GILBERT:**

14:53    7    **Q.**   CAN YOU TURN ON THE SLIDE -- JUST TO ANSWER YOUR QUESTION.

14:53    8    CAN YOU PULL UP SLIDE PX-1516 AND SLIDE 45 -- IT'S 52 -- TO

14:53    9    ANSWER THE JUDGE'S QUESTION.

14:53   10    **A.**   YOU SEE HERE THERE'S THE GIWW AT PARIS ROAD.  THE SALINITY

14:53   11    FROM THE 1950S UP UNTIL THE EARLY 1960S VARIED BETWEEN NEAR

14:54   12    FRESH AND ABOUT 5, SO THAT'S A SALINITY RANGE THAT MOST OF

14:54   13    THOSE PLANTS IN THERE CAN TOLERATE.  CYPRESS WILL LIVE IN THAT

14:54   14    SALINITY.

14:54   15              YOU SEE AFTER THE OPENING OF MRGO THERE, IN THE EARLY

14:54   16    1960S, THAT SALINITY WENT UP, AND YOU HAVE VALUES THERE ABOVE

14:54   17    10.  THERE'S A LOT OF VARIATION THERE.  YOU CAN SEE THE

14:54   18    SALINITY AT PARIS ROAD IS LOWER THAT THE SALINITY AT

14:54   19    BAYOU LA LOUTRE.  BUT THOSE SALINITIES AFTER THE OPENING OF THE

14:54   20    MRGO, THAT LEVEL OF SALINITY WOULD KILL ESSENTIALLY ALL OF

14:54   21    THOSE PLANTS THAT EXISTED IN THE CENTRAL WETLANDS UNIT AND OUT

14:54   22    TO THE EDGE -- MOST OF THE PLANTS THAT LIVED OUT TO THE EDGE OF

14:54   23    LAKE BORGNE.  SO THE SALINITY EFFECT IS DRAMATIC.

14:54   24              **THE COURT:**  YOU CAN LOOK AT YOUR CHART.  HOW LONG DID

14:54   25    IT MAINTAIN THAT LEVEL, OR APPROXIMATELY?

FINAL DAILY COPY

14:54   1              **THE WITNESS:**  THE HIGH LEVELS?

14:54   2              **THE COURT:**  YES.

14:54   3              **THE WITNESS:**  WELL, PERMANENTLY, UNTIL TODAY.

14:55   4              **THE COURT:**  DID THE DESTRUCTION CONTINUE PAST A

14:55   5    CERTAIN TIME?

14:55   6              **THE WITNESS:**  WELL, THE FIRST MAPPING THAT WAS DONE

14:55   7    AFTER THE OPENING OF THE MRGO WAS 1978.  BY THAT TIME,

14:55   8    ESSENTIALLY ALL OF THESE FRESH AND LOW-SALINITY AREAS WERE

14:55   9    GONE.

14:55   10             **THE COURT:**  NOW, LET ME ASK YOU A QUESTION.  YOU MAY

14:55   11   NEED TO THINK ABOUT IT BECAUSE THERE ARE CERTAIN IMPLICATIONS,

14:55   12   IF YOU CAN ANSWER IT.  WHAT, IF ANYTHING -- IF IT'S WITHIN YOUR

14:55   13   AREA OF EXPERTISE -- COULD HAVE BEEN DONE -- THE MRGO IS

14:55   14   DREDGED.  WHAT COULD HAVE BEEN DONE AT OR NEAR THE TIME

14:55   15   SUBSEQUENT TO THE DREDGING OF THE MRGO TO AMELIORATE OR, IN

14:55   16   FACT, ABORT THIS INSIDIOUS SALINIZATION?

14:55   17             **THE WITNESS:**  WELL, THERE WERE A NUMBER OF

14:55   18   SUGGESTIONS MADE BEFORE THE CONSTRUCTION OF THE MRGO, AND THEY

14:56   19   CONTINUED TO BE MADE RIGHT UP UNTIL THE TIME OF KATRINA.  THEY

14:56   20   WERE VERY SPECIFIC:

14:56   21                  PUT SOME SORT OF STRUCTURE AT THE

14:56   22   BAYOU LA LOUTRE RIDGE; A LOCK, A GATE, AN INFLATABLE WEIR.

14:56   23                  PUT WATER CONTROL STRUCTURES AT BAYOU BIENVENUE

14:56   24   AND BAYOU DUPRE.  YOU COULD HAVE SAVED THE AREA INSIDE THE

14:56   25   CENTRAL WETLANDS UNIT.

| | | |
|---|---|---|
| 14:56 | 1 | ARMOR IN THE CHANNELS SO YOU DON'T HAVE THIS |
| 14:56 | 2 | WIDENING.  AS IT WIDENS, IT CARRIES MORE SALTWATER INTO THE |
| 14:56 | 3 | AREA. |
| 14:56 | 4 | RELEASE FRESHWATER FROM THE MISSISSIPPI RIVER, |
| 14:56 | 5 | FROM THE PUMPING STATIONS IN ST. BERNARD PARISH.  USE TREATED |
| 14:56 | 6 | MUNICIPAL EFFLUENT.  ALL OF THESE ARE SOURCES OF FRESHWATER TO |
| 14:56 | 7 | BUFFER THESE. |
| 14:56 | 8 | ANY OF THESE THINGS, DONE INDIVIDUALLY OR IN |
| 14:56 | 9 | COMBINATION, EITHER BEFORE THE CONSTRUCTION OR AT ANY TIME |
| 14:56 | 10 | AFTERWARDS, WOULD HAVE ALLOWED THE RESTORATION OF THIS AREA. |
| 14:56 | 11 | AS I STATED EARLIER, WE'RE INITIATING A PROJECT |
| 14:57 | 12 | RIGHT NOW WHERE WE'RE GOING TO REPLANT CYPRESS SWAMPS.  SO THAT |
| 14:57 | 13 | COULD HAVE BEEN DONE AT ANY TIME, AND THE CORPS OF ENGINEERS |
| 14:57 | 14 | KNEW THAT.  THIS WAS STATED OVER AND OVER BY SCIENTIFIC |
| 14:57 | 15 | AGENCIES, BY INDIVIDUAL SCIENTISTS, BY THE ST. BERNARD |
| 14:57 | 16 | GOVERNMENT.  HERE'S A LIST OF SOME OF THOSE THINGS: |
| 14:57 | 17 | ONE THING THEY COULD HAVE DONE WAS CREATED |
| 14:57 | 18 | WETLANDS USING ALL OF THE SPOIL THAT THEY DREDGED OUT OF THE |
| 14:57 | 19 | CHANNEL; FRESHWATER INTRODUCTION; THE SALTWATER MITIGATION |
| 14:57 | 20 | MEASURES I'VE DISCUSSED. |
| 14:57 | 21 | YOU PLANT A CYPRESS TREE IN OPTIMUM CONDITIONS |
| 14:57 | 22 | AND IN 10 TO 15 YEARS -- IT CAN BE 10 TO 15 FEET IN 5 YEARS, |
| 14:57 | 23 | 30 FEET IN 10 YEARS.  IN 10 YEARS YOU COULD HAVE A TREE THAT |
| 14:57 | 24 | HAS ESSENTIALLY FULL STORM MITIGATION BENEFITS OF A MATURE |
| 14:57 | 25 | FOREST ALMOST. |

| | | |
|---|---|---|
| 14:57 | 1 | THESE COULD HAVE BEEN DONE, AND THEY WERE |
| 14:57 | 2 | SUGGESTED OVER AND OVER AND OVER.  THIS IS AN EXAMPLE OF A |
| 14:57 | 3 | SMALL AREA THAT WAS IN THE CENTRAL WETLANDS UNIT.  THIS WAS |
| 14:58 | 4 | DOWN IN LOWER ST. BERNARD.  YOU CAN SEE THERE'S THE GORE |
| 14:58 | 5 | PUMPING STATION.  THAT'S THE JUDGE PEREZ HIGHWAY HERE.  THE |
| 14:58 | 6 | GORE PUMPING STATION IS HERE.  THIS IS THE RIVERBEND OXIDATION |
| 14:58 | 7 | POND.  THAT TREATED ABOUT A MILLION GALLONS OF SEWAGE A DAY. |
| 14:58 | 8 | AGAIN, WHEN YOU HAVE TREATED SEWAGE, IT'S CLEAN WATER.  THAT'S |
| 14:58 | 9 | THE OBJECTIVE OF THE AREA. |
| 14:58 | 10 | SO THE PUMPING OF FRESHWATER BY THE GORE PUMPING |
| 14:58 | 11 | STATION, IN ADDITION TO THE WATER FROM THIS OXIDATION POND, |
| 14:58 | 12 | BECAUSE THE GORE PUMPING STATION IS -- THE GORE PUMPING STATION |
| 14:58 | 13 | PUMPS WHEN THERE'S RAIN, WHEREAS THE OXIDATION POND PROVIDES A |
| 14:58 | 14 | CONTINUOUS, STEADY INPUT OF FRESHWATER IN THE AREA.  THAT |
| 14:58 | 15 | MAINTAINED AN AREA OF CYPRESS SWAMP HERE UP UNTIL THE PRESENT. |
| 14:58 | 16 | IT'S STILL THERE.  IF WE CAN LOOK AT THE NEXT ONE -- |
| 14:58 | 17 | **MS. GILBERT:**  HOLD ON ONE SECOND. |
| 14:58 | 18 | YOUR HONOR -- |
| 14:58 | 19 | **THE COURT:**  I'M GOING TO HOLD ON FOR ABOUT 15 MINUTES |
| 14:59 | 20 | BECAUSE WE'RE GOING TO TAKE A BREAK. |
| 14:59 | 21 | **THE DEPUTY CLERK:**  ALL RISE. |
| 14:59 | 22 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:10 | 23 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:29 | 24 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 15:29 | 25 | **THE COURT:**  IT'S ALWAYS A RISK WHEN I TAKE A RECESS |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:29 | 1 | BECAUSE, AS I SAID, OTHER CUSTOMERS WANT MY ATTENTION.  OKAY. |
| 15:29 | 2 | **MS. GILBERT:**  YOUR HONOR, YOU WERE IN THE MIDST OF |
| 15:29 | 3 | ASKING ABOUT THE OXIDATION PONDS, AND WE WERE GOING TO BRING |
| 15:29 | 4 | THAT UP AGAIN FOR THE DOCTOR TO CONTINUE TO ANSWER YOUR |
| 15:29 | 5 | QUESTION. |
| 15:29 | 6 | CAN YOU GET CLOSER? |
| 15:30 | 7 | **THE WITNESS:**  THE OTHER WAY. |
| 15:30 | 8 | **MS. GILBERT:**  THIS IS ACTUALLY FROM THE GIS DATA. |
| 15:30 | 9 | BY MS. GILBERT: |
| 15:30 | 10 | Q.   DOCTOR, IF YOU WANT TO CONTINUE WITH THE EXPLANATION THAT |
| 15:30 | 11 | YOU WERE PROVIDING TO THE JUDGE. |
| 15:30 | 12 | A.   THIS IS THE ONLY AREA IN THE CENTRAL WETLANDS UNIT WHERE A |
| 15:30 | 13 | FRESH OR NEAR FRESH COMMUNITY WAS MAINTAINED, AND IT WAS |
| 15:30 | 14 | MAINTAINED RIGHT UP UNTIL THE PRESENT BECAUSE THE OXIDATION |
| 15:30 | 15 | POND PROVIDED A LOW INPUT OF FRESHWATER INTO THE WETLANDS |
| 15:30 | 16 | THERE. |
| 15:30 | 17 | THIS IS AN AERIAL PHOTO.  YOU CAN SEE THE PUMPING |
| 15:31 | 18 | STATION WAS HERE AND THE OXIDATION POND IS RIGHT HERE, AND THIS |
| 15:31 | 19 | AREA RIGHT HERE IS THAT CYPRESS SWAMP.  SO THIS 70 TO 100 ACRES |
| 15:31 | 20 | OF SWAMP THAT WAS MAINTAINED IN THIS AREA THAT TURNED INTO A |
| 15:31 | 21 | SALT MARSH.  YOU CAN SEE THE NATURE OF THAT SALT MARSH IS THAT |
| 15:31 | 22 | IT IS UNIFORMLY ABOUT 3 TO 4 FEET HIGH AND HAS NO LARGE |
| 15:31 | 23 | VERTICAL EXPRESSION IN THERE.  YOU CAN ALSO SEE IN THIS PHOTO, |
| 15:31 | 24 | OVER SOME DISTANCE FROM THE INPUT OF THE FRESHWATER, THE GHOST |
| 15:31 | 25 | CYPRESS, THE DEAD CYPRESS THAT WERE KILLED. |

15:31  1          SO THIS THING IS REALLY AN EXCELLENT EXAMPLE OF WHAT

15:31  2  CAN HAPPEN IF FRESHWATER IS INTRODUCED BACK IN, AND THIS IS

15:31  3  LOOKING OUT FROM THE PIPES COMING OUT OF THE PUMPING STATION TO

15:31  4  THOSE CYPRESS, THAT VEGETATION THAT'S RIGHT IN FRONT OF THE

15:31  5  AREA.  SO THIS IS THE KIND OF EVIDENCE THAT PROVIDES -- THAT

15:32  6  TELLS US THAT REINTRODUCTION OF FRESHWATER IN THERE COULD

15:32  7  MAINTAIN -- COULD RESTORE THAT FRESH AND NEAR FRESH ECOSYSTEM

15:32  8  IN THERE.

15:32  9          **THE COURT:**  WHAT WOULD BE THE CURATIVE TIME TO

15:32  10  RESTORE IT WHERE IT'S MEANINGFUL?

15:32  11          **THE WITNESS:**  TEN YEARS.  YOU COULD GET A

15:32  12  30-FOOT-HIGH TREE IN TEN YEARS.

15:32  13  **BY MS. GILBERT:**

15:32  14  **Q.**  DR. DAY, I THINK TO ELABORATE ON THE JUDGE'S QUESTION

15:32  15  PRIOR TO YOUR ANSWER, HOW QUICKLY WOULD THE SALINIZATION BE OR

15:32  16  THE DEATH OF THE TREES, OF THE FOREST IN THE CENTRAL WETLANDS

15:32  17  UNIT, BECOME EVIDENT UPON THE INTRODUCTION OF SALTWATER FROM

15:32  18  THE CUTTING OF THE LA LOUTRE RIDGE?

15:32  19  **A.**  WELL, THE LEVEL OF SALINITY THAT WAS IN THERE IS A LEVEL

15:32  20  THAT WOULD RAPIDLY KILL THE SWAMP.

15:32  21          IN 2000, 2001, THERE WAS A DROUGHT HERE IN LOUISIANA,

15:32  22  AND A LARGE AREA OF CYPRESS IN THE PASS MANCHAC AREA, THE AREA

15:32  23  BETWEEN LAKE PONTCHARTRAIN AND LAKE MAUREPAS, DIED FROM SALT.

15:33  24  THE SALINITY WENT UP TO ABOUT 10 PARTS PER THOUSAND, WHICH IS

15:33  25  WHAT IT IS NOW IN THE CENTRAL WETLANDS UNIT.

FINAL DAILY COPY

15:33   1           THE DEATH OF THE MARSH VEGETATION WOULD HAVE BEEN

15:33   2   RAPID AND NOTICED VERY QUICKLY.  THE CYPRESS WOULD HAVE

15:33   3   PROBABLY TAKEN A LITTLE BIT LONGER TO DIE BECAUSE THEY REMAINED

15:33   4   STANDING -- THE DEAD TREES REMAINED STANDING FOR A LONG PERIOD

15:33   5   OF TIME.

15:33   6           THE FIRST MAPPING INTERVAL AFTER THAT WAS 1978, AND

15:33   7   ALL OF THAT HABITAT WAS ESSENTIALLY GONE.  BUT PEOPLE WHO LIVED

15:33   8   DOWN IN THERE HAVE NOTED THAT THE CYPRESS WAS DYING, YOU KNOW,

15:33   9   WITHIN A FEW YEARS.

15:33  10           **MS. GILBERT:**  CAN YOU PULL UP 39.  I'M SORRY.  YES,

15:33  11   THAT'S IT.

15:33  12   **BY MS. GILBERT:**

15:33  13   **Q.**  IS THIS THE --

15:33  14   **A.**  JUST TO GIVE A COMPARISON TO THE CENTRAL WETLANDS UNIT,

15:33  15   DURING THE PERIOD OF 1956 TO 1978 -- AND THE REASON WE USE

15:33  16   THOSE TWO DATES IS THAT THAT'S THE TWO MAPPING INTERVALS THAT

15:34  17   BOUND THE PERIOD WHEN MRGO WAS CONSTRUCTED.  NEARLY 100 PERCENT

15:34  18   OF CENTRAL WETLANDS UNIT WETLANDS THAT WERE FRESH OR NEAR FRESH

15:34  19   WERE LOST.

15:34  20           LABRANCHE WETLANDS, WHICH ARE VERY SIMILAR TO THAT

15:34  21   AREA BUT STAYED FRESH, LOST ABOUT LESS THAN 10 PERCENT.  THIS

15:34  22   DATA IS FROM THE CORPS' 1990 REPORT AND A REPORT THAT

15:34  23   DR. SHAFFER AND I WROTE.

15:34  24           MANCHAC LOST ABOUT HALF DURING THIS SAME PERIOD DUE

15:34  25   TO SALTWATER INTRUSION, AND THE CORPS' REPORT IN 1999 CONCLUDED

| 15:34 | 1 | THAT SALTWATER INTRUSION FROM MRGO WAS AFFECTING THE HABITAT |
| 15:34 | 2 | THAT FAR AWAY, BECAUSE THAT'S IN THE WESTERN EDGE OF |
| 15:34 | 3 | LAKE PONTCHARTRAIN.  SO THE EFFECTS ON THE SALTWATER WERE NOT |
| 15:34 | 4 | JUST IN THE CENTRAL WETLANDS, BUT THEY WENT OVER A LARGE AREA |
| 15:34 | 5 | IN THAT SYSTEM. |
| 15:34 | 6 | Q.   DR. DAY, WERE THERE ANY OTHER SIGNIFICANT ACTIVITIES THAT |
| 15:34 | 7 | WOULD HAVE INTRODUCED SALTWATER INTO THE AREA OF THE CENTRAL |
| 15:35 | 8 | WETLANDS UNIT IN THE AREA AROUND MRGO THAT COULD HAVE ACCOUNTED |
| 15:35 | 9 | FOR THE LOSS OF WETLANDS THAT WE HAVE SEEN SINCE THE |
| 15:35 | 10 | INTRODUCTION OF THE MRGO? |
| 15:35 | 11 | A.   NO.  THE RAPIDITY OF THE LOSS OF THE FRESHWATER AND NEAR |
| 15:35 | 12 | FRESHWATER VEGETATION AND THE PATTERN OF ITS LOSS POINT CLEARLY |
| 15:35 | 13 | TO SALTWATER INTRUSION, AND NONE OF THE OTHER FACTORS THAT ARE |
| 15:35 | 14 | IMPORTANT IN WETLAND LOSS IN THE LARGER MISSISSIPPI DELTA COULD |
| 15:35 | 15 | HAVE BEEN SIGNIFICANT HERE. |
| 15:35 | 16 | Q.   GOING BACK TO OUR ORIGINAL PREMISE, DR. DAY, DURING |
| 15:35 | 17 | HURRICANE KATRINA, THERE WAS STUDIES DONE BY DR. KEMP, WHO IS |
| 15:35 | 18 | ALSO AN EXPERT WHO IS SERVING ON THE KATRINA TEAM, REGARDING |
| 15:35 | 19 | THE AMOUNT OF REDUCTION IN STORM SURGE PROVIDED BY FRESHWATER |
| 15:35 | 20 | WETLANDS.  CAN YOU EXPLAIN TO THE JUDGE THE RESULTS OF |
| 15:35 | 21 | DR. KEMP'S STUDIES. |
| 15:35 | 22 | A.   WELL, THE CORPS OF ENGINEERS' STUDY OF THE SEVEN |
| 15:35 | 23 | HURRICANES BETWEEN 1909 AND 1957, I THINK IT WAS 1 FOOT OF |
| 15:36 | 24 | SURGE REDUCTION PER 2.75 MILES.  OF COURSE, THAT'S AN AVERAGE, |
| 15:36 | 25 | AND EACH HURRICANE WOULD BE DIFFERENT BECAUSE OF THE SPEED OF |

15:36   1   THE HURRICANE, THE ANGLE OF WHICH IT APPROACHES THE COAST, AND

15:36   2   THE NATURE OF THE WETLANDS.

15:36   3          BUT DR. KEMP AND COLLEAGUES MEASURED THE STORM-SURGE

15:36   4   REDUCTION BY HURRICANE RITA IN SOUTHWEST LOUISIANA, AND THEY

15:36   5   FOUND A REDUCTION OF 1 FOOT PER 1.4 MILES.  SO CONSIDERABLY

15:36   6   BETTER.  SO THE PARTICULAR HURRICANE CAN HAVE A -- DIFFERENT

15:36   7   HURRICANES CAN BE DIFFERENT.

15:36   8          JUST IF YOU WOULD ASSUME THAT WE HAD 10 KILOMETERS OF

15:36   9   WETLANDS BETWEEN THE CENTRAL WETLANDS UNIT AND LAKE BORGNE,

15:36  10   BASED ON THAT RELATIONSHIP WITH KATRINA, THE SURGE ALONE WOULD

15:36  11   HAVE BEEN REDUCED BY 4.5 FEET.

15:36  12   Q.   THESE WETLANDS WOULD ALSO HAVE REDUCED THE WAVE

15:36  13   ATTENUATION AND --

15:37  14   A.   YEAH.  WHEN WE TALK ABOUT SURGE REDUCTION, REMEMBER THAT

15:37  15   IT'S THE FRICTION THAT THE TREES OFFER, THAT THE SURGE --

15:37  16   SEPARATE FROM THE WIND, JUST THE SURGE MOVING INTO A SWAMP, THE

15:37  17   THREE-DIMENSIONAL STRUCTURE OF THE SWAMP, THE FRICTION IS A

15:37  18   VERY IMPORTANT THING.  THE TREES BLOCK WIND PENETRATION INTO

15:37  19   THE CANOPY SUCH THAT, EFFECTIVELY, THE WIND IS NEAR ZERO NEAR

15:37  20   THE FLOOR OF THE SWAMP, AND THAT REDUCES THE ENERGY IMPARTED TO

15:37  21   THE SURGE.  IT BASICALLY ELIMINATES WAVES VERY QUICKLY, AND THE

15:37  22   REDUCTION OF THE WIND PUSHING THE SURGE REDUCES THE ENERGY ON

15:37  23   THAT SURGE MOVING THROUGH THE SWAMPS SO THAT IT WOULD SLOW DOWN

15:37  24   CONSIDERABLY.

15:37  25   Q.   I KNOW THAT YOU HAVE ANSWERED THE JUDGE'S QUESTION IN SOME

15:37    1   RESPECTS OR THAT IT WILL GO TO THIS QUESTION, BUT CAN YOU
15:37    2   DESCRIBE FOR THE COURT -- AND I'M GOING TO ASK THAT CARL BRING
15:38    3   UP SLIDE 42, WHICH IS AN IMAGE OF THE LA LOUTRE RIDGE,
15:38    4   PX-1517.31.  CAN YOU DESCRIBE FOR THE COURT THE PROCESS OF
15:38    5   CUTTING THE LA LOUTRE RIDGE.
15:38    6   A.   THIS HERE IS THE LA LOUTRE RIDGE.  THIS IS AN IMAGE
15:38    7   LOOKING SOUTH.  THE CANAL YOU SEE THERE IS THE INITIAL CANAL
15:38    8   THAT WAS DUG FOR THE SPOIL PLACEMENT, SPOIL RETENTION.  YOU CAN
15:38    9   SEE A DREDGE MOVING FROM THE SOUTH TOWARD THE LA LOUTRE RIDGE.
15:38   10        THE WIDTH OF THE LA LOUTRE RIDGE IS LIKE THIS, AND
15:38   11   YOU CAN SEE IN THIS REGION RIGHT HERE THE TREES HAVE BEEN CUT
15:38   12   PRIOR TO THE DREDGING THROUGH THE LA LOUTRE RIDGE.  YOU CAN SEE
15:38   13   CYPRESS TREES ALONG THE EDGE OF BAYOU LA LOUTRE, WHICH IS THE
15:38   14   STREAM THAT'S RUNNING FROM LEFT TO RIGHT HERE, AND OAKS ON THE
15:39   15   LA LOUTRE RIDGE ITSELF.  SO THIS IS SEVERAL HUNDRED YARDS WIDE
15:39   16   AND 8 TO 10 FEET HIGH.  SO THIS WAS A VERY EFFECTIVE BARRIER.
15:39   17        THIS IS LOOKING AT THE DREDGING COMING FROM THE
15:39   18   NORTH.  YOU SEE THE LA LOUTRE RIDGE IS HERE.  THIS IS THE MRGO
15:39   19   CANAL GOING TO THE NORTH, AND YOU SEE IT TURNING IN THERE.
15:39   20   THESE TWO SLIDES ARE VERY DRAMATIC, IN MY MIND, BECAUSE UP
15:39   21   UNTIL THIS POINT SOMETHING COULD HAVE BEEN DONE.
15:39   22   Q.   AFTER THIS POINT SOMETHING COULD HAVE BEEN DONE?
15:39   23   A.   WELL, I MEAN, IF SOMETHING WOULD HAVE BEEN DONE BEFORE THE
15:39   24   DREDGING OF THE LA LOUTRE RIDGE, WE WOULD HAVE AVOIDED THE
15:39   25   SALTWATER INTRODUCTION ALTOGETHER.  AT ANY TIME AFTER, THE

15:39   1   CORPS COULD HAVE COME BACK AND DONE REMEDIAL ACTION TO RESTORE

15:39   2   THE AREAS.  BUT UNTIL THIS POINT, THAT SYSTEM REMAINED.  WITHIN

15:39   3   A FEW MONTHS, IT'S GOING TO BE CUT, AND THE SALTWATER THEN

15:40   4   BEGINS ENTERING.  THAT'S WHEN THE DAMAGE STARTS.

15:40   5   Q.   WOULD THE CENTRAL WETLANDS UNIT HAVE SUSTAINED ITSELF FOR

15:40   6   ANY PERIOD OF TIME, OR WOULD IT HAVE REACTED TO ANY OTHER

15:40   7   FORCES THAT YOU KNOW OF IN THE TIME SINCE THE CUTTING OF THE

15:40   8   LA LOUTRE RIDGE?

15:40   9   A.   IN MY OPINION IT WOULD HAVE ESSENTIALLY KEPT THE NATURE IT

15:40   10  HAD IF THE MRGO HAD NEVER BEEN BUILT.  IT WOULD BE VERY SIMILAR

15:40   11  TO THE LABRANCHE WETLANDS THAT I TALKED ABOUT ON THE OTHER SIDE

15:40   12  OF NEW ORLEANS IN THAT IT STILL REMAINS TODAY A FAIRLY DENSE

15:40   13  CYPRESS SWAMP AND A VERY SIMILAR ENVIRONMENT TO THE CENTRAL

15:40   14  WETLANDS UNIT PRIOR TO MRGO IN THE SENSE THAT THERE WAS LOCALLY

15:40   15  GENERATED FRESHWATER, AND THIS WETLAND ECOSYSTEM, FRESH AND

15:40   16  NEAR FRESH SYSTEM, IS MAINTAINED THERE.

15:40   17  Q.   CAN WE TURN TO SLIDE 46.  IT'S PX-1516.  CAN YOU SUMMARIZE

15:40   18  FOR THE COURT THE SALINITY CONTROL MEASURES AVAILABLE DURING

15:40   19  CONSTRUCTION, OPERATION, AND MAINTENANCE OF THE MRGO CHANNEL

15:40   20  DURING THE 50 YEARS IT HAS BEEN IN EXISTENCE.

15:41   21  A.   WELL, THE OBVIOUS ONE IS A STRUCTURE OF SOME KIND AT THE

15:41   22  LA LOUTRE RIDGE.  IT COULD HAVE BEEN A LOCK, A GATE.

15:41   23          A LOCK WOULD HAVE COMPLETELY ELIMINATED THE EXCHANGE.

15:41   24  A GATE WOULD HAVE ALLOWED SALTWATER WHEN IT WAS OPEN.  BUT

15:41   25  SINCE THERE WERE ONLY TWO TO THREE SHIPS A DAY, IT WOULD HAVE

| | | |
|---|---|---|
| 15:41 | 1 | BEEN MAYBE AN HOUR OPEN AND THE REST OF THE TIME CLOSED.  OR A |
| 15:41 | 2 | WEIR, WHICH WOULD HAVE SHALLOWED IT.  IT COULD HAVE BEEN AN |
| 15:41 | 3 | INFLATABLE WEIR. |
| 15:41 | 4 | STRUCTURES AT BAYOU DUPRE AND BAYOU BIENVENUE WOULD |
| 15:41 | 5 | HAVE PREVENTED SALTWATER INTRUSION INTO THE CENTRAL WETLANDS |
| 15:41 | 6 | UNIT.  A STRUCTURE AT SEABROOK WOULD NOT HAVE ALLOWED THIS |
| 15:41 | 7 | CONTINUING FLOW-THROUGH BECAUSE WATER COULD FLOW UP THE MRGO |
| 15:41 | 8 | INTO THE INNER HARBOR NAVIGATIONAL CANAL OUT INTO |
| 15:41 | 9 | LAKE PONTCHARTRAIN. |
| 15:41 | 10 | Q.   DOCTOR, THAT WOULD HAVE ALLOWED FLOW, BUT WOULD THE |
| 15:41 | 11 | STRUCTURES ALONG THE LA LOUTRE RIDGE HAVE PREVENTED THE ACCESS? |
| 15:41 | 12 | A.   IT WOULD HAVE TOTALLY PREVENTED THE SALTWATER INTRUSION, |
| 15:41 | 13 | AND CONTROLLING BANK EROSION WOULD HAVE KEPT THE CHANNEL SMALL |
| 15:42 | 14 | SO THAT AN ENLARGED CHANNEL CAN CARRY MORE SALT INTO THE AREA. |
| 15:42 | 15 | THEN, ON THE OTHER HAND, USING FRESHWATER RESOURCES |
| 15:42 | 16 | TO PROVIDE FRESHWATER INTO THE AREA:  FOR INSTANCE, WHERE WE |
| 15:42 | 17 | SAW THE CYPRESS SWAMP BY THE OXIDATION POND; FROM THE RIVER VIA |
| 15:42 | 18 | THE VIOLET DIVERSION, USING WATER FROM DRAINAGE POINTS FROM THE |
| 15:42 | 19 | ST. BERNARD AREA; AND AS I SAID, USING TREATED EFFLUENT, AS WAS |
| 15:42 | 20 | DONE IN THE RIVERBEND OXIDATION POND THAT SUSTAINED AN AREA OF |
| 15:42 | 21 | ABOUT 70 TO 100 ACRES OF SWAMP IN THIS LARGELY SALINE |
| 15:42 | 22 | ENVIRONMENT NOW. |
| 15:42 | 23 | Q.   WERE THESE ALL MEASURES THAT WERE KNOWN OR WERE THESE NEW, |
| 15:42 | 24 | STATE-OF-THE-ART MEASURES AT ANY PARTICULAR TIME IN HISTORY? |
| 15:42 | 25 | A.   THESE KINDS OF THINGS WERE SUGGESTED PRIOR TO THE MRGO BY |

| | | |
|---|---|---|
| 15:42 | 1 | AGENCIES COMMENTING ON IT AND HAD BEEN SUGGESTED OVER AND OVER |
| 15:42 | 2 | DURING THE 40 YEARS SINCE IT WAS CONSTRUCTED.  IT COMES UP |
| 15:42 | 3 | AGAIN AND AGAIN AND AGAIN. |
| 15:42 | 4 | **Q.**   ARE THESE EXPENSIVE OR COMPLICATED MEASURES TO IMPLEMENT? |
| 15:43 | 5 | **A.**   WELL, A STRUCTURE AT THE LA LOUTRE RIDGE WOULD HAVE BEEN |
| 15:43 | 6 | EXPENSIVE.  THE VIOLET DIVERSION WAS IN PLACE.  STRUCTURES AT |
| 15:43 | 7 | BAYOU DUPRE AND BAYOU BIENVENUE WOULD HAVE BEEN RELATIVELY |
| 15:43 | 8 | CHEAP.  BUT COMPARED WITH THE DAMAGE BROUGHT BY HURRICANE |
| 15:43 | 9 | KATRINA, NONE OF THIS WOULD HAVE BEEN EXPENSIVE. |
| 15:43 | 10 | **Q.**   WOULD THESE HAVE REDUCED A NEED FOR ONGOING DREDGING? |
| 15:43 | 11 | **A.**   WELL, YEAH, THEY WOULD HAVE, TO A LARGE EXTENT, IF THE |
| 15:43 | 12 | WAVE EROSION DUE TO THE BOATS WOULD HAVE BEEN CONTROLLED, BUT |
| 15:43 | 13 | WIND-GENERATED WAVES WOULD HAVE BEEN MUCH LESS. |
| 15:43 | 14 | **Q.**   CAN YOU TURN TO SLIDE 47, AND IT'S PX-1516.  CAN YOU |
| 15:43 | 15 | SUMMARIZE FOR THE COURT THE LOSS OF WETLANDS THAT WERE CAUSED |
| 15:43 | 16 | DURING THE CONSTRUCTION OF THE MRGO. |
| 15:43 | 17 | **A.**   WELL, DR. FITZGERALD SPOKE ABOUT THIS YESTERDAY, AND THIS |
| 15:43 | 18 | IS A GENERAL SUMMARY OF WETLAND LOSS OF ABOUT 25,000 -- NEARLY |
| 15:43 | 19 | 25,000 ACRES DUE TO THE MRGO FOOTPRINT, THE INITIAL |
| 15:44 | 20 | CONSTRUCTION.  HERE YOU SEE WE CITE WHERE EACH OF THESE NUMBERS |
| 15:44 | 21 | COME FROM. |
| 15:44 | 22 | THERE WERE ABOUT 16,000 ACRES IN THE CENTRAL WETLANDS |
| 15:44 | 23 | UNIT OF SWAMP, FRESH AND NEAR FRESH VEGETATION THAT WAS |
| 15:44 | 24 | DESTROYED BY 1978.  ABOUT 5,400 ACRES WERE LOST IN THE AREA OF |
| 15:44 | 25 | THE GOLDEN TRIANGLE, BETWEEN THE INTRACOASTAL WATERWAY AND THE |

15:44    1   MRGO BORDERING LAKE BORGNE, AND THAT'S IN THE BARRAS EXPERT

15:44    2   REPORT.  AN ADDITIONAL 5,300 ACRES DUE TO ITS GENERAL EXPANSION

15:44    3   UP TO 2006, WITH A TOTAL CONSERVATIVE ESTIMATE OF ABOUT 50,000,

15:44    4   NEARLY 51,000 ACRES OF TOTAL DIRECT LOSS, INCLUDING THE LOSS IN

15:44    5   THE CENTRAL WETLANDS UNIT.

15:44    6   **Q.**   DO YOU HAVE AN ESTIMATE OF THE INDIRECT CAUSES OF WETLANDS

15:44    7   LOSS THAT WERE NOT DIRECTLY CAUSED BY THE ACTUAL CHANNEL

15:44    8   CONSTRUCTION?

15:44    9   **A.**   WELL, THAT'S DUE TO SALTWATER INTRUSION INTO THE CENTRAL

15:45   10   WETLANDS UNIT IN THE AREA IN BETWEEN THE RIVER AND LAKE BORGNE,

15:45   11   WHICH INCLUDES THE CENTRAL WETLANDS UNIT AND THE GOLDEN

15:45   12   TRIANGLE.  IN ADDITION, AS I STATED EARLIER, THE CORPS OF

15:45   13   ENGINEERS CONCLUDED THAT THE SALINITY INCREASE CONTRIBUTED TO

15:45   14   LOSS OF CYPRESS SWAMPS ALL THE WAY TO PASS MANCHAC.

15:45   15           **THE COURT:**  PROFESSOR, LET ME INTERRUPT FOR JUST A

15:45   16   MINUTE.  ARE YOU FAMILIAR THROUGHOUT YOUR WORK AND STUDIES AND

15:45   17   OBSERVATIONS OF ANY OTHER PROJECTS WHERE THE CORPS HAS, IN

15:45   18   FACT, TAKEN MEASURES TO AMELIORATE, SUCH AS YOU SUGGESTED HERE,

15:45   19   IN OTHER AREAS?

15:45   20           **THE WITNESS:**  WELL, THEY'RE DOING FRESHWATER

15:45   21   DIVERSIONS NOW --

15:45   22           **THE COURT:**  I MEANT TO PREVENT A KNOWN -- WELL,

15:45   23   EXCEPT THAT IS -- DISCRETE TO A SPECIFIC PROJECT.

15:45   24           **THE WITNESS:**  WELL, WATER-CONTROL STRUCTURES HAVE

15:46   25   BEEN WIDELY USED BY GOVERNMENT AGENCIES AND PRIVATE ENTITIES TO

FINAL DAILY COPY

15:46   1   TRY TO CONTROL SALTWATER INTRUSION INTO WETLAND AREAS.

15:46   2   FRESHWATER FROM TREATED MUNICIPAL EFFLUENT IS BEING USED

15:46   3   CURRENTLY IN A NUMBER OF PLACES IN LOUISIANA WITH FRESHENING OF

15:46   4   LOW-SALINITY AREAS.

15:46   5           **THE COURT:**  MY QUESTION WAS REALLY -- AND YOU MAY NOT

15:46   6   KNOW -- AS TO A PROJECT THAT WAS UNDERTAKEN BY THE CORPS AT

15:46   7   SOME POINT AND THEN MEASURES TAKEN TO AMELIORATE THE

15:46   8   DELETERIOUS EFFECTS OF THAT PROJECT WERE TAKEN BY THE CORPS.

15:46   9   DO YOU KNOW OF ANY?

15:46   10          **THE WITNESS:**  WELL, THE CORPS RIGHT NOW IS INVOLVED

15:46   11  IN CLOSING THE MRGO --

15:46   12          **THE COURT:**  I UNDERSTAND THAT.

15:46   13          **THE WITNESS:**  -- AND IN BUILDING A HUGE STRUCTURE AT

15:46   14  THE FUNNEL, WHICH IS CLEARLY AN ATTEMPT TO OFFSET THE DAMAGES

15:46   15  FROM THE MISSISSIPPI RIVER GULF OUTLET.

15:46   16  **BY MS. GILBERT:**

15:46   17  **Q.**   DO YOU KNOW OF ANY OTHER PROJECTS, OUTSIDE OF THE MRGO,

15:47   18  WHERE THE CORPS OR OTHER GOVERNMENT AGENCIES HAVE IMPLEMENTED

15:47   19  MEASURES TO REMEDY OR RESTORE THE WETLANDS?

15:47   20  **A.**   AS I WAS SAYING, FRESHWATER DIVERSIONS FROM THE

15:47   21  MISSISSIPPI RIVER.

15:47   22  **Q.**   OUTSIDE OF THE AREA OF THE MRGO?

15:47   23  **A.**   AS I SAID, THERE ARE A NUMBER OF EXAMPLES, BOTH BY PUBLIC

15:47   24  AGENCIES AND PRIVATE ORGANIZATIONS, LANDOWNERS, TO USE

15:47   25  STRUCTURES, WATER-CONTROL STRUCTURES, TO TRY TO CONTROL

FINAL DAILY COPY

15:47   1   FRESHWATER INPUT.  THEY HAVE USED ROCKS AND JETTIES TO TRY TO

15:47   2   LIMIT FRESHWATER MOVEMENT AND SOME LOW LEVEES OUT IN THE --

15:47   3   THERE'S LARGE PROJECTS OUT IN SOUTHWEST LOUISIANA.

15:48   4            **THE COURT:**  GO AHEAD.  PROCEED.

15:48   5   **BY MS. GILBERT:**

15:48   6   **Q.**   DR. DAY, WOULD YOUR PROJECT WITH THE ARMY CORPS OF

15:48   7   ENGINEERS RELATED TO THE BONNET CARRÉ SPILLWAY HAVE ANY --

15:48   8   **A.**   YEAH.  I FORGET THAT ONE.  THAT WAS SPECIFICALLY A PROJECT

15:48   9   TO USE THE BONNET CARRE, WHICH IS A FLOOD-CONTROL PROJECT, BUT

15:48   10  TO USE SMALLER OPENINGS OF THE SPILLWAY FOR COASTAL

15:48   11  RESTORATION.

15:48   12           SPECIFICALLY, THAT WAS TO INTRODUCE FRESHWATER INTO

15:49   13  LAKE PONTCHARTRAIN TO LOWER THE SALINITY IN OYSTER-PRODUCING

15:49   14  AREAS IN MISSISSIPPI SOUND AND THE BILOXI MARSHES TO MORE

15:49   15  OPTIMUM CONDITIONS FOR OYSTER PRODUCTION.

15:49   16  **Q.**   WHAT ABOUT THE LOWER ATCHAFALAYA RIVER PROJECT?

15:49   17  **A.**   WELL, THAT'S PART OF THAT EFFORT.  THEY LOOK AT VARIOUS

15:49   18  OPTIONS FOR MOVING WATER AWAY FROM THE MAIN CHANNEL OF THE

15:49   19  ATCHAFALAYA RIVER, EAST AND WEST, TO PROVIDE BENEFITS FOR THE

15:49   20  COASTAL MARSHES IN THOSE AREAS.

15:49   21  **Q.**   YOU HAVE DESCRIBED ABOUT 50,000 ACRES OF LOST WETLANDS.

15:49   22  CAN YOU DESCRIBE FOR THE COURT WHAT IN REAL LIFE THAT COULD

15:49   23  EQUATE TO IN TERMS OF LAND AREAS OR FOOTBALL FIELDS, STATES, OR

15:49   24  CITIES.

15:49   25  **A.**   WELL, IT'S PROBABLY ABOUT THE SIZE OF NEW ORLEANS, IF YOU

| | | |
|---|---|---|
| 15:49 | 1 | LOOK AT THAT AREA.  50,000 ACRES.  IT'S ABOUT -- |
| 15:50 | 2 | **THE COURT:**  NEW ORLEANS IS, I THINK, LESS THAN |
| 15:50 | 3 | 50,000. |
| 15:50 | 4 | **THE WITNESS:**  YEAH. |
| 15:50 | 5 | **THE COURT:**  YES? |
| 15:50 | 6 | **THE WITNESS:**  IT'S ABOUT A FOURTH, MAYBE A FIFTH OF |
| 15:50 | 7 | THE ATCHAFALAYA BASIN.  PROBABLY ABOUT THE SIZE OF LAKE |
| 15:50 | 8 | MAUREPAS. |
| 15:50 | 9 | **THE COURT:**  WHAT WAS THE DATE OF THE BONNET CARRÉ |
| 15:50 | 10 | SPILLWAY ISSUE YOU WERE TALKING ABOUT? |
| 15:50 | 11 | **THE WITNESS:**  THAT TOOK PLACE IN THE EARLY '90S.  IT |
| 15:50 | 12 | WAS A THREE-YEAR -- IT WAS A REEVALUATION PROJECT. |
| 15:50 | 13 | **THE COURT:**  THANK YOU. |
| 15:50 | 14 | **BY MS. GILBERT:** |
| 15:50 | 15 | **Q.**  DR. DAY, YOU HAVE WORKED WITH THE CORPS OVER THE YEARS AND |
| 15:50 | 16 | WORKED WITH SOME OF THE PEOPLE AT THE CORPS OVER THE YEARS. |
| 15:50 | 17 | WHAT WE WOULD LIKE TO GET INTO NOW IS AN AREA ABOUT THE HISTORY |
| 15:50 | 18 | OF THE CORPS' KNOWLEDGE AND INVOLVEMENT IN ASSESSING THE |
| 15:51 | 19 | ENVIRONMENTAL IMPACTS OF THE MRGO ON THE HEALTH AND SAFETY OF |
| 15:51 | 20 | THE ENVIRONMENT IN THE VICINITY. |
| 15:51 | 21 | WHAT I WOULD LIKE TO FOCUS YOUR ATTENTION TO IS BOTH |
| 15:51 | 22 | KNOWN HARM PREVENTIVE MEASURES THAT COULD HAVE BEEN TAKEN AND |
| 15:51 | 23 | MITIGATION AND RESTORATION MEASURES.  SO AT THIS POINT I'M |
| 15:51 | 24 | GOING TO DIRECT YOUR ATTENTION TO SOME PORTIONS OF TESTIMONY |
| 15:51 | 25 | AND DOCUMENTATION. |

15:51   1           **MS. GILBERT:**  CAN YOU PULL UP PX-2145, PAGE 37 AND

15:51   2   38.

15:51   3   **BY MS. GILBERT:**

15:52   4   **Q.**  DR. DAY, WE NEED TO DISCUSS, AND YOU HAVE REVIEWED THIS

15:52   5   DOCUMENT.  BACK IN 1965, NOVEMBER OF 1965, CITIZENS COMMITTEE

15:52   6   FOR HURRICANE FLOOD CONTROL WROTE TO COLONEL BOWEN AT THE CORPS

15:52   7   AND NOTED A CONNECTION BETWEEN THE MRGO AND FLOODING DURING

15:52   8   HURRICANE BETSY, AND AT THAT TIME PROPOSED MEASURES TO MITIGATE

15:52   9   FUTURE FLOODING.  AMONG THE PROPOSED SUGGESTIONS WERE

15:52  10   FLOODGATES AT BAYOU BIENVENUE AND BAYOU DUPRE.

15:52  11          IN YOUR OPINION, WOULD THOSE HAVE BEEN FEASIBLE

15:52  12   MITIGATION MEASURES AS OF 1965, AFTER THE BAYOU LA LOUTRE RIDGE

15:52  13   HAD BEEN CUT?

15:52  14   **A.**  YES.

15:53  15   **Q.**  WOULD THOSE MEASURES HAVE PREVENTED SALTWATER INTRUSION IN

15:53  16   ADDITION TO MINIMIZING POTENTIAL FLOODING IN THE FUTURE?

15:53  17   **A.**  THEY WOULD HAVE, YES.

15:53  18   **Q.**  IN 1965, ALSO AFTER HURRICANE BETSY, THE CORPS INITIATED A

15:53  19   STUDY WITH BRETSCHNEIDER AND COLLINS.  WE'LL PULL UP THE NEXT

15:53  20   DOCUMENT, WHICH IS PX-139, PAGE 31.

15:53  21          **MS. MILLER:**  MAY I REQUEST THE PLAINTIFFS IDENTIFY

15:53  22   THE EXHIBIT NUMBER BY WHICH THEY IDENTIFIED THIS DOCUMENT TO

15:53  23   US?  I THINK THAT WE HAVE DIFFERENT NUMBERS THAN THE ONE YOU

15:54  24   JUST STATED AS THE EXHIBIT NUMBER.

15:54  25          **MS. GILBERT:**  PX-3001.

15:54    1          **MS. MILLER:**  THAT WASN'T ON THE LIST THAT WE
15:54    2    RECEIVED, BUT IT MIGHT BE A JX NUMBER THAT WE WERE TOLD.  I'M
15:54    3    JUST HAVING TROUBLE LOCATING IT IN OUR COPY OF THE EXHIBIT.
15:54    4          **MS. GILBERT:**  DOES ANYONE HAVE AN EXTRA COPY OF THE
15:54    5    BRETSCHNEIDER AND COLLINS REPORT?
15:54    6          **MS. MILLER:**  I'M SORRY.  I THINK THIS WAS THE EXHIBIT
15:54    7    IDENTIFIED THIS MORNING.
15:54    8          **MS. GILBERT:**  I APOLOGIZE.
15:54    9          **THE COURT:**  IT'S THE WRONG EXHIBIT?
15:54   10          **MS. GILBERT:**  YOU'RE CORRECT.  IT'S MARKED AS
15:54   11    10080003.002.
15:55   12          **THE COURT:**  SO THE BRETSCHNEIDER AND COLLINS REPORT,
15:55   13    WE NEED THE EXHIBIT SO THAT, FRANKLY, WHEN WE LOOK AT IT -- I'M
15:55   14    SURE WE CAN FIND IT, BUT IT MIGHT BE GOOD FOR THE RECORD TO GET
15:55   15    THAT NUMBER, AND YOU'RE LOOKING FOR THAT NUMBER.
15:55   16          **MS. GILBERT:**  IT'S PX-68.
15:55   17          **MS. MILLER:**  I THINK, YOUR HONOR, IT'S ACTUALLY NOT
15:55   18    THE BRETSCHNEIDER AND COLLINS STUDY.  IT'S A DIFFERENT ONE.
15:55   19          **THE COURT:**  SO WHATEVER THIS IS -- IS THE EXHIBIT ON
15:55   20    THE SCREEN NOT WHAT YOU WANT?
15:55   21          **MS. GILBERT:**  THIS IS NOT THE CORRECT EXHIBIT.  I
15:55   22    APOLOGIZE, YOUR HONOR.
15:55   23          **THE COURT:**  SO THAT'S GONE.  WHY DON'T YOU TAKE A
15:56   24    SECOND.  IF YOU NEED TO LOOK AT THAT, DO YOU WANT TO TAKE A
15:56   25    SECOND TO TRY TO GET IT UP?

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:56 | 1 | **MS. MILLER:**  YEAH. |
| 15:56 | 2 | I THINK THERE STILL MAY BE SOME ISSUES WITH THE |
| 15:56 | 3 | NUMBER THAT YOU'RE USING TODAY VERSUS WHAT YOU GAVE US ON OUR |
| 15:56 | 4 | LIST BECAUSE I DON'T HAVE A 68. |
| 15:56 | 5 | **THE COURT:**  WHEN WE GO THROUGH THE VOLUMES OF |
| 15:56 | 6 | EXHIBITS THAT ARE NOW TAKING UP HALF MY CHAMBERS, I HOPE WE |
| 15:57 | 7 | HAVE THE RIGHT NUMBERS. |
| 15:57 | 8 | I HAVE LOOKED AT PART OF THIS AT ONE TIME, AND |
| 15:57 | 9 | WE HAVE LOOKED AT IT IN OTHER MOTIONS, AND WE HAVE MENTIONED IT |
| 15:57 | 10 | IN THE DISPOSITION OF OTHER MOTIONS. |
| 15:57 | 11 | **MS. GILBERT:**  HERE'S THE ACTUAL FULL REPORT, WHICH I |
| 15:57 | 12 | KNOW YOU HAVE, AND IT'S MARKED IN THE JOINT EXHIBIT BOOKS AS |
| 15:57 | 13 | PX-68, BUT WE WILL PARAPHRASE IT AND HAND IT UP AND GIVE A COPY |
| 15:57 | 14 | TO THE GOVERNMENT AT THIS MOMENT. |
| 15:57 | 15 | **MS. MILLER:**  WELL, I WOULD LIKE TO OBJECT TO THE USE |
| 15:57 | 16 | OF THIS EXHIBIT.  IT WAS NOT IDENTIFIED TO US AS SOMETHING THAT |
| 15:57 | 17 | THIS WITNESS WOULD DISCUSS, AND IT'S ALSO NOT REFERENCED AS |
| 15:58 | 18 | SOMETHING THAT HE REVIEWED IN PREPARATION OF HIS EXPERT REPORT. |
| 15:58 | 19 | **THE COURT:**  COUNSEL, YOU MIGHT LAY A FOUNDATION IF |
| 15:58 | 20 | IT'S WITHIN THE SCOPE OF HIS OPINIONS OR HE RELIED ON IT IN HIS |
| 15:58 | 21 | OPINIONS. |
| 15:58 | 22 | **MS. GILBERT:**  WE CAN WITHDRAW THE REFERENCE TO THIS |
| 15:58 | 23 | PARTICULAR REPORT BECAUSE THE POWERPOINT -- WE JUST WANTED TO |
| 15:58 | 24 | DEMONSTRATE THAT THIS WAS -- ALL IT SAID WAS WAVES.  IT DIDN'T |
| 15:58 | 25 | STUDY THE ACTUAL EFFECTS.  I CAN REPHRASE THE QUESTION, |

15:58    1   WITHDRAW THE EXHIBIT.

15:58    2   **BY MS. GILBERT:**

15:58    3   **Q.**   DR. DAY, IF A STUDY PURPORTED TO ANALYZE THE EFFECTS OF

15:58    4   STORM HAZARDS PRESENTED BY THE MRGO TO THE VICINITY OF

15:58    5   NEW ORLEANS, WOULD AN ANALYSIS OF PURELY THE SURGE RUNNING UP

15:58    6   THE CHANNEL ADEQUATELY ANALYZE --

15:58    7          **THE COURT:**  THE COURT IS ALREADY AWARE AND HAS

15:58    8   EVIDENCE -- COUNSEL, YOU CAN OBJECT, BUT THERE'S ALREADY

15:58    9   EVIDENCE IN THE RECORD THAT THE B&C STUDY DID NOT DO A WAVE

15:59   10   ANALYSIS, JUST THE SURGE WITHOUT THE WAVES.  I'LL LET YOU

15:59   11   OBJECT.

15:59   12             GO AHEAD AND ASK YOUR QUESTION, AND SHE CAN

15:59   13   OBJECT.

15:59   14   **BY MS. GILBERT:**

15:59   15   **Q.**   FROM AN ANALYSIS OF HURRICANE IMPLICATIONS, IS THAT AN

15:59   16   ADEQUATE AND INTELLECTUALLY HONEST ANALYSIS OF THE EFFECT --

15:59   17   ELIMINATING AN ANALYSIS OF WETLANDS IMPLICATIONS, ANALYSIS OF

15:59   18   THE EFFECT OF THE MRGO ON STORM HAZARDS?

15:59   19          **THE COURT:**  SO IS SUCH AN ANALYSIS VIABLE WITHOUT

15:59   20   THAT COMPONENT.

15:59   21            AND YOUR OBJECTION IS?

15:59   22          **MS. MILLER:**  MY OBJECTION IS THAT THE WITNESS HAS

15:59   23   TESTIFIED THAT THE MECHANICS OF STORM-SURGE MODELING ARE

15:59   24   OUTSIDE HIS AREA OF EXPERTISE.

15:59   25          **MS. GILBERT:**  MY INQUIRY IS WITH REGARD TO STUDYING

| | | |
|---|---|---|
| 15:59 | 1 | THE EFFECT OF A STORM IN GENERAL, WOULD IT HAVE -- |
| 15:59 | 2 | **THE COURT:**  BASED ON OUR TRAVERSE EARLIER, I'M GOING |
| 15:59 | 3 | TO ALLOW THE QUESTION SUBJECT TO THE GOVERNMENT'S OBJECTION. |
| 15:59 | 4 | **THE WITNESS:**  THE SIMPLE ANSWER IS:  IN THIS AREA AN |
| 15:59 | 5 | ANALYSIS OF THE EFFECTS OF A HURRICANE, USING MODELING AND |
| 16:00 | 6 | OTHER APPROACHES, WITHOUT TAKING INTO CONSIDERATION WETLANDS, |
| 16:00 | 7 | WOULD BE INCOMPLETE. |
| 13:22 | 8 | **BY MS. GILBERT:** |
| 16:00 | 9 | **Q.**   ARE YOU FAMILIAR WITH THE GAGLIANO STUDY FROM 1973? |
| 16:00 | 10 | **A.**   YES. |
| 16:00 | 11 | **Q.**   WAS THE IMPETUS OF THE GAGLIANO STUDY PURPORTEDLY TO |
| 16:00 | 12 | ANALYZE THE EFFECTS OF SALTWATER INTRUSION ON WETLANDS LOSS? |
| 16:00 | 13 | **A.**   THAT WAS PART OF WHAT HE DID, THAT REPORT DID. |
| 16:00 | 14 | **Q.**   DID DR. GAGLIANO ILLUSTRATE THE IMPACTS WETLANDS PLAY IN |
| 16:00 | 15 | STORM PROTECTION AND THE PURPOSES AND METHODS TO MITIGATE |
| 16:00 | 16 | SALTWATER INTRUSION AND RESTORE BUFFERING WETLAND? |
| 16:00 | 17 | **A.**   YES, THAT WAS PART OF THAT REPORT. |
| 16:00 | 18 | **Q.**   DO YOU KNOW WHAT TIME FRAME THAT REPORT WAS DRAFTED? |
| 16:00 | 19 | **A.**   WELL, IT WAS PUBLISHED IN 1973. |
| 16:00 | 20 | **Q.**   WAS THAT -- |
| 16:00 | 21 | **A.**   SO IT WOULD HAVE -- AND IT DEALT WITH THE MRGO UP UNTIL |
| 16:01 | 22 | THAT TIME. |
| 16:01 | 23 | **Q.**   DO YOU KNOW IF THAT PARTICULAR STUDY WAS EVER PROVIDED TO |
| 16:01 | 24 | THE ARMY CORPS OF ENGINEERS? |
| 16:01 | 25 | **A.**   I'M CERTAIN IT WAS. |

FINAL DAILY COPY

16:01    1    **Q.**   ARE YOU AWARE OF ANY OTHER -- IT'S PX-139.

16:01    2            DR. DAY, DOES THIS SECTION OF THE GAGLIANO REPORT

16:02    3    DEALING WITH SALINITY INCREASES ADEQUATELY ADDRESS OR INFORM

16:02    4    THE CORPS OF THE ROLE THAT SALTWATER WOULD PLAY IN THE MARSHES?

16:02    5            **THE COURT:**  BEFORE YOU ANSWER, THE GOVERNMENT STOOD

16:02    6    UP TO OBJECT.

16:02    7            **MS. MILLER:**  THE OBJECTION IS THAT THIS REPORT IS IN

16:02    8    THE RECORD AND HAS BEEN TESTIFIED TO BY DR. GAGLIANO AND --

16:02    9            **THE COURT:**  YOU'RE SAYING IT'S CUMULATIVE?

16:02   10            **MS. MILLER:**  IT'S CUMULATIVE AND ALSO THE SAME

16:02   11    OBJECTION REGARDING THE MECHANICS OF STORM SURGE BEING OUTSIDE

16:02   12    THIS WITNESS' EXPERTISE.

16:02   13            **THE COURT:**  WELL --

16:02   14            **MS. MILLER:**  IF THAT'S WHAT THE QUESTION IS GETTING

16:02   15    AT, I THINK IT'S BEYOND THIS WITNESS' SCOPE.

16:02   16            **THE COURT:**  I THINK THAT IS HIS AREA OF EXPERTISE,

16:02   17    THIS, SO WE MAY HAVE A DISAGREEMENT THERE.

16:02   18            **MS. GILBERT:**  I THINK THE QUESTION IS RELATING TO

16:02   19    SALINITY AND THAT WHETHER OR NOT --

16:02   20            **THE COURT:**  I THINK IT'S WITHIN HIS AREA OF

16:02   21    EXPERTISE, SO I'M GOING TO OVERRULE THE OBJECTION.  IT IS

16:03   22    CUMULATIVE, BUT -- AND SINCE DR. GAGLIANO HIMSELF SAID HE GAVE

16:03   23    IT TO THE CORPS.

16:03   24    **BY MS. GILBERT:**

16:03   25    **Q.**   ARE YOU AWARE OF WHETHER OR NOT THE GOVERNMENT AND OTHER

FINAL DAILY COPY

16:03    1    AGENCIES, IN REVIEWING THE ENVIRONMENTAL IMPACT STATEMENT

16:03    2    PROVIDED BY THE CORPS, DREW THE CORPS' ATTENTION TO THIS

16:03    3    SPECIFIC REPORT?

16:03    4    **A.**   WELL, THE ENVIRONMENTAL IMPACT STATEMENT OCCURRED LATER,

16:03    5    1976.

16:03    6    **Q.**   RIGHT, BUT --

16:03    7    **A.**   BUT THE ISSUE OF THE NEGATIVE EFFECTS OF SALTWATER

16:03    8    INTRUSION FROM MRGO WERE BROUGHT OUT OVER AND OVER BEFORE THE

16:03    9    CONSTRUCTION, AND HERE BY DR. GAGLIANO, AND BY A NUMBER OF THE

16:03   10    FEDERAL AGENCIES WHEN THE DRAFT EIS WAS ISSUED IN 1976.

16:03   11    **Q.**   DO YOU RECALL WHAT THE CORPS' RESPONSE TO HAVING THEIR

16:03   12    ATTENTION DRAWN TO THESE PUBLICATIONS WAS?

16:03   13    **A.**   THAT -- I'M LOOKING FOR -- THAT IT WAS NOT APPROPRIATE

16:03   14    TO -- I THINK WE HAVE IT IN OUR FILE.

16:04   15    **Q.**   IF YOU WANT TO LOOK AT PX-187, AND IT'S SLIDE 62.  "THE

16:04   16    DEPARTMENT OF COMMERCE REQUESTED THE INCLUSION OF THE FOLLOWING

16:04   17    REFERENCES IN THE ENVIRONMENTAL IMPACT STATEMENT."

16:04   18    **A.**   HERE, I FOUND IT.  IT SAYS, "THE CORPS ALSO REPEATEDLY

16:04   19    DISMISSED THE NEED TO ADDRESS SALINITY-CONTROL MEASURES AS

16:04   20    INAPPROPRIATE FOR DISCUSSION UNDER THE EIS FOR OPERATION AND

16:04   21    MAINTENANCE."

16:04   22         **MS. MILLER:**  MAY I ASK THE WITNESS WHAT HE IS READING

16:04   23    FROM?

16:04   24         **THE WITNESS:**  THIS IS THE --

16:04   25         **THE COURT:**  I'VE READ IT 15 TIMES SOMEWHERE OR

| | | |
|---|---|---|
| 16:04 | 1 | ANOTHER MYSELF. |
| 16:04 | 2 | **MS. MILLER:**  I'M JUST CURIOUS -- |
| 16:04 | 3 | **MS. GILBERT:**  IT'S ON THE SCREEN. |
| 16:04 | 4 | **THE COURT:**  IT'S NOT EPIPHANOUS, BUT YOU MIGHT SAY |
| 16:04 | 5 | FROM WHENCE THAT CAME -- |
| 16:04 | 6 | **THE WITNESS:**  EXHIBIT PX-187, IX-11-IX-13. |
| 16:04 | 7 | **MS. MILLER:**  THIS IS PART OF THE POWERPOINT |
| 16:04 | 8 | PRESENTATION? |
| 16:05 | 9 | **MS. GILBERT:**  IT'S PART OF THE EXHIBIT PX-187, WHICH |
| 16:05 | 10 | IS THE EIS.  WE CAN THROW IT UP ON THE SCREEN IF YOU WOULD |
| 16:05 | 11 | LIKE. |
| 16:05 | 12 | **MS. MILLER:**  AGAIN, MY TROUBLE IS JUST FOLLOWING |
| 16:05 | 13 | ALONG WITH THE APPROPRIATE EXHIBIT BECAUSE THEY WERE IDENTIFIED |
| 16:05 | 14 | TO US WITH DIFFERENT NUMBERS.  I DON'T HAVE A PX-187 ON OUR |
| 16:05 | 15 | LIST. |
| 16:05 | 16 | **THE COURT:**  THIS IS IN THE RECORD BECAUSE I HAVE READ |
| 16:05 | 17 | IT. |
| 16:05 | 18 | **MS. GILBERT:**  THIS WOULD BE THE ENVIRONMENTAL IMPACT |
| 16:05 | 19 | STATEMENT FOR THE -- |
| 16:05 | 20 | **THE COURT:**  IT WAS A RESPONSE, WAS IT NOT, TO A |
| 16:05 | 21 | QUESTION RAISED BY ONE OF THE AGENCIES, AND THAT WAS THE CORPS' |
| 16:06 | 22 | RESPONSE.  THE EPA.  YES, I'VE READ IT. |
| 16:06 | 23 | **MS. MILLER:**  I APOLOGIZE.  I HAVE LOCATED IT. |
| 16:06 | 24 | **THE COURT:**  YOU HAVE LOCATED IT?  OKAY.  THANK YOU, |
| 16:06 | 25 | COUNSEL.  BE GLAD WE DON'T HAVE A JURY.  WELL, MAYBE YOU ARE |

| | | |
|---|---|---|
| 16:06 | 1 | NOT GLAD WE DON'T HAVE A JURY, COME TO THINK OF IT.  THE JURY |
| 16:06 | 2 | WOULDN'T BE NEARLY AS TORTURED AS THE JUDGE. |
| 16:06 | 3 | COUNSEL, I'M HAVING A LITTLE TROUBLE HEARING |
| 16:06 | 4 | YOU.  IT MAY BE ME. |
| 16:07 | 5 | **BY MS. GILBERT:** |
| 16:07 | 6 | **Q.**  DR. GAGLIANO [*SIC*] THE SPECIFIC RESPONSE WITH REGARD TO |
| 16:07 | 7 | THE RESPONSE THAT THE CORPS GAVE TO THE INQUIRY OF THE |
| 16:07 | 8 | DEPARTMENT OF COMMERCE: |
| 16:07 | 9 | "THE EIS RECOGNIZES THE CONTINUAL CHANGES RESULTING |
| 16:07 | 10 | FROM PREVIOUS ACTIONS.  WE KNOW OF NO DEFINITIVE EVIDENCE WHICH |
| 16:07 | 11 | INDICATES THAT DISCONTINUATION OF DREDGING OPERATIONS WOULD |
| 16:07 | 12 | RESTORE THE SALINITY LEVELS TO PRE-1960 CONDITIONS. |
| 16:07 | 13 | SALINITY-CONTROL MEASURES WOULD REQUIRE NEW CONSTRUCTION |
| 16:07 | 14 | FEATURES NECESSITATING ENVIRONMENTAL AND SOCIOECONOMIC |
| 16:07 | 15 | INVESTIGATION AND IMPACT ANALYSIS." |
| 16:07 | 16 | WITH SPECIFIC REGARD TO THE CORPS NOT KNOWING OF ANY |
| 16:07 | 17 | STUDIES THAT WOULD INDICATE DISCONTINUATION OF DREDGING |
| 16:07 | 18 | ACTIVITIES WOULD RESTORE SALINITY LEVELS, DO YOU BELIEVE THAT |
| 16:07 | 19 | THAT'S AN ACCURATE STATEMENT AS OF 1976 WITH REGARD TO THE |
| 16:07 | 20 | INFORMATION THAT THEY WOULD HAVE HAD AT THEIR DISPOSAL AT THE |
| 16:07 | 21 | TIME? |
| 16:07 | 22 | **A.**  WELL, THERE HAD BEEN MANY COMMENTS TO THE CORPS OF |
| 16:08 | 23 | ENGINEERS ON WAYS TO CONTROL THE SALINITY.  IF THEY STOPPED |
| 16:08 | 24 | DREDGING, THE CANAL WILL SLOWLY FILL IN SO THAT ITS ABILITY TO |
| 16:08 | 25 | CARRY SALTWATER WOULD BE DIMINISHED. |

FINAL DAILY COPY

| | |
|---|---|
| 16:08 | 1 |
| 16:08 | 2 |
| 16:08 | 3 |
| 16:08 | 4 |
| 16:08 | 5 |
| 16:08 | 6 |
| 16:08 | 7 |
| 16:08 | 8 |
| 16:08 | 9 |
| 16:08 | 10 |
| 16:08 | 11 |
| 16:08 | 12 |
| 16:09 | 13 |
| 16:09 | 14 |
| 16:09 | 15 |
| 16:09 | 16 |
| 16:09 | 17 |
| 16:09 | 18 |
| 16:09 | 19 |
| 16:09 | 20 |
| 16:09 | 21 |
| 16:09 | 22 |
| 16:09 | 23 |
| 16:09 | 24 |
| 16:09 | 25 |

1     BUT IN A SENSE THIS IS -- THIS IS A COMMENT THAT'S

2  DISINGENUOUS.  I MEAN, BY THIS TIME IT WAS CLEAR THAT SALTWATER

3  INTRUSION BECAUSE OF MRGO HAD HAD A DRAMATIC EFFECT ON THIS

4  ECOSYSTEM, AND IT WAS CLEAR THAT THERE WERE METHODS THAT COULD

5  BE UNDERTAKEN AT THIS TIME TO DEAL WITH THIS PROBLEM.  IN MY

6  MIND, THIS IS JUST GETTING AROUND THE CENTRAL ISSUE HERE OF

7  RESTORING AN ECOSYSTEM THAT HAD BEEN ESSENTIALLY DESTROYED BY

8  THIS CANAL.

9  **Q.**  IN FACT, DOES THE COMMENT GO TO ANY OF THE SECONDARY

10  IMPACTS OF CONTINUED DREDGING OPERATIONS THAT WOULD GO FORWARD

11  WITH THE DAMAGE CAUSED TO THE ENVIRONMENT AROUND THE MRGO?

12  **A.**  THIS WAS THE FIRST EIS DONE ON THE MRGO, AND IT WAS DONE

13  BECAUSE NEPA WAS PASSED.  NEPA CLEARLY STATES THAT

14  CONSIDERATION OF CUMULATIVE IMPACTS SHOULD BE CONSIDERED.  THIS

15  IS A CLASSIC CASE OF CUMULATIVE IMPACTS OVER TIME AND, YOU

16  KNOW, ALMOST A TEXTBOOK CASE, AND SO --

17  **Q.**  MITIGATION MEASURES --

18  **A.**  MITIGATION MEASURES, ALTERNATIVES, THINGS THAT COULD HAVE

19  BEEN DONE AFTER THE IMPACT -- AFTER THE IMPACT OF THE MRGO.

20  **Q.**  SO JUST TO SUM UP, THE INITIAL IMPACT OF THE CONSTRUCTION

21  AND DESIGN OF THE MRGO WAS THE INITIAL CUT OF THE CHANNEL; AND

22  IF THE DAMAGE WAS DONE AFTER THAT, THE CONTINUING OPERATION AND

23  MAINTENANCE OF THE MRGO ALSO HAD SECONDARY AND CONTINUING

24  IMPACTS ON THE ENVIRONMENT AND THE WETLANDS?

25  **A.**  YES.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:09 | 1 | **Q.**   IF THEY WERE REPORTING TO CONGRESS ON THE MITIGATION |
| 16:09 | 2 | MEASURES THAT WERE AVAILABLE TO THEM AT THE TIME, THEY WOULD |
| 16:09 | 3 | HAVE TO HAVE ANALYZED AND REPORTED ON THE CONTINUED SALTWATER |
| 16:09 | 4 | INTRODUCTION THAT WAS GOING TO BE CAUSED BY AND THE ONGOING |
| 16:09 | 5 | WETLANDS LOSS? |
| 16:10 | 6 | **THE COURT:**  JUST A MINUTE.  HE HAS BEEN VERY ASTUTE |
| 16:10 | 7 | WATCHING THE GOVERNMENT ATTORNEYS. |
| 16:10 | 8 | YES, MA'AM. |
| 16:10 | 9 | **MS. MILLER:**  OBJECTION TO THE QUESTION CALLING FOR A |
| 16:10 | 10 | LEGAL CONCLUSION. |
| 16:10 | 11 | **THE COURT:**  FRANKLY, THE QUESTION WAS SO LONG, I GOT |
| 16:10 | 12 | LOST.  MAY I TRY TO LOOK AT IT, PLEASE.  NOT THAT IT SHOULDN'T |
| 16:10 | 13 | HAVE BEEN SO LONG. |
| 16:10 | 14 | **MS. MILLER:**  THIS ALSO GOES BEYOND THE SCOPE OF THE |
| 16:10 | 15 | OPINIONS EXPRESSED IN THE WITNESS' EXPERT REPORT. |
| 16:10 | 16 | **THE COURT:**  TO THE EXTENT YOU ARE ASKING THE WITNESS |
| 16:11 | 17 | WHETHER THE CORPS -- ALTHOUGH YOU DIDN'T ASK IT IN THOSE |
| 16:11 | 18 | TERMS -- COMPLIED WITH NEPA, THAT REALLY IS A QUESTION FOR THE |
| 16:11 | 19 | COURT TO DECIDE.  IT'S NOT EXPRESSLY STATED THERE, BUT COUNSEL, |
| 16:11 | 20 | I ASSUME, FEELS THAT'S EMBEDDED WITHIN YOUR QUESTION IN ORDER |
| 16:11 | 21 | FOR HIM TO ANSWER IT.  YOU MIGHT RESPOND TO THE COURT AND TELL |
| 16:11 | 22 | US WHAT YOU ARE TRYING TO ELICIT. |
| 16:11 | 23 | **MS. GILBERT:**  WELL, WHAT I'M TRYING TO ELICIT IS THE |
| 16:11 | 24 | CORPS' RESPONSES AND ANALYSIS OF THE ONGOING SECONDARY AND |
| 16:11 | 25 | CUMULATIVE IMPACTS OF OPERATION AND MAINTENANCE PROCEDURES, |

FINAL DAILY COPY

16:11   1   WHICH THE CORPS SEEMS TO HAVE DISTINGUISHED FROM CONSTRUCTION

16:11   2   AND OPERATION MEASURES -- I MEAN, INITIAL DESIGN AND

16:11   3   CONSTRUCTION MEASURES, DEALS WITH A SUGGESTION THAT THERE'S A

16:11   4   DIFFERENCE BETWEEN DREDGING FOR CONSTRUCTION PURPOSES AND THE

16:11   5   EFFECT IT HAS ON WETLANDS AND DREDGING FOR OPERATION AND

16:11   6   MAINTENANCE.

16:11   7                TO THE EXTENT THAT THERE HAS TO BE AN ANALYSIS

16:12   8   OF ANY KIND OF REPAIR WORK THAT CAN BE DONE FOR OPERATION AND

16:12   9   MAINTENANCE, IT WOULD CONSUME AND SUBSUME THE SAME KINDS OF

16:12   10  PROBLEMS THAT WAS CREATED WHEN THE CHANNEL WAS CUT.  SO IF

16:12   11  YOU'RE GOING TO DIVIDE OFF IN THIS --

16:12   12          **THE COURT:**  TO MAKE SURE I UNDERSTAND YOUR QUESTION,

16:12   13  YOU ARE SIMPLY SAYING THAT, FROM AN ENVIRONMENTAL STANDPOINT,

16:12   14  IS IT APPROPRIATE TO SEPARATE OPERATION AND MAINTENANCE FROM

16:12   15  DESIGN AND CONSTRUCTION?

16:12   16          **MS. GILBERT:**  FROM AN ENVIRONMENTAL STANDPOINT, IS

16:12   17  DREDGING, DREDGING, DREDGING AND ARE YOU INTRODUCING SALTWATER

16:12   18  INTO A FRESHWATER --

16:12   19          **THE COURT:**  WHETHER YOU ARE OPERATING AND MAINTAINING

16:12   20  OR DESIGNING AND CONSTRUCTING, IS THAT YOUR --

16:12   21          **MS. GILBERT:**  IF YOU ARE DREDGING, YEAH.  YOU ARE

16:12   22  DIGGING A HOLE.  YOU ARE BRINGING THE SALTWATER IN.  YOU COULD

16:12   23  STOP IT.  YOU ARE CONTINUING TO DIG A HOLE.  SALTWATER KEEPS

16:12   24  COMING IN.  IF YOU ARE ANALYZING THE ENVIRONMENTAL IMPACTS OF

16:12   25  DIGGING THAT HOLE, DOES IT MATTER AND IS THERE STILL AN

FINAL DAILY COPY

16:12    1   ENVIRONMENTAL IMPACT GOING ON?

16:12    2                   THE CORPS SUGGESTS THAT THEY KNOW OF NO STUDIES

16:12    3   THAT WOULD SUGGEST THAT, NOW THAT THEY HAVE CAUSED THE DAMAGE,

16:13    4   IT CAN EVER BE RESTORED, AND I THINK DR. DAY IS ABLE TO --

16:13    5           **THE COURT:**  IF YOU WANT TO ASK HIM THAT -- I THINK HE

16:13    6   HAS ALREADY ANSWERED.  HE HAS TESTIFIED NUMEROUS WAYS TO STOP

16:13    7   SALTWATER INTRUSION, INCLUDING STOPPING DREDGING, BUT I'M NOT

16:13    8   QUITE SURE WHERE -- I UNDERSTAND THAT THE CORPS HAS USED

16:13    9   OPERATION AND MAINTENANCE AS A WAY TO -- AND IT'S GOING TO GO

16:13   10   INTO AUTHORIZATION, MONEY, ETC., LATER ON.

16:13   11                   BUT FROM AN ENVIRONMENTAL STANDPOINT, I GUESS

16:13   12   I'M TRYING TO UNDERSTAND WHAT YOU ARE TRYING TO ELICIT FROM

16:13   13   THIS WITNESS.  CLEARLY, IF THE PROBLEM CONTINUES, ARE THERE ANY

16:14   14   MEASURES THE CORPS CAN TAKE, HE HAS ALREADY ANSWERED THAT.  IF

16:14   15   HE GETS TO NEPA COMPLIANCE, THAT'S GOING TO BE MY MILIEU.

16:14   16           **MS. GILBERT:**  I'M SORRY.  I MISSED THAT.

16:14   17           **THE COURT:**  IF IT GETS TO NEPA COMPLIANCE, IT'S GOING

16:14   18   TO BE MY MILIEU.

16:14   19           **MS. GILBERT:**  PURELY, IT'S FOR ILLUSTRATIVE PURPOSES

16:14   20   THAT AT A CERTAIN POINT, WHETHER YOU'RE TALKING ABOUT -- FIRST

16:14   21   OF ALL, THE CORPS NOW KNOWS, OBVIOUSLY, AND IT GOES TOWARDS

16:14   22   NOTICE, THAT THE CORPS KNEW PRIOR TO THE ENVIRONMENTAL IMPACT

16:14   23   STATEMENT IN 1976 THAT THESE WERE MITIGABLE HAZARDS AND THAT

16:14   24   OPERATION AND MAINTENANCE CAN'T NECESSARILY BE DISTINGUISHED.

16:14   25   TO SUGGEST THAT DREDGING FOR OPERATION AND MAINTENANCE MEANS

FINAL DAILY COPY

16:14    1    THAT THERE'S NO OPPORTUNITY FOR SALINITY-CONTROL MEASURES TO BE

16:14    2    ANALYZED AND PRESENTED AND CONSIDERED IS -- THEY HAVE THE

16:14    3    KNOWLEDGE.  THEY HAVE THE NOTICE.

16:14    4              SO I GUESS IT'S PRIMARILY TO GO TO NOTICE AND

16:14    5    TIMING, WHICH I THINK IN THE DFE CONTEXT AND IN THE CONTEXT

16:15    6    OF --

16:15    7         THE COURT:  YOU CAN ASK HIM SORT OF AN INCISIVE

16:15    8    QUESTION TO ELICIT THAT INFORMATION.  YOU MIGHT WANT TO

16:15    9    REPHRASE YOUR QUESTION.

16:15   10    BY MS. GILBERT:

16:15   11    Q.   BY THE TIME OF THE EIS, WAS THE CORPS AWARE OF THE FACT

16:15   12    THAT SALINITY-CONTROL MEASURES COULD BE IMPLEMENTED THAT WOULD

16:15   13    HAVE REVERSED SOME OF AND RESTORED THE WETLANDS, THE DAMAGE TO

16:15   14    THE WETLANDS?

16:15   15    A.   YES.  WITHOUT A DOUBT.

16:15   16         MS. GILBERT:  WE CAN PROCEED TO --

16:15   17         THE COURT:  JUST TO LET EVERYBODY KNOW MY SCHEDULE,

16:15   18    IT'S 4:15.  I HAVE GOT TO, UNFORTUNATELY, TODAY LEAVE AT 5:15

16:15   19    IF I'M GOING TO BE ABLE TO SIT HERE AND WALK TOMORROW.

16:15   20         MS. GILBERT:  WHAT I'M GOING TO TRY AND DO IS MOVE

16:15   21    ON.  THERE ARE MANY AREAS WITHIN THE ACTUAL ENVIRONMENTAL

16:15   22    IMPACT STATEMENT WHERE THE CORPS HAS HAD INFORMATION DRAWN TO

16:16   23    ITS ATTENTION.  THEY HAVE BEEN BROUGHT TO THE COURT'S

16:16   24    ATTENTION.  DR. DAY CAN SPEAK TO THE ACTUAL FEATURES THAT ARE

16:16   25    BEING IGNORED IN EACH OF THOSE INSTANCES, OR I CAN MOVE ON TO

| | | |
|---|---|---|
| 16:16 | 1 | ANOTHER TIME IN HISTORY.  THE PURPOSE OF THIS TESTIMONY IS TO |
| 16:16 | 2 | ELICIT BOTH KNOWLEDGE AND AT THIS TIME IN HISTORY THE CORPS WAS |
| 16:16 | 3 | AWARE -- |
| 16:16 | 4 | **THE COURT:**  YOU MAKE THE DECISION WHERE YOU NEED TO |
| 16:16 | 5 | GO. |
| 16:16 | 6 | **BY MS. GILBERT:** |
| 16:16 | 7 | **Q.**   WITH REGARD TO THE CHABRECK AND PALMISANO STUDIES THAT YOU |
| 16:16 | 8 | REFERRED TO IN YOUR REPORT AND THAT WERE REFERRED TO BY THE |
| 16:16 | 9 | DEPARTMENT OF COMMERCE IN THEIR COMMENTS TO THE CORPS IN 1976 |
| 16:17 | 10 | WITH REGARD TO SALTWATER-INTRUSION ISSUES, DO YOU AGREE THAT |
| 16:17 | 11 | WHEN SALINITY IS INCREASED IN AREAS UNDERLAIN BY THICK ORGANIC |
| 16:17 | 12 | SEQUENCES, LIKE THE AREA AROUND THE MRGO, INSTEAD OF BEING |
| 16:17 | 13 | REPLACED BY SALINE GRASSES, THE MARSHES JUST BREAK UP AND |
| 16:17 | 14 | CONVERT TO OPEN WATER? |
| 16:17 | 15 | **A.**   THAT'S TRUE. |
| 16:17 | 16 | **Q.**   WOULD THE CONTINUED OPERATION AND MAINTENANCE OF THE MRGO, |
| 16:17 | 17 | AS PROPOSED IN THE ENVIRONMENTAL IMPACT STATEMENT IN 1976, HAVE |
| 16:17 | 18 | CAUSED A CONTINUATION OF THAT PROCESS? |
| 16:17 | 19 | **A.**   YEAH.  IN FACT, IT'S DEMONSTRABLE ON MAPS OVER TIME. |
| 16:17 | 20 | **Q.**   AS OF 1976, WOULD IT HAVE BEEN EVIDENT FROM ANYONE WALKING |
| 16:17 | 21 | OUT INTO THE MRGO, OR TAKING A BOAT OR TAKING A PLANE OUT INTO |
| 16:17 | 22 | THE MRGO, THAT THERE HAD BEEN A DEMONSTRABLE CHANGE IN THE |
| 16:17 | 23 | CONDITIONS OF THE WETLANDS FROM THE TIME THAT THE MRGO WAS DUG? |
| 16:17 | 24 | **A.**   YES. |
| 16:18 | 25 | **Q.**   THE DEPARTMENT OF INTERIOR ALSO COMMENTED IN THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:18 | 1 | ENVIRONMENTAL IMPACT STATEMENT THAT -- WELL, RESPONDED TO A |
| 16:18 | 2 | COMMENT BY THE CORPS IN ITS ENVIRONMENTAL IMPACT STATEMENT THAT |
| 16:18 | 3 | SPOIL DISPOSAL WOULD CREATE A BENEFICIAL BANK-PROTECTION |
| 16:18 | 4 | MEASURE, AND THE DEPARTMENT OF INTERIOR TOOK ISSUE WITH THAT |
| 16:18 | 5 | COMMENT. |
| 16:18 | 6 | DO YOU AGREE OR DISAGREE THAT THE SPOIL DISPOSAL |
| 16:18 | 7 | ALONG THE MRGO WOULD HAVE CREATED A BANK-PROTECTION MEASURE? |
| 16:18 | 8 | A.   WELL, THE DEPARTMENT OF INTERIOR COMMENTED THAT THE BANK |
| 16:18 | 9 | WOULD STILL BE EXPOSED TO WAVE ATTACK ESPECIALLY BECAUSE THE |
| 16:18 | 10 | MRGO WAS WIDENING AND THAT -- THAT IS CORRECT. |
| 16:18 | 11 | Q.   THAT THE BANK -- OKAY. |
| 16:18 | 12 | A.   YOU WOULD HAVE HAD UNDERCUTTING OF THE VEGETATION AND |
| 16:18 | 13 | SLUMPING OF THE BANKS WHERE THE SPOIL WAS PLACED BECAUSE OF |
| 16:18 | 14 | WAVE ATTACK. |
| 16:18 | 15 | Q.   SO, IN FACT, THE DEPOSITION OF SPOIL DISPOSAL ALONG THE |
| 16:18 | 16 | BANK OF THE MRGO WOULD NOT HAVE HAD ANY IMPACT OR BENEFICIAL |
| 16:18 | 17 | IMPACT ON THE -- |
| 16:19 | 18 | A.   WELL, IT WOULDN'T HAVE -- IT MIGHT HAVE HAD SOME |
| 16:19 | 19 | BENEFICIAL EFFECT, BUT IT WOULDN'T HAVE STOPPED THE EROSION |
| 16:19 | 20 | ALONG THE EDGE OF THE MARSH -- THE EDGE OF THE CANAL. |
| 16:19 | 21 | Q.   WOULD THE SALTWATER THAT WAS BEING INTRODUCED TO THE AREA |
| 16:19 | 22 | ALONG THE EDGE OF THE CANAL KILL THE ROOT SYSTEMS OF THE |
| 16:19 | 23 | VEGETATION ON THE -- |
| 16:19 | 24 | A.   IF THAT WAS FRESHER VEGETATION, IT WOULD. |
| 16:19 | 25 | Q.   WE HAVE INTRODUCED INTO EVIDENCE PX-206, WHICH WAS THE |

16:19    1   DREDGE CHART THAT WAS INTRODUCED BY MR. STEVENS YESTERDAY PRIOR

16:19    2   TO DR. FITZGERALD'S TESTIMONY.  IN THAT CHART WE ANALYZE THE

16:19    3   NUMBER OF ACTUAL CUBIC YARDS OF DREDGED MATERIAL THAT WAS TAKEN

16:19    4   OUT OF THE MRGO FROM THE DATE IT WAS CUT ALONG THE AREA OF

16:19    5   BAYOU LA LOUTRE TO BAYOU BIENVENUE FROM 1963 TO THE TIME OF THE

16:19    6   ENVIRONMENTAL IMPACT STATEMENT.  ARE YOU AWARE OF THE NUMBER OF

16:20    7   CUBIC YARDS OF DREDGED MATERIAL THAT WAS REMOVED DURING THAT

16:20    8   TIME PERIOD FOR OPERATION AND MAINTENANCE PURPOSES?

16:20    9   **A.**   WELL, IT'S NEARLY 30 MILLION CUBIC YARDS, WHICH WOULD HAVE

16:20   10   BEEN TWICE WHAT WAS INITIALLY TAKEN OUT OF THAT CUT, THAT PART

16:20   11   OF THE CHANNEL.

16:20   12   **Q.**   TO CREATE THE CHANNEL?

16:20   13   **A.**   YES.

16:20   14   **Q.**   SO BETWEEN 1963 AND 1976, THE OPERATION AND MAINTENANCE

16:20   15   DREDGING OF THIS VICINITY WAS ALMOST TWICE THE AMOUNT OF THE

16:20   16   INITIAL CUT?

16:20   17   **A.**   AND THAT'S TRUE OF THE WHOLE CHANNEL, THE WHOLE MRGO.

16:20   18   **Q.**   NOW, LET ME PULL UP THE GDM.  IT'S PX-699, PAGE 14.  IT'S

16:21   19   PARAGRAPH 19.

16:21   20           **MS. MILLER:**  COULD YOU IDENTIFY THE EXHIBIT AGAIN.

16:21   21           **MS. GILBERT:**  PX-699, GDM 1, CHANNEL PROTECTION.

16:21   22   IT'S SLIDE 66.

16:21   23           **THE COURT:**  LET US KNOW WHEN YOU ARE READY, DEFENSE

16:21   24   COUNSEL.

16:21   25           **MS. MILLER:**  I'M GOING TO OBJECT TO QUESTIONS ABOUT

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:21 | 1 | THIS AS BEING OUTSIDE THE SCOPE OF THE WITNESS' EXPERT REPORT. |
| 16:21 | 2 | **THE COURT:**  COUNSEL, RESPONSE? |
| 16:21 | 3 | **MS. GILBERT:**  THIS IS MERELY GOING TO NOTICE OF THE |
| 16:21 | 4 | TIMING WITHIN WHICH THE CORPS WAS AWARE THAT PROTECTION |
| 16:21 | 5 | MEASURES WERE GOING TO BE NECESSARY OR LIKELY TO BE NECESSARY. |
| 16:22 | 6 | **THE COURT:**  WE ARE NOT GOING TO HAVE OTHER WITNESSES, |
| 16:22 | 7 | I ASSUME, IDENTIFY THE SAME DOCUMENT OTHER THAN MENTIONED IN |
| 16:22 | 8 | THE 30(B)(6)'S.  HE DID TESTIFY AS TO NOTICE.  HE MAY NOT HAVE |
| 16:22 | 9 | MENTIONED THIS SPECIFIC ONE. |
| 16:22 | 10 | IS THAT YOUR PRIMARY OBJECTION?  THAT ALTHOUGH |
| 16:22 | 11 | NOTICE WAS IN HIS REPORT, THE ISSUE OF NOTICE, HE DIDN'T |
| 16:22 | 12 | SPECIFY THIS PARTICULAR REPORT? |
| 16:22 | 13 | **MS. MILLER:**  YES.  HE DIDN'T EVALUATE THE DESIGN |
| 16:22 | 14 | MEMORANDA IN PREPARATION OF HIS REPORT AS FAR AS I KNOW. |
| 16:22 | 15 | **THE COURT:**  JUST LET ME READ THIS. |
| 16:22 | 16 | THIS IS IN ABOUT FIVE OF THE 30(B)(6) |
| 16:23 | 17 | DEPOSITIONS, AT LEAST.  I'VE READ IT.  I KNOW THEY KNOW ABOUT |
| 16:23 | 18 | IT.  IT'S THEIR DOCUMENT. |
| 16:23 | 19 | **MS. GILBERT:**  WE CAN WITHDRAW THE QUESTION. |
| 16:23 | 20 | **THE COURT:**  THANK YOU.  SO I KNOW ABOUT THIS ISSUE. |
| 16:23 | 21 | IT WAS IN THE ORIGINAL DESIGN MEMORANDUM OR A PERMUTATION OF |
| 16:23 | 22 | THE ORIGINAL DESIGN MEMORANDUM, I THINK.  IT CERTAINLY WAS |
| 16:23 | 23 | MENTIONED IN A LOT OF THE 30(B)(6) DEPOSITIONS.  SO I'M WELL |
| 16:23 | 24 | FAMILIAR WITH IT.  IT'S IN EVIDENCE.  YES, MA'AM. |
| 16:23 | 25 | **MS. MILLER:**  THAT'S ALL.  I DIDN'T KNOW IF YOU WERE |

FINAL DAILY COPY

16:23  1  FINISHED.

16:23  2          **THE COURT:**  NO, NO.  SHE IS MOVING ON.

16:23  3  **BY MS. GILBERT:**

16:23  4  **Q.**   TURN TO JX-167.  THIS IS ENVIRONMENTAL ASSESSMENT 38 FROM

16:24  5  1983, AND IT'S REGARDING THE PROPOSED FORESHORE PROTECTION

16:24  6  BETWEEN LEVEE SECTIONS 475 TO 501.  THE ACTUAL ENVIRONMENTAL

16:24  7  IMPACT STATEMENT DESIGNED, AS IT STATES, THE PURPOSE OF IT IS

16:24  8  TO PROPOSE DOING FORESHORE PROTECTION OF TEXT SECTION AND TO

16:24  9  EVALUATE THE NEPA ENVIRONMENTAL IMPACT STATEMENT.

16:24  10          MOVING DIRECTLY TO THE LOCATION, ARE YOU FAMILIAR

16:24  11  WITH THE AREA THAT IS DESCRIBED IN EA-38, STATIONS 475 THROUGH

16:24  12  501 OF THE MRGO?

16:24  13  **A.**   YES.  IT'S THAT AREA BETWEEN BAYOU BIENVENUE AND THE

16:24  14  LA LOUTRE RIDGE, CLOSE TO BAYOU DUPRE.

16:25  15          **MS. GILBERT:**  CAN WE PULL UP PX-1517.

16:25  16          **MS. MILLER:**  COULD YOU TELL ME THAT NUMBER AGAIN.

16:25  17          **MS. GILBERT:**  1517, ANOTHER IMAGE.  IT WOULD BE IN

16:25  18  WHAT I HAVE GIVEN YOU, SLIDE 69.

16:25  19  **BY MS. GILBERT:**

16:25  20  **Q.**   THIS IS THE AREA THAT'S DEPICTED THAT'S BEING DESCRIBED IN

16:25  21  EA-38?

16:25  22  **A.**   YEAH.  THIS IS THE DREDGE OF THE MRGO MOVING TOWARD THE

16:25  23  SOUTH.  HERE'S THE MRGO CHANNEL, BAYOU MERCIER, THE

16:25  24  LAKE BORGNE.

16:25  25          AGAIN, I WOULD LIKE TO POINT OUT TO THE COURT THAT

16:25   1   THERE'S EVIDENCE OF A HIGHLY DIVERSE VEGETATION COMMUNITY,

16:25   2   INCLUDING TREES, REEDS, AND SHRUBS, AS INTERSPERSED WITH PONDS

16:25   3   AND BAYOUS IN THIS AREA.  SO THIS IS A PRE-MRGO CONDITION.

16:26   4   **Q.**   CAN YOU TURN TO THE NEXT SLIDE, PLEASE, WHICH IS PAGE 70.

16:26   5   AGAIN, CAN YOU DESCRIBE FOR THE COURT -- THIS IS JUST ANOTHER

16:26   6   VIEW OF THE SAME AREA?

16:26   7   **A.**   THIS IS A CLOSER VIEW OF THAT, AND YOU CAN SEE IN THIS

16:26   8   AREA -- THIS AREA, FOR INSTANCE, AND THIS AREA -- THE VARIETY

16:26   9   OF VEGETATION TYPES I'VE BEEN TALKING ABOUT.  BAYOU MERCIER IS

16:26   10  HERE, MRGO CHANNEL IS HERE, AND THIS IS THE SPOIL CONTAINMENT

16:26   11  LEVEE.

16:26   12  **Q.**   MOVING TO THE NEXT SLIDE, WHICH IS SLIDE 71 ON THE

16:26   13  PRESENTATION THAT I HAVE GIVEN TO THE GOVERNMENT, ARE THESE THE

16:26   14  AREAS OF THE MRGO THAT ARE DESCRIBED IN EA-38?

16:26   15  **A.**   YES.  YOU CAN SEE HERE THE GREEN AREA IS THE -- FOR THIS

16:26   16  EA, YOU SEE HERE PART OF BAYOU MERCIER, AND THIS IS THE

16:27   17  DIMENSIONS OF THE MRGO JUST AFTER CONSTRUCTION.

16:27   18  **Q.**   MOVING TO THE NEXT SLIDE, THIS IS PX-1810.36 FROM THE GIS

16:27   19  DATABASE THAT WAS PRODUCED.  CAN YOU TURN TO THE NEXT SLIDE.

16:27   20  GOING BACK -- COULD YOU GO BACK ONE SECOND.  THIS IS IN 1965.

16:27   21  CAN YOU TURN TO THE NEXT SLIDE IN 1985.

16:27   22        THIS IS APPROXIMATELY THE TIME THAT THE EA WAS BEING

16:27   23  ANALYZED, THE ENVIRONMENTAL ASSESSMENT OF THE WORK WAS BEING

16:27   24  DONE IN THIS VICINITY?

16:27   25  **A.**   WHAT YOU CAN SEE HERE IS THAT THERE'S BEEN CONSIDERABLE

FINAL DAILY COPY

16:27  1  BANK EROSION ON BOTH SIDES OF THE MRGO.  THERE'S EVIDENCE OF

16:27  2  SOME BREAKUP OF INTERNAL MARSH IN HERE.  YOU STILL SEE BAYOU

16:27  3  MERCIER THERE.

16:27  4       SO THE CANAL IS WIDENING, AND YOU CAN SEE THE

16:27  5  DIFFERENCE AS THIS GOES BACK AND FORTH.  AS DEMONSTRATED BY

16:28  6  DR. FITZGERALD YESTERDAY, THERE'S A VERY SIGNIFICANT WIDENING

16:28  7  OF THE CHANNEL.

16:28  8  **Q.**   AND THAT'S AN OBVIOUS WIDENING.  CAN YOU DESCRIBE SOME OF

16:28  9  THE AREAS IN PX-1810.38 -- CAN YOU GO TO THE NEXT SLIDE.  THIS

16:28  10  IS 2005.

16:28  11       CAN YOU DESCRIBE THE EFFECTS OF LOSS OF LAND AND BANK

16:28  12  EROSION ALONG THIS CHANNEL BETWEEN THOSE FEW --

16:28  13  **A.**   I'M TRYING TO, YEAH.  WELL, YOU SEE THERE, THE WIDENING

16:28  14  CONTINUES HERE.  THE MARSH IS BREAKING UP INTERNALLY HERE.

16:28  15  THERE'S BAYOU MERCIER.  YOU CONTINUE TO SEE THE WIDENING OF THE

16:28  16  CHANNEL DUE TO THE LOSS OF WETLANDS ALONG THE CHANNEL.

16:28  17  **Q.**   LET'S GO BACK TO THE TIME OF THE PROPOSED ENVIRONMENTAL

16:28  18  ASSESSMENT, WHICH IS 1983 TIME PERIOD, THE PREVIOUS SLIDE.

16:29  19       IS IT TRUE, DR. DAY, THAT THIS IS AN OBVIOUS

16:29  20  DEGRADATION OF THE WETLANDS VICINITY OF THE PROPOSED AREA FOR

16:29  21  EA-38?

16:29  22  **A.**   YES.

16:29  23       **MS. MILLER:**  OBJECTION.  TO THE EXTENT DR. DAY IS

16:29  24  RESPONDING ABOUT THE -- WHETHER HE IS FAMILIAR WITH AN AREA

16:29  25  DISCUSSED IN AN EA, THAT'S DIFFERENT, I THINK, THAN NOW.  THE

| | | |
|---|---|---|
| 16:29 | 1 | QUESTION IS GETTING INTO WHAT THE SUBSTANCE OF THE EA WAS |
| 16:29 | 2 | ADDRESSING.  DR. DAY DID NOT EVALUATE THIS EA IN PREPARATION OF |
| 16:29 | 3 | HIS REPORT, AND HE EXPRESSED NO OPINIONS ABOUT THE SUBSTANCE OF |
| 16:29 | 4 | THE EA.  SO I OBJECT TO HIS TESTIMONY ABOUT THIS DOCUMENT, THE |
| 16:29 | 5 | SUBSTANCE OF IT. |
| 16:29 | 6 | **THE COURT:**  THE QUESTION WAS:  IS IT AN OBVIOUS |
| 16:29 | 7 | WIDENING?  COUNSEL IS AGAIN TRYING TO HAVE DR. DAY STAY WITHIN |
| 16:30 | 8 | THE CONFINES OF HIS REPORT OF OPINIONS AND OTHER COMMENTS MADE |
| 16:30 | 9 | THEREIN.  SO, ONE, IS THIS ISSUE DISCUSSED IN HIS REPORT? |
| 16:30 | 10 | **MS. GILBERT:**  WELL, HIS REPORT ADDRESSES THE EFFECTS |
| 16:30 | 11 | OF THE WORK THAT'S BEING DONE ON THE MRGO AND THE WETLANDS LOSS |
| 16:30 | 12 | IN THE VICINITY.  THIS IS A SIGNIFICANT LOSS OF WETLANDS IN THE |
| 16:30 | 13 | VICINITY AT THIS TIME PERIOD, SO IT DOES GO TO NOTICE ALSO. |
| 16:30 | 14 | WHAT I'M TRYING TO ESTABLISH WITH THE REPORT IS |
| 16:30 | 15 | THE VARIOUS TIMES UNDER WHICH THE CORPS TOOK IT UPON THEMSELVES |
| 16:30 | 16 | TO EVALUATE THE ENVIRONMENTAL CONDITIONS THAT WERE TAKING PLACE |
| 16:30 | 17 | AT VARIOUS TIMES IN HISTORY WITH REGARD TO SPECIFIC LOCATIONS |
| 16:30 | 18 | ALONG THE MRGO AND WHETHER OR NOT THERE WERE OBVIOUS SECONDARY |
| 16:30 | 19 | IMPACTS OF HAVING LOST BUFFERING WETLANDS THAT WOULD HAVE |
| 16:30 | 20 | CREATED A HURRICANE STORM SURGE.  SO AT THIS PARTICULAR TIME IN |
| 16:30 | 21 | HISTORY WHEN THE CORPS HAS IMPLEMENTED AN ANALYSIS OF ITS |
| 16:30 | 22 | ACTIVITY -- |
| 16:30 | 23 | **THE COURT:**  I THINK BROADLY IT'S WITHIN THE SCOPE OF |
| 16:31 | 24 | HIS REPORT, SO I'M GOING TO ALLOW IT. |
| | 25 | |

16:31   1   **BY MS. GILBERT:**

16:31   2   **Q.**   IS THERE AN OBVIOUS DEGRADATION OF THE WETLANDS IN THE

16:31   3   VICINITY OF THE AREA THAT THE CORPS IS ANALYZING AT THIS TIME

16:31   4   IN HISTORY, AS OF 1983, IN THIS PARTICULAR LOCATION?

16:31   5   **A.**   YES.  IT MEANS THAT THERE'S CLEARLY A WIDENING OF THE

16:31   6   CHANNEL, AND THERE'S A BREAKUP, INTERNAL BREAKUP IN THE LEVEES.

16:31   7   YOU CAN SEE THAT.

16:31   8   **Q.**   NOW, WITH REGARD TO ANOTHER LOCATION AT ROUGHLY THE SAME

16:31   9   TIME, IF YOU COULD TURN TO JX-171, ARE YOU FAMILIAR WITH THE

16:31   10  AREA BETWEEN BAYOU BIENVENUE CONTROL STRUCTURE AND THE END OF

16:31   11  THE CHALMETTE HURRICANE PROTECTION LEVEE?

16:31   12  **A.**   YES.

16:31   13  **Q.**   IN 1947 [SIC] THE CORPS AGAIN EVALUATED THE NEED FOR AN

16:31   14  ENVIRONMENTAL IMPACT STATEMENT FOR --

16:31   15          **THE COURT:**  WHAT YEAR?  I'M SORRY.

16:32   16          **MS. GILBERT:**  1985.

16:32   17  **BY MS. GILBERT:**

16:32   18  **Q.**   -- IN THIS AREA WITH SPECIFIC REGARD TO THE EFFECT OF THE

16:32   19  MRGO FROM BAYOU BIENVENUE, THE CONTROL STRUCTURE, TO THE END OF

16:32   20  THE CHALMETTE LOOP OF THE HURRICANE PROTECTION LEVEE.

16:32   21          AGAIN, THIS IS THE LOCATION AT PX-1517.  IT'S

16:32   22  SLIDE 77.  AGAIN, THIS IS THE ENVIRONMENT THAT EXISTED AT THE

16:32   23  TIME THE MRGO WAS BEING CUT.

16:32   24          MOVING ON TO THE NEXT SLIDE, PX-1810.30, WHICH IS THE

16:32   25  AREA THAT THE COURT WAS VERY INTERESTED IN YESTERDAY WITH

FINAL DAILY COPY

16:33    1    DR. FITZGERALD, THIS IS THE LAND BRIDGE AREA IN THE TIME FRAME

16:33    2    OF 1985.

16:33    3            MS. MILLER:  OBJECTION, YOUR HONOR.  THE PHOTOGRAPH

16:33    4    STATES THAT IT'S FROM 1965, SO COUNSEL'S REPRESENTATION THAT

16:33    5    THIS IS FROM 1985 IS --

16:33    6            MS. GILBERT:  I'M SORRY.  I MISSPOKE.  I WITHDRAW

16:33    7    THAT.  YOU CAN SEE THAT THIS IS INTACT.

16:33    8            THE COURT:  IT LOOKS FAIRLY INTACT.  SO NOTED, IT WAS

16:33    9    1965.

16:33    10   **BY MS. GILBERT:**

16:33    11   **Q.**   THAT'S 1810.30.  MOVING ON TO THE NEXT SLIDE, WHICH IS

16:33    12   SLIDE 79, DO YOU SEE A DEGRADATION -- WITHDRAW THE QUESTION.

16:33    13           IS THIS A MUCH LARGER AREA OF THE CHANNEL THAT'S

16:33    14   BEING EXAMINED AT THIS POINT?

16:33    15   **A.**   THIS IS ABOUT A 10-MILE STRETCH.

16:33    16   **Q.**   HOW MANY MILES, APPROXIMATELY, WAS BEING ANALYZED FOR THE

16:33    17   PRIOR ANALYSIS, ENVIRONMENTAL IMPACT?

16:33    18   **A.**   I THINK IT WAS ABOUT ONE MILE.

16:34    19   **Q.**   OKAY.  NOW, LOOKING AT THIS, DO YOU SEE ANY -- IT'S

16:34    20   OBVIOUSLY A LARGER AREA, SO IT'S HARDER TO ISOLATE SPECIFIC

16:34    21   AREAS OF DEGRADATION, BUT DO YOU SEE AREAS OF DEGRADATION OF

16:34    22   THE WETLANDS IN THE VICINITY ALREADY?

16:34    23   **A.**   YOU CAN SEE WIDENING OF THE CHANNEL HERE IN THIS AREA, AND

16:34    24   YOU ALSO SEE SOME INTERNAL BREAKUP HERE AND INTERNAL MARSH.

16:34    25           IT'S NOT EVIDENT HERE, BUT THE LAND BRIDGE, THE

16:34    1    OPENING TO LAKE BORGNE, IS WIDENING.

16:34    2    **Q.**    THAT'S AS OF 1985, THE TIME THAT THE CORPS WAS EVALUATING

16:34    3    THE ACTUAL ENVIRONMENTAL IMPACT.

16:34    4              GOING TO THE NEXT --

16:34    5              **MS. MILLER:**  I WOULD JUST LIKE TO MAKE ANOTHER

16:34    6    OBJECTION OR PERHAPS A CONTINUING OBJECTION TO DISCUSSIONS OF

16:34    7    THESE ENVIRONMENTAL ASSESSMENTS.  IT'S NOT SOMETHING THAT WAS

16:34    8    EVALUATED FOR THE EXPERT REPORT, AND FOR THAT REASON I THINK IT

16:34    9    GOES BEYOND THE SCOPE OF WHAT THIS WITNESS SHOULD BE TESTIFYING

16:35   10    TO.  HIS REPORT DISCUSSED GENERALLY SOME OF THESE PRINCIPLES

16:35   11    BUT NOT WITH APPLICATION TO SPECIFIC TIME PERIODS.  THAT WAS

16:35   12    COVERED BY DR. FITZGERALD YESTERDAY.

16:35   13              **THE COURT:**  I UNDERSTAND YOUR OBJECTION.  IT IS

16:35   14    TECHNICALLY WELL TAKEN.  BUT SINCE IT'S WITHIN THE BASIC SCOPE

16:35   15    OF HIS REPORT, I'M GOING TO ALLOW IT.

16:35   16              WE HAVE TO WATCH THIS.  YOU ARE TRYING TO

16:35   17    ESTABLISH THE TIME PERIOD FOR DEGRADATION.  I UNDERSTAND THAT.

16:35   18    I ASSUME THAT'S WHAT YOU ARE TRYING TO ESTABLISH.  I'VE SEEN A

16:35   19    LOT OF THESE PICTURES.  DR. FITZGERALD TESTIFIED ABOUT

16:35   20    DEGRADATION AND A LOT OF PICTURES, AND ALSO THE SPECIFIC AREA.

16:35   21    HE DID AS WELL.  I'M NOT QUITE SURE HOW IT DIFFERENTIATES FROM

16:35   22    DR. FITZGERALD'S TESTIMONY OR NOT, OR HOW IT SUPPLEMENTS IT OR

16:35   23    AUGMENTS IT.  I DON'T REMEMBER IT WORD-FOR-WORD.

16:35   24              YOU ARE SHOWING THE TIME PERIODS.  ARE YOU

16:36   25    SIMPLY SAYING, AT THE TIME OF THIS ENVIRONMENTAL ASSESSMENT,

| | | |
|---|---|---|
| 16:36 | 1 | THIS IS WHAT IT LOOKED LIKE? |
| 16:36 | 2 | **MS. GILBERT:**  YES, YOUR HONOR. |
| 16:36 | 3 | **THE COURT:**  I UNDERSTAND THAT. |
| 16:36 | 4 | **MS. GILBERT:**  PART OF THE POINT OF THIS TESTIMONY IS |
| 16:36 | 5 | ALSO TO DEMONSTRATE TO THE COURT THIS IS NOT JUST AT THE TIME |
| 16:36 | 6 | THAT THE CORPS WAS EVALUATING IT, THE OBVIOUS NATURE OF THIS -- |
| 16:36 | 7 | AND THERE IS MORE.  HE IS NOT SPECIFICALLY TESTIFYING WITH |
| 16:36 | 8 | REGARDS TO THE SUBSTANCE OF THE EA, SO -- |
| 16:36 | 9 | **THE COURT:**  I UNDERSTAND.  I'VE GOT THAT.  IT'S JUST |
| 16:36 | 10 | THAT BEYOND THE REPORT -- BE PREPARED TO INCISIVELY STATE, IF |
| 16:36 | 11 | SHE OBJECTS AGAIN, WHY THIS IS REALLY ENCOMPASSED WITHIN HIS |
| 16:36 | 12 | REPORT.  I'M NOT GOING TO ALLOW EXPERTS TO STRAY TOO FAR BEYOND |
| 16:36 | 13 | WHAT'S IN THEIR REPORT UNLESS IT'S INEXTRICABLY INTERTWINED |
| 16:36 | 14 | WITH THEIR REPORT. |
| 16:36 | 15 | **MS. GILBERT:**  IN ESSENCE, WHAT I WOULD LIKE TO DO IS |
| 16:36 | 16 | DEMONSTRATE TO THE COURT SOME OF THE MORE OBVIOUS MECHANISMS |
| 16:37 | 17 | THAT ARE INVOLVED IN THE DEGRADATION IN THESE AREAS THAT |
| 16:37 | 18 | DR. DAY CAN ELABORATE ON, IN PARTICULAR, THE AREA WHERE THE |
| 16:37 | 19 | PRIMARY, I THINK, FLUX BETWEEN THE MRGO AND LAKE BORGNE, WHICH |
| 16:37 | 20 | CREATED AN EXACERBATION OF THE PROBLEM BETWEEN THE SALTWATER |
| 16:37 | 21 | FLOW THAT DR. DAY DID TALK ABOUT EARLIER, I THINK. |
| 16:37 | 22 | **THE COURT:**  THE COURT IS WELL AWARE, FROM LOOKING AT |
| 16:37 | 23 | PHOTOGRAPHS, THAT THE SO-CALLED "LAND BRIDGE" IN LAKE BORGNE |
| 16:37 | 24 | CONTINUED TO WIDEN OVER TIME. |
| 16:37 | 25 | **MS. GILBERT:**  YES.  AND I BELIEVE THAT THE COURT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:37 | 1 | ASKED DR. FITZGERALD YESTERDAY WHAT THE FUNCTION AND MECHANISM |
| 16:37 | 2 | OF THE LOSS OF LAND IN THE LAND BRIDGE WAS, AND I THINK THAT IS |
| 16:37 | 3 | PRIMARILY WHERE DR. DAY'S TESTIMONY WILL BE ABLE TO ELUCIDATE |
| 16:37 | 4 | THE LOSS OF LAND IN THAT SPECIFIC AREA.  I WILL RUN RIGHT TO |
| 16:37 | 5 | THE SECTION THAT HAS GOT THE MOST OBVIOUS -- |
| 16:37 | 6 | THE COURT:  DO THAT. |
| 16:37 | 7 | MS. MILLER:  YOUR HONOR, I WOULD JUST LIKE TO OBJECT |
| 16:37 | 8 | TO THE USE OF THE EA'S FOR THIS PURPOSE. |
| 16:38 | 9 | THE COURT:  WELL, HE IS NOT COMMENTING ON THE EA'S. |
| 16:38 | 10 | HE IS NOT COMMENTING ON IT.  YOU SAY ASSUME AN EA WAS GOING ON |
| 16:38 | 11 | AT THIS TIME. |
| 16:38 | 12 | MS. GILBERT:  YES, THAT'S CORRECT. |
| 16:38 | 13 | THE COURT:  THAT'S IN THE RECORD; RIGHT?  THAT'S IN |
| 16:38 | 14 | THE RECORD. |
| 16:38 | 15 | MS. GILBERT:  ALL THE EA'S ARE IN EVIDENCE WITHOUT |
| 16:38 | 16 | OBJECTION. |
| 16:38 | 17 | THE COURT:  HE IS NOT COMMENTING ON THE VIABILITY OR |
| 16:38 | 18 | THE APPROPRIATENESS OR THE LEGAL EFFECTS OF THE ENVIRONMENTAL |
| 16:38 | 19 | ASSESSMENT.  I'M ASSUMING YOU ARE JUST PUTTING IT THERE TO SAY, |
| 16:38 | 20 | "OH, BY THE WAY, AT THE TIME THIS ENVIRONMENTAL ASSESSMENT WAS |
| 16:38 | 21 | BEING DONE, THIS IS WHAT IT LOOKED LIKE." |
| 16:38 | 22 | MS. GILBERT:  THAT'S CORRECT, AND FOR PURPOSES OF |
| 16:38 | 23 | PICKING A TIME FRAME WHERE WE CAN ANCHOR THE CORPS' ACTIVITY TO |
| 16:38 | 24 | A SPECIFIC LOCATION. |
| 16:38 | 25 | THE COURT:  I'M GOING TO ALLOW IT.  BUT, PLEASE, WE |

| | | |
|---|---|---|
| 16:38 | 1 | NEED MORE INCISIVE QUESTIONS.  I CAN SHOW YOU HOW TO DO IT.  GO |
| 16:38 | 2 | AHEAD.  IT'S EASY WHEN YOU ARE THE JUDGE, I ADMIT. |
| 16:39 | 3 | **MS. GILBERT:**  LOOKING AT SLIDE 90, SLIDE 90 SHOWS |
| 16:39 | 4 | SPECIFICALLY THE AREA OF THE LAND BRIDGE THAT YOUR HONOR WAS |
| 16:39 | 5 | INTERESTED IN YESTERDAY. |
| 16:39 | 6 | **BY MS. GILBERT:** |
| 16:39 | 7 | **Q.**   DR. DAY, I'M GOING TO RUN YOU THROUGH SLIDE 90 -- |
| 16:39 | 8 | **THE COURT:**  I'M SORRY, THIS IS 1991? |
| 16:39 | 9 | **MS. GILBERT:**  NO, NO, NO.  THE SLIDE IMAGE IS 1965. |
| 16:39 | 10 | **BY MS. GILBERT:** |
| 16:39 | 11 | **Q.**   THE AREA THAT WE ARE EXAMINING, THE BLUE AREA OF THE |
| 16:39 | 12 | CHANNEL -- OR THE GREEN AREA OF THE CHANNEL RELATES TO AN EA |
| 16:39 | 13 | THAT WAS DONE IN 1991, BUT THAT WHOLE STRETCH OF THE SAME |
| 16:39 | 14 | CHANNEL AREA IS WHAT WE ARE HIGHLIGHTING. |
| 16:39 | 15 | IF YOU GO TO THE NEXT SLIDE, IN 1985 THE DEGRADATION |
| 16:39 | 16 | OF THE AREA OF THE LAND BRIDGE IS EVIDENT FROM 1965 TO 1985. |
| 16:40 | 17 | IF YOU GO TO THE NEXT SLIDE, THIS IS IN 2005. |
| 16:40 | 18 | **MS. MILLER:**  I'M SORRY, YOUR HONOR.  I OBJECT TO |
| 16:40 | 19 | COUNSEL TESTIFYING. |
| 16:40 | 20 | **MS. GILBERT:**  I'M GOING TO RUN THROUGH IT SO THAT YOU |
| 16:40 | 21 | DON'T HAVE TO -- |
| 16:40 | 22 | **THE COURT:**  YOU NEED TO ASK A QUESTION, THOUGH.  YOU |
| 16:40 | 23 | CAN'T TESTIFY. |
| 16:40 | 24 | IS THAT WHAT YOU ARE OBJECTING TO, COUNSEL |
| 16:40 | 25 | TESTIFYING? |

16:40   1            MS. MILLER:  YES.

16:40   2            THE COURT:  YOU CAN'T TESTIFY.

16:40   3    BY MS. GILBERT:

16:40   4    Q.   DR. DAY, CAN YOU DESCRIBE THE PROCESS OF THE LAND LOSS AS

16:40   5    IS EVIDENT FROM IMAGE PX-1810.32 THROUGH -- AND WHAT I WAS

16:40   6    TRYING TO DO WAS DEMONSTRATE THE ACTUAL SERIES OF PICTURES, BUT

16:40   7    FROM 1955 --

16:40   8            THE COURT:  WE ARE SHOWING THE INCREMENTAL LAND LOSS

16:40   9    FROM ACTUALLY 1965 TO 2005?

16:40   10            MS. GILBERT:  CORRECT.  IN THE VICINITY OF MILE

16:40   11    MARKERS 54 THROUGH 51.

16:40   12            MS. MILLER:  YOUR HONOR, I WILL JUST OBJECT AS HAVING

16:41   13    BEEN COVERED BY DR. FITZGERALD YESTERDAY.

16:41   14            THE COURT:  IT MAY WELL HAVE BEEN.

16:41   15    BY MS. GILBERT:

16:41   16    Q.   CAN YOU DESCRIBE THE MECHANISMS THAT ARE CAUSING --

16:41   17            THE COURT:  I'M GOING TO ALLOW THE QUESTION.

16:41   18            THE WITNESS:  WELL, I THINK THE ISSUE HERE IS, INSIDE

16:41   19    THE CENTRAL WETLANDS UNIT, THERE WAS A BREAKOFF OF MARSH HERE

16:41   20    OVER THIS PERIOD, AND THAT'S COINCIDENT WITH THE LOSS OF THE

16:41   21    LAND RIDGE IN THIS AREA.  THAT WOULD HAVE INTRODUCED SALINE

16:41   22    WATER VIA BAYOU DUPRE RIGHT HERE INTO THIS AREA, AND THAT'S

16:41   23    CONSISTENT WITH THE IDEA OF SALT COMING INTO A FRESHER AREA AND

16:41   24    CAUSING DEGRADATION OF THE SOILS AND BREAKUP OF WETLANDS.  THAT

16:41   25    WAS SHOWN AS AN AREA OF HIGH LAND LOSS YESTERDAY BY

| | | |
|---|---|---|
| 16:41 | 1 | DR. FITZGERALD. |
| 16:42 | 2 | **THE COURT:**  THE COURT DOES REALIZE, WITH THIS MANY |
| 16:42 | 3 | EXHIBITS, THERE'S GOING TO BE SOME CONFUSION AND PROBLEMS.  I'M |
| 16:42 | 4 | WELL AWARE OF IT.  I UNDERSTAND IT. |
| 16:45 | 5 | ARE YOU READY?  I WILL WAIT UNTIL MR. BRUNO -- I |
| 16:45 | 6 | DIDN'T WANT -- EVERYBODY IS READY? |
| 16:45 | 7 | **BY MS. GILBERT:** |
| 16:45 | 8 | **Q.**   DR. DAY, CAN YOU DESCRIBE THE PROCESS BY WHICH THE |
| 16:45 | 9 | WIDENING OF THE CHANNEL AND THE BANK EROSION INTERPLAYS WITH |
| 16:45 | 10 | THE LOSS OF WETLANDS WITHIN THE CENTRAL WETLANDS UNIT. |
| 16:45 | 11 | **A.**   THE CONTINUING INTRODUCTION OF FRESHWATER INTO THE AREA |
| 16:46 | 12 | CONTINUES TO INTRODUCE SALT -- THE CONTINUING OPERATION AND |
| 16:46 | 13 | MAINTENANCE OF THE CANAL KEEPS THE CANAL LARGE, AND IT ALLOWS |
| 16:46 | 14 | THE CONTINUING INTRODUCTION OF FRESHWATER [*SIC*] THROUGH THE |
| 16:46 | 15 | CHANNEL INTO THE CENTRAL WETLANDS UNIT. |
| 16:46 | 16 | **THE COURT:**  YOU'RE SAYING FRESHWATER? |
| 16:46 | 17 | **THE WITNESS:**  SORRY.  SALTWATER.  SALTWATER. |
| 23:59 | 18 | **BY MS. GILBERT:** |
| 16:46 | 19 | **Q.**   WE WISH. |
| 16:46 | 20 | **A.**   THIS CONTINUES -- SALTWATER, COMBINED WITH FLOODING, IS A |
| 16:46 | 21 | CONTINUED STRESS ON THE VEGETATION IN THE AREA.  IT ALSO |
| 16:46 | 22 | INHIBITS ANY EFFORTS AT RECOVERY IN THAT AREA AS LONG AS SALINE |
| 16:46 | 23 | WATER IS IN THE CENTRAL WETLANDS UNIT. |
| 16:46 | 24 | **Q.**   SO A STUDY OF THE BANK EROSION PROCESS ALONG THE CHANNELS |
| 16:46 | 25 | OF THE MRGO WOULD NECESSARILY INCLUDE OR SHOULD INCLUDE THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:46 | 1 | IMPACTS OF THE BANK EROSION PROBLEM; NOT JUST THE LOSS OF LAND |
| 16:46 | 2 | IN THE VICINITY OF THE CHANNEL, BUT ALSO THE SECONDARY IMPACTS |
| 16:47 | 3 | THAT THAT EROSION HAS ON THE WETLANDS IN THE CENTRAL WETLANDS |
| 16:47 | 4 | UNIT AND THE EFFECT THAT THE LOSS OF THOSE WETLANDS MIGHT HAVE |
| 16:47 | 5 | ON THE VARIABLES OF STORM HAZARDS? |
| 16:47 | 6 | A.   WELL, YES.  YEAH.  WHAT WE ARE TALKING ABOUT IS THE |
| 16:47 | 7 | CONTINUING SECONDARY AND CUMULATIVE IMPACT.  TO GAIN A FULL |
| 16:47 | 8 | UNDERSTANDING OF THE IMPACTS OF ANY OF THE ACTIONS TAKING PLACE |
| 16:47 | 9 | IN THE OPERATION AND MAINTENANCE OF THE MRGO NEEDS TO CONSIDER |
| 16:47 | 10 | SECONDARY AND CUMULATIVE IMPACTS TO GAIN FULL UNDERSTANDING OF |
| 16:47 | 11 | THE EFFECTS ON THIS ECOSYSTEM AND THE WETLANDS SPECIFICALLY. |
| 16:47 | 12 | Q.   SO A LOSS OF A SPECIFIC WETLAND -- ACTUAL LAND ALONG THE |
| 16:47 | 13 | BANKS OF THE MRGO IS NOT THE ONLY PROBLEM PRESENTED BY BANK |
| 16:47 | 14 | EROSION ALONG THE MRGO? |
| 16:47 | 15 | A.   THAT'S RIGHT. |
| 16:48 | 16 | Q.   WERE THERE FORESHORE PROTECTION METHODS AVAILABLE THAT |
| 16:48 | 17 | COULD HAVE PREVENTED THE BANK EROSION PROBLEM AND HAVE ALSO |
| 16:48 | 18 | PREVENTED THE SECONDARY IMPACTS OF LOSS OF WETLANDS WITHIN THE |
| 16:48 | 19 | CENTRAL WETLANDS UNIT AND THE GOLDEN TRIANGLE? |
| 16:48 | 20 | A.   TO THE EXTENT THE CHANNEL WAS PREVENTED FROM WIDENING, |
| 16:48 | 21 | THEN THAT WOULD HAVE LIMITED THE AMOUNT OF SALTWATER BEING |
| 16:48 | 22 | INTRODUCED BY MRGO. |
| 16:48 | 23 | MS. GILBERT:  CAN WE PULL UP SLIDE 98.  THE DOCUMENT |
| 16:48 | 24 | FOR SLIDE 98 IS PX-189. |
| 16:49 | 25 | MS. MILLER:  COULD WE GET AN EXHIBIT NUMBER. |

16:49    1          **MS. GILBERT:**  PX-188.  I'M SORRY.  IT'S PX-189.

16:49    2   **BY MS. GILBERT:**

16:49    3   **Q.**   ARE YOU ACQUAINTED WITH MESSRS. SAUCIER, HARTZOG --

16:49    4          **THE COURT:**  YOU NEED TO BLOW THAT UP.

16:49    5   **BY MS. GILBERT:**

16:49    6   **Q.**   ARE YOU ACQUAINTED WITH ANY OF THE INDIVIDUALS THAT ARE

16:49    7   LISTED AS HAVING PARTICIPATED IN THIS OCTOBER 6, 1999 MEETING?

16:49    8   **A.**   I KNOW THEM ALL EXCEPT MCBRIDE AND CLARK AND EXNICIOS.

16:50    9   **Q.**   IS THIS FROM YOUR AFFILIATION WITH THE CORPS, OR HOW ARE

16:50   10   YOU ACQUAINTED WITH THESE INDIVIDUALS?

16:50   11   **A.**   WELL, BRANTLEY AND SAUCIER, ACTUALLY, I TAUGHT THEM.

16:50   12   THROUGH MY WORK WITH THE CORPS --

16:50   13          **MS. MILLER:**  OBJECTION, YOUR HONOR, TO THE RELEVANCE

16:50   14   OF THIS INFORMATION.

16:50   15          **THE COURT:**  RELEVANCE?

16:50   16   **BY MS. GILBERT:**

16:50   17   **Q.**   ARE YOU AWARE OF WHETHER OR NOT YOU EVER INFORMED THESE

16:50   18   INDIVIDUALS OF THE --

16:50   19          **THE COURT:**  SO YOU NEED TO RESPOND TO THE OBJECTION.

16:50   20          **MS. GILBERT:**  I'M SORRY.  THE RELEVANCE IS THAT

16:50   21   DR. DAY IS AWARE OF THE INFORMATION THAT HE HAS PROVIDED TO

16:50   22   THESE INDIVIDUALS IN THE ANALYSIS OF THE IMPACTS OF WETLANDS

16:50   23   LOSS AND THEIR ANALYSIS OF THE POSSIBILITY OF FORESHORE

16:50   24   PROTECTION AS --

16:50   25          **THE COURT:**  FOR THE PURPOSE OF NOTICE, I WILL ALLOW

| | | |
|---|---|---|
| 16:50 | 1 | IT BECAUSE IT'S RELEVANT.  I'M ASSUMING HE IS GOING TO TESTIFY |
| 16:50 | 2 | AS TO WHAT HE SPECIFICALLY TOLD THESE PEOPLE REFERENCING A |
| 16:51 | 3 | RELEVANT TOPIC IN THIS LAWSUIT? |
| 16:51 | 4 | **MS. GILBERT:**  IN HIS COURSEWORK WITH THESE |
| 16:51 | 5 | INDIVIDUALS, HE DID EXPLORE THE SUBJECT OF WETLANDS LOSS IN |
| 16:51 | 6 | THE -- |
| 16:51 | 7 | **MS. MILLER:**  YOUR HONOR, I WOULD OBJECT TO THIS BEING |
| 16:51 | 8 | OUTSIDE THE SCOPE OF HIS EXPERT REPORT, AND THE PLAINTIFFS HAVE |
| 16:51 | 9 | NOT LISTED DR. DAY AS A FACT WITNESS. |
| 16:51 | 10 | **THE COURT:**  THAT'S TRUE. |
| 16:51 | 11 | **MS. GILBERT:**  WE WILL WITHDRAW THE QUESTION AS TO THE |
| 16:51 | 12 | INDIVIDUALS PARTICULARLY AND POINT TO THE SECOND PUBLIC |
| 16:51 | 13 | INVOLVEMENT SECTION. |
| 16:51 | 14 | **BY MS. GILBERT:** |
| 16:51 | 15 | **Q.**   WOULD A LARGE-SCALE BANK PROTECTION PROJECT HAVE PREVENTED |
| 16:51 | 16 | THE ONGOING DEGRADATION OF WETLANDS LOSS IN THE AREA OF THE |
| 16:51 | 17 | CENTRAL WETLANDS UNIT AND THE GOLDEN TRIANGLE AS OF 1993? |
| 16:52 | 18 | **MS. MILLER:**  OBJECTION TO THE USE OF THIS DOCUMENT |
| 16:52 | 19 | FOR THIS PURPOSE.  THERE'S BEEN NO FOUNDATION LAID FOR THIS |
| 16:52 | 20 | DOCUMENT.  IT'S NOT SOMETHING THAT DR. DAY CONSIDERED IN |
| 16:52 | 21 | PREPARING HIS EXPERT REPORT.  I BELIEVE TO THE SUBSTANCE OF THE |
| 16:52 | 22 | QUESTION, HE HAS ALREADY TESTIFIED. |
| 16:52 | 23 | **THE COURT:**  LET ME READ THE EXCERPT FIRST. |
| 16:52 | 24 | HOW DOES THIS DOCUMENT RELATE TO THE QUESTION |
| 16:52 | 25 | YOU ARE ASKING? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:52 | 1 | **MS. GILBERT:** WELL, THE CORPS IS NOW REJECTING -- |
| 16:53 | 2 | **THE COURT:** YOU CAN CERTAINLY GIVE THAT DOCUMENT TO |
| 16:53 | 3 | ME IN A BRIEF OR REFER IT TO ME. I UNDERSTAND WHAT IT SAYS AND |
| 16:53 | 4 | WHAT IT MEANS AND THE IMPLICATIONS. FOR THIS WITNESS' |
| 16:53 | 5 | EXPERTISE, YOU ASKED HIM ABOUT FORESHORE PROTECTION; CORRECT? |
| 16:53 | 6 | **MS. GILBERT:** UH-HUH. |
| 16:53 | 7 | **THE COURT:** WHY DON'T YOU JUST TAKE THAT OFF, ASK HIM |
| 16:53 | 8 | ABOUT FORESHORE PROTECTION, AND THEN ASK HIM -- IF YOU WANT TO |
| 16:53 | 9 | ASK HIM ABOUT A CERTAIN STATEMENT IN THERE BEING CORRECT OR |
| 16:53 | 10 | INCORRECT FROM HIS STANDPOINT, YOU CAN DO THAT. |
| 16:53 | 11 | **MS. GILBERT:** I WITHDRAW THE DOCUMENT FROM -- |
| 16:53 | 12 | **THE COURT:** YES. |
| 16:53 | 13 | BY MS. GILBERT: |
| 16:53 | 14 | Q. DR. DAY, AS A FACTUAL FOUNDATION, AS A PROFESSOR AND |
| 16:53 | 15 | HAVING SPOKEN TO THE INDIVIDUALS WHOM YOU MENTIONED, HAD YOU |
| 16:53 | 16 | EVER HAD OCCASION TO DESCRIBE THE PROCESSES OF SALT INTRUSION |
| 16:53 | 17 | AND FORESHORE PROTECTION TO THOSE INDIVIDUAL STUDENTS? |
| 16:54 | 18 | **MS. GILBERT:** I WILL WITHDRAW THAT QUESTION AND START |
| 16:54 | 19 | OVER. |
| 16:54 | 20 | **THE COURT:** WHETHER HE TOLD THEM WHEN THEY WERE 21 |
| 16:54 | 21 | AND, YOU KNOW, USING A SLIDE RULE -- I GUESS THE REAL ISSUE IS |
| 16:54 | 22 | FORESHORE PROTECTION. IS IT FEASIBLE? COULD IT HAVE BEEN |
| 16:54 | 23 | DONE? WOULD IT HAVE KEPT THE LEVEE -- WHETHER HE TOLD THEM OR |
| 16:54 | 24 | NOT, IF SOMEBODY CAN TELL US WHETHER THAT IS STANDARD |
| 16:54 | 25 | ENGINEERING PRACTICE -- |

16:54    1          **MS. GILBERT:**  OKAY.

16:54    2          **THE COURT:**  HE HAS ALREADY TESTIFIED THAT FORESHORE

16:54    3    PROTECTION -- THAT THERE WAS TECHNOLOGY AVAILABLE TO KEEP THE

16:54    4    MRGO AT ITS SIZE WHEN BUILT, SO I DON'T KNOW WHERE WE --

16:54    5          **MS. GILBERT:**  I'M GOING TO ACTUALLY WITHDRAW THE

16:54    6    QUESTION ENTIRELY AND MOVE ON.

23:00    7    **BY MS. GILBERT:**

16:55    8    **Q.**   EXPLORING METHODS OF WETLANDS PRESERVATION AND RESTORATION

16:55    9    IN THE VICINITY OF THE MRGO, WOULD THE FORESHORE PROTECTION

16:55   10    THAT WAS PROPOSED ALONG THE ENTIRE STRETCH OF THE MRGO HAVE

16:55   11    PRESERVED OR RESTORED THE WETLANDS IN THE CENTRAL WETLANDS

16:55   12    UNIT?

16:55   13    **A.**   IN AND OF ITSELF, NO.

16:55   14    **Q.**   ARE THERE METHODS OF WETLAND RESTORATION AND PRESERVATION

16:55   15    THAT COULD HAVE BEEN IMPLEMENTED THAT YOU CAN --

16:55   16          **MS. GILBERT:**  CAN YOU TURN TO SLIDE PX-1516.  IT'S

16:55   17    SLIDE 19.

16:55   18              I'M SORRY.  WITHDRAW THAT.  JUST GO TO THE SLIDE

16:55   19    120.  YOU CAN TURN TO YOURS.

16:56   20          **MS. MILLER:**  OBJECTION, YOUR HONOR, TO THE

16:56   21    ARGUMENTATIVE TITLE ON THIS EXHIBIT.

16:56   22          **THE COURT:**  YES.  IT'S QUITE POLEMICAL, AND I THINK

16:56   23    THAT'S REASONABLE.  IF IT'S PART OF HIS REPORT, HE CAN --

16:56   24          **MS. GILBERT:**  NO, IT'S NOT.  WE CAN TAKE THE

16:56   25    DEMONSTRABLE OFF.

FINAL DAILY COPY

16:56    1   **BY MS. GILBERT:**

16:56    2   **Q.**   CAN YOU DESCRIBE FOR THE COURT THE METHODS OF BANK

16:56    3   RESTORATION THAT COULD HAVE BEEN UTILIZED WITH THE DREDGED

16:56    4   MATERIAL.

16:56    5   **A.**   WELL, THE QUESTION HERE IS COULD THE CORPS HAVE USED SPOIL

16:56    6   MATERIAL TO BUILD NEW WETLANDS RATHER THAN PILE A LOT OF IT ON

16:56    7   EXISTING WETLANDS AND DESTROY THEM, AND I THINK THAT WOULD HAVE

16:56    8   BEEN ONE OBVIOUS THING THAT THE CORPS COULD HAVE DONE.

16:56    9          THE GENERAL ISSUE HERE IS THE APPROACH TO THIS WHOLE

16:57   10   ISSUE, THE CLEAR DESTRUCTION OF THIS ECOSYSTEM, AND ESSENTIALLY

16:57   11   PUTTING THE BLINDERS ON AND FAILURE TO CONSIDER A NUMBER OF

16:57   12   LARGER RESTORATION EFFORTS, MITIGATION EFFORTS THAT COULD HAVE

16:57   13   SOLVED A LOT OF THESE PROBLEMS.  THEY WERE NEVER DONE IN THE

16:57   14   WHOLE HISTORY OF THIS THING AND ONLY, YOU KNOW, THE FORCE OF

16:57   15   HURRICANE KATRINA HAS BROUGHT ALL OF US, YOU KNOW, SOCIETY TO

16:57   16   THE CONCLUSION THAT THIS CANAL WAS A MISTAKE AND THEY ARE

16:57   17   CLOSING IT NOW.  I THINK THAT SPEAKS LEGIONS TO THIS.

16:57   18          THERE WERE THINGS THAT COULD HAVE BEEN DONE ALL

16:57   19   ALONG.  TO ADEQUATELY LOOK AT THE IMPACT OF THE MRGO, THEY

16:57   20   NEEDED -- THE CORPS SHOULD HAVE TAKEN A BROADER VIEW AND

16:57   21   CONSIDERED ALL THE SECONDARY AND CUMULATIVE IMPACTS AND HOW

16:57   22   THEY LED TO THE DEGRADATION, CONTINUED DEGRADATION OF THIS

16:58   23   AREA, AND PROPOSED -- CHOSEN FROM AMONG THE RESTORATION TOOLS

16:58   24   THAT WERE AVAILABLE AND PROVEN AND COULD HAVE PRESERVED OR

16:58   25   RESTORED A LARGE AREA OF THIS ECOSYSTEM.  NONE OF THIS -- NONE

16:58    1   OF THIS -- WAS EVER DONE.

16:58    2        **THE COURT:**  YOUR SPECIFIC QUESTION WAS ABOUT SPOIL,

16:58    3   COUNSEL.  DO YOU WANT TO TRY TO NARROW THAT.

16:58    4   **BY MS. GILBERT:**

16:58    5   **Q.**   CAN YOU DESCRIBE FOR THE COURT THE PROCESS OF REBUILDING

16:58    6   THE MARSH SYSTEM IN THE WETLANDS THAT COULD HAVE BEEN

16:58    7   IMPLEMENTED BY THE USE OF PLACEMENT OF SPOIL, THE ACTUAL

16:58    8   MECHANISMS THAT WOULD HAVE TAKEN PLACE AND BY USING THE SPOIL

16:58    9   MATERIAL THAT ACTUALLY ENDED UP BEING TAKEN OUT OF THE MRGO.

16:58   10   **A.**   WELL, I MEAN, THE CORPS HAS A LARGE PROGRAM OF BENEFICIAL

16:58   11   USE OF DREDGED SPOIL.  THEY USE IT AT THE MOUTH OF THE

16:58   12   MISSISSIPPI RIVER ROUTINELY, AND IT'S USED ALL OVER THE

16:58   13   COUNTRY.  IT COULD HAVE BEEN DONE HERE.

16:58   14        THE POINT IS NEARLY -- BETWEEN 15,000 AND

16:58   15   20,000 ACRES OF WETLANDS WERE DESTROYED BY THE PLACEMENT OF

16:59   16   SPOIL, AND MUCH OF THAT WETLAND COULD HAVE BEEN PRESERVED AND

16:59   17   NEW WETLAND CREATED IF THE SPOIL HAD BEEN WIDELY USED.  IT'S

16:59   18   CERTAINLY SOMETHING THEY KNEW ABOUT.  IT'S SOMETHING THAT THEY

16:59   19   HAVE BEEN DOING FOR DECADES.

16:59   20   **Q.**   MY QUESTION, DR. DAY, IS:  CAN YOU DESCRIBE FOR THE COURT

16:59   21   THE MANNER IN WHICH YOU CAN TAKE THE DREDGED SPOIL MATERIAL AND

16:59   22   REBUILD WETLANDS OR REBUILD MARSH AREA?

16:59   23   **A.**   THE NORMAL METHOD IS GENERALLY A LOW RETAINING DIKE IS

16:59   24   BUILT AROUND THE AREA TO BE CREATED OR RESTORED.  THE SPOIL IS

16:59   25   PUMPED IN THERE.  IT'S ALLOWED TO SETTLE DOWN.  IT'S PUMPED

| | | |
|---|---|---|
| 16:59 | 1 | INTO THE CORRECT ELEVATIONS TO SUPPORT MARSH VEGETATION.  IT'S |
| 16:59 | 2 | ALLOWED TO SETTLE AND CONSOLIDATE, AND THEN IT CAN BE EITHER |
| 16:59 | 3 | PLANTED OR ALLOWED TO VEGETATE NATURALLY. |
| 16:59 | 4 | **Q.**   DR. DAY, IN THE TIME PRIOR TO THE DREDGING OF THE MRGO, |
| 17:00 | 5 | THERE WERE SMALL PONDS WITHIN THE BODY OF THE CENTRAL WETLANDS |
| 17:00 | 6 | UNIT -- I'M TRYING TO FIND AN ILLUSTRATION OF THOSE PONDS FOR |
| 17:00 | 7 | THE COURT -- AND SUBSEQUENT TO THE DREDGING OF THE MRGO, THOSE |
| 17:00 | 8 | PONDS BROKE OUT INTO OPEN WATER.  CAN YOU DESCRIBE FOR THE |
| 17:00 | 9 | COURT WHAT THE IMPACT OF THE DIFFERENCE BETWEEN -- BY WAVE |
| 17:00 | 10 | ATTENUATION, THOSE SMALL PONDS OF WATER HAD IN RELATION TO WHAT |
| 17:00 | 11 | HAPPENED WHEN THE LARGER POND -- AND I GUESS WE CAN LOOK, TO |
| 17:00 | 12 | BEGIN WITH, WITH THE SMALL ILLUSTRIOUS PONDS OF WATER -- |
| 17:00 | 13 | **A.**   WELL, FIRST I WOULD -- |
| 17:00 | 14 | **MS. MILLER:**  OBJECTION, YOUR HONOR.  I DIDN'T HEAR A |
| 17:00 | 15 | QUESTION. |
| 17:00 | 16 | **MS. GILBERT:**  I ASKED, JUDGE -- |
| 17:00 | 17 | **THE COURT:**  I THINK THE QUESTION IS:  DID THE |
| 17:01 | 18 | IMPAIRMENT OF THE INTEGRITY OF THE ALIGNMENT OF THE PONDS THAT |
| 17:01 | 19 | EXISTED PRIOR TO THE MRGO AFFECT THE ENVIRONMENT IN SOME WAY BY |
| 17:01 | 20 | THE DIGGING OF THE MRGO? |
| 17:01 | 21 | ARE YOU ASKING HIM ABOUT THE SMALL PONDS THAT |
| 17:01 | 22 | EXISTED BEFORE THE MRGO AND WHAT HAPPENED AFTER THE MRGO WAS |
| 17:01 | 23 | DUG THROUGH THE PONDS?  IS THAT WHAT YOU'RE ASKING? |
| 17:01 | 24 | **MS. GILBERT:**  WELL, THE PONDS THAT EXISTED WERE |
| 17:01 | 25 | SHORT, SHALLOW PONDS, SO WHAT I WAS ASKING WAS FOR DR. DAY TO |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:01 | 1 | EXPLAIN THE DIFFERENCE ON WAVE ATTENUATION THAT'S CAUSED BY |
| 17:01 | 2 | HAVING THOSE PONDS TURN INTO LARGE OPEN BODIES OF WATER. |
| 17:01 | 3 | **MS. MILLER:**  THE OBJECTION IS THAT IT IS BEYOND THE |
| 17:01 | 4 | SCOPE OF HIS EXPERTISE. |
| 17:01 | 5 | **THE COURT:**  IT DOES SEEM TO BE BEYOND THE SCOPE OF |
| 17:01 | 6 | HIS REPORT. |
| 17:01 | 7 | **MS. GILBERT:**  THE PROCESS OF THE LOSS OF WETLANDS -- |
| 17:01 | 8 | **THE COURT:**  I'M GOING TO SUSTAIN THE OBJECTION.  IF I |
| 17:01 | 9 | DON'T CONFINE THESE REPORTS TO SOME DEGREE, WE WILL BE HERE |
| 17:02 | 10 | FOREVER.  HE DOES NOT TALK ABOUT THAT IN HIS REPORT THAT I |
| 17:02 | 11 | RECALL. |
| 17:02 | 12 | **MS. GILBERT:**  WELL, THE WAVE ATTENUATION IS THE POINT |
| 17:02 | 13 | OF THE LOSS OF MARSH -- |
| 17:02 | 14 | **THE COURT:**  I UNDERSTAND.  SHOW ME IN HIS REPORT |
| 17:02 | 15 | WHERE IT IS. |
| 17:02 | 16 | **MS. GILBERT:**  HE DOESN'T ADDRESS SPECIFICALLY THE |
| 17:02 | 17 | PONDING.  HE DOES ADDRESS SPECIFICALLY THE LOSS OF LAND. |
| 17:02 | 18 | **THE COURT:**  THAT'S CORRECT.  WE CAN'T JUST GO OFF |
| 17:02 | 19 | INTO EVERY -- I'M GIVING YOU SOME LATITUDE BECAUSE YOU ARE |
| 17:02 | 20 | GOING TO HAVE THE WHIPSAW END OF IT WHEN THE DEFENDANT'S EXPERT |
| 17:02 | 21 | TESTIFIES, TRUST ME.  GO AHEAD. |
| 17:02 | 22 | **BY MS. GILBERT:** |
| 17:02 | 23 | **Q.**   FOR THE RECORD, COULD YOU SUMMARIZE, THEN, FOR THE COURT |
| 17:02 | 24 | SOME OF THE METHODS THAT WOULD HAVE BEEN AVAILABLE AT THIS TIME |
| 17:02 | 25 | AND WHICH ARE BEING IMPLEMENTED NOW TO RESTORE THE WETLANDS. |

| 17:02 | 1 | **THE COURT:**  I'M HAVING TROUBLE HEARING YOU, COUNSEL. |
| 17:02 | 2 | I'M SORRY. |
| 17:03 | 3 | **MS. GILBERT:**  IT'S REALLY MY LAST QUESTION.  I'M |
| 17:03 | 4 | ALMOST OVER.  SORRY. |
| 17:03 | 5 | **THE COURT:**  I APPRECIATE YOUR SENSE OF HUMOR, |
| 17:03 | 6 | COUNSEL.  IT'S HARD TO HAVE ONE AFTER GOING THROUGH THIS.  GO |
| 17:03 | 7 | AHEAD. |
| 17:03 | 8 | **BY MS. GILBERT:** |
| 17:03 | 9 | **Q.**  COULD YOU JUST SUMMARIZE FOR THE COURT SOME OF THE |
| 17:03 | 10 | MITIGATION MEASURES THAT HAVE BEEN PROPOSED BY DR. GAGLIANO |
| 17:03 | 11 | THAT ARE NOW BEING CONSIDERED AND IMPLEMENTED TODAY. |
| 17:03 | 12 | **A.**  WELL, BY DR. GAGLIANO AND MANY OTHERS.  THE MITIGATION AND |
| 17:03 | 13 | RESTORATION ACTUALLY, AGAIN, WOULD BE CLOSURE OF MRGO, OR |
| 17:03 | 14 | CLOSURE OF THE LA LOUTRE RIDGE WITH A STRUCTURE LIKE A GATE, |
| 17:03 | 15 | WEIR, OR A LOCK; PUTTING STRUCTURES IN THE ENTRANCE TO THE |
| 17:03 | 16 | CENTRAL WETLANDS UNIT OF BAYOU DUPRE AND BAYOU BIENVENUE; |
| 17:03 | 17 | INTRODUCING FRESHWATER FROM VARIOUS SOURCES, CONTROLLING |
| 17:03 | 18 | WIDENING OF THE MRGO, WHICH WOULD HAVE LIMITED THE AMOUNT OF |
| 17:03 | 19 | SALTWATER COMING IN. |
| 17:03 | 20 | ALL OF THESE WOULD HAVE SERVED TO MAINTAIN THE |
| 17:04 | 21 | ECOSYSTEM THAT EXISTED THERE THAT WAS CHARACTERIZED BY A VERY |
| 17:04 | 22 | DIVERSE VEGETATION COMMUNITY THAT INCLUDED CYPRESS SWAMPS, HIGH |
| 17:04 | 23 | REEDS, OTHER TREES, THAT WOULD HAVE HAD A MUCH GREATER IMPACT |
| 17:04 | 24 | ON THE REDUCTION OF STORM HAZARD THREATS THAN THE EXISTING |
| 17:04 | 25 | MARSHES YOU FIND IN THE CENTRAL WETLANDS UNIT NOW. |

17:04    1  **Q.**   AT ANY TIME PRIOR TO THE PROPOSAL TO DEAUTHORIZE THE MRGO,

17:04    2  DID YOU PARTICIPATE IN A STUDY THAT WAS PROPOSED TO THE ARMY

17:04    3  CORPS FOR THE CLOSURE AND MECHANISM OF CLOSURE --

17:04    4  **A.**   WELL, THERE WAS A REPORT PRODUCED RIGHT AFTER HURRICANE

17:04    5  KATRINA, AND IT WAS WRITTEN BY A GROUP OF ENVIRONMENTAL

17:04    6  ORGANIZATIONS, INCLUDING THE LAKE PONTCHARTRAIN BASIN

17:04    7  FOUNDATION, THE COALITION TO RESTORE COASTAL LOUISIANA, AND

17:05    8  SEVERAL SCIENTISTS.  WE WERE IDENTIFIED AS INDIVIDUALS, AS

17:05    9  SCIENTISTS RATHER THAN MEMBERS OF AN ORGANIZATION, AND I

17:05   10  PARTICIPATED IN THAT.  WE RECOMMENDED MANY OF THESE THINGS.  WE

17:05   11  RECOMMENDED CLOSURE OF THE MRGO.

17:05   12          **MS. GILBERT:**  WITH THAT, I AM GOING TO HAND IT OVER.

17:05   13          **THE COURT:**  THANK YOU, COUNSEL.  I THINK IT WOULD BE

17:05   14  A GREAT BURDEN ON YOU, SINCE I HAVE TO LEAVE AT 5:15, FOR YOU

17:05   15  TO JUST GET IN THE 15 MINUTES, SO WE CAN TAKE UP YOUR

17:05   16  CROSS-EXAMINATION AT 9:00 IN THE MORNING.

17:05   17          **MS. MILLER:**  THAT'S FINE.  THANK YOU, YOUR HONOR.

17:05   18          **THE COURT:**  JUST TO LET YOU KNOW, YOU ARE ALL DOING

17:05   19  AS WELL AS YOU CAN.  IF THE COURT SEEMS SNIPPY OR IMPATIENT,

17:05   20  IT'S ONLY BECAUSE OF THE COURT'S INTRINSIC GENETIC FLAWS, NOT

17:05   21  BECAUSE OF YOU.

17:05   22          **MS. MILLER:**  YOUR HONOR, BEFORE WE ADJOURN, COULD WE

17:05   23  GET A SCHEDULE FOR TOMORROW'S WITNESSES AFTER DR. DAY?

17:06   24          **MR. BRUNO:**  MAY WE LEARN HOW LONG YOUR CROSS IS GOING

17:06   25  TO BE SO I CAN FIGURE IT OUT?

FINAL DAILY COPY

17:06  1          **THE COURT:**  LET'S SAY THREE HOURS.

17:06  2          **MS. MILLER:**  PERHAPS.  I HOPE IT WILL BE MUCH LESS

17:06  3  THAN THAT.

17:06  4          **THE COURT:**  LET'S SAY TWO HOURS.

17:06  5          **MS. MILLER:**  YOUR HONOR, IT'S NOT GOING TO BE THREE

17:06  6  HOURS.

17:06  7          **THE COURT:**  I WOULD SAY TWO HOURS JUST TO BE --

17:06  8          **MR. BRUNO:**  PROFESSOR VRIJLING, JUDGE, IS THE LIVE

17:06  9  WITNESS TOMORROW.

17:06  10          **THE COURT:**  OKAY.  GOOD.

17:06  11          **MR. BRUNO:**  AFTER THAT, WE HAVE A FEW DEPOSITIONS.

17:06  12  IT DEPENDS ON HOW THE DAY FILLS UP BECAUSE, AS YOU KNOW, WE ARE

17:06  13  RESERVING FRIDAY MORNING FOR DR. BEA, AND WE DON'T WANT TO HAVE

17:06  14  ANY CARRYOVER.

17:06  15          **THE COURT:**  RIGHT.

17:06  16          **MR. BRUNO:**  WE HAVE A POSSIBILITY OF INSERTING A

17:06  17  WITNESS AFTER VRIJLING AT THIS TIME.

17:06  18          **MR. ANDRY:**  SCOTT TAYLOR AND PROBABLY MR. JUNIOR

17:06  19  RODRIGUEZ, BUT IT DEPENDS ON TIME.

17:06  20          **UNIDENTIFIED SPEAKER:**  YOUR HONOR, WE KEEP ON HAVING

17:06  21  TO BRING BACK MR. RODRIGUEZ.  IT'S THE SECOND OR THIRD DAY NOW.

17:06  22  WE NEED TO HAVE SOME --

17:06  23          **THE COURT:**  YOU ARE HAVING TO BRING HIM HERE?

17:06  24          **UNIDENTIFIED SPEAKER:**  NO.

17:06  25          **MR. ANDRY:**  NO, YOUR HONOR.  HE HAS NEVER BEEN HERE.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:06 | 1 | IN FACT, HE'S NEVER EVEN BEEN CALLED. |
| 17:06 | 2 | **THE COURT:**  WHO IS BRINGING HIM?  THE GOVERNMENT IS |
| 17:06 | 3 | BRINGING MR. RODRIGUEZ? |
| 17:06 | 4 | **MR. ANDRY:**  NO.  THAT'S A MISSTATEMENT. |
| 17:07 | 5 | **THE COURT:**  THERE'S BEEN A SEA CHANGE.  I'M TEASING. |
| 17:07 | 6 | **MR. BRUNO:**  JUDGE, WE ARE TRYING TO JUGGLE THE TIME, |
| 17:07 | 7 | AND WE APPRECIATE THE GOVERNMENT HAS, YOU KNOW, NOT KNOWN, BUT |
| 17:07 | 8 | WE HAVE THIS AWKWARD SITUATION WHERE I HAVE GOT TO START |
| 17:07 | 9 | PROFESSOR BEA FRIDAY MORNING AT 9:00.  THAT'S MY PROMISE TO |
| 17:07 | 10 | YOU, AND I'M GOING TO KEEP MY PROMISE.  SO I DON'T KNOW HOW |
| 17:07 | 11 | LONG THE CROSS IS GOING TO BE.  VRIJLING.  IF WE CAN FIT HIM |
| 17:07 | 12 | IN, WE WILL FIT IN HIM. |
| 17:07 | 13 | **THE COURT:**  I ASSUME MR. RODRIGUEZ WILL TESTIFY -- |
| 17:07 | 14 | **MR. BRUNO:**  BRIEFLY. |
| 17:07 | 15 | **THE COURT:**  -- EVENTUALLY. |
| 17:07 | 16 | **MR. BRUNO:**  OH, EVENTUALLY, YEAH. |
| 17:07 | 17 | **THE COURT:**  SO MAYBE THE GOVERNMENT CAN KEEP AN EAGER |
| 17:07 | 18 | ANTICIPATION WAITING FOR THAT. |
| 17:07 | 19 | **MR. BRUNO:**  I THINK THEY CAN HANDLE IT. |
| 17:07 | 20 | **THE COURT:**  JUST DO IT WHEN YOU CAN.  I KNOW HE IS |
| 17:07 | 21 | GOING TO BE A SIGNIFICANT WITNESS, BUT THESE EXPERTS ARE REALLY |
| 17:07 | 22 | SIGNIFICANT. |
| 17:07 | 23 | **MR. ANDRY:**  YES.  THAT'S THE WHOLE PROBLEM.  WE ARE |
| 17:07 | 24 | COORDINATING AROUND THE EXPERTS. |
| 17:08 | 25 | **THE COURT:**  I UNDERSTAND.  WE'LL HAVE TO WAIT FOR A |

FINAL DAILY COPY

17:08   1   MORE COLORFUL WITNESS, I'M AFRAID.  IF YOU CAN GET HIM IN, TRY

17:08   2   TO ACCOMMODATE THE GOVERNMENT.  THE COURT IS IN RECESS.

17:08   3            **THE DEPUTY CLERK:**  ALL RISE.

17:08   4            (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:08   5                         * * *

17:08   6                    **<u>CERTIFICATE</u>**

17:08   7            I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

17:08   8   REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

17:08   9   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

17:08  10   AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

17:08  11   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

17:08  12   ABOVE-ENTITLED AND NUMBERED MATTER.

17:08
17:08  13

17:08
17:08  14

17:08
17:08  15                              <u>S/ TONI DOYLE TUSA</u>
17:08                                 TONI DOYLE TUSA, CCR, FCRR
17:08  16                              OFFICIAL COURT REPORTER
17:08

        17

        18

        19

        20

        21

        22

        23

        24

        25

                            FINAL DAILY COPY

**$**

$10 [1] 664/10
$10-MILLION [1] 664/10
$65 [1] 664/11
$65-MILLION [1] 664/11

**'**

'20S [1] 679/8
'30S [2] 679/8 695/17
'90S [3] 659/9 659/20 716/11
'S [1] 734/8

**0**

06-CV-2268-K [1] 649/5

**1**

1.4 MILES [1] 708/5
10 [9] 669/25 700/17 702/22 702/22
702/23 702/23 705/24 708/8 709/16
10 PERCENT [1] 706/21
10-MILE [1] 740/15
10-YEAR-OLD [1] 688/21
100 [1] 666/14
100 ACRES [2] 704/19 711/21
100 PERCENT [1] 706/17
1000 [1] 649/16
10022 [1] 651/4
10080003.002 [1] 718/11
103 [1] 688/17
11 [1] 657/1
1100 [1] 650/3
120 [1] 751/19
1205 [1] 650/24
1261 [1] 650/13
13 [2] 672/22 724/6
1366 [1] 650/14
139 [2] 717/20 722/1
14 [1] 733/18
15 [5] 680/22 702/22 703/19 723/25
757/15
15 FEET [2] 683/10 702/22
15,000 [1] 753/14
1515 [1] 670/7
1516 [7] 685/18 685/20 694/20 700/8
710/17 712/14 751/16
1517 [6] 677/2 681/16 682/16 735/15
735/17 739/21
1517.1 [2] 678/24 684/2
1517.31 [1] 709/4
1536 [1] 671/24
16 [2] 682/16 684/19
16,000 ACRES [1] 712/22
167 [1] 735/4
17 [2] 672/21 685/20
171 [1] 739/9
1810.30 [2] 739/24 740/11
1810.32 [1] 745/5
1810.36 [1] 736/18
1810.38 [1] 737/9
187 [4] 723/15 724/6 724/9 724/14
1875 [1] 691/4
188 [1] 748/1
189 [2] 747/24 748/1
19 [2] 733/19 751/17
1907 [1] 692/25
1909 [5] 692/16 692/25 694/10 694/24
707/23
1925 [1] 691/4
1930S [9] 668/20 671/25 672/1 673/17
674/12 675/11 676/13 683/14 685/6
1936 [2] 668/24 680/19
1938 [2] 668/24 671/10
1947 [1] 739/13

1950S [1] 700/11
1955 [1] 700/11
1956 [5] 675/18 680/11 683/16 685/7
706/15
1957 [4] 692/16 694/10 694/24 707/23
1960 [1] 725/12
1960S [2] 700/11 700/16
1963 [2] 733/5 733/14
1965 [12] 692/15 695/3 717/5 717/5
717/12 717/18 736/20 740/4 740/9 744/9
744/16 745/9
1970S [1] 655/17
1973 [2] 721/9 721/19
1976 [9] 685/12 723/5 723/10 725/19
729/23 731/9 731/17 731/20 733/14
1978 [4] 701/7 706/6 706/15 712/24
1983 [3] 735/5 737/18 739/4
1985 [7] 736/21 739/16 740/2 740/5
741/2 744/15 744/16
1990 [1] 706/22
1991 [2] 744/8 744/13
1993 [1] 749/17
1999 [2] 706/25 748/7
19TH [1] 690/17

**2**

2.75 [1] 694/18
2.75 MILES [3] 692/24 695/2 707/24
20 [5] 669/25 670/1 680/22 689/7 694/20
20,000 ACRES [1] 753/15
2000 [1] 705/21
2001 [1] 705/21
2002 [1] 660/1
20044 [1] 651/18
2005 [3] 737/10 744/17 745/9
2006 [1] 713/3
2007 [4] 655/19 656/2 659/2 685/22
2008 [1] 657/1
2009 [2] 649/7 653/2
206 [1] 732/25
20TH [2] 690/18 690/21
21 [2] 689/18 750/20
2145 [1] 717/1
22 [2] 649/7 653/2
25,000 [1] 712/18
25,000 ACRES [1] 712/19
2626 [1] 650/24
2655 [1] 650/10
27 [1] 692/11
28 [1] 688/17
29 [2] 677/3 689/3

**3**

30 [4] 689/17 734/8 734/16 734/23
30 FEET [3] 688/25 693/24 702/23
30 MILLION CUBIC [1] 733/9
30-FOOT-HIGH [1] 705/12
3001 [1] 717/25
31 [1] 717/20
3102 [1] 650/3
325 [1] 651/4
33 [1] 692/10
35 [2] 655/13 669/16
3668 [1] 650/7
37 [1] 717/1
38 [6] 717/2 735/4 735/11 735/21 736/14
737/21
39 [1] 706/10
3:00 [1] 689/8 689/10

**4**

4 FEET [1] 704/22
4.5 FEET [1] 708/11
4.8 [1] 671/25

40 [1] 712/2
41 [1] 709/3
42 [1] 709/3
45 [1] 700/8
46 [1] 710/17
47 [1] 712/14
475 [2] 735/6 735/11
4:15 [1] 730/18

**5**

5,300 ACRES [1] 713/2
5,400 ACRES [1] 712/24
50 [2] 669/10 710/20
50,000 [2] 713/3 716/3
50,000 ACRES [2] 715/21 716/1
500 [2] 650/6 651/20
501 [2] 735/6 735/12
504 [1] 651/21
51 [1] 745/11
51,000 ACRES [1] 713/4
519 [1] 650/17
52 [1] 700/8
54 [1] 745/11
550 [1] 649/16
556 [1] 650/6
57TH [1] 651/4
589-7778 [1] 651/21
5:15 [2] 730/18 757/14

**6**

60 [1] 669/10
600 [1] 651/7
601 [1] 650/10
604 [1] 651/7
610 [1] 649/23
618 [1] 650/20
62 [1] 723/15
66 [1] 733/22
68 [3] 718/16 719/4 719/13
69 [1] 735/18
699 [2] 733/18 733/21

**7**

70 [3] 704/19 711/21 736/4
70113 [2] 649/20 649/23
70130 [3] 650/10 651/8 651/21
70381 [1] 650/25
70502 [1] 650/7
70726 [1] 650/17
70801 [1] 650/21
70821 [1] 650/14
71 [1] 736/12
75219 [1] 650/4
77 [1] 739/22
7778 [1] 651/21
79 [1] 740/12

**8**

855 [1] 649/19
888 [1] 651/18

**9**

90 [3] 744/3 744/3 744/7
90071 [1] 649/16
95 PERCENT [1] 686/16
98 [2] 747/23 747/24
98 PERCENT [1] 691/5
9:00 [1] 759/9
9:00 IN [1] 757/16

**A**

A-L-T-E-R-N-A [1] 670/5
ABILITY [5] 657/16 657/21 669/5 725/24
760/10

A

ABLE [6] 667/14 688/11 698/4 729/4 730/19 743/3
ABORT [1] 701/16
ABOUT [78] 654/21 656/20 657/23 658/16 658/18 660/1 660/13 663/15 664/11 665/2 665/3 665/9 666/9 666/16 669/14 669/16 669/25 670/16 671/3 673/10 673/11 680/23 687/10 688/24 688/25 691/4 691/17 692/23 693/6 693/22 697/9 700/4 700/12 701/11 703/7 703/19 704/3 704/22 705/24 706/21 706/24 708/14 710/11 711/21 712/17 712/18 712/22 712/24 713/3 715/16 715/21 715/25 716/1 716/6 716/7 716/10 716/17 729/20 733/25 734/16 734/17 734/20 736/9 737/24 738/3 738/4 740/15 740/18 741/19 742/21 747/6 750/5 750/8 750/9 753/2 753/18 754/21 755/10
ABOVE [7] 668/12 670/1 670/16 676/7 689/1 700/16 760/12
ABOVE-ENTITLED [1] 760/12
ABSOLUTE [1] 696/3
ABSOLUTELY [2] 660/24 661/6
ABUNDANT [1] 697/21
ACADEMY [1] 668/4
ACCEPT [2] 655/2 677/21
ACCEPTED [4] 656/8 656/10 668/3 671/15
ACCEPTS [1] 662/23
ACCESS [2] 682/18 711/11
ACCOMMODATE [2] 673/6 760/2
ACCOMPANIES [1] 698/7
ACCOUNTED [1] 707/8
ACCURATE [2] 658/5 725/19
ACQUAINTANCE [1] 664/16
ACQUAINTED [4] 665/17 748/3 748/6 748/10
ACRES [12] 664/4 680/22 704/19 711/21 712/19 712/22 712/24 713/2 713/4 715/21 716/1 753/15
ACROSS [4] 675/16 696/11 697/8 697/15
ACTION [1] 710/1
ACTIONS [2] 725/10 747/8
ACTIVITIES [4] 666/6 666/22 707/6 725/18
ACTIVITY [2] 738/22 743/23
ACTUAL [15] 665/24 678/20 682/3 687/1 713/7 719/11 719/25 730/21 730/24 733/3 735/6 741/3 745/6 747/12 753/7
ACTUALLY [15] 667/17 673/2 673/4 673/24 674/2 677/17 678/19 694/1 704/8 718/17 745/9 748/11 751/5 753/9 756/13
ADD [1] 663/24
ADDITION [4] 658/16 703/11 713/12 717/16
ADDITIONAL [1] 713/2
ADDRESS [5] 657/16 722/3 723/19 755/16 755/17
ADDRESSES [1] 738/10
ADDRESSING [1] 738/2
ADEQUATE [1] 720/16
ADEQUATELY [3] 720/6 722/3 752/19
ADJACENT [4] 665/10 676/10 682/13 696/7
ADJOURN [1] 757/22
ADMIT [1] 744/2
ADVANCE [1] 672/6
ADVISED [1] 678/19
AERIAL [1] 704/17
AFFECT [2] 666/6 754/19

AFFECTED [2] 665/11 696/21
AFFECTION [1] 679/19
AFFECTS [1] 697/6
AFFILIATION [1] 748/9
AFRAID [2] 679/7 760/1
AFTER [22] 658/17 660/13 660/25 685/11 700/15 700/19 701/7 706/6 709/22 709/25 717/12 717/18 726/19 726/19 726/22 736/17 754/22 756/6 757/4 757/23 758/11 758/17
AFTERNOON [3] 649/10 653/1 653/6
AFTERWARDS [1] 702/10
AGAIN [27] 656/1 656/15 656/20 665/19 682/11 682/17 683/11 684/7 687/19 688/22 689/14 703/8 704/4 712/3 712/3 712/3 724/12 733/20 735/16 735/25 736/5 736/17 739/13 739/21 739/22 742/11 756/13
AGAINST [2] 696/15 699/9
AGED [1] 691/11
AGENCIES [9] 668/5 702/15 712/1 713/25 714/18 714/24 723/1 723/10 724/21
AGENCY [1] 668/6
AGREE [3] 682/9 731/10 732/6
AGREED [1] 662/16
AHEAD [9] 674/16 679/9 692/1 699/3 715/4 720/12 744/2 755/21 756/7
AL [2] 649/5 649/7
ALIGNMENT [1] 754/18
ALL [46] 653/3 657/3 660/18 660/18 663/9 664/2 666/5 666/22 676/17 681/6 681/10 683/6 683/11 684/22 689/2 689/15 689/15 690/9 690/20 690/21 691/6 691/13 691/16 699/15 699/24 700/20 701/8 702/6 702/18 703/21 703/23 706/7 711/23 713/14 719/24 729/21 734/25 743/15 748/8 752/15 752/18 752/21 753/12 756/20 757/18 760/3
ALLOW [8] 655/3 721/3 738/24 741/15 742/12 743/25 745/17 748/25
ALLOWED [7] 702/10 710/24 711/6 711/10 753/25 754/2 754/3
ALLOWS [1] 746/13
ALMOST [8] 685/9 689/1 690/21 693/24 702/25 726/16 733/15 756/4
ALONE [1] 708/10
ALONG [25] 672/8 680/4 680/13 680/14 680/15 680/15 686/15 688/12 691/20 709/13 711/11 724/13 732/7 732/15 732/20 732/22 733/4 737/12 737/16 738/18 746/24 747/12 747/14 751/10 752/19
ALREADY [7] 720/7 720/8 729/6 729/14 740/22 749/22 751/2
ALSO [30] 651/6 653/23 656/7 657/7 658/22 661/19 663/3 676/14 680/17 683/4 684/14 689/12 690/4 704/23 707/18 708/12 717/18 719/17 722/10 723/18 726/23 727/14 731/25 738/13 740/24 741/20 742/5 746/21 747/2 747/17
ALTERATIONS [1] 691/21
ALTERNA [1] 670/3
ALTERNATIVES [1] 726/18
ALTHOUGH [2] 727/17 734/10
ALTOGETHER [1] 709/25
ALWAYS [1] 703/25
AM [1] 757/12
AMELIORATE [3] 701/15 713/18 714/7
AMERICA [1] 649/7
AMIN [1] 651/11

AMONG [5] 656/11 658/13 677/21 717/9 719/3
AMONGST [1] 699/14
AMOUNT [7] 659/4 687/23 690/3 707/19 733/15 747/21 756/18
ANAEROBIC [4] 698/7 698/12 698/20 698/24
ANALYSIS [23] 659/16 665/12 667/1 667/3 667/4 692/14 692/16 694/14 720/5 720/10 720/15 720/16 720/17 720/17 720/19 721/5 725/15 727/24 728/7 738/21 740/17 748/22 748/23
ANALYSIS OF [1] 738/21
ANALYZE [5] 657/16 720/3 720/6 721/12 733/2
ANALYZED [4] 727/3 730/2 736/23 740/16
ANALYZING [3] 655/11 728/24 739/3
ANCHOR [1] 743/23
ANDRY [2] 649/21 649/22
ANGELES [1] 649/16
ANGLE [1] 708/1
ANOTHER [9] 689/5 689/13 689/21 724/1 731/1 735/17 736/5 739/8 741/5
ANSWER [9] 687/13 700/7 700/9 701/12 704/4 705/15 721/4 722/5 727/21
ANSWERED [3] 708/25 729/6 729/14
ANSWERS [1] 688/9
ANTICIPATION [1] 759/18
ANY [34] 654/4 654/13 661/9 669/9 690/25 691/2 691/13 693/1 699/17 699/25 702/8 702/9 702/13 707/6 709/25 710/6 710/6 711/24 713/17 714/9 714/17 715/7 722/1 725/16 726/9 728/8 729/13 732/16 740/19 746/22 747/8 748/6 757/1 758/14
ANYONE [2] 718/4 731/20
ANYTHING [1] 701/12
APOLOGIZE [4] 693/19 718/8 718/22 724/23
APPARENTLY [1] 694/13
APPEAL [1] 699/2
APPEAR [2] 674/4 694/16
APPEARANCES [3] 649/13 650/1 651/1
APPLICATION [1] 741/11
APPLY [1] 657/2
APPRECIATE [2] 756/5 759/7
APPROACH [2] 666/22 752/9
APPROACHES [2] 708/1 721/6
APPROACHING [1] 689/22
APPROPRIATE [4] 667/15 723/13 724/13 728/14
APPROPRIATENESS [1] 743/18
APPROXIMATELY [3] 700/25 736/22 740/16
APRIL [2] 649/7 653/2
ARE [122]
AREA [152]
AREAS [39] 658/13 658/14 662/15 663/11 665/10 665/11 668/11 673/14 677/20 680/16 680/17 680/17 680/18 680/21 682/13 683/12 683/13 686/14 686/16 687/14 691/1 696/19 698/19 700/1 701/8 710/2 713/19 714/1 714/4 715/14 715/20 715/23 730/21 731/11 736/14 737/9 740/21 740/21 742/17
ARGUMENTATIVE [1] 751/21
ARMOR [1] 702/1
ARMY [6] 659/6 692/14 694/22 715/6 721/24 757/2
AROUND [13] 674/3 676/23 680/5 682/13 689/15 690/22 696/10 707/8 726/6 726/11 731/12 753/24 759/24

**A**

ARROW [1] 683/4
ART [1] 711/24
ARTICLE [1] 656/18
AS [119]
ASHLEY [1] 651/6
ASIDE [1] 656/25
ASK [14] 684/20 685/17 688/16 701/10
709/2 720/12 723/22 727/17 729/5 730/7
744/22 750/7 750/8 750/9
ASKED [5] 657/7 694/2 743/1 750/5
754/16
ASKING [6] 704/3 727/16 749/25 754/21
754/23 754/25
ASSESSING [1] 716/18
ASSESSMENT [6] 735/4 736/23 737/18
741/25 743/19 743/20
ASSESSMENTS [1] 741/7
ASSIST [1] 688/15
ASSOCIATED [2] 664/23 668/10
ASSOCIATES [2] 649/15 650/12
ASSUME [7] 683/3 708/8 727/20 734/7
741/18 743/10 759/13
ASSUMING [2] 743/19 749/1
ASTUTE [1] 727/6
AT [107] 654/11 657/1 657/12 658/11
659/11 659/22 660/7 660/19 664/18
665/14 666/9 668/12 668/13 668/23
668/25 669/16 670/1 671/19 671/20
673/14 674/3 676/17 678/2 680/5 680/20
680/21 683/6 683/10 684/21 684/23
686/4 686/20 689/8 689/10 690/18
691/12 693/21 694/19 700/10 700/18
700/18 700/24 701/14 701/21 701/23
702/9 702/13 703/16 709/17 709/25
710/21 711/4 711/6 711/24 712/5 712/6
714/6 714/13 715/17 716/1 716/16
716/23 717/6 717/8 717/10 718/13
718/24 719/8 719/8 719/9 719/14 722/15
723/15 725/20 725/20 726/5 727/2
727/12 729/20 730/18 731/2 734/17
738/13 738/17 738/20 739/3 739/8
739/21 739/22 740/14 740/19 741/25
742/5 742/22 743/11 743/20 744/3
746/22 751/4 752/19 753/11 755/24
757/1 757/14 757/16 758/17 759/9
AT THIS [1] 690/18
ATCHAFALAYA [5] 659/21 659/24
715/16 715/19 716/7
ATTACK [2] 732/9 732/14
ATTEMPT [1] 714/14
ATTENTION [9] 655/11 655/19 704/1
716/21 716/24 723/2 723/12 730/23
730/24
ATTENUATION [9] 657/17 658/6 660/23
681/18 685/14 708/13 754/10 755/1
755/12
ATTORNEYS [1] 727/7
AUGMENTS [1] 741/23
AUTHORIZATION [1] 729/10
AVAILABLE [6] 710/18 727/2 747/16
751/3 752/24 755/24
AVENUE [2] 650/3 650/17
AVERAGE [1] 707/24
AVOIDED [1] 709/24
AWARE [13] 692/3 694/13 720/7 722/1
722/25 730/11 731/3 733/6 734/4 742/22
746/4 748/17 748/21
AWAY [3] 681/23 707/2 715/18
AWKWARD [1] 759/8

**B**

BACK [15] 664/1 675/20 675/23 687/19
690/6 690/18 705/2 707/16 710/1 717/5
738/20 739/6 758/23 759/17 759/21
BACKGROUND [3] 653/23 655/10 679/2
BACTERIA [1] 698/8
BAEZA [1] 651/10
BALANCE [3] 697/4 697/11 697/15
BALD [3] 669/13 669/13 670/14
BANK [15] 711/13 732/3 732/7 732/8
732/11 732/16 737/1 737/11 746/9
746/24 747/1 747/13 747/17 749/15
752/2
BANK-PROTECTION [2] 732/3 732/7
BANKS [3] 698/16 732/13 747/13
BARELY [1] 683/2
BARON [1] 650/2
BARONNE [2] 649/19 649/23
BARRAS [1] 713/1
BARRIER [4] 696/3 696/9 699/9 709/16
BASED [6] 661/10 692/16 693/3 693/11
708/10 721/2
BASIC [1] 741/14
BASICALLY [4] 667/25 668/7 693/20
708/21
BASIN [6] 664/2 686/11 686/12 696/20
716/7 757/6
BASIS [2] 654/8 654/9
BATEAU [2] 683/1 683/19
BATON [2] 650/14 650/21
BAYOU [37] 674/20 674/21 680/8 680/8
680/9 680/15 682/18 683/11 684/15
690/23 699/8 700/19 701/22 701/23
701/24 709/13 711/4 711/4 712/7 712/7
717/10 717/10 717/12 733/5 733/5
735/13 735/14 735/23 736/9 736/16
737/2 737/15 739/10 739/19 745/22
756/16 756/16
BAYOU LA LOUTRE [10] 674/20 674/21
684/15 690/23 699/8 700/19 701/22
709/13 717/12 733/5
BAYOUS [2] 680/14 736/3
BE [76] 653/4 653/18 654/5 661/3
662/22 669/8 670/14 672/8 673/16 674/2
677/19 679/1 680/12 682/9 682/19
686/16 688/11 689/1 690/1 690/7 691/24
691/25 696/18 696/25 697/17 698/23
701/19 702/22 703/24 705/9 705/15
707/25 708/7 710/3 710/10 718/2 718/14
719/2 721/7 724/18 724/25 725/2 725/4
725/25 726/5 726/14 727/4 728/7 728/8
729/4 729/15 729/18 729/24 730/1
730/12 730/19 732/9 734/5 734/5 735/17
741/9 742/10 743/3 746/3 753/24 754/2
755/5 755/9 756/13 757/13 757/25 758/2
758/5 758/7 759/11 759/21
BEA [2] 758/13 759/9
BECAUSE [48] 671/15 671/16 675/20
677/15 679/14 679/18 679/24 681/6
686/3 687/4 688/7 690/8 690/1 691/3
691/7 691/11 691/12 691/20 691/23
696/13 696/16 696/19 698/6 699/8
699/19 701/11 703/12 703/20 704/1
704/14 706/3 707/2 707/25 709/20 711/7
719/4 719/23 724/13 724/16 726/3
726/13 732/9 732/13 742/1 755/19
757/20 757/21 758/12
BECOME [2] 665/17 705/17
BEEN [80] 653/10 656/10 658/9 658/11
659/1 663/10 666/12 668/1 668/3 671/21
672/20 678/19 682/5 685/17 686/17
689/4 690/8 694/25 696/18 696/21 697/1
698/10 699/3 700/1 701/13 701/14
702/13 703/1 706/1 707/15 708/11
709/11 709/21 709/22 709/23 710/10
710/20 710/22 711/1 711/2 711/2 712/1 712/5
711/25 712/23 726/5 726/24 727/13 727/13 728/25
716/22 717/11 717/13 722/8 725/22
726/7 726/19 727/6 727/13 730/22
731/20 731/22 733/10 736/9 736/25
745/13 745/14 749/19 750/22 751/15
752/3 752/8 752/18 753/6 753/13 753/16
753/17 753/19 755/24 756/10 758/25
759/1 759/5
BEFORE [11] 649/10 664/7 673/10
699/13 701/18 702/9 709/23 722/5 723/8
754/22 757/22
BEGIN [4] 669/16 670/17 677/5 754/12
BEGINNING [3] 663/20 668/20 674/19
BEGINS [1] 710/4
BEGUN [1] 682/4
BEING [28] 654/6 657/5 672/7 672/16
672/24 685/6 691/15 695/5 714/2 722/11
730/25 731/12 732/21 734/1 735/20
736/22 736/23 738/11 739/23 740/14
740/16 743/21 747/21 749/7 750/9 753/9
755/25 756/11
BELIEVE [5] 662/10 678/12 725/18
742/25 749/21
BELOW [1] 669/17
BENEFICIAL [4] 732/3 732/16 732/19
753/10
BENEFIT [1] 688/17
BENEFITS [2] 702/24 715/19
BENJAMIN [1] 651/17
BERNARD [5] 689/14 702/5 702/15
703/4 711/19
BEST [3] 655/4 657/11 760/10
BETSY [2] 717/8 717/18
BETTER [2] 680/18 708/6
BETWEEN [28] 682/10 683/3 684/8
685/6 687/13 691/4 692/16 693/2 694/9
694/14 695/17 700/11 705/23 707/23
708/9 712/25 713/10 717/7 728/4 733/14
735/6 735/13 737/12 739/10 742/19
742/20 753/14 754/9
BEYOND [9] 662/9 662/16 722/15
727/14 741/9 742/10 742/12 755/3 755/5
BIENVENUE [10] 680/9 701/23 711/4
712/7 717/10 733/5 735/13 739/10
739/19 756/16
BILL [2] 678/16 678/16
BILOXI [1] 715/14
BIOGEOCHEMISTRY [1] 666/16
BIOLOGICAL [1] 697/3
BIT [4] 659/7 666/19 677/3 706/3
BLACK [1] 677/6
BLACK-AND-WHITE [1] 677/6
BLIND [1] 681/2
BLINDERS [1] 752/11
BLOCK [1] 708/18
BLOW [3] 686/8 686/18 748/4
BLOWDOWN [1] 686/3
BLOWN [2] 688/23 689/16
BLOWUP [2] 678/7 683/22
BLUE [1] 744/11
BOAT [3] 683/8 683/21 731/21
BOATS [1] 712/12
BODIES [2] 687/5 755/2
BODY [2] 663/24 754/5
BONNET [2] 659/11 659/15 659/18
715/7 715/9 716/9
BONNET CARRE [1] 715/9
BONNET CARRÉ [4] 659/15 659/18
715/7 716/9
BOOKS [2] 666/15 719/12
BORDERING [1] 713/1
BORGNE [18] 674/22 681/11 684/9

B

BORGNE... [15] 690/23 696/3 696/11 696/11 696/13 696/15 699/16 700/23 708/9 713/1 713/10 735/24 741/1 742/19 742/23
BOTANY [1] 680/20
BOTH [15] 659/4 659/22 663/13 664/5 668/25 676/2 684/5 687/22 694/5 694/6 696/6 714/23 716/21 731/2 737/1
BOTTOM [2] 672/21 694/19
BOULEVARD [1] 650/24
BOUND [1] 706/17
BOWEN [1] 717/6
BOX [4] 650/7 650/14 650/24 651/18
BRACKISH [3] 669/6 669/25 671/18
BRANCH [1] 651/10
BRANTLEY [1] 748/11
BREAK [4] 689/8 689/9 703/20 731/13
BREAKING [1] 737/14
BREAKOFF [1] 745/19
BREAKUP [5] 737/2 739/6 739/6 740/24 745/24
BRENDAN [1] 651/3
BRETSCHNEIDER [4] 717/19 718/5 718/12 718/18
BRIDGE [6] 740/1 740/25 742/23 743/2 744/4 744/16
BRIEF [3] 663/4 703/22 750/3
BRIEFLY [2] 667/23 759/14
BRING [6] 663/12 681/6 704/3 709/2 758/21 758/23
BRINGING [3] 728/22 759/2 759/3
BRINGS [1] 697/20
BROAD [1] 666/12
BROADER [1] 752/20
BROADLY [1] 738/23
BROKE [1] 754/8
BROUGHT [5] 693/15 712/8 723/8 730/23 752/15
BROWN [5] 674/17 674/24 675/3 676/5 680/20
BROWN/ORANGE [1] 676/5
BRUNO [3] 649/18 649/18 746/5
BUDD [1] 650/2
BUFFER [3] 664/7 696/15 702/7
BUFFERING [4] 687/17 687/18 721/16 738/19
BUFFERS [1] 661/5
BUGGIES [2] 683/5 683/20
BUILD [2] 665/13 752/6
BUILDING [2] 682/2 714/13
BUILT [5] 696/18 698/13 710/10 751/4 753/24
BUNCH [2] 687/15 691/10
BURDEN [1] 757/14
BUT [71] 655/1 657/25 660/4 660/20 661/17 662/15 667/17 667/19 669/5 670/25 670/25 671/2 672/7 676/7 676/16 677/11 678/16 679/2 679/9 680/25 682/5 682/25 683/2 686/6 687/6 689/25 690/4 690/9 690/14 691/15 691/18 695/6 695/23 696/23 699/2 700/19 706/7 706/21 707/4 708/3 709/1 710/2 710/24 711/10 712/8 712/12 715/9 718/2 718/14 719/13 720/8 722/22 723/6 723/7 724/4 726/1 727/19 729/7 729/11 732/19 740/21 740/25 741/11 741/14 743/25 744/13 745/6 747/2 758/19 759/7 759/21

C

CAERNARVON [1] 688/22
CALIBRATE [1] 665/14

CALIFORNIA [1] 649/16
CALL [3] 653/7 654/18 760/2
CALLED [24] 655/23 656/3 659/21 660/2 660/7 669/24 669/24 670/3 675/3 675/21 675/24 676/11 676/11 677/12 677/14 679/12 680/7 681/12 683/16 684/9 690/8 698/7 742/23 759/1
CALLING [2] 693/5 727/9
CALVIN [1] 650/16
CAME [1] 724/5
CAN [175]
CAN'T [9] 669/18 670/19 680/24 681/4 691/15 729/24 744/23 745/2 755/18
CANAL [14] 681/23 682/1 709/7 709/7 709/19 711/8 725/24 726/8 732/20 732/22 737/4 746/13 746/13 752/16
CANALS [2] 680/14 686/15
CANE [4] 680/23 680/24 681/1 683/10
CANOPY [3] 675/1 688/8 708/19
CAPACITY [1] 687/17
CAPTURED [1] 692/20
CAREER [2] 659/5 666/5 666/13
CAREFUL [1] 668/2
CAREFULLY [1] 683/6
CARL [5] 682/15 685/17 688/16 692/10 709/2
CARONDELET [1] 651/7
CARRE [1] 715/9
CARRIED [5] 659/16 663/15 666/12 668/22 668/22
CARRIES [2] 659/24 702/2
CARRY [4] 666/11 698/9 711/14 725/25
CARRYING [2] 667/2 667/3
CARRYOVER [1] 758/14
CARRÉ [5] 659/11 659/15 659/18 715/7 716/9
CASE [10] 663/5 664/20 664/23 686/17 690/14 692/18 694/16 697/8 726/15 726/16
CATCH [3] 672/23 673/1 686/20
CATEGORIES [1] 675/8
CATEGORY [1] 670/23
CATTAIL [1] 669/9
CAUGHT [2] 693/3 693/20
CAUSE [1] 700/4
CAUSED [8] 669/5 712/15 713/7 726/11 727/4 729/3 731/18 755/1
CAUSES [1] 713/6
CAUSING [2] 745/16 745/24
CCR [3] 651/20 760/7 760/15
CEILINGS [1] 691/12
CEMENT [1] 690/9
CENTER [1] 680/8
CENTRAL [45] 663/14 663/21 664/4 664/12 665/10 667/13 673/18 681/21 682/12 684/9 685/10 690/2 690/16 690/22 696/12 700/21 701/25 703/3 704/12 705/16 705/25 706/14 706/18 707/4 707/7 708/9 710/5 710/13 711/5 712/22 713/5 713/9 713/11 726/6 745/19 746/10 746/15 746/23 747/3 747/19 749/17 751/11 754/5 756/16 756/25 760/4 760/21
CENTURY [3] 690/17 690/18 690/21
CERTAIN [8] 654/22 693/3 697/10 701/5 701/11 721/25 729/20 750/9
CERTAINLY [6] 657/5 657/9 678/17 681/11 681/12 684/24 734/22 750/2 753/18
CERTIFICATE [1] 760/6
CERTIFY [1] 760/9
CHABRECK [2] 671/19 731/7
CHAD [1] 665/18
CHAIR [1] 660/2

CHALLENGE [8] 655/2 657/2 657/3 657/9 657/9 657/16 657/16 662/12
CHALLENGES [1] 656/25
CHALLENGING [1] 657/12
CHALMETTE [2] 739/11 739/20
CHAMBERS [1] 719/6
CHANDELEUR [1] 696/10
CHANDELEUR SOUND [1] 696/10
CHANGE [8] 664/23 666/10 670/21 685/7 698/6 699/12 731/22 759/5
CHANGED [3] 665/22 672/14 673/2
CHANGES [2] 665/6 725/9
CHANNEL [36] 656/22 680/4 682/19 686/16 698/18 699/17 699/18 702/19 710/19 711/13 711/14 713/7 715/18 720/6 726/21 728/10 733/11 733/12 733/17 733/21 735/23 736/10 737/7 737/12 737/16 737/16 739/6 740/13 740/23 744/12 744/12 744/14 746/9 746/15 747/2 747/20
CHANNELS [3] 677/9 702/1 746/24
CHARACTERISTICS [10] 665/13 667/12 667/14 668/1 668/8 668/11 668/14 669/13 687/4 695/25
CHARACTERIZED [3] 667/25 668/7 756/21
CHART [3] 700/24 733/1 733/2
CHARTS [1] 666/9
CHEAP [1] 712/8
CHEMISTRY [1] 666/17
CHLORIDE [2] 697/11 697/14
CHOOSE [1] 667/14
CHOSEN [1] 752/23
CIRCLED [1] 677/19
CITE [1] 712/20
CITIES [1] 715/24
CITIZENS [1] 717/5
CITY [2] 650/25 653/7
CIVIL [1] 651/10
CLAIR [1] 680/20
CLARK [1] 748/8
CLASSIC [1] 726/15
CLASSIFICATION [11] 668/19 668/21 669/1 669/3 669/5 669/20 670/13 671/8 671/8 676/16 679/13
CLASSIFICATIONS [7] 668/16 669/20 669/22 671/6 673/11 673/16 679/11
CLASSIFIED [3] 670/14 679/11 680/11
CLEAN [2] 664/1 703/8
CLEAR [9] 674/9 674/10 676/4 676/12 680/2 682/25 726/2 726/4 752/10
CLEARER [1] 678/20
CLEARLY [9] 676/22 682/9 683/18 695/23 707/12 714/14 726/13 729/13 739/5
CLERK [1] 699/3
CLOSE [1] 735/14
CLOSED [2] 675/2 711/1
CLOSER [2] 704/6 736/7
CLOSING [2] 714/11 752/17
CLOSURE [5] 756/13 756/14 757/3 757/3 757/11
COALITION [1] 757/7
COAST [7] 673/17 691/3 691/18 692/9 692/18 693/23 708/1
COASTAL [44] 653/17 653/17 653/19 655/10 655/13 655/16 656/9 656/16 656/18 657/18 658/24 659/1 659/12 659/18 659/23 660/7 660/8 660/9 660/20 661/2 662/4 663/6 663/10 663/11 664/22 666/3 666/4 668/18 668/21 668/24 669/11 671/8 671/13 671/15 671/17 671/22 691/5 691/10 692/22 695/1 695/3

**C**

COASTAL... [3] 715/10 715/20 757/7
COAUTHORS [2] 655/20 656/12
COEFFICIENT [2] 667/7 667/7
COEFFICIENTS [3] 667/10 667/15 667/18
COINCIDENT [1] 745/20
COLLEAGUES [1] 708/3
COLLECTED [1] 667/1
COLLINS [8] 667/7 667/9 667/15 667/18 717/19 718/5 718/12 718/18
COLONEL [1] 717/6
COLORFUL [1] 760/1
COMBINATION [3] 694/5 694/6 702/9
COMBINED [1] 746/20
COME [6] 661/12 676/22 678/20 710/1 712/21 725/1
COMES [2] 663/22 712/2
COMING [8] 667/20 675/16 696/15 705/3 709/17 728/24 745/23 756/19
COMMENT [5] 694/3 726/1 726/9 732/2 732/5
COMMENTED [2] 731/25 732/8
COMMENTING [4] 712/1 743/9 743/10 743/17
COMMENTS [3] 725/22 731/9 738/8
COMMERCE [3] 723/16 725/8 731/9
COMMISSION [1] 671/12
COMMITTEE [3] 660/3 660/25 717/5
COMMON [3] 666/22 669/10 669/13
COMMONLY [4] 668/10 668/11 670/3 698/10
COMMUNITIES [4] 666/18 666/20 668/16 668/17
COMMUNITY [3] 704/13 736/1 756/22
COMPARED [1] 712/8
COMPARISON [3] 685/4 685/6 706/14
COMPLEMENT [1] 665/1
COMPLETE [1] 675/1
COMPLETELY [4] 664/12 685/9 688/2 710/23
COMPLEX [1] 650/13
COMPLIANCE [2] 729/15 729/17
COMPLICATED [1] 712/4
COMPLIED [1] 727/18
COMPONENT [2] 660/19 720/20
COMPOUNDS [1] 697/18
COMPUTER [1] 651/25
CONCENTRATIONS [1] 697/13
CONCLUDED [2] 706/25 713/13
CONCLUSION [2] 727/10 752/16
CONCLUSIONS [1] 661/13
CONDITION [1] 736/3
CONDITIONS [9] 666/1 666/25 669/25 688/25 702/21 715/15 725/12 731/23 738/16
CONFINE [1] 755/9
CONFINES [1] 738/8
CONFUSION [1] 746/3
CONGRESS [1] 727/1
CONNECTION [1] 717/7
CONNECTS [1] 680/9
CONOR [1] 651/12
CONSERVATIVE [1] 713/3
CONSIDER [2] 747/9 752/11
CONSIDERABLE [1] 736/25
CONSIDERABLY [2] 708/5 708/24
CONSIDERATION [2] 721/6 726/14
CONSIDERED [5] 726/14 730/2 749/20 752/21 756/11
CONSISTENT [1] 745/23
CONSOLIDATE [1] 754/2

CONSTRUCTED [5] 685/6 695/19 697/1 706/17 720/21
CONSTRUCTING [1] 728/20
CONSTRUCTION [24] 653/20 653/24 664/24 677/8 680/3 681/25 692/6 699/7 699/11 699/22 701/18 702/9 709/19 712/16 712/20 713/8 723/9 725/13 726/20 728/1 728/3 728/4 728/15 736/17
CONSUME [2] 698/10 728/9
CONTAIN [1] 669/12
CONTAINMENT [6] 677/10 680/4 682/1 682/2 682/22 736/10
CONTEST [1] 684/23
CONTEXT [2] 730/5 730/5
CONTINUAL [1] 725/9
CONTINUATION [1] 731/18
CONTINUE [6] 670/11 687/16 701/4 704/4 704/10 737/15
CONTINUED [10] 650/1 651/1 691/19 701/19 726/10 727/3 731/16 742/24 746/21 752/22
CONTINUES [4] 729/13 737/14 746/12 746/20
CONTINUING [9] 711/7 726/22 726/23 728/23 741/6 746/11 746/12 746/14 747/7
CONTINUOUS [2] 690/9 703/14
CONTINUOUSLY [1] 691/22
CONTRIBUTED [1] 713/13
CONTRIBUTION [3] 663/5 666/1 667/8
CONTROL [16] 659/15 701/23 710/18 713/24 714/1 714/25 714/25 715/9 717/6 723/19 725/13 725/23 730/1 730/12 739/10 739/19
CONTROLLED [2] 667/2 712/12
CONTROLLING [2] 711/13 756/17
CONVERT [1] 731/14
CONVEYS [1] 682/22
COORDINATED [1] 689/9
COORDINATING [1] 759/24
COPY [4] 677/17 718/3 718/4 719/13
CORNER [1] 672/21
CORPS [65] 659/6 659/8 659/10 659/17 659/21 660/5 660/15 668/5 677/7 692/8 692/14 692/15 694/8 694/13 694/22 695/3 702/13 707/22 710/1 713/12 713/17 714/6 714/8 714/10 714/18 715/6 716/15 716/16 716/17 717/18 721/24 722/4 722/23 723/2 723/18 725/7 725/16 725/22 727/17 728/1 729/2 729/8 729/14 729/21 729/22 730/11 730/22 731/2 731/9 732/2 734/4 738/15 738/21 739/3 739/13 741/2 742/6 748/9 748/12 750/1 752/5 752/8 752/20 753/10 757/3
CORPS' [11] 660/8 692/3 695/7 706/22 706/25 716/18 723/2 723/11 724/21 727/24 743/23
CORRECT [23] 653/13 658/8 661/16 672/9 675/12 675/14 676/2 679/17 681/19 694/10 694/19 698/21 718/10 718/21 732/10 743/12 743/22 745/10 750/5 750/9 754/1 755/18 760/10
COULD [50] 655/25 667/20 676/25 685/2 693/2 693/19 701/13 701/14 701/24 702/13 702/17 702/23 703/1 705/6 705/7 705/11 707/8 707/14 709/21 709/22 710/1 710/22 711/2 711/7 715/22 716/22 726/4 726/18 728/22 730/12 733/20 735/16 736/20 739/9 747/17 747/25 750/22 751/15 752/3 752/5 752/8 752/12 752/18 752/24 753/6 753/13 753/16 755/23 756/9 757/22
COUNSEL [16] 657/7 678/21 719/19

720/8 724/25 725/3 727/19 733/24 734/2 735/9 741/18 741/23 756/3 756/6 757/13
COUNSEL'S [1] 740/4
COUNTRY [1] 753/13
COUPLE [3] 660/4 661/7 664/21
COURSE [4] 654/1 659/5 662/2 707/24
COURSEWORK [1] 749/4
COURT [60] 649/1 651/20 653/4 655/9 657/15 662/22 663/3 664/15 664/16 664/18 665/24 667/6 667/6 667/23 668/15 670/4 670/6 670/7 671/5 672/2 672/5 673/4 685/13 685/24 688/19 692/13 697/3 699/2 699/5 703/22 703/24 709/2 709/4 710/18 712/15 715/22 720/7 727/19 727/21 735/25 736/5 739/25 742/5 742/16 742/22 742/25 746/2 752/2 753/5 753/20 754/7 754/9 755/23 756/9 757/9 760/2 760/4 760/7 760/8 760/16
COURT'S [3] 679/2 730/23 757/20
COURTROOM [2] 673/22 678/25
COVER [1] 675/1
COVERED [2] 741/12 745/13
CREATE [3] 658/5 732/3 733/12
CREATED [7] 702/17 728/10 732/7 738/20 742/20 753/17 753/24
CREATING [1] 661/14
CROSS [8] 654/24 655/5 662/2 662/21 688/11 757/16 757/24 759/11
CROSS-EXAMINATION [3] 654/24 662/21 757/16
CROSS-EXAMINE [1] 655/5
CROSS-REFERENCE [1] 688/11
CUBIC [3] 733/3 733/7 733/9
CUMULATIVE [9] 722/9 722/10 722/22 726/14 726/15 727/25 747/7 747/10 752/21
CUPS [1] 693/25
CURATIVE [1] 705/9
CURIOUS [2] 690/14 724/2
CURRENTLY [1] 659/3 714/3
CURRENTS [1] 699/20
CURVES [2] 680/5 681/23
CUSTOMARILY [2] 661/17 661/19
CUSTOMERS [1] 704/1
CUT [15] 682/5 684/4 691/22 699/8 699/12 699/17 709/11 710/3 717/13 726/21 728/10 733/4 733/10 733/16 739/23
CUTTING [3] 705/18 709/5 710/7
CV [1] 649/5
CYPRESS [68] 655/16 663/8 663/10 664/5 664/7 669/13 669/14 670/13 670/13 670/14 670/14 670/15 670/20 671/2 671/25 674/25 674/25 674/5 675/6 675/6 675/22 676/14 677/13 677/14 677/22 679/15 679/15 679/19 682/9 682/10 685/13 686/1 686/5 686/6 686/14 686/17 686/18 686/23 687/13 687/15 688/2 689/15 689/20 689/23 689/25 690/15 691/5 691/9 692/4 695/22 695/22 700/13 702/12 702/21 703/15 704/19 704/25 704/25 705/4 705/22 706/2 706/8 709/13 710/13 711/17 713/14 756/22

**D**

D-A-Y [1] 653/14
DALLAS [1] 650/4
DAMAGE [6] 710/4 712/8 726/11 726/22 729/3 730/13
DAMAGES [1] 714/14
DANIEL [1] 651/10

D

DARK [1] 686/15
DARKER [2] 674/17 676/5
DATA [4] 665/16 667/4 704/8 706/22
DATABASE [1] 736/19
DATE [3] 657/13 716/9 733/4
DATES [1] 706/16
DAUBERT [6] 654/17 655/2 656/25 657/2 657/3 657/4
DAY [56] 653/9 653/10 653/14 653/17 653/23 655/9 657/15 663/3 673/9 677/2 677/17 678/19 679/23 681/16 682/16 684/19 685/20 688/19 692/3 692/25 693/14 694/20 695/4 695/14 696/24 703/7 705/14 707/6 707/16 710/25 715/6 716/15 717/4 720/3 722/2 729/4 730/24 737/19 737/23 738/2 738/7 742/18 742/21 744/7 745/4 746/8 748/21 749/9 749/20 750/14 753/20 754/4 754/25 757/23 758/12 758/21
DAY'S [3] 670/8 693/7 743/3
DAY-SHAFFER [3] 682/16 684/19 685/20
DAYS [1] 691/15
DC [1] 651/18
DEAD [3] 698/14 704/25 706/4
DEAL [5] 658/19 659/3 698/3 698/4 726/5
DEALING [1] 722/3
DEALS [1] 728/3
DEALT [5] 656/5 657/19 663/8 666/5 721/21
DEATH [2] 705/16 706/1
DEAUTHORIZE [1] 757/1
DEBRIS [5] 692/19 693/2 693/16 693/20 693/24
DECADE [1] 658/12
DECADES [6] 659/2 668/20 671/22 691/6 696/17 753/19
DECIDE [1] 727/19
DECISION [1] 731/4
DECOMPOSE [1] 698/12
DECREASE [1] 692/21
DEFENDANT [1] 651/9
DEFENDANT'S [1] 755/20
DEFENSE [1] 733/23
DEFINE [2] 667/6 693/17
DEFINITIONS [1] 668/3
DEFINITIVE [1] 725/10
DEGRADATION [13] 737/20 739/2 740/12 740/21 740/21 741/17 741/20 742/17 744/15 745/24 749/16 752/22 752/22
DEGREE [1] 755/9
DELETERIOUS [1] 714/8
DELICATE [1] 697/15
DELTA [5] 655/14 655/23 656/4 660/9 707/14
DEMONSTRABLE [3] 731/19 731/22 751/25
DEMONSTRATE [4] 719/24 742/5 742/16 745/6
DEMONSTRATED [1] 737/5
DEMONSTRATIVE [1] 672/6
DENHAM [1] 650/17
DENSE [13] 674/25 676/8 676/8 681/6 682/8 683/10 684/11 687/23 689/25 695/22 696/13 699/14 710/12
DENSITY [1] 690/1
DEPARTMENT [8] 651/9 680/21 723/16 725/8 731/9 731/25 732/4 732/8
DEPENDING [1] 673/15

DEPENDS [2] 758/12 758/19
DEPICTED [4] 651/23 692/13 693/1 735/20
DEPICTIONS [2] 658/5 676/1
DEPOSITION [3] 654/11 678/13 732/15
DEPOSITIONS [3] 734/17 734/23 758/11
DEPTH [2] 684/4 684/4
DESCRIBE [32] 655/9 664/15 665/24 667/6 667/7 667/20 667/23 668/15 670/21 671/5 672/1 685/13 685/24 688/19 692/13 695/14 697/3 699/5 709/2 709/4 715/22 736/5 737/8 737/11 745/4 745/16 746/8 750/16 752/2 753/5 753/20 754/8
DESCRIBED [7] 660/19 675/11 680/19 715/21 735/11 735/20 736/14
DESCRIBING [1] 665/21
DESCRIPTION [1] 663/4
DESIGN [6] 726/21 728/2 728/15 734/13 734/21 734/22
DESIGNED [1] 735/7
DESIGNING [1] 728/20
DESTROY [1] 752/7
DESTROYED [3] 712/24 726/7 753/15
DESTRUCTION [3] 700/4 701/4 752/10
DETAIL [2] 658/19 659/4
DETAILED [1] 659/16
DETERIORATION [1] 658/25
DETERMINING [1] 665/25
DEVELOP [1] 673/12
DEVELOPED [5] 665/9 669/1 671/10 671/20 673/16
DEVELOPMENT [2] 661/20 679/25
DEVICES [1] 658/6
DFE [1] 730/5
DID [23] 657/9 660/24 661/11 667/11 667/17 671/12 691/18 692/18 695/18 700/3 700/24 701/4 720/9 721/13 721/13 721/14 734/8 738/2 741/21 742/21 749/5 754/17 757/2
DIDN'T [7] 719/24 727/17 734/11 734/13 734/25 746/6 754/14
DIE [3] 670/17 698/11 706/3
DIED [1] 705/23
DIEOFF [1] 699/6
DIES [1] 691/22
DIFFERENCE [4] 728/4 737/5 754/9 755/1
DIFFERENT [21] 665/20 666/10 669/3 672/7 673/13 673/13 673/14 673/15 675/5 675/13 676/1 676/3 677/19 690/10 707/25 708/6 708/7 717/23 718/18 724/14 737/25
DIFFERENTIATE [1] 693/15
DIFFERENTIATED [1] 693/2
DIFFERENTIATES [1] 741/21
DIFFERENTIATION [1] 682/10
DIFFICULT [1] 672/23
DIFFUSE [1] 697/14
DIFFUSES [1] 697/22
DIG [1] 728/23
DIGGING [3] 728/22 728/25 754/20
DIKE [1] 753/23
DIMENSIONAL [1] 708/17
DIMENSIONS [1] 736/17
DIMINISHED [1] 725/25
DIRE [2] 655/7 657/11
DIRECT [5] 663/1 696/6 697/4 713/4 716/24
DIRECTION [1] 674/22
DIRECTLY [5] 689/23 697/17 699/22

713/7 735/10
DISAGREE [1] 732/6
DISAGREEMENT [1] 722/17
DISAPPEARED [2] 685/10 685/11
DISASTER [1] 656/20
DISCONTINUATION [2] 725/11 725/17
DISCRETE [1] 713/23
DISCUSS [2] 717/4 719/17
DISCUSSED [4] 702/20 737/25 738/9 741/10
DISCUSSING [1] 658/19
DISCUSSION [1] 723/20
DISCUSSIONS [2] 657/20 741/6
DISINFECTED [1] 663/25
DISINGENUOUS [1] 726/2
DISMISSED [1] 723/19
DISPOSAL [4] 725/20 732/3 732/6 732/15
DISPOSITION [1] 719/10
DISPUTE [2] 662/4 662/7
DISTANCE [2] 687/2 704/24
DISTINGUISH [1] 664/18
DISTINGUISHED [2] 728/1 729/24
DISTRIBUTION [1] 666/9
DISTRICT [5] 649/1 649/2 649/11 760/8 760/8
DIVERSE [2] 736/1 756/22
DIVERSION [3] 688/22 711/18 712/6
DIVERSIONS [2] 713/21 714/20
DIVIDE [1] 728/11
DIVISION [1] 651/10
DO [48] 654/23 655/1 655/1 655/5 657/10 661/17 661/19 665/3 665/5 665/23 667/10 673/19 674/8 675/19 677/4 679/12 682/25 683/25 685/21 686/25 687/3 691/2 691/3 694/12 698/9 713/6 714/9 714/17 718/24 720/9 721/18 721/23 723/11 725/18 730/20 731/10 732/6 740/12 740/19 740/21 742/15 743/6 744/1 745/6 750/10 753/3 759/20 760/9
DOCKET [1] 649/5
DOCTOR [3] 704/4 704/10 711/10
DOCUMENT [13] 664/23 717/5 717/20 717/22 734/7 734/18 738/4 747/23 749/18 749/20 749/24 750/2 750/11
DOCUMENTATION [1] 716/25
DOES [15] 657/7 662/3 665/16 686/25 687/18 718/4 722/2 726/9 728/25 738/13 746/2 749/24 755/5 755/10 755/17
DOESN'T [7] 674/4 675/13 676/16 679/15 679/19 691/23 755/16
DOING [11] 665/1 665/11 665/16 667/3 667/14 667/20 678/23 713/20 735/8 753/19 757/18
DOLLAR [1] 663/16
DOMENGEAUX [1] 650/5
DOMINANT [2] 670/2 670/18
DON'T [32] 662/15 671/16 673/23 674/2 676/22 677/23 677/24 679/4 679/4 679/6 684/17 684/18 684/22 686/8 686/18 686/19 686/19 691/12 699/25 702/1 718/23 719/4 724/14 724/25 725/1 741/23 744/21 750/7 751/4 755/9 758/13 759/10
DONE [32] 659/5 661/10 684/25 685/11 701/6 701/13 701/14 702/8 702/13 702/17 703/1 707/17 709/21 709/22 709/23 710/1 711/20 726/12 726/12 726/19 726/22 728/8 736/24 738/11 743/21 744/13 750/23 752/8 752/13 752/18 753/1 753/13

## D

DOUBT [1] 730/15
DOWN [17] 664/2 666/19 673/19 681/5
686/8 686/19 687/15 688/24 689/5
689/16 691/23 697/22 698/8 703/4 706/8
708/23 753/25
DOYLE [4] 651/20 760/7 760/15 760/15
DR [3] 664/17 679/23 745/4
DR. [77] 653/23 655/9 657/15 663/4
663/6 663/13 663/16 664/13 664/17
664/18 664/19 664/21 665/7 665/8 670/8
671/19 673/9 677/17 678/19 681/16
684/15 688/19 692/3 692/25 693/7
693/14 695/4 695/14 705/14 706/23
707/6 707/16 707/17 707/21 708/3
712/17 716/15 716/15 717/4 720/3 721/14
722/2 722/8 722/22 723/9 725/6 729/4
730/24 733/2 737/6 737/19 737/23 738/2
738/7 740/1 741/12 741/19 741/22
742/18 742/21 743/1 743/3 744/7 745/13
746/1 746/8 748/21 749/9 749/20 750/14
753/20 754/4 754/25 756/10 756/12
757/23 758/13
DR. BEA [1] 758/13
DR. CHABRECK [1] 671/19
DR. DAY [39] 653/23 655/9 657/15
673/9 677/17 678/19 681/16 688/19
692/3 692/25 693/14 695/4 695/14
705/14 707/6 707/16 715/6 716/15 717/4
720/3 722/2 729/4 730/24 737/19 737/23
738/2 738/7 742/18 742/21 744/7 746/8
748/21 749/9 749/20 750/14 753/20
754/4 754/25 757/23
DR. DAY'S [3] 670/8 693/7 743/3
DR. FITZGERALD [13] 664/17 664/18
664/21 665/7 684/15 712/17 737/6 740/1
741/12 741/19 743/1 745/13 746/1
DR. FITZGERALD'S [3] 664/19 733/2
741/22
DR. GAGLIANO [7] 721/14 722/8 722/22
723/9 725/6 756/10 756/12
DR. GARY [1] 663/4
DR. KEMP [2] 707/17 708/3
DR. KEMP'S [1] 707/21
DR. SHAFFER [6] 663/6 663/13 663/16
664/13 665/8 706/23
DRAFT [1] 723/10
DRAFTED [1] 721/18
DRAINAGE [1] 711/18
DRAMATIC [6] 699/7 699/12 699/22
700/23 709/20 726/3
DRASTICALLY [1] 690/5
DRAWN [2] 723/12 730/22
DREDGE [7] 682/20 682/22 683/1 684/6
709/9 733/1 735/22
DREDGED [7] 701/14 702/18 733/3
733/7 752/3 753/11 753/21
DREDGING [23] 682/3 682/18 682/20
701/15 709/12 709/17 709/24 712/10
725/11 725/17 725/24 726/10 728/4
728/5 728/17 728/17 728/17 728/21
729/7 729/25 733/15 754/4 754/7
DREW [2] 674/8 723/2
DROPPING [1] 688/6
DROUGHT [2] 691/17 705/21
DRS. [1] 656/11
DRS. SHAFFER [1] 656/11
DRY [1] 691/12
DUCK [1] 681/2
DUCK-BLIND [1] 681/2
DUDENHEFER [2] 650/9 650/9
DUE [7] 665/15 706/24 712/12 712/19
713/2 713/9 737/16
DUGOL 677m7m709/1837 03 F51e23 03m23
DULY [1] 653/10
DUMAS [2] 650/12 650/12
DUPRE [7] 701/24 711/4 712/7 717/10
735/14 745/22 756/16
DURING [15] 677/7 678/13 687/15
691/11 691/17 693/22 706/15 706/24
707/16 710/18 710/20 712/2 712/16
717/7 733/7
DUVAL [1] 649/11
DYING [1] 706/8
DYNAMIC [1] 685/24
DYNAMICS [1] 661/10

## E

EA [13] 735/11 735/21 736/14 736/16
736/22 737/21 737/25 738/1 738/2 738/4
738/9 741/9 741/14 744/12
EA'S [3] 743/8 743/9 743/15
EA-38 [4] 735/11 735/21 736/14 737/21
EACH [7] 660/18 669/22 675/8 692/18
707/25 712/20 730/25
EAGER [1] 759/17
EARLIER [8] 659/2 673/19 695/9 695/12
702/11 713/12 721/2 742/21
EARLIEST [1] 669/19
EARLY [6] 659/9 681/24 690/17 700/11
700/15 716/11
EASE [1] 696/9
EASILY [1] 688/12
EAST [4] 651/4 681/24 699/16 715/19
EASTERN [2] 649/2 760/8
EASY [3] 677/16 686/19 744/2
ECOLOGICAL [1] 653/24
ECOLOGIST [4] 653/18 655/10 663/7
666/3
ECOLOGY [5] 655/12 655/14 655/15
662/4 663/9
ECONOMIC [1] 656/19
ECONOMICALLY [1] 666/21
ECOSYSTEM [8] 705/7 710/15 726/4
726/7 747/11 752/10 752/25 756/21
ECOSYSTEMS [3] 666/4 666/6 666/10
EDGE [10] 677/9 681/11 687/5 700/22
700/22 707/2 709/13 732/20 732/20
732/22
EDWARDS,LLC [1] 650/5
EFFECT [14] 692/4 694/8 697/19 697/20
698/21 700/23 720/16 720/18 721/1
726/3 728/5 732/19 739/18 747/4
EFFECTIVE [1] 709/16
EFFECTIVELY [1] 708/19
EFFECTS [14] 653/24 660/20 697/3
707/3 714/8 719/25 720/3 721/5 721/12
723/7 737/11 738/10 743/18 747/11
EFFLUENT [5] 663/22 663/23 702/6
711/19 714/2
EFFORT [4] 659/10 664/11 664/11
715/17
EFFORTS [3] 746/22 752/12 752/12
EHRLICH [1] 651/11
EIS [6] 723/10 723/20 724/10 725/9
726/12 730/11
EITHER [3] 679/16 702/9 754/2
EL [1] 651/11
EL-AMIN [1] 651/11
ELABORATE [2] 705/14 742/18
ELEMENTS [4] 681/7 681/10 697/14
697/18
ELEVATION [1] 687/20
ELEVATIONS [2] 694/23 754/1
ELICIT [5] 727/22 727/23 729/12 730/8

731/2
ELIMINATED [1] 710/23
ELIMINATES [1] 708/21
ELIMINATING [1] 720/17
ELIMINATION [1] 688/6
ELISA [2] 651/3 653/7
ELSE [1] 675/12
ELSEWHERE [1] 655/16
ELUCIDATE [1] 743/3
ELWOOD [2] 650/2 650/23
EMBARK [1] 663/20
EMBEDDED [1] 727/20
EMINENT [1] 660/5
EMPLOYED [1] 665/25
EMPLOYEES [1] 659/17
ENCOMPASSED [1] 742/11
END [4] 681/21 739/10 739/19 755/20
ENDED [1] 753/9
ENERGY [2] 708/20 708/22
ENGINEERING [2] 663/17 750/25
ENGINEERS [16] 659/6 659/8 659/10
659/21 660/6 660/15 668/5 677/7 692/14
692/15 694/22 702/13 713/13 715/7
721/24 725/23
ENGINEERS' [1] 707/22
ENGLISH [1] 699/3
ENLARGED [2] 682/19 711/14
ENLARGEMENT [1] 682/4
ENORMOUS [3] 686/20 687/23 690/3
ENOUGH [1] 677/24
ENTERING [1] 710/4
ENTIRE [2] 672/10 751/10
ENTIRELY [1] 751/6
ENTITIES [1] 713/25
ENTITLED [3] 656/12 684/21 760/12
ENTRANCE [3] 696/11 699/16 756/15
ENVIRONMENT [8] 685/5 710/13
711/22 716/20 726/11 726/24 739/22
754/19
ENVIRONMENTAL [34] 656/13 656/19
668/5 716/19 723/1 723/4 723/17 724/18
725/14 728/13 728/16 728/24 729/1
729/11 729/22 730/21 731/17 732/1
732/2 733/6 735/4 735/6 735/9 736/23
737/17 738/16 739/14 740/17 741/3
741/7 741/25 743/18 743/20 757/5
EON [1] 679/4
EPA [1] 724/22
EPIPHANOUS [1] 724/4
EQUATE [1] 715/23
EROSION [11] 711/13 712/12 732/19
737/1 737/12 746/9 746/24 747/1 747/3
747/14 747/17
ESPECIALLY [2] 689/2 732/9
ESQ [31] 649/15 649/18 649/19 649/22
649/22 650/3 650/6 650/9 650/12 650/16
650/19 650/20 650/23 651/3 651/3 651/6
651/6 651/10 651/11 651/11 651/12
651/12 651/13 651/13 651/14 651/14
651/15 651/15 651/16 651/16 651/17
ESSENCE [2] 669/2 742/15
ESSENTIALLY [13] 688/5 690/10 690/16
694/8 698/15 699/24 700/20 701/8
702/24 706/7 710/9 726/7 752/10
ESTABLISH [4] 664/5 738/14 741/17
741/18
ESTIMATE [2] 713/3 713/6
ESTIMATED [1] 692/21
ET [2] 649/5 649/7
ETC [2] 686/23 729/10
EVALUATE [5] 667/17 734/13 735/9
738/2 738/16

E

EVALUATED [2] 739/13 741/8
EVALUATING [2] 741/2 742/6
EVEN [4] 686/8 691/11 698/23 759/1
EVEN-AGED [1] 691/11
EVENING [1] 760/4
EVENTUALLY [2] 759/15 759/16
EVER [5] 721/23 729/4 748/17 750/16
753/1
EVERY [7] 672/11 672/15 672/15 673/4
692/23 695/2 755/19
EVERYBODY [2] 730/17 746/6
EVERYONE [2] 659/14 682/9
EVERYTHING [2] 680/25 690/21
EVIDENCE [10] 695/17 705/5 720/8
720/9 725/10 732/25 734/24 736/1 737/1
743/15
EVIDENT [6] 677/17 705/17 731/20
740/25 744/16 745/5
EVOLUTION [1] 671/7
EVOLVED [3] 668/19 671/9 671/21
EXACERBATION [1] 742/20
EXACTLY [2] 695/14 699/1
EXAMINATION [4] 654/24 662/21 663/1
757/16
EXAMINE [1] 655/5
EXAMINED [1] 744/11
EXAMINING [1] 744/11
EXAMPLE [3] 698/16 703/2 705/1
EXAMPLES [1] 714/23
EXCELLENT [1] 705/1
EXCEPT [3] 700/1 713/23 748/8
EXCERPT [1] 749/23
EXCESS [1] 696/5
EXCHANGE [1] 710/23
EXCLUSIVELY [1] 695/5
EXCUSE [1] 654/14
EXHIBIT [19] 677/2 678/24 717/22
717/24 718/3 718/6 718/9 718/13 718/19
718/21 719/12 719/16 720/1 724/6 724/9
724/13 733/20 747/25 751/21
EXHIBITS [4] 672/6 672/9 719/6 746/3
EXIST [2] 666/25 691/10
EXISTED [8] 664/7 690/1 700/21 739/22
754/19 754/22 754/24 756/21
EXISTENCE [1] 710/20
EXISTING [2] 752/7 756/24
EXISTS [1] 684/14
EXNICIOS [1] 748/8
EXPANSION [1] 713/2
EXPENSIVE [3] 712/4 712/6 712/9
EXPERIENCE [2] 659/7 663/7
EXPERIENCES [1] 661/12
EXPERIMENTS [1] 687/2
EXPERT [21] 653/17 654/6 654/12
654/15 655/1 655/6 657/19 657/23 658/2
661/3 661/14 662/1 707/18 713/1 719/18
727/15 734/1 741/8 749/8 749/21 755/20
EXPERTISE [21] 654/4 654/10 654/14
654/21 655/11 657/5 657/16 658/13
662/4 662/10 662/17 663/4 664/19
664/19 701/13 720/24 722/12 722/16
722/21 750/5 755/4
EXPERTS [6] 658/4 664/16 673/12
742/12 759/11 759/24
EXPERTS' [1] 666/2
EXPLAIN [3] 689/12 707/20 755/1
EXPLANATION [1] 704/10
EXPLORE [1] 749/5
EXPLORING [1] 751/8
EXPOSED [1] 732/9
EXPRESSED [2] 727/15 738/3

EXPRESSION [1] 704/23
EXPRESSIONS [2] 723/7 728/9
EXTENDED [1] 684/14
EXTENSIVE [2] 686/7 690/15
EXTENT [8] 657/9 687/21 690/7 712/11
727/16 728/7 737/23 747/20
EXTRA [1] 718/4
EXTRAORDINARILY [1] 657/10
EXTREME [1] 696/1
EYE [3] 686/12 688/23 689/15

F

F-L-O-R-A [1] 670/5
FACET [1] 658/9
FACT [12] 661/22 668/20 687/15 692/8
701/16 713/18 726/9 730/11 731/19
732/15 749/9 759/1
FACTORS [2] 665/6 707/13
FACTUAL [1] 750/14
FAILURE [1] 752/11
FAIR [2] 659/3 661/3
FAIRLY [6] 669/10 681/7 684/23 695/20
710/12 740/8
FAMILIAR [6] 713/16 721/9 734/24
735/10 737/24 739/9
FAR [6] 654/3 664/17 696/2 707/2
734/14 742/12
FAYARD [2] 650/16 650/16
FCRR [3] 651/20 760/7 760/15
FEASIBILITY [2] 663/16 663/19
FEASIBLE [2] 717/11 750/22
FEATURES [2] 725/14 730/24
FEDERAL [1] 723/10
FEEDBACK [1] 660/6
FEELS [1] 727/20
FEET [11] 680/22 683/3 683/10 684/13
688/25 693/24 702/22 702/23 704/22
708/11 709/16
FENCE [1] 692/20
FEW [8] 673/11 688/1 688/4 691/15
706/9 710/3 737/12 758/1
FIELD [3] 666/23 666/24 667/3
FIELDS [2] 667/1 715/23
FIFTH [1] 719/16
FIGURE [7] 671/25 684/22 685/18
685/19 694/21 694/22 757/25
FIGURE 5 [1] 694/22
FILE [1] 723/14
FILED [5] 654/18 655/3 657/1 657/2
657/3
FILING [1] 657/4
FILL [1] 725/24
FILLS [1] 758/12
FINALLY [3] 660/1 668/12 698/6
FIND [9] 685/17 685/19 689/7 691/9
692/11 699/25 718/14 754/6 756/25
FINE [1] 757/17
FINISHED [2] 663/19 735/1
FIRM [5] 649/21 650/9 650/12 651/2
653/7
FIRMS [1] 663/18
FIRST [15] 663/20 664/11 668/20 669/1
671/7 671/14 674/24 691/4 692/25 701/6
706/6 726/12 729/20 749/23 754/13
FISHERIES [3] 666/21 671/12 671/20
FIT [2] 759/11 759/12
FITZGERALD [14] 656/11 664/17 664/18
664/21 665/7 684/15 712/17 737/6 740/1
741/12 741/19 743/1 745/13 746/1
FITZGERALD'S [3] 664/19 733/2 741/22
FIVE [3] 659/20 693/22 734/16
FLAWS [1] 757/20
FLOATING [1] 693/24

FLOOD [4] 659/15 659/23 715/9 717/6
717/9 CONTE 720/7 734/4
FLOODED [3] 668/10 668/12 691/22
FLOODGATES [1] 717/10
FLOODING [4] 717/7 717/9 717/16
746/20
FLOODWAY [1] 659/11
FLOOR [1] 708/20
FLORA [3] 670/3 687/10 687/23
FLORIDA [1] 650/17
FLOW [6] 659/24 699/13 711/7 711/7
711/10 742/21
FLOW-THROUGH [1] 711/7
FLOWED [2] 692/22 696/14
FLOWING [2] 696/7 699/14
FLOWS [1] 690/4
FLUSHED [1] 699/19
FLUX [1] 742/19
FOCUS [3] 655/10 657/11 716/21
FOCUSED [2] 660/20 671/17
FOLIAGE [5] 678/6 684/23 685/3 686/4
686/20
FOLLOW [2] 672/8 688/12
FOLLOWING [3] 691/6 723/16 724/12
FOLLOWS [1] 653/11
FOOT [6] 692/23 694/18 695/2 705/12
707/23 708/5
FOOTBALL [1] 715/23
FOOTPRINT [1] 712/19
FORCE [1] 752/14
FORCES [1] 710/7
FOREGOING [1] 760/9
FORESHORE [10] 735/5 735/8 747/16
748/23 750/5 750/8 750/17 750/22 751/2
751/9
FOREST [3] 691/22 702/25 705/16
FORESTED [3] 663/8 670/18 696/20
FORESTS [1] 695/22
FOREVER [1] 755/10
FORGET [2] 677/24 715/8
FORM [2] 677/10 682/19
FORMAL [1] 668/2
FORMALIZED [1] 669/2
FORMAT [1] 667/21
FORMATION [1] 698/1
FORMED [1] 696/15
FORMS [1] 690/10
FORTH [3] 654/15 675/20 737/5
FORWARD [1] 726/10
FOUND [4] 668/11 692/19 708/5 723/18
FOUNDATION [4] 719/19 749/19 750/14
757/7
FOUR [3] 669/3 683/15 684/8
FOURTH [1] 716/6
FRAME [3] 721/18 740/1 743/23
FRANK [1] 650/9
FRANKLIN [1] 651/17
FRANKLY [2] 718/13 727/11
FRESH [31] 663/22 669/25 671/18
675/21 675/24 676/11 676/13 679/11
679/14 680/11 683/16 691/8 695/16
695/20 695/22 696/16 696/16 699/24
700/12 701/8 704/13 704/13 705/7 705/7
706/18 706/18 706/21 710/15 710/16
712/23 712/23
FRESHEN [1] 664/3
FRESHENING [1] 714/3
FRESHER [2] 732/24 745/23
FRESHWATER [52] 661/4 664/8 669/4
669/5 669/8 669/10 669/17 669/23
670/15 670/19 670/24 671/2 696/5 696/8
696/14 696/23 697/6 697/9 697/10
697/13 698/2 698/4 698/11 699/6 699/14

## F

FRESHWATER... [27] 700/2 702/4 702/6
702/19 703/10 703/14 704/15 704/24
705/2 705/6 707/11 707/12 707/19
710/15 711/15 711/16 713/20 714/2
714/20 715/1 715/2 715/12 728/18
746/11 746/14 746/16 756/17
FRICTION [4] 687/23 690/3 708/15
708/17
FRICTIONAL [1] 658/6
FRIDAY [2] 758/13 759/9
FRONT [3] 682/25 684/5 705/4
FULL [6] 653/12 669/15 702/24 719/11
747/7 747/10
FULLY [2] 655/5 662/2
FUNCTION [3] 665/21 685/13 743/1
FUNCTIONED [1] 692/5
FUNCTIONING [1] 666/4
FUNCTIONS [1] 695/15
FUNNEL [1] 714/14
FURTHER [1] 667/4
FUTURE [4] 675/17 678/11 717/9
717/16

## G

GAGLIANO [10] 721/9 721/11 721/14
722/2 722/8 722/22 723/9 725/6 756/10
756/12
GAIN [2] 747/7 747/10
GAINED [1] 660/14
GALLONS [1] 703/7
GARY [1] 663/4
GATE [4] 701/22 710/22 710/24 756/14
GAVE [4] 665/6 719/3 722/22 725/7
GDM [2] 733/18 733/21
GENERAL [7] 657/25 668/13 692/22
712/18 713/2 721/1 752/9
GENERALLY [7] 655/3 657/20 686/8
686/17 695/2 741/10 753/23
GENERATED [3] 696/6 710/15 712/13
GENERATION [1] 657/22
GENETIC [1] 757/20
GENTLE [1] 699/13
GEODETIC [1] 673/18
GEOMORPHOLOGIST [1] 668/25
GET [16] 655/4 662/2 667/5 672/17
675/10 689/9 696/10 704/6 705/11
716/17 718/14 718/25 747/25 757/15
757/23 760/1
GETS [2] 729/15 729/17
GETTING [5] 677/24 678/25 722/14
726/6 738/1
GHOST [1] 704/24
GILBERT [4] 651/2 651/3 653/7 653/7
GIS [3] 665/16 704/8 736/18
GIVE [9] 665/2 672/17 683/25 685/16
688/14 692/11 706/14 719/13 750/2
GIVEN [6] 672/8 672/20 672/22 680/25
735/18 736/13
GIVING [1] 755/19
GIWW [1] 700/10
GLAD [2] 724/25 725/1
GO [34] 670/25 674/16 675/19 675/22
677/10 679/9 680/1 681/14 683/18 690/3
692/1 696/10 699/3 699/25 709/1 715/4
719/5 720/12 726/9 726/10 729/9 730/4
731/5 736/20 737/9 737/17 738/13 744/1
744/15 744/17 751/18 755/18 755/21
756/6
GOAL [1] 665/5
GOALS [2] 661/6 673/13
GOES [7] 664/1 674/21 678/16 727/14

729/21 737/5 741/9
GOING [16] 651/23 657/4 665/9 671/9
677/5 679/1 681/24 688/10 688/16 689/9
693/8 702/12 703/19 703/20 704/3
707/16 709/2 709/19 710/3 716/24 721/2
722/21 727/4 728/11 729/1 729/9 729/15
729/17 730/19 730/20 733/25 734/3
734/5 734/6 736/20 738/24 741/4 741/15
742/12 743/10 743/25 744/7 744/20
745/17 746/3 749/1 751/5 755/8 755/20
756/6 757/12 757/24 758/5 759/10
759/11 759/21
GOLDEN [7] 680/7 681/11 684/10
712/25 713/11 747/19 749/17
GONE [6] 661/8 663/15 691/2 701/9
706/7 718/23
GOOD [3] 653/6 718/14 758/10
GORE [5] 703/4 703/6 703/10 703/12
703/12
GOT [7] 676/22 679/3 727/11 730/18
742/9 743/5 759/8
GOVERNMENT [23] 650/13 657/7 661/8
661/25 662/3 678/21 685/19 688/11
689/4 689/18 692/11 702/16 713/25
714/18 719/14 722/5 722/25 727/7
736/13 759/2 759/7 759/17 760/2
GOVERNMENT'S [2] 686/24 721/3
GRADUALLY [1] 688/6
GRAND [1] 684/21
GRASSES [2] 693/24 731/13
GREAT [2] 658/19 757/14
GREATER [2] 684/12 756/23
GREEN [3] 686/14 736/15 744/12
GREIF [1] 651/12
GREW [1] 677/24
GROUND [2] 674/20 674/23
GROUP [11] 651/7 655/20 658/17 660/2
660/3 660/11 660/13 660/25 671/3
688/23 757/5
GROW [2] 679/5 691/23
GROWN [1] 689/1
GUESS [5] 699/7 729/11 730/4 750/21
754/11
GULF [15] 677/8 680/3 680/6 681/13
681/23 681/25 682/3 682/4 682/13
682/20 682/21 683/5 685/5 685/8 714/15

## H

HABITAT [10] 658/4 658/10 664/5 666/1
695/3 695/20 695/21 695/24 706/7 707/1
HABITATS [6] 665/20 665/21 675/5
685/9 695/1 695/6
HAD [38] 656/8 656/25 662/11 669/3
672/9 681/7 684/10 684/11 685/10
694/17 695/21 696/10 696/17 696/25
699/12 699/13 699/15 708/8 710/10
710/10 712/1 717/13 725/20 725/22
726/3 726/3 726/7 726/23 730/22 731/22
732/12 732/16 732/18 750/15 750/16
753/17 754/10 756/23
HALF [4] 663/16 669/17 706/24 719/6
HALF-A-MILLION-DOLLAR [1] 663/16
HAND [5] 672/21 676/23 711/15 719/13
757/12
HANDLE [1] 759/19
HAPPEN [2] 698/16 705/2
HAPPENED [5] 665/4 679/7 699/17
754/11 754/22
HAPPENS [2] 687/25 687/25
HARBOR [2] 681/22 711/8
HARD [2] 677/17 756/6
HARDER [1] 740/20
HARDLY [1] 669/9

HARM [1] 716/22
HARMFUL [1] 695/11
HAS [51] 653/23 658/11 659/1 663/7
663/10 663/15 664/16 668/9 668/19
672/14 672/21 677/17 678/21 679/24
682/4 685/17 686/17 686/25 687/3 690/8
690/9 690/13 691/19 693/15 697/10
698/21 702/24 704/22 710/20 713/17
720/7 720/22 722/8 727/6 728/5 728/7
729/6 729/6 729/8 729/14 730/22 738/21
743/5 747/3 748/21 749/22 751/2 752/15
753/10 758/25 759/7
HASTEN [1] 663/24
HATHAWAY [5] 668/23 669/2 669/24
671/10 695/18
HAVE [210]
HAVE A [1] 708/6
HAVING [15] 653/10 659/22 676/14
681/3 718/3 723/11 725/3 738/19 745/12
748/7 750/15 755/2 756/1 758/20 758/23
HAZARD [18] 653/21 654/6 655/12
656/5 657/21 658/20 658/21 658/24
661/5 664/6 665/14 681/8 681/16 686/2
687/16 692/7 694/15 756/24
HAZARDS [6] 656/21 658/1 720/4
720/18 729/23 747/5
HB [1] 651/20
HB-406 [1] 651/20
HE [47] 653/18 653/25 654/10 654/13
663/4 663/7 663/10 671/14 671/15
671/17 671/17 678/11 719/18 719/20
721/13 722/22 723/22 727/6 729/5 729/6
729/14 729/15 734/8 734/8 734/11
734/13 737/24 738/3 741/21 742/7 743/9
743/10 743/17 748/21 749/1 749/2 749/5
749/22 750/20 750/23 751/2 751/23
755/10 755/16 755/17 758/25 759/20
HE'S [6] 663/8 664/22 665/1 665/3 683/3
759/1
HEALTH [2] 660/21 716/19
HEAR [1] 754/14
HEARING [2] 725/3 756/1
HEARINGS [1] 654/17
HEIGHT [7] 683/7 683/8 684/5 689/1
693/16 694/4 694/4
HEIGHTS [2] 680/22 693/3
HELP [1] 664/3
HELPFUL [2] 672/8 674/2
HELPS [1] 686/21
HER [1] 657/8
HERE [88] 669/21 670/12 670/24 674/19
674/23 675/3 675/4 675/16 675/20
675/22 675/22 675/23 676/5 676/6
676/10 676/12 676/17 676/17 676/22
677/9 677/11 678/23 679/10 680/4 680/4
680/7 680/10 680/13 680/14 680/15
680/15 681/5 682/1 682/5 682/7 682/8
682/18 682/21 682/24 682/25 684/3
685/4 686/10 686/13 687/13 689/9
689/24 690/6 693/1 700/10 703/5 703/6
703/15 704/18 704/18 704/19 705/21
707/15 709/6 709/11 709/14 709/18
712/20 713/18 723/9 723/18 726/6
730/19 736/10 736/10 736/15 736/16
736/25 737/2 737/14 737/14 740/23
740/24 740/25 745/18 745/19 745/22
752/5 752/9 753/13 755/9 758/23 758/25
HERE'S [4] 665/4 702/16 719/11 735/23
HEREBY [1] 760/9
HETEROGENOUS [1] 682/12
HIGH [19] 674/20 674/22 680/17 681/6
683/3 683/9 683/11 683/20 686/2 691/7
695/21 696/2 699/19 701/1 704/22

HIGH... [4]  705/12 709/16 745/25 756/22
HIGHER [1]  683/21
HIGHEST [1]  693/21
HIGHLIGHT [1]  657/15
HIGHLIGHTING [1]  744/14
HIGHLY [1]  736/1
HIGHWAY [1]  703/5
HIM [21]  654/6 654/20 654/21 654/25
655/2 655/5 657/12 662/17 727/21 729/5
730/7 750/5 750/7 750/8 750/9 754/21
758/23 759/2 759/11 759/12 760/1
HIMSELF [1]  722/22
HIS [37]  654/3 654/11 654/14 654/15
654/21 662/4 662/10 662/14 662/17
664/22 678/10 719/18 719/20 719/20
720/24 722/16 722/20 734/11 734/14
738/3 738/4 738/8 738/9 738/10 738/24
741/10 741/15 742/11 749/4 749/8
749/21 750/10 751/23 755/4 755/6
755/10 755/14
HISTORIC [1]  653/23
HISTORY [8]  711/24 716/17 731/1 731/2
738/17 738/21 739/4 752/14
HIT [3]  660/2 660/11 696/8
HITTING [1]  690/5
HOLD [3]  678/25 703/17 703/19
HOLE [3]  728/22 728/23 728/25
HONEST [1]  720/16
HONEYCUTT [1]  650/16
HONOR [29]  653/6 653/16 654/5 654/19
662/3 672/4 676/21 677/15 677/23
688/10 703/18 704/2 718/17 718/22
740/3 742/2 743/7 744/4 744/18 745/12
748/13 749/7 751/20 754/14 757/17
757/22 758/5 758/20 758/25
HONORABLE [1]  649/11
HOPE [3]  649/16 719/6 758/2
HOUMA [1]  677/25
HOUR [1]  711/1
HOURS [4]  758/1 758/4 758/6 758/7
HOW [25]  658/9 665/21 665/22 666/4
666/5 666/6 666/10 667/20 670/21
673/12 674/8 684/24 699/5 700/24
705/15 740/16 741/21 741/22 744/1
748/9 749/24 752/21 757/24 758/12
759/10
HOWEVER [1]  672/15
HUGE [1]  714/13
HUH [1]  750/6
HUMAN [4]  656/13 656/19 660/22 666/5
HUMAN-INDUCED [2]  656/13 656/19
HUMOR [1]  756/5
HUNDRED [3]  688/1 688/4 709/15
HUNDREDS [2]  680/21 688/1
HURRICANE [22]  656/4 665/15 686/3
689/2 693/1 693/22 707/17 707/25 708/1
708/4 708/6 712/8 717/6 717/8 717/18
720/15 721/5 738/20 739/11 739/20
752/15 757/4
HURRICANES [11]  655/24 658/1 686/8
686/18 687/16 692/9 692/16 694/10
694/24 707/23 708/7
HYDROGEN [1]  697/23
HYDROLOGICAL [1]  691/21
HYDROLOGY [4]  666/16 668/9 695/15
699/13

I

I'D [8]  655/18 671/7 673/10 675/18
675/19 676/20 680/10 682/24
I'LL [13]  654/20 655/1 661/25 662/20
676/23 677/20 680/16 680/18 684/20
684/23 687/19 693/8 707/20
I'M [74]  653/7 655/2 655/25 656/14
657/1 657/23 661/7 666/3 672/15 674/17
676/15 676/21 677/5 677/24 678/25
679/7 680/11 687/6 688/15 690/14 693/8
695/10 699/2 703/19 706/10 709/2
716/23 718/2 718/6 718/13 721/2 721/25
722/21 723/13 724/2 725/3 727/23 729/7
729/12 729/16 730/19 730/20 733/25
734/23 737/13 738/14 738/24 739/15
740/6 741/15 741/21 742/12 743/19
743/25 744/7 744/8 744/18 744/20
745/17 746/3 748/1 748/20 749/1 751/5
751/18 754/6 755/8 755/19 756/1 756/2
756/3 759/5 759/10 760/1
I'VE [18]  655/13 655/15 660/13 661/8
664/21 666/12 666/14 666/15 674/24
676/22 678/19 722/25 724/22
734/17 736/9 741/18 742/9
IDEA [4]  665/8 679/3 691/2 745/23
IDENTIFIED [7]  672/16 676/14 717/22
718/7 719/16 724/13 757/8
IDENTIFY [3]  721/17 733/20 734/7
IF [73]  654/20 654/25 655/11 657/3
662/17 666/19 672/8 674/1 674/6 675/12
676/21 678/2 678/15 678/19 679/7 680/1
681/9 681/14 683/6 684/17 684/18
685/18 687/14 687/19 688/14 689/20
689/22 689/25 697/9 699/24 701/12
701/12 701/12 703/16 704/10 705/2
708/8 709/23 710/10 712/11 715/25
718/24 719/19 720/3 721/23 722/14
723/15 724/10 725/23 726/22 727/1
728/10 728/21 728/24 729/5 729/13
729/14 729/17 730/19 732/24 734/25
739/9 742/10 744/15 744/17 750/8
750/24 751/23 753/17 755/8 757/19
759/11 760/1
IGNORED [1]  730/25
II [2]  650/24 651/6
ILLUSTRATE [1]  721/14
ILLUSTRATED [1]  686/10
ILLUSTRATING [1]  684/7
ILLUSTRATION [1]  754/6
ILLUSTRATIVE [1]  729/19
ILLUSTRIOUS [1]  754/12
IMAGE [15]  672/11 672/20 674/4 674/13
674/17 675/11 677/16 678/20 684/25
685/25 709/3 709/6 735/17 744/9 745/5
IMAGES [1]  673/12
IMAGINE [1]  689/21
IMMEDIATELY [1]  699/18
IMPACT [31]  653/20 656/21 681/7
684/12 694/14 723/1 723/4 723/17
724/18 725/15 726/19 726/19 726/20
729/1 729/22 730/22 731/17 732/1 732/2
732/16 732/17 733/6 735/7 735/9 739/14
740/17 741/3 747/7 752/19 754/9 756/23
IMPACTING [1]  694/24
IMPACTS [22]  657/21 658/20 664/24
665/15 681/8 681/17 716/19 721/14
726/10 726/14 726/15 726/24 727/25
728/24 738/19 747/1 747/2 747/8 747/10
747/18 748/22 752/21
IMPAIRMENT [1]  754/18
IMPARTED [1]  708/20
IMPATIENT [1]  757/19
IMPETUS [1]  721/11
IMPINGE [1]  689/23
IMPLEMENT [1]  712/4
IMPLEMENTED [7]  714/18 730/12
738/21 751/15 753/7 755/25 756/11
IMPLICATIONS [6]  658/24 679/25
696/8 706/17 720/6 727/9
IMPLIES [1]  695/1
IMPORTANCE [1]  696/1
IMPORTANT [7]  666/21 669/19 671/11
679/25 685/4 707/14 708/18
IN [475]
INAPPROPRIATE [1]  723/20
INCISIVE [2]  730/7 744/1
INCISIVELY [1]  742/10
INCLUDE [3]  657/8 746/25 746/25
INCLUDED [3]  669/20 695/21 756/22
INCLUDES [2]  694/6 713/11
INCLUDING [6]  657/21 660/17 713/4
729/7 736/2 757/6
INCLUSION [1]  723/16
INCOMPLETE [1]  670/15
INCORRECT [2]  675/14 750/10
INCREASE [1]  713/13
INCREASED [1]  731/11
INCREASES [1]  722/3
INCREMENTAL [1]  745/8
INDEFINITELY [1]  670/15
INDENTATION [2]  675/21 675/24
INDICATE [3]  676/16 686/25 725/17
INDICATED [4]  674/25 675/4 675/5
676/7
INDICATES [6]  676/8 685/7 686/7
688/24 695/17 725/11
INDICATING [1]  676/21
INDIRECT [1]  713/6
INDIVIDUAL [2]  702/15 750/17
INDIVIDUALLY [1]  702/8
INDIVIDUALS [8]  748/6 748/10 748/18
748/22 749/5 749/12 750/15 757/8
INDUCED [2]  656/13 656/19
INEXTRICABLY [1]  742/13
INFLATABLE [2]  701/22 711/3
INFORM [1]  722/3
INFORMATION [13]  654/12 658/4 658/4
660/15 660/16 661/12 665/9 665/19
725/20 730/8 730/22 748/14 748/21
INFORMED [1]  748/17
INHABITED [1]  674/23
INHIBITS [1]  746/22
INITIAL [8]  677/9 682/18 709/7 712/19
726/20 726/21 728/2 733/16
INITIALLY [1]  733/10
INITIATED [2]  664/10 717/18
INITIATING [1]  702/11
INLAND [2]  692/17 694/23
INNER [2]  681/22 711/8
INPUT [11]  660/6 661/20 661/24 696/9
696/22 696/23 700/2 703/14 704/15
704/24 715/1
INQUIRY [2]  720/25 725/7
INSERTING [1]  758/16
INSIDE [2]  701/24 745/18
INSIDIOUS [2]  698/21 701/16
INSOFAR [1]  657/5
INSTANCE [6]  666/21 670/24 673/16
693/22 711/16 736/8
INSTANCES [1]  730/25
INSTEAD [1]  731/12
INSURERS [1]  651/2
INTACT [3]  699/9 740/7 740/8
INTEGRITY [1]  754/18
INTELLECTUALLY [1]  720/16
INTENSITY [2]  687/1 687/20
INTERACTED [1]  667/19
INTERACTING [1]  659/8
INTERACTIONS [1]  690/12
INTERESTED [4]  666/3 671/16 739/25

**I**

INTERESTED... [1] 744/5
INTERIM [1] 688/15
INTERIOR [3] 731/25 732/4 732/8
INTERLOCKING [1] 686/5
INTERMEDIATE [1] 669/24
INTERNAL [6] 697/11 698/19 737/2 739/6 740/24 740/24
INTERNALLY [1] 737/14
INTERNATIONAL [2] 656/9 656/17
INTERPLAYS [1] 746/9
INTERRUPT [1] 713/15
INTERSPERSED [1] 736/2
INTERSTATE [1] 693/23
INTERTWINED [1] 742/13
INTERVAL [2] 685/11 706/6
INTERVALS [1] 706/16
INTO [45] 658/19 661/24 664/2 667/11 669/3 680/9 688/2 688/4 688/8 696/10 696/11 697/20 697/22 698/11 699/20 702/2 704/15 704/20 707/7 708/16 708/18 711/5 711/8 711/8 711/14 711/16 713/9 714/1 715/12 716/17 721/6 728/18 729/10 731/21 731/21 732/25 738/1 745/22 745/23 746/11 746/15 754/1 754/8 755/2 755/19
INTRACOASTAL [3] 681/23 682/4 712/25
INTRINSIC [1] 757/20
INTRODUCE [2] 715/12 746/12
INTRODUCED [9] 698/11 699/20 705/2 707/7 732/21 732/25 733/1 745/21 747/22
INTRODUCES [1] 697/25
INTRODUCING [2] 728/17 756/17
INTRODUCTION [9] 697/13 697/25 702/19 705/17 707/10 709/25 727/4 746/11 746/14
INTRUSION [19] 664/9 696/4 697/4 699/10 706/25 707/1 707/13 711/5 711/12 713/9 714/1 717/15 721/12 721/16 723/8 726/3 729/7 731/10 750/16
INUNDATED [1] 691/16
INVESTIGATION [1] 725/15
INVOLVE [1] 665/16
INVOLVED [5] 660/12 663/10 663/13 714/10 742/17
INVOLVEMENT [3] 693/7 716/18 749/13
INVOLVES [2] 666/8 666/9
ION [1] 697/21
IONS [3] 697/8 697/11 697/14
IRRELEVANT [1] 692/1
IS [349]
IS -- THE [1] 703/12
ISN'T [1] 682/24
ISOLATE [1] 740/20
ISOLATED [2] 696/23 700/1
ISSUE [16] 655/5 655/18 657/11 662/1 693/10 716/10 723/7 726/6 732/4 734/11 734/20 738/9 745/18 750/21 752/9 752/10
ISSUED [1] 723/10
ISSUES [3] 663/9 719/2 731/10
IT [246]
IT NEEDS [1] 662/15
IT'LL [1] 678/20
IT'S [118]
ITERATIVE [1] 667/19
ITS [8] 697/11 707/12 713/2 725/24 730/23 732/2 738/21 751/4
ITSELF [3] 709/15 710/5 751/13
IX [1] 724/6 724/6

IX-11-IX-13 [1] 724/6

**J**

JAMES [2] 650/6 651/13
JEFFERSON [1] 650/6
JEFFREY [1] 651/11
JETTIES [1] 715/1
JOANEN [1] 649/19
JOHN [4] 651/17 653/9 653/10 653/14
JOINS [1] 680/6
JOINT [1] 719/12
JONATHAN [1] 649/22
JOSEPH [2] 649/18 649/18
JOSHUA [1] 650/20
JOURNAL [8] 655/20 656/3 656/9 656/9 656/16 656/17 656/17 661/2
JOURNALS [1] 655/22
JR [9] 649/11 650/9 650/16 650/22 650/23 651/10 651/13 653/10 653/14
JUDGE [9] 649/11 703/5 704/11 707/20 725/2 744/2 754/16 758/8 759/6
JUDGE'S [4] 692/1 700/9 705/14 708/25
JUGGLE [1] 759/6
JULY [1] 657/1
JULY 11 [1] 657/1
JUNIOR [1] 758/18
JURY [3] 724/25 725/1 725/1
JUST [78] 656/24 658/15 658/16 659/12 660/19 660/20 661/7 662/20 664/1 670/6 670/21 672/3 672/4 672/25 673/6 674/15 675/19 676/3 676/7 676/18 677/5 678/9 678/19 680/5 680/16 681/4 684/3 684/16 685/2 685/16 686/7 686/18 687/12 688/4 691/1 692/11 693/4 696/20 697/2 698/9 698/20 698/24 699/1 700/7 706/14 707/4 708/8 708/16 713/15 717/24 718/3 719/23 720/10 724/2 724/12 726/6 726/20 727/6 730/17 731/13 734/15 736/5 736/17 741/5 742/5 742/9 743/7 743/19 745/12 747/1 750/7 751/18 755/18 756/9 757/15 757/18 758/7 759/20
JUSTICE [1] 651/9
JX [3] 718/2 735/4 739/9
JX-167 [1] 735/4
JX-171 [1] 739/9

**K**

KALIMAH [1] 651/11
KARA [1] 651/14
KATRINA [18] 655/24 656/4 658/17 658/18 660/1 660/11 661/1 665/15 686/12 689/15 693/22 701/19 707/17 707/18 708/10 712/9 752/15 757/5
KEA [1] 649/22
KEEP [4] 751/3 758/20 759/10 759/17
KEEPS [2] 732/23 746/13
KELLS [1] 651/12
KEMP [3] 656/11 707/17 708/3
KEMP'S [1] 707/21
KEPT [4] 695/16 710/9 711/13 750/23
KILL [4] 697/16 700/20 705/20 732/22
KILLED [4] 664/8 699/21 699/24 704/25
KILLS [1] 698/15
KILOMETERS [2] 687/25 708/8
KIND [8] 655/3 664/1 677/25 681/10 691/13 705/5 710/21 728/8
KINDS [2] 685/2 685/9 711/25 728/9
KNEES [1] 686/6
KNEW [3] 702/14 729/22 753/18
KNOCK [1] 681/5
KNOW [41] 659/14 662/15 675/10 677/25 681/4 684/17 685/4 686/6 687/4

687/19 694/13 700/5 706/8 708/25 710/7 711/23 716/7 717/9 720/6 721/18 721/23 725/10 726/16 729/2 730/17 733/23 734/14 734/17 734/17 734/20 734/25 748/8 750/21 751/4 752/14 752/15 757/18 758/12 759/7 759/10 759/20
KNOWING [1] 725/16
KNOWLEDGE [8] 653/20 654/1 660/14 692/3 695/7 716/18 730/3 731/2
KNOWLEDGE OF [1] 695/7
KNOWN [8] 657/25 664/21 664/22 692/8 711/23 713/22 716/22 759/7
KNOWS [3] 659/14 699/2 729/21

**L**

LA [27] 674/20 674/21 684/15 690/23 696/1 699/8 700/19 701/22 705/18 709/3 709/5 709/6 709/9 709/10 709/12 709/13 709/15 709/18 709/24 710/8 710/22 711/11 712/5 717/12 733/5 735/14 756/14
LA LOUTRE [17] 696/1 705/18 709/3 709/5 709/6 709/9 709/10 709/12 709/15 709/18 709/24 710/8 710/22 711/11 712/5 735/14 756/14
LABORATORY [1] 667/2
LABRANCHE [2] 706/20 710/11
LAFAYETTE [1] 650/7
LAG [3] 672/25 673/7 684/18
LAID [1] 749/19
LAKE [27] 674/22 681/11 684/9 690/23 691/1 696/3 696/11 696/11 696/13 696/15 696/20 699/16 700/23 705/23 705/23 707/3 708/9 711/9 713/1 713/10 715/13 716/7 735/24 741/1 742/19 742/23 757/6
LAKE BORGNE [18] 674/22 681/11 684/9 690/23 696/3 696/11 696/11 696/13 696/15 699/16 700/23 708/9 713/1 713/10 735/24 741/1 742/19 742/23
LAKE PONTCHARTRAIN [5] 696/20 705/23 707/3 711/9 715/13
LAND [18] 691/7 715/23 737/11 740/1 740/25 742/23 743/2 743/2 743/4 744/4 744/16 745/4 745/8 745/21 745/25 747/1 747/12 755/17
LANDOWNERS [1] 714/24
LANDSCAPE [1] 666/10
LARGE [18] 663/14 663/24 671/1 676/11 677/12 679/9 683/13 686/19 704/22 705/22 707/4 712/11 715/3 746/13 749/15 752/25 753/10 755/2
LARGE-SCALE [2] 663/14 749/15
LARGELY [2] 697/1 711/21
LARGER [6] 677/20 707/14 740/13 740/20 752/12 754/11
LASER [1] 673/19
LAST [3] 656/10 663/19 756/3
LATE [4] 654/17 657/13 659/20 690/17
LATER [4] 666/1 682/19 723/4 729/10
LATITUDE [1] 755/19
LAW [5] 649/18 649/21 650/9 650/12 650/22
LAWN [1] 650/3
LAWSUIT [1] 749/3
LAWYER'S [1] 650/13
LAY [1] 719/19
LEARN [1] 757/24
LEAST [4] 658/11 660/19 668/13 734/17
LEAVE [2] 730/18 757/14
LEAVES [1] 675/1

L

LED [1] 752/22
LEFT [5] 680/6 683/1 684/6 693/20 709/14
LEGAL [2] 727/10 743/18
LEGEND [1] 694/21
LEGIONS [1] 752/17
LESS [8] 669/23 670/24 670/25 698/4 706/21 712/13 716/2 758/2
LESSONS [2] 655/23 656/4
LET [21] 654/21 655/1 661/8 661/25 676/4 676/23 677/5 680/2 684/17 685/16 686/1 687/12 701/10 713/15 720/10 730/17 733/18 733/23 734/15 749/23 757/18
LET'S [4] 675/22 737/17 758/1 758/4
LEVEE [11] 677/10 680/4 682/2 689/21 690/8 690/11 735/6 736/11 739/11 739/20 750/23
LEVEES [4] 656/23 691/20 715/2 739/6
LEVEL [7] 692/22 693/21 700/2 700/20 700/25 705/19 705/19
LEVELS [6] 669/6 669/9 698/3 701/1 725/12 725/18
LEVINE [1] 651/13
LIFE [1] 715/22
LIGHT [1] 675/3
LIKE [36] 653/9 653/16 654/23 655/18 663/6 663/12 669/9 670/20 671/7 673/10 675/18 675/19 676/20 678/1 680/10 681/4 682/24 693/25 696/18 696/20 697/1 697/11 698/9 709/10 716/17 716/21 719/15 724/11 731/12 735/25 741/5 742/1 742/15 743/7 743/21 756/14
LIKELIHOOD [1] 683/6
LIKELY [2] 696/18 734/5
LIMIT [1] 715/2
LIMITED [3] 691/14 747/21 756/18
LINE [5] 680/12 686/13 689/21 690/9 693/24
LINES [1] 692/20
LINSCOMBE [1] 671/20
LIST [4] 702/16 718/1 719/4 724/15
LISTED [2] 748/7 749/9
LITERATURE [6] 657/20 663/25 666/8 666/15 683/13 690/19
LITIGATION [1] 651/7
LITTLE [9] 666/19 672/17 672/25 673/7 677/3 685/7 689/9 706/3 725/3
LIVE [3] 670/15 700/13 758/8
LIVED [2] 700/22 706/7
LIVING [2] 697/8 698/14
LLC [3] 649/21 650/9 650/12
LOCAL [1] 658/17
LOCALLY [1] 710/14
LOCATED [3] 686/15 724/23 724/24
LOCATING [1] 718/3
LOCATION [5] 735/10 739/4 739/8 739/21 743/24
LOCATIONS [1] 738/17
LOCK [4] 701/22 710/22 710/23 756/15
LOGGED [5] 689/19 689/20 690/17 690/20 691/5
LOGGING [2] 679/8 690/15
LONG [12] 658/9 663/7 679/5 679/6 691/12 700/24 706/4 727/11 727/13 746/22 757/24 759/11
LONGER [1] 706/3
LOOK [18] 659/17 673/14 674/3 678/2 681/9 683/6 684/21 697/1 700/24 703/16 715/17 716/1 718/13 718/24 723/15 727/12 752/19 754/11

LOOKED [5] 697/2 719/8 719/9 742/1 743/20
LOOKING [16] 657/1 659/11 659/22 665/14 666/9 680/2 680/4 690/18 705/3 709/7 709/17 718/15 723/13 740/19 742/22 744/3
LOOKS [2] 677/25 740/8
LOOP [1] 739/20
LOS [1] 649/16
LOSS [37] 653/19 658/20 658/21 658/23 707/9 707/11 707/12 707/14 712/15 712/18 713/4 713/4 713/7 713/14 721/12 727/5 737/11 737/16 738/11 738/12 743/2 743/4 745/4 745/8 745/20 745/25 746/10 747/1 747/4 747/12 747/18 748/23 749/5 749/16 755/7 755/13 755/17
LOST [7] 706/19 706/21 706/24 712/24 715/21 727/12 738/19
LOT [8] 660/15 668/1 700/17 734/23 741/19 741/20 752/6 752/13
LOUISIANA [43] 649/2 649/6 649/20 649/23 650/7 650/10 650/14 650/17 650/21 650/25 651/8 651/21 653/19 655/14 655/15 655/16 657/18 658/10 658/24 660/4 660/7 660/9 668/18 668/21 668/25 669/11 670/18 671/9 671/12 671/13 671/15 671/19 677/25 686/13 691/6 694/1 694/24 705/21 708/4 714/3 715/3 757/7 760/9
LOUISIANA-MISSISSIPPI [1] 686/13
LOUTRE [27] 674/20 674/21 684/15 690/23 696/1 698/8 700/19 701/22 705/18 709/3 709/5 709/6 709/9 709/10 709/12 709/13 709/15 709/18 709/24 710/8 710/22 711/11 712/5 717/12 733/5 735/14 756/14
LOW [10] 683/17 684/13 695/20 695/24 699/23 701/8 704/15 714/4 715/2 753/23 714/4
LOW-SALINITY [4] 683/17 695/24 701/8 714/4
LOWER [7] 659/21 686/11 686/16 700/18 703/4 715/13 715/16
LSU [1] 680/20
LYING [1] 687/15

M

MA'AM [5] 653/15 672/3 678/8 727/8 734/24
MADE [6] 683/5 683/19 699/18 701/18 701/19 738/8
MAIN [9] 650/20 660/11 678/2 679/10 680/12 681/9 682/7 683/15 715/18
MAINTAIN [4] 697/10 700/25 705/7 756/20
MAINTAINED [8] 695/25 696/17 696/24 703/15 704/13 704/14 704/20 710/16
MAINTAINING [1] 728/19
MAINTENANCE [17] 653/21 664/25 710/19 723/21 726/23 727/25 728/6 728/9 728/14 729/9 729/24 729/25 731/16 733/8 733/14 746/13 747/9
MAJOR [2] 683/21 699/3
MAKE [10] 656/24 670/12 676/15 678/14 680/10 687/12 695/4 728/12 731/4 741/5
MAKING [1] 676/21
MAN [6] 671/11 683/1 683/2 683/8 683/19 683/21
MANAGEMENT [1] 663/9
MANCHAC [3] 705/22 706/24 713/14
MANNER [2] 669/12 753/21
MANNING [3] 667/9 667/15 667/18
MANNING'S [1] 667/7

MANY [7] 663/7 725/22 730/21 740/16 749/21 758/18 758/21
MAP [9] 671/15 671/25 675/6 675/12 675/13 675/15 675/19 683/16 685/7
MAPPING [5] 671/6 685/11 701/6 706/6 706/16
MAPS [4] 666/9 671/21 671/21 731/19
MARC [1] 651/13
MARK [1] 678/23
MARKED [4] 678/11 685/18 718/10 719/12
MARKERS [1] 745/11
MARKING [2] 678/15 678/16
MARKINGS [1] 678/10
MARSH [36] 675/5 675/7 675/21 675/22 675/25 675/25 676/11 676/12 676/13 676/13 676/17 679/11 679/15 680/11 680/11 682/11 683/5 683/17 683/20 684/13 695/22 695/23 698/19 699/6 704/21 704/21 706/1 732/20 737/2 737/14 740/24 745/19 753/6 753/22 754/1 755/13
MARSHES [12] 670/2 671/8 671/13 671/15 671/17 671/18 683/17 715/14 715/20 722/4 731/13 756/25
MARSHLAND [1] 670/23
MASSIVE [2] 656/13 656/19
MATERIAL [9] 681/2 682/22 697/9 733/3 733/7 752/4 752/6 753/6 753/21
MATRIX [2] 690/8 698/12
MATTER [4] 653/8 698/10 728/25 760/12
MATURE [1] 702/24
MAUREPAS [2] 705/23 716/8
MAY [18] 653/15 655/3 673/13 678/17 693/9 698/23 699/3 701/10 714/5 717/21 719/2 722/17 723/22 725/4 727/12 734/8 745/14 757/24
MAYBE [6] 673/21 689/8 711/1 716/6 724/25 759/17
MCBRIDE [1] 748/8
MCCONNON [1] 651/13
ME [24] 654/14 654/23 661/7 662/17 674/8 676/4 677/5 680/2 684/17 685/16 686/1 687/12 694/16 701/10 713/15 725/4 733/18 734/15 735/16 749/23 750/3 750/3 755/14 755/21
MEAN [8] 675/13 679/15 679/19 685/21 709/23 726/2 728/2 753/10
MEANING [1] 698/24
MEANINGFUL [1] 705/10
MEANS [5] 675/14 687/16 729/25 739/5 750/4
MEANT [1] 713/22
MEASURE [2] 732/4 732/7
MEASURED [3] 666/15 694/2 708/3
MEASUREMENTS [1] 666/11
MEASURES [26] 654/2 702/20 710/18 711/23 711/24 712/4 713/18 714/7 714/19 716/22 716/23 717/8 717/12 717/15 723/19 725/13 726/17 726/18 727/2 728/2 728/3 729/14 730/1 730/12 734/5 756/10
MECHANICAL [1] 651/24
MECHANICS [2] 720/23 722/11
MECHANISM [2] 743/1 757/3
MECHANISMS [8] 653/19 658/5 658/22 665/2 698/3 742/16 745/16 753/8
MEETING [1] 748/7
MEMBERS [1] 757/9
MEMBRANE [1] 697/15
MEMBRANES [1] 697/8
MEMORANDA [1] 734/14

Case 2:05-cv-04182-SRD-JCW Document 18687 Filed 05/21/09 Page 125 of 134

MEMORANDUM [2] 734/21 734/22
MENTIONED [7] 658/15 659/2 719/9 734/7 734/9 734/23 750/15
MERCIER [7] 680/9 682/18 735/23 736/9 736/16 737/3 737/15
MERELY [3] 679/14 679/18 734/3
MESSRS [1] 748/3
MET [2] 664/16 696/12
METABOLIC [1] 698/9
METABOLISM [1] 698/8
METERS [2] 688/1 688/1
METHOD [1] 753/23
METHODOLOGY [2] 693/6 693/10
METHODS [8] 665/25 721/15 726/4 747/16 751/8 751/14 752/2 755/24
MICHAEL [2] 650/19 650/19
MICHELE [1] 651/12
MICROBIAL [1] 698/7
MIDST [1] 704/2
MIGHT [11] 656/7 658/16 668/1 718/2 718/14 719/19 724/4 727/21 730/8 732/18 747/4
MIGRATE [1] 697/14
MILE [3] 740/15 740/18 745/10
MILES [7] 692/24 693/22 694/18 695/2 707/24 708/5 740/16
MILIEU [2] 729/15 729/18
MILLER [1] 651/14
MILLION [5] 663/16 664/10 664/11 703/7 733/9
MIND [2] 709/20 726/6
MINIMIZING [1] 717/16
MINOR [1] 670/21
MINUTE [4] 672/3 693/4 713/16 727/6
MINUTES [2] 703/19 757/15
MISSED [1] 729/16
MISSISSIPPI [25] 655/14 655/23 656/4 659/25 660/9 664/2 674/19 677/8 680/2 680/6 681/12 681/25 682/3 682/13 682/19 684/8 685/5 685/8 686/13 702/4 707/14 714/15 714/21 715/14 753/12
MISSISSIPPI RIVER [4] 659/25 674/19 684/8 714/21
MISSPOKE [1] 740/6
MISSTATEMENT [1] 759/4
MISTAKE [1] 752/16
MITIGABLE [1] 729/23
MITIGATE [3] 658/23 717/8 721/15
MITIGATION [10] 702/19 702/24 716/23 717/12 726/17 726/18 727/1 752/12 756/10 756/12
MITIGATIVE [1] 654/1
MITSCH [1] 651/14
MIXING [1] 699/15
MODEL [1] 661/10
MODELING [6] 662/8 665/12 667/14 679/25 720/23 721/5
MODELS [9] 657/24 661/11 661/15 661/17 661/20 661/24 665/13 665/14 667/16
MOMENT [2] 685/16 719/14
MONEY [1] 729/10
MONTHS [1] 710/3
MORE [17] 662/15 678/3 686/25 687/3 687/12 687/19 688/6 688/12 691/1 691/15 702/2 711/14 715/14 742/7 742/16 744/1 760/1
MORGAN [1] 650/25
MORNING [4] 718/7 757/16 758/13 759/9
MORRIS [1] 665/18

MOST [14] 655/21 658/15 659/14 667/21 669/6 674/18 681/7 681/21 692/19 693/11 697/21 700/12 700/22 743/5
MOTIONS [2] 719/9 719/10
MOUTH [1] 753/11
MOVE [7] 665/21 685/3 688/16 689/3 730/20 730/25 751/6
MOVEMENT [2] 697/8 715/2
MOVES [1] 687/24
MOVING [14] 685/2 688/2 695/14 708/16 708/23 709/9 715/18 735/2 735/10 735/22 736/12 736/18 739/24 740/11
MR [1] 665/18
MR. [7] 671/20 733/1 746/5 758/18 758/21 759/3 759/13
MR. BRUNO [1] 746/5
MR. JUNIOR [1] 758/18
MR. LINSCOMBE [1] 671/20
MR. RODRIGUEZ [2] 758/21 759/3 759/13
MR. STEVENS [1] 733/1
MRGO [106] 651/7 653/21 653/24 653/25 656/12 656/18 656/22 664/6 664/9 664/24 665/11 675/16 675/17 690/2 690/14 692/6 695/15 695/16 695/19 696/18 696/21 697/1 697/2 698/16 699/5 699/8 699/11 699/20 699/22 700/15 700/20 701/7 701/13 701/15 701/18 706/17 707/1 707/8 707/10 709/18 710/10 710/14 710/19 711/7 711/25 712/16 712/19 713/1 714/11 714/17 714/22 716/19 717/7 720/4 720/18 721/21 723/8 726/3 726/11 726/12 726/16 726/21 726/23 731/12 731/16 731/21 731/22 731/23 732/7 732/10 732/16 733/4 733/17 735/12 735/22 735/23 736/3 736/10 736/14 736/17 737/1 738/11 738/18 739/19 739/23 742/19 746/25 747/9 747/13 747/14 747/22 751/4 751/9 751/10 752/19 753/9 754/4 754/7 754/19 754/20 754/22 754/22 756/13 756/18 757/1 757/11
MUCH [10] 670/19 675/1 678/20 696/18 698/4 712/13 740/13 753/16 756/23 758/2
MUNICIPAL [4] 663/22 663/23 702/6 714/2
MUSKRAT [3] 671/13 671/16 671/16
MY [41] 653/6 658/11 659/1 661/23 662/20 665/1 666/5 666/12 666/23 667/9 672/22 673/21 677/6 678/14 679/1 679/10 679/24 687/19 688/9 689/8 695/9 695/11 696/25 704/1 709/20 710/9 714/5 719/6 720/22 720/25 724/12 726/5 729/15 729/18 730/17 748/12 753/20 756/3 759/9 759/10 760/10
MYER [1] 651/15
MYSELF [2] 663/6 724/1

N

NAME [3] 653/6 653/12 656/1
NAMED [1] 671/11
NARROW [1] 753/3
NATIONAL [6] 655/20 658/17 660/2 660/4 660/24 668/4
NATURAL [2] 680/14 690/10
NATURALLY [1] 754/3
NATURE [9] 682/12 685/5 686/3 686/4 698/20 704/21 708/2 710/9 742/6
NATURES [1] 698/13
NAVIGATION [3] 656/12 656/18 656/22

NAVIGATIONAL [2] 681/22 711/8
NEAR [11] 693/3 695/24 696/16 700/11 701/14 704/13 705/7 706/18 707/11 708/19 708/19 710/16 712/23
NEAR-FRESH [1] 696/16
NEARLY [6] 706/17 712/18 713/4 725/2 733/9 753/14
NECESSARILY [3] 695/5 729/24 746/25
NECESSARY [2] 734/5 734/5
NECESSITATING [1] 725/14
NEED [15] 656/14 674/7 701/11 712/10 717/4 718/13 718/24 723/19 731/4 739/13 744/1 744/22 748/4 748/19 758/22
NEEDED [1] 752/20
NEEDS [2] 662/15 747/9
NEGATIVE [2] 697/21 723/7
NEGLIGENCE [1] 654/1
NEPA [6] 726/13 726/13 727/18 729/15 729/17 735/9
NEVER [4] 710/10 752/13 758/25 759/1
NEW [19] 649/6 649/20 649/23 650/10 651/4 651/4 651/8 651/21 653/7 659/12 659/16 710/12 711/23 715/25 716/2 720/5 725/13 752/6 753/17
NEW ORLEANS [6] 659/12 659/16 710/12 715/25 716/2 720/5
NEXT [25] 670/23 671/10 675/18 676/3 676/25 680/1 681/14 682/15 685/11 688/16 689/3 689/17 703/16 717/19 736/4 736/12 736/18 736/19 736/21 737/9 739/24 740/11 741/4 744/15 744/17
NO [31] 654/17 655/2 657/1 657/3 661/11 662/22 667/19 676/19 689/23 690/7 690/13 693/10 697/23 698/25 704/22 707/11 725/10 729/2 730/1 735/2 735/2 738/3 744/9 744/9 744/9 749/19 751/13 751/24 758/24 758/25 759/4
NO. [1] 677/3
NO. 29 [1] 677/3
NONE [7] 688/23 691/25 699/25 707/13 712/9 752/25 752/25
NONFRESH [8] 675/21 675/25 676/12 676/12 676/17 680/11 683/17 695/23
NORMAL [3] 665/23 690/1 753/23
NORMAN [1] 649/5
NORTH [5] 659/12 680/2 680/5 709/18 709/19
NOT [73] 657/3 657/23 658/2 660/20 661/14 662/3 667/17 670/13 670/14 671/2 672/15 673/4 675/12 677/16 679/8 679/15 680/12 682/4 682/10 690/8 693/14 695/5 696/18 696/21 697/1 699/21 707/3 711/6 713/7 714/5 718/17 718/20 718/21 719/16 719/17 720/9 722/19 722/25 723/13 724/4 724/20 725/1 725/16 727/12 727/19 729/7 732/16 734/6 734/8 738/2 738/18 740/25 741/7 741/11 741/21 741/22 742/5 742/7 742/12 743/9 743/10 743/17 747/1 747/13 748/17 749/9 749/20 750/24 751/24 755/10 757/20 758/5 759/7
NOTE [2] 672/4 683/4
NOTED [4] 655/20 706/8 717/7 740/8
NOTHING [1] 676/16
NOTICE [10] 654/1 729/22 730/3 730/4 734/3 734/8 734/11 734/11 738/13 748/25
NOTICED [1] 706/2
NOVEMBER [1] 717/5
NOW [42] 654/20 654/23 655/5 656/7 656/10 661/2 662/1 663/13 663/20

# N

NOW... [33]  664/10 669/23 675/18
676/20 679/9 680/7 681/12 684/9 684/14
691/1 691/10 691/21 691/22 701/10
702/12 705/25 711/22 713/21 714/10
716/17 719/6 729/3 729/21 733/18
737/25 739/8 740/19 750/1 752/17
755/25 756/11 756/25 758/21
NUMBER [33]  655/19 659/17 661/22
663/11 663/17 666/11 666/12 666/15
671/1 672/21 672/22 673/3 676/9 677/5
677/12 683/25 690/9 697/6 701/17 714/3
714/23 717/22 717/24 718/2 718/15
718/15 719/3 723/9 733/3 733/6 735/16
747/25 752/11
NUMBERED [1]  760/12
NUMBERS [7]  667/17 672/7 672/16
712/20 717/23 719/7 724/14
NUMEROUS [2]  690/12 729/6

# O

O'BRIEN [1]  651/3
O'DONNELL [2]  649/15 649/15
O'NEILL [1]  671/11
OAK [3]  650/3 687/14 687/15
OAKS [1]  709/14
OBJECT [12]  693/5 719/15 720/8 720/11
720/13 722/6 733/25 738/4 743/7 744/18
745/12 749/7
OBJECTING [1]  744/24
OBJECTION [31]  654/4 654/5 654/8
654/9 657/8 662/11 686/24 693/4 693/8
693/9 720/21 720/22 721/3 722/7 722/11
722/21 727/9 734/10 737/23 740/3 741/6
741/6 741/13 743/16 748/13 748/19
749/18 751/20 754/14 755/3 755/8
OBJECTIVE [1]  703/9
OBJECTIVES [1]  673/15
OBJECTS [1]  742/11
OBSERVATION [1]  666/24
OBSERVATIONS [1]  713/17
OBSERVED [1]  694/23
OBSTACLES [1]  694/15
OBVIOUS [12]  675/16 698/23 710/21
737/8 737/19 738/6 738/18 739/2 742/6
742/16 743/5 752/8
OBVIOUSLY [4]  677/18 694/12 729/21
740/20
OCCASION [1]  750/16
OCCUR [1]  671/16
OCCURRED [2]  693/6 723/4
OCCURRING [1]  680/21
OCCURS [1]  690/11
OCTOBER [1]  748/7
OCTOBER 6 [1]  748/7
ODD [1]  691/14
OFF [9]  676/6 684/6 686/19 688/6 696/7
728/11 750/7 751/25 755/18
OFFER [4]  653/16 653/25 684/2 708/15
OFFERED [2]  662/9 692/7
OFFERS [1]  687/23
OFFICE [4]  650/7 650/14 650/22 650/24
OFFICES [1]  649/18
OFFICIAL [4]  651/20 668/2 760/7 760/16
OFFSET [1]  714/14
OFTENTIMES [1]  670/25
OH [3]  674/10 743/20 759/16
OIL [1]  677/10
OKAY [9]  681/20 688/13 688/21 704/1
724/24 732/11 740/19 751/1 758/10
OLD [3]  688/21 688/24 689/14
ON [137]

ONCE [2]  663/25 699/12
ONE [155]  655/17 658/7 660/17 660/25
661/6 663/12 668/8 669/4 670/22 671/9
671/11 672/22 673/12 674/15 676/2
676/3 676/18 677/9 677/11 680/1 681/14
684/24 687/12 688/14 694/1 695/8
695/11 696/1 697/7 702/17 703/16
703/17 710/21 715/8 717/23 718/18
719/8 724/21 734/9 736/20 738/9 740/18
752/8 756/6
ONES [3]  672/7 686/9 696/21
ONGOING [5]  660/6 712/10 727/4
727/24 749/16
ONLINE [1]  676/7
ONLY [9]  662/7 662/10 691/11 699/21
704/12 700/25 747/13 752/14 757/20
ONTO [1]  684/15
OPEN [5]  710/24 711/1 731/14 754/8
755/2
OPENING [4]  700/15 700/19 701/7
741/1
OPENINGS [1]  715/10
OPERATING [1]  728/19
OPERATION [17]  664/24 710/19 723/20
726/22 727/25 728/2 728/5 728/8 728/14
729/9 729/24 729/25 731/16 733/8
733/14 746/12 747/9
OPERATIONS [3]  653/20 725/11 726/10
OPINION [4]  694/13 696/25 710/9
717/11
OPINIONS [10]  654/13 654/14 657/6
657/8 661/9 719/20 719/21 727/15 738/3
738/8
OPPORTUNITY [2]  685/17 730/1
OPTIMUM [3]  688/25 702/21 715/15
OPTIONS [1]  715/18
OR [89]  654/23 657/24 662/4 662/8
662/8 665/24 667/6 667/18 668/9 668/10
668/12 669/10 669/17 669/20 672/15
673/17 675/14 676/17 679/18 680/11
687/1 689/21 690/9 691/2 691/22 692/20
692/20 693/3 693/14 693/16 693/24
693/25 694/4 694/5 694/15 697/14
700/25 701/14 701/15 702/8 702/9
704/13 705/15 706/18 709/1 710/6 711/1
711/23 712/4 714/18 714/19 715/23
715/23 719/20 722/3 722/19 722/25
723/25 728/20 730/25 731/21 731/21
732/6 732/16 734/5 734/21 738/18 741/6
741/22 741/22 741/22 743/17 743/18
744/12 746/25 748/9 748/17 750/3 750/9
750/23 751/11 752/24 753/22 753/24
754/3 756/13 756/15 757/19 758/21
ORANGE [1]  676/5
ORDER [3]  672/8 672/14 727/20
ORGANIC [3]  698/10 698/13 731/11
ORGANISMS [2]  698/21 698/22
ORGANIZATION [1]  757/9
ORGANIZATIONS [2]  714/24 757/6
ORIGINAL [5]  685/20 685/21 707/16
734/21 734/22
ORLEANS [12]  649/6 649/20 649/23
650/10 651/8 651/21 659/12 659/16
710/12 715/25 716/2 720/5
OSMOSIS [1]  697/7
OSMOTIC [2]  697/4 697/7
OTHER [42]  658/3 660/15 661/12
663/17 664/8 664/16 665/12 666/2
666/21 670/17 675/8 677/20 679/3 679/4
687/10 689/6 691/1 691/21 692/21
696/19 697/14 697/18 704/1 704/7 707/6
707/13 710/6 710/11 711/15 713/17
713/19 714/17 714/18 719/9 719/10

721/6 722/1 722/25 734/6 734/7 738/8
738/17
OTHERS [3]  659/17 679/12 756/12
OTHERWISE [2]  672/1 696/22
OUR [16]  657/2 657/19 657/23 661/12
662/7 665/5 667/21 673/3 673/4 689/17
707/16 718/3 719/3 721/2 723/14 724/14
OUT [50]  656/7 659/16 663/15 663/23
666/11 666/12 667/2 667/3 668/22
668/22 674/21 674/22 675/15 677/11
680/13 680/16 681/6 681/11 682/7
682/24 683/22 684/14 684/22 690/23
692/18 694/1 696/2 696/12 697/9 698/9
699/14 699/19 699/25 700/21 700/22
702/18 705/3 705/3 711/8 715/2 715/3
723/8 731/21 731/21 733/4 733/10
735/25 753/9 754/8 757/25
OUT IN [1]  715/2
OUT OF [1]  663/23
OUTLET [11]  677/8 680/3 680/6 681/13
681/25 682/3 682/14 682/20 685/6 685/8
714/15
OUTSIDE [7]  654/10 714/17 714/22
720/24 722/11 734/1 749/8
OVER [43]  655/13 659/1 659/5 661/8
665/4 665/22 666/11 666/14 668/19
671/21 671/22 677/9 681/9 682/22 683/7
683/11 683/12 686/12 687/25 687/25
688/23 692/9 702/14 702/14 703/2 703/2
703/2 704/24 707/4 712/1 712/1 716/15
716/16 723/8 723/8 726/15 731/19
742/24 745/20 750/19 753/12 756/4
757/12
OVERALL [1]  695/23
OVERLAND [3]  694/9 694/15 695/6
OVERPASSES [1]  693/23
OVERRULE [2]  693/9 722/21
OVERRULED [1]  654/18
OWN [2]  661/12 673/3
OXIDATION [8]  703/6 703/11 703/13
704/3 704/14 704/18 711/17 711/20
OXYGEN [2]  697/23 698/25
OYSTER [2]  715/13 715/15
OYSTER-PRODUCING [1]  715/13

# P

P.O [1]  651/18
PAD [1]  673/23
PAGE [12]  652/2 670/7 672/10 672/18
672/19 673/2 685/20 694/20 717/1
717/20 733/18 736/4
PALMINTIER [3]  650/19 650/19 650/20
PALMISANO [1]  731/7
PANEL [2]  660/4 660/5
PAPER [5]  655/19 656/3 656/20 659/2
659/3
PAPERS [4]  659/2 661/23 661/23 669/1
PARAGRAPH [1]  733/19
PARALLEL [1]  683/4
PARAPHRASE [1]  719/13
PARIS [2]  700/10 700/18
PARISH [2]  689/14 702/5
PART [22]  658/11 659/1 660/23 668/13
669/17 670/7 671/14 682/11 686/11
687/7 692/19 693/12 715/17 719/8
721/13 721/17 724/7 724/9 733/10
736/16 742/4 751/23
PARTICIPATE [1]  757/2
PARTICIPATED [4]  659/10 663/5 748/7
757/10
PARTICULAR [11]  658/9 659/18 673/10
708/6 711/24 719/23 721/23 734/12
738/20 739/4 742/18

PARTICULARLY [1] 749/12
PARTIES [1] 657/3
PARTS [7] 669/14 669/15 669/16 669/23 670/16 670/22 705/24
PARTY [1] 657/3
PASS [4] 676/23 689/25 705/22 713/14
PASSED [4] 686/12 688/23 692/9 726/13
PAST [5] 665/9 668/19 671/22 686/18 701/4
PATHWAY [1] 698/12
PATIENCE [1] 679/1
PATTERN [1] 707/12
PATTERNS [3] 653/18 664/23 665/3
PAUL [2] 651/11 651/13
PC [2] 649/15 650/2
PEARL [2] 686/11 686/11
PENALIZED [1] 691/25
PENDING [1] 693/14
PENETRATION [7] 657/22 667/11 684/12 687/25 688/8 690/5 708/18
PENETRATION INTO [1] 688/8
PENFOUND [5] 668/22 669/2 669/24 671/10 695/18
PENLAND [1] 656/11
PEOPLE [8] 659/14 660/12 660/14 675/15 694/1 706/7 716/16 749/2
PER [10] 669/14 669/15 669/16 669/17 669/23 670/16 670/22 705/24 707/24 708/5
PERCENT [4] 686/16 691/5 706/17 706/21
PEREZ [1] 703/5
PERFECTLY [1] 679/12
PERFORM [1] 687/16
PERHAPS [3] 672/14 741/6 758/2
PERIOD [12] 654/22 700/3 706/4 706/15 706/17 706/24 710/6 733/8 737/18 738/13 741/17 745/20
PERIODS [2] 741/11 741/24
PERMANENTLY [1] 701/3
PERMUTATION [1] 734/21
PERSON [1] 664/22
PERSONAL [2] 653/23 673/3
PERTAINS [1] 655/12
PETER [1] 703/5
PHILEN [1] 651/6
PHOTO [4] 678/3 683/12 704/17 704/23
PHOTOGRAPH [2] 682/25 740/3
PHOTOGRAPHS [2] 676/20 742/23
PHOTOS [2] 676/22 683/15
PHRAGMITES [1] 683/9
PHYSIOLOGICAL [1] 698/3
PICKING [1] 743/23
PICTURE [7] 676/25 680/5 680/8 681/21 686/10 688/21 689/19
PICTURES [7] 676/9 678/12 680/18 684/24 741/19 741/20 745/6
PIERCE [1] 649/15
PILE [1] 752/6
PIPELINE [1] 682/21
PIPES [1] 705/3
PLACE [7] 660/11 682/2 712/6 716/11 738/16 747/8 753/8
PLACED [1] 732/13
PLACEMENT [3] 709/8 753/7 753/15
PLACES [1] 714/3
PLAINTIFFS [16] 649/15 649/18 649/21 650/2 650/5 650/9 650/12 650/16 650/19 650/22 651/6 653/8 672/5 672/5 717/21 749/8

PLANE [1] 731/21
PLANT [13] 667/10 696/7 696/7 697/18 697/19 697/24 702/21
PLANTED [4] 688/22 689/13 691/24 754/3
PLANTS [11] 668/9 669/4 669/11 698/2 698/3 698/4 698/11 698/14 700/13 700/21 700/22
PLAY [3] 666/20 721/14 722/4
PLAYED [1] 660/21
PLC [3] 649/18 650/19 650/23
PLEASE [13] 653/4 653/12 655/9 657/15 663/3 665/24 671/24 680/1 693/19 703/24 727/12 736/4 743/25
PLIABLE [1] 686/4
PLOT [1] 689/13
POINT [37] 656/7 656/24 664/18 670/12 672/22 676/15 677/11 678/2 679/10 679/14 680/10 680/13 680/16 682/5 682/7 682/24 683/10 683/15 683/21 684/23 684/24 687/12 694/2 695/4 707/12 709/21 709/22 710/2 714/7 716/23 729/20 735/25 740/14 742/4 749/12 753/14 755/12
POINTED [1] 674/24
POINTER [3] 673/19 673/20 673/25
POINTING [2] 674/18 675/15
POINTS [3] 676/21 690/10 711/18
POLEMICAL [1] 751/22
POLES [1] 692/20
POND [8] 703/7 703/11 703/13 704/15 704/18 711/17 711/20 754/11
PONDING [1] 755/17
PONDS [13] 704/3 736/2 754/5 754/6 754/8 754/10 754/12 754/18 754/21 754/23 754/24 754/25 755/2
PONTCHARTRAIN [6] 696/20 705/23 707/3 711/9 715/13 757/6
POOR [1] 699/2
POPULATION [1] 660/22
PORTIONS [1] 716/24
POSITION [2] 675/17 694/23
POSSIBILITY [2] 748/23 758/16
POSSIBLE [1] 674/1
POST [3] 650/7 650/14 650/24
POTENTIAL [4] 654/1 659/11 659/22 717/16
POWERPOINT [3] 672/11 719/23 724/7
POYDRAS [2] 650/10 651/20
PRACTICE [1] 750/25
PRE [3] 695/15 725/12 736/3
PRE-1960 [1] 725/12
PRE-MRGO [2] 695/15 736/3
PREFACE [2] 673/11 686/1
PREMISE [1] 707/16
PREPARATION [3] 719/18 734/14 738/2
PREPARED [1] 742/10
PREPARING [1] 749/21
PRESENT [7] 651/6 664/6 665/9 671/23 685/3 703/15 704/14
PRESENTATION [8] 672/11 673/3 673/5 677/6 688/17 689/17 724/8 749/8
PRESENTATIONS [1] 671/9
PRESENTED [3] 720/4 730/2 747/13
PRESERVATION [2] 751/8 751/14
PRESERVED [4] 686/24 751/11 752/24 753/16
PRESERVING [1] 661/5
PRESS [3] 656/11 659/3 661/2
PRESTIGIOUS [1] 655/21
PRETTY [3] 670/18 675/1 680/25
PREVENT [2] 658/6 713/22
PREVENTED [8] 711/5 711/11 711/12

717/15 747/17 747/18 747/20 749/15
PREVIOUS [2] 725/10 737/18
PRIMARILY [3] 665/2 730/4 743/3
PRIMARY [5] 665/5 687/9 687/10 734/10 742/19
PRINCIPLES [1] 741/10
PRINT [3] 678/9 678/16 683/22
PRINTING [1] 678/22
PRIOR [17] 664/6 690/2 690/14 692/6 693/7 697/2 699/10 705/15 709/12 710/14 717/25 729/22 733/1 740/17 754/4 754/19 757/1
PRIVATE [2] 713/25 714/24
PROBABLY [11] 669/10 681/4 683/10 690/13 691/4 694/5 694/6 706/3 715/25 716/7 758/18
PROBLEM [7] 726/5 729/13 742/20 747/1 747/13 747/17 759/23
PROBLEMS [3] 728/10 746/3 752/13
PROCEDURES [1] 727/25
PROCEED [4] 653/5 653/15 715/4 730/16
PROCEEDINGS [3] 649/10 651/24 760/11
PROCESS [8] 665/23 709/4 731/18 745/4 746/8 746/24 753/5 755/7
PROCESSES [3] 664/22 698/9 750/16
PRODUCED [9] 651/25 658/18 660/25 673/17 675/11 675/19 695/18 736/19 757/4
PRODUCES [2] 675/13 697/23
PRODUCING [1] 715/13
PRODUCTION [1] 715/15
PRODUCTIVITY [1] 666/17
PROFESSIONAL [2] 664/15 694/12
PROFESSOR [5] 653/9 653/17 663/3 680/20 686/22 713/15 750/14 758/8 759/9
PROGRAM [2] 660/8 753/10
PROGRESSED [1] 692/17
PROGRESSION [1] 692/14
PROJECT [18] 656/12 656/19 660/7 663/12 663/15 664/10 664/13 665/12 702/11 713/23 714/6 714/8 715/6 715/8 715/9 715/16 716/12 749/15
PROJECTS [4] 662/5 713/17 714/17 715/3
PROMISE [2] 759/9 759/10
PROPAGATION [2] 658/7 694/9
PROPER [1] 667/3
PROPOSAL [1] 757/1
PROPOSE [1] 735/8
PROPOSED [10] 717/8 717/9 731/17 735/5 737/17 737/20 751/10 752/23 756/10 757/2
PROPOSING [1] 664/3
PROTECTION [27] 653/22 654/7 655/12 658/21 659/23 660/21 662/8 664/7 668/6 721/15 732/3 732/7 733/21 734/4 735/5 735/8 739/11 739/20 747/16 748/24 749/15 750/5 750/8 750/17 750/22 751/3 751/9
PROVEN [1] 752/24
PROVIDE [12] 658/3 660/6 661/19 661/24 663/3 665/11 667/12 686/1 688/10 688/15 711/16 715/19
PROVIDED [11] 653/22 654/7 665/18 672/5 672/10 678/13 704/15 707/19 721/23 723/2 748/21
PROVIDES [4] 665/7 690/3 703/13 705/5
PROVIDING [2] 667/21 704/11

## P

PUBLIC [2] 714/23 749/12
PUBLICATION [4] 656/5 656/8 661/1 661/1
PUBLICATIONS [5] 658/15 660/13 663/7 666/14 723/12
PUBLISHED [14] 655/19 656/2 658/14 661/22 666/14 666/15 667/5 668/3 669/1 671/14 671/22 692/8 695/3 721/19
PULL [12] 676/25 682/15 685/17 685/19 692/10 700/8 706/10 717/1 717/19 733/18 735/15 747/23
PUMPED [2] 753/25 753/25
PUMPING [9] 702/5 703/5 703/6 703/10 703/10 703/12 703/12 704/17 705/3
PUMPS [1] 703/13
PURELY [2] 720/5 729/19
PURPORTED [1] 720/3
PURPORTEDLY [1] 721/11
PURPOSE [9] 679/24 687/7 687/9 688/19 731/1 735/7 743/8 748/25 749/19
PURPOSES [9] 661/4 664/20 687/11 689/4 721/15 728/4 729/19 733/8 743/22
PUSHING [1] 708/22
PUT [4] 660/16 678/19 701/21 701/23
PUTTING [3] 743/19 752/11 756/15
PX [38] 670/7 671/24 672/16 677/2 678/24 681/16 682/16 684/2 685/18 685/20 694/20 700/8 709/4 710/17 712/14 717/1 717/20 717/25 718/16 719/13 722/1 723/15 724/6 724/9 724/14 732/25 733/18 733/21 735/15 736/18 737/9 739/21 739/24 745/5 747/24 748/1 748/1 751/16
PX-139 [2] 717/20 722/1
PX-1515 [1] 670/7
PX-1516 [7] 685/18 685/20 694/20 700/8 710/17 712/14 751/16
PX-1517 [5] 677/2 681/16 682/16 735/15 739/21
PX-1517.1 [2] 678/24 684/2
PX-1517.31 [1] 709/4
PX-1536 [1] 671/24
PX-1810.30 [1] 739/24
PX-1810.32 [1] 745/5
PX-1810.36 [1] 736/18
PX-1810.38 [1] 737/9
PX-187 [4] 723/15 724/6 724/9 724/14
PX-188 [1] 748/1
PX-189 [2] 747/24 748/1
PX-206 [1] 732/25
PX-2145 [1] 717/1
PX-3001 [1] 717/25
PX-68 [2] 718/16 719/13
PX-699 [2] 733/18 733/21
PX-NUMBERS [1] 672/16

## Q

QUANTIFICATION [3] 657/24 658/3 662/8
QUARREL [1] 654/13
QUESTION [45] 661/8 662/17 687/13 687/19 688/9 692/1 693/14 700/7 700/9 701/10 704/5 705/14 708/25 709/1 714/5 719/25 720/12 721/3 722/14 722/18 724/21 727/9 727/11 727/18 727/20 728/12 730/8 730/9 734/19 738/1 738/6 740/12 744/22 745/17 749/11 749/22 749/24 750/18 751/6 752/5 753/2 753/20 754/15 754/17 756/3
QUESTIONING [1] 662/16
QUESTIONS [6] 661/7 662/20 695/9
QUICKLY [4] 676/23 677/5 706/5 708/21
QUITE [5] 659/7 677/17 679/8 729/8 741/21 751/22

## R

RAIN [1] 703/13
RAINFALL [2] 696/6 696/24
RAISED [1] 724/21
RANGE [3] 669/21 670/22 700/12
RAPID [3] 688/7 699/5 706/2
RAPIDITY [1] 707/11
RAPIDLY [5] 697/16 698/12 699/19 699/20 705/20
RATHER [2] 752/6 757/9
RATIO [1] 694/17
RE [1] 664/5
RE-ESTABLISH [1] 664/5
REACHED [2] 690/6 693/24
REACHES [2] 687/2 693/21
REACHING [1] 680/22
REACTED [1] 710/6
READ [6] 723/25 724/16 724/22 734/15 734/17 749/23
READING [1] 723/22
READY [4] 653/5 733/23 746/5 746/6
REAL [3] 684/22 715/22 750/21
REALIZE [1] 746/2
REALLY [10] 660/4 669/18 671/17 676/8 705/1 714/5 727/18 742/11 756/3 759/21
REARRANGED [1] 672/23
REASON [3] 690/25 706/15 741/8
REASONABLE [3] 679/12 679/13 751/23
REBUILD [3] 664/6 753/22 753/22
REBUILDING [1] 753/5
RECALL [2] 723/11 755/11
RECEIVED [1] 718/2
RECENT [1] 658/15
RECESS [4] 703/22 703/25 760/2 760/4
RECOGNIZED [2] 692/6 699/10
RECOGNIZES [1] 725/9
RECOMMENDED [2] 757/10 757/11
RECORD [20] 653/13 654/21 655/4 656/24 657/10 670/21 671/24 683/23 686/24 698/20 698/24 699/2 718/14 720/9 722/8 724/16 743/13 743/14 755/23 760/11
RECORDED [1] 651/24
RECOVERY [1] 746/22
REDRAFTED [1] 694/25
REDUCE [3] 657/21 658/1 695/2
REDUCED [6] 690/5 690/7 695/5 708/11 708/12 712/10
REDUCES [3] 687/24 708/20 708/22
REDUCING [4] 656/21 657/24 667/10 681/8
REDUCTION [27] 656/6 656/22 657/17 657/18 657/22 658/20 681/17 684/12 685/14 685/15 686/2 688/8 690/11 692/5 692/7 692/9 692/23 694/7 694/7 694/15 707/19 707/24 708/4 708/5 708/14 708/22 756/24
REED [2] 682/19 683/20
REEDS [3] 680/17 736/2 756/23
REEVALUATION [1] 716/12
REFER [1] 750/3
REFERENCE [4] 661/9 678/10 688/11 719/22
REFERENCED [1] 719/17
REFERENCES [2] 723/17
REFERENCING [1] 749/2
REFERRED [3] 672/1 731/8 731/8
REFERRING [1] 681/17
REGARD [10] 655/18 720/25 725/6 725/16 725/19 731/7 731/10 738/17 739/8 739/18
REGARDING [3] 707/18 722/11 735/5
REGARDS [1] 742/8
REGENERATE [3] 691/11 691/18 691/23
REGENERATED [6] 690/21 690/23 690/25 691/6 691/8 691/17
REGION [1] 709/11
REGREW [1] 690/24
REINTRODUCTION [1] 705/6
REJECTING [1] 750/1
RELATE [2] 687/19 749/24
RELATED [3] 658/1 663/9 715/7
RELATES [1] 744/12
RELATING [2] 660/22 722/18
RELATION [2] 690/13 754/10
RELATIONSHIP [5] 692/8 694/6 694/13 695/1 708/10
RELATIVE [1] 694/23
RELATIVELY [3] 691/7 691/8 712/7
RELEASE [1] 702/4
RELEVANCE [3] 748/13 748/15 748/20
RELEVANT [2] 749/1 749/3
RELIED [1] 719/20
RELY [1] 661/17
REMAINED [4] 699/9 706/3 706/4 710/2
REMAINS [2] 662/14 710/12
REMEDIAL [1] 710/1
REMEDY [1] 714/19
REMEMBER [2] 708/14 741/23
REMODELING [1] 661/23
REMOVED [1] 733/7
RENDER [1] 654/14
RENDERED [4] 654/13 657/6 657/8 661/9
REPAIR [1] 728/8
REPEATEDLY [1] 723/18
REPHRASE [2] 719/25 730/9
REPLACED [1] 731/13
REPLANT [2] 664/4 702/12
REPORT [63] 654/12 654/15 657/1 657/6 657/8 657/19 657/23 658/18 660/25 661/9 663/5 670/8 677/3 679/2 685/18 685/20 685/25 685/22 686/25 692/15 694/17 694/21 706/22 706/22 706/25 713/2 718/5 718/12 719/11 719/18 719/23 721/13 721/17 721/18 722/2 722/7 723/3 727/15 731/8 734/1 734/11 734/12 734/14 738/3 738/8 738/9 738/10 738/14 738/24 741/8 741/10 741/15 742/10 742/12 742/13 742/14 749/8 749/21 751/23 755/6 755/10 755/14 757/4
REPORTED [3] 683/13 686/18 727/3
REPORTER [5] 651/20 670/4 670/7 760/8 760/16
REPORTING [1] 727/1
REPORTS [4] 660/12 660/16 660/18 755/9
REPORTS AND [1] 660/18
REPRESENT [1] 653/8
REPRESENTATION [1] 740/4
REQUEST [3] 678/9 678/14 717/21
REQUESTED [2] 678/21 723/16
REQUIRE [1] 725/13
RESEARCH [6] 656/9 656/16 658/11 659/1 661/2 666/24
RESERVE [2] 654/24 662/20
RESERVING [1] 758/13

**R**

RESISTANT [1] 686/3
RESOLUTION [1] 677/15
RESOURCES [1] 711/15
RESPECT [1] 662/7
RESPECTS [1] 709/1
RESPOND [3] 693/9 727/21 748/19
RESPONDED [1] 732/1
RESPONDING [1] 737/24
RESPONSE [6] 723/11 724/20 724/22
725/6 725/7 734/2
RESPONSES [1] 727/24
REST [2] 667/8 711/1
RESTORATION [25] 655/23 656/3
658/22 658/25 659/13 659/19 659/23
660/8 660/9 660/20 661/4 661/6 662/5
663/10 663/14 663/21 702/10 715/11
716/23 751/8 751/14 752/3 752/12
752/23 756/13
RESTORE [11] 664/12 666/6 705/7
705/10 710/1 714/19 721/16 725/12
725/18 755/25 757/7
RESTORED [5] 729/4 730/13 751/11
752/25 753/24
RESTORING [2] 661/5 726/7
RESULT [1] 698/1
RESULTING [1] 725/9
RESULTS [1] 707/20
RETAINED [1] 696/14
RETAINING [1] 753/23
RETENTION [1] 709/8
REVERSE [1] 658/23
REVERSED [1] 730/13
REVIEW [3] 657/20 660/3 660/25
REVIEWED [3] 666/14 717/4 719/18
REVIEWING [1] 723/1
RICHARD [1] 651/16
RIDGE [27] 674/20 674/21 684/15
690/23 696/2 696/2 699/8 699/9 701/22
705/18 709/3 709/5 709/6 709/9 709/10
709/12 709/15 709/18 709/24 710/8
710/22 711/11 712/5 717/12 735/14
745/21 756/14
RIGHT [40] 657/4 660/25 663/13 672/21
674/18 675/4 675/20 675/22 675/22
675/24 676/3 676/6 676/6 676/7 680/15
681/3 682/25 686/10 686/12 687/5 687/8
689/21 689/23 701/19 702/12 704/14
704/18 704/19 705/4 709/11 709/14
714/10 719/7 723/6 743/4 743/13 745/22
747/15 757/4 758/15
RIGHT-HAND [1] 672/21
RISE [6] 653/3 665/2 665/6 703/21
703/23 760/3
RISK [1] 703/25
RITA [3] 655/24 656/4 708/4
RIVER [27] 659/21 659/24 659/25
674/19 677/8 680/23 680/6 681/13 681/25
682/3 682/13 682/20 684/8 685/5 685/8
686/11 686/11 691/20 696/23 702/4
711/17 713/10 714/15 714/21 715/16
715/19 753/12
RIVERBEND [2] 730/6 711/20
ROAD [1] 700/10 700/18
ROBERT [1] 651/6
ROBIN [1] 651/15
ROBINSON [4] 649/5 653/8 664/17
667/8
ROBUST [2] 684/23 684/24
ROCKS [1] 715/1
RODRIGUEZ [4] 758/19 758/21 759/3
759/13

ROLE [12] 656/6 656/20 657/17 657/24
658/10 660/23 664/8 665/1 666/20 667/20
667/10 698/8 722/4
ROOM [1] 651/20
ROOT [5] 686/5 686/7 686/21 698/15
732/22
ROOTS [1] 698/14
ROSEAU [4] 680/23 680/24 681/1 683/9
ROUGE [2] 650/14 650/21
ROUGH [1] 677/3
ROUGHLY [1] 739/8
ROUTINELY [1] 753/12
ROY [2] 650/5 650/6
RULE [2] 657/2 750/21
RUN [3] 743/4 744/7 744/20
RUNNING [2] 709/14 720/5
RUPERT [1] 651/9
RUSSELL [1] 668/24

**S**

S-P-A-R-T-I-N-A [1] 670/5
S.W [1] 650/17
SAFETY [2] 660/22 716/19
SAID [7] 657/9 661/14 704/1 711/19
714/23 719/24 722/22
SALINE [8] 669/7 669/25 670/2 671/18
711/21 731/13 745/21 746/22
SALINITIES [4] 669/14 669/22 670/16
700/19
SALINITY [38] 664/8 669/6 669/9 670/20
670/22 671/1 671/1 680/25 683/17
695/20 695/24 699/23 700/5 700/10
700/12 700/14 700/16 700/18 700/18
700/20 700/23 701/8 705/19 705/24
710/18 713/13 714/4 715/13 722/3
722/19 723/19 725/12 725/13 725/18
725/23 730/1 730/12 731/11
SALINITY-CONTROL [4] 723/19 725/1
730/1 730/12
SALINIZATION [3] 700/4 701/16 705/15
SALT [11] 669/17 669/18 671/4 697/17
704/21 704/21 705/23 711/14 745/23
746/12 750/16
SALTWATER [51] 696/4 696/9 696/9
696/15 696/22 697/4 697/6 697/20
697/25 698/2 698/11 699/10 699/15
699/18 699/20 699/23 702/2 702/19
705/17 706/25 707/1 707/3 707/7 707/13
709/25 710/3 710/24 711/5 711/12 713/9
714/1 717/15 721/12 721/16 722/4 723/7
725/25 726/2 727/3 728/17 728/22
728/23 729/7 731/10 732/21 742/20
746/17 746/17 746/20 747/21 756/19
SALTWATER-INTRUSION [1] 731/10
SAME [9] 675/19 682/17 706/24 722/10
728/9 734/7 736/6 739/8 744/13
SAMPLES [1] 667/1
SARAH [1] 651/16
SAUCIER [2] 748/3 748/11
SAVED [1] 701/24
SAW [1] 711/17
SAY [21] 655/25 658/2 658/16 659/9
661/3 665/5 668/1 669/15 671/7 676/2
677/5 681/16 683/16 687/18 696/19
724/4 743/10 743/19 758/1 758/4 758/7
SAYING [8] 658/3 686/1 687/6 714/20
722/9 728/13 741/25 746/16
SAYS [5] 670/24 683/5 694/21 723/18
750/3
SCALE [2] 663/14 749/15
SCATTERED [10] 675/4 675/6 676/14
677/13 677/14 677/22 679/13 679/15
679/18 695/22

SCHEDULE [2] 730/17 757/23
658/20 661/3 664/17 665/13 666/3 672/21
SCHOOL [4] 668/2 668/19 670/13
684/21
SCIENCE [6] 655/21 655/21 656/3
656/18 660/17 661/1
SCIENCES [1] 668/21
SCIENTIFIC [4] 666/8 666/11 683/13
702/14
SCIENTISTS [10] 655/20 658/17 660/3
660/5 663/17 666/22 668/23 702/15
757/8 757/9
SCOPE [12] 662/10 662/17 719/20
722/15 727/14 734/1 738/23 741/9
741/14 749/8 755/4 755/5
SCOTT [2] 649/19 758/18
SCREEN [8] 655/22 672/24 674/3 674/8
677/16 718/20 724/3 724/10
SEA [1] 759/5
SEABROOK [1] 711/6
SEATED [2] 653/4 703/24
SEAWATER [2] 669/15 697/22
SECOND [16] 669/4 670/6 673/13
674/15 684/16 686/2 688/14 689/6
692/11 696/5 703/17 718/24 718/25
736/20 749/12 758/21
SECONDARY [9] 726/9 726/23 727/24
738/18 747/2 747/7 747/10 747/18
752/21
SECONDLY [1] 668/8
SECTION [4] 722/2 735/8 743/5 749/13
SECTIONS [1] 735/6
SEDIMENTS [2] 697/22 698/8
SEE [75] 655/22 656/2 665/3 665/3
665/4 665/5 669/21 669/23 672/21
673/23 674/9 674/10 674/18 674/18
674/23 675/16 675/20 675/23 676/5
677/8 677/16 677/18 677/23 678/3 679/7
680/3 680/14 680/15 681/22 682/1 682/5
682/6 682/20 682/21 683/2 683/7 683/11
683/12 683/18 684/3 686/6 686/13
686/14 687/14 689/19 690/2 700/10
700/15 700/17 703/4 704/17 704/21
704/23 709/7 709/9 709/11 709/12
709/18 709/19 712/20 736/7 736/15
736/16 736/25 737/2 737/4 737/13
737/15 739/7 740/7 740/12 740/19
740/21 740/23 740/24
SEEDLINGS [2] 691/15 691/23
SEEM [1] 755/5
SEEMED [1] 675/15
SEEMS [3] 691/14 728/1 757/19
SEEN [2] 707/9 741/18
SEEPING [1] 696/12
SENSE [4] 697/17 710/14 726/1 756/5
SENSITIVE [1] 671/3
SEPARATE [2] 708/16 728/14
SEQUENCES [1] 731/12
SEQUENTIALLY [1] 672/13
SERIES [4] 660/12 671/20 676/20 745/6
SERVE [2] 685/14 687/7
SERVED [1] 756/20
SERVING [1] 707/18
SESSION [4] 649/10 653/1 653/4 703/24
SET [5] 654/15 656/25 660/5 672/9
678/12
SETTLE [2] 753/25 754/2
SEVEN [4] 692/16 694/9 694/24 707/22
SEVERAL [7] 660/16 668/19 671/21
671/22 691/17 709/15 757/8
SEWAGE [2] 703/7 703/8
SHADOWS [1] 684/3
SHAFFER [13] 656/11 663/6 663/13
663/16 664/13 664/14 665/8 677/3

SHAFFER... [5] 682/16 684/19 685/20 694/21 706/23
SHAFFER'S [1] 663/4
SHALLOW [1] 754/25
SHALLOWED [1] 711/2
SHE [7] 657/7 657/8 657/9 678/15 720/12 735/2 742/11
SHE'S [2] 654/25 657/12
SHEET [9] 672/1 673/10 673/17 673/17 674/12 676/13 677/13 685/7 695/18
SHERMAN [1] 649/22
SHIPS [1] 710/25
SHORT [1] 754/25
SHORTHAND [1] 661/10
SHOULD [4] 726/14 741/9 746/25 752/20
SHOULDN'T [1] 727/12
SHOW [9] 674/8 675/18 676/1 676/9 676/20 677/5 684/24 744/1 755/14
SHOWING [8] 672/15 673/4 676/3 679/24 683/20 684/5 741/24 745/8
SHOWN [6] 672/7 672/24 677/20 692/24 698/10 745/25
SHOWS [7] 663/25 673/18 676/7 680/2 687/14 692/17 744/3
SHRUBS [1] 736/2
SIC [3] 725/6 739/13 746/14
SIDE [3] 683/11 689/6 710/11
SIDES [1] 737/1
SIGNIFICANT [7] 660/19 707/6 707/15 737/6 738/12 759/21 759/22
SIMILAR [4] 696/22 706/20 710/10 710/13
SIMPLE [1] 721/4
SIMPLY [2] 728/13 741/25
SIMS [1] 650/3
SINCE [11] 655/2 655/17 662/16 691/18 707/9 710/7 710/25 712/2 722/22 741/14 757/14
SINGLE [1] 673/4
SINKING [1] 691/4
SIR [1] 687/11
SIT [1] 730/19
SITUATION [1] 759/8
SIZE [3] 715/25 716/7 751/4
SLIDE [53] 671/24 672/15 672/15 673/4 675/18 678/10 680/1 682/15 688/16 688/17 688/20 689/3 689/3 689/5 689/7 689/17 689/17 692/10 692/14 694/20 700/7 700/8 700/8 709/3 710/17 712/14 723/15 733/22 735/18 736/4 736/12 736/12 736/18 736/19 736/21 737/9 737/18 739/22 739/24 740/11 740/12 744/3 744/3 744/7 744/9 744/15 744/17 747/23 747/24 750/21 751/16 751/17 751/18
SLIDE 77 [1] 739/22
SLIDE DOWN [1] 689/5
SLIDES [8] 672/14 673/3 676/22 677/6 677/6 679/24 684/8 709/20
SLIGHT [1] 669/6
SLOW [2] 666/19 708/23
SLOWLY [4] 696/12 696/14 699/15 725/24
SLUMPING [1] 732/13
SMALL [9] 686/4 691/16 700/2 703/3 711/13 754/5 754/10 754/12 754/21
SMALLER [1] 715/10
SMITH [1] 651/15
SNAP [1] 686/19
SNIPPY [1] 757/19

SO [111] 655/4 658/2 660/14 661/3 664/10 666/24 667/20 668/9 668/21 669/19 669/22 670/17 671/3 672/25 673/3 673/16 674/2 674/12 674/22 674/24 675/5 676/1 676/4 676/7 676/12 676/15 676/23 678/10 682/11 682/24 683/9 683/15 683/24 684/7 685/2 687/24 688/1 688/4 688/11 688/14 688/25 691/6 691/16 693/21 694/6 694/8 696/8 696/9 696/16 696/25 697/10 697/16 697/25 698/15 700/12 700/23 702/1 702/12 703/10 704/19 705/1 705/5 707/3 708/5 708/6 708/23 709/15 709/16 711/14 716/23 718/12 718/13 718/19 718/23 720/19 721/21 722/17 722/21 725/24 726/16 726/20 727/11 727/13 728/10 730/4 732/15 733/14 734/20 734/23 736/3 737/4 738/4 738/9 738/13 738/20 738/24 740/4 740/8 740/20 742/8 742/23 744/20 746/24 747/12 748/19 751/4 754/25 757/15 757/25 759/10 759/17
SO-CALLED [1] 742/23
SOCIETY [1] 752/15
SOCIOECONOMIC [1] 725/14
SODIUM [2] 697/11 697/14
SOIL [5] 666/17 668/11 668/12 698/13 698/13
SOILS [3] 668/8 668/10 745/24
SOJA [1] 651/16
SOLVED [1] 752/13
SOME [39] 655/3 657/11 665/24 676/9 676/21 676/22 679/10 680/16 680/18 684/18 690/7 694/5 698/3 699/2 700/1 701/21 702/16 704/24 708/25 710/21 714/7 715/2 716/16 716/24 719/2 730/13 732/18 737/2 737/8 740/24 741/10 742/16 746/3 754/19 755/9 755/19 755/24 756/9 758/22
SOMEBODY [1] 750/24
SOMEONE [2] 674/7 675/12
SOMETHING [13] 655/4 669/8 674/8 693/25 709/21 709/22 709/23 719/16 719/18 741/7 749/20 753/18 753/18
SOMEWHAT [1] 692/1
SOMEWHERE [1] 723/25
SORRY [17] 655/25 656/14 695/10 700/3 706/10 718/6 729/16 739/15 740/6 744/8 744/18 746/17 748/1 748/20 751/18 756/2 756/4
SORT [3] 676/5 701/21 730/7
SOUND [2] 696/10 715/14
SOURCES [2] 702/6 756/17
SOUTH [7] 649/16 694/24 696/3 696/4 709/7 709/9 735/23
SOUTHEAST [1] 655/15
SOUTHWEST [2] 708/4 715/3
SPARTINA [1] 670/2
SPEAK [1] 730/24
SPEAKS [1] 752/17
SPECIES [7] 670/2 670/14 670/15 670/18 670/19 671/2 671/3
SPECIFIC [20] 655/18 656/25 657/16 657/23 658/2 701/20 713/23 723/3 725/6 725/16 734/9 738/17 739/18 740/20 741/11 741/20 743/4 743/24 747/12 753/2
SPECIFICALLY [18] 655/15 656/5 656/22 658/18 659/6 660/22 666/5 668/18 681/17 694/3 715/8 715/12 742/7 744/4 747/11 749/2 755/16 755/17
SPECIFY [1] 734/12
SPECULATION [1] 693/6
SPEED [1] 707/25

SPELL [1] 670/4
SPEND [2] 679/4 679/5
SPILLWAY [7] 659/12 659/15 659/15 659/18 715/7 715/10 716/10
SPOIL [21] 677/10 680/3 682/2 682/22 702/18 709/8 709/8 732/3 732/6 732/13 732/15 736/10 752/5 753/2 753/7 753/8 753/11 753/16 753/17 753/21 753/24
SPOKE [1] 712/17
SPOKEN [1] 750/15
SPREAD [1] 699/23
SPRINGS [1] 650/17
SR [1] 651/16
ST. [5] 689/14 702/5 702/15 703/4 711/19
ST. BERNARD [5] 689/14 702/5 702/15 703/4 711/19
STABLE [1] 695/20
STACKED [1] 682/6
STAGE [2] 663/20 664/11
STAGES [1] 681/24
STAND [3] 653/9 688/21 691/15
STANDARD [1] 750/24
STANDING [9] 678/8 683/1 683/2 683/8 683/19 687/22 691/13 706/4 706/4
STANDPOINT [4] 728/13 728/16 729/11 750/10
STANDS [4] 682/8 691/11 696/13 699/14
STANWOOD [1] 649/11
START [2] 750/18 759/8
STARTS [1] 710/4
STATE [9] 653/12 655/14 668/25 669/19 671/19 686/13 692/3 711/24 742/10
STATE-OF-THE-ART [1] 711/24
STATED [6] 693/11 702/11 702/14 713/12 717/24 727/19
STATEMENT [15] 723/1 723/4 723/17 724/19 725/19 729/23 730/22 731/17 732/1 732/2 733/6 735/7 735/9 739/14 750/9
STATEMENTS [1] 673/11
STATES [12] 649/1 649/7 649/11 665/9 665/10 672/11 685/16 715/23 726/13 735/7 740/4 760/8
STATION [8] 651/17 703/5 703/6 703/11 703/12 703/12 704/18 705/3
STATIONS [2] 702/5 735/11
STATISTICAL [1] 667/3
STAY [3] 686/21 687/15 738/7
STAYED [2] 686/17 706/21
STEADY [1] 703/14
STENOGRAPHY [1] 651/24
STEVENS [3] 650/22 650/23 733/1
STILL [10] 662/2 688/5 691/7 691/7 703/16 710/12 719/2 728/25 732/9 737/2
STONE [1] 651/16
STOOD [2] 689/15 722/5
STOP [5] 684/16 684/20 684/20 728/23 729/6
STOPPED [2] 725/23 732/19
STOPPING [1] 729/7
STORM [39] 653/21 654/6 655/12 656/5 656/20 656/21 657/21 657/25 658/1 658/6 658/20 658/21 658/23 660/23 660/23 661/5 664/6 665/14 681/8 681/16 686/2 687/16 692/7 692/17 694/15 694/23 695/5 702/24 707/19 708/3 720/4 720/18 720/23 721/1 721/15 722/11 738/20 747/5 756/24
STORM-SURGE [2] 708/3 720/23
STRANDLINE [1] 694/3

**S**

STRANDLINES [7] 692/19 693/2 693/11 693/15 693/17 693/23 694/2
STRAY [1] 742/12
STREAM [2] 686/15 709/14
STREET [10] 649/16 649/19 649/23 650/6 650/10 650/13 650/20 651/4 651/7 651/20
STRESS [2] 697/7 746/21
STRETCH [3] 740/15 744/13 751/10
STRETCHED [1] 696/2
STRETCHES [1] 683/12
STRICT [1] 670/19
STRICTLY [3] 669/4 669/8 670/15
STRONG [1] 681/7
STRONGEST [1] 686/8
STRUCTURAL [3] 665/12 667/12 667/13
STRUCTURE [11] 666/18 689/22 701/21 708/17 710/21 711/6 712/5 714/13 739/10 739/19 756/14
STRUCTURES [9] 692/21 701/23 711/4 711/11 712/6 713/24 714/25 714/25 756/15
STUDENTS [1] 750/17
STUDIED [3] 655/13 655/15 658/22
STUDIES [10] 660/18 666/12 695/6 695/19 707/17 707/21 713/16 725/17 729/2 731/7
STUDY [24] 658/25 659/17 659/22 659/22 663/16 663/19 666/8 668/2 671/12 692/24 692/25 693/6 694/22 707/22 717/19 718/18 719/25 720/3 720/9 721/9 721/11 721/23 746/24 757/2
STUDYING [3] 658/9 694/8 720/25
STUFF [1] 677/25
STYLUS [6] 673/21 673/24 674/1 674/5 674/6 674/7
STYROFOAM [1] 693/25
SUBJECT [6] 686/23 693/8 695/8 695/11 721/3 749/5
SUBJECTS [1] 659/4
SUBMIT [1] 667/4
SUBMITTED [2] 656/8 656/10
SUBROGATED [1] 651/2
SUBSEQUENT [2] 701/15 754/7
SUBSIDE [1] 691/19
SUBSTANCE [5] 738/1 738/3 738/5 742/8 749/21
SUBSTITUTE [1] 697/18
SUBSUME [1] 728/9
SUCH [5] 668/5 684/13 708/19 713/18 720/19
SUGGEST [2] 729/3 729/25
SUGGESTED [4] 703/2 711/25 712/1 713/18
SUGGESTION [1] 728/3
SUGGESTIONS [2] 701/18 717/9
SUGGESTS [1] 729/2
SUITE [5] 649/16 650/3 650/6 650/10 651/7
SULFIDE [2] 697/23 698/7
SULPHATE [6] 697/21 697/21 697/22 697/23 697/23 698/6
SULPHIDES [1] 698/1
SUM [1] 726/20
SUMMARIZE [5] 685/2 710/17 712/15 755/23 756/9
SUMMARY [1] 712/18
SUPPLEMENTAL [1] 677/3
SUPPLEMENTS [1] 741/22
SUPPORT [1] 754/1
SUPPORTING [1] 666/20

SURE [8] 680/12 680/25 680/25 699/2 718/20 731/21 739/18
SURF [1] 694/9
SURFACE [1] 668/13
SURFACES [1] 698/18
SURGE [55] 657/17 657/22 657/25 658/6 660/23 661/9 662/8 684/12 685/15 686/23 687/1 687/22 687/11 687/20 687/21 687/24 687/24 688/2 688/3 688/5 688/5 688/7 689/22 690/5 690/7 690/11 692/5 692/8 692/17 692/23 693/3 693/16 694/4 694/5 694/7 694/14 694/23 695/2 695/5 695/6 707/19 707/24 708/3 708/10 708/14 708/15 708/16 708/21 708/22 708/23 720/5 720/10 720/23 722/11 738/20
SURGES [1] 689/2
SURROUNDING [1] 696/19
SURVEY [1] 673/18
SURVIVE [2] 671/2 691/12
SUSTAIN [1] 755/8
SUSTAINED [2] 710/5 711/20
SWAMP [32] 664/5 670/18 674/25 674/25 675/6 675/22 676/6 676/8 676/8 679/19 679/20 682/10 682/11 686/6 687/24 688/2 688/5 689/20 690/1 690/6 691/14 703/15 704/19 704/20 705/20 708/16 708/17 708/20 710/13 711/17 711/21 712/23
SWAMPS [24] 655/16 655/16 663/8 663/11 664/8 669/12 669/20 670/13 671/17 680/19 681/3 683/20 686/1 686/14 691/5 691/9 691/21 699/6 702/12 708/23 713/14 756/22
SWORN [1] 653/10
SYSTEM [7] 686/7 686/21 699/19 707/5 710/2 710/16 753/6
SYSTEMS [3] 686/5 698/15 732/22

**T**

T-SHEET [7] 672/1 673/17 674/12 676/13 677/13 685/7 695/18
TABLE [1] 669/21
TAHEERAH [1] 651/11
TAKE [13] 679/6 685/19 689/8 689/9 703/20 703/25 718/23 718/24 729/14 750/7 751/24 753/21 757/15
TAKEN [12] 677/7 706/3 713/18 714/7 714/8 716/22 733/3 733/10 741/14 752/20 753/8 753/9
TAKES [1] 670/22
TAKING [6] 719/6 721/6 731/21 731/21 738/16 747/8
TALK [9] 654/21 656/20 657/23 665/1 673/10 700/4 708/14 742/21 755/10
TALKED [3] 658/16 660/13 710/11
TALKING [8] 665/3 680/23 687/10 697/9 716/10 729/20 736/9 747/6
TALL [2] 684/11 688/25
TASTE [2] 669/16 669/18
TAUGHT [1] 748/11
TAYLOR [1] 758/18
TEAM [6] 664/17 665/11 667/14 667/19 694/1 707/18
TEAM'S [1] 667/8
TEASING [1] 759/5
TECHNICAL [3] 660/2 660/6 660/24
TECHNICALLY [1] 741/14
TECHNIQUES [1] 673/14
TECHNOLOGY [1] 751/3
TEENS [1] 690/20
TELEPHONE [1] 692/20
TELL [5] 680/24 694/3 727/21 735/16

750/24
TELLS [1] 706/6
TEN [5] 688/24 689/1 689/14 705/11 705/12
TENDED [1] 691/11
TENDERED [4] 654/3 654/6 657/5 662/23
TENDERING [1] 654/25
TERMED [1] 695/23
TERMS [2] 715/23 727/18
TERRAIN [1] 677/18
TESTED [1] 679/1
TESTIFIED [9] 653/11 654/11 662/9 720/23 722/8 729/6 741/19 749/22 751/2
TESTIFIES [1] 755/21
TESTIFY [5] 734/8 744/23 745/2 749/1 759/13
TESTIFYING [5] 653/18 741/9 742/7 744/19 744/25
TESTIMONY [14] 662/15 665/17 672/6 677/21 679/3 686/22 687/7 716/24 731/1 733/2 738/4 741/22 742/4 743/3
TEXAS [1] 650/4
TEXT [1] 735/8
TEXTBOOK [1] 726/16
TEXTBOOKS [1] 668/4
THAN [19] 669/23 670/24 670/25 672/7 677/20 678/3 683/21 684/13 691/1 691/15 706/21 716/2 717/23 734/7 737/25 752/6 756/24 757/9 758/3
THANK [12] 654/3 661/21 661/25 667/23 670/9 688/9 691/25 716/13 724/24 734/20 757/13 757/17
THAT [544]
THAT'S [84] 656/16 656/17 658/8 659/3 661/2 661/6 661/16 662/9 662/10 662/16 665/11 668/13 670/25 672/15 672/22 673/4 674/11 674/22 674/25 675/13 676/7 679/13 681/1 681/3 681/19 681/23 682/10 682/21 683/21 685/24 687/14 693/14 693/20 694/1 694/16 694/19 695/5 695/8 700/12 703/5 703/8 705/4 706/11 706/16 707/2 707/24 709/14 710/4 713/1 713/9 715/17 718/23 722/14 725/19 726/1 727/20 729/15 731/15 733/17 734/25 735/20 735/20 737/8 737/25 738/11 740/11 740/13 741/2 741/18 743/12 743/13 743/22 745/20 745/22 747/15 749/10 751/23 755/1 755/18 757/17 759/4 759/9 759/23
THE EA [1] 742/8
THE FIRST [1] 692/25
THE OXIDATION [1] 704/3
THE TOP [1] 676/6
THEIR [12] 663/9 665/14 667/16 695/19 698/9 723/11 725/20 731/9 734/18 742/13 742/14 748/23
THEM [16] 666/7 667/21 667/22 672/17 675/16 684/20 686/21 688/15 688/23 689/16 727/2 748/8 748/11 750/20 750/23 752/7
THEMSELVES [2] 696/24 738/15
THEN [30] 661/7 662/13 665/5 665/8 665/8 665/13 665/20 665/21 666/6 667/1 667/4 667/13 668/23 669/25 671/9 671/19 674/21 675/4 675/22 676/10 676/11 685/3 691/18 710/3 711/15 714/7 747/21 750/8 754/2 755/23
THERE [104] 654/4 654/5 654/13 655/2 655/22 657/1 661/9 662/22 668/1 668/2 669/10 672/12 673/19 674/18 675/8 675/9 675/10 675/24 676/18 676/18 677/12 677/19 679/3 679/16 680/13

**T**

THERE... [79] 680/16 680/17 681/22
682/6 682/11 682/20 683/2 683/10
683/18 683/19 683/21 687/4 689/20
689/21 689/22 690/12 690/14 690/22
690/25 691/17 693/1 693/23 695/25
696/5 696/8 696/8 696/8 696/11 696/20
699/25 700/13 700/15 700/16 700/17
701/11 701/17 703/16 704/16 704/23
705/6 705/8 705/19 705/21 706/8 707/6
707/17 709/7 709/19 710/14 710/16
710/25 712/22 714/23 719/2 722/17
725/22 726/4 727/19 728/7 728/25
729/13 730/21 731/22 737/3 737/13
738/18 739/2 742/7 743/19 745/19
747/16 750/9 751/3 751/14 752/18
753/25 754/5 756/21 757/4
THERE'S [35] 663/24 668/12 671/3
674/9 674/17 676/11 676/15 678/7
679/18 682/10 692/23 693/10 697/7
697/19 697/23 698/25 700/1 700/10
700/17 703/4 703/13 715/3 720/8 728/3
730/1 736/1 736/25 737/1 737/6 737/15
739/5 739/6 746/3 749/19 759/5
THEREIN [1] 738/9
THESE [80] 658/14 660/16 660/18 665/4
665/6 665/20 665/21 666/2 666/4 666/6
666/10 666/18 666/20 668/11 669/22
673/11 673/12 675/8 675/15 676/1
676/21 676/22 677/6 677/7 678/12
679/24 680/18 680/19 681/7 681/10
682/8 682/9 683/15 683/17 683/20 684/7
684/24 685/9 686/7 687/14 688/24
690/10 691/16 691/21 694/2 694/9 695/6
698/4 698/5 699/14 701/8 702/6 702/7
702/8 703/1 708/12 709/20 711/23
711/23 711/25 712/4 712/10 712/20
723/12 729/23 736/13 741/7 741/10
741/19 742/17 748/10 748/17 748/22
749/2 749/4 752/13 755/9 756/20 757/10
759/21
THEY [70] 665/13 665/22 666/10 668/10
668/12 668/25 669/1 670/16 672/23
673/13 673/13 673/14 676/3 679/6
683/17 684/11 684/11 684/11 685/10
686/19 686/19 686/20 687/16 688/25
688/25 691/6 691/8 691/11 691/18
691/24 692/5 692/18 692/18 692/21
696/23 698/9 698/9 701/18 701/19
702/17 702/18 703/1 706/3 707/4 708/4
712/11 715/1 715/17 717/17 717/22
724/13 725/20 725/23 727/1 727/2 729/2
729/3 730/2 730/3 730/23 734/17 750/20
752/13 752/16 752/19 752/22 753/11
753/18 753/18 759/19
THEY'LL [1] 688/11
THEY'RE [9] 675/13 678/3 679/8 679/15
686/15 691/10 691/16 696/22 713/20
THEY'VE [1] 696/24
THICK [2] 681/5 731/11
THING [10] 669/19 677/11 680/12 681/9
682/7 702/17 705/1 708/18 752/8 752/14
THINGS [12] 666/16 675/15 676/2 676/4
684/21 691/16 702/8 702/16 711/25
726/18 752/18 757/10
THINK [43] 655/4 659/9 662/10 663/12
670/12 673/25 683/15 684/22 690/18
690/20 694/11 701/11 705/14 707/23
716/2 717/23 718/6 718/17 719/2 722/15
722/16 722/18 722/20 723/14 725/1
729/4 729/5 730/5 734/22 737/25 738/23
740/18 741/8 742/19 742/21 743/2

745/18 751/22 752/7 752/17 754/17
757/20 759/8
THIRD [5] 659/24 668/9 697/20 697/21
758/21
THIS [327]
THOMAS [1] 650/3
THOSE [34] 654/14 656/23 657/23 659/4
661/13 661/20 661/24 662/15 665/2
667/13 667/18 668/14 668/22 680/18
683/6 693/1 700/13 700/19 700/21
702/16 705/4 706/16 715/20 717/11
717/15 727/17 730/25 737/12 747/4
750/17 754/6 754/7 754/10 755/2
THOUGH [2] 698/23 744/22
THOUSAND [9] 664/4 669/15 669/15
669/16 669/17 669/23 670/16 670/22
705/24
THREAT [1] 692/7
THREATS [3] 659/15 686/2 756/24
THREE [10] 659/10 667/25 668/7 668/14
675/5 708/17 710/25 716/12 758/1 758/5
THREE-DIMENSIONAL [1] 708/17
THREE-YEAR [2] 659/10 716/12
THROUGH [26] 665/17 678/20 679/3
681/4 687/24 689/25 690/4 690/4 690/19
692/22 696/10 699/16 699/23 708/23
709/12 711/7 719/5 735/11 744/7 744/20
745/5 745/11 746/14 748/12 754/23
756/6
THROUGHOUT [3] 677/11 680/16
713/16
THROW [1] 724/10
TIDAL [1] 699/19
TIME [74] 654/22 656/25 660/1 660/8
665/4 665/22 666/11 671/21 672/17
672/25 673/7 678/16 680/21 684/18
685/19 690/6 695/19 699/7 699/9 700/3
701/5 701/7 701/14 701/19 702/9 702/13
705/9 706/5 709/25 710/6 710/7 711/1
711/24 717/8 719/8 721/18 721/22
725/21 726/2 726/5 726/15 727/2 730/11
731/1 731/2 731/19 731/23 733/5 733/8
736/22 737/17 737/18 738/13 738/20
739/3 739/9 739/23 740/1 741/2 741/11
741/17 741/24 741/25 742/5 742/24
743/11 743/20 743/23 754/4 755/24
757/1 758/17 758/19 759/6
TIMES [3] 722/25 738/15 738/17
TIMING [2] 730/5 734/4
TISSUES [1] 697/12
TITLE [3] 656/15 656/18 751/21
TO REDUCE [1] 658/1
TODAY [8] 696/19 696/25 699/25 701/3
710/12 719/3 730/18 756/11
TODAY'S [1] 672/6
TOGETHER [1] 660/16
TOLD [5] 684/17 718/2 749/2 750/20
750/23
TOLERATE [5] 669/6 669/9 669/14
670/19 700/13
TOMORROW [2] 730/19 758/9
TOMORROW'S [1] 757/23
TONI [4] 651/20 760/7 760/15 760/15
TOO [1] 742/12
TOOK [6] 660/14 679/5 703/22 716/11
732/4 738/15
TOOL [1] 659/19
TOOLS [1] 752/23
TOP [9] 675/1 676/6 680/5 686/5 686/20
688/3 688/7 688/7 694/4
TOPIC [1] 749/3
TOPOGRAPHIC [1] 673/17
TOPOGRAPHICAL [1] 658/4

TOPOGRAPHY [1] 665/25
TORTURED [1] 725/2
TOTAL [2] 713/3 713/4
TOTALLY [2] 662/19 711/12
TOWARD [2] 709/9 735/22
TOWARDS [6] 674/22 681/24 682/20
696/2 696/13 729/21
TOXIC [2] 697/17 698/1
TOXICITY [1] 697/19
TOXIN [1] 697/24
TRACKS [3] 683/5 683/6 683/19
TRANSCRIPT [2] 651/24 760/10
TRAVEL [1] 699/15
TRAVELS [1] 687/21
TRAVERSE [5] 654/20 655/3 662/1
662/22 721/2
TREATED [7] 663/22 663/25 702/5
703/7 703/8 711/19 714/2
TREATMENT [1] 663/23
TREE [8] 671/25 686/4 686/5 690/15
691/22 702/21 702/23 705/12
TREES [44] 669/12 669/20 675/6 676/9
676/14 676/19 677/13 677/14 677/16
677/22 679/5 679/13 679/15 679/19
680/14 680/15 680/17 682/5 682/6
684/14 686/7 687/4 687/4 687/7 687/9
687/22 687/23 688/21 688/23 688/24
689/13 689/15 689/23 690/12 692/20
695/22 705/16 706/4 708/15 708/18
709/11 709/13 736/2 756/23
TRIAL [2] 649/10 667/8
TRIANGLE [7] 680/8 681/12 684/10
712/25 713/12 747/19 749/17
TRIED [1] 675/11
TROUBLE [4] 718/3 724/12 725/3 756/1
TRUE [5] 731/15 733/17 737/19 749/10
760/9
TRUST [1] 755/21
TRY [9] 657/11 714/1 714/25 715/1
718/25 727/12 730/20 753/3 760/1
TRYING [14] 676/15 695/4 727/22
727/23 729/12 729/12 737/13 738/7
738/14 741/16 741/18 745/6 754/6 759/6
TULANE [1] 668/23
TULANE UNIVERSITY [1] 668/23
TUPELO [5] 669/13 670/17 670/17
685/14 686/23
TUPELOS [1] 692/4
TURN [14] 672/10 672/19 674/2 700/7
710/17 712/14 735/4 736/4 736/19
736/21 739/9 751/16 751/19 755/2
TURNED [1] 704/20
TURNING [1] 709/19
TUSA [4] 651/20 760/7 760/15 760/15
TWICE [2] 733/10 733/15
TWO [17] 655/21 658/15 659/1 659/2
668/23 669/12 676/1 680/18 683/5
683/19 695/25 706/16 706/16 709/20
710/25 758/4 758/7
TYPE [1] 676/18
TYPES [6] 669/3 675/8 680/13 684/10
695/21 736/9

**U**

U.S [3] 651/9 692/14 694/22
UH [1] 750/6
UH-HUH [1] 750/6
ULTIMATE [1] 687/1
ULTIMATELY [1] 679/1
UNDER [5] 657/2 680/3 688/25 723/20
738/15
UNDERCUTTING [1] 732/12

## U

UNDERLAIN [1]  731/11
UNDERSTAND [19]  657/12 673/6 678/5
679/2 679/21 687/6 695/8 714/12 728/12
729/8 729/12 741/13 741/17 742/3 742/9
746/4 750/3 755/14 759/25
UNDERSTANDING [5]  665/20 667/9
747/8 747/10 760/11
UNDERSTATES [1]  678/5
UNDERSTOOD [1]  662/6
UNDERTAKEN [2]  714/6 726/5
UNFORTUNATELY [1]  730/18
UNIFORMLY [2]  684/13 704/22
UNIT [43]  663/14 663/21 664/4 664/12
665/10 667/13 673/18 681/22 682/13
684/10 685/10 690/2 690/17 690/22
696/12 700/21 701/25 703/3 704/12
705/17 705/25 706/14 706/18 707/8
708/9 710/5 710/14 711/6 712/23 713/5
713/10 713/11 745/19 746/10 746/15
746/23 747/4 747/19 749/17 751/12
754/6 756/16 756/25
UNITED [6]  649/1 649/7 649/11 672/11
685/16 760/8
UNITED STATES [2]  672/11 685/16
UNITS [1]  671/6
UNIVERSITY [3]  668/23 668/25 671/19
UNLESS [1]  742/13
UNTIL [14]  660/1 671/23 685/8 695/19
699/9 700/11 701/3 701/19 703/15
704/14 709/21 710/2 721/21 746/5
UNTIMELY [1]  657/10
UP [66]  660/1 660/5 662/19 663/12
664/2 667/4 667/20 669/14 670/16 671/2
671/22 671/24 672/23 673/1 676/6
676/22 676/25 677/25 680/7 682/15
683/2 685/8 685/17 685/19 686/17
686/21 687/15 692/10 693/20 695/19
698/13 699/8 699/16 700/8 700/11
700/16 701/19 703/15 704/4 704/14
705/24 706/10 709/3 709/20 711/7 712/2
713/3 717/1 717/19 718/25 719/6 719/13
720/5 721/21 722/6 724/10 726/20
731/13 733/18 735/15 737/14 747/23
748/4 753/9 757/15 758/12
UPLANDS [1]  696/7
UPON [2]  705/17 738/15
UPPER [1]  681/21
UPSET [1]  697/15
US [12]  672/6 674/2 688/14 705/6
717/23 719/3 719/16 724/14 727/22
733/23 750/24 752/15
USE [21]  663/21 664/3 665/19 667/17
673/13 673/21 673/24 674/1 674/5 674/6
702/5 706/15 714/24 715/9 715/10
719/15 743/8 749/18 753/7 753/11
753/11
USED [11]  661/11 666/22 671/17 672/16
713/25 714/2 715/1 729/8 752/5 753/12
753/17
USEFUL [1]  667/21
USING [11]  659/11 659/18 665/8 702/18
711/15 711/18 711/19 719/3 721/5
750/21 753/8
UTILIZED [1]  752/3
UTILIZING [1]  659/23

## V

VALIDATE [1]  665/14
VALUE [1]  667/15
VALUES [4]  656/23 664/5 667/21 700/16
VARIABLES [1]  747/5

VARIATION [1]  700/17
VARIATIONS [1]  701/9
VARIED [1]  700/11
VARIETY [6]  669/12 680/13 683/18
684/10 695/21 736/8
VARIOUS [5]  659/8 715/17 738/15
738/17 756/17
VARIOUSLY [1]  684/9
VEGETATE [1]  754/3
VEGETATION [41]  658/10 666/18
666/18 668/8 668/15 669/5 669/6 669/7
669/8 675/9 676/18 677/19 677/20
677/21 681/5 681/6 683/7 684/4 684/5
696/13 696/17 697/6 697/10 698/2
698/15 699/6 699/14 699/21 699/24
705/4 706/1 707/12 712/23 732/12
732/23 732/24 736/1 736/9 746/21 754/1
756/22
VEGETATIVE [1]  668/16
VELOCITY [2]  687/1 687/20
VERSA [1]  675/14
VERSUS [2]  649/6 719/3
VERTICAL [1]  704/23
VERY [36]  660/5 671/3 674/2 675/23
679/6 683/10 683/18 683/20 685/7 686/2
686/7 686/19 688/7 691/10 691/12
691/12 695/24 696/14 696/18 696/22
697/15 697/16 700/1 701/20 706/2
706/20 708/18 708/21 709/16 709/20
710/10 710/13 727/6 737/6 739/25
756/21
VIA [2]  711/17 745/22
VIABILITY [1]  743/17
VIABLE [1]  720/19
VICE [1]  675/14
VICE-VERSA [1]  675/14
VICINITY [14]  653/25 695/15 716/20
720/4 733/15 736/24 737/20 738/12
738/13 739/3 740/22 745/10 747/2 751/9
VICTOR [1]  650/24
VIEW [3]  736/6 736/7 752/20
VIOLET [2]  711/18 712/6
VIS [4]  686/23 686/23 687/11 687/11
VIS-À-VIS [2]  686/23 687/11
VISUAL [1]  666/24
VOIR [2]  655/7 657/11
VOLUME [1]  649/10
VOLUMES [1]  719/5
VRIJLING [3]  758/8 758/17 759/11

## W

WAIT [5]  656/14 689/6 689/6 746/5
759/25
WAITING [1]  759/18
WAIVES [1]  657/4
WALK [2]  681/4 730/19
WALKING [1]  731/20
WALTER [1]  650/12
WANT [27]  654/20 655/1 655/3 662/17
670/12 674/4 677/11 677/23 678/15
679/4 679/5 680/12 682/7 683/16 683/25
689/6 704/1 704/10 718/20 718/24
723/15 729/5 730/8 746/6 750/8 753/3
758/13
WANTED [4]  672/4 678/9 699/1 719/23
WANTS [1]  678/15
WARREN [1]  651/6
WAS [206]
WASHINGTON [1]  651/18
WASN'T [2]  690/15 718/1
WATCH [1]  741/16
WATCHING [1]  727/7
WATER [35]  663/22 664/1 664/1 664/3

666/17 667/11 668/9 668/12 669/13
669/17 683/6 683/9 691/5 691/20
692/21 693/21 693/21 696/7 696/12
701/23 703/8 703/11 711/7 711/18
713/24 714/25 715/18 731/14 745/22
746/23 754/8 754/10 754/12 755/18
WATER-CONTROL [2]  713/24 714/25
WATERWAY [3]  681/23 682/4 712/25
WAVE [20]  657/17 657/22 658/6 660/23
661/10 662/18 681/17 685/14 685/14
693/16 694/6 694/9 708/12 712/12 720/9
732/9 732/14 754/9 755/1 755/12
WAVES [13]  684/13 688/3 688/7 690/3
690/7 693/3 694/4 694/14 695/6 708/21
712/13 719/24 720/10
WAY [11]  665/23 667/19 681/10 693/1
696/1 699/16 704/7 713/14 729/9 743/20
754/19
WAY TO [1]  729/9
WAYS [4]  659/8 697/7 725/23 729/6
WE [142]
WE'D [2]  653/16 684/18
WE'LL [6]  672/17 672/25 676/9 685/3
717/19 759/25
WE'RE [12]  657/10 673/3 678/23 680/25
687/10 688/10 689/9 695/4 697/9 702/11
702/12 703/20
WEIR [4]  701/22 711/2 711/3 756/15
WELL [85]  654/17 654/25 655/6 655/13
657/19 658/11 659/7 660/15 661/1
661/12 662/14 663/17 664/6 664/17
664/21 664/22 665/19 666/3 667/9
668/18 670/24 671/7 683/7 684/1 684/14
685/4 687/12 692/6 692/8 693/20 694/7
695/17 697/6 698/18 699/7 700/5 701/3
701/6 701/17 705/19 707/22 709/23
710/21 712/5 712/11 712/17 713/9
713/20 713/22 713/24 714/10 715/17
715/25 719/15 721/19 722/23 723/4
724/25 725/22 727/23 732/1 732/8
732/18 733/9 734/23 737/13 738/10
741/14 741/21 742/22 743/9 745/14
745/18 746/4 747/6 748/11 750/1 752/5
753/10 754/13 754/24 755/12 756/12
757/4 757/19
WELL-KNOWN [2]  664/22 692/8
WENT [7]  658/18 690/18 692/18 694/1
700/16 705/24 707/4
WERE [78]  654/18 664/6 664/8 665/6
667/20 668/21 668/22 668/23 672/8
675/15 676/3 676/18 677/7 678/13
680/19 681/10 683/17 683/18 684/11
684/11 684/14 685/3 688/22 688/23
689/13 689/16 689/21 689/22 691/5
691/17 693/23 695/25 696/21 701/8
701/17 701/20 703/1 704/2 704/3 704/11
704/25 706/18 706/19 707/3 707/6
710/25 711/23 711/23 711/23 711/25
712/15 712/22 712/24 713/7 714/8
716/10 717/9 718/2 723/8 724/13 726/4
727/1 727/2 729/23 731/8 734/5 734/25
738/16 738/18 747/16 750/20 752/13
752/18 752/24 753/15 754/5 754/24
757/8
WEST [1]  715/19
WESTERN [1]  707/2
WET [1]  668/10
WETLAND [30]  655/10 655/11 655/13
662/4 662/4 663/6 664/23 666/3 667/24
667/25 668/7 668/9 668/15 668/16
669/10 671/8 675/5 680/13 684/10
695/21 698/11 707/14 710/15 712/18
714/1 721/16 747/12 751/14 753/16

W

WETLAND... [1] 753/17
WETLANDS [133]
WETLANDS' [1] 657/17
WETNESS [1] 691/14
WHAT [87] 657/19 660/7 661/11 665/1
665/3 665/4 665/6 665/17 665/25 667/11
667/23 668/15 669/23 669/24 672/7
675/11 675/19 675/24 676/8 677/12
677/25 678/11 679/7 681/2 681/22
682/24 684/7 685/17 685/24 686/13
687/10 687/14 691/9 692/13 692/17
692/18 693/15 695/14 695/16 695/23
699/17 700/3 701/12 701/14 705/1 705/9
705/25 715/16 715/22 716/9 716/17
716/21 718/20 719/3 721/13 721/18
722/14 723/11 723/22 727/22 727/23
729/12 730/20 733/10 735/18 736/25
738/1 738/14 739/15 741/9 741/18 742/1
742/15 743/1 743/21 744/14 744/24
745/5 747/6 749/2 750/3 750/4 754/9
754/10 754/22 754/23 754/25
WHAT'S [12] 654/8 659/21 665/4 672/24
675/21 676/10 676/11 680/7 681/12
687/9 698/7 742/13
WHATEVER [1] 718/19
WHEN [40] 655/1 657/19 658/2 660/11
668/20 669/15 670/25 674/5 681/16
687/18 689/8 691/16 691/22 692/25
695/17 695/18 697/22 698/10 699/8
699/17 703/8 703/13 703/25 706/17
708/14 710/4 710/24 718/13 719/5
723/10 728/10 731/11 733/23 738/21
744/2 750/20 751/4 754/11 755/20
759/20
WHENCE [1] 724/5
WHERE [33] 658/16 658/18 661/23
663/21 665/20 669/1 674/7 677/10
677/19 680/6 680/12 690/11 692/19
693/20 697/22 700/1 702/12 704/12
705/10 711/16 712/20 713/17 714/18
729/8 730/22 731/4 732/13 742/18 743/3
743/23 751/4 755/15 759/8
WHEREAS [2] 670/17 703/13
WHEREUPON [3] 653/10 703/22 760/4
WHETHER [14] 686/25 693/14 694/3
722/19 722/25 727/17 728/19 729/20
737/24 738/18 748/17 750/20 750/23
750/24
WHICH [65] 654/10 655/21 657/2 659/24
665/13 670/3 671/2 674/17 674/21
675/15 676/9 676/23 677/16 680/9
682/19 682/24 684/9 686/16 686/24
687/21 688/16 689/3 689/4 689/17 691/1
691/18 694/20 694/20 694/21 697/23
698/1 698/1 698/13 699/15 699/22
705/24 706/20 708/1 709/3 709/13 711/2
713/11 714/14 715/9 717/20 717/22
719/11 724/9 725/10 728/1 730/5 732/25
733/9 734/4 736/4 736/12 737/18 738/15
739/24 740/11 742/19 746/8 753/21
755/25 756/18
WHILE [1] 685/5
WHIPSAW [1] 755/20
WHITE [1] 677/6
WHO [9] 668/23 668/24 671/11 671/12
680/20 706/7 707/17 707/18 759/2
WHOLE [9] 681/10 682/12 690/16
733/17 733/17 744/13 752/9 752/14
759/23
WHOM [1] 750/15
WHOOPS [1] 676/17

WHY [9] 665/3 665/5 665/22 690/14
690/25 691/2 718/23 747/1 759/5
WIDE [1] 709/15
WIDELY [5] 668/2 671/14 699/10 713/25
753/17
WIDEN [1] 742/24
WIDENING [14] 702/2 732/10 737/4
737/6 737/8 737/13 737/15 738/7 739/5
740/23 741/1 746/9 747/20 756/18
WIDENS [1] 702/2
WIDESPREAD [2] 678/3 681/10
WIDTH [1] 709/10
WILDLIFE [2] 671/12 671/20
WILL [28] 653/18 653/25 654/5 655/11
662/2 662/18 662/22 663/21 682/19
683/7 684/24 688/15 691/25 700/13
709/1 719/13 725/24 743/3 743/4 745/12
746/5 748/25 749/11 750/18 755/9 758/2
759/12 759/13
WIND [17] 657/17 657/22 658/7 660/23
662/8 667/11 681/17 684/12 686/20
687/25 688/8 690/4 708/16 708/18
708/19 708/22 712/13
WIND-GENERATED [1] 712/13
WINDS [2] 688/6 689/22
WISH [1] 746/19
WITHDRAW [10] 719/22 720/1 734/19
740/6 740/12 749/11 750/11 750/18
751/5 751/18
WITHDRAWING [1] 662/12
WITHIN [19] 675/8 688/1 688/4 697/15
701/12 706/9 710/2 719/20 722/20
727/20 730/21 734/4 738/7 738/23
741/14 742/11 746/10 747/18 754/5
WITHOUT [5] 720/10 720/19 721/6
730/15 743/15
WITNESS [15] 657/5 662/9 662/16
662/23 719/17 720/22 723/22 727/16
729/13 741/9 749/9 758/9 758/17 759/21
760/1
WITNESS' [7] 654/10 677/21 722/12
722/15 727/15 734/1 750/4
WITNESSES [2] 734/6 757/23
WON'T [1] 691/23
WOOD [1] 686/4
WOODCOCK [1] 651/17
WORD [2] 741/23 741/23
WORD-FOR-WORD [1] 741/23
WORDS [1] 679/4
WORK [12] 659/5 660/19 660/24 661/18
665/16 665/23 666/2 713/16 728/8
736/23 738/11 748/12
WORKED [6] 693/16 659/20 671/11
681/3 716/15 716/16
WORKING [3] 659/7 660/14 664/13
WORLD [1] 655/22
WOULD [130]
WOULDN'T [4] 676/2 725/2 732/18
732/19
WRIGHT [1] 650/5
WRITE [1] 667/4
WRITING [1] 660/12
WRITTEN [1] 757/5
WRONG [3] 667/8 676/16 718/9
WROTE [2] 706/23 717/6

Y

YARDS [5] 688/4 709/15 733/3 733/7
733/9
YEAH [12] 691/3 708/14 712/11 715/8
716/4 719/1 728/21 731/19 735/22
737/13 747/6 759/16
YEAR [8] 656/10 659/10 663/19 668/13

688/21 691/17 716/12 739/15
688/24 689/1 689/14 691/12 691/18
702/22 702/22 702/23 702/23 705/11
705/12 706/9 710/20 712/2 716/15
716/16
YES [38] 653/15 654/16 658/15 658/25
664/14 678/8 687/22 694/11 698/17
698/22 701/2 706/10 716/5 717/14
717/17 721/10 721/17 724/22 726/25
727/8 730/15 731/24 733/13 734/13
734/24 735/13 736/15 737/22 739/5
739/12 742/2 742/25 743/12 745/1 747/6
750/12 751/22 759/23
YESTERDAY [9] 712/17 733/1 737/6
739/25 741/12 743/1 744/5 745/13
745/25
YORK [3] 651/4 651/4 653/7
YOU [364]
YOU'D [1] 679/7
YOU'LL [3] 672/20 675/20 683/4
YOU'RE [15] 658/2 661/3 661/14 664/13
665/16 678/8 681/17 718/10 718/15
719/3 722/9 728/11 729/20 746/16
754/23
YOUNG [1] 680/20
YOUR [82] 653/6 653/12 653/16 654/5
654/8 654/19 655/9 655/10 655/11
657/15 657/16 658/13 659/5 661/8
661/18 662/3 662/12 663/5 664/15
664/19 665/23 666/1 667/8 672/4 676/21
677/15 677/23 678/16 678/16 678/20
679/14 685/18 686/22 686/25 687/7
687/13 688/10 688/17 694/12 700/7
700/24 701/12 703/18 704/2 704/4
705/15 713/16 715/6 716/21 716/24
717/11 718/17 718/22 720/12 720/21
727/20 728/12 728/20 730/9 731/8
734/10 740/3 741/13 742/2 743/7 744/4
744/18 745/12 748/9 748/13 749/7
751/20 753/2 754/14 756/5 757/15
757/17 757/22 757/24 758/5 758/20
758/25
YOUR HONOR [23] 653/6 653/16 654/5
654/19 662/3 672/4 676/21 677/15
677/23 704/2 718/17 718/22 740/3 742/2
743/7 744/4 744/18 751/20 754/14
757/17 757/22 758/5 758/25
YOURS [2] 692/11 751/19
YOURSELF [1] 655/4

Z

ZERO [1] 708/19
ZONE [4] 660/10 663/10 663/11 671/22