1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
2    ********************************************************************
     NORMAN ROBINSON, ET AL
3
                                    DOCKET NO. 06-CV-2268
4    V.                             NEW ORLEANS, LOUISIANA
                                    THURSDAY, APRIL 23, 2009
5
     UNITED STATES OF AMERICA, ET AL
6    ********************************************************************

7
                   TRANSCRIPT OF TRIAL PROCEEDINGS
8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                   UNITED STATES DISTRICT JUDGE
9                   VOLUME 4 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                 BY:  PIERCE O'DONNELL, ESQ.
                                 550 SOUTH HOPE STREET
14                               SUITE 1000
                                 LOS ANGELES, CA 90071-2627
15

16                               LAW OFFICE OF JOSEPH M. BRUNO
                                 BY:  JOSEPH M. BRUNO, ESQ.
17                               855 BARONNE ST.
                                 NEW ORLEANS, LA 70113
18

19                               THE ANDRY LAW FIRM
                                 BY:  JONATHAN B. ANDRY, ESQ.
20                                    KEA SHERMAN, ESQ.
                                 610 BARONNE ST.
21                               NEW ORLEANS, LA 70113

22

                                 BARON & BUDD
23                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
24                               DALLAS, TX 75219

25

                      ─ FINAL DAILY COPY ─

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                               556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                               THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                               601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                               DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                               LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                               P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                               FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                               519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                               MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                    JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                               BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                               BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                               P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22  FOR SUBROGATED INSURERS:    THE GILBERT FIRM, LLC
                               BY:  ELISA T. GILBERT, ESQ.
23                                  BRENDAN R. O'BRIEN, ESQ.
                               325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

─── FINAL DAILY COPY ───

```
 1   ALSO PRESENT:                MRGO LITIGATION OFFICE
                                  BY:  J. ROBERT WARREN, II, ESQ.
 2                                     ASHLEY E. PHILEN, ESQ.
                                  600 CARONDELET STREET, SUITE 604
 3                                NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:           U. S. DEPARTMENT OF JUSTICE
 5                                TORTS BRANCH
                                  BY:  DANIEL MICHAEL BAEZA, JR.
 6                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
 8                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON, JR., ESQ.
 9                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
10                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
11                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE, SR., ESQ.
12                                     JOHN WOODCOCK, ESQ.
                                  P. O. BOX 888
13                                BENJAMIN FRANKLIN STATION
                                  WASHINGTON, DC 20044
14

15
     OFFICIAL COURT REPORTER:     KAREN A. IBOS, CCR, RPR, CRR
16                                500 POYDRAS STREET, ROOM HB-406
                                  NEW ORLEANS, LOUISIANA 70130
17                                (504) 589-7776

18       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.
19

20

21

22

23

24

25
```

1                          I N D E X

2

3    WITNESSES FOR THE PLAINTIFF:                    PAGE/LINE:

4    JOHN W. DAY, JR.

5       CROSS-EXAMINATION BY MS. MILLER              765/10

6       REDIRECT EXAMINATION MS. GILBERT             797/5

7

8    JOHANNES C. VRIJLING

9       DIRECT EXAMINATION BY MR. BRUNO              818/10

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

(THURSDAY, APRIL 24, 2009)

(MORNING SESSION)

THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

THE COURT:  GOOD MORNING.

OKAY.  WE HAVE PROFESSOR DAY ON THE STAND AND WE'RE ABOUT TO BEGIN CROSS-EXAMINATION.

CROSS-EXAMINATION

BY MS. MILLER:

Q.  GOOD MORNING, YOUR HONOR, DR. DAY.  MY NAME IS KARA MILLER WITH THE UNITED STATES.

DR. DAY, YOU ARE NOT AN ENGINEER; ISN'T THAT CORRECT?

A.  THAT'S RIGHT.

Q.  AND YOU HAVE NOT STUDIED ENGINEERING IN A DEGREED PROGRAM?

A.  NO.

Q.  AND YOU HAVE NOT STUDIED HYDRAULIC ENGINEERING, EITHER; ISN'T THAT RIGHT?

A.  THAT'S CORRECT.

Q.  MODELING OF STORM SURGE IS OUTSIDE OF YOUR AREA OF EXPERTISE; IS THAT RIGHT?

A.  I'VE WORKED WITH PEOPLE AND PROVIDED INPUT TO MODELS.

Q.  YOU YOURSELF DO NOT MODEL STORM SURGES; IS THAT RIGHT?

A.  THAT'S CORRECT.

Q.  AND MEASURING THE IMPACT OF WETLANDS ON STORM SURGE ALSO IS

09:04:53 1   OUTSIDE YOUR AREA OF EXPERTISE; ISN'T THAT RIGHT?

09:04:56 2   A.   NO, THAT'S SOMETHING I HAVE PUBLISHED ON.

09:04:59 3   Q.   QUANTIFYING THE IMPACT OF WETLANDS ON STORM SURGE IS OUTSIDE

09:05:03 4   YOUR AREA OF EXPERTISE; ISN'T THAT RIGHT?

09:05:04 5   A.   WELL, NO, WE'VE PUBLISHED PAPERS WHERE WE'VE DEALT WITH THIS

09:05:08 6   ISSUE.

09:05:08 7   Q.   DR. DAY, DO YOU RECALL GIVING A DEPOSITION IN THIS CASE?

09:05:23 8   A.   I DO.

09:05:24 9   Q.   AND THAT DEPOSITION TOOK PLACE AT JOE BRUNO'S -- OR, YOU GAVE

09:05:29 10  TWO DEPOSITIONS; ISN'T THAT RIGHT?

09:05:31 11  A.   THAT'S CORRECT.

09:05:31 12  Q.   AND THE SECOND ONE TOOK PLACE AT JOE BRUNO'S OFFICE ON

09:05:35 13  JANUARY 28TH, 2009?

09:05:38 14  A.   THAT'S CORRECT.

09:05:39 15  Q.   AND AT THAT DEPOSITION, JONATHAN ANDRY, YOU, MYSELF, AND A COURT

09:06:18 16  REPORTER ALL WERE PRESENT; ISN'T THAT RIGHT?

09:06:20 17  A.   CORRECT.

09:06:20 18  Q.   AND I ASKED YOU QUESTIONS ABOUT YOUR WORK ON THIS CASE?

09:06:23 19  A.   YES.

09:06:24 20  Q.   AND BEFORE YOU ANSWERED THOSE QUESTIONS, YOU WERE SWORN BY THE

09:06:27 21  COURT REPORTER TO TELL THE TRUTH, WEREN'T YOU?

09:06:29 22  A.   THAT'S CORRECT.

09:06:30 23  Q.   AND THAT'S THE SAME OATH YOU TOOK TODAY -- OR YESTERDAY?

09:06:34 24  A.   YES.

09:06:34 25  Q.   AND YOU TOLD THE TRUTH AT YOUR DEPOSITION, DIDN'T YOU?

09:06:37 1    A.   YES.

09:06:38 2    Q.   AND AFTER YOU FINISHED YOUR DEPOSITION, YOU HAD A CHANCE TO

09:06:41 3    REVIEW YOUR TESTIMONY TO MAKE SURE IT WAS ACCURATE, DIDN'T YOU?

09:06:44 4    A.   THAT'S CORRECT.

09:06:45 5    Q.   DR. DAY, DURING THAT DEPOSITION, DO YOU RECALL BEING ASKED THE

09:06:52 6    FOLLOWING QUESTION AND YOU GAVE THE FOLLOWING ANSWER:  "Q. AND

09:06:57 7    MEASURING THE IMPACT OF WETLANDS ON STORM SURGE ALSO IS OUTSIDE YOUR

09:07:06 8    AREA OF EXPERTISE; IS THAT RIGHT?  A. I HAVE NOT DONE THAT."

09:07:07 9    A.   WOULD IT BE POSSIBLE FOR ME TO HAVE A COPY OF MY DEPOSITION UP

09:07:09 10   HERE?

09:07:11 11           THE COURT:  I TELL YOU WHAT WE CAN DO, YOU CAN SHOW IT ON

09:07:18 12   THE ELMO UNLESS YOU WANT TO REVIEW SOME OTHER PORTION.

09:07:23 13           THE WITNESS:  IT WOULD BE HELPFUL TO BE ABLE TO LOOK AT

09:07:26 14   WHAT SHE'S READING TO ME.

09:07:28 15           THE COURT:  ALL RIGHT.  YOU CAN DO THAT.  SWITCH IT TO

09:07:30 16   ELMO AND JUST PUT IT RIGHT ON THE ELMO.

09:07:34 17           MS. MILLER:  THE DEPOSITION IS DX 1681.

09:07:42 18           THE COURT:  OKAY.  YOU CAN PUT THE DEPOSITION -- THAT

09:07:43 19   PORTION ON THE ELMO, THE PORTION YOU JUST READ SO THE WITNESS CAN

09:07:50 20   VISUALIZE IT.

09:07:55 21           AND THERE IS A QUESTION ON THE -- LINE 15 -- PAGE 239,

09:07:59 22   LINE 15, CORRECT, IS THE QUESTION?

09:08:03 23           MS. MILLER:  YES.

09:08:05 24   BY MS. MILLER:

09:08:06 25   Q.   BETWEEN LINE 15 AND THE ANSWER THAT BEGINS ON LINE 21.

09:08:10  1          THE COURT:  ALL RIGHT.  NOW, DR. DAY...

09:08:14  2          THE WITNESS:  WELL, THAT IS CORRECT AND THAT WAS AN HONEST

09:08:17  3   ANSWER.  BUT AS I'VE STATED, I'VE WORKED WITH GROUPS OF PEOPLE WHO

09:08:21  4   HAVE BEEN DEALING WITH THIS ISSUE.  I'VE PROVIDED INPUT TO THAT KIND

09:08:26  5   OF INFORMATION AND WE PUBLISHED PAPERS.  WE PUBLISHED A PAPER IN

09:08:29  6   SCIENCE.  WE HAVE A PAPER IN PRESS ABOUT THE MRGO WHERE WE DEAL WITH

09:08:32  7   THIS.

09:08:34  8          SO I HAVE NOT SPECIFICALLY MEASURED THAT, BUT I AM

09:08:38  9   FAMILIAR WITH IT AND IT'S PART OF MY SCIENTIFIC PUBLICATION RECORD.

09:08:43 10   SO I THINK I'VE TRIED TO MAKE THAT CLEAR.  BECAUSE I'VE MADE NO

09:08:49 11   DIRECT MEASUREMENTS MYSELF DOESN'T MEAN I HAVE NO EXPERIENCE AND

09:08:53 12   EXPERTISE IN THAT AREA.  AND THAT'S THE POINT I AM TRYING TO MAKE.

09:08:56 13   BY MS. MILLER:

09:08:57 14   Q.  OKAY.  AND IN PREPARATION OF YOUR EXPERT REPORT FOR THIS CASE,

09:09:00 15   NEITHER YOU NOR DR. SHAFFER MADE ANY CALCULATIONS OF THE

09:09:04 16   RELATIONSHIP BETWEEN THE WETLANDS OF ST. BERNARD PARISH AND THE

09:09:07 17   STORM SURGE GENERATED BY HURRICANE KATRINA, DID YOU?

09:09:09 18   A.  WELL, WE ACTUALLY SHOWED SOME INFORMATION YESTERDAY WHERE WE

09:09:15 19   LOOKED AT THE STORM SURGE REDUCTION OF THE CORPS OF ENGINEERS' DATA

09:09:19 20   AS WELL AS THE INFORMATION THAT PAUL KEMP DID DURING RITA IN

09:09:24 21   SOUTHWEST LOUISIANA.  AND WE MADE SOME ROUGH ESTIMATES IF THERE HAD

09:09:29 22   BEEN A CERTAIN AMOUNT OF WETLANDS EXISTING WHEN KATRINA HIT, WE

09:09:36 23   WOULD EXPECT A CERTAIN REDUCTION IN STORM SURGE.

09:09:38 24          MS. MILLER:  YOUR HONOR, I MOVE TO STRIKE THAT ANSWER AS

09:09:41 25   NONRESPONSIVE.

09:09:43  1            THE COURT:  WHY IS IT NONRESPONSIVE?

09:09:45  2            MS. MILLER:  THE QUESTION WAS WHETHER THEY MADE ANY

09:09:48  3     CALCULATIONS REGARDING THE STORM SURGE GENERATED BY HURRICANE

09:09:51  4     KATRINA, THE ANSWER RELATED TO GENERAL PRINCIPLES DISCUSSED IN HIS

09:09:56  5     REPORT.

09:09:56  6            THE COURT:  I THINK IT RELATES, AS I UNDERSTAND IT, AND I

09:10:00  7     DON'T WANT -- AS I UNDERSTAND HIS ANSWER, HE USED DATA PROVIDED FROM

09:10:06  8     OTHER SOURCES AND THEN -- AND EXTRAPOLATED IT TO SOME KIND OF

09:10:11  9     OPINION AS TO THE EFFECT OF THE STORM SURGE BASED ON THE WETLANDS.

09:10:19 10     YOU CAN AMPLIFY THAT.

09:10:19 11            I AM GOING TO OVERRULE YOUR OBJECTION RIGHT NOW -- OR YOUR

09:10:23 12     MOTION TO STRIKE SUBJECT TO HIM EXPLAINING IT.  I AM GOING TO LET IT

09:10:29 13     STAY PENDING, HOW ABOUT THAT.  I AM GOING TO DEFER.

09:10:31 14            THE WITNESS:  I AM STATING DIRECTLY WHAT WE DID, AND WE

09:10:34 15     DID MAKE A CALCULATION OF WHAT WE MIGHT EXPECT IN REDUCTION OF STORM

09:10:39 16     SURGE HAD WE HAD A CERTAIN WIDTH OF WETLANDS THAT WERE

09:10:44 17     CHARACTERISTIC OF THE AREA PRIOR TO MRGO.  AND I THINK THAT'S A

09:10:48 18     REASONABLE THING TO DO.

09:10:51 19     BY MS. MILLER:

09:10:51 20     Q.  YOUR REPORT DOES NOT EXPRESS AN OPINION REGARDING ANY REDUCTION

09:10:55 21     IN STORM SURGE THAT OCCURRED DURING HURRICANE KATRINA, DOES IT?

09:10:58 22     A.  NO.  BUT WHAT WE DID CITE WAS THE CORPS OF ENGINEERS' STUDIES.

09:11:03 23     WE INCLUDED THAT FIGURE IN THERE.  SO THE IMPLICATION CLEARLY IS

09:11:06 24     THAT WETLANDS HAVE A REDUCTION -- HAVE AN EFFECT ON REDUCING STORM

09:11:10 25     HAZARD IMPACTS AND THAT YOU WOULD EXPECT THOSE TO HAPPEN IN THE MRGO

09:11:17  1    AREA.

09:11:30  2    Q.  DR. DAY, NEITHER YOU NOR DR. SHAFFER PRESENTED AN OPINION IN

09:11:34  3    YOUR REPORT CALCULATING THE REDUCTION IN WIND OR WAVES GENERATED BY

09:11:42  4    HURRICANE KATRINA, DID YOU?

09:11:44  5         MS. GILBERT:  EXCUSE ME, YOUR HONOR, I THINK THE

09:11:46  6    WITNESS --

09:11:47  7         THE COURT:  YOU'RE GOING TO NEED A MICROPHONE BECAUSE WE

09:11:49  8    CAN'T HEAR YOU.

09:11:51  9         MS. GILBERT:  I THINK -- MY OBJECTION IS THAT THE WITNESS

09:11:54 10    HAS TESTIFIED BOTH YESTERDAY AND TODAY THAT HE'S PROVIDED TREE

09:11:57 11    DENSITY INFORMATION IN HIS REPORT, THAT HIS EXPERTISE IS IN

09:12:00 12    ASSESSING THE TOPOGRAPHY AND HABITAT OF THE VICINITY, THAT HE WORKED

09:12:04 13    WITH A TEAM -- HE PERSONALLY DID NOT DO CALCULATIONS BUT THAT HE

09:12:07 14    PROVIDED THE INPUT FOR THE CALCULATIONS THAT WERE ULTIMATELY DONE BY

09:12:11 15    OTHER EXPERTS ON THE TEAM WHO --

09:12:14 16         THE COURT:  SO YOUR OBJECTION IS THAT IT'S ALREADY BEEN

09:12:20 17    ADMITTED HE DIDN'T?

09:12:21 18         MS. GILBERT:  MY OBJECTION IS THAT HE TESTIFIED THAT HE

09:12:22 19    DIDN'T --

09:12:23 20         THE COURT:  THE OBJECTION IS OVERRULED.

09:12:28 21         YOU MAY ASK YOUR QUESTION AGAIN.

09:12:31 22         MS. MILLER:  WOULD THE COURT REPORTER READ BACK THE

09:12:33 23    QUESTION.

09:12:37 24         THE COURT:  THE OBJECTIONS NEED TO BE PITHY.

09:12:57 25       (WHEREUPON, THE QUESTION WAS READ BACK.)

09:12:58  1           THE WITNESS:  WELL, IT MAY BE SPECIFICALLY WE DIDN'T, BUT

09:13:02  2   WE DEALT WITH THE ISSUE OF HURRICANE SURGE REDUCTION.  WE REVIEWED

09:13:06  3   THE LITERATURE, WE INCLUDED THE FIGURE FROM HURRICANE KATRINA.  THE

09:13:09  4   IMPLICATION WAS VERY CLEAR THAT HAD THERE BEEN -- OUR IMPLICATION

09:13:16  5   WAS HAD THERE BEEN THE WETLANDS THAT EXISTED BEFORE THE MRGO, THERE

09:13:21  6   WOULD HAVE BEEN A SIGNIFICANT REDUCTION OF STORM HAZARD --

09:13:24  7           THE COURT:  SO YOUR REPORT HAS THE GENERAL PRINCIPLES OF

09:13:32  8   UNDERLYING DATA ABOUT THE BUFFERING EFFECT OF THE WETLANDS AND OTHER

09:13:32  9   FLORA?

09:13:32 10           THE WITNESS:  YES, YOUR HONOR.

09:13:32 11           THE COURT:  YOU DO NOT DO A SPECIFIC MATHEMATICAL

09:13:35 12   CALCULATION BASED ON ANY SPECIFIC FORMULA TO ASCERTAIN

09:13:37 13   MATHEMATICALLY WHAT THAT WOULD; IS THAT CORRECT?

09:13:40 14           THE WITNESS:  THAT'S CORRECT.

09:13:40 15           THE COURT:  ALL RIGHT.  LET'S MOVE ON.

09:13:59 16   BY MS. MILLER:

09:14:02 17   Q.  DR. DAY, I'D LIKE TO SHOW YOU WHAT YESTERDAY WAS MARKED AS

09:14:07 18   PX 1517.1.  THIS IS A PHOTOGRAPH THAT YOU INCLUDED IN YOUR

09:14:18 19   SUPPLEMENTAL REPORT, AND IT WAS FIGURE 29 TO YOUR SUPPLEMENTAL

09:14:26 20   EXPERT REPORT FROM JANUARY OF 2009.

09:14:31 21           ON EXHIBIT PX 1517.1, MARKINGS YOU MADE YESTERDAY ARE

09:14:36 22   REFLECTED; ISN'T THAT RIGHT?

09:14:38 23   A.  YES.

09:14:40 24   Q.  AND THE CIRCULAR AREA IS WHERE YOU WERE SHOWING THE LOCATION OF

09:14:44 25   CYPRESS TREES; ISN'T THAT RIGHT?

09:14:46  1  A.  YES.  I DID THAT IN A VERY GENERAL WAY.  THERE ARE CYPRESS TREES

09:14:50  2  OUTSIDE OF THAT CIRCLE, I WAS JUST GENERALLY INDICATING THE AREA

09:14:53  3  WHERE THEY OCCURRED.

09:14:54  4  Q.  AND THE LINE ON THE LEFT-HAND SIDE OF THE PHOTOGRAPH WAS WHERE

09:14:58  5  YOU WERE SHOWING THE RETAINING DIKE THAT HAD BEEN BUILT TO CREATE

09:15:04  6  THE SPOIL BANK FOR THE MRGO; IS THAT RIGHT?

09:15:06  7  A.  THAT'S CORRECT.

09:15:06  8  Q.  AND THIS PHOTOGRAPH -- IF WE CAN SHOW EXHIBIT 29 FROM THE EXPERT

09:15:19  9  REPORT -- OR FROM THE SUPPLEMENTAL REPORT.  THE WHOLE SUPPLEMENT IS

09:15:22 10  PX 1517, AND I THINK IF WE CAN JUST SHOW THAT IMAGE, IT WILL BE A

09:15:28 11  LITTLE MORE CLEAR THAN THIS ONE.  IT'S AT PAGE NED-275-000000105.

09:15:55 12  AND MAYBE WE CAN JUST ZOOM IN JUST A LITTLE.

09:15:58 13          IF YOU LOOK AT THE CAPTION ON THE BOTTOM, THE VERY LAST

09:16:01 14  LINE, IT STATES THAT THIS IS A VIEW TO THE SOUTHEAST.  CAN YOU READ

09:16:06 15  THAT?

09:16:07 16  A.  UH-HUH.

09:16:08 17  Q.  AND THAT'S YOUR UNDERSTANDING OF WHAT THIS PHOTOGRAPH SHOWS --

09:16:11 18  A.  THAT'S CORRECT.

09:16:12 19  Q.  -- OF THE ORIENTATION?

09:16:17 20  A.  THE MRGO WOULD HAVE BEEN OFF TO THE LEFT IN THIS PHOTO WHEN IT

09:16:21 21  WAS CONSTRUCTED.

09:16:21 22  Q.  OKAY.  SO AT THE TIME THIS PHOTOGRAPH REFLECTS, THE CHANNEL

09:16:26 23  ITSELF HAD NOT YET BEEN CONSTRUCTED, AND THE TWO LINEAR FEATURES

09:16:31 24  THAT YOU SEE WILL ULTIMATELY BE ON EITHER SIDE OF WHAT BECOMES THE

09:16:37 25  SPOIL BANK; ISN'T THAT RIGHT?

09:16:39 1    A.   NO, THAT'S NOT CORRECT.   THE TWO LINEAR -- YOU MEAN THE CANALS

09:16:43 2    YOU SEE?

09:16:43 3    Q.   RIGHT, THE CANALS.

09:16:45 4    A.   NO.   IT'S MY UNDERSTANDING THAT THE -- ALL OF THIS WILL BE --

09:16:52 5    WELL, I'M NOT SURE.   THE MRGO IS TO THE LEFT OF THE LONG STRAIGHT --

09:16:57 6    THE CROOKED CANAL THERE PREEXISTED.   THAT WAS A NAVIGATION CANAL OR

09:17:03 7    A LOGGING CANAL.   BUT I DON'T KNOW, TO TELL YOU THE TRUTH, WHETHER

09:17:07 8    THAT'S THE EAST OR THE WEST RETAINING DIKE.

09:17:11 9    Q.   OKAY --

09:17:17 10   A.   BUT THE MRGO WOULD HAVE BEEN TO THE LEFT OF THAT CANAL IN THIS

09:17:17 11   PHOTO.

09:17:17 12            THE COURT:   WHEN YOU SAY THAT CANAL, YOU MEAN THE LARGER

09:17:19 13   ONE?

09:17:19 14            THE WITNESS:   YES.   LET ME POINT THAT OUT TO YOU.   THAT

09:17:22 15   CANAL (INDICATING).

09:17:22 16   BY MS. MILLER:

09:17:22 17   Q.   THE ONE, WHEN WE'RE LOOKING AT THIS PHOTOGRAPH, ON THE LEFT

09:17:26 18   SIDE, RIGHT?

09:17:26 19   A.   YEAH.   WHEREAS THIS WAS A PREEXISTING CANAL THAT MAY HAVE HAD TO

09:17:32 20   DO WITH EARLY LOGGING OR NAVIGATION.   IT'S CLEARLY NOT ASSOCIATED

09:17:35 21   WITH THE OIL INDUSTRY.

09:17:44 22   Q.   SO YOU'RE NOT CERTAIN WHAT THE CANAL ON THE RIGHT-HAND SIDE IS,

09:17:48 23   BUT YOU ARE CERTAIN THAT THE CONSTRUCTION OF THE MRGO WILL

09:17:54 24   ULTIMATELY TAKE PLACE TO THE LEFT SIDE OF THIS PHOTOGRAPH?

09:17:59 25   A.   TO THE LEFT OF THAT CANAL THERE.

09:18:00 1    Q.  TO THE LEFT --

09:18:01 2    A.  ON THE --

09:18:03 3    Q.  -- OF THE -- SHOWN ON THIS PHOTOGRAPH --

09:18:05 4              THE COURT REPORTER:  EXCUSE ME.

09:18:05 5              THE COURT:  ONE AT A TIME.  ONE AT A TIME.

09:18:07 6              THE WITNESS:  SORRY.

09:18:08 7              THE COURT:  IT'S CLEAR THAT THE LARGER -- THE LARGER

09:18:11 8    CANAL -- THAT THE MRGO IS TO THE LEFT OF THE LARGER CANAL AS SHOWN

09:18:17 9    ON THIS PHOTOGRAPH NEAR THE TOP LEFT.

09:18:17 10   BY MS. MILLER:

09:18:21 11   Q.  AND THE AREA THAT YOU IDENTIFIED YESTERDAY CONTAINING CYPRESS

09:18:25 12   TREES IS TO THE RIGHT-HAND SIDE OF THAT CANAL, ISN'T IT?

09:18:30 13   A.  YES, BUT I WOULD HAVE TO EXAMINE THE PICTURE FURTHER TO SEE IF

09:18:34 14   THERE WERE ANY SCATTERED CYPRESS TO THE LEFT OF THE CANAL THAT WAS

09:18:39 15   DUG FOR THE CONTAINING DIKE.

09:18:42 16              I HAVE THE PHOTO HERE IF YOU WANT ME TO TAKE A LOOK AT IT.

09:18:47 17   Q.  SURE, IF YOU WOULD.

09:18:48 18   A.  OKAY.

09:19:00 19   Q.  DR. DAY, I DON'T KNOW IF THAT'S NECESSARY FOR THE PURPOSE OF MY

09:19:04 20   QUESTION.  YOU AGREE THAT THE CONSTRUCTION OF THE CHANNEL ITSELF

09:19:08 21   WILL BE IN THE LEFTER MOST -- UPPER LEFT CORNER OF THIS PHOTOGRAPH;

09:19:13 22   ISN'T THAT RIGHT?

09:19:14 23   A.  THAT'S CORRECT.

09:19:14 24   Q.  SO ANY CYPRESS VISIBLE IN THIS PHOTOGRAPH WOULD BE TO THE

09:19:21 25   WESTERN SIDE OF THE MRGO CHANNEL; ISN'T THAT RIGHT?

─────── FINAL DAILY COPY ───────

09:19:25 1    A.  WELL, I AM LOOKING AT IT -- IS YOUR QUESTION:  ARE THERE CYPRESS

09:19:31 2    TO THE LEFT OF THAT CANAL?

09:19:33 3          THE COURT:  NO.  HER QUESTION IS:  THE CYPRESS SHOWN IN

09:19:36 4    THIS PICTURE WOULD BE TO THE WEST OF THE MRGO CHANNEL AFTER IT WAS

09:19:40 5    CONSTRUCTED.

09:19:42 6          THE WITNESS:  YEAH.

09:19:42 7          MS. MILLER:  YES.

09:19:43 8          THE WITNESS:  THE CYPRESS SHOWN TO THE RIGHT OF THE MRGO

09:19:45 9    CANAL WOULD BE NOT WHERE THE CANAL -- THE MRGO WOULD BE DREDGED.

09:19:52 10   BY MS. MILLER:

09:19:53 11   Q.  THE AREA TO THE RIGHT OF WHERE THE MRGO WILL BE DREDGED IS NOT

09:19:57 12   VISIBLE IN THIS PHOTOGRAPH; ISN'T THAT RIGHT?

09:20:02 13         THE COURT:  TO THE LEFT?

09:20:04 14         THE WITNESS:  TO THE LEFT YOU MEAN.

09:20:05 15         MS. MILLER:  TO THE -- WELL --

09:20:05 16         THE COURT:  AS WE LOOK AT THIS PICTURE?

09:20:07 17         BY MS. MILLER:  AS YOU LOOK AT THIS PICTURE TO THE LEFT.

09:20:10 18         THE COURT:  DO WE AGREE THAT WEST IS GENERALLY WHERE THE

09:20:12 19   CYPRESS -- TOWARDS WHERE THE -- WE'LL CALL IT THE LOGGING CANAL FOR

09:20:18 20   LACK OF A BETTER WORD EVEN THOUGH WE DON'T KNOW IT'S ONE -- AND EAST

09:20:22 21   IS TO THE LEFT SIDE OF WHAT PURPORTS TO BE THE SPOIL CHANNEL?

09:20:27 22         MS. MILLER:  YES, THAT'S CORRECT.

09:20:28 23         THE WITNESS:  YES.

09:20:29 24         THE COURT:  ALL RIGHT.  LET'S USE EAST AND WEST.

09:20:35 25   BY MS. MILLER:

09:20:35  1    Q.  SO THE AREA EAST OF WHAT WILL ULTIMATELY BE DREDGED FOR THE MRGO

09:20:38  2    CHANNEL IS NOT VISIBLE IN THIS PHOTOGRAPH; ISN'T THAT CORRECT?

09:20:41  3    A.  WHERE THE MRGO WILL BE DREDGED?  WELL, I MEAN, IT WILL PASS

09:20:46  4    THROUGH THAT -- SOMEWHERE THROUGH THAT TRIANGLE.  YOU WOULD PROBABLY

09:20:51  5    SEE PART OF THE MRGO ONCE IT WAS DREDGED IN THAT SMALL TRIANGLE OF

09:20:55  6    WETLAND TO THE UPPER LEFT IN THAT PHOTO.  I'M NOT SURE, THOUGH.

09:21:01  7             IT WOULD EITHER BE SPOIL BANK OR CANAL, BUT THAT'S

09:21:04  8    WHERE -- THE GENERAL AREA IS WHERE IT WOULD BE.  WE WOULD HAVE TO

09:21:08  9    ACTUALLY LOOK AT SPECIFICALLY THE ROUTE OF THE CANAL BEFORE I COULD

09:21:11 10    ANSWER THAT QUESTION.

09:21:13 11    Q.  OKAY.  SO FROM THIS PHOTOGRAPH YOU'RE UNABLE TO DETERMINE

09:21:17 12    WHETHER ANY AREA EAST OF WHERE THE MRGO CHANNEL ULTIMATELY WILL BE

09:21:22 13    CONSTRUCTED IS VISIBLE; ISN'T THAT RIGHT?

09:21:25 14    A.  YEAH.  YES.

09:21:27 15    Q.  AND YOU AGREE, DR. DAY, THAT THE CYPRESS IN THIS ENVIRONMENT HAS

09:21:42 16    SPARSE FOLIAGE, DON'T YOU?

09:21:44 17    A.  IT'S VARIABLE AND IN THAT SOME OF THEM SEEM TO HAVE A NORMAL

09:21:49 18    FOLIAGE FOR CYPRESS, SOME OF THEM HAVE SPARSE FOLIAGE.

09:21:55 19    Q.  AND THAT SOME OF THE TREES VISIBLE IN THIS PHOTOGRAPH MAY BE

09:21:58 20    DEAD; ISN'T THAT RIGHT?

09:21:59 21    A.  THEY MAY BE.

09:22:00 22    Q.  AND THERE ARE LOGGING SCARS VISIBLE IN THIS PHOTOGRAPH; ISN'T

09:22:06 23    THAT RIGHT?

09:22:07 24    A.  THAT'S CORRECT.

09:22:08 25    Q.  AND THOSE LOGGING SCARS, COULD YOU DESCRIBE TO THE JUDGE WHERE

09:22:11  1    YOU CAN SEE THOSE?

09:22:13  2    A.  THERE'S -- THIS PATTERN RIGHT IN HERE --

09:22:16  3         THE COURT:  YOU MIGHT WANT TO CLEAR YOUR OTHER ANNOTATION

09:22:20  4    JUST SO WE WON'T GET CONFUSED.  I DON'T THINK WE WILL, BUT GO AHEAD.

09:22:24  5         YOU MADE A MARK, SIR?

09:22:25  6         THE WITNESS:  STARTING RIGHT THERE YOU CAN SEE THE VERY

09:22:29  7    CHARACTERISTIC RADIAL SCARS OF -- THAT WERE PRODUCED WHEN LOGS WERE

09:22:38  8    CUT AND DRAGGED IN.  THERE WOULD HAVE BEEN IN THE CANAL NEAR THAT

09:22:42  9    GREEN ARROW A BARGE WITH A PULLEY ON IT.  AND THEN TREES WOULD HAVE

09:22:47 10    BEEN CUT AND DRAGGED IN THROUGH THESE CANALS, AND THESE OLD LOGGING

09:22:53 11    SCARS REFLECT TREES BEING DRAGGED IN.  AND THEY'RE PROBABLY ABOUT 30

09:22:59 12    TO 40 YARDS APART.  THAT'S MORE OR LESS THE DISTANCE THAT THEY WOULD

09:23:04 13    PUT THEM.

09:23:04 14         SO YOU SEE THIS KIND OF LOGGING SCAR ALL OVER.  AND IT'S

09:23:09 15    NOT THAT CLEAR, BUT YOU CAN ALSO SEE SOME UP IN THIS AREA ON THE

09:23:12 16    PHOTO I HAVE (INDICATING).  SO THAT'S A VERY TYPICAL PATTERN OF

09:23:16 17    LOGGING SCAR USING THE PULL BOAT METHOD OF HARVESTING THE TREES.

09:23:22 18         MS. MILLER:  AND JUST FOR THE RECORD, I'D LIKE TO POINT

09:23:25 19    OUT THAT THE WITNESS MARKED TWO AREAS; ONE -- BOTH ALONG THE CANAL

09:23:33 20    VISIBLE ON THE RIGHT-HAND SIDE OF THIS PHOTOGRAPH AT THE TOP WHERE

09:23:42 21    THE FIRST BEND IN THE CANAL OCCURS AND THEN AT THE BOTTOM WHERE THE

09:23:42 22    BEND -- OR TOWARDS THE MIDDLE OF THE PHOTOGRAPH WHERE THE BEND IN

09:23:44 23    THE CANAL OCCURS.

09:23:49 24    BY MS. MILLER:

09:23:49 25    Q.  AND, DR. DAY, YOU AGREE, THEN, THAT THIS SWAMP SHOWS ELEMENTS OF

09:23:53  1    DETERIORATION, DON'T YOU?

09:23:55  2    A.  WELL, IN WHAT SENSE BECAUSE YOU'VE ASKED ME SEVERAL THINGS.  DO

09:24:02  3    THE LOGGING SCARS INDICATE DETERIORATION?  IS THAT THE QUESTION?

09:24:06  4    Q.  IN ANY SENSE, DO YOU AGREE THAT THIS PHOTOGRAPH SHOWS ELEMENTS

09:24:09  5    OF DETERIORATION OF THE SWAMP?

09:24:11  6    A.  WELL, LET ME DESCRIBE IT FOR YOU THEN.  THE LOGGING SCARS ARE

09:24:18  7    NOT EVIDENCE OF DETERIORATION OF THE SWAMP.  THEY REMAINED AFTER THE

09:24:22  8    INITIAL LOGGING, THE SWAMP REGENERATED AND GREW BACK, ALTHOUGH NOT

09:24:27  9    IN THE LOGGING SCARS THEMSELVES BECAUSE THEY WERE DEEP.

09:24:32 10          THE NATURE OF THIS CYPRESS SWAMP SHOWS BOTH TREES WITH

09:24:38 11    CLEAR FOLIAGE AND ALSO TREES WITHOUT FOLIAGE.  AND THEY'RE

09:24:46 12    PROBABLY -- I WOULD GUESS THEY'RE PROBABLY DEAD, SOME OF THESE

09:24:49 13    TREES, BECAUSE THEY DON'T HAVE CLEAR FOLIAGE ON THEM WHERE OTHERS DO

09:24:54 14    HAVE FOLIAGE.

09:24:55 15    Q.  SO YOU AGREE, THEN, THAT THIS SWAMP SHOWS ELEMENTS OF

09:25:00 16    DETERIORATION; ISN'T THAT RIGHT?

09:25:02 17    A.  YES.

09:25:38 18          THE COURT:  GO AHEAD, COUNSEL.

09:25:39 19    BY MS. MILLER:

09:25:40 20    Q.  DR. DAY, YOU AGREE THAT THE LEVEES ULTIMATELY BUILT AS PART OF

09:25:45 21    THE LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROGRAM

09:25:48 22    WERE BUILT TO THE EAST OF THE CANAL SHOWN ON THE LEFT-HAND SIDE OF

09:25:53 23    THIS PHOTOGRAPH?

09:25:55 24    A.  I DON'T KNOW.

09:25:59 25    Q.  SO IS YOUR TESTIMONY THAT YOU DO NOT KNOW, LOOKING AT THIS

09:26:02 1   PHOTOGRAPH, WHERE THE HURRICANE PROTECTION LEVEES ULTIMATELY WERE

09:26:07 2   BUILT?

09:26:07 3   A.  BECAUSE THERE'S ONLY ONE MRGO CANAL, THE ONE ON THE -- THE ONE

09:26:13 4   HERE ON THE LEFT SIDE OF THE PHOTO, I AM NOT SURE ON WHICH SIDE OF

09:26:18 5   THAT CANAL THE SPOIL WAS PLACED FROM THIS.  IF THERE WERE TWO

09:26:22 6   CANALS, THEN WE WOULD KNOW FOR SURE.

09:26:25 7   Q.  YOU ARE AWARE, THOUGH, THAT THE HURRICANE PROTECTION LEVEES WERE

09:26:28 8   BUILT ALONG OR ON TOP OF THE SPOIL AREA FROM THE MRGO?

09:26:33 9   A.  I THINK SO, YEAH.

09:26:35 10  Q.  AND YOU ARE AWARE THAT THE CENTRAL WETLANDS UNIT IS ON THE

09:26:44 11  PROTECTED SIDE OF THE HURRICANE PROTECTION LEVEES; ISN'T THAT RIGHT?

09:26:49 12  A.  IT'S TO THE WEST, YES.

09:26:55 13        WELL, LET ME CLARIFY BECAUSE DIFFERENT PEOPLE HAVE DEFINED

09:26:58 14  THE CENTRAL WETLANDS UNIT DIFFERENTLY.  BUT THE WAY WE'VE DEFINED IT

09:27:01 15  IN OUR REPORT, THAT IS THE AREA BETWEEN THE MRGO SPOIL BANK AND THE

09:27:09 16  40 ARPENT CANAL AND GOING SOUTH TO THE BAYOU LA LOUTRE RIDGE AND

09:27:16 17  NORTH TO THE TRIANGLE AREA TO THE NORTH THAT'S THE AREA WE DEFINED.

09:27:20 18  BUT OTHERS HAVE DEFINED IT DIFFERENTLY.  SO JUST MAKE THAT

09:27:25 19  CLARIFICATION.

09:27:25 20  Q.  IN YOUR REPORT YOU DEFINE THE CENTRAL WETLANDS UNIT AS BEING

09:27:29 21  ENTIRELY WEST OF THAT MRGO; ISN'T THAT RIGHT?

09:27:37 22  A.  YES.

09:27:39 23  Q.  I'D LIKE TO SHOW YOU NOW A FIGURE FROM YOUR JULY 2008 REPORT.

09:27:47 24  THE REPORT ITSELF IS EXHIBIT PX 1516.  AND IF WE CAN GO TO PAGE 17

09:27:56 25  OF THAT REPORT, FIGURE 2, WHICH WE SAW YESTERDAY.  YESTERDAY IT WAS

09:28:07 1   GIVEN A NEW NAME AS AN INDIVIDUAL SLIDE ON THE POWERPOINT, BUT THIS

09:28:11 2   IS FIGURE 2 FROM YOUR JULY 2008 REPORT, ISN'T IT?

09:28:16 3        THE COURT:  YOU MIGHT WANT TO CLEAR YOUR ANNOTATION.  YOU

09:28:20 4   MIGHT WANT TO CLEAR THE PREVIOUS ANNOTATION.  THANK YOU, DOCTOR.

09:28:24 5        THE WITNESS:  YES, YES.

09:28:26 6   BY MS. MILLER:

09:28:26 7   Q.  AND YOU DESCRIBED YESTERDAY THAT THIS PHOTOGRAPH SHOWS A RING OF

09:28:29 8   CYPRESS TREES IN GREEN; ISN'T THAT RIGHT?

09:28:32 9   A.  THAT'S CORRECT.

09:28:33 10  Q.  AND THAT THE PHOTOGRAPH SHOWS THAT -- OR YOU TESTIFIED THAT THE

09:28:37 11  RING OF CYPRESS TREES SURVIVED HURRICANE KATRINA; ISN'T THAT RIGHT?

09:28:42 12  A.  THAT'S RIGHT.

09:28:42 13  Q.  AND THE BROWN AREAS REPRESENT TREES THAT DID NOT SURVIVE

09:28:47 14  HURRICANE KATRINA'S STORM SURGE; IS THAT RIGHT?

09:28:49 15  A.  THAT'S CORRECT.

09:28:49 16  Q.  SO THE RING OF CYPRESS TREES SHOWN IN THIS PHOTOGRAPH DID NOT

09:28:55 17  PREVENT THE SURGE FROM KNOCKING DOWN THE TREES WITHIN THAT CIRCLE;

09:28:59 18  ISN'T THAT RIGHT?

09:28:59 19  A.  WELL, THE SURGE DIDN'T KNOCK DOWN THE TREES, IT WAS THE WIND.

09:29:06 20  THESE TREES WERE BLOWN DOWN.

09:29:08 21        THE PURPOSE OF SHOWING THIS PHOTO IN CONJUNCTION WITH

09:29:12 22  ABUNDANT OTHER INFORMATION WAS THAT CYPRESS ARE VERY RESISTANT TO

09:29:16 23  WHAT'S CALLED WIND THROW OR BEING BLOWN DOWN BY HURRICANES.  AND AS

09:29:20 24  LONG AS THERE'S NO SALTWATER AFFECTING THE CYPRESS TREES, MOST

09:29:24 25  CYPRESS TREES CAN WITHSTAND HURRICANES.  IF THEY COULDN'T, THERE

09:29:30 1    WOULDN'T BE ANY CYPRESS TREES ON THE COAST OF LOUISIANA BECAUSE

09:29:33 2    WE'VE HAD REPEATED HURRICANES THROUGHOUT -- WELL, CONTINUOUSLY BUT

09:29:39 3    EPISODICALLY.

09:29:40 4         SO THE MAIN POINT IN SHOWING THIS IS THAT CYPRESS ARE

09:29:43 5    RESISTANT TO BEING BLOWN DOWN IN HURRICANES IF THEY'RE NOT OTHERWISE

09:29:46 6    STRESSED.  SO THAT THE ELIMINATION OF CYPRESS TREES, FOR INSTANCE BY

09:29:50 7    THE SALTWATER FROM THE MRGO, REMOVED AN IMPORTANT STORM BUFFERING

09:29:56 8    CAPACITY OF THESE WETLANDS.

09:29:57 9    Q.  SO THE CYPRESS TREES SHOWN IN GREEN IN THIS FIGURE DID NOT

09:30:08 10   PREVENT THE WIND FROM KNOCKING DOWN THE TREES WITHIN THE CENTER OF

09:30:13 11   THE CIRCLE OF CYPRESS TREES; IS THAT RIGHT?

09:30:15 12   A.  WELL, IT'S HARD TO TELL.  THEY PROBABLY HAD SOME EFFECT RIGHT

09:30:18 13   ALONG THE EDGE.  WE WOULD HAVE TO KNOW MORE ABOUT THIS PHOTO.

09:30:26 14   Q.  BUT YOU CAN SEE THAT THE AREA WITHIN THE CIRCLE OF CYPRESS TREES

09:30:26 15   SHOWS FALLEN TREES; ISN'T THAT RIGHT?

09:30:28 16   A.  THAT'S RIGHT.  THOSE ARE OAKS AND THEY'RE PROBABLY ON A LITTLE

09:30:32 17   BIT HIGHER GROUND, AND THEY HAVE A ROOT SYSTEM THAT'S NOT SO

09:30:35 18   EXTENSIVE AS CYPRESS.

09:30:38 19        BUT IT'S A WRONG IMPLICATION TO SAY THAT CYPRESS PROVIDE

09:30:42 20   NO HURRICANE PROTECTION LOOKING AT THIS PHOTO BECAUSE THE CYPRESS

09:30:46 21   THAT OCCURRED IN THE CENTRAL WETLANDS UNIT WERE A BROAD BAND OF

09:30:50 22   CYPRESS.

09:30:53 23        THE COURT:  I THINK THE QUESTION WAS LIMITED TO YOU HAVE A

09:30:56 24   BROWN AREA AND A GREEN AREA.

09:30:58 25        THE WITNESS:  THAT'S RIGHT.

— FINAL DAILY COPY —

09:30:58 1          THE COURT:  AND HERE IS HOW I WILL ASK IT:  AND SO THE

09:31:04 2  CYPRESS TREES DID NOT PREVENT THE BROWN AREA FROM BECOMING BROWN?

09:31:08 3          THE WITNESS:  THAT'S RIGHT.  I THINK TO REALLY UNDERSTAND

09:31:10 4  IT, YOUR HONOR, YOU WOULD HAVE TO LOOK MORE CAREFULLY AT WHAT WAS

09:31:13 5  THE NATURE OF THE EDGES BETWEEN THOSE TWO ZONES.

09:31:16 6  BY MS. MILLER:

09:31:17 7  Q.  AND YOU HAVE NOT LOOKED MORE CAREFULLY INTO THAT, HAVE YOU?

09:31:19 8  A.  NO, I HAVEN'T.

09:31:20 9  Q.  DR. DAY, YOUR REPORT STATES THAT PRIOR TO CONSTRUCTION OF THE

09:31:27 10 MRGO, AN AVERAGE OF ABOUT TEN KILOMETERS OF WETLANDS LIED BETWEEN

09:31:34 11 ORLEANS AND ST. BERNARD PARISHES AND LAKE BORGNE; ISN'T THAT RIGHT?

09:31:37 12 A.  THAT'S A ROUGH AVERAGE.

09:31:38 13 Q.  AND YOU MADE THAT AVERAGE MEASUREMENT -- OR THAT AVERAGE

09:31:43 14 MEASUREMENT REPRESENTS THE DISTANCE BETWEEN THE 40 ARPENT CANAL AND

09:31:48 15 LAKE BORGNE; ISN'T THAT RIGHT?

09:31:49 16 A.  YEAH.  AND THAT CHANGES QUITE A BIT.

09:31:54 17 Q.  AND YOU DIDN'T MAKE A MEASUREMENT OF THE DISTANCE BETWEEN THE

09:31:57 18 MRGO CHANNEL AND LAKE BORGNE, DID YOU?

09:32:00 19 A.  NO, NO.

09:32:01 20 Q.  DR. DAY, IT'S YOUR OPINION THAT THE CUTTING OF THE LA LOUTRE

09:32:31 21 RIDGE IN 1961 WAS THE KEY EVENT THAT RESULTED IN THE SALINITY

09:32:35 22 INCREASE NORTH OF THE RIDGE; ISN'T THAT RIGHT?

09:32:37 23 A.  THAT'S RIGHT.

09:32:37 24 Q.  AND IT'S YOUR OPINION THAT THE IMPACTS OF THAT SALINITY WERE

09:32:41 25 BEING OBSERVED WITHIN ONE YEAR OR LESS AFTER THE CUTTING OF THAT

09:32:44  1   RIDGE; ISN'T THAT RIGHT?

09:32:45  2   A.  WELL, THE DATA WE HAVE IS THAT THE SALINITY, CERTAINLY, WAS

09:32:50  3   MEASURED TO INCREASE SHARPLY JUST AFTER THE CUTTING OF THE MRGO.

09:33:01  4        IS THAT -- WAS THAT WHAT YOU ASKED, I'M SORRY?

09:33:05  5   Q.  YES, THAT THE IMPACTS OF THE SALINITY INCREASED FROM CUTTING THE

09:33:09  6   LA LOUTRE RIDGE WERE OBSERVED WITHIN ONE YEAR OR LESS AFTER CUTTING

09:33:12  7   THAT RIDGE; ISN'T THAT RIGHT?

09:33:13  8   A.  WELL, THE FIRST ACTUAL MAP WE HAVE THAT EXISTS AFTER THE CUTTING

09:33:18  9   OF THE RIDGE IS A 1978 MAP, SO THAT'S THE MAP THAT EVERYBODY REFERS

09:33:24 10   TO.  AND AT THAT TIME, MORE THAN TEN YEARS AFTER THE CUTTING OF THE

09:33:36 11   RIDGE, ESSENTIALLY ALL OF THE FRESH WATER IN NEAR FRESH COMMUNITIES

09:33:36 12   THAT WERE DOCUMENTED IN THE VARIOUS PHOTOS WE HAVE SHOWN HAD

09:33:39 13   DISAPPEARED.

09:33:39 14        BUT WHAT WE KNOW IS THAT BASED ON SALINITY TOLERANCE

09:33:43 15   STUDIES OF CYPRESS AND OTHER VEGETATION IN THAT AREA, THE SALINITY

09:33:48 16   STRESS REALLY BEGUN AS SOON AS THE SALT ENTERED THESE AREAS.  WE

09:33:52 17   DON'T HAVE THE DETAILED INFORMATION OF HOW QUICKLY IT DID, BUT --

09:33:58 18   FOR THE SALT WE DO.  IT WAS MEASURED.  AND IT WAS -- THERE WAS A

09:34:01 19   SUBSTANTIAL INCREASE TO SALINITIES HIGHER THAN THE MAJORITY OF THE

09:34:04 20   VEGETATION IN THAT AREA WOULD HAVE TOLERATED.

09:34:07 21        SO BASED ON THE LITERATURE AND WHAT WE KNOW ABOUT SALINITY

09:34:11 22   TOLERANCES OF THOSE PLANTS, THEY WOULD HAVE BEGAN TO FEEL THE STRESS

09:34:15 23   AS SOON AS THAT SALINITY WENT UP.

09:34:18 24   Q.  AND IT'S YOUR OPINION THAT THE CYPRESS STARTED TO DIE WITHIN ONE

09:34:23 25   YEAR OR LESS OF THAT SALINITY INCREASE; ISN'T THAT RIGHT?

FINAL DAILY COPY

09:34:26   1   A.  WELL, THEY WOULD HAVE BEEN STRESSED, YES.  AND THE OTHER

09:34:30   2   EVIDENCE WE HAVE IS THE COMMENTS OF PEOPLE WHO LIVED IN THAT AREA

09:34:34   3   WHO REPORTED THIS TO US.

09:34:36   4   Q.  SO YOU'VE OFFERED THE OPINION THAT THE CYPRESS TREES WITHIN THE

09:34:42   5   CENTRAL WETLANDS UNIT BEGAN TO DIE WITHIN ONE YEAR OF CUTTING THE

09:34:45   6   LA LOUTRE RIDGE; ISN'T THAT RIGHT?

09:34:47   7   A.  YES, THAT'S TRUE.

09:35:02   8          MS. MILLER:  YOUR HONOR, MAY I HAVE JUST ONE MOMENT TO

09:35:04   9   TALK WITH COUNSEL?

09:35:06  10          THE COURT:  YOU CERTAINLY MAY.

09:35:07  11          MS. MILLER:  THANK YOU.

09:35:51  12   BY MS. MILLER:

09:35:51  13   Q.  DR. DAY, IT'S YOUR OPINION, ISN'T IT, THAT THERE IS A BROAD

09:35:55  14   CONSENSUS THAT WETLAND LOSS IS A COMPLEX INTERACTION OF A NUMBER OF

09:35:59  15   FACTORS ACTING AT DIFFERENT SPATIAL AND TEMPORAL SCALES?

09:36:03  16   A.  THAT'S RIGHT.

09:36:04  17   Q.  AND ONE OF THE FACTORS YOU'VE IDENTIFIED AS CONTRIBUTING TO THE

09:36:08  18   LOSS OF WETLANDS IS CONSTRUCTION OF THE FLOOD CONTROL LEVEES ALONG

09:36:12  19   THE MISSISSIPPI RIVER; ISN'T THAT RIGHT?

09:36:15  20   A.  THAT'S CORRECT.

09:36:15  21   Q.  AND THAT OCCURRED AFTER THE FLOOD OF 1927; ISN'T THAT RIGHT?

09:36:21  22   A.  WELL, FLOOD CONTROL LEVEES HAVE BEEN BUILT ALONG THE MISSISSIPPI

09:36:25  23   RIVER STARTING IN THE 18TH CENTURY, BUT THE MAJOR FEDERAL FLOOD

09:36:32  24   CONTROL SYSTEM STARTED THEN.  BUT THERE WERE LEVEES THAT OFTEN

09:36:36  25   DIDN'T FUNCTION WELL BEFORE 1927, JUST TO MAKE THAT CLEAR.

Q.   OKAY.  SO IT'S YOUR OPINION THAT THE FORESTED WETLANDS OF THE

PONTCHARTRAIN BASIN HAVE BEEN CUT OFF FROM RIVER INPUT FOR OVER A

CENTURY?

A.   YES -- WELL, THERE'S PROBABLY BEEN SOME FRESHWATER INPUT.  FOR

INSTANCE, IN THE LOWER -- THE AREA WE'RE TALKING ABOUT, MRGO AND

SOUTH ALONG THE MISSISSIPPI RIVER, THERE HAVE BEEN DOCUMENTED AT

LEAST A HALF A DOZEN MAJOR CREVASSES IN THE EARLY 20TH CENTURY THAT

OCCURRED IN THAT AREA.  SO THE FLOOD CONTROL SYSTEM THAT REALLY

STOPPED CREVASSING COMPLETELY WAS THE ONE THAT WAS INITIATED AFTER

THE 1927 FLOOD.

        SO THERE WAS CONSIDERABLE FRESH WATER -- EPISODIC FRESH

WATER INPUT INTO THE AREA WE'RE TALKING ABOUT INTO THE 20TH CENTURY.

Q.   BUT AFTER CONSTRUCTION OF THE RIVER LEVEES IN THE LATE 1920'S OR

EARLY 1930'S --

A.   THAT'S CORRECT.

Q.   -- THE FRESH WATER INPUT TO THE CENTRAL WETLANDS UNIT AND OTHER

AREAS WAS CUT OFF; ISN'T THAT RIGHT?

A.   FROM THE MISSISSIPPI RIVER BUT NOT FRESH WATER INPUT TO THAT

AREA.

        AND I MIGHT -- YOU MENTIONED THE SWAMPS OF THE

PONTCHARTRAIN BASIN.  WELL, THESE -- THE SWAMPS OF THE PONTCHARTRAIN

BASIN AND AREAS THAT HAVEN'T BEEN AFFECTED BY SALINITY ARE STILL

LARGELY INTACT.  THEY'RE NOT REGENERATING BECAUSE THEY'RE FLOODED.

BUT THEY'RE LARGELY INTACT AND THEY STILL EXIST.  AND THE REASON

THEY EXIST IS BECAUSE THEY HAVE NOT BEEN AFFECTED BY SALINITY.

09:38:11 1          SO THE CENTRAL -- THE SWAMPS IN THE CENTRAL WETLANDS UNIT,

09:38:16 2   ALTHOUGH THEY ARE CUT OFF FROM THE MISSISSIPPI RIVER, HAD THE BAYOU

09:38:19 3   LA LOUTRE RIDGE BEEN INTACT, IT'S MY OPINION THAT THAT AREA WOULD

09:38:23 4   LOOK MUCH LIKE IT DID PRIOR TO MRGO.  AND I BASE THAT ON THE FACT

09:38:29 5   THAT, FOR INSTANCE, IN THE LABRANCHE WETLANDS THAT I SPOKE OF

09:38:32 6   YESTERDAY THAT ARE JUST UPSTREAM OF NEW ORLEANS IN LAKE

09:38:36 7   PONTCHARTRAIN, STILL RETAIN THAT CHARACTER THAT THE SWAMPS IN THE

09:38:39 8   CENTRAL WETLANDS UNIT HAD PRIOR TO THE MRGO CONSTRUCTION.

09:38:46 9   Q.  DR. DAY, YOU LISTED A NUMBER OF FACTORS CONTRIBUTING TO THE LOSS

09:38:51 10  OF WETLANDS IN YOUR EXPERT REPORT, AND YOU AGREE THAT ONE OF THOSE

09:38:57 11  FACTORS, IN ADDITION TO THE FLOOD CONTROL LEVEES CONSTRUCTED ALONG

09:39:02 12  THE MISSISSIPPI RIVER, IS THAT THERE WAS A REDUCTION IN SEDIMENT

09:39:07 13  LOAD IN THE RIVER CAUSED BY CONSTRUCTION OF DAMS?

09:39:10 14  A.  YEAH, THAT IS A GENERAL IMPACT.  CLEARLY IT'S TRUE.  BUT AS I

09:39:14 15  SAY AGAIN, THE CONDITION OF THOSE WETLANDS IN THE CENTRAL WETLANDS

09:39:18 16  UNIT NORTH OF THE LA LOUTRE RIDGE WOULD HAVE PERSISTED FOR DECADES

09:39:22 17  LONGER, AND IN MY OPINION, WOULD HAVE BEEN LARGELY SIMILAR TO WHAT

09:39:28 18  WAS PREEXISTING FROM THE MRGO.

09:39:31 19          THESE -- THE LEVEE AND THE RIVER AND THE REDUCTION OF

09:39:35 20  SEDIMENT INPUT, WHILE IMPORTANT FACTORS FOR THE ENTIRE MISSISSIPPI

09:39:39 21  DELTA, WOULD NOT HAVE LED TO LAND LOSS ON THE TIME SCALE AND IN THE

09:39:45 22  SPATIAL WAY THAT HAPPENED IN THE CENTRAL WETLANDS UNIT.  SO WHAT'S

09:39:50 23  CLEAR IS THAT THE SALT IS THE MAJOR OVERRIDING FACTOR IN KILLING

09:40:00 24  THOSE SWAMPS.

09:40:00 25  Q.  AND AS A WHOLE, THE DELTA IS DETERIORATING; ISN'T THAT RIGHT?

09:40:01 1    A.  THAT'S RIGHT.

09:40:01 2    Q.  AND THAT INCLUDES THE CYPRESS SWAMPS; ISN'T THAT RIGHT?

09:40:04 3    A.  THAT'S RIGHT.

09:40:07 4        BUT I WAS PART OF A -- I FEEL I HAVE TO CLARIFY THIS.  I

09:40:14 5    WAS PART OF THE GOVERNOR'S PANEL THAT WAS APPOINTED TO LOOK AT

09:40:16 6    FOREST --

09:40:17 7        MS. MILLER:  YOUR HONOR.

09:40:18 8        THE COURT:  HE CAN EXPLAIN HIS ANSWER, CLARIFY.

09:40:21 9        I'LL ALLOW YOU TO DO IT.  YES, SIR, CLARIFY YOUR ANSWER.

09:40:23 10       THE WITNESS:  WELL, I WAS PART OF A COMMISSION APPOINTED

09:40:25 11   BY THE GOVERNOR TO LOOK AT THE STATUS OF FORESTED WETLANDS IN THE

09:40:28 12   MISSISSIPPI DELTA.  AND WE CONCLUDED THAT THESE FORESTED WETLANDS

09:40:33 13   CAN PERSIST FOR LONG PERIODS OF TIME IF THERE'S NO SALT INPUT BUT

09:40:39 14   THEY DON'T REGENERATE.  SO BY THE END OF THIS CENTURY, FOR INSTANCE,

09:40:42 15   WE WOULD EXPECT THAT MOST OF THOSE SWAMPS WILL PROBABLY DISAPPEAR,

09:40:45 16   BUT THEY WON'T DISAPPEAR OVER A DECADE.  AND THAT'S WHAT HAPPENED IN

09:40:48 17   THE CENTRAL WETLANDS UNIT.

09:40:49 18       THAT'S WHY -- WE LOOK AT THAT AS A SCIENTIST, AND WE LOOK

09:40:54 19   AT ALL OF THESE FACTORS AND WE DRAW CONCLUSIONS ABOUT WHAT WE THINK

09:40:57 20   WAS THE MAJOR IMPACT THERE.  AND IT SEEMS -- I THINK THE EVIDENCE IS

09:41:00 21   OVERWHELMING THAT IT'S THE SALT THAT KILLED THOSE SWAMPS.

09:41:06 22   BY MS. MILLER:

09:41:29 23   Q.  YOU AGREE, THOUGH, AND YOU'VE LISTED IN YOUR REPORT A NUMBER OF

09:41:31 24   FACTORS THAT INFLUENCE WETLAND LOSS IN GENERAL; ISN'T THAT RIGHT?

09:41:36 25   A.  WE DID LIST THOSE AND ALSO WE ANALYZED THEM.  WE ANALYZED THEM

—— FINAL DAILY COPY ——

09:41:39 1  ABOUT WHICH OF THE FACTORS WOULD HAVE BEEN MOST IMPORTANT IN CAUSING

09:41:43 2  THE CHANGES THAT WE SAW IN THE CENTRAL WETLANDS UNIT AND ADJACENT

09:41:47 3  AREAS.

09:41:47 4  Q.  AND ALL OF THE NEGATIVE IMPACTS THAT YOU HAVE TESTIFIED AS

09:41:51 5  RESULTING FROM CONSTRUCTION OF THE MRGO WERE EXPECTED PRIOR TO

09:41:56 6  CONSTRUCTION, WEREN'T THEY?

09:41:57 7  A.  PEOPLE COMMENTED ON THEM, THEY COMMENTED ON THEM BEFORE THE

09:42:01 8  CONSTRUCTION OF THE MRGO AND THERE WAS CONTINUOUS COMMENT BY

09:42:04 9  AGENCIES, BY SCIENTISTS, BY GOVERNMENTAL ENTITIES ABOUT THIS RIGHT

09:42:08 10 UP UNTIL THE TIME KATRINA OCCURRED.  SO THERE WAS A CONTINUING

09:42:13 11 KNOWLEDGE OF THE EFFECTS OF THE MRGO AND OF MITIGATION MEASURES.

09:42:18 12 Q.  SO THERE WERE NO IMPACTS EXPECTED PRIOR TO CONSTRUCTION -- OR

09:42:22 13 I'M SORRY.  THERE WERE NO IMPACTS AFTER CONSTRUCTION THAT DIFFERED

09:42:28 14 FROM WHAT WAS EXPECTED PRIOR TO CONSTRUCTION OF THE MRGO; ISN'T THAT

09:42:31 15 RIGHT?

09:42:31 16 A.  NO, THAT'S NOT CORRECT.  YOU MEAN THE TYPE OF IMPACT OR WHETHER

09:42:35 17 THE IMPACT CONTINUED TO OCCUR?  I'M SORRY, I DIDN'T UNDERSTAND YOUR

09:42:39 18 QUESTION.

09:42:41 19 Q.  YOU'VE TESTIFIED THAT A NUMBER OF NEGATIVE IMPACTS FROM

09:42:46 20 CONSTRUCTION OF THE MRGO WERE ANTICIPATED PRIOR TO CONSTRUCTION.

09:42:50 21 THE PRIMARY ONE BEING SALINE INTRUSION; ISN'T THAT RIGHT?

09:42:59 22 A.  THAT'S CORRECT.

09:42:59 23 Q.  AND YOU ALSO TESTIFIED THAT BANK EROSION WOULD OCCUR; ISN'T THAT

09:42:59 24 RIGHT?

09:42:59 25 A.  THAT'S CORRECT.

09:42:59 1   Q.  AND YOU TESTIFIED THAT STORM SURGE WOULD BE IMPACTED BY THE

09:43:03 2   CHANNEL; ISN'T THAT RIGHT?

09:43:04 3   A.  THAT'S CORRECT.

09:43:05 4   Q.  AND YOU TESTIFIED THAT THE CORPS WAS AWARE -- OR THAT ALL OF

09:43:09 5   THESE NEGATIVE IMPACTS WERE EXPECTED PRIOR TO CONSTRUCTION; ISN'T

09:43:13 6   THAT RIGHT?

09:43:13 7   A.  THAT'S RIGHT.

09:43:14 8   Q.  AND MY QUESTION WAS WHETHER THERE WERE ANY IMPACTS EXPECTED

09:43:20 9   PRIOR TO CONSTRUCTION THAT DIFFERED FROM WHAT ACTUALLY OCCURRED

09:43:23 10  AFTER CONSTRUCTION.

09:43:24 11  A.  WELL, THEY CONTINUED TO OCCUR.  THEY WERE AS A RESULT OF

09:43:29 12  CONSTRUCTION BUT ALSO CONTINUING OPERATION AND MAINTENANCE.

09:43:43 13           THE COURT:  DOCTOR, WAS THERE ANY STUDY OR INFORMATION, TO

09:43:47 14  YOUR KNOWLEDGE, GIVEN TO THE CORPS PRIOR TO 1965 THAT WOULD HAVE

09:43:53 15  DETAILED THE EXTENT OF WHAT YOU CONTEND IS THE DAMAGE TO THE

09:43:58 16  WETLANDS, THE EXTENT?

09:44:00 17           THE WITNESS:  WELL, THE -- STATEMENTS WERE MADE THAT

09:44:02 18  BASICALLY ALL OF THE FRESHWATER WETLANDS IN THAT AREA WOULD HAVE

09:44:06 19  BEEN KILLED.

09:44:06 20           THE COURT:  OKAY.

09:44:07 21           THE WITNESS:  THIS WAS MADE OVER AND OVER, AND IT WAS A

09:44:10 22  CONTINUING IMPACT.

09:44:12 23           THE COURT:  I UNDERSTAND.

09:44:13 24           THE WITNESS:  OKAY.

09:44:14 25  BY MS. MILLER:

09:44:15  1   Q.   DR. DAY, YOU JUST STATED AND YOU ALSO TESTIFIED YESTERDAY THAT

09:44:18  2   ALL OF THE FRESHWATER WETLANDS WERE KILLED.

09:44:22  3           THOSE AREAS DID NOT ENTIRELY TURN INTO OPEN WATER, DID

09:44:26  4   THEY?

09:44:26  5   A.   NO.   SOME OF THEM WERE CHANGED TO MORE HIGH SALINITY WETLANDS,

09:44:33  6   MARSHES.

09:44:33  7   Q.   SO THERE WERE DIFFERENT TYPES OF WETLANDS THAT TOOK THE PLACE OF

09:44:37  8   SOME OF WHAT WAS KILLED; ISN'T THAT RIGHT?

09:44:40  9   A.   THAT'S RIGHT.

09:44:40 10   Q.   AND YOU TESTIFIED YESTERDAY REGARDING MEASURES FOR WETLANDS

09:44:58 11   PRESERVATION AND RESTORATION THAT WERE AVAILABLE DURING

09:45:01 12   CONSTRUCTION, OPERATION, AND MAINTENANCE OF THE CHANNEL; ISN'T THAT

09:45:03 13   RIGHT?

09:45:03 14   A.   THAT'S CORRECT.

09:45:04 15   Q.   AND ONE OF THOSE MEASURES WAS CONSTRUCTING A STRUCTURE AT THE

09:45:11 16   LA LOUTRE RIDGE; ISN'T THAT RIGHT?

09:45:12 17   A.   THAT'S CORRECT.

09:45:13 18   Q.   AND IN ORDER TO ACCOMPLISH THAT, IT WOULD REQUIRE A SPECIFIC

09:45:22 19   PROJECT TO BE IMPLEMENTED; ISN'T THAT RIGHT?

09:45:26 20           MS. GILBERT:   OBJECTION.   I DON'T BELIEVE HE TESTIFIED TO

09:45:28 21   THAT.

09:45:28 22           THE COURT:   I DON'T KNOW IF HE KNOWS THESE BYZANTINE

09:45:32 23   MACHINATIONS REQUIRED TO GET SOMETHING DONE IN THIS COUNTRY.   BUT IF

09:45:37 24   HE DOES, HE CAN CERTAINLY TESTIFY TO THAT.   AND I ONLY SAY THAT FOR

09:45:40 25   COLOR.   IT'S A COMPLICATED PROCESS UNDER ANY CIRCUMSTANCE.

09:45:42  1            SO YOU CAN -- IF YOU KNOW, YOU CAN -- IF YOU UNDERSTAND

09:45:47  2   WHAT IT TAKES TO GET SOMETHING DONE, YOU CAN ANSWER THE QUESTION.

09:45:51  3            THE WITNESS:  YEAH, I CAN'T COMMENT ON THE PROCESS OF WHAT

09:45:55  4   IT WOULD HAVE TAKEN.

09:45:56  5   BY MS. MILLER:

09:45:57  6   Q.  WELL, FOR EXAMPLE, YOU DESCRIBED A WETLANDS ASSIMILATION PROJECT

09:46:00  7   THAT YOU CURRENTLY ARE PROPOSING; ISN'T THAT RIGHT?

09:46:03  8   A.  WELL, IT'S -- THE IMPLEMENTATION ACTUALLY IS BEGINNING.  IT'S

09:46:08  9   NOT PROPOSED ANYMORE, IT'S ACTUALLY GOING TO HAPPEN.

09:46:13 10            THE COURT:  SOMETIMES IT TAKES PEOPLE DROWNING.

09:46:20 11            GO AHEAD.

09:46:20 12   BY MS. MILLER:

09:46:20 13   Q.  AND IN ORDER TO IMPLEMENT YOUR PROJECT, YOU NEEDED TO RECEIVE

09:46:23 14   FUNDING, DIDN'T YOU?

09:46:24 15   A.  THAT'S CORRECT.

09:46:25 16   Q.  AND DID YOU ALSO NEED TO RECEIVE SOME SORT OF AUTHORIZATION FROM

09:46:30 17   THE OWNERS OF THE PROPERTY THAT WILL BE IMPACTED BY YOUR PROJECT?

09:46:34 18   A.  WE HAVE TO HAVE LANDOWNER -- YES.  IT EITHER HAS TO BE PURCHASED

09:46:40 19   OR THE LANDOWNERS HAVE TO AGREE, THAT'S CORRECT.

09:46:43 20   Q.  WHAT IS THE AUTHORITY THROUGH WHICH YOUR PROJECT IS BEING

09:46:46 21   IMPLEMENTED?

09:46:46 22   A.  IT'S CALLED THE COASTAL -- CIAP, COASTAL IMPACT ASSISTANCE

09:46:51 23   PROGRAM.

09:46:55 24   Q.  AND DOES THAT INVOLVE SOME DECISION-MAKING PROCESS THAT SELECTED

09:46:59 25   YOUR PROJECT AS SOMETHING TO IMPLEMENT?

09:47:00 1         MS. GILBERT:  NOTE MY OBJECTION, RELEVANCE.

09:47:04 2         THE COURT:  DO YOU WANT TO RESPOND TO RELEVANCE?

09:47:06 3         MS. MILLER:  YOUR HONOR, THE WITNESS TESTIFIED THAT THIS

09:47:08 4 AND OTHER MEASURES WERE FEASIBLE TO BE IMPLEMENTED TO PROTECT THE

09:47:12 5 WETLANDS AND RESTORE THEM PRIOR TO HURRICANE KATRINA.

09:47:17 6         THE COURT:  YES.

09:47:18 7         MS. MILLER:  AND FOR THAT REASON, I THINK THAT THE MANNER

09:47:20 8 THROUGH WHICH ONE OF THESE PROJECTS ACTUALLY BECOMES IMPLEMENTED IS

09:47:24 9 RELEVANT TO THE ISSUES IN THIS CASE.

09:47:26 10        THE COURT:  CERTAINLY GOING TO ALLOW THAT EVIDENCE TO BE

09:47:28 11 PLACED IN THE RECORD.

09:47:29 12        THE WITNESS:  YOUR HONOR, THE NATURE OF MY TESTIMONY AND

09:47:32 13 MY OPINION IS THAT THESE THINGS WERE KNOWN.  AND IN MY OPINION, IT

09:47:37 14 REPRESENTS POOR PROFESSIONAL JUDGMENT AND NEGLIGENCE NOT TO HAVE

09:47:42 15 IMPLEMENTED REASONABLE MITIGATIVE AND RESTORATION TECHNIQUES THAT

09:47:48 16 WERE KNOWN TO AVOID THAT.  THAT'S WHAT I SAID.  I MADE NO STATEMENT

09:47:53 17 ABOUT GETTING PROJECTS FUNDED.  THAT IT WOULD HAVE BEEN GOOD

09:47:58 18 PROFESSIONAL JUDGMENT TO INCLUDE THOSE THINGS IN WHATEVER WAS DONE

09:48:03 19 TO GET THIS CANAL DUG SO THAT WE WOULD NOT HAVE HAD ALL OF THESE

09:48:07 20 IMPACTS THAT ARE CLEARLY RELATED TO THE CANAL.

09:48:16 21 BY MS. MILLER:

09:48:17 22 Q.  DR. DAY, WOULD YOU DESCRIBE THE PROCESS THROUGH WHICH YOUR

09:48:19 23 WETLANDS ASSIMILATION PROJECT BECAME AUTHORIZED?

09:48:24 24 A.  THE CITY OF NEW ORLEANS AND ST. BERNARD PARISH GOVERNMENT

09:48:32 25 RECEIVED A GRANT FROM WHAT'S CALLED THE DELTA REGIONAL AUTHORITY.

09:48:35 1    WE WROTE A GRANT PROPOSAL AND IT WAS FUNDED, AND WE CARRIED OUT

09:48:39 2    ABOUT A HALF A MILLION DOLLAR FEASIBILITY STUDY -- THAT WAS FINISHED

09:48:44 3    EARLY LAST YEAR, I THINK, MID TO LAST YEAR -- AND WHERE WE DESCRIBE

09:48:49 4    THE NATURE OF THE PROJECT AND WHAT WE WERE PROPOSING.

09:48:53 5            AND THEN THE COASTAL ENERGY IMPACT ASSISTANCE PROGRAM, THE

09:48:58 6    CIAP PROGRAM, ALLOCATED $10 MILLION TO THIS EFFORT, WHICH IS THE

09:49:01 7    INITIAL PHASE OF CONSTRUCTION OF THAT.  AND THEN THAT PROCESS WILL

09:49:05 8    BEGIN PROBABLY THIS SUMMER.

09:49:07 9    Q.  AND WAS YOUR PROJECT PROPOSAL COMPETING WITH OTHER PROPOSALS FOR

09:49:12 10   FUNDING?

09:49:12 11   A.  I AM NOT SURE ABOUT THE DELTA REGIONAL AUTHORITY, BUT IT'S TRUE

09:49:27 12   FOR THE CIAP PROGRAM.

09:49:27 13   Q.  SO ULTIMATELY YOUR PROJECT WAS SELECTED INSTEAD OF OR -- WELL,

09:49:28 14   YOUR PROJECT WAS SELECTED OVER OTHER PROJECTS THAT WERE PROPOSED;

09:49:32 15   ISN'T THAT RIGHT?

09:49:33 16   A.  YES.

09:49:36 17   Q.  AND IS IT YOUR TESTIMONY, THEN, THAT THE MEASURES THAT YOU STATE

09:49:45 18   WERE AVAILABLE TO RESTORE OR MITIGATE WETLAND DAMAGE -- I'M SORRY.

09:49:54 19           YOU TESTIFIED, AS WE HAVE DISCUSSED, TO VARIOUS MEASURES

09:49:59 20   THAT COULD HAVE BEEN TAKEN DURING CONSTRUCTION OR AFTER CONSTRUCTION

09:50:04 21   TO RESTORE THE WETLANDS; ISN'T THAT RIGHT?

09:50:06 22   A.  YES.

09:50:07 23   Q.  AND THOSE INCLUDED A STRUCTURE AT LA LOUTRE RIDGE; ISN'T THAT

09:50:14 24   RIGHT?

09:50:14 25   A.  THAT'S RIGHT.

09:50:14   1   Q.   A STRUCTURE AT BAYOU DUPRE OR BAYOU BIENVENUE; ISN'T THAT RIGHT?

09:50:20   2   A.   BOTH OF THEM.   YOU WOULD HAVE TO PUT BOTH OF THE STRUCTURES IN

09:50:23   3   FOR THEM TO BE EFFECTIVE.

09:50:25   4   Q.   OKAY.   AND ALSO A STRUCTURE AT THE SEABROOK LOCATION; IS THAT

09:50:28   5   RIGHT?

09:50:28   6   A.   YES.

09:50:29   7   Q.   AND MEASURES TO CONTROL BANK EROSION, IS THAT ANOTHER?

09:50:36   8   A.   YES.

09:50:36   9   Q.   AND ALSO INTRODUCTION OF FRESH WATER INTO THE AREA; ISN'T THAT

09:50:41  10   RIGHT?

09:50:41  11   A.   THAT'S CORRECT.

09:50:42  12   Q.   AND IS IT YOUR TESTIMONY THAT YOU DO NOT KNOW WHETHER THOSE

09:50:49  13   PROJECTS WOULD HAVE NEEDED TO RECEIVE SPECIFIC AUTHORIZATION IN

09:50:54  14   ORDER TO BE IMPLEMENTED?

09:50:54  15   A.   I DIDN'T SAY THAT.   WHAT I SAID IS THAT IT WOULD HAVE BEEN

09:50:57  16   REASONABLE AND SEEMED TO ME APPROPRIATE THAT WHEN THE MRGO WAS

09:51:00  17   PROPOSED, THESE MEASURES SHOULD HAVE BEEN PROPOSED.   THAT'S WHAT I

09:51:04  18   TESTIFIED TO.   I DON'T THINK I SAID ANYTHING ABOUT THE MECHANISMS

09:51:09  19   FOR GETTING THINGS FUNDED.

09:51:11  20   Q.   BUT YOU'RE AWARE THAT IN ORDER TO IMPLEMENT ANY OF THOSE

09:51:15  21   PROJECTS, THEY WOULD HAVE NEEDED TO BE FUNDED; ISN'T THAT RIGHT?

09:51:18  22   A.   YES.   BUT IT COULD HAVE -- I GUESS THE QUESTION IS:   WHY WEREN'T

09:51:24  23   THEY PROPOSED WHEN THE MRGO WAS PROPOSED.

09:51:32  24   Q.   AND ONE OF THE MEASURES THAT YOU TESTIFIED TO AS BEING FEASIBLE

09:51:37  25   FOR RESTORING THE WETLANDS WAS CONTROLLING BANK EROSION, RIGHT?

FINAL DAILY COPY

09:51:45 1    A.   YEAH.

09:51:45 2    Q.   AND YOU TESTIFIED THAT THAT WOULD HAVE KEPT THE CHANNEL SMALL

09:51:50 3    AND PREVENTED MORE SALT FROM ENTERING THE WETLANDS, DIDN'T YOU?

09:51:54 4    A.   YES.

09:51:55 5    Q.   YOU NEED TO RESPOND ORALLY.   THANKS.

09:52:00 6    A.   OKAY.

09:52:01 7    Q.   AND YOU TESTIFIED THAT FORESHORE PROTECTION WAS A MEASURE THAT

09:52:03 8    COULD HAVE BEEN IMPLEMENTED TO PREVENT THAT BANK EROSION; ISN'T THAT

09:52:06 9    RIGHT?

09:52:07 10   A.   YES.

09:52:07 11   Q.   AND DO YOU RECALL, AGAIN, THE DEPOSITION THAT WE TOOK IN THIS

09:52:27 12   CASE ON JANUARY 29TH -- 28TH, 2009?

09:52:31 13   A.   YES.

09:52:31 14   Q.   AND AGAIN, THAT YOU WERE UNDER OATH AT THAT DEPOSITION?

09:52:35 15   A.   YES.

09:52:35 16   Q.   AND THE COURT REPORTER WAS RECORDING YOUR ANSWERS AT THAT

09:52:44 17   DEPOSITION?

09:52:44 18   A.   YES.

09:52:45 19   Q.   AND DO YOU RECALL WHEN -- THAT I ASKED YOU A QUESTION AND YOU

09:52:56 20   GAVE SPECIFIC ANSWERS?

09:52:56 21   A.   YES.

09:52:56 22   Q.   AND, DR. DAY, DURING THAT DEPOSITION --

09:52:59 23            THE COURT:   COULD YOU SHOW HIM THE DEPOSITION ON THE ELMO,

09:53:01 24   PLEASE.   THANK YOU.

09:53:11 25   BY MS. MILLER:

09:53:11  1    Q.  DR. DAY, I ASKED YOU AT YOUR DEPOSITION A QUESTION, "SO, YOU

09:53:15  2    DON'T CONSIDER THE FORESHORE PROTECTION RELEVANT TO YOUR OPINION?"

09:53:18  3    YOU ANSWERED, "ABOUT WHAT?"  I ASKED YOU THE QUESTION, "THE OPINIONS

09:53:22  4    YOU EXPRESSED IN THE REPORT IN GENERAL."  AND YOU ANSWERED, "THE

09:53:25  5    FORESHORE PROTECTION WOULD NOT HAVE AFFECTED SALT."

09:53:28  6              DO YOU RECALL THAT?

09:53:30  7    A.  YEAH -- WELL, I SEE THAT I ANSWERED THAT WAY, YES.

09:53:48  8              MS. MILLER:  YOUR HONOR, MAY I HAVE ONE MINUTE?

09:53:48  9              THE COURT:  YOU CERTAINLY MAY.

09:53:50 10              MS. MILLER:  THANK YOU.

09:53:50 11              MS. GILBERT:  OBJECTION, CAN WE HAVE THE PAGE OF THAT

09:53:53 12    DEPOSITION?

09:53:54 13              MS. MILLER:  SORRY, I GOT DISTRACTED PUTTING IT ON THE

09:53:58 14    ELMO.

09:54:03 15              THE COURT:  COUNSEL CAN GIVE THAT TO YOU.

09:54:07 16              MS. MILLER:  IT WAS PAGE 213 OF THE 2009 DEPOSITION, LINES

09:54:12 17    10 THROUGH 16.

09:54:14 18              THE COURT:  THE COURT SHOULD HAVE ASKED FOR THAT AS WELL.

09:54:17 19    GOOD.

09:54:29 20              MS. MILLER:  YOUR HONOR, I HAVE NO FURTHER QUESTIONS FOR

09:54:31 21    THE WITNESS.

09:54:32 22              THE COURT:  OKAY.  THANK YOU.

09:54:33 23              LET ME POINT OUT FOR THE RECORD THAT ANY FRUSTRATION THE

09:54:37 24    COURT HAS WITH ANY BUREAUCRACY HAS NOTHING TO DO WITH THE LEGAL

09:54:43 25    CONDUITS THAT THIS COURT MUST FOLLOW IN RENDERING A DECISION IN THIS

                                    ─ FINAL DAILY COPY ─

09:54:47 1    CASE.  IT WOULD BE FRUSTRATING TO JOE BUT IT MAY NOT HAVE ANYTHING

09:54:53 2    TO DO WITH WHAT THE ULTIMATE DECISION IS.

09:54:58 3          OKAY.  REDIRECT.

09:55:00 4                       REDIRECT EXAMINATION

09:55:00 5    BY MS. GILBERT:

09:55:01 6    Q.  DR. DAY, I HAVE A COUPLE OF QUESTIONS THAT I WOULD LIKE TO ASK

09:55:04 7    YOU ABOUT SOME OF THE ANSWERS YOU JUST GAVE.

09:55:07 8          MS. GILBERT:  CAN YOU HEAR ME OR DO I HAVE TO SHRINK?  I

09:55:09 9    FIGURED OUT THE SOLUTION TO THIS PROBLEM.

09:55:11 10          THE COURT:  YES, THAT'S BETTER.

09:55:17 11   BY MS. GILBERT:

09:55:17 12   Q.  YOU TESTIFIED JUST NOW IN RESPONSE TO SOME QUESTIONS THAT

09:55:21 13   MS. MILLER ASKED REGARDING THE IMAGE 1517.1 FIGURE 29.

09:55:28 14          CAN WE BRING THAT BACK UP, PLEASE.  CAN YOU BRING BACK UP

09:55:46 15   THE IMAGE 1517.1 THAT WAS USED, THE VERY FIRST IMAGE THAT WAS

09:55:54 16   BROUGHT UP.  IT WAS THE VERY FIRST IMAGE THAT MS. MILLER JUST HAD UP

09:56:05 17   ON THE SCREEN.  IT WAS OUR VERSION --

09:56:07 18          THE COURT:  DO YOU WANT TO JUST TAKE A SECOND TO GO TALK

09:56:10 19   TO YOUR PERSON RATHER THAN GET ALL OF THIS ON THE RECORD.

09:57:14 20          OKAY.  YOU MAY PROCEED -- OR ARE YOU READY TO PROCEED?

09:57:17 21          MS. GILBERT:  YES.

09:57:18 22   BY MS. GILBERT:

09:57:18 23   Q.  DR. DAY, IN THIS IMAGE, THE SALTWATER INTRUSION THAT YOU

09:57:23 24   DESCRIBED -- MS. MILLER ASKED YOU QUESTIONS ABOUT WHERE THE MRGO

09:57:27 25   WOULD BE DUG IN RELATION TO THE TREES, THE SCATTERED TREES THAT YOU

09:57:32 1   DESCRIBED YESTERDAY DURING YOUR INITIAL TESTIMONY.

09:57:35 2           AND MY QUESTION FOR YOU, DR. DAY, IS:  WOULD THE EXTENT OF

09:57:41 3   SALTWATER INTRUSION INTRODUCED BY THE MRGO HAVE GONE BEYOND THE AREA

09:57:45 4   DEPICTED IN THIS IMAGE SUCH THAT THESE TREES ALSO WOULD HAVE BEEN

09:57:49 5   AFFECTED BY THE SALTWATER INTRODUCED BY THE MRGO?

09:57:51 6   A.  THE SALTWATER INTRUSION FROM THE MRGO AFFECTED THE ENTIRE

09:57:55 7   CENTRAL WETLANDS UNIT.  AND THE -- FOR INSTANCE, THERE'S AN AREA OF

09:58:01 8   DENSE FOREST IN THIS REGION, ALL OF THAT WOULD HAVE BEEN KILLED AND,

09:58:05 9   IN FACT, WAS (INDICATING).

09:58:05 10  Q.  SO EVEN IF THIS WAS ON THE LEFT OR RIGHT SIDE OF THE MRGO, THIS

09:58:10 11  AREA WOULD HAVE LOST ALL OF THE SCATTERED TREES THAT ARE DEPICTED IN

09:58:13 12  THIS IMAGE?

09:58:13 13  A.  YES, BECAUSE THERE WERE TWO BIG OPENINGS IN THE SPOIL BANK AT

09:58:18 14  BAYOU DUPRE AND BAYOU BIENVENUE.

09:58:20 15  Q.  ALSO, DR. DAY, THIS IMAGE WAS TAKEN IN MARCH, AS YOU CAN SEE,

09:58:25 16  MARCH 30TH, 1960.

09:58:27 17  A.  UH-HUH.

09:58:28 18  Q.  IS MARCH A SEASON WHERE THE TREES -- I AM FROM NEW YORK.  WE

09:58:32 19  HAVE NO LEAVES ON OUR TREES IN MARCH, SO -- I KNOW IT'S WARM DOWN

09:58:35 20  HERE, BUT I DO UNDERSTAND THAT THE TREES HAVE SEASONAL FOLIAGE.

09:58:39 21          IS THAT THE TIME OF YEAR WHEN SEASONAL FOLIAGE WOULD NOT

09:58:43 22  BE EVIDENT?

09:58:43 23  A.  THE CYPRESS ARE DECIDUOUS -- THEY'RE CONIFERS BUT THEY'RE

09:58:47 24  DECIDUOUS IN THE SENSE THAT THEY LOSE THEIR FOLIAGE IN THE WINTER.

09:58:51 25  AND IT'S IN THE SPRING DURING THIS PERIOD WHEN THEY WOULD

09:58:54 1   REVEGETATE.

09:58:55 2   Q.  SO THE TREES IN THIS IMAGE THAT DON'T REFLECT FOLIAGE ARE NOT

09:58:57 3   BECAUSE THEY'RE NECESSARILY DEGRADED TREES OR DEAD TREES, IT COULD

09:59:01 4   JUST BE THAT IT'S MARCH?

09:59:03 5   A.  IT COULD BE.  I THINK WE WOULD HAVE TO KNOW MORE ABOUT THIS

09:59:06 6   PHOTO TO ANSWER THAT CORRECTLY.

09:59:07 7   Q.  SO THIS IMAGE IS NOT INDICATIVE OF THE LOSS OR DETERIORATION OF

09:59:13 8   A WETLAND IN ANY WAY SPECIFICALLY?

09:59:15 9   A.  IT MIGHT NOT BE, BUT JUST FROM LOOKING AT THIS IMAGE, IT WOULD

09:59:19 10  BE DIFFICULT TO TELL.

09:59:20 11  Q.  THANK YOU.

09:59:25 12        NOW, DR. DAY, MS. MILLER ALSO ASKED YOU QUESTIONS ABOUT

09:59:29 13  THE IMPACTS THAT WERE IMMEDIATELY APPARENT FROM THE CUTTING OF

09:59:37 14  THE -- THE IMPACTS ON THE WETLANDS THAT WERE IMMEDIATELY APPARENT

09:59:40 15  FROM THE CUTTING OF THE LA LOUTRE RIDGE IN 1960.  AND YOUR ANSWER

09:59:46 16  WAS THAT THE FIRST MAP THAT YOU COULD DOCUMENT A CHANGE WAS IN 1978

09:59:54 17  MAPPING SEASON.

09:59:56 18        THE SALT IMPACT INCREASE WAS EVIDENT WITHIN A YEAR; IS

10:00:01 19  THAT CORRECT?

10:00:01 20  A.  WELL, THE FIRST THAT -- THE MRGO WAS COMPLETED NOT IN 1960, I

10:00:07 21  THINK IN 1963.  SO THE MAJOR FLOW -- THE MAXIMUM FLOW OF WATER WOULD

10:00:12 22  HAVE OCCURRED AT THAT TIME.

10:00:13 23        THE INFORMATION WE HAVE IS THAT THERE WERE MEASUREMENTS OF

10:00:17 24  SALINITY AND THEY, WITHIN A YEAR -- THE FIRST MEASUREMENTS

10:00:22 25  AFTERWARDS WITHIN A YEAR SHOWED INCREASES OF SALINITY IN THE AREA

10:00:32 1    NORTH OF THE LA LOUTRE RIDGE AND IN THE CENTRAL WETLANDS UNIT.  SO

10:00:32 2    THAT'S A MEASUREMENT WE HAVE.

10:00:32 3         BASED ON WHAT WE KNOW ABOUT THE TREES, THEY WOULD HAVE

10:00:36 4    STARTED TO BE STRESSED BECAUSE WE KNOW THAT THIS LEVEL OF SALT WILL

10:00:42 5    STRESS AND ULTIMATELY KILL.  NOW, AT WHAT POINT YOU ACTUALLY SAY THE

10:00:46 6    TREES ARE DYING, IT CERTAINLY INITIATES THAT PROCESS.  BUT I

10:00:50 7    SUSPECT -- IN MY OPINION, THAT PROCESS OF STRESS LEADING TO DEATH

10:00:55 8    WOULD HAVE STARTED AS SOON AS THE SALT AFFECTED.

10:01:00 9         THE ISSUE IS WE DON'T HAVE AN INTERVENING MAPPING PERIOD

10:01:05 10   WHERE WE CAN SEE THAT.  THE FIRST ONE WE HAVE IS '78, AND BY THEN,

10:01:10 11   ESSENTIALLY ALL OF THIS VEGETATION -- FRESH AND NEAR FRESH

10:01:13 12   VEGETATION HAVE BEEN KILLED.

10:01:15 13   Q.  BUT IN ADDITION TO THE MAPPING CYCLE THAT YOU USE AS A TOOL IN

10:01:18 14   YOUR FIELD, YOU ALSO HAVE THE OPPORTUNITY TO REVIEW AND HAVE HAD THE

10:01:22 15   OPPORTUNITY TO REVIEW THE GIS DATA THAT WAS COMPILED ASSOCIATED WITH

10:01:27 16   THIS LITIGATION, CORRECT?

10:01:28 17   A.  YES.

10:01:29 18   Q.  AND IN 19 -- AND INITIALLY --

10:01:32 19         THE COURT:  YES, MA'AM.

10:01:34 20         MS. MILLER:  OBJECTION, YOUR HONOR, I DON'T THINK THE

10:01:35 21   WITNESS IDENTIFIED REVIEWING ANY GIS DATA IN PREPARATION OF HIS

10:01:39 22   EXPERT REPORT.

10:01:40 23         MS. GILBERT:  I THINK THE QUESTION WAS REALLY RELATING TO

10:01:42 24   WHEN -- IF IT WAS EVIDENT THAT THERE WAS WETLANDS LOSS ASSOCIATED,

10:01:47 25   WHAT THE TIME FRAME FOR THE IMPACT IT'S HAD ON WETLAND LOSS.

10:01:51  1          THE COURT:  THE ISSUE BEING, AT LEAST TO THE COURT, THAT,

10:01:54  2    YES, SALINITY DID OCCUR SHORTLY AFTER -- AFTER THE COMPLETION OF

10:02:00  3    THIS MRGO AND THE CYPRESS TREES, AS AN EXAMPLE, WERE STRESSED.  AT

10:02:03  4    WHAT POINT WAS IT FATAL, IN ESSENCE, AND THAT HASN'T BEEN ANSWERED.

10:02:11  5          MS. GILBERT:  AND I THINK --

10:02:13  6          THE COURT:  AND YOU'VE ASKED IF THERE'S ANY OTHER DATA

10:02:16  7    THAT HE'S EXAMINED THAT WOULD SHED LIGHT ON THAT, AND COUNSEL IS

10:02:20  8    OBJECTING SAYING SHE DOESN'T RECALL ANY SUCH DATA BEING MENTIONED IN

10:02:27  9    HIS EXPERT REPORT.

10:02:30 10          MS. GILBERT:  YOUR HONOR, THIS IS AN AREA THAT MS. MILLER

10:02:33 11    BROUGHT TO CROSS-EXAMINE THE WITNESS.  THE WITNESS DID NOT MENTION

10:02:37 12    IN HIS REPORT AN ANALYSIS OF THE SPECIFIC ISSUE, AND THIS IS TO

10:02:41 13    REBUT THE INQUIRY THAT WAS MADE.

10:02:43 14          THE COURT:  I AM GOING TO ALLOW THE QUESTION SUBJECT TO

10:02:46 15    THE OBJECTION.

10:02:47 16    BY MS. GILBERT:

10:02:47 17    Q.  I AM GOING TO ASK THAT WE BRING UP -- THIS IS A SPECIFIC AREA

10:02:55 18    INDICATED IN THE PHOTOGRAPH THAT WAS 1517.1, FIGURE 29 OF YOUR

10:03:01 19    REPORT.  CAN YOU CLEAR THAT, YOUR LITTLE ARROW?

10:03:07 20          THE COURT:  SO THIS FIGURE IS IN HIS REPORT?

10:03:10 21          MS. GILBERT:  THE FIGURE 29 IS THE FIGURE THAT WAS IN

10:03:13 22    DR. DAY'S REPORT AND THAT WE'VE DISCUSSED WITH REGARD TO THE

10:03:17 23    SCATTERED TREES IN THE CYPRESS AREA.

10:03:19 24          THE COURT:  SO THE ANSWER IS YES.

10:03:27 25          MS. GILBERT:  YES -- WELL, THIS PARTICULAR GIS IMAGE IS

10:03:27 1    NOT.

10:03:27 2             THE COURT:  THIS IS THE GIS IMPOSED UPON THAT PHOTOGRAPH?

10:03:30 3             MS. GILBERT:  THIS IS A SEPARATE GIS IMAGE THAT WAS MADE

10:03:34 4    OF THAT VERY SAME AREA.  IT'S NOT FROM THAT PARTICULAR PHOTOGRAPH,

10:03:38 5    IT'S AN AERIAL PICTURE.

10:03:40 6             THE COURT:  THAT CLEARS IT UP.  THANK YOU.

10:03:42 7             MS. GILBERT:  MR. MORRIS TESTIFIED ABOUT THE COLLECTION.

10:03:47 8             THE COURT:  THE NUMBER OF THIS EXHIBIT?

10:03:49 9             MS. GILBERT:  CAN I HAVE THE -- CAN YOU GIVE US THE GIS

10:03:59 10   DESIGNATION WITH THE SUBPOINT?  1810.12 WE'LL CALL IT -- NO.

10:04:04 11   1810.40.  AND THE NEXT ONE WE'LL MARK AS 1810.41.

10:04:14 12            THIS IS THE AREA WITHIN -- IMAGE 29 IS MARKED BY THE BLUE

10:04:22 13   SPLOTCH WHERE THE ARROW IS NOW.  IMAGE 29 IS THE LOCATION WHERE

10:04:25 14   DR. DAY'S PHOTOGRAPH FROM HIS REPORT, FIGURE 29, DERIVES.

10:04:30 15            THE MRGO CHANNEL IS REFLECTED IN THE GREEN LINES ON THE

10:04:36 16   SLIDE.

10:04:36 17   BY MS. GILBERT:

10:04:37 18   Q.  DR. DAY, IN THIS PICTURE IT REFLECTS THE GIS AERIAL DATA FROM

10:04:42 19   1960.

10:04:44 20            CAN YOU TURN TO THE NEXT INTERVAL, 1969.  IS THERE -- AND

10:04:50 21   CAN YOU SWIPE BACK AND FORTH IN THAT AREA?  CAN YOU FOCUS IN A

10:05:01 22   LITTLE BIT CLOSER TO THE AREA THAT WE'RE TALKING ABOUT?

10:05:14 23            DO YOU SEE A DEGRADATION BETWEEN THE 1960 AND THE 196 --

10:05:23 24   A.  IT APPEARS THAT THERE IS AN INCREASE IN WATER --

10:05:26 25            THE COURT:  COUNSEL -- JUST A MINUTE, SIR.  WHEN SHE IS

10:05:29 1    OBJECTING --

10:05:31 2                THE WITNESS:  I'M SORRY.

10:05:31 3                MS. MILLER:  OBJECTION AGAIN TO THE USE OF THIS GIS DATA.

10:05:33 4    THE WITNESS DID NOT REVIEW THIS IN PREPARATION OF HIS EXPERT REPORT

10:05:36 5    AND HE MAY HAVE REVIEWED IT SUBSEQUENTLY TO HIS DEPOSITION, BUT

10:05:39 6    JUST...

10:05:40 7                THE COURT:  SUBJECT TO THE CROSS-EXAMINATION AND THE FACT

10:05:43 8    THAT THE COURT -- IT SEEMS TO BE A PHOTOGRAPH AND IT'S THE BASIC

10:05:49 9    TASK OF THIS COURT TO GET TO THE TRUTH OF THE MATTER, I AM GOING TO

10:05:51 10   ALLOW IT.

10:05:52 11   BY MS. GILBERT:

10:05:53 12   Q.  THE QUESTION IS, IS THE EVIDENT IMPACT OF SALTWATER INTRUSION

10:05:57 13   DEMONSTRATED IN FAR LESS TIME THAN WOULD HAVE MAPPED BETWEEN 1960

10:06:00 14   AND 1978?

10:06:01 15   A.  I'M SORRY.  RESTATE THAT QUESTION.

10:06:04 16   Q.  WOULD THE IMPACTS OF THE SALTWATER INTRUSION IN THIS AREA

10:06:08 17   EVIDENT ON THE WETLANDS IN A TIME PERIOD BETWEEN 1960 AND 19 --

10:06:14 18   A.  THIS APPEARS TO SHOW BREAKUP OF THE WETLANDS.

10:06:18 19   Q.  AND IN YOUR PROFESSIONAL OPINION, IS THAT CAUSED BY THE

10:06:22 20   SALTWATER INTRUSION?

10:06:22 21   A.  YES.

10:06:23 22   Q.  ALSO, DO YOU SEE THAT THE DEGRADATION OF THE WETLANDS IS ON BOTH

10:06:29 23   SIDES OF THE CHANNEL?

10:06:31 24   A.  THE SECOND -- DO IT AGAIN.

10:06:48 25                YES, THERE APPEARS TO BE IN THIS AREA -- IT'S CLEARER ON

10:06:53  1    MY SCREEN THAN UP THERE -- THAT THERE'S A BREAKUP IN THAT AREA.

10:06:58  2            MS. GILBERT:  CAN WE MARK THE IMAGE THAT IS MARKED BY

10:07:01  3    DR. DAY AND PRINT IT OUT AND MARK IT AS A SUB FOR 42.

10:07:09  4            THE COURT:  SUBJECT TO THE GOVERNMENT'S OBJECTION, WHICH

10:07:10  5    IS ONGOING, YES.

10:07:17  6            WHICH IMAGE ARE YOU PRINTING, BEFORE OR AFTER OR BOTH?

10:07:21  7            MS. GILBERT:  BOTH.

10:07:28  8            THE COURT:  I DON'T THINK IT'S A GIANT DISPUTE IN THIS

10:07:31  9    CASE THAT WETLANDS DEGRADED BETWEEN '65 AND '78.

10:07:34 10            MS. GILBERT:  I UNDERSTAND THAT.

10:07:35 11            THE COURT:  I THINK THE GOVERNMENT MAY ACKNOWLEDGE THAT AS

10:07:38 12    WELL.

10:07:38 13            MS. GILBERT:  MY POINT WAS THAT --

10:07:41 14            THE COURT:  BOTH SIDES.

10:07:42 15            MS. GILBERT:  THE GOVERNMENT MADE THE POINT THAT THE

10:07:43 16    WITNESS SAID WITHIN A YEAR THERE WAS AN IMPACT FROM SALTWATER AND

10:07:47 17    THEN DISTINGUISHED WHETHER IT WAS EVIDENT THE IMPACTS WERE OBVIOUS.

10:07:50 18            THE COURT:  THE ONLY WAY WE CAN LOOK AT THE EXACT IMPACT

10:07:53 19    IS LOOK AT '66, '67, '68, '69, '70, '71, AND '72 AND APPARENTLY WE

10:07:57 20    DON'T HAVE ANY AERIAL PHOTOGRAPHS OF THE AREA FOR THAT TIME PERIOD,

10:08:00 21    OR I HAVEN'T SEEN ANY.

10:08:02 22            MS. GILBERT:  WELL, WE ACTUALLY HAVE AERIAL PHOTOGRAPHS

10:08:04 23    FOR '65 AS WELL.

10:08:06 24            THE COURT:  I UNDERSTAND '65.  I'M TALKING ABOUT '66, '67,

10:08:09 25    '68, '69, '70 TO SEE HOW DRAMATIC OR HOW IMPERCEPTIBLE IT WAS DURING

10:08:15  1    THAT PERIOD OF TIME.  I HAVEN'T SEEN IT.  I DON'T KNOW.

10:08:31  2    BY MS. GILBERT:

10:08:32  3    Q.  DR. DAY, MS. MILLER ASKED YOU QUESTIONS ABOUT THE REPLACEMENT OF

10:08:37  4    WETLANDS FROM FRESHWATER WETLANDS TO SALT MARSH WETLANDS.

10:08:42  5            IN YOUR PROFESSIONAL OPINION, DOES SALTWATER MARSH --

10:08:45  6    WETLANDS HAVE THE SAME HURRICANE STORM BUFFERING EFFECT AS

10:08:50  7    FRESHWATER WETLANDS?

10:08:51  8            THE COURT:  OBJECTION?

10:08:51  9            MS. MILLER:  OBJECTION, AGAIN, TO THE -- THIS LINE OF

10:08:55 10    QUESTIONING BEING OUTSIDE THE SCOPE OF THE EXPERTISE, THE SAME

10:08:59 11    OBJECTION AS YESTERDAY.

10:09:01 12            THE COURT:  OVERRULED.  I THINK IT'S WITHIN HIS EXPERTISE.

10:09:05 13    GO AHEAD.

10:09:05 14            THE WITNESS:  THE CHARACTERISTICS OF THE WETLANDS PRIOR TO

10:09:09 15    MRGO WAS EXTENSIVE DENSE CYPRESS SWAMPS, SCATTERED CYPRESS TREES,

10:09:13 16    OTHER TREES AND SHRUBS AND TALL EXTENSIVE BEDS OF TALL REEDS.  THEY

10:09:19 17    HAD MUCH MORE OF A THREE-DIMENSIONAL STRUCTURE THAN THE SALT MARSH,

10:09:23 18    WHICH IS UNIFORMLY BETWEEN THREE AND FOUR FEET IN THAT AREA.

10:09:27 19            AND SO WHAT HAPPENED WITH THE CONSTRUCTION OF THE MRGO WAS

10:09:30 20    A REPLACEMENT OF THIS HETEROGENEOUS FRESH AND NEAR FRESH COMMUNITY

10:09:36 21    WITH A HIGH SALINITY MARSH AND THE LOSS OF THAT STRONG

10:09:42 22    THREE-DIMENSIONAL STRUCTURE.  AND THAT CLEARLY WOULD HAVE HAD A

10:09:46 23    DIFFERENT IMPACT ON STRONG HAZARD REDUCTION.

10:09:46 24    BY MS. GILBERT:

10:09:50 25    Q.  AND IS THAT BECAUSE OF THE LOSS OF ENERGY-BREAKING FEATURES THAT

10:09:55  1    A LOWER UNIFORM LEVEL VEGETATION WOULD HAVE?

10:09:59  2    A.  YES.

10:09:59  3    Q.  AND SALTWATER MARSH HAS A LOW UNIFORM --

10:10:03  4    A.  WELL, IT'S MUCH LOWER AND A FAIRLY UNIFORM HEIGHT.

10:10:08  5    Q.  SO THE SUBSTITUTION OF A SALTWATER MARSH IS NOT -- DOES NOT

10:10:14  6    EQUAL THE BENEFITS OF A FRESHWATER MARSH FOR THE PURPOSES OF

10:10:18  7    HURRICANE OR STORM HAZARDS?

10:10:29  8    A.  YES.  AND WE PROVIDED THAT INFORMATION, ESTIMATES OF THE

10:10:29  9    STRUCTURE OF THE COMMUNITY TO THE MODELERS SO THEY COULD CALIBRATE

10:10:30  10   THEIR MODELS.

10:10:36  11   Q.  DR. DAY, MS. MILLER ASKED YOU SOME QUESTIONS ABOUT THE

10:10:42  12   FEASIBILITY OF CERTAIN MITIGATIVE AND RESTORATION MEASURES AND

10:10:46  13   PROTECTIVE MEASURES THAT WOULD HAVE PREVENTED AND RESTORED THE HARM

10:10:51  14   THAT WAS CAUSED BY THE SALTWATER INTRUSION.

10:10:55  15          IN YOUR OPINION, IS FEASIBILITY A PROFESSIONAL ABILITY TO

10:11:00  16   PROVIDE SOMETHING OR A FINANCIAL ISSUE?

10:11:06  17          MS. MILLER:  OBJECTION, VAGUE.

10:11:08  18          MS. GILBERT:  I'LL WITHDRAW AND REPHRASE THE QUESTION.

10:11:12  19          THE COURT:  YOU MIGHT ASK HIM NOTWITHSTANDING FINANCIAL IS

10:11:16  20   IT FEASIBLE.

10:11:18  21          THE WITNESS:  ALL OF THOSE THINGS WERE FEASIBLE.

10:11:20  22   BY MS. GILBERT:

10:11:21  23   Q.  AND MY QUESTION TO YOU, DR. DAY, IS:  YOUR DEFINITION OF

10:11:25  24   FEASIBLE, IS THAT A PROFESSIONAL ABILITY TO DO SOMETHING --

10:11:29  25   A.  YES.

10:11:29 1    Q.  -- NOTWITHSTANDING THE FINANCIAL OBLIGATIONS INCURRED IN DOING

10:11:33 2    THEM?

10:11:35 3           MS. MILLER:  OBJECTION TO THE QUESTION AS STILL BEING

10:11:37 4    VAGUE.

10:11:38 5           MS. GILBERT:  LET ME REPHRASE THE QUESTION AGAIN.

10:11:40 6           THE COURT:  IT'S REALLY NOT THAT DIFFICULT.  PUTTING MONEY

10:11:43 7    ASIDE, COULD THESE PREVENTIVE MEASURES HAVE BEEN DONE ANY TIME

10:11:48 8    BETWEEN 1965 AND, LET'S SAY, 1978 AS AN EXAMPLE?

10:11:51 9           THE WITNESS:  YES.

10:11:53 10          THE COURT:  OKAY.

10:11:53 11   BY MS. GILBERT:

10:11:54 12   Q.  WOULD THE IMPACTS THAT WERE EVIDENT, EVEN AFTER THE

10:12:01 13   CONSTRUCTION, HAVE BEEN PREVENTED AND THE ONGOING IMPACTS PREVENTED

10:12:03 14   BY HAVING MITIGATED THOSE DAMAGES AFTER THE CONSTRUCTION OF THE

10:12:06 15   MRGO?

10:12:06 16   A.  YES.

10:12:07 17   Q.  SO THOSE FEASIBLE MITIGATIVE MEASURES WERE AVAILABLE PRIOR TO

10:12:13 18   THE INCURRING THE DAMAGE AND AFTER INCURRING THE DAMAGE WHEN THE

10:12:18 19   DAMAGE WAS MANIFEST?

10:12:19 20   A.  YES.

10:12:19 21   Q.  AND AT ANY TIME AFTER THE DAMAGE WAS MANIFEST DURING THE

10:12:22 22   OPERATION AND MAINTENANCE OF THE MRGO, THESE MEASURES WERE FEASIBLE?

10:12:26 23   A.  YES.

10:12:27 24   Q.  NOTWITHSTANDING THE FINANCIAL OBLIGATION?

10:12:29 25   A.  YES.  YOU KNOW, I CAN AMPLIFY MY ANSWER A LITTLE BY SAYING THAT

10:12:35 1    IF THE MRGO WERE PROPOSED TODAY AND IT WAS SO ECONOMICALLY IMPORTANT

10:12:43 2    THAT IT WAS DONE, THERE WOULD BE NO WAY IT WOULD BE CONSTRUCTED

10:12:45 3    WITHOUT THOSE MEASURES.

10:12:51 4    Q.  YESTERDAY WE TALKED A LITTLE BIT ABOUT THE FACT THAT THE CORPS

10:12:56 5    HAD WITHIN THEIR GENERAL DESIGN MEMORANDUM THE ADVANCED NOTICE OR

10:13:01 6    CONTEMPLATION THAT FORESHORE PROTECTION WOULD BE A POSSIBLE

10:13:05 7    NECESSITY, AND COUNSEL OBJECTED TO YOUR COMMENTS ON THAT BECAUSE YOU

10:13:10 8    PRESUMABLY HAD NO OPPORTUNITY OR YOU DIDN'T INCLUDE THE GENERAL

10:13:14 9    DESIGN MEMORANDUM.

10:13:15 10        IF THE CORPS WAS AWARE OF FEASIBLE -- OF THE NEED -- THE

10:13:19 11   POTENTIAL NEED FOR FORESHORE PROTECTION PRIOR TO THE CONSTRUCTION OF

10:13:24 12   THE MRGO AND RESERVED CONSIDERING WHETHER IT WAS GOING TO ULTIMATELY

10:13:29 13   BE NECESSARY UNTIL IT ACTUALLY MANIFESTED A PROBLEM DURING THE

10:13:35 14   OPERATION AND MAINTENANCE OF THE MRGO, DID IT BECOME EVIDENT THAT IT

10:13:36 15   WAS A PROBLEM?

10:13:37 16   A.  YES.

10:13:38 17   Q.  AND THE NEED FOR FORESHORE PROTECTION BECAME MANIFEST AND

10:13:42 18   EVIDENT DURING THE OPERATION AND MAINTENANCE OF THE CHANNEL?

10:13:45 19        THE COURT:  YES, MA'AM?

10:13:45 20        MS. MILLER:  OBJECTION, YOUR HONOR, THESE QUESTIONS ARE

10:13:48 21   VAGUE, AND I AM NOT SURE WHAT THE WITNESS'S "YES" WAS ACTUALLY

10:13:52 22   RESPONDING TO.

10:13:53 23        THE COURT:  JUST TO LET YOU KNOW THE COURT'S UNDERSTANDING

10:13:55 24   IS THAT IF THE CORPS WERE AWARE THAT AT SOME POINT IN TIME THEY

10:14:00 25   WOULD HAVE TO DEAL WITH FORESHORE PROTECTION AND IT BECAME EVIDENT

10:14:07  1   THAT FORESHORE PROTECTION WAS REQUIRED -- ALL IFS -- WAS IT FEASIBLE

10:14:14  2   THEN TO PROVIDE FORESHORE PROTECTION.  I ASSUME THAT'S --

10:14:17  3              MS. GILBERT:  THAT'S THE QUESTION.

10:14:18  4              THE COURT:  AND HE SAID YES.

10:14:20  5              MS. GILBERT:  UH-HUH.

10:14:21  6              THE COURT:  AND OF COURSE, WE UNDERSTAND HIS DEFINITION OF

10:14:23  7   FEASIBILITY.  WE HAVE LOTS OF TESTIMONY ALREADY IN THE RECORD FROM

10:14:27  8   THE 30(B)(6) WITNESSES AS TO WHAT REALLY IS FEASIBLE AND WHAT ISN'T

10:14:31  9   FROM A REAL POLITICKS STANDPOINT.  AND I DON'T MEAN TO USE THAT --

10:14:35 10   THAT'S WITH A "K."

10:14:39 11              GO AHEAD.

10:14:40 12   BY MS. GILBERT:

10:14:40 13   Q.  DR. DAY, ARE YOU AWARE OF WHETHER OR NOT THE CORPS HAS FOUND IT

10:14:44 14   BOTH FEASIBLE ECONOMICALLY AND POSSIBLY SINCE KATRINA TO IMPLEMENT

10:14:47 15   SOME OF THE MEASURES OF FORESHORE PROTECTION AND MITIGATIVE MEASURES

10:14:51 16   THAT WERE PROPOSED PRIOR TO THE CONSTRUCTION AND AT ANY TIME DURING

10:14:54 17   THE OPERATION AND MAINTENANCE OF THE MRGO?

10:14:57 18              MS. MILLER:  OBJECTION.  THIS WAS COVERED YESTERDAY AND IT

10:15:00 19   IS BEYOND THE SCOPE OF CROSS-EXAMINATION.

10:15:02 20              THE COURT:  MAY I READ THE QUESTION.

10:15:23 21              I AM GOING TO ALLOW THE QUESTION.  ALTHOUGH COUNSEL IS

10:15:26 22   VERY INCISIVE IN HER QUESTIONS, SHE DID MENTION FORESHORE

10:15:33 23   PROTECTION.  I'M GOING TO ALLOW IT SUBJECT TO THE OBJECTION.

10:15:34 24              THE WITNESS:  WOULD YOU REPEAT THE QUESTION?

10:15:38 25              MS. GILBERT:  SINCE I HAVE SUCH A LIMITED LATITUDE.

10:15:49 1          THE COURT:  DO YOU WANT THE COURT REPORTER TO READ BACK

10:15:49 2  THE QUESTION?

10:15:49 3          MS. GILBERT:  YES, IF YOU -- OR I CAN.

10:15:51 4          THE COURT:  KAREN, IF I AM NOT PUTTING TOO MUCH ON YOU.

10:15:51 5  BY MS. GILBERT:

10:15:55 6  Q.  DR. DAY, ARE YOU AWARE OF WHETHER OR NOT THE CORPS FOUND IT BOTH

10:15:59 7  FEASIBLE ECONOMICALLY AND POSSIBLY SINCE KATRINA TO IMPLEMENT SOME

10:16:03 8  OF THE MEASURES OF FORESHORE PROTECTION AND MITIGATIVE ACTIONS THAT

10:16:08 9  WERE PROPOSED PRIOR TO THE CONSTRUCTION AND AT ANY TIME DURING

10:16:13 10 OPERATION AND MAINTENANCE OF THE MRGO?

10:16:16 11 A.  I AM NOT AWARE THAT -- SINCE KATRINA, I THOUGHT THAT THEY

10:16:20 12 BASICALLY -- THAT STOPPED, ALL WORK ON THE MRGO.  BUT CERTAINLY

10:16:26 13 BETWEEN THE CONSTRUCTION AND BEFORE KATRINA, THEY IMPLEMENTED WIDELY

10:16:34 14 FORESHORE PROTECTION.

10:16:36 15 Q.  AND SOME OF THE MITIGATIVE MEASURES THAT YOU PROPOSED, THAT WERE

10:16:38 16 PROPOSED WERE IMPLEMENTED SINCE THEN, I UNDERSTAND.

10:16:48 17         DR. DAY, MS. MILLER BROUGHT OUT SOME QUESTIONS ABOUT --

10:16:53 18 FROM YOUR DEPOSITION IN JANUARY OF 2009 IN WHICH YOU TESTIFIED

10:17:15 19 REGARDING YOUR UNDERSTANDING OF FORESHORE PROTECTION WITH REGARD

10:17:17 20 TO -- LET ME JUST FIND THE SECTION.

10:17:45 21         MS. GILBERT:  CAN I HAVE THE SECTION --

10:17:47 22         MS. MILLER:  I'M SORRY, I DIDN'T HEAR WHAT YOU WERE ASKING

10:17:50 23 FOR.

10:17:51 24         THE COURT:  COUNSEL, YOU MIGHT DIRECT IT TO THE COURT TO

10:17:53 25 SEE IF I MIGHT ASK COUNSEL TO PROVIDE IT.

10:17:55 1            MS. GILBERT:  MAY I HAVE THE SECTION OF DR. DAY'S

10:17:58 2  DEPOSITION TESTIMONY IN WHICH COUNSEL HIGHLIGHTED HER QUESTIONING

10:18:02 3  THE LAST SECTION REGARDING SALT INTRUSION AND --

10:18:07 4            THE COURT:  COUNSEL, IF YOU COULD PROVIDE THAT TO YOUR

10:18:08 5  OPPOSING COUNSEL, THE COURT WOULD APPRECIATE IT.  THANK YOU.

10:18:21 6            YOU NEED TO TURN IT AROUND A BIT.  THE OTHER WAY.  THERE

10:18:24 7  YOU GO.

10:18:30 8  BY MS. GILBERT:

10:18:31 9  Q.  DO YOU RECALL WHETHER THIS QUESTIONING THAT MS. MILLER ASKED YOU

10:18:36 10 ABOUT FORESHORE PROTECTION AND SALT -- WOULD HAVE AFFECTED SALT WAS

10:18:40 11 REGARDING THE CUTTING OF THE LA LOUTRE RIDGE?

10:18:43 12 A.  WELL, WHAT I -- OBVIOUSLY I SAID THIS, I MEAN, BUT THIS WAS AN

10:18:48 13 EIGHT-HOUR DEPOSITION.  SO I DON'T REMEMBER THE CONTEXT IN WHICH

10:18:52 14 THIS CAME, YOU KNOW, WHAT WAS THE QUESTIONING BEFORE IT.

10:18:56 15 Q.  OKAY.  LET ME PROVIDE YOU WITH SOME OF THE QUESTIONS BEFORE IT.

10:18:59 16 "SO DO YOU CONSIDER THE FORESHORE PROTECTION" -- THIS IS THE SECTION

10:19:03 17 THAT WE HAD.

10:19:05 18            THE QUESTIONING PRIOR TO THIS DEALT SPECIFICALLY WITH

10:19:09 19 FORESHORE PROTECTION AND SALT INTRUSION FROM RELATING BACK TO THE

10:19:15 20 CUTTING OF THE LA LOUTRE RIDGE AND IT WAS NOT RELATED TO A SPECIFIC

10:19:18 21 AREA OF THE MRGO FOR THE FORESHORE PROTECTION.

10:19:23 22            WOULD FORESHORE PROTECTION ANYWHERE ALONG THE MRGO HAVE

10:19:26 23 HAD AN IMPACT ON SALT BASED ON THE CUTTING OF THE LA LOUTRE RIDGE?

10:19:30 24            THE COURT:  YES, MA'AM?

10:19:31 25            MS. MILLER:  OBJECTION, YOUR HONOR, TO COUNSEL'S

10:19:33 1    CHARACTERIZATION OF WHAT WAS BEING DISCUSSED AT THE DEPOSITION.

10:19:37 2          THE COURT:  WELL, SHE'S ENTITLED TO CHARACTERIZE IT, AND

10:19:39 3    YOU'RE ENTITLED TO TELL ME IT'S A MISCHARACTERIZATION, AND I'LL HAVE

10:19:43 4    TO ULTIMATELY DECIDE IT BY LOOKING AT IT.  I MAY HAVE TO HAVE HIS

10:19:47 5    DEPOSITION PUT INTO EVIDENCE.

10:19:50 6          BASICALLY WHAT YOU'RE ASKING THE WITNESS IS:  IS THERE

10:19:53 7    ANYWHERE ALONG THE MRGO THAT FORESHORE PROTECTION WOULD HAVE

10:19:58 8    AMELIORATED SALTWATER INTRUSION?

10:20:00 9          MS. GILBERT:  FROM THE CUTTING OF THE LA LOUTRE RIDGE

10:20:03 10   SPECIFICALLY, WHICH WAS WHAT THE QUESTIONING WAS ABOUT.

10:20:05 11         THE WITNESS:  WELL, I GUESS IN THAT SENSE --

10:20:05 12         THE COURT:  THEN MAYBE I AM NOT SURE OF THE QUESTION.

10:20:07 13         MY QUESTION WAS:  PUTTING THE BAYOU LA LOUTRE RIDGE ASIDE,

10:20:12 14   IS THERE ANYWHERE ALONG THE ENTIRE REACH OF THE MRGO REACHES WHERE

10:20:16 15   FORESHORE PROTECTION WOULD PREVENT SALINITY INTRUSION?

10:20:19 16         I AM GOING TO ASK YOU THAT QUESTION.  IS THERE?

10:20:22 17         THE WITNESS:  WELL, THE FORESHORE PROTECTION, IF IT KEPT

10:20:28 18   THE ORIGINAL DIMENSIONS OF THE MRGO AND NOT ALLOWED IT TO EXPAND BY

10:20:34 19   SOMETIMES THREE-TIMES WIDENING, THAT WOULD HAVE LIMITED -- WOULD

10:20:38 20   HAVE REDUCED THE AMOUNT OF SALTWATER INTRUSION WITH THE WIDENED

10:20:45 21   CANAL.

10:20:45 22         THE COURT:  OKAY.  DON'T FORGET THERE'S SOME COMMON SENSE

10:20:58 23   INVOLVED IN ALL OF THIS.  PLEASE REALIZE THAT.

10:21:03 24         MS. GILBERT:  I THINK I'VE COVERED ALL OF THE AREAS.  IF

10:21:05 25   YOU WOULD JUST GIVE ME ONE SECOND.  I THINK I'VE COVERED ALL OF THE

10:21:09  1    AREAS OF CROSS-EXAMINATION.

10:21:11  2              THE COURT:  OKAY.  DO YOU WANT TO CONSULT WITH YOUR --

10:21:18  3              MS. GILBERT:  IF I COULD FOR ONE SECOND.

10:21:39  4              I THINK WE'RE GOOD.  THANK YOU VERY MUCH, YOUR HONOR.

10:21:41  5    THANK YOU, DR. DAY.

10:21:42  6              THE COURT:  YES, MA'AM.

10:21:43  7              MS. MILLER:  YOUR HONOR, BEFORE WE CONCLUDE WITH THIS

10:21:46  8    WITNESS, I JUST WANTED TO CONFIRM THAT THE POWERPOINT PRESENTATION

10:21:50  9    USED YESTERDAY THAT IT NOT BE INTRODUCED IN ITS ENTIRETY.  NOT ALL

10:21:56 10    OF THE SLIDES WERE USED AND ONLY THE DEMONSTRATIVE EXHIBITS ACTUALLY

10:22:02 11    DISCUSSED IN THE TESTIMONY SHOULD BE INTRODUCED.  THERE WERE OTHERS

10:22:05 12    THAT WERE ARGUMENTATIVE AND NOT DISCUSSED, SO I DON'T WANT THE

10:22:09 13    ENTIRE POWERPOINT PUT IN.

10:22:13 14              THE COURT:  COUNSEL?

10:22:13 15              MS. GILBERT:  I AGREE BUT I WOULD LIKE TO OFFER INTO

10:22:15 16    EVIDENCE ALL OF THE SUBPORTION SUBJECT --

10:22:17 17              THE COURT:  THAT WERE ACTUALLY DEMONSTRATED AND NOT

10:22:19 18    STRICKEN.

10:22:20 19              MS. GILBERT:  THAT'S CORRECT.

10:22:21 20              THE COURT:  ALL RIGHT.  THANK YOU, COUNSEL.  LET THEM BE

10:22:24 21    ADMITTED.

10:22:28 22              IT'S 10:20.  I HAVE TO DO A COUPLE OF CONFERENCES, SO

10:22:31 23    WE'RE GOING TO TAKE ABOUT A 20 MINUTE RECESS AT THIS TIME.

10:22:35 24              MS. MILLER:  YOUR HONOR.

10:22:36 25              THE COURT:  AND, SIR, YOU MAY STEP DOWN.  SORRY ABOUT

10:22:39 1    THAT.

10:22:40 2              MS. MILLER:  YOUR HONOR, JUST ONE MORE POINT OF

10:22:42 3    CLARIFICATION ON THOSE EXHIBITS.  COULD WE HAVE A COPY OF THE ONES

10:22:45 4    THAT COUNSEL INTENDS TO INTRODUCE JUST TO CONFIRM THAT THEY WERE, IN

10:22:48 5    FACT, DISCUSSED?

10:22:50 6              THE COURT:  YES.  DURING THE RECESS OR SOME OTHER TIME,

10:22:53 7    THAT'S FINE.

10:22:54 8              MS. GILBERT:  OR ANY TIME PRIOR TO THEM BEING ENTERED.

10:22:57 9              THE COURT:  PRIOR TO THE TIME OF ACTUAL PHYSICAL

10:22:59 10   INTRODUCTION, YES.  AND MAKE SURE THE COURT HAS THEM.

10:23:04 11             MS. GILBERT:  ABSOLUTELY.

10:23:13 12         (WHEREUPON, A RECESS WAS TAKEN.)

10:47:09 13         (OPEN COURT.)

10:47:09 14             THE DEPUTY CLERK:  PLEASE BE SEATED.

10:47:14 15             THE COURT:  OKAY.  YES, SIR.

10:47:15 16             MR. BRUNO:  GOOD MORNING, YOUR HONOR.  YOUR HONOR, AT THIS

10:47:18 17   TIME WE WOULD LIKE TO PUBLISH FOR YOUR HONOR'S REVIEW EXHIBIT, THE

10:47:24 18   DEMONSTRATIVE COMPONENT OF EXHIBIT 2121.  IF I MAY GIVE YOU SOME

10:47:30 19   BACKGROUND ABOUT WHAT YOU'RE ABOUT TO SEE.

10:47:32 20             THIS IS, FIRST OF ALL, A MAP WHICH WILL ORIENT YOU FOR

10:47:37 21   SOME VIDEOTAPE FOOTAGE.  THE VIDEOTAPE FOOTAGE WAS RECORDED ON

10:47:45 22   AUGUST 29, 2005, BY A REMOTE SECURITY CAMERA OPERATING ON BACK-UP

10:47:51 23   BATTERIES AT THE TRANSMITTING TOWER FOR FOX 8, WHICH AS YOU KNOW IS

10:47:56 24   A NEW ORLEANS TV STATION.  THE TOWER SITS OFF OF PARIS ROAD ABOUT

10:48:04 25   HALF A MILE FROM THE MRGO LEVEES NEAR THE CHANNEL'S INTERSECTION

FINAL DAILY COPY

10:48:08 1    WITH THE GULF INTRACOASTAL WATERWAY.  THE CAMERA WAS POINTED EAST.

10:48:13 2    YOU CAN SEE, JUDGE, THERE'S THE LOCATION THERE.

10:48:17 3              THE COURT:  I SEE IT.

10:48:18 4              MR. BRUNO:  AND CAN WE SHOW JUDGE THE PICTURE OF THE

10:48:20 5    ACTUAL TOWER.  JUDGE, YOU'LL SEE THE FENCE CORNER THERE, YOU'RE

10:48:26 6    ABOUT TO SEE THAT IN THE VIDEO.  AND IF YOU LOOK TO THE LEFT, THAT'S

10:48:30 7    POINTING TO THE MRGO.  AND YOU SEE THE CAMERA LOCATION THERE?

10:48:34 8              THE COURT:  YES, SIR.

10:48:35 9              MR. BRUNO:  JUDGE, SO YOU UNDERSTAND THE RELEVANCE OF

10:48:38 10   THIS, THIS IS SIMPLY TO GIVE YOU EVIDENCE OF THE TIMING THAT THE

10:48:43 11   WATER ARRIVED AT THIS LOCATION TO SEE WHETHER IT'S CONSISTENT WITH

10:48:48 12   OR NOT CONSISTENT WITH THE MODELING THAT WAS DONE BY PROFESSOR

10:48:52 13   VRIJLING FROM WHOM YOU'RE ABOUT TO HEAR.

10:48:55 14             THE COURT:  ALL RIGHT.

10:48:56 15             MR. BRUNO:  THIS IS A LONG TAPE BUT WE'VE JUST SPED IT UP

10:49:00 16   SO YOU CAN JUST SEE THE TIME STAMP OF WHEN THE WATER ARRIVED.  CAN

10:49:04 17   YOU ROLL THAT?

10:49:04 18             THE COURT:  AND THIS EXHIBIT IS?

10:49:06 19             MR. BRUNO:  THIS IS PX 2121.  AND IT CONSIST OF THREE

10:49:10 20   PIECES:  THE VIDEO AND THE TWO DEMONSTRATIVES INDICATING TO YOUR --

10:49:15 21             THE COURT:  THE LOCATIONS, ET CETERA.

10:49:17 22             MR. BRUNO:  YES, YOUR HONOR.

10:49:19 23             THE COURT:  OKAY.  THANK YOU, THANK YOU VERY MUCH.  DO YOU

10:49:21 24   NEED THE LIGHTS TURNED DOWN OR ARE WE ALL RIGHT WITH THIS?

10:49:26 25        (WHEREUPON, THE VIDEO WAS PLAYED.)

10:49:26 1          MR. BRUNO:  JUDGE, THIS IS PRETTY MUCH IT.  THE TIME STAMP

10:49:30 2  YOU'LL SEE IS 8:30, AND IF YOU DON'T MIND MY EDITORIALIZING HERE,

10:49:35 3  THE WATER IS ABOUT TO COME UP TO THE FENCE.

10:49:38 4          THE COURT:  OKAY.  POINT OUT THE FENCE THERE.

10:49:41 5          MR. BRUNO:  DO WE HAVE A LASER POINTER SOMEWHERE, PLEASE?

10:49:47 6  THAT FENCE WE SHOWED YOU IN THE PICTURE --

10:49:49 7          THE COURT:  I UNDERSTAND.

10:49:55 8          MR. BRUNO:  THAT'S THE FENCE, THAT'S THE CORNER OF THE

10:49:57 9  FENCE (INDICATING).

10:49:58 10          THE COURT:  ALL RIGHT.

10:50:00 11          MR. BRUNO:  AND YOU CAN SEE THE WAVES SORT OF LAPPING UP

10:50:02 12  THERE.

10:50:03 13          THE COURT:  IT'S 8:35 ON AUGUST 29TH, 8:35 IN THE MORNING.

10:50:14 14          MR. BRUNO:  RIGHT.

10:50:14 15          SEE THE WATER NOW JUST REACHING THE FENCE LINE.

10:50:24 16          THE COURT:  CERTAINLY TELL WHICH WAY THE WIND IS BLOWING.

10:50:27 17          MR. BRUNO:  RIGHT.  AND YOU CAN SEE THE FENCE IS GRADUALLY

10:50:31 18  GOING UNDER WATER.  I HOPE YOU CAN SEE THAT ANYWAY.

10:50:34 19          THE COURT:  A LITTLE PROBLEM HERE.

10:50:37 20          MR. BRUNO:  IS THAT A GLITCH?  THAT'S WHEN THEY LOST

10:50:39 21  POWER.

10:50:39 22          AS I SAID, JUDGE, THIS IS MERELY TO ILLUSTRATE THAT THE

10:50:42 23  WATER GOT TO THAT LOCATION AT APPROXIMATELY WHAT YOU SAW 8:35 OR

10:50:46 24  THEREABOUTS.

10:50:46 25          THE COURT:  YES, SIR, I UNDERSTAND.

10:50:49 1          MR. BRUNO:  ALL RIGHT.  JUDGE, AT THIS TIME THE PLAINTIFFS

10:50:51 2    WOULD CALL JOHANNES KORNELIS VRIJLING TO THE WITNESS STAND.

10:50:56 3    PROFESSOR, WOULD YOU.

10:51:10 4          THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

10:51:15 5       (WHEREUPON, JOHANNES K. VRIJLING, WAS SWORN IN AND TESTIFIED AS

10:51:19 6       FOLLOWS:)

10:51:19 7          THE DEPUTY CLERK:  PLEASE BE SEATED.  WOULD YOU STATE YOUR

10:51:25 8    NAME AND ALSO SPELL IT FOR THE RECORD.

10:51:30 9          THE WITNESS:  JOHANNES, J-O-H-A-N-N-E-S, VRIJLING

10:51:37 10   V-R-I-L-J-I-N-G.

10:51:40 11         THE COURT:  SHEENA, WOULD YOU GET THE MIKE.

10:51:42 12         THE DEPUTY CLERK:  I WAS ABOUT TO SAY, NOW WE NEED TO

10:51:45 13   ADJUST, YEAH.  RIGHT THERE.  JUST SO EVERYBODY CAN HEAR YOU.

10:51:52 14         THE WITNESS:  SO MY GIVEN NAME IS J-O-H-A-N-N-E-S AND MY

10:51:59 15   FAMILY NAME IS V-R-I-J-L-I-N-G.

10:52:05 16         THE DEPUTY CLERK:  OKAY.

10:52:07 17         MR. BRUNO:  YOUR HONOR, THE PLAINTIFFS' TENDER PROFESSOR

10:52:10 18   VRIJLING AS AN EXPERT IN THE FIELD OF PROBABILISTIC DESIGN AND

10:52:13 19   HYDRAULIC AND COASTAL ENGINEERING.

10:52:19 20         THE COURT:  WAIT.  I JUST WANT TO MAKE SURE.

10:52:22 21         MR. SMITH:  YES, YOUR HONOR, NO OBJECTION.

10:52:24 22         THE COURT:  THANK YOU, MR. SMITH, THE COURT ACCEPTS

10:52:27 23   DR. VRIJLING AS TENDERED.

10:52:28 24         MR. BRUNO:  JUDGE, WILL YOU ALLOW JUST ME A FEW QUESTIONS

10:52:31 25   SINCE THIS IS SUCH AN IMPORTANT WITNESS, A TINY BIT OF BACKGROUND.

10:52:35 1   I PROMISE I WON'T BE LONG.

10:52:36 2          THE COURT:  CERTAINLY.  WE KNOW THE CURRICULUM VITAE IS IN

10:52:38 3   EVIDENCE, AND YOU MIGHT WANT TO POINT OUT THE EXHIBIT NUMBER FOR THE

10:52:41 4   RECORD.  IT HELPS WHEN SOMEBODY IS READING THE RECORD.

10:52:46 5          MR. BRUNO:  YES, YOU'RE RIGHT, JUDGE.

10:52:49 6          THE COURT:  AND YOU CAN GET THAT, NOT TO SLOW YOU UP, GET

10:52:53 7   IT AS WE GO ALONG.

10:52:54 8          MR. BRUNO:  YES, JUDGE.

10:52:57 9                      DIRECT EXAMINATION

10:52:57 10  BY MR. BRUNO:

10:52:57 11  Q.  FIRST, PROFESSOR VRIJLING, WOULD YOU SHARE WITH JUDGE DUVAL JUST

10:52:59 12  A LITTLE BIT OF THE HISTORY OF THE NETHERLANDS WITH REGARD TO ITS

10:53:03 13  ATTEMPTS TO DEAL WITH FLOODING?

10:53:05 14  A.  YEAH.  THE NETHERLANDS IS PRINCIPALLY A DELTA AREA, SOFT SOIL,

10:53:11 15  AND IT'S VERY SUSCEPTIBLE TO FLOODING.  SO DURING AGES, CENTURIES WE

10:53:17 16  HAVE BEEN BUSY PROTECTING OUR COUNTRY.  SO THAT MEANS ERECTING

10:53:21 17  DIKES, DRAINING THE SOIL AND ALWAYS MAINTAINING THESE DIKES AGAINST

10:53:30 18  ALSO NATURE.

10:53:30 19          AND THIS IS A PROCESS WHICH TAKES VERY MUCH INTEREST

10:53:41 20  BECAUSE ALSO AMOUNT OF POSSESSIONS, THE RICHNESS OF THE SOCIETY

10:53:41 21  GROWS AND THERE'S MORE VALUE INSIDE THE BOWL AND THE DIKES SHOULD BE

10:53:48 22  MADE SAFER AGAIN.  AND AS PEOPLE DEVELOP THEMSELVES AND IN THE OLD

10:53:52 23  DAYS IT WAS VERY LIKELY TO LOSE YOUR LIFE DUE TO SICKNESS, BUT WHEN

10:53:55 24  WE ARE HEALTHY WE ALSO REQUIRE SAFER DIKES FROM THAT POINT OF VIEW

10:54:00 25  IF WE WANT TO LOSE OUR LIVES DUE TO FAILURE OF OUR DIKES SYSTEM.

10:54:04 1          SO THERE'S A LOT OF EFFORT AND STUDY PUT INTO OUR DEFENSE

10:54:09 2   AGAINST HIGH WATER AND STORM SURGES IN THE NETHERLANDS.

10:54:12 3   Q.  ACTUALLY I WANTED TO LEARN A LITTLE BIT ABOUT THAT.  IS THE

10:54:15 4   THREAT OF FLOODING TO THE NETHERLANDS ONLY FROM HIGH WATER FROM THE

10:54:19 5   NORMAL TIDES OR IS YOUR COUNTRY AT ALL CONCERNED ABOUT STORMS AND

10:54:27 6   THE IMPACT THE STORMS MAY OR MAY NOT HAVE ON FLOODING?

10:54:30 7   A.  WE HAVE THREE MAIN THREATS:  ONE IS THE RIVERS, TO RECALL THE

10:54:36 8   RIVER RHINE IS FLOWING THROUGH OUR COUNTRY, SO IF THAT HAS A MAJOR

10:54:41 9   DISCHARGE WE HAVE DANGEROUS SITUATIONS; THEN WE HAVE TO PROTECT

10:54:44 10  OURSELVES AGAINST THE NORTH SEA, WHICH IS WHIPPED UP BY STORM SURGES

10:54:50 11  BY DEPRESSIONS LIKE HURRICANES HERE, A LITTLE BIT DIFFERENT BUT THE

10:54:55 12  SAME IDEA; AND THEN WE HAVE BIG LAKES INSIDE THE COUNTRY WHICH

10:54:58 13  DURING HIGH STORMS MAY ALSO BE DANGEROUS.  AND ALL ARE SEPARATED

10:55:05 14  FROM OUR LIVING AREAS BY DIKES.

10:55:09 15  Q.  NOW, YOU YOURSELF HAVE BEEN INVOLVED WITH REGARD TO THE DESIGN

10:55:13 16  OF SOME OF THE MAJOR STORM BARRIERS THAT WERE ERECTED IN THE

10:55:18 17  NETHERLANDS; ISN'T THAT CORRECT?

10:55:19 18  A.  YES, THAT'S CORRECT.

10:55:20 19  Q.  WOULD YOU SHARE WITH THE JUDGE YOUR INVOLVEMENT WITH THE EASTERN

10:55:24 20  SHELL STORM BARRIER?

10:55:26 21  A.  YEAH.  WHEN I FINISHED MY CIVIL ENGINEERING STUDIES AT DELFT I

10:55:31 22  HAD THE LUCK TO BE EMPLOYED AS A YOUNG ENGINEER IN THE DESIGN OF

10:55:34 23  THIS STORM SURGE BARRIER, WHICH WAS THE LAST PART OF OUR DELTA PLAN,

10:55:40 24  AND IT'S A HUGE BARRIER TOTAL LENGTH ABOUT SEVEN KILOMETERS FROM

10:55:43 25  WHICH THREE AND A HALF IS STRUCTURE, COMPLETE ELEMENTS.  AND I WAS

10:55:50  1    EMPLOYED AND THE COST RAN OVER THE BUDGET AND THEN THEY SAID THINK

10:55:58  2    OF SOMETHING CLEVER AND THEN I INVENTED THIS PROBABILISTIC DESIGN.

10:56:01  3    I SAID, WELL, IT'S A PIECE OF BAD LUCK AND HIGH WATER AND HIGH WAVE

10:56:07  4    AND WARM PERIOD ALL TOGETHER OCCURRED SO MAYBE WE BETTER PUT SOME

10:56:10  5    PROBABILISTIC REASONING IN PLACE TO REDUCE THE LOADS.  AND WE WERE

10:56:14  6    SUCCESSFUL AND WE REDUCED THE LOADS BY 40 PERCENT, AND THAT WAS ALSO

10:56:18  7    THE BASIS OF WHY I BECAME A PROFESSOR, PART-TIME AT FIRST.

10:56:22  8    Q.  WHAT WAS THE APPROXIMATE COST OF THAT STRUCTURE?

10:56:24  9    A.  ABOUT $8 BILLION.

10:56:27 10    Q.  WERE YOU INVOLVED IN ANY OTHER OF THESE MAJOR BARRIERS?

10:56:36 11    A.  LATER WE DECIDED TO CLOSE OFF THE PORT OF ROTTERDAM ONLY DURING

10:56:37 12    STORM SURGES.  THE MAESLANT BARRIER IS A HUGE BARRIER WHICH IS ALSO

10:56:42 13    OPEN DURING NORMAL TIMES WHERE SHIPS PASS INTO THE NETHERLANDS, BUT

10:56:47 14    WILL BE CLOSED BY TWO HUGE FLOATING DOORS THAT FLOAT INTO THE RIVER

10:56:51 15    WHEN A STORM SURGE COMES.  AND I WAS ALSO INVOLVED IN DEFINING THIS

10:56:55 16    STRUCTURE.

10:56:55 17    Q.  JUST HELP THE JUDGE HAVE SOME SENSE OF HOW LARGE OR MAMMOTH THIS

10:57:00 18    MAESLANT --

10:57:01 19    A.  YEAH, THIS MAESLANT BARRIER IS TWO HALF CIRCULAR DOORS AND IT'S

10:57:05 20    SUPPORTED BY BEAMS THAT ARE THE SAME SIZE AS THE EIFFEL TOWER, THE

10:57:11 21    STRUCTURE.  ALL KINDS OF PIPES AND A HUGE STRUCTURE LIKE AN OFFSHORE

10:57:19 22    JACK-UP, THIS TYPE OF SOLUTIONS BUT THEN THE SIZE OF EIFFEL TOWER.

10:57:21 23    Q.  JUST TO WRAP THIS UP.  TELL THE JUDGE, WHAT IS PROBABILISTIC

10:57:25 24    DESIGN?

10:57:26 25    A.  PROBABILISTIC DESIGN WE TRY TO INCLUDE IN THE ENGINEERING DESIGN

10:57:33  1    DEFECTS, THE STRENGTHS OF OUR STRUCTURES ARE UNCERTAIN, THAT'S MOST

10:57:37  2    CLEAR IF YOU DEAL WITH SOIL AND THIS KIND OF THINGS; BUT ALSO WOOD

10:57:42  3    AND CONCRETE, YOU CANNOT COMPLETELY RELY ON THE STRENGTHS, SO WE

10:57:46  4    LIKE TO ACCOUNT FOR THAT UNCERTAINTY.  AND ON THE OTHER HAND THE

10:57:49  5    LOADS ARE UNCERTAIN, WHICH IS MOST CLEAR IF YOU TALK ABOUT

10:57:53  6    HURRICANES, AS WE DO HERE; THEN THESE ARE BEST DESCRIBED ALSO BY

10:57:58  7    STATISTICAL DISTRIBUTIONS, THE LOADS FLOWING FROM THESE HURRICANES

10:58:02  8    OR ALSO EARTHQUAKES, AND THE IDEA IS TO MATHEMATICALLY COMBINE THESE

10:58:08  9    TWO UNCERTAINTIES OF RESISTANCE AND STRENGTHS WITH THE LOADING IN

10:58:13  10   ORDER TO FIND THE ALLOWABLE PROBABILITY OF FAILURE.  HOW SAFE IS

10:58:18  11   SAFE ENOUGH.

10:58:21  12           AND THE SECOND QUESTION, WHAT DO YOU REQUIRE?  THAT'S A

10:58:24  13   QUESTION OF COST AND BENEFIT, YOU CAN INVEST IN STRONGER STRUCTURES,

10:58:29  14   WHICH COST MONEY BUT THE RESULT IS THAT YOUR RISK GOES DOWN, AND SO,

10:58:35  15   FACT, YOU HAVE A LOWER INSURANCE PREMIUM.  AND THERE'S IN-BETWEEN,

10:58:40  16   THERE'S AN OPTIMUM WHERE IT DOESN'T HELP TO INVEST MORE IN A SAFER

10:58:45  17   STRUCTURE BECAUSE IT WOULD BE CHEAPER TO RUN THE RISK TO SEE IF YOU

10:58:49  18   SURVIVE.

10:58:51  19           THE COURT:  AND YOU MAY BE TOUCHING ON THIS LATER ON, BUT

10:58:54  20   HOW DO YOU ASCERTAIN THE WORST CASE SCENARIO IN ORDER TO --

10:59:02  21           THE WITNESS:  IN THE PROBABILISTIC DESIGN YOU DON'T HAVE A

10:59:04  22   WORST CASE SCENARIO, BECAUSE ALL SCENARIOS ARE POSSIBLE, ONLY HAVE

10:59:10  23   DECREASING PROBABILITY OF OCCURRENCE.

10:59:12  24           THE COURT:  HOW DO YOU CONSTRUCT YOUR PARADIGM, HOW DO YOU

10:59:16  25   DETERMINE WHAT'S THE WORST THING THAT CAN HAPPEN IN ORDER TO DESIGN

10:59:20 1    AGAINST IT?

10:59:21 2         THE WITNESS:  THAT FLOWS FROM REQUIREMENT HOW SAFE THE

10:59:24 3    STRUCTURE SHOULD BE, SO THAT'S THE RESULT OF THE CALCULATION.  BUT

10:59:28 4    THEN WE HAVE TO GIVE YOU A COURSE.  SO YOU LEAVE THE CONCEPT OF THE

10:59:38 5    WORST POSSIBLE STORM.  ALL STORMS ARE INCLUDED IN YOUR DESIGN, ONLY

10:59:39 6    WITH THE APPROPRIATE LIKELIHOOD, AND VERY HIGH STORMS ARE VERY

10:59:44 7    UNLIKELY.

10:59:45 8         THE COURT:  AND BY ALL STORMS DO YOU MEAN ALL STORMS EVER

10:59:48 9    OCCURRING THAT YOU HAVE A RECORD OF?

10:59:50 10        THE WITNESS:  YES.  AND THEN EXTRAPOLATED, STATISTICALLY

10:59:51 11   YOU SAY, WELL, HERE THE MAXIMUM IS HURRICANE FIVE, BUT THAT'S NOT

10:59:56 12   THE MAXIMUM, THERE MIGHT BE A HEAVIER ONE, THERE MAY BE ONE IN

10:59:59 13   THOUSAND OR ONE IN 10,000 YEARS, BUT IT IS POSSIBLE THAT THERE IS A

11:00:03 14   HURRICANE CATEGORY 6.

11:00:05 15   BY MR. BRUNO:

11:00:05 16   Q.  ON THAT POINT, YOU'RE AWARE THAT IN OUR COUNTRY WE USE A ONE AND

11:00:10 17   100 OR 200-YEAR FREQUENCY.  IN YOUR COUNTRY WHAT DO THE ENGINEERS

11:00:17 18   THAT STUDY THIS USE?

11:00:18 19   A.  SO WE HAVE IN OUR COUNTRY THE DESIGN STANDARDS FOR OUR MAIN

11:00:23 20   AREAS, INCLUDING CITIES LIKE AMSTERDAM AND ROTTERDAM, WHICH IS ONE

11:00:27 21   IN 10,000 YEARS DESIGNED STORM AND WE ARE NOW DISCUSSING IF IT

11:00:33 22   SHOULD BE REDUCED BY ANOTHER FACTOR OF TEN DUE TO THE ENORMOUS

11:00:37 23   ECONOMIC GROWTH THAT WE HAVE HAD SINCE THIS DECISION WAS TAKEN,

11:00:40 24   WHICH WAS AROUND 1960; SO ALREADY 40 YEARS AGO WE DECIDED FOR THE

11:00:46 25   ONE IN 10,000 AND NOW THERE IS A SERIOUS DISCUSSION GOING IF IT

823

11:00:50 1    SHOULD BE SAFER.

11:00:51 2         AND WE ALSO MADE FOR INTEREST REASONS FOR SOME ESTIMATE

11:01:00 3    WHAT WE WOULD PROPOSE FOR NEW ORLEANS ON THIS ECONOMIC BASIS AND

11:01:02 4    THAT WOULD BE ONE IN 5,000-YEAR DESIGN STORM

11:01:07 5    Q.  DO YOU TAKE INTO CONSIDERATION THE COST-BENEFIT RELATIONSHIP

11:01:12 6    BETWEEN THOSE THINGS?

11:01:13 7    A.  YEAH, THAT'S THE BASIS OF THIS JUDGMENT OF ONE IN 5,000 IS WHAT

11:01:17 8    IT WOULD COST TO PROTECT NEW ORLEANS AGAINST STRONGER HURRICANES AND

11:01:23 9    THEN THE LIKELIHOOD IS ALSO REDUCING AND UP TO FIVE, AND 6 AND 7

11:01:29 10   MATHEMATICALLY.  BUT THEN THE RISK IS GOING DOWN.  SO SOMEWHERE

11:01:33 11   THERE IS AN EQUILIBRIUM BETWEEN YOUR INVESTMENT AND A STRONGER

11:01:37 12   DEFENSE AND RISK REDUCTION.

11:01:39 13   Q.  DOES THE LIFE OF THE STRUCTURE PLAY A ROLE IN THIS COST-BENEFIT

11:01:43 14   ANALYSIS?  FOR EXAMPLE, IF THE THING THAT YOU BUILD IS EXPECTED TO

11:01:47 15   LAST, YOU KNOW, TWO OR 300 YEARS, WOULD THAT PLAY A ROLE IN

11:01:53 16   EVALUATING --

11:01:54 17   A.  A MINOR ROLE.  OUR STRUCTURES ARE DESIGNED FOR 100 TO 200 YEARS,

11:01:59 18   BUT THAT'S NOT REGARDING, WE DON'T REGARD IN THAT SENSE THIS ONE IN

11:02:03 19   10,000 YEARS.  SO THE STRUCTURE HAS TO BE RENEWED QUITE A FEW TIMES

11:02:09 20   BEFORE THE 10,000 YEARS ARE OVER.

11:02:12 21   Q.  ALL RIGHT.  ONE FINAL NOTE.  PROFESSOR, I AM REFERRING TO YOU AS

11:02:17 22   A PROFESSOR.  IN OUR COUNTRY MANY, MANY PEOPLE ARE CALLED PROFESSOR.

11:02:22 23   DOES THE APPELLATION MEAN QUITE THE SAME THING IN YOUR COUNTRY AS

11:02:32 24   THE APPELLATION PROFESSOR MEANS IN OUR COUNTRY, IN THIS COUNTRY?

11:02:32 25   A.  NO.  IN THE NETHERLANDS ONLY VERY FEW PEOPLE ARE PROFESSOR AND

11:02:35 1   MOST ARE JUST TEACHER.  AND HERE YOU ARE CALLED ASSOCIATE PROFESSOR

11:02:40 2   AND ASSISTANT PROFESSOR IN AMERICA, BUT THEY ARE NOT ALLOWED TO CALL

11:02:44 3   THEMSELVES PROFESSOR IN THE NETHERLANDS.  SO ONLY THE TOP OF THE

11:02:47 4   HIERARCHY IN THE UNIVERSITY IS CALLED A PROFESSOR.

11:02:50 5   Q.  IS THERE AN EQUIVALENCE, FOR EXAMPLE, IS A PROFESSOR EQUIVALENT

11:02:54 6   TO A PH.D.?

11:02:56 7   A.  NOT AS FAR AS I KNOW IN THE AMERICAN CULTURE IT'S A FULL TENURED

11:03:00 8   PROFESSOR IS THE EQUIVALENT HERE.

11:03:02 9   Q.  THANK YOU.  NOW, PROFESSOR, WHAT DID THE PLAINTIFFS ASK YOU TO

11:03:07 10  DO IN THIS CASE?

11:03:10 11  A.  WE WERE ASKED TO STUDY IF THE MRGO HAD ANY INFLUENCE ON THE

11:03:16 12  CONDITIONS SURROUNDING NEW ORLEANS DURING HURRICANE PERIODS AND THEN

11:03:22 13  REGARDING THE WATER LEVELS AROUND THE CITY AND IN THE CANALS, AS

11:03:27 14  WELL AS THE WAVES.  AND THE THIRD THING WAS THAT WE STUDIED THE

11:03:32 15  AMOUNT OF FLOODING OF THE POLDERS, IF THE DIKES BREACH IN NEW

11:03:39 16  ORLEANS, HOW MUCH WATER WILL ENTER THE POLDER GIVEN THE NUMBER OF

11:03:42 17  BREACHES AND ALSO GIVEN MAYBE REDUCTIONS THAT WE COULD REACH IN OUR

11:03:48 18  SPECIFIC MODELS.

11:03:49 19  Q.  SO VERY SPECIFICALLY YOU WERE ASKED TO ASCERTAIN WHETHER OR NOT

11:03:53 20  THE MRGO CHANNEL IN ITS DEGRADED FORM WAS A SIGNIFICANT CAUSE OF THE

11:04:00 21  FLOODING EXPERIENCED BY THE PLAINTIFFS IN THIS LITIGATION, IS THAT

11:04:05 22  WHAT YOU JUST SAID?

11:04:06 23  A.  YES, YES.  VARIOUS STEPS, WE HAD THE ORIGINAL MRGO AND THEN THE

11:04:11 24  DEGRADED MRGO.

11:04:14 25          MR. BRUNO:  JUDGE, VERY QUICKLY, THE CV IS JX 0052 FOR THE

11:04:19 1    RECORD.

11:04:20 2              THE COURT:  THANK YOU.

11:04:23 3    BY MR. BRUNO:

11:04:24 4    Q.  MOVING ALONG, CAN YOU SHARE WITH JUDGE DUVAL WHAT YOU AND YOUR

11:04:27 5    TEAM DID IN ORDER TO ANSWER THE QUESTION POSED; THAT IS, WAS THE

11:04:32 6    MRGO A SUBSTANTIAL CONTRIBUTING CAUSE TO THE FLOODING OF THE

11:04:34 7    PLAINTIFFS?

11:04:35 8    A.  WE MADE SUBSTANTIAL STUDIES WITH THE MOST ADVANCED MODELS THAT

11:04:41 9    ARE AVAILABLE TO US, AND THESE ARE THE FINEL MODEL TO CALCULATE

11:04:47 10   SURGE LEVELS IN THE SEA AND CHANNELS; AND THIS IS THE SWAN MODEL,

11:04:53 11   WHICH IS ONE OF THE MOST ADVANCED WAVE MODELS IN ORDER TO CALCULATE

11:04:57 12   THE SIZE AND A PERIOD OF THE WAVES IN THE VARIOUS AREAS; AND WE USED

11:05:01 13   THE SOBEK MODEL TO STUDY THE FLOODING OF THE POLDER.

11:05:06 14             THE COURT:  JUST FOR THE COURT REPORTER'S HELP, WE KNOW

11:05:09 15   FINEL IS F-I-N-E-L, SWAN AS IN SWAN, AND --

11:05:14 16             THE WITNESS:  SOBEK IS S-O-B-A-K.

11:05:19 17             MR. BRUNO:  THAT WOULD BE E IN OUR PARLANCE.

11:05:22 18             THE WITNESS:  YES, E, E.

11:05:32 19   BY MR. BRUNO:

11:05:33 20   Q.  PROFESSOR, YOU WERE IN THE ROOM A FEW MOMENTS AGO WHEN WE PLAYED

11:05:33 21   THE VIDEOTAPE OF THE ARRIVAL OF THE WATER AT A CERTAIN LOCATION.

11:05:35 22   MAY WE CALL UP, PLEASE, PX 53.

11:05:47 23             ALL RIGHT.  NOW, PROFESSOR, THIS WAS THE FIRST STUDY THAT

11:06:10 24   YOU DID FOR OUR TEAM, RIGHT, THIS WAS THE STUDY THAT YOU DID IN

11:06:15 25   ORDER TO ALLOW THE COURT AND THE PARTIES TO UNDERSTAND DURING

11:06:19  1    KATRINA WHERE THE WATER WENT ESSENTIALLY?

11:06:24  2    A.  YEAH.

11:06:25  3    Q.  IS THAT ACCURATE?

11:06:25  4    A.  UH-HUH.

11:06:26  5    Q.  AND YOU'VE USED -- YOU TOLD THE JUDGE ONE OF THESE MODELS.

11:06:29  6    WHICH MODEL DID YOU USE IN ORDER TO ILLUSTRATE WHERE THE WATER WENT?

11:06:33  7    A.  THE SOBEK MODEL WAS USED TO CALCULATE INSIDE THE POLDERS.

11:06:41  8    Q.  VERY BRIEFLY, WHAT INFORMATION DO YOU NEED IN ORDER TO RUN THIS

11:06:45  9    MODEL?

11:06:47 10    A.  YOU NEED THE TOPOGRAPHY OF THE AREA, YOU NEED THE ROUGHNESS,

11:06:53 11    WHAT IS BUILT UP THERE, IF THERE'S VEGETATION OR HOUSING AND SO ON,

11:06:58 12    AND YOU NEED OUTSIDE BOUNDARY CONDITIONS WITH THE POLDERS, THAT

11:07:04 13    MEANS HOW HIGH ARE THE WATER LEVELS AT THE OUTSIDE OF THE DIKES THAT

11:07:07 14    ARE GOING TO BREACH.

11:07:08 15    Q.  NOW, PROFESSOR, THE OTHER EXPERTS IN THE CASE, NAMELY PAUL KEMP,

11:07:16 16    JOHN DAY, DUNCAN FITZGERALD AND BOB BEA PROVIDED YOU WITH THAT

11:07:23 17    VARIOUS INPUT DATA; ISN'T THAT CORRECT?

11:07:25 18    A.  YEAH.  AND YOUR PEOPLE PROVIDED US WITH ALL OF THE DATA THAT WE

11:07:29 19    NEEDED TO RUN OUR MODELS.

11:07:31 20    Q.  AND SO YOU'RE NOT HERE TO VOUCH, SAY WHETHER THE INPUT DATA IS

11:07:36 21    ACCURATE, THAT IS SOMETHING EACH OF THOSE EXPERTS WILL BE CALLED

11:07:39 22    UPON TO DO AT THE APPROPRIATE TIME DURING THIS TRIAL, RIGHT?

11:07:42 23    A.  YEAH.

11:07:43 24    Q.  DID YOU DO ANYTHING TO ASCERTAIN WHETHER THAT DATA WAS -- HOW DO

11:07:50 25    I PUT IT -- USABLE OR APPROPRIATE FOR USE IN YOUR SOBEK MODEL?

A. YEAH, THESE MODELS ARE QUITE STRINGENT SO IF THERE IS REALLY A

MISTAKE IN THIS DATA THEN IT WILL BE DIFFICULT TO GET RESULTS FROM

THOSE MODELS, BECAUSE WATER FLOWS FROM THE HIGH SIDE TO THE LOW

SIDE, SO IF IT'S WRONG, THEN IT FLOWS WRONG OR IT FLOWS FAR TOO FAST

AND YOU VERY QUICKLY SEE THAT SOMETHING IS WRONG.

Q. ALL RIGHT. AND DID YOU VERIFY WITH OTHER EVIDENCE, EYE WITNESS

TESTIMONY AND THE LIKE, THE TIMING OF WHEN THE WATER WENT TO CERTAIN

LOCATIONS ON THE MAP?

A. YEAH. WE TRIED TO MAKE THESE CALCULATIONS IN ADVANCE AND THEN

CHECK WITH THE OBSERVATIONS OF PEOPLE IN THE AREAS THAT WERE FLOODED

WHAT THEY MENTIONED ABOUT THE LEVEL OF HOW HIGH THE WATER HAD

REACHED IN THEIR HOUSES AND AT WHAT MOMENT THEY HAD TO FLEE AND AT

WHAT MOMENT THE CLOCK STOPPED, AND THESE KINDS OF THINGS, IN ORDER

TO VERIFY OUR CALCULATIONS.

Q. WOULD YOU CALL UP PAGE 40 OF THIS EXHIBIT, PLEASE.

        THE COURT: PAGE 40 OF EXHIBIT 53?

        MR. BRUNO: YES, YOUR HONOR.

BY MR. BRUNO:

Q. FIRST, TELL THE JUDGE --

        THE COURT: IT LOOKS LIKE 44 ON HERE, JUST FOR THE RECORD,

IT SAYS 40 AT THE BOTTOM, OKAY.

        MR. BRUNO: JUDGE, THE ACTUAL PAGE OF THE REPORT IS 40.

        THE COURT: OKAY.

        MR. BRUNO: I AM DOING THIS FOR YOUR REFERENCE BECAUSE IF

YOU'RE LOOKING AT THE REPORT AWAY FROM THE COURTROOM YOU'LL KNOW

11:09:27 1    WHAT PAGE OF THE REPORT.  AND AGAIN FOR THE RECORD, THIS IS PX 53.

11:09:33 2              THE COURT:  RIGHT.

11:09:34 3              THE LAW CLERK:  AUGUST 2005?

11:09:36 4              MR. BRUNO:  YES.  THIS WAS THE REPORT THAT WE OFFERED IN

11:09:38 5    CONNECTION WITH THE CLASS CERTIFICATION HEARING.  AND YOU MAY

11:09:41 6    REMEMBER WE PLAYED A MOVIE TO SHOW THE MOVEMENT OF THE WATER.

11:09:45 7              THE COURT:  I DID.

11:09:46 8              MR. BRUNO:  AND I THINK ALL OF THE PARTIES HAVE SEEN IT.

11:09:48 9    BY MR. BRUNO:

11:09:49 10   Q.  RATHER THAN DO THAT, JUST VERY QUICKLY, WE SEE HERE -- WHAT DO

11:09:51 11   WE SEE HERE, WE HAVE SOME FRAMES FROM THE MOVIE, RIGHT?

11:09:53 12   A.  YES, THIS IS THE FLOODING OF THE MARSH AREA.

11:09:56 13             MR. BRUNO:  AND, JUDGE, JUST TO BRING THIS BACK TO THE

11:10:00 14   VIDEOTAPE THAT YOU JUST SAW A FEW MOMENTS AGO, THIS PICTURE SHOWS

11:10:06 15   WHERE THE WATER WAS AT APPROXIMATELY EIGHT O'CLOCK ON THE MORNING OF

11:10:11 16   AUGUST 29TH.

11:10:11 17   BY MR. BRUNO:

11:10:12 18   Q.  IS THAT ACCURATE, PROFESSOR?

11:10:13 19   A.  YES, YES.  SO THIS WAS VERIFIED BY YOUR TV.

11:10:19 20             THE COURT:  CAN YOU JUST GIVE US A SECOND TO GET ON THE

11:10:21 21   SAME PAGE YOU'RE ON.

11:10:25 22             MR. BRUNO:  JUDGE, I ACTUALLY HAVE --

11:10:28 23             THE COURT:  NO, I HAVE IT HERE.  I WANT TO USE OUR STUFF.

11:10:36 24   AND I ASSUME THIS IS IN THE EXPERT REPORT THAT WAS PROVIDED TO US?

11:10:40 25             MR. BRUNO:  YES, JUDGE.  AND THAT'S WHY I GAVE YOU THE

11:10:42  1    EXHIBIT NUMBER.  THIS IS EXHIBIT NO. 53 AND IT WOULD HAVE BEEN

11:10:46  2    PROVIDED IN THAT PACKET OF INFORMATION THAT WE GAVE YOU A COUPLE OF

11:10:50  3    WEEKS AGO.

11:10:52  4             THE COURT:  OKAY.

11:10:53  5             MR. BRUNO:  IT IS DATED JULY 2007.  I CAN SEE, JUDGE,

11:11:08  6    YOU'RE IN THE WRONG REPORT.  I THINK.

11:11:14  7             THE COURT:  IT SAYS HERE JUNE 2008.

11:11:18  8             MR. BRUNO:  THAT'S NOT THE RIGHT ONE.

11:11:20  9             THE COURT:  OKAY.  THERE ARE A BUNCH OF REPORTS, LET ME

11:11:22 10    GET ON THE RIGHT ONE.  JUST GIVE US A SECOND HERE, GET ON THE SAME

11:11:31 11    PAGE.  I COULD TELL LOOKING AT IT IT WASN'T.  WHAT WE HAVE IS

11:11:41 12    CHRONOLOGICAL, THERE MAY BE ANOTHER ONE THAT WE'RE MISSING BUT THIS

11:11:46 13    IS THE ONE I REVIEWED, AND IT STARTS OFF JUNE 23RD, 2008.

11:11:51 14             MR. BRUNO:  THAT'S DIFFERENT.

11:11:53 15             THE COURT:  I UNDERSTAND, BUT I AM SAYING I AM NOT SURE I

11:11:56 16    HAVE REVIEWED THIS.  I'VE REVIEWED THESE REPORTS (INDICATING).

11:12:01 17             MR. BRUNO:  UNDERSTOOD.  JUDGE, THE GOOD NEWS IS THE ONLY

11:12:09 18    THING I WANT TO ESTABLISH HERE IS THAT THE MODEL IS ACCURATE AND

11:12:12 19    THAT IT IS CONSISTENT WITH THE VIDEOTAPE.  THIS IS EIGHT O'CLOCK,

11:12:14 20    THIS IS 8:30, AND THIS IS WHERE THE WDSU TOWER IS (INDICATING).

11:12:20 21             THE COURT:  OKAY.

11:12:21 22             MR. BRUNO:  THIS IS APPROXIMATELY PARIS ROAD AND THAT'S

11:12:25 23    WHERE THE TOWER IS (INDICATING).  OKAY?

11:12:30 24    BY MR. BRUNO:

11:12:31 25    Q.  ALL RIGHT, NOW, LET'S MOVE ON.

11:12:34 1    A.  SO THIS IS INDEPENDENT, WE DIDN'T --

11:12:36 2    Q.  THIS IS THE KIND OF THING --

11:12:37 3    A.  I SAW IT FOR THE FIRST TIME YESTERDAY.

11:12:39 4    Q.  THIS IS THE KIND OF THING THAT YOU ALL DID TO VERIFY THAT YOUR

11:12:42 5    MODEL WAS ACCURATE.  YOU HAVE TIMES AND YOU HAVE WHERE THE WATER WAS

11:12:47 6    HITTING CERTAIN PLACES AND YOU HAD REPORTS FROM A VARIETY OF PEOPLE

11:12:51 7    INDICATING WHEN THEY SAW THE WATER?

11:12:52 8    A.  YEAH.  THIS WAS INDEPENDENT VERIFICATION, WE DID NOT USE THIS

11:12:56 9    BEFOREHAND AS WELL, SIR.

11:12:58 10   Q.  WERE YOU CERTIFIED THAT YOU SOBEK MODEL ACCURATELY, TO THE

11:13:02 11   EXTENT THAT A MODEL COULD, DEMONSTRATE WHEN THE WATER ARRIVED AT

11:13:07 12   CERTAIN LOCATIONS THROUGHOUT THE ST. BERNARD POLDER?

11:13:10 13   A.  YEAH.  YEAH, YEAH, YEAH, YEAH.

11:13:17 14   Q.  THE NEXT QUESTION IS THIS --

11:13:19 15        THE COURT:  ONE SECOND.  JUST BECAUSE WE REFERRED TO

11:13:24 16   SOMETHING I HAVEN'T LOOKED AT, HOLD ON FOR ONE SECOND.

11:13:45 17        WE'RE TRYING TO LOCATE SO WE CAN FOLLOW ALONG FOR OUR

11:13:48 18   PURPOSES FOR WHATEVER IT MEANS.  WHAT EXHIBIT DO I HAVE HERE THAT IS

11:13:56 19   THE REPORT STARTING FROM 2000 -- WELL.

11:14:05 20        MR. BRUNO:  YOU HAVE --

11:14:06 21        THE COURT:  THIS IS THE FINAL REPORT HERE.

11:14:08 22        MR. BRUNO:  THAT'S THE '08 REPORT, THOSE ARE THE

11:14:11 23   REPORTS --

11:14:11 24        THE COURT:  THAT'S THE JULY '08 REPORT.

11:14:14 25        MR. BRUNO:  RIGHT.

11:14:15 1          THE COURT:  DOES IT HAVE AN EXHIBIT NUMBER?  NOT TO

11:14:17 2     DISRUPT YOU.

11:14:19 3          MR. BRUNO:  YES.  THE JULY '08 REPORT, WHICH IS THE POLDER

11:14:22 4     SIMULATIONS, IS PX 105, WHICH IS WHAT WE'RE GOING TO MOVE TO NEXT.

11:14:27 5          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:14:30 6     BY MR. BRUNO:

11:14:32 7     Q.  PROFESSOR, SPECIFICALLY, WITH REGARD TO THE PROPERTY OWNED BY

11:14:44 8     MR. AND MRS. ROBINSON, THE PROPERTY OWNED BY MS. SMITH, THE PROPERTY

11:14:50 9     OWNED BY MR. AND MRS. FRANZ AND THE PROPERTY OWNED, THE TWO

11:14:54 10    PROPERTIES OWNED BY MR. LATTIMORE, DO YOU HAVE AN OPINION AS TO

11:14:58 11    WHETHER OR NOT THE MRGO CONTRIBUTED TO THE FLOODING OF THOSE

11:15:03 12    PROPERTIES?

11:15:04 13    A.  YES.  OUR CALCULATIONS SHOW THAT IT CONTRIBUTED CONSIDERABLY.

11:15:11 14    THEY CALCULATED TWO SCENARIOS, ONE WHERE THE MRGO EXISTED IN ITS

11:15:18 15    PRESENT STATE SO WIDENED DUE TO EROSION AND WAVE EFFECT; AND THE

11:15:24 16    SITUATION BEFORE THE MRGO, AND IT WAS A NEW CASE WHERE IT'S NOT YET

11:15:30 17    EXISTENT THE DIFFERENCE SHOWS QUITE CLEARLY IN THE FLOODING

11:15:36 18    CHARACTERISTICS THAT THESE PROPERTIES THAT YOU NAMED.

11:15:40 19    Q.  NOW, IN ORDER TO REACH THAT CONCLUSION, DID YOU DO ANOTHER SOBEK

11:15:48 20    MODEL?

11:15:48 21    A.  NO, IT'S THE SAME SOBEK MODEL, WHICH IS REPEATED FOR NEW ORLEANS

11:15:55 22    EAST AND ST. BERNARD PARISH.  BUT WE CHANGED THE BOUNDARY

11:16:00 23    CONDITIONS, WHICH WE CALCULATED BY FINEL, AND ONE HAND IT WAS THE

11:16:06 24    REPLAY OF KATRINA IN THE CURRENT SITUATION AND THE OTHER WAS THE

11:16:10 25    HYPOTHETICAL CASE WITH THE MRGO NEUTRAL, IT WAS NO CHANNEL DUG YET.

11:16:20 1    Q.  WOULD YOU PLEASE CALL UP PX 105.  NOW, THIS IS THE, USING THE

11:16:31 2    SAME MODEL RUNNING THE MODEL WITH CHANGES BASED UPON ASSUMPTIONS

11:16:39 3    LEARNED FROM RUNNING A MRGO NEUTRAL --

11:16:41 4    A.  YEAH.

11:16:42 5    Q.  -- TO DETERMINE WHETHER OR NOT THE MRGO NEUTRAL WOULD PRODUCE

11:16:45 6    THE SAME FLOODING AS WAS PRODUCED DURING HURRICANE KATRINA, RIGHT?

11:16:50 7    A.  YEAH, THAT'S CORRECT.

11:16:51 8            THE COURT:  AND FOR THE RECORD, THE MRGO NEUTRAL IS ONE

11:16:54 9    WITHOUT THE MRGO?

11:16:57 10           MR. BRUNO:  THIS IS A GOOD TIME TO TALK ABOUT THAT?

11:17:00 11           THE COURT:  LET'S DO THAT.

11:17:01 12   BY MR. BRUNO:

11:17:02 13   Q.  PROFESSOR, IN ORDER FOR YOU AS AN EXPERT TO ASCERTAIN WHETHER OR

11:17:06 14   NOT THE MRGO IN ITS DETERIORATED CONDITION EITHER CONTRIBUTED OR

11:17:13 15   DIDN'T CONTRIBUTE TO THE FLOODING SUSTAINED BY THE PLAINTIFFS, WHAT

11:17:17 16   WAS YOUR RECOMMENDATION TO OUR GROUP AS TO HOW TO STUDY THAT ISSUE?

11:17:23 17   A.  TO FIRST REPLAY THE KATRINA STORM AS IT OCCURRED IN THE CURRENT

11:17:30 18   TOPOGRAPHY AND TELEMETRY TO SEE AS WE VERIFIED TODAY IF WE COULD

11:17:37 19   PRODUCE WHAT WAS OBSERVED AND EXPERIENCED BY THE PEOPLE; AND THEN IF

11:17:40 20   WE WERE CONTENT WITH THE RESULTS OF THIS REPLAY, THEN TO CHANGE THE

11:17:47 21   TELEMETRY TAKING OUT THE MRGO AND CHANGING ACCORDING TO THE ADVICE

11:17:51 22   OF MR. DAY AND THE PEOPLE FROM THE MARSH VEGETATION, CHANGING THE

11:17:55 23   ROUGHNESSES, AND THEN REPEAT THE CALCULATIONS AND THAT WOULD GIVE A

11:18:00 24   PREDICTION AS GOOD AS MAN CAN DO ABOUT THE SITUATION THAT MIGHT HAVE

11:18:05 25   OCCURRED, IF THE MRGO HAD NOT BEEN MADE.

11:18:11 1         MR. BRUNO:  WE'LL EXPLORE THIS IN MUCH MORE DETAIL, JUDGE,

11:18:14 2    IN A LITTLE BIT, I JUST WANT TO GET OUT THE CONCLUSION, THE BOTTOM

11:18:17 3    LINE AS YOU HAD SUGGESTED FIRST AND THEN I'LL GO INTO MUCH

11:18:20 4    MORE DETAIL.

11:18:21 5         THE COURT:  I AGREE, GO AHEAD.

11:18:23 6    BY MR. BRUNO:

11:18:23 7    Q.  IN ORDER TO ACCOMPLISH THIS, SO THAT THE JUDGE CAN BE ORIENTED,

11:18:25 8    LET'S MOVE TO PAGE 39 OF THIS SAME REPORT, WE'RE STILL IN 105.

11:18:32 9         THE COURT:  THE NUMBER AGAIN.  JUST A SECOND.  WE'RE ON

11:18:47 10   PAGE 105 OF THE '08 FINAL REPORT.

11:18:54 11        MR. BRUNO:  PAGE 39, JUDGE.

11:18:55 12        THE COURT:  I APOLOGIZE, I'M USING THE EXHIBIT.

11:18:59 13        MR. BRUNO:  RIGHT.

11:19:00 14   BY MR. BRUNO:

11:19:01 15   Q.  PROFESSOR, EXPLAIN TO THE JUDGE WHAT THIS DOCUMENT IS IN THE

11:19:09 16   CONTEXT OF THIS SECOND SOBEK MODEL RUN?

11:19:14 17   A.  THIS TABLE IS MADE BY PROFESSOR BEA AND SUPPORTED BY DR. KEMP,

11:19:19 18   AND IT SHOWS IN THIS COLUMN, DOES IT WORK --

11:19:34 19        THE COURT:  CAN WE BLOW IT UP JUST A LITTLE BIT?

11:19:34 20        THE WITNESS:  THAT COLUMN POSSIBLY HAS WRITTEN WHAT

11:19:35 21   FAILURE MODES WERE OF THE FAILURES, WHAT THE FAILURE MECHANISMS WERE

11:19:48 22   IN THE KATRINA AS IT HAS HAPPENED AND WHERE IT OVERTOPPED AND WHERE

11:19:54 23   IT BREACHED AND SO ON.  AND THEN HE DREW A CONCLUSION ON WHAT TO

11:20:00 24   EXPECT INDICATES THAT THE MRGO WAS NOT PRESENT, WHICH THIS IS OF

11:20:04 25   COURSE THE NORMAL ENGINEERING JUDGMENT SO YOU FIRST MAKE A

11:20:08 1    CALCULATION THEN REFINE YOUR JUDGMENT, SO YOU KNEW ALREADY A LITTLE

11:20:12 2    BIT OF WHAT THE OUTCOME OF THE RESULTS WERE TO PREDICT WHICH DIKES

11:20:17 3    WOULD NOT BREACH IF THE MRGO HAD NOT BEEN PRESENT.

11:20:19 4            SO THEN HE GAVE A JUDGMENT IN THIS COLUMN, WHAT WOULD BE

11:20:24 5    THE RESULTS IN BREACHING OR NOT BREACHING OR OVERTOPPING OF THE

11:20:29 6    VARIOUS DIKES IN THE CASE WHEN MRGO WAS NOT PRESENT, A NEUTRAL MRGO.

11:20:38 7    Q.  OKAY.  LET'S JUST TAKE ONE OF THE BREACH SITES SO THAT WE CAN

11:20:42 8    WALK THROUGH THIS, AND LET'S JUST TAKE THE TOP ONE.  THE TOP ONE IS

11:20:48 9    THE GIWW AT THE NEW ORLEANS EAST BACK LEVEE.  AND WE SEE THAT IN

11:20:57 10   SCENARIO 1, WHICH WE, SO THE JUDGE WILL KNOW, SCENARIO 1 IS WHICH OF

11:21:02 11   THESE?

11:21:02 12   A.  SCENARIO IS KATRINA AS IT HAPPENED.

11:21:05 13   Q.  AND THEN SCENARIO 2C IS WHAT?

11:21:08 14   A.  IS THE SCENARIO THAT WE TAKE OUT THE MRGO IN ORDER TO REACH THE

11:21:13 15   MRGO NEUTRAL CASE.

11:21:14 16   Q.  TELL ME IF I AM READING THIS CORRECTLY, BUT IN HURRICANE KATRINA

11:21:18 17   THE WATER AT THIS LOCATION GOT TO THE HEIGHT OF 17 FEET?

11:21:24 18   A.  YEAH.

11:21:25 19   Q.  IS THAT ACCURATE?

11:21:26 20   A.  YES, THAT'S CORRECT.

11:21:27 21   Q.  THE MAXIMUM HEIGHT I SHOULD SAY TO BE MORE PRECISE.

11:21:30 22   A.  THE STORM SURGE MAXIMUM, YEAH.

11:21:32 23   Q.  AND THEN IN 2C WHERE WE REMOVED THE MRGO AND WE PUT BACK THE

11:21:36 24   VEGETATION AND THE TREES AND THE MARSH AND EVERYTHING THAT WAS

11:21:40 25   THERE, THE WATER ONLY GETS TO 16 FEET?

11:21:43 1    A.   SIXTEEN FEET, YEAH.

11:21:44 2    Q.   I SEE.   AND WE HAVE HERE, WHAT IS THIS, THE ELEVATION RANGE?

11:21:49 3    A.   THAT'S THE CREST LEVEL OF THE LEVEE THAT IS PRESENT THERE.

11:21:53 4    Q.   THAT'S THE ACTUAL HEIGHT OF THE LEVEE DURING KATRINA, RIGHT?

11:21:57 5    A.   YEAH.

11:21:58 6    Q.   AND SO THEN WE REVIEW WHAT HAPPENED IN KATRINA, WE SEE THAT IN

11:22:04 7    HURRICANE KATRINA THERE WAS WAVE AND SURGE BREACHING AND AT THIS

11:22:09 8    PARTICULAR LOCATION WAS THE MAIN POINT OF ENTRY OF FLOOD WATER INTO

11:22:14 9    THE NEW ORLEANS EAST POLDER?

11:22:15 10   A.   YES.

11:22:16 11   Q.   AND AT THIS MOMENT, WHAT IS A POLDER?

11:22:18 12   A.   A POLDER IS AN AREA WHICH IS LOW LAYING BENEATH SEA LEVEL AND

11:22:24 13   WHICH IS PROTECTED AGAINST THE WATER BY A SURROUNDING LEVEE OR DIKE.

11:22:35 14   Q.   AND THEN IF WE COULD MOVE, THE LAST COLUMN, YOUR HONOR, IS THE

11:22:35 15   COLUMN WHICH REGARDS THE FAILURE MODES IN SCENARIO 2C AND WE SEE

11:22:39 16   THAT DR. BEA CONCLUDES THAT UNDER SCENARIO 2C THERE IS NO BREACHING

11:22:45 17   BECAUSE THE WATER IS LOWER WITH NO MRGO AND ITS DELETERIOUS EFFECTS;

11:22:50 18   IS THAT RIGHT?

11:22:50 19   A.   YES, THAT'S RIGHT.

11:22:51 20   Q.   AND HE SAID, "THE LIMITED SURGE OVERTOPPING, WAVE INSUFFICIENT

11:22:55 21   HEIGHT TO BREACH, VEGETATION EFFECTS OUTBOARD PROTECTION AND GRASS."

11:22:59 22   I DON'T WANT TO GO TOO FAR ON THIS POINT BECAUSE THESE OPINIONS

11:23:03 23   UNDER THE COLUMN FOR PRIMARY FAILURE MODES, THOSE ARE THE OPINIONS

11:23:08 24   OF DR. BEA?

11:23:10 25   A.   YEAH.

11:23:11 1    Q.  THESE ARE NOT YOUR OPINIONS?

11:23:12 2    A.  NO, NO, IT WAS HIS STUDY.

11:23:14 3    Q.  ALL WE ASKED YOU TO DO WAS PLUG THESE OPINIONS INTO THE SOBEK

11:23:21 4    MODEL, RIGHT?

11:23:21 5    A.  YES, THAT'S CORRECT.

11:23:23 6    Q.  AND SO WE RE-RUN THE SOBEK MODEL NOW AND WE DON'T BREACH WHERE

11:23:29 7    PROFESSOR BEA SAYS DON'T BREACH, AND THEN WE SEE HOW HIGH THE WATER

11:23:34 8    GETS AT THE LOCATIONS OF THE PLAINTIFFS' HOMES, RIGHT?

11:23:38 9    A.  AND WE DO TWO THINGS, WE REDUCE THE OUTSIDE WATER LEVELS FROM

11:23:42 10   17 FEET TO THIS 16 AND WE CHANGE THE NUMBER OF BREACHES.

11:23:46 11   Q.  OKAY.  ALL RIGHT.  NOW, WITH THAT, LET'S LOOK SPECIFICALLY AT

11:23:52 12   THE HOMES OF THE PLAINTIFFS.

11:23:54 13        MR. BRUNO:  AND, JUDGE, THIS IS PX 1771.  IT'S AN

11:24:02 14   E-MAIL -- I HOPE YOU HAVE IT, IT'S HERE BUT THE EXHIBIT NUMBER IS

11:24:10 15   THERE, AND FOR THE RECORD EACH OF THESE SLIDES -- WE'RE NOW INTO THE

11:24:15 16   SLIDE PREPARATION, YOUR HONOR -- ON EACH SLIDE WE HAVE THE EXHIBIT

11:24:18 17   NUMBER AND THE PAGE NO. ONE REFERS TO THE PAGE OF THE EXHIBIT, NOT

11:24:24 18   NECESSARILY THE NUMBER OF THE SLIDE.  THE SLIDE NUMBER IS DOWN HERE

11:24:26 19   IN THE LOWER RIGHT-HAND CORNER (INDICATING).

11:24:30 20        WHAT DO WE HAVE HERE, PROFESSOR?

11:24:32 21   A.  THIS IS AN AERIAL PHOTOGRAPH OR SATELLITE PHOTOGRAPH OF NEW

11:24:37 22   ORLEANS SHOWING THE THREE BOWLS, NEW ORLEANS EAST WITH NORMAN

11:24:42 23   ROBINSON'S HOUSE IN IT, AND THEN ST. BERNARD PARISH WITH THE OTHER

11:24:46 24   FOUR PROPERTIES, MR. FRANZ AND MRS. SMITH AND THEN THE TWO

11:24:53 25   PROPERTIES OF MR. LATTIMORE HAD.  AND THEN THE CENTRAL BOWL WE

11:24:57 1    DIDN'T STUDY THIS TIME.

11:24:58 2    Q.   THE CENTRAL BOWL IS WHERE WE ARE NOW?

11:25:00 3    A.   YEAH.

11:25:01 4    Q.   THAT'S NEW ORLEANS PROPER, RIGHT?

11:25:04 5    A.   THAT'S RIGHT.

11:25:05 6    Q.   BUT WE COULD STUDY THAT IF YOU WERE ASKED?

11:25:07 7    A.   YEAH, WE HAVE DONE IT ONCE.

11:25:11 8    Q.   THE NEXT SLIDE, PLEASE.  OKAY.  NOW, FIRST OF ALL, THIS REGARDS

11:25:20 9    NORMAN ROBINSON, WE CAN ALL SEE THAT.  BUT TELL THE JUDGE WHAT ARE

11:25:23 10   WE LOOKING AT HERE?

11:25:29 11   A.   WE ARE LOOKING HERE TO THE COURSE OF THE WATER LEVEL AT THE

11:25:29 12   PLACE OF MR. ROBINSON'S HOUSE, AND THE GREEN LINE GIVES HIS FLOOR

11:25:34 13   ELEVATION MORE OR LESS, AND THEN THE RED LINE GIVES THE SEQUENCE OF

11:25:38 14   THE WATER LEVEL AS PROGRESSION OF TIME DURING KATRINA WHEN THE DIKES

11:25:42 15   BREACHED AND WHEN HIS PROPERTY WAS FLOODED.

11:25:45 16        AND YOU SEE ALSO HERE THAT THE FIRST IS VERY STEEP RISE OF

11:25:49 17   THE WATER LEVEL DUE TO THE OVERTOPPING OF THE LEVEE ON THE SOUTH

11:25:52 18   SIDE, AND IT RECEDES A LITTLE BIT BUT THEN THE WATER ARRIVES FROM

11:25:58 19   THE BREACHES IN THE EAST, THE LEVEE BREACHES THERE.  AND THEN THE

11:26:02 20   WATER GOES UP TO A FINAL LEVEL OF 13 FEET ABOVE HIS GROUND LEVEL.

11:26:10 21   Q.   NOW, THERE'S ANOTHER LINE HERE, THIS BLUE LINE.  TELL THE JUDGE,

11:26:13 22   WHAT IS THAT?

11:26:13 23   A.   THE BLUE LINE IS IF WE INTRODUCED THE MRGO NEUTRAL CONDITIONS ON

11:26:20 24   THE OUTSIDE, SO NO CHANNEL AND HEALTHY VEGETATION AND WE REDUCE THE

11:26:27 25   NUMBER OF BREACHES AS INDICATED BY PROFESSOR BEA.  THEN WE REACH THE

11:26:32 1    BLUE LINE AND YOU SEE THAT THE FLOODING IS FAR LESS, IT'S NOW ONLY,

11:26:38 2    I'D SAY TWO FEET ABOVE HIS FLOOR LEVEL, A LITTLE BIT LESS, AND A

11:26:42 3    REDUCTION OF FLOODING IS FROM 13 TO 2 FEET, IT'S NINE FEET LESS.

11:26:47 4          THE COURT:  AND, PROFESSOR, AS I UNDERSTAND IT, THAT

11:26:49 5    ASSUMES, THAT INCORPORATES DR. BEA'S OPINION REFERENCE TO BREACHES?

11:26:54 6          THE WITNESS:  YES.

11:26:55 7          THE COURT:  SO LACK OF BREACHES -- IT INCORPORATES YOUR

11:26:58 8    MODELING AS TO ELEVATION AND THEN DR. BEA'S OPINION AS TO THE

11:27:03 9    BREACHES?

11:27:04 10         THE WITNESS:  EXACTLY.

11:27:04 11         THE COURT:  AND THAT IS THE ULTIMATE RESULT IN THE NEUTRAL

11:27:08 12   MRGO SCENARIO.

11:27:10 13         THE WITNESS:  THE BLUE LINE, YEAH.

11:27:11 14         THE COURT:  THE BLUE LINE.

11:27:13 15         THE WITNESS:  YES.

11:27:14 16   BY MR. BRUNO:

11:27:14 17   Q.  LET'S INTERPOLATE THIS.  SO NOW HERE IS THE QUESTION:  HOW MUCH

11:27:18 18   WATER, BY HEIGHT, DO YOU BELIEVE THE MRGO CONTRIBUTED TO THE

11:27:24 19   FLOODING THAT WAS EXPERIENCED BY MR. NORMAN ROBINSON?  AND TELL US

11:27:30 20   HOW YOU GET THERE.

11:27:32 21   A.  THE MRGO NEUTRAL HAD A FLOODING OF LET'S SAY TWO FEET IN THIS

11:27:38 22   AREA AND THAT WOULD BE THE CASE IF THE NEUTRAL MRGO WERE THERE.  AND

11:27:44 23   BY HAVING THIS ENHANCED AND DETERIORATED MRGO IT'S 13 FEET, SO IT'S

11:27:52 24   TEN FEET MORE WATER IN THE HOUSE OF MR. ROBINSON DUE TO THIS

11:27:57 25   EXISTENCE OF THIS WIDENED CHANNEL AND THE DETERIORATED WETLANDS.

11:28:03 1   Q.  NOW, PROFESSOR, WE HAVE TO REMEMBER, DO WE NOT, THAT NOT ONLY

11:28:09 2   DID WE HAVE WATER COMING OVER THE LEVEES, BUT WE HAD WATER COMING

11:28:13 3   FROM THE SKY, WE HAD SOME RAIN?

11:28:15 4   A.  YEAH.

11:28:15 5   Q.  DID YOU EVALUATE THE RELATIVE CONTRIBUTION OF THE RAIN TO THIS

11:28:25 6   LEVEL OF WATER THAT FLOODED MR. ROBINSON'S HOME?

11:28:25 7   A.  YEAH.  THE RAIN WAS ALSO INCLUDED IN THE STUDIES, BUT WAS

11:28:29 8   GENERALLY LESS THAN A FOOT BECAUSE PART OF THIS RAIN WATER WAS

11:28:34 9   PUMPED AWAY BY THE PUMPS AND THEN WE GOT INTO DISCUSSION HOW WELL

11:28:37 10  THE PUMPS WORKED.  BUT GENERALLY SPEAKING, THE CONTRIBUTION OF THE

11:28:44 11  RAIN IS ONE FOOT UP TO TWO FOOT AT MOST, MOST TIMES LESS.

11:28:49 12  Q.  NOW, AS A MATTER OF PERHAPS COMMON SENSE, MAYBE THIS IS TO SOME

11:28:52 13  MAYBE NOT TO OTHERS, BUT IF TEN FEET OF WATER KILLS THE PUMPS, THEN

11:28:59 14  THE TEN FEET OF WATER REMOVES THE ABILITY OF THOSE PUMPS TO REMOVE

11:29:04 15  THE RAIN WATER; ISN'T THAT CORRECT?

11:29:06 16  A.  YES, SO THE CAUSE MAY BE IN THE MRGO, YEAH.

11:29:11 17  Q.  SO EVEN THOUGH THERE IS WATER FROM THE SKY, IF THE FLOOD WATER

11:29:15 18  KILLS THE PUMP, THEN THE RAIN WATER CONTRIBUTION BECOMES A

11:29:20 19  CONTRIBUTION OF THE MRGO; ISN'T THAT TRUE?

11:29:23 20  A.  YEAH.  LOGICALLY IT'S TRUE.

11:29:25 21  Q.  OKAY.  ALL RIGHT.  LET'S GO TO THE NEXT SLIDE, PLEASE.  AND,

11:29:30 22  JUDGE, WE DID THIS ON PURPOSE, WE'RE FOCUSSING ON NEW ORLEANS EAST

11:29:35 23  FIRST AND THEN WE'RE GOING TO GO TO THE LOWER NINTH WARD AND THEN

11:29:39 24  WE'RE GOING TO MOVE TO THE EAST.  IF WE NEED TO GO BACK TO THE MAP

11:29:42 25  TO ORIENT YOU, WE WILL.

11:29:42  1   BY MR. BRUNO:

11:29:43  2   Q.  BUT LUCILLE AND ANTHONY FRANZ ARE CLOSEST TO THE --

11:29:47  3          THE COURT:  I REMEMBER.

11:29:49  4   BY MR. BRUNO:

11:29:52  5   Q.  -- THE INDUSTRIAL CANAL, PROFESSOR.  WE HAVE INTRODUCED HERE A

11:29:55  6   THIRD LINE, DID WE NOT?

11:29:56  7   A.  YES.

11:29:57  8   Q.  WE HAVE ALL CAUSES, WE HAVE SCENARIO 2 AND WE HAVE SCENARIO 2C,

11:30:03  9   AND WE HAVE REFERRED TO THE THIRD AS THE NO INDUSTRIAL BREACH

11:30:08 10   BECAUSE THERE IS THE POSSIBILITY THAT JUDGE DUVAL MAY FIND THAT THE

11:30:12 11   MRGO DID NOT SIGNIFICANTLY CONTRIBUTE TO THE FAILURE OF THE

11:30:16 12   INDUSTRIAL BREACHES, BOTH NORTH AND SOUTH.

11:30:19 13          SO FOR THE COURT'S PURPOSES, WE'VE BROKEN OUT THESE

11:30:23 14   VARIOUS SOURCES OF WATER, RIGHT?

11:30:24 15   A.  YEAH.

11:30:25 16          THE COURT:  AND THE COURT'S AWARE THAT THE IHNC WOULD NOT

11:30:29 17   HAVE IMPACTED THE FIRST PLAINTIFF YOU LOOKED AT, THAT IS

11:30:33 18   MR. ROBINSON.

11:30:35 19          MR. BRUNO:  FORGIVE, I DIDN'T MAKE THAT --

11:30:37 20          THE COURT:  I AM AWARE OF IT.

11:30:39 21   BY MR. BRUNO:

11:30:39 22   Q.  OKAY.  LET'S WALK THROUGH THE FRANZES' SITUATION HERE.  LET'S

11:30:44 23   ASSUME THAT JUDGE DUVAL FINDS THAT THE MRGO WAS A SUBSTANTIAL

11:30:50 24   CONTRIBUTING CAUSE OF THE INDUSTRIAL CANAL BREACHES.  OKAY.  BASED

11:30:55 25   UPON THAT, HOW MUCH WATER WAS CONTRIBUTED TO THE FLOODING

11:31:02 1   EXPERIENCED BY LUCILLE AND ANTHONY FRANZ FROM THE MRGO?

11:31:06 2   A.   THE GREEN LINE DEPICTS THE WATER LEVEL THAT WOULD BE EXPECTED IN

11:31:18 3   PARISH IF THE HARBOR NAVIGATION CHANNEL WOULD NOT HAVE BREACHED.

11:31:23 4   AND THE RED LINE IS WHAT WAS EXPERIENCED DURING KATRINA WITH ALL OF

11:31:30 5   THE FAILURES TOGETHER.  SO THE DIFFERENCE BETWEEN THOSE TWO LINES,

11:31:32 6   WHICH IS ON THE MAXIMUM, IT'S ROUGHLY 11 FEET AND ON THE RED LINE,

11:31:38 7   THE TOP OF THE RED LINE, AND IT'S HALF THE FEET OF THE GREEN LINE.

11:31:46 8   SO TEN AND A HALF FEET EXTRA DUE TO THE MRGO IF YOU EXPLAIN IT IN

11:31:52 9   THIS WAY.

11:31:52 10  Q.   LET'S SEE IF WE CAN WALK THROUGH THIS, IT'S CONFUSING TO ME SO

11:32:00 11  IT'S GOT TO BE CONFUSING TO EVERYBODY ELSE AS WELL.  SO THIS GREEN

11:32:03 12  LINE SAYS SCENARIO 2C - NO INDUSTRIAL BREACH, SO IF THERE WAS NO

11:32:08 13  MRGO AND IF THERE WAS NO INDUSTRIAL BREACHING, THE AMOUNT OF WATER

11:32:11 14  THAT WE WOULD HAVE EXPECTED TO SEE AT THE FRANZES' HOUSE IS A LITTLE

11:32:16 15  LESS THAN A FOOT?

11:32:16 16  A.   YEAH.

11:32:17 17  Q.   AND IF THERE WAS AN INDUSTRIAL BREACH BUT THERE WAS NO MRGO, WE

11:32:26 18  WOULD EXPECT TO SEE THIS MUCH WATER, ABOUT SEVEN FEET, RIGHT

11:32:30 19  (INDICATING)?

11:32:30 20  A.   YEAH, MAXIMUM OF SEVEN FEET AND THEN THE WATER IS DISBURSING

11:32:35 21  THROUGH THE AREA TO SIX FEET, FIVE, SIX.

11:32:41 22  Q.   AGAIN, FORGIVE ME FOR BELABORING THIS, JUDGE, BUT I THINK IT'S

11:32:45 23  WORTHWHILE JUST WALKING THROUGH IT.

11:32:47 24       IF THE COURT SHOULD FIND THAT THE MRGO AND THE INDUSTRIAL

11:32:52 25  BREACH CAUSED THE FLOODING, THE AMOUNT OF FLOODING SUSTAINED BY THE

11:32:59 1  FRANZES' IS ABOUT 11 FEET; IS THAT RIGHT?

11:33:01 2  A.  YEAH, 11 FEET, AND OTHERWISE IT'S FOUR.

11:33:05 3  Q.  AND IF THE JUDGE FINDS THAT THE INDUSTRIAL CANAL WAS NOT CAUSED

11:33:11 4  BY THE MRGO BUT ONLY THAT THE REACH 2 BREACH WAS CAUSED BY THE MRGO,

11:33:16 5  THEN WE SEE THAT THE FRANZES WOULD HAVE EXPERIENCED ABOUT FIVE FEET

11:33:21 6  OF WATER?

11:33:22 7  A.  YES.

11:33:23 8          THE COURT:  PROFESSOR, THAT CONTEMPLATES BOTH THE NORTH

11:33:26 9  AND SOUTH BREACH OF THE --

11:33:29 10         THE WITNESS:  YES, BOTH TOGETHER, THEY'RE TOGETHER IN AND

11:33:31 11  OUT, INTERCONNECTION.

11:33:35 12  BY MR. BRUNO:

11:33:35 13  Q.  LET'S GO TO THE NEXT ONE.  THIS IS LATTIMORE, MOVING TOWARD THE

11:33:42 14  WEST.  THING FIRST THING WE NOTICE INTERESTINGLY IS THAT OUT BLUE

11:33:46 15  LINE IS A LITTLE LOWER BECAUSE WE'RE FARTHER AWAY FROM THE

11:33:49 16  INDUSTRIAL CANAL BREACH, RIGHT?

11:33:50 17  A.  YEAH, AND LATER.

11:33:53 18  Q.  OKAY.  I FORGOT TO TALK ABOUT THE LATER.  THE FACT THAT THIS

11:33:56 19  LINE, THIS BLUE LINE IS PUSHED TO THE RIGHT, WHAT DOES THAT MEAN?

11:34:02 20  A.  YOU SEE THAT THE STEEP RISE OF THE LAND IS RECEDING IN TIME

11:34:10 21  BECAUSE WE MOVE FURTHER AND FURTHER FROM THE INNER-HARBOR NAVIGATION

11:34:13 22  CHANNEL SO THE WATER TAKES A LONGER TIME TO REACH FROM THOSE TWO

11:34:17 23  BREACHES THE PROPERTIES THAT WE ARE STUDYING NOW.

11:34:21 24  Q.  FIRST, THIS IS THE ELEVATION APPROXIMATELY OF THE LATTIMORE --

11:34:27 25  BOTH PROPERTIES, RIGHT?

11:34:28  1    A.   YEP.

11:34:29  2    Q.   AND I NEGLECTED TO POINT THIS OUT, BUT WE'VE INCLUDED BOTH

11:34:40  3    PROPERTIES ON ONE SLIDE, WHY?   EXPLAIN THAT TO THE JUDGE.

11:34:40  4    A.   THERE WAS SOME DISCUSSION ABOUT THE ELEVATION --

11:34:41  5    Q.   THE TWO PROPERTIES FIRST.

11:34:45  6    A.   THEY'RE DIFFERENT PROPERTIES AT SOME DISTANCE BUT IT'S NOT SO

11:34:48  7    MUCH DIFFERENCE IN LEVEL.

11:34:50  8    Q.   SO THEY'RE CLOSE TO EACH OTHER --

11:34:51  9    A.   YEAH.

11:34:52 10    Q.   -- AND THEREFORE THE HYDROGRAPH WORKED FOR BOTH?

11:34:55 11    A.   IT WAS ONE HYDROGRAPH, YES.

11:34:58 12    Q.   EXPLAIN TO THE JUDGE WHY --

11:35:02 13    A.   AND THERE WAS SOME CONFUSION ABOUT LEVEL, THE FLOOR LEVEL OF

11:35:06 14    MR. LATTIMORE'S PROPERTY, AND THE REASON BEING THAT THE GRID OF THE

11:35:15 15    GEODATA, THE BOTTOM TOPOGRAPHY WAS FAR MUCH FINER THAN THE GRID SIZE

11:35:19 16    OF OUR.   IT WAS, I WOULD SAY FIVE METER GRID FOR THE DATA AND 50

11:35:27 17    METER GRID FOR OUR MODEL, SO THE COMPUTER HAS DONE SOME AVERAGING.

11:35:30 18    AND LATER ON IT APPEARED THAT IT HAD AVERAGED IN THE BOTTOM OF THE

11:35:34 19    DITCH, WHICH IS AT .9 FOOT, BUT THE REAL PROPERTY WAS OUTSIDE THE

11:35:41 20    DITCH, OF COURSE, AND IT WAS A MISTAKE THAT IS IN THIS GRAPH, SO WE

11:35:48 21    REPAIRED THE GRAPH BY LIFTING THIS LAND TO THE GROUND ELEVATION TO

11:35:54 22    JUST ABOUT FOUR FEET.

11:35:55 23    Q.   LET'S TALK ABOUT GRID SIZE FOR JUST A MOMENT, BECAUSE IT'S GOING

11:35:57 24    TO COME BACK TO US WITH MR. RESIO AND SOME OTHER EXPERTS IN THE

11:35:59 25    CASE.

11:36:00 1          FIRST OF ALL, IF YOU TAKE TOPOGRAPHY, AND IN OUR MIND'S

11:36:05 2     EYE WE SEE ROLLING LANDS, HOW DOES THE COMPUTER SEE THAT SAME LAND?

11:36:13 3     A.  THE COMPUTER COMBINATION OF FLAT AREA AT THE VARIOUS LEVELS,

11:36:19 4     THAT AS BEST AS POSSIBLE DESCRIBE THE ROLLING AREA -- AND THIS IS

11:36:23 5     EXACTLY THE POINT -- THE DATA OF THE MEASUREMENTS, THE SMALLER FLOOD

11:36:29 6     AREA, SMALLER DISTANCE OF POINTS SO THEY APPEAR BETTER APPROXIMATION

11:36:32 7     OF THE ROLLING AREA THAN OUR CALCULATION MODEL.

11:36:35 8     Q.  SO WE TAKE A PIECE OF GROUND AND WE CHOP IT UP INTO LITTLE

11:36:40 9     SQUARES?

11:36:41 10    A.  YES.

11:36:41 11    Q.  AND EACH SQUARE, DEPENDING UPON ITS SIZE, IF YOU SAID FIVE

11:36:46 12    PETERS THE SQUARE WOULD BE FIVE METERS BY FIVE METERS.  AND JUST FOR

11:36:53 13    AMERICANS WHO DON'T KNOW THE METRIC, THAT'S ABOUT HOW MUCH FEET?

11:36:55 14    A.  THAT'S 15 FEET, SO IT'S 15 FEET SO IT SHOULD SAY FOUR AND A HALF

11:37:00 15    METERS.

11:37:00 16    Q.  SO IF YOU TAKE A SQUARE ABOUT 15 FEET BY 15 FEET AND THE

11:37:05 17    COMPUTER DOESN'T SEE ALL OF THE DIFFERENT HEIGHTS WITHIN THE

11:37:08 18    15 FEET, IT JUST AVERAGES AND GIVES ONE NUMBER?

11:37:11 19    A.  YEP.  BUT THEN OUR GRID AREA IS 50 BY 50.

11:37:16 20         THE COURT:  I UNDERSTAND THAT THE GRID THAT YOU WERE USING

11:37:19 21    IS NOT AS FINE AS THE GRID THAT WAS UTILIZED BY AN EXPERT HERE, I

11:37:27 22    UNDERSTAND THAT.

11:37:28 23         THE WITNESS:  THE GEODATA PEOPLE, THEY MEASURE MORE FINE

11:37:32 24    THAN WE CAN USE IN OUR PROGRAM.

11:37:32 25    BY MR. BRUNO:

─────────── FINAL DAILY COPY ───────────

11:37:35 1   Q.  WELL, I WANTED TO MAKE THAT POINT.  YOU CAN USE THE 15 BY 15

11:37:39 2   GRID, BUT THE COMPUTER HAS TO DO MILLIONS AND MILLIONS AND MILLIONS

11:37:41 3   MORE CALCULATIONS, RIGHT?

11:37:42 4   A.  YEAH, THAT'S RIGHT.  AND IT'S ALWAYS THE MIX, HOW FINE YOUR

11:37:46 5   RESULTS ARE AND THE COST.  AND THIS CASE, WE WERE QUITE CONTENT WITH

11:37:51 6   ACCURACY OF OUR RESULTS AS WE HAVE SEEN ALSO IN THE VIDEO THAT YOU

11:37:55 7   STARTED YOUR DEPOSITION WITH.

11:37:58 8          THE COURT:  SO I CAN UNDERSTAND IT.  THIS HYDROGRAPH, IS

11:38:03 9   IT UTILIZED EURO 50 BY 50 GRID?

11:38:07 10         THE WITNESS:  YES.

11:38:08 11         THE COURT:  WITH THE UNDERSTANDING THAT YOU WERE TO HAVE

11:38:10 12  USED THE FIVE BY FIVE METER OR THE 15 FOOT, THE 15 FOOT BY 15 FOOT,

11:38:20 13  IT WOULD BE SLIGHTLY DIFFERENT?

11:38:22 14         THE WITNESS:  YEAH.  THEN THE ZERO WOULD BE AT THE GREEN

11:38:25 15  LINE WHICH HAS GROUND LEVEL AT SITE.  AND ONCE THE ZERO WOULD HAVE

11:38:31 16  BEEN AT THE RIGHT LEVEL BECAUSE THESE GRAPHS GIVE THE FLOOD DEPTH AT

11:38:35 17  THE PROPERTY, SO HOW MUCH WATER IS IN THE HOUSE IN VERTICAL SENSE.

11:38:41 18         AND BECAUSE THE COMPUTER THOUGHT THE HOUSE WAS LOCATED IN

11:38:44 19  THE DITCH --

11:38:45 20         THE COURT:  DID YOU ADJUST THE GRAPH ACCORDINGLY?

11:38:48 21         THE WITNESS:  BY DRAWING THE GREEN LINE.

11:38:50 22         THE COURT:  I UNDERSTAND.

11:38:51 23  BY MR. BRUNO:

11:38:52 24  Q.  NOW, TO THE BOTTOM LINE.  HOW MUCH WATER, IF THE COURT SHOULD

11:38:57 25  FIND THAT THE MRGO CAUSED THE BREACHING OF REACH 2 AND THE

11:39:02 1    INDUSTRIAL CANAL BREACHING BOTH, WAS CAUSE TO FLOOD THE LATTIMORE

11:39:09 2    TWO PROPERTIES?

11:39:10 3    A.  AS IT RISES FROM APPROXIMATELY ONE FOOT FOR THE GREEN LINE TO

11:39:14 4    TEN FEET IN THE CASE OF ALL CAUSES, SO IT'S NINE FEET DUE TO MRGO,

11:39:24 5    AND IF YOU ASSUME THAT INNER-HARBOR NAVIGATION CHANNEL BREACH ALSO

11:39:29 6    CAUSED BY MR. MRGO IS NINE FEET.

11:39:31 7    Q.  WE HAVE TO TAKE UP THE GROUND LEVEL THOUGH OF FIVE FEET?

11:39:34 8    A.  YEAH, YEAH, YEAH.  SO HE WOULDN'T HAVE HAD ANY DAMAGE, YOU'RE

11:39:40 9    RIGHT.  HE WOULDN'T HAVE ANY DAMAGE IF THE MRGO AND THE BREACHES

11:39:46 10   TOGETHER DIDN'T OCCUR.

11:39:49 11   Q.  RIGHT.

11:39:49 12   A.  AND NOW HE HAS --

11:39:51 13   Q.  THE DAMAGE.

11:39:52 14   A.  YEAH.

11:39:52 15   Q.  BOTTOM LINE:  IF BOTH OF THOSE ARE CAUSES OF FLOODING, HE GETS

11:39:56 16   IN HIS HOME ABOUT ROUGHLY SIX FEET OF WATER, RIGHT?

11:40:00 17   A.  YES.

11:40:01 18   Q.  AND IF THE MRGO CAUSED ONLY REACH 2, HE GETS ABOUT, AND I AM --

11:40:08 19   A.  ONE FOOT.

11:40:08 20   Q.  ABOUT FIVE FEET OF WATER?

11:40:11 21   A.  ONE FOOT IN HIS PROPERTY.

11:40:15 22        THE COURT:  MAKE SURE I UNDERSTAND.  I THINK I DO.  IF THE

11:40:22 23   IHNC BREACH DID NOT OCCUR, WHAT WOULD THE MRGO IN THIS SCENARIO,

11:40:30 24   THAT IS THE NEUTRAL MRGO SCENARIO -- EXCUSE ME.  WHAT DID THE MRGO

11:40:42 25   CONTRIBUTE?

11:40:43  1           MR. BRUNO:  THE DIFFERENCE BETWEEN THE BLUE LINE AND THE

11:40:45  2  RED LINE IS THE MRGO CONTRIBUTION.

11:40:48  3           THE COURT:  RIGHT.

11:40:49  4           MR. BRUNO:  THAT IS ABOUT FIVE FEET.  AND IF YOU TAKE

11:41:01  5  OUT --

11:41:01  6           THE COURT:  IF THERE WERE NO MRGO BUT -- IF WE JUST LOOK

11:41:01  7  AT THE IHNC, WHAT WATER, CAN WE DO THAT, WHAT WATER WOULD BE

11:41:04  8  ACCUMULATED?

11:41:04  9           THE WITNESS:  IF THE BREACH IHNC WOULD NOT HAVE OCCURRED

11:41:07 10  IT WOULD HAVE BEEN THE GREEN LINE AND THIS PROPERTY WOULD HAVE

11:41:10 11  STAYED ABOVE WATER.

11:41:12 12           THE COURT:  OKAY.

11:41:12 13           THE WITNESS:  IT WOULD HAVE HAD NO DAMAGE, STILL HAD THREE

11:41:17 14  FEET TO THE FLOOD LEVEL.

11:41:18 15           THE COURT:  SO THE IHNC DID CONTRIBUTE TO THE DAMAGE TO

11:41:22 16  MR. LATTIMORE'S PROPERTY?

11:41:24 17           THE WITNESS:  YEAH.  DUE TO THE IHNC HE GOT ONE FOOT OF

11:41:28 18  WATER IN HIS PROPERTY.

11:41:29 19           MR. BRUNO:  JUST ONE FOOT.  AND THAT'S BETWEEN THE BLUE

11:41:33 20  LINE AND THIS GREEN LINE (INDICATING).

11:41:35 21           THE COURT:  THAT'S WHAT I UNDERSTOOD.

11:41:37 22           MR. BRUNO:  I HOPE I DIDN'T MESS YOU UP.

11:41:39 23  BY MR. BRUNO:

11:41:39 24  Q.  LET'S MOVE TO THE NEXT SLIDE.  TONYA SMITH.  AND ONCE AGAIN,

11:41:46 25  INTERESTINGLY THAT BLUE LINE KEEPS GOING DOWN BECAUSE WE KEEP MOVING

11:41:51 1   AWAY FROM THE INDUSTRIAL CANAL; ISN'T THAT RIGHT, PROFESSOR?

11:41:54 2   A.  YEAH.

11:41:54 3   Q.  SO TONYA SMITH, AGAIN, FROM ALL CAUSES, FROM REACH 2 AND FROM

11:41:59 4   THE INDUSTRIAL CANAL, TONYA SMITH GETS ABOUT --

11:42:03 5   A.  MORE THAN 11 FEET.

11:42:05 6   Q.  -- ABOUT 11 FEET OF WATER?

11:42:07 7   A.  YEAH.

11:42:07 8   Q.  AND IF WE PUT THE INDUSTRIAL CANAL BREACHES BACK IN, SHE GETS

11:42:13 9   LET'S SAY, THREE, AND SHE GETS ABOUT, WHAT, NINE FEET OF WATER?

11:42:17 10  A.  EXTRA.

11:42:18 11  Q.  NINE FEET OF WATER?

11:42:20 12  A.  YEAH.

11:42:21 13          THE COURT:  HE IS SAYING EXTRA.

11:42:24 14          THE WITNESS:  YOU TAKE THE GREEN LINE SO THAT IS SCENARIO

11:42:27 15  2C AND NO BREACHES IN THE INNER-HARBOR NAVIGATION CHANNEL, SO THEN

11:42:32 16  SHE WOULD HAVE KEPT JUST DRY.

11:42:33 17  BY MR. BRUNO:

11:42:34 18  Q.  RIGHT.  SO LET'S WALK THROUGH IT VERY SLOWLY.  IF THERE'S NO

11:42:37 19  BREACHING FROM EITHER LOCATION, THE WATER GETS AS HIGH AS THE GREEN

11:42:42 20  LINE?

11:42:42 21  A.  AS THE GREEN LINE.

11:42:43 22  Q.  SO IT'S ONLY SIX INCHES?

11:42:45 23  A.  YEAH.

11:42:46 24  Q.  NOW, IF ONLY THE INDUSTRIAL CANAL BREAKS, THEN IT GETS TO THE

11:42:50 25  BLUE LINE?

────── FINAL DAILY COPY ──────

11:42:51 1   A.  TO THE BLUE LINE.

11:42:51 2   Q.  OKAY.  SO THE INDUSTRIAL CANAL PUTS ABOUT THREE FEET OF WATER

11:42:58 3   ONTO THE PROPERTY OF TONYA SMITH; ISN'T THAT CORRECT?

11:43:02 4   A.  YES, THAT'S CORRECT, ROUGHLY.

11:43:04 5           MR. BRUNO:  IS THAT OKAY, JUDGE?

11:43:09 6           THE COURT:  MY UNDERSTANDING IS THAT THE RED LINE ASSUMES

11:43:14 7   BREACHING AS WELL AS OVERTOPPING.

11:43:16 8           THE WITNESS:  YEAH.

11:43:17 9           THE COURT:  OKAY.

11:43:19 10          MR. BRUNO:  WE'RE GOING TO GET TO THAT BECAUSE --

11:43:22 11          THE COURT:  I KNOW THAT'S IN DR. BEA'S EXPERTISE, BUT I

11:43:25 12  JUST WANT TO KNOW THE ASSUMPTIONS.  THE RED LINE ASSUMES BREACH IS

11:43:28 13  CAUSED BY THE MRGO OSTENSIBLY -- THEY WOULD HAVE OCCURRED -- THAT'S

11:43:34 14  THE PREMISE.

11:43:35 15          MR. BRUNO:  MAY I ASK YOU TO ALLOW ME, THE TRUTH OF IT

11:43:38 16  IS --

11:43:38 17          THE COURT:  IF I AM NOT UNDERSTANDING THESE EXHIBITS THEN

11:43:48 18  UNLESS YOU CAN'T ESTABLISH IT NOW.

11:43:48 19          MR. BRUNO:  WE'RE GOING TO LOOK AT THE --

11:43:48 20          THE COURT:  DON'T GIVE ME A GRAPH -- I NEED TO UNDERSTAND

11:43:49 21  EVERY ASPECT OF IT RIGHT NOW.

11:43:51 22          MR. BRUNO:  OKAY.

11:43:51 23  BY MR. BRUNO:

11:43:53 24  Q.  WE'LL LOOK AT THIS IN A MINUTE, BUT LET ME ASK YOU THE QUESTION

11:43:56 25  NOW, PROFESSOR.  IF THERE ARE NO BREACHES ON REACH 2, THERE'S NO

11:44:03 1   WATER THAT GOES OVER THE 40 ARPENT LEVEE; ISN'T THAT TRUE?

11:44:08 2   A.  EXACTLY, YEAH.

11:44:09 3         MR. BRUNO:  SO THERE IS NO WATER FROM OVERTOPPING FROM THE

11:44:12 4   40 ARPENT CANAL, YOUR HONOR.

11:44:14 5         THE COURT:  THAT'S WHAT I HAD READ IN THE DEPOSITIONS, I

11:44:16 6   JUST WANTED TO GET THAT CLEAR.

11:44:18 7         MR. BRUNO:  AND FORGIVE ME --

11:44:20 8         THE COURT:  AT LEAST IN THE PLAINTIFFS' DEPOSITION.

11:44:22 9         MR. BRUNO:  SURE.

11:44:23 10        THE COURT:  THE PLAINTIFFS' EXPERT REPORTS.

11:44:25 11        MR. BRUNO:  AND I AM ONLY STARTING WITH THE CONCLUSIONS

11:44:28 12   BECAUSE THAT'S HOW I THOUGHT WE SHOULD DO IT.

11:44:31 13        THE COURT:  I JUST WANT IT TO BE CLEAR THAT THIS ASSUMES

11:44:33 14   BREACHES IN THE REACH 2 CAUSED BY THE MRGO; AND IF THERE WERE NO

11:44:36 15   BREACHES IN THE MRGO AND IF WE JUST DID THEM WITH OVERTOPPING, YOU

11:44:41 16   DON'T GET WATER.  IS THAT IN THIS, IN THIS HOUSE; IS THAT CORRECT?

11:44:46 17        THE WITNESS:  YEAH, YEAH.

11:44:46 18   BY MR. BRUNO:

11:44:48 19   Q.  AND AGAIN FOR THE RECORD, MAKE IT CRYSTAL CLEAR, I ASKED YOU THE

11:44:51 20   VERY SPECIFIC QUESTION.  ALL OF THIS WATER IN RED, ALL OF IT COMES

11:44:57 21   FROM THE MRGO IN OUR ASSUMPTIONS, CORRECT?

11:45:00 22   A.  YEAH.

11:45:04 23        THE COURT:  THAT I DO UNDERSTAND.  OKAY.

11:45:10 24        MR. BRUNO:  OKAY.  NEXT SLIDE.

11:45:16 25   BY MR. BRUNO:

11:45:17 1   Q.  NOW, IN YOUR REPORT, PROFESSOR --

11:45:31 2          THE COURT:  YES, SIR.

11:45:32 3          MR. SMITH:  YOUR HONOR, I AM ONLY GOING TO ANTICIPATORILY

11:45:36 4   OBJECT BECAUSE I'VE GOT A COPY OF HIS SLIDE SHOW, AND ALL OF THE

11:45:40 5   SLIDES BEGINNING WITH THIS ONE DEAL WITH TOPICS THAT WERE NOT

11:45:44 6   COVERED IN MR. VRIJLING'S EXPERT REPORTS.  SO WE WOULD OBJECT TO ANY

11:45:50 7   QUESTIONS CONCERNING THIS SLIDE OR ANY OF THE SUCCEEDING SLIDES.

11:45:55 8          THE COURT:  OKAY.  HAVING NOT SEEN THE SLIDES, I DON'T

11:46:01 9   THINK I'VE SEEN THEM.

11:46:03 10         MR. BRUNO:  NO, YOU HAVEN'T.

11:46:04 11         THE COURT:  THESE ARE EXHIBITS PREPARED POST REPORT THAT I

11:46:08 12  DON'T HAVE, CORRECT?

11:46:11 13         MR. BRUNO:  YES.  BUT I AM NOT ELICITING AN OPINION OTHER

11:46:15 14  THAN TO GIVE HISTORICAL CONTEXT.  AND SO I WOULD APPRECIATE BEING

11:46:18 15  ALLOWED TO ASK THE QUESTION TO SEE IF IT'S OBJECTIONABLE BEFORE WE

11:46:21 16  ASSUME THAT IT IS.

11:46:22 17         THE COURT:  OKAY.  I AM ON NOTICE, MR. SMITH.

11:46:26 18         MR. BRUNO:  AND I AM ON NOTICE BECAUSE I KNEW THIS WAS

11:46:29 19  COMING.  BUT BEFORE WE GET THERE.

11:46:33 20  BY MR. BRUNO:

11:46:34 21  Q.  IN YOUR REPORT, PROFESSOR, YOU INDICATE THAT IT WAS THE MRGO'S

11:46:37 22  VERY EXISTENCE IN ITS DEFECTIVE CONDITION THAT WAS, IN YOUR WORDS,

11:46:44 23  THE DETERMINATIVE FACTOR IN CAUSING THE CATASTROPHIC FLOODING OF NEW

11:46:53 24  ORLEANS EAST, THE LOWER NINTH WARD AND ST. BERNARD.

11:46:53 25         WOULD YOU EXPLAIN TO THE JUDGE WHAT YOU MEANT.

11:46:55 1        MR. SMITH:  YOUR HONOR, I AM GOING TO OBJECT.  THIS IS

11:46:56 2   BEYOND THE SCOPE OF HIS REPORT AS WELL.  MR. VRIJLING WAS ASKED

11:47:00 3   WHETHER HE ANALYZED THE BREACHES AND HE DID NOT ANALYZE THE

11:47:04 4   BREACHES.  ALL HE DID WAS CALCULATE WATER AND WAVE ELEVATIONS.  HE

11:47:08 5   HAS NO KNOWLEDGE WHETHER THIS CAUSED THE BREACHING OF THE LEVEES.

11:47:12 6   IT'S PARAMOUNTLY CLEAR THAT ALL OF THE PLAINTIFFS' PROPERTIES WERE

11:47:16 7   INSIDE THE LEVEES.  HE CAN ONLY TESTIFY HOW HIGH THE WATER GOT AND

11:47:20 8   WHAT THE CHARACTERISTICS OF THE WATER WERE.  HE CANNOT TESTIFY THAT

11:47:23 9   THAT CAUSED ANY DAMAGE TO THESE PLAINTIFFS.

11:47:26 10       THE COURT:  FIRST POINT, IS THIS IN HIS REPORT?

11:47:29 11       MR. BRUNO:  YES, I QUOTED IT.

11:47:30 12       THE COURT:  IT'S IN HIS REPORT, HIS EXPERTISE HAS NOT BEEN

11:47:35 13  CHALLENGED, THE OPINION HAS BEEN RENDERED, HE CAN RENDER IT AND YOU

11:47:38 14  CAN CROSS-EXAMINE HIM AS TO WHAT ASSUMPTIONS HE MADE AND WHAT HE

11:47:40 15  RELIED UPON AND WHETHER HE MADE CALCULATIONS, ET CETERA.

11:47:43 16       SO YOUR OBJECTION IS MADE GENERAL.

11:47:45 17       MR. SMITH:  MAY I HAVE A PAGE CITATION TO THE REPORT?

11:47:48 18       MR. BRUNO:  YES, OF COURSE.  FOR THE RECORD --

11:47:51 19       THE COURT:  THE COURT IS AWARE HE MAY BE RELYING ON

11:47:57 20  ASSUMPTIONS MADE BY OTHER EXPERTS TO DO THAT.  I UNDERSTAND.  I

11:48:00 21  FIRST WANTED TO ESTABLISH THAT IT'S IN HIS REPORT.

11:48:09 22       MR. BRUNO:  IT IS IN PX 104, IT MAY TAKE ME AWHILE TO FIND

11:48:13 23  THE EXACT SENTENCE.

11:48:14 24       THE COURT:  WHICH ONE IS 104?  WE HAVE BEEN LOOKING AT

11:48:19 25  105.

11:48:20  1          MR. BRUNO:  WELL, NOW WE'RE MOVING DOWN THE LINE.  HE'S

11:48:23  2   GOT ME OUT OF MY ORDER A LITTLE BIT.

11:48:26  3          THE COURT:  OKAY.  LET'S SEE IF WE CAN FIND IT.

11:48:29  4          THE LAW CLERK:  JUST TELL US THE NAME OF THE REPORT.

11:48:31  5          MR. BRUNO:  I HOPE I'M RIGHT, MAYBE I'M WRONG.

11:48:33  6          MR. SMITH:  IT'S THE JUNE 2008 FLOW MODELING REPORT.

11:48:37  7          MR. BRUNO:  IS THAT WHERE THE SENTENCE IS?

11:48:40  8          MR. SMITH:  THAT'S PX 104.

11:48:55  9          THE COURT:  YOU HAVE 53 THERE, IT'S NOT IN THAT ONE.

11:49:00 10          WE'RE GOING TO TAKE A FIVE MINUTE RECESS.

11:49:03 11          MR. BRUNO:  THANK YOU, JUDGE.

11:49:04 12          THE MARSHAL:  ALL RISE.

11:49:06 13      (WHEREUPON, A RECESS WAS TAKEN.)

11:56:31 14      (OPEN COURT.)

11:56:31 15          THE MARSHAL:  ALL RISE.

11:56:33 16          THE COURT:  WE'LL TAKE A RECESS UNTIL ONE O'CLOCK.

11:56:36 17          MR. BRUNO:  THANK YOU, JUDGE.

11:56:38 18      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

         19

         20                    *  *  *  *  *  *

         21

         22

         23

         24

         25

1

2

3

4

5                          REPORTER'S CERTIFICATE

6

7        I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

8    DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

9    THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

10   MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

11   THE ABOVE-ENTITLED AND NUMBERED MATTER.

12

13

14                    _____

15                    KAREN A. IBOS, CCR, RPR, CRR

16                    OFFICIAL COURT REPORTER

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

## $

**$10** [1] - 793:6

## '

**'08** [4] - 830:22, 830:24, 831:3, 833:10
**'65** [3] - 804:9, 804:23, 804:24
**'66** [2] - 804:19, 804:24
**'67** [2] - 804:19, 804:24
**'68** [2] - 804:19, 804:25
**'69** [2] - 804:19, 804:25
**'70** [2] - 804:19, 804:25
**'71** [1] - 804:19
**'72** [1] - 804:19
**'78** [2] - 800:10, 804:9

## /

**/10** [2] - 764:5, 764:9
**/5** [1] - 764:6

## 0

**0052** [1] - 824:25
**06-CV-2268** [1] - 761:3

## 1

**1** [2] - 834:10
**10** [1] - 796:17
**10,000** [5] - 822:13, 822:21, 822:25, 823:19, 823:20
**100** [2] - 822:17, 823:17
**1000** [1] - 761:14
**10022** [1] - 762:24
**104** [3] - 852:22, 852:24, 853:8
**105** [5] - 831:4, 832:1, 833:8, 833:10, 852:25
**10:20** [1] - 813:22
**11** [5] - 841:6, 842:1, 842:2, 848:5, 848:6
**1100** [1] - 761:23
**1205** [1] - 762:19
**1261** [1] - 762:9
**13** [3] - 837:20, 838:3, 838:23
**1366** [1] - 762:9
**15** [13] - 767:21,

767:22, 767:25, 844:14, 844:16, 844:18, 845:1, 845:12
**1516** [1] - 779:24
**1517** [1] - 772:10
**1517.1** [5] - 771:18, 771:21, 797:13, 797:15, 801:18
**16** [3] - 796:17, 834:25, 836:10
**1681** [1] - 767:17
**17** [3] - 779:24, 834:17, 836:10
**1771** [1] - 836:13
**1810.12** [1] - 802:10
**1810.40** [1] - 802:11
**1810.41** [1] - 802:11
**18TH** [1] - 784:23
**19** [2] - 800:18, 803:17
**1920'S** [1] - 785:13
**1927** [3] - 784:21, 784:25, 785:10
**1930'S** [1] - 785:14
**196** [1] - 802:23
**1960** [8] - 798:16, 799:15, 799:20, 802:19, 802:23, 803:13, 803:17, 822:24
**1961** [1] - 782:21
**1963** [1] - 799:21
**1965** [2] - 789:14, 807:8
**1969** [1] - 802:20
**1978** [4] - 783:9, 799:16, 803:14, 807:8

## 2

**2** [10] - 779:25, 780:2, 838:3, 840:8, 842:4, 845:25, 846:18, 848:3, 849:25, 850:14
**20** [1] - 813:23
**200** [1] - 823:17
**200-YEAR** [1] - 822:17
**2000** [1] - 830:19
**20044** [1] - 763:13
**2005** [2] - 814:22, 828:3
**2007** [1] - 829:5
**2008** [5] - 779:23, 780:2, 829:7, 829:13, 853:6
**2009** [7] - 761:4, 765:2, 766:13, 771:20, 795:12,

796:16, 810:18
**20TH** [2] - 785:7, 785:12
**21** [1] - 767:25
**2121** [2] - 814:18, 815:19
**213** [1] - 796:16
**23** [1] - 761:4
**239** [1] - 767:21
**23RD** [1] - 829:13
**24** [1] - 765:2
**2626** [1] - 762:19
**2655** [1] - 762:5
**28TH** [2] - 766:13, 795:12
**29** [9] - 771:19, 772:8, 797:13, 801:18, 801:21, 802:12, 802:13, 802:14, 814:22
**29TH** [3] - 795:12, 816:13, 828:16
**2C** [7] - 834:13, 834:23, 835:15, 835:16, 840:8, 841:12, 848:15

## 3

**30** [1] - 777:11
**30(B)(6** [1] - 809:8
**300** [1] - 823:15
**30TH** [1] - 798:16
**3102** [1] - 761:23
**325** [1] - 762:23
**3668** [1] - 762:2
**39** [2] - 833:8, 833:11

## 4

**4** [1] - 761:9
**40** [11] - 777:12, 779:16, 782:14, 820:6, 822:24, 827:15, 827:16, 827:21, 827:22, 850:1, 850:4
**42** [1] - 804:3
**44** [1] - 827:20

## 5

**5,000** [1] - 823:7
**5,000-YEAR** [1] - 823:4
**50** [5] - 843:16, 844:19, 845:9
**500** [1] - 763:16
**504** [1] - 763:17
**519** [1] - 762:12
**53** [5] - 825:22,

827:16, 828:1, 829:1, 853:9
**550** [1] - 761:13
**556** [1] - 762:2
**57TH** [1] - 762:23
**589-7776** [1] - 763:17

## 6

**6** [2] - 822:14, 823:9
**600** [1] - 763:2
**601** [1] - 762:5
**604** [1] - 763:2
**610** [1] - 761:20
**618** [1] - 762:16

## 7

**7** [1] - 823:9
**70113** [2] - 761:17, 761:21
**70130** [2] - 763:3, 763:16
**70130-6004** [1] - 762:6
**70381** [1] - 762:20
**70502-3668** [1] - 762:3
**70726** [1] - 762:13
**70801-1910** [1] - 762:16
**70821-1366** [1] - 762:10
**75219** [1] - 761:24

## 8

**8** [2] - 814:23, 820:9
**855** [1] - 761:17
**888** [1] - 763:12
**8:30** [2] - 816:2, 829:20
**8:35** [1] - 816:13, 816:23

## 9

**9** [1] - 843:19
**90071-2627** [1] - 761:14

## A

**A** [241] - 762:14, 763:15, 765:15, 766:7, 766:15, 767:2, 767:8, 767:9, 767:21, 768:5, 768:6, 768:22, 768:23, 769:15, 769:16, 769:17, 769:24, 770:7, 770:13, 771:6,

827:16, 828:1, 829:1, 853:9

771:11, 771:18, 772:1, 772:10, 772:12, 772:14, 773:6, 773:7, 773:19, 774:5, 774:16, 775:20, 776:17, 777:5, 777:9, 777:16, 779:23, 780:1, 780:7, 781:16, 781:17, 781:19, 781:21, 781:23, 781:24, 782:12, 782:16, 782:17, 783:9, 783:18, 784:13, 784:14, 785:2, 785:7, 786:9, 786:12, 786:14, 786:25, 787:4, 787:10, 787:16, 787:18, 787:23, 788:10, 788:19, 789:11, 789:21, 790:15, 790:18, 790:25, 791:6, 792:25, 793:1, 793:2, 793:23, 794:1, 794:4, 795:7, 795:19, 796:1, 796:25, 797:6, 797:18, 798:18, 799:8, 799:16, 799:18, 799:24, 799:25, 800:2, 800:13, 801:17, 802:3, 802:21, 802:23, 802:25, 803:8, 803:17, 804:1, 804:3, 804:8, 804:16, 805:17, 805:20, 805:21, 805:22, 806:1, 806:3, 806:4, 806:5, 806:6, 806:15, 806:16, 806:24, 807:25, 808:4, 808:6, 808:13, 808:15, 809:9, 809:10, 809:25, 811:6, 811:20, 812:3, 813:22, 813:23, 814:3, 814:12, 814:20, 814:22, 814:24, 814:25, 815:15, 816:5, 816:19, 816:20, 817:24, 817:25, 818:12, 818:14, 818:19, 819:1, 819:3, 819:8, 819:11, 819:22, 819:24, 819:25, 820:3, 820:7, 820:12, 820:15, 820:21, 821:12, 821:15, 821:16,

DAILY COPY

821:21, 822:4, 822:9,
822:12, 822:13,
822:16, 822:25,
823:11, 823:13,
823:15, 823:17,
823:19, 823:22,
824:4, 824:5, 824:6,
824:7, 824:20, 825:6,
825:12, 825:16,
825:20, 825:21,
827:1, 828:6, 828:14,
828:20, 829:2, 829:9,
829:10, 830:6,
830:11, 831:16,
832:3, 832:10,
832:23, 833:2, 833:9,
833:19, 833:23,
833:25, 834:1, 834:4,
834:6, 835:11,
835:12, 835:13,
837:18, 837:20,
838:2, 838:21, 839:8,
839:12, 839:18,
840:5, 840:23, 841:8,
841:14, 841:15,
842:15, 842:22,
843:20, 843:23,
844:8, 844:14,
844:16, 849:20,
849:24, 851:4,
852:17, 853:2,
853:10, 853:13,
853:16, 853:18,
854:7, 854:9, 854:15

**ABILITY** [4] - 806:15,
806:24, 839:14,
854:10

**ABLE** [1] - 767:13

**ABOUT** [68] - 765:7,
766:18, 768:6,
769:13, 771:8,
777:11, 781:13,
782:10, 783:21,
785:5, 785:12,
787:19, 788:1, 788:9,
792:17, 793:2,
793:11, 794:18,
796:3, 797:7, 797:24,
799:5, 799:12, 800:3,
802:7, 802:22,
804:24, 805:3,
806:11, 808:4,
810:17, 811:10,
812:10, 813:23,
813:25, 814:19,
814:24, 815:6,
815:13, 816:3,
817:12, 819:3, 819:5,
819:24, 820:9, 821:5,
827:11, 832:10,
832:24, 841:18,

842:1, 842:5, 842:18,
843:4, 843:13,
843:22, 843:23,
844:13, 844:16,
846:16, 846:18,
846:20, 847:4, 848:4,
848:6, 848:9, 849:2

**ABOVE** [4] - 837:20,
838:2, 847:11, 854:11

**ABOVE-ENTITLED**
[1] - 854:11

**ABSOLUTELY** [1] -
814:11

**ABUNDANT** [1] -
780:22

**ACCEPTS** [1] -
817:22

**ACCOMPLISH** [2] -
790:18, 833:7

**ACCORDING** [1] -
832:21

**ACCORDINGLY** [1] -
845:20

**ACCOUNT** [1] -
821:4

**ACCUMULATED** [1]
- 847:8

**ACCURACY** [1] -
845:6

**ACCURATE** [7] -
767:3, 826:3, 826:21,
828:18, 829:18,
830:5, 834:19

**ACCURATELY** [1] -
830:10

**ACKNOWLEDGE** [1]
- 804:11

**ACTING** [1] - 784:15

**ACTIONS** [1] - 810:8

**ACTUAL** [5] - 783:8,
814:9, 815:5, 827:22,
835:4

**ACTUALLY** [14] -
768:18, 776:9, 789:9,
791:8, 791:9, 792:8,
800:5, 804:22,
808:13, 808:21,
813:10, 813:17,
819:3, 828:22

**ADDITION** [2] -
786:11, 800:13

**ADJACENT** [1] -
788:2

**ADJUST** [2] - 817:13,
845:20

**ADMITTED** [2] -
770:17, 813:21

**ADVANCE** [1] -
827:9

**ADVANCED** [3] -

808:5, 825:8, 825:11

**ADVICE** [1] - 832:21

**AERIAL** [5] - 802:5,
802:18, 804:20,
804:22, 836:21

**AFFECTED** [7] -
785:22, 785:25,
796:5, 798:5, 798:6,
800:8, 811:10

**AFFECTING** [1] -
780:24

**AFTER** [21] - 767:2,
775:4, 778:7, 782:25,
783:3, 783:6, 783:8,
783:10, 784:21,
785:9, 785:13,
788:13, 789:10,
793:20, 801:2, 804:6,
807:12, 807:14,
807:18, 807:21

**AFTERWARDS** [1] -
799:25

**AGAIN** [15] - 770:21,
786:15, 795:11,
795:14, 803:3,
803:24, 805:9, 807:5,
818:22, 828:1, 833:9,
841:22, 847:24,
848:3, 850:19

**AGAINST** [6] -
818:17, 819:2,
819:10, 822:1, 823:8,
835:13

**AGENCIES** [1] -
788:9

**AGES** [1] - 818:15

**AGO** [4] - 822:24,
825:20, 828:14, 829:3

**AGREE** [12] - 774:20,
775:18, 776:15,
777:25, 778:4,
778:15, 778:20,
786:10, 787:23,
791:19, 813:15, 833:5

**AHEAD** [6] - 777:4,
778:18, 791:11,
805:13, 809:11, 833:5

**AL** [2] - 761:2, 761:5

**ALL** [66] - 766:16,
767:15, 768:1,
771:15, 773:4,
775:24, 777:14,
783:11, 787:19,
788:4, 789:4, 789:18,
790:2, 792:19,
797:19, 798:8,
798:11, 800:11,
806:21, 809:1,
810:12, 812:23,
812:24, 812:25,

813:9, 813:16,
813:20, 814:20,
815:14, 815:24,
816:10, 817:1, 819:5,
819:13, 820:4,
820:21, 821:22,
822:5, 822:8, 823:21,
825:23, 826:18,
827:6, 828:8, 829:25,
830:4, 831:5, 836:3,
836:11, 837:8, 837:9,
839:21, 840:8, 841:4,
844:1, 844:17, 846:4,
848:3, 850:20, 851:4,
852:4, 852:6, 853:12,
853:15

**ALLOCATED** [1] -
793:6

**ALLOW** [9] - 787:9,
792:10, 801:14,
803:10, 809:21,
809:23, 817:24,
825:25, 849:15

**ALLOWABLE** [1] -
821:10

**ALLOWED** [3] -
812:18, 824:2, 851:15

**ALONG** [13] -
777:19, 779:8,
781:13, 784:18,
784:22, 785:6,
786:11, 811:22,
812:7, 812:14, 818:7,
825:4, 830:17

**ALREADY** [4] -
770:16, 809:7,
822:24, 834:1

**ALSO** [35] - 763:1,
765:25, 767:7,
777:15, 778:11,
787:25, 788:23,
789:12, 790:1,
791:16, 794:4, 794:9,
798:4, 798:15,
799:12, 800:14,
803:22, 817:8,
818:18, 818:20,
818:24, 819:13,
820:6, 820:12,
820:15, 821:2, 821:6,
821:8, 823:2, 823:9,
824:17, 837:16,
839:7, 845:6, 846:5

**ALTHOUGH** [3] -
778:8, 786:2, 809:21

**ALWAYS** [2] -
818:17, 845:4

**AM** [33] - 768:8,
768:12, 769:11,
769:12, 769:13,

769:14, 775:1, 779:4,
793:11, 798:18,
801:14, 801:17,
803:9, 808:21,
809:21, 810:4,
810:11, 812:12,
812:16, 823:21,
827:24, 829:15,
834:16, 840:20,
846:18, 849:17,
850:11, 851:3,
851:13, 851:17,
851:18, 852:1

**AMELIORATED** [1] -
812:8

**AMERICA** [2] -
761:5, 824:2

**AMERICAN** [1] -
824:7

**AMERICANS** [1] -
844:13

**AMIN** [1] - 763:6

**AMOUNT** [6] -
768:22, 812:20,
818:20, 824:15,
841:13, 841:25

**AMPLIFY** [2] -
769:10, 807:25

**AMSTERDAM** [1] -
822:20

**AN** [34] - 765:13,
768:2, 769:20,
769:24, 770:2, 780:1,
781:7, 782:10, 798:7,
800:9, 801:3, 801:10,
801:12, 802:5,
802:24, 804:16,
807:8, 811:12,
811:23, 817:18,
817:25, 820:21,
821:16, 823:11,
824:5, 831:1, 831:10,
832:13, 835:12,
836:13, 836:21,
841:17, 844:21,
851:13

**ANALYSIS** [2] -
801:12, 823:14

**ANALYZE** [1] - 852:3

**ANALYZED** [3] -
787:25, 852:3

**AND** [530] - 765:7,
765:15, 765:17,
765:22, 765:25,
766:9, 766:12,
766:15, 766:18,
766:20, 766:23,
766:25, 767:2, 767:6,
767:16, 767:21,
767:25, 768:2, 768:5,

768:9, 768:11,
768:12, 768:14,
768:16, 768:21,
769:6, 769:8, 769:14,
769:17, 769:25,
770:10, 770:12,
771:8, 771:19,
771:24, 772:4, 772:8,
772:10, 772:12,
772:17, 772:23,
774:11, 775:20,
775:24, 776:15,
776:17, 776:19,
776:22, 776:25,
777:8, 777:9, 777:10,
777:11, 777:14,
777:18, 777:21,
777:25, 778:8,
778:11, 778:21,
779:10, 779:15,
779:16, 779:24,
780:7, 780:10,
780:13, 780:23,
781:16, 781:17,
781:24, 782:1, 782:7,
782:11, 782:13,
782:14, 782:16,
782:17, 782:18,
782:24, 783:10,
783:15, 783:18,
783:21, 783:24,
784:1, 784:15,
784:17, 784:21,
785:5, 785:16,
785:20, 785:22,
785:24, 786:4,
786:10, 786:17,
786:19, 786:21,
786:25, 787:2,
787:12, 787:16,
787:18, 787:19,
787:20, 787:23,
787:25, 788:2, 788:4,
788:8, 788:11,
788:23, 789:1, 789:4,
789:8, 789:12,
789:21, 790:1,
790:10, 790:11,
790:12, 790:15,
790:18, 790:24,
791:13, 791:16,
791:24, 792:4, 792:5,
792:7, 792:12,
792:13, 792:14,
792:15, 792:24,
793:1, 793:3, 793:4,
793:5, 793:7, 793:9,
793:17, 793:23,
794:4, 794:7, 794:9,
794:12, 794:16,
794:24, 795:2, 795:3,

795:7, 795:11,
795:14, 795:16,
795:19, 795:22,
796:4, 798:2, 798:7,
798:8, 798:14,
798:25, 799:15,
799:24, 800:1, 800:5,
800:10, 800:11,
800:14, 800:18,
801:3, 801:4, 801:5,
801:6, 801:7, 801:12,
801:22, 802:11,
802:20, 802:21,
802:23, 803:5, 803:7,
803:8, 803:14,
803:17, 803:19,
804:3, 804:9, 804:16,
804:19, 805:16,
805:18, 805:19,
805:20, 805:21,
805:22, 805:25,
806:3, 806:4, 806:8,
806:12, 806:13,
806:18, 806:23,
807:8, 807:13,
807:18, 807:21,
807:22, 808:1, 808:7,
808:12, 808:14,
808:17, 808:18,
808:21, 808:25,
809:4, 809:6, 809:8,
809:9, 809:14,
809:15, 809:16,
809:17, 809:18,
810:7, 810:8, 810:9,
810:10, 810:13,
810:15, 811:3,
811:10, 811:19,
811:20, 812:2, 812:3,
812:18, 813:10,
813:12, 813:17,
813:25, 814:10,
815:4, 815:6, 815:7,
815:18, 815:19,
815:20, 816:2,
816:11, 816:17,
817:5, 817:8, 817:14,
817:18, 817:19,
818:3, 818:6, 818:15,
818:17, 818:19,
818:21, 818:22,
819:1, 819:2, 819:5,
819:12, 819:13,
819:24, 819:25,
820:1, 820:2, 820:3,
820:4, 820:5, 820:6,
820:15, 820:19,
820:21, 821:2, 821:3,
821:4, 821:8, 821:9,
821:12, 821:13,
821:14, 821:15,

821:19, 822:6, 822:8,
822:10, 822:16,
822:20, 822:21,
822:25, 823:2, 823:3,
823:8, 823:9, 823:11,
823:12, 823:25,
824:1, 824:2, 824:12,
824:13, 824:14,
824:17, 824:23,
825:4, 825:9, 825:10,
825:12, 825:15,
825:25, 826:5,
826:11, 826:12,
826:16, 826:18,
826:20, 827:5, 827:6,
827:7, 827:9, 827:12,
827:13, 828:1, 828:5,
828:8, 828:13,
828:24, 828:25,
829:1, 829:13,
829:18, 829:20,
829:22, 830:5, 830:6,
831:8, 831:9, 831:15,
831:16, 831:22,
831:23, 831:24,
832:8, 832:18,
832:19, 832:21,
832:22, 832:23,
833:3, 833:17,
833:18, 833:22,
833:23, 834:8, 834:9,
834:13, 834:23,
834:24, 835:2, 835:6,
835:7, 835:11,
835:12, 835:14,
835:15, 835:17,
835:20, 835:21,
836:6, 836:7, 836:9,
836:10, 836:13,
836:15, 836:17,
836:23, 836:24,
836:25, 837:12,
837:13, 837:15,
837:16, 837:18,
837:19, 837:24,
838:1, 838:2, 838:4,
838:8, 838:11,
838:19, 838:22,
838:23, 838:25,
839:9, 839:21,
839:23, 840:2, 840:8,
840:9, 840:12,
840:16, 841:1, 841:4,
841:6, 841:7, 841:8,
841:13, 841:17,
841:20, 841:24,
842:2, 842:3, 842:9,
842:10, 842:17,
842:21, 843:2,
843:10, 843:13,
843:14, 843:16,

843:18, 843:20,
843:24, 844:1, 844:4,
844:8, 844:11,
844:12, 844:14,
844:16, 844:18,
845:2, 845:4, 845:5,
845:15, 845:18,
845:25, 846:5, 846:9,
846:12, 846:18,
847:1, 847:4, 847:10,
847:19, 847:20,
847:24, 848:3, 848:8,
848:9, 848:15, 850:7,
850:11, 850:14,
850:15, 850:19,
851:4, 851:14,
851:18, 851:24,
852:3, 852:4, 852:7,
852:13, 852:14,
852:15, 854:9,
854:10, 854:11
  **ANDRY** [3] - 761:19,
761:19, 766:15
  **ANGELES** [1] -
761:14
  **ANNOTATION** [3] -
777:3, 780:3, 780:4
  **ANOTHER** [5] -
794:7, 822:22,
829:12, 831:19,
837:21
  **ANSWER** [15] -
767:6, 767:25, 768:3,
768:24, 769:4, 769:7,
776:10, 787:8, 787:9,
791:2, 799:6, 799:15,
801:24, 807:25, 825:5
  **ANSWERED** [5] -
766:20, 796:3, 796:4,
796:7, 801:4
  **ANSWERS** [3] -
795:16, 795:20, 797:7
  **ANTHONY** [2] -
840:2, 841:1
  **ANTICIPATED** [1] -
788:20
  **ANTICIPATORILY**
[1] - 851:3
  **ANY** [33] - 768:15,
769:2, 769:20,
771:12, 774:14,
774:24, 776:12,
778:4, 781:1, 789:8,
789:13, 790:25,
794:20, 796:23,
796:24, 799:8,
800:21, 801:6, 801:8,
804:20, 804:21,
807:7, 807:21,
809:16, 810:9, 814:8,

820:10, 824:11,
846:8, 846:9, 851:6,
851:7, 852:9
  **ANYMORE** [1] -
791:9
  **ANYTHING** [3] -
794:18, 797:1, 826:24
  **ANYWAY** [1] -
816:18
  **ANYWHERE** [3] -
811:22, 812:7, 812:14
  **APART** [1] - 777:12
  **APOLOGIZE** [1] -
833:12
  **APPARENT** [2] -
799:13, 799:14
  **APPARENTLY** [1] -
804:19
  **APPEAR** [1] - 844:6
  **APPEARANCES** [1] -
761:11
  **APPEARED** [1] -
843:18
  **APPEARS** [3] -
802:24, 803:18,
803:25
  **APPELLATION** [2] -
823:23, 823:24
  **APPOINTED** [2] -
787:5, 787:10
  **APPRECIATE** [2] -
811:5, 851:14
  **APPROPRIATE** [4] -
794:16, 822:6,
826:22, 826:25
  **APPROXIMATE** [1] -
820:8
  **APPROXIMATELY**
[5] - 816:23, 828:15,
829:22, 842:24, 846:3
  **APPROXIMATION**
[1] - 844:6
  **APRIL** [1] - 761:4
  **APRIL** [1] - 765:2
  **ARE** [62] - 765:13,
771:21, 772:1,
773:23, 775:1,
776:22, 778:6, 779:7,
779:10, 780:22,
781:4, 781:16,
785:22, 786:2, 786:6,
791:7, 792:20,
797:20, 798:11,
798:23, 799:2, 800:6,
804:6, 808:20,
809:13, 810:6,
815:24, 818:24,
819:13, 820:20,
821:1, 821:5, 821:6,
821:22, 822:5, 822:6,

822:21, 823:17, 823:20, 823:22, 823:25, 824:1, 824:2, 825:9, 826:13, 826:14, 827:1, 829:9, 830:22, 835:23, 836:1, 837:2, 837:9, 837:11, 840:2, 842:23, 845:5, 846:15, 849:25, 851:11

**AREA** [61] - 765:20, 766:1, 766:4, 767:8, 768:12, 769:17, 770:1, 771:24, 772:2, 774:11, 775:11, 776:1, 776:8, 776:12, 777:15, 779:8, 779:15, 779:17, 781:14, 781:24, 782:2, 783:15, 783:20, 784:2, 785:5, 785:8, 785:12, 785:19, 786:3, 789:18, 794:9, 798:3, 798:7, 798:11, 799:25, 801:10, 801:17, 801:23, 802:4, 802:12, 802:21, 802:22, 803:16, 803:25, 804:1, 804:20, 805:18, 811:21, 818:14, 826:10, 828:12, 835:12, 838:22, 841:21, 844:3, 844:4, 844:6, 844:7, 844:19

**AREAS** [13] - 777:19, 780:13, 783:16, 785:17, 785:22, 788:3, 790:3, 812:24, 813:1, 819:14, 822:20, 825:12, 827:10

**ARGUMENTATIVE** [1] - 813:12

**AROUND** [3] - 811:6, 822:24, 824:13

**ARPENT** [4] - 779:16, 782:14, 850:1, 850:4

**ARRIVAL** [1] - 825:21

**ARRIVED** [3] - 815:11, 815:16, 830:11

**ARRIVES** [1] - 837:18

**ARROW** [3] - 777:9,

801:19, 802:13

**AS** [95] - 768:3, 768:20, 768:24, 769:6, 769:7, 769:9, 771:17, 774:8, 775:16, 775:17, 778:20, 779:20, 780:1, 780:23, 780:24, 781:18, 783:16, 783:23, 784:17, 786:14, 786:25, 787:18, 788:4, 789:11, 791:25, 793:19, 794:24, 796:18, 798:15, 800:8, 800:13, 801:3, 802:11, 804:3, 804:11, 804:23, 805:6, 805:11, 807:3, 807:8, 809:8, 814:23, 816:22, 817:5, 817:18, 817:23, 818:7, 818:22, 819:22, 820:20, 821:6, 823:21, 823:23, 824:7, 824:13, 824:14, 825:15, 830:9, 831:10, 832:6, 832:13, 832:16, 832:17, 832:18, 832:24, 833:3, 833:22, 834:12, 837:14, 837:25, 838:4, 838:8, 839:12, 840:9, 841:11, 844:4, 844:21, 845:6, 846:3, 848:19, 848:21, 849:7, 852:2, 852:14

**ASCERTAIN** [5] - 771:12, 821:20, 824:19, 826:24, 832:13

**ASHLEY** [1] - 763:2

**ASIDE** [2] - 807:7, 812:13

**ASK** [11] - 770:21, 782:1, 797:6, 801:17, 806:19, 810:25, 812:16, 824:9, 849:15, 849:24, 851:15

**ASKED** [21] - 766:18, 767:5, 778:2, 783:4, 795:19, 796:1, 796:3, 796:18, 797:13, 797:24, 799:12, 801:6, 805:3, 806:11, 811:9, 824:11,

824:19, 836:3, 837:6, 850:19, 852:2

**ASKING** [2] - 810:22, 812:6

**ASPECT** [1] - 849:21

**ASSESSING** [1] - 770:12

**ASSIMILATION** [2] - 791:6, 792:23

**ASSISTANCE** [2] - 791:22, 793:5

**ASSISTANT** [1] - 824:2

**ASSOCIATE** [1] - 824:1

**ASSOCIATED** [3] - 773:20, 800:15, 800:24

**ASSOCIATES** [2] - 761:12, 762:7

**ASSUME** [5] - 809:2, 828:24, 840:23, 846:5, 851:16

**ASSUMES** [4] - 838:5, 849:6, 849:12, 850:13

**ASSUMPTIONS** [5] - 832:2, 849:12, 850:21, 852:14, 852:20

**AT** [93] - 766:9, 766:12, 766:15, 766:25, 767:13, 768:19, 772:11, 772:13, 772:22, 773:17, 774:5, 774:16, 775:1, 775:16, 775:17, 776:9, 777:20, 777:21, 778:25, 781:20, 782:4, 783:10, 784:15, 785:6, 787:5, 787:11, 787:18, 787:19, 790:15, 793:23, 794:1, 794:4, 795:14, 795:16, 796:1, 798:13, 799:9, 799:22, 800:5, 801:1, 801:3, 804:18, 804:19, 807:21, 808:24, 809:16, 810:9, 812:1, 812:4, 813:23, 814:16, 814:23, 815:11, 816:23, 817:1, 819:5, 819:21, 820:7, 825:21, 826:13, 826:22, 827:12, 827:21, 827:25,

828:15, 829:11, 830:11, 830:16, 834:9, 834:17, 835:7, 835:11, 836:8, 836:11, 837:10, 837:11, 839:11, 840:17, 841:14, 843:6, 843:19, 844:3, 845:14, 845:15, 845:16, 847:7, 849:19, 849:24, 850:8, 852:24

**ATTEMPTS** [1] - 818:13

**AUGUST** [4] - 814:22, 816:13, 828:3, 828:16

**AUTHORITY** [3] - 791:20, 792:25, 793:11

**AUTHORIZATION** [2] - 791:16, 794:13

**AUTHORIZED** [1] - 792:23

**AVAILABLE** [4] - 790:11, 793:18, 807:17, 825:9

**AVENUE** [2] - 761:23, 762:12

**AVERAGE** [4] - 782:10, 782:12, 782:13

**AVERAGED** [1] - 843:18

**AVERAGES** [1] - 844:18

**AVERAGING** [1] - 843:17

**AVOID** [1] - 792:16

**AWARE** [13] - 779:7, 779:10, 789:4, 794:20, 808:10, 808:24, 809:13, 810:6, 810:11, 822:16, 840:16, 840:20, 852:19

**AWAY** [4] - 827:25, 839:9, 842:15, 848:1

**AWHILE** [1] - 852:22

___

**B**

**B** [2] - 761:19, 825:16

**BACK** [15] - 770:22, 770:25, 778:8, 797:14, 802:21, 810:1, 811:19, 814:22, 828:13, 834:9, 834:23, 839:24, 843:24, 848:8

**BACK-UP** [1] - 814:22

**BACKGROUND** [2] - 814:19, 817:25

**BAD** [1] - 820:3

**BAEZA** [1] - 763:5

**BAND** [1] - 781:21

**BANK** [9] - 772:6, 772:25, 776:7, 779:15, 788:23, 794:7, 794:25, 795:8, 798:13

**BARGE** [1] - 777:9

**BARON** [1] - 761:22

**BARONNE** [2] - 761:17, 761:20

**BARRIER** [6] - 819:20, 819:23, 819:24, 820:12, 820:19

**BARRIERS** [2] - 819:16, 820:10

**BASE** [1] - 786:4

**BASED** [8] - 769:9, 771:12, 783:14, 783:21, 800:3, 811:23, 832:2, 840:24

**BASIC** [1] - 803:8

**BASICALLY** [3] - 789:18, 810:12, 812:6

**BASIN** [3] - 785:2, 785:21, 785:22

**BASIS** [3] - 820:7, 823:3, 823:7

**BATON** [2] - 762:10, 762:16

**BATTERIES** [1] - 814:23

**BAYOU** [7] - 779:16, 786:2, 794:1, 798:14, 812:13

**BE** [83] - 765:5, 767:9, 767:13, 770:24, 771:1, 772:10, 772:24, 773:4, 774:21, 774:24, 775:4, 775:9, 775:11, 775:21, 776:1, 776:3, 776:7, 776:8, 776:12, 776:19, 776:21, 781:1, 789:1, 790:19, 791:17, 791:18, 792:4, 792:10, 794:3, 794:14, 794:21, 797:1, 797:25, 798:22, 799:4, 799:5, 799:9, 799:10, 800:4, 803:8, 803:25, 808:2, 808:6, 808:13, 813:9,

813:11, 813:20,
814:14, 817:7, 818:1,
818:21, 819:13,
819:22, 820:14,
821:17, 821:19,
822:3, 822:12,
822:22, 823:1, 823:4,
823:19, 825:17,
826:21, 827:2,
829:12, 833:7, 834:4,
834:21, 838:22,
839:16, 841:2,
841:11, 844:12,
845:13, 845:14,
847:7, 850:13, 852:19
**BEA** [6] - 826:16,
833:17, 835:16,
835:24, 836:7, 837:25
**BEA'S** [3] - 838:5,
838:8, 849:11
**BEAMS** [1] - 820:20
**BECAME** [4] -
792:23, 808:17,
808:25, 820:7
**BECAUSE** [36] -
768:10, 770:7, 778:2,
778:9, 778:13, 779:3,
779:13, 781:1,
781:20, 785:23,
785:25, 798:13,
799:3, 800:4, 805:25,
808:7, 818:20,
821:17, 821:22,
827:3, 827:24,
830:15, 835:17,
835:22, 839:8,
840:10, 842:15,
842:21, 843:23,
845:16, 845:18,
847:25, 849:10,
850:12, 851:4, 851:18
**BECOME** [1] -
808:14
**BECOMES** [3] -
772:24, 792:8, 839:18
**BECOMING** [1] -
782:2
**BEDS** [1] - 805:16
**BEEN** [44] - 768:4,
768:22, 770:16,
771:4, 771:5, 771:6,
772:5, 772:20,
772:23, 773:10,
777:8, 777:10, 784:1,
784:22, 785:2, 785:4,
785:6, 785:22,
785:25, 786:3,
786:17, 788:1,
789:19, 792:17,
793:20, 794:15,

794:17, 795:8, 798:4,
798:8, 800:12, 801:4,
807:7, 807:13,
818:16, 819:15,
829:1, 832:25, 834:3,
845:16, 847:10,
852:12, 852:13,
852:24
**BEFORE** [15] -
761:8, 766:20, 771:5,
776:9, 784:25, 788:7,
804:6, 810:13,
811:14, 811:15,
813:7, 823:20,
831:16, 851:15,
851:19
**BEFOREHAND** [1] -
830:9
**BEGAN** [2] - 783:22,
784:5
**BEGIN** [2] - 765:8,
793:8
**BEGINNING** [2] -
791:8, 851:5
**BEGINS** [1] - 767:25
**BEGUN** [1] - 783:16
**BEING** [17] - 767:5,
777:11, 779:20,
780:23, 781:5,
782:25, 788:21,
791:20, 794:24,
801:1, 801:8, 805:10,
807:3, 812:1, 814:8,
843:14, 851:14
**BELABORING** [1] -
841:22
**BELIEVE** [2] -
790:20, 838:18
**BEND** [3] - 777:21,
777:22
**BENEATH** [1] -
835:12
**BENEFIT** [3] -
821:13, 823:5, 823:13
**BENEFITS** [1] -
806:6
**BENJAMIN** [1] -
763:13
**BERNARD** [7] -
768:16, 782:11,
792:24, 830:12,
831:22, 836:23,
851:24
**BEST** [3] - 821:6,
844:4, 854:9
**BETTER** [4] - 775:20,
797:10, 820:4, 844:6
**BETWEEN** [20] -
767:25, 768:16,
779:15, 782:5,

782:10, 782:14,
782:17, 802:23,
803:13, 803:17,
804:9, 805:18, 807:8,
810:13, 821:15,
823:6, 823:11, 841:5,
847:1, 847:19
**BEYOND** [3] - 798:3,
809:19, 852:2
**BIENVENUE** [2] -
794:1, 798:14
**BIG** [2] - 798:13,
819:12
**BILLION** [1] - 820:9
**BIT** [15] - 781:17,
782:16, 802:22,
808:4, 811:6, 817:25,
818:12, 819:3,
819:11, 833:2,
833:19, 834:2,
837:18, 838:2, 853:2
**BLOW** [1] - 833:19
**BLOWING** [1] -
816:16
**BLOWN** [3] - 780:20,
780:23, 781:5
**BLUE** [13] - 802:12,
837:21, 837:23,
838:1, 838:13,
838:14, 842:14,
842:19, 847:1,
847:19, 847:25,
848:25, 849:1
**BLVD** [1] - 762:19
**BOAT** [1] - 777:17
**BOB** [1] - 826:16
**BORGNE** [3] -
782:11, 782:15,
782:18
**BOTH** [19] - 770:10,
777:19, 778:10,
794:2, 803:22, 804:6,
804:7, 804:14,
809:14, 810:6,
840:12, 842:8,
842:10, 842:25,
843:2, 843:10, 846:1,
846:15
**BOTTOM** [8] -
772:13, 777:21,
827:21, 833:2,
843:15, 843:18,
845:24, 846:15
**BOUNDARY** [2] -
826:12, 831:22
**BOWL** [3] - 818:21,
836:25, 837:2
**BOWLS** [1] - 836:22
**BOX** [4] - 762:2,
762:9, 762:19, 763:12

**BRANCH** [1] - 763:5
**BREACH** [18] -
824:15, 826:14,
834:3, 834:7, 835:21,
836:6, 836:7, 840:9,
841:12, 841:17,
841:25, 842:4, 842:9,
842:16, 846:5,
846:23, 847:9, 849:12
**BREACHED** [3] -
833:23, 837:15, 841:3
**BREACHES** [19] -
824:17, 836:10,
837:19, 837:25,
838:5, 838:7, 838:9,
840:12, 840:24,
842:23, 846:9, 848:8,
848:15, 849:25,
850:14, 850:15,
852:3, 852:4
**BREACHING** [10] -
834:5, 835:7, 835:16,
841:13, 845:25,
846:1, 848:19, 849:7,
852:5
**BREAKING** [1] -
805:25
**BREAKS** [1] - 848:24
**BREAKUP** [2] -
803:18, 804:1
**BRENDAN** [1] -
762:23
**BRIEFLY** [1] - 826:8
**BRING** [4] - 797:14,
801:17, 828:13
**BROAD** [2] - 781:21,
784:13
**BROKEN** [1] -
840:13
**BROUGHT** [3] -
797:16, 801:11,
810:17
**BROWN** [4] - 780:13,
781:24, 782:2
**BRUNO** [95] -
761:16, 761:16,
814:16, 815:4, 815:9,
815:15, 815:19,
815:22, 816:1, 816:5,
816:8, 816:11,
816:14, 816:17,
816:20, 817:1,
817:17, 817:24,
818:5, 818:8, 818:10,
822:15, 824:25,
825:3, 825:17,
825:19, 827:17,
827:18, 827:22,
827:24, 828:4, 828:8,
828:9, 828:13,

828:17, 828:22,
828:25, 829:5, 829:8,
829:14, 829:17,
829:22, 829:24,
830:20, 830:22,
830:25, 831:3, 831:6,
832:10, 832:12,
833:1, 833:6, 833:11,
833:13, 833:14,
836:13, 838:16,
840:1, 840:4, 840:19,
840:21, 842:12,
844:25, 845:23,
847:1, 847:4, 847:19,
847:22, 847:23,
848:17, 849:5,
849:10, 849:15,
849:19, 849:22,
849:23, 850:3, 850:7,
850:9, 850:11,
850:18, 850:24,
850:25, 851:10,
851:13, 851:18,
851:20, 852:11,
852:18, 852:22,
853:1, 853:5, 853:7,
853:11, 853:17
**BRUNO** [1] - 764:9
**BRUNO'S** [2] -
766:9, 766:12
**BUDD** [1] - 761:22
**BUDGET** [1] - 820:1
**BUFFERING** [3] -
771:8, 781:7, 805:6
**BUILD** [1] - 823:14
**BUILT** [7] - 772:5,
778:20, 778:22,
779:2, 779:8, 784:22,
826:11
**BUNCH** [1] - 829:9
**BUREAUCRACY** [1]
- 796:24
**BUSY** [1] - 818:16
**BUT** [84] - 768:3,
768:8, 769:22,
770:13, 771:1, 773:7,
773:10, 773:23,
774:13, 776:7, 777:4,
777:15, 779:14,
779:18, 780:1, 781:2,
781:14, 781:19,
783:14, 783:17,
784:23, 784:24,
785:13, 785:18,
785:24, 786:14,
787:4, 787:13,
787:16, 789:12,
790:23, 793:11,
794:20, 794:22,
797:1, 798:20,

798:23, 799:9, 800:6,
800:13, 803:5,
810:12, 811:12,
813:15, 815:15,
818:23, 819:11,
820:13, 820:22,
821:2, 821:14,
821:19, 822:3,
822:11, 822:13,
823:10, 823:18,
824:2, 829:12,
829:15, 831:22,
834:16, 836:14,
837:6, 837:9, 837:18,
839:2, 839:7, 839:10,
839:13, 840:2,
841:17, 841:22,
842:4, 843:2, 843:6,
843:19, 844:19,
845:2, 847:6, 849:11,
849:24, 851:13,
851:19
  **BY** [4] - 763:18,
763:18, 764:5, 764:9
  **BY** [147] - 761:13,
761:16, 761:19,
761:23, 762:1, 762:5,
762:8, 762:12,
762:15, 762:18,
762:22, 763:1, 763:5,
765:10, 766:20,
767:24, 768:13,
768:17, 769:3,
769:19, 770:3,
770:14, 771:16,
773:16, 774:10,
775:10, 775:17,
775:25, 777:24,
778:19, 780:6,
780:23, 781:6, 782:6,
784:12, 785:22,
785:25, 786:13,
787:11, 787:14,
787:22, 788:8, 788:9,
789:1, 789:25, 791:5,
791:12, 791:17,
792:21, 795:25,
797:5, 797:11,
797:22, 798:3, 798:5,
800:10, 801:16,
802:12, 802:17,
803:11, 803:19,
804:2, 805:2, 805:24,
806:14, 806:22,
807:11, 807:14,
807:25, 809:12,
810:5, 811:8, 812:4,
812:18, 814:22,
815:12, 818:10,
819:10, 819:11,
819:14, 820:6,

820:14, 820:20,
821:6, 822:8, 822:15,
822:22, 824:21,
825:3, 825:19,
827:18, 828:9,
828:17, 828:19,
829:24, 831:6, 831:7,
831:8, 831:9, 831:10,
831:23, 832:12,
832:15, 832:19,
833:6, 833:14,
833:17, 835:13,
837:25, 838:16,
838:18, 838:19,
838:23, 839:9, 840:1,
840:4, 840:21, 841:1,
841:25, 842:4,
842:12, 843:21,
844:12, 844:16,
844:19, 844:21,
844:25, 845:1, 845:9,
845:12, 845:21,
845:23, 846:6,
847:23, 848:17,
849:13, 849:23,
850:14, 850:18,
850:25, 851:20,
852:20
  **BYZANTINE** [1] -
790:22

# C

  **C** [9] - 762:5, 762:8,
762:12, 762:14,
762:15, 762:18,
762:18, 764:8, 765:1
  **CA** [1] - 761:14
  **CALCULATE** [4] -
825:9, 825:11, 826:7,
852:4
  **CALCULATED** [2] -
831:14, 831:23
  **CALCULATING** [1] -
770:3
  **CALCULATION** [5] -
769:15, 771:12,
822:3, 834:1, 844:7
  **CALCULATIONS**
[10] - 768:15, 769:3,
770:13, 770:14,
827:9, 827:14,
831:13, 832:23,
845:3, 852:15
  **CALIBRATE** [1] -
806:9
  **CALL** [7] - 775:19,
802:10, 817:2, 824:2,
825:22, 827:15, 832:1
  **CALLED** [7] -
780:23, 791:22,

792:25, 823:22,
824:1, 824:4, 826:21
  **CALVIN** [1] - 762:12
  **CAME** [1] - 811:14
  **CAMERA** [3] -
814:22, 815:1, 815:7
  **CAN** [69] - 767:11,
767:15, 767:18,
767:19, 769:10,
772:8, 772:10,
772:12, 772:14,
777:1, 777:6, 777:15,
779:24, 780:25,
781:14, 787:8,
787:13, 790:24,
791:1, 791:2, 796:11,
796:15, 797:8,
797:14, 798:15,
800:10, 801:19,
802:9, 802:20,
802:21, 804:2,
804:18, 807:25,
810:3, 810:21, 815:2,
815:4, 815:16,
816:11, 816:17,
816:18, 817:13,
818:6, 821:13,
821:25, 825:4,
828:20, 829:5,
830:17, 832:24,
833:7, 833:19, 834:7,
837:9, 841:10,
844:24, 845:1, 845:8,
847:7, 852:7, 852:13,
852:14, 853:3
  **CAN'T** [3] - 770:8,
791:3, 849:18
  **CANAL** [42] - 773:6,
773:7, 773:10,
773:12, 773:15,
773:19, 773:22,
773:25, 774:8,
774:12, 774:14,
775:2, 775:9, 775:19,
776:7, 776:9, 777:8,
777:19, 777:21,
777:23, 778:22,
779:3, 779:5, 779:16,
782:14, 792:19,
792:20, 812:21,
840:5, 840:24, 842:3,
842:16, 846:1, 848:1,
848:4, 848:8, 848:24,
849:2, 850:4
  **CANALS** [5] - 773:1,
773:3, 777:10, 779:6,
824:13
  **CANNOT** [2] - 821:3,
852:8
  **CAPACITY** [1] -

781:8
  **CAPTION** [1] -
772:13
  **CAREFULLY** [2] -
782:4, 782:7
  **CARONDELET** [1] -
763:2
  **CARRIED** [1] - 793:1
  **CASE** [19] - 766:7,
766:18, 768:14,
792:9, 795:12, 797:1,
804:9, 821:20,
821:22, 824:10,
826:15, 831:16,
831:25, 834:6,
834:15, 838:22,
843:25, 845:5, 846:4
  **CATASTROPHIC** [1]
- 851:23
  **CATEGORY** [1] -
822:14
  **CAUSE** [5] - 824:20,
825:6, 839:16,
840:24, 846:1
  **CAUSED** [13] -
786:13, 803:19,
806:14, 841:25,
842:3, 842:4, 845:25,
846:6, 846:18,
849:13, 850:14,
852:5, 852:9
  **CAUSES** [4] - 840:8,
846:4, 846:15, 848:3
  **CAUSING** [2] -
788:1, 851:23
  **CCR** [3] - 763:15,
854:7, 854:15
  **CENTER** [1] - 781:10
  **CENTRAL** [17] -
779:10, 779:14,
779:20, 781:21,
784:5, 785:16, 786:1,
786:8, 786:15,
786:22, 787:17,
788:2, 798:7, 800:1,
836:25, 837:2
  **CENTURIES** [1] -
818:15
  **CENTURY** [5] -
784:23, 785:3, 785:7,
785:12, 787:14
  **CERTAIN** [10] -
768:22, 768:23,
769:16, 773:22,
773:23, 806:12,
825:21, 827:7, 830:6,
830:12
  **CERTAINLY** [9] -
783:2, 784:10,
790:24, 792:10,

796:9, 800:6, 810:12,
816:16, 818:2
  **CERTIFICATE** [1] -
854:5
  **CERTIFICATION** [1]
- 828:5
  **CERTIFIED** [1] -
830:10
  **CERTIFY** [1] - 854:8
  **CETERA** [2] -
815:21, 852:15
  **CHALLENGED** [1] -
852:13
  **CHANCE** [1] - 767:2
  **CHANGE** [3] -
799:16, 832:20,
836:10
  **CHANGED** [2] -
790:5, 831:22
  **CHANGES** [3] -
782:16, 788:2, 832:2
  **CHANGING** [2] -
832:21, 832:22
  **CHANNEL** [22] -
772:22, 774:20,
774:25, 775:4,
775:21, 776:2,
776:12, 782:18,
789:2, 790:12, 795:2,
802:15, 803:23,
808:18, 824:20,
831:25, 837:24,
838:25, 841:3,
842:22, 846:5, 848:15
  **CHANNEL'S** [1] -
814:25
  **CHANNELS** [1] -
825:10
  **CHARACTER** [1] -
786:7
  **CHARACTERISTIC**
[2] - 769:17, 777:7
  **CHARACTERISTIC
S** [3] - 805:14, 831:18,
852:8
  **CHARACTERIZATI
ON** [1] - 812:1
  **CHARACTERIZE** [1]
- 812:2
  **CHEAPER** [1] -
821:17
  **CHECK** [1] - 827:10
  **CHOP** [1] - 844:8
  **CHRONOLOGICAL**
[1] - 829:12
  **CIAP** [3] - 791:22,
793:6, 793:12
  **CIRCLE** [4] - 772:2,
780:17, 781:11,
781:14

**CIRCULAR** [2] - 771:24, 820:19
**CIRCUMSTANCE** [1] - 790:25
**CITATION** [1] - 852:17
**CITE** [1] - 769:22
**CITIES** [1] - 822:20
**CITY** [1] - 762:20
**CITY** [2] - 792:24, 824:13
**CIVIL** [1] - 819:21
**CLARIFICATION** [2] - 779:19, 814:3
**CLARIFY** [4] - 779:13, 787:4, 787:8, 787:9
**CLASS** [1] - 828:5
**CLEAR** [19] - 768:10, 771:4, 772:11, 774:7, 777:3, 777:15, 778:11, 778:13, 780:3, 780:4, 784:25, 786:23, 801:19, 821:2, 821:5, 850:6, 850:13, 850:19, 852:6
**CLEARER** [1] - 803:25
**CLEARLY** [6] - 769:23, 773:20, 786:14, 792:20, 805:22, 831:17
**CLEARS** [1] - 802:6
**CLERK** [8] - 765:5, 814:14, 817:4, 817:7, 817:12, 817:16, 828:3, 853:4
**CLEVER** [1] - 820:2
**CLOCK** [1] - 827:13
**CLOSE** [2] - 820:11, 843:8
**CLOSED** [1] - 820:14
**CLOSER** [1] - 802:22
**CLOSEST** [1] - 840:2
**COAST** [1] - 781:1
**COASTAL** [4] - 791:22, 793:5, 817:19
**COLLECTION** [1] - 802:7
**COLOR** [1] - 790:25
**COLUMN** [6] - 833:18, 833:20, 834:4, 835:14, 835:15, 835:23
**COMBINATION** [1] - 844:3
**COMBINE** [1] - 821:8
**COME** [2] - 816:3, 843:24
**COMES** [2] - 820:15,

850:20
**COMING** [3] - 839:2, 851:19
**COMMENT** [2] - 788:8, 791:3
**COMMENTED** [2] - 788:7
**COMMENTS** [2] - 784:2, 808:7
**COMMISSION** [1] - 787:10
**COMMON** [2] - 812:22, 839:12
**COMMUNITIES** [1] - 783:11
**COMMUNITY** [2] - 805:20, 806:9
**COMPETING** [1] - 793:9
**COMPILED** [1] - 800:15
**COMPLETE** [1] - 819:25
**COMPLETED** [1] - 799:20
**COMPLETELY** [2] - 785:9, 821:3
**COMPLETION** [1] - 801:2
**COMPLEX** [1] - 762:8
**COMPLEX** [1] - 784:14
**COMPLICATED** [1] - 790:25
**COMPONENT** [1] - 814:18
**COMPUTER** [6] - 843:17, 844:2, 844:3, 844:17, 845:2, 845:18
**COMPUTER** [1] - 763:18
**CONCEPT** [1] - 822:4
**CONCERNED** [1] - 819:5
**CONCERNING** [1] - 851:7
**CONCLUDE** [1] - 813:7
**CONCLUDED** [1] - 787:12
**CONCLUDES** [1] - 835:16
**CONCLUSION** [3] - 831:19, 833:2, 833:23
**CONCLUSIONS** [2] - 787:19, 850:11
**CONCRETE** [1] - 821:3

**CONDITION** [3] - 786:15, 832:14, 851:22
**CONDITIONS** [4] - 824:12, 826:12, 831:23, 837:23
**CONDUITS** [1] - 796:25
**CONFERENCES** [1] - 813:22
**CONFIRM** [2] - 813:8, 814:4
**CONFUSED** [1] - 777:4
**CONFUSING** [2] - 841:10, 841:11
**CONFUSION** [1] - 843:13
**CONIFERS** [1] - 798:23
**CONJUNCTION** [1] - 780:21
**CONNECTION** [1] - 828:5
**CONOR** [1] - 763:7
**CONSENSUS** [1] - 784:14
**CONSIDER** [2] - 796:2, 811:16
**CONSIDERABLE** [1] - 785:11
**CONSIDERABLY** [1] - 831:13
**CONSIDERATION** [1] - 823:5
**CONSIDERING** [1] - 808:12
**CONSIST** [1] - 815:19
**CONSISTENT** [3] - 815:11, 815:12, 829:19
**CONSTRUCT** [1] - 821:24
**CONSTRUCTED** [6] - 772:21, 772:23, 775:5, 776:13, 786:11, 808:2
**CONSTRUCTING** [1] - 790:15
**CONSTRUCTION** [30] - 773:23, 774:20, 782:9, 784:18, 785:13, 786:8, 786:13, 788:5, 788:6, 788:8, 788:12, 788:13, 788:14, 788:20, 789:5, 789:9, 789:10, 789:12, 790:12, 793:7,

793:20, 805:19, 807:13, 807:14, 808:11, 809:16, 810:9, 810:13
**CONSULT** [1] - 813:2
**CONTAINING** [2] - 774:11, 774:15
**CONTEMPLATES** [1] - 842:8
**CONTEMPLATION** [1] - 808:6
**CONTEND** [1] - 789:15
**CONTENT** [2] - 832:20, 845:5
**CONTEXT** [3] - 811:13, 833:16, 851:14
**CONTINUED** [2] - 788:17, 789:11
**CONTINUING** [3] - 788:10, 789:12, 789:22
**CONTINUOUS** [1] - 788:8
**CONTINUOUSLY** [1] - 781:2
**CONTRIBUTE** [4] - 832:15, 840:11, 846:25, 847:15
**CONTRIBUTED** [5] - 831:11, 831:13, 832:14, 838:18, 840:25
**CONTRIBUTING** [4] - 784:17, 786:9, 825:6, 840:24
**CONTRIBUTION** [5] - 839:5, 839:10, 839:18, 839:19, 847:2
**CONTROL** [6] - 784:18, 784:22, 784:24, 785:8, 786:11, 794:7
**CONTROLLING** [1] - 794:25
**COPY** [3] - 767:9, 814:3, 851:4
**CORNER** [4] - 774:21, 815:5, 816:8, 836:19
**CORPS** [9] - 768:19, 769:22, 789:4, 789:14, 808:4, 808:10, 808:24, 809:13, 810:6
**CORRECT** [48] - 765:13, 765:19, 765:24, 766:11,

766:14, 766:17, 766:22, 767:4, 767:22, 768:2, 771:13, 771:14, 772:7, 772:18, 773:1, 774:23, 775:22, 776:2, 776:24, 780:9, 780:15, 784:20, 785:15, 788:16, 788:22, 788:25, 789:3, 790:14, 790:17, 791:15, 791:19, 794:11, 799:19, 800:16, 813:19, 819:17, 819:18, 826:17, 832:7, 834:20, 836:5, 839:15, 849:3, 849:4, 850:16, 850:21, 851:12, 854:9
**CORRECTLY** [2] - 799:6, 834:16
**COST** [8] - 820:1, 820:8, 821:13, 821:14, 823:5, 823:8, 823:13, 845:5
**COST-BENEFIT** [2] - 823:5, 823:13
**COULD** [20] - 776:9, 776:25, 793:20, 794:22, 795:8, 795:23, 799:3, 799:5, 799:16, 806:9, 807:7, 811:4, 813:3, 814:3, 824:17, 829:11, 830:11, 832:18, 835:14, 837:6
**COULDN'T** [1] - 780:25
**COUNSEL** [15] - 778:18, 784:9, 796:15, 801:7, 802:25, 808:7, 809:21, 810:24, 810:25, 811:2, 811:4, 811:5, 813:14, 813:20, 814:4
**COUNSEL'S** [1] - 811:25
**COUNTRY** [12] - 790:23, 818:16, 819:5, 819:8, 819:12, 822:16, 822:17, 822:19, 823:22, 823:23, 823:24
**COUPLE** [3] - 797:6, 813:22, 829:2
**COURSE** [6] - 809:6, 822:4, 833:25, 837:11, 843:20,

852:18
**COURT** [1] - 763:15
**COURT** [202] - 761:1, 765:6, 766:15, 766:21, 767:11, 767:15, 767:18, 768:1, 769:1, 769:6, 770:7, 770:16, 770:20, 770:22, 770:24, 771:7, 771:11, 771:15, 773:12, 774:4, 774:5, 774:7, 775:3, 775:13, 775:16, 775:18, 775:24, 777:3, 778:18, 780:3, 781:23, 782:1, 784:10, 787:8, 789:13, 789:20, 789:23, 790:22, 791:10, 792:2, 792:6, 792:10, 795:16, 795:23, 796:9, 796:15, 796:18, 796:22, 796:24, 796:25, 797:10, 797:18, 800:19, 801:1, 801:6, 801:14, 801:20, 801:24, 802:2, 802:6, 802:8, 802:25, 803:7, 803:8, 803:9, 804:4, 804:8, 804:11, 804:14, 804:18, 804:24, 805:8, 805:12, 806:19, 807:6, 807:10, 808:19, 808:23, 809:4, 809:6, 809:20, 810:1, 810:4, 810:24, 811:4, 811:5, 811:24, 812:2, 812:12, 812:22, 813:2, 813:6, 813:14, 813:17, 813:20, 813:25, 814:6, 814:9, 814:10, 814:13, 814:15, 815:3, 815:8, 815:14, 815:18, 815:21, 815:23, 816:4, 816:7, 816:10, 816:13, 816:16, 816:19, 816:25, 817:11, 817:20, 817:22, 818:2, 818:6, 821:19, 821:24, 822:8, 825:2, 825:14, 825:25, 827:16, 827:20, 827:23, 828:2, 828:7, 828:20, 828:23, 829:4, 829:7, 829:9, 829:15,

829:21, 830:15, 830:21, 830:24, 831:1, 831:5, 832:8, 832:11, 833:5, 833:9, 833:12, 833:19, 838:4, 838:7, 838:11, 838:14, 840:3, 840:16, 840:20, 841:24, 842:8, 844:20, 845:8, 845:11, 845:20, 845:22, 845:24, 846:22, 847:3, 847:6, 847:12, 847:15, 847:21, 848:13, 849:6, 849:9, 849:11, 849:17, 849:20, 850:5, 850:8, 850:10, 850:13, 850:23, 851:2, 851:8, 851:11, 851:17, 852:10, 852:12, 852:19, 852:24, 853:3, 853:9, 853:14, 853:16, 854:7, 854:8, 854:16
**COURT'S** [4] - 765:5, 808:23, 840:13, 840:16
**COURTROOM** [1] - 827:25
**COVERED** [4] - 809:18, 812:24, 812:25, 851:6
**CREATE** [1] - 772:5
**CREST** [1] - 835:3
**CREVASSES** [1] - 785:7
**CREVASSING** [1] - 785:9
**CROOKED** [1] - 773:6
**CROSS** [7] - 765:8, 765:9, 801:11, 803:7, 809:19, 813:1, 852:14
**CROSS** [1] - 764:5
**CROSS-EXAMINATION** [5] - 765:8, 765:9, 803:7, 809:19, 813:1
**CROSS-EXAMINATION** [1] - 764:5
**CROSS-EXAMINE** [2] - 801:11, 852:14
**CRR** [2] - 763:15, 854:15
**CRYSTAL** [1] - 850:19
**CULTURE** [1] - 824:7
**CURRENT** [2] -

831:24, 832:17
**CURRENTLY** [1] - 791:7
**CURRICULUM** [1] - 818:2
**CUT** [5] - 777:8, 777:10, 785:2, 785:17, 786:2
**CUTTING** [14] - 782:20, 782:25, 783:3, 783:5, 783:6, 783:8, 783:10, 784:5, 799:13, 799:15, 811:11, 811:20, 811:23, 812:9
**CV** [1] - 824:25
**CYCLE** [1] - 800:13
**CYPRESS** [38] - 771:25, 772:1, 774:11, 774:14, 774:24, 775:1, 775:3, 775:8, 775:19, 776:15, 776:18, 778:10, 780:8, 780:11, 780:16, 780:22, 780:24, 780:25, 781:1, 781:4, 781:6, 781:9, 781:11, 781:14, 781:18, 781:19, 781:20, 781:22, 782:2, 783:15, 783:24, 784:4, 787:2, 798:23, 801:3, 801:23, 805:15

# D

**D** [3] - 763:10, 764:1, 765:1
**DALLAS** [1] - 761:24
**DAMAGE** [12] - 789:15, 793:18, 807:18, 807:19, 807:21, 846:8, 846:9, 846:13, 847:13, 847:15, 852:9
**DAMAGES** [1] - 807:14
**DAMS** [1] - 786:13
**DANGEROUS** [2] - 819:9, 819:13
**DANIEL** [1] - 763:5
**DATA** [17] - 768:19, 769:7, 771:8, 783:2, 800:15, 800:21, 801:6, 801:8, 802:18, 803:3, 826:17, 826:18, 826:20, 826:24, 827:2, 843:16, 844:5
**DATED** [1] - 829:5

**DAY** [36] - 764:4, 765:7, 765:11, 765:13, 766:7, 767:5, 770:2, 771:17, 774:19, 776:15, 777:25, 778:20, 782:9, 782:20, 784:13, 786:9, 790:1, 792:22, 795:22, 796:1, 797:6, 797:23, 798:2, 798:15, 799:12, 802:18, 804:3, 805:3, 806:11, 806:23, 809:13, 810:6, 810:17, 813:5, 826:16, 832:22
**DAY'S** [3] - 801:22, 802:14, 811:1
**DAY..** [1] - 768:1
**DAYS** [1] - 818:23
**DC** [1] - 763:13
**DEAD** [3] - 776:20, 778:12, 799:3
**DEAL** [5] - 768:6, 808:25, 818:13, 821:2, 851:5
**DEALING** [1] - 768:4
**DEALT** [3] - 766:5, 771:2, 811:18
**DEATH** [1] - 800:7
**DECADE** [1] - 787:16
**DECADES** [1] - 786:16
**DECIDE** [1] - 812:4
**DECIDED** [2] - 820:11, 822:24
**DECIDUOUS** [2] - 798:23, 798:24
**DECISION** [4] - 791:24, 796:25, 797:2, 822:23
**DECISION-MAKING** [1] - 791:24
**DECREASING** [1] - 821:23
**DEEP** [1] - 778:9
**DEFECTIVE** [1] - 851:22
**DEFECTS** [1] - 821:1
**DEFENDANT** [1] - 763:4
**DEFENSE** [2] - 819:1, 823:12
**DEFER** [1] - 769:13
**DEFINE** [1] - 779:20
**DEFINED** [4] - 779:13, 779:14, 779:17, 779:18
**DEFINING** [1] - 820:15

**DEFINITION** [2] - 806:23, 809:6
**DEGRADATION** [2] - 802:23, 803:22
**DEGRADED** [4] - 799:3, 804:9, 824:20, 824:24
**DEGREED** [1] - 765:15
**DELETERIOUS** [1] - 835:17
**DELFT** [1] - 819:21
**DELTA** [7] - 786:21, 786:25, 787:12, 792:25, 793:11, 818:14, 819:23
**DEMONSTRATE** [1] - 830:11
**DEMONSTRATED** [2] - 803:13, 813:17
**DEMONSTRATIVE** [2] - 813:10, 814:18
**DEMONSTRATIVES** [1] - 815:20
**DENHAM** [1] - 762:13
**DENSE** [2] - 798:8, 805:15
**DENSITY** [1] - 770:11
**DEPARTMENT** [1] - 763:4
**DEPENDING** [1] - 844:11
**DEPICTED** [2] - 798:4, 798:11
**DEPICTS** [1] - 841:2
**DEPOSITION** [25] - 766:7, 766:9, 766:15, 766:25, 767:2, 767:5, 767:9, 767:17, 767:18, 795:11, 795:14, 795:17, 795:22, 795:23, 796:1, 796:12, 796:16, 803:5, 810:18, 811:2, 811:13, 812:1, 812:5, 845:7, 850:8
**DEPOSITIONS** [2] - 766:10, 850:5
**DEPRESSIONS** [1] - 819:11
**DEPTH** [1] - 845:16
**DEPUTY** [6] - 765:5, 814:14, 817:4, 817:7, 817:12, 817:16
**DERIVES** [1] - 802:14
**DESCRIBE** [5] -

776:25, 778:6,
792:22, 793:3, 844:4
**DESCRIBED** [5] -
780:7, 791:6, 797:24,
798:1, 821:6
**DESIGN** [14] - 808:5,
808:9, 817:18,
819:15, 819:22,
820:2, 820:24,
820:25, 821:21,
821:25, 822:5,
822:19, 823:4
**DESIGNATION** [1] -
802:10
**DESIGNED** [2] -
822:21, 823:17
**DETAIL** [2] - 833:1,
833:4
**DETAILED** [2] -
783:17, 789:15
**DETERIORATED** [3]
- 832:14, 838:23,
838:25
**DETERIORATING**
[1] - 786:25
**DETERIORATION**
[6] - 778:1, 778:3,
778:5, 778:7, 778:16,
799:7
**DETERMINATIVE** [1]
- 851:23
**DETERMINE** [3] -
776:11, 821:25, 832:5
**DEVELOP** [1] -
818:22
**DID** [47] - 768:17,
768:20, 769:14,
769:15, 769:22,
770:4, 770:13, 772:1,
780:13, 780:16,
781:9, 782:2, 782:18,
783:17, 786:4,
787:25, 790:3,
791:16, 801:2,
801:11, 803:4,
808:14, 809:22,
824:9, 825:5, 825:24,
826:6, 826:24, 827:6,
828:7, 830:4, 830:8,
831:19, 839:2, 839:5,
839:22, 840:6,
840:11, 845:20,
846:23, 846:24,
847:15, 850:15,
852:3, 852:4
**DIDN'T** [20] - 766:25,
767:3, 770:17,
770:19, 771:1,
780:19, 782:17,
784:25, 788:17,

791:14, 794:15,
795:3, 808:8, 810:22,
830:1, 832:15, 837:1,
840:19, 846:10,
847:22
**DIE** [2] - 783:24,
784:5
**DIFFERED** [2] -
788:13, 789:9
**DIFFERENCE** [4] -
831:17, 841:5, 843:7,
847:1
**DIFFERENT** [9] -
779:13, 784:15,
790:7, 805:23,
819:11, 829:14,
843:6, 844:17, 845:13
**DIFFERENTLY** [2] -
779:14, 779:18
**DIFFICULT** [3] -
799:10, 807:6, 827:2
**DIKE** [4] - 772:5,
773:8, 774:15, 835:13
**DIKES** [11] - 818:17,
818:21, 818:24,
818:25, 819:14,
824:15, 826:13,
834:2, 834:6, 837:14
**DIMENSIONAL** [2] -
805:17, 805:22
**DIMENSIONS** [1] -
812:18
**DIRECT** [3] - 768:11,
810:24, 818:9
**DIRECT** [1] - 764:9
**DIRECTLY** [1] -
769:14
**DISAPPEAR** [2] -
787:15, 787:16
**DISAPPEARED** [1] -
783:13
**DISBURSING** [1] -
841:20
**DISCHARGE** [1] -
819:9
**DISCUSSED** [7] -
769:4, 793:19,
801:22, 812:1,
813:11, 813:12, 814:5
**DISCUSSING** [1] -
822:21
**DISCUSSION** [3] -
822:25, 839:9, 843:4
**DISPUTE** [1] - 804:8
**DISRUPT** [1] - 831:2
**DISTANCE** [5] -
777:12, 782:14,
782:17, 843:6, 844:6
**DISTINGUISHED** [1]
- 804:17

**DISTRACTED** [1] -
796:13
**DISTRIBUTIONS** [1]
- 821:7
**DISTRICT** [5] -
761:1, 761:1, 761:8,
854:8
**DITCH** [3] - 843:19,
843:20, 845:19
**DO** [71] - 765:23,
766:7, 766:8, 767:5,
767:11, 767:15,
769:18, 770:13,
771:11, 773:20,
775:18, 778:2, 778:4,
778:13, 778:25,
783:18, 787:9, 792:2,
794:12, 795:11,
795:19, 796:6,
796:24, 797:2, 797:8,
797:18, 798:20,
802:23, 803:22,
803:24, 806:24,
810:1, 811:9, 811:16,
813:2, 813:22,
815:23, 816:5, 821:6,
821:12, 821:20,
821:24, 822:8,
822:17, 823:5,
824:10, 826:8,
826:22, 826:24,
828:10, 830:18,
831:10, 831:19,
832:11, 832:24,
836:3, 836:9, 836:20,
838:18, 839:1, 845:2,
846:22, 847:7,
850:12, 850:23,
852:20, 854:8
**DOCKET** [1] - 761:3
**DOCTOR** [2] - 780:4,
789:13
**DOCUMENT** [2] -
799:16, 833:15
**DOCUMENTED** [2] -
783:12, 785:6
**DOES** [12] - 769:20,
769:21, 790:24,
791:24, 805:5, 806:5,
823:13, 823:23,
831:1, 833:18,
842:19, 844:2
**DOESN'T** [4] -
768:11, 801:8,
821:16, 844:17
**DOING** [2] - 807:1,
827:24
**DOLLAR** [1] - 793:2
**DOMENGEAUX** [1] -
762:1

**DON'T** [36] - 769:7,
773:7, 774:19,
775:20, 776:16,
777:4, 778:1, 778:13,
778:24, 783:17,
787:14, 790:20,
790:22, 794:18,
796:2, 799:2, 800:9,
800:20, 804:8,
804:20, 805:1, 809:9,
811:13, 812:22,
813:12, 816:2,
821:21, 823:18,
835:22, 836:6, 836:7,
844:13, 849:20,
850:16, 851:8, 851:12
**DONE** [10] - 767:8,
770:14, 790:23,
791:2, 792:18, 807:7,
808:2, 815:12, 837:7,
843:17
**DOORS** [2] - 820:14,
820:19
**DOWN** [14] - 780:17,
780:19, 780:20,
780:23, 781:5,
781:10, 798:19,
813:25, 815:24,
821:14, 823:10,
836:18, 847:25, 853:1
**DOZEN** [1] - 785:7
**DR** [45] - 765:11,
765:13, 766:7, 767:5,
768:1, 768:15, 770:2,
771:17, 774:19,
776:15, 777:25,
778:20, 782:9,
782:20, 784:13,
786:9, 790:1, 792:22,
795:22, 796:1, 797:6,
797:23, 798:2,
798:15, 799:12,
801:22, 802:14,
802:18, 804:3, 805:3,
806:11, 806:23,
809:13, 810:6,
810:17, 811:1, 813:5,
817:23, 833:17,
835:16, 835:24,
838:5, 838:8, 849:11
**DRAGGED** [3] -
777:8, 777:10, 777:11
**DRAINING** [1] -
818:17
**DRAMATIC** [1] -
804:25
**DRAW** [1] - 787:19
**DRAWING** [1] -
845:21
**DREDGED** [5] -

775:9, 775:11, 776:1,
776:3, 776:5
**DREW** [1] - 833:23
**DROWNING** [1] -
791:10
**DRY** [1] - 848:16
**DUDENHEFER** [2] -
762:4, 762:5
**DUE** [9] - 818:23,
818:25, 822:22,
831:15, 837:17,
838:24, 841:8, 846:4,
847:17
**DUG** [4] - 774:15,
792:19, 797:25,
831:25
**DUMAS** [2] - 762:7,
762:8
**DUNCAN** [1] -
826:16
**DUPRE** [2] - 794:1,
798:14
**DURING** [26] - 767:5,
768:20, 769:21,
790:11, 793:20,
795:22, 798:1,
798:25, 804:25,
807:21, 808:13,
808:18, 809:16,
810:9, 814:6, 818:15,
819:13, 820:11,
820:13, 824:12,
825:25, 826:22,
832:6, 835:4, 837:14,
841:4
**DUVAL** [5] - 761:8,
818:11, 825:4,
840:10, 840:23
**DX** [1] - 767:17
**DYING** [1] - 800:6

## E

**E** [8] - 763:2, 764:1,
765:1, 825:17,
825:18, 836:14
**E-MAIL** [1] - 836:14
**EACH** [5] - 826:21,
836:15, 836:16,
843:8, 844:11
**EARLY** [4] - 773:20,
785:7, 785:14, 793:13
**EARTHQUAKES** [1]
- 821:8
**EAST** [15] - 773:8,
775:20, 775:24,
776:1, 776:12,
778:22, 815:1,
831:22, 834:9, 835:9,
836:22, 837:19,
839:22, 839:24,

851:24
**EAST** [1] - 762:23
**EASTERN** [3] -
761:1, 819:19, 854:8
**ECONOMIC** [2] -
822:23, 823:3
**ECONOMICALLY** [3]
- 808:1, 809:14, 810:7
**EDGE** [1] - 781:13
**EDGES** [1] - 782:5
**EDITORIALIZING** [1]
- 816:2
**EDWARDS** [1] -
762:1
**EFFECT** [6] - 769:9,
769:24, 771:8,
781:12, 805:6, 831:15
**EFFECTIVE** [1] -
794:3
**EFFECTS** [3] -
788:11, 835:17,
835:21
**EFFORT** [2] - 793:6,
819:1
**EHRLICH** [1] - 763:6
**EIFFEL** [2] - 820:20,
820:22
**EIGHT** [3] - 811:13,
828:15, 829:19
**EIGHT-HOUR** [1] -
811:13
**EITHER** [6] - 765:17,
772:24, 776:7,
791:18, 832:14,
848:19
**EL** [1] - 763:6
**EL-AMIN** [1] - 763:6
**ELEMENTS** [4] -
777:25, 778:4,
778:15, 819:25
**ELEVATION** [6] -
835:2, 837:13, 838:8,
842:24, 843:4, 843:21
**ELEVATIONS** [1] -
852:4
**ELICITING** [1] -
851:13
**ELIMINATION** [1] -
781:6
**ELISA** [1] - 762:22
**ELMO** [6] - 767:12,
767:16, 767:19,
795:23, 796:14
**ELSE** [1] - 841:11
**ELWOOD** [2] -
762:18, 762:18
**EMPLOYED** [2] -
819:22, 820:1
**END** [1] - 787:14
**ENERGY** [2] - 793:5,

805:25
**ENERGY-
BREAKING** [1] -
805:25
**ENGINEER** [2] -
765:13, 819:22
**ENGINEERING** [6] -
765:15, 765:17,
817:19, 819:21,
820:25, 833:25
**ENGINEERS** [1] -
822:17
**ENGINEERS'** [2] -
768:19, 769:22
**ENHANCED** [1] -
838:23
**ENORMOUS** [1] -
822:22
**ENOUGH** [1] -
821:11
**ENTER** [1] - 824:16
**ENTERED** [2] -
783:16, 814:8
**ENTERING** [1] -
795:3
**ENTIRE** [4] - 786:20,
798:6, 812:14, 813:13
**ENTIRELY** [2] -
779:21, 790:3
**ENTIRETY** [1] -
813:9
**ENTITIES** [1] - 788:9
**ENTITLED** [3] -
812:2, 812:3, 854:11
**ENTRY** [1] - 835:8
**ENVIRONMENT** [1] -
776:15
**EPISODIC** [1] -
785:11
**EPISODICALLY** [1] -
781:3
**EQUAL** [1] - 806:6
**EQUILIBRIUM** [1] -
823:11
**EQUIVALENCE** [1] -
824:5
**EQUIVALENT** [2] -
824:5, 824:8
**ERECTED** [1] -
819:16
**ERECTING** [1] -
818:16
**EROSION** [5] -
788:23, 794:7,
794:25, 795:8, 831:15
**ESQ** [29] - 761:13,
761:16, 761:19,
761:20, 761:23,
762:1, 762:5, 762:8,
762:12, 762:15,

762:15, 762:18,
762:22, 762:23,
763:1, 763:2, 763:6,
763:6, 763:7, 763:7,
763:8, 763:8, 763:9,
763:9, 763:10,
763:10, 763:11,
763:11, 763:12
**ESSENCE** [1] - 801:4
**ESSENTIALLY** [3] -
783:11, 800:11, 826:1
**ESTABLISH** [3] -
829:18, 849:18,
852:21
**ESTIMATE** [1] -
823:2
**ESTIMATES** [2] -
768:21, 806:8
**ET** [4] - 761:2, 761:5,
815:21, 852:15
**EURO** [1] - 845:9
**EVALUATE** [1] -
839:5
**EVALUATING** [1] -
823:16
**EVEN** [4] - 775:20,
798:10, 807:12,
839:17
**EVENT** [1] - 782:21
**EVER** [1] - 822:8
**EVERY** [1] - 849:21
**EVERYBODY** [3] -
783:9, 817:13, 841:11
**EVERYTHING** [1] -
834:24
**EVIDENCE** [9] -
778:7, 784:2, 787:20,
792:10, 812:5,
813:16, 815:10,
818:3, 827:6
**EVIDENT** [10] -
798:22, 799:18,
800:24, 803:12,
803:17, 804:17,
807:12, 808:14,
808:18, 808:25
**EXACT** [2] - 804:18,
852:23
**EXACTLY** [3] -
838:10, 844:5, 850:2
**EXAMINATION** [7] -
765:8, 765:9, 797:4,
803:7, 809:19, 813:1,
818:9
**EXAMINATION** [3] -
764:5, 764:6, 764:9
**EXAMINE** [3] -
774:13, 801:11,
852:14
**EXAMINED** [1] -

801:7
**EXAMPLE** [5] -
791:6, 801:3, 807:8,
823:14, 824:5
**EXCUSE** [3] - 770:5,
774:4, 846:24
**EXHIBIT** [18] -
771:21, 772:8,
779:24, 802:8,
814:17, 814:18,
815:18, 818:3,
827:15, 827:16,
829:1, 830:18, 831:1,
833:12, 836:14,
836:16, 836:17
**EXHIBITS** [4] -
813:10, 814:3,
849:17, 851:11
**EXIST** [2] - 785:24,
785:25
**EXISTED** [2] - 771:5,
831:14
**EXISTENCE** [1] -
838:25, 851:22
**EXISTENT** [1] -
831:17
**EXISTING** [1] -
768:22
**EXISTS** [1] - 783:8
**EXPAND** [1] - 812:18
**EXPECT** [6] -
768:23, 769:15,
769:25, 787:15,
833:24, 841:18
**EXPECTED** [8] -
788:5, 788:12,
788:14, 789:5, 789:8,
823:14, 841:2, 841:14
**EXPERIENCE** [1] -
768:11
**EXPERIENCED** [6] -
824:21, 832:19,
838:19, 841:1, 841:4,
842:5
**EXPERT** [13] -
768:14, 771:20,
772:8, 786:10,
800:22, 801:9, 803:4,
817:18, 828:24,
832:13, 844:21,
850:10, 851:6
**EXPERTISE** [10] -
765:20, 766:1, 766:4,
767:8, 768:12,
770:11, 805:10,
805:12, 849:11,
852:12
**EXPERTS** [5] -
770:15, 826:15,
826:21, 843:24,

852:20
**EXPLAIN** [6] - 787:8,
833:15, 841:8, 843:3,
843:12, 851:25
**EXPLAINING** [1] -
769:12
**EXPLORE** [1] - 833:1
**EXPRESS** [1] -
769:20
**EXPRESSED** [1] -
796:4
**EXTENSIVE** [3] -
781:18, 805:15,
805:16
**EXTENT** [4] - 789:15,
789:16, 798:2, 830:11
**EXTRA** [3] - 841:8,
848:10, 848:13
**EXTRAPOLATED** [2]
- 769:8, 822:10
**EYE** [2] - 827:6,
844:2

## F

**F** [1] - 763:8
**FACT** [7] - 786:4,
798:9, 803:7, 808:4,
814:5, 821:15, 842:18
**FACTOR** [3] -
786:23, 822:22,
851:23
**FACTORS** [8] -
784:15, 784:17,
786:9, 786:11,
786:20, 787:19,
787:24, 788:1
**FAILURE** [7] -
818:25, 821:10,
833:21, 835:15,
835:23, 840:11
**FAILURES** [2] -
833:21, 841:5
**FAIRLY** [1] - 806:4
**FALLEN** [1] - 781:15
**FAMILIAR** [1] - 768:9
**FAMILY** [1] - 817:15
**FAR** [6] - 803:13,
824:7, 827:4, 835:22,
838:1, 843:15
**FARTHER** [1] -
842:15
**FAST** [1] - 827:4
**FATAL** [1] - 801:4
**FAYARD** [2] -
762:11, 762:12
**FEASIBILITY** [4] -
793:2, 806:12,
806:15, 809:7
**FEASIBLE** [12] -

792:4, 794:24, 806:20, 806:21, 806:24, 807:17, 807:22, 808:10, 809:1, 809:8, 809:14, 810:7

**FEATURES** [2] - 772:23, 805:25

**FEDERAL** [1] - 784:23

**FEEL** [2] - 783:22, 787:4

**FEET** [43] - 805:18, 834:17, 834:25, 835:1, 836:10, 837:20, 838:2, 838:3, 838:21, 838:23, 838:24, 839:13, 839:14, 841:6, 841:7, 841:8, 841:18, 841:20, 841:21, 842:1, 842:2, 842:5, 843:22, 844:13, 844:14, 844:16, 844:18, 846:4, 846:6, 846:7, 846:16, 846:20, 847:4, 847:14, 848:5, 848:6, 848:9, 848:11, 849:2

**FENCE** [8] - 815:5, 816:3, 816:4, 816:6, 816:8, 816:9, 816:15, 816:17

**FEW** [5] - 817:24, 823:19, 823:25, 825:20, 828:14

**FIELD** [2] - 800:14, 817:18

**FIGURE** [13] - 769:23, 771:3, 771:19, 779:23, 779:25, 780:2, 781:9, 797:13, 801:18, 801:20, 801:21, 802:14

**FIGURED** [1] - 797:9

**FINAL** [4] - 823:21, 830:21, 833:10, 837:20

**FINANCIAL** [4] - 806:16, 806:19, 807:1, 807:24

**FIND** [7] - 810:20, 821:10, 840:10, 841:24, 845:25, 852:22, 853:3

**FINDS** [2] - 840:23, 842:3

**FINE** [4] - 814:7, 844:21, 844:23, 845:4

**FINEL** [4] - 825:9, 825:15, 831:23

**FINER** [1] - 843:15

**FINISHED** [3] - 767:2, 793:2, 819:21

**FIRM** [4] - 761:19, 762:4, 762:7, 762:22

**FIRST** [27] - 777:21, 783:8, 797:15, 797:16, 799:16, 799:20, 799:24, 800:10, 814:20, 818:11, 820:7, 825:23, 827:19, 830:3, 832:17, 833:3, 833:25, 837:8, 837:16, 839:23, 840:17, 842:14, 842:24, 843:5, 844:1, 852:10, 852:21

**FITZGERALD** [1] - 826:16

**FIVE** [14] - 822:11, 823:9, 841:21, 842:5, 843:16, 844:11, 844:12, 845:12, 846:7, 846:20, 847:4, 853:10

**FLAT** [1] - 844:3

**FLEE** [1] - 827:12

**FLOAT** [1] - 820:14

**FLOATING** [1] - 820:14

**FLOOD** [13] - 784:18, 784:21, 784:22, 784:23, 785:8, 785:10, 786:11, 835:8, 839:17, 844:5, 845:16, 846:1, 847:14

**FLOODED** [4] - 785:23, 827:10, 837:15, 839:6

**FLOODING** [22] - 818:13, 818:15, 819:4, 819:6, 824:15, 824:21, 825:6, 825:13, 828:12, 831:11, 831:17, 832:6, 832:15, 838:1, 838:3, 838:19, 838:21, 840:25, 841:25, 846:15, 851:23

**FLOOR** [3] - 837:12, 838:2, 843:13

**FLORA** [1] - 771:9

**FLORIDA** [1] - 762:12

**FLOW** [3] - 799:21, 853:6

**FLOWING** [2] - 819:8, 821:7

**FLOWS** [4] - 822:2, 827:3, 827:4

**FOCUS** [1] - 802:21

**FOCUSSING** [1] - 839:22

**FOLIAGE** [11] - 776:16, 776:18, 778:11, 778:13, 778:14, 798:20, 798:21, 798:24, 799:2

**FOLLOW** [2] - 796:25, 830:17

**FOLLOWING** [2] - 767:6

**FOLLOWS** [1] - 817:6

**FOOT** [13] - 839:8, 839:11, 841:15, 843:19, 845:12, 846:3, 846:19, 846:21, 847:17, 847:19

**FOOTAGE** [2] - 814:21

**FOR** [89] - 761:12, 762:22, 763:4, 764:3, 767:9, 768:14, 770:14, 772:6, 774:15, 774:19, 775:19, 776:1, 776:18, 777:18, 778:6, 779:6, 781:6, 783:18, 785:2, 785:4, 786:5, 786:16, 786:20, 787:13, 787:14, 790:10, 790:24, 791:6, 792:7, 793:9, 793:12, 794:3, 794:19, 794:25, 796:18, 796:20, 796:23, 798:2, 798:7, 800:25, 804:3, 804:20, 804:23, 806:6, 808:11, 808:17, 810:23, 811:21, 813:3, 814:17, 814:20, 814:23, 817:8, 818:3, 821:4, 822:19, 822:24, 823:2, 823:3, 823:14, 823:17, 824:5, 824:25, 825:14, 825:24, 826:25, 827:20, 827:24, 828:17, 830:3, 830:16, 830:17, 830:18, 831:21, 832:8, 832:13,

**FLOWING** [continued] 835:23, 836:15, 840:13, 841:22, 843:10, 843:16, 843:17, 843:23, 844:12, 846:3, 850:19, 852:18

**FOREGOING** [1] - 854:9

**FORESHORE** [22] - 795:7, 796:2, 796:5, 808:6, 808:11, 808:17, 808:25, 809:1, 809:2, 809:15, 809:22, 810:8, 810:14, 810:19, 811:10, 811:16, 811:19, 811:21, 811:22, 812:7, 812:15, 812:17

**FOREST** [2] - 787:6, 798:8

**FORESTED** [3] - 785:1, 787:11, 787:12

**FORGET** [1] - 812:22

**FORGIVE** [3] - 840:19, 841:22, 850:7

**FORGOT** [1] - 842:18

**FORM** [1] - 824:20

**FORMULA** [1] - 771:12

**FORTH** [1] - 802:21

**FOUND** [2] - 809:13, 810:6

**FOUR** [5] - 805:18, 836:24, 842:2, 843:22, 844:14

**FOX** [1] - 814:23

**FRAME** [1] - 800:25

**FRAMES** [1] - 828:11

**FRANK** [1] - 762:5

**FRANKLIN** [1] - 763:13

**FRANZ** [4] - 831:9, 836:24, 840:2, 841:1

**FRANZES** [1] - 842:5

**FRANZES'** [3] - 840:22, 841:14, 842:1

**FREQUENCY** [1] - 822:17

**FRESH** [11] - 783:11, 785:11, 785:16, 785:18, 794:9, 800:11, 805:20

**FRESHWATER** [6] - 785:4, 789:18, 790:2, 805:4, 805:7, 806:6

**FROM** [77] - 769:7, 771:3, 771:20, 772:8, 772:9, 776:11, 779:5,

779:8, 779:23, 780:2, 780:17, 781:7, 781:10, 782:2, 783:5, 785:2, 785:18, 786:2, 786:18, 788:5, 788:14, 788:19, 789:9, 791:16, 792:25, 795:3, 798:6, 798:18, 799:9, 799:13, 799:15, 802:4, 802:14, 802:18, 804:16, 805:4, 809:7, 809:9, 810:18, 811:19, 812:9, 814:25, 815:13, 818:24, 819:4, 819:14, 819:24, 821:7, 822:2, 827:2, 827:3, 827:25, 828:11, 830:6, 830:19, 832:3, 832:22, 836:9, 837:18, 838:3, 839:3, 839:17, 841:1, 842:15, 842:21, 842:22, 846:3, 848:1, 848:3, 848:19, 850:3, 850:21, 854:10

**FRUSTRATING** [1] - 797:1

**FRUSTRATION** [1] - 796:23

**FULL** [1] - 824:7

**FUNCTION** [1] - 784:25

**FUNDED** [4] - 792:17, 793:1, 794:19, 794:21

**FUNDING** [2] - 791:14, 793:10

**FURTHER** [4] - 774:13, 796:20, 842:21

## G

**G** [4] - 763:10, 765:1, 817:10, 817:15

**GAVE** [7] - 766:9, 767:6, 795:20, 797:7, 828:25, 829:2, 834:4

**GENERAL** [10] - 769:4, 771:7, 772:1, 776:8, 786:14, 787:24, 796:4, 808:5, 808:8, 852:16

**GENERALLY** [4] - 772:2, 775:18, 839:8, 839:10

**GENERATED** [3] - 768:17, 769:3, 770:3

**GEODATA** [2] - 843:15, 844:23
**GET** [19] - 777:4, 790:23, 791:2, 792:19, 797:19, 803:9, 817:11, 818:6, 827:2, 828:20, 829:10, 833:2, 838:20, 849:10, 850:6, 850:16, 851:19
**GETS** [9] - 834:25, 836:8, 846:15, 846:18, 848:4, 848:8, 848:9, 848:19, 848:24
**GETTING** [2] - 792:17, 794:19
**GIANT** [1] - 804:8
**GILBERT** [15] - 762:22, 762:22, 770:5, 770:9, 770:18, 790:20, 792:1, 796:11, 797:5, 797:8, 797:11, 797:21, 797:22, 800:23, 801:5, 801:10, 801:16, 801:21, 801:25, 802:3, 802:7, 802:9, 802:17, 803:11, 804:2, 804:7, 804:10, 804:13, 804:15, 804:22, 805:2, 805:24, 806:18, 806:22, 807:5, 807:11, 809:3, 809:5, 809:12, 809:25, 810:3, 810:5, 810:21, 811:1, 811:8, 812:9, 812:24, 813:3, 813:15, 813:19, 814:8, 814:11
**GILBERT** [1] - 764:6
**GIS** [8] - 800:15, 800:21, 801:25, 802:2, 802:3, 802:9, 802:18, 803:3
**GIVE** [12] - 796:15, 802:9, 812:25, 814:18, 815:10, 822:4, 828:20, 829:10, 832:23, 845:16, 849:20, 851:14
**GIVEN** [5] - 780:1, 789:14, 817:14, 824:16, 824:17
**GIVES** [3] - 837:12, 837:13, 844:18
**GIVING** [1] - 766:7
**GIWW** [1] - 834:9
**GLITCH** [1] - 816:20

**GO** [16] - 777:4, 778:18, 779:24, 791:11, 797:18, 805:13, 809:11, 811:7, 818:7, 833:3, 833:5, 835:22, 839:21, 839:23, 839:24, 842:13
**GOES** [3] - 821:14, 837:20, 850:1
**GOING** [29] - 769:11, 769:12, 769:13, 770:7, 779:16, 791:9, 792:10, 801:14, 801:17, 803:9, 808:12, 809:21, 809:23, 812:16, 813:23, 816:18, 822:25, 823:10, 826:14, 831:4, 839:23, 839:24, 843:23, 847:25, 849:10, 849:19, 851:3, 852:1, 853:10
**GONE** [1] - 798:3
**GOOD** [9] - 765:6, 765:11, 792:17, 796:19, 813:4, 814:16, 829:17, 832:10, 832:24
**GOT** [9] - 796:13, 816:23, 834:17, 839:9, 841:11, 847:17, 851:4, 852:7, 853:2
**GOVERNMENT** [1] - 762:9
**GOVERNMENT** [3] - 792:24, 804:11, 804:15
**GOVERNMENT'S** [1] - 804:4
**GOVERNMENTAL** [1] - 788:9
**GOVERNOR** [1] - 787:11
**GOVERNOR'S** [1] - 787:5
**GRADUALLY** [1] - 816:17
**GRANT** [2] - 792:25, 793:1
**GRAPH** [4] - 843:20, 843:21, 845:20, 849:20
**GRAPHS** [1] - 845:16
**GRASS** [1] - 835:21
**GREEN** [17] - 777:9, 780:8, 781:9, 781:24, 802:15, 837:12,

841:2, 841:7, 841:11, 845:14, 845:21, 846:3, 847:10, 847:20, 848:14, 848:19, 848:21
**GREIF** [1] - 763:7
**GREW** [1] - 778:8
**GRID** [10] - 843:14, 843:15, 843:16, 843:17, 843:23, 844:19, 844:20, 844:21, 845:2, 845:9
**GROUND** [6] - 781:17, 837:20, 843:21, 844:8, 845:15, 846:7
**GROUP** [1] - 832:16
**GROUPS** [1] - 768:3
**GROWS** [1] - 818:21
**GROWTH** [1] - 822:23
**GUESS** [3] - 778:12, 794:22, 812:11
**GULF** [1] - 815:1

# H

**HABITAT** [1] - 770:12
**HAD** [43] - 767:2, 768:21, 769:16, 771:4, 771:5, 772:5, 772:23, 773:19, 781:2, 781:12, 783:12, 786:2, 786:8, 792:19, 797:16, 800:14, 800:25, 805:17, 805:22, 808:5, 808:8, 811:17, 811:23, 819:22, 822:23, 824:11, 824:23, 827:11, 827:12, 830:6, 832:25, 833:3, 834:3, 836:25, 838:21, 839:2, 839:3, 843:18, 846:8, 847:13, 850:5
**HALF** [8] - 785:7, 793:2, 814:25, 819:25, 820:19, 841:7, 841:8, 844:14
**HAND** [9] - 772:4, 773:22, 774:12, 777:20, 778:22, 817:4, 821:4, 831:23, 836:19
**HAPPEN** [3] - 769:25, 791:9, 821:25
**HAPPENED** [6] - 786:22, 787:16, 805:19, 833:22,

834:12, 835:6
**HARBOR** [4] - 841:3, 842:21, 846:5, 848:15
**HARD** [1] - 781:12
**HARM** [1] - 806:13
**HARVESTING** [1] - 777:17
**HAS** [20] - 770:10, 771:7, 776:15, 791:18, 796:24, 806:3, 809:13, 814:10, 819:8, 823:19, 833:20, 833:22, 843:17, 845:2, 845:15, 846:12, 852:5, 852:12, 852:13
**HASN'T** [1] - 801:4
**HAVE** [185] - 765:7, 765:15, 765:17, 766:2, 767:8, 767:9, 768:4, 768:6, 768:8, 768:11, 769:24, 771:6, 772:20, 773:10, 773:19, 774:13, 774:16, 776:8, 776:17, 776:18, 777:8, 777:9, 777:16, 778:13, 778:14, 779:13, 779:18, 781:13, 781:17, 781:23, 782:4, 782:7, 783:2, 783:8, 783:12, 783:17, 783:20, 783:22, 784:1, 784:2, 784:8, 784:22, 785:2, 785:6, 785:25, 786:16, 786:17, 786:21, 787:4, 788:1, 788:4, 789:14, 789:18, 791:4, 791:18, 791:19, 792:14, 792:17, 792:19, 793:19, 793:20, 794:2, 794:13, 794:15, 794:17, 794:21, 794:22, 795:2, 795:8, 796:5, 796:8, 796:11, 796:18, 796:20, 797:1, 797:6, 797:8, 798:3, 798:4, 798:8, 798:11, 798:19, 798:20, 799:5, 799:22, 799:23, 800:2, 800:3, 800:8, 800:9, 800:10, 800:12, 800:14, 802:9, 803:5, 803:13,

804:20, 804:22, 805:6, 805:22, 806:1, 806:13, 807:7, 807:13, 808:25, 809:7, 809:25, 810:21, 811:1, 811:10, 811:22, 812:3, 812:4, 812:7, 812:19, 812:20, 813:22, 814:3, 816:5, 818:16, 819:6, 819:7, 819:9, 819:12, 819:15, 820:17, 821:15, 821:21, 821:22, 822:4, 822:9, 822:19, 822:23, 828:8, 828:11, 828:22, 828:23, 829:1, 829:11, 829:16, 830:5, 830:18, 830:20, 831:1, 831:10, 832:24, 835:2, 836:14, 836:16, 836:20, 837:7, 839:1, 839:2, 840:5, 840:8, 840:9, 840:17, 841:3, 841:14, 842:5, 845:6, 845:11, 845:15, 846:7, 846:8, 846:9, 847:9, 847:10, 847:13, 848:16, 849:13, 851:12, 852:17, 852:24, 853:9
**HAVEN'T** [6] - 782:8, 785:22, 804:21, 805:1, 830:16, 851:10
**HAVING** [3] - 807:14, 838:23, 851:8
**HAZARD** [3] - 769:25, 771:6, 805:23
**HAZARDS** [1] - 806:7
**HB-406** [1] - 763:16
**HE** [35] - 769:7, 770:12, 770:13, 770:17, 770:18, 787:8, 790:20, 790:22, 790:24, 803:5, 809:4, 833:23, 834:4, 835:20, 846:8, 846:9, 846:12, 846:15, 846:18, 847:17, 848:13, 852:3, 852:4, 852:7, 852:8, 852:13, 852:14, 852:15, 852:19
**HE'S** [3] - 770:10, 801:7, 853:1

**HEALTHY** [2] - 818:24, 837:24

**HEAR** [5] - 770:8, 797:8, 810:22, 815:13, 817:13

**HEARD** [1] - 761:8

**HEARING** [1] - 828:5

**HEAVIER** [1] - 822:12

**HEIGHT** [6] - 806:4, 834:17, 834:21, 835:4, 835:21, 838:18

**HEIGHTS** [1] - 844:17

**HELP** [3] - 820:17, 821:16, 825:14

**HELPFUL** [1] - 767:13

**HELPS** [1] - 818:4

**HER** [3] - 775:3, 809:22, 811:2

**HERE** [35] - 767:10, 774:16, 777:2, 779:4, 782:1, 798:20, 816:2, 816:19, 819:11, 821:6, 822:11, 824:1, 824:8, 826:20, 827:20, 828:10, 828:11, 828:23, 829:7, 829:10, 829:18, 830:18, 830:21, 835:2, 836:14, 836:18, 836:20, 837:10, 837:11, 837:16, 837:21, 838:17, 840:5, 840:22, 844:21

**HEREBY** [1] - 854:8

**HETEROGENEOUS** [1] - 805:20

**HIERARCHY** [1] - 824:4

**HIGH** [14] - 790:5, 805:21, 819:2, 819:4, 819:13, 820:3, 822:6, 826:13, 827:3, 827:11, 836:7, 848:19, 852:7

**HIGHER** [2] - 781:17, 783:19

**HIGHLIGHTED** [1] - 811:2

**HIM** [4] - 769:12, 795:23, 806:19, 852:14

**HIS** [29] - 769:4, 769:7, 770:11, 787:8, 800:21, 801:9, 801:12, 801:20, 802:14, 803:4, 803:5,

805:12, 809:6, 812:4, 836:2, 837:12, 837:15, 837:20, 838:2, 846:16, 846:21, 847:18, 851:4, 852:2, 852:10, 852:12, 852:21

**HISTORICAL** [1] - 851:14

**HISTORY** [1] - 818:12

**HIT** [1] - 768:22

**HITTING** [1] - 830:6

**HOLD** [1] - 830:16

**HOME** [2] - 839:6, 846:16

**HOMES** [2] - 836:8, 836:12

**HONEST** [1] - 768:2

**HONEYCUTT** [1] - 762:11

**HONOR** [30] - 765:11, 768:24, 770:5, 771:10, 782:4, 784:8, 787:7, 792:3, 792:12, 796:8, 796:20, 800:20, 801:10, 808:20, 811:25, 813:4, 813:7, 813:24, 814:2, 814:16, 815:22, 817:17, 817:21, 827:17, 835:14, 836:16, 850:4, 851:3, 852:1

**HONOR'S** [1] - 814:17

**HONORABLE** [1] - 761:8

**HOPE** [4] - 816:18, 816:14, 847:22, 853:5

**HOPE** [1] - 761:13

**HOUR** [1] - 811:13

**HOUSE** [7] - 836:23, 837:12, 838:24, 841:14, 845:17, 845:18, 850:16

**HOUSES** [1] - 827:12

**HOUSING** [1] - 826:11

**HOW** [28] - 769:13, 782:1, 783:17, 804:25, 820:17, 821:10, 821:20, 821:24, 822:2, 824:16, 826:13, 826:24, 827:11, 832:16, 836:7, 838:17, 838:20, 839:9, 840:25, 844:2,

844:13, 845:4, 845:17, 845:24, 850:12, 852:7

**HUGE** [4] - 819:24, 820:12, 820:14, 820:21

**HUH** [4] - 772:16, 798:17, 809:5, 826:4

**HURRICANE** [22] - 768:17, 769:3, 769:21, 770:4, 771:2, 771:3, 778:21, 779:1, 779:7, 779:14, 780:11, 780:14, 781:20, 792:5, 805:6, 806:7, 822:11, 822:14, 824:12, 832:6, 834:16, 835:7

**HURRICANES** [8] - 780:23, 780:25, 781:2, 781:5, 819:11, 821:6, 821:7, 823:8

**HYDRAULIC** [2] - 765:17, 817:19

**HYDROGRAPH** [3] - 843:10, 843:11, 845:8

**HYPOTHETICAL** [1] - 831:25

**I**

**I** [238] - 764:1, 765:1, 766:2, 766:8, 766:18, 767:8, 767:11, 768:8, 768:10, 768:11, 768:12, 768:24, 769:6, 769:7, 769:11, 769:12, 769:13, 769:14, 769:17, 770:5, 770:9, 772:1, 772:2, 772:10, 773:7, 774:13, 774:16, 774:19, 775:1, 776:3, 776:9, 777:4, 777:16, 778:12, 778:24, 779:4, 779:9, 781:23, 782:1, 782:3, 782:8, 784:8, 785:20, 786:4, 786:5, 786:14, 787:4, 787:10, 787:20, 788:17, 789:23, 790:20, 790:22, 790:24, 791:3, 792:7, 792:16, 793:3, 793:11, 794:15, 794:17, 794:18, 794:22, 795:19, 796:1, 796:3, 796:7, 796:8, 796:13, 796:20, 797:6, 797:8, 798:18, 798:19,

798:20, 799:5, 799:20, 800:6, 800:20, 800:23, 801:5, 801:14, 801:17, 802:9, 803:9, 804:8, 804:10, 804:11, 804:21, 804:24, 805:1, 805:12, 807:25, 808:21, 809:2, 809:9, 809:20, 809:21, 809:25, 810:3, 810:4, 810:11, 810:16, 810:21, 810:22, 810:25, 811:1, 811:12, 811:13, 812:4, 812:11, 812:12, 812:16, 812:24, 812:25, 813:3, 813:4, 813:8, 813:12, 813:15, 813:22, 814:18, 815:3, 816:7, 816:18, 816:22, 816:25, 817:10, 817:12, 817:15, 817:20, 818:1, 819:3, 819:21, 819:25, 820:2, 820:3, 820:7, 820:15, 823:21, 824:7, 826:25, 827:24, 828:7, 828:8, 828:22, 828:23, 828:24, 828:25, 829:5, 829:6, 829:11, 829:13, 829:15, 829:18, 830:3, 830:16, 830:18, 833:2, 833:5, 833:12, 834:16, 834:21, 835:2, 835:22, 836:14, 838:4, 840:3, 840:19, 840:20, 841:22, 842:18, 843:2, 843:16, 844:20, 844:21, 845:1, 845:8, 845:22, 846:18, 846:22, 847:21, 847:22, 849:11, 849:15, 849:17, 849:20, 850:5, 850:11, 850:12, 850:13, 850:19, 850:23, 851:3, 851:8, 851:11, 851:13, 851:14, 851:17, 851:18, 852:1, 852:11, 852:17, 852:20, 853:5, 854:7

**I'D** [4] - 771:17, 777:18, 779:23, 838:2

**I'LL** [4] - 787:9, 806:18, 812:3, 833:3

**I'M** [14] - 773:5, 776:6, 783:4, 788:13, 788:17, 793:18, 803:2, 803:15, 804:24, 809:23, 810:22, 833:12, 853:5

**I'VE** [11] - 765:22, 768:3, 768:4, 768:10, 812:24, 812:25, 829:16, 851:4, 851:9

**IBOS** [2] - 854:7, 854:15

**IBOS** [1] - 763:15

**IDEA** [2] - 819:12, 821:8

**IDENTIFIED** [3] - 774:11, 784:17, 800:21

**IF** [89] - 768:21, 772:8, 772:10, 772:13, 774:13, 774:16, 774:17, 774:19, 779:5, 779:24, 780:20, 781:5, 787:13, 790:22, 790:23, 791:1, 798:10, 800:24, 801:6, 808:1, 808:10, 808:24, 810:3, 810:4, 810:25, 811:4, 812:17, 812:24, 813:3, 814:18, 815:6, 816:2, 818:25, 819:8, 821:2, 821:5, 821:17, 822:21, 822:25, 823:14, 824:11, 824:15, 826:11, 827:1, 827:4, 827:24, 832:18, 832:19, 832:25, 834:3, 834:16, 835:14, 837:6, 837:23, 838:22, 839:13, 839:17, 839:24, 841:3, 841:8, 841:10, 841:12, 841:13, 841:17, 841:24, 842:3, 844:1, 844:11, 844:16, 845:24, 846:5, 846:9, 846:15, 846:18, 846:22, 847:4, 847:6, 847:9, 848:8, 848:18, 848:24, 849:17, 849:25, 850:14, 850:15, 851:15, 853:3

**IFS** [1] - 809:1

**IHNC** [6] - 840:16, 846:23, 847:7, 847:9, 847:15, 847:17

**II** [2] - 762:19, 763:1

**ILLUSTRATE** [2] - 816:22, 826:6

**IMAGE** [18] - 772:10, 797:13, 797:15, 797:16, 797:23, 798:4, 798:12, 798:15, 799:2, 799:7, 799:9, 801:25, 802:3, 802:12, 802:13, 804:2, 804:6

**IMMEDIATELY** [2] - 799:13, 799:14

**IMPACT** [18] - 765:25, 766:3, 767:7, 786:14, 787:20, 788:16, 788:17, 789:22, 791:22, 793:5, 799:18, 800:25, 803:12, 804:16, 804:18, 805:23, 811:23, 819:6

**IMPACTED** [3] - 789:1, 791:17, 840:17

**IMPACTS** [16] - 769:25, 782:24, 783:5, 788:4, 788:12, 788:13, 788:19, 789:5, 789:8, 792:20, 799:13, 799:14, 803:16, 804:17, 807:12, 807:13

**IMPERCEPTIBLE** [1] - 804:25

**IMPLEMENT** [5] - 791:13, 791:25, 794:20, 809:14, 810:7

**IMPLEMENTATION** [1] - 791:8

**IMPLEMENTED** [9] - 790:19, 791:21, 792:4, 792:8, 792:15, 794:14, 795:8, 810:13, 810:16

**IMPLICATION** [4] - 769:23, 771:4, 781:19

**IMPORTANT** [5] - 781:7, 786:20, 788:1, 808:1, 817:25

**IMPOSED** [1] - 802:2

**IN** [311] - 765:5, 765:15, 766:7, 768:5, 768:6, 768:12, 768:14, 768:20, 768:23, 769:4, 769:15, 769:21, 769:23, 769:25,

770:2, 770:3, 770:11, 771:18, 772:1, 772:12, 772:20, 773:10, 774:21, 774:24, 775:3, 775:12, 776:2, 776:5, 776:6, 776:15, 776:17, 776:19, 776:22, 777:2, 777:8, 777:10, 777:11, 777:15, 777:21, 777:22, 778:2, 778:4, 778:9, 779:15, 779:20, 780:8, 780:16, 780:21, 781:4, 781:5, 781:9, 781:21, 782:21, 783:11, 783:12, 783:15, 783:20, 784:2, 784:23, 785:5, 785:7, 785:8, 785:13, 786:1, 786:5, 786:6, 786:7, 786:10, 786:11, 786:12, 786:13, 786:15, 786:17, 786:21, 786:22, 786:23, 787:11, 787:16, 787:23, 787:24, 788:1, 788:2, 789:18, 790:18, 790:23, 791:13, 792:9, 792:11, 792:13, 792:18, 794:2, 794:13, 794:20, 795:11, 796:4, 796:25, 797:12, 797:23, 797:25, 798:4, 798:8, 798:9, 798:11, 798:13, 798:15, 798:19, 798:24, 798:25, 799:2, 799:8, 799:15, 799:16, 799:20, 799:21, 799:25, 800:1, 800:7, 800:13, 800:18, 800:21, 801:4, 801:8, 801:12, 801:18, 801:20, 801:21, 801:23, 802:15, 802:18, 802:21, 802:24, 803:4, 803:13, 803:16, 803:17, 803:19, 803:25, 804:1, 804:8, 805:5, 805:18, 806:15, 807:1, 808:24, 809:7, 809:22, 810:18, 811:2, 811:13, 812:11, 812:23,

813:9, 813:11, 813:13, 814:4, 815:6, 816:6, 816:13, 817:5, 817:18, 818:2, 818:22, 819:2, 819:16, 819:22, 820:5, 820:10, 820:15, 820:25, 821:9, 821:13, 821:15, 821:16, 821:20, 821:21, 821:25, 822:5, 822:12, 822:13, 822:16, 822:17, 822:19, 822:21, 822:25, 823:4, 823:7, 823:13, 823:15, 823:18, 823:22, 823:23, 823:24, 823:25, 824:2, 824:3, 824:4, 824:7, 824:10, 824:13, 824:15, 824:17, 824:20, 824:21, 825:5, 825:10, 825:11, 825:12, 825:15, 825:17, 825:20, 825:24, 826:6, 826:8, 826:15, 826:25, 827:2, 827:9, 827:10, 827:12, 827:13, 828:4, 828:24, 829:2, 829:6, 831:14, 831:17, 831:19, 831:24, 832:13, 832:14, 832:17, 833:1, 833:2, 833:7, 833:8, 833:15, 833:18, 833:22, 834:4, 834:5, 834:6, 834:9, 834:14, 834:16, 834:23, 835:6, 835:15, 836:19, 836:23, 837:19, 838:11, 838:21, 838:24, 839:7, 839:16, 841:2, 841:8, 842:10, 842:20, 843:7, 843:18, 843:20, 843:24, 844:1, 844:24, 845:6, 845:17, 845:18, 846:4, 846:16, 846:21, 846:23, 847:18, 848:8, 848:15, 849:11, 849:24, 850:5, 850:8, 850:14, 850:15, 850:16, 850:20, 850:21, 851:1, 851:6,

851:21, 851:22, 851:23, 852:10, 852:12, 852:21, 852:22, 853:9, 854:10

**IN-BETWEEN** [1] - 821:15

**INCHES** [1] - 848:22

**INCISIVE** [1] - 809:22

**INCLUDE** [3] - 792:18, 808:8, 820:25

**INCLUDED** [7] - 769:23, 771:3, 771:18, 793:23, 822:5, 839:7, 843:2

**INCLUDES** [1] - 787:2

**INCLUDING** [1] - 822:20

**INCORPORATES** [2] - 838:5, 838:7

**INCREASE** [6] - 782:22, 783:3, 783:19, 783:25, 799:18, 802:24

**INCREASED** [1] - 783:5

**INCREASES** [1] - 799:25

**INCURRED** [1] - 807:1

**INCURRING** [2] - 807:18

**INDEPENDENT** [2] - 830:1, 830:8

**INDICATE** [2] - 778:3, 851:21

**INDICATED** [2] - 801:18, 837:25

**INDICATES** [1] - 833:24

**INDICATING** [4] - 772:2, 815:20, 830:7, 841:19

**INDICATING)** [9] - 773:15, 777:16, 798:9, 816:9, 829:16, 829:20, 829:23, 836:19, 847:20

**INDICATIVE** [1] - 799:7

**INDIVIDUAL** [1] - 780:1

**INDUSTRIAL** [16] - 840:5, 840:9, 840:12, 840:24, 841:12, 841:13, 841:17, 841:24, 842:3, 842:16, 846:1, 848:1, 848:4, 848:8, 848:24,

849:2

**INDUSTRY** [1] - 773:21

**INFLUENCE** [2] - 787:24, 824:11

**INFORMATION** [11] - 768:5, 768:18, 768:20, 770:11, 780:22, 783:17, 789:13, 799:23, 806:8, 826:8, 829:2

**INITIAL** [3] - 778:8, 793:7, 798:1

**INITIALLY** [1] - 800:18

**INITIATED** [1] - 785:9

**INITIATES** [1] - 800:6

**INNER** [3] - 842:21, 846:5, 848:15

**INNER-HARBOR** [3] - 842:21, 846:5, 848:15

**INPUT** [12] - 765:22, 768:4, 770:14, 785:2, 785:4, 785:12, 785:16, 785:18, 786:20, 787:13, 826:17, 826:20

**INQUIRY** [1] - 801:13

**INSIDE** [4] - 818:21, 819:12, 826:7, 852:7

**INSTANCE** [5] - 781:6, 785:5, 786:5, 787:14, 798:7

**INSTEAD** [1] - 793:13

**INSUFFICIENT** [1] - 835:20

**INSURANCE** [1] - 821:15

**INSURERS** [1] - 762:22

**INTACT** [3] - 785:23, 785:24, 786:3

**INTENDS** [1] - 814:4

**INTERACTION** [1] - 784:14

**INTERCONNECTIO N** [1] - 842:11

**INTEREST** [2] - 818:19, 823:2

**INTERESTINGLY** [2] - 842:14, 847:25

**INTERPOLATE** [1] - 838:17

**INTERSECTION** [1] - 814:25

**INTERVAL** [1] - 802:20

DAILY COPY

**INTERVENING** [1] - 800:9

**INTO** [17] - 782:7, 785:12, 790:3, 794:9, 812:5, 813:15, 819:1, 820:13, 820:14, 823:5, 833:3, 835:8, 836:3, 836:15, 839:9, 844:8

**INTRACOASTAL** [1] - 815:1

**INTRODUCE** [1] - 814:4

**INTRODUCED** [6] - 798:3, 798:5, 813:9, 813:11, 837:23, 840:5

**INTRODUCTION** [2] - 794:9, 814:10

**INTRUSION** [13] - 788:21, 797:23, 798:3, 798:6, 803:12, 803:16, 803:20, 806:14, 811:3, 811:19, 812:8, 812:15, 812:20

**INVENTED** [1] - 820:2

**INVEST** [2] - 821:13, 821:16

**INVESTMENT** [1] - 823:11

**INVOLVE** [1] - 791:24

**INVOLVED** [4] - 812:23, 819:15, 820:10, 820:15

**INVOLVEMENT** [1] - 819:19

**IS** [296] - 765:11, 765:20, 765:23, 765:25, 766:3, 767:7, 767:8, 767:17, 767:21, 767:22, 768:2, 769:1, 769:23, 770:9, 770:11, 770:16, 770:18, 770:20, 771:13, 771:18, 771:24, 772:6, 772:9, 772:14, 773:5, 773:22, 774:8, 774:12, 775:1, 775:3, 775:11, 775:18, 775:21, 776:2, 776:8, 776:13, 778:3, 778:25, 779:10, 779:15, 779:24, 780:2, 780:14, 781:4, 781:11, 782:1, 783:2, 783:4, 783:9, 783:14, 784:2, 784:13,

784:14, 784:18, 785:25, 786:12, 786:14, 786:23, 786:25, 787:20, 789:15, 791:8, 791:20, 792:8, 792:13, 793:6, 793:17, 794:4, 794:7, 794:12, 794:15, 794:22, 797:2, 798:2, 798:18, 798:21, 799:7, 799:18, 799:23, 800:9, 800:10, 801:7, 801:10, 801:12, 801:17, 801:20, 801:21, 801:24, 801:25, 802:2, 802:3, 802:12, 802:13, 802:15, 802:20, 802:24, 802:25, 803:12, 803:19, 803:22, 804:2, 804:5, 804:19, 805:18, 805:25, 806:5, 806:15, 806:19, 806:23, 806:24, 808:24, 809:8, 809:19, 809:21, 811:16, 812:6, 812:14, 812:16, 814:20, 814:23, 815:10, 815:15, 815:18, 815:19, 816:1, 816:2, 816:3, 816:16, 816:17, 816:20, 816:22, 817:14, 817:15, 817:25, 818:2, 818:4, 818:14, 818:19, 819:3, 819:5, 819:7, 819:8, 819:10, 819:25, 820:12, 820:19, 820:23, 821:5, 821:8, 821:10, 821:14, 822:11, 822:13, 822:20, 822:25, 823:7, 823:9, 823:10, 823:11, 823:14, 824:4, 824:5, 824:8, 824:21, 824:25, 825:5, 825:10, 825:11, 825:15, 825:16, 826:3, 826:11, 826:20, 826:21, 827:1, 827:5, 827:22, 828:1, 828:12, 828:18, 828:24, 829:1, 829:5, 829:11, 829:13, 829:17,

829:18, 829:19, 829:20, 829:22, 829:23, 830:1, 830:2, 830:4, 830:14, 830:18, 830:21, 831:3, 831:4, 831:21, 832:1, 832:8, 832:10, 833:15, 833:17, 833:24, 834:8, 834:10, 834:12, 834:13, 834:14, 834:19, 835:2, 835:3, 835:11, 835:12, 835:13, 835:14, 835:16, 835:17, 835:18, 836:13, 836:14, 836:18, 836:21, 837:2, 837:16, 837:22, 837:23, 838:1, 838:3, 838:11, 838:17, 839:11, 839:12, 839:17, 840:10, 840:17, 841:4, 841:6, 841:14, 841:20, 842:1, 842:13, 842:14, 842:15, 842:19, 842:20, 842:24, 843:19, 843:20, 844:4, 844:19, 844:21, 845:8, 845:17, 846:6, 846:24, 847:2, 847:4, 848:13, 848:14, 849:5, 849:6, 849:12, 849:16, 850:3, 850:16, 851:16, 852:1, 852:10, 852:16, 852:19, 852:22, 852:24, 853:7, 854:9

**ISN'T** [64] - 765:13, 765:17, 766:1, 766:4, 766:10, 766:16, 771:22, 771:25, 772:25, 774:12, 774:22, 774:25, 775:12, 776:2, 776:13, 776:20, 776:22, 778:16, 779:11, 779:21, 780:2, 780:8, 780:11, 780:18, 781:15, 782:11, 782:15, 782:22, 783:1, 783:7, 783:25, 784:6, 784:13, 784:19, 784:21, 785:17, 786:25, 787:2, 787:24, 788:14, 788:21, 788:23,

789:2, 789:5, 790:8, 790:12, 790:16, 790:19, 791:7, 793:15, 793:21, 793:23, 794:1, 794:9, 794:21, 795:8, 809:8, 819:17, 826:17, 839:15, 839:19, 848:1, 849:3, 850:1

**ISSUE** [8] - 766:6, 768:4, 771:2, 800:9, 801:1, 801:12, 806:16, 832:16

**ISSUES** [1] - 792:9

**IT** [196] - 767:3, 767:9, 767:11, 767:13, 767:15, 767:16, 767:20, 768:9, 769:1, 769:6, 769:8, 769:12, 769:21, 771:1, 771:19, 772:10, 772:14, 772:20, 774:12, 774:16, 775:1, 775:4, 775:19, 776:3, 776:5, 776:7, 776:8, 777:9, 778:6, 779:14, 779:18, 779:25, 780:2, 780:19, 782:1, 782:4, 783:17, 783:18, 784:13, 786:4, 787:9, 787:20, 789:21, 790:18, 791:2, 791:4, 791:10, 791:18, 792:13, 792:17, 793:1, 793:17, 794:12, 794:15, 794:22, 796:13, 796:16, 797:1, 797:16, 797:17, 799:3, 799:5, 799:9, 800:6, 800:24, 801:4, 802:6, 802:10, 802:18, 802:24, 803:5, 803:8, 803:10, 803:24, 804:3, 804:17, 804:25, 805:1, 806:20, 808:1, 808:2, 808:12, 808:13, 808:14, 808:25, 809:1, 809:13, 809:18, 809:23, 810:6, 810:24, 810:25, 811:5, 811:6, 811:14, 811:15, 811:20, 812:2, 812:4, 812:17, 812:18, 813:9, 815:3, 815:15, 815:19, 816:1, 817:8, 818:4,

818:7, 818:23, 821:16, 821:17, 822:1, 822:13, 822:21, 822:25, 823:8, 826:25, 827:2, 827:4, 827:20, 827:21, 828:8, 828:23, 829:1, 829:5, 829:7, 829:11, 829:13, 829:19, 830:3, 830:18, 831:1, 831:13, 831:16, 831:23, 831:25, 832:17, 833:18, 833:19, 833:22, 833:23, 834:12, 836:2, 836:14, 836:23, 837:7, 837:18, 838:4, 838:7, 840:20, 841:8, 841:23, 843:11, 843:16, 843:18, 843:20, 844:8, 844:14, 844:18, 845:8, 845:9, 845:13, 846:3, 847:10, 847:13, 848:18, 848:24, 849:15, 849:18, 849:21, 850:12, 850:13, 850:19, 850:20, 851:16, 851:21, 852:11, 852:13, 852:22, 853:3

**IT'S** [75] - 768:9, 770:16, 772:11, 773:4, 773:20, 774:7, 775:20, 776:17, 777:14, 779:12, 781:12, 781:19, 782:20, 782:24, 783:24, 784:13, 785:1, 786:3, 786:14, 787:21, 790:25, 791:8, 791:9, 791:22, 793:11, 798:19, 798:25, 799:4, 800:25, 802:4, 802:5, 803:8, 803:25, 804:8, 805:12, 806:4, 807:6, 812:3, 813:22, 815:11, 816:13, 818:15, 819:24, 820:3, 820:19, 824:7, 827:4, 831:16, 831:21, 836:13, 836:14, 838:1, 838:3, 838:23, 839:20, 841:6, 841:7, 841:10, 841:11, 841:22, 842:2, 843:6, 843:23,

844:14, 845:4, 846:4,
848:22, 851:15,
852:6, 852:12,
852:21, 853:6, 853:9
**ITS** [8] - 813:9,
818:12, 824:20,
831:14, 832:14,
835:17, 844:11,
851:22
**ITSELF** [3] - 772:23,
774:20, 779:24

## J

**J** [3] - 763:1, 817:10,
817:15
**JACK** [1] - 820:22
**JACK-UP** [1] -
820:22
**JAMES** [2] - 762:1,
763:8
**JANUARY** [4] -
766:13, 771:20,
795:12, 810:18
**JEFFERSON** [1] -
762:2
**JEFFREY** [1] - 763:6
**JOE** [3] - 766:9,
766:12, 797:1
**JOHANNES** [6] -
764:8, 817:2, 817:5,
817:9, 817:14
**JOHN** [3] - 763:12,
764:4, 826:16
**JONATHAN** [2] -
761:19, 766:15
**JOSEPH** [2] -
761:16, 761:16
**JOSHUA** [1] - 762:15
**JR** [1] - 763:8
**JR** [7] - 761:8, 762:5,
762:12, 762:18,
762:18, 763:5, 764:4
**JUDGE** [45] - 761:8,
776:25, 815:2, 815:4,
815:5, 815:9, 816:1,
816:22, 817:1,
817:24, 818:5, 818:8,
818:11, 819:19,
820:17, 820:23,
824:25, 825:4, 826:5,
827:19, 827:22,
828:13, 828:22,
828:25, 829:5,
829:17, 833:1, 833:7,
833:11, 833:15,
834:10, 836:13,
837:9, 837:21,
839:22, 840:10,
840:23, 841:22,
842:3, 843:3, 843:12,

849:5, 851:25,
853:11, 853:17
**JUDGMENT** [6] -
792:14, 792:18,
823:7, 833:25, 834:1,
834:4
**JULY** [5] - 779:23,
780:2, 829:5, 830:24,
831:3
**JUNE** [3] - 829:7,
829:13, 853:6
**JUST** [64] - 767:16,
767:19, 772:2,
772:10, 772:12,
777:4, 777:18,
779:18, 783:3, 784:8,
784:25, 786:6, 790:1,
797:7, 797:12,
797:16, 797:18,
799:4, 799:9, 802:25,
808:23, 810:20,
812:25, 813:8, 814:2,
814:4, 815:15,
815:16, 816:15,
817:13, 817:20,
817:24, 818:11,
820:17, 820:23,
824:1, 824:22,
825:14, 827:20,
828:10, 828:13,
828:14, 828:20,
829:10, 830:15,
833:2, 833:9, 833:19,
834:7, 834:8, 841:23,
843:22, 843:23,
844:12, 844:18,
847:6, 847:19,
848:16, 849:12,
850:6, 850:13,
850:15, 853:4
**JUST..** [1] - 803:6
**JUSTICE** [1] - 763:4
**JX** [1] - 824:25

## K

**K** [2] - 763:9, 763:11,
809:10, 817:5, 825:16
**KALIMAH** [1] - 763:6
**KARA** [2] - 763:9,
765:11
**KAREN** [3] - 810:4,
854:7, 854:15
**KAREN** [1] - 763:15
**KATRINA** [25] -
768:17, 768:22,
769:4, 769:21, 770:4,
771:3, 780:11,
788:10, 792:5,
809:14, 810:7,
810:11, 810:13,

826:1, 831:24, 832:6,
832:17, 833:22,
834:12, 834:16,
835:4, 835:6, 835:7,
837:14, 841:4
**KATRINA'S** [1] -
780:14
**KEA** [1] - 761:20
**KEEP** [1] - 847:25
**KEEPS** [1] - 847:25
**KELLS** [1] - 763:7
**KEMP** [3] - 768:20,
826:15, 833:17
**KEPT** [3] - 795:2,
812:17, 848:16
**KEY** [1] - 782:21
**KILL** [1] - 800:5
**KILLED** [6] - 787:21,
789:19, 790:2, 790:8,
798:8, 800:12
**KILLING** [1] - 786:23
**KILLS** [2] - 839:13,
839:18
**KILOMETERS** [2] -
782:10, 819:24
**KIND** [6] - 768:4,
769:8, 777:14, 821:2,
830:2, 830:4
**KINDS** [2] - 820:21,
827:13
**KNEW** [2] - 834:1,
851:18
**KNOCK** [1] - 780:19
**KNOCKING** [2] -
780:17, 781:10
**KNOW** [30] - 773:7,
774:19, 775:20,
778:24, 778:25,
779:6, 781:13,
783:14, 783:21,
790:22, 791:1,
794:12, 798:19,
799:5, 800:3, 800:4,
805:1, 807:25,
808:23, 811:14,
814:23, 818:2,
823:15, 824:7,
825:14, 827:25,
834:10, 844:13,
849:11, 849:12
**KNOWLEDGE** [3] -
788:11, 789:14, 852:5
**KNOWN** [2] - 792:13,
792:16
**KNOWS** [1] - 790:22
**KORNELIS** [1] -
817:2

## L

**L** [2] - 817:10, 817:15
**LA** [24] - 761:17,
761:21, 762:3, 762:6,
762:10, 762:13,
762:16, 762:20,
763:3, 779:16,
782:20, 783:6, 784:6,
786:3, 786:16,
790:16, 793:23,
799:15, 800:1,
811:11, 811:20,
811:23, 812:9, 812:13
**LABRANCHE** [1] -
786:5
**LACK** [2] - 775:20,
838:7
**LAFAYETTE** [1] -
762:3
**LAKE** [5] - 778:21,
782:11, 782:15,
782:18, 786:6
**LAKES** [1] - 819:12
**LAND** [4] - 786:21,
842:20, 843:21, 844:2
**LANDOWNER** [1] -
791:18
**LANDOWNERS** [1] -
791:19
**LANDS** [1] - 844:2
**LAPPING** [1] -
816:11
**LARGE** [1] - 820:17
**LARGELY** [3] -
785:23, 785:24,
786:17
**LARGER** [4] -
773:12, 774:7, 774:8
**LASER** [1] - 816:5
**LAST** [7] - 772:13,
793:3, 811:3, 819:23,
823:15, 835:14
**LATE** [1] - 785:13
**LATER** [5] - 820:11,
821:19, 842:17,
842:18, 843:18
**LATITUDE** [1] -
809:25
**LATTIMORE** [5] -
831:10, 836:25,
842:13, 842:24, 846:1
**LATTIMORE'S** [2] -
843:14, 847:16
**LAW** [7] - 761:16,
761:19, 762:4, 762:7,
762:18, 828:3, 853:4
**LAWN** [1] - 761:23
**LAWYER'S** [1] -
762:8

**LAYING** [1] - 835:12
**LEADING** [1] - 800:7
**LEARN** [1] - 819:3
**LEARNED** [1] - 832:3
**LEAST** [3] - 785:7,
801:1, 850:8
**LEAVE** [1] - 822:4
**LEAVES** [1] - 798:19
**LED** [1] - 786:21
**LEFT** [22] - 772:4,
772:20, 773:5,
773:10, 773:17,
773:24, 773:25,
774:1, 774:8, 774:9,
774:14, 774:21,
775:2, 775:3,
775:14, 775:17,
775:21, 776:6,
778:22, 779:4,
798:10, 815:6
**LEFT-HAND** [2] -
772:4, 778:22
**LEFTER** [1] - 774:21
**LEGAL** [1] - 796:24
**LENGTH** [1] - 819:24
**LESS** [12] - 777:12,
782:25, 783:6,
783:25, 803:13,
837:13, 838:1, 838:2,
838:3, 839:8, 839:11,
841:15
**LET** [12] - 769:12,
773:14, 778:6,
779:13, 796:23,
807:5, 808:23,
810:20, 811:15,
813:20, 829:9, 849:24
**LET'S** [21] - 771:15,
775:24, 807:8,
829:25, 832:11,
833:8, 834:7, 834:8,
836:11, 838:17,
838:21, 839:21,
840:22, 841:10,
842:13, 843:23,
847:24, 848:9,
848:18, 853:3
**LEVEE** [8] - 786:19,
834:9, 835:3, 835:4,
835:13, 837:17,
837:19, 850:1
**LEVEES** [13] -
778:20, 779:1, 779:7,
779:11, 784:18,
784:22, 784:24,
785:13, 786:11,
814:25, 839:2, 852:5,
852:7
**LEVEL** [20] - 800:4,
806:1, 827:11, 835:3,

835:12, 837:11,
837:14, 837:17,
837:20, 838:2, 839:6,
841:2, 843:7, 843:13,
845:15, 845:16,
846:7, 847:14
   **LEVELS** [5] - 824:13,
825:10, 826:13,
836:9, 844:3
   **LEVINE** [1] - 763:8
   **LIED** [1] - 782:10
   **LIFE** [2] - 818:23,
823:13
   **LIFTING** [1] - 843:21
   **LIGHT** [1] - 801:7
   **LIGHTS** [1] - 815:24
   **LIKE** [13] - 771:17,
777:18, 779:23,
786:4, 797:6, 813:15,
814:17, 819:11,
820:21, 821:4,
822:20, 827:7, 827:20
   **LIKELIHOOD** [2] -
822:6, 823:9
   **LIKELY** [1] - 818:23
   **LIMITED** [4] -
781:23, 809:25,
812:19, 835:20
   **LINE** [46] - 767:21,
767:22, 767:25,
772:4, 772:14, 805:9,
816:15, 833:3,
837:12, 837:13,
837:21, 837:23,
838:1, 838:13,
838:14, 840:6, 841:2,
841:4, 841:6, 841:7,
841:12, 842:15,
842:19, 845:15,
845:21, 845:24,
846:3, 846:15, 847:1,
847:2, 847:10,
847:20, 847:25,
848:14, 848:20,
848:21, 848:25,
849:1, 849:6, 849:12,
853:1
   **LINEAR** [2] - 772:23,
773:1
   **LINES** [3] - 796:16,
802:15, 841:5
   **LIST** [1] - 787:25
   **LISTED** [2] - 786:9,
787:23
   **LITERATURE** [2] -
771:3, 783:21
   **LITIGATION** [3] -
763:1, 800:16, 824:21
   **LITTLE** [20] - 772:11,
772:12, 781:16,

801:19, 802:22,
807:25, 808:4,
816:19, 818:12,
819:3, 819:11, 833:2,
833:19, 834:1,
837:18, 838:2,
841:14, 842:15,
844:8, 853:2
   **LIVED** [1] - 784:2
   **LIVES** [1] - 818:25
   **LIVING** [1] - 819:14
   **LLC** [2] - 762:4,
762:22
   **LOAD** [1] - 786:13
   **LOADING** [1] - 821:9
   **LOADS** [4] - 820:5,
820:6, 821:5, 821:7
   **LOCATE** [1] - 830:17
   **LOCATED** [1] -
845:18
   **LOCATION** [11] -
771:24, 794:4,
802:13, 815:2, 815:7,
815:11, 816:23,
825:21, 834:17,
835:8, 848:19
   **LOCATIONS** [4] -
815:21, 827:8,
830:12, 836:8
   **LOGGING** [12] -
773:7, 773:20,
775:19, 776:22,
776:25, 777:10,
777:14, 777:17,
778:3, 778:6, 778:8,
778:9
   **LOGICALLY** [1] -
839:20
   **LOGS** [1] - 777:7
   **LONG** [5] - 773:5,
780:24, 787:13,
815:15, 818:1
   **LONGER** [2] -
786:17, 842:22
   **LOOK** [19] - 767:13,
772:13, 774:16,
775:16, 775:17,
776:9, 782:4, 786:4,
787:5, 787:11,
787:18, 804:18,
804:19, 815:6,
836:11, 847:6,
849:19, 849:24
   **LOOKED** [4] -
768:19, 782:7,
830:16, 840:17
   **LOOKING** [11] -
773:17, 775:1,
778:25, 781:20,
799:9, 812:4, 827:25,

829:11, 837:10,
837:11, 852:24
   **LOOKS** [1] - 827:20
   **LOS** [1] - 761:14
   **LOSE** [3] - 798:24,
818:23, 818:25
   **LOSS** [10] - 784:14,
784:18, 786:9,
786:21, 787:24,
799:7, 800:24,
800:25, 805:21,
805:25
   **LOST** [2] - 798:11,
816:20
   **LOT** [1] - 819:1
   **LOTS** [1] - 809:7
   **LOUISIANA** [4] -
761:1, 768:21, 781:1,
854:8
   **LOUISIANA** [2] -
761:4, 763:16
   **LOUTRE** [15] -
779:16, 782:20,
783:6, 784:6, 786:3,
786:16, 790:16,
793:23, 799:15,
800:1, 811:11,
811:20, 811:23,
812:9, 812:13
   **LOW** [3] - 806:3,
827:3, 835:12
   **LOWER** [9] - 785:5,
806:1, 806:4, 821:15,
835:17, 836:19,
839:23, 842:15,
851:24
   **LUCILLE** [2] - 840:2,
841:1
   **LUCK** [2] - 819:22,
820:3
   **LUNCH** [1] - 853:18

**M**

**M** [3] - 761:16,
761:16, 762:15
   **MA'AM** [4] - 800:19,
808:19, 811:24, 813:6
   **MACHINATIONS** [1]
- 790:23
   **MADE** [22] - 768:10,
768:15, 768:21,
769:2, 771:21, 777:5,
782:13, 789:17,
789:21, 792:16,
801:13, 802:3,
804:15, 818:22,
823:2, 825:8, 832:25,
833:17, 852:14,
852:15, 852:16,
852:20

   **MAESLANT** [3] -
820:12, 820:18,
820:19
   **MAIL** [1] - 836:14
   **MAIN** [1] - 762:16
   **MAIN** [4] - 781:4,
819:7, 822:19, 835:8
   **MAINTAINING** [1] -
818:17
   **MAINTENANCE** [7] -
789:12, 790:12,
807:22, 808:14,
808:18, 809:17,
810:10
   **MAJOR** [8] - 784:23,
785:7, 786:23,
787:20, 799:21,
819:8, 819:16, 820:10
   **MAJORITY** [1] -
783:19
   **MAKE** [15] - 767:3,
768:10, 768:12,
769:15, 779:18,
782:17, 784:25,
814:10, 817:20,
827:9, 833:25,
840:19, 845:1,
846:22, 850:19
   **MAKING** [1] - 791:24
   **MAMMOTH** [1] -
820:17
   **MAN** [1] - 832:24
   **MANIFEST** [3] -
807:19, 807:21,
808:17
   **MANIFESTED** [1] -
808:13
   **MANNER** [1] - 792:7
   **MANY** [2] - 823:22
   **MAP** [7] - 783:8,
783:9, 799:16,
814:20, 827:8, 839:24
   **MAPPED** [1] - 803:13
   **MAPPING** [3] -
799:17, 800:9, 800:13
   **MARC** [1] - 763:8
   **MARCH** [5] - 798:15,
798:16, 798:18,
798:19, 799:4
   **MARK** [4] - 777:5,
802:11, 804:2, 804:3
   **MARKED** [4] -
771:17, 777:19,
802:12, 804:2
   **MARKINGS** [1] -
771:21
   **MARSH** [10] - 805:4,
805:5, 805:17,
805:21, 806:3, 806:5,
806:6, 828:12,

832:22, 834:24
   **MARSHAL** [2] -
853:12, 853:15
   **MARSHES** [1] -
790:6
   **MATHEMATICAL** [1]
- 771:11
   **MATHEMATICALLY**
[3] - 771:13, 821:8,
823:10
   **MATTER** [3] - 803:9,
839:12, 854:11
   **MAXIMUM** [7] -
799:21, 822:11,
822:12, 834:21,
834:22, 841:6, 841:20
   **MAY** [32] - 770:21,
771:1, 773:19,
776:19, 776:21,
784:8, 784:10, 796:8,
796:9, 797:1, 797:20,
803:5, 804:11,
809:20, 811:4, 812:4,
813:25, 814:18,
819:6, 819:13,
821:19, 822:12,
825:22, 828:5,
829:12, 839:16,
840:10, 849:15,
852:17, 852:19,
852:22
   **MAYBE** [7] - 772:12,
812:12, 820:4,
824:17, 839:12,
839:13, 853:5
   **MCCONNON** [1] -
763:8
   **ME** [29] - 767:9,
767:14, 770:5,
773:14, 774:4,
774:16, 778:2, 778:6,
779:13, 794:16,
796:23, 797:8, 807:5,
810:20, 811:15,
812:3, 812:25,
817:24, 829:9,
834:16, 841:10,
841:22, 846:24,
849:15, 849:20,
849:24, 850:7,
852:22, 853:2
   **MEAN** [11] - 768:11,
773:1, 773:12,
775:14, 776:3,
788:16, 809:9,
811:12, 822:8,
823:23, 842:19
   **MEANS** [4] - 818:16,
823:24, 826:13,
830:18

MEANT [1] - 851:25
MEASURE [2] - 795:7, 844:23
MEASURED [3] - 768:8, 783:3, 783:18
MEASUREMENT [4] - 782:13, 782:14, 782:17, 800:2
MEASUREMENTS [4] - 768:11, 799:23, 799:24, 844:5
MEASURES [19] - 788:11, 790:10, 790:15, 792:4, 793:17, 793:19, 794:7, 794:17, 794:24, 806:12, 806:13, 807:7, 807:17, 807:22, 808:3, 809:15, 810:8, 810:15
MEASURING [2] - 765:25, 767:7
MECHANICAL [1] - 763:18
MECHANISMS [2] - 794:18, 833:21
MEMORANDUM [2] - 808:5, 808:9
MENTION [2] - 801:11, 809:22
MENTIONED [3] - 785:20, 801:8, 827:11
MERELY [1] - 816:22
MESS [1] - 847:22
METER [3] - 843:16, 843:17, 845:12
METERS [3] - 844:12, 844:15
METHOD [1] - 777:17
METRIC [1] - 844:13
MICHAEL [3] - 762:14, 762:15, 763:5
MICHELE [1] - 763:7
MICROPHONE [1] - 770:7
MID [1] - 793:3
MIDDLE [1] - 777:22
MIGHT [12] - 769:15, 777:3, 780:3, 780:4, 785:20, 799:9, 806:19, 810:24, 810:25, 818:3, 822:12, 832:24
MIKE [1] - 817:11
MILE [1] - 814:25
MILLER [63] - 763:9, 765:10, 765:11, 767:17, 767:23,

767:24, 768:13, 768:24, 769:2, 769:19, 770:22, 771:16, 773:16, 774:10, 775:7, 775:10, 775:15, 775:17, 775:22, 775:25, 777:18, 777:24, 778:19, 780:6, 782:6, 784:8, 784:11, 784:12, 787:7, 787:22, 789:25, 791:5, 791:12, 792:3, 792:7, 792:21, 795:25, 796:8, 796:10, 796:13, 796:16, 796:20, 797:13, 797:16, 797:24, 799:12, 800:20, 801:10, 803:3, 805:3, 805:9, 806:11, 806:17, 807:3, 808:20, 809:18, 810:17, 810:22, 811:9, 811:25, 813:7, 813:24, 814:2
MILLER [1] - 764:5
MILLION [2] - 793:2, 793:6
MILLIONS [3] - 845:2
MIND [1] - 816:2
MIND'S [1] - 844:1
MINOR [1] - 823:17
MINUTE [5] - 796:8, 802:25, 813:23, 849:24, 853:10
MISCHARACTERIZATION [1] - 812:3
MISSING [1] - 829:12
MISSISSIPPI [8] - 784:19, 784:22, 785:6, 785:18, 786:2, 786:12, 786:20, 787:12
MISTAKE [2] - 827:2, 843:20
MITIGATE [1] - 793:18
MITIGATED [1] - 807:14
MITIGATION [1] - 788:11
MITIGATIVE [6] - 792:15, 806:12, 807:17, 809:15, 810:8, 810:15
MITSCH [1] - 763:9
MIX [1] - 845:4
MODEL [21] -

765:23, 825:9, 825:10, 825:13, 826:6, 826:7, 826:9, 826:25, 829:18, 830:5, 830:10, 830:11, 831:20, 831:21, 832:2, 833:16, 836:4, 836:6, 843:17, 844:7
MODELERS [1] - 806:9
MODELING [4] - 765:20, 815:12, 838:8, 853:6
MODELS [9] - 765:22, 806:10, 824:18, 825:8, 825:11, 826:5, 826:19, 827:1, 827:3
MODES [3] - 833:21, 835:15, 835:23
MOMENT [5] - 784:8, 827:12, 827:13, 835:11, 843:23
MOMENTS [2] - 825:20, 828:14
MONEY [2] - 807:6, 821:14
MORE [21] - 772:11, 777:12, 781:13, 782:4, 782:7, 783:10, 790:5, 795:3, 799:5, 805:17, 814:2, 818:21, 821:16, 833:1, 833:4, 834:21, 837:13, 838:24, 844:23, 845:3, 848:5
MORGAN [1] - 762:20
MORNING [7] - 761:9, 765:3, 765:6, 765:11, 814:16, 816:13, 828:15
MORRIS [1] - 802:7
MOST [11] - 774:21, 780:24, 787:15, 788:1, 821:1, 821:5, 824:1, 825:8, 825:11, 839:11
MOTION [1] - 769:12
MOVE [9] - 768:24, 771:15, 829:25, 831:4, 833:8, 835:14, 839:24, 842:21, 847:24
MOVEMENT [1] - 828:6
MOVIE [2] - 828:6, 828:11
MOVING [4] - 825:4,

842:13, 847:25, 853:1
MR [1] - 764:9
MR [119] - 802:7, 814:16, 815:4, 815:9, 815:15, 815:19, 815:22, 816:1, 816:5, 816:8, 816:11, 816:14, 816:17, 816:20, 817:1, 817:17, 817:21, 817:22, 817:24, 818:5, 818:8, 818:10, 822:15, 824:25, 825:3, 825:17, 825:19, 827:17, 827:18, 827:22, 827:24, 828:4, 828:8, 828:9, 828:13, 828:17, 828:22, 828:25, 829:5, 829:8, 829:14, 829:17, 829:22, 829:24, 830:20, 830:22, 830:25, 831:3, 831:6, 831:8, 831:9, 831:10, 832:10, 832:12, 832:22, 833:1, 833:6, 833:11, 833:13, 833:14, 836:13, 836:24, 836:25, 837:12, 838:16, 838:19, 838:24, 839:6, 840:1, 840:4, 840:18, 840:19, 840:21, 842:12, 843:14, 843:24, 844:25, 845:23, 846:6, 847:1, 847:4, 847:16, 847:19, 847:22, 847:23, 848:17, 849:5, 849:10, 849:15, 849:19, 849:22, 849:23, 850:3, 850:7, 850:9, 850:11, 850:18, 850:24, 850:25, 851:3, 851:6, 851:10, 851:13, 851:17, 851:18, 851:20, 852:1, 852:2, 852:11, 852:17, 852:18, 852:22, 853:1, 853:5, 853:6, 853:7, 853:8, 853:11, 853:17
MRGO [119] - 763:1, 768:6, 769:17, 769:25, 771:5, 772:6, 772:20, 773:5, 773:10, 773:23, 774:8, 774:25, 775:4,

775:8, 775:9, 775:11, 776:1, 776:3, 776:5, 776:12, 779:3, 779:8, 779:15, 779:21, 781:7, 782:10, 782:18, 783:3, 785:5, 786:4, 786:8, 786:18, 788:5, 788:8, 788:11, 788:14, 788:20, 794:16, 794:23, 797:24, 798:3, 798:5, 798:6, 798:10, 799:20, 801:3, 802:15, 805:15, 805:19, 807:15, 807:22, 808:1, 808:12, 808:14, 809:17, 810:10, 810:12, 811:21, 811:22, 812:7, 812:14, 812:18, 814:25, 815:7, 824:11, 824:20, 824:23, 824:24, 825:6, 831:11, 831:14, 831:16, 831:25, 832:3, 832:5, 832:8, 832:9, 832:14, 832:21, 832:25, 833:24, 834:3, 834:6, 834:14, 834:15, 834:23, 835:17, 837:23, 838:12, 838:18, 838:21, 838:22, 838:23, 839:16, 839:19, 840:11, 840:23, 841:1, 841:8, 841:13, 841:17, 841:24, 842:4, 845:25, 846:4, 846:6, 846:9, 846:18, 846:23, 846:24, 847:2, 847:6, 849:13, 850:14, 850:15, 850:21
MRGO'S [1] - 851:21
MRS [3] - 831:8, 831:9, 836:24
MS [2] - 764:5, 764:6
MS [112] - 765:10, 767:17, 767:23, 767:24, 768:13, 768:24, 769:2, 769:19, 770:5, 770:9, 770:18, 770:22, 771:16, 773:16, 774:10, 775:7, 775:10, 775:15, 775:17, 775:22, 775:25, 777:18, 777:24, 778:19,

780:6, 782:6, 784:8, 784:11, 784:12, 787:7, 787:22, 789:25, 790:20, 791:5, 791:12, 792:1, 792:3, 792:7, 792:21, 795:25, 796:8, 796:10, 796:11, 796:13, 796:16, 796:20, 797:5, 797:8, 797:11, 797:13, 797:16, 797:21, 797:22, 797:24, 799:12, 800:20, 800:23, 801:5, 801:10, 801:16, 801:21, 801:25, 802:3, 802:7, 802:9, 802:17, 803:3, 803:11, 804:2, 804:7, 804:10, 804:13, 804:15, 804:22, 805:2, 805:3, 805:9, 805:24, 806:11, 806:17, 806:18, 806:22, 807:3, 807:5, 807:11, 808:20, 809:3, 809:5, 809:12, 809:18, 809:25, 810:3, 810:5, 810:17, 810:21, 810:22, 811:1, 811:8, 811:9, 811:25, 812:9, 812:24, 813:3, 813:7, 813:15, 813:19, 813:24, 814:2, 814:8, 814:11, 831:8

**MUCH** [19] - 786:4, 805:17, 806:4, 810:4, 813:4, 815:23, 816:1, 818:19, 824:16, 833:1, 833:3, 838:17, 840:25, 841:18, 843:7, 843:15, 844:13, 845:17, 845:24

**MUST** [1] - 796:25

**MY** [28] - 765:11, 767:9, 768:9, 770:9, 770:18, 773:4, 774:19, 786:3, 786:17, 789:8, 792:1, 792:12, 792:13, 798:2, 800:7, 804:1, 804:13, 806:23, 807:25, 812:13, 816:2, 817:14, 819:21, 849:6, 853:2, 854:10

**MYER** [1] - 763:10

## MYSELF [2] -
766:15, 768:11

# N

**N** [4] - 764:1, 765:1, 817:10, 817:15

**NAME** [6] - 765:11, 780:1, 817:8, 817:14, 817:15, 853:4

**NAMED** [1] - 831:18

**NAMELY** [1] - 826:15

**NATURE** [5] - 778:10, 782:5, 792:12, 793:4, 818:18

**NAVIGATION** [6] - 773:6, 773:20, 841:3, 842:21, 846:5, 848:15

**NEAR** [6] - 774:9, 777:8, 783:11, 800:11, 805:20, 814:25

**NECESSARILY** [2] - 799:3, 836:18

**NECESSARY** [2] - 774:19, 808:13

**NECESSITY** [1] - 808:7

**NED-275-000000105** [1] - 772:11

**NEED** [16] - 770:7, 770:24, 791:16, 795:5, 808:10, 808:11, 808:17, 811:6, 815:24, 817:12, 826:8, 826:10, 826:12, 839:24, 849:20

**NEEDED** [4] - 791:13, 794:13, 794:21, 826:19

**NEGATIVE** [3] - 788:4, 788:19, 789:5

**NEGLECTED** [1] - 843:2

**NEGLIGENCE** [1] - 792:14

**NEITHER** [2] - 768:15, 770:2

**NETHERLANDS** [8] - 818:12, 818:14, 819:2, 819:4, 819:17, 820:13, 823:25, 824:3

**NEUTRAL** [11] - 831:25, 832:3, 832:5, 832:8, 834:6, 834:15, 837:23, 838:11, 838:21, 838:22, 846:24

**NEW** [7] - 761:4, 761:17, 761:21, 762:6, 762:24, 763:3, 763:16

**NEW** [18] - 780:1, 786:6, 792:24, 798:18, 814:24, 823:3, 823:8, 824:12, 824:15, 831:16, 831:21, 834:9, 835:9, 836:21, 836:22, 837:4, 839:22, 851:23

**NEWS** [1] - 829:17

**NEXT** [9] - 802:11, 802:20, 830:14, 831:4, 837:8, 839:21, 842:13, 847:24, 850:24

**NINE** [5] - 838:3, 846:4, 846:6, 848:9, 848:11

**NINTH** [2] - 839:23, 851:24

**NO** [52] - 765:16, 766:2, 766:5, 768:10, 768:11, 769:22, 773:1, 773:4, 775:3, 780:24, 781:20, 782:8, 782:19, 787:13, 788:12, 788:13, 788:16, 790:5, 792:16, 796:20, 798:19, 802:10, 808:2, 808:8, 817:21, 823:25, 828:23, 829:1, 831:21, 831:25, 835:16, 835:17, 836:2, 836:17, 837:24, 840:9, 841:12, 841:13, 841:17, 847:6, 847:13, 848:15, 848:18, 849:25, 850:3, 850:14, 851:10, 852:5

**NO** [1] - 761:3

**NONRESPONSIVE** [2] - 768:25, 769:1

**NOR** [2] - 768:15, 770:2

**NORMAL** [4] - 776:17, 819:5, 820:13, 833:25

**NORMAN** [4] - 761:2, 836:22, 837:9, 838:19

**NORTH** [4] - 779:17, 782:22, 786:16, 800:1, 819:10, 840:12, 842:8

**NOT** [111] - 765:13, 765:15, 765:17, 765:23, 767:8, 768:8, 769:20, 770:13, 771:11, 772:23, 773:1, 773:5, 773:20, 773:22, 775:9, 775:11, 776:2, 776:6, 777:15, 778:7, 778:8, 778:25, 779:4, 780:13, 780:16, 781:5, 781:9, 781:17, 782:2, 782:7, 785:18, 785:23, 785:25, 786:21, 788:16, 790:3, 791:9, 792:14, 792:19, 793:11, 794:12, 796:5, 797:1, 798:21, 799:2, 799:7, 799:9, 799:20, 801:11, 802:1, 802:4, 803:4, 806:5, 807:6, 808:21, 809:13, 810:4, 810:6, 810:11, 811:20, 812:12, 812:18, 813:9, 813:12, 813:17, 815:12, 818:6, 819:6, 822:11, 823:18, 824:2, 824:7, 824:19, 826:20, 829:8, 829:15, 830:8, 831:1, 831:11, 831:16, 832:5, 832:14, 832:25, 833:24, 834:3, 834:5, 834:6, 836:1, 836:17, 839:1, 839:13, 840:6, 840:11, 840:16, 841:3, 842:3, 843:6, 844:21, 846:23, 847:9, 849:17, 851:5, 851:8, 851:13, 852:3, 852:12, 853:9

**NOTE** [2] - 792:1, 823:21

**NOTHING** [1] - 796:24

**NOTICE** [4] - 808:5, 842:14, 851:17, 851:18

**NOTWITHSTANDING** [3] - 806:19, 807:1, 807:24

**NOW** [37] - 768:1, 769:11, 779:23, 797:12, 799:12, 800:5, 802:13, 816:15, 817:12, 819:15, 822:21,

822:25, 824:9, 825:23, 826:15, 829:25, 831:19, 832:1, 836:6, 836:11, 836:15, 837:2, 837:8, 837:21, 838:1, 838:17, 839:1, 839:12, 842:23, 845:24, 846:12, 848:24, 849:18, 849:21, 849:25, 851:1, 853:1

**NUMBER** [17] - 784:14, 786:9, 787:23, 788:19, 802:8, 818:3, 824:16, 829:1, 831:1, 833:9, 836:10, 836:14, 836:17, 836:18, 837:25, 844:18

**NUMBERED** [1] - 854:11

**NY** [1] - 762:24

# O

**O** [5] - 762:2, 762:19, 763:12, 765:1, 825:16

**O'BRIEN** [1] - 762:23

**O'CLOCK** [3] - 828:15, 829:19, 853:16

**O'DONNELL** [2] - 761:12, 761:13

**OAK** [1] - 761:23

**OAKS** [1] - 781:16

**OATH** [2] - 766:23, 795:14

**OBJECT** [3] - 851:4, 851:6, 852:1

**OBJECTED** [1] - 808:7

**OBJECTING** [2] - 801:8, 803:1

**OBJECTION** [23] - 769:11, 770:9, 770:16, 770:18, 770:20, 790:20, 792:1, 796:11, 800:20, 801:15, 803:3, 804:4, 805:8, 805:9, 805:11, 806:17, 807:3, 808:20, 809:18, 809:23, 811:25, 817:21, 852:16

**OBJECTIONABLE** [1] - 851:15

**OBJECTIONS** [1] - 770:24

**OBLIGATION** [1] -

807:24
   **OBLIGATIONS** [1] - 807:1
   **OBSERVATIONS** [1] - 827:10
   **OBSERVED** [3] - 782:25, 783:6, 832:19
   **OBVIOUS** [1] - 804:17
   **OBVIOUSLY** [1] - 811:12
   **OCCUR** [6] - 788:17, 788:23, 789:11, 801:2, 846:10, 846:23
   **OCCURRED** [13] - 769:21, 772:3, 781:21, 784:21, 785:8, 788:10, 789:9, 799:22, 820:4, 832:17, 832:25, 847:9, 849:13
   **OCCURRENCE** [1] - 821:23
   **OCCURRING** [1] - 822:9
   **OCCURS** [2] - 777:21, 777:23
   **OF** [485] - 761:1, 761:5, 761:7, 761:16, 762:18, 763:4, 765:20, 765:25, 766:1, 766:3, 766:4, 767:7, 767:8, 767:9, 768:3, 768:5, 768:9, 768:14, 768:15, 768:16, 768:19, 768:22, 769:8, 769:9, 769:15, 769:16, 769:17, 769:22, 770:12, 771:2, 771:6, 771:7, 771:8, 771:20, 771:24, 772:2, 772:4, 772:17, 772:19, 772:24, 773:4, 773:5, 773:10, 773:23, 773:24, 773:25, 774:3, 774:8, 774:12, 774:14, 774:19, 774:20, 774:21, 774:25, 775:2, 775:4, 775:8, 775:11, 775:20, 775:21, 776:1, 776:5, 776:9, 776:12, 776:17, 776:18, 776:19, 777:7, 777:14, 777:16, 777:17, 777:20, 777:22, 777:25, 778:5, 778:7, 778:10, 778:12,

778:15, 778:20, 778:22, 779:4, 779:8, 779:11, 779:21, 779:25, 780:7, 780:11, 780:16, 780:21, 781:1, 781:6, 781:8, 781:10, 781:11, 781:14, 781:21, 782:5, 782:9, 782:10, 782:17, 782:20, 782:22, 782:24, 782:25, 783:3, 783:5, 783:9, 783:10, 783:11, 783:15, 783:17, 783:19, 783:22, 783:25, 784:2, 784:5, 784:14, 784:17, 784:18, 784:21, 785:1, 785:13, 785:20, 785:21, 786:5, 786:6, 786:9, 786:10, 786:13, 786:15, 786:16, 786:19, 787:4, 787:5, 787:10, 787:11, 787:13, 787:14, 787:15, 787:19, 787:23, 788:1, 788:4, 788:5, 788:8, 788:11, 788:14, 788:16, 788:19, 788:20, 789:4, 789:11, 789:15, 789:18, 790:2, 790:5, 790:7, 790:8, 790:12, 790:15, 791:3, 791:16, 791:17, 792:8, 792:12, 792:19, 792:24, 793:4, 793:7, 793:13, 794:2, 794:9, 794:20, 794:24, 796:11, 796:16, 797:6, 797:7, 797:19, 798:2, 798:7, 798:8, 798:10, 798:11, 798:21, 799:7, 799:13, 799:15, 799:21, 799:23, 799:25, 800:1, 800:4, 800:7, 800:11, 800:21, 801:2, 801:12, 801:18, 802:4, 802:8, 803:3, 803:4, 803:9, 803:12, 803:16, 803:18, 803:22, 803:23, 804:20, 805:1, 805:3, 805:9, 805:10, 805:14, 805:16, 805:17,

805:19, 805:20, 805:21, 805:25, 806:5, 806:6, 806:8, 806:9, 806:12, 806:21, 806:23, 807:14, 807:22, 808:10, 808:11, 808:14, 808:18, 809:6, 809:7, 809:13, 809:15, 809:17, 809:19, 810:6, 810:8, 810:10, 810:15, 810:18, 810:19, 811:1, 811:11, 811:15, 811:20, 811:21, 811:23, 812:1, 812:9, 812:12, 812:14, 812:18, 812:20, 812:23, 812:24, 812:25, 813:1, 813:10, 813:16, 813:22, 814:2, 814:3, 814:9, 814:18, 814:20, 814:24, 815:4, 815:9, 815:10, 815:16, 815:19, 816:8, 816:11, 817:18, 817:25, 818:12, 818:20, 818:24, 818:25, 819:1, 819:4, 819:16, 819:22, 819:23, 820:2, 820:3, 820:7, 820:8, 820:10, 820:11, 820:17, 820:21, 820:22, 821:1, 821:2, 821:9, 821:10, 821:13, 821:23, 822:3, 822:4, 822:9, 822:22, 823:7, 823:13, 824:3, 824:15, 824:16, 824:20, 825:6, 825:11, 825:12, 825:13, 825:21, 826:5, 826:10, 826:13, 826:18, 826:21, 827:7, 827:10, 827:11, 827:13, 827:15, 827:16, 827:22, 828:1, 828:6, 828:8, 828:12, 828:15, 829:2, 829:9, 830:2, 830:4, 830:6, 831:11, 831:24, 832:20, 832:22, 833:8, 833:10, 833:16, 833:21, 833:24, 834:2, 834:5, 834:7, 834:10, 834:17,

835:3, 835:4, 835:8, 835:24, 836:8, 836:10, 836:12, 836:15, 836:17, 836:18, 836:21, 836:25, 837:8, 837:11, 837:12, 837:13, 837:14, 837:16, 837:17, 837:20, 837:25, 838:3, 838:7, 838:21, 838:24, 838:25, 839:5, 839:6, 839:8, 839:10, 839:12, 839:13, 839:14, 839:19, 840:11, 840:14, 840:20, 840:24, 841:4, 841:7, 841:13, 841:20, 841:25, 842:6, 842:9, 842:20, 842:24, 843:13, 843:14, 843:16, 843:18, 843:20, 844:1, 844:3, 844:5, 844:6, 844:7, 844:8, 844:17, 845:6, 845:25, 846:4, 846:7, 846:15, 846:16, 846:20, 847:17, 848:6, 848:9, 848:11, 849:2, 849:3, 849:15, 849:21, 850:20, 851:4, 851:7, 851:23, 852:2, 852:5, 852:6, 852:8, 852:18, 853:2, 853:4, 854:8, 854:9, 854:10
   **OFF** [7] - 772:20, 785:2, 785:17, 786:2, 814:24, 820:11, 829:13
   **OFFER** [1] - 813:15
   **OFFERED** [2] - 784:4, 828:4
   **OFFICE** [4] - 761:16, 762:18, 763:1, 766:12
   **OFFICIAL** [2] - 854:7, 854:16
   **OFFICIAL** [1] - 763:15
   **OFFSHORE** [1] - 820:21
   **OFTEN** [1] - 784:24
   **OIL** [1] - 773:21
   **OKAY** [47] - 765:7, 767:18, 768:14, 772:22, 773:9, 774:18, 776:11, 785:1, 789:20, 789:24, 794:4, 795:6,

796:22, 797:3, 797:20, 807:10, 811:15, 812:22, 813:2, 814:15, 815:23, 816:4, 817:16, 827:21, 827:23, 829:4, 829:9, 829:21, 829:23, 831:5, 834:7, 836:11, 837:8, 839:21, 840:22, 840:24, 842:18, 847:12, 849:2, 849:5, 849:9, 849:22, 850:23, 850:24, 851:8, 851:17, 853:3
   **OLD** [2] - 777:10, 818:22
   **ON** [106] - 765:7, 765:25, 766:2, 766:3, 766:12, 766:18, 767:7, 767:11, 767:16, 767:19, 767:21, 767:25, 769:9, 769:24, 770:15, 771:12, 771:15, 771:21, 772:4, 772:13, 772:24, 773:17, 773:22, 774:2, 774:3, 774:9, 777:9, 777:15, 777:20, 778:13, 778:22, 779:3, 779:4, 779:8, 779:10, 780:1, 781:1, 781:16, 783:14, 783:21, 786:4, 786:21, 788:7, 791:3, 795:12, 795:23, 796:13, 797:17, 797:19, 798:10, 798:19, 799:14, 800:3, 800:25, 801:7, 802:15, 803:17, 803:22, 803:25, 805:23, 808:7, 810:4, 810:12, 811:23, 814:3, 814:21, 814:22, 816:13, 819:6, 821:3, 821:4, 821:19, 822:16, 823:3, 824:11, 826:11, 827:8, 827:20, 828:15, 828:20, 828:21, 829:10, 829:25, 830:16, 833:9, 833:23, 835:22, 836:16, 837:17, 837:23, 839:22, 841:6, 843:3, 843:18,

849:25, 851:17, 851:18, 852:19

**ONCE** [4] - 776:5, 837:7, 845:15, 847:24

**ONE** [69] - 766:12, 772:11, 773:13, 773:17, 774:5, 775:20, 777:19, 779:3, 782:25, 783:6, 783:24, 784:5, 784:8, 784:17, 785:9, 786:10, 788:21, 790:15, 792:8, 794:24, 796:8, 800:10, 802:11, 812:25, 813:3, 814:2, 819:7, 822:12, 822:13, 822:16, 822:20, 822:25, 823:4, 823:7, 823:18, 823:21, 825:11, 826:5, 829:8, 829:10, 829:12, 829:13, 830:15, 830:16, 831:14, 831:23, 832:8, 834:7, 834:8, 836:17, 839:11, 842:13, 843:3, 843:11, 844:18, 846:3, 846:19, 846:21, 847:17, 847:19, 851:5, 852:24, 853:9, 853:16

**ONES** [1] - 814:3

**ONGOING** [2] - 804:5, 807:13

**ONLY** [21] - 779:3, 790:24, 804:18, 813:10, 819:4, 820:11, 821:22, 822:5, 823:25, 824:3, 829:17, 834:25, 838:1, 839:1, 842:4, 846:18, 848:22, 848:24, 850:11, 851:3, 852:7

**ONTO** [1] - 849:3

**OPEN** [4] - 790:3, 814:13, 820:13, 853:14

**OPENINGS** [1] - 798:13

**OPERATING** [1] - 814:22

**OPERATION** [7] - 789:12, 790:12, 807:22, 808:14, 808:18, 809:17, 810:10

**OPINION** [23] -

769:9, 769:20, 770:2, 782:20, 782:24, 783:24, 784:4, 784:13, 785:1, 786:3, 786:17, 792:13, 796:2, 800:7, 803:19, 805:5, 806:15, 831:10, 838:5, 838:8, 851:13, 852:13

**OPINIONS** [5] - 796:3, 835:22, 835:23, 836:1, 836:3

**OPPORTUNITY** [3] - 800:14, 800:15, 808:8

**OPPOSING** [1] - 811:5

**OPTIMUM** [1] - 821:16

**OR** [71] - 766:9, 766:23, 769:11, 770:3, 772:9, 773:6, 773:8, 773:20, 776:7, 777:12, 777:22, 779:8, 780:10, 780:23, 782:13, 782:25, 783:6, 783:25, 785:13, 788:12, 788:16, 789:4, 789:13, 791:19, 793:13, 793:18, 793:20, 794:1, 797:8, 797:20, 798:10, 799:3, 799:7, 804:6, 804:21, 804:25, 806:7, 806:16, 808:5, 808:8, 809:13, 810:3, 810:6, 814:6, 814:8, 815:12, 815:24, 816:23, 819:5, 819:6, 820:17, 821:8, 822:13, 822:17, 823:15, 824:19, 826:11, 826:25, 827:4, 831:11, 832:5, 832:13, 832:14, 834:5, 835:13, 836:21, 837:13, 845:12, 851:7

**ORALLY** [1] - 795:5

**ORDER** [18] - 790:18, 791:13, 794:14, 794:20, 821:10, 821:20, 821:25, 825:5, 825:11, 825:25, 826:6, 826:8, 827:13, 831:19, 832:13, 833:7, 834:14, 853:2

**ORIENT** [2] - 814:20,

839:25

**ORIENTATION** [1] - 772:19

**ORIENTED** [1] - 833:7

**ORIGINAL** [2] - 812:18, 824:23

**ORLEANS** [6] - 761:4, 761:17, 761:21, 762:6, 763:3, 763:16

**ORLEANS** [16] - 782:11, 786:6, 792:24, 814:24, 823:3, 823:8, 824:12, 824:16, 831:21, 834:9, 835:9, 836:22, 837:4, 839:22, 851:24

**OSTENSIBLY** [1] - 849:13

**OTHER** [26] - 767:12, 769:8, 770:15, 771:8, 777:3, 780:22, 783:15, 784:1, 785:16, 792:4, 793:9, 793:14, 801:6, 805:16, 811:6, 814:6, 820:10, 821:4, 826:15, 827:6, 831:24, 836:23, 843:8, 843:24, 851:13, 852:20

**OTHERS** [4] - 778:13, 779:18, 813:11, 839:13

**OTHERWISE** [2] - 781:5, 842:2

**OUR** [35] - 771:4, 779:15, 797:17, 798:19, 818:16, 818:25, 819:1, 819:8, 819:14, 819:23, 821:1, 822:16, 822:19, 823:17, 823:22, 823:24, 824:17, 825:17, 825:24, 826:19, 827:14, 828:23, 830:17, 831:13, 832:16, 843:16, 843:17, 844:1, 844:7, 844:19, 844:24, 845:6, 850:21

**OURSELVES** [1] - 819:10

**OUT** [18] - 773:14, 777:19, 793:1, 796:23, 797:9, 804:3, 810:17, 816:4, 818:3, 832:21, 833:2,

834:14, 840:13, 842:11, 842:14, 843:2, 847:5, 853:2

**OUTBOARD** [1] - 835:21

**OUTCOME** [1] - 834:2

**OUTSIDE** [11] - 765:20, 766:1, 766:3, 767:7, 772:2, 805:10, 826:12, 826:13, 836:9, 837:24, 843:19

**OVER** [10] - 777:14, 785:2, 787:16, 789:21, 793:14, 820:1, 823:20, 839:2, 850:1

**OVERRIDING** [1] - 786:23

**OVERRULE** [1] - 769:11

**OVERRULED** [2] - 770:20, 805:12

**OVERTOPPED** [1] - 833:22

**OVERTOPPING** [6] - 834:5, 835:20, 837:17, 849:7, 850:3, 850:15

**OVERWHELMING** [1] - 787:21

**OWNED** [5] - 831:7, 831:8, 831:9, 831:10

**OWNERS** [1] - 791:17

## P

**P** [5] - 762:1, 762:2, 762:19, 763:12, 765:1

**P.O** [1] - 762:9

**PACKET** [1] - 829:2

**PAGE** [17] - 767:21, 772:11, 779:24, 796:11, 796:16, 827:15, 827:16, 827:22, 828:1, 828:21, 829:11, 833:8, 833:10, 833:11, 836:17, 852:17

**PAGE/LINE** [1] - 764:3

**PALMINTIER** [3] - 762:14, 762:15, 762:15

**PANEL** [1] - 787:5

**PAPER** [2] - 768:5, 768:6

**PAPERS** [2] - 766:5,

768:5

**PARADIGM** [1] - 821:24

**PARAMOUNTLY** [1] - 852:6

**PARIS** [2] - 814:24, 829:22

**PARISH** [5] - 768:16, 792:24, 831:22, 836:23, 841:3

**PARISHES** [1] - 782:11

**PARLANCE** [1] - 825:17

**PART** [9] - 768:9, 776:5, 778:20, 787:4, 787:5, 787:10, 819:23, 820:7, 839:8

**PART-TIME** [1] - 820:7

**PARTICULAR** [3] - 801:25, 802:4, 835:8

**PARTIES** [2] - 825:25, 828:8

**PASS** [2] - 776:3, 820:13

**PATTERN** [2] - 777:2, 777:16

**PAUL** [4] - 763:6, 763:8, 768:20, 826:15

**PENDING** [1] - 769:13

**PEOPLE** [15] - 765:22, 768:3, 779:13, 784:2, 788:7, 791:10, 818:22, 823:22, 823:25, 826:18, 827:10, 830:6, 832:19, 832:22, 844:23

**PERCENT** [1] - 820:6

**PERHAPS** [1] - 839:12

**PERIOD** [7] - 798:25, 800:9, 803:17, 804:20, 805:1, 820:4, 825:12

**PERIODS** [2] - 787:13, 824:12

**PERSIST** [1] - 787:13

**PERSISTED** [1] - 786:16

**PERSON** [1] - 797:19

**PERSONALLY** [1] - 770:13

**PETER** [1] - 763:10

**PETERS** [1] - 844:12

**PH.D** [1] - 824:6

**PHASE** [1] - 793:7

**PHILEN** [1] - 763:2
**PHOTO** [10] - 772:20, 773:11, 774:16, 776:6, 777:16, 779:4, 780:21, 781:13, 781:20, 799:6
**PHOTOGRAPH** [31] - 771:18, 772:4, 772:8, 772:17, 772:22, 773:17, 773:24, 774:3, 774:9, 774:21, 774:24, 775:12, 776:2, 776:11, 776:19, 776:22, 777:20, 777:22, 778:4, 778:23, 779:1, 780:7, 780:10, 780:16, 801:18, 802:2, 802:4, 802:14, 803:8, 836:21
**PHOTOGRAPHS** [2] - 804:20, 804:22
**PHOTOS** [1] - 783:12
**PHYSICAL** [1] - 814:9
**PICTURE** [9] - 774:13, 775:4, 775:16, 775:17, 802:5, 802:18, 815:4, 816:6, 828:14
**PIECE** [2] - 820:3, 844:8
**PIECES** [1] - 815:20
**PIERCE** [1] - 761:13
**PIPES** [1] - 820:21
**PITHY** [1] - 770:24
**PLACE** [6] - 766:9, 766:12, 773:24, 790:7, 820:5, 837:12
**PLACED** [2] - 779:5, 792:11
**PLACES** [1] - 830:6
**PLAINTIFF** [3] - 761:12, 764:3, 840:17
**PLAINTIFFS** [7] - 817:1, 824:9, 824:21, 825:7, 832:15, 836:12, 852:9
**PLAINTIFFS'** [5] - 817:17, 836:8, 850:8, 850:10, 852:6
**PLAN** [1] - 819:23
**PLANTS** [1] - 783:22
**PLAY** [2] - 823:13, 823:15
**PLAYED** [3] - 815:25, 825:20, 828:6
**PLC** [1] - 762:14
**PLEASE** [13] - 765:5, 795:24, 797:14,

812:23, 814:14, 816:5, 817:4, 817:7, 825:22, 827:15, 832:1, 837:8, 839:21
**PLUG** [1] - 836:3
**POINT** [21] - 768:12, 773:14, 777:18, 781:4, 796:23, 800:5, 801:4, 804:13, 804:15, 808:24, 814:2, 816:4, 818:3, 818:24, 822:16, 835:8, 835:22, 843:2, 844:5, 845:1, 852:10
**POINTED** [1] - 815:1
**POINTER** [1] - 816:5
**POINTING** [1] - 815:7
**POINTS** [1] - 844:6
**POLDER** [7] - 824:16, 825:13, 830:12, 831:3, 835:9, 835:11, 835:12
**POLDERS** [3] - 824:15, 826:7, 826:12
**POLITICKS** [1] - 809:9
**PONTCHARTRAIN** [5] - 778:21, 785:2, 785:21, 786:7
**POOR** [1] - 792:14
**PORT** [1] - 820:11
**PORTION** [3] - 767:12, 767:19
**POSED** [1] - 825:5
**POSSESSIONS** [1] - 818:20
**POSSIBILITY** [1] - 840:10
**POSSIBLE** [6] - 767:9, 808:6, 821:22, 822:5, 822:13, 844:4
**POSSIBLY** [3] - 809:14, 810:7, 833:20
**POST** [1] - 851:11
**POTENTIAL** [1] - 808:11
**POWER** [1] - 816:21
**POWERPOINT** [3] - 780:1, 813:8, 813:13
**POYDRAS** [2] - 762:5, 763:16
**PRECISE** [1] - 834:21
**PREDICT** [1] - 834:2
**PREDICTION** [1] - 832:24
**PREEXISTED** [1] - 773:6
**PREEXISTING** [2] -

773:19, 786:18
**PREMISE** [1] - 849:14
**PREMIUM** [1] - 821:15
**PREPARATION** [4] - 768:14, 800:21, 803:4, 836:16
**PREPARED** [1] - 851:11
**PRESENT** [7] - 763:1, 766:16, 831:15, 833:24, 834:3, 834:6, 835:3
**PRESENTATION** [1] - 813:8
**PRESENTED** [1] - 770:2
**PRESERVATION** [1] - 790:11
**PRESS** [1] - 768:6
**PRESUMABLY** [1] - 808:8
**PRETTY** [1] - 816:1
**PREVENT** [5] - 780:17, 781:10, 782:2, 795:8, 812:15
**PREVENTED** [4] - 795:3, 806:13, 807:13
**PREVENTIVE** [1] - 807:7
**PREVIOUS** [1] - 780:4
**PRIMARY** [2] - 788:21, 835:23
**PRINCIPALLY** [1] - 818:14
**PRINCIPLES** [2] - 769:4, 771:7
**PRINT** [1] - 804:3
**PRINTING** [1] - 804:6
**PRIOR** [20] - 769:17, 782:9, 786:4, 786:8, 788:5, 788:12, 788:14, 788:20, 789:5, 789:9, 789:14, 792:5, 805:14, 807:17, 808:11, 809:16, 810:9, 811:18, 814:8, 814:9
**PROBABILISTIC** [6] - 817:18, 820:2, 820:5, 820:23, 820:25, 821:21
**PROBABILITY** [2] - 821:10, 821:23
**PROBABLY** [9] - 776:4, 777:11, 778:12, 781:12, 781:16, 785:4,

787:15, 793:8
**PROBLEM** [4] - 797:9, 808:13, 808:15, 816:19
**PROCEED** [2] - 797:20
**PROCEEDINGS** [1] - 763:18
**PROCEEDINGS** [2] - 761:7, 854:10
**PROCESS** [8] - 790:25, 791:3, 791:24, 792:22, 793:7, 800:6, 800:7, 818:19
**PRODUCE** [2] - 832:5, 832:19
**PRODUCED** [2] - 777:7, 832:6
**PRODUCED** [2] - 763:18
**PROFESSIONAL** [6] - 792:14, 792:18, 803:19, 805:5, 806:15, 806:24
**PROFESSOR** [37] - 765:7, 815:12, 817:3, 817:17, 818:11, 820:7, 823:21, 823:22, 823:24, 823:25, 824:1, 824:2, 824:3, 824:4, 824:5, 824:8, 824:9, 825:20, 825:23, 826:15, 828:18, 831:7, 832:13, 833:15, 833:17, 836:7, 836:20, 837:25, 838:4, 839:1, 840:5, 842:8, 848:1, 849:25, 851:1, 851:21
**PROGRAM** [7] - 765:15, 778:21, 791:23, 793:5, 793:6, 793:12, 844:24
**PROGRESSION** [1] - 837:14
**PROJECT** [11] - 790:19, 791:6, 791:13, 791:17, 791:20, 791:25, 792:23, 793:4, 793:9, 793:13, 793:14
**PROJECTS** [5] - 792:8, 792:17, 793:14, 794:13, 794:21
**PROMISE** [1] - 818:1
**PROPER** [1] - 837:4
**PROPERTIES** [12] -

831:10, 831:12, 831:18, 836:24, 836:25, 842:23, 842:25, 843:3, 843:5, 843:6, 846:2, 852:6
**PROPERTY** [14] - 791:17, 831:7, 831:8, 831:9, 837:15, 843:14, 843:19, 845:17, 846:21, 847:10, 847:16, 847:18, 849:3
**PROPOSAL** [2] - 793:1, 793:9
**PROPOSALS** [1] - 793:9
**PROPOSE** [1] - 823:3
**PROPOSED** [11] - 791:9, 793:14, 794:17, 794:23, 808:1, 809:16, 810:9, 810:15, 810:16
**PROPOSING** [2] - 791:7, 793:4
**PROTECT** [3] - 792:4, 819:9, 823:8
**PROTECTED** [2] - 779:11, 835:13
**PROTECTING** [1] - 818:16
**PROTECTION** [28] - 778:21, 779:1, 779:7, 779:11, 781:20, 795:7, 796:2, 796:5, 808:6, 808:11, 808:17, 808:25, 809:1, 809:2, 809:15, 809:23, 810:8, 810:14, 810:19, 811:10, 811:16, 811:19, 811:21, 811:22, 812:7, 812:15, 812:17, 835:21
**PROTECTIVE** [1] - 806:13
**PROVIDE** [6] - 781:19, 806:16, 809:2, 810:25, 811:4, 811:15
**PROVIDED** [10] - 765:22, 768:4, 769:7, 770:10, 770:14, 806:8, 826:16, 826:18, 828:24, 829:2
**PUBLICATION** [1] - 814:17
**PUBLISH** [1] - 814:17

**PUBLISHED** [4] - 766:2, 766:5, 768:5
**PULL** [1] - 777:17
**PULLEY** [1] - 777:9
**PUMP** [1] - 839:18
**PUMPED** [1] - 839:9
**PUMPS** [4] - 839:9, 839:10, 839:13, 839:14
**PURCHASED** [1] - 791:18
**PURPORTS** [1] - 775:21
**PURPOSE** [3] - 774:19, 780:21, 839:22
**PURPOSES** [3] - 806:6, 830:18, 840:13
**PUSHED** [1] - 842:19
**PUT** [11] - 767:16, 767:18, 777:13, 794:2, 812:5, 813:13, 819:1, 820:4, 826:25, 834:23, 848:8
**PUTS** [1] - 849:2
**PUTTING** [4] - 796:13, 807:6, 810:4, 812:13
**PX** [12] - 771:18, 771:21, 772:10, 779:24, 815:19, 825:22, 828:1, 831:4, 832:1, 836:13, 852:22, 853:8

**Q**

**Q** [1] - 767:6
**QUANTIFYING** [1] - 766:3
**QUESTION** [45] - 767:6, 767:21, 767:22, 769:2, 770:21, 770:23, 770:25, 774:20, 775:1, 775:3, 776:10, 778:3, 781:23, 788:18, 789:8, 791:2, 794:22, 795:19, 796:1, 796:3, 798:2, 800:23, 801:14, 803:12, 803:15, 806:18, 806:23, 807:3, 807:5, 809:3, 809:20, 809:21, 809:24, 810:2, 812:12, 812:13, 812:16, 821:12, 821:13, 825:5, 830:14, 838:17, 849:24, 850:20,

851:15
**QUESTIONING** [6] - 805:10, 811:2, 811:9, 811:14, 811:18, 812:10
**QUESTIONS** [15] - 766:18, 766:20, 796:20, 797:6, 797:12, 797:24, 799:12, 805:3, 806:11, 808:20, 809:22, 810:17, 811:15, 817:24, 851:7
**QUICKLY** [4] - 783:17, 824:25, 827:5, 828:10
**QUITE** [6] - 782:16, 823:19, 823:23, 827:1, 831:17, 845:5
**QUOTED** [1] - 852:11

**R**

**R** [6] - 761:8, 762:23, 763:11, 765:1, 817:10, 817:15
**RADIAL** [1] - 777:7
**RAIN** [7] - 839:3, 839:5, 839:7, 839:8, 839:11, 839:15, 839:18
**RAISE** [1] - 817:4
**RAN** [1] - 820:1
**RANGE** [1] - 835:2
**RATHER** [2] - 797:19, 828:10
**RE** [1] - 836:6
**RE-RUN** [1] - 836:6
**REACH** [12] - 812:14, 824:17, 831:19, 834:14, 837:25, 842:4, 842:22, 845:25, 846:18, 848:3, 849:25, 850:14
**REACHED** [1] - 827:12
**REACHES** [1] - 812:14
**REACHING** [1] - 816:15
**READ** [7] - 767:19, 770:22, 770:25, 772:14, 809:20, 810:1, 850:5
**READING** [3] - 767:14, 818:4, 834:16
**READY** [1] - 797:20
**REAL** [2] - 809:9, 843:19

**REALIZE** [1] - 812:23
**REALLY** [7] - 782:3, 783:16, 785:8, 800:23, 807:6, 809:8, 827:1
**REASON** [3] - 785:24, 792:7, 843:14
**REASONABLE** [3] - 769:18, 792:15, 794:16
**REASONING** [1] - 820:5
**REASONS** [1] - 823:2
**REBUT** [1] - 801:13
**RECALL** [8] - 766:7, 767:5, 795:11, 795:19, 796:6, 801:8, 811:9, 819:7
**RECEDES** [1] - 837:18
**RECEDING** [1] - 842:20
**RECEIVE** [3] - 791:13, 791:16, 794:13
**RECEIVED** [1] - 792:25
**RECESS** [7] - 813:23, 814:6, 814:12, 853:10, 853:13, 853:16, 853:18
**RECOMMENDATIO N** [1] - 832:16
**RECORD** [18] - 768:9, 777:18, 792:11, 796:23, 797:19, 809:7, 817:8, 818:4, 822:9, 825:1, 827:20, 828:1, 832:8, 836:15, 850:19, 852:18, 854:10
**RECORDED** [1] - 814:21
**RECORDED** [1] - 763:18
**RECORDING** [1] - 795:16
**RED** [8] - 837:13, 841:4, 841:6, 841:7, 847:2, 849:6, 849:12, 850:20
**REDIRECT** [2] - 797:3, 797:4
**REDIRECT** [1] - 764:6
**REDUCE** [3] - 820:5, 836:9, 837:24

**REDUCED** [3] - 812:20, 820:6, 822:22
**REDUCING** [2] - 769:24, 823:9
**REDUCTION** [13] - 768:19, 768:23, 769:15, 769:20, 769:24, 770:3, 771:2, 771:6, 786:12, 786:19, 805:23, 823:12, 838:3
**REDUCTIONS** [1] - 824:17
**REEDS** [1] - 805:16
**REFERENCE** [2] - 827:24, 838:5
**REFERRED** [2] - 830:15, 840:9
**REFERRING** [1] - 823:21
**REFERS** [2] - 783:9, 836:17
**REFINE** [1] - 834:1
**REFLECT** [2] - 777:11, 799:2
**REFLECTED** [2] - 771:22, 802:15
**REFLECTS** [2] - 772:22, 802:18
**REGARD** [6] - 801:22, 810:19, 818:12, 819:15, 823:18, 831:7
**REGARDING** [9] - 769:3, 769:20, 790:10, 797:13, 810:19, 811:3, 811:11, 823:18, 824:13
**REGARDS** [2] - 835:15, 837:8
**REGENERATE** [1] - 787:14
**REGENERATED** [1] - 778:8
**REGENERATING** [1] - 785:23
**REGION** [1] - 798:8
**REGIONAL** [2] - 792:25, 793:11
**RELATED** [3] - 769:4, 792:20, 811:20
**RELATES** [1] - 769:6
**RELATING** [2] - 800:23, 811:19
**RELATION** [1] - 797:25
**RELATIONSHIP** [2] - 768:16, 823:5
**RELATIVE** [1] -

839:5
**RELEVANCE** [3] - 792:1, 792:2, 815:9
**RELEVANT** [2] - 792:9, 796:2
**RELIED** [1] - 852:15
**RELY** [1] - 821:3
**RELYING** [1] - 852:19
**REMAINED** [1] - 778:7
**REMEMBER** [4] - 811:13, 828:6, 839:1, 840:3
**REMOTE** [1] - 814:22
**REMOVE** [1] - 839:14
**REMOVED** [2] - 781:7, 834:23
**REMOVES** [1] - 839:14
**RENDER** [1] - 852:13
**RENDERED** [1] - 852:13
**RENDERING** [1] - 796:25
**RENEWED** [1] - 823:19
**REPAIRED** [1] - 843:21
**REPEAT** [2] - 809:24, 832:23
**REPEATED** [2] - 781:2, 831:21
**REPHRASE** [2] - 806:18, 807:5
**REPLACEMENT** [2] - 805:3, 805:20
**REPLAY** [1] - 831:24, 832:17, 832:20
**REPORT** [51] - 768:14, 769:5, 769:20, 770:3, 770:11, 771:7, 771:19, 771:20, 772:9, 779:15, 779:20, 779:23, 779:24, 779:25, 780:2, 782:9, 786:10, 787:23, 796:4, 800:22, 801:9, 801:12, 801:19, 801:20, 801:22, 802:14, 803:4, 827:22, 827:25, 828:1, 828:4, 828:24, 829:6, 830:19, 830:21, 830:22, 830:24, 831:3, 833:8,

833:10, 851:1, 851:11, 851:21, 852:2, 852:10, 852:12, 852:17, 852:21, 853:4, 853:6
**REPORTED** [1] - 784:3
**REPORTER** [8] - 766:16, 766:21, 770:22, 774:4, 795:16, 810:1, 854:7, 854:16
**REPORTER** [1] - 763:15
**REPORTER'S** [2] - 825:14, 854:5
**REPORTS** [6] - 829:9, 829:16, 830:6, 830:23, 850:10, 851:6
**REPRESENT** [1] - 780:13
**REPRESENTS** [2] - 782:14, 792:14
**REQUIRE** [3] - 790:18, 818:24, 821:12
**REQUIRED** [2] - 790:23, 809:1
**REQUIREMENT** [1] - 822:2
**RESERVED** [1] - 808:12
**RESIO** [1] - 843:24
**RESISTANCE** [1] - 821:9
**RESISTANT** [2] - 780:22, 781:5
**RESPOND** [2] - 792:2, 795:5
**RESPONDING** [1] - 808:22
**RESPONSE** [1] - 797:12
**RESTATE** [1] - 803:15
**RESTORATION** [3] - 790:11, 792:15, 806:12
**RESTORE** [3] - 792:5, 793:18, 793:21
**RESTORED** [1] - 806:13
**RESTORING** [1] - 794:25
**RESULT** [4] - 789:11, 821:14, 822:3, 838:11
**RESULTED** [1] - 782:21
**RESULTING** [1] -

788:5
**RESULTS** [6] - 827:2, 832:20, 834:2, 834:5, 845:5, 845:6
**RETAIN** [1] - 786:7
**RETAINING** [2] - 772:5, 773:8
**REVEGETATE** [1] - 799:1
**REVIEW** [7] - 767:3, 767:12, 800:14, 800:15, 803:4, 814:17, 835:6
**REVIEWED** [5] - 771:2, 803:5, 829:13, 829:16
**REVIEWING** [1] - 800:21
**RHINE** [1] - 819:8
**RICHARD** [1] - 763:11
**RICHNESS** [1] - 818:20
**RIDGE** [20] - 779:16, 782:21, 782:22, 783:1, 783:6, 783:7, 783:9, 783:11, 784:6, 786:3, 786:16, 790:16, 793:23, 799:15, 800:1, 811:11, 811:20, 811:23, 812:9, 812:13
**RIGHT** [140] - 765:14, 765:18, 765:21, 765:23, 766:1, 766:4, 766:10, 766:16, 767:8, 767:15, 767:16, 768:1, 769:11, 771:15, 771:22, 771:25, 772:6, 772:25, 773:3, 773:18, 773:22, 774:12, 774:22, 774:25, 775:8, 775:11, 775:12, 775:24, 776:13, 776:20, 776:23, 777:2, 777:6, 777:20, 778:16, 779:11, 779:21, 780:8, 780:11, 780:12, 780:14, 780:18, 781:11, 781:12, 781:15, 781:16, 781:25, 782:3, 782:11, 782:15, 782:22, 782:23, 783:1, 783:7, 783:25, 784:6, 784:16, 784:19, 784:21,

785:17, 786:25, 787:1, 787:2, 787:3, 787:24, 788:9, 788:15, 788:21, 788:24, 789:2, 789:6, 789:7, 790:8, 790:9, 790:13, 790:16, 790:19, 791:7, 793:15, 793:21, 793:24, 793:25, 794:1, 794:5, 794:10, 794:21, 794:25, 795:9, 798:10, 813:20, 815:14, 815:24, 816:10, 816:14, 816:17, 817:1, 817:4, 817:13, 818:5, 823:21, 825:23, 825:24, 826:22, 827:6, 828:2, 828:11, 829:8, 829:10, 829:25, 830:25, 831:5, 832:6, 833:13, 835:4, 835:18, 835:19, 836:4, 836:8, 836:11, 836:19, 837:4, 837:5, 839:21, 840:14, 841:18, 842:1, 842:16, 842:19, 842:25, 845:3, 845:4, 845:16, 846:9, 846:11, 846:16, 847:3, 848:1, 848:18, 849:21, 853:5
**RIGHT-HAND** [4] - 773:22, 774:12, 777:20, 836:19
**RING** [3] - 780:7, 780:11, 780:16
**RISE** [4] - 837:16, 842:20, 853:12, 853:15
**RISES** [1] - 846:3
**RISK** [4] - 821:14, 821:17, 823:10, 823:12
**RITA** [1] - 768:20
**RIVER** [12] - 784:19, 784:23, 785:2, 785:6, 785:13, 785:18, 786:2, 786:12, 786:13, 786:19, 819:8, 820:14
**RIVERS** [1] - 819:7
**ROAD** [2] - 814:24, 829:22
**ROBERT** [1] - 763:1
**ROBIN** [1] - 763:10
**ROBINSON** [6] -

761:2, 831:8, 837:9, 838:19, 838:24, 840:18
**ROBINSON'S** [3] - 836:23, 837:12, 839:6
**ROLE** [3] - 823:13, 823:15, 823:17
**ROLL** [1] - 815:17
**ROLLING** [3] - 844:2, 844:4, 844:7
**ROOM** [1] - 825:20
**ROOM** [1] - 763:16
**ROOT** [1] - 781:17
**ROTTERDAM** [2] - 820:11, 822:20
**ROUGE** [2] - 762:10, 762:16
**ROUGH** [2] - 768:21, 782:12
**ROUGHLY** [3] - 841:6, 846:16, 849:4
**ROUGHNESS** [1] - 826:10
**ROUGHNESSES** [1] - 832:23
**ROUTE** [1] - 776:9
**ROY** [2] - 762:1, 762:1
**RPR** [2] - 763:15, 854:15
**RUN** [5] - 821:17, 826:8, 826:19, 833:16, 836:6
**RUNNING** [2] - 832:2, 832:3
**RUPERT** [1] - 763:9

## S

**S** [4] - 763:4, 763:7, 765:1, 825:16
**S-O-B-A-K** [1] - 825:16
**S.W** [1] - 762:12
**SAFE** [3] - 821:10, 821:11, 822:2
**SAFER** [4] - 818:22, 818:24, 821:16, 823:1
**SAID** [12] - 792:16, 794:15, 794:18, 804:16, 809:4, 811:12, 816:22, 820:1, 820:3, 824:22, 835:20, 844:11
**SALINE** [1] - 788:21
**SALINITIES** [1] - 783:19
**SALINITY** [17] - 782:21, 782:24, 783:2, 783:5, 783:14,

783:15, 783:21, 783:23, 783:25, 785:22, 785:25, 790:5, 799:24, 799:25, 801:2, 805:21, 812:15
**SALT** [17] - 783:16, 783:18, 786:23, 787:13, 787:21, 795:3, 796:5, 799:18, 800:4, 800:8, 805:4, 805:17, 811:3, 811:10, 811:19, 811:23
**SALTWATER** [16] - 780:24, 781:7, 797:23, 798:3, 798:5, 798:6, 803:12, 803:16, 803:20, 804:16, 805:5, 806:3, 806:5, 806:14, 812:8, 812:20
**SAME** [14] - 766:23, 802:4, 805:6, 805:10, 819:12, 820:20, 823:23, 828:21, 829:10, 831:21, 832:2, 832:6, 833:8, 844:2
**SARAH** [1] - 763:11
**SATELLITE** [1] - 836:21
**SAW** [6] - 779:25, 788:2, 816:23, 828:14, 830:3, 830:7
**SAY** [16] - 773:12, 781:19, 786:15, 790:24, 794:15, 800:5, 807:8, 817:12, 822:11, 826:20, 834:21, 838:2, 838:21, 843:16, 844:14, 848:9
**SAYING** [4] - 801:8, 807:25, 829:15, 848:13
**SAYS** [4] - 827:21, 829:7, 836:7, 841:12
**SCALE** [1] - 786:21
**SCALES** [1] - 784:15
**SCAR** [2] - 777:14, 777:17
**SCARS** [7] - 776:22, 776:25, 777:7, 777:11, 778:3, 778:6, 778:9
**SCATTERED** [5] - 774:14, 797:25, 798:11, 801:23, 805:15

**SCENARIO** [16] - 821:20, 821:22, 834:10, 834:12, 834:13, 834:14, 835:15, 835:16, 838:12, 840:8, 841:12, 846:23, 846:24, 848:14

**SCENARIOS** [2] - 821:22, 831:14

**SCIENCE** [1] - 768:6

**SCIENTIFIC** [1] - 768:9

**SCIENTIST** [1] - 787:18

**SCIENTISTS** [1] - 788:9

**SCOPE** [3] - 805:10, 809:19, 852:2

**SCREEN** [2] - 797:17, 804:1

**SEA** [3] - 819:10, 825:10, 835:12

**SEABROOK** [1] - 794:4

**SEASON** [2] - 798:18, 799:17

**SEASONAL** [2] - 798:20, 798:21

**SEATED** [3] - 765:5, 814:14, 817:7

**SECOND** [12] - 766:12, 797:18, 803:24, 812:25, 813:3, 821:12, 828:20, 829:10, 830:15, 830:16, 833:9, 833:16

**SECTION** [5] - 810:20, 810:21, 811:1, 811:3, 811:16

**SECURITY** [1] - 814:22

**SEDIMENT** [2] - 786:12, 786:20

**SEE** [53] - 772:24, 773:2, 774:13, 776:5, 777:1, 777:6, 777:14, 777:15, 781:14, 796:7, 798:15, 800:10, 802:23, 803:22, 804:25, 810:25, 814:19, 815:2, 815:3, 815:5, 815:6, 815:7, 815:11, 815:16, 816:2, 816:11, 816:15, 816:17, 816:18, 821:17, 827:5, 828:10, 828:11,

829:5, 832:18, 834:9, 835:2, 835:6, 835:15, 836:7, 837:9, 837:16, 838:1, 841:10, 841:14, 841:18, 842:5, 842:20, 844:2, 844:17, 851:15, 853:3

**SEEM** [1] - 776:17

**SEEMED** [1] - 794:16

**SEEMS** [2] - 787:20, 803:8

**SEEN** [6] - 804:21, 805:1, 828:8, 845:6, 851:8, 851:9

**SELECTED** [3] - 791:24, 793:13, 793:14

**SENSE** [2] - 778:2, 778:4, 798:24, 812:11, 812:22, 820:17, 823:18, 839:12, 845:17

**SENTENCE** [2] - 852:23, 853:7

**SEPARATE** [1] - 802:3

**SEPARATED** [1] - 819:13

**SEQUENCE** [1] - 837:13

**SERIOUS** [1] - 822:25

**SESSION** [3] - 761:9, 765:3, 765:5

**SEVEN** [3] - 819:24, 841:18, 841:20

**SEVERAL** [1] - 778:2

**SHAFFER** [2] - 768:15, 770:2

**SHARE** [3] - 818:11, 819:19, 825:4

**SHARPLY** [1] - 783:3

**SHE** [6] - 801:8, 802:25, 809:22, 848:8, 848:9, 848:16

**SHE'S** [2] - 767:14, 812:2

**SHED** [1] - 801:7

**SHEENA** [1] - 817:11

**SHELL** [1] - 819:20

**SHERMAN** [1] - 761:20

**SHIPS** [1] - 820:13

**SHORTLY** [1] - 801:2

**SHOULD** [12] - 794:17, 796:18, 813:11, 818:21, 822:3, 822:22, 823:1, 834:21, 841:24, 844:14, 845:24,

850:12

**SHOW** [11] - 767:11, 771:17, 772:8, 772:10, 779:23, 795:23, 803:18, 815:4, 828:6, 831:13, 851:4

**SHOWED** [3] - 768:18, 799:25, 816:6

**SHOWING** [5] - 771:24, 772:5, 780:21, 781:4, 836:22

**SHOWN** [8] - 774:3, 774:8, 775:3, 775:8, 778:22, 780:16, 781:9, 783:12

**SHOWS** [11] - 772:17, 777:25, 778:4, 778:10, 778:15, 780:7, 780:10, 781:15, 828:14, 831:17, 833:18

**SHRINK** [1] - 797:8

**SHRUBS** [1] - 805:16

**SICKNESS** [1] - 818:23

**SIDE** [17] - 772:4, 772:24, 773:18, 773:22, 773:24, 774:12, 774:25, 775:21, 777:20, 778:22, 779:4, 779:11, 798:10, 827:3, 827:4, 837:18

**SIDES** [2] - 803:23, 804:14

**SIGNIFICANT** [2] - 771:6, 824:20

**SIGNIFICANTLY** [1] - 840:11

**SIMILAR** [1] - 786:17

**SIMPLY** [1] - 815:10

**SIMS** [1] - 761:23

**SIMULATIONS** [1] - 831:4

**SINCE** [7] - 809:14, 809:25, 810:7, 810:11, 810:16, 817:25, 822:23

**SIR** [9] - 777:5, 787:9, 802:25, 813:25, 814:15, 815:8, 816:25, 830:9, 851:2

**SITE** [1] - 845:15

**SITES** [1] - 834:7

**SITS** [1] - 814:24

**SITUATION** [4] - 831:16, 831:24,

832:24, 840:22

**SITUATIONS** [1] - 819:9

**SIX** [4] - 841:21, 846:16, 848:22

**SIXTEEN** [1] - 835:1

**SIZE** [6] - 820:20, 820:22, 825:12, 843:15, 843:23, 844:11

**SKY** [2] - 839:3, 839:17

**SLIDE** [13] - 780:1, 802:16, 836:16, 836:18, 837:8, 839:21, 843:3, 847:24, 850:24, 851:4, 851:7

**SLIDES** [5] - 813:10, 836:15, 851:5, 851:7, 851:8

**SLIGHTLY** [1] - 845:13

**SLOW** [1] - 818:6

**SLOWLY** [1] - 848:18

**SMALL** [2] - 776:5, 795:2

**SMALLER** [2] - 844:5, 844:6

**SMITH** [15] - 763:10, 817:21, 817:22, 831:8, 836:24, 847:24, 848:3, 848:4, 849:3, 851:3, 851:17, 852:1, 852:17, 853:6, 853:8

**SO** [130] - 767:19, 768:8, 768:10, 769:23, 770:16, 771:7, 772:22, 773:22, 774:24, 776:1, 776:11, 777:4, 777:14, 777:16, 778:15, 778:25, 779:9, 779:18, 780:16, 781:4, 781:6, 781:9, 781:17, 782:1, 783:9, 783:21, 784:4, 785:1, 785:8, 785:11, 786:1, 786:22, 787:14, 788:10, 788:12, 790:7, 791:1, 792:19, 793:13, 796:1, 798:10, 798:19, 799:2, 799:7, 799:21, 800:1, 801:20, 801:24, 805:19, 806:5, 806:9, 807:17, 808:1,

811:13, 811:16, 813:12, 813:22, 815:9, 815:16, 817:13, 817:14, 818:15, 818:16, 819:1, 819:8, 820:4, 821:3, 821:14, 822:3, 822:4, 822:19, 822:24, 823:10, 823:19, 824:3, 824:19, 826:11, 826:20, 827:1, 827:4, 828:19, 830:1, 830:17, 831:15, 833:7, 833:23, 833:25, 834:1, 834:4, 834:7, 834:10, 835:6, 836:6, 837:24, 838:7, 838:17, 838:23, 839:16, 839:17, 840:13, 841:5, 841:8, 841:10, 841:11, 841:12, 842:22, 843:6, 843:8, 843:17, 843:20, 844:6, 844:8, 844:14, 844:16, 845:8, 845:17, 846:4, 846:8, 847:15, 848:3, 848:14, 848:15, 848:18, 848:22, 849:2, 850:3, 851:6, 851:14, 852:16

**SOBEK** [10] - 825:13, 825:16, 826:7, 826:25, 830:10, 831:19, 831:21, 833:16, 836:3, 836:6

**SOCIETY** [1] - 818:20

**SOFT** [1] - 818:14

**SOIL** [3] - 818:14, 818:17, 821:2

**SOJA** [1] - 763:11

**SOLUTION** [1] - 797:9

**SOLUTIONS** [1] - 820:22

**SOME** [40] - 767:12, 768:18, 768:21, 769:8, 776:17, 776:18, 776:19, 777:15, 778:12, 781:12, 785:4, 790:5, 790:8, 791:16, 791:24, 797:7, 797:12, 806:11, 808:24, 809:15, 810:7, 810:15, 810:17, 811:15, 812:22, 814:6,

814:18, 814:21,
819:16, 820:4,
820:17, 823:2,
828:11, 839:3,
839:12, 843:4, 843:6,
843:13, 843:17,
843:24
**SOMEBODY** [1] -
818:4
**SOMETHING** [10] -
766:2, 790:23, 791:2,
791:25, 806:16,
806:24, 820:2,
826:21, 827:5, 830:16
**SOMETIMES** [2] -
791:10, 812:19
**SOMEWHERE** [3] -
776:4, 816:5, 823:10
**SOON** [3] - 783:16,
783:23, 800:8
**SORRY** [10] - 774:6,
783:4, 788:13,
788:17, 793:18,
796:13, 803:2,
803:15, 810:22,
813:25
**SORT** [2] - 791:16,
816:11
**SOURCES** [2] -
769:8, 840:14
**SOUTH** [1] - 761:13
**SOUTH** [5] - 779:16,
785:6, 837:17,
840:12, 842:9
**SOUTHEAST** [1] -
772:14
**SOUTHWEST** [1] -
768:21
**SPARSE** [2] -
776:16, 776:18
**SPATIAL** [2] -
784:15, 786:22
**SPEAKING** [1] -
839:10
**SPECIFIC** [10] -
771:11, 771:12,
790:18, 794:13,
795:20, 801:12,
801:17, 811:20,
824:18, 850:20
**SPECIFICALLY** [9] -
768:8, 771:1, 776:9,
799:8, 811:18,
812:10, 824:19,
831:7, 836:11
**SPED** [1] - 815:15
**SPELL** [1] - 817:8
**SPLOTCH** [1] -
802:13
**SPOIL** [8] - 772:6,

772:25, 775:21,
776:7, 779:5, 779:8,
779:15, 798:13
**SPOKE** [1] - 786:5
**SPRING** [1] - 798:25
**SPRINGS** [1] -
762:13
**SQUARE** [3] -
844:11, 844:12,
844:16
**SQUARES** [1] -
844:9
**SR** [1] - 763:11
**ST** [7] - 768:16,
782:11, 792:24,
830:12, 831:22,
836:23, 851:24
**ST** [5] - 761:17,
761:20, 762:2, 762:5,
762:23
**STAMP** [2] - 815:16,
816:1
**STAND** [2] - 765:7,
817:2
**STANDARDS** [1] -
822:19
**STANDPOINT** [1] -
809:9
**STANWOOD** [1] -
761:8
**STARTED** [5] -
783:24, 784:24,
800:4, 800:8, 845:7
**STARTING** [4] -
777:6, 784:23,
830:19, 850:11
**STARTS** [1] - 829:13
**STATE** [3] - 793:17,
817:7, 831:15
**STATED** [2] - 768:3,
790:1
**STATEMENT** [1] -
792:16
**STATEMENTS** [1] -
789:17
**STATES** [7] - 761:1,
761:5, 761:8, 765:12,
772:14, 782:9, 854:7
**STATING** [1] -
769:14
**STATION** [1] -
763:13
**STATION** [1] -
814:24
**STATISTICAL** [1] -
821:7
**STATISTICALLY** [1]
- 822:10
**STATUS** [1] - 787:11
**STAY** [1] - 769:13

**STAYED** [1] - 847:11
**STEEP** [2] - 837:16,
842:20
**STENOGRAPHY** [1]
- 763:18
**STEP** [1] - 813:25
**STEPS** [1] - 824:23
**STEVENS** [2] -
762:18, 762:18
**STILL** [6] - 785:22,
785:24, 786:7, 807:3,
833:8, 847:13
**STONE** [1] - 763:11
**STOPPED** [3] -
785:9, 810:12, 827:13
**STORM** [31] -
765:20, 765:23,
765:25, 766:3, 767:7,
768:17, 768:19,
768:23, 769:3, 769:9,
769:15, 769:21,
769:24, 771:6,
780:14, 781:7, 789:1,
805:6, 806:7, 819:2,
819:10, 819:16,
819:20, 819:23,
820:12, 820:15,
822:5, 822:21, 823:4,
832:17, 834:22
**STORMS** [7] - 819:5,
819:6, 819:13, 822:5,
822:6, 822:8
**STRAIGHT** [1] -
773:5
**STREET** [5] - 761:13,
762:9, 762:16, 763:2,
763:16
**STRENGTHS** [3] -
821:1, 821:3, 821:9
**STRESS** [4] -
783:16, 783:22,
800:5, 800:7
**STRESSED** [4] -
781:6, 784:1, 800:4,
801:3
**STRICKEN** [1] -
813:18
**STRIKE** [2] - 768:24,
769:12
**STRINGENT** [1] -
827:1
**STRONG** [2] -
805:21, 805:23
**STRONGER** [3] -
821:13, 823:8, 823:11
**STRUCTURE** [16] -
790:15, 793:23,
794:1, 794:4, 805:17,
805:22, 806:9,
819:25, 820:8,

820:16, 820:21,
821:17, 822:3,
823:13, 823:19
**STRUCTURES** [4] -
794:2, 821:1, 821:13,
823:17
**STUDIED** [3] -
765:15, 765:17,
824:14
**STUDIES** [5] -
769:22, 783:15,
819:21, 825:8, 839:7
**STUDY** [12] - 789:13,
793:2, 819:1, 822:18,
824:11, 825:13,
825:23, 825:24,
832:16, 836:2, 837:1,
837:6
**STUDYING** [1] -
842:23
**STUFF** [1] - 828:23
**SUB** [1] - 804:3
**SUBJECT** [6] -
769:12, 801:14,
803:7, 804:4, 809:23,
813:16
**SUBPOINT** [1] -
802:10
**SUBPORTION** [1] -
813:16
**SUBROGATED** [1] -
762:22
**SUBSEQUENTLY**
[1] - 803:5
**SUBSTANTIAL** [4] -
783:19, 825:6, 825:8,
840:23
**SUBSTITUTION** [1] -
806:5
**SUCCEEDING** [1] -
851:7
**SUCCESSFUL** [1] -
820:6
**SUCH** [4] - 798:4,
801:8, 809:25, 817:25
**SUGGESTED** [1] -
833:3
**SUITE** [4] - 761:14,
761:23, 762:5, 763:2
**SUMMER** [1] - 793:8
**SUPPLEMENT** [1] -
772:9
**SUPPLEMENTAL** [3]
- 771:19, 772:9
**SUPPORTED** [2] -
820:20, 833:17
**SURE** [14] - 767:3,
773:5, 774:17, 776:6,
779:4, 779:6, 793:11,
808:21, 812:12,

814:10, 817:20,
829:15, 846:22, 850:9
**SURGE** [22] - 765:20,
765:25, 766:3, 767:7,
768:17, 768:19,
768:23, 769:3, 769:9,
769:16, 769:21,
771:2, 780:14,
780:17, 780:19,
789:1, 819:23,
820:15, 825:10,
834:22, 835:7, 835:20
**SURGES** [4] -
765:23, 819:2,
819:10, 820:12
**SURROUNDING** [2] -
824:12, 835:13
**SURVIVE** [2] -
780:13, 821:18
**SURVIVED** [1] -
780:11
**SUSCEPTIBLE** [1] -
818:15
**SUSPECT** [1] - 800:7
**SUSTAINED** [2] -
832:15, 841:25
**SWAMP** [6] - 777:25,
778:5, 778:7, 778:8,
778:10, 778:15
**SWAMPS** [9] -
785:20, 785:21,
786:1, 786:7, 786:24,
787:2, 787:15,
787:21, 805:15
**SWAN** [3] - 825:10,
825:15
**SWIPE** [1] - 802:21
**SWITCH** [1] - 767:15
**SWORN** [2] - 766:20,
817:5
**SYSTEM** [4] -
781:17, 784:24,
785:8, 818:25

## T

**T** [1] - 762:22
**TABLE** [1] - 833:17
**TAHEERAH** [1] -
763:6
**TAKE** [17] - 773:24,
774:16, 797:18,
813:23, 823:5, 834:7,
834:8, 834:14, 844:1,
844:8, 844:16, 846:7,
847:4, 848:14,
852:22, 853:10,
853:16
**TAKEN** [7] - 791:4,
793:20, 798:15,
814:12, 822:23,

853:13, 853:18
**TAKES** [4] - 791:2,
791:10, 818:19,
842:22
**TAKING** [1] - 832:21
**TALK** [6] - 784:9,
797:18, 821:5,
832:10, 842:18,
843:23
**TALKED** [1] - 808:4
**TALKING** [4] - 785:5,
785:12, 802:22,
804:24
**TALL** [2] - 805:16
**TAPE** [1] - 815:15
**TASK** [1] - 803:9
**TEACHER** [1] - 824:1
**TEAM** [4] - 770:13,
770:15, 825:5, 825:24
**TECHNIQUES** [1] -
792:15
**TELEMETRY** [2] -
832:18, 832:21
**TELL** [15] - 766:21,
767:11, 773:7,
781:12, 799:10,
812:3, 816:16,
820:23, 827:19,
829:11, 834:16,
837:9, 837:21,
838:19, 853:4
**TEMPORAL** [1] -
784:15
**TEN** [8] - 782:10,
783:10, 822:22,
838:24, 839:13,
839:14, 841:8, 846:4
**TENDER** [1] - 817:17
**TENDERED** [1] -
817:23
**TENURED** [1] -
824:7
**TESTIFIED** [21] -
770:10, 770:18,
780:10, 788:4,
788:19, 788:23,
789:1, 789:4, 790:1,
790:10, 790:20,
792:3, 793:19,
794:18, 794:24,
795:2, 795:7, 797:12,
802:7, 810:18, 817:5
**TESTIFY** [3] -
790:24, 852:7, 852:8
**TESTIMONY** [10] -
767:3, 778:25,
792:12, 793:17,
794:12, 798:1, 809:7,
811:2, 813:11, 827:7
**THAN** [15] - 772:11,

783:10, 783:19,
797:19, 803:13,
804:1, 805:17,
828:10, 839:8,
841:15, 843:15,
844:7, 844:24, 848:5,
851:14
**THANK** [19] - 780:4,
784:11, 795:24,
796:10, 796:22,
799:11, 802:6, 811:5,
813:4, 813:5, 813:20,
815:23, 817:22,
824:9, 825:2, 831:5,
853:11, 853:17
**THANKS** [1] - 795:5
**THAT** [563] - 765:13,
765:18, 765:21,
765:23, 766:1, 766:4,
766:9, 766:10,
766:15, 766:16,
767:5, 767:8, 767:15,
767:18, 767:25,
768:2, 768:4, 768:8,
768:10, 768:12,
768:20, 768:24,
769:10, 769:13,
769:16, 769:21,
769:23, 769:24,
769:25, 770:9,
770:10, 770:11,
770:12, 770:13,
770:14, 770:16,
770:18, 771:4, 771:5,
771:13, 771:18,
771:22, 771:25,
772:1, 772:2, 772:5,
772:6, 772:10,
772:14, 772:15,
772:24, 772:25,
773:4, 773:6, 773:10,
773:12, 773:14,
773:19, 773:23,
773:25, 774:7, 774:8,
774:11, 774:12,
774:14, 774:20,
774:22, 774:25,
775:2, 775:12,
775:18, 776:2, 776:4,
776:5, 776:6, 776:10,
776:13, 776:15,
776:17, 776:19,
776:20, 776:23,
777:7, 777:8, 777:12,
777:15, 777:19,
777:25, 778:3, 778:4,
778:15, 778:16,
778:20, 778:25,
779:5, 779:7, 779:10,
779:11, 779:15,
779:18, 779:21,

779:25, 780:7, 780:8,
780:10, 780:11,
780:13, 780:14,
780:17, 780:18,
780:22, 781:4, 781:6,
781:11, 781:14,
781:15, 781:19,
781:21, 782:7, 782:9,
782:11, 782:13,
782:15, 782:16,
782:20, 782:21,
782:22, 782:24,
782:25, 783:1, 783:2,
783:4, 783:5, 783:7,
783:8, 783:9, 783:10,
783:12, 783:14,
783:15, 783:20,
783:23, 783:24,
783:25, 784:2, 784:4,
784:6, 784:13,
784:14, 784:19,
784:21, 784:24,
784:25, 785:1, 785:7,
785:8, 785:9, 785:17,
785:18, 785:22,
786:3, 786:4, 786:5,
786:6, 786:7, 786:10,
786:12, 786:14,
786:22, 786:23,
786:25, 787:2, 787:5,
787:12, 787:15,
787:18, 787:21,
787:24, 788:2, 788:4,
788:13, 788:14,
788:19, 788:21,
788:23, 789:1, 789:2,
789:4, 789:6, 789:9,
789:14, 789:17,
789:18, 790:1, 790:7,
790:8, 790:11,
790:12, 790:16,
790:18, 790:19,
790:21, 790:24,
791:7, 791:17,
791:24, 792:3, 792:7,
792:10, 792:13,
792:15, 792:16,
792:17, 792:19,
792:20, 793:2, 793:7,
793:14, 793:15,
793:17, 793:20,
793:21, 793:23,
794:1, 794:4, 794:7,
794:9, 794:12,
794:15, 794:16,
794:20, 794:21,
794:24, 795:2, 795:7,
795:8, 795:11,
795:14, 795:16,
795:19, 795:22,
796:6, 796:7, 796:11,

796:15, 796:18,
796:23, 796:25,
797:6, 797:12,
797:14, 797:15,
797:16, 797:23,
797:25, 798:4, 798:8,
798:11, 798:20,
798:21, 798:24,
799:2, 799:4, 799:6,
799:13, 799:14,
799:16, 799:19,
799:20, 799:22,
799:23, 800:4, 800:6,
800:7, 800:10,
800:13, 800:15,
800:24, 801:1, 801:4,
801:7, 801:10,
801:13, 801:17,
801:18, 801:19,
801:21, 801:22,
802:2, 802:3, 802:4,
802:6, 802:21,
802:22, 802:24,
803:8, 803:15,
803:19, 803:22,
804:1, 804:2, 804:9,
804:10, 804:11,
804:13, 804:15,
804:20, 805:1,
805:18, 805:21,
805:22, 805:25,
806:8, 806:13,
806:14, 806:24,
807:6, 807:12,
807:25, 808:2, 808:4,
808:6, 808:7, 808:14,
808:24, 809:1, 809:9,
809:16, 810:8,
810:11, 810:12,
810:15, 811:4, 811:9,
811:17, 812:7,
812:11, 812:16,
812:19, 812:23,
813:8, 813:9, 813:12,
813:17, 814:1, 814:4,
815:6, 815:10,
815:12, 815:17,
816:6, 816:18,
816:20, 816:22,
816:23, 818:6,
818:16, 818:24,
819:3, 819:8, 819:16,
819:17, 820:6, 820:8,
820:14, 820:20,
821:4, 821:14,
821:25, 822:2, 822:9,
822:13, 822:16,
822:18, 822:23,
823:4, 823:14,
823:15, 823:18,
824:14, 824:17,

824:21, 825:5, 825:8,
825:17, 825:23,
825:24, 826:3,
826:12, 826:13,
826:16, 826:17,
826:18, 826:21,
826:24, 827:5,
827:10, 828:4,
828:10, 828:14,
828:18, 828:24,
829:2, 829:12,
829:18, 829:19,
830:4, 830:10,
830:11, 830:18,
831:13, 831:18,
831:19, 832:10,
832:11, 832:16,
832:23, 832:24,
833:7, 833:20,
833:24, 834:7, 834:9,
834:14, 834:19,
834:24, 835:3, 835:6,
835:16, 835:18,
836:11, 837:6, 837:9,
837:16, 837:22,
838:1, 838:4, 838:5,
838:11, 838:19,
838:22, 839:1, 839:6,
839:15, 839:19,
840:10, 840:16,
840:17, 840:19,
840:23, 840:25,
841:2, 841:14,
841:24, 842:1, 842:3,
842:4, 842:5, 842:8,
842:14, 842:18,
842:19, 842:20,
842:23, 843:3,
843:14, 843:18,
843:20, 844:2, 844:4,
844:20, 844:21,
844:22, 845:1, 845:6,
845:11, 845:25,
846:5, 846:24, 847:4,
847:7, 847:25, 848:1,
848:14, 849:3, 849:5,
849:6, 849:10, 850:1,
850:6, 850:13,
850:16, 850:23,
851:5, 851:11,
851:16, 851:21,
851:22, 852:6, 852:8,
852:9, 852:20,
852:21, 853:7, 853:9,
854:9
**THAT'S** [100] -
765:14, 765:19,
765:24, 766:2,
766:11, 766:14,
766:22, 766:23,
767:4, 768:12,

769:17, 771:14,
772:7, 772:17,
772:18, 773:1, 773:8,
774:19, 774:23,
775:22, 776:7,
776:24, 777:12,
777:16, 779:17,
780:9, 780:12,
780:15, 781:16,
781:17, 781:25,
782:3, 782:12,
782:23, 783:9, 784:7,
784:16, 784:20,
785:15, 787:1, 787:3,
787:16, 787:18,
788:16, 788:22,
788:25, 789:3, 789:7,
790:9, 790:14,
790:17, 791:15,
791:19, 792:16,
793:25, 794:11,
794:17, 797:10,
800:2, 809:2, 809:3,
809:10, 813:19,
814:7, 815:6, 816:8,
816:20, 819:18,
821:1, 821:12, 822:3,
822:11, 823:7,
823:18, 828:25,
829:8, 829:14,
829:22, 830:22,
830:24, 832:7,
834:20, 835:3, 835:4,
835:19, 836:5, 837:4,
837:5, 844:13,
844:14, 845:4,
847:19, 847:21,
849:4, 849:11,
849:13, 850:5,
850:12, 853:8

**THE** [1615] - 761:8,
761:12, 761:19,
762:4, 762:22, 763:4,
764:3, 765:5, 765:6,
765:7, 765:12,
765:25, 766:3,
766:12, 766:20,
766:21, 766:23,
766:25, 767:5, 767:6,
767:7, 767:11,
767:12, 767:13,
767:15, 767:16,
767:17, 767:18,
767:19, 767:21,
767:22, 767:25,
768:1, 768:2, 768:6,
768:12, 768:15,
768:16, 768:19,
768:20, 769:1, 769:2,
769:3, 769:4, 769:6,
769:9, 769:14,

769:17, 769:22,
769:23, 769:25,
770:3, 770:5, 770:7,
770:9, 770:12,
770:14, 770:15,
770:16, 770:20,
770:22, 770:24,
770:25, 771:1, 771:2,
771:3, 771:5, 771:7,
771:8, 771:10,
771:11, 771:14,
771:15, 771:24,
772:2, 772:4, 772:5,
772:6, 772:8, 772:9,
772:13, 772:14,
772:19, 772:20,
772:22, 772:23,
772:24, 773:1, 773:3,
773:4, 773:5, 773:6,
773:7, 773:8, 773:10,
773:12, 773:14,
773:17, 773:21,
773:22, 773:23,
773:24, 773:25,
774:1, 774:2, 774:3,
774:4, 774:5, 774:6,
774:7, 774:8, 774:9,
774:11, 774:12,
774:13, 774:14,
774:15, 774:16,
774:19, 774:20,
774:21, 774:24,
774:25, 775:2, 775:3,
775:4, 775:6, 775:8,
775:9, 775:11,
775:13, 775:14,
775:15, 775:16,
775:17, 775:18,
775:19, 775:21,
775:23, 775:24,
776:1, 776:3, 776:5,
776:6, 776:8, 776:9,
776:12, 776:15,
776:19, 776:25,
777:3, 777:6, 777:8,
777:12, 777:15,
777:17, 777:18,
777:19, 777:20,
777:21, 777:22,
777:23, 778:3, 778:5,
778:6, 778:7, 778:8,
778:9, 778:10,
778:18, 778:20,
778:21, 778:22,
779:1, 779:3, 779:4,
779:5, 779:7, 779:8,
779:10, 779:11,
779:12, 779:14,
779:15, 779:16,
779:17, 779:20,
779:24, 780:1, 780:3,

780:4, 780:5, 780:10,
780:13, 780:16,
780:17, 780:19,
780:21, 780:24,
781:1, 781:4, 781:6,
781:7, 781:9, 781:10,
781:11, 781:13,
781:14, 781:20,
781:21, 781:23,
781:25, 782:1, 782:2,
782:3, 782:5, 782:9,
782:14, 782:17,
782:20, 782:21,
782:22, 782:24,
782:25, 783:2, 783:3,
783:5, 783:8, 783:9,
783:10, 783:11,
783:12, 783:15,
783:16, 783:17,
783:18, 783:19,
783:21, 783:22,
783:24, 784:1, 784:2,
784:4, 784:5, 784:10,
784:17, 784:18,
784:19, 784:21,
784:22, 784:23,
785:1, 785:5, 785:6,
785:7, 785:8, 785:9,
785:10, 785:12,
785:13, 785:16,
785:18, 785:20,
785:21, 785:24,
786:1, 786:2, 786:4,
786:5, 786:7, 786:8,
786:9, 786:11,
786:12, 786:13,
786:15, 786:16,
786:18, 786:19,
786:20, 786:21,
786:22, 786:23,
786:25, 787:2, 787:5,
787:8, 787:10,
787:11, 787:14,
787:17, 787:20,
787:21, 788:1, 788:2,
788:4, 788:5, 788:7,
788:8, 788:10,
788:11, 788:14,
788:16, 788:17,
788:20, 788:21,
789:1, 789:4, 789:13,
789:14, 789:15,
789:16, 789:17,
789:18, 789:20,
789:21, 789:23,
789:24, 790:2, 790:7,
790:12, 790:15,
790:22, 791:2, 791:3,
791:8, 791:10,
791:17, 791:19,
791:20, 791:22,

792:2, 792:3, 792:4,
792:6, 792:7, 792:9,
792:10, 792:11,
792:12, 792:20,
792:22, 792:24,
792:25, 793:4, 793:5,
793:6, 793:11,
793:12, 793:17,
793:21, 794:2, 794:4,
794:9, 794:16,
794:18, 794:22,
794:23, 794:24,
794:25, 795:2, 795:3,
795:11, 795:16,
795:23, 796:2, 796:3,
796:4, 796:9, 796:11,
796:13, 796:15,
796:16, 796:18,
796:21, 796:22,
796:23, 796:24,
797:2, 797:7, 797:9,
797:10, 797:13,
797:15, 797:16,
797:17, 797:18,
797:19, 797:23,
797:24, 797:25,
798:2, 798:3, 798:5,
798:6, 798:7, 798:10,
798:11, 798:13,
798:18, 798:20,
798:21, 798:23,
798:24, 798:25,
799:2, 799:7, 799:13,
799:14, 799:15,
799:16, 799:18,
799:20, 799:21,
799:23, 799:24,
799:25, 800:1, 800:3,
800:5, 800:8, 800:9,
800:10, 800:13,
800:14, 800:15,
800:19, 800:20,
800:23, 800:25,
801:1, 801:2, 801:3,
801:6, 801:11,
801:12, 801:13,
801:14, 801:15,
801:18, 801:20,
801:21, 801:22,
801:23, 801:24,
802:2, 802:6, 802:7,
802:8, 802:9, 802:10,
802:11, 802:12,
802:13, 802:15,
802:18, 802:20,
802:22, 802:23,
802:25, 803:2, 803:3,
803:4, 803:7, 803:8,
803:9, 803:12,
803:16, 803:17,
803:18, 803:19,

803:22, 803:23,
803:24, 804:2, 804:4,
804:8, 804:11,
804:14, 804:15,
804:17, 804:18,
804:20, 804:24,
805:3, 805:6, 805:8,
805:9, 805:10,
805:12, 805:14,
805:17, 805:19,
805:21, 805:25,
806:5, 806:6, 806:8,
806:9, 806:11,
806:13, 806:14,
806:18, 806:19,
806:21, 807:1, 807:3,
807:5, 807:6, 807:9,
807:10, 807:12,
807:13, 807:14,
807:18, 807:21,
807:22, 807:24,
808:1, 808:4, 808:5,
808:8, 808:10,
808:11, 808:12,
808:13, 808:14,
808:17, 808:18,
808:19, 808:21,
808:23, 808:24,
809:3, 809:4, 809:6,
809:7, 809:8, 809:13,
809:15, 809:16,
809:17, 809:19,
809:20, 809:21,
809:23, 809:24,
810:1, 810:2, 810:4,
810:6, 810:8, 810:9,
810:10, 810:12,
810:13, 810:15,
810:20, 810:21,
810:24, 811:1, 811:3,
811:4, 811:5, 811:6,
811:11, 811:13,
811:14, 811:15,
811:16, 811:18,
811:19, 811:20,
811:21, 811:22,
811:23, 811:24,
812:1, 812:2, 812:6,
812:7, 812:9, 812:10,
812:11, 812:12,
812:13, 812:14,
812:17, 812:18,
812:20, 812:22,
812:24, 812:25,
813:2, 813:6, 813:8,
813:10, 813:11,
813:12, 813:14,
813:16, 813:17,
813:20, 813:25,
814:3, 814:6, 814:9,
814:10, 814:14,

814:15, 814:17,
814:21, 814:23,
814:24, 844:25,
815:1, 815:2, 815:3,
815:4, 815:5, 815:6,
815:7, 815:8, 815:9,
815:10, 815:12,
815:14, 815:16,
815:18, 815:20,
815:21, 815:23,
815:24, 815:25,
816:1, 816:3, 816:4,
816:6, 816:7, 816:8,
816:10, 816:11,
816:13, 816:15,
816:16, 816:17,
816:19, 816:22,
816:25, 817:1, 817:2,
817:4, 817:7, 817:8,
817:9, 817:11,
817:12, 817:14,
817:16, 817:17,
817:18, 817:20,
817:22, 818:2, 818:3,
818:4, 818:6, 818:12,
818:14, 818:17,
818:20, 818:21,
818:22, 819:2, 819:3,
819:4, 819:6, 819:7,
819:10, 819:11,
819:12, 819:15,
819:16, 819:19,
819:22, 819:23,
820:1, 820:5, 820:6,
820:7, 820:8, 820:11,
820:12, 820:13,
820:14, 820:17,
820:20, 820:22,
820:23, 820:25,
821:1, 821:3, 821:4,
821:7, 821:8, 821:9,
821:10, 821:12,
821:14, 821:17,
821:19, 821:20,
821:21, 821:24,
821:25, 822:2, 822:3,
822:4, 822:6, 822:8,
822:10, 822:11,
822:12, 822:17,
822:19, 822:22,
822:24, 823:5, 823:7,
823:9, 823:10,
823:13, 823:14,
823:19, 823:20,
823:23, 823:24,
823:25, 824:3, 824:4,
824:7, 824:8, 824:9,
824:11, 824:13,
824:14, 824:15,
824:16, 824:20,
824:21, 824:23,

824:25, 825:2, 825:5,
825:6, 825:8, 825:9,
825:10, 825:11,
825:12, 825:13,
825:14, 825:16,
825:18, 825:20,
825:21, 825:23,
825:24, 825:25,
826:1, 826:5, 826:6,
826:7, 826:10,
826:12, 826:13,
826:15, 826:18,
826:20, 826:22,
827:3, 827:7, 827:8,
827:10, 827:11,
827:13, 827:16,
827:19, 827:20,
827:21, 827:22,
827:23, 827:25,
828:1, 828:2, 828:3,
828:4, 828:5, 828:6,
828:7, 828:8, 828:11,
828:12, 828:13,
828:15, 828:20,
828:23, 828:24,
828:25, 829:4, 829:6,
829:7, 829:8, 829:9,
829:10, 829:13,
829:15, 829:17,
829:18, 829:19,
829:20, 829:21,
829:23, 830:2, 830:3,
830:4, 830:5, 830:7,
830:10, 830:11,
830:12, 830:14,
830:15, 830:19,
830:21, 830:22,
830:24, 831:1, 831:3,
831:5, 831:7, 831:8,
831:9, 831:11,
831:14, 831:15,
831:16, 831:17,
831:21, 831:22,
831:23, 831:24,
831:25, 832:1, 832:2,
832:5, 832:6, 832:8,
832:9, 832:11,
832:14, 832:15,
832:17, 832:19,
832:20, 832:21,
832:22, 832:23,
832:24, 832:25,
833:2, 833:5, 833:7,
833:9, 833:10,
833:12, 833:15,
833:19, 833:20,
833:21, 833:22,
833:24, 833:25,
834:2, 834:3, 834:5,
834:6, 834:7, 834:8,
834:9, 834:10,

834:14, 834:17,
834:21, 834:22,
834:23, 834:24,
834:25, 835:2, 835:3,
835:4, 835:8, 835:9,
835:13, 835:14,
835:15, 835:17,
835:20, 835:23,
836:3, 836:6, 836:7,
836:8, 836:9, 836:10,
836:12, 836:14,
836:15, 836:16,
836:17, 836:18,
836:19, 836:22,
836:23, 836:24,
836:25, 837:2, 837:8,
837:9, 837:11,
837:12, 837:13,
837:14, 837:16,
837:17, 837:18,
837:19, 837:21,
837:23, 837:24,
837:25, 838:1, 838:4,
838:6, 838:7, 838:8,
838:10, 838:11,
838:13, 838:14,
838:15, 838:17,
838:18, 838:21,
838:22, 838:24,
838:25, 839:2, 839:3,
839:5, 839:7, 839:9,
839:10, 839:13,
839:14, 839:15,
839:16, 839:17,
839:18, 839:19,
839:21, 839:23,
839:24, 840:2, 840:3,
840:5, 840:9, 840:10,
840:11, 840:13,
840:16, 840:17,
840:20, 840:22,
840:23, 840:24,
840:25, 841:1, 841:2,
841:3, 841:4, 841:5,
841:6, 841:7, 841:8,
841:13, 841:14,
841:20, 841:21,
841:24, 841:25,
842:3, 842:4, 842:5,
842:8, 842:9, 842:10,
842:13, 842:15,
842:18, 842:19,
842:20, 842:21,
842:22, 842:23,
842:24, 843:3, 843:4,
843:5, 843:10,
843:12, 843:13,
843:14, 843:15,
843:16, 843:17,
843:18, 843:19,
843:21, 843:24,

844:2, 844:3, 844:4,
844:5, 844:7, 844:12,
844:13, 844:16,
844:17, 844:20,
844:21, 844:23,
845:1, 845:2, 845:4,
845:5, 845:6, 845:8,
845:10, 845:11,
845:12, 845:14,
845:15, 845:16,
845:17, 845:18,
845:19, 845:20,
845:21, 845:22,
845:24, 845:25,
846:1, 846:3, 846:4,
846:7, 846:9, 846:13,
846:18, 846:22,
846:23, 846:24,
847:1, 847:2, 847:3,
847:6, 847:7, 847:9,
847:10, 847:12,
847:13, 847:14,
847:15, 847:17,
847:19, 847:21,
847:24, 848:1, 848:4,
848:8, 848:13,
848:14, 848:15,
848:19, 848:21,
848:24, 849:1, 849:2,
849:3, 849:6, 849:8,
849:9, 849:11,
849:12, 849:13,
849:14, 849:15,
849:17, 849:19,
849:20, 849:24,
850:1, 850:3, 850:5,
850:8, 850:10,
850:11, 850:13,
850:14, 850:15,
850:17, 850:19,
850:21, 850:23,
851:2, 851:4, 851:7,
851:8, 851:11,
851:15, 851:17,
851:21, 851:23,
851:24, 851:25,
852:2, 852:3, 852:5,
852:6, 852:7, 852:8,
852:10, 852:12,
852:13, 852:17,
852:18, 852:19,
852:23, 852:24,
853:1, 853:3, 853:4,
853:6, 853:7, 853:9,
853:12, 853:15,
853:16, 854:9,
854:10, 854:11

**THEIR** [4] - 798:24,
806:10, 808:5, 827:12

**THEM** [18] - 776:17,
776:18, 777:13,

778:13, 787:25,
788:7, 790:5, 792:5,
794:2, 794:3, 807:2,
813:20, 814:8,
814:10, 850:15, 851:9

**THEMSELVES** [3] -
778:9, 818:22, 824:3

**THEN** [63] - 769:8,
777:9, 777:21,
777:25, 778:6,
778:15, 779:6,
784:24, 793:5, 793:7,
793:17, 800:10,
804:17, 809:2,
810:16, 812:12,
819:9, 819:12, 820:1,
820:2, 820:22, 821:6,
822:4, 822:10, 823:9,
823:10, 824:12,
824:23, 827:2, 827:4,
827:9, 832:19,
832:20, 832:23,
833:3, 833:23, 834:1,
834:4, 834:13,
834:23, 835:6,
835:14, 836:7,
836:23, 836:24,
836:25, 837:13,
837:18, 837:19,
837:25, 838:8, 839:9,
839:13, 839:18,
839:23, 841:20,
842:5, 844:19,
845:14, 848:15,
848:24, 849:17

**THERE** [82] - 767:21,
768:21, 769:23,
771:4, 771:5, 772:1,
773:6, 773:25,
774:14, 775:1,
776:22, 777:6, 777:8,
779:5, 780:25,
783:18, 784:13,
784:24, 785:6,
785:11, 786:12,
787:20, 788:8,
788:10, 788:12,
788:13, 789:8,
789:13, 790:7,
798:13, 799:23,
800:24, 802:20,
802:24, 803:25,
804:1, 804:16, 808:2,
811:6, 812:6, 812:14,
812:16, 813:11,
815:2, 815:5, 815:7,
816:4, 816:12,
817:13, 822:12,
822:13, 822:25,
823:11, 824:5,
826:11, 827:1, 829:9,

829:12, 834:25,
835:3, 835:7, 835:16,
836:15, 837:19,
838:20, 838:22,
839:17, 840:10,
841:12, 841:13,
841:17, 843:4,
843:13, 847:6,
849:25, 850:3,
850:14, 851:19, 853:9
  **THERE'S** [18] -
777:2, 779:3, 780:24,
785:4, 787:13, 798:7,
801:6, 804:1, 812:22,
815:2, 818:21, 819:1,
821:15, 821:16,
826:11, 837:21,
848:18, 849:25
  **THEREABOUTS** [1] -
816:24
  **THEREFORE** [1] -
843:10
  **THESE** [42] - 777:10,
778:12, 780:20,
781:8, 783:16,
785:21, 786:19,
787:12, 787:19,
789:5, 790:22, 792:8,
792:13, 792:19,
794:17, 798:4, 807:7,
807:22, 808:20,
818:17, 820:10,
821:6, 821:7, 821:8,
825:9, 826:5, 827:1,
827:9, 827:13,
829:16, 831:18,
834:11, 835:22,
836:1, 836:3, 836:15,
840:13, 845:16,
849:17, 851:11, 852:9
  **THEY** [45] - 769:2,
772:3, 776:21,
777:12, 778:7, 778:9,
778:13, 780:25,
781:12, 781:17,
783:22, 784:1,
785:24, 785:25,
786:2, 787:14,
787:16, 788:6, 788:7,
789:11, 790:4,
794:21, 794:23,
798:24, 798:25,
799:24, 800:3,
805:16, 806:9,
808:24, 810:11,
810:13, 814:4,
816:20, 820:1, 824:2,
827:11, 827:12,
830:7, 831:14, 844:6,
844:23, 849:13

  **THEY'RE** [14] -
777:11, 778:11,
778:12, 781:5,
781:16, 785:23,
785:24, 798:23,
799:3, 842:10, 843:6,
843:8
  **THING** [10] - 769:18,
821:25, 823:14,
823:23, 824:14,
829:18, 830:2, 830:4,
842:14
  **THINGS** [9] - 778:2,
792:13, 792:18,
794:19, 806:21,
821:2, 823:6, 827:13,
836:9
  **THINK** [32] - 768:10,
769:6, 769:17, 770:5,
770:9, 772:10, 777:4,
779:9, 781:23, 782:3,
787:19, 787:20,
792:7, 793:3, 794:18,
799:5, 799:21,
800:20, 800:23,
801:5, 804:8, 804:11,
805:12, 812:24,
812:25, 813:4, 820:1,
828:8, 829:6, 841:22,
846:22, 851:9
  **THIRD** [3] - 824:14,
840:6, 840:9
  **THIS** [235] - 766:5,
766:7, 766:18, 768:4,
768:7, 768:14,
771:18, 772:8,
772:11, 772:14,
772:17, 772:20,
772:22, 773:4,
773:10, 773:17,
773:19, 773:24,
774:3, 774:9, 774:21,
774:24, 775:4,
775:12, 775:16,
775:17, 776:2,
776:11, 776:15,
776:19, 776:22,
777:2, 777:14,
777:15, 777:20,
777:25, 778:4,
778:10, 778:15,
778:23, 778:25,
779:5, 780:1, 780:7,
780:16, 780:21,
781:4, 781:9, 781:13,
781:20, 784:3, 787:4,
787:14, 788:9,
789:21, 790:23,
792:3, 792:9, 792:19,
793:6, 793:8, 795:11,

796:25, 797:9,
797:19, 797:23,
798:4, 798:8, 798:10,
798:12, 798:15,
798:25, 799:2, 799:5,
799:7, 799:9, 800:4,
800:11, 800:16,
801:3, 801:10,
801:12, 801:17,
801:20, 801:25,
802:2, 802:3, 802:8,
802:12, 802:18,
803:3, 803:4, 803:9,
803:16, 803:18,
803:25, 804:8, 805:9,
805:20, 809:18,
811:9, 811:12,
811:14, 811:16,
811:18, 812:23,
813:7, 813:23,
814:16, 814:20,
815:10, 815:11,
815:15, 815:18,
815:19, 815:24,
816:1, 816:22, 817:1,
817:25, 818:19,
819:23, 820:2,
820:15, 820:17,
820:19, 820:22,
820:23, 821:2,
821:19, 822:18,
822:23, 823:3, 823:7,
823:13, 823:18,
823:24, 824:10,
824:21, 825:10,
825:23, 825:24,
826:8, 826:22, 827:2,
827:15, 827:24,
828:1, 828:4, 828:12,
828:13, 828:14,
828:19, 828:24,
829:1, 829:12,
829:16, 829:19,
829:20, 829:22,
830:1, 830:2, 830:4,
830:8, 830:14,
830:21, 832:1,
832:10, 832:20,
833:1, 833:7, 833:8,
833:15, 833:16,
833:17, 833:18,
833:24, 834:4, 834:8,
834:16, 834:17,
835:2, 835:7, 835:11,
835:22, 836:10,
836:13, 836:21,
837:1, 837:8, 837:21,
838:17, 838:21,
838:23, 838:24,
838:25, 839:5, 839:8,
839:12, 839:22,

841:9, 841:10,
841:11, 841:18,
841:22, 842:13,
842:18, 842:19,
842:24, 843:2,
843:20, 843:21,
844:4, 845:5, 845:8,
846:23, 847:10,
847:20, 849:24,
850:13, 850:16,
850:20, 851:5, 851:7,
851:18, 852:1, 852:5,
852:10
  **THOMAS** [1] -
761:23
  **THOSE** [34] - 766:20,
769:25, 776:25,
777:1, 781:16, 782:5,
783:22, 786:10,
786:15, 786:24,
787:15, 787:21,
787:25, 790:3,
790:15, 792:18,
793:23, 794:12,
794:20, 806:21,
807:14, 807:17,
808:3, 814:3, 823:6,
826:21, 827:3,
830:22, 831:11,
835:23, 839:14,
841:5, 842:22, 846:15
  **THOUGH** [6] -
775:20, 776:6, 779:7,
787:23, 839:17, 846:7
  **THOUGHT** [3] -
810:11, 845:18,
850:12
  **THOUSAND** [1] -
822:13
  **THREAT** [1] - 819:4
  **THREATS** [1] - 819:7
  **THREE** [11] - 805:17,
805:18, 805:22,
812:19, 815:19,
819:7, 819:25,
836:22, 847:13,
848:9, 849:2
  **THREE-
DIMENSIONAL** [2] -
805:17, 805:22
  **THREE-TIMES** [1] -
812:19
  **THROUGH** [14] -
776:4, 777:10,
791:20, 792:8,
792:22, 796:17,
819:8, 834:8, 840:22,
841:10, 841:21,
841:23, 848:18
  **THROUGHOUT** [2] -

781:2, 830:12
  **THROW** [1] - 780:23
  **THURSDAY** [1] -
765:2
  **THURSDAY** [1] -
761:4
  **TIDES** [1] - 819:5
  **TIME** [35] - 772:22,
774:5, 783:10,
786:21, 787:13,
788:10, 798:21,
799:22, 800:25,
803:13, 803:17,
804:20, 805:1, 807:7,
807:21, 808:24,
809:16, 810:9,
813:23, 814:6, 814:8,
814:9, 814:17,
815:16, 816:1, 817:1,
820:7, 826:22, 830:3,
832:10, 837:1,
837:14, 842:20,
842:22
  **TIMES** [5] - 812:19,
820:13, 823:19,
830:5, 839:11
  **TIMING** [2] - 815:10,
827:7
  **TINY** [1] - 817:25
  **TO** [466] - 765:8,
765:22, 766:21,
767:2, 767:3, 767:9,
767:12, 767:13,
767:14, 767:15,
768:4, 768:10,
768:12, 768:24,
769:4, 769:8, 769:9,
769:11, 769:12,
769:13, 769:17,
769:18, 769:25,
770:7, 770:24,
771:12, 771:17,
771:19, 772:5,
772:14, 772:20,
773:5, 773:7, 773:10,
773:14, 773:19,
773:24, 773:25,
774:1, 774:8, 774:12,
774:13, 774:14,
774:16, 774:24,
775:2, 775:4, 775:8,
775:11, 775:13,
775:14, 775:15,
775:17, 775:21,
776:6, 776:8, 776:11,
776:17, 776:25,
777:3, 777:12,
777:18, 778:22,
779:12, 779:16,
779:17, 779:23,

779:24, 780:3, 780:4,
780:22, 781:5,
781:12, 781:13,
781:19, 781:23,
782:3, 782:4, 782:9,
783:3, 783:10,
783:19, 783:22,
783:24, 784:3, 784:5,
784:8, 784:17,
784:25, 785:16,
785:18, 786:4, 786:8,
786:9, 786:11,
786:17, 786:21,
787:4, 787:5, 787:9,
787:11, 788:5,
788:12, 788:14,
788:17, 788:20,
789:5, 789:9, 789:11,
789:13, 789:14,
789:15, 790:5,
790:18, 790:19,
790:20, 790:23,
790:24, 791:2, 791:9,
791:13, 791:16,
791:18, 791:19,
791:25, 792:2, 792:4,
792:5, 792:9, 792:10,
792:14, 792:16,
792:18, 792:19,
792:20, 793:3, 793:6,
793:18, 793:19,
793:21, 794:2, 794:3,
794:7, 794:13,
794:14, 794:16,
794:18, 794:20,
794:21, 794:24,
795:5, 795:8, 796:2,
796:15, 796:24,
797:1, 797:2, 797:6,
797:8, 797:9, 797:12,
797:18, 797:19,
797:20, 797:25,
799:5, 799:6, 799:10,
800:4, 800:7, 800:13,
800:14, 800:15,
800:23, 801:1,
801:11, 801:12,
801:14, 801:17,
801:22, 802:20,
802:22, 803:3, 803:5,
803:7, 803:8, 803:9,
803:18, 803:25,
804:4, 804:25, 805:4,
805:9, 805:14, 806:9,
806:15, 806:23,
806:24, 807:3,
807:17, 808:7,
808:11, 808:12,
808:22, 808:23,
808:25, 809:2, 809:8,
809:9, 809:14,

809:16, 809:21,
809:23, 810:1, 810:7,
810:9, 810:20,
810:24, 810:25,
811:4, 811:6, 811:18,
811:19, 811:20,
811:25, 812:2, 812:3,
812:4, 812:16,
812:18, 813:2, 813:8,
813:15, 813:22,
813:23, 814:4, 814:8,
814:9, 814:17,
814:19, 815:6, 815:7,
815:10, 815:11,
815:13, 815:20,
816:3, 816:22,
816:23, 817:2,
817:12, 817:20,
818:3, 818:6, 818:12,
818:13, 818:15,
818:23, 818:25,
819:3, 819:4, 819:7,
819:9, 819:15,
819:22, 820:5,
820:11, 820:23,
820:25, 821:4, 821:8,
821:10, 821:16,
821:17, 821:20,
821:25, 822:4,
822:22, 823:8, 823:9,
823:14, 823:17,
823:19, 823:21,
824:2, 824:6, 824:9,
824:11, 824:19,
825:5, 825:6, 825:9,
825:11, 825:13,
825:25, 826:6, 826:7,
826:8, 826:14,
826:19, 826:20,
826:22, 826:24,
827:2, 827:3, 827:7,
827:9, 827:12,
827:14, 828:6,
828:13, 828:20,
828:23, 828:24,
829:18, 830:4,
830:10, 830:15,
830:17, 831:1, 831:4,
831:7, 831:10,
831:11, 831:15,
831:19, 832:5,
832:10, 832:13,
832:15, 832:16,
832:17, 832:18,
832:20, 832:21,
833:2, 833:7, 833:8,
833:15, 833:23,
834:2, 834:14,
834:17, 834:21,
834:25, 835:21,
835:22, 836:3,

836:10, 836:17,
837:11, 837:17,
837:20, 838:3, 838:5,
838:8, 838:18,
838:24, 839:1, 839:5,
839:11, 839:12,
839:13, 839:14,
839:21, 839:23,
839:24, 839:25,
840:2, 840:9, 840:11,
840:25, 841:8,
841:10, 841:11,
841:14, 841:18,
841:21, 842:13,
842:18, 842:19,
842:22, 843:2, 843:3,
843:8, 843:12,
843:21, 843:24,
845:1, 845:2, 845:11,
845:24, 846:1, 846:3,
846:4, 846:7, 847:14,
847:15, 847:17,
847:24, 848:24,
849:1, 849:10,
849:12, 849:15,
849:19, 849:20,
850:6, 850:13, 851:3,
851:6, 851:14,
851:15, 851:25,
852:1, 852:9, 852:14,
852:17, 852:20,
852:21, 852:22,
853:10, 854:9
**TODAY** [4] - 766:23,
770:10, 808:1, 832:18
**TOGETHER** [5] -
820:4, 841:5, 842:10,
846:10
**TOLD** [2] - 766:25,
826:5
**TOLERANCE** [1] -
783:14
**TOLERANCES** [1] -
783:22
**TOLERATED** [1] -
783:20
**TONYA** [4] - 847:24,
848:3, 848:4, 849:3
**TOO** [3] - 810:4,
827:4, 835:22
**TOOK** [5] - 766:9,
766:12, 766:23,
790:7, 795:11
**TOOL** [1] - 800:13
**TOP** [7] - 774:9,
777:20, 779:8, 824:3,
834:8, 841:7
**TOPICS** [1] - 851:5
**TOPOGRAPHY** [5] -
770:12, 826:10,

832:18, 843:15, 844:1
**TORTS** [1] - 763:5
**TOTAL** [1] - 819:24
**TOUCHING** [1] -
821:19
**TOWARD** [1] -
842:13
**TOWARDS** [2] -
775:19, 777:22
**TOWER** [7] - 814:23,
814:24, 815:5,
820:20, 820:22,
829:20, 829:23
**TRANSCRIPT** [1] -
763:18
**TRANSCRIPT** [2] -
761:7, 854:9
**TRANSMITTING** [1] -
814:23
**TREE** [1] - 770:10
**TREES** [45] - 771:25,
772:1, 774:12,
776:19, 777:9,
777:11, 777:17,
778:10, 778:11,
778:13, 780:8,
780:11, 780:13,
780:16, 780:17,
780:19, 780:20,
780:24, 780:25,
781:1, 781:6, 781:9,
781:10, 781:11,
781:14, 781:15,
782:2, 784:4, 797:25,
798:4, 798:11,
798:18, 798:19,
798:20, 799:2, 799:3,
800:3, 800:6, 801:3,
801:23, 805:15,
805:16, 834:24
**TRIAL** [2] - 761:7,
826:22
**TRIANGLE** [3] -
776:4, 776:5, 779:17
**TRIED** [2] - 768:10,
827:9
**TRUE** [7] - 784:7,
786:14, 793:11,
839:19, 839:20,
850:1, 854:9
**TRUTH** [5] - 766:21,
766:25, 773:7, 803:9,
849:15
**TRY** [1] - 820:25
**TRYING** [2] - 768:12,
830:17
**TURN** [3] - 790:3,
802:20, 811:6
**TURNED** [1] - 815:24
**TV** [2] - 814:24,

828:19
**TWO** [23] - 766:10,
772:23, 773:1,
777:19, 779:5, 782:5,
798:13, 815:20,
820:14, 820:19,
821:9, 823:15, 831:9,
831:14, 836:9,
836:24, 838:2,
838:21, 839:11,
841:5, 842:22, 843:5,
846:2
**TX** [1] - 761:24
**TYPE** [2] - 788:16,
820:22
**TYPES** [1] - 790:7
**TYPICAL** [1] - 777:16

## U

**U** [1] - 763:4
**UH** [4] - 772:16,
798:17, 809:5, 826:4
**UH-HUH** [4] - 772:16,
798:17, 809:5, 826:4
**ULTIMATE** [1] -
797:2, 838:11
**ULTIMATELY** [11] -
770:14, 772:24,
773:24, 776:1,
776:12, 778:20,
779:1, 793:13, 800:5,
808:12, 812:4
**UNABLE** [1] - 776:11
**UNCERTAIN** [2] -
821:1, 821:5
**UNCERTAINTIES** [1]
- 821:9
**UNCERTAINTY** [1] -
821:4
**UNDER** [5] - 790:25,
795:14, 816:18,
835:16, 835:23
**UNDERLYING** [1] -
771:8
**UNDERSTAND** [25] -
769:6, 769:7, 782:3,
788:17, 789:23,
791:1, 798:20,
804:10, 804:24,
809:6, 810:16, 815:9,
816:7, 816:25,
825:25, 829:15,
838:4, 844:20,
844:22, 845:8,
845:22, 846:22,
849:20, 850:23,
852:20
**UNDERSTANDING**
[8] - 772:17, 773:4,
808:23, 810:19,

845:11, 849:6,
849:17, 854:10

**UNDERSTOOD** [2] -
829:17, 847:21

**UNIFORM** [3] -
806:1, 806:3, 806:4

**UNIFORMLY** [1] -
805:18

**UNIT** [14] - 779:10,
779:14, 779:20,
781:21, 784:5,
785:16, 786:1, 786:8,
786:16, 786:22,
787:17, 788:2, 798:7,
800:1

**UNITED** [5] - 761:1,
761:5, 761:8, 765:12,
854:7

**UNIVERSITY** [1] -
824:4

**UNLESS** [2] -
767:12, 849:18

**UNLIKELY** [1] -
822:7

**UNTIL** [3] - 788:10,
808:13, 853:16

**UP** [30] - 767:9,
777:15, 783:23,
788:10, 797:14,
797:16, 801:17,
802:6, 804:1, 814:22,
815:15, 816:3,
816:11, 818:6,
819:10, 820:22,
820:23, 823:9,
825:22, 826:11,
827:15, 832:1,
833:19, 837:20,
839:11, 844:8, 846:7,
847:22

**UPON** [6] - 802:2,
826:22, 832:2,
840:25, 844:11,
852:15

**UPPER** [2] - 774:21,
776:6

**UPSTREAM** [1] -
786:6

**US** [10] - 784:3,
802:9, 825:9, 826:18,
828:20, 828:24,
829:10, 838:19,
843:24, 853:4

**USABLE** [1] - 826:25

**USE** [12] - 775:24,
800:13, 803:3, 809:9,
822:16, 822:18,
826:6, 826:25,
828:23, 830:8,
844:24, 845:1

**USED** [8] - 769:7,
797:15, 813:9,
813:10, 825:12,
826:5, 826:7, 845:12

**USING** [4] - 777:17,
832:1, 833:12, 844:20

**UTILIZED** [2] -
844:21, 845:9

## V

**V** [2] - 817:10,
817:15

**V** [1] - 761:4

**V-R-I-J-L-I-N-G** [1] -
817:15

**V-R-I-L-J-I-N-G** [1] -
817:10

**VAGUE** [3] - 806:17,
807:4, 808:21

**VALUE** [1] - 818:21

**VARIABLE** [1] -
776:17

**VARIETY** [1] - 830:6

**VARIOUS** [8] -
783:12, 793:19,
824:23, 825:12,
826:17, 834:6,
840:14, 844:3

**VEGETATION** [10] -
783:15, 783:20,
800:11, 800:12,
806:1, 826:11,
832:22, 834:24,
835:21, 837:24

**VERIFICATION** [1] -
830:8

**VERIFIED** [2] -
828:19, 832:18

**VERIFY** [3] - 827:6,
827:14, 830:4

**VERSION** [1] -
797:17

**VERTICAL** [1] -
845:17

**VERY** [27] - 771:4,
772:1, 772:13, 777:6,
777:16, 780:22,
797:15, 797:16,
802:4, 809:22, 813:4,
815:23, 818:15,
818:19, 818:23,
822:6, 823:25,
824:19, 824:25,
826:8, 827:5, 828:10,
837:16, 848:18,
850:20, 851:22

**VICINITY** [2] -
770:12, 778:21

**VICTOR** [1] - 762:19

**VIDEO** [4] - 815:6,
815:20, 815:25, 845:6

**VIDEOTAPE** [5] -
814:21, 825:21,
828:14, 829:19

**VIEW** [2] - 772:14,
818:24

**VISIBLE** [7] - 774:24,
775:12, 776:2,
776:13, 776:19,
776:22, 777:20

**VISUALIZE** [1] -
767:20

**VITAE** [1] - 818:2

**VOLUME** [1] - 761:9

**VOUCH** [1] - 826:20

**VRIJLING** [9] -
764:8, 815:13, 817:2,
817:5, 817:9, 817:18,
817:23, 818:11, 852:2

**VRIJLING'S** [1] -
851:6

## W

**W** [1] - 764:4

**WAIT** [1] - 817:20

**WALK** [4] - 834:8,
840:22, 841:10,
848:18

**WALKING** [1] -
841:23

**WALTER** [1] - 762:8

**WANT** [20] - 767:12,
769:7, 774:16, 777:3,
780:3, 780:4, 792:2,
797:18, 810:1, 813:2,
813:12, 817:20,
818:3, 818:25,
828:23, 829:18,
833:2, 835:22,
849:12, 850:13

**WANTED** [5] - 813:8,
819:3, 845:1, 850:6,
852:21

**WARD** [2] - 839:23,
851:24

**WARM** [2] - 798:19,
820:4

**WARREN** [1] - 763:1

**WAS** [182] - 767:3,
768:2, 769:2, 769:22,
770:25, 771:4, 771:5,
771:17, 771:19,
772:2, 772:4, 772:21,
773:6, 773:19,
774:14, 775:4, 776:5,
779:5, 779:25,
780:19, 780:22,
781:23, 782:4,

782:21, 783:2, 783:4,
783:18, 785:9,
785:11, 785:17,
786:12, 786:18,
787:4, 787:5, 787:10,
787:20, 788:8,
788:10, 788:14,
789:4, 789:8, 789:13,
789:21, 790:8,
790:15, 792:18,
793:1, 793:2, 793:9,
793:13, 793:14,
794:16, 794:23,
794:25, 795:7,
795:16, 796:16,
797:15, 797:16,
797:17, 798:9,
798:10, 798:15,
799:16, 799:18,
799:20, 800:15,
800:23, 800:24,
801:4, 801:13,
801:18, 801:21,
802:3, 804:13,
804:16, 804:17,
804:25, 805:15,
805:19, 806:14,
807:19, 807:21,
808:1, 808:2, 808:10,
808:12, 808:15,
808:21, 809:1,
809:18, 811:10,
811:12, 811:14,
811:20, 812:1,
812:10, 812:13,
814:12, 814:21,
815:1, 815:12,
815:25, 817:5,
817:12, 818:23,
819:23, 819:25,
820:6, 820:8, 820:15,
822:23, 822:24,
824:14, 824:20,
825:5, 825:23,
825:24, 826:7,
826:24, 828:4,
828:15, 828:19,
828:24, 830:5, 830:8,
831:16, 831:23,
831:24, 831:25,
832:6, 832:16,
832:19, 833:24,
834:6, 834:24, 835:7,
835:8, 836:2, 836:3,
837:15, 838:19,
839:7, 839:8, 840:23,
840:25, 841:4,
841:12, 841:13,
841:17, 842:3, 842:4,
843:4, 843:11,
843:13, 843:15,

843:16, 843:19,
843:20, 844:21,
845:18, 846:1,
851:18, 851:21,
851:22, 852:2, 852:4,
853:13, 853:18

**WASHINGTON** [1] -
763:13

**WASN'T** [1] - 829:11

**WATER** [84] -
783:11, 785:11,
785:12, 785:16,
785:18, 790:3, 794:9,
799:21, 802:24,
815:11, 815:16,
816:3, 816:15,
816:18, 816:23,
819:2, 819:4, 820:3,
824:13, 824:16,
825:21, 826:1, 826:6,
826:13, 827:3, 827:7,
827:11, 828:6,
828:15, 830:5, 830:7,
830:11, 834:17,
834:25, 835:8,
835:13, 835:17,
836:7, 836:9, 837:11,
837:14, 837:17,
837:18, 837:20,
838:18, 838:24,
839:2, 839:6, 839:8,
839:13, 839:14,
839:15, 839:17,
839:18, 840:14,
840:25, 841:2,
841:13, 841:18,
841:20, 842:6,
842:22, 845:17,
845:24, 846:16,
846:20, 847:7,
847:11, 847:18,
848:6, 848:9, 848:11,
848:19, 849:2, 850:1,
850:3, 850:16,
850:20, 852:4, 852:7,
852:8

**WATERWAY** [1] -
815:1

**WAVE** [6] - 820:3,
825:11, 831:15,
835:7, 835:20, 852:4

**WAVES** [4] - 770:3,
816:11, 824:14,
825:12

**WAY** [10] - 772:1,
779:14, 786:22,
796:7, 799:8, 804:18,
808:2, 811:6, 816:16,
841:9

**WDSU** [1] - 829:20

**WE** [215] - 765:7, 767:11, 768:5, 768:6, 768:18, 768:21, 768:22, 769:14, 769:15, 769:16, 769:22, 769:23, 770:7, 771:1, 771:2, 771:3, 772:8, 772:10, 772:12, 775:16, 775:18, 775:20, 776:8, 777:4, 779:6, 779:17, 779:24, 779:25, 781:13, 783:2, 783:8, 783:12, 783:14, 783:16, 783:18, 783:21, 784:2, 787:12, 787:15, 787:18, 787:19, 787:25, 788:2, 791:18, 792:19, 793:1, 793:3, 793:4, 793:19, 795:11, 796:11, 797:14, 798:18, 799:5, 799:23, 800:2, 800:3, 800:4, 800:9, 800:10, 801:17, 804:2, 804:18, 804:19, 804:22, 806:8, 808:4, 809:6, 809:7, 811:17, 813:7, 814:3, 814:17, 815:4, 815:24, 816:5, 816:6, 817:12, 818:2, 818:7, 818:15, 818:24, 818:25, 819:7, 819:9, 819:12, 820:4, 820:5, 820:6, 820:11, 820:25, 821:3, 821:6, 822:4, 822:16, 822:19, 822:21, 822:23, 822:24, 823:2, 823:3, 823:18, 824:11, 824:14, 824:17, 824:23, 825:8, 825:12, 825:14, 825:20, 825:22, 826:18, 827:9, 828:4, 828:6, 828:10, 828:11, 829:2, 829:11, 830:1, 830:8, 830:15, 830:17, 831:22, 831:23, 832:18, 832:20, 833:19, 834:7, 834:9, 834:10, 834:14, 834:23, 835:2, 835:6, 835:14, 835:15, 836:3, 836:6, 836:7, 836:9, 836:10, 836:16, 836:20,

836:25, 837:2, 837:6, 837:7, 837:9, 837:10, 837:11, 837:23, 837:24, 837:25, 839:1, 839:2, 839:3, 839:9, 839:22, 839:24, 839:25, 840:5, 840:6, 840:8, 840:9, 841:10, 841:14, 841:17, 842:5, 842:14, 842:21, 842:23, 843:20, 844:2, 844:8, 844:24, 845:5, 845:6, 846:7, 847:6, 847:7, 847:25, 848:8, 850:12, 850:15, 851:6, 851:15, 851:19, 852:24, 853:3

**WE'LL** [6] - 775:19, 802:10, 802:11, 833:1, 849:24, 853:16

**WE'RE** [21] - 765:7, 773:17, 785:5, 785:12, 802:22, 813:4, 813:23, 829:12, 830:17, 831:4, 833:8, 833:9, 836:15, 839:22, 839:23, 839:24, 842:15, 849:10, 849:19, 853:1, 853:10

**WE'VE** [8] - 766:5, 779:14, 781:2, 801:22, 815:15, 840:13, 843:2

**WEEKS** [1] - 829:3

**WELL** [51] - 766:5, 768:2, 768:18, 768:20, 771:1, 773:5, 775:1, 775:15, 776:3, 778:2, 778:6, 779:13, 780:19, 781:2, 781:12, 783:2, 783:8, 784:1, 784:22, 784:25, 785:4, 785:21, 787:10, 789:11, 789:17, 791:6, 791:8, 793:13, 796:7, 796:18, 799:20, 801:25, 804:12, 804:22, 804:23, 806:4, 811:12, 812:2, 812:11, 812:17, 820:3, 822:11, 824:14, 830:9, 830:19, 839:9, 841:11, 845:1, 849:7, 852:2, 853:1

**WENT** [4] - 783:23, 826:1, 826:6, 827:7

**WERE** [83] - 766:16, 766:20, 769:16, 770:14, 771:24, 772:5, 774:14, 777:7, 778:9, 778:22, 779:1, 779:5, 779:7, 780:20, 781:21, 782:24, 783:6, 783:12, 784:24, 788:5, 788:12, 788:13, 788:20, 789:5, 789:8, 789:11, 789:17, 790:2, 790:5, 790:7, 790:11, 792:4, 792:13, 792:16, 793:4, 793:14, 793:18, 795:14, 798:13, 799:13, 799:14, 799:23, 801:3, 804:17, 806:21, 807:12, 807:17, 807:22, 808:1, 808:24, 809:16, 810:9, 810:15, 810:16, 810:22, 813:10, 813:11, 813:12, 813:17, 814:4, 819:16, 820:5, 820:10, 824:11, 824:19, 825:20, 827:10, 830:10, 832:20, 833:21, 834:2, 837:6, 838:22, 844:20, 845:5, 845:11, 847:6, 850:14, 851:5, 852:6, 852:8

**WEREN'T** [3] - 766:21, 788:6, 794:22

**WEST** [7] - 773:8, 775:4, 775:18, 775:24, 779:12, 779:21, 842:14

**WESTERN** [1] - 774:25

**WETLAND** [6] - 776:6, 784:14, 787:24, 793:18, 799:8, 800:25

**WETLANDS** [58] - 765:25, 766:3, 767:7, 768:16, 768:22, 769:9, 769:16, 769:24, 771:5, 771:8, 779:10, 779:14, 779:20, 781:8, 781:21, 782:10,

784:5, 784:18, 785:1, 785:16, 786:1, 786:5, 786:8, 786:10, 786:15, 786:22, 787:11, 787:12, 787:17, 788:2, 789:16, 789:18, 790:2, 790:5, 790:7, 790:10, 791:6, 792:5, 792:23, 793:21, 794:25, 795:3, 798:7, 799:14, 800:1, 800:24, 803:17, 803:18, 803:22, 804:9, 805:4, 805:6, 805:7, 805:14, 838:25

**WHAT** [96] - 767:11, 767:14, 769:14, 769:15, 769:22, 771:13, 771:17, 772:17, 772:24, 773:22, 775:21, 776:1, 778:2, 782:4, 783:4, 783:14, 783:21, 786:17, 787:16, 787:19, 788:14, 789:9, 789:15, 790:8, 791:2, 791:3, 791:20, 792:16, 793:4, 794:15, 794:17, 796:3, 797:2, 800:3, 800:5, 800:25, 801:4, 805:19, 808:21, 809:8, 810:22, 811:2, 811:14, 812:1, 812:6, 812:10, 814:19, 816:23, 820:8, 820:23, 821:12, 822:17, 823:3, 823:7, 824:9, 824:22, 825:4, 826:8, 826:11, 827:11, 827:12, 827:13, 828:1, 828:10, 829:11, 830:18, 831:4, 832:15, 832:19, 833:15, 833:20, 833:21, 833:23, 834:2, 834:4, 834:13, 835:2, 835:6, 835:11, 836:20, 837:9, 837:22, 841:4, 842:19, 846:23, 846:24, 847:7, 847:21, 848:9, 850:5, 851:25, 852:8, 852:14

**WHAT'S** [4] - 780:23, 786:22, 792:25, 821:25

**WHATEVER** [2] -

792:18, 830:18

**WHEN** [26] - 768:22, 772:20, 773:12, 773:17, 777:7, 794:16, 794:23, 795:19, 798:21, 798:25, 800:24, 802:25, 807:18, 815:16, 816:20, 818:4, 818:23, 819:21, 820:15, 825:20, 827:7, 830:7, 830:11, 834:6, 837:14, 837:15

**WHERE** [43] - 766:5, 768:6, 768:18, 771:24, 772:3, 772:4, 775:9, 775:11, 775:18, 775:19, 776:3, 776:8, 776:12, 776:25, 777:20, 777:21, 777:22, 778:13, 779:1, 793:3, 797:24, 798:18, 800:10, 802:13, 812:14, 820:13, 821:16, 826:1, 826:6, 828:15, 829:20, 829:23, 830:5, 831:14, 831:16, 833:22, 834:23, 836:6, 837:2, 853:7

**WHEREAS** [1] - 773:19

**WHEREUPON** [6] - 770:25, 814:12, 815:25, 817:5, 853:13, 853:18

**WHETHER** [21] - 769:2, 773:7, 776:12, 788:16, 789:8, 794:12, 804:17, 808:12, 809:13, 810:6, 811:9, 815:11, 824:19, 826:20, 826:24, 831:11, 832:5, 832:13, 852:3, 852:5, 852:15

**WHICH** [44] - 779:4, 779:25, 788:1, 791:20, 792:8, 792:22, 793:6, 804:4, 804:6, 805:18, 810:18, 811:2, 811:13, 812:10, 814:20, 814:23, 816:16, 818:19, 819:10, 819:12, 819:23, 819:25, 820:12, 821:5,

821:14, 822:20, 822:24, 825:11, 826:6, 831:3, 831:4, 831:21, 831:23, 833:24, 834:2, 834:10, 835:12, 835:13, 835:15, 841:6, 843:19, 845:15, 852:24

**WHILE** [1] - 786:20
**WHIPPED** [1] - 819:10
**WHO** [5] - 768:3, 770:15, 784:2, 784:3, 844:13
**WHOLE** [2] - 772:9, 786:25
**WHOM** [1] - 815:13
**WHY** [7] - 769:1, 787:18, 794:22, 820:7, 828:25, 843:3, 843:12
**WIDELY** [1] - 810:13
**WIDENED** [3] - 812:20, 831:15, 838:25
**WIDENING** [1] - 812:19
**WIDTH** [1] - 769:16
**WILL** [24] - 772:10, 772:24, 773:4, 773:23, 774:21, 775:11, 776:1, 776:3, 776:12, 777:4, 782:1, 787:15, 791:17, 793:7, 800:4, 814:20, 817:24, 820:14, 824:16, 826:21, 827:2, 834:10, 839:25
**WIND** [5] - 770:3, 780:19, 780:23, 781:10, 816:16
**WINTER** [1] - 798:24
**WITH** [71] - 765:11, 765:22, 766:5, 768:3, 768:4, 768:6, 768:9, 770:13, 771:2, 773:20, 773:21, 777:9, 778:10, 780:21, 784:9, 793:9, 796:24, 797:2, 800:15, 801:22, 802:10, 805:19, 805:21, 808:25, 809:10, 810:19, 811:15, 811:18, 812:20, 813:2, 813:7, 815:1, 815:11, 815:12, 815:24, 818:11, 818:12,

818:13, 819:15, 819:19, 821:2, 821:9, 822:6, 825:4, 825:8, 826:12, 826:16, 826:18, 827:6, 827:10, 828:5, 829:19, 831:7, 831:25, 832:2, 832:20, 835:17, 836:11, 836:22, 836:23, 841:4, 843:24, 845:5, 845:7, 845:11, 850:11, 850:15, 851:5
**WITHDRAW** [1] - 806:18
**WITHIN** [16] - 780:17, 781:10, 781:14, 782:25, 783:6, 783:24, 784:4, 784:5, 799:18, 799:24, 799:25, 802:12, 804:16, 805:12, 808:5, 844:17
**WITHOUT** [3] - 778:11, 808:3, 832:9
**WITHSTAND** [1] - 780:25
**WITNESS** [68] - 767:13, 767:19, 768:2, 769:14, 770:6, 770:9, 771:1, 771:10, 771:14, 773:14, 774:6, 775:6, 775:8, 775:14, 775:23, 777:6, 777:19, 780:5, 781:25, 782:3, 787:10, 789:17, 789:21, 789:24, 791:3, 792:3, 792:12, 796:21, 800:21, 801:11, 803:2, 803:4, 804:16, 805:14, 806:21, 807:9, 809:24, 812:6, 812:11, 812:17, 813:8, 817:2, 817:9, 817:14, 817:25, 821:21, 822:2, 822:10, 825:16, 825:18, 827:6, 833:20, 838:6, 838:10, 838:13, 838:15, 842:10, 844:23, 845:10, 845:14, 845:21, 847:9, 847:13, 847:17, 848:14, 849:8, 850:17
**WITNESS'S** [1] -

808:21
**WITNESSES** [2] - 764:3, 809:8
**WON'T** [3] - 777:4, 787:16, 818:1
**WOOD** [1] - 821:2
**WOODCOCK** [1] - 763:12
**WORD** [1] - 775:20
**WORDS** [1] - 851:22
**WORK** [3] - 766:18, 810:12, 833:18
**WORKED** [5] - 765:22, 768:3, 770:12, 839:10, 843:10
**WORST** [4] - 821:20, 821:22, 821:25, 822:5
**WORTHWHILE** [1] - 841:23
**WOULD** [128] - 767:9, 767:13, 768:23, 769:25, 770:22, 771:6, 771:13, 772:20, 773:10, 774:13, 774:17, 774:24, 775:4, 775:9, 776:4, 776:7, 776:8, 777:8, 777:9, 777:12, 778:12, 779:6, 781:13, 782:4, 783:20, 783:22, 784:1, 786:3, 786:16, 786:17, 786:21, 787:15, 788:1, 788:23, 789:1, 789:14, 789:18, 790:18, 791:4, 792:17, 792:19, 792:22, 794:2, 794:13, 794:15, 794:21, 795:2, 796:5, 797:1, 797:6, 797:25, 798:2, 798:4, 798:8, 798:11, 798:21, 798:25, 799:5, 799:9, 799:21, 800:3, 800:8, 801:7, 803:13, 803:16, 805:22, 806:1, 806:13, 807:12, 808:2, 808:6, 808:25, 809:24, 811:5, 811:10, 811:22, 812:7, 812:15, 812:19, 812:25, 813:15, 814:17, 817:2, 817:3, 817:7, 817:11, 818:11, 819:19,

821:17, 823:3, 823:4, 823:8, 823:15, 825:17, 827:15, 829:1, 832:1, 832:5, 832:23, 834:3, 834:4, 838:22, 840:16, 841:2, 841:3, 841:14, 841:18, 842:5, 843:16, 844:12, 845:13, 845:14, 845:15, 846:23, 847:7, 847:9, 847:10, 847:13, 848:16, 849:13, 851:6, 851:14, 851:25
**WOULDN'T** [3] - 781:1, 846:8, 846:9
**WRAP** [1] - 820:23
**WRIGHT** [1] - 762:1
**WRITTEN** [1] - 833:20
**WRONG** [6] - 781:19, 827:4, 827:5, 829:6, 853:5
**WROTE** [1] - 793:1

---

# X

**X** [1] - 764:1

# Y

**YARDS** [1] - 777:12
**YEAH** [61] - 773:19, 775:6, 776:14, 779:9, 782:16, 786:14, 791:3, 795:1, 796:7, 817:13, 818:14, 819:21, 820:19, 823:7, 826:2, 826:18, 826:23, 827:1, 827:9, 830:8, 830:13, 832:4, 832:7, 834:18, 834:22, 835:1, 835:5, 835:25, 837:3, 837:7, 838:13, 839:4, 839:7, 839:16, 839:20, 840:15, 841:16, 841:20, 842:2, 842:17, 843:9, 845:4, 845:14, 846:8, 846:14, 847:17, 848:2, 848:7, 848:12, 848:23, 849:8, 850:2, 850:17, 850:22
**YEAR** [11] - 782:25, 783:6, 783:25, 784:5, 793:3, 798:21, 799:18, 799:24, 799:25, 804:16
**YEARS** [8] - 783:10,

822:13, 822:21, 822:24, 823:15, 823:17, 823:19, 823:20
**YEP** [2] - 843:1, 844:19
**YES** [104] - 766:19, 766:24, 767:1, 767:23, 771:10, 771:23, 772:1, 773:14, 774:13, 775:7, 775:22, 775:23, 776:14, 778:17, 779:12, 779:22, 780:5, 783:5, 784:1, 784:7, 785:4, 787:9, 791:18, 792:6, 793:16, 793:22, 794:6, 794:8, 794:22, 795:4, 795:10, 795:13, 795:15, 795:18, 795:21, 796:7, 797:10, 797:21, 798:13, 800:17, 800:19, 801:2, 801:24, 801:25, 803:21, 803:25, 804:5, 806:2, 806:8, 806:25, 807:9, 807:16, 807:20, 807:23, 807:25, 808:16, 808:19, 808:21, 809:4, 810:3, 811:24, 813:6, 814:6, 814:10, 814:15, 815:8, 815:22, 816:25, 817:21, 818:5, 818:8, 819:18, 822:10, 824:23, 825:18, 827:17, 828:4, 828:12, 828:19, 828:25, 831:3, 831:13, 834:20, 835:10, 835:19, 836:5, 838:6, 838:15, 839:16, 840:7, 842:7, 842:10, 843:11, 844:10, 845:10, 846:17, 849:4, 851:2, 851:13, 852:11, 852:18
**YESTERDAY** [18] - 766:23, 768:18, 770:10, 771:17, 771:21, 774:11, 779:25, 780:7, 786:6, 790:1, 790:10, 798:1, 805:11, 808:4, 809:18, 813:9, 830:3
**YET** [3] - 772:23, 831:16, 831:25

**YORK** [1] - 762:24
**YORK** [1] - 798:18
**YOU** [341] - 765:13,
765:15, 765:17,
765:23, 766:7, 766:9,
766:15, 766:18,
766:20, 766:21,
766:23, 766:25,
767:2, 767:3, 767:5,
767:6, 767:11,
767:12, 767:15,
767:18, 767:19,
768:15, 768:17,
769:10, 769:25,
770:2, 770:4, 770:8,
770:21, 771:11,
771:17, 771:18,
771:21, 771:24,
772:5, 772:13,
772:14, 772:24,
773:1, 773:2, 773:7,
773:12, 773:14,
773:23, 774:11,
774:16, 774:17,
774:20, 775:14,
775:17, 776:4,
776:15, 776:16,
776:25, 777:1, 777:3,
777:5, 777:6, 777:14,
777:15, 777:25,
778:1, 778:4, 778:6,
778:15, 778:20,
778:25, 779:7,
779:10, 779:20,
779:23, 780:3, 780:4,
780:7, 780:10,
781:14, 781:23,
782:4, 782:7, 782:13,
782:17, 782:18,
783:4, 784:10,
784:11, 785:20,
786:9, 786:10, 787:9,
787:23, 788:4,
788:16, 788:23,
789:1, 789:4, 789:15,
790:1, 790:10, 791:1,
791:2, 791:6, 791:7,
791:13, 791:14,
791:16, 792:2,
792:22, 793:17,
793:19, 794:2,
794:12, 794:24,
795:2, 795:3, 795:5,
795:7, 795:11,
795:14, 795:19,
795:23, 795:24,
796:1, 796:3, 796:4,
796:6, 796:9, 796:10,
796:15, 796:22,
797:7, 797:8, 797:12,
797:14, 797:18,

797:20, 797:23,
797:24, 797:25,
798:2, 798:15,
799:11, 799:12,
799:16, 800:5,
800:13, 800:14,
801:19, 802:6, 802:9,
802:20, 802:21,
802:23, 803:22,
804:6, 805:3, 806:11,
806:19, 806:23,
807:25, 808:7, 808:8,
808:23, 809:13,
809:24, 810:1, 810:3,
810:4, 810:6, 810:15,
810:18, 810:22,
810:24, 811:4, 811:5,
811:6, 811:7, 811:9,
811:14, 811:15,
811:16, 812:16,
812:25, 813:2, 813:4,
813:5, 813:20,
813:25, 814:18,
814:20, 814:23,
815:2, 815:6, 815:7,
815:9, 815:10,
815:16, 815:17,
815:23, 816:2, 816:6,
816:11, 816:17,
816:18, 816:23,
817:3, 817:7, 817:11,
817:13, 817:22,
817:24, 818:3, 818:6,
818:11, 819:15,
819:19, 820:10,
821:2, 821:3, 821:5,
821:12, 821:13,
821:15, 821:17,
821:19, 821:20,
821:21, 821:24,
822:4, 822:8, 822:9,
822:11, 823:5,
823:14, 823:15,
823:21, 824:1, 824:9,
824:19, 824:22,
825:2, 825:4, 825:20,
825:24, 826:5, 826:6,
826:8, 826:10,
826:12, 826:16,
826:24, 827:5, 827:6,
827:15, 828:5,
828:14, 828:20,
828:25, 829:2, 830:4,
830:5, 830:6, 830:10,
830:20, 831:2, 831:5,
831:10, 831:18,
831:19, 832:1,
832:13, 833:3,
833:25, 834:1, 836:3,
836:14, 837:6,
837:16, 838:1,

838:18, 838:20,
839:5, 839:25,
840:17, 841:8,
842:20, 844:1,
844:11, 844:16,
844:20, 845:1, 845:6,
845:11, 845:20,
846:5, 847:4, 847:22,
848:14, 849:15,
849:18, 849:24,
850:15, 850:19,
851:10, 851:21,
851:25, 852:13,
853:9, 853:11, 853:17
**YOU'LL** [3] - 815:5,
816:2, 827:25
**YOU'RE** [16] - 770:7,
773:22, 776:11,
794:20, 812:3, 812:6,
814:19, 815:5,
815:13, 818:5,
822:16, 826:20,
827:25, 828:21,
829:6, 846:8
**YOU'VE** [7] - 778:2,
784:4, 784:17,
787:23, 788:19,
801:6, 826:5
**YOUNG** [1] - 819:22
**YOUR** [124] - 765:11,
765:20, 766:1, 766:4,
766:18, 766:25,
767:2, 767:3, 767:7,
768:14, 768:24,
769:11, 769:20,
770:3, 770:5, 770:16,
770:21, 771:7,
771:10, 771:18,
771:19, 772:17,
775:1, 777:3, 778:25,
779:20, 779:23,
780:2, 780:3, 782:4,
782:9, 782:20,
782:24, 783:24,
784:8, 784:13, 785:1,
786:10, 787:7, 787:9,
787:23, 788:17,
789:14, 791:13,
791:17, 791:20,
791:25, 792:3,
792:12, 792:22,
793:9, 793:13,
793:14, 793:17,
794:12, 795:16,
796:1, 796:2, 796:8,
796:20, 797:19,
798:1, 799:15,
800:14, 800:20,
801:10, 801:18,
801:19, 803:19,

805:5, 806:15,
806:23, 808:7,
808:20, 810:18,
810:19, 811:4,
811:25, 813:2, 813:4,
813:7, 813:24, 814:2,
814:16, 814:17,
815:20, 815:22,
817:4, 817:7, 817:17,
817:21, 818:23,
819:5, 819:19,
821:14, 821:24,
822:5, 822:17,
823:11, 823:23,
825:4, 826:18,
826:25, 827:17,
827:24, 828:19,
830:4, 832:16, 834:1,
835:14, 836:1,
836:16, 838:7, 845:4,
845:7, 850:4, 851:1,
851:3, 851:21,
851:22, 852:1, 852:16
**YOURSELF** [2] -
765:23, 819:15

**Z**

**ZERO** [2] - 845:14,
845:15
**ZONES** [1] - 782:5
**ZOOM** [1] - 772:12

DAILY COPY