**BEEVERS & BEEVERS, LLP**
A LIMITED LIABILITY LAW PARTNERSHIP

210 HUEY P. LONG AVE.
GRETNA, LOUISIANA 70053-5816

OFF: 504/361-4287
FAX: 504/382-1405

WILEY J. BEEVERS, PLC
RAYLYN R. BEEVERS
STEVEN M. MAUTERER
MICHAEL F. SOMOZA

BARBARA VOLK MADERE
OF COUNSEL

# WARNING!!

You probably have received paperwork regarding

## LA CITIZENS INSURANCE CO. CLASS ACTION

This paperwork is an attempt to get you to settle for **less** than $1,000.

**BE ADVISED THAT** this paperwork **DID NOT** come from **BEEVERS & BEEVERS, LLP**, the Court Appointed Attorneys for the Class Action Lawsuit against LA Citizens Insurance Co.

UNDER THE LAW YOU CAN RECEIVE AS MUCH AS $5,000.00 FOR <u>EACH POLICY/PROPERTY</u>!!

Please call us (504) 361-4287 ASAP!!!

EXHIBIT

"A"