```
1                   UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4

5    NORMAN ROBINSON, ET AL        *   DOCKET 06-CV-2268-K
                                   *
6    VERSUS                        *   NEW ORLEANS, LOUISIANA
                                   *
7    UNITED STATES OF AMERICA, ET AL *  APRIL 23, 2009
     * * * * * * * * * * * * * * * * *

8

9

10                      VOLUME 4 - AFTERNOON SESSION
                        TRIAL PROCEEDINGS BEFORE THE
11                   HONORABLE STANWOOD R. DUVAL JR.
                        UNITED STATES DISTRICT JUDGE
12

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                                BY:  PIERCE O'DONNELL, ESQ.
16                              550 SOUTH HOPE STREET, SUITE 1000
                                LOS ANGELES, CALIFORNIA 90071
17

18   FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                                BY:  JOSEPH M. BRUNO, ESQ.
19                                   L. SCOTT JOANEN, ESQ.
                                855 BARONNE STREET
20                              NEW ORLEANS, LOUISIANA 70113

21
     FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                              BY:  JONATHAN B. ANDRY, ESQ.
                                     KEA SHERMAN, ESQ.
23                              610 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 70113
24

25
```

FINAL DAILY COPY

1    <u>APPEARANCES (CONTINUED)</u>:

2
      FOR THE PLAINTIFFS:        BARON & BUDD, PC
3                                BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
4                                DALLAS, TEXAS 75219

5
      FOR THE PLAINTIFFS:        DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
6                                BY:  JAMES P. ROY, ESQ.
                                 556 JEFFERSON STREET, SUITE 500
7                                POST OFFICE BOX 3668
                                 LAFAYETTE, LOUISIANA 70502
8
9     FOR THE PLAINTIFFS:        THE DUDENHEFER LAW FIRM, LLC
                                 BY:  FRANK C. DUDENHEFER JR., ESQ.
10                               601 POYDRAS STREET, SUITE 2655
                                 NEW ORLEANS, LOUISIANA 70130
11
12    FOR THE PLAINTIFFS:        DUMAS & ASSOCIATES LAW FIRM, LLC
                                 BY:  WALTER C. DUMAS, ESQ.
13                               LAWYER'S COMPLEX
                                 1261 GOVERNMENT STREET
14                               POST OFFICE BOX 1366
                                 BATON ROUGE, LOUISIANA 70821
15
16    FOR THE PLAINTIFFS:        FAYARD & HONEYCUTT
                                 BY:  CALVIN C. FAYARD JR., ESQ.
17                               519 FLORIDA AVENUE S.W.
                                 DENHAM SPRINGS, LOUISIANA 70726
18
19    FOR THE PLAINTIFFS:        MICHAEL C. PALMINTIER, A PLC
                                 BY:  MICHAEL C. PALMINTIER, ESQ.
20                                    JOSHUA M. PALMINTIER, ESQ.
                                 618 MAIN STREET
21                               BATON ROUGE, LOUISIANA 70801

22
      FOR THE PLAINTIFFS:        LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                                 A PLC
                                 BY:  ELWOOD C. STEVENS JR., ESQ.
24                               1205 VICTOR II BOULEVARD
                                 POST OFFICE BOX 2626
25                               MORGAN CITY, LOUISIANA 70381


                          FINAL DAILY COPY

```
 1   APPEARANCES (CONTINUED):

 2
     FOR SUBROGATED INSURERS:     THE GILBERT FIRM
 3                                BY:  ELISA T. GILBERT, ESQ.
                                       BRENDAN R. O'BRIEN, ESQ.
 4                                325 EAST 57TH STREET
                                  NEW YORK, NEW YORK 10022
 5

 6   ALSO PRESENT FOR             J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:                ASHLEY E. PHILEN, ESQ.
 7                                MRGO LITIGATION GROUP
                                  600 CARONDELET STREET, SUITE 604
 8                                NEW ORLEANS, LOUISIANA 70130

 9
     FOR THE DEFENDANT:           U.S. DEPARTMENT OF JUSTICE
10                                TORTS BRANCH, CIVIL DIVISION
                                  BY:  DANIEL M. BAEZA JR., ESQ.
11                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
13                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON JR., ESQ.
14                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
15                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
16                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE SR., ESQ.
17                                     JOHN WOODCOCK, ESQ.
                                  BENJAMIN FRANKLIN STATION
18                                P.O. BOX 888
                                  WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:     TONI DOYLE TUSA, CCR, FCRR
                                  500 POYDRAS STREET, ROOM HB-406
21                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7778
22

23

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.



                        FINAL DAILY COPY
```

1                          **I N D E X**

2                                                    PAGE

3   JOHANNES VRIJLING

4         DIRECT EXAMINATION                         859

5         CROSS-EXAMINATION                          956

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

| | | |
|---|---|---|
| 12:36 | 1 | **AFTERNOON SESSION** |
| 13:02 | 2 | **(APRIL 24, 2009)** |
| 13:02 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:10 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:11 | 5 | **THE COURT:**  YES, SIR, MR. BRUNO. |
| 13:11 | 6 | **MR. BRUNO:**  WE BROKE WITH A CHALLENGE OF FINDING A |
| 13:11 | 7 | SENTENCE.  I KNOW I WASN'T CRAZY.  IT'S EXHIBIT 106.  I THINK |
| 13:11 | 8 | WE JUST VERIFIED YOU DON'T HAVE THE SECOND PAGE IN YOUR BOOK. |
| 13:11 | 9 | **THE COURT:**  CORRECT. |
| 13:11 | 10 | **MR. BRUNO:**  I WILL BE HAPPY TO SHOW IT TO YOU.  I |
| 13:11 | 11 | HAVE SHOWN IT TO ROBIN.  I THINK YOU'LL AGREE THE SENTENCE DOES |
| 13:11 | 12 | APPEAR.  UNLESS HE WANTS TO ARGUE ABOUT IT MORE, I'D LIKE TO |
| 13:11 | 13 | PROCEED. |
| 13:11 | 14 | **MR. SMITH:**  NO, YOUR HONOR.  THANK YOU. |
| 13:11 | 15 | **THE COURT:**  THANK YOU, MR. SMITH. |
| 13:11 | 16 | (WHEREUPON, **JOHANNES VRIJLING**, HAVING BEEN DULY |
| 13:11 | 17 | SWORN, TESTIFIED AS FOLLOWS.) |
| 13:11 | 18 | **DIRECT EXAMINATION** |
| 13:11 | 19 | BY MR. BRUNO: |
| 13:11 | 20 | **Q.**  LET'S REMEMBER THE QUESTION, PROFESSOR.  I'LL GIVE IT TO |
| 13:11 | 21 | YOU AGAIN.  IN YOUR PAPERS YOU WROTE THAT IT WAS THE MRGO'S |
| 13:11 | 22 | VERY EXISTENCE IN ITS DEFECTIVE CONDITION THAT WAS THE |
| 13:11 | 23 | DETERMINATIVE FACTOR IN CAUSING THE CATASTROPHIC FLOODING OF |
| 13:11 | 24 | NEW ORLEANS EAST, LOWER NINTH WARD, AND ST. BERNARD PARISH. |
| 13:12 | 25 | **A.**  UH-HUH.  YES. |

13:12    1    **Q.**   BEFORE I ASK YOU THE QUESTION, SINCE IT WAS RAISED BY

13:12    2    MR. SMITH, WHAT IN YOUR MIND IS THE DISTINCTION BETWEEN

13:12    3    CATASTROPHIC FLOODING AS OPPOSED TO THE CAUSE OF THE LEVEE

13:12    4    FAILURES?

13:12    5    **A.**   I THINK CATASTROPHIC FLOODING IS THAT THESE WATER LEVELS

13:12    6    ARE RISING OVER THE LEVEES, BREACHING THEM, AND THEN HAVING

13:12    7    SUFFICIENT FLOW TO FILL THE ENTIRE POLDER; BECAUSE THAT'S ALSO

13:12    8    AN IMPORTANT COMPONENT OF THE EXISTENCE OF THE MRGO, THAT THE

13:12    9    WATER LEVELS ARE HIGHER, THAT THE WAVES ARE HIGHER, BUT ALSO

13:12   10    THAT MORE WATER IS FLOWING TO THESE POLDERS.

13:12   11    **Q.**   PROFESSOR, I WANT TO ASK YOU A HYPOTHETICAL QUESTION.

13:12   12    HERE IS THE HYPOTHET.

13:13   13           YOU'VE DESIGNED A LEVEE.  YOU KNOW ITS HEIGHT.  YOU

13:13   14    KNOW ITS WIDTH.  YOU KNOW WHERE YOU'RE GOING TO PUT THE LEVEE.

13:13   15    SUBSEQUENT TO COMPLETING THE DESIGN, SOMEONE ELSE -- PERHAPS

13:13   16    ANOTHER BRANCH OF GOVERNMENT -- DECIDES TO PLOP A CHANNEL IN

13:13   17    THE VICINITY OF THIS LEVEE.  I'M GOING TO, FOR THE PURPOSES OF

13:13   18    THE HYPOTHET, SAY THE VICINITY IS WITHIN 1,000 FEET.

13:13   19           SO WITH THAT, WOULD YOU SHARE WITH THE JUDGE WHAT, IF

13:13   20    ANY, CONCERNS WOULD BE CREATED BY THE LOCATION OF THE CHANNEL

13:13   21    IN THE VICINITY OF THAT LEVEE AFTER DESIGN HAS BEEN COMPLETED

13:13   22    AND FINISHED.

13:13   23           **MR. SMITH:**  I'M GOING TO OBJECT, YOUR HONOR.  THIS IS

13:13   24    AN IMPROPER HYPOTHETICAL.  HE'S BEEN ASKED TO ASSUME THAT A

13:13   25    CHANNEL WAS PUT IN PLACE AFTER LEVEES WERE DESIGNED.  IN THIS

13:14    1    CASE THE FACTS SHOW --

13:14    2         **THE COURT:**  YOUR RESPONSE, SIR?

13:14    3         **MR. BRUNO:**  WELL, ACTUALLY, IT'S BEEN ESTABLISHED

13:14    4    QUITE CLEARLY THROUGH THE TESTIMONY OF CECIL SOILEAU ON MONDAY

13:14    5    THAT THE DESIGN OF THE LEVEES WERE COMPLETE AND THAT THOSE

13:14    6    DESIGNS DID NOT TAKE INTO CONSIDERATION IN ANY WAY, SHAPE, OR

13:14    7    FORM THE FACT THAT THERE WAS GOING TO BE A CHANNEL IN FRONT OF

13:14    8    THOSE LEVEES.

13:14    9         EVEN THOUGH SEQUENTIALLY, YES, WE AGREE,

13:14   10    YOUR HONOR, THAT THE CHANNEL WAS AUTHORIZED IN '50 -- WHATEVER

13:14   11    IT WAS, AND FORGIVE ME IF I DON'T KNOW THE PRECISE DATE -- AND,

13:14   12    YES, WE KNOW THE LEVEES WERE AUTHORIZED LATER, WE HAVE ACTUAL

13:14   13    TESTIMONY THAT THE LEVEE DESIGN CONTEMPLATED NO CHANNEL, SO THE

13:14   14    HYPOTHETICAL IS APPROPRIATE.

13:14   15         **THE COURT:**  I GUESS THE LEVEE DESIGN WAS -- SO THE

13:14   16    LEVEE DESIGN WAS DONE SUBSEQUENT TO THE CHANNEL; CORRECT?

13:15   17         **MR. BRUNO:**  IN TIMING, YES, JUDGE, OF COURSE.

13:15   18    CHRONOLOGICALLY, YOU ARE CORRECT.

13:15   19         **THE COURT:**  IN YOUR HYPOTHET -- AS MR. SMITH POINTED

13:15   20    OUT, THE CHANNEL WAS SUBSEQUENT TO THE LEVEE DESIGN IN YOUR

13:15   21    HYPOTHET.

13:15   22         **MR. BRUNO:**  YES.

13:15   23         **THE COURT:**  SO HOW DO YOU RESPOND?  WHY IS IT

13:15   24    RELEVANT UNDER THE FACTS OF THIS CASE?

13:15   25         **MR. BRUNO:**  BECAUSE MR. SOILEAU TESTIFIED THAT WHEN

FINAL DAILY COPY

```
13:15    1    HE DESIGNED THE LEVEE, THEY DIDN'T TAKE INTO CONSIDERATION THE
13:15    2    FACT THAT THERE WAS GOING TO BE A CHANNEL THERE.  THEY JUST
13:15    3    LEFT IT OFF THE TABLE.  SO I'LL ALTER -- TO ME, THE NET EFFECT
13:15    4    IS THE SAME BECAUSE THE DESIGN WAS COMMITTED TO AND WAS
13:15    5    UNCHANGED AND IT DIDN'T TAKE INTO CONSIDERATION THIS CHANNEL.
13:15    6              THE COURT:  YOU CAN ASK HIM A HYPOTHET.  THAT DOESN'T
13:15    7    MEAN YOU CAN'T OBJECT JUST BECAUSE I'M SAYING IT.  IT'S YOUR
13:15    8    CASE.  I'VE OBJECTED TO JUDGE'S QUESTIONS BEFORE, TOO, SO I
13:16    9    WON'T TAKE UMBRAGE.  I THINK YOU'RE TRYING TO GET THE
13:16   10    CORRELATION OF WHAT EFFECT A CHANNEL HAS ON A LEVEE, IF ANY.
13:16   11              MR. BRUNO:  RIGHT.
13:16   12              THE COURT:  A PRE-EXISTING LEVEE OR A LEVEE -- OR IF
13:16   13    THE LEVEE IS -- WHAT EFFECT DOES THE CHANNEL HAVE ON THE LEVEE?
13:16   14    WE KNOW WE HAVE A LEVEE HERE.  WE KNOW WE HAVE A CHANNEL.  I
13:16   15    ASSUME YOU'RE TRYING TO ELICIT WHAT EFFECT, IF ANY, THE CHANNEL
13:16   16    HAS ON THE LEVEE, AND IF YOU WERE DESIGNING THE LEVEE AFTER THE
13:16   17    CHANNEL -- HOW DOES THE CHANNEL AFFECT THE LEVEE, I GUESS, IS
13:16   18    WHAT WE'RE ASKING.
13:16   19              MR. BRUNO:  IF I MAY, JUDGE, TO FURTHER RESPOND, THE
13:16   20    ONLY PROBLEM WITH THE WAY THE COURT'S KIND OF REARTICULATED
13:16   21    THAT TO ME IS THAT WE FIRMLY BELIEVE THAT THE FACTS OF THE CASE
13:17   22    ARE THAT THE CORPS PURPOSELY MADE AN ENGINEERING DECISION NOT
13:17   23    TO INCLUDE THE CHANNEL AS A COMPONENT OF ITS DESIGN OF THE
13:17   24    LEVEE.
13:17   25              THE COURT:  I UNDERSTAND THAT.
```

13:17    1         **MR. BRUNO:** AND, THEREFORE, I JUST WANT TO MAKE IT

13:17    2   CLEAR THAT WE ARE NOT, IN ASKING THIS QUESTION, ATTACKING THE

13:17    3   DESIGN OF THE LEVEE.

13:17    4         **THE COURT:** I UNDERSTAND THAT.

13:17    5         **MR. BRUNO:** OKAY.

13:17    6         **THE COURT:** LIKE I SAID, IT'S THE EFFECT OF THE

13:17    7   CHANNEL ON A LEVEE.

13:17    8         **MR. BRUNO:** YOU'RE RIGHT.

13:17    9         **THE COURT:** I THINK THE EFFECT OF A CHANNEL ON A

13:17   10   LEVEE IS REALLY WHAT WE'RE GETTING AT.

13:17   11         **MR. BRUNO:** YES, JUDGE.

13:17   12         **THE COURT:** OKAY.  IF YOU CAN REPHRASE YOUR QUESTION

13:17   13   SO MR. SMITH, DESPITE ALL THE JUDGE'S COLLOQUY, CAN URGE HIS

13:17   14   OBJECTION IF HE WISHES TO AS REPHRASED.

13:17   15         **MR. SMITH:** IF I COULD BE HEARD BEFORE HE DOES THAT?

13:17   16         **THE COURT:** ABSOLUTELY.

13:17   17         **MR. SMITH:** RESPECTFULLY, WE DISAGREE WITH

13:17   18   MR. BRUNO'S CHARACTERIZATION OF MR. SOILEAU'S TESTIMONY, SO I

13:17   19   WOULD ALSO URGE THAT THIS ASSUMES FACTS THAT ARE NOT IN

13:17   20   EVIDENCE.  I THINK MR. SOILEAU DID SAY THAT HE TOOK THE CHANNEL

13:18   21   INTO ACCOUNT AND DID A NUMBER OF SIMULATIONS BASED UPON THE

13:18   22   PRESENCE OF THE CHANNEL IN TRYING TO DECIDE HOW TO DESIGN THE

13:18   23   LEVEE.

13:18   24         MR. VRIJLING HAS TESTIFIED THAT HE IS ENGAGED TO

13:18   25   DESIGN LEVEES.  IT SEEMS TO ME A PROPER HYPOTHETICAL WOULD BE

| | | |
|---|---|---|
| 13:18 | 1 | TO ASK HIM WHETHER, IF THERE'S A CHANNEL ADJACENT TO A LEVEE, |
| 13:18 | 2 | THE DESIGNERS OF THE LEVEE SHOULD TAKE THAT INTO ACCOUNT. |
| 13:18 | 3 | **THE COURT:**  I'M GOING TO LET MR. BRUNO ASK THE |
| 13:18 | 4 | QUESTION THE WAY HE WANTS AS LONG AS THERE'S SOME RELEVANCE. |
| 13:18 | 5 | INSOFAR AS THE FACTS, I UNDERSTAND YOUR POINT ABOUT THE |
| 13:18 | 6 | CHARACTERIZATION.  I'M GOING TO HAVE TO DECIDE THAT LATER, BUT |
| 13:18 | 7 | RESERVE FOR THE RECORD. |
| 13:18 | 8 | GO AHEAD AND ASK YOUR QUESTION AGAIN.  I'M GOING |
| 13:18 | 9 | TO OVERRULE IT INSOFAR AS IT'S A MISCHARACTERIZATION, EVEN |
| 13:18 | 10 | THOUGH IT MAY WELL BE, BECAUSE I CAN'T MAKE ALL THOSE PRECISE |
| 13:18 | 11 | FACTUAL JUDGMENTS NOW. |
| 13:18 | 12 | **MR. SMITH:**  THANK YOU. |
| 13:18 | 13 | **MR. BRUNO:**  THANK YOU. |
| 13:18 | 14 | BY MR. BRUNO: |
| 13:18 | 15 | **Q.**   LET'S ASK IT THE WAY DEFENSE COUNSEL SUGGESTS.  YOU HAVE A |
| 13:18 | 16 | LEVEE DESIGN AND YOU DECIDE TO PLOP A CHANNEL IN FRONT OF THE |
| 13:19 | 17 | LEVEE.  THAT'S THE SCENARIO. |
| 13:19 | 18 | WHAT, IF ANY, ENGINEERING EVALUATIONS SHOULD BE DONE |
| 13:19 | 19 | TO ASCERTAIN WHETHER OR NOT THAT CHANNEL WILL HAVE ANY NEGATIVE |
| 13:19 | 20 | IMPACT ON THE ABILITY OF THAT LEVEE STRUCTURE OR THAT HURRICANE |
| 13:19 | 21 | PROTECTION STRUCTURE TO DO WHAT IT WAS DESIGNED TO DO? |
| 13:19 | 22 | **A.**   I CAN EVEN ANSWER IT IN SLIGHTLY MORE GENERAL TERMS IF |
| 13:19 | 23 | THERE IS ANY STRUCTURE IN THE NEIGHBORHOOD.  SO IF YOU DROP A |
| 13:19 | 24 | CHANNEL SOMEWHERE IN THE NEIGHBORHOOD OF SOME OTHER CIVIL |
| 13:19 | 25 | ENGINEERING STRUCTURE, YOU HAVE TO LOOK TO TWO SEPARATE |

FINAL DAILY COPY

```
13:19    1    CONDITIONS.
13:19    2            ONE IS THE DAILY CONDITION -- THE SERVICEABILITY
13:19    3    LIMITS WE CALL THAT -- SO THE NORMAL WAVE AND WIND AND SO ON
13:19    4    CONDITIONS.  THAT MEANS THAT YOU HAVE TO LOOK TO THE WAVES THAT
13:19    5    WILL BE GENERATED DURING NORMAL WINDY DAYS IN THE CHANNEL TO
13:20    6    SEE IF THE SHORES ARE ERODING OR NOT AND, IF NECESSARY, DEFEND
13:20    7    THEM.
13:20    8            THE SECOND POINT IS THERE WILL BE SHIPS PASSING, BY
13:20    9    THE NATURE OF THE CHANNEL, SO THE SHIPS GENERATE WAVES AND SHIP
13:20   10    WASH.  SO, ONCE AGAIN, YOU HAVE TO CHECK IF THE BANKS ARE ABLE
13:20   11    TO WITHSTAND THESE FORCES OR THAT THEY HAVE TO BE PROTECTED
13:20   12    AGAINST EROSION.  BECAUSE IF YOU DON'T DO THAT, IT MIGHT NOT BE
13:20   13    SAFE BECAUSE ON THE BANKS, THE ROCK AND THE MATERIAL WILL END
13:20   14    UP ON THE BOTTOM OF THE CHANNEL, AND IT WILL BECOME VERY
13:20   15    SHALLOWER AND THE CHANNEL WILL BECOME WIDER.
13:20   16            SO IF YOU ARE IN THE MIDDLE OF NOWHERE, THEN THERE'S
13:20   17    NO PROBLEM; YOU CAN DREDGE AND THE CHANNEL GROWS, AND MAYBE
13:20   18    THAT'S THE CHEAPEST SOLUTION.  BUT ASSUME THERE IS SOME HOUSE
13:20   19    OR FACTORY OR MAYBE LEVEE IN THE NEIGHBORHOOD, THEN THE OWNER
13:20   20    OF THE OTHER OBJECT DOESN'T WANT THE CHANNEL TOO NEAR HIS
13:20   21    STRUCTURE BECAUSE OF THAT.
13:21   22            THE THIRD POINT, YOU HAVE ALSO TO LOOK CAREFULLY TO
13:21   23    THE STABILITY OF THE BANKS.  IF YOU CUT THE CHANNEL IN THE SOFT
13:21   24    SOIL, AS IS IN THE NETHERLANDS AND HERE, AND STILL THE
13:21   25    STABILITY OF THE BANKS AND THE PRESSURE, BECAUSE YOU MAKE A
```

| | | |
|---|---|---|
| 13:21 | 1 | SLOPE, IS A BIG QUESTION.  SO IT COULD JUST SLIDE OUT OR |
| 13:21 | 2 | SQUEEZE OUT BECAUSE PREVIOUSLY IT WAS SOIL THAT GAVE SOME |
| 13:21 | 3 | PRESSURE BACK.  THERE'S NOW WATER, WHICH HAS A LOWER PRESSURE. |
| 13:21 | 4 | SO THE SOIL COULD SLIDE INTO THE CHANNEL BY SOME MECHANICAL |
| 13:21 | 5 | FAILURE.  THESE THINGS HAVE TO BE CHECKED, YEAH, IF THERE'S |
| 13:21 | 6 | ANYTHING IN THE NEIGHBORHOOD. |
| 13:21 | 7 | THE SECOND THING IS THAT YOU HAVE TO LOOK INTO THE |
| 13:21 | 8 | EXTREME SITUATIONS.  STORM SURGES, HURRICANES, AND SO ON WILL |
| 13:21 | 9 | INFLUENCE THE NEIGHBORHOOD BECAUSE YOU MAKE A DEEPER WATER BODY |
| 13:21 | 10 | THAT WILL GENERATE HIGHER WAVES THERE, AND IT WILL BE A CONDUIT |
| 13:21 | 11 | FOR FLOODING.  SO YOU HAVE TO BE CAREFUL TO STUDY, IF YOU ARE |
| 13:22 | 12 | THE SECOND COMING IN THE AREA, ASSUMING THAT THE OTHER OWNER |
| 13:22 | 13 | WAS THE FIRST, THAT YOU DON'T DAMAGE HIS PROPERTY BECAUSE THAT |
| 13:22 | 14 | WOULD BE UNWARRANTED. |
| 13:22 | 15 | THERE'S ALSO THE CONVEYANCE, WHICH WE ALREADY SAID. |
| 13:22 | 16 | IT MIGHT EVEN BE THAT YOU DO A CHANNEL, WHICH HAS NO STRUCTURE |
| 13:22 | 17 | IN THE NEIGHBORHOOD, BUT ON THE END OF THE CHANNEL, IN THE FAR |
| 13:22 | 18 | END, THERE IS A CITY PROTECTED BY LEVEES.  AND THEN BY DREDGING |
| 13:22 | 19 | THIS CHANNEL, THE CONVEYANCE WILL INCREASE AND MORE WATER WILL |
| 13:22 | 20 | THREATEN THAT CITY ON THE HORIZON, AND YOU'RE RESPONSIBLE.  IF |
| 13:22 | 21 | YOU ARE THE SECOND ONE, THE CITY WAS ALREADY THERE, AND YOU'RE |
| 13:22 | 22 | DREDGING THE CHANNEL, THEN YOU HAVE RESPONSIBILITY FOR ALL OF |
| 13:22 | 23 | THE EFFECTS. |
| 13:22 | 24 | **THE COURT:**  NOW, I UNDERSTOOD THE LAST PART OF HIS |
| 13:22 | 25 | ANSWER, BUT LET ME MAKE A NOTE THAT THIS CASE, AS WE ALL KNOW, |

FINAL DAILY COPY

```
13:22    1   IS NOT ABOUT THE DESIGN OF THE LEVEES INSOFAR AS LIABILITY IS

13:22    2   CONCERNED.  I KNOW I HAVE OTHER MATTERS PENDING.  THE

13:23    3   GOVERNMENT IS IMMUNE IF THEY DESIGNED A BAD LEVEE.  THIS IS

13:23    4   ABOUT THE GOVERNMENT'S ACTIONS RELATING TO THE MRGO AND HOW THE

13:23    5   MRGO MAY HAVE IMPACTED A PRE-EXISTING FLOOD CONTROL STRUCTURE.

13:23    6   THAT'S WHAT THIS CASE IS ABOUT.

13:23    7              THE QUESTIONS NEED TO BE PHRASED -- OR THE

13:23    8   INFORMATION THAT NEEDS TO BE ELICITED IS WHAT, IF ANY, HARM THE

13:23    9   MRGO DOES TO AN EXISTING LEVEE STRUCTURE.  THAT'S WHAT THIS

13:23   10   CASE IS ABOUT.

13:23   11         MR. BRUNO:  IN ANSWER TO THE OBJECTION THAT I KNOW IS

13:23   12   ABOUT TO COME, ALLOW ME TO EXPLAIN THE RELEVANCE OF THE NEXT

13:23   13   LINE OF QUESTIONS.

13:23   14         THE COURT:  ALL RIGHT.

13:23   15         MR. BRUNO:  IN 1966, YOUR HONOR --

13:23   16         THE COURT:  YOU MIGHT WANT TO ASK THE QUESTION AND

13:23   17   LET HIM GET HIS OBJECTION IN.  THEN YOU CAN EXPLAIN IT AFTER HE

13:23   18   ARTICULATES HIS OBJECTION.

13:23   19         MR. BRUNO:  I WAS GOING TO SHOW THESE DOCUMENTS TO

13:23   20   GIVE HISTORICAL CONTEXT TO THE HYPOTHET, WHICH I'M ABOUT TO ASK

13:24   21   BECAUSE WE HAVE THE SAME ISSUE.  I HAVE THE BURDEN WHEN I ASK A

13:24   22   HYPOTHETICAL THAT THERE BE --

13:24   23         THE COURT:  TELL ME, WHAT IS THE ISSUE YOU'RE GOING

13:24   24   INTO?

13:24   25         MR. BRUNO:  WHAT I'M ATTEMPTING TO SHOW, JUDGE, IS
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:24 | 1 | THAT THE CORPS OF ENGINEERS -- WE KNOW WE HAVE THE 702C |
| 13:24 | 2 | DEFENSE.  WE HAVE A HISTORICAL EVENT WHICH WE, THE PLAINTIFFS, |
| 13:24 | 3 | BELIEVE ILLUSTRATE THE CORPS' OWN POSITION AS TO WHETHER OR NOT |
| 13:24 | 4 | THIS IS A REAL 702C ISSUE OR WHETHER IT'S A NAVIGATION ISSUE. |
| 13:24 | 5 | BACK IN '66, THE CORPS RECOGNIZED THAT THE |
| 13:24 | 6 | CHANNEL WAS WIDENING AND MAY THREATEN THE HURRICANE PROTECTION |
| 13:24 | 7 | LEVEE, SO THEY DECIDED TO INSTALL FORESHORE PROTECTION.  THERE |
| 13:24 | 8 | WAS AN INTERNAL DEBATE AT THE CORPS AS TO WHETHER THAT SHOULD |
| 13:24 | 9 | BE CHARGED -- |
| 13:24 | 10 | **THE COURT:**  YOU UNDERSTAND THIS IS ARGUMENT; IT'S NOT |
| 13:24 | 11 | EVIDENCE? |
| 13:24 | 12 | **MR. BRUNO:**  THAT'S WHY I WANT TO SHOW YOU THE |
| 13:24 | 13 | DOCUMENTS, BUT I'M ARGUING.  I'M ARGUING. |
| 13:24 | 14 | THE DOCUMENTS WE BELIEVE, IF YOU WOULD LOOK AT |
| 13:24 | 15 | THEM, WOULD SHOW THAT THERE WAS THIS INTERNAL DEBATE.  THE |
| 13:25 | 16 | CORPS, ON ITS OWN, DECIDED THAT THE INSTALLATION OF FORESHORE |
| 13:25 | 17 | PROTECTION TO PROTECT THE BANK FROM DAMAGING THE LEVEE WAS A |
| 13:25 | 18 | NAVIGATION EXPENDITURE AS OPPOSED TO A LEVEE EXPENDITURE.  SO |
| 13:25 | 19 | WITH THAT -- |
| 13:25 | 20 | **THE COURT:**  SO THERE MAY BE A LEGAL ARGUMENT LATER ON |
| 13:25 | 21 | AND NOW THAT FORESHORE PROTECTION IS PART OF THE DESIGN OF A |
| 13:25 | 22 | LEVEE, THEREFORE, A 702C ISSUE, AND THAT OBJECTION MAY RELATE |
| 13:25 | 23 | TO THAT.  THE COURT HAS TO RULE ON IT.  YOU'RE GOING TO ASK NOW |
| 13:25 | 24 | A LOT OF QUESTIONS ABOUT FORESHORE PROTECTION AND THE CORPS' |
| 13:25 | 25 | ATTITUDE TOWARDS FORESHORE PROTECTION, ITS KNOWLEDGE, AND WHAT |

```
13:25    1   IT DID?

13:25    2              MR. BRUNO:  RIGHT.

13:25    3              THE COURT:  MR. SMITH, YOU'RE RESERVING YOUR RIGHT TO

13:25    4   OBJECT TO OTHER DISCRETE ISSUES?

13:25    5              MR. SMITH:  YES, YOUR HONOR.  THIS IS REALLY A

13:25    6   BACK-DOOR ATTEMPT TO GET MR. VRIJLING TO OPINE ABOUT SPECIFIC

13:26    7   FACTS IN THIS CASE.  COUNSEL REPRESENTS THAT THESE ARE

13:26    8   HYPOTHETICALS, YET HE WANTS TO USE ACTUAL DOCUMENTS FROM THE

13:26    9   RECORD TO GIVE THE WITNESS TO COMMENT ON.

13:26   10              MR. VRIJLING WAS ASKED SPECIFICALLY IN HIS

13:26   11   DEPOSITION WHETHER HE RELIED ON ANYTHING ELSE IN FORMING HIS

13:26   12   OPINIONS OTHER THAN THE REFERENCES THAT WERE AT THE END OF HIS

13:26   13   REPORTS, AND HE SAID NO.  HE DIDN'T RELY ON THESE.  NOW,

13:26   14   ALLOWING HIM TO COMMENT ON THESE, IMPERMISSIBLY EXPANDS THE

13:26   15   SCOPE OF HIS OPINIONS.  I WOULD OBJECT ON THAT BASIS.

13:26   16              THE COURT:  YES, SIR.  I UNDERSTAND YOUR OBJECTION.

13:26   17              WHAT'S YOUR RESPONSE?

13:26   18              MR. BRUNO:  WELL, JUDGE, YOU JUST HEARD MR. SMITH

13:26   19   OBJECT TO A HYPOTHETICAL BECAUSE HE SAYS MY HYPOTHETICAL DIDN'T

13:26   20   HAVE THE CORRECT FACTS.

13:26   21              THE COURT:  THE FIRST THING HE'S SAYING IS:  WHY

13:26   22   ISN'T THIS EXPANDING THE REPORT?  IF THIS WITNESS IS TESTIFYING

13:26   23   TO A DOCUMENT HE DIDN'T RELY ON IN HIS REPORT, WHY IS HE

13:26   24   ALLOWED TO TESTIFY?

13:26   25              MR. BRUNO:  I'M NOT ASKING HIM TO COMMENT ON THESE
```

| | | |
|---|---|---|
| 13:26 | 1 | DOCUMENTS.  I'M ASKING HIM TO USE THESE DOCUMENTS TO GIVE US |
| 13:27 | 2 | HISTORICAL COMMENTS SO I CAN ASK THE HYPOTHETICAL; BECAUSE IF I |
| 13:27 | 3 | ASK THE HYPOTHETICAL, MR. SMITH WILL JUMP UP AND SAY, "YOUR |
| 13:27 | 4 | HYPOTHETICAL DOESN'T MATCH THE FACTS."  SO I'M IN THIS CIRCULAR |
| 13:27 | 5 | CONUNDRUM. |
| 13:27 | 6 | THE COURT:  I'LL LET YOU PROCEED AND GO ON -- |
| 13:27 | 7 | MR. SMITH:  YOUR HONOR, MAY I BE HEARD BEFORE THE |
| 13:27 | 8 | COURT RULES? |
| 13:27 | 9 | THE COURT:  YES. |
| 13:27 | 10 | MR. SMITH:  MR. BRUNO IS MAKING A LEGAL POINT.  IF I |
| 13:27 | 11 | OBJECT TO AN IMPROPER HYPOTHETICAL, IT'S NOT FOR THE WITNESS TO |
| 13:27 | 12 | DETERMINE WHETHER THE HYPOTHETICAL MATCHES THE FACTS OR NOT. |
| 13:27 | 13 | YOUR HONOR CAN DETERMINE THAT.  MR. VRIJLING DOES NOT NEED TO |
| 13:27 | 14 | KNOW THE HISTORICAL FACTS TO ANSWER A HYPOTHETICAL. |
| 13:27 | 15 | MR. BRUNO:  THE EVIDENCE IS NOT BEING OFFERED FOR |
| 13:27 | 16 | PROFESSOR VRIJLING.  THE EVIDENCE IS BEING OFFERED FOR |
| 13:27 | 17 | YOUR HONOR.  WHEN YOU HEAR THE QUESTION, YOU WILL FIND THAT I'M |
| 13:27 | 18 | NOT ASKING HIM TO COMMENT AS TO WHETHER THIS IS TRUE OR FALSE. |
| 13:27 | 19 | IN FACT, I WOULD ASK TO PAUSE THE TRIAL AND MR. VRIJLING CAN |
| 13:27 | 20 | LEAVE THE ROOM TO ALLOW ME AN OPPORTUNITY TO PUBLISH THESE |
| 13:27 | 21 | DOCUMENTS TO YOUR HONOR SO THAT I CAN THEN ESTABLISH AN |
| 13:27 | 22 | APPROPRIATE FOUNDATION TO ASK AN INTELLIGENT HYPOTHETICAL, IF |
| 13:28 | 23 | THAT'S THE WAY MR. SMITH WOULD PREFER. |
| 13:28 | 24 | THE COURT:  OR WE COULD DO IT THIS WAY.  YOU COULD |
| 13:28 | 25 | ASK THE HYPOTHETICAL.  THE COURT'S PRETTY FAMILIAR WITH THE |

FINAL DAILY COPY

13:28  1  FACTS OF THIS CASE.  I'VE GONE OVER A LOT OF DOCUMENTS AND

13:28  2  DEPOSITIONS.  IF MR. SMITH OBJECTS THAT IT'S ASKANCE, YOU CAN

13:28  3  THEN SHOW THE DOCUMENT.  THESE DOCUMENTS ARE IN EVIDENCE, SO

13:28  4  YOU CAN POINT TO THAT IN YOUR BRIEFING.

13:28  5         **MR. BRUNO:**  YES, THAT'S RIGHT.  IT'S EASIER FOR ME TO

13:28  6  FRAME THE HYPOTHET IF I'M JUST READING FROM --

13:28  7         **THE COURT:**  I UNDERSTAND THAT.  WHY DON'T YOU, TO

13:28  8  MAKE IT MORE PRISTINE, ASK THE HYPOTHETICAL.  YOU CAN LOOK AT

13:28  9  THE DOCUMENT --

13:28  10         **MR. BRUNO:**  CAN I DO THAT?

13:28  11         **THE COURT:**  -- YOURSELF.

13:28  12         **MR. BRUNO:**  MYSELF.  OKAY.  ALL RIGHT.

13:28  13  **BY MR. BRUNO:**

13:28  14  **Q.**   PROFESSOR, THIS IS JUST TO GIVE CONTEXT TO THIS HYPOTHET.

13:28  15  WHAT I'M ULTIMATELY GOING TO DO IS ASK YOU IF AN INSTITUTION

13:28  16  MADE THIS DECISION ABOUT THESE SET OF FACTS, WHETHER OR NOT

13:28  17  THAT WOULD GIVE YOU GUIDANCE AS TO HOW TO ADDRESS SIMILAR

13:29  18  SITUATIONS.  OKAY?

13:29  19         I WANT YOU TO ASSUME THAT BACK IN 1966 -- I THINK

13:29  20  THAT'S FAIR -- A CHANNEL WAS BUILT NEXT TO A LEVEE.  I WANT YOU

13:29  21  TO FURTHER ASSUME THAT THE BUILDER OF BOTH THE CHANNEL AND THE

13:29  22  LEVEE RECOGNIZED THAT THE CHANNEL WAS WIDENING AND COULD DAMAGE

13:29  23  THE LEVEE.  THE BUILDER OF THE CHANNEL AND THE BUILDER OF THE

13:29  24  LEVEE HAD A DISCUSSION OVER WHO SHOULD PAY FOR FORESHORE

13:29  25  PROTECTION TO KEEP THE CHANNEL FROM WIDENING TO THE POINT WHERE

13:29   1   IT WOULD DAMAGE THE LEVEE.  ULTIMATELY, THE ENTITY DECIDED THAT

13:29   2   BECAUSE THE CHANNEL WAS CAUSING THE PROBLEM THAT THE CHANNEL

13:29   3   SHOULD FIX THE PROBLEM.

13:30   4           NOW, WHAT I WANT TO KNOW IS IF AN EVALUATION OF THIS

13:30   5   CHANNEL -- WHICH YOU'VE TOLD THE COURT SHOULD OCCUR, THAT IS,

13:30   6   TO DETERMINE WHETHER OR NOT IT MAY IMPACT THE ABILITY OF THIS

13:30   7   LEVEE TO DO WHAT IT'S DESIGNED TO DO -- REVEALED THAT THERE WAS

13:30   8   SOMETHING -- WITHOUT BEING SPECIFIC.  MAYBE THE WAVES ARE

13:30   9   BIGGER.  MAYBE IT DESTROYS THE GRASS TURF IN FRONT.  MAYBE IT

13:30  10   GETS REALLY WIDE.  IT DOESN'T MATTER.

13:30  11           WOULD IT BE CONSISTENT, THEN, THAT WHATEVER CHANGES

13:30  12   OR FIXES THAT NEED TO BE PUT INTO THAT CHANNEL WOULD BE

13:30  13   LIKEWISE CHARGEABLE TO THE CHANNEL AS OPPOSED TO THE LEVEE?

13:30  14           **MR. SMITH:**  YOUR HONOR, I'M GOING TO OBJECT TO THIS

13:30  15   QUESTION.  IT'S BEYOND THE SCOPE OF THIS EXPERT'S REPORT.

13:30  16           **THE COURT:**  I AGREE, MR. BRUNO.  THAT'S MY DECISION

13:30  17   TO MAKE.

13:30  18           **MR. BRUNO:**  OKAY.

13:31  19           **THE COURT:**  THE BOTTOM LINE IS IF THE CHANNEL HURT

13:31  20   MRGO -- WHETHER YOU CALL IT NAVIGATION OR NOT, IF THE CORPS

13:31  21   BUILT A CHANNEL AND THE CHANNEL DESTROYED THE LEVEE SYSTEM --

13:31  22   CERTAINLY, THAT'S HOTLY DISPUTED.  THAT'S THE SHIP COMING INTO

13:31  23   THE LEVEE OVER MANY, MANY YEARS, SLOWLY AND IMPERCEPTIBLY.

13:31  24   OTHER THAN THAT, HE CAN'T SAY HOW THIS IS ALLOCATED OR HOW THE

13:31  25   CORPS OF ENGINEERS IS SUPPOSED TO ALLOCATE IT, WHETHER IT'S

| | | |
|---|---|---|
| 13:31 | 1 | SUPPOSED TO BE THE CHANNEL OR NOT.  THAT'S NOT AN ENGINEERING |
| 13:31 | 2 | DECISION. |
| 13:31 | 3 | MR. BRUNO:  ALL RIGHT. |
| 13:31 | 4 | BY MR. BRUNO: |
| 13:31 | 5 | Q.  NOW, WITH REGARD TO THE FORESHORE PROTECTION, PROFESSOR, |
| 13:31 | 6 | WOULD YOU AGREE THAT FORESHORE PROTECTION IN THAT CIRCUMSTANCE |
| 13:31 | 7 | WOULD BE NECESSARY TO PROTECT THE LEVEE? |
| 13:31 | 8 | MR. SMITH:  I MAKE THE SAME OBJECTION, YOUR HONOR. |
| 13:31 | 9 | THIS WITNESS PRODUCED -- OR HIS TEAM PRODUCED, BECAUSE HE |
| 13:32 | 10 | DIDN'T WRITE ANY OF THESE REPORTS.  I KNOW YOUR HONOR'S READ |
| 13:32 | 11 | THESE REPORTS.  THESE REPORTS ARE TECHNICAL REPORTS THAT MODEL |
| 13:32 | 12 | FLOW, THEY MODEL WAVES, AND THEY MODEL FLOODING.  HE'S |
| 13:32 | 13 | UNQUESTIONABLY AN EXPERT IN LEVEE DESIGN, BUT HIS REPORTS DON'T |
| 13:32 | 14 | ADDRESS LEVEE DESIGN.  WE DIDN'T EXAMINE HIM ON LEVEE DESIGN. |
| 13:32 | 15 | HE OFFERED TECHNICAL REPORTS, AND THIS IS NOT THE SUBJECT -- |
| 13:32 | 16 | THE COURT:  WHERE IN HIS REPORT DOES HE TALK ABOUT |
| 13:32 | 17 | FORESHORE PROTECTION? |
| 13:32 | 18 | MR. BRUNO:  JUDGE, HE TALKS -- ON PAGE 6 OF THE SWAN |
| 13:32 | 19 | REPORT, WHERE HE TALKS ABOUT WAVES, HE TALKS IN DETAIL ABOUT |
| 13:32 | 20 | ALL THE DEFALCATIONS OF THE DEFENDANT.  THEY DON'T HAVE ANY |
| 13:32 | 21 | WAVE DATA.  THEY DON'T HAVE ANY -- |
| 13:32 | 22 | THE COURT:  HOLD ON.  HOLD ON.  RIGHT NOW, YOU'RE |
| 13:32 | 23 | ASKING ABOUT FORESHORE PROTECTION? |
| 13:32 | 24 | MR. BRUNO:  WHICH PROTECTS AGAINST WAVES. |
| 13:32 | 25 | THE COURT:  IT DOES LOTS OF THINGS.  YOU'RE ASKING |

FINAL DAILY COPY

```
13:32    1   HIM -- HOLD ON.  LET'S LOOK AT THE REPORT.

13:33    2           MR. BRUNO:  IT'S EXHIBIT 103.

13:33    3           THE COURT:  THE ONLY ONE I HAVE IS THE REPORT, SO YOU

13:33    4   CAN TELL ME WHERE IT IS ON THE REPORT.

13:33    5           MR. BRUNO:  THE DATE IS JULY 9, 2008, AND IT'S

13:33    6   ENTITLED "WAVE MODELING."

13:33    7           THE COURT:  HOLD ON.  HOLD ON.  I SEE JUNE 2008.

13:33    8               JULY 2008, POLDER FLOOD SIMULATION, THAT'S NOT

13:33    9   IT; RIGHT?

13:33   10               WAVE MODELING.  I'M LOOKING AT WAVE MODELING,

13:33   11   FINAL REPORT.

13:33   12           MR. BRUNO:  YOU'VE GOT IT.

13:33   13           THE COURT:  WHAT PAGE?

13:33   14           MR. BRUNO:  PAGE 6 WITH THE GENERAL INTRODUCTION,

13:33   15   AMONG OTHER PLACES.  THEY TALK ABOUT WAVES AND HOW THEY DON'T

13:33   16   HAVE ANY WAVE DATA AND THE INFLUENCES OF WAVES AND THE --

13:33   17           THE COURT:  LET ME READ IT.  HOLD ON.

13:34   18               I UNDERSTAND THAT MODELING WAS DONE -- THIS

13:34   19   TALKS ABOUT MODELING DONE ON EROSION OF THE LEVEES BY THE MRGO,

13:34   20   AND IT TALKS ABOUT MODEL RUNS FOR TWO DIFFERENT SCENARIOS, EACH

13:35   21   DEPICTING A VARIATION OF THE CONFIGURATION OF MRGO IN THE

13:35   22   FUNNEL AREA.  NOW YOU'RE ASKING A SPECIFIC QUESTION ABOUT

13:35   23   FORESHORE PROTECTION.

13:35   24           MR. BRUNO:  WHICH I BELIEVE, JUDGE, IS A GENERAL

13:35   25   QUESTION THAT FALLS WELL WITHIN HIS EXPERTISE.  CERTAINLY --
```

13:35    1          **THE COURT:**  I'M NOT SAYING IT DOESN'T FALL WITHIN HIS

13:35    2   EXPERTISE.  MR. SMITH IS SAYING IT'S BEYOND THE SCOPE OF THE

13:35    3   REPORT.

13:35    4          **MR. BRUNO:**  IT WOULD BE HARD FOR ME, YOUR HONOR, TO

13:35    5   HAVE AN EXPERT WITNESS PUT INTO HIS REPORT EVERY SINGLE

13:35    6   QUESTION AND EVERY SINGLE ANSWER THAT MIGHT BE CONTEMPLATED.

13:35    7          **THE COURT:**  I UNDERSTAND, BUT YOU KNOW WHY WE ARE

13:35    8   HERE.  FORESHORE PROTECTION -- HIS PRIMARY PURPOSE WAS TO

13:35    9   CONSTRUCT THESE -- ASSIST IN CONSTRUCTING THESE MODELS.

13:35   10          **MR. BRUNO:**  THAT IS TRUE.

13:35   11          **THE COURT:**  IF FORESHORE PROTECTION WAS IN ONE OF THE

13:35   12   MODELS, THAT'S PRETTY IMPORTANT.  IF YOU PUT IT IN AND SAY THIS

13:36   13   IS WHAT WOULD HAVE HAPPENED WITH FORESHORE PROTECTION, THAT

13:36   14   WOULD CERTAINLY BE WITHIN THE SCOPE, BUT I DON'T SEE THAT.

13:36   15          **MR. BRUNO:**  THAT'S FINE, JUDGE.  I'LL DO IT THAT WAY.

13:36   16   I'M ACCOMPLISHING THE SAME THING.  I'LL JUST DO IT LATER.

13:36   17   THAT'S EXACTLY WHAT THE MODELS SHOW, BUT IT'S FINE.

13:36   18          **THE COURT:**  YOU SAY THE MODELS SHOW IT WITH AND

13:36   19   WITHOUT FORESHORE PROTECTION?

13:36   20          **MR. BRUNO:**  OF COURSE, JUDGE, BECAUSE 2C IS THE RUN

13:36   21   WITH THE MARSH AND THE TREES AND NO EROSION OF THE CHANNEL.

13:36   22          **THE COURT:**  WHY DON'T YOU JUST ASK HIM ABOUT THE

13:36   23   MODELS, THEN, IF THAT'S --

13:36   24          **MR. BRUNO:**  I WILL.  I'LL JUST PUT THAT BACK.  I WANT

13:36   25   TO KEEP THIS IN AN ORDER SO THAT YOU CAN FOLLOW.


                              FINAL DAILY COPY

| | | |
|---|---|---|
| 13:36 | 1 | **BY MR. BRUNO:** |
| 13:36 | 2 | **Q.**   LET'S TALK ABOUT THE EVALUATIONS THAT WERE DONE.  IT'S |
| 13:36 | 3 | BEEN ESTABLISHED BY TESTIMONY BEFORE JUDGE DUVAL THAT THERE WAS |
| 13:36 | 4 | AN EVALUATION DONE BY MR. BRETSCHNEIDER AND COLLINS IN ORDER TO |
| 13:36 | 5 | ASCERTAIN WHETHER OR NOT THIS CHANNEL WOULD HAVE ANY NEGATIVE |
| 13:36 | 6 | IMPACT ON THE LEVEES.  DID YOU KNOW BRETSCHNEIDER? |
| 13:37 | 7 | **A.**   YES.  I MET HIM ONCE. |
| 13:37 | 8 | **MR. SMITH:**  YOUR HONOR, THE SAME OBJECTION HERE.  THE |
| 13:37 | 9 | LIST OF REFERENCES THAT THEY WERE RELIED ON IN PRODUCING THESE |
| 13:37 | 10 | MODELS IS APPENDED TO THEIR REPORTS.  THE BRETSCHNEIDER AND |
| 13:37 | 11 | COLLINS STUDY IS NOT LISTED. |
| 13:37 | 12 | **THE COURT:**  IS THERE ANY OPINION HE RENDERS IN THIS |
| 13:37 | 13 | REPORT THAT RELATES TO YOUR QUESTION? |
| 13:37 | 14 | **MR. BRUNO:**  YES, JUDGE.  YES.  I THINK YOU KNOW THAT |
| 13:37 | 15 | IF YOU START AT THE FIRST PAGE, THE NO LEVEE -- I MEAN, NO |
| 13:37 | 16 | MRGO, MRGO IS ON THE SECOND PAGE.  IT ESTABLISHES THAT THEY |
| 13:37 | 17 | USED THE SAME TECHNIQUE WHICH MR. ROBIN SMITH CRITICIZES TODAY. |
| 13:37 | 18 | **THE COURT:**  I'M GOING TO ALLOW THE QUESTION.  GO |
| 13:37 | 19 | AHEAD. |
| 13:37 | 20 | **BY MR. BRUNO:** |
| 13:37 | 21 | **Q.**   PROFESSOR, I DON'T WANT TO SPEND A LOT OF TIME ON THIS. |
| 13:37 | 22 | YOU KNEW MR. BRETSCHNEIDER? |
| 13:37 | 23 | **A.**   YEAH.  I MET HIM ONCE. |
| 13:37 | 24 | **Q.**   WHAT WAS HIS REPUTATION WITH REGARD TO HIS KNOWLEDGE OF |
| 13:37 | 25 | THE WAVES? |

13:37  1  **A.**   HE IS ONE OF THE MOST FAMOUS WAVE EXPERTS OF THE WORLD.

13:37  2  HE WAS THE FIRST ONE WHO STARTED TO MAKE PREDICTION MODELS FOR

13:37  3  WAVES IN THE SECOND WORLD WAR TIME.

13:37  4  **Q.**   DO YOU THINK IF HE HAD BEEN ASKED THE QUESTION THAT -- DO

13:38  5  YOU THINK, HAD HE BEEN ASKED THE QUESTION, "MR. BRETSCHNEIDER,

13:38  6  WILL YOU PLEASE EVALUATE FOR US THE IMPACT OF THE MRGO ON THE

13:38  7  WAVES IN FRONT OF THIS LEVEE," THAT HE COULD HAVE DONE THAT?

13:38  8          **MR. SMITH:**  OBJECTION:  CALLS FOR SPECULATION.

13:38  9          **MR. BRUNO:**  IT'S BASED UPON HIS --

13:38  10         **THE COURT:**  IT DOES CALL FOR SPECULATION, AS I SAID,

13:38  11  AS DO EVERY MODEL THAT'S IN THIS CASE.  IT'S WITHIN THE BOUNDS

13:38  12  OF MY TOLERABLE SPECULATION.  OVERRULED.

13:38  13         **THE WITNESS:**  YES, HE COULD HAVE CERTAINLY DONE IT.

13:38  14  BY MR. BRUNO:

13:38  15  **Q.**   YOU'VE READ THE BRETSCHNEIDER AND COLLINS REPORT?

13:38  16  **A.**   YES.  HE DOES A SIMILAR STUDY AS WE HAVE DONE.

13:38  17  **Q.**   HOW IS IT SIMILAR?

13:38  18         **MR. SMITH:**  OBJECTION.  YOUR HONOR, IF YOU'RE GOING

13:38  19  TO ALLOW HIM TO TESTIFY ABOUT THE BRETSCHNEIDER AND COLLINS

13:38  20  STUDY --

13:38  21         **THE COURT:**  I AM.

13:38  22         **MR. SMITH:**  -- MAY I HAVE A CONTINUING OBJECTION?

13:38  23         **THE COURT:**  IT'S CONTINUING.

13:38  24         **MR. SMITH:**  THANK YOU.

13:38  25         **THE COURT:**  HE HAS OPINED ON THIS SUBJECT.  THAT

13:38   1   DOESN'T MEAN THAT HE'S RESTRICTED -- HE'S OPINED ON THE

13:38   2   SUBJECT.  IF I'M GOING TO BE THAT STRICT, THE OTHER SIDE WILL

13:39   3   BE OBJECTING FOREVER.  HE'S OPINED ON THE SUBJECT OF WAVES.

13:39   4   THERE'S EVIDENCE THAT HAS BEEN INTRODUCED AND WILL BE

13:39   5   INTRODUCED, I'M SURE, THAT WAVES WERE NOT CONSIDERED IN THE

13:39   6   BRETSCHNEIDER AND COLLINS REPORT.  IT IS WITHIN HIS AREA OF

13:39   7   EXPERTISE.  IT'S WITHIN THE BASIC SCOPE OF HIS REPORT.  THE

13:39   8   OBJECTION IS OVERRULED AND MADE GENERAL.

13:39   9            **MR. SMITH:**  THANK YOU, YOUR HONOR.

13:39   10  **BY MR. BRUNO:**

13:39   11  **Q.**   I DON'T WANT TO SPEND TOO MUCH TIME ON THIS, PROFESSOR.

13:39   12  IN TERMS OF TECHNIQUE, MR. BRETSCHNEIDER AND COLLINS COMPARED A

13:39   13  NO-MRGO SCENARIO WITH THE PROPOSED SCENARIO; RIGHT?

13:39   14  **A.**   YES.

13:39   15  **Q.**   WAS THAT AN APPROPRIATE METHODOLOGY TO USE?

13:39   16  **A.**   YES.

13:39   17  **Q.**   DID YOU AND YOUR TEAM USE THE SAME METHODOLOGY WHEN YOU

13:39   18  WERE EVALUATING TODAY THE IMPACT OF THE MRGO ON FLOODING IN THE

13:39   19  COMMUNITY?

13:39   20  **A.**   YES.  CORRECTING FOR THE DIFFERENCE IN AVAILABLE COMPUTER

13:39   21  POWER AND KNOWLEDGE FROM THOSE DAYS IN '66 TO NOW, WE DID

13:39   22  EXACTLY THE SAME.

13:39   23  **Q.**   FINE.  DID THE RESULTS OF THE STUDY DONE BY

13:40   24  MR. BRETSCHNEIDER AND COLLINS REVEAL THAT THERE WAS A FUNNEL

13:40   25  EFFECT CAUSED SOLELY BY THE ALIGNMENT OF THE TWO CHANNELS IN

13:40  1  THE WIDE CONFIGURATION APART FROM THE LEVEES THAT WERE

13:40  2  CONTEMPLATED TO BE BUILT?

13:40  3  **A.**   YES.

13:40  4  **Q.**   DID YOUR STUDY RESULTS REVEAL THAT THERE WAS A FUNNEL

13:40  5  EFFECT THAT CAME SOLELY FROM THE ALIGNMENT OF THE CHANNELS

13:40  6  WITHOUT REGARD TO THE LEVEES THAT WERE LATER PLACED THERE?

13:40  7  **A.**   THAT WAS NOT THE MAIN SCENARIO, BUT SCENARIO 2B -- THE

13:40  8  DIFFERENCE BETWEEN 2B AND 2C, IT GIVES YOU AN IMPRESSION OF THE

13:40  9  EFFECT OF THE EXISTENCE OF THE DIKE AND -- THE FUNNEL, I SHOULD

13:40  10  CALL IT.

13:40  11  **Q.**   OUR 2C OR YOUR 2C EVALUATIONS HAD ALL OF THE LEVEES IN

13:40  12  THEM?

13:40  13  **A.**   YEAH, AND 2B DIDN'T.

13:41  14  **Q.**   RIGHT.  BUT IN 2C THE LEVEES WERE THERE?

13:41  15  **A.**   YEAH.

13:41  16  **Q.**   THEREFORE, TO THE EXTENT THAT YOU SAW HIGHER WATER LEVELS,

13:41  17  IT WAS ATTRIBUTED TO THE ALIGNMENT OF THE CHANNELS AND NOT THE

13:41  18  LEVEES; RIGHT?

13:41  19  **A.**   UH-HUH.

13:41  20  **Q.**   YOU NEED TO SAY "YES."

13:41  21  **A.**   YES.

13:41  22  **Q.**   LET'S GO TO THE FINEL ITSELF.  WE TALKED ABOUT THE SOBEK

13:41  23  MODEL BEING THE MODEL THAT WAS USED TO EVALUATE WHERE THE WATER

13:41  24  WENT; RIGHT, PROFESSOR?

13:41  25  **A.**   YES.

| | | |
|---|---|---|
| 13:41 | 1 | **Q.**  WE ALSO USED THE SAME SOBEK MODEL TO EVALUATE WHERE THE |
| 13:41 | 2 | WATER WENT WITHOUT THE BREACHING OF THE LEVEES? |
| 13:41 | 3 | **A.**  YES. |
| 13:41 | 4 | **Q.**  IF YOU WERE GOING TO EVALUATE WHETHER OR NOT THIS CHANNEL |
| 13:41 | 5 | THAT SOMEONE DECIDES TO PUT IN FRONT OF THE LEVEE -- WHAT |
| 13:41 | 6 | PARAMETERS WOULD YOU EVALUATE?  WHAT WOULD YOU BE LOOKING AT? |
| 13:42 | 7 | WOULD YOU LOOK AT SURGE? |
| 13:42 | 8 | **A.**  YEAH.  IN GENERAL, YOU MEAN? |
| 13:42 | 9 | **Q.**  YES. |
| 13:42 | 10 | **A.**  YOU WOULD HAVE TO LOOK AT THE SURGE AND TO THE GRID.  IF |
| 13:42 | 11 | THERE IS MORE WAVE ACTION DUE TO THE EXISTENCE OF THE NEW |
| 13:42 | 12 | CONFIGURATION AND THE SURGE, AS THE CONVEYANCE, THERE'S MORE |
| 13:42 | 13 | WATER FLOWING AVAILABLE FOR FLOODING THE POLDERS. |
| 13:42 | 14 | **Q.**  NOW, WHEN YOU AND YOUR TEAM EVALUATED SURGE, YOU USED A |
| 13:42 | 15 | PARTICULAR MODEL? |
| 13:42 | 16 | **A.**  FINEL MODEL. |
| 13:42 | 17 | **Q.**  WHEN YOU AND YOUR TEAM EVALUATED WAVES, YOU USED A |
| 13:42 | 18 | DIFFERENT MODEL? |
| 13:42 | 19 | **A.**  SWAN MODEL. |
| 13:42 | 20 | **Q.**  WHAT I'D LIKE TO DO IS TALK ABOUT SURGE FIRST, AND THEN |
| 13:42 | 21 | I'LL TALK ABOUT WAVES SECOND.  OKAY? |
| 13:42 | 22 | **MR. BRUNO:**  MAY I HAVE SLIDE 19.  FIRST, BEFORE WE |
| 13:43 | 23 | GET -- |
| 13:43 | 24 | **THE COURT:**  104, PAGE 5; CORRECT? |
| 13:43 | 25 | **MR. BRUNO:**  RIGHT.  THAT'S HOW WE DO THIS.  SO THE |

13:43    1    FINEL MODEL, JUDGE, PX-104, IS THAT REPORT WHICH IS ENTITLED,

13:43    2    FOR YOUR REFERENCE -- JUST TO MAKE SURE THAT YOU CAN MATCH THE

13:43    3    FRONT PAGE, IT'S CALLED "FLOW MODELING NEW ORLEANS-MISSISSIPPI

13:43    4    RIVER GULF OUTLET, FINAL REPORT, SCENARIO 1, 2A, 2B, 2C, 2-D,

13:43    5    3."  YOU DID READ IT AND IT WAS IN YOUR BENCHBOOK.  THE DATE IS

13:43    6    23 JUNE 2008.

13:43    7    **BY MR. BRUNO:**

13:43    8    **Q.**   FIRST, PROFESSOR, EXPLAIN TO JUDGE DUVAL:  WHAT DOES THE

13:43    9    FINEL MODEL DO?  IF YOU WOULD, TRY TO DISTINGUISH IT FROM THE

13:44   10    SOBEK THAT WE'VE ALREADY TALKED ABOUT AND THE SWAN THAT WE'RE

13:44   11    ABOUT TO TALK ABOUT.

13:44   12    **A.**   THE FINEL MODEL CALCULATES THE MOVEMENT OF WATER IN A 2D

13:44   13    SYSTEM, SO IN A HORIZONTAL PLANE.  IT NEEDS TO CALCULATE THESE

13:44   14    MOVEMENTS, THE BATHYMETRY, IF YOU HAVE FLOODING, ALSO THE

13:44   15    TOPOGRAPHY ABOVE SEA LEVEL.  IT NEEDS THE WIND FIELD IF THERE

13:44   16    IS STORM SURGE EXPECTED, STORMS EXPECTED, AND NEEDS BOUNDARY

13:44   17    CONDITIONS FAR OFF.  IT'S A DISTANCE THAT IS SUFFICIENTLY FAR

13:44   18    AWAY THAT IT DOESN'T INFLUENCE THE CALCULATION RESULTS IN THE

13:44   19    AREA WHERE YOU'RE INTERESTED.

13:44   20    **Q.**   NOW, IN THE SOBEK MODEL, YOU TOLD THE JUDGE THAT THE FIRST

13:44   21    THING WE DID WAS EVALUATE THE KATRINA CONDITION.  IN THE FINEL

13:44   22    MODEL, DID YOU EVALUATE THE KATRINA CONDITION?

13:44   23    **A.**   YES.  WE HAD THE SAME START, SO WE PUT IN ALL THE DATA AS

13:45   24    WE GOT IT FROM THE VARIOUS EXPERTS FROM YOUR SIDE, AND THEN WE

13:45   25    RAN THE MODEL TO SEE IF WE COULD REPRODUCE THE HYDROGRAPH OF

13:45   1   KATRINA AS IT WAS OBSERVED HERE.

13:45   2   Q.   VERY BRIEFLY, IT REQUIRES, AS AN INPUT, TOPOGRAPHY; RIGHT?

13:45   3   A.   YEAH.

13:45   4   Q.   YOU GOT THAT FROM CHAD MORRIS.  IT REQUIRES AN INPUT ABOUT

13:45   5   THE HABITAT; THAT IS, THE TREES, OR LACK THEREOF, BEFORE

13:45   6   KATRINA.  RIGHT?

13:45   7   A.   YES.

13:45   8   Q.   IT REQUIRES INFORMATION ABOUT THE BATHYMETRY.  TELL US

13:45   9   WHAT BATHYMETRY IS.

13:45   10  A.   YES.

13:45   11  Q.   TELL US WHAT BATHYMETRY IS.

13:45   12  A.   IT'S THE CONTOURS, HOW DEEP THE WATER IS IN VARIOUS

13:45   13  PLACES.

13:45   14  Q.   YOU NEED WIND DATA?

13:45   15  A.   YES.

13:45   16  Q.   YOU GOT ALL THAT FROM THE EXPERTS, SOME OF WHOM --

13:45   17  A.   DR. MORRIS AND SO ON, YEAH.

13:45   18  Q.   CHAD MORRIS, DUNCAN FITZGERALD, PAUL KEMP, THEY GAVE YOU

13:45   19  THIS INFORMATION?

13:45   20  A.   THE PEOPLE WHO WERE SITTING HERE.

13:46   21  Q.   RIGHT.  JUST BRIEFLY, SO THAT THE JUDGE WILL SEE WHAT

13:46   22  WE'RE DOING HERE, THIS CHART SIMPLY SUMMARIZES THE SURGE THAT

13:46   23  OCCURRED DURING KATRINA; RIGHT?

13:46   24  A.   YES.  THAT'S THE FIRST SCENARIO.

13:46   25  Q.   LET'S DEFINE FOR THE COURT *SURGE*.  WHAT ARE WE MEASURING

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:46 | 1 | WHEN WE'RE MEASURING SURGE? |
| 13:46 | 2 | **A.**   IT'S THE ELEVATION OF THE WATER LEVEL AT A CERTAIN POINT |
| 13:46 | 3 | DUE TO A STORM THAT IS APPROACHING AND PASSING BY. |
| 13:46 | 4 | **Q.**   IN YOUR OPINION DOES THIS CHART, WHICH APPEARS IN YOUR |
| 13:46 | 5 | REPORT AT PAGE 5 OF EXHIBIT PX-104, ACCURATELY DESCRIBE THE |
| 13:46 | 6 | MOVEMENT OF THE SURGE THROUGH -- I'M SORRY.  IT'S THE WRONG |
| 13:46 | 7 | CHART.  WITHDRAW.  I'M CONFUSED. |
| 13:47 | 8 | WHEN WE DID THE FINEL, WE ALSO HAD TO ESTABLISH A |
| 13:47 | 9 | VARIETY OF SCENARIOS.  THIS IS THE SCENARIO CHART. |
| 13:47 | 10 | **A.**   YES. |
| 13:47 | 11 | **MR. BRUNO:**  I APOLOGIZE, JUDGE.  I GOT A LITTLE |
| 13:47 | 12 | THROWN. |
| 13:47 | 13 | **THE COURT:**  THAT'S QUITE ALL RIGHT. |
| 13:47 | 14 | **BY MR. BRUNO:** |
| 13:47 | 15 | **Q.**   THIS CHART SUMMARIZES THE VARIOUS SCENARIOS THAT WERE |
| 13:47 | 16 | CONSIDERED; RIGHT? |
| 13:47 | 17 | **A.**   YES, THAT'S RIGHT. |
| 13:47 | 18 | **Q.**   WE'LL RECALL JUST FOR A MOMENT BRETSCHNEIDER AND COLLINS. |
| 13:47 | 19 | THEY HAD A COUPLE SCENARIOS, AND YOU'VE GOT A COUPLE OF |
| 13:47 | 20 | SCENARIOS? |
| 13:47 | 21 | **A.**   YES. |
| 13:47 | 22 | **Q.**   PLEASE EXPLAIN TO THE JUDGE EACH OF THE SCENARIOS THAT YOU |
| 13:47 | 23 | AND YOUR COLLEAGUES MODELED, STARTING WITH THE FIRST LINE. |
| 13:47 | 24 | **A.**   SO THE FIRST LINE IS THE EXISTING CONDITIONS WITH THE MRGO |
| 13:47 | 25 | AS IT IS NOW, AND THEN THE KATRINA STORM PASSING OVER IT, AND |

13:47    1    ALSO THE VEGETATION IS AS EXISTING AND THE LEVEES ARE AS

13:47    2    EXISTING.

13:47    3            THEN WE HAVE CASE 2C, WHICH IS MODELING THE PRISTINE

13:48    4    CONDITIONS, LET'S SAY, MRGO NEUTRAL, SO THAT MRGO IS NOT

13:48    5    EXISTENT, AND THE REST IS NOT CHANGED.

13:48    6    Q.   LET ME PAUSE IT JUST FOR A SECOND SO THAT WE CAN MAKE SURE

13:48    7    WE'RE CLEAR ABOUT THIS.

13:48    8            THE GIWW CHANNEL, YOU HAD TO REDUCE ITS WIDTH AT THE

13:48    9    REACH 1; CORRECT?

13:48    10   A.   YEAH.

13:48    11   Q.   THE REACH 2, THE LEVEES WERE AS THEY WERE BEFORE KATRINA?

13:48    12   A.   YEAH.

13:48    13   Q.   AT THEIR PRE-KATRINA HEIGHTS?

13:48    14   A.   YES.

13:48    15   Q.   RIGHT?

13:48    16   A.   YES.

13:48    17   Q.   SO EVEN THOUGH THERE'S NO CHANNEL, THE LEVEES ARE IN YOUR

13:48    18   MODEL?

13:48    19   A.   YEAH.

13:48    20   Q.   THEN THE 40 ARPENT LEVEE IS THE WAY IT WAS AT THE TIME OF

13:48    21   KATRINA?

13:48    22   A.   KATRINA.

13:48    23   Q.   ITS PRE-KATRINA HEIGHT.  THE VEGETATION, WHAT DO YOU MEAN

13:48    24   BY "VEGETATION"?

13:48    25   A.   VEGETATION IS THE PLANTS AND THE TREES IN THE MARSH AREA

FINAL DAILY COPY

13:48    1   AROUND LAKE BORGNE AND IN THE MARSH AREA BEHIND THE MRGO LEVEE,

13:49    2   AS WAS DISCUSSED BY PROFESSOR DAY, WHO WAS SITTING HERE BEFORE

13:49    3   ME.

13:49    4   **Q.**   SO, OBVIOUSLY, WE HAD TO GET SOME INFORMATION ABOUT WHAT

13:49    5   THAT VEGETATION LOOKED LIKE IN 1958; CORRECT?

13:49    6   **A.**   YES.

13:49    7   **Q.**   THAT CAME FROM DR. DAY AND PAUL KEMP; RIGHT?

13:49    8   **A.**   YEAH.

13:49    9   **Q.**   YOU DON'T LIVE HERE?

13:49   10   **A.**   NO.

13:49   11   **Q.**   THEY HAD MORE ACCESS TO THE INFORMATION?

13:49   12   **A.**   YEAH.

13:49   13          **THE COURT:**  SO FOR 2C, TO SUM UP, THE ONLY FEATURE

13:49   14   THAT IS POST-1958, WE'LL SAY, ARE THE LEVEES?

13:49   15          **THE WITNESS:**  YEAH.

13:49   16          **MR. BRUNO:**  THAT'S CORRECT.

13:49   17          **THE COURT:**  THOSE LEVEES WOULD BE THE 40 ARPENT LEVEE

13:49   18   AND THE LEVEES --

13:49   19          **MR. BRUNO:**  REACH 2.

13:49   20          **THE COURT:**  -- ON REACH 2.

13:49   21          **THE WITNESS:**  YEAH.

13:50   22          **MR. BRUNO:**  I DON'T MIND CALLING THEM LEVEES.

13:50   23          **THE COURT:**  OR ESBS.  WE'LL CALL THEM LEVEES.

13:50   24   **BY MR. BRUNO:**

13:50   25   **Q.**   QUICKLY, SCENARIO 3, LET'S HIGHLIGHT THAT, PLEASE.

13:50  1  **A.**   YES.  SCENARIO 3 IS SIMILAR LIKE 1 EXCEPT THAT THE SIZE OF

13:50  2  THE MRGO CHANNEL IS AS AUTHORIZED, AS IT WAS ORIGINALLY

13:50  3  PLANNED, AND NOT AS IT IS IN EXISTENCE NOW AFTER THE EROSION

13:50  4  AND THE WAVE ACTION, SO IT WAS NARROWER.

13:50  5  **Q.**   2A?

13:50  6  **A.**   2A IS ALSO WITHIN -- THE 40 ARPENT LEVEE IS ON A REAL DIKE

13:50  7  LEVEL; THAT IS, THE PROTECTION IS SHIFTED TO THE 40 ARPENT

13:50  8  LEVEL.

13:50  9  **Q.**   TO BE CLEAR, WE MOVED THE MRGO LEVEE TO THE LOCATION OF

13:50  10  THE 40 ARPENT LEVEE; RIGHT?

13:50  11  **A.**   YES.

13:50  12  **Q.**   WE MOVED IT?

13:50  13  **A.**   YEAH, YEAH, YEAH.

13:50  14  **Q.**   SO THE JUDGE CAN UNDERSTAND, AT THE PLACE WHERE THAT LEVEE

13:51  15  WAS IN SCENARIO 2A, IT'S JUST FLAT LAND?

13:51  16  **A.**   YES.

13:51  17          **MR. BRUNO:**  JUDGE, ARE YOU WITH ME SO FAR?

13:51  18          **THE COURT:**  I COMPLETELY UNDERSTAND.

13:51  19  **BY MR. BRUNO:**

13:51  20  **Q.**   2B?

13:51  21  **A.**   2B IS VERY INTERESTING BECAUSE THAT IS THE SAME IDEA BUT

13:51  22  THEN THE 40 ARPENT LEVEL, NOT ON THIS HIGH CREST LEVEL, SO IT'S

13:51  23  THE ORIGINAL 40 ARPENT LEVEL -- THE 40 ARPENT LEVEE IS WHERE

13:51  24  THE ORIGINAL CREST HEIGHT --

13:51  25          **THE COURT:**  I UNDERSTAND.  40 ARPENT AS BUILT

13:51  1  ORIGINALLY, NOT LATER OR NOT THE LPV?

13:51  2          **MR. BRUNO:**  EXACTLY.

13:51  3          **THE COURT:**  I UNDERSTAND.

13:51  4  BY MR. BRUNO:

13:51  5  **Q.**   2D, WE HAVE THE SPOIL PILES NEXT TO THE MRGO.

13:51  6  **A.**   MRGO.

13:51  7  **Q.**   NOW, PROFESSOR, WHY ALL THESE SCENARIOS?  WHY NOT JUST ONE

13:52  8  OR TWO?

13:52  9  **A.**   I WAS LOOKING INTO THE INFLUENCE OF THE EXISTENCE OF MRGO,

13:52  10  THE SIZE OF THE MRGO, AND THE INFLUENCE OF THE LEVEES ON THE

13:52  11  MOVEMENT OF THE WATER INTO THE, AS YOU RECALL, THE FUNNEL INTO

13:52  12  THE ORLEANS AREA.

13:52  13  **Q.**   NOW, PROFESSOR, THE FACT THAT YOU'VE DONE ALL THESE

13:52  14  DIFFERENT SCENARIOS, DID THAT DIMINISH THE FACT THAT YOU WERE

13:52  15  PRIMARILY INTERESTED IN LOOKING AT A COMPARISON BETWEEN 1 AND

13:52  16  2C?

13:52  17  **A.**   NO.

13:52  18  **Q.**   WAS 2C STILL THE MAIN --

13:52  19  **A.**   YEAH.  THE MAIN WAS THE ONE IN 2C.  THAT WAS THE MAIN

13:52  20  COMPARISON, AND THE OTHERS WE ALSO STUDIED.

13:52  21  **Q.**   THAT WAS FOR ADDITIONAL INFORMATION NUANCE?

13:52  22  **A.**   YEAH, YEAH.

13:52  23  **Q.**   THE NEXT SLIDE, PLEASE.  WHAT DOES THIS DEMONSTRATE TO THE

13:52  24  JUDGE, IF YOU CAN SEE IT?  IT'S A LITTLE BLURRY.  THE RED LINE,

13:52  25  WHAT DOES THE RED LINE MEAN?

FINAL DAILY COPY

13:53    1   **A.**   THE RED LINE IS THE -- YEAH, AT LEAST IN THIS AREA, THE

13:53    2   END OF THE MODEL.

13:53    3   **Q.**   OKAY.

13:53    4   **A.**   THEN IT'S ALSO -- THAT'S ALSO WHERE THE MODEL ENDS, OF

13:53    5   COURSE, ALONG THE INNER HARBOR NAVIGATIONAL CHANNEL, THE SAME,

13:53    6   SO IT'S MORE OR LESS THE BOUNDARY -- THE DRAWN LINE IS THE

13:53    7   BOUNDARY OF OUR FINEL MODEL.

13:53    8   **Q.**   SO THAT THE COMPUTER IS DOING ITS CALCULATIONS IN THE AREA

13:53    9   WITHIN THE SOLID RED LINE, DEPENDING UPON WHICH SCENARIO WE'RE

13:53   10   LOOKING AT; CORRECT?

13:53   11   **A.**   YEAH, YEAH.

13:53   12   **Q.**   THE CAPTION INDICATES THAT THE DOTTED LINE IS THE BOUNDARY

13:53   13   FOR SOME OF THE VARIOUS RUNS?

13:53   14   **A.**   YEAH.

13:53   15   **Q.**   IF THAT'S THE BOUNDARY FOR THE MODEL, HOW DID YOU

13:53   16   DETERMINE WHAT THE WIND WAS DOING OUT IN THIS AREA, OUTSIDE,

13:53   17   THE WAVES OF THIS AREA?

13:53   18   **A.**   WE GOT THE BOUNDARY CONDITIONS FOR OUR MODEL ALSO FROM

13:54   19   YOUR SIDE, FROM THE EXCERPT CALCULATIONS THAT DECIDED THE OUTER

13:54   20   REACH OF THE MODEL ON THIS POLDER OUTSIDE.

13:54   21   **Q.**   THAT CAME FROM PAUL KEMP?

13:54   22   **A.**   YEAH, PAUL KEMP, BUT ORIGINALLY FROM DR. WESTERINK.

13:54   23   **Q.**   DID YOU-ALL DO SOME VERIFICATIONS TO MAKE SURE THAT THIS

13:54   24   DATA, AS YOU INDICATED BEFORE, WORKED WITHIN THE MODEL?

13:54   25   **A.**   YEAH.   THESE MODELS I SHOW ACCURATE THAT IF YOU GET WRONG

FINAL DAILY COPY

13:54   1   DATA AS INPUT, THEN YOU GET WRONG OUTPUT.  AS WE HAVE DISCUSSED

13:54   2   ALREADY EARLIER, WE COMPARED OUTPUT WITH THE HYDROGRAPHS THAT

13:54   3   WERE OBSERVED HERE DURING KATRINA, AND WE STUDIED ALREADY THE

13:54   4   VIDEO OF THE OVERTOPPING OF THE ARPENT LEVEE.  THAT IS CORRECT.

13:54   5            MR. BRUNO:  NEXT SLIDE, PLEASE.

13:55   6                 THIS IS EXHIBIT PX-104, A REPORT, YOUR HONOR,

13:55   7   BUT IT'S NOW PAGE 9 AND PAGE 39.

13:55   8   BY MR. BRUNO:

13:55   9   Q.   WHAT ARE WE COMPARING HERE, PROFESSOR?

13:55   10   A.   HERE, WE HAVE ON THE LEFT HAND THE MAPS FOR SCENARIO 1 AND

13:55   11   ON THE RIGHT-HAND SIDE THE SCENARIO 2 MAPS.

13:55   12   Q.   2C?

13:55   13   A.   2C.  YOU SEE HERE ON THE LEFT SIDE THIS ONE.

13:55   14   Q.   THAT'S THE MRGO?

13:55   15   A.   YEAH.  THE MRGO IS ON THE SCENARIO 1, EXISTING HERE IN THE

13:55   16   BLUE LINE.  ALSO, HERE YOU'LL SEE THE WIDENING OF THE INNER

13:55   17   HARBOR NAVIGATION CANAL, WHERE IT'S GOING AROUND A CORNER,

13:55   18   WHERE IT'S NOW A WIDE AREA.  IF YOU SHOW THE OTHER MAP --

13:55   19   Q.   THAT'S PAGE 39.  WE'RE COMPARING THE BATHYMETRY, THE

13:56   20   HABITAT, AND THE TOPOGRAPHY BETWEEN SCENARIO 1 AND SCENARIO 2C.

13:56   21   PAGE 39 IS THE 2C BATHYMETRY, HABITAT, AND TOPOGRAPHY; CORRECT?

13:56   22   A.   YEAH, THAT'S CORRECT.

13:56   23   Q.   WHAT HAPPENED TO THE MRGO?

13:56   24   A.   YEAH, IT'S GONE HERE, AND WE HAVE ONLY THE INTRACOASTAL

13:56   25   WATERWAY EXISTING.  THE MRGO IS NOT IMPLEMENTED HERE.  SO IT'S

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:56 | 1 | JUST MARSHLAND, NOW, TO STUDY THE INFLUENCE OF THE EXISTENCE OF |
| 13:56 | 2 | THE MRGO.  I FOUND IT INTERESTING BECAUSE EXACTLY THIS CORNER, |
| 13:56 | 3 | WE SAW ON AN AERIAL PHOTOGRAPH FROM DR. DAY THAT THERE WAS A |
| 13:56 | 4 | SMALL CHANNEL.  THERE'S STILL MARSH VEGETATION INSIDE THIS |
| 13:56 | 5 | HARBOR/PORT AREA. |
| 13:56 | 6 | **Q.**   LET'S GO TO THE NEXT SLIDE, PLEASE.  THIS IS SLIDE 22. |
| 13:57 | 7 | **MR. BRUNO:**  HERE, JUDGE, SAME REPORT, AND WE'RE AT |
| 13:57 | 8 | PAGE 11. |
| 13:57 | 9 | **BY MR. BRUNO:** |
| 13:57 | 10 | **Q.**   PAGE 11 IS THE HABITAT FOR THE MRGO -- I'M SORRY. |
| 13:57 | 11 | SCENARIO 1; RIGHT? |
| 13:57 | 12 | **A.**   YEAH.  YEAH.  EVEN FURTHER, THE HABITAT, THAT TRANSLATED |
| 13:57 | 13 | THE ROUGHNESS FOR THE BOTTOM IN THE WATER FLOW CALCULATIONS. |
| 13:57 | 14 | **Q.**   LET'S JUST TAKE A MOMENT HERE TO EXPLAIN TO THE JUDGE, |
| 13:57 | 15 | OBVIOUSLY, THE COMPUTER CAN'T SEE TREES; RIGHT? |
| 13:57 | 16 | **A.**   YEAH. |
| 13:57 | 17 | **Q.**   IT CAN'T SEE THE MARSH AND THE VEGETATION, SO HOW DOES A |
| 13:57 | 18 | COMPUTER SEE TREES? |
| 13:57 | 19 | **A.**   IT DOESN'T SEE TREES.  THERE'S A COEFFICIENT THAT |
| 13:57 | 20 | DESCRIBES THE FRICTION ON THE BOTTOM AND YOU TRANSLATE BY |
| 13:57 | 21 | METHODS THAT ARE COMMONLY ACCEPTED BY ENGINEERS.  YOU TRANSLATE |
| 13:57 | 22 | PICTURES OF VEGETATION, OF TREES INTO NUMBERS OF FRICTION. |
| 13:57 | 23 | THAT'S DONE HERE, SO YOU SEE THAT. |
| 13:57 | 24 | **Q.**   THAT'S CALLED THE MANNING'S -- |
| 13:57 | 25 | **A.**   THE MANNING'S COEFFICIENT IS THE NAME OF THIS FRICTION |

13:58    1    COEFFICIENT, YEAH.

13:58    2    **Q.**    VERY BRIEFLY, LET'S LOOK AT THE OTHER COMPARISON, THE 2C

13:58    3    COMPARISON.

13:58    4    **A.**    THERE YOU SEE MORE DIFFERENCE BECAUSE HERE, IN 2C, IT'S

13:58    5    ASSUMED THAT THERE ARE STILL WOODS AVAILABLE:  DENSE, THE

13:58    6    DARKER BROWN; AND LESS DENSE, THE ROSE ONES.

13:58    7    **Q.**    YOU WERE IN THE COURTROOM YESTERDAY WHEN DR. DAY SHOWED US

13:58    8    THE T-SHEETS AND YOU COULD SEE THE LINES THAT DEMARCATED THE

13:58    9    VARIOUS TYPES OF VEGETATION.  THE BROWN WAS WHERE THE FORESTS

13:58   10    WERE, AND I GUESS THAT'S TAN OR LIGHTER BROWN IS WHERE THERE

13:58   11    ARE THE SCATTERED TREES AND THE MARSH?

13:58   12    **A.**    YEAH.  YEAH.  SO WE'VE GOT THESE PICTURES AND THESE MAPS

13:58   13    VIA DR. KEMP, FROM HIM, AND THEY DEPICT EXACTLY WHAT HE WAS

13:58   14    EXPLAINING YESTERDAY.

13:58   15    **Q.**    THE COLOR BAR, WHAT DOES THAT INDICATE?

13:58   16    **A.**    THAT GIVES THE AMOUNT OF ROUGHNESS.  SO YOU SEE THAT THE

13:58   17    DARKER THE COLOR, THE HIGHER THE ROUGHNESS.  SO THE DENSER

13:59   18    FOREST HAS THE HIGHEST FRICTION, THE HIGHEST ROUGHNESS, THE

13:59   19    HIGHEST MANNING COEFFICIENT.

13:59   20    **Q.**    NEXT SLIDE, PLEASE.

13:59   21    **A.**    THE DEEP WATER IN LAKE BORGNE IS DARK BLUE BECAUSE IT HAS

13:59   22    A LOW FRICTION COEFFICIENT.

13:59   23            **MR. BRUNO:**  JUDGE, IF YOU'LL FORGIVE ME, THIS IS WHAT

13:59   24    I THOUGHT I WAS TALKING ABOUT BEFORE.

13:59   25            **THE COURT:**  SURE.

FINAL DAILY COPY

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
|       | 1  | **BY MR. BRUNO:**                                                         |
| 13:59 | 2  | **Q.**   THIS GIVES US A PICTURE OF WHAT WE BELIEVE HAPPENED ON THE       |
| 13:59 | 3  | DAY OF KATRINA RELATIVE TO SURGE; CORRECT, PROFESSOR?                     |
| 13:59 | 4  | **A.**   YES.                                                            |
| 13:59 | 5  | **Q.**   LET'S JUST WALK THROUGH IT REAL QUICK.  4:00, WHAT'S            |
| 13:59 | 6  | HAPPENING, 4:00 IN THE MORNING?                                          |
| 13:59 | 7  | **A.**   THIS IS THE HURRICANE STARTING TO BUILD UP -- OR THE            |
| 13:59 | 8  | SURGE.  THE WATER LEVEL STARTED TO INCREASE AND IT GROWS AND IT          |
| 13:59 | 9  | GROWS UNTIL 8:00, WHEN IT'S PEAK, AND THEN IT FALLS AGAIN, SO            |
| 13:59 | 10 | THAT'S A GENERAL INCREASE.  DURING THIS TIME THE HURRICANE IS            |
| 13:59 | 11 | MOVING, SO THE WIND FIELD IS CHANGING OVER TIME.  THAT'S ALL             |
| 13:59 | 12 | INCORPORATED IN THE FINEL MODEL AS INPUT.                                |
| 14:00 | 13 | **Q.**   PROFESSOR, WHAT I'D LIKE TO KNOW, WE HAVE HERE AN               |
| 14:00 | 14 | INDICATION THAT THE HURRICANE COMES AND, FRANKLY, THE HURRICANE          |
| 14:00 | 15 | GOES; RIGHT?                                                             |
| 14:00 | 16 | **A.**   YES.                                                            |
| 14:00 | 17 | **Q.**   WOULD YOU EXPLAIN TO JUDGE DUVAL:  HOW IMPORTANT IS THE         |
| 14:00 | 18 | DURATION OF TIME THAT YOU HAVE THE HIGH WINDS AND THE SURGE              |
| 14:00 | 19 | RELATIVE TO THE ABILITY OF A PROTECTIVE STRUCTURE TO                     |
| 14:00 | 20 | WITHSTAND -- TO HOLD UP?                                                 |
| 14:00 | 21 | **A.**   YES.  IF YOU HAVE A VERY SHORT-DURATION HURRICANE, THEN         |
| 14:00 | 22 | THE EFFECTIVENESS OF THE VEGETATION AND ROUGHNESS IS HIGHER              |
| 14:00 | 23 | BECAUSE -- AND YOU CAN EASILY UNDERSTAND IT BECAUSE IF WE HAVE           |
| 14:00 | 24 | INFINITE DURATION OF THE WATER LEVEL INCREASE, THEN EVERYTHING           |
| 14:00 | 25 | WILL BE FLOODED.  THERE WILL BE NO DIFFERENCE.  BUT IF IT'S A            |

| | | |
|---|---|---|
| 14:00 | 1 | SHORT TIME, THEN THE WATER WILL HAVE TROUBLE TO PROGRESS |
| 14:00 | 2 | THROUGH THE TREES IN TIME BEFORE IT RECEDES ALREADY.  SO THE |
| 14:00 | 3 | DURATION OF THE STORM SURGE IS IMPORTANT IN RELATION TO THE |
| 14:00 | 4 | EFFECTIVENESS OF THE VEGETATION IN COMBATING THE SURGE. |
| 14:01 | 5 | Q.   WHAT WE SEE HERE IS WE HAVE A DURATION OF TIME FROM ABOUT |
| 14:01 | 6 | 4:00 IN THE MORNING UNTIL ABOUT 9:00, ROUGHLY? |
| 14:01 | 7 | A.   YEAH. |
| 14:01 | 8 | Q.   IT'S FIVE, SIX HOURS? |
| 14:01 | 9 | A.   FIVE, SIX HOURS. |
| 14:01 | 10 | Q.   NEXT SLIDE, PLEASE. |
| 14:01 | 11 | NOW, WE'RE TALKING ABOUT THE RESULTS.  WE'RE LOOKING |
| 14:01 | 12 | AT THE RESULTS OF WHAT YOU'RE FINDING HERE. |
| 14:01 | 13 | A.   YEAH. |
| 14:01 | 14 | MR. BRUNO:  JUDGE, AGAIN, PAGE 18, THE SAME EXHIBIT, |
| 14:01 | 15 | IS SCENARIO 1. |
| 14:01 | 16 | BY MR. BRUNO: |
| 14:01 | 17 | Q.   PROFESSOR, TELL THE JUDGE -- |
| 14:01 | 18 | A.   YES.  THIS IS ON THE PEAK OF THE STORM, AND YOU SEE THE |
| 14:01 | 19 | WATER LEVELS THAT ARE MAXIMUM ARE THE DARKEST RED.  THERE, YOU |
| 14:01 | 20 | SEE THE DARK HALF-MOONS.  THAT IS THE MOST EXTREME SURGE LEVEL, |
| 14:01 | 21 | AND THEN IT'S A WAVE, SO THAT YOU SEE THAT IT BECOMES LOWER IF |
| 14:01 | 22 | YOU GO INTO THE DIRECTION OF EAST TO THE LAKE BORGNE. |
| 14:01 | 23 | WHAT'S ALSO VERY INTERESTING IS TO LOOK HERE, THAT |
| 14:01 | 24 | THE INTRACOASTAL WATERWAY IS COMPLETELY FILLED WITH WATER, AND |
| 14:02 | 25 | THAT WATER IS FLUSHING VERY HARD TOWARDS LAKE PONTCHARTRAIN. |

14:02    1    LAKE PONTCHARTRAIN HERE IS GREEN AGAIN BECAUSE THAT HAS THE

14:02    2    WATER LEVEL OF THE LAKE.  YOU SHOULD REMEMBER THAT IT'S NOW

14:02    3    COMPLETELY RED HERE.

14:02    4              IF WE GO TO THE PAGE, PAGE 2C --

14:02    5    Q.   PAGE 45.

14:02    6    A.   -- NOW, YOU'LL THAT THE AREA OF MAXIMUM STORM SURGE IS FAR

14:02    7    SMALLER.  SO SPEAKING OVER THE LENGTH OF THE MRGO LEVEE, THE

14:02    8    STORM SURGE PEAK IS REDUCED BY ORDER OF A FOOT OR SOMETHING

14:02    9    LIKE THAT.  REMARKABLY, YOU SEE NOW THAT THE WATER LEVELS IN

14:02   10    THE INNER HARBOR NAVIGATION CHANNEL ARE MUCH REDUCED, AND THE

14:02   11    REASON BEING THAT THE WATER IS UNSUFFICIENTLY FLOWING INTO THE

14:03   12    CORNER.

14:03   13              SO, IN FACT, THE INNER HARBOR NAVIGATION CHANNEL AND

14:03   14    INDUSTRIAL CANAL ARE EMPTYING INTO THE LAKE PONTCHARTRAIN.

14:03   15    THAT IS NOT THE CASE IF THE LARGE MRGO IS AVAILABLE BECAUSE

14:03   16    THEN SUFFICIENT WATER IS PUSHING INTO THE INTRACOASTAL WATERWAY

14:03   17    TO FILL IT UP.  AND NEVERTHELESS, ALTHOUGH IT IS LEAKING INTO

14:03   18    PONTCHARTRAIN, BUT HERE THE LEAK IS INTO PONTCHARTRAIN -- IS

14:03   19    MORE THAN WHAT IS FED INTO IT ONLY BY THE INTRACOASTAL WATERWAY

14:03   20    BECAUSE NOW THE MRGO IS NOT AVAILABLE.  YOU SEE THAT IN REDUCED

14:03   21    WATER LEVELS IN THE INNER HARBOR NAVIGATION CHANNEL.

14:03   22    Q.   THANK YOU, PROFESSOR.  NOW LET'S LOOK AT THE NEXT SET OF

14:03   23    SLIDES.

14:03   24              HERE, WHAT ARE WE LOOKING AT?  THIS IS OUR FLOWS?

14:03   25    A.   YEAH.  THIS IS THE VELOCITY FIELDS.

FINAL DAILY COPY

14:03   1   **Q.**   OH, THE VELOCITY.

14:03   2   **A.**   YEAH, THE VELOCITY IN THE CHANNELS.

14:03   3   **Q.**   I'M SORRY.  REAL QUICK, TELL THE JUDGE:  WHAT ARE WE

14:04   4   MEASURING HERE?  WHAT IS THE VELOCITY?

14:04   5   **A.**   YEAH.  THE SPEED OF THE WATER IN THE CHANNELS.  SO IF YOU

14:04   6   THROW A PIECE OF WOOD INTO THE WATER, THEN YOU WILL SEE IT MOVE

14:04   7   FROM THE CORNER HERE TO LAKE PONTCHARTRAIN.  IF IT'S MOVING

14:04   8   FAST -- AS YOU SEE, THE YELLOW IS FASTER, AND IT'S REDUCED A

14:04   9   LITTLE BIT BECAUSE IT BECOMES BLUE HERE.  FINALLY, IT GOES INTO

14:04   10   LAKE PONTCHARTRAIN.  HERE, YOU SEE IT BECOMING RED BECAUSE THIS

14:04   11   IS THE ENORMOUS FLOW THAT IS SHEDDING ITS WATER INTO

14:04   12   LAKE PONTCHARTRAIN.  ACCORDING TO --

14:04   13   **Q.**   THIS IS SCENARIO 1?

14:04   14   **A.**   SCENARIO 1, YEAH.  ACCORDING TO STORIES I HEARD, THERE WAS

14:04   15   ALSO CONSIDERABLE EROSION HERE AROUND THIS AREA, THE SEABROOK

14:04   16   AREA, WHERE THE VELOCITIES ARE SO HIGH, BUT THAT'S JUST BY

14:04   17   COMMUNICATION.

14:04   18           **THE COURT:**  DO YOU REFER TO THIS AS THE "KATRINA REAL

14:04   19   RUN" OR "KATRINA AS IS"?

14:04   20           **THE WITNESS:**  YEAH.  SCENARIO 1.

14:04   21   **BY MR. BRUNO:**

14:05   22   **Q.**   SCENARIO 1 WE REFER TO -- FORGIVE US-- "AS IS," THE "REAL

14:05   23   RUN," THE "KATRINA RUN."  IT'S ALL SCENARIO 1; RIGHT?

14:05   24   **A.**   YES.

14:05   25   **Q.**   LET'S GO TO 2C AGAIN.  THIS IS LOOKING AT THE FLOWS WITH

14:05    1    NO MRGO?

14:05    2    **A.**    YEAH.

14:05    3    **Q.**    WHAT'S THE DIFFERENCE?

14:05    4    **A.**    YEAH.  SO MRGO IS NOT AVAILABLE HERE, SO THERE'S NO FLOW

14:05    5    VELOCITY THERE, OR VERY LOW.  THEN IN THE INTRACOASTAL WATERWAY

14:05    6    THERE'S HIGH FLOW, BUT THEN IT'S FAR LESS AND THERE'S NO

14:05    7    PROBLEM TO DISCHARGE INTO LAKE PONTCHARTRAIN.  SO THERE ARE

14:05    8    ALSO NOT SO HIGH VELOCITIES AS IN THE PREVIOUS ONE.  THE REASON

14:05    9    IS THAT THE INFLOW FROM THIS SIDE, FROM THE MRGO SIDE, IS LESS

14:05    10   THAN IN THE SCENARIO 1.

14:05    11            THAT'S IMPORTANT, I THINK, BECAUSE IF YOU HAVE A HOLE

14:05    12   SOMEWHERE, THEN IN SCENARIO 1 THERE IS MUCH MORE WATER.  A

14:05    13   BIGGER PIPE IS RUNNING TO YOUR DOOR THAN IN SCENARIO 2C.  SO IF

14:06    14   YOU FORGOT TO CLOSE THE DOOR, THEN IN SCENARIO 1 YOUR HOUSE IS

14:06    15   FLOODED, AND IN SCENARIO 2 YOU MIGHT BE LUCKY.

14:06    16   **Q.**   WE'RE LOOKING AT THE SAME FLOW REPORT, BUT NOW WE'RE

14:06    17   LOOKING AT REACH 2.

14:06    18            **MR. BRUNO:**  JUDGE, PAGE 29 IS THE REACH 1.

14:06    19   **BY MR. BRUNO:**

14:06    20   **Q.**   WHAT DO YOU SEE HERE, PROFESSOR?

14:06    21   **A.**   HERE, YOU SEE THE FLOW IN REACH 2, SO ALONG THE MRGO,

14:06    22   ALONG THE LEVEE, AND YOU SEE THE VELOCITIES ARE NOT TOO HIGH,

14:06    23   BUT IT'S FLOWING IN THE DIRECTION NORTHEAST AS EXPECTED.  ALL

14:06    24   THE MARSHLAND, IT'S LOWER VELOCITY.  IT HAS A DARK COLOR.

14:06    25            AND IN THE NEXT PICTURE, WHICH IS --

| | | |
|---|---|---|
| 14:06 | 1 | **Q.**   48. |
| 14:06 | 2 | **A.**   -- YEAH, WHEREAS THE 2C SCENARIO, THEN THE MRGO CHANNEL IS |
| 14:06 | 3 | NOT EXISTENT, SO EVERYWHERE WE HAVE NOW LOW CURRENTS THAT GO IN |
| 14:06 | 4 | THIS SHALLOW AREA. |
| 14:06 | 5 | **Q.**   AN OVERTOPPING TAKES PLACE AN HOUR LATER? |
| 14:07 | 6 | **A.**   YEAH. |
| 14:07 | 7 | **Q.**   RIGHT? |
| 14:07 | 8 | **A.**   YEAH. |
| 14:07 | 9 | **Q.**   THE FACT THAT OVERTOPPING TAKES PLACE AN HOUR LATER THAN |
| 14:07 | 10 | IT WOULD HAVE, WHAT DOES THAT MEAN IN THE CONTEXT OF THE |
| 14:07 | 11 | ABILITY OF A STRUCTURE TO SURVIVE? |
| 14:07 | 12 | **A.**   THERE'S TWO EFFECTS:  THE LONGER THE OVERTOPPING, THE MORE |
| 14:07 | 13 | DANGEROUS IT HAS BECOME BECAUSE SCOUR HOLES ARE GROWING, AS WE |
| 14:07 | 14 | HAVE SEEN ON VARIOUS OCCASIONS HERE IN NEW ORLEANS; AND THE |
| 14:07 | 15 | SECOND THING IS THAT IF IT STARTS LATER, THEN THERE IS LESS |
| 14:07 | 16 | TIME AVAILABLE TO FILL THE BOWL.  IF YOU HAVE OVERTOPPING, THEN |
| 14:07 | 17 | IT'S NOT ONLY -- IT'S THE RATE OF OVERTOPPING TIMES THE |
| 14:07 | 18 | DURATION OF THE OVERTOPPING.  SO IF YOU CAN DELAY THE START OF |
| 14:07 | 19 | THE OVERTOPPING, THEN THE TOTAL AMOUNT OF WATER WILL BE |
| 14:07 | 20 | REDUCED. |
| 14:07 | 21 | **Q.**   NOW LET'S TALK ABOUT THE -- DON'T LOSE THE PAGE YET, PAGE |
| 14:07 | 22 | 91.  ONE SECOND. |
| 14:08 | 23 | PAGE 91, THIS IS SIMPLY TO ILLUSTRATE TO THE JUDGE |
| 14:08 | 24 | WHERE WE DID HYDROGRAPHS; CORRECT? |
| 14:08 | 25 | **A.**   YES, WHERE WE PRODUCED HYDROGRAPHS.  TO BE STRICT, WE HAVE |

FINAL DAILY COPY

14:08   1   PRODUCED THEM EVERYWHERE, BUT WE DIDN'T DEPICT THEM

14:08   2   BECAUSE THIS ENTIRE BOOKCASE WE COULD FILL.

14:08   3          **THE COURT:**  THESE ARE PRODUCED AND DEPICTED.

14:08   4   EVERYTHING IS A HYDROGRAPH.

14:08   5          **THE WITNESS:**  EVERYWHERE IS A HYDROGRAPH, BUT WE

14:08   6   DIDN'T GIVE YOU ALL.

14:08   7          **THE COURT:**  THAT IS A DISCRETE HYDROGRAPH?

14:08   8          **THE WITNESS:**  YES.

14:08   9          **THE COURT:**  I UNDERSTAND.

14:08   10  **BY MR. BRUNO:**

14:08   11  **Q.**   SO THAT WE DON'T HAVE TO JUMP BACK AND FORTH, WE DID

14:08   12  HYDROGRAPHS AT SHELL BEACH.  MRGO AT DUPRE.  MRGO HALFWAY IS

14:08   13  HALFWAY BETWEEN BIENVENUE AND DUPRE.  WE'LL SEE THAT IN A

14:08   14  MINUTE.  THE GIWW.  NEW ORLEANS EAST BACK LEVEE.  THE GIWW AT

14:08   15  PARIS ROAD.  THE GIWW AT THE BULK TERMINAL.

14:08   16          THEN YOU'LL SEE THERE'S THE IHNC JUNCTION, THE LOCK

14:08   17  MASTER AT SEABROOK, AND THEN WE HAVE LOCATION A AND B ALONG THE

14:09   18  40 ARPENT.

14:09   19          **THE COURT:**  PROFESSOR, YOUR HYDROGRAPHS COVER WHAT

14:09   20  PERIOD OF TIME?

14:09   21          **THE WITNESS:**  THEY COVER THE ENTIRE DURATION OF

14:09   22  KATRINA FROM EARLY IN THE MORNING TO AFTER THE PEAK; FROM O TO

14:09   23  21 HOURS.

14:09   24          **THE COURT:**  TO THE STARTING OF THE DECLINE?

14:09   25          **THE WITNESS:**  YES.  WE CAN SHOW THEM.

FINAL DAILY COPY

| | | |
|---|---|---|
| 23:59 | 1 | **BY MR. BRUNO:** |
| 14:09 | 2 | **Q.** LET'S SHOW THEM.  LET'S SHOW THE FIRST ONE, PAGE 92. |
| 14:09 | 3 | LET'S FIRST ADDRESS THE JUDGE'S QUESTION.  THIS IS |
| 14:09 | 4 | 12:00 AT MIDNIGHT? |
| 14:09 | 5 | **A.** NO.  IT'S O, WHERE WE -- |
| 14:09 | 6 | **Q.** WHERE'S THE TIME? |
| 14:09 | 7 | **A.** ON THE AXIS HORIZONTAL:  12, 15, 18, 21. |
| 14:09 | 8 | **Q.** ALL RIGHT. |
| 14:09 | 9 | **A.** 24, THAT IS MIDNIGHT. |
| 14:10 | 10 | **Q.** OKAY. |
| 14:09 | 11 | **A.** 8:00 IN THE MORNING, ROUGHLY, THERE WE HAVE THE -- |
| 14:10 | 12 | **Q.** THE FIRST THING WE SEE ILLUSTRATED IS THAT, FRANKLY, THE |
| 14:10 | 13 | WATER GOES UP AND THE WATER GOES DOWN? |
| 14:10 | 14 | **A.** YEAH.  IT'S THE WAVE THAT IS REFLECTED AGAINST THE SHORE. |
| 14:10 | 15 | **THE COURT:** AM I CORRECT THAT ALL OF THE SCENARIOS |
| 14:10 | 16 | ARE DEPICTED ON EACH HYDROGRAPH, EVEN THOUGH IT'S HARD TO |
| 14:10 | 17 | DISCERN WHICH ONE IS WHICH? |
| 14:10 | 18 | **THE WITNESS:** YES, IT IS, BUT LATER, IT WILL BE MORE |
| 14:10 | 19 | EASY BECAUSE EACH HAS A COLOR. |
| 14:10 | 20 | **MR. BRUNO:** JUDGE, IN YOUR BOOK I THINK IT'S A LITTLE |
| 14:10 | 21 | BIT EASIER TO SEE. |
| 14:10 | 22 | **BY MR. BRUNO:** |
| 14:10 | 23 | **Q.** FOR WHERE WE ARE NOW, LET ME SEE IF WE CAN LEARN TWO |
| 14:10 | 24 | THINGS.  FIRST OF ALL, THE PEAK INDICATES HOW HIGH THE SURGE |
| 14:10 | 25 | GOT; RIGHT, PROFESSOR? |

| | | |
|---|---|---|
| 14:10 | 1 | **A.**   YEAH, YEAH. |
| 14:10 | 2 | **Q.**   NOW, THE SECOND THING THAT WE SEE HERE IS FOR HOW LONG THE |
| 14:10 | 3 | WATER WAS AT THAT HEIGHT? |
| 14:10 | 4 | **A.**   YEAH. |
| 14:10 | 5 | **Q.**   SO EVEN THOUGH WE SEE A PEAK OF 16 FEET, IT WASN'T AT |
| 14:10 | 6 | 16 FEET FOR VERY LONG, WAS IT? |
| 14:11 | 7 | **A.**   NO. |
| 14:11 | 8 | **Q.**   FOR EXAMPLE, IF WE LOOK AT 11 FEET, WE CAN MEASURE FROM |
| 14:11 | 9 | THIS POINT TO THAT POINT, AND WE WOULD KNOW HOW LONG THE WATER |
| 14:11 | 10 | WAS AT THAT HEIGHT? |
| 14:11 | 11 | **A.**   YES. |
| 14:11 | 12 | **Q.**   AT SHELL BEACH -- |
| 14:11 | 13 | **THE COURT:**  ARE WE TALKING ABOUT IN THE KATRINA REAL |
| 14:11 | 14 | RUN?  I KNOW ALL OF THEM ARE SHOWN ON HERE.  YOU MEAN IN |
| 14:11 | 15 | VIRTUALLY ALL THE RUNS -- |
| 14:11 | 16 | **MR. BRUNO:**  IN ALL THE RUNS -- |
| 14:11 | 17 | **THE COURT:**  -- THE TIME OF THE PEAK OF THE WATER WAS |
| 14:11 | 18 | LIMITED? |
| 14:11 | 19 | **MR. BRUNO:**  PRECISELY, YOUR HONOR. |
| 14:11 | 20 | **BY MR. BRUNO:** |
| 14:11 | 21 | **Q.**   WE'LL SEE IT BETTER WHEN THEY BREAK APART, BUT FOR OUR |
| 14:11 | 22 | PURPOSES HERE, WE'RE LOOKING AT THE BLUE LINE, WHICH PRETTY |
| 14:11 | 23 | MUCH COVERS ALL THE OTHER LINES; RIGHT, PROFESSOR? |
| 14:11 | 24 | **A.**   UH-HUH.  THAT'S SCENARIO 1. |
| 14:11 | 25 | **Q.**   WE KNOW AT SHELL BEACH -- WE CAN SEE HERE THAT THE PEAK AT |

| | | |
|---|---|---|
| 14:11 | 1 | SHELL BEACH WAS ABOUT 16 FEET; RIGHT? |
| 14:11 | 2 | **A.**   YEAH. |
| 14:11 | 3 | **Q.**   IT DIDN'T STAY THERE VERY LONG.  LET'S PICK A POINT IN |
| 14:12 | 4 | TIME.  AT 7:00 THE WATER WAS ABOUT 7 FEET HIGH, AND IT STAYED |
| 14:12 | 5 | 7 FEET UNTIL ABOUT -- |
| 14:12 | 6 | **A.**   I THINK IT'S 3:00 IT WAS MAYBE 7 FEET HIGH, YEAH. |
| 14:12 | 7 | **MR. BRUNO:**  JUST TO ILLUSTRATE THE POINT, JUDGE, |
| 14:12 | 8 | BECAUSE YOU CAN JUST DO THIS MATH ON YOUR OWN. |
| 14:12 | 9 | **THE WITNESS:**  FROM 3:00 UNTIL 18 HOURS, IT HAS BEEN |
| 14:12 | 10 | ABOVE 7 FEET HERE AT SHELL BEACH. |
| 14:12 | 11 | **BY MR. BRUNO:** |
| 14:12 | 12 | **Q.**   WHAT WE SEE HERE IS THAT SCENARIO 1 AND SCENARIO 2C ARE |
| 14:12 | 13 | PRETTY CLOSE? |
| 14:12 | 14 | **A.**   YEAH. |
| 14:12 | 15 | **Q.**   A LITTLE BIT OF DIFFERENCE AT THE TOP HERE; NOT MUCH, BUT |
| 14:12 | 16 | THEY'RE PRETTY CLOSE.  RIGHT? |
| 14:12 | 17 | **A.**   YEAH, BECAUSE IT'S IN THE SOUTH.  THEY'RE COMPLETELY IN |
| 14:12 | 18 | THE SOUTH.  THERE'S NOT YET ANY EFFECT OF THE MRGO BECAUSE IT'S |
| 14:12 | 19 | AT THE BEGINNING OF THE START OF THE MRGO. |
| 14:12 | 20 | **Q.**   LET'S GO TO THE NEXT SLIDE, PLEASE, WHICH IS THE BOTTOM OF |
| 14:12 | 21 | THE PAGE.  YOU SEE HERE IT'S A LITTLE BIT EASIER TO DISCERN, |
| 14:13 | 22 | BUT OUR GRAY, WHICH IS OUR 2C, IS LOWER THAN OUR KATRINA RUN. |
| 14:13 | 23 | OUR SCENARIO 1 IS HERE.  OUR SCENARIO 2C IS HERE.  SO WE SEE |
| 14:13 | 24 | ABOUT -- |
| 14:13 | 25 | **A.**   A FOOT. |

14:13   1   **Q.**   ABOUT A FOOT OF DIFFERENCE?

14:13   2   **A.**   ABOUT A FOOT OF DIFFERENCE.

14:13   3   **Q.**   AGAIN, THE DURATION IS A LITTLE SHORTER TOO?

14:13   4   **A.**   YEAH.  THAT'S THE GRAY, HALFWAY.

14:13   5         **MR. BRUNO:**  IT'S HARD TO SEE, JUDGE, BUT IN YOUR BOOK

14:13   6   I THINK IT'LL BE CLEARER.

14:13   7   **BY MR. BRUNO:**

14:13   8   **Q.**   NEXT LINE.  WE'RE GOING TO MOVE OUR WAY UP THE MRGO UNTIL

14:13   9   WE REACH --

14:13   10  **A.**   HALFWAY.

14:13   11  **Q.**   -- HALFWAY.

14:13   12  **A.**   YEAH.  THERE YOU SEE CLEARLY THAT THE BLUE ONE IS ON TOP

14:13   13  AND THE GRAY ONE IS, AGAIN, A FOOT LOWER.  WHAT'S INTERESTING

14:13   14  HERE IS TO NOTE THE GREEN ONE, WHICH IS 2B, NO LEVEES IN

14:14   15  EXISTENCE, WHICH IS EVEN LOWER, 2 FEET LOWER THAN 2C.

14:14   16  **Q.**   ALL RIGHT.  NEXT SLIDE.  BAYOU BIENVENUE LOOKS LIKE

14:14   17  THEY'RE PRETTY CLOSE.

14:14   18  **A.**   YEAH.  HALF A FOOT DIFFERENCE AT MOST.

14:14   19  **Q.**   NEXT ONE.

14:14   20  **A.**   THAT'S THE NEW ORLEANS BACK LEVEE, A FOOT.

14:14   21  **Q.**   WE HAVE A WHOLE FOOT DIFFERENCE?

14:14   22  **A.**   YEAH.

14:14   23  **Q.**   WE HAVE A SHORTER DURATION?

14:14   24  **A.**   YEAH.

14:14   25  **Q.**   WE KNOW THAT BOB BEA USED THIS HYDROGRAPH TO DRAW THE

14:14   1   CONCLUSIONS THAT HE DREW, AND HE'LL TALK ABOUT IT TOMORROW.

14:14   2            NEXT SLIDE.  THIS IS AT PARIS ROAD.  WE'LL SEE A

14:14   3   DIFFERENCE OF ABOUT, I WOULD SAY, HALF A FOOT?

14:14   4   **A.**   YEAH, A FOOT.  AGAIN, INTERESTING, IS AGAIN THERE'S A

14:14   5   DIFFERENCE WITH -- 2B IS FAR LARGER.

14:14   6   **Q.**   IT'S ALSO LATER?

14:15   7   **A.**   YEAH, BECAUSE IT'S SPREADING OUT THE WATER WIDER, SO IT

14:15   8   RETARDS THE PROGRESS OF THE FLOODWAYS A LITTLE BIT.

14:15   9   **Q.**   NEXT SLIDE.  THIS IS AT THE BULK TERMINAL.

14:15   10   **A.**   YEAH.

14:15   11   **Q.**   THIS IS ONE OF THE BREACH LOCATIONS.  WE SEE HERE THAT WE

14:15   12   HAVE A PRETTY BIG GAP, DO WE NOT?

14:15   13   **A.**   YEAH.

14:15   14   **Q.**   BETWEEN OUR 2C AND OUR BLUE LINE, WE'VE GOT ABOUT 2 FEET?

14:15   15   **A.**   YEAH, 2-FEET DIFFERENCE.

14:15   16   **Q.**   IN FACT, PROFESSOR, PROFESSOR WESTERINK, WHO, I BELIEVE,

14:15   17   IS IN THE COURTROOM, AND YOU HAVE THE SAME CONCLUSIONS --

14:15   18   **A.**   YEAH, MORE OR LESS.

14:15   19   **Q.**   -- AT THIS LOCATION?

14:15   20   **A.**   YEAH, MORE OR LESS.

14:15   21   **Q.**   YOU BOTH FOUND THAT UNDER THE 2C SCENARIO, OR THE NEUTRAL

14:15   22   MRGO, THE WATER IS ABOUT 2 FEET LOWER HERE?

14:15   23   **A.**   MORE OR LESS, YEAH.

14:15   24            **THE COURT:**  WHAT'S THE DIFFERENCE THERE BETWEEN,

14:15   25   LET'S SAY, 2C AND 1, THE DURATION?

| | | |
|---|---|---|
| 14:16 | 1 | **MR. BRUNO:**  OH, THE DURATION. |
| 14:16 | 2 | **BY MR. BRUNO:** |
| 14:16 | 3 | **Q.**  CAN WE CALCULATE THAT, PROFESSOR?  HERE WE HAVE -- |
| 14:16 | 4 | **A.**  IT'S ABOUT ONE -- |
| 14:16 | 5 | **Q.**  ABOUT AN HOUR? |
| 14:16 | 6 | **A.**  -- HOUR.  YEAH, ONE HOUR SHORTER. |
| 14:16 | 7 | **Q.**  ABOUT.  TELL THE JUDGE HOW TO DO THAT IF HE WANTED TO DO |
| 14:16 | 8 | IT ON HIS OWN.  YOU JUST TAKE A RULER AND -- |
| 14:16 | 9 | **A.**  YEAH, AND MEASURE FROM HERE TO THERE, WHERE IT'S COMING |
| 14:16 | 10 | DOWN. |
| 14:16 | 11 | **THE COURT:**  FROM THE GRAY LINE TO THE OTHER GRAY |
| 14:16 | 12 | LINE. |
| 14:16 | 13 | **MR. BRUNO:**  THEN THE GRAY LINE TO THE GRAY LINE, THE |
| 14:16 | 14 | BLUE LINE TO THE BLUE LINE, JUDGE. |
| 14:16 | 15 | **BY MR. BRUNO:** |
| 14:16 | 16 | **Q.**  HERE'S WHERE WE'RE STARTING TO GET WAY DRAMATIC, ARE WE |
| 14:16 | 17 | NOT? |
| 14:16 | 18 | **A.**  YES. |
| 14:16 | 19 | **Q.**  NOW WE'RE CLOSE TO THE NORTH BREACH AT THE LOWER NINTH |
| 14:16 | 20 | WARD; RIGHT? |
| 14:16 | 21 | **A.**  YEAH.  HERE'S 3-FOOT DIFFERENCE. |
| 14:16 | 22 | **Q.**  HUGE? |
| 14:16 | 23 | **A.**  YEAH. |
| 14:16 | 24 | **Q.**  NOT ONLY IS THERE A 3-FOOT DIFFERENCE, BUT THERE'S A BIG |
| 14:16 | 25 | DELAY IN TIME, ISN'T THERE? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:16 | 1 | **A.**   YEAH. |
| 14:16 | 2 | **Q.**   IT LOOKS TO BE ABOUT ALMOST TWO HOURS. |
| 14:16 | 3 | **A.**   YEAH.  ONCE AGAIN, THE GREEN ONE IS, AGAIN, 2 FEET LOWER |
| 14:17 | 4 | THAN THE 2C. |
| 14:17 | 5 | **MR. BRUNO:**  JUDGE, IF I'M MOVING TOO QUICKLY, PLEASE |
| 14:17 | 6 | LET ME KNOW.  I JUST DON'T WANT TO BORE YOU WITH THIS. |
| 14:17 | 7 | **THE COURT:**  I'M NOT BORED. |
| 01:59 | 8 | **BY MR. BRUNO:** |
| 14:17 | 9 | **Q.**   NEXT SLIDE.  WE'RE GOING NORTH NOW IN THE IHNC CHANNEL, |
| 14:17 | 10 | AND WE STILL HAVE ABOUT, OH, A FOOT OF DIFFERENCE; RIGHT, |
| 14:17 | 11 | PROFESSOR? |
| 14:17 | 12 | **A.**   YEAH, A FOOT AND A FOOT, AGAIN, FOR 2B. |
| 14:17 | 13 | **Q.**   IT'S ALSO LATER, ABOUT AN HOUR? |
| 14:17 | 14 | **A.**   YEAH, A LITTLE BIT. |
| 14:17 | 15 | **Q.**   A LITTLE BIT. |
| 14:17 | 16 | NEXT SLIDE, LOCK MASTER.  NOW WE'VE GONE ALL THE WAY |
| 14:17 | 17 | SOUTH TO WHERE THE LOCK IS, AND WE SEE THIS BIG GIANT GAP |
| 14:17 | 18 | AGAIN, ABOUT 3 FEET? |
| 14:17 | 19 | **A.**   YEAH, INDEED. |
| 14:17 | 20 | **Q.**   THIS IS ALSO CONSISTENT WITH DR. -- |
| 14:17 | 21 | **A.**   I THINK SO.  WESTERINK. |
| 14:17 | 22 | **Q.**   FORGIVE ME.  DR. WESTERINK. |
| 14:17 | 23 | IT'S ALSO MUCH LATER?  THE SURGE GETS THERE LATER? |
| 14:17 | 24 | **A.**   YEAH. |
| 14:18 | 25 | **Q.**   NEXT SLIDE. |

14:18   1            **MR. BRUNO:**  JUDGE, YOU HAD SPECIFICALLY ASKED ABOUT

14:18   2   WHETHER THE WATER GOT ABOVE THE 40 ARPENT, AND THESE ARE THE

14:18   3   SLIDES THAT WE NEED TO EXAMINE.

        4   **BY MR. BRUNO:**

14:18   5   **Q.**   YOU'LL REMEMBER THAT THE LOCATION THAT WE'RE LOOKING AT IS

14:18   6   AT THE 40 ARPENT CANAL.  SO IF WE LOOK AT THE GRAY LINE, WHICH

14:18   7   IS 2C, WE SEE HOW HIGH THE WATER IS AT THE 40 ARPENT.  THE 40

14:18   8   ARPENT IS 6 FEET TALL.

14:18   9            **THE COURT:**  THE REASON 2A IS HIGHER IS BECAUSE

14:18  10   THAT --

14:18  11            **THE WITNESS:**  NO LEVEE.  THE ONLY LEVEE IS THE

14:18  12   ARPENT, SO THAT'S THE ONLY ONE YOU CAN TRUST NOW.

14:18  13            **THE COURT:**  I UNDERSTAND.

14:18  14            **MR. BRUNO:**  AS I SAY, JUDGE, THE KEY HERE IS TO SEE

14:18  15   THAT THE WATER DOES NOT -- IF THE LEVEES ON THE MRGO DON'T

14:18  16   FAIL, THE WATER DOES NOT GO OVER THE 40 ARPENT CANAL.

14:18  17            **THE WITNESS:**  YEAH.  SO IT'S ABOUT 6-FOOT HIGH, THE

14:19  18   ARPENT LEVEE.  SO YOU HAVE TO LOOK TO THE GRAY LINE, WHICH IS

14:19  19   APPROXIMATELY 3 -- MAXIMUM 4-FOOT, AND THE 40 ARPENT LEVEL IS

14:19  20   IN THE ORDER OF 6-FOOT HIGH.

14:19  21            **THE COURT:**  OKAY.

14:19  22            **THE WITNESS:**  SO IN SCENARIO 1 --

14:19  23            **THE COURT:**  I UNDERSTAND.

14:19  24            **THE WITNESS:**  IF IT OVERTOPPED, IT'S ANOTHER BLUE

14:19  25   LINE, BUT THE GRAY LINE WOULDN'T.

                            FINAL DAILY COPY

| | | |
|---|---|---|
| 14:19 | 1 | **BY MR. BRUNO:** |
| 14:19 | 2 | **Q.**   NEXT SLIDE.  WE HAVE A LOT TO COVER.  NEXT SLIDE, PLEASE. |
| 14:19 | 3 |          WE'RE STILL AT THE 40 ARPENT, YOUR HONOR, BUT THIS IS |
| 14:19 | 4 | JUST A DIFFERENT LOCATION.  IT ILLUSTRATES THE SAME THING, THAT |
| 14:19 | 5 | THE 2C LINE IS STILL WELL BELOW OUR 6-FOOT HEIGHT, 40 ARPENT |
| 14:19 | 6 | LEVEE. |
| 14:19 | 7 |          **THE COURT:**  I UNDERSTAND. |
| 14:19 | 8 | **BY MR. BRUNO:** |
| 14:19 | 9 | **Q.**   NEXT SLIDE, PLEASE.  ONCE AGAIN, SAME POINT? |
| 14:19 | 10 | **A.**   SAME STORY. |
| 14:19 | 11 | **Q.**   SAME STORY.  NEXT SLIDE. |
| 14:20 | 12 |          NOW, WE ALSO MEASURED OVERFLOW.  EXPLAIN TO THE JUDGE |
| 14:20 | 13 | WHAT WE'RE MEASURING WITH THE -- I'M SORRY, THE OVERTOPPING |
| 14:20 | 14 | RATES.  OVERTOPPING RATES. |
| 14:20 | 15 | **A.**   IT'S OVERTOPPING BY THE STILL WATER LEVEL.  SO IF THE |
| 14:20 | 16 | WATER LEVEL IS EXCEEDING THE CREST LEVEL OF THE DIKE AND IT |
| 14:20 | 17 | STARTS FLOWING OVER IT, THEN YOU CAN CALCULATE BY NORMAL |
| 14:20 | 18 | ENGINEERING FORMULA HOW MUCH THE DISCHARGE IS AND WHAT THE |
| 14:20 | 19 | VELOCITY IS, HOW WE DEPICT IT, HOW MUCH WATER WENT OVER IT AS A |
| 14:20 | 20 | FUNCTION OF TIME, VELOCITY VERSUS TIME. |
| 14:20 | 21 | **Q.**   BEFORE WE START LOOKING AT THESE, WE'RE LOOKING AT TWO |
| 14:20 | 22 | THINGS:  WE ARE SEEING HOW FAST THE WATER GOES OVER THE TOP -- |
| 14:20 | 23 | **A.**   YEAH. |
| 14:20 | 24 | **Q.**   -- AND WE'RE ALSO MEASURING THE VOLUME OF WATER THAT WENT |
| 14:20 | 25 | OTHER THE TOP DURING THE DURATION OF THE HURRICANE; CORRECT? |

| | | |
|---|---|---|
| 14:20 | 1 | **A.**   YEAH.  SO IT'S THE VELOCITY.  YOU HAVE THE TIME PART OF |
| 14:21 | 2 | THE VELOCITY, SO THE GRAPH GIVES US THE VELOCITY OF THE |
| 14:21 | 3 | OVERTOPPING, AND THE AREA UNDER THE GRAPH GIVES US THE -- THIS |
| 14:21 | 4 | IS THE MAP, OF COURSE. |
| 14:21 | 5 |           **MR. BRUNO:**  JUDGE, VERY QUICKLY, WE HAVE OUR DUPRE, |
| 14:21 | 6 | OUR MIDPOINT AND -- I'M SORRY.  BIENVENUE, MIDPOINT, DUPRE, THE |
| 14:21 | 7 | BACK LEVEE, CITRUS, AND IHNC NORTH AND SOUTH. |
| 14:21 | 8 | **BY MR. BRUNO:** |
| 14:21 | 9 | **Q.**   LET'S SEE WHAT WE HAVE.  WHAT'S OUR FIRST SLIDE? |
| 14:21 | 10 |           THIS IS THE BACK LEVEE, AND THAT'S A LITTLE BIT TO |
| 14:21 | 11 | THE RIGHT OF WHERE THE MRGO HITS THE GIWW.  WE SEE HERE THAT |
| 14:21 | 12 | THE BLUE LINE, WHICH IS OUR SCENARIO 1, HAS OVERTOPPING RATES |
| 14:21 | 13 | THAT APPROACH 20 CUBIC FEET PER SECOND? |
| 14:22 | 14 | **A.**   YEAH.  BY FOOT LENGTH. |
| 14:22 | 15 | **Q.**   WHICH IS A PRETTY HIGH VELOCITY? |
| 14:22 | 16 | **A.**   YEAH, YEAH.  IT'S QUITE AN AMOUNT OF WATER. |
| 14:22 | 17 | **Q.**   IF WE LOOK AT OUR SCENARIO 2C, WE SEE ONLY FIVE. |
| 14:22 | 18 | **A.**   YEAH, IN A SHORTER DURATION.  LET'S GO BACK TO THE |
| 14:22 | 19 | PREVIOUS ONE.  SO IT'S IMPORTANT NOT ONLY TO NOTE THE TOP LEVEL |
| 14:22 | 20 | OF VELOCITY BUT ALSO THE DURATION FROM HERE TO THERE, BECAUSE |
| 14:22 | 21 | THE AREA UNDER THE GRAPH IS THE TOTAL AMOUNT OF WATER THAT |
| 14:22 | 22 | FLOWS INTO THE POLDER.  YOU CAN SEE THAT MAYBE IT'S FOUR TIMES |
| 14:22 | 23 | HIGHER THAN 2C, THE GRAY ONE, AND IT IS TWO TIMES SHORTER, |
| 14:22 | 24 | SO THERE'S -- |
| 14:22 | 25 |           **THE COURT:**  JUST ONE THING.  I'M SORRY.  THE VOLUME |

14:22   1    OF WATER?

14:22   2            **MR. BRUNO:**  YES, JUDGE.  I WANT TO MAKE THAT POINT.

14:22   3    BY MR. BRUNO:

14:22   4    Q.   WHAT YOU'RE SEEING HERE IS, PROFESSOR, THIS BLUE LINE.

14:22   5    THAT DESCRIBES ALL OF THE WATER THAT WENT OVER THE TOP DURING

14:23   6    THE HURRICANE; RIGHT?

14:23   7    A.   NO -- YEAH.  AREA UNDER IT.  SO IT GIVES YOU THE VELOCITY,

14:23   8    THE FLOW VELOCITY, THE DISCHARGE OVER THE DIKE AS A FRACTION OF

14:23   9    TIME.  SO IT STARTS TO OVERFLOW AT 6:30 AND THEN IT GROWS,

14:23   10   GROWS, GROWS UNTIL 8:00, AND THEN IT FALLS DOWN AGAIN.

14:23   11           **THE COURT:**  YOU CALCULATE THE TOTAL VOLUME OF WATER

14:23   12   THAT WENT INTO THAT POLDER?

14:23   13           **THE WITNESS:**  YEAH.  IF YOU TAKE THE AREA AND --

14:23   14   THAT'S THE DURATION TIMES THE VELOCITY, AND THAT'S THE VOLUME.

23:59   15   BY MR. BRUNO:

14:23   16   Q.   PROFESSOR, WE'VE DONE THAT MATH, HAVE WE NOT?  WE HAVE

14:23   17   118,300 CUBIC FEET AT THE TOP?

14:23   18           **THE COURT:**  IS THERE A RELATIVE CHART WHICH SHOWS HOW

14:23   19   DEEP THE WATER WOULD HAVE BEEN UNDER EACH OF THESE SCENARIOS IN

14:23   20   THAT POLDER?

14:23   21           **MR. BRUNO:**  WE'D GO BACK AND WE'D LOOK AT OUR

14:23   22   HYDROGRAPHS.

14:23   23           **THE WITNESS:**  THE POLDER FLOODING IS THE RESULT.

14:24   24           **MR. BRUNO:**  WHAT WE'RE SEEING HERE, JUDGE, IS JUST

14:24   25   HOW MUCH WATER --

                            FINAL DAILY COPY

14:24   1           **THE COURT:**  SO WE HAVE A HYDROGRAPH FOR EACH

14:24   2   SCENARIO?

14:24   3           **MR. BRUNO:**  RIGHT.

14:24   4           **THE COURT:**  SO WE CAN GO LOOK AT A HYDROGRAPH AT A

14:24   5   CERTAIN DESIGNATED POINT IN NEW ORLEANS EAST UNDER SCENARIO,

14:24   6   LET'S SAY, 2C, IF WE ARE INCLINED TO DO SO, AND WE COULD FIND

14:24   7   OUT WHAT THE DEPTH OF THE WATER WOULD HAVE BEEN HAD IT BEEN 2C?

14:24   8           **MR. BRUNO:**  RIGHT.

14:24   9           **THE WITNESS:**  YEAH.

14:24   10          **MR. BRUNO:**  IN FAIRNESS, DR. BEA USED THIS TO DECIDE

14:24   11  FOR HIMSELF WHETHER OR NOT THAT LEVEE AT THAT LOCATION WOULD

14:24   12  HAVE FALLEN DOWN OR NOT.

14:24   13          **MR. SMITH:**  YOUR HONOR, I'M GOING TO OBJECT TO

14:24   14  COUNSEL TESTIFYING ABOUT WHAT PROFESSOR BEA WILL SAY OR WON'T

14:24   15  SAY.

14:24   16          **THE COURT:**  I UNDERSTAND, BUT --

14:24   17          **MR. BRUNO:**  I'M JUST TRYING TO GET CONTEXT, JUDGE.

14:24   18  I'M NOT TRYING TO --

14:24   19          **THE COURT:**  IN OTHER WORDS, WHAT YOU'RE SAYING IS THE

14:24   20  EVIDENCE MAY GO MORE TO WHAT CAUSED THE LEVEE TO FAIL THAN HOW

14:24   21  MUCH WATER WENT INTO THE --

14:24   22          **MR. BRUNO:**  YES, YOUR HONOR.

14:24   23          **THE COURT:**  I UNDERSTAND.

14:24   24          **MR. BRUNO:**  THAT'S ALL I WAS TRYING --

14:25   25          **THE COURT:**  I'LL WAIT FOR DR. BEA.

FINAL DAILY COPY

14:25   1          **MR. BRUNO:**  I KNOW YOU WILL.

14:25   2          **THE WITNESS:**  OUR POLDER FLOODING CALCULATIONS GAVE A

14:25   3   PICTURE OF THE AMOUNT OF WATER THAT ENTERED INTO THE BOWL.

14:25   4   **BY MR. BRUNO:**

14:25   5   **Q.**   NEXT SLIDE, PLEASE.

14:25   6          THIS IS THE BACK LEVEE.  THIS IS INTERESTING BECAUSE

14:25   7   IT'S A TIME --

14:25   8          **THE COURT:**  LET ME FOLLOW UP ON THAT FOR WHATEVER

14:25   9   PURPOSE I MAY WANT TO DO IT, AND IT MAY NOT BE PART OF THE

14:25   10  THEORY OF THE CASE.  WOULD I BE ABLE TO DETERMINE FROM ANYTHING

14:25   11  THAT'S BEFORE ME NOW WHAT THE DEPTH OF THE WATER WOULD HAVE

14:25   12  BEEN UNDER EACH SCENARIO, THE ACTUAL DEPTH AT A GIVEN -- I CAN

14:25   13  DO THAT BY LOOKING AT THE HYDROGRAPH, OR CAN I?

14:25   14         **THE WITNESS:**  INSIDE THE POLDER -- YOU NEED THESE

14:25   15  POLDER FLOODING SIMULATION MODELS SO YOU CAN -- GIVEN KATRINA

14:25   16  AND GIVEN A CREST LEVEL OF THE DIKE AND BREACHES OR NO

14:25   17  BREACHES, WHATEVER YOU DECIDE, YOU CAN CALCULATE WHAT THE FLOOD

14:26   18  DEPTHS INSIDE THE POLDER WILL BE AT A SPECIFIC --

14:26   19  **BY MR. BRUNO:**

14:26   20  **Q.**   LET'S ME SEE IF I CAN ASK THE QUESTION THIS WAY:  THIS

14:26   21  HYDROGRAPH ASSUMES THAT THE LEVEES DON'T FAIL; ISN'T THAT

14:26   22  CORRECT, PROFESSOR?

14:26   23  **A.**   YEAH, YEAH.

14:26   24  **Q.**   SO WHAT WE CAN DO, SINCE OUR FLOODING MODEL ASSUMES THE

14:26   25  LEVEES DON'T FAIL, YOU CAN SEE HOW MUCH WATER WOULD HAVE GONE

| | | |
|---|---|---|
| 14:26 | 1 | INTO THE POLDER WITH THE LEVEE NOT FAILING? |
| 14:26 | 2 | **THE COURT:**  I UNDERSTAND. |
| 23:59 | 3 | BY MR. BRUNO: |
| 14:26 | 4 | **Q.**  HERE'S WHAT WE DON'T HAVE:  I DON'T THINK WE HAVE THE |
| 14:26 | 5 | AMOUNT OF WATER DURING THE KATRINA REAL RUN IF THE LEVEES WOULD |
| 14:26 | 6 | NOT HAVE FAILED. |
| 14:26 | 7 | **A.**  NO.  THERE'S ALWAYS ONE OR TWO, EXCEPT FOR THE NINTH WARD. |
| 14:26 | 8 | THE NINTH WARD, WE HAD BECAUSE WE HAD TO -- WHICH YOU |
| 14:26 | 9 | DISCUSSED.  THERE WERE NOT THESE TWO HOLES IN THE SHEET PILE, |
| 14:26 | 10 | BUT IN NEW ORLEANS EAST THERE WERE ALWAYS TWO BREACHES. |
| 14:26 | 11 | **MR. BRUNO:**  FOR THE LOWER NINTH WARD, WE DID EVALUATE |
| 14:26 | 12 | BREACHING, NO BREACHING.  FOR NEW ORLEANS EAST, WE EVALUATED, |
| 14:27 | 13 | WITH THE FLOW, ALL THE LEVEES ARE INTACT BECAUSE WE JUST WANTED |
| 14:27 | 14 | TO SEE HOW HIGH THAT WATER GOT AND HOW FAST IT WENT OVER THE |
| 14:27 | 15 | TOP.  WE DID EVALUATE HOW HIGH THE WATER WAS WITHOUT THE LEVEES |
| 14:27 | 16 | FAILING, BUT I CAN'T TELL YOU -- |
| 14:27 | 17 | **THE COURT:**  YOUR BASIC THEORY OF YOUR CASE -- AND I |
| 14:27 | 18 | DON'T WANT TO HAMMER YOU TOO MUCH ON THIS.  AS A GENERAL |
| 14:27 | 19 | PROPOSITION, IS IT YOUR BASIC THEORY OF YOUR CASE IN |
| 14:27 | 20 | NEW ORLEANS EAST THAT MRGO CAUSED THE LEVEE TO FAIL AND WITHOUT |
| 14:27 | 21 | MRGO THE LEVEES WOULDN'T HAVE FAILED? |
| 14:27 | 22 | **MR. BRUNO:**  PRECISELY. |
| 14:27 | 23 | **THE COURT:**  IS IT THE SHIP RUNNING INTO THE -- |
| 14:27 | 24 | **MR. BRUNO:**  WITHOUT QUESTION. |
| 14:27 | 25 | **THE COURT:**  MRGO BEING THE METAPHORICAL SHIP THAT RAN |

14:27    1   INTO THE LEVEE.

14:27    2         MR. BRUNO:  WITHOUT QUESTION AND THERE IS NO DISPUTE.

14:27    3         THE COURT:  I JUST NEEDED TO UNDERSTAND THAT.  THANK

14:27    4   YOU.

23:59    5   BY MR. BRUNO:

14:27    6   Q.   HERE'S THE BACK LEVEE, AND HERE WE HAVE A TINY, LITTLE

14:27    7   BLIP, BUT THE KEY IS THAT THIS 2C IS FLAT?

14:27    8   A.   YEAH.

14:27    9   Q.   THE KATRINA RUN IS WHATEVER IT IS.  THERE'S A LOT MORE

14:28   10   WATER GOING OVER THE TOP DURING KATRINA, AND THERE'S NO WATER

14:28   11   GOING OVER THE TOP DURING SCENARIO 2C?

14:28   12   A.   YEAH, THAT'S CORRECT.

14:28   13   Q.   THIS IS WHERE THE BREAK WAS, SO THIS IS SIGNIFICANT

14:28   14   BECAUSE, OBVIOUSLY, IF THERE'S A BREAK, A WHOLE LOT MORE

14:28   15   WATER'S GOING INTO THE POLDER; RIGHT?

14:28   16   A.   YEAH, YEAH, YEAH.

14:28   17   Q.   NEXT SLIDE.

14:28   18        THE COURT:  HOLD ON JUST A MINUTE.  I JUST NEED TO

14:28   19   CONSULT.

14:28   20         GO AHEAD.

14:28   21         MR. BRUNO:  JUDGE, NOW WE'RE AT THE LOWER NINTH WARD

14:29   22   WITH THE FLOOD WALL.  THIS IS NEAR THE NORTH FLOOD WALL.

14:29   23   BY MR. BRUNO:

14:29   24   Q.   WE HAVE AN EXTREME, EXTREME DIFFERENCE HERE, DO WE NOT,

14:29   25   PROFESSOR?

| | | |
|---|---|---|
| 14:29 | 1 | **A.**   YEAH. |
| 14:29 | 2 | **Q.**   HERE'S OUR REAL RUN, OUR KATRINA.  WE GET UP TO 32 CUBIC |
| 14:29 | 3 | FEET PER SECOND OF FLOW GOING OVER THE TOP? |
| 14:29 | 4 | **A.**   YES. |
| 14:29 | 5 | **Q.**   AND THEN IN OUR 2C, WITH NO MRGO, WE ONLY GET ABOUT -- |
| 14:29 | 6 | **A.**   A QUARTER. |
| 14:29 | 7 | **Q.**   -- A QUARTER OF THAT? |
| 14:29 | 8 | **THE COURT:**  MAY I ASK YOU, SIR -- AND AGAIN |
| 14:29 | 9 | WITHOUT -- I'M GOING TO CALL IT THREE POLDERS.  THERE MAY BE |
| 14:29 | 10 | MORE.  THE THREE POLDERS I'M TALKING ABOUT ARE BASICALLY |
| 14:29 | 11 | REACH 2, REACH 1, AND THE NEW ORLEANS LEVEES.  THE BASIC THEORY |
| 14:29 | 12 | OF YOUR CASE IS THAT WITHOUT THE MRGO, THESE LEVEES WOULD HAVE |
| 14:29 | 13 | HELD AND MRGO CAUSED THEM TO FALL?  IT'S NOT SO MUCH ABOUT HOW |
| 14:30 | 14 | MUCH WATER GOT IN OVER THE LEVEES AS WHAT THE BREACHES CAUSED? |
| 14:30 | 15 | **MR. BRUNO:**  IT IS THE COAST GUARD CUTTER. |
| 14:30 | 16 | **THE COURT:**  THAT'S THE THEORY? |
| 14:30 | 17 | **MR. BRUNO:**  WE BELIEVE THIS IS THE COAST GUARD |
| 14:30 | 18 | CUTTER.  THIS EVIDENCE IS HOW BIG THAT COAST GUARD CUTTER WAS. |
| 14:30 | 19 | IT'S HUGE.  IT'S GIGANTIC. |
| 14:30 | 20 | **BY MR. BRUNO:** |
| 14:30 | 21 | **Q.**   NOT ONLY THAT, THIS VOLUME OF WATER, WHEN COMPARED TO THIS |
| 14:30 | 22 | VOLUME OF WATER, PROFESSOR -- |
| 14:30 | 23 | **A.**   YEAH.  IT'S EIGHT TIMES MORE, SO IT'S FOUR TIMES HIGHER |
| 14:30 | 24 | AND TWO TIMES LONGER. |
| 14:30 | 25 | **THE COURT:**  YOU SAID THIS IS THE 2C SCENARIO? |

| | | |
|---|---|---|
| 14:30 | 1 | **MR. BRUNO:**  YES. |
| 14:30 | 2 | **THE WITNESS:**  THIS ONE. |
| 14:30 | 3 | **THE COURT:**  I KNOW WE'LL BE COVERING OTHER SCENARIOS |
| 14:30 | 4 | LATER. |
| 14:30 | 5 | **THE WITNESS:**  THAT'S, IN FACT, A FAR HIGHER |
| 14:30 | 6 | DISCHARGE.  THEY STOP AT THE SAME TIME, BUT THEY START AT |
| 14:30 | 7 | DIFFERENT MOMENTS.  SO THE DURATION OF THE BLUE GRAPH IS TWO |
| 14:30 | 8 | TIMES LONGER THAN THE GRAY ONE AND FOUR TIMES HIGHER, SO THAT |
| 14:31 | 9 | MEANS THAT THE VOLUME IS TWO TIMES EIGHT -- TWO TIMES FOUR IS |
| 14:31 | 10 | EIGHT TIMES LARGER FOR THE BLUE GRAPH THAN FOR THE GRAY GRAPH. |
| 14:31 | 11 | BY MR. BRUNO: |
| 14:31 | 12 | **Q.**   IF AN EXPERT FOR THE GOVERNMENT TESTIFIES THAT, AT THE |
| 14:31 | 13 | NORTH BREACH, IT'S THE PRESSURE OF THE WATER THAT KNOCKS THE |
| 14:31 | 14 | WALL DOWN -- *IF*.  IF THAT'S SO, BASED UPON THIS HYDROGRAPH, |
| 14:31 | 15 | DOES THE MRGO SUBSTANTIALLY CONTRIBUTE TO THE PRESSURE THAT |
| 14:31 | 16 | KNOCKS DOWN THE WALL? |
| 14:31 | 17 | **A.**   YEAH, CERTAINLY, BECAUSE THE PRESSURE ON THE WALL THAT'S |
| 14:31 | 18 | OVERTOPPING IS LARGER THAN ON A WALL THAT IS JUST LOADED TO ITS |
| 14:31 | 19 | CREST. |
| 14:31 | 20 | **THE COURT:**  WOULD THIS BE A GOOD TIME TO TAKE ABOUT A |
| 14:31 | 21 | TEN-MINUTE RECESS -- |
| 14:31 | 22 | **MR. BRUNO:**  YES. |
| 14:31 | 23 | **THE COURT:**  -- FOR THE WITNESS, AS WELL AS EVERYBODY |
| 14:31 | 24 | HERE? |
| 14:31 | 25 | BY THE WAY, IF THOSE PLASMA SCREENS NEED TO BE |

FINAL DAILY COPY

```
14:31   1   REALIGNED FOR ANYBODY IN THE AUDIENCE -- IF Y'ALL CAN SEE THEM,
14:32   2   THE ONES IN THE BACK -- WE'LL BE GLAD TO TRY, BUT THEY PUT THEM
14:32   3   IN ABOUT AS WELL AS THEY CAN.  THANK YOU.
14:32   4           THE DEPUTY CLERK:  ALL RISE.
14:32   5           (WHEREUPON THE COURT TOOK A BRIEF RECESS.)
14:39   6           THE DEPUTY CLERK:  ALL RISE.
14:46   7           THE COURT:  PLEASE BE SEATED.  I KIND OF HAD A
14:47   8   PREMATURE RECESS.  I FORGOT I HAVE A 3:00 PHONE CONFERENCE I
14:47   9   HAVE TO BE ON.  SO WE WILL GO FOR HOWEVER LONG AND TAKE ANOTHER
14:47  10   BREAK.  I APOLOGIZE.  I FORGOT ABOUT IT.
14:47  11           MR. BRUNO:  LET'S GO TO THE NEXT SLIDE BECAUSE I KNOW
14:47  12   IT'S CONTROVERSIAL.  I'LL OUTLINE THIS FOR YOU, JUDGE.  THIS IS
14:47  13   THE SAME HYDROGRAPH, BUT NOW WE ARE ON THE WEST SIDE OF THE
14:47  14   IHNC, AND YOUR HONOR KNOWS THAT'S NOT PART OF THIS CASE.
14:47  15           THE COURT:  RIGHT.
14:47  16           MR. BRUNO:  BUT IF YOUR HONOR PLEASE, I WOULD LIKE TO
14:47  17   PRESERVE HIS TESTIMONY FOR USE IN SEPTEMBER SO I DON'T HAVE TO
14:47  18   DO IT AGAIN.  MAY I DO THAT?
14:47  19           THE COURT:  MR. SMITH, DO YOU HAVE ANY OBJECTION TO
14:47  20   IT?
14:47  21           MR. SMITH:  YOUR HONOR, I'M AFRAID I DO.  I CAN'T
14:47  22   COMMIT TO ALLOWING HIS TESTIMONY TO COME IN IN THE SEPTEMBER
14:47  23   TRIAL AT THIS TIME.  HE CAN --
14:47  24           MR. BRUNO:  I'M NOT ASKING THAT IT CAN COME IN.  I'M
14:47  25   ASKING THAT I MAKE MY RECORD AND THEN HE CAN -- I JUST WANT TO
```

14:47   1   MAKE MY RECORD.  YOU CAN LEAVE THE BENCH, AND I CAN DO IT

14:48   2   WITHOUT YOU ON THE BENCH AND JUST MAKE A RECORD.  YOU CAN

14:48   3   CHOOSE TO READ IT OR NOT.

14:48   4          **THE COURT:**  WAIT A MINUTE.  WE HAVE A TRIAL SET ON

14:48   5   THIS ISSUE.

14:48   6          **MR. BRUNO:**  EXACTLY.  I'M GOING TO HAVE TO --

14:48   7          **THE COURT:**  DO YOU INTEND TO USE THIS TESTIMONY --

14:48   8          **MR. BRUNO:**  YES.

14:48   9          **THE COURT:**  -- IN LIEU OF --

14:48   10          **MR. BRUNO:**  LIVE TESTIMONY.

14:48   11          **THE COURT:**  -- LIVE TESTIMONY?

14:48   12          **MR. BRUNO:**  YES.

14:48   13          **THE COURT:**  I DON'T KNOW IF I CAN SANCTION THIS RIGHT

14:48   14   NOW WITHOUT A MOTION AND A HEARING AND LOOKING AT THE RULES AND

14:48   15   GETTING THE GOVERNMENT'S POSITION.  WHEN I SAY "SANCTION," I

14:48   16   DON'T KNOW IF I CAN SAY YES, THIS IS GOING TO DO OR NOT --

14:48   17          **MR. BRUNO:**  WHAT I'M THINKING, JUDGE, IS --

14:48   18          **THE COURT:**  -- WITHOUT AGREEING.  WITH AGREEMENT, I

14:48   19   CAN DO IT.

14:48   20          **MR. BRUNO:**  NO, NO.  HOW ABOUT THIS?  HOW ABOUT IF I

14:48   21   PROFFER IT?  YOU CAN GO TAKE YOUR PHONE CALL, I CAN MAKE MY

14:48   22   RECORD, AND THEN WE CAN FILE MOTIONS UNTIL THE COWS COME HOME

14:48   23   SOME OTHER DAY; AT LEAST I HAVE A RECORD MADE.  ALL I WANT TO

14:48   24   DO IS PROFFER HIM.

14:48   25          **MR. SMITH:**  YOUR HONOR, HE CAN TAKE DEPOSITION


FINAL DAILY COPY

| 14:48 | 1 | TESTIMONY TO PRESERVE FOR A TRIAL IF HE WANTS TO, BUT THIS IS |
| 14:49 | 2 | INAPPROPRIATE. |
| 14:49 | 3 | **THE COURT:**  I THINK THIS IS A LITTLE ODD, I MUST SAY. |
| 14:49 | 4 | **MR. BRUNO:**  THIS WOULD BE JUST LIKE A DEPOSITION, |
| 14:49 | 5 | YOUR HONOR. |
| 14:49 | 6 | **THE COURT:**  WHEN YOU'RE DOING SOMETHING LIKE THIS, |
| 14:49 | 7 | LET'S HAVE A CONFERENCE, YOU KNOW, IN ADVANCE BECAUSE IT'S KIND |
| 14:49 | 8 | OF -- IT'S, IN ESSENCE, TESTIMONY IN THIS TRIAL FOR ANOTHER |
| 14:49 | 9 | TRIAL. |
| 14:49 | 10 | **MR. BRUNO:**  I'M SUGGESTING WE TAKE IT OUT OF THIS |
| 14:49 | 11 | TRIAL BY LETTING YOUR HONOR LEAVE THE BENCH AND LET ME PROFFER |
| 14:49 | 12 | IT, LET ME DO THE EXAMINATION SO THE WITNESS IS UNDER OATH AS |
| 14:49 | 13 | HE WOULD BE IF HE WAS IN A DEPOSITION.  YOU DON'T NEED TO BE |
| 14:49 | 14 | HERE.  IT'S A PROFFER. |
| 14:49 | 15 | **THE COURT:**  ONE PROBLEM.  IS MR. SMITH PREPARED TO |
| 14:49 | 16 | CROSS-EXAMINE THIS WITNESS? |
| 14:49 | 17 | **MR. BRUNO:**  JUDGE, IT'S THE SAME HYDROGRAPH.  WITH |
| 14:49 | 18 | ALL DUE RESPECT, NOW WE ARE REACHING.  IT'S THE SAME STUFF.  IT |
| 14:49 | 19 | DOESN'T IN ANY WAY -- I'M MOVING FROM ONE SIDE OF THE CHANNEL |
| 14:49 | 20 | TO THE OTHER SIDE. |
| 14:49 | 21 | **THE COURT:**  WHAT IS IT YOU'RE PRECISELY TRYING TO GET |
| 14:49 | 22 | IN, IN A PARAGRAPH, THAT DIAGRAM? |
| 14:49 | 23 | **MR. SMITH:**  YOUR HONOR, THAT'S ALREADY IN BECAUSE |
| 14:50 | 24 | THAT'S HIS EXPERT -- I MEAN, IT'S HIS EXPERT REPORT IN THE |
| 14:50 | 25 | MRGO. |

FINAL DAILY COPY

14:50    1    **MR. BRUNO:** I HAVE THREE QUESTIONS:  WHAT'S THE BLUE

14:50    2    LINE, WHAT'S THE GRAY LINE, AND I'LL SIT DOWN AND SHUT UP.

14:50    3    **THE COURT:** CAN WE STIPULATE WHAT THE BLUE LINE AND

14:50    4    THE GRAY LINE IS?

14:50    5    **MR. SMITH:** I THINK HIS REPORT DESCRIBES WHAT THESE

14:50    6    HYDROGRAPHS ARE.  I DON'T THINK WE NEED THIS TESTIMONY.

14:50    7    **THE COURT:** WELL, I UNDERSTAND -- FOR THE IHNC, YOU

14:50    8    MEAN?  WE ARE NOT TALKING ABOUT THIS TRIAL.  FOR THE IHNC

14:50    9    TRIAL?

14:50    10    **MR. SMITH:** YOUR HONOR, THEY SUBMITTED THE SAME

14:50    11    REPORT FOR THE MRGO CASE AS THEY SUBMITTED IN *ROBINSON*.  THIS

14:50    12    IS THEIR EXPERT REPORT FOR MRGO.  IF ALL THEY WANT TO DO IS

14:50    13    EXPLAIN WHAT THE REPORT SAYS, THE REPORT EXPLAINS WHAT THESE

14:50    14    FIGURES MEAN.  HE DOESN'T NEED MR. VRIJLING TO EXPLAIN THAT.

14:50    15    **THE COURT:** IS WHAT YOU WANT IS TO GET THIS IN

14:50    16    EVIDENCE?

14:50    17    **MR. BRUNO:** AND ASK HIM THREE QUESTIONS SO THAT I

14:50    18    WILL HAVE A COMPLETE RECORD.

14:50    19    **THE COURT:** I KNOW WHAT THE LINES ARE, AND I KNOW

14:50    20    WHAT THE VALUES ARE.

14:50    21    **MR. BRUNO:** RIGHT.

14:50    22    **THE COURT:** DO YOU HAVE SOME OPINION YOU WANT TO --

14:50    23    **MR. BRUNO:** THE SAME ONES YOU HAVE HEARD ME -- THE

14:50    24    IDENTICAL QUESTIONS THAT YOU HAVE HEARD ME ASK ALREADY I WOULD

14:51    25    ASK.  THAT'S WHY I SAY, IF I DO IT AS A PROFFER AND YOUR HONOR

| | | |
|---|---|---|
| 14:51 | 1 | IS NOT IN THE ROOM, THEN YOU CAN'T BE PREJUDICED BY WHAT YOU |
| 14:51 | 2 | MAY HEAR. |
| 14:51 | 3 | **THE COURT:**  YOU MAY BE DOING IT FOR ABSOLUTELY |
| 14:51 | 4 | NOTHING. |
| 14:51 | 5 | **MR. BRUNO:**  JUDGE, I DON'T MIND.  IT'S MY TIME TO |
| 14:51 | 6 | KILL.  JUDGE, I WOULD PREFER, IF YOU DON'T MIND, AT LEAST HAVE |
| 14:51 | 7 | THE TESTIMONY WITH YOU OFF THE BENCH, PROFFERED, IT'S IN THE |
| 14:51 | 8 | CAN.  IF I LOSE, I LOSE.  I HAVEN'T WASTED ANYBODY'S TIME, AND |
| 14:51 | 9 | YOU CAN TAKE YOUR PHONE CALL. |
| 14:51 | 10 | **MR. SMITH:**  YOUR HONOR, WITH ALL DUE RESPECT, THIS IS |
| 14:51 | 11 | A WASTE OF EVERYBODY'S TIME.  I DIDN'T COME TODAY PREPARED TO |
| 14:51 | 12 | ASK ANY QUESTIONS ABOUT THIS.  IF THIS EVIDENCE IS GOING TO BE |
| 14:51 | 13 | IMPORTANT IN THE TRIAL, IMPORTANT ENOUGH FOR HIM TO ASK |
| 14:51 | 14 | QUESTIONS ABOUT IT, I'M GOING TO HAVE A RIGHT TO CROSS-EXAMINE |
| 14:51 | 15 | THE WITNESS, AND I'M NOT PREPARED TO DO THAT. |
| 14:51 | 16 | **MR. BRUNO:**  I'LL DO WHATEVER YOU WANT, JUDGE.  I'M |
| 14:51 | 17 | TRYING TO SAVE US ALL A LITTLE TIME. |
| 14:51 | 18 | **THE COURT:**  I UNDERSTAND.  IT'S EXPENSIVE TO GET THIS |
| 14:51 | 19 | WITNESS BACK.  I UNDERSTAND ALL THAT.  HOPEFULLY, YOU CAN |
| 14:51 | 20 | STIPULATE TO THE GRAPH, AND THE COURT WILL KNOW WHAT THE HECK |
| 14:51 | 21 | IT MEANS, IF THAT'S ALL YOU WANT. |
| 14:51 | 22 | **MR. BRUNO:**  IT TAKES TWO TO STIPULATE. |
| 14:52 | 23 | **THE COURT:**  I UNDERSTAND.  IF ALL HE IS TALKING |
| 14:52 | 24 | ABOUT, MR. BRUNO, IS BLUE LINES, GRAY LINES, I KNOW WHAT THEY |
| 14:52 | 25 | ALL MEAN.  I KNOW WHAT THE GRAPH MEANS NOW -- |

14:52   1            **MR. BRUNO:**  YES, JUDGE.

14:52   2            **THE COURT:**  -- EXCEPT THAT'S THE GRAPH AT THE IHNC

14:52   3   LOCATION.

14:52   4            **MR. BRUNO:**  RIGHT.

14:52   5            **THE COURT:**  HOPEFULLY, YOU WILL BE ABLE TO STIPULATE

14:52   6   TO THAT UNLESS IT'S JUST PURELY OBDURATE AND OBSTRUCTION.  IF

14:52   7   THAT'S ALL YOU WANT.  IF IT'S SOMETHING ELSE, WELL, YOU KNOW,

14:52   8   THEN -- AND MAYBE IT'S NOT.  I DON'T KNOW.  I DON'T KNOW THE

14:52   9   CONTEXT.

14:52   10            **MR. BRUNO:**  WITH THAT, JUDGE, I WAS MERELY TRYING TO

14:52   11   SAVE US A LITTLE TIME.  LET'S MOVE TO THE NEXT SLIDE.  LET'S

14:52   12   VERY QUICKLY FINISH THIS --

14:52   13            **THE COURT:**  I HAVEN'T SEEN MUCH BY ANYBODY'S STRATEGY

14:52   14   TO TRY TO SAVE TIME OR MONEY, AND I MIGHT SAY -- NOT

14:52   15   NECESSARILY FROM YOU, MR. BRUNO.  DON'T LOOK LIKE AN ARROW HAS

14:52   16   BEEN SHOT INTO YOUR HEART.  I'M SPECIFICALLY TALKING ABOUT THE

14:52   17   GOVERNMENT RIGHT NOW.

14:52   18            **MR. BRUNO:**  ALL RIGHT.

14:52   19            **THE COURT:**  EBIA IS SEPARATED BECAUSE OF THE

14:52   20   GOVERNMENT'S MOTION, AND I GRANTED IT BECAUSE I THOUGHT IT WAS

14:52   21   LEGALLY CORRECT.  WHETHER IT MAKES SENSE OR NOT FROM A

14:53   22   STRATEGIC STANDPOINT OR A MONEY STANDPOINT, THAT'S UP TO THE

14:53   23   GOVERNMENT TO DECIDE.  FROM MY STANDPOINT, IT MAKES NONE, BUT I

14:53   24   RULED THE WAY I DID.  THAT'S IT.  I DON'T WANT TO KNOW YOUR

14:53   25   STRATEGY.  I'M JUST TELLING YOU WHAT I FEEL, AND I WILL TELL

FINAL DAILY COPY

14:53      1     YOU MORE WHAT I FEEL IF YOU WANT ME TO.

14:53      2            **MR. SMITH:**  I WOULD LIKE TO BE HEARD ON THAT,

14:53      3     YOUR HONOR.

14:53      4            **THE COURT:**  WELL, YOU CAN BE HEARD LATER ON.  RIGHT

14:53      5     NOW, WE ARE MOVING ON.  SIT DOWN.  SIT DOWN.

14:53      6            **MR. SMITH:**  VERY QUICKLY --

14:53      7            **THE COURT:**  IT DID NOT HELP THIS TRIAL.  THAT'S ALL.

14:53      8     IT DID NOT HELP.  IT IS NOT EFFICIENT.  IT MAY HAVE BEEN

14:53      9     STRATEGICALLY BRILLIANT.  I DON'T KNOW.  BUT WE ARE GOING TO

14:53     10     HAVE A SEPARATE TRIAL ON THIS ISSUE THAT COULD HAVE BEEN

14:53     11     BROUGHT IN THIS TRIAL.

14:53     12            I RULED IN YOUR FAVOR, MR. SMITH.  I'M JUST

14:53     13     SAYING IT'S NOT EFFICIENT BY MY LIKES.  YOU CAN SIT HERE UNTIL

14:53     14     THE COWS COME HOME AND YOU'RE NOT GOING TO TELL ME IT'S

14:53     15     EFFICIENT.  IT MAY HAVE BEEN STRATEGICALLY BRILLIANT FOR

14:53     16     REASONS THAT ARE UNFATHOMABLE TO ME, BUT YOU'RE TRYING THE

14:53     17     CASE.

14:53     18            I'M JUST STATING RIGHT NOW I DON'T WANT TOO MUCH

14:53     19     FINGER-POINTING OR I'M GOING TO START POINTING FINGERS AT

14:53     20     EVERYBODY.  THAT'S IT.  THE COURT GETS A SAY EVERY NOW AND

14:54     21     THEN.  YOU KNOW, THE COURT HAS BEEN A LITTLE DELUGED BY LOTS OF

14:54     22     STUFF.  FRANKLY, I DON'T WANT ANYBODY GETTING OVERLY PIOUS OR

14:54     23     SANCTIMONIOUS HERE.  NO ONE, INCLUDING THE COURT, SHOULD.  GO

14:54     24     AHEAD.

14:54     25            **MR. BRUNO:**  JUST TO WRAP THIS UP, JUDGE, BEFORE YOUR

923

| | | |
|--|--|--|
|14:54|1|3:00, WE CAN SPEED THROUGH THESE.  THE NEXT LOCATION IS THE|
|14:54|2|IHNC EAST, WHICH WE'LL SKIP.|
|14:54|3|          I'M SORRY.  BACK UP.  WE ARE ON THE RIGHT SIDE|
|14:54|4|OF THE -- THIS IS THE EAST.|
|14:54|5|BY MR. BRUNO:|
|14:54|6|Q.   IHNC EAST, YOU'LL SEE THE SAME THING.  THE BLUE LINE IS|
|14:54|7|SCENARIO 1, PROFESSOR.|
|14:54|8|A.   YES.|
|14:54|9|Q.   THE GRAY LINE IS SCENARIO 3.  WE SEE A COUPLE OF THINGS.|
|14:54|10|ONE, THE OVERTOPPING RATES ARE SUBSTANTIALLY LOWER, AND WE SEE|
|14:54|11|THAT THE OVERTOPPING OCCURS SUBSTANTIALLY LATER; CORRECT?|
|14:54|12|A.   YES, CORRECT.|
|14:54|13|Q.   THE NEXT SLIDE.|
|14:54|14|     MR. BRUNO:  AGAIN, JUDGE, FOR THE RECORD, THE|
|14:54|15|LOCATIONS ARE MAPPED ON THAT MAP.  YOU CAN FIGURE OUT WHERE|
|14:54|16|THESE THINGS ARE.|
|14:54|17|BY MR. BRUNO:|
|14:55|18|Q.   THIS IS CHALMETTE WEST OF PARIS ROAD.  ONCE AGAIN, THE|
|14:55|19|BLUE LINE IS SCENARIO 1.  THE GRAY LINE IS SCENARIO 2C.  WE SEE|
|14:55|20|AGAIN THAT THE OVERTOPPING RATES ARE EXTREMELY HIGH FOR|
|14:55|21|SCENARIO 1; RIGHT?|
|14:55|22|A.   YES.|
|14:55|23|Q.   SCENARIO 2C, IT'S DOWN AROUND A LITTLE UNDER 15; RIGHT?|
|14:55|24|A.   YES, RIGHT, AND THE GREEN ONE IS --|
|14:55|25|Q.   THE VOLUMES OF WATER ARE SUBSTANTIALLY DIFFERENT BETWEEN|

14:55    1    SCENARIO 1 AND SCENARIO 2C?

14:55    2    **A.**   YEAH, YEAH.

14:55    3    **Q.**   NEXT SLIDE.  HERE AGAIN, WE ARE AT BAYOU BIENVENUE.  THE

14:55    4    SAME THING IS TRUE.  THE BLUE IS HIGHER THAN THE 2C, SO THE

14:55    5    OVERTOPPING RATES ARE FAR DIFFERENT.  THE TIMING OF THE

14:55    6    OVERTOPPING IS THE SAME, THOUGH; RIGHT?

14:55    7    **A.**   YEAH.

14:55    8    **Q.**   NEXT SLIDE.  THIS IS HALFWAY BETWEEN BIENVENUE AND DUPRE.

14:55    9    YOU MAY NOT SEE IT, BUT THE 2C IS ALMOST FLAT.  RIGHT,

14:55   10    PROFESSOR?

14:56   11    **A.**   YEAH.  I MADE A GREEN DOT JUST TO SHOW WHERE IT IS.

14:56   12    **Q.**   SO THE OVERTOPPING RATES HERE ARE ALMOST NEGLIGIBLE, AND

14:56   13    THE VOLUME IS ONLY 100 SQUARE FEET VERSUS 5,800 SQUARE FEET AT

14:56   14    THIS LOCATION?

14:56   15    **A.**   YEAH.

14:56   16    **Q.**   SO THERE'S A LOT MORE WATER GOING OVER A LOT FASTER IN

14:56   17    THIS LOCATION IN SCENARIO 1 THAN IN SCENARIO 2C; IS THAT

14:56   18    CORRECT?

14:56   19    **A.**   YES, THAT'S CORRECT.

14:56   20          **MR. BRUNO:**  NEXT SLIDE, PLEASE.  NOW, THIS IS THE

14:56   21    LAST SLIDE IN THE SERIES, JUDGE.

14:56   22    **BY MR. BRUNO:**

14:56   23    **Q.**   THIS IS BAYOU DUPRE.  HERE AGAIN, WE SEE THAT SCENARIO 1

14:56   24    IS WELL OVER 15 CUBIC FEET PER SECOND.  SCENARIO 2C IS A LITTLE

14:56   25    UNDER 10, ABOUT 8 CUBIC FEET PER SECOND.

                            FINAL DAILY COPY

14:56    1   **A.**   YEAH.

14:56    2   **Q.**   IT STARTS A LITTLE LATER.

14:56    3   **A.**   YEAH, A LITTLE BIT.

14:56    4   **Q.**   A LITTLE BIT.  THE VOLUMES ARE ROUGHLY HALF THE VOLUME OF

14:56    5   WATER --

14:57    6   **A.**   YEAH.

14:57    7   **Q.**   -- AS OPPOSED TO SCENARIO 1?

14:57    8   **A.**   YEAH.

14:57    9        **MR. BRUNO:**  JUDGE, THAT IS GOOD TIME TO BREAK BECAUSE

14:57   10   WE ARE MOVING INTO THE SWAN AND I THINK -- DID YOU SAY 3:00?

14:57   11        **THE COURT:**  YES.  THE COURT WILL HAVE ITS

14:57   12   CONVERSATION AND WILL COME BACK.  HOPEFULLY, IT WON'T LAST

14:57   13   LONGER THAN 15 MINUTES.

14:57   14        **MR. BRUNO:**  THANK YOU, JUDGE.

14:57   15        **THE DEPUTY CLERK:**  ALL RISE.

14:57   16        (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

15:28   17        **THE DEPUTY CLERK:**  ALL RISE.

15:29   18        **THE COURT:**  PLEASE BE SEATED.  I JUST WANT TO TELL

15:29   19   MR. SMITH, AT THE END OF THE EVIDENCE, I'M GOING TO LET YOU

15:29   20   MAKE AN UNREBUTTED STATEMENT INTO THE RECORD AS TO THE COURT'S

15:29   21   COMMENTS, IN FAIRNESS.  SINCE I DIDN'T GIVE YOU A CHANCE, THEN

15:29   22   I THINK IT'S ONLY FAIR.  THE COURT WON'T ARGUE WITH YOU.  YOU

15:29   23   CAN MAKE YOUR STATEMENT AS YOU WOULD LIKE.  I THINK THAT'S ONLY

15:29   24   FAIR.

15:29   25        NONE OF THIS RELATES TO HOW I'M GOING TO RULE ON

| | | |
|---|---|---|
| 15:29 | 1 | THE CASE.  IT RELATES TO MY FRUSTRATION FACTOR, WHICH EBBS AND |
| 15:29 | 2 | FLOWS LIKE THE TIDE.  GO AHEAD. |
| 15:29 | 3 | **MR. BRUNO:**  JUDGE, WE UNDERSTAND THAT. |
| 15:29 | 4 | **THE COURT:**  SOMETIMES THE TIDE IS LIKE IT IS IN |
| 15:29 | 5 | NOVA SCOTIA; SOMETIMES LIKE IN LOUISIANA.  I WISH IT COULD BE |
| 15:29 | 6 | MORE CONSTANT, BUT THAT'S THE WAY IT GOES. |
| 15:29 | 7 | **MR. BRUNO:**  WE ARE TALKING ABOUT WAVES, JUDGE, AND |
| 15:29 | 8 | LET ME ORIENT YOU.  WE ARE NOW MOVING TO ANOTHER REPORT.  THIS |
| 15:29 | 9 | IS THE WAVE REPORT, WHICH HAS ITS OWN TITLE.  JUDGE, THE |
| 15:29 | 10 | DOCUMENT NUMBER IS PX-103, AND IF I COULD DIRECT YOUR ATTENTION |
| 15:30 | 11 | TO PAGE 6. |
| 15:30 | 12 | **BY MR. BRUNO:** |
| 15:30 | 13 | **Q.**   PROFESSOR, LET ME JUST ASK YOU THIS QUESTION.  IN YOUR |
| 15:30 | 14 | REPORT -- AND I'LL TAKE SOME LICENSE.  I WANT TO MOVE THIS |
| 15:30 | 15 | ALONG.  IN YOUR REPORT YOU SAY, "WHAT IS LACKING IN LOUISIANA |
| 15:30 | 16 | IS REAL WAVE DATA DURING THE PASSAGE OF MAJOR HURRICANES. |
| 15:30 | 17 | DURING KATRINA, OTHER THAN SOME QUESTIONABLE WAVE DATA |
| 15:30 | 18 | COLLECTED IN LAKE PONTCHARTRAIN, NO DATA EXISTS IN THE NEAR |
| 15:30 | 19 | SHORE AND ESPECIALLY IN WATER BODIES SUCH AS LAKE BORGNE.  THIS |
| 15:30 | 20 | NECESSITATES THE USE OF WAVE-SIMULATION MODELS TO TRY TO |
| 15:30 | 21 | DECIPHER WHAT HAPPENS IN THE MRGO DURING PASSAGE OF MAJOR |
| 15:30 | 22 | HURRICANES." |
| 15:30 | 23 | PLEASE SHARE WITH JUDGE DUVAL WHAT YOU AND YOUR TEAM |
| 15:30 | 24 | DID TO LOCATE WAVE DATA GENERATED BY THE U.S. ARMY CORPS OF |
| 15:30 | 25 | ENGINEERS IN THE PAST OR DURING KATRINA, OR ANY OTHER BODY TO |

15:30    1    ASSIST YOU IN THIS EVALUATION.

15:30    2    **A.**    YEAH.  WE TRIED TO FIND WAVE DATA IN THE SAME SEQUENCE AS

15:31    3    WE FOUND THESE HYDROGRAPHS, MEASUREMENTS OF WATER LEVEL, BUT WE

15:31    4    WEREN'T ABLE TO FIND REAL MEASURED WAVES.  SO MAYBE THERE ARE,

15:31    5    BUT WE WEREN'T ABLE TO FIND THEM.  ALSO, WE DIDN'T GET THEM

15:31    6    FROM THE EXPERTS FROM YOUR SIDE, SO THAT WAS WHY WE HAD NO WAY

15:31    7    TO VERIFY OUR WAVE CALCULATIONS IN THE SAME SENSE AS WE WERE

15:31    8    ABLE TO VERIFY OUR FINELS.

15:31    9           **THE COURT:**  JUST CURIOUS.  IS THERE MORE ROBUST WAVE

15:31   10    DATA IN THE NETHERLANDS?

15:31   11           **THE WITNESS:**  IN THE NETHERLANDS, AT ALL IMPORTANT

15:31   12    POINTS OF OUR COAST, THERE ARE WAVE-MEASUREMENT GAUGES

15:31   13    INSTALLED AND THEY CONTINUOUSLY STAY RECORDING THE WAVES.  IN

15:31   14    SOME INSTANCES IN AMERICA, TOO, BUT APPARENTLY NOT HERE.

15:31   15    **BY MR. BRUNO:**

15:31   16    **Q.**    IN FACT, PROFESSOR VRIJLING, YOUR WAVE STUDY IS THE FIRST

15:31   17    WAVE STUDY EVER DONE BY ANYBODY TO ASSESS THE IMPACT OF THE

15:32   18    MRGO ON WAVES IN A HURRICANE ENVIRONMENT; ISN'T THAT TRUE?

15:32   19    **A.**    YEAH.  THAT SEEMS TO BE TRUE, BECAUSE EVEN

15:32   20    MR. BRETSCHNEIDER WAS ONLY LOOKING INTO WIND SETUP AND NOT INTO

15:32   21    THE WAVES IN HIS STUDIES.  SO IT SURPRISED ME BECAUSE HE WOULD

15:32   22    SURELY KNOW THAT WAVES ARE AT LEAST AS IMPORTANT AS WATER

15:32   23    LEVELS.

15:32   24    **Q.**    AS AN EXPERT IN YOUR FIELD, DO YOU THINK IT VIOLATES THE

15:32   25    STANDARD OF CARE IN ENGINEERING NOT TO HAVE EVALUATED THE

FINAL DAILY COPY

15:32    1    IMPACT OF THE MRGO ON WAVES IN ORDER TO ASSESS WHETHER OR NOT

15:32    2    THE MRGO MAY HAVE SOME DELETERIOUS EFFECT ON THAT HURRICANE

15:32    3    PROTECTION STRUCTURE?

15:32    4            **MR. SMITH:**  OBJECTION, YOUR HONOR.  IT'S BEYOND THE

15:32    5    SCOPE OF HIS EXPERT REPORT.  AGAIN, HE IS BEING ASKED TO OPINE

15:32    6    BY STANDARDS RELATED TO -- I ASSUME THIS IS LEVEE DESIGN,

15:32    7    ALTHOUGH THE QUESTION IS VAGUE.

15:32    8            **MR. BRUNO:**  I DON'T SEE THIS AS LEVEE DESIGN.  I SEE

15:32    9    THIS AS AN INQUIRY, WHICH IS THE SAME INQUIRY HE DESCRIBES, AS

15:32   10    TO WHETHER OR NOT AS AN ENGINEER --

15:33   11            **THE COURT:**  I KNOW WE ARE GOING TO BE TALKING A LOT

15:33   12    ABOUT WAVES, AND WE HAVE, AND WE'LL BE TALKING ABOUT THE WAY

15:33   13    THE WAVES IMPACTED THE DYNAMIC OF THE FAILURE OF THE LEVEE.  I

15:33   14    UNDERSTAND THAT.

15:33   15            MR. SMITH'S FIRST OBJECTION WAS IT'S BEYOND THE

15:33   16    SCOPE OF HIS REPORT.  YOU MIGHT JUST WANT TO ARGUE THAT.

15:33   17            **MR. BRUNO:**  RIGHT.  JUDGE, I POINT OUT THAT PROFESSOR

15:33   18    VRIJLING WROTE HUNDREDS OF PAGES ABOUT WAVES AND WHAT THE

15:33   19    STANDARDS OF --

15:33   20            **THE COURT:**  I'M GOING TO ALLOW THE QUESTION EVEN

15:33   21    THOUGH IT IS NOT SPECIFICALLY MENTIONED IN HIS REPORT BECAUSE

15:33   22    IT'S WITHIN THE SCOPE OF THE STUDY ABOUT WAVES, BUT I'M GOING

15:33   23    TO HAVE TO GIVE THE GOVERNMENT THE SAME LATITUDE DURING ITS

15:33   24    CASE.

15:33   25            **MR. BRUNO:**  THAT'S FINE, JUDGE.  WE WILL NOT OBJECT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:33 | 1 | **THE COURT:** WELL, YOU MIGHT OBJECT.  I BET YOU DO. |
| 15:33 | 2 | **THE WITNESS:**  IN GENERAL, ENGINEERS RELY ON MODELS. |
| 15:33 | 3 | IN ORDER TO HAVE RELIABLE MODELS, YOU MUST VERIFY THEM, BECAUSE |
| 15:33 | 4 | THE HUMAN MIND IS VERY STRONG, BUT NATURE IS MORE CLEVER.  SO |
| 15:34 | 5 | IT'S ALWAYS NECESSARY TO VERIFY THESE MODELS.  WE VERIFIED THE |
| 15:34 | 6 | MODELS, AS WE SHOWED, FOR WATER LEVELS AND SURGES.  SO, IN THE |
| 15:34 | 7 | SAME SENSE, YOU HAVE TO VERIFY YOUR WAVE MODELS.  THAT'S IN |
| 15:34 | 8 | HOLLAND, ALSO, AN ONGOING EFFORT, ALSO WITH THE SWAN MODEL. |
| 15:34 | 9 | **BY MR. BRUNO:** |
| 15:34 | 10 | **Q.**   PROFESSOR, YOU ADVISED THE PLAINTIFFS GROUP THAT YOU |
| 15:34 | 11 | SHOULD, IN ORDER TO ASSESS THE IMPACT OF THE MRGO, EVALUATE |
| 15:34 | 12 | WAVES; RIGHT? |
| 15:34 | 13 | **A.**   YEAH. |
| 15:34 | 14 | **Q.**   DO YOU HAVE AN OPINION AS TO WHETHER OR NOT, DURING THE 40 |
| 15:34 | 15 | YEARS THAT THIS CHANNEL HAS EXISTED RIGHT OUTSIDE THE FRONT |
| 15:34 | 16 | DOOR OF THIS LEVEE, SOMEBODY SHOULD HAVE EVALUATED THE MRGO FOR |
| 15:34 | 17 | ITS IMPACT ON WAVES? |
| 15:34 | 18 | **A.**   YEAH, IT SHOULD HAVE BEEN DONE.  I'M NOT AWARE THAT IT HAS |
| 15:34 | 19 | BEEN DONE, BUT YOU CAN -- THERE ARE SIMPLE GRAPHS IN THE |
| 15:34 | 20 | *SHORE PROTECTION MANUAL*, SO YOU CAN DO IT IN FIVE MINUTES AND |
| 15:34 | 21 | NOBODY SEES YOU DOING IT. |
| 15:34 | 22 | **Q.**   NEXT SLIDE, PLEASE.  ALL RIGHT.  NOW, TO DO YOUR WAVE |
| 15:35 | 23 | ANALYSIS, ONCE AGAIN WE HAD THE BOUNDARY CONDITIONS AS |
| 15:35 | 24 | INDICATED ON OUR LITTLE CHART HERE.  WE HAD TO GET INFORMATION |
| 15:35 | 25 | ABOUT TOPOGRAPHY? |

| | | |
|---|---|---|
| 15:35 | 1 | **A.**   YES. |
| 15:35 | 2 | **Q.**   BATHYMETRY? |
| 15:35 | 3 | **A.**   YEAH. |
| 15:35 | 4 | **Q.**   AND THE HABITAT? |
| 15:35 | 5 | **A.**   YES. |
| 15:35 | 6 | **Q.**   WE HAD TO, ONCE AGAIN, COMPARE THE SCENARIO 1 TOPOGRAPHY, |
| 15:35 | 7 | BATHYMETRY, AND HABITAT TO THE SCENARIO 2, NO MRGO, BATHYMETRY, |
| 15:35 | 8 | TOPOGRAPHY, AND HABITAT; CORRECT? |
| 15:35 | 9 | **A.**   CORRECT. |
| 15:35 | 10 | **Q.**   HERE WE HAVE THE MAP THAT WAS UTILIZED TO IDENTIFY THE |
| 15:35 | 11 | VARIOUS HABITAT AREAS IN THE SUBJECT AREA; RIGHT? |
| 15:35 | 12 | **A.**   YES, RIGHT. |
| 15:35 | 13 | **Q.**   THE PECULIAR LINES, AS YOU SEE THEM, THOSE WERE GIVEN TO |
| 15:35 | 14 | YOU BY DUNCAN FITZGERALD, JOHN DAY, PAUL KEMP, AND THE LIKE; |
| 15:35 | 15 | RIGHT? |
| 15:35 | 16 | **A.**   YEAH, THAT'S RIGHT. |
| 15:36 | 17 | **Q.**   BECAUSE THEY KNOW MORE ABOUT THE GEOGRAPHY THAN YOU DO? |
| 15:36 | 18 | **A.**   YEAH. |
| 15:36 | 19 | **Q.**   NOW, IT WAS NECESSARY, IN ORDER TO DO THE COMPARISON |
| 15:36 | 20 | BETWEEN THE SCENARIO 1 AND SCENARIO 2, TO ALSO HAVE INFORMATION |
| 15:36 | 21 | ABOUT HABITAT; CORRECT? |
| 15:36 | 22 | **A.**   YEAH. |
| 15:36 | 23 | **Q.**   ONE OF THE ALLEGATIONS MADE BY THE PLAINTIFFS HERE IS THAT |
| 15:36 | 24 | THE MRGO CAUSED SOME DAMAGE TO THE HABITAT OVER TIME SINCE IT |
| 15:36 | 25 | WAS PUT INTO PLACE? |

FINAL DAILY COPY

| 15:36 | 1 | **A.**   YEAH. |
| 15:36 | 2 | **Q.**   YOU RELIED ON OTHER EXPERTS TO TELL YOU WHAT THAT DAMAGE |
| 15:36 | 3 | WAS? |
| 15:36 | 4 | **A.**   YES. |
| 15:36 | 5 | **Q.**   AND OTHER EXPERTS TO TELL YOU HOW THAT SHOULD BE |
| 15:36 | 6 | CHARACTERIZED; RIGHT? |
| 15:36 | 7 | **A.**   YEAH. |
| 15:36 | 8 | **Q.**   NOW, WOULD YOU TELL THE COURT WHAT YOU USED IN SCENARIO 1 |
| 15:36 | 9 | TO CHARACTERIZE THE HABITAT. |
| 15:36 | 10 | **A.**   WE USED MARSHLAND.  BECAUSE SCENARIO 1 WAS THE FIRST ONE, |
| 15:36 | 11 | WE DID NOT PAY SO MUCH ATTENTION TO IT.  SO WE MODELED IT JUST |
| 15:36 | 12 | AS WITH A SINGLE COEFFICIENT AND DID NOT MAKE ANY DIFFERENCE |
| 15:37 | 13 | BETWEEN THE VARIOUS MARSH TYPES, WOOD TYPES, AND SO ON.  SO IT |
| 15:37 | 14 | WAS ONLY WATER AND MARSH, TWO DIFFERENT THINGS. |
| 15:37 | 15 | **Q.**   ARE YOU SATISFIED THAT THAT WAS -- |
| 15:37 | 16 | **A.**   SCENARIO 1. |
| 15:37 | 17 | **Q.**   ARE YOU SATISFIED THAT WAS THE CORRECT WAY TO DO IT? |
| 15:37 | 18 | **A.**   YEAH.  AFTERWARDS, WE DISCOVERED IT WAS A LITTLE BIT MORE |
| 15:37 | 19 | COMPLICATED, BUT THAT AS A FIRST TIME IT WAS THE RIGHT WAY TO |
| 15:37 | 20 | DO IT. |
| 15:37 | 21 | **Q.**   ALL RIGHT.  NOW -- |
| 15:37 | 22 | **THE COURT:**  MR. BRUNO, I'M GOING TO INTERRUPT YOU, |
| 15:37 | 23 | I'M SORRY, JUST FOR A SECOND BECAUSE SOMETHING IS ON MY MIND. |
| 15:37 | 24 | IT DOESN'T NEED TO BE ON THE RECORD.  I JUST NEED TO TALK TO |
| 15:37 | 25 | YOU AND MR. SMITH.  IT'S ABOUT LOGISTICS. |

15:37   1           (WHEREUPON THERE WAS A CONFERENCE AT THE BENCH

15:37   2   OUTSIDE THE PRESENCE OF THE COURT REPORTER.)

15:38   3          **THE COURT:**  THANK YOU.  JUST LOGISTICS.  MY WORRIES

15:38   4   HAVE BEEN ASSUAGED.  GO AHEAD.

15:38   5          **MR. BRUNO:**  I'M ADVISED, JUDGE, I DIDN'T TELL YOU THE

15:38   6   LAST SLIDE NUMBER WAS PX-103 AT PAGE 22.

15:38   7   **BY MR. BRUNO:**

15:38   8   **Q.**  LET'S GO TO THE NEXT SLIDE, PLEASE.  NOW, FOR THE

15:38   9   VEGETATION THAT WE BELIEVE EXISTED IN 1958, WHAT DID YOU DO TO

15:38   10   HAVE THE COMPUTER SIMULATE THOSE CONDITIONS?

15:38   11   **A.**  IN YOUR FEET IN THE -- YOU HAVE TO ADJUST THE FRICTION IN

15:38   12   THE SWAN MODEL TO THE TYPE OF HABITAT AND NUMBER OF TREES AND

15:39   13   THE REEDS.  THERE'S A SIMPLE MODEL TO DO THAT.  IT'S THE

15:39   14   COLLINS FORMULA, AND IT TAKES INTO ACCOUNT THE -- SO THE FIRST

15:39   15   COLUMN WITH NUMBERS YOU SEE, "FRICTION," GIVES US THE RESULT,

15:39   16   THE FRICTION NUMBER.

15:39   17          THE SECOND COLUMN GIVES US THE RIGIDITY OF THE STEMS.

15:39   18   SO YOU SEE THAT MARSH HAS THE RIGIDITY OF ONLY .5 AND THE

15:39   19   CYPRESS TREES .9.

15:39   20          THEN THE COLUMN BESIDES THAT HAS THE DIAMETER OF THE

15:39   21   STEMS, WHICH IS 1 CENTIMETER FOR THE MARSH AND A HALF A METER

15:39   22   FOR THE TREES.  THEN WE HAVE THE NUMBER OF PLANTS PER SQUARE

15:39   23   METER, WHICH IS .49 FOR THE MARSH AND .9 FOR THE TREES.  THEN,

15:39   24   FINALLY, THE AGE OF THE VEGETATION.  THESE ARE MULTIPLIED WITH

15:39   25   EACH OTHER, AND THAT GIVES A NUMBER FOR THE ENERGY LOSS THAT IS

| | | |
|---|---|---|
| 15:39 | 1 | FED INTO SWAN.  SO BE AWARE THAT SWAN DOESN'T KNOW HOW HIGH THE |
| 15:40 | 2 | TREES; IT'S JUST A NUMBER TO GIVE THE FRICTION. |
| 15:40 | 3 | **Q.**   AS WE LEARNED WITH REGARD TO MANNING'S, THE COMPUTER CAN'T |
| 15:40 | 4 | SEE THE TREES, THE MARSH, THE PLANTS, SO WE HAVE TO -- |
| 15:40 | 5 | **A.**   NOT AT ALL.  THERE'S ONLY A FRICTION COEFFICIENT. |
| 15:40 | 6 | **Q.**   BUT WITH THE SWAN MODEL, INSTEAD OF USING A MANNING'S |
| 15:40 | 7 | COEFFICIENT, WE HAVE TO USE A COLLINS? |
| 15:40 | 8 | **A.**   FRICTION.  YEAH.  CFR. |
| 15:40 | 9 | **Q.**   NOW, PROFESSOR, WE CAN'T GO BACK IN TIME IN OUR TIME |
| 15:40 | 10 | MACHINE AND SEE EXACTLY WHAT WAS THERE IN 1958, SO IN THIS CASE |
| 15:40 | 11 | I SEE THAT YOU AND YOUR TEAM ESTABLISHED THREE DIFFERENT |
| 15:40 | 12 | VERSIONS OF WHAT MAY HAVE BEEN THE VEGETATION -- |
| 15:40 | 13 | **A.**   YEAH. |
| 15:40 | 14 | **Q.**   -- IN 1958; CORRECT? |
| 15:40 | 15 | **A.**   YES, THAT'S CORRECT. |
| 15:40 | 16 | **Q.**   VERSION G SUGGESTED SOME MARSH AND CYPRESS TREES? |
| 15:40 | 17 | **A.**   YEAH.  SO THAT WOULD BE -- IF YOU LISTEN CAREFULLY TO THE |
| 15:40 | 18 | PEOPLE OF THE ECOLOGY, THEY WOULD THINK THAT IT WAS LIKE THIS, |
| 15:40 | 19 | HUH, THE MARSHES AND THE TREES.  THIS WAS DISCUSSED YESTERDAY |
| 15:40 | 20 | BY -- |
| 15:40 | 21 | **Q.**   BY JOHN DAY? |
| 15:41 | 22 | **A.**   -- JOHN DAY. |
| 15:41 | 23 | **Q.**   ANOTHER VERSION THAT YOU AND YOUR TEAM MEASURED WAS TO |
| 15:41 | 24 | TREAT IT AS IF IT WAS MODERATE DENSE MARSH? |
| 15:41 | 25 | **A.**   YEAH. |

15:41   1   **Q.**   THAT'S THE --

15:41   2   **A.**   EXCEPT IT WAS PERMEABLE MARSH, YEAH, BUT NOT TOO MUCH

15:41   3   PLANTS.

15:41   4   **Q.**   THE THIRD VERSION IS "I," WHICH IS DENSE MARSH?

15:41   5   **A.**   DENSE MARSH, YES.

15:41   6   **Q.**   WHICH ONE DID YOU DECIDE TO USE?

15:41   7   **A.**   WE CHOSE THE MIDDLE GROUND THAT IS VERSION "I" TO BE A

15:41   8   LITTLE BIT CONSERVATIVE AND TO NOT TO FOLLOW COMPLETELY

15:41   9   OPTIMISTIC IDEAS ABOUT HEAVY TREE MARSH AND SO ON AND THE

15:41   10  ENORMOUS REDUCTION OF WAVES.  SO WE CHOSE "I" TO BE CERTAIN AND

15:41   11  SAFE.

15:41   12          **THE COURT:**  LET ME ASK YOU A QUESTION, PROFESSOR.  AS

15:41   13  AN EXAMPLE, THE LA LOUTRE RIDGE, IS THAT COMPONENT, THE HIGHER

15:41   14  ELEVATION, PLACED IN THERE OR --

15:41   15          **THE WITNESS:**  YEAH, THAT'S THERE.  SO IT'S IN

15:41   16  ADDITION -- SO FIRST YOU HAVE THE BATHYMETRY.  SO IF THERE'S A

15:41   17  RIDGE, YES, THAT IS IN THE MODEL, IN THE BOTTOM TOPOGRAPHY OF

15:42   18  THE MODEL.  BUT THEN THE SECOND QUESTION IS WHAT IS ON THAT

15:42   19  RIDGE:  IS IT HEAVILY VEGETATIVE OR IS IT ROUGH OR IS IT VERY

15:42   20  ROUGH?  YEAH.  YEAH, AND THEN --

15:42   21          **THE COURT:**  YOU START WITH --

15:42   22          **THE WITNESS:**  YEAH.  IS IT ROUGH?  IS THERE MARSH OR

15:42   23  TREES?  IN ADDITION TO THE BOTTOM TOPOGRAPHY, YOU HAVE THIS

15:42   24  COEFFICIENT.

        25

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 15:42 | 1 | **BY MR. BRUNO:** |
| 15:42 | 2 | **Q.**   AGAIN, TO MAKE IT CLEAR, WE FIRST START WITH THE LAND, |
| 15:42 | 3 | WHETHER IT'S HIGH OR LOW? |
| 15:42 | 4 | **A.**   YEAH. |
| 15:42 | 5 | **Q.**   WE HAVE GOT THE WATER, HOW DEEP IT IS? |
| 15:42 | 6 | **A.**   YEAH. |
| 15:42 | 7 | **Q.**   THEN WE ADD TO THOSE TWO SURFACES THE TREES OR THE |
| 15:42 | 8 | VEGETATION, AND THIS COLLINS REFERS ONLY TO THE VEGETATION; |
| 15:42 | 9 | RIGHT? |
| 15:42 | 10 | **A.**   YEAH, TO THE ROUGHNESS OF THE VEGETATION. |
| 15:42 | 11 | **Q.**   NOW, DESPITE WHAT WE HEARD FROM DR. DAY, YOU MODELED 2C |
| 15:42 | 12 | WITHOUT ANY TREES? |
| 15:42 | 13 | **A.**   YEAH. |
| 15:42 | 14 | **Q.**   NO TREES? |
| 15:42 | 15 | **A.**   YEAH. |
| 15:42 | 16 | **Q.**   AND YOU DIDN'T REDUCE THE WIND AT ALL, DID YOU? |
| 15:42 | 17 | **A.**   NO. |
| 15:42 | 18 | **Q.**   SO THERE'S NO WIND REDUCTION, THERE'S NO TREES, AND THE |
| 15:42 | 19 | REASON WAS YOU WANTED TO BE AS CONSERVATIVE AS YOU COULD? |
| 15:42 | 20 | **A.**   YEAH.  THAT WAS OUR IDEA. |
| 15:42 | 21 | **Q.**   NEXT SLIDE.  JUST TO ILLUSTRATE AGAIN WHAT THAT LOOKS |
| 15:43 | 22 | LIKE, THE NEXT SLIDE IS PAGE 81, SAME REPORT, PX-103.  THE TOP |
| 15:43 | 23 | IS WITH THE TREES, AND YOU CAN SEE THE LARGER COEFFICIENT OF |
| 15:43 | 24 | FRICTION AND THE .49 BEING THE MARSH. |
| 15:43 | 25 | LET'S GO TO THE NEXT ONE.  THAT'S OUR LOWER END, AND |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:43 | 1 | THAT'S TREATING EVERYTHING AT .49, WHICH IS A LOW COEFFICIENT |
| 15:43 | 2 | OF FRICTION.  THE BOTTOM ONE IS "I," WHICH IS WHAT YOU USED, |
| 15:43 | 3 | WHICH IS .98, THE MIDDLE GROUND. |
| 15:43 | 4 | A.   YEAH, EXACTLY. |
| 15:43 | 5 | Q.   NEXT SLIDE, PLEASE.  NOW WE ARE SEEING OUR RESULTS.  FIRST |
| 15:44 | 6 | OF ALL, EXPLAIN TO THE JUDGE HOW THE RESULTS ARE DEPICTED ON |
| 15:44 | 7 | THIS SLIDE. |
| 15:44 | 8 |         BEFORE YOU DO, ALLOW ME TO SAY THIS IS PAGE 53 AND |
| 15:44 | 9 | THIS IS SCENARIO 1.  THIS IS THE KATRINA SCENARIO. |
| 15:44 | 10 |         SO, WITH THAT, WHAT ARE WE SEEING HERE? |
| 15:44 | 11 | A.   THIS IS A PLOT OF THE CALCULATION RESULTS WHERE WE HAVE |
| 15:44 | 12 | THE THINGS THAT WERE EXPLAINED BY MR. BRUNO PUT IN, AND ALSO |
| 15:44 | 13 | THE WIND FIELD, AND THEN WE CALCULATE THE WAVE HEIGHTS ALL OVER |
| 15:44 | 14 | THE AREA AT EVERY POINT. |
| 15:44 | 15 |         YOU SEE QUITE CLEARLY IN DARK COLORS THE LAKE BORGNE, |
| 15:44 | 16 | AND THE COLORS ARE SO DARK BECAUSE THE WAVES ARE THERE QUITE |
| 15:44 | 17 | HIGH.  IT'S DEEP WATER, OPEN WATER, SO THERE'S A HIGH WAVE |
| 15:44 | 18 | AREA. |
| 15:44 | 19 | Q.   SO THE COLOR CORRESPONDS TO THE WAVE HEIGHT? |
| 15:44 | 20 | A.   YES. |
| 15:44 | 21 | Q.   SO, FOR EXAMPLE, WE SEE 9 IS THAT DARK COLOR, AND THIS |
| 15:45 | 22 | AREA HAS GOT 9-FOOT WAVES? |
| 15:45 | 23 | A.   IN THE LAKE BORGNE AREA. |
| 15:45 | 24 | Q.   ALL RIGHT. |
| 15:45 | 25 | A.   THEN WHEN THE WAVES PROGRESS OVER THE MARSH AREA, THEY ARE |

15:45  1   REDUCED.  YOU SEE THE COLOR GOING DOWN TO BROWNISH BECAUSE OF

15:45  2   THE LOSS OF ENERGY.  WHERE THE LAKE BORGNE IS OPEN TO THE MRGO,

15:45  3   THERE IS ONLY VERY LIMITED REDUCTION.

15:45  4            THEN TO OUR INTEREST IN THE MRGO AREA, THE WAVES ARE

15:45  5   REGENERATING BECAUSE THERE IT'S DEEP WATER AGAIN AND THE WIND

15:45  6   IS STILL BLOWING HURRICANE FORCE.  SO THAT STRETCH OF 1,000 TO

15:45  7   3,000 FEET, THE WAVES ARE GROWING AGAIN QUITE QUICKLY.  THEY

15:45  8   ARE ALSO IN THE ORDER OF 8, 9 FEET.

15:45  9            THE COURT:  CAN I ASK A QUESTION, PROFESSOR?  THIS

15:45  10  MAY BE A VERY NAIVE QUESTION, BUT IF WE LOOK AT A WAVE HEIGHT,

15:45  11  LET'S SAY IN LAKE BORGNE, OF CLOSE TO 9 FEET, DO WE ADD THAT TO

15:45  12  THE STILL SURGE?  IN OTHER WORDS, TO GET THE ACTUAL DEPTH AT

15:46  13  THAT TIME FROM THE WAVE TO THE BOTTOM --

15:46  14            THE WITNESS:  NO.  THE WAVE IS ACTUALLY MOVING AROUND

15:46  15  THE STILL WATER LEVEL.  SO THE WAVE HEIGHT IS FROM THE TROUGH

15:46  16  OF THE WAVE TO THE TOP OF THE WAVE.  SO IF YOU HAVE AN 8-FOOT

15:46  17  WAVE AND THE TOP IS 4 FEET ATOP THE STILL WATER LEVEL, THE

15:46  18  DRAFT IS 4-FEET BELOW.

15:46  19            THE COURT:  GOTCHA.  THAT EXPLAINS IT.  THANK YOU.

15:46  20  BY MR. BRUNO:

15:46  21  Q.   WE TALKED A LITTLE BIT ABOUT WAVE REGENERATION WITH

15:46  22  MR. SOILEAU ON MONDAY, BUT JUST BRIEFLY IF YOU COULD EXPLAIN TO

15:46  23  THE JUDGE:  WHAT DOES *WAVE REGENERATION* MEAN?

15:46  24  A.   THE WAVE IS COMING FROM LAKE BORGNE WITH 9-FOOT.  THEN

15:46  25  PROGRESSING THROUGH THE SWAMPS, IT LOSES ENERGY DUE TO THESE

FINAL DAILY COPY

15:46    1   REEDS AND THE BOTTOM FRICTION, AND THEN IT ENDS AS A SMALLER

15:46    2   WAVE AT THE BEGINNING OF THE MRGO.  THEN THE WIND STARTS TO

15:46    3   PUSH IT UP AGAIN, SO IT GROWS -- FROM THE 7-FEET OR 6-FEET

15:47    4   LEVEL, IT GROWS AGAIN TO 9 IN THIS SHORT DURATION.  IT'S VERY

15:47    5   QUICK, BUT REMEMBER IT'S HURRICANE-FORCE WINDS.

15:47    6   **Q.**  LET'S GO TO THE OTHER SIDE AND SEE WHAT HAPPENS WHEN YOU

15:47    7   TAKE AWAY THE MRGO AND SEE IF WE STILL GET WAVE REGENERATION.

15:47    8   SO HERE WE HAVE OUR SAME 9-FOOT WAVE HERE, BUT DO YOU SEE ANY

15:47    9   WAVE REGENERATION ALONG THE LEVEE?

15:47   10   **A.**  ALSO, THE WAVES ARE NOW SMALLER, SO THE COLOR IS A LITTLE

15:47   11   BIT MORE YELLOW, AND THE REASON IS THAT WE HAVE NOW MORE

15:47   12   ROUGHNESS DUE TO THESE DENSE MARSHES.  A LITTLE BIT HEALTHIER

15:47   13   VEGETATION IS INTRODUCED, SO THE WAVE REDUCTION IS A LITTLE BIT

15:47   14   MORE.  IT DOESN'T REGENERATE BECAUSE THERE IS NO MRGO.

15:47   15          **THE COURT:**  I'M GOING TO TOUCH UPON THIS GENTLY.  DID

15:47   16   YOU DO ANY CALCULATIONS -- THE CALCULATIONS YOU DID WITH THE

15:48   17   MRGO WAS THE MRGO AS IT IS --

15:48   18          **THE WITNESS:**  IS, YEAH.

15:48   19          **THE COURT:**  AS IT EXISTED AT THE TIME OF KATRINA?

15:48   20          **THE WITNESS:**  YEAH.

15:48   21          **THE COURT:**  WAS THERE ANY DIFFERENTIAL DONE, WITH THE

15:48   22   WAVE CALCULATIONS, BETWEEN HOW THE MRGO EXISTED WHEN DUG OR

15:48   23   DREDGED AND AS WIDENED?  IN OTHER WORDS, WAS THERE A WAVE

15:48   24   CALCULATION?

15:48   25          **THE WITNESS:**  YEAH.  SO THAT WOULD BE OUR SCENARIO 3.

15:48   1          **MR. BRUNO:**  WE CAN SHOW YOU THAT, JUDGE.

15:48   2          **THE COURT:**  I KNOW I'VE BEEN FOCUSED ON --

15:48   3          **MR. BRUNO:**  THAT'S FINE.

15:48   4          **THE COURT:**  MY ATTENTION HAS BEEN BROUGHT TO 3 AS TO

15:48   5   ELEVATION, BUT I HAVEN'T NECESSARILY FOCUSED ON WAVE

15:48   6   REGENERATION.

15:48   7          **MR. BRUNO:**  I WANT YOU TO KNOW IT'S ALL HERE, AND LET

15:48   8   ME -- I'LL SHOW YOU THAT IN JUST A MOMENT BECAUSE THERE'S TWO

15:48   9   CHARTS.

15:48   10         **THE WITNESS:**  THE SCENARIOS ARE ESSENTIALLY THE SAME

15:48   11  AS WE DISCUSSED WITH FINEL.  SO THE SCENARIO 1 IS MRGO AS IT IS

15:48   12  NOW, AND THEN 2C IS AS THE PRISTINE CONDITION AND NO MRGO, AND

15:49   13  3 IS MRGO AS AUTHORIZED.

15:49   14         **THE COURT:**  I KNOW WHAT THE SCENARIOS ARE.  I'M JUST

15:49   15  WONDERING ABOUT THE FINDINGS REFERENCE WAVE; NOT NECESSARILY

15:49   16  ELEVATION BUT WAVE.

15:49   17         **MR. BRUNO:**  RIGHT.  NEXT SLIDE.  WE'LL GET THERE.  WE

15:49   18  ARE ALMOST DONE, JUDGE.

15:49   19           HERE, JUST TO ILLUSTRATE, THIS IS THE SAME

15:49   20  EXHIBIT, THE SAME WAVE REPORT.  THIS IS PAGE 44, AND THIS IS

15:49   21  JUST TO SHOW, YOUR HONOR, WHERE WE PULLED THE NUMBERS FROM.  WE

15:49   22  TALKED ABOUT WHERE WE PULLED THOSE HYDROGRAPHS FROM.  NOW WE

15:49   23  ARE PULLING NUMBERS THAT DESCRIBE THE WAVES, AND IT'S RAY 1, 2,

15:49   24  3, 4, 5, AND 6.  NEXT SLIDE.

15:49   25         **THE COURT:**  ALONG THE --

FINAL DAILY COPY

15:49    1          **MR. BRUNO:**  ALONG THE MRGO.

15:49    2          **THE COURT:**  REACH 2 OF THE MRGO?

15:49    3          **MR. BRUNO:**  RIGHT.

15:49    4    BY MR. BRUNO:

15:49    5    **Q.**    THE RAYS GO THIS WAY; RIGHT, PROFESSOR?

15:49    6    **A.**    YEAH, YEAH, YEAH, YEAH, YEAH.  I DON'T KNOW IF THE JUDGE

15:49    7    UNDERSTANDS, BUT HERE IS ALSO AND SET UP WITH NESTED MODELS.

15:49    8    SO WE START WITH A HUGE AREA IN THE MODEL WITH LARGE ELEMENT

15:49    9    SIZE, AND THEN WE HAVE A SMALLER ONE, AND ONCE AGAIN A SMALLER

15:50   10    ONE.  THESE ARE THE TWO SMALLEST OF THE FIVE, WHICH ARE JUST

15:50   11    DEPICTING ALONG THE MRGO IN THE OTHER DIRECTION.  WHERE YOU SEE

15:50   12    THE YELLOW LINE IS THE LARGEST MODEL.

15:50   13    **Q.**    LET'S JUST PICK UP ON THAT POINT JUST A TAD.  WE TALKED

15:50   14    ABOUT THIS IN THE CONTEXT OF THE GRIDS.

15:50   15    **A.**    YEAH.

15:50   16    **Q.**    IF WE HAVE A LARGE GRID, WE CAN'T PICK UP THE MINUTIA

15:50   17    INSIDE THE GRID?

15:50   18    **A.**    EXACTLY.

15:50   19    **Q.**    IN FACT, MR. RESIO'S WAVE MODEL, THE GRID IS SO BIG, IT'S

15:50   20    LARGER THAN THE WIDTH OF THE MRGO, SO YOU DON'T EVEN SEE THE

15:50   21    MRGO; RIGHT?

15:50   22    **A.**    YEAH.  THAT'S WHY WE REDUCED THE GRID SIZE TO 20 METERS,

15:50   23    IN ORDER TO GET SUFFICIENT DETAIL OF THE WIDTH OF THE MRGO.

15:50   24    **Q.**    ALL RIGHT.  THEN THE NEXT PAGE, THESE ARE THE NUMBERS.

15:51   25    THESE ARE THE NUMBERS THAT YOUR SWAN MODEL GENERATES; CORRECT?

| | | |
|---|---|---|
| 15:51 | 1 | **A.** YEAH. |
| 15:51 | 2 | **MR. BRUNO:** IF WE COULD, CAN WE BLOW UP JUST SO WE |
| 15:51 | 3 | CAN SEE WHAT -- LET'S TAKE THE FIRST ONE. |
| 15:51 | 4 | **BY MR. BRUNO:** |
| 15:51 | 5 | **Q.** WE HAVE THE RAY LOCATION, WHICH WE TALKED ABOUT ON THE |
| 15:51 | 6 | CHART. |
| 15:51 | 7 | **A.** YEAH. |
| 15:51 | 8 | **Q.** THEN WE HAVE SOMETHING CALLED L, T, AND D, AND WE HAVE |
| 15:51 | 9 | SOME NUMBERS, AND WE HAVE THE TIME. SO WHAT NUMBER ON A |
| 15:51 | 10 | PARTICULAR RAY DO WE LOOK AT? |
| 15:51 | 11 | **A.** THERE ARE THREE COLUMNS; THAT IS, AT THE LEVEE, AT THE |
| 15:51 | 12 | TOE, AND AT THE DEEP WATER. I WOULD PREFER, AS IN DESIGN |
| 15:51 | 13 | BASIS, TO START TO LOOK AT THE "DEEP WATER" COLUMN. |
| 15:51 | 14 | VERTICALLY, YOU SEE THE VARIOUS RAYS, AND RAY 3 IS ABOUT IN THE |
| 15:51 | 15 | MIDDLE OF THE MRGO. SO THE RESULT IN THE MRGO IS A 9.6-FOOT |
| 15:51 | 16 | WAVE DURING KATRINA IN SCENARIO 1. |
| 15:51 | 17 | **Q.** LET'S GO TO THE NEXT TABLE SO WE CAN COMPARE IT TO |
| 15:52 | 18 | SCENARIO 2C AT THE TOP. SO, HERE AGAIN, WE ARE 8:00. HERE'S |
| 15:52 | 19 | OUR RAYS. HERE'S 3. SO WE HAVE A 5 -- |
| 15:52 | 20 | **A.** 5.4-FOOT WAVE IN THIS CASE WITH NO MRGO AND A LITTLE BIT |
| 15:52 | 21 | MORE MARSH VEGETATION. |
| 15:52 | 22 | **Q.** NOW, ARE YOU CONFIDENT IN THESE RESULTS? |
| 15:52 | 23 | **A.** YES. |
| 15:52 | 24 | **Q.** NEVERTHELESS, THE DEFENDANT EXPERTS CRITICIZED YOUR WORK; |
| 15:52 | 25 | RIGHT? |

| | | |
|---|---|---|
| 15:52 | 1 | **A.**    UH-HUH. |
| 15:52 | 2 | **Q.**    WE ALSO GAVE US SOME MORE PHOTOGRAPHS TO LOOK AT.  SO ALL |
| 15:52 | 3 | THE EXPERTS RECONVENED AND DECIDED, JUST FOR THE SAKE OF |
| 15:52 | 4 | DISCUSSION, TO REDO ALL THESE NUMBERS; RIGHT? |
| 15:52 | 5 | **A.**    YEAH.  YEAH, THAT'S RIGHT, AND ESPECIALLY ALSO SCENARIO 1. |
| 15:52 | 6 | THAT WAY WE DIDN'T INCLUDE ANY MARSH AT ALL. |
| 15:52 | 7 | **Q.**    SO HERE WE HAVE THE RESULTS OF THAT EFFORT.  WE HAVE, |
| 15:52 | 8 | AGAIN, THE SAME AREA, AND WE CHANGED THE COEFFICIENTS FOR OUR |
| 15:53 | 9 | SCENARIO 1 AND OUR SCENARIO 2 AND OUR SCENARIO 3 TO BE AS |
| 15:53 | 10 | CONSERVATIVE AS WE POSSIBLY COULD.  IS THAT RIGHT, PROFESSOR? |
| 15:53 | 11 | **A.**    YEAH, THAT'S RIGHT, BUT FOR THE TREES IS A LITTLE BIT |
| 15:53 | 12 | HIGHER. |
| 15:53 | 13 | **Q.**    THIS IS EXHIBIT -- |
| 15:53 | 14 | **A.**    IT WAS 2 IN THE OLD CALCULATION.  NOW IT'S 2 1/2.  SO A |
| 15:53 | 15 | LITTLE BIT MORE DIFFERENT.  BUT THAT'S ALL ON THE BASIS OF |
| 15:53 | 16 | ADVICE OF DR. KEMP AND PROFESSOR DAY. |
| 15:53 | 17 | **Q.**    THIS IS PX-2009.  THIS IS ANOTHER REPORT, AND THIS IS |
| 15:53 | 18 | PAGE 4. |
| 15:53 | 19 | LET'S GO TO THE NEXT EXHIBIT.  JUST TO ILLUSTRATE THE |
| 15:53 | 20 | CHANGES, THIS IS PAGE 5 OF THE SAME REPORT, AND OUR SCENARIO 1 |
| 15:53 | 21 | SHOWING THE COEFFICIENTS, SCENARIO 2 SHOWING THE COEFFICIENTS |
| 15:53 | 22 | AND, JUDGE, HERE'S OUR SCENARIO 3 SHOWING THE COEFFICIENTS. |
| 15:53 | 23 | LET'S GO TO THE NEXT SLIDE. |
| 15:54 | 24 | **A.**    RESULTS. |
| 15:54 | 25 | **Q.**    ALL RIGHT.  NOW, HERE, EVEN USING THE ABSOLUTE MOST |

| | | |
|---|---|---|
| 15:54 | 1 | CONSERVATIVE NUMBERS, VALUES THAT YOU THOUGHT APPROPRIATE, YOU |
| 15:54 | 2 | STILL SEE THAT THE WAVES GENERATED DURING THE SCENARIO 1 DURING |
| 15:54 | 3 | KATRINA ARE MUCH, MUCH HIGHER THAN THE WAVES GENERATED IN |
| 15:54 | 4 | SCENARIO 2C? |
| 15:54 | 5 | **A.**   YEAH.  THEY ARE IN THE TOP LINE.  THEY ARE 9-FOOT STILL, |
| 15:54 | 6 | AND MAYBE WE HAVE TO EXPLAIN THE GRAPH. |
| 15:54 | 7 | **Q.**   WELL, THAT'S WHAT I'M GOING TO DO NEXT. |
| 15:54 | 8 | **A.**   YEAH. |
| 15:54 | 9 | **Q.**   FIRST OF ALL, WE HAVE THREE SEPARATE GRAPHS. |
| 15:54 | 10 | **MR. BRUNO:**  LET'S BLOW UP THIS ONE. |
| 15:54 | 11 | **THE COURT:**  HOLD ON.  WHERE IS THIS GRAPH LOCATED? |
| 15:54 | 12 | **MR. BRUNO:**  THIS IS ANOTHER -- IT SHOULD BE THE END |
| 15:55 | 13 | OF YOUR BOOK, THE LAST THING IN YOUR BOOK. |
| 15:55 | 14 | **THE COURT:**  ALL RIGHT.  WE ARE GETTING THERE.  I'VE |
| 15:55 | 15 | GOT MY SYNOPSIS. |
| 15:55 | 16 | **MR. BRUNO:**  IT SHOULD LOOK LIKE THIS. |
| 15:55 | 17 | **THE COURT:**  THANK YOU, SIR.  SORRY TO INTERRUPT. |
| 15:55 | 18 | **MR. BRUNO:**  NO PROBLEM, JUDGE. |
| 15:55 | 19 | LET'S BLOW UP THE FIRST ONE SO WE CAN SEE THIS |
| 15:55 | 20 | VERY QUICKLY.  THIS IS THE BEST ILLUSTRATION IN THE WHOLE BATCH |
| 15:55 | 21 | OF REPORTS, WHICH SHOWS VERY CLEARLY WHAT WE ARE TALKING ABOUT. |
| 15:55 | 22 | **BY MR. BRUNO:** |
| 15:55 | 23 | **Q.**   FIRST, THE GREEN LINE.  THIS GREEN LINE, PROFESSOR, SHOWS |
| 15:55 | 24 | WHAT? |
| 15:55 | 25 | **A.**   IT'S THE BOTTOM TOPOGRAPHY.  THE DRAWN LINE IS THE MRGO AS |

FINAL DAILY COPY

15:55  1   IT IS.  THEN WE HAVE THE DOTTED LINE.  THIS NARROW CHANNEL IS
15:55  2   THE SCENARIO 3 ONE.
15:55  3   **Q.**   WAIT.  LET'S GET THIS UP RIGHT.  LET'S DO IT AGAIN.
15:56  4          **THE COURT:**  SCENARIO 1 IS --
15:56  5          **THE WITNESS:**  IT IS THE DRAWN GREEN LINE.
15:56  6   **BY MR. BRUNO:**
15:56  7   **Q.**   DRAWN GREEN IS THE WAY THE CHANNEL BOTTOM LOOKS BEFORE
15:56  8   KATRINA?
15:56  9   **A.**   YEAH.
15:56  10  **Q.**   THE DOTTED GREEN LINE IS AS THE CHANNEL WAS AUTHORIZED?
15:56  11  **A.**   YEAH.
15:56  12  **Q.**   THEN THE DASHED LINE IS NO MRGO?
15:56  13  **A.**   THAT'S DOTTED, YEAH.
15:56  14          **MR. BRUNO:**  JUDGE, 1 IS DRAWN, 2C IS DASH-DOTTED, AND
15:56  15  3 IS DASHED.  THAT'S OUR LITTLE WAY TO UNDERSTAND IT.
15:56  16          **THE COURT:**  3 IS DASHED?
15:56  17          **MR. BRUNO:**  DASHED.
15:56  18          **THE COURT:**  I SEE SEVERAL DASHES, SO --
15:56  19          **MR. BRUNO:**  YOU HAVE TO GO BY COLOR.
15:56  20          **THE WITNESS:**  2 HAS DOTS BETWEEN IT.  SO IF YOU TAKE
15:56  21  THE GREEN, YOU WILL SEE IN THE MIDST OF THE MRGO LITTLE DOTS
15:56  22  BETWEEN THE DASHES.
15:56  23          **THE COURT:**  YES, I UNDERSTAND.
15:56  24          **MR. BRUNO:**  YEAH.  THE GREEN REPRESENTS DEPTH IN ALL
15:56  25  THREE SCENARIOS.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:57 | 1 | **BY MR. BRUNO:** |
| 15:57 | 2 | **Q.**   SO FROM HERE TO HERE, THE DEPTH IS ABOUT THE SAME.  A |
| 15:57 | 3 | LITTLE DIVERGENCE HERE BECAUSE, WITH NO MRGO, THE LAND IS A |
| 15:57 | 4 | LITTLE HIGHER; RIGHT, PROFESSOR? |
| 15:57 | 5 | **A.**   YES. |
| 15:57 | 6 | **Q.**   THIS LINE HERE GOES DOWN, AND THAT'S THE BOTTOM OF THE |
| 15:57 | 7 | MRGO.  THIS DASHED LINE HERE IS THE BOTTOM OF THE AUTHORIZED |
| 15:57 | 8 | MRGO. |
| 15:57 | 9 | **A.**   YES. |
| 15:57 | 10 | **Q.**   NOW, WHAT ARE THOSE DOTS? |
| 15:57 | 11 | **A.**   THE POINTS WHERE THE OUTPUT IS GIVEN. |
| 15:57 | 12 | **Q.**   THAT'S WHERE WE HAVE SAID DEEP, AND THIS IS DEEP; RIGHT? |
| 15:57 | 13 | **A.**   DEEP AND TOE AND LEVEE. |
| 15:57 | 14 | **Q.**   NOW, THIS LITTLE LEGEND HERE TELLS US WHAT WE ARE LOOKING |
| 15:57 | 15 | AT; RIGHT? |
| 15:57 | 16 | **A.**   YEAH. |
| 15:57 | 17 | **Q.**   WHAT DOES BLUE STAND FOR? |
| 15:57 | 18 | **A.**   BLUE STANDS FOR THE WAVE HEIGHT.  WE ARE FOLLOWING THE |
| 15:57 | 19 | WAVE OVER THE MARSH SO -- |
| 15:57 | 20 | **Q.**   LET'S DO THAT.  WE START HERE -- |
| 15:57 | 21 | **A.**   IT STARTS AT 6-FOOT, 6 1/2-FOOT -- |
| 15:58 | 22 | **Q.**   -- AND WE CARRY IT THROUGH. |
| 15:58 | 23 | **A.**   -- AND IT'S PROGRESSING OVER A SHALLOW AREA.  IT DOESN'T |
| 15:58 | 24 | GROW. |
| 15:58 | 25 | **Q.**   AND THEN WHAT HAPPENS? |

| | | |
|---|---|---|
| 15:58 | 1 | **A.**   AND THEN IT REACHES THE BORDER OF THE MRGO WHERE SUDDENLY |
| 15:58 | 2 | THE WATER BECOMES DEEPER, AND THEN IT STARTS TO GROW AGAIN TO |
| 15:58 | 3 | 9 FEET. |
| 15:58 | 4 | **Q.**   NOW, THAT'S CONSISTENT WITH WHAT THE *SHORE PROTECTION* |
| 15:58 | 5 | *MANUAL* SAID IN 1966, ISN'T IT? |
| 15:58 | 6 | **A.**   YEAH, IF YOU DID IT RIGHT. |
| 15:58 | 7 | **Q.**   THE *SHORE PROTECTION MANUAL* TOLD THE CORPS OF ENGINEERS IN |
| 15:58 | 8 | 1966, IF YOU GO OVER DEEPER WATER, THE WAVE WILL REGENERATE? |
| 15:58 | 9 | **A.**   YEAH.  YOU HAVE TO APPLY CERTAIN CALCULATIONS WITH |
| 15:58 | 10 | FICTITIOUS FETCH, BUT YOU ARE ABLE TO GIVE A GUESS. |
| 15:58 | 11 | **Q.**   LET'S DO OUR DASH, WHICH IS SCENARIO 3.  SO LET'S FOLLOW |
| 15:58 | 12 | OUR DASHED LINE.  PRETTY MUCH THE SAME; RIGHT?  IT DROPS A |
| 15:58 | 13 | LITTLE BIT.  BUT THEN WHEN IT HITS THE AS-AUTHORIZED CHANNEL, |
| 15:58 | 14 | IT GOES UP.  IT GOES BACK DOWN. |
| 15:58 | 15 | **A.**   YEAH. |
| 15:58 | 16 | **Q.**   AND THEN FINALLY OUR -- |
| 15:58 | 17 | **A.**   YEAH, BECAUSE THE -- |
| 15:58 | 18 | **THE COURT:**  RUN THAT BY ME AGAIN, MR. BRUNO. |
| 15:59 | 19 | **MR. BRUNO:**  THE AS-AUTHORIZED CHANNEL IS DASHED, SO |
| 15:59 | 20 | IT STAYS PRETTY MUCH THE SAME.  HERE WE START TO SEE A LITTLE |
| 15:59 | 21 | DIVERGENCE, IT DROPS, AND THEN YOU SEE IT HITS THE CHANNEL, THE |
| 15:59 | 22 | AUTHORIZED CHANNEL.  IT GOES UP AND DOWN. |
| 15:59 | 23 | **BY MR. BRUNO:** |
| 15:59 | 24 | **Q.**   PROFESSOR, AM I WRONG, IT'S CLEARLY THE EXISTENCE OF THE |
| 15:59 | 25 | CHANNEL -- |

FINAL DAILY COPY

```
15:59    1            MR. SMITH:  IS THE WITNESS GOING TO BE ALLOWED TO
15:59    2    TESTIFY, YOUR HONOR?  MR. BRUNO HAS GIVEN US A GOOD EXPLANATION
15:59    3    HERE.
15:59    4            MR. BRUNO:  IT'S ALL IN THE REPORT, I THOUGHT YOU
15:59    5    SAID.
15:59    6            THE COURT:  IF YOU ARE OBJECTING TO MR. BRUNO
15:59    7    TESTIFYING --
15:59    8            THE WITNESS:  BUT I CAN ADD, THEN, A LITTLE BIT THAT
15:59    9    WHERE YOU SEE THE DOTTED LINE DROP IS DUE TO THE FACT THAT
15:59   10    ALSO, IN SCENARIO 3, WE HAVE MORE HEALTHY VEGETATION THAN IN
15:59   11    SCENARIO 1.  SO FOR 2C, NO MRGO, AND FOR 3 WE HAVE BOTH BETTER
15:59   12    VEGETATION.  THAT MEANS THAT THE DASHED-DOTTED LINE AND THE
15:59   13    DASHED LINE ARE DROPPING A LITTLE BIT UNDER THE DRAWN LINE.
16:00   14                THEN IN THE CASE OF 3, WE GET REGENERATION, AND
16:00   15    THE WAVE GROWS AGAIN AT THE END TO, LET'S SAY, 8 FEET OR
16:00   16    WHATEVER.  2C, WHERE THERE IS NO CHANNEL AVAILABLE IN THE END,
16:00   17    IT DOESN'T GROW AT ALL.
16:00   18            THE COURT:  LET ME JUST ASK YOU THIS:  IN SCENARIO 1,
16:00   19    WHAT WAS THE WAVE HEIGHT, LOOKING AT THIS GRAPH, AT THE POINT,
16:00   20    LET'S SAY, IN THE MIDDLE OF THE MRGO?
16:00   21            THE WITNESS:  IN THE MIDDLE OF THE MRGO IN THE
16:00   22    SCENARIO 1?
16:00   23            THE COURT:  YES.
16:00   24            THE WITNESS:  IT'S IN THE MIDDLE OF THE MRGO ABOUT
16:01   25    9-FOOT.
```

16:01   1          **THE COURT:**  SCENARIO 2C, WHERE THERE'S NO MRGO, WHAT

16:01   2   IS THE WAVE HEIGHT WHERE THE MIDDLE OF MRGO WOULD HAVE BEEN?

16:01   3          **THE WITNESS:**  IT'S ABOUT 8-FOOT.

16:01   4          **THE COURT:**  OKAY.  IN SCENARIO 3, IN THE SAME

16:01   5   LOCATION?

16:01   6          **THE WITNESS:**  NO, I'M SORRY.  IN SCENARIO 3 IS

16:01   7   8-FOOT.  THEN SCENARIO 2C IS 6-FOOT, I THINK.  YEAH, 6-FOOT.

16:01   8          **THE COURT:**  SO THERE'S A DIFFERENTIAL OF 3 FEET

16:01   9   BETWEEN THE TWO SCENARIOS AT THE SAME --

16:01   10          **THE WITNESS:**  -- POINT IN THE MRGO.

16:01   11          **THE COURT:**  -- APPROXIMATE POINT?

16:01   12          **THE WITNESS:**  YEAH.

16:01   13          **THE COURT:**  THAT'S WHAT I NEED.

16:01   14   **BY MR. BRUNO:**

16:01   15   **Q.**   JUST TO ROUND OUT THE DISCUSSION, WE ALSO HAVE A RED LINE.

16:01   16   THE RED LINE REFERS TO WHAT, PROFESSOR?

16:01   17   **A.**   THE PERIOD OF THE WAVES.

16:01   18   **Q.**   DOES THE WAVE PERIOD HAVE ANYTHING OR ANY IMPACT ON WAVE

16:01   19   RUN-UP OR OVERTOPPING?

16:01   20   **A.**   YEAH.  THE WAVE HEIGHT AND THE WAVE PERIOD HAVE BOTH

16:02   21   INFLUENCE ON THE WAVE RUN-UP.  THE LONGER THE WAVE, THE HIGHER

16:02   22   THE WAVE RUN-UP; AND THE HIGHER THE WAVE, ALSO THE HIGHER THE

16:02   23   WAVE RUN-UP.

16:02   24   **Q.**   SO WE ALSO SEE THAT, IN SCENARIO 1, THE WAVE PERIOD IS

16:02   25   LONGER --

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:02 | 1 | **A.**   YEAH. |
| 16:02 | 2 | **Q.**   -- THAN THE WAVE PERIOD IN 2C; CORRECT? |
| 16:02 | 3 | **A.**   YEAH, YEAH, INDEED. |
| 16:02 | 4 | **THE COURT:**  WHAT ABOUT 3? |
| 16:02 | 5 | **MR. BRUNO:**  THEY'RE PRETTY MUCH -- |
| 16:02 | 6 | **BY MR. BRUNO:** |
| 16:02 | 7 | **Q.**   PROFESSOR, YOU TELL ME.  3, THERE'S A LITTLE DIFFERENCE |
| 16:02 | 8 | HERE.  THE PERIOD BETWEEN 3 AND 2C, WHAT WOULD YOU SAY? |
| 16:02 | 9 | **A.**   YEAH.  IF YOU LOOK IN THE TABLE, IT -- |
| 16:02 | 10 | **Q.**   OH, WE HAVE A TABLE. |
| 16:02 | 11 | **A.**   YEAH, WE HAVE A TABLE, AND THE PERIODS ARE ALSO IN THE |
| 16:02 | 12 | TABLE. |
| 16:02 | 13 | **THE COURT:**  I DON'T WANT TO SPEND A LOT OF TIME ON |
| 16:02 | 14 | THIS.  I JUST WANT TO UNDERSTAND WHERE WE ARE RIGHT NOW. |
| 16:03 | 15 | **THE WITNESS:**  THESE ARE THE NEW TABLES HERE. |
| 16:03 | 16 | **THE COURT:**  IN OTHER WORDS, I'M TRYING TO |
| 16:03 | 17 | UNDERSTAND -- AND I KNOW YOU WILL BE ASKED ABOUT THIS LATER ON, |
| 16:03 | 18 | BUT I'M TRYING TO UNDERSTAND THE DIFFERENCE IN THE WAVE HEIGHT |
| 16:03 | 19 | AND WAVE FREQUENCY ATTRIBUTABLE TO THE WIDENING OF THE MRGO |
| 16:03 | 20 | SINCE 1965. |
| 16:03 | 21 | **MR. BRUNO:**  THAT'S WHAT YOU HAVE HERE. |
| 16:03 | 22 | **THE COURT:**  PROFESSOR, COULD YOU PLEASE TELL ME WHAT |
| 16:03 | 23 | THAT IS. |
| 16:03 | 24 | **THE WITNESS:**  THE PICTURES GIVE THE RESULTS AT THE |
| 16:03 | 25 | LEVEE, THE TOE, AND THE DEEP SIDE.  THE BLUES ARE THE LAST |

16:03    1    COLUMNS FOR WHAT YOU ARE COMPARING, AND THEN --

16:03    2              **THE COURT:**  SO THE COMPARISON BETWEEN 2C AND 3?

16:03    3              **THE WITNESS:**  YEAH.  THESE ARE THE WAVE HEIGHTS.

16:04    4              **MR. BRUNO:**  IT'S THE SECOND PAGE AFTER THE PAGE

16:04    5    ENTITLED "RESULTS."

16:04    6    **BY MR. BRUNO:**

16:04    7    **Q.**   PROFESSOR, GO AHEAD.

16:04    8    **A.**   YEAH.  THESE ARE WAVE HEIGHTS, THEN.

16:04    9    **Q.**   THESE ARE JUST WAVE HEIGHTS?

16:04   10    **A.**   WAVE HEIGHTS.  DEPENDING ON WHERE WE ARE IN THE DEEP.

16:04   11              **THE COURT:**  WE ARE LOOKING AT SCENARIO 1?

16:04   12              **THE WITNESS:**  1, 2, AND 3.

16:04   13              **THE COURT:**  OH, I GET IT.  I SEE.  SCENARIO 1,

16:04   14    SCENARIO 2, SCENARIO 3, THESE ARE THE VARIOUS WAVE HEIGHTS AT

16:04   15    THE VARIOUS SPOTS?

16:04   16              **THE WITNESS:**  YEAH.  3 IS IN THE MIDDLE, AT LEAST, SO

16:04   17    IT'S 8.9, 5.8, AND 6.5.

16:05   18              **THE COURT:**  DO WE HAVE ONE WITH THE MRGO AS

16:05   19    AUTHORIZED?

16:05   20              **THE WITNESS:**  THAT'S 3.

16:05   21              **THE COURT:**  EXCUSE ME.

16:05   22              **THE WITNESS:**  THAT WOULD BE THE 6 1/2 AND RAY 3.

16:05   23              **THE COURT:**  AND THEN WE HAVE ONE --

16:05   24              **MR. BRUNO:**  KATRINA.

16:05   25              **THE COURT:**  AND WE HAVE KATRINA.

FINAL DAILY COPY

16:05  1          **THE WITNESS:**  THAT'S 8.9.

16:05  2  **BY MR. BRUNO:**

16:05  3  **Q.**  WELL, LET'S JUST TAKE RAY 3.  RAY 3 IN KATRINA IS 8.9 FEET

16:05  4  IN THE MIDDLE OF THE MRGO; IS THAT RIGHT?

16:05  5  **A.**  YEAH, YEAH, YEAH, YEAH.  AND THEN 5.8 FOR 2C AND 6 1/2 FOR

16:05  6  AS AUTHORIZED.

16:05  7  **Q.**  SO, IN ALL CASES -- *IN ALL CASES* -- THE KATRINA WAVES ARE

16:05  8  LARGER, MORE POWERFUL, AND LONGER PERIOD --

16:05  9  **A.**  YEAH.

16:05  10  **Q.**  -- THAN EITHER 2C OR 3?

16:05  11  **A.**  YES.

16:05  12          **THE COURT:**  DO WE HAVE A FREQUENCY CHART FOR THAT ON

16:06  13  THOSE SCENARIOS AS WELL?

16:06  14          **MR. BRUNO:**  WE DON'T FOR THIS MOST ULTRACONSERVATIVE

16:06  15  VIEW, BUT WE HAVE THE FREQUENCY COMPLETE IN THE -- YOU

16:06  16  REMEMBER, THIS IS A LATER -- WELL, WE CAN GET THEM VERY EASILY.

16:06  17  WE JUST HAVE TO ASK THE DUTCH TO SEND THEM.

16:06  18          **THE COURT:**  I JUST WAS WONDERING, SINCE WAVE

16:06  19  FREQUENCY IS AN ELEMENT HERE, I WAS INTERESTED IN THE

16:06  20  COMPARISON OF THE WAVE FREQUENCIES BASED ON THOSE SAME

16:06  21  SCENARIOS.

16:06  22          **MR. BRUNO:**  WE HAVE THE CHART, BUT WE DON'T HAVE THE

16:06  23  NUMBERS.  LET'S GO BACK TO THE CHART.

16:06  24          **THE COURT:**  IF HE CAN TELL ME ABOUT THE WAVE

16:06  25  FREQUENCY AMONG THE THREE SCENARIOS AT A -- WE'LL USE POINT 3.

| 16:06 | 1 | WE HAVE BEEN USING POINT 3. |
| 16:06 | 2 | **BY MR. BRUNO:** |
| 16:06 | 3 | **Q.**   THIS IS RAY 3, WHICH YOU JUST ASKED FOR.  IT IS 8:00. |
| 16:06 | 4 |        LET'S BLOW THIS UP RIGHT QUICK SO WE CAN SHOW THE |
| 16:06 | 5 | JUDGE THE LEGEND. |
| 16:06 | 6 |        PROFESSOR, ONE MORE TIME GO THROUGH THE COLORS. |
| 16:06 | 7 | **A.**   YES.  THE BLUE IS THE HS. |
| 16:06 | 8 | **Q.**   WHICH IS WHAT? |
| 16:06 | 9 | **A.**   THE WAVE HEIGHT.  TP IS WAVE PERIOD.  AND THEN WE ALSO |
| 16:07 | 10 | INCLUDED THE WATER DEPTHS, INCLUDING THE SURGE.  THEN THERE IS |
| 16:07 | 11 | THE FRICTION COEFFICIENT.  AND THEN, INTERESTINGLY, THE WINDS |
| 16:07 | 12 | BECAUSE THAT WAS ALSO A BIG DISCUSSION.  WE INTRODUCED NO WIND |
| 16:07 | 13 | REDUCTION IN THE BEGINNING, AND HERE IT IS ALSO -- IN THIS LAST |
| 16:07 | 14 | TYPE OF CALCULATION, WE ALSO TOOK THE WIND REDUCTION INTO |
| 16:07 | 15 | ACCOUNT. |
| 16:07 | 16 |        **THE COURT:**  TO MAKE IT SIMPLER FOR THE COURT, I'M |
| 16:07 | 17 | INTERESTED IN TP NOW. |
| 16:07 | 18 |        **MR. BRUNO:**  ALL RIGHT.  BACK IT UP AGAIN, PLEASE, AND |
| 16:07 | 19 | LET'S BLOW THAT UP.  LET'S JUST LOOK AT THE RED IF WE CAN SEE |
| 16:07 | 20 | IT.  SO LET'S FOLLOW THE RED. |
| 16:07 | 21 | **BY MR. BRUNO:** |
| 16:07 | 22 | **Q.**   PROFESSOR, WOULD YOU EXPLAIN TO THE JUDGE IF YOU CAN SEE A |
| 16:07 | 23 | DIFFERENCE -- |
| 16:07 | 24 | **A.**   YES.  ON THE DRAWN LINE IS GIVING THE PERIODS FOR |
| 16:07 | 25 | SCENARIO 1, AND IT'S A CONSTANT ALL OVER THE MARSH AREA.  AND |

| | | |
|---|---|---|
| 16:07 | 1 | THEN AS SOON AS IT REACHES THE MRGO, IT STARTS TO INCREASE A |
| 16:07 | 2 | LITTLE BIT.  YOU SEE A LITTLE JUMP AND IT STARTS -- WE CANNOT |
| 16:07 | 3 | READ HOW MUCH IT IS, BUT IT'S ABOUT 4 OR 5 SECONDS IN THE MRGO. |
| 16:08 | 4 | **Q.**   ARE WE SEEING, PROFESSOR, THE SCENARIO 2C AND 3 -- |
| 16:08 | 5 | **A.**   YEAH. |
| 16:08 | 6 | **Q.**   -- WAVE PERIODS ABOUT THE SAME? |
| 16:08 | 7 | **A.**   ABOUT THE SAME.  THERE IS SOME DIFFERENCE. |
| 16:08 | 8 | **Q.**   I'M TRYING TO HOLD MY HAND STEADY, BUT THIS IS THE WAVE |
| 16:08 | 9 | PERIOD FOR 2C AND 3? |
| 16:08 | 10 | **A.**   YEAH.  IT SHOULD BE LOWER BECAUSE THERE'S MORE FRICTION. |
| 16:08 | 11 | THE WAVES ARE SLIGHTLY LOWER, SO THE PERIOD IS ALSO LOWER. |
| 16:08 | 12 | SCENARIO 3 SHOULD BE IN BETWEEN. |
| 16:08 | 13 | **Q.**   COULD YOU TELL THE JUDGE HOW MUCH DIFFERENCE IN WAVE |
| 16:08 | 14 | PERIOD WOULD MAKE AN IMPACT. |
| 16:08 | 15 | **A.**   YEAH.  GENERALLY SPEAKING, THE WAVE RUN-UP IS LINEAR WITH |
| 16:08 | 16 | THE PERIOD, SO IF THE -- BUT THEY DON'T DOUBLE HERE THE |
| 16:08 | 17 | PERIODS.  IT'S ONLY A SLIGHT INCREASE. |
| 16:08 | 18 | **Q.**   A SLIGHT INCREASE. |
| 16:08 | 19 | **A.**   BUT, NEVERTHELESS, IT WILL BE MORE, 10 PERCENT OR |
| 16:08 | 20 | WHATEVER.  IF YOU CHANGE THE PERIOD BY 10 PERCENT, THEN ALSO |
| 16:08 | 21 | THE WAVE RUN-UPS WILL INCREASE BY 10 PERCENT, ROUGHLY. |
| 16:09 | 22 | **Q.**   ALL RIGHT.  NOW, IF YOU HAVE HIGHER WAVES AND YOU HAVE A |
| 16:09 | 23 | LONGER WAVE PERIOD -- |
| 16:09 | 24 | **A.**   YEAH. |
| 16:09 | 25 | **Q.**   -- WHAT DOES THAT MEAN VIS-À-VIS THE INTEGRITY OF THE |

16:09   1   LEVEE?

16:09   2   **A.**   YEAH.   THAT MEANS THAT YOU HAVE HIGHER WAVE RUN-UP BUT,

16:09   3   ALSO, HIGHER OVERTOPPING BECAUSE THE OVERTOPPING RATE IS EVEN

16:09   4   MORE SENSITIVE FOR PERIODS THAN THE WAVE RUN-UP.

16:09   5   **Q.**   SO DOES THAT MEAN THAT, IN KATRINA, THE WATER GOES OVER

16:09   6   THE TOP -- THAT IS, "THE WATER" MEANING SURGE PLUS WAVES --

16:09   7   **A.**   UH-HUH.

16:09   8   **Q.**   -- GOES OVER THE TOP LONGER, WITH MORE FLOW?

16:09   9   **A.**   YEAH, YEAH, YEAH.   IF YOU MAKE A MISTAKE IN THE PERIODS,

16:09   10   LET'S SAY, AS A DESIGNER, THEN IT CAN BE PRETTY AGGRESSIVE IF

16:09   11   THERE'S FAR MORE OVERTOPPING THAN YOU EXPECTED.   IF THERE'S FAR

16:09   12   MORE OVERTOPPING, THEN YOU HAVE TO FEAR FOR EROSION OF THE BACK

16:09   13   SIDE OF YOUR LEVEE.

16:09   14   **Q.**   NOW, IF OUR DESIGNER DESIGNED THIS LEVEE FOR A 7-FOOT

16:10   15   WAVE -- AND THAT'S "IF."   THE RECORD SHOULD SHOW THAT -- AND WE

16:10   16   HAVE A 9-FOOT WAVE, WOULD YOU AGREE WITH ME THAT THE MRGO

16:10   17   CONTRIBUTED TO OVERTOPPING OF THE LEVEES?

16:10   18   **A.**   YEAH.   IF YOU HAVE SUCH DIFFERENCES, IT IS CERTAINLY GOING

16:10   19   TO BE EXPECTED.

16:10   20         **MR. BRUNO:**   CAN WE GO TO SLIDE 12.   HERE WE HAVE THE

16:10   21   ACTUAL DESIGN MEMORANDUM FOR THE LEVEE.   JUST TO PUBLISH FOR

16:10   22   THE JUDGE, IT IS PX-1332.   IT'S PAGE 24.

16:11   23   **BY MR. BRUNO:**

16:11   24   **Q.**   WE HAVE THE HS, WHICH IS THE SAME THING WE HAVE BEEN

16:11   25   LOOKING AT, PROFESSOR; CORRECT?   THE SIGNIFICANT WAVE HEIGHT?

16:11   1   **A.**   YEAH.

16:11   2   **Q.**   IT'S 7 FEET; RIGHT?

16:11   3   **A.**   YEAH.

16:11   4            **MR. SMITH:**  YOUR HONOR, I'M GOING TO OBJECT TO ASKING

16:11   5   THE PROFESSOR QUESTIONS ABOUT THIS DOCUMENT.  MR. BRUNO SAID HE

16:11   6   WAS PUBLISHING IT TO THE COURT.  WE HAVE COVERED THIS

16:11   7   PREVIOUSLY.

16:11   8            THIS WITNESS DID NOT REVIEW THIS DOCUMENT IN

16:11   9   PREPARING HIS REPORT.  HE APPARENTLY HAS BEEN PREPPED ON THIS

16:11   10  SINCE THAT TIME FOR HIS TESTIMONY TODAY.

16:11   11           **MR. BRUNO:**  PLEASE TAKE IT DOWN.

16:11   12  **BY MR. BRUNO:**

16:11   13  **Q.**   PROFESSOR, IF HYPOTHETICALLY -- ASSUME YOU HAVE NEVER SEEN

16:11   14  THIS PIECE OF PAPER IN THE LIFE -- THE DESIGNERS INTENDED THERE

16:11   15  TO BE NO MORE THAN A 7-FOOT WAVE, AND THE MRGO MAKES A 9-FOOT

16:11   16  WAVE, IN YOUR PROFESSIONAL OPINION, DOES THAT POSE A THREAT TO

16:11   17  THE HURRICANE PROTECTION STRUCTURE?

16:11   18  **A.**   YES, CERTAINLY.

16:11   19  **Q.**   IS IT SOMETHING THAT COULD HAVE BEEN DISCOVERED IN THE

16:12   20  PAST?  1970?  1975?

16:12   21  **A.**   YEAH.  IT SHOULD HAVE BEEN DISCOVERED BECAUSE THE

16:12   22  KNOWLEDGE WAS THERE.  THAT WAS DISCUSSED ALREADY.  PROFESSOR

16:12   23  BRETSCHNEIDER, HE WOULD HAVE BEEN ABLE TO CALCULATE THE CORRECT

16:12   24  WAVE HEIGHT AND THE CORRECT WAVE RUN-UP.  ALSO, A FORMER CORPS

16:12   25  OF ENGINEERS EMPLOYEE PROPOSED THE FIRST WAVE RUNNER FOLLOW-UP.

| | | |
|---|---|---|
| 16:12 | 1 | **MR. BRUNO:**  THANK YOU VERY MUCH, YOUR HONOR.  WE |
| 16:12 | 2 | TENDER THE WITNESS TO THE DEFENSE FOR CROSS. |
| 16:12 | 3 | **CROSS-EXAMINATION** |
| 16:12 | 4 | BY MR. SMITH: |
| 16:12 | 5 | **Q.**   GOOD AFTERNOON, MR. VRIJLING. |
| 16:12 | 6 | **A.**   GOOD AFTERNOON. |
| 16:12 | 7 | **Q.**   WE MEET AGAIN. |
| 16:13 | 8 | **A.**   YEAH.  I ENJOYED THE DEPOSITION WITH YOU. |
| 16:13 | 9 | **Q.**   WE ALL HAVE OUR IDEAS OF WHAT'S A GOOD TIME, I GUESS. |
| 16:13 | 10 | **MR. BRUNO:**  I DON'T KNOW IF THAT'S GOOD OR BAD. |
| 16:13 | 11 | **THE WITNESS:**  IT'S EVEN FAMOUS IN HOLLAND, I CAN TELL |
| 16:13 | 12 | YOU.  NO ONE ELSE WILL DARE TO COME BECAUSE OF YOU. |
| 16:13 | 13 | BY MR. SMITH: |
| 16:13 | 14 | **Q.**   I PROMISE TO BE GOOD TODAY.  WE HAVE THE JUDGE HERE RIDING |
| 16:13 | 15 | HERD ON US, SO WE WILL DO A LITTLE BETTER JOB. |
| 16:13 | 16 | I WOULD LIKE TO START WITH YOU WHERE MR. BRUNO |
| 16:13 | 17 | STARTED WITH YOU THIS MORNING, TALKING ABOUT YOUR SOBEK |
| 16:13 | 18 | MODELING.  WE BEGAN THIS MORNING BY LOOKING AT A VIDEO FROM A |
| 16:13 | 19 | TELEVISION STATION TOWER CAMERA THAT SHOWED WATER FLOWING INTO |
| 16:14 | 20 | THE AREA INSIDE THE ST. BERNARD POLDER AT AROUND 8:30 IN THE |
| 16:14 | 21 | MORNING.  I BELIEVE YOU TESTIFIED YOU HADN'T SEEN THAT VIDEO |
| 16:14 | 22 | UNTIL YESTERDAY; IS THAT CORRECT? |
| 16:14 | 23 | **A.**   YEAH. |
| 16:14 | 24 | **Q.**   I BELIEVE YOU ALSO TESTIFIED THAT YOU FELT THAT YOUR SOBEK |
| 16:14 | 25 | MODELING WAS VERIFIED BY THE VIDEO THAT WAS TAKEN THERE AT THAT |

16:14   1   TELEVISION TOWER; IS THAT CORRECT?

16:14   2   **A.**   YEAH.  THIS ONE, YEAH, BECAUSE WE PREDICTED IT TO REACH

16:14   3   THE 40 ARPENT LEVEL AT APPROXIMATELY 8:30.

16:14   4   **Q.**   WERE YOU PROVIDED ANY OTHER SORTS OF DATA BY WHICH YOU

16:14   5   COULD VERIFY YOUR SOBEK MODELING?

16:14   6   **A.**   YEAH.  IN THE PREVIOUS MODELS, WE HAD RELIED ON

16:14   7   OBSERVATIONS OF PEOPLE WHO LIVED IN CERTAIN AREAS AND WHO SAID,

16:15   8   "WELL, THE WATER HAS COME SO HIGH AT THAT MOMENT IN OUR HOUSE,"

16:15   9   AND THESE TYPE OF OBSERVATIONS, AND SOME FEW SCARCE

16:15  10   MEASUREMENTS.  THEY WERE MOSTLY OUTSIDE; NOT INSIDE THE POLDER

16:15  11   BUT OUTSIDE.

16:15  12   **Q.**   THE EYEWITNESS OBSERVATIONS THAT YOU RELIED UPON FOR

16:15  13   VERIFYING YOUR REPORT, IS THAT SET FORTH IN YOUR REPORT?

16:15  14   **A.**   YEAH.  NOT IN THIS REPORT THAT WE ARE DISCUSSING NOW.  THE

16:15  15   PREVIOUS ONES, WHERE WE USED THESE SOBEK MODELS FOR THE FIRST

16:15  16   TIME, AND THEN WE WERE NERVOUS IF THEY WERE CORRECT OR NOT.  WE

16:15  17   HAVE DISCUSSED THAT TOGETHER ALL LAST TIME.

16:15  18   **Q.**   WHERE -- I'M SORRY.

16:15  19   **A.**   WE SET THEM UP AS GOOD AS POSSIBLE AND WITH THE RIGHT SIZE

16:15  20   OF THE BREACHES AND THE RIGHT BOUNDARY CONDITION OF THE

16:15  21   OUTSIDE, AND THEN WE PREDICT HOW THE WATER FLOWS INSIDE.  THESE

16:15  22   RESULTS WE COMPARED WITH THE DATA THAT WERE AVAILABLE BY

16:16  23   EYEWITNESSES.  ON AVERAGE, THEY WERE FITTING WELL.

16:16  24   **Q.**   CAN YOU TELL THE COURT WHERE THE EYEWITNESSES WERE THAT

16:16  25   YOU USED TO VERIFY YOUR MODEL?

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:16 | 1 | **A.**   NOT BY MY HEAD. |
| 16:16 | 2 | **Q.**   COULD YOU FIND THAT IN YOUR REPORT? |
| 16:16 | 3 | **A.**   FIND IT NOW? |
| 16:16 | 4 | **Q.**   YES.  IS IT IN YOUR REPORT? |
| 16:16 | 5 | **A.**   NOT IN THIS REPORT.  IT IS IN THE PREVIOUS ONES. |
| 16:16 | 6 | **Q.**   IS IT IN A REPORT THAT YOU HAVE PROVIDED TO THE DEFENDANT? |
| 16:16 | 7 | **MR. BRUNO:**  YES. |
| 16:16 | 8 | **THE WITNESS:**  YEAH, I THINK SO, BUT I'M NOT AWARE |
| 16:16 | 9 | WHICH REPORTS ARE ALL PROVIDED.  IT WAS 2007 REPORT. |
| 16:16 | 10 | **BY MR. SMITH:** |
| 16:16 | 11 | **Q.**   IS IT YOUR SOBEK REPORT? |
| 16:16 | 12 | **A.**   YEAH, I THINK SO. |
| 16:16 | 13 | **Q.**   IF I GAVE THAT TO YOU, COULD YOU FIND THAT FOR THE COURT? |
| 16:16 | 14 | **MR. BRUNO:**  YOUR HONOR, I OBJECT.  WE DON'T NEED THE |
| 16:16 | 15 | WITNESS TO BE LOOKING -- |
| 16:16 | 16 | **THE COURT:**  IT'S HIS TIME. |
| 16:16 | 17 | **MR. BRUNO:**  OKAY. |
| 16:16 | 18 | **THE COURT:**  IF HE TAKES 40 HOURS, HIS CASE IS OVER. |
| 16:16 | 19 | **MR. BRUNO:**  TAKE YOUR TIME, PROFESSOR. |
| 16:16 | 20 | **THE COURT:**  JUST TO LET YOU KNOW THAT IN ADVANCE. |
| 16:19 | 21 | **MR. SMITH:**  MAY I APPROACH, YOUR HONOR. |
| 16:19 | 22 | **THE COURT:**  YES, YOU MAY, SIR. |
| 16:19 | 23 | **MR. SMITH:**  THE PROFESSOR, I THINK, IS LOOKING FOR |
| 16:19 | 24 | HIS REFERENCE. |
| 16:19 | 25 | **THE WITNESS:**  I HAVE TO LOOK MYSELF UNLESS YOU KNOW |

| | | |
|---|---|---|
| 16:19 | 1 | WHERE IT IS BECAUSE -- |
| 16:19 | 2 | **BY MR. SMITH:** |
| 16:19 | 3 | **Q.**   WELL, LET ME SUGGEST.  I DON'T KNOW.  IS IT ON PAGE 38 |
| 16:19 | 4 | IN -- |
| 16:19 | 5 | **MR. BRUNO:**  LET ME SEE IF YOU HAVE THE RIGHT REPORT. |
| 16:19 | 6 | **MR. SMITH:**  PX-53. |
| 16:19 | 7 | **THE WITNESS:**  IT'S THE 2007. |
| 16:19 | 8 | **MR. SMITH:**  PX-53, I THINK, IS THE REPORT. |
| 16:19 | 9 | **THE WITNESS:**  ON THE POLDER FLOOD SIMULATION FOR |
| 16:19 | 10 | GREATER NEW ORLEANS 2007. |
| 16:19 | 11 | **BY MR. SMITH:** |
| 16:19 | 12 | **Q.**   THAT'S PX-53? |
| 16:19 | 13 | **A.**   YEAH, YOU KNOW BETTER THAN I. |
| 16:19 | 14 | **MR. SMITH:**  I WILL REPRESENT IT IS PX-53, YOUR HONOR. |
| 16:19 | 15 | **THE COURT:**  IT IS.  THAT'S THE FIRST ONE MR. BRUNO |
| 16:20 | 16 | REFERRED TO. |
| 16:20 | 17 | **BY MR. SMITH:** |
| 16:20 | 18 | **Q.**   WOULD YOU LOOK AT PAGE 38, PROFESSOR. |
| 16:20 | 19 | **MR. BRUNO:**  SO I CAN FOLLOW, PERHAPS COUNSEL CAN |
| 16:20 | 20 | SHARE WITH US WHETHER THIS WAS SHARED WITH US YESTERDAY, |
| 16:20 | 21 | BECAUSE I CAN'T SAY THAT IT WAS. |
| 16:20 | 22 | **MR. SMITH:**  PX-53.  YOU USED IT IN YOUR DIRECT. |
| 16:20 | 23 | **MR. BRUNO:**  I KNOW.  I'M ASKING YOU -- |
| 16:20 | 24 | **THE COURT:**  TALK TO THE COURT. |
| 16:20 | 25 | **MR. BRUNO:**  YOUR HONOR, I'M JUST WONDERING IF -- I |

| | | |
|---|---|---|
| 16:20 | 1 | WAS SUPPLIED YESTERDAY WITH THE LIST OF CROSS-EXAMINATION |
| 16:20 | 2 | DOCUMENTS AND WHAT NUMBER IT IS IN THE CROSS-EXAMINATION |
| 16:20 | 3 | BINDER. |
| 16:20 | 4 | **MR. SMITH:**  IT'S IN THE BINDER. |
| 16:20 | 5 | **MR. BRUNO:**  I WANT TO KNOW WHICH NUMBER IT IS, |
| 16:20 | 6 | YOUR HONOR, IN THE BINDER THAT'S SUPPOSED TO BE POTENTIAL |
| 16:20 | 7 | CROSS.  NOT THAT I'M GOING TO OBJECT; I JUST WANT TO MAKE THE |
| 16:20 | 8 | POINT THAT IT WASN'T IN MY BINDER. |
| 16:20 | 9 | **THE COURT:**  IT'S EXHIBIT 53, PAGE 38? |
| 16:20 | 10 | **MR. SMITH:**  CORRECT. |
| 16:20 | 11 | **MR. BRUNO:**  IT'S OKAY.  IT WASN'T GIVEN TO US BEFORE, |
| 16:20 | 12 | BUT NO OBJECTION. |
| 16:20 | 13 | **MR. SMITH:**  IT MAY BE A DX NUMBER IN THE OTHER |
| 16:20 | 14 | BINDER. |
| 16:20 | 15 | **THE WITNESS:**  THE FIRST TIME THAT WE MENTION |
| 16:20 | 16 | EYEWITNESSES IS ON PAGE 11, AS AN EXAMPLE. |
| 16:21 | 17 | **BY MR. SMITH:** |
| 16:21 | 18 | **Q.**   IN THE -- |
| 16:21 | 19 | **A.**   PAGE 11.  IT'S ALSO CALLED "CALIBRATION RESULTS."  THAT |
| 16:21 | 20 | MAY BE A SLIGHTLY BIG NAME, BUT ANYHOW -- SO THERE YOU SEE |
| 16:21 | 21 | COMPARISONS WITH AN EYEWITNESS NEAR THE 17TH STREET CANAL. |
| 16:21 | 22 | **Q.**   THAT'S FOR THE ORLEANS METRO BOWL.  THAT'S NOT RELEVANT TO |
| 16:21 | 23 | THIS CASE, PROFESSOR. |
| 16:21 | 24 | **MR. BRUNO:**  OBJECTION, YOUR HONOR.  WE DON'T NEED ANY |
| 16:21 | 25 | ARGUMENTATIVENESS HERE. |

| | | |
|---|---|---|
| 16:21 | 1 | **THE COURT:** IT MAY OR MAY NOT BE. IT MAY BE AS AN |
| 16:21 | 2 | EXTRAPOLATION. I DON'T KNOW, BUT YOU CAN ASK HIM. RATHER THAN |
| 16:21 | 3 | YOU RULING ON THE RELEVANCE, YOU MIGHT ASK HIM: "HOW IS THAT |
| 16:21 | 4 | RELEVANT TO THIS CASE?" OR "ISN'T IT TRUE IT'S NOT RELEVANT TO |
| 16:21 | 5 | THIS CASE?" MIGHT BE A BETTER WAY TO -- IF HE WANTS TO USE THAT |
| 16:21 | 6 | AS AN EXAMPLE, RATHER THAN -- THE COURT NOT BEING OMNISCIENT. |
| 16:21 | 7 | **BY MR. SMITH:** |
| 16:21 | 8 | **Q.** PROFESSOR, THE EYEWITNESS TESTIMONY WITH RESPECT TO |
| 16:21 | 9 | THE ORLEANS METRO BOWL, DID THAT HAVE ANY BEARING ON YOUR |
| 16:21 | 10 | MODELING -- |
| 16:21 | 11 | **A.** YES, OF COURSE. |
| 16:21 | 12 | **Q.** -- IN ST. BERNARD PARISH? |
| 16:21 | 13 | **A.** IF YOU CAN PROVE -- |
| 16:21 | 14 | **Q.** IN ST. BERNARD PARISH -- |
| 16:21 | 15 | **MR. BRUNO:** YOUR HONOR, COUNSEL ASKED THE WITNESS TO |
| 16:22 | 16 | FIND EVIDENCE IN THE REPORT WHERE HE RELIED ON EYEWITNESS |
| 16:22 | 17 | CORROBORATION. |
| 16:22 | 18 | **THE COURT:** THAT'S TRUE. |
| 16:22 | 19 | **MR. BRUNO:** THE WITNESS CAN'T KNOW THAT HE'S GOT |
| 16:22 | 20 | SOMETHING ELSE IN HIS MIND. SO WITH ALL RESPECT -- |
| 16:22 | 21 | **THE COURT:** OKAY. DO YOU WANT TO ASK A QUESTION |
| 16:22 | 22 | ABOUT EYEWITNESSES WITHIN THE AREA THAT IS THE SUBJECT OF THIS |
| 16:22 | 23 | LAWSUIT, WHICH WOULD BE -- |
| 16:22 | 24 | **MR. SMITH:** YES. MAY I WITHDRAW THAT QUESTION AND |
| 16:22 | 25 | REFRAME IT, YOUR HONOR? |

FINAL DAILY COPY

16:22   1          **THE COURT:**  YOU CERTAINLY MAY.

16:22   2   **BY MR. SMITH:**

16:22   3   **Q.**   PROFESSOR, WITH RESPECT TO THE MODELING THAT'S AT ISSUE IN

16:22   4   THIS CASE IN NEW ORLEANS EAST AND ST. BERNARD PARISH, IN THOSE

16:22   5   TWO POLDERS, CAN YOU FIND A REFERENCE TO EYEWITNESS TESTIMONY

16:22   6   THAT YOU USED TO CALIBRATE THOSE MODELS?

16:22   7   **A.**   THAT'S A DIFFERENT QUESTION THAN YOU ASKED, BUT MY FIRST

16:23   8   ANSWER IS:  IF YOU WANT TO CALIBRATE A MODEL, THEN YOU NEED TO

16:23   9   USE WHAT YOU HAVE.  I WOULD DARE TO SAY THAT I DON'T KNOW WHAT

16:23   10  WE WILL FIND IN A FEW MOMENTS.  BUT IF I HAVE CALIBRATED THE

16:23   11  MODEL IN THE METRO BOWL AND IT FITS WELL, THEN, WITH PUTTING IN

16:23   12  THE KATRINA WATER LEVELS AND PUTTING IN THE BREACH SIZES, AND

16:23   13  THEN I CAN REPRODUCE THE STORIES OF THE EYEWITNESSES, THEN I

16:23   14  THINK THE MODEL WILL ALSO BE OKAY FOR NEW ORLEANS EAST AND

16:23   15  NINTH WARD BECAUSE THEN, IN GENERAL, IT WORKS.  MAYBE SMALL

16:23   16  DIFFERENCES, BUT IF IT FITS IN ONE BOWL, THEN IT WILL BE ALSO

16:23   17  OKAY IN THE OTHERS IN PRINCIPLE.  THAT'S THE PRINCIPLE OF

16:23   18  PHYSICAL MODELS.

16:23   19  **Q.**   LET'S ME DIRECT YOUR ATTENTION TO PAGE 38.

16:23   20  **A.**   WE GO TO 38, YEAH.

16:23   21  **Q.**   DOES YOUR REPORT REFLECT YOU RELIED UPON THE IPET

16:24   22  RESULTS --

16:24   23  **A.**   YES.

16:24   24  **Q.**   -- FOR VERIFICATION OF YOUR OWN MODELING?

16:24   25  **A.**   YEAH, YEAH.  WE DID TWO, OF COURSE.

963

| 16:24 | 1 | **Q.**   WERE YOU PROVIDED WITH ANY STOPPED-CLOCK DATA FOR PURPOSES |
| 16:24 | 2 | OF CALIBRATING YOUR SOBEK MODELING? |
| 16:24 | 3 | **A.**   YES.  TWO. |
| 16:24 | 4 | **Q.**   YOU RELIED ON STOPPED-CLOCK DATA FOR YOUR -- |
| 16:24 | 5 | **A.**   AS ONE OF THE SOURCES. |
| 16:24 | 6 | **Q.**   THANK YOU. |
| 16:24 | 7 | **A.**   TOOK IT ALL INTO ACCOUNT, WHAT WE COULD FIND AND WHAT WAS |
| 16:24 | 8 | BROUGHT TO US, TO SEE IF IT REFUTED OUR RESULTS OR CONFIRMED |
| 16:24 | 9 | THEM. |
| 16:24 | 10 | **Q.**   DO YOU KNOW WHETHER YOU RELIED ON ANY EYEWITNESS TESTIMONY |
| 16:24 | 11 | FROM JACKSON BARRACKS? |
| 16:24 | 12 | **A.**   I WOULDN'T KNOW. |
| 16:24 | 13 | **Q.**   THANK YOU, PROFESSOR. |
| 16:24 | 14 | **THE COURT:**  HOLD ON ONE SECOND. |
| 16:24 | 15 | EXCUSE ME, MR. SMITH.  I'M SORRY.  GO AHEAD. |
| 16:25 | 16 | **THE WITNESS:**  BUT IT ALSO MEANT -- YOU'RE ASKING IT, |
| 16:25 | 17 | BUT IT'S ALSO MENTIONING IT, PAGE 41.  IT SAYS EYEWITNESS |
| 16:25 | 18 | REPORTS, STOPPED CLOCKS, TIME-AND-DATE STAMPED DIGITAL |
| 16:25 | 19 | PHOTOGRAPHS. |
| 16:25 | 20 | **BY MR. SMITH:** |
| 16:25 | 21 | **Q.**   DID YOU REVIEW ANY OF THAT INFORMATION, PROFESSOR? |
| 16:25 | 22 | **A.**   YEAH.  IT WAS REVIEWED OR BASED ON IPET REVIEWS, YEAH. |
| 16:25 | 23 | **Q.**   SOMEONE ON YOUR TEAM? |
| 16:25 | 24 | **A.**   YEAH. |
| 16:25 | 25 | **Q.**   THANK YOU. |

16:25    1          **MR. SMITH:** LET'S SWITCH OFF FROM THE ELMO TO THE

16:25    2    SLIDES.

16:25    3    **BY MR. SMITH:**

16:25    4    **Q.** PROFESSOR, I BELIEVE WE HAVE TALKED ABOUT THE VARIOUS

16:25    5    SCENARIOS THAT YOU MODELED TO SHOW THE DIFFERENCES, AND I

16:26    6    BELIEVE YOU TESTIFIED ON DIRECT EXAMINATION THAT, BY COMPARING

16:26    7    SCENARIO 1 WITH SCENARIO 2C, YOU WERE ABLE TO ISOLATE THE

16:26    8    INFLUENCE OF THE MRGO CHANNEL AND ITS CONDITION WHEN KATRINA

16:26    9    STRUCK; IS THAT CORRECT?

16:26    10   **A.** YEAH.

16:26    11   **Q.** ISN'T IT ALSO TRUE THAT BY COMPARING SCENARIO 2C AND

16:26    12   SCENARIO 3 THAT YOU WOULD BE ABLE TO EVALUATE THE IMPACT OF THE

16:26    13   MRGO CHANNEL AS IT WAS DESIGNED?

16:26    14   **A.** AS AUTHORIZED.

16:26    15   **Q.** AS AUTHORIZED OR AS DESIGNED?

16:26    16   **A.** YEAH, YEAH.

16:26    17   **Q.** ISN'T IT TRUE, BY COMPARING THE CHANNEL AS IT EXISTED IN

16:26    18   SCENARIO 1, THAT YOU WOULD BE ABLE TO COMPARE THAT WITH

16:27    19   SCENARIO 3 TO SEE WHAT WOULD HAVE BEEN DIFFERENT IF THE CHANNEL

16:27    20   HAD BEEN DESIGNED AND MAINTAINED AT ITS INITIAL DIMENSIONS --

16:27    21   **A.** YES.

16:27    22   **Q.** -- WITHOUT ANY IMPACT ON THE WETLANDS?

16:27    23   **A.** YEAH, BUT I THINK THAT'S WHAT WE ALL TALK ABOUT.  WE

16:27    24   ALWAYS TOOK INTO ACCOUNT SCENARIO 1, AS IT WERE DURING KATRINA;

16:27    25   SCENARIO 2C, THE DREAM THAT IT HADN'T BEEN THERE; AND THEN 3,

| | | |
|---|---|---|
| 16:27 | 1 | AS AUTHORIZED.  SO THESE CALCULATIONS WERE MADE, AS FAR AS WE |
| 16:27 | 2 | WERE ABLE, FOR ALL QUESTIONS EVERYWHERE IN THERE AND WERE |
| 16:27 | 3 | PROVIDED WITH THESE THREE NUMBERS, THESE THREE RESULTS. |
| 16:27 | 4 | **Q.**   I WOULD LIKE TO SHOW YOU PX-2009, PAGE 3, WHICH IS FROM |
| 16:28 | 5 | YOUR MARCH 23 SUPPLEMENTAL REPORT, SCENARIO 1. |
| 16:28 | 6 | **MR. SMITH:**  I'M SORRY.  COULD WE GO TO SCENARIO 1 |
| 16:28 | 7 | FIRST. |
| 16:28 | 8 | **THE COURT:**  HOLD ON ONE SECOND.  WE ARE GOING TO GET |
| 16:28 | 9 | ON THE SAME PAGE, MR. SMITH.  THAT'S THE MARCH -- |
| 16:28 | 10 | **MR. SMITH:**  MARCH 23, 2009 SUPPLEMENTAL REPORT.  IT'S |
| 16:28 | 11 | PLAINTIFFS' EXHIBIT 2009. |
| 16:28 | 12 | **THE COURT:**  THANK YOU, SIR. |
| 16:28 | 13 | **MR. SMITH:**  PAGE 3. |
| 16:28 | 14 | **BY MR. SMITH:** |
| 16:28 | 15 | **Q.**   PAGE 3 HAS A DIAGRAM WHICH INDICATES THE SURGE ELEVATIONS, |
| 16:28 | 16 | MAXIMUM SURGE ELEVATIONS; ISN'T THAT CORRECT, PROFESSOR? |
| 16:29 | 17 | **A.**   YEAH, MAYBE.  I THINK SO, YEAH. |
| 16:29 | 18 | **Q.**   I BELIEVE YOU PREVIOUSLY TESTIFIED THAT THIS SHOWS THE |
| 16:29 | 19 | SURGE BUILDUP ALONG REACH 2 OF THE MRGO.  ISN'T THAT THE |
| 16:29 | 20 | DARKEST ORANGE COLOR ON THIS GRAPH? |
| 16:29 | 21 | **A.**   YEAH.  WE HAD A DIFFERENT PICTURE, BUT IT WAS -- |
| 16:29 | 22 | **Q.**   CAN WE COMPARE THIS, THEN, WITH THE SAME PICTURE IN |
| 16:29 | 23 | SCENARIO 3?  DOES THIS SHOW THAT THERE'S VIRTUALLY NO |
| 16:29 | 24 | DIFFERENCE IN THE SURGE ELEVATION BETWEEN SCENARIO 1 AND |
| 16:29 | 25 | SCENARIO 3? |

| | | |
|---|---|---|
| 16:29 | 1 | **A.**  YEAH.  IF THESE COLORS ARE THE SAME, THEN IT'S MORE OR |
| 16:29 | 2 | LESS THE SAME. |
| 16:29 | 3 | **Q.**  IN FACT, WASN'T THAT THE CONCLUSION OF YOUR REPORT, THAT, |
| 16:29 | 4 | IN FACT -- |
| 16:29 | 5 | **A.**  THERE WAS SLIGHT DIFFERENCES. |
| 16:30 | 6 | **Q.**  VERY SLIGHT DIFFERENCES BETWEEN -- |
| 16:30 | 7 | **A.**  YEAH, YEAH.  WITHIN 1 FOOT, EVEN BETWEEN 1 AND 2 FEET.  IT |
| 16:30 | 8 | WAS ON THE ORDER OF 1 FOOT. |
| 16:30 | 9 | **Q.**  THAT WAS EVEN TAKING INTO ACCOUNT THAT IN SCENARIO 3, |
| 16:30 | 10 | WHICH WAS THE MRGO AS DESIGNED, ALL THE WETLANDS WERE PUT BACK |
| 16:30 | 11 | IN IN THEIR PRE-MRGO CONDITION; ISN'T THAT CORRECT? |
| 16:30 | 12 | **A.**  YEAH. |
| 16:30 | 13 | **Q.**  SO EVEN PUTTING ALL THE WETLANDS BACK IN IN THEIR |
| 16:30 | 14 | PRISTINE, IF YOU WILL, CONDITION AND PUTTING A CHANNEL IN IN |
| 16:30 | 15 | ITS AUTHORIZED SIZE MADE ALMOST NO DIFFERENCE IN THE SURGE |
| 16:30 | 16 | ELEVATIONS ALONG THE REACH 2 LEVEES; ISN'T THAT CORRECT, |
| 16:30 | 17 | PROFESSOR? |
| 16:30 | 18 | **A.**  YEAH, A LITTLE BIT. |
| 16:30 | 19 | **THE COURT:**  YOU'RE SAYING, "A LITTLE BIT." |
| 16:30 | 20 | HE SAID, "ISN'T THAT CORRECT?"  YOU SAID, "A |
| 16:30 | 21 | LITTLE BIT."  YOU NEED TO EXPLAIN THAT TO THE COURT. |
| 16:30 | 22 | **THE WITNESS:**  SO IT'S IN THIS MARGIN OF 1 FOOT, AND |
| 16:30 | 23 | SO THAT'S NOT MUCH.  BETWEEN SCENARIO 2C, THE LOWER ONE, AND |
| 16:30 | 24 | SCENARIO 1, THE HIGHER ONE, IS ABOUT 1 FOOT DIFFERENCE, AND 3 |
| 16:31 | 25 | IS IN BETWEEN. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:31 | 1 | **BY MR. SMITH:** |
| 16:31 | 2 | **Q.**   IN FACT, DIDN'T YOU FIND THAT THE PRESENCE OF THE CHANNEL |
| 16:31 | 3 | ACTUALLY REDUCED THE SURGE ELEVATION ALONG THE REACH 2 CHANNEL |
| 16:31 | 4 | BECAUSE IT CARRIED SOME OF THE FLOW AWAY FROM THE LEVEES, WHICH |
| 16:31 | 5 | WAS TRAPPED THERE WITHOUT THAT CONDUIT OF ESCAPE IN |
| 16:31 | 6 | SCENARIO 1 -- I'M SORRY, IN SCENARIO 2C?  WITHOUT THE CHANNEL, |
| 16:31 | 7 | DO YOU RECALL THAT THE SURGE ELEVATIONS WERE ACTUALLY LOWER |
| 16:31 | 8 | WHEN THE CHANNEL WAS PUT IN AS OPPOSED TO WHEN IT WAS REMOVED? |
| 16:31 | 9 | **A.**   I DON'T RECALL THAT. |
| 16:31 | 10 | **Q.**   YOU DON'T RECALL THAT? |
| 16:31 | 11 | **A.**   YOU'RE TALKING ABOUT THIS REGION, REACH 2? |
| 16:31 | 12 | **Q.**   YES, RIGHT ALONG REACH 2 OF THE MRGO. |
| 16:31 | 13 | **A.**   NO, I DON'T RECALL THAT. |
| 16:32 | 14 | **Q.**   LET ME DIRECT YOUR ATTENTION TO PX-104, PROFESSOR. |
| 16:33 | 15 | **MR. BRUNO:**  MAY WE HAVE A PAGE NUMBER? |
| 16:33 | 16 | **MR. SMITH:**  PAGE 90.  I'M SORRY. |
| 16:34 | 17 | **THE COURT:**  IS THERE A DATE ON THAT? |
| 16:34 | 18 | **MR. SMITH:**  JUNE 23, 2008. |
| 16:34 | 19 | **THE COURT:**  PAGE 90, SIR? |
| 16:34 | 20 | **MR. SMITH:**  PAGE 90. |
| 16:34 | 21 | **THE COURT:**  OKAY.  THERE IT IS.  I'VE MEMORIZED ALL |
| 16:34 | 22 | THESE EXHIBITS.  THAT'S A JOKE.  GO AHEAD.  IT MAY EXPLAIN MY |
| 16:34 | 23 | MOOD. |
| 16:34 | 24 | **MR. BRUNO:**  JUDGE, IF WE COULD HAVE A LITTLE MORE |
| 16:34 | 25 | DIRECTION.  IT'S A LOT OF WORDS. |

968

| | | |
|---|---|---|
| 16:34 | 1 | **THE COURT:** HE IS GOING TO BLOW IT UP, I'M SURE, WHEN |
| 16:34 | 2 | IT'S TIME. |
| 16:35 | 3 | MR. SMITH, YOU'RE LOOKING FOR THE SPECIFIC AREA? |
| 16:35 | 4 | **MR. SMITH:** YES, I AM, YOUR HONOR. |
| 16:35 | 5 | **THE COURT:** TAKE YOUR TIME. |
| 16:35 | 6 | BY MR. SMITH: |
| 16:35 | 7 | Q. I DIRECT YOUR ATTENTION TO THE SECOND -- OR I GUESS IT |
| 16:35 | 8 | WOULD BE THE THIRD FULL PARAGRAPH. |
| 16:35 | 9 | **THE COURT:** DO YOU WANT TO BLOW IT UP HERE? THANK |
| 16:35 | 10 | YOU. ENLARGE IT. ALL RIGHT. |
| 16:35 | 11 | BY MR. SMITH: |
| 16:35 | 12 | Q. IT SAYS THE HYDROGRAPHS FOR SCENARIO 1 AND 3 ARE ALMOST |
| 16:35 | 13 | SIMILAR; HOWEVER, SOME SMALL DIFFERENCES ARE VISIBLE. IT SAYS |
| 16:35 | 14 | THE PEAK SURGE IN THE SCENARIO 3 HYDROGRAPH IS A TINY BIT |
| 16:35 | 15 | HIGHER, LESS THAN 2/10THS OF A FOOT, THAN SCENARIO 1. THE |
| 16:35 | 16 | REASON IS THE REDUCED SIZE OF THE MRGO IN SCENARIO 3, WHICH |
| 16:35 | 17 | REDUCES THE TRANSPORT CAPACITY OF WATER AWAY FROM THE PEAK |
| 16:35 | 18 | SURGE AT LAKE BORGNE. |
| 16:35 | 19 | A. YEAH. |
| 16:35 | 20 | Q. SO ISN'T IT TRUE THAT THE LARGER SIZE OF THE CHANNEL IN |
| 16:36 | 21 | THE KATRINA REAL RUN ACTUALLY SERVED TO PULL WATER AWAY FROM |
| 16:36 | 22 | THE LEVEE? |
| 16:36 | 23 | A. YEAH. YOU HAVE TO LOOK TO THE MODELS. YOU SEE THERE'S |
| 16:36 | 24 | SOME INTERPRETATION HERE, WHERE IT IS AND WHY IT IS, AND IT MAY |
| 16:36 | 25 | DIFFER FROM POINT TO POINT. |

16:36    1            SO GENERALLY STATING THAT IT WORKS LIKE THIS OR THAT

16:36    2    IS VERY DIFFICULT.  IF YOU HAVE SUCH TINY DIFFERENCES, AS IT

16:36    3    SAYS ALREADY, IT'S -- THE HYDROGRAPH IS A TINY BIT HIGHER

16:36    4    INCREASE, SMALLER THAN .2 FOOT.  SO WE ARE DISCUSSING THESE

16:36    5    TYPE OF MARGINS.  THEN YOU HAVE TO STUDY REALLY WELL, DEPENDING

16:36    6    ON WHAT YOU WANT TO CONCLUDE, BECAUSE THIS IS IN THE MARGIN OF

16:36    7    ERROR.

16:36    8            THE COURT:  ARE WE TALKING ABOUT REACH 1?

16:36    9            MR. SMITH:  NO.

16:36   10    BY MR. SMITH:

16:36   11    Q.   WE ARE TALKING ABOUT REACH 2 HERE, AREN'T WE, PROFESSOR?

16:37   12    A.   REACH 2.

16:37   13    Q.   SO THE POINT, PROFESSOR, YOU WOULD AGREE, WOULD BE THAT

16:37   14    REGARDLESS OF WHETHER THE CHANNEL IS PRESENT OR THE CHANNEL IS

16:37   15    ABSENT, THAT THERE IS VIRTUALLY NO CHANGE IN THE SURGE

16:37   16    ELEVATION ALONG REACH 2?

16:37   17            MR. BRUNO:  OBJECTION.  1 AND 3 BOTH HAVE THE

16:37   18    CHANNEL, SO THAT'S NOT ACCURATE.  IT'S 2C THAT TAKES THE

16:37   19    CHANNEL AWAY.

16:37   20    BY MR. SMITH:

16:37   21    Q.   PROFESSOR --

16:37   22            THE COURT:  HE HAS MADE AN OBJECTION.  YOU'RE

16:37   23    SAYING --

16:37   24            MR. SMITH:  I'M SORRY.  I DIDN'T UNDERSTAND THE

16:37   25    OBJECTION.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:37 | 1 | **THE COURT:**  HE MADE AN OBJECTION ABOUT THE CHANNEL |
| 16:37 | 2 | BEING -- |
| 16:37 | 3 | **MR. BRUNO:**  NOT THERE. |
| 16:37 | 4 | **THE COURT:**  -- NOT THERE.  1 AND 3, THE CHANNEL IS |
| 16:37 | 5 | THERE. |
| 16:37 | 6 | **MR. SMITH:**  IN 2C, THE CHANNEL IS NOT THERE. |
| 16:37 | 7 | **MR. BRUNO:**  RIGHT. |
| 16:37 | 8 | **MR. SMITH:**  CORRECT. |
| 16:37 | 9 | **MR. BRUNO:**  YES. |
| 16:37 | 10 | **THE WITNESS:**  YEAH, 2C IS NO CHANNEL.  BUT 1 AND 3 |
| 16:37 | 11 | ARE NEARLY THE SAME, AS WE DISCUSSED ALREADY. |
| 16:37 | 12 | **BY MR. SMITH:** |
| 16:37 | 13 | **Q.**  NEARLY THE SAME.  SO THERE'S -- |
| 16:37 | 14 | **A.**  SO THE DIFFERENCE BETWEEN THE TWO MOST EXTREME EXAMPLES, 1 |
| 16:37 | 15 | AND 2, IS OF THE ORDER OF A FOOT, AND 3 IS IN BETWEEN AND |
| 16:37 | 16 | SOMETIMES EVEN SLIGHTLY HIGHER.  AND THEN DEPENDING ON WHERE |
| 16:37 | 17 | YOU ARE IN THE END, IT MIGHT GO EITHER WAY -- A LITTLE BIT |
| 16:38 | 18 | HIGHER, A LITTLE BIT LOWER -- AND THEN YOU HAVE TO STUDY IN |
| 16:38 | 19 | DETAIL HOW IT WORKS. |
| 16:38 | 20 | **Q.**  SO, ESSENTIALLY, THERE WOULD BE NO BENEFIT TO BE GAINED BY |
| 16:38 | 21 | MAINTAINING A NARROWER CHANNEL IN THIS LOCATION AS OPPOSED TO |
| 16:38 | 22 | ALLOWING THE CHANNEL TO WIDEN; IS THAT CORRECT? |
| 16:38 | 23 | **A.**  AGAIN, OUR MAIN INTEREST WAS SEEING IF THERE WAS A |
| 16:38 | 24 | DIFFERENCE BETWEEN SCENARIO 1 AND SCENARIO 2C.  JUST FOR |
| 16:38 | 25 | COMPARISON REASON, WE ALSO DID 3, JUST TO BE SURE, BUT NOW YOU |

16:38    1    ARE GOING TO TRY TO DRAW DEEP CONCLUSIONS ABOUT 3.  SO THAT'S

16:38    2    NOT THE INDICATION OF OUR STUDY.  WE WERE JUST LOOKING GLOBALLY

16:38    3    BETWEEN 1 AND 2.

16:38    4            3, IT FITS IN.  IT'S MORE OR LESS IN BETWEEN.  BUT IF

16:38    5    YOU NOW WANT TO DRAW CONCLUSIONS REGARDING THE INCREASE OF THE

16:38    6    FLOOD RELATED TO THE SIZE OF THE CROSS-SECTION OF THE CHANNEL,

16:38    7    I DON'T THINK THAT THIS STUDY IS FIT FOR THAT.  THAT'S TOO MUCH

16:39    8    DETAIL.

16:39    9    Q.   YOU'RE NOT TELLING THE COURT THAT YOU CAN'T DRAW

16:39   10    CONCLUSIONS BASED UPON SCENARIO 3, ARE YOU, PROFESSOR?

16:39   11    A.   YEAH, YOU CAN DRAW CONCLUSIONS, BUT THERE IS LIMITED VALUE

16:39   12    IF THE DIFFERENCES ARE SO SMALL.

16:39   13    Q.   SO, ESSENTIALLY, YOUR STUDY DOESN'T PROVIDE ANY EVIDENCE

16:39   14    CONCERNING A BENEFIT FOR MAINTAINING THE CHANNEL AT ITS

16:39   15    AUTHORIZED DIMENSIONS IN RESTORING THE WETLANDS WITH --

16:39   16            MR. BRUNO:  OBJECTION, YOUR HONOR.

16:39   17            THE COURT:  WAIT A MINUTE.

16:39   18    BY MR. SMITH:

16:39   19    Q.   -- RESPECT TO SURGE ELEVATION ALONG REACH 2 OF THE MRGO;

16:39   20    ISN'T THAT CORRECT, PROFESSOR?

16:39   21            MR. BRUNO:  FIRST OF ALL, OBJECTION.  COUNSEL, DURING

16:39   22    THE DIRECT, SUGGESTED THAT HE WAS NOT OFFERED NOR DID HE WRITE

16:39   23    IN HIS REPORT ANYTHING ABOUT MAINTENANCE AND OPERATION.

16:39   24            THE COURT:  I'M GOING TO OVERRULE YOUR OBJECTION.

16:39   25            MR. BRUNO:  WELL, MY SECOND, JUDGE, IF I MAY --


                        FINAL DAILY COPY

16:39   1           **THE COURT:**  IT'S IN HIS REPORT.  IT'S

16:39   2   CROSS-EXAMINATION.

16:39   3           **MR. BRUNO:**  BUT MY WITNESS DOESN'T KNOW OPERATIONS

16:39   4   AND MAINTENANCE, WHAT THAT MEANS.

16:39   5           **THE COURT:**  WELL, HE IS ASKING HIM SOMETHING RIGHT

16:40   6   OUT OF -- SIMPLY ABOUT DID THE WIDTH OF THE CHANNEL -- HE ASKED

16:40   7   HIM A FAIR QUESTION:  DID THE WIDTH OF THE CHANNEL, THE

16:40   8   INCREASED WIDTH OF THE CHANNEL, HAVE ANY SIGNIFICANT EFFECT

16:40   9   FROM THE CHANNEL AS AUTHORIZED AS TO SURGE?  THAT WAS THE

16:40   10  QUESTION.  IT'S A FAIR QUESTION.  I'M GOING TO ALLOW IT.

16:40   11          **THE WITNESS:**  AGAIN, THE PRINCIPLE IS THAT THE WIDER

16:40   12  CHANNEL GIVES US SLIGHTLY HIGHER FLOODS.  SCENARIO 3 IS, IN

16:40   13  PRINCIPLE, IN BETWEEN THAT.  BUT BECAUSE THE MOVEMENT OF THE

16:40   14  WATER IS SO COMPLICATED, IT MIGHT DIFFER FROM PLACE TO PLACE.

16:40   15              BECAUSE YOU CHOOSE NOW TO COMPARE THESE NUMBERS

16:40   16  HERE, BUT IT'S ALSO INTERESTING TO COMPARE THE TOP FEW.  IF YOU

16:41   17  ARE IN THE SAME REPORT, YOU WOULD LOOK ON PAGE 18, WHICH WE

16:41   18  HAVE PRESENTED, THE TOP GRAPH; AND THEN ON PAGE 45, THE TOP

16:41   19  GRAPH.  THESE TWO ARE SCENARIO 1 AND SCENARIO 2C, AND THERE YOU

16:41   20  CLEARLY SEE THAT THE EXTENT OF THE HIGH WATER LEVEL IS FAR

16:41   21  SMALLER IN 2C.  THEN COMPARING IT WITH SCENARIO 3, YOU SEE,

16:41   22  CURIOUSLY ENOUGH, THERE IS EVEN SLIGHTLY BIGGER AREA OF HIGH

16:41   23  WATER.

16:41   24  **BY MR. SMITH:**

16:41   25  **Q.**   PROFESSOR, I'M SORRY, BUT COULD YOU EXPLAIN WHAT YOU MEAN

16:41  1  BY A "SLIGHTLY BIGGER AREA OF HIGH WATER" IN SCENARIO 3.

16:41  2          **MR. BRUNO:**  COULD WE SHOW THE COURT THE PAGES THAT HE

16:41  3  IS LOOKING AT SO THAT WE CAN FOLLOW ALONG?

16:41  4  **BY MR. SMITH:**

16:41  5  **Q.**   COULD YOU DIRECT US TO THOSE FIGURES, PROFESSOR.

16:42  6  **A.**   YES.  THAT'S WHAT I'M TRYING TO DO.  IT WAS AT PAGE 71,

16:42  7  THE TOP GRAPH, I SAID.

16:42  8          **MR. SMITH:**  I'LL PUT IT ON THE OVERHEAD.

16:42  9          **THE COURT:**  THANK YOU, MR. SMITH.

16:42  10         **MR. BRUNO:**  THANK YOU.

16:42  11         **THE COURT:**  IT WOULD BE HELPFUL.  I APPRECIATE THE

16:42  12  COOPERATION.

16:42  13         **THE WITNESS:**  THAT ONE IS GIVING THE FORM OF THE

16:42  14  SURGE WITH SCENARIO 3.  THAT'S THE SAME SIZE OR MAYBE EVEN

16:42  15  SLIGHTLY BIGGER THAN THE SIZE OF THE FLOOD ON PAGE 18, THE TOP

16:42  16  GRAPH, WHICH IS THE SCENARIO 1 CASE.

16:42  17              SO, INDEED, IT'S A COMPLICATED PHENOMENON

16:43  18  BECAUSE THE COMPARATIVELY SMALLER CHANNEL GIVES SLIGHTLY HIGHER

16:43  19  FLOODS.  THEN ON PAGE 45, IF YOU STUDY THE TOP GRAPH, 2C --

16:43  20  **BY MR. SMITH:**

16:43  21  **Q.**   PROFESSOR, I DIDN'T ASK YOU ABOUT 2C.  LET'S JUST STICK

16:43  22  WITH SCENARIO 1 AND SCENARIO 3 HERE.

16:43  23  **A.**   OKAY.

16:43  24  **Q.**   YOU MAY HAVE HAD CERTAIN INTERESTS IN PREPARING YOUR

16:43  25  STUDY, BUT THE COURT MAY BE INTERESTED IN HEARING ABOUT

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:43 | 1 | COMPARISONS BETWEEN SCENARIO 1 AND SCENARIO 3. |
| 16:43 | 2 | IS IT YOUR TESTIMONY THAT THE SURGE ELEVATIONS ALONG |
| 16:43 | 3 | REACH 2 WERE HIGHER IN THE MRGO AS DESIGNED, SCENARIO 3, THAN |
| 16:43 | 4 | THEY WERE IN THE KATRINA REAL-RUN, SCENARIO 1? |
| 16:43 | 5 | **A.** ACCORDING TO THESE GRAPHS THAT WE HAVE SEEN JUST A MINUTE |
| 16:43 | 6 | AGO, THE LEVELS ARE THE SAME, ONLY THE AREA IS BIGGER.  THEY |
| 16:43 | 7 | ARE BOTH DARK BROWN AND OF THE ORDER OF 17 FEET.  THE |
| 16:43 | 8 | DIFFERENCE MUST BE LESS THAN A FOOT, IF THERE IS ANY |
| 16:44 | 9 | DIFFERENCE.  THE TYPED VERSION THAT YOU SHOWED WAS SPEAKING OF |
| 16:44 | 10 | SMALLER THAN A .2-FOOT DIFFERENCE. |
| 16:44 | 11 | **Q.** SO WHILE THE SURGE ELEVATION IS VIRTUALLY THE SAME, |
| 16:44 | 12 | THERE'S MORE SURGE BUILDUP ALONG REACH 2 IN THE WELL-MAINTAINED |
| 16:44 | 13 | MRGO SCENARIO AS OPPOSED TO -- |
| 16:44 | 14 | **A.** IN THIS CALCULATION THERE IS, YES. |
| 16:44 | 15 | **Q.** THANK YOU.  YOU DON'T HAVE ANY CALCULATION THAT SUGGESTS |
| 16:44 | 16 | OTHERWISE, DO YOU? |
| 16:44 | 17 | **A.** NO.  THIS IS ALL THE CALCULATIONS WE MADE. |
| 16:44 | 18 | **Q.** LET'S TAKE A LOOK AT THE SURGE HYDROGRAPHS THAT YOU |
| 16:44 | 19 | DEVELOPED FOR VARIOUS LOCATIONS.  AGAIN, AS YOU TESTIFIED ON |
| 16:44 | 20 | DIRECT, THESE SURGE HYDROGRAPHS REFLECT THE RISE AND THE FALL |
| 16:45 | 21 | AND THE PEAK SURGE ELEVATION AT VARIOUS LOCATIONS IN THE AREA |
| 16:45 | 22 | OF INTEREST; ISN'T THAT TRUE, PROFESSOR? |
| 16:45 | 23 | **A.** YEAH, YEAH, YEAH. |
| 16:45 | 24 | **Q.** ISN'T IT TRUE THAT, WITH RESPECT TO FIGURE 2.3 -- I |
| 16:45 | 25 | BELIEVE THIS IS 2.36A, WHICH IS ON THE LEFT-HAND SIDE -- |

FINAL DAILY COPY

16:45    1              **MR. SMITH:**  I WONDER IF YOU COULD ZOOM IN --

16:45    2              **THE COURT:**  MR. SMITH, DO YOU KNOW WHAT DATE 109

16:45    3    WOULD BE, WHAT DATE OF THAT --

16:45    4              **MR. SMITH:**  PX-109 IS THE FLOW REPORT.  IT'S THE MAIN

16:45    5    FLOW REPORT THAT WAS PRODUCED IN 2008.

16:45    6              **THE COURT:**  THANK YOU.  WE ARE JUST TRYING TO FOLLOW

16:45    7    ALONG IN ONE BOOK SO IT HELPS US MARK EVERYTHING.  IT'S PAGE

16:46    8    WHAT?

16:46    9              **MR. SMITH:**  PAGE 92.

16:46   10              **THE COURT:**  THANK YOU.

16:46   11    **BY MR. SMITH:**

16:46   12    **Q.**   PAGE 92 IN YOUR FLOW REPORT SHOWS THE RATE OF RISE OF

16:46   13    SURGE AT SHELL BEACH; ISN'T THAT CORRECT, PROFESSOR?

16:46   14    **A.**   YES, THAT'S CORRECT.

16:46   15    **Q.**   ISN'T IT TRUE THAT THAT FIGURE SHOWS THAT THE RATE OF

16:46   16    RISE, THE PEAK SURGE ELEVATION, AND THE RATE OF FALL AND THE

16:47   17    DURATION OF SURGE IS THE SAME IN THE MRGO AS-DESIGNED,

16:47   18    SCENARIO 3 AS IT IS IN THE KATRINA REAL-RUN SCENARIO?

16:47   19    **A.**   YES, THAT'S TRUE.  I EXPLAINED ALREADY WITH MR. BRUNO THAT

16:47   20    WE ARE HERE IN THE BEGINNING OF THE MRGO.  THERE IS NOT YET ANY

16:47   21    INFLUENCE VISIBLE OF THE DIFFERENT DIMENSIONS OR THE FRICTION

16:47   22    BECAUSE IT IS JUST IN THE BEGINNING OF THE CHANNEL.

16:47   23    **Q.**   NOW, YOU KNOW IT'S NOT THE BEGINNING OF THE CHANNEL;

16:47   24    CORRECT, PROFESSOR.  IT'S THE BEGINNING OF THE LEVEE; ISN'T

16:47   25    THAT CORRECT?

FINAL DAILY COPY

16:47  1   **A.**   OKAY.  BUT IT IS ON THE MAP.  IT IS ON THE SOUTH SIDE.

16:47  2   **Q.**   BUT YOU UNDERSTAND THE CHANNEL GOES ALL THE WAY TO THE

16:47  3   GULF; RIGHT?

16:47  4   **A.**   YEAH, YEAH, YEAH, YEAH, YEAH.

16:47  5   **Q.**   SO WHEN YOU SAY THE BEGINNING OF THE MRGO, YOU'RE TALKING

16:47  6   ABOUT THE LEVEE?

16:47  7   **A.**   YEAH, YEAH.

16:47  8   **Q.**   RIGHT?  IT'S THE LEVEE THAT WOULD BE IMPORTANT IN THE

16:47  9   BUILDUP OF THE SURGE AT THAT LOCATION; ISN'T THAT CORRECT?

16:47  10  **A.**   THE ENTIRE GEOMETRY.  I DON'T KNOW IF IT'S THE LEVEE ONLY;

16:47  11  IT'S THE ENTIRE GEOMETRY.

16:48  12  **Q.**   WHEN YOU REFERRED TO THE BEGINNING OF THE MRGO AS AN

16:48  13  EXPLANATION FOR WHY THE SURGE ELEVATIONS WERE SCENARIO --

16:48  14  **A.**   YEAH.  THAT'S BECAUSE THE INTEREST OF NEW ORLEANS IS

16:48  15  LIMITED TO THIS AREA.  NOBODY IS SO MUCH INTERESTED IN REAL

16:48  16  BEGINNING OF MRGO, I THINK.

16:48  17  **Q.**   SO YOU WEREN'T DRAWING ANY CONCLUSIONS BASED UPON YOUR

16:48  18  TRAINING OR EXPERIENCE ABOUT WHY THE SURGE WOULD BE THE SAME

16:48  19  HERE AS --

16:48  20       **MR. BRUNO:**  OBJECTION, YOUR HONOR.  THAT'S NOT AT ALL

16:48  21  WHAT THE WITNESS IS TALKING ABOUT.  IT'S ARGUMENTATIVE.  HE IS

16:48  22  TRYING TO SIMPLY DESCRIBE WHERE ON THE MAP HE IS REFERRING TO,

16:48  23  AND NOW HE IS JUMPING FROM THERE TO SOMETHING -- I DON'T EVEN

16:48  24  KNOW WHERE HE IS GOING, BUT IT'S ARGUMENTATIVE.

16:48  25       **THE COURT:**  I UNDERSTAND WHERE SHELL BEACH IS IN

| | | |
|---|---|---|
| 16:48 | 1 | RELATIONSHIP TO THE MRGO, AND THIS IS SHOWING THE VARIOUS SURGE |
| 16:48 | 2 | SCENARIOS AT SHELL BEACH.  DO YOU WANT TO REPHRASE YOUR |
| 16:48 | 3 | QUESTION? |
| 16:48 | 4 | **MR. SMITH:**  YES. |
| 16:48 | 5 | **BY MR. SMITH:** |
| 16:48 | 6 | **Q.**   PROFESSOR, I THOUGHT YOU WERE TRYING TO EXPLAIN -- CORRECT |
| 16:48 | 7 | ME IF I'M WRONG -- |
| 16:48 | 8 | **A.**   YEAH. |
| 16:48 | 9 | **Q.**   -- WHY YOU THOUGHT THE SURGE ELEVATIONS WERE SIMILAR |
| 16:49 | 10 | THERE. |
| 16:49 | 11 | **A.**   YEAH. |
| 16:49 | 12 | **Q.**   I THOUGHT YOU SAID THEY WERE SIMILAR THERE BECAUSE THIS |
| 16:49 | 13 | WAS THE BEGINNING OF THE MRGO.  WAS THAT YOUR TESTIMONY? |
| 16:49 | 14 | **A.**   YES, THAT'S TRUE, BECAUSE IT'S HERE ON THE BEGINNING OF |
| 16:49 | 15 | THE MAP. |
| 16:49 | 16 | **THE COURT:**  IT'S NEAR OPEN WATER.  I'VE GOT IT. |
| 16:49 | 17 | **BY MR. SMITH:** |
| 16:49 | 18 | **Q.**   LET'S LOOK AT THE LOWER PART OF PAGE 92, WHICH IS YOUR |
| 16:49 | 19 | SURGE HYDROGRAPH -- |
| 16:49 | 20 | **THE COURT:**  HOLD ON ONE MINUTE.  I'M BEING ASKED |
| 16:49 | 21 | QUESTIONS.  WE ARE TRYING TO GET THIS CLEARED UP.  IT'S BEEN A |
| 16:49 | 22 | LONG DAY FOR MY LAW CLERK AS WELL. |
| 16:49 | 23 | **MR. SMITH:**  FOR ALL OF US. |
| 16:49 | 24 | **THE COURT:**  THAT'S CERTAINLY TRUE.  GO AHEAD. |
| | 25 | |

| | | |
|---|---|---|
| 16:49 | 1 | **BY MR. SMITH:** |
| 16:49 | 2 | **Q.**   LOOKING AGAIN AT THE SURGE HYDROGRAPH FOR BAYOU DUPRE, |
| 16:50 | 3 | ISN'T IT ALSO TRUE AT THIS LOCATION, PROFESSOR, THAT THE SURGE |
| 16:50 | 4 | RISE AND FALL, DURATION, AND PEAK ELEVATION ARE IDENTICAL FOR |
| 16:50 | 5 | SCENARIO 1 AND SCENARIO 3? |
| 16:50 | 6 | **A.**   "IDENTICAL" IS TOO MUCH, I THINK, BUT THEY'RE SIMILAR. |
| 16:50 | 7 | **Q.**   HOW ABOUT "INDISTINGUISHABLE"?  WOULD THAT BE GOOD ENOUGH |
| 16:50 | 8 | FOR YOU? |
| 16:50 | 9 | **MR. BRUNO:**  YOUR HONOR, OBJECTION:  ARGUMENTATIVE. |
| 16:50 | 10 | THERE'S THE PICTURE. |
| 16:50 | 11 | **THE COURT:**  WELL, IT'S OVERRULED. |
| 16:50 | 12 | CAN YOU TELL FROM THAT GRAPH THE DIFFERENCE IN |
| 16:50 | 13 | HEIGHT OF THE SURGE IN THE TWO SCENARIOS AT ITS PEAK? |
| 16:50 | 14 | **THE WITNESS:**  IT'S NEGLIGIBLE.  A NEGLIGIBLE |
| 16:50 | 15 | DIFFERENCE. |
| 16:50 | 16 | **BY MR. SMITH:** |
| 16:51 | 17 | **Q.**   IN FACT, ISN'T IT TRUE THAT IT'S SO CLOSE THAT THE LEGEND |
| 16:51 | 18 | BELOW THIS FIGURE INDICATES THAT THE LINE FOR SCENARIO 3 LIES |
| 16:51 | 19 | UNDER THE LINE FOR SCENARIO 1? |
| 16:51 | 20 | **A.**   UH-HUH. |
| 16:51 | 21 | **THE COURT:**  THAT'S A YES? |
| 16:51 | 22 | **THE WITNESS:**  YES, YEAH, YEAH, YEAH.  THAT'S DUTCH |
| 16:51 | 23 | FOR "YES." |
| 16:51 | 24 | **THE COURT:**  THANK YOU, SIR.  AND ENGLISH, AS WELL, I |
| 16:51 | 25 | MIGHT SAY. |

| | | |
|---|---|---|
| 16:51 | 1 | **THE WITNESS:** OH, OKAY. IT GETS CONFUSING. |
| 16:51 | 2 | **THE COURT:** IT'S JUST HARD TO WRITE IT DOWN. |
| 16:51 | 3 | BY MR. SMITH: |
| 16:51 | 4 | **Q.** NOW, YOU KNOW BAYOU DUPRE IS NOT AT THE END OR THE |
| 16:51 | 5 | BEGINNING OF THE MRGO ANY WAY YOU LOOK AT IT; CORRECT? |
| 16:51 | 6 | **A.** NO, NO, NO. YEAH, YEAH, YEAH. |
| 16:51 | 7 | **Q.** IT'S ABOUT MIDWAY ALONG THE REACH 2 LEVEE; CORRECT? |
| 16:51 | 8 | **A.** YEAH, YEAH, YEAH. |
| 16:51 | 9 | **Q.** SO BEING NEAR OPEN WATER WOULDN'T EXPLAIN WHY THE SURGE |
| 16:51 | 10 | WOULD BE IDENTICAL AT THAT LOCATION; ISN'T THAT CORRECT, |
| 16:51 | 11 | PROFESSOR? |
| 16:51 | 12 | **A.** NO, NO. |
| 16:51 | 13 | **Q.** YOU ARE AGREEING WITH ME? |
| 16:51 | 14 | **A.** YEAH, I AM. |
| 16:51 | 15 | **Q.** I THOUGHT "NO, NO," MEANT "YES, YES," BUT I WASN'T SURE. |
| 16:51 | 16 | **A.** BUT YOU SEE, IF YOU LOOK FURTHER, THEN IT STARTS TO OPEN |
| 16:51 | 17 | UP THE GAP BETWEEN THE BLUE AND THE RED LINE. |
| 16:52 | 18 | **Q.** WELL, LET'S LOOK FURTHER. LET'S LOOK AT THE MRGO HALFWAY, |
| 16:52 | 19 | THEN, WHICH IS ON PAGE 93. LET'S LOOK AT THE TOP OF PAGE 93. |
| 16:52 | 20 | **A.** THEY ARE STILL ON TOP OF EACH OTHER. |
| 16:52 | 21 | **Q.** HERE AGAIN, THEY ARE STILL ON TOP OF EACH OTHER? |
| 16:52 | 22 | **A.** 2C IS A FOOT LOWER. |
| 16:52 | 23 | **Q.** RIGHT. LET'S JUST FOCUS -- IF YOU JUST LET ME ASK YOU THE |
| 16:52 | 24 | QUESTIONS, PROFESSOR, I'LL LET MR. BRUNO ASK YOU QUESTIONS |
| 16:52 | 25 | ABOUT 2C LATER ON IF YOU WANT TO TALK ABOUT THAT. WE HAVE |

| | | |
|---|---|---|
| 16:52 | 1 | HEARD ABOUT THAT FOR MOST OF THE DAY.  I WOULD LIKE TO TALK |
| 16:52 | 2 | ABOUT SCENARIO 3 RIGHT NOW.  ALL RIGHT? |
| 16:52 | 3 | **A.**   OKAY.  YEAH, YEAH, YEAH.  WE INCLUDE IT FOR YOUR FUN, HUH? |
| 16:52 | 4 | **Q.**   WELL, I THOUGHT MAYBE YOU HAD A DIFFERENT REASON FOR |
| 16:52 | 5 | INCLUDING IT, BUT -- |
| 16:52 | 6 | **A.**   I DON'T THINK SO. |
| 16:52 | 7 | **Q.**   NO?  I APPRECIATE THE THOUGHT.  IT'S THE SAME AT THAT |
| 16:52 | 8 | LOCATION AS WELL, RIGHT, HALFWAY UP THE REACH 2 LEVEE? |
| 16:52 | 9 | **A.**   YEAH. |
| 16:52 | 10 | **Q.**   AGAIN, THE SAME THING IS TRUE AT MRGO AT BAYOU BIENVENUE; |
| 16:53 | 11 | CORRECT? |
| 16:53 | 12 | **A.**   YEAH. |
| 16:53 | 13 | **Q.**   NO DIFFERENCE IN SURGE WITH A WELL-MAINTAINED MRGO AT ITS |
| 16:53 | 14 | 500-FOOT WIDTH, 36-FOOT DEPTH, WITH NO CHANGE IN WETLANDS; |
| 16:53 | 15 | ISN'T THAT CORRECT, PROFESSOR? |
| 16:53 | 16 | **A.**   YEAH. |
| 16:53 | 17 | **Q.**   PROFESSOR? |
| 16:53 | 18 | **A.**   YES, YES. |
| 16:53 | 19 | **Q.**   WHAT'S THE SIGNIFICANCE OF THE CHANGE IN THE WETLANDS |
| 16:53 | 20 | BETWEEN SCENARIO 1 AND SCENARIO 3 AT THESE FOUR LOCATIONS THAT |
| 16:53 | 21 | WE HAVE JUST LOOKED AT IN TERMS OF SURGE ELEVATION? |
| 16:53 | 22 | **A.**   IT SHOULD REDUCE THE ELEVATION A LITTLE BIT.  IF THERE'S |
| 16:53 | 23 | MORE FRICTION, THEN THE SURGE IS REDUCED SLIGHTLY. |
| 16:53 | 24 | **Q.**   BUT, IN FACT, THAT REDUCTION WAS SO SLIGHT THAT YOU CAN'T |
| 16:53 | 25 | EVEN SEE IT ON THESE HYDROGRAPHS; ISN'T THAT CORRECT, |

| | | |
|---|---|---|
| 16:53 | 1 | PROFESSOR? |
| 16:53 | 2 | **A.**   YEAH.  IN THIS CASE, THAT'S CORRECT. |
| 16:53 | 3 | **Q.**   THAT'S CORRECT.  IN FACT, I WOULD LIKE TO GO TO JX-282. |
| 16:54 | 4 |         PROFESSOR, JX-292 IS THE JOINT DECLARATION THAT YOU |
| 16:54 | 5 | AND YOUR COLLEAGUES AT DELFT SUBMITTED IN JANUARY OF THIS YEAR; |
| 16:55 | 6 | ISN'T THAT CORRECT? |
| 16:55 | 7 | **A.**   YEAH.  YES. |
| 16:55 | 8 | **Q.**   THAT DECLARATION WAS SUBMITTED AFTER YOU HAD RECEIVED THE |
| 16:55 | 9 | DEFENDANT'S EXPERT REPORTS; ISN'T THAT CORRECT? |
| 16:55 | 10 | **A.**   YEAH, YEAH, YEAH, YEAH. |
| 16:55 | 11 | **Q.**   SO THE PURPOSE OF THAT DECLARATION WAS TO COMMENT ON THE |
| 16:55 | 12 | DIFFERENCES BETWEEN THE MODELING THAT WAS DONE BY THE |
| 16:55 | 13 | DEFENDANT'S EXPERTS AND YOUR OWN MODELING; ISN'T THAT CORRECT? |
| 16:55 | 14 | **A.**   YEAH.  WE LOOKED INTO HIS MODEL TO SEE IF THERE WERE |
| 16:55 | 15 | DIFFERENCES THAT WOULD POINT TO SOME MISTAKES ON OUR SIDE, OR |
| 16:55 | 16 | DIFFERENCES. |
| 16:55 | 17 | **Q.**   IN FACT, YOU FOUND VERY MINIMAL DIFFERENCES BETWEEN YOUR |
| 16:55 | 18 | SURGE MODELING AND THE MODELING DONE BY PROFESSOR WESTERINK; |
| 16:55 | 19 | ISN'T THAT CORRECT? |
| 16:55 | 20 | **A.**   YEAH. |
| 16:55 | 21 | **Q.**   IN FACT, YOU STATE IN YOUR DECLARATION THAT COMPARING -- |
| 16:56 | 22 | LET'S JUST LOOK AT SCENARIO 1 AND SCENARIO 3.  ALONG THE IHNC, |
| 16:56 | 23 | YOU GOT ONLY ABOUT A HALF A FOOT OF DIFFERENCE; IS THAT |
| 16:56 | 24 | CORRECT? |
| 16:56 | 25 | **A.**   UH-HUH. |

| | | |
|---|---|---|
| 16:56 | 1 | **THE COURT:**  COULD YOU ASSIST HIM WITH A GRAPHIC |
| 16:56 | 2 | UNLESS YOU'RE ASKING -- |
| 16:56 | 3 | **MR. SMITH:**  WE ARE BACK. |
| 16:56 | 4 | **MR. BRUNO:**  JUDGE, WE CAN STIPULATE TO THAT.  WE |
| 16:56 | 5 | DON'T DISAGREE ON ANY OF THIS.  WE AGREE THAT THE SURGE RESULTS |
| 16:56 | 6 | ON REACH 2 ARE SIMILAR, AND THE SURGE RESULTS IN IHNC ARE |
| 16:56 | 7 | SIMILAR, AND THE SURGE RESULTS OF THE SOUTHERN BORDER OF |
| 16:56 | 8 | NEW ORLEANS ARE SIMILAR.  WE AGREE. |
| 16:56 | 9 | BY MR. SMITH: |
| 16:56 | 10 | Q.   NOW, PROFESSOR, YOU HAVE -- |
| 16:56 | 11 | A.   IF YOU LOOK TO THE BRETSCHNEIDER REPORT, HE SHOWS THAT FOR |
| 16:56 | 12 | SHORT, QUICK-RISING STORMS THERE IS DIFFERENCE; AND FOR SLOW, |
| 16:56 | 13 | LONG-RISING STORMS THERE IS NOT MUCH DIFFERENCE. |
| 16:57 | 14 | Q.   WE ARE LOOKING AT HURRICANE KATRINA HERE. |
| 16:57 | 15 | A.   YEAH, ONE SINGLE ONE, BUT WE ARE DISCUSSING THE GENERAL |
| 16:57 | 16 | APPLICATION OF WIDER OR NARROWER MRGOS. |
| 16:57 | 17 | Q.   I'M SORRY. |
| 16:57 | 18 | A.   NO.  WE ARE DISCUSSING THE WIDER IMPLICATION OF BROAD OR |
| 16:57 | 19 | NARROW MRGOS.  SO I WOULD WARN YOU, TO BUILD TOO MUCH ON ONE |
| 16:57 | 20 | SINGLE HURRICANE, YOU COULD BE SURPRISED.  BRETSCHNEIDER'S |
| 16:57 | 21 | REPORT SHOWS THAT FOR SHORT DURATION IT HELPS, AND FOR LONGER |
| 16:57 | 22 | DURATION IT DOESN'T HELP AT ALL.  SO IT'S JUST WHERE KATRINA |
| 16:57 | 23 | IS.  IS IT A SHORT ONE OR A BIG ONE?  IS -- |
| 16:57 | 24 | Q.   KATRINA WAS THE BIG ONE; RIGHT? |
| 16:57 | 25 | A.   YEAH, IT WILL BE.  IF IT WAS LONG ENOUGH, THEN ALL THE |

16:57   1   SCENARIOS SHOULD HAVE THE SAME RESULTS.

16:57   2   **Q.**   IN FACT, THEY DID HAVE VIRTUALLY THE SAME RESULTS?

16:57   3   **A.**   YEAH.  YEAH, WITHIN THIS FOOT DIFFERENCE.

16:57   4   **Q.**   YOU UNDERSTAND THAT WE ARE HERE TODAY NOT TO TALK ABOUT

16:57   5   THEORETICAL DIFFERENCES IN OTHER STORMS, BUT WE ARE HERE TO

16:57   6   TALK ABOUT THE DIFFERENCES THAT THE MRGO MADE IN HURRICANE

16:57   7   KATRINA?  YOU UNDERSTAND THAT; RIGHT, PROFESSOR?

16:58   8   **A.**   YEAH.  I SAID IT, BUT I HOPE YOU ARE ALSO LOOKING TO THE

16:58   9   FUTURE OF AMERICA.

16:58   10   **Q.**   NOW, LET'S LOOK AT YOUR WAVE MODELING, PROFESSOR.  WE

16:58   11   SPENT A LOT OF TIME ON DIRECT EXAMINATION COMPARING THE SIZE OF

16:58   12   WAVES.  IN YOUR INITIAL WAVE-MODELING REPORT PRODUCED ON

16:59   13   JULY 9, 2008, YOU CALCULATED THE SIZE OF THE WAVES, THE PERIOD

16:59   14   OF THE WAVES, AND THE DIRECTION OF THE WAVES AT VARIOUS TIMES

16:59   15   FROM 4:00 A.M. TO 9:00 A.M.; ISN'T THAT CORRECT?

16:59   16   **A.**   YES, THAT'S CORRECT.

16:59   17   **Q.**   CAN WE LOOK A LITTLE BIT AT THE PROGRESSION AND

16:59   18   DEVELOPMENT OF THE WAVES AS SET FORTH IN YOUR REPORT.  I WOULD

16:59   19   LIKE TO TURN TO PAGE 28 IN PX-103.  ON THIS PAGE, THE TOP CHART

17:00   20   REFLECTS THE SIGNIFICANT WAVE HEIGHT; ISN'T THAT CORRECT?  THE

17:00   21   H?

17:00   22   **A.**   YEAH.  "H" AS IN --

17:00   23   **Q.**   HEIGHT IN FEET; CORRECT?

17:00   24   **A.**   YES.

17:00   25   **Q.**   THE NUMBERS THAT RUN DOWN THE LEFT-HAND SIDE OF THIS TABLE

| | | |
|---|---|---|
| 17:00 | 1 | ARE THE VARIOUS RAYS, THE LOCATIONS AT WHICH YOU MEASURED THE |
| 17:00 | 2 | WAVES ALONG THE REACH 2 LEVEE; ISN'T THAT CORRECT? |
| 17:00 | 3 | **A.**   YEAH, YEAH, YEAH. |
| 17:00 | 4 | **Q.**   DOES THIS CHART REFLECT THE WAVES AT EACH LOCATION WERE |
| 17:00 | 5 | JUST BEGINNING TO FORM AROUND 4:00 A.M.? |
| 17:00 | 6 | **A.**   YEAH. |
| 17:01 | 7 | **Q.**   IN FACT, IN SOME LOCATIONS THERE WEREN'T ANY WAVES AT THE |
| 17:01 | 8 | LEVEE ACTUALLY AT 4:00 A.M.; ISN'T THAT CORRECT? |
| 17:01 | 9 | **A.**   YEAH, ACCORDING TO THE MODEL. |
| 17:01 | 10 | **Q.**   ACCORDING TO YOUR MODEL? |
| 17:01 | 11 | **A.**   YEAH, YEAH, YEAH. |
| 17:01 | 12 | **Q.**   YOU DON'T HAVE ANY BETTER DATA THAN WHAT YOU'VE GOT IN |
| 17:01 | 13 | YOUR MODEL, DO YOU, PROFESSOR? |
| 17:01 | 14 | **A.**   NO.  I WASN'T THERE. |
| 17:01 | 15 | **Q.**   SO WE ARE GOING TO RELY ON YOUR MODEL, AT LEAST FOR |
| 17:01 | 16 | TODAY -- |
| 17:01 | 17 | **A.**   UH-HUH. |
| 17:01 | 18 | **Q.**   -- TO TALK ABOUT THE BASIS OF YOUR OPINIONS? |
| 17:01 | 19 |        THEN AT 5:00 A.M., CAN YOU SEE THAT THE WAVES HAVE |
| 17:01 | 20 | GROWN APPROXIMATELY FROM 1.9 FEET ALONG RAY 1 TO 2.6 FEET AND |
| 17:01 | 21 | THAT THEY'RE FIRST MEASURED AT RAY 2 AT 2.2 FEET AT 5:00 A.M.? |
| 17:01 | 22 | AND THEY ARE JUST REGISTERING AT LESS THAN EIGHT-TENTHS OF A |
| 17:01 | 23 | FOOT ALONG RAY 3 AT 5:00 A.M.? |
| 17:01 | 24 |        RIGHT HERE.  THESE ARE THE LEVEE HEIGHTS AT THE |
| 17:02 | 25 | LEVEE; CORRECT? |

| | |
|---|---|
| 17:02 | 1 |
| 17:02 | 2 |
| 17:02 | 3 |
| 17:02 | 4 |
| 17:02 | 5 |
| 17:02 | 6 |

17:02    1          **THE COURT:**  THE WAVE HEIGHTS AT THE LEVEE?

17:02    2          **MR. SMITH:**  I'M SORRY.  THE WAVE HEIGHTS AT THE

17:02    3  LEVEE.  THANK YOU, YOUR HONOR.

17:02    4          **THE WITNESS:**  YEAH.

17:02    5  BY MR. SMITH:

17:02    6  **Q.**  "L" STANDS FOR LEVEE; CORRECT?

17:02    7  **A.**  YEAH, YEAH.  LEVEE, AND THEN TOE, AND THEN THE DEEP PART.

17:02    8  **Q.**  THE DEEP PART.  THE DEEP PART WAS IN THE CENTER OF THE

17:02    9  CHANNEL?

17:02   10  **A.**  YEAH.  I PREFER TO LOOK TO THE DEEP PART, AS I WOULD, TO

17:02   11  DESIGN A DIKE.  I WOULD START WITH THE WAVES IN THE DEEP PART

17:02   12  BECAUSE AT THE LEVEE IT'S ALWAYS OPEN FOR DISCUSSION IN SUCH

17:02   13  SHALLOW AREA.

17:02   14  **Q.**  THE WAVES IN THE DEEP PART DIDN'T STRIKE THE LEVEE,

17:02   15  THOUGH; CORRECT?

17:02   16  **A.**  NO.  BUT, YOU KNOW, THERE'S SOME SWITCH POINT WHERE YOU

17:02   17  STAKE THE BOUNDARY CONDITION TO DESIGN THE LEVEE.  GENERALLY,

17:02   18  WE TAKE THESE NUMBERS AT SOME DISTANCE OF THE LEVEE TO HAVE

17:02   19  MORE RELIABLE NUMBERS.

17:02   20  **Q.**  PROFESSOR, LET ME ASK YOU TO THINK IN TERMS OF IMPACT OF

17:02   21  THE WAVES ON THE LEVEE HERE, THE LEVEE THAT WAS IN EXISTENCE,

17:03   22  RATHER THAN AS A LEVEE DESIGNER.  CAN I ASK YOU TO THINK ABOUT

17:03   23  IT THAT WAY FOR A MOMENT?

17:03   24  **A.**  YEAH.

17:03   25  **Q.**  IF WE'RE CONCERNED ABOUT THE IMPACT OF THE WAVES ON THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:03 | 1 | LEVEE HERE, WE ARE INTERESTED IN YOUR WAVE VALUES AT THE LEVEE; |
| 17:03 | 2 | ISN'T THAT CORRECT? |
| 17:03 | 3 | **A.**   YEAH, IF THEY ARE RELIABLE.  BUT THE MODEL THEN GOES TO |
| 17:03 | 4 | THE END, AND THEN THEY BECOME LESS AND LESS RELIABLE AS THE |
| 17:03 | 5 | WATER DEPTH BECOMES SO REALLY SHALLOW, BUT WE CAN LOOK TO IT. |
| 17:03 | 6 | **Q.**   SIR, DO YOU NOT HAVE CONFIDENCE IN YOUR WAVE -- |
| 17:03 | 7 | **A.**   IN THE WAVE -- |
| 17:03 | 8 | **Q.**   -- SIGNIFICANT WAVE HEIGHTS AT THE LEVEE? |
| 17:03 | 9 | **A.**   AS I EXPLAINED -- |
| 17:03 | 10 | **Q.**   PROFESSOR, COULD I JUST -- |
| 17:03 | 11 | **MR. BRUNO:**  OBJECTION.  THE WITNESS IS NOT BEING |
| 17:03 | 12 | PERMITTED TO ANSWER THE QUESTION. |
| 17:03 | 13 | **THE COURT:**  I DIDN'T THINK HE HAD FINISHED HIS |
| 17:03 | 14 | ANSWER, SO YOU HAVE TO LET HIM FINISH HIS ANSWER. |
| 17:03 | 15 | **MR. SMITH:**  I WAS TRYING TO FINISH MY QUESTION BEFORE |
| 17:03 | 16 | HE STARTED TO ANSWER. |
| 17:03 | 17 | **THE COURT:**  I'M NOT SURE WHERE WE WERE.  LET'S GO |
| 17:03 | 18 | BACK.  YOUR QUESTION WAS -- AND YOU WERE EXPLAINING IT TO SOME |
| 17:04 | 19 | DEGREE -- SOMETHING LIKE THIS, AND CORRECT ME IF I'M WRONG: |
| 17:04 | 20 | DON'T YOU LOOK AT THE WAVE HEIGHT AT THE LEVEE TO DETERMINE THE |
| 17:04 | 21 | IMPACT ON THE LEVEE?  IS THAT GOOD ENOUGH? |
| 17:04 | 22 | **MR. SMITH:**  YES. |
| 17:04 | 23 | **THE COURT:**  AND YOUR ANSWER WAS?  AND YOU CAN EXPLAIN |
| 17:04 | 24 | IT. |
| 17:04 | 25 | **THE WITNESS:**  YEAH.  SO WE TEND TO LOOK TO ALL THREE |

FINAL DAILY COPY

| 17:04 | 1 | NUMBERS AND THEN RELYING MORE, ALSO FOR SAFETY REASONS, AS AN |
|---|---|---|

17:04   1   NUMBERS AND THEN RELYING MORE, ALSO FOR SAFETY REASONS, AS AN

17:04   2   ENGINEER, ON THE DEEPER NUMBER.  BECAUSE IF YOU GET IN VERY

17:04   3   SHALLOW WATER, WHICH IS AT THE LEVEE POINT, THEN THE OUTCOMES

17:04   4   OF THE MODEL BECOME LESS RELIABLE.  THEY TEND TO BE TOO LOW.

17:04   5   **BY MR. SMITH:**

17:04   6   **Q.**   SO IN TERMS OF LEVEE DESIGN, YOU WOULD BE PARTICULARLY

17:04   7   INTERESTED IN THE DEEPWATER --

17:04   8   **A.**   YEAH.

17:04   9   **Q.**   -- WAVE HEIGHTS?

17:04   10   **A.**   YEAH, YEAH, YEAH.

17:04   11   **Q.**   BUT CAN YOU THINK WITH ME FOR A MOMENT, PROFESSOR, NOT AS

17:04   12   A LEVEE DESIGNER?

17:05   13   **A.**   YEAH, YEAH, YEAH.  WE TRY.

17:05   14   **Q.**   THINK ABOUT WHICH OF THESE VALUES ON THIS TABLE AND THE

17:05   15   OTHER TABLES WOULD REPRESENT THE SIZE OF THE WAVES THAT ACTED

17:05   16   UPON THE LEVEES ALONG REACH 2 OF THE MRGO.

17:05   17   **A.**   YEAH.  I STILL WOULD PREFER IF WE HAVE TO JUDGE -- SO I

17:05   18   MAKE A DIVISION.  WE CALCULATE THE WAVES AND THEN WE GO ON BY

17:05   19   WAVE RUN-UP OR WAVE OVERTOPPING FORMULA.  I MYSELF WOULD PREFER

17:05   20   TO STOP AT D OR T AND THEN USE THE OTHER TYPE OF FORMULA AND

17:05   21   NOT PUT IN THE WAVE NUMBER AT THE LEVEE IN THIS FORMULA.

17:05   22   **Q.**   SO ARE YOU INDICATING THAT YOU LACK CONFIDENCE --

17:05   23   **A.**   IN THESE LAST NUMBERS AT THE EDGE?

17:05   24   **Q.**   AT THE T, IN THAT "T" COLUMN.

17:05   25   **A.**   YEAH, YEAH, YEAH.

| | | |
|---|---|---|
| 17:05 | 1 | **Q.**   YOU WOULD HAVE PREFERRED TO CALCULATE THOSE NEAR-SHORE |
| 17:06 | 2 | SHALLOW-WATER WAVES USING A DIFFERENT MODEL THAN SOBEK -- I'M |
| 17:06 | 3 | SORRY, THAN SWAN? |
| 17:06 | 4 | **A.**   THERE ARE NO DIFFERENT MODELS, BUT IT'S KNOWN THAT IN VERY |
| 17:06 | 5 | SHALLOW WATER THAT THESE NUMBERS ARE NOT SO RELIABLE.  THEY |
| 17:06 | 6 | TEND TO BE TOO LOW. |
| 17:06 | 7 | **Q.**   YOU'RE NOT ABLE TO QUANTIFY HOW ACCURATE OR INACCURATE |
| 17:06 | 8 | THEY ARE; IS THAT CORRECT, PROFESSOR? |
| 17:06 | 9 | **A.**   YEAH.  I CAN'T EXACTLY QUANTIFY IT BECAUSE THE NUMBERS OF |
| 17:06 | 10 | SWAN ARE GOING IN THE DIRECTION OF ONE-THIRD OF THE WATER |
| 17:06 | 11 | DEPTH, AND ALL DESIGNERS WITH EXPERIENCE WILL SAY, WELL, IT IS |
| 17:06 | 12 | AT LEAST HALF THE WATER DEPTH.  THIS IS EXACTLY THE AREA OF |
| 17:06 | 13 | DISCUSSION WHERE WE SAY IT WOULD BE NICE IF IT WAS TRUE THAT |
| 17:06 | 14 | THE WAVES WERE ONLY ONE-THIRD OF THE WATER DEPTH, BUT |
| 17:06 | 15 | EXPERIENCED OLDER PEOPLE SAY NO, IT'S HALF OF THE WATER DEPTH. |
| 17:06 | 16 | SO HERE WE ARE. |
| 17:06 | 17 | **Q.**   SO YOU WOULDN'T NEED TO MODEL WAVE HEIGHTS AT ALL; IS THAT |
| 17:07 | 18 | WHAT YOU'RE SAYING?  THEY WOULD ALWAYS BE -- |
| 17:07 | 19 | **A.**   NO, NO, NO.  IF YOU REACH THE FOOT OF THE DIKE, THEN IT |
| 17:07 | 20 | BECOMES DIFFICULT TO BELIEVE AND TO USE SWAN.  YOU SHOULD BE |
| 17:07 | 21 | CAREFUL.  SO IN DEEPER WATER IT IS QUITE GOOD USABLE; BUT AS |
| 17:07 | 22 | SOON AS IT BECOMES VERY SHALLOW, THEN YOU HAVE TO BE CAREFUL. |
| 17:07 | 23 | **Q.**   THANK YOU. |
| 17:07 | 24 | **A.**   I EXPLAINED YOU THE DIFFERENCE BETWEEN ONE-THIRD AND |
| 17:07 | 25 | ONE-HALF OF THE DEPTH. |

| 17:07 | 1 | **Q.**   LET'S GO TO THE NEXT PAGE, WHICH SHOWS THE WAVE HEIGHTS AS |
| 17:07 | 2 | WE MOVE ON IN THE DAY:  6:00 A.M., 7:00 A.M., 8:00 A.M., AND |
| 17:07 | 3 | 9:00 A.M. |
| 17:07 | 4 | **MR. BRUNO:**  EXCUSE ME, COUNSEL.  WHAT SCENARIO ARE |
| 17:07 | 5 | YOU INTENDING TO SHOW HERE? |
| 17:07 | 6 | **THE COURT:**  IT'S NOT A SCENARIO -- |
| 17:07 | 7 | **MR. SMITH:**  IT IS. |
| 17:07 | 8 | **THE COURT:**  OH, IT IS? |
| 17:07 | 9 | **MR. SMITH:**  THIS IS HIS KATRINA REAL RUN -- |
| 17:07 | 10 | **THE COURT:**  IT'S SCENARIO 1.  IT'S THE REAL RUN. |
| 17:08 | 11 | **MR. BRUNO:**  ACTUALLY, HE HAS THE WRONG PAGE. |
| 17:08 | 12 | **THE COURT:**  THEN THAT'S A GOOD POINT. |
| 17:08 | 13 | **MR. BRUNO:**  BECAUSE WHAT HE WAS SHOWING THE WITNESS |
| 17:08 | 14 | JUST A MOMENT AGO WAS PAGE 30, WHICH IS SCENARIO 2C.  THERE'S |
| 17:08 | 15 | NO MRGO. |
| 17:08 | 16 | **THE COURT:**  I KNOW MR. SMITH DOESN'T WANT TO USE |
| 17:08 | 17 | THAT. |
| 17:08 | 18 | **MR. BRUNO:**  IF HE WANTS SCENARIO 1, HE NEEDS TO GO TO |
| 17:08 | 19 | PAGE -- |
| 17:08 | 20 | **THE WITNESS:**  28, YEAH. |
| 17:08 | 21 | **MR. BRUNO:**  -- 28 AND 29. |
| 17:08 | 22 | **THE COURT:**  WE ALL SHOULD HAVE CAUGHT THAT. |
| 17:08 | 23 | **MR. SMITH:**  THAT'S WHERE I AM. |
| 17:08 | 24 | **THE WITNESS:**  I WAS CONFUSED.  28 IS SCENARIO 1. |
|  | 25 |  |

17:08    1    **BY MR. SMITH:**

17:08    2    **Q.**   RIGHT.  AND 29 IS SCENARIO 1.  DID I SAY NOT SAY 29?  I

17:08    3    APOLOGIZE.

17:08    4    **A.**   YOU HAD DIFFERENT NUMBERS THAN I HAD IN FRONT OF ME.

17:08    5              **THE COURT:**  JUST TO MAKE SURE FOR THE PREVIOUS

17:08    6    TESTIMONY, THE COURT NEEDS TO MAKE SURE THAT THAT TESTIMONY

17:08    7    RELATED TO WHICH SCENARIO --

17:08    8    **BY MR. SMITH:**

17:08    9    **Q.**   PAGE 28, PROFESSOR.  WE JUST WERE TALKING ABOUT SCENARIO

17:08   10    1; RIGHT, PROFESSOR?

17:08   11    **A.**   YEAH.  WE WERE NOT TALKING ABOUT PAGE 28.

17:09   12              **THE COURT:**  THAT'S SCENARIO 1.

17:09   13              **THE WITNESS:**  CORRECT.

17:09   14    **BY MR. SMITH:**

17:09   15    **Q.**   WE ARE CONTINUING TO TALK ABOUT SCENARIO 1, YOUR MODELING

17:09   16    OF THE SIGNIFICANT WAVE HEIGHTS DURING HURRICANE KATRINA;

17:09   17    CORRECT?

17:09   18    **A.**   YEAH.

17:09   19    **Q.**   DO YOU SEE THE RISE IN THE SIZE AS --

17:09   20              **THE COURT:**  WE ARE GOING NOW TO A DIFFERENT TIME

17:09   21    INTERVAL?

17:09   22              **MR. SMITH:**  YEAH.  I WANT TO COMPARE, AS WE MOVE

17:09   23    FORWARD, AT EACH RAY.

17:09   24    **BY MR. SMITH:**

17:09   25    **Q.**   FROM 6:00 A.M., WE HAVE 4 1/2-FOOT WAVES AT THE LEVEE.  AT

| | | |
|---|---|---|
| 17:09 | 1 | 7:00 A.M., THEY GROW BY MORE THAN A FOOT IN AN HOUR? |
| 17:09 | 2 | **A.**   UH-HUH. |
| 17:09 | 3 | **Q.**   ISN'T THAT CORRECT? |
| 17:09 | 4 | **A.**   YES, YES. |
| 17:09 | 5 | **Q.**   TO 5.7 FEET, AND AGAIN THEY GROW BY MORE THAN A FOOT |
| 17:09 | 6 | BETWEEN 7:00 A.M. AND 8:00 A.M.? |
| 17:09 | 7 | **A.**   YEAH. |
| 17:09 | 8 | **THE COURT:**  HOLD ON JUST ONE MINUTE.  WHAT PAGE ARE |
| 17:10 | 9 | WE ON NOW? |
| 17:10 | 10 | **THE WITNESS:**  PAGE 29. |
| 17:10 | 11 | **THE COURT:**  GOOD. |
| 17:10 | 12 | **MR. SMITH:**  IT'S THE TOP OF THE PAGE, YOUR HONOR. |
| 17:10 | 13 | **THE COURT:**  THAT'S WHERE WE SHOULD BE.  THANK YOU. |
| 17:10 | 14 | BY MR. SMITH: |
| 17:10 | 15 | **Q.**   AGAIN, PROFESSOR, I'M GOING TO ASK YOU TO FOCUS ON WHAT |
| 17:10 | 16 | YOU HAVE COMPUTED AS THE SIGNIFICANT WAVE HEIGHTS AT THE LEVEE |
| 17:10 | 17 | DESPITE YOUR LACK OF CONFIDENCE IN THOSE NUMBERS. |
| 17:10 | 18 | AT LOCATION 1, AS WE HAVE JUST SEEN, AT 6:00 A.M. THE |
| 17:10 | 19 | SIGNIFICANT WAVE HEIGHT WAS ONLY 4 1/2 FEET; ISN'T THAT |
| 17:10 | 20 | CORRECT? |
| 17:10 | 21 | **A.**   YES. |
| 17:10 | 22 | **Q.**   IT HAD GROWN TO 5.7 FEET BY 7:00 A.M.? |
| 17:10 | 23 | **A.**   YEAH. |
| 17:11 | 24 | **Q.**   THEN IT GREW AGAIN BY MORE THAN A FOOT IN AN HOUR, TO |
| 17:11 | 25 | 6.8 FEET BY 8:00 A.M.? |

17:11   1   **A.**   YEAH.

17:11   2   **Q.**   ACCORDING TO YOUR MODELING, THAT WAS THE MAXIMUM WAVE

17:11   3   SIZE, AND IT BEGAN TO FALL, AND BY 9:00 A.M. IT HAD FALLEN

17:11   4   DRAMATICALLY, TO 4.3 FEET; CORRECT?

17:11   5   **A.**   YEAH.

17:11   6   **Q.**   IF WE GO DOWN, WE CAN LOOK AT THE SECOND ROW.  AGAIN, WE

17:11   7   ARE ONLY AT 3.7 FEET AT 6:00 A.M.; ISN'T THAT CORRECT,

17:11   8   PROFESSOR?

17:11   9   **A.**   YES.

17:11   10   **Q.**   THEN, AGAIN, IT GROWS DRAMATICALLY BY MORE THAN 1 1/3

17:11   11   FEET --

17:11   12   **A.**   UH-HUH.

17:11   13   **Q.**   -- BETWEEN 6:00 AND 7:00 A.M., AND THEN AGAIN BY MORE THAN

17:11   14   A FOOT BETWEEN 7:00 AND 8:00 A.M. AT THAT LOCATION?

17:11   15   **A.**   UH-HUH, YEAH.

17:11   16   **Q.**   CORRECT, PROFESSOR?

17:11   17   **A.**   YEAH.

17:11   18   **Q.**   WE SEE THE SAME DRAMATIC RISE IN WAVE SIZE ALONG RAY 3.

17:11   19   3.3 FEET AT 6:00 A.M., MORE THAN A FOOT-AND-A-HALF GROWTH IN

17:11   20   SIZE IN AN HOUR'S TIME --

17:11   21   **A.**   UH-HUH.

17:11   22   **Q.**   -- TO 4.9 FEET BY 7:00 A.M., AND THEN TO 6.3 FEET BY

17:12   23   8:00 A.M.  CORRECT, PROFESSOR?

17:12   24   **A.**   YES.

17:12   25           **THE COURT:**  6.3?  LET'S MAKE SURE I'M AT THE RIGHT --

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:12 | 1 | LOCATION 3 WOULD BE 6 FEET. |
| 17:12 | 2 | **MR. SMITH:**  6 FEET. |
| 17:12 | 3 | **THE COURT:**  YES.  THANK YOU. |
| 17:12 | 4 | **MR. SMITH:**  I LOST MY LINE. |
| 17:12 | 5 | **THE COURT:**  IT'S EASY TO DO. |
| 17:12 | 6 | **BY MR. SMITH:** |
| 17:12 | 7 | **Q.**   ALONG RAY 4, AGAIN WE HAVE THE SAME 4-FOOT WAVE HEIGHT AT |
| 17:12 | 8 | 6:00 A.M., GROWING TO 5.3 FEET AT 7:00 A.M., AND THEN AGAIN |
| 17:12 | 9 | GROWING BY A FOOT BETWEEN 7:00 A.M. TO 6.3 FEET; CORRECT, |
| 17:12 | 10 | PROFESSOR? |
| 17:12 | 11 | **A.**   YEAH. |
| 17:12 | 12 | **Q.**   ALONG RAY 5, WE SEE THE SAME SORT OF GROWTH? |
| 17:12 | 13 | **A.**   UH-HUH. |
| 17:12 | 14 | **Q.**   4.3 FEET AT 6:00 A.M., 5.5 FEET AT 7:00 A.M., AND 6.6 FEET |
| 17:12 | 15 | AT 8:00 A.M.; ISN'T THAT CORRECT, PROFESSOR? |
| 17:12 | 16 | **A.**   YEAH. |
| 17:12 | 17 | **Q.**   THEN, FINALLY, AT RAY 6, WE HAVE A 5 1/2-FOOT WAVE AT |
| 17:12 | 18 | 6:00 A.M., GROWING TO 6.8 FEET AT 7:00 A.M., AND TOPPING OUT AT |
| 17:13 | 19 | 7.3 FEET AT 8:00 A.M.; CORRECT? |
| 17:13 | 20 | **A.**   UH-HUH. |
| 17:13 | 21 | **Q.**   NOW, WHEN YOU WERE EXAMINED BY MR. BRUNO, YOU TALKED ABOUT |
| 17:13 | 22 | YOUR RECOMPUTING SIGNIFICANT WAVE HEIGHTS AFTER YOUR DEPOSITION |
| 17:13 | 23 | AS A RESULT OF SOME CRITICISMS THAT YOU RECEIVED ABOUT THE WAY |
| 17:13 | 24 | YOU HAD CALCULATED YOUR WAVES, AND YOU CHANGED SOME OF THE |
| 17:13 | 25 | FRICTION VALUES; ISN'T THAT CORRECT? |

17:13    1   **A.**   YEAH.  DUE TO VEGETATION, MORE KNOWLEDGE ABOUT THE

17:13    2   VEGETATION.

17:13    3   **Q.**   LET'S TURN TO THAT REPORT.

17:13    4   **A.**   BUT YOU ARE CALLING THIS GROWTH, WAVE GROWTH, BUT THESE

17:13    5   WAVES ARE DEPTH-LIMITED, MAYBE YES, SO I DON'T KNOW WHAT YOU'RE

17:13    6   AIMING AT.

17:13    7        BUT YOU CAN HAVE VERY HIGH WAVES WHICH ARE CONSTANT,

17:13    8   10 METERS, LET'S SAY, AND IF THEN THE WATER LEVEL IS 5 METERS,

17:13    9   THEN THE MAXIMUM WAVE WOULD BE 2 1/2.  AS THE WATER LEVEL RISES

17:14   10   DUE TO THE HURRICANE SURGE, THEN ALWAYS THE WAVE STAYS HALF OF

17:14   11   THE WATER LEVEL.

17:14   12        SO VERY QUICKLY, IF THE HURRICANE WATER LEVEL RISES

17:14   13   VERY QUICKLY, THEN IN YOUR WORDS THE WAVE "GROWS" VERY QUICKLY.

17:14   14   BUT IT DOESN'T GROW IN MY EXAMPLE BECAUSE IT'S CONSTANTLY 10

17:14   15   METERS OUTSIDE, ONLY MORE IS PENETRATING WHEN THE WATER LEVEL

17:14   16   IS RISING.  SO THESE TWO PHENOMENA ARE PLAYING TOGETHER IN THIS

17:14   17   TABLE.

17:14   18   **Q**   SO THE POINT --

17:14   19   **A**   YOU ARE CALLING IT "WAVE GROWTH."  AS A LAWYER, THAT'S

17:14   20   CORRECT.  BUT AS AN ENGINEER, YOU WOULD NOT PASS THE EXAM.  I

17:14   21   JUST SAY IT BECAUSE I DON'T KNOW WHERE YOU ARE AIMING AT.

17:14   22   **Q**   I'M JUST CALLING IT THAT, SIR.

17:14   23   **A**   I'M FEELING ALWAYS YOUR NEXT QUESTION.

17:14   24        **THE COURT:**  I'M ASSUMING, SINCE WE ARE GOING THROUGH

17:14   25   ALL THESE NUMBERS, THERE WILL BE A QUESTION OR SOMEONE ELSE TO

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:14 | 1 | TALK ABOUT THE EFFECT OF THESE NUMBERS. |
| 17:15 | 2 | **BY MR. SMITH:** |
| 17:15 | 3 | **Q.**   PROFESSOR, IF YOU CAN HELP ME UNDERSTAND YOUR MOST RECENT |
| 17:15 | 4 | ANSWER BECAUSE I WOULDN'T PASS THE EXAM. |
| 17:15 | 5 | **A.**   I WAS STILL WAITING FOR THE KILL.  THERE'S SO MANY |
| 17:15 | 6 | NUMBERS, YOU KNOW. |
| 17:15 | 7 | **THE COURT:**  I THINK THE PROFESSOR SAYS WE HAVE BEEN |
| 17:15 | 8 | RECITING NUMBERS FROM THE TABLE; HE IS WAITING FOR WHAT THE |
| 17:15 | 9 | FRENCHMEN WOULD CALL THE *DENOUEMENT*.  IT'S COMING, I'M SURE, AT |
| 17:15 | 10 | SOME POINT. |
| 17:15 | 11 | **BY MR. SMITH:** |
| 17:15 | 12 | **Q.**   PROFESSOR, IF I UNDERSTOOD -- AND CORRECT ME IF I'M |
| 17:15 | 13 | WRONG -- THE POINT YOU WERE TRYING TO MAKE IS THAT THE WAVE |
| 17:15 | 14 | GROWTH WAS RELATED TO THE RISE IN SURGE ELEVATION? |
| 17:15 | 15 | **A.**   YEAH.  TWO.  THERE'S TWO PHENOMENON THAT ARE PLAYING |
| 17:15 | 16 | TOGETHER. |
| 17:15 | 17 | **Q.**   THEY WORK IN TANDEM? |
| 17:15 | 18 | **A.**   YES, SOMETIMES, AND SOMETIMES THEY WORK AGAINST EACH |
| 17:15 | 19 | OTHER.  IT DEPENDS ON THE SITUATION. |
| 17:16 | 20 | **Q.**   IN THIS CASE THEY WORK TOGETHER? |
| 17:16 | 21 | **A.**   THEY WORK TOGETHER, YEAH, YEAH.  THE WIND IS RISING, BUT |
| 17:16 | 22 | IN HOLLAND YOU HAVE ALSO, WHILE THE STORM IS INCREASING, THE |
| 17:16 | 23 | TIDE IS FALLING; AND NOTWITHSTANDING INCREASING WIND |
| 17:16 | 24 | VELOCITIES, YOU SEE THE WAVES REDUCING. |
| 17:16 | 25 | **Q.**   WERE YOU TALKING ABOUT THE DEPTH LIMITATION OF WAVES? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:16 | 1 | **A.**  YEAH, YEAH. |
| 17:16 | 2 | **Q.**  WAS THAT WHAT YOU WERE REFERRING TO? |
| 17:16 | 3 | **A.**  THAT WAS THE CALCULATION EXAMPLE THAT I MADE FOR YOU, HALF |
| 17:16 | 4 | THE WATER DEPTH. |
| 17:16 | 5 | **Q.**  HALF THE WATER DEPTH.  IF WE COULD GO TO YOUR MARCH 23 |
| 17:16 | 6 | REPORT. |
| 17:17 | 7 | **MR. SMITH:**  I THINK THIS IS PX-2009, YOUR HONOR. |
| 17:17 | 8 | **BY MR. SMITH:** |
| 17:17 | 9 | **Q**  AS FAR AS YOU DISCUSSED WITH MR. BRUNO EARLIER, YOU |
| 17:17 | 10 | RECOMPUTED THE WAVES FOR YOUR SCENARIOS 2C AND SCENARIO 3 WITH |
| 17:17 | 11 | DIFFERENT FRICTION VALUES; CORRECT, PROFESSOR? |
| 17:17 | 12 | **A.**  YES. |
| 17:18 | 13 | **Q.**  THE RESULT OF THAT NEW COMPUTATION IS SHOWN ON WHAT -- ON |
| 17:18 | 14 | MY COPY, THIS WAS FILED INTO THE RECORD AS DOCUMENT 18585-3. |
| 17:18 | 15 | THIS WOULD BE PAGE 14 OF THAT DOCUMENT.  THIS IS OTHERWISE NOT |
| 17:18 | 16 | PAGINATED, SO IT'S TOWARD THE BACK OF THE DOCUMENT. |
| 17:18 | 17 | THIS IS THE MOST RECENT ANALYSIS YOU DID OF WAVES; |
| 17:18 | 18 | ISN'T IT TRUE, PROFESSOR? |
| 17:19 | 19 | **A.**  YES. |
| 17:19 | 20 | **Q.**  IN THIS COMPARISON HERE, YOU COMPARED YOUR JULY 9, 2008, |
| 17:19 | 21 | MODELING -- I THINK THIS MIGHT BE A TYPO.  CAN YOU CONFIRM THAT |
| 17:19 | 22 | FOR US, PROFESSOR?  IT SAYS THIS IS JULY 9, 2009. |
| 17:19 | 23 | **A.**  YEAH, YEAH, YEAH.  IT CANNOT BE RIGHT. |
| 17:19 | 24 | **THE COURT:**  IT'S OBVIOUSLY A TYPO. |
| | 25 | |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:19 | 1 | **BY MR. SMITH:** |
| 17:19 | 2 | **Q.**   CAN YOU EXPLAIN TO THE COURT WHAT THESE TWO COLUMNS |
| 17:19 | 3 | REFLECT, THAT IS, THE LEFT-HAND COLUMN AND THE RIGHT-HAND |
| 17:19 | 4 | COLUMN. |
| 17:19 | 5 | **A.**   THE LEFT-HAND WAS ORIGINAL AND THE RIGHT-HAND IS WITH THE |
| 17:19 | 6 | NEW VEGETATION DATA. |
| 17:19 | 7 | **Q.**   CAN WE COMPARE THOSE WAVE ELEVATIONS? |
| 17:20 | 8 | **A.**   YEAH. |
| 17:20 | 9 | **Q.**   AND ALSO THE WAVE PERIODS? |
| 17:20 | 10 | **A.**   UH-HUH. |
| 17:20 | 11 | **Q.**   WOULD IT BE SAFE TO SAY THAT, FOR THE KATRINA REAL RUN, AT |
| 17:20 | 12 | EVERY LOCATION THE SIGNIFICANT WAVE HEIGHT WAS LOWER IN YOUR |
| 17:20 | 13 | RECALCULATION THAN IT WAS ORIGINALLY? |
| 17:20 | 14 | **A.**   YEAH, BECAUSE WE PUT IN A LITTLE BIT MORE MARSH.  THE |
| 17:20 | 15 | FIRST CALCULATION WAS NOT TAKING INTO ACCOUNT THE MARSH SO |
| 17:20 | 16 | MUCH, WHICH WE WERE NOT AWARE THE MARSH WAS SUCH A BIG |
| 17:20 | 17 | DISCUSSION IN THE BEGINNING. |
| 17:20 | 18 | **THE COURT:**  THAT'S AS TO SCENARIO 1? |
| 17:20 | 19 | **MR. SMITH:**  THIS IS TO SCENARIO 1.  IT WOULD BE THE |
| 17:20 | 20 | FIRST ON EACH SIDE. |
| 17:20 | 21 | **THE COURT:**  I'M LOOKING AT IT. |
| 17:20 | 22 | **BY MR. SMITH:** |
| 17:20 | 23 | **Q.**   IT WOULD ALSO BE TRUE, WOULDN'T IT, PROFESSOR, THAT THE |
| 17:20 | 24 | WAVE PERIODS WERE ALSO REDUCED -- |
| 17:20 | 25 | **A.**   YEAH. |

| | | |
|---|---|---|
| 17:20 | 1 | **Q.**    -- IN YOUR RECALCULATION? |
| 17:20 | 2 | **A.**    YEAH, YEAH.   THEY GO ALSO DOWN A LITTLE BIT. |
| 17:20 | 3 | **THE COURT:**  WHERE ARE THE WAVE PERIODS SHOWN ON THIS? |
| 17:20 | 4 | **THE WITNESS:**  IT MUST BE A DIFFERENT -- |
| 17:21 | 5 | **BY MR. SMITH:** |
| 17:21 | 6 | **Q.**   OH, I'M SORRY.  THESE ARE LOCATIONS.  I APOLOGIZE.  I WAS |
| 17:21 | 7 | LOOKING AT THE SECOND COLUMN.  THE SECOND COLUMN IS THE SURGE |
| 17:21 | 8 | ELEVATION -- I MEAN, THE SIGNIFICANT WAVE HEIGHT AT THE TOE. |
| 17:21 | 9 | THESE ARE THE THREE LOCATIONS; RIGHT, PROFESSOR?  "L" IS FOR |
| 17:21 | 10 | THE LEVEE? |
| 17:21 | 11 | **A.**   THE L, T, AND D, THE SAME AS WE DISCUSSED A FEW MOMENTS |
| 17:21 | 12 | AGO. |
| 17:21 | 13 | **Q.**   THESE ARE NOT WAVE PERIODS; THESE ARE JUST MAXIMUM WAVES? |
| 17:21 | 14 | **A.**   YEAH, YEAH, YEAH. |
| 17:21 | 15 | **Q.**   ISN'T IT TRUE JUST THE OPPOSITE EFFECT CAN BE SEEN WITH |
| 17:21 | 16 | RESPECT TO THE NO-MRGO SCENARIO, WHICH IS THE SECOND LEVEL OF |
| 17:21 | 17 | COMPARISON? |
| 17:21 | 18 | **A.**   YEAH. |
| 17:21 | 19 | **Q.**   THAT, IN FACT, IN THIS CASE THE SIGNIFICANT WAVE HEIGHTS |
| 17:21 | 20 | GREW -- |
| 17:21 | 21 | **A.**   YEAH. |
| 17:21 | 22 | **Q.**   -- IN THE SCENARIO IN WHICH THE CHANNEL WAS TAKEN OUT OF |
| 17:22 | 23 | THE PICTURE, SO THAT THE DIFFERENCE -- |
| 17:22 | 24 | **A.**   TAKEN OUT? |
| 17:22 | 25 | **Q.**   THERE'S NO MRGO.  THERE'S NO CHANNEL, RIGHT, IN SCENARIO |

| | | |
|---|---|---|
| 17:22 | 1 | 2C? |
| 17:22 | 2 | A.   IN 2C, THERE'S NO CHANNEL.  I THOUGHT YOU WERE DISCUSSING |
| 17:22 | 3 | 3. |
| 17:22 | 4 | Q.   LET'S JUST LOOK AT THE SECOND COLUMN. |
| 17:22 | 5 | A.   YEAH, UH-HUH. |
| 17:22 | 6 | Q.   SO, IN FACT, WHEN YOU RECALCULATED IT IN SCENARIO 2C |
| 17:22 | 7 | WITHOUT THE CHANNEL, JUST THE OPPOSITE HAPPENED.  AS OPPOSED TO |
| 17:22 | 8 | YOUR KATRINA REAL RUN, THE WAVES GREW? |
| 17:22 | 9 | A.   UH-HUH. |
| 17:22 | 10 | Q.   WHICH MEANS THAT THERE'S LESS DIFFERENCE -- |
| 17:22 | 11 | A   YEAH. |
| 17:22 | 12 | Q.   -- IN YOUR SIGNIFICANT WAVE HEIGHTS IN YOUR RECALCULATION |
| 17:22 | 13 | BETWEEN KATRINA REAL RUN AND THE NO MRGO; ISN'T THAT CORRECT? |
| 17:22 | 14 | A.   YEAH.  BUT IT'S CLEAR, OF COURSE, BECAUSE WE INTRODUCED |
| 17:22 | 15 | MORE FRICTION IN THE SCENARIO 1. |
| 17:22 | 16 | Q.   YES.  WITH RESPECT TO SCENARIO 3, AGAIN, WHEN YOU |
| 17:23 | 17 | RECOMPUTED YOUR SIGNIFICANT WAVE HEIGHTS WITH THE MRGO AS |
| 17:23 | 18 | DESIGNED, THE SIGNIFICANT WAVE HEIGHTS WERE GENERALLY REDUCED |
| 17:23 | 19 | IN YOUR RECOMPUTATION; ISN'T THAT CORRECT, PROFESSOR? |
| 17:23 | 20 | A.   YEAH.  DEPENDING ON WHERE YOU LOOK.  SO YOU LOOK AT THE |
| 17:23 | 21 | LEVEE. |
| 17:23 | 22 | THE COURT:  SOME ARE REDUCED. |
| 17:23 | 23 | BY MR. SMITH: |
| 17:23 | 24 | Q   SOME ARE LOWER; SOME ARE HIGHER? |
| 17:23 | 25 | A   BUT YOUR PREFERRED COLUMN IS THE LEVEE, AND THERE YOU ARE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:23 | 1 | RIGHT.  IF YOU LOOK TO A DIFFERENT COLUMN, THEN I AM RIGHT. |
| 17:23 | 2 | **Q.**   SO IT'S A MIXED BAG? |
| 17:23 | 3 | **A.**   YEAH, EXACTLY. |
| 17:23 | 4 | **Q.**   LET'S TURN TO THE NEXT PAGE IN WHICH YOU HAVE CALCULATED |
| 17:23 | 5 | THE ACTUAL DIFFERENCES BETWEEN THE KATRINA REAL RUN AND THE NO |
| 17:23 | 6 | MRGO AND THE KATRINA REAL RUN AND THE MRGO AS DESIGNED IN THIS |
| 17:24 | 7 | DOCUMENT. |
| 17:24 | 8 | **A.**   UH-HUH. |
| 17:24 | 9 | **Q.**   YOUR FIRST COLUMN LOOKS AT THE DIFFERENCE BETWEEN WAVE |
| 17:24 | 10 | ELEVATIONS, AND YOU HAVE COMPUTED -- IF I UNDERSTAND THIS |
| 17:24 | 11 | CORRECTLY, PROFESSOR, YOU HAVE SUBTRACTED YOUR KATRINA REAL |
| 17:24 | 12 | RUN -- |
| 17:24 | 13 | **A.**   YEAH. |
| 17:24 | 14 | **Q**   -- SIGNIFICANT WAVE HEIGHTS FROM YOUR NO-MRGO -- |
| 17:24 | 15 | **A.**   THAT WAS THE IDEA. |
| 17:24 | 16 | **Q.**   -- SIGNIFICANT WAVE HEIGHTS?  AT LOCATION 1 THE DIFFERENCE |
| 17:24 | 17 | AT THE LEVEE IS 1.4 FEET; AT LOCATION 2 IT'S LESS THAN A FOOT, |
| 17:24 | 18 | .9 FEET; AT LOCATION 3 -- |
| 17:24 | 19 | I'M IN THE FIRST COLUMN, PROFESSOR, THE VERY FIRST |
| 17:24 | 20 | BOX.  ARE YOU WITH ME? |
| 17:25 | 21 | **A.**   NO, NOT COMPLETELY.  YOU ARE COMPARING SCENARIO 3 AND |
| 17:25 | 22 | SCENARIO 1? |
| 17:25 | 23 | **Q.**   THE VERY FIRST ONE, WHICH IS SCENARIO 2C MINUS THE KATRINA |
| 17:25 | 24 | REAL RUN; RIGHT? |
| 17:25 | 25 | **A.**   YEAH, YEAH, YEAH, YEAH.  I'M WITH YOU.  YEAH. |

| | | |
|---|---|---|
| 17:25 | 1 | **Q.**   IF I'M CORRECT, THE VALUES IN THIS TABLE REFLECT THE |
| 17:25 | 2 | GROWTH IN WAVES THAT COULD BE ATTRIBUTABLE TO THE PRESENCE OF |
| 17:25 | 3 | THE CHANNEL IN ITS CONDITION WHEN THE STORM STRUCK; CORRECT? |
| 17:25 | 4 | **A.**   YES. |
| 17:25 | 5 | **Q.**   THESE VALUES RANGE FROM LESS THAN A FOOT AT LOCATION 2 UP |
| 17:25 | 6 | TO A MAXIMUM OF 5 FEET AT LOCATION 6 AT THE LEVEE; CORRECT, |
| 17:25 | 7 | PROFESSOR? |
| 17:25 | 8 | **A.**   YEAH. |
| 17:25 | 9 | **Q.**   IF WE LOOK AT THE DIFFERENCE JUST BELOW THAT, HERE YOU |
| 17:26 | 10 | HAVE COMPARED YOUR MAXIMUM SIGNIFICANT WAVE HEIGHTS AT |
| 17:26 | 11 | 8:00 BETWEEN THE MRGO AS DESIGNED AND THE KATRINA REAL RUN? |
| 17:26 | 12 | **A.**   UH-HUH. |
| 17:26 | 13 | **Q.**   THIS WOULD REFLECT THE INFLUENCE ON WAVES OF ALLOWING THE |
| 17:26 | 14 | CHANNEL TO WIDEN -- |
| 17:26 | 15 | **A.**   UH-HUH. |
| 17:26 | 16 | **Q.**   -- AND ALL THE CHANGES IN THE WETLANDS THAT OCCURRED OVER |
| 17:26 | 17 | HALF A CENTURY; CORRECT, PROFESSOR? |
| 17:26 | 18 | **A.**   YES. |
| 17:26 | 19 | **Q.**   WHAT WE SEE IF WE LOOK IN THE VALUES FOR THE "L" COLUMN, |
| 17:26 | 20 | THE WAVES AT THE LEVEE RANGE FROM .6 FEET AT RAY 2 UP TO A |
| 17:26 | 21 | MAXIMUM OF 2.1 FEET -- |
| 17:26 | 22 | **A.**   YEAH. |
| 17:26 | 23 | **Q.**   -- AT LOCATION 6? |
| 17:26 | 24 | **A.**   YEAH. |
| 17:26 | 25 | **Q.**   CORRECT, PROFESSOR? |

| | | |
|---|---|---|
| 17:26 | 1 | **A.**   YEAH.  BUT FOR THE FUTURE OF AMERICA, LOOK ALSO TO COLUMN |
| 17:27 | 2 | "D," YEAH?  BECAUSE -- |
| 17:27 | 3 | **Q.**   YES.  YOU'RE INTERESTED IN THE DEEP WAVE? |
| 17:27 | 4 | **A.**   YEAH, YEAH.  NO, BUT FOR YOUR HAPPINESS AND YOUR CHILDREN, |
| 17:27 | 5 | HUH? |
| 17:27 | 6 | **Q.**   THANK YOU, PROFESSOR.  THESE WAVES WERE CALCULATED AT |
| 17:27 | 7 | 8:00 A.M.; ISN'T THAT CORRECT, PROFESSOR? |
| 17:27 | 8 | **A.**   UH-HUH.  THEY WERE NOT CALCULATED THEN, BUT -- |
| 17:27 | 9 | **Q.**   PARDON? |
| 17:27 | 10 | **A.**   THEY WERE NOT CALCULATED AT 8:00 A.M. |
| 17:27 | 11 | **Q.**   YOU CHOSE 8:00 A.M. FOR YOUR COMPARISON BECAUSE THAT WOULD |
| 17:27 | 12 | SHOW THE MAXIMUM DIFFERENCE? |
| 17:28 | 13 | **A.**   YES. |
| 17:28 | 14 | **Q.**   IF YOU HAD LOOKED AT THE WAVES EARLIER, 7:00 A.M. OR AT |
| 17:28 | 15 | 6:00 A.M., WHEN THEY WERE SMALLER, YOU WOULD SEE SUBSTANTIALLY |
| 17:28 | 16 | SMALLER DIFFERENCES; ISN'T THAT CORRECT, PROFESSOR? |
| 17:28 | 17 | **A.**   I WOULDN'T KNOW.  YOU MAY HAVE STUDIED IT THAT YOU STATE |
| 17:28 | 18 | THIS. |
| 17:28 | 19 | **Q.**   YOU DON'T KNOW WHETHER YOU WOULD HAVE SMALLER DIFFERENCES |
| 17:28 | 20 | WITH SMALLER WAVES? |
| 17:28 | 21 | **A.**   WE SHOULD HAVE TO LOOK TO THE -- IT'S REASONABLE TO THINK, |
| 17:28 | 22 | BUT I'M NOT SURE. |
| 17:28 | 23 | **Q.**   BUT YOU DID NOT CALCULATE THE DIFFERENCES -- |
| 17:28 | 24 | **A.**   YEAH, THEY ARE ALL CALCULATED BUT ARE NOT PRESENTED, SO |
| 17:28 | 25 | I -- |

17:28   1   **Q.**   SO YOU DON'T KNOW WHAT THEY ARE AND I DON'T KNOW WHAT THEY

17:28   2   ARE BECAUSE YOU DIDN'T TELL ME?

17:28   3   **A.**   YEAH, BUT WE CAN TELL YOU IF YOU WANT TO KNOW.

17:28   4   **Q.**   WELL, I'M SURE THE JUDGE WOULD LIKE ANOTHER EXPERT REPORT

17:28   5   FROM YOU, PROFESSOR.

17:28   6            **MR. BRUNO:**  I OBJECT.

17:28   7            **THE WITNESS:**  BUT, GENERALLY, WE LOOK TO THE -- FOR

17:28   8   THE SIZE OF THE DIKE TO THE MAXIMUM STORM SURGE LEVEL, WHICH

17:28   9   COINCIDES WITH THE MAXIMUM WAVES.  SO I DON'T KNOW WHY YOU WERE

17:29   10  INTERESTED IN THE WAVES A LITTLE EARLIER.

17:29   11           **THE COURT:**  MR. SMITH, I'M GOING TO ASK YOU:  DO YOU

17:29   12  HAVE A HALF AN HOUR OR MORE?

17:29   13           **MR. SMITH:**  IT MIGHT BE A HALF AN HOUR.

17:29   14           **THE COURT:**  I ASSUME, DOCTOR, YOU CAN BE PRESENT IN

17:29   15  THE MORNING?

17:29   16           **THE WITNESS:**  YEAH, YEAH, YEAH.

17:29   17           **THE COURT:**  OKAY.  GOOD.  WE WILL HAVE THE PROFESSOR

17:29   18  HERE IN THE MORNING AT 9:00.

17:29   19           **MR. SMITH:**  THANK YOU, YOUR HONOR.

17:29   20           **THE COURT:**  YOU CAN STEP DOWN NOW.  COME BACK

17:29   21  TOMORROW AT 9:00.

17:29   22              MR. SMITH, I TOLD YOU I WOULD LET YOU GET ON THE

17:29   23  RECORD -- PLEASE BE SEATED EVERYBODY -- THE COURT'S COMMENTS

17:29   24  ABOUT EFFICIENCY, ETC.  ONLY FROM THE COURT'S VANTAGE POINT, I

17:30   25  WOULD HAVE LIKED YOU TO TRY THE CASE AT ONE TIME.  I TOLD YOU I

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:30 | 1 | WOULD GIVE YOU AN UNREBUTTED OPPORTUNITY TO TALK INTO THE |
| 17:30 | 2 | RECORD ABOUT WHATEVER WAS STATED. |
| 17:30 | 3 | **MR. SMITH:**  YOUR HONOR, I ONLY WANTED TO PRESENT MY |
| 17:30 | 4 | RECOLLECTION, WHICH IS THAT YOUR HONOR'S RULING WAS BASED ON A |
| 17:30 | 5 | LACK OF JURISDICTION AND THAT THIS WASN'T A TACTICAL MATTER. |
| 17:30 | 6 | THE COURT LACKED JURISDICTION OVER THIS.  IT COULDN'T HAVE |
| 17:30 | 7 | HEARD THIS EVEN IF THE -- WE CAN'T CONSENT TO HEARING MATTERS |
| 17:30 | 8 | OVER WHICH THE COURT HAS NO JURISDICTION.  SO I JUST ASK |
| 17:30 | 9 | YOUR HONOR TO APPRECIATE THE REASONS WHY WE URGED THAT MATTER |
| 17:30 | 10 | UPON THE COURT. |
| 17:30 | 11 | **THE COURT:**  LET ME POINT OUT THAT I UNDERSTAND THAT |
| 17:30 | 12 | COMPLETELY, AND IT'S JUST THE COURT'S OWN SELFISH DESIRE TO GET |
| 17:30 | 13 | THIS IN ONE TRIAL.  I UNDERSTAND.  THANK YOU. |
| 17:31 | 14 | **MR. SMITH:**  THANK YOU. |
| 17:31 | 15 | **THE COURT:**  WE WILL HAVE A STATUS CONFERENCE IN THE |
| 17:31 | 16 | BACK ON THE FILING WE GOT THIS AFTERNOON AND SEE HOW WE ARE |
| 17:31 | 17 | GOING TO HANDLE IT. |
| 17:32 | 18 | **THE DEPUTY CLERK:**  ALL RISE. |
| 17:32 | 19 | (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.) |
| | 20 | * * * |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

FINAL DAILY COPY

1    **<u>CERTIFICATE</u>**

2           I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

3    REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

4    OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

5    AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

6    UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

7    ABOVE-ENTITLED AND NUMBERED MATTER.

8

9

10                                S/ TONI DOYLE TUSA
                                  TONI DOYLE TUSA, CCR, FCRR
11                                OFFICIAL COURT REPORTER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

'50 [1] 861/10
'66 [2] 868/5 878/21

.

.2 [2] 969/4 974/10
.2-FOOT [1] 974/10
.49 [3] 932/23 935/24 936/1
.5 [1] 932/18
.6 [1] 1001/20
.6 FEET [1] 1001/20
.9 [3] 932/19 932/23 1000/18
.9 FEET [1] 1000/18
.98 [1] 936/3

0

06-CV-2268-K [1] 855/5

1

1,000 [2] 860/18 937/6
1.4 FEET [1] 1000/17
1.9 FEET [1] 984/20
1/2 [5] 942/14 950/22 951/5 991/19 994/9
1/2-FOOT [3] 945/21 990/25 993/17
1/3 [1] 992/10
10 [4] 924/25 953/20 994/8 994/14
10 PERCENT [2] 953/19 953/21
100 [1] 924/13
1000 [1] 855/16
10022 [1] 857/4
103 [5] 874/2 926/10 932/6 935/22 983/19
104 [5] 880/24 881/1 883/5 889/6 967/14
106 [1] 859/7
109 [2] 975/2 975/4
10THS [1] 968/15
11 [4] 890/8 890/10 960/16 960/19
11 FEET [1] 900/8
1100 [1] 856/3
118,300 CUBIC [1] 909/17
12 [2] 899/7 954/20
1205 [1] 856/24
1261 [1] 856/13
12:00 [1] 899/4
1332 [1] 954/22
1366 [1] 856/14
14 [1] 996/15
15 [3] 899/7 923/23 925/13
15 CUBIC [1] 924/24
16 FEET [3] 900/5 900/6 901/1
17 FEET [1] 974/7
17TH [1] 960/21
18 [5] 893/14 899/7 901/9 972/17 973/15
18585-3 [1] 996/14
19 [1] 880/22
1958 [5] 885/5 885/14 932/9 933/10 933/14
1965 [1] 949/20
1966 [4] 867/15 871/19 946/5 946/8
1970 [1] 955/20
1975 [1] 955/20

2

2 FEET [1] 903/14
2-D [1] 881/4
2-FEET [1] 903/15
2.1 FEET [1] 1001/21
2.2 FEET [1] 984/21
2.3 [1] 974/24
2.36A [1] 974/25
2.6 FEET [1] 984/20
2/10THS [1] 968/15

20 [1] 908/13
20 METERS [1] 1023
20044 [1] 857/18
2007 [3] 958/9 959/7 959/10
2008 [8] 874/5 874/7 874/8 881/6 967/18 975/5 983/13 996/20
2009 [8] 855/7 859/2 942/17 965/4 965/10 965/11 996/7 996/22
21 [2] 898/23 899/7
22 [2] 890/6 932/6
23 [6] 855/7 881/6 965/5 965/10 967/18 996/5
24 [3] 859/2 899/9 954/22
2626 [1] 856/24
2655 [1] 856/10
28 [6] 983/19 989/20 989/21 989/24 990/9 990/11
282 [1] 981/3
29 [5] 896/18 989/21 990/2 990/2 991/10
292 [1] 981/4
2A [5] 881/4 886/5 886/6 886/15 906/9
2B [9] 879/7 879/8 879/13 881/4 886/20 886/21 902/14 903/5 905/12
2C [83] 875/20 879/8 879/11 879/11 879/14 881/4 884/3 885/13 887/16 887/18 887/19 889/12 889/13 889/20 889/21 891/2 891/4 894/4 895/25 896/13 897/2 901/12 901/22 901/23 902/15 903/14 903/21 903/25 905/4 906/7 907/5 908/17 908/23 910/6 910/7 913/7 913/11 914/5 914/25 923/19 923/23 924/1 924/4 924/9 924/17 924/24 935/11 939/12 941/18 943/4 944/14 947/11 947/16 948/1 948/7 949/2 949/8 950/2 951/5 951/10 953/4 953/9 964/7 964/11 964/25 966/23 967/6 969/18 970/6 970/10 970/24 972/19 972/21 973/19 973/21 979/22 979/25 989/14 996/10 999/1 999/2 999/6 1000/23
2D [2] 881/12 887/5

3

3 FEET [1] 948/8
3,000 FEET [1] 937/7
3-FOOT [2] 904/21 904/24
3.3 FEET [1] 992/19
3.7 FEET [1] 992/7
30 [1] 989/14
3102 [1] 856/3
32 CUBIC [1] 914/2
325 [1] 857/4
36-FOOT [1] 980/14
3668 [1] 856/7
38 [5] 959/3 959/18 960/9 962/19 962/20
39 [3] 889/7 889/19 889/21
3:00 [3] 901/6 923/1 925/10
3:00 PHONE [1] 916/8
3:00 UNTIL [1] 901/9

4

4-FEET [1] 937/18
4-FOOT [2] 906/19 993/7
4.3 FEET [2] 992/4 993/14
4.9 FEET [1] 992/22
40 [21] 884/20 885/17 886/6 886/7 886/10 886/22 886/23 886/25 898/18 906/2 906/6 906/7 906/7 906/16 906/19 907/3 907/5 929/14 957/3 958/18
406 [1] 857/20
41 [1] 963/17
44 [1] 939/20
45 [3] 894/5 972/18 973/19
48 [1] 897/1

4:00 [1] 892/5
4:00 [1] 892/6
4:00 M [1] 884/14
4:00 IN [1] 892/6 893/6

5

5 FEET [1] 1001/6
5 METERS [1] 994/8
5,800 [1] 924/13
5.3 FEET [1] 993/8
5.4-FOOT [1] 941/20
5.5 FEET [1] 993/14
5.7 FEET [2] 991/5 991/22
5.8 [2] 950/17 951/5
500 [2] 856/6 857/20
500-FOOT [1] 980/14
504 [1] 857/21
519 [1] 856/17
53 [7] 936/8 959/6 959/8 959/12 959/14 959/22 960/9
550 [1] 855/16
556 [1] 856/6
57TH [1] 857/4
589-7778 [1] 857/21
5:00 A.M [3] 984/19 984/21 984/23

6

6 FEET [1] 993/2
6-FEET [1] 938/3
6-FOOT [6] 906/17 906/20 907/5 945/21 948/7 948/7
6.3 [1] 992/25
6.3 FEET [2] 992/22 993/9
6.5 [1] 950/17
6.6 FEET [1] 993/14
6.8 FEET [2] 991/25 993/18
600 [1] 857/7
601 [1] 856/10
604 [1] 857/7
610 [1] 855/23
618 [1] 856/20
6:00 [2] 989/2 992/13
6:00 A.M [8] 990/25 991/18 992/7 992/19 993/8 993/14 993/18 1002/15
6:30 [1] 909/9

7

7 FEET [5] 901/4 901/5 901/6 901/10 955/2
7-FEET [1] 938/3
7-FOOT [2] 954/14 955/15
7.3 FEET [1] 993/19
70113 [2] 855/20 855/23
70130 [3] 856/10 857/8 857/21
702C [3] 868/1 868/4 868/22
70381 [1] 856/25
70502 [1] 856/7
70726 [1] 856/17
70801 [1] 856/21
70821 [1] 856/14
71 [1] 973/6
75219 [1] 856/4
7778 [1] 857/21
7:00 [2] 901/4 992/14
7:00 A.M [11] 989/2 991/1 991/6 991/22 992/13 992/22 993/8 993/9 993/14 993/18 1002/14

8

8 FEET [1] 947/15
8-FOOT [3] 937/16 948/3 948/7
8.9 [2] 950/17 951/1
8.9 FEET [1] 951/3
81 [1] 935/22
855 [1] 855/19

**8**

888 [1] 857/18
8:00 [4] 892/9 909/10 941/18 952/3
8:00 A.M [10] 989/2 991/6 991/25 992/14 992/23 993/15 993/19 1002/7 1002/10 1002/11
8:00 BETWEEN [1] 1001/11
8:00 IN [1] 899/11
8:30 [2] 956/20 957/3

**9**

9 FEET [1] 946/3
9-FOOT [7] 936/22 937/24 938/8 943/5 947/25 954/16 955/15
9.6-FOOT [1] 941/15
90 [3] 967/16 967/19 967/20
90071 [1] 855/16
91 [2] 897/22 897/23
92 [4] 899/2 975/9 975/12 977/18
93 [2] 979/19 979/19
9:00 [3] 893/6 1003/18 1003/21
9:00 A.M [3] 983/15 989/3 992/3

**A**

A.M [39] 983/15 983/15 984/5 984/8 984/19 984/21 984/23 989/2 989/2 989/2 989/3 990/25 991/1 991/6 991/6 991/18 991/22 991/25 992/3 992/7 992/13 992/14 992/19 992/22 992/23 993/8 993/8 993/9 993/14 993/14 993/15 993/18 993/18 993/19 1002/7 1002/10 1002/11 1002/14 1002/15
ABILITY [5] 864/20 872/6 892/19 897/11 1005/5
ABLE [13] 865/10 911/10 921/5 927/4 927/5 927/8 946/10 955/23 964/7 964/12 964/18 965/2 988/7
ABOUT [139] 859/12 864/5 867/1 867/4 867/6 867/12 867/12 867/20 868/24 869/6 871/16 873/16 873/19 873/19 873/23 874/15 874/19 874/20 874/22 875/22 876/2 877/19 879/22 880/20 880/21 881/10 881/11 881/11 882/4 882/8 884/7 885/4 891/24 893/5 893/6 893/11 897/21 900/13 901/1 901/4 901/5 901/24 902/1 902/2 903/1 903/3 903/14 903/22 904/4 904/5 904/7 905/2 905/10 905/13 905/18 906/1 906/17 910/14 914/5 914/10 914/13 915/20 916/3 916/10 917/20 917/20 919/8 920/12 920/14 920/24 921/16 924/25 926/7 928/12 928/12 928/18 928/22 929/25 930/17 930/21 931/25 934/9 937/21 939/15 939/22 940/14 941/5 941/14 943/21 945/2 947/24 948/3 949/4 949/17 951/24 953/3 953/6 953/7 955/5 956/17 961/22 964/4 964/23 966/24 967/11 969/8 969/11 970/1 971/1 971/23 972/6 973/21 973/25 976/6 976/18 976/21 978/7 979/7 979/25 979/25 980/1 980/2 981/23 983/4 983/6 984/18 985/22 985/25 987/14 990/9 990/11 990/15 993/21 993/23 994/1 995/1 995/25 1003/24 1004/2
ABOVE [4] 881/15 901/10 906/2 1005/7
ABOVE-ENTITLED [1] 1005/7
ABSENT [1] 969/15
ABSOLUTE [1] 942/25
ABSOLUTELY [2] 863/16 920/3
ACCEPTED [1] 890/21
ACCESS [1] 885/11
ACCOMPLISHING [1] 875/16
ACCORDING [6] 895/12 895/14 974/5

984/9 984/10 992/2
ACCOUNT [1] 863/18
ACCURACY [3] 887/2 916/11 963/2
952/15 963/7 964/24 966/9 997/15
ACCURATE [3] 888/25 969/18 988/7
ACCURATELY [1] 883/5
ACTED [1] 987/15
ACTION [2] 880/11 886/4
ACTIONS [1] 867/4
ACTUAL [6] 861/12 869/8 911/12 937/12 954/21 1000/5
ACTUALLY [7] 861/3 937/14 967/3 967/7 968/21 984/8 989/11
ADD [3] 935/7 937/11 947/8
ADDITION [2] 934/16 934/23
ADDITIONAL [1] 887/21
ADDRESS [3] 871/17 873/14 899/3
ADJACENT [1] 864/1
ADJUST [1] 932/11
ADVANCE [2] 918/7 958/20
ADVICE [1] 942/16
ADVISED [2] 929/10 932/5
AERIAL [1] 890/3
AFFECT [1] 862/17
AFRAID [1] 916/21
AFTER [9] 860/21 860/25 862/16 867/17 886/3 898/22 950/4 981/8 993/22
AFTERNOON [5] 855/10 859/1 956/5 956/6 1004/16
AFTERWARDS [1] 931/18
AGAIN [57] 859/21 864/8 865/10 892/9 893/14 894/1 895/25 902/3 902/13 903/4 903/4 905/3 905/3 905/12 905/18 907/9 909/10 914/8 916/18 923/14 923/18 923/20 924/3 924/23 928/5 929/23 930/6 935/2 935/21 937/5 937/7 938/3 938/4 940/9 941/18 942/8 944/3 946/2 946/18 947/15 952/18 956/7 970/23 972/11 974/19 978/2 979/21 980/10 991/5 991/15 991/24 992/6 992/10 992/13 993/7 993/8 999/16
AGAINST [4] 865/12 873/24 899/14 995/18
AGE [1] 932/24
AGGRESSIVE [1] 954/10
AGO [3] 974/6 989/14 998/12
AGREE [8] 859/11 861/9 872/16 873/6 954/16 969/13 982/5 982/6
AGREEING [2] 917/18 979/13
AGREEMENT [1] 917/18
AHEAD [10] 864/8 876/19 913/20 922/24 926/2 932/4 950/7 963/15 967/22 977/24
AIMING [2] 994/6 994/21
AL [2] 855/5 855/7
ALIGNMENT [3] 878/25 879/5 879/17
ALL [100] 859/3 863/13 864/10 866/22 866/25 867/14 871/12 873/3 873/20 879/11 881/23 882/16 883/13 887/7 887/13 888/23 892/11 895/23 896/23 898/6 899/8 899/15 899/24 900/14 900/5 900/16 900/23 902/16 905/16 909/5 910/24 912/13 916/4 916/6 917/23 918/18 919/12 920/10 920/17 920/19 920/21 920/23 920/25 921/7 921/18 922/7 925/15 925/17 927/11 929/22 931/21 933/5 935/16 936/6 936/13 936/24 939/7 940/24 942/2 942/4 942/6 942/15 942/25 943/9 943/14 944/24 947/4 947/17 951/7 951/7 952/18 952/25 953/22 956/19 957/17 958/9 961/20 963/7 964/23 965/2 966/10 966/13 967/21 968/10 971/21 974/17 976/2 976/20 977/23 980/2 982/22 982/25 986/25 988/11 988/17 989/22 994/25 1001/16

1002/24 1004/18
ALLEGATIONS [1] 903/9
ALLOCATE [1] 872/25
ALLOCATED [1] 872/24
ALLOW [7] 867/12 870/20 876/18 877/19 928/20 936/8 970/22
ALLOWED [2] 869/24 947/1
ALLOWING [4] 869/14 916/22 970/22 1001/13
ALMOST [6] 905/2 924/9 924/12 939/18 966/15 968/12
ALONG [28] 888/5 896/21 896/22 898/17 926/15 938/9 939/25 940/1 940/11 965/19 966/16 967/3 967/12 969/16 971/19 973/3 974/2 974/12 975/7 979/7 981/22 984/2 984/20 984/23 987/16 992/18 993/7 993/12
ALREADY [12] 866/15 866/21 881/10 889/2 889/3 893/2 918/23 919/24 955/22 969/3 970/11 975/19
ALSO [67] 857/6 860/7 860/9 863/19 865/22 866/15 880/1 881/14 883/8 884/1 886/6 887/20 888/4 888/4 888/18 889/16 893/23 895/15 896/8 903/6 905/13 905/20 905/23 907/12 907/24 908/20 927/5 929/8 929/8 930/20 936/12 937/8 938/10 940/7 942/2 942/5 947/10 948/15 948/22 948/24 949/11 952/9 952/12 952/13 952/14 953/11 953/20 954/3 955/24 956/24 960/19 962/14 962/16 963/16 963/17 964/11 970/25 972/16 978/3 983/8 987/1 995/22 997/9 997/23 997/24 998/2 1002/1
ALTER [1] 862/3
ALTHOUGH [2] 894/17 928/7
ALWAYS [8] 912/7 912/10 929/5 964/24 985/12 988/18 994/10 994/23
AM [7] 877/21 899/15 946/24 968/4 979/14 989/23 1000/1
AMERICA [4] 855/7 927/14 983/9 1002/1
AMIN [1] 857/11
AMONG [2] 874/15 951/25
AMOUNT [6] 891/16 897/19 908/16 908/21 911/3 912/5
ANALYSIS [2] 929/23 996/17
ANDRY [2] 855/21 855/22
ANGELES [1] 855/16
ANOTHER [9] 860/16 906/24 916/9 918/8 926/8 933/23 942/17 943/12 1003/4
ANSWER [12] 864/22 866/25 867/11 870/14 875/6 962/8 986/12 986/14 986/14 986/16 986/23 995/4
ANY [43] 860/20 861/6 862/10 862/15 864/18 864/19 864/23 867/8 873/10 873/20 873/21 874/16 876/5 876/12 901/18 916/19 918/19 920/12 926/21 931/12 935/12 938/8 938/16 938/21 942/6 948/18 957/4 960/24 961/9 963/1 963/10 963/21 964/22 971/13 972/8 974/8 974/15 975/20 976/17 979/5 982/5 984/7 984/12
ANYBODY [3] 916/1 922/22 927/17
ANYBODY'S [2] 920/8 921/13
ANYHOW [1] 960/20
ANYTHING [5] 866/6 869/11 911/10 948/18 971/23
APART [2] 879/1 900/21
APOLOGIZE [4] 883/11 916/10 990/3 998/6
APPARENTLY [2] 927/14 955/9
APPEAR [1] 859/12
APPEARANCES [3] 855/13 856/1 857/1

A

APPEARS [1] 883/4
APPENDED [1] 876/10
APPLICATION [1] 982/16
APPLY [1] 946/9
APPRECIATE [3] 973/11 980/7 1004/9
APPROACH [2] 908/13 958/21
APPROACHING [1] 883/3
APPROPRIATE [4] 861/14 870/22 878/15 943/1
APPROXIMATE [1] 948/11
APPROXIMATELY [3] 906/19 957/3 984/20
APRIL [2] 855/7 859/2
ARE [200]
AREA [42] 866/12 874/22 878/6 881/19 884/25 885/1 887/12 888/1 888/8 888/16 888/17 889/18 890/5 894/6 895/15 895/16 897/4 908/3 908/21 909/7 909/13 930/11 936/14 936/18 936/22 936/23 936/25 937/4 940/8 942/8 945/23 952/25 956/20 961/22 968/3 972/22 973/1 974/6 974/21 976/15 985/13 988/12
AREAS [2] 930/11 957/7
AREN'T [1] 969/11
ARGUE [3] 859/12 925/22 928/16
ARGUING [2] 868/13 868/13
ARGUMENT [2] 868/10 868/20
ARGUMENTATIVE [3] 976/21 976/24 978/9
ARGUMENTATIVENESS [1] 960/25
ARMY [1] 926/24
AROUND [7] 885/1 889/17 895/15 923/23 937/14 956/20 984/5
ARPENT [22] 884/20 885/17 886/6 886/7 886/10 886/22 886/23 886/23 886/25 889/4 898/18 906/2 906/6 906/7 906/8 906/12 906/16 906/18 906/19 907/3 907/5 957/3
ARROW [1] 921/15
ARTICULATES [1] 867/18
AS [164]
AS-AUTHORIZED [2] 946/13 946/19
AS-DESIGNED [1] 975/17
ASCERTAIN [2] 864/19 876/5
ASHLEY [1] 857/6
ASK [42] 860/1 860/11 862/6 864/1 864/3 864/8 864/15 867/16 867/20 867/21 868/23 870/2 870/3 870/19 870/22 870/25 871/8 871/15 875/22 911/20 914/8 919/17 919/24 919/25 920/12 920/13 926/13 934/12 937/9 947/18 951/17 961/2 961/3 961/21 973/21 979/23 979/24 985/20 985/22 991/15 1003/11 1004/8
ASKANCE [1] 871/2
ASKED [12] 860/24 869/10 877/4 877/5 906/1 928/5 949/17 952/3 961/15 962/7 972/6 977/20
ASKING [15] 862/18 863/2 869/25 870/1 870/18 873/23 873/25 874/22 916/24 916/25 955/4 959/23 963/16 972/5 982/2
ASSESS [3] 927/17 928/1 929/11
ASSIST [3] 875/9 927/1 982/1
ASSOCIATES [2] 855/15 856/12
ASSUAGED [1] 932/4
ASSUME [8] 860/24 862/15 865/18 871/19 871/21 928/6 955/13 1003/14
ASSUMED [1] 891/5
ASSUMES [3] 863/19 911/21 911/24
ASSUMING [2] 866/12 994/24
AT [233]

ATOP [1] 937/17
ATTACH [1] 863/8
ATTEMPT [1] 869/6
ATTEMPTING [1] 867/25
ATTENTION [6] 926/10 931/11 939/4 962/19 967/14 968/7
ATTITUDE [1] 868/25
ATTRIBUTABLE [2] 949/19 1001/2
ATTRIBUTED [1] 879/17
AUDIENCE [1] 961/1
AUTHORIZED [17] 861/10 861/12 886/2 939/13 944/10 945/7 946/13 946/19 946/22 950/19 951/6 964/14 964/15 965/1 966/15 971/15 972/9
AVAILABLE [9] 878/20 880/13 891/5 894/15 894/20 896/4 897/16 947/16 957/22
AVENUE [2] 856/3 856/17
AVERAGE [1] 957/23
AWARE [4] 929/18 933/1 958/8 997/16
AWAY [6] 881/18 938/7 967/4 968/17 968/21 969/19
AXIS [1] 899/7

B

BACK [30] 866/3 868/5 869/6 871/19 875/24 898/11 898/14 902/20 908/7 908/10 908/18 909/21 911/6 913/6 916/2 920/19 923/3 925/12 933/9 946/14 951/23 952/18 954/12 966/10 966/13 982/3 986/18 996/16 1003/20 1004/16
BACK-DOOR [1] 869/6
BAD [2] 867/3 956/10
BAEZA [1] 857/10
BAG [1] 1000/2
BANK [1] 868/17
BANKS [4] 865/10 865/13 865/23 865/25
BAR [1] 891/15
BARON [1] 856/2
BARONNE [2] 855/19 855/23
BARRACKS [1] 963/11
BASED [8] 863/21 877/9 915/14 951/20 963/22 971/10 976/17 1004/4
BASIC [4] 878/7 912/17 912/19 914/11
BASICALLY [1] 914/10
BASIS [4] 869/15 941/13 942/15 984/18
BATCH [1] 943/20
BATHYMETRY [10] 881/14 882/8 882/9 882/11 889/19 889/21 930/2 930/7 930/7 934/16
BATON [1] 856/14 856/21
BAYOU [6] 902/16 924/3 924/23 978/2 979/4 980/10
BE [142] 859/4 859/10 860/20 861/7 862/2 863/15 863/25 864/10 864/18 865/5 865/8 865/11 865/12 866/5 866/10 866/11 866/14 866/16 867/7 867/8 867/22 868/9 868/20 870/7 872/11 872/12 872/12 873/1 873/7 875/4 875/6 875/14 878/2 878/3 878/4 879/2 880/6 885/17 886/9 892/25 892/25 896/15 897/19 897/25 899/19 902/6 905/2 911/9 911/10 911/18 914/9 915/3 915/20 915/25 916/2 916/7 916/9 918/4 918/13 918/13 920/1 920/3 920/12 921/5 922/2 922/4 925/18 926/5 927/19 928/11 928/12 931/5 931/24 933/17 934/7 934/10 935/19 937/10 938/25 942/9 943/12 947/1 949/17 950/22 953/10 953/12 953/19 954/10 954/19 955/15 956/14 958/15 960/6 960/13 960/20 961/1 961/1 961/5 961/23 962/14 962/16 962/16 964/12 964/18 968/8 969/13 970/20

970/20 970/25 973/11 973/25 974/8 977/9 978/22 981/4 981/4 981/19 982/20 982/25 987/4 987/6 988/6 988/13 988/18 988/20 988/22 991/1 993/1 994/9 994/25 996/15 996/21 996/23 997/11 997/19 997/23 998/4 998/15 1001/2 1003/13 1003/14 1003/23
BEA [4] 902/25 910/10 910/14 910/25
BEACH [8] 898/12 900/12 900/25 901/1 901/10 975/13 976/25 977/2
BEARING [1] 961/9
BECAUSE [94] 860/7 861/25 862/4 862/7 864/10 865/12 865/13 865/21 865/25 866/2 866/9 866/13 867/21 869/19 870/2 872/2 873/9 875/20 886/21 890/2 891/4 891/21 892/23 892/23 894/1 894/15 894/20 895/9 895/10 896/11 897/13 898/2 899/19 901/8 901/17 901/18 903/7 906/9 908/20 911/6 912/8 912/13 913/14 915/17 916/11 918/7 918/23 921/19 921/20 925/9 927/19 927/21 928/21 929/3 930/17 931/10 931/23 936/16 937/1 937/5 938/14 939/8 945/3 946/17 952/12 953/10 954/3 955/21 956/12 957/2 959/1 959/21 962/15 967/4 969/6 972/13 972/15 973/18 975/22 976/14 977/12 977/14 985/12 987/2 988/9 989/13 994/14 994/21 995/4 997/14 999/14 1002/2 1002/11 1003/2
BECAUSE THIS [1] 898/2
BECOME [5] 865/14 865/15 897/13 986/4 987/4
BECOMES [6] 893/21 895/9 946/2 986/5 988/20 988/22
BECOMING [1] 895/10
BEEN [36] 859/16 860/21 860/24 861/3 876/3 877/4 877/5 878/4 901/9 909/19 910/7 910/7 911/12 921/16 922/8 922/10 922/15 922/21 929/18 929/19 932/4 933/12 939/2 939/4 948/2 952/1 954/24 955/9 955/19 955/21 955/23 964/19 964/20 964/25 977/21 995/7
BEFORE [20] 855/10 860/1 862/8 863/15 870/7 876/3 880/22 882/5 884/11 885/2 888/24 891/24 893/2 907/21 911/11 922/25 936/8 944/7 960/11 986/15
BEGAN [2] 956/18 992/3
BEGINNING [15] 901/19 938/2 952/13 975/20 975/22 975/23 975/24 976/5 976/12 976/16 977/13 977/14 979/5 984/5 997/17
BEHIND [1] 885/1
BEING [13] 870/15 870/16 872/8 879/23 894/11 912/25 928/5 935/24 961/6 970/2 977/20 979/9 986/11
BELIEVE [15] 862/21 868/3 868/14 874/24 892/2 903/16 914/17 932/9 956/21 956/24 964/4 964/6 965/18 974/25 988/20
BELOW [4] 907/5 937/18 978/18 1001/9
BENCH [5] 917/1 917/2 918/11 920/7 932/1
BENCHBOOK [1] 881/5
BENEFIT [2] 970/20 971/14
BENJAMIN [1] 857/17
BERNARD [5] 859/24 956/20 961/12 961/14 962/4
BESIDES [1] 932/20
BEST [2] 943/20 1005/5
BET [1] 929/1
BETTER [6] 900/21 947/11 956/15

B
BETTER... [3] 959/13 961/5 984/12
BETWEEN [43] 860/2 879/8 887/15
889/20 898/13 903/14 903/24 923/25
924/8 930/20 931/13 938/22 944/20
944/22 948/9 949/8 950/2 953/12 965/24
966/6 966/7 966/23 966/25 970/14
970/15 970/24 971/3 971/4 972/13 974/1
979/17 980/20 981/12 981/17 988/24
991/6 992/13 992/14 993/9 999/13
1000/5 1000/9 1001/11
BEYOND [4] 872/15 875/2 928/4 928/15
BIENVENUE [6] 898/13 902/16 908/6
924/3 924/8 980/10
BIG [11] 866/1 903/12 904/24 905/17
914/18 940/19 952/12 960/20 982/23
982/24 997/16
BIGGER [6] 872/9 896/13 972/22 973/1
973/15 974/6
BINDER [5] 960/3 960/4 960/6 960/8
960/14
BIT [34] 895/9 899/21 901/15 901/21
903/8 905/14 905/15 908/10 925/3 925/4
931/18 934/8 937/21 938/11 938/12
938/13 941/20 942/11 942/15 946/13
947/8 947/13 953/2 966/18 966/19
966/21 968/14 969/3 970/17 970/18
980/22 983/17 997/14 998/2
BLIP [1] 913/7
BLOW [7] 941/2 943/10 943/19 952/4
952/19 968/1 968/9
BLOWING [1] 937/6
BLUE [23] 889/16 891/21 895/9 900/22
902/12 903/14 904/14 904/14 906/24
908/12 909/4 915/7 915/10 919/1 919/3
920/24 923/6 923/19 924/4 945/17
945/18 952/7 979/17
BLUES [1] 949/25
BLURRY [1] 887/24
BOB [1] 902/25
BODIES [1] 926/19
BODY [2] 866/9 926/25
BOOK [6] 859/8 899/20 902/5 943/13
943/13 975/7
BOOKCASE [1] 898/2
BORDER [2] 946/1 982/7
BORE [1] 905/6
BORED [1] 905/7
BORGNE [10] 885/1 891/21 893/22
926/19 936/15 936/23 937/2 937/11
937/24 968/18
BOTH [6] 871/21 903/21 947/11 948/20
969/17 974/7
BOTTOM [14] 865/14 872/19 890/13
890/20 901/20 934/17 934/23 936/2
937/13 938/1 943/25 944/7 945/6 945/7
BOULEVARD [1] 856/24
BOUNDARY [9] 881/16 888/6 888/7
888/12 888/15 888/18 929/23 957/20
985/17
BOUNDS [1] 877/11
BOWL [6] 897/16 911/3 960/22 961/9
962/11 962/16
BOX [5] 856/7 856/14 856/24 857/18
1000/20
BRANCH [2] 857/10 860/16
BREACH [4] 903/11 904/19 915/13
962/12
BREACHES [5] 911/16 911/17 912/10
914/14 957/20
BREACHING [4] 860/6 880/2 912/12
912/12

BREAK [5] 900/21 913/13 913/14 916/10
925/9
BRENDAN [1] 857/3
BRETSCHNEIDER [14] 876/4 876/6
876/10 876/22 877/5 877/15 877/19
878/6 878/12 878/24 883/18 927/20
955/23 982/11
BRETSCHNEIDER'S [1] 982/20
BRIEF [2] 916/5 925/16
BRIEFING [1] 871/4
BRIEFLY [4] 882/2 882/21 891/2 937/22
BRILLIANT [2] 922/9 922/15
BROAD [1] 982/18
BROKE [1] 859/6
BROUGHT [3] 922/11 939/4 963/8
BROWN [4] 891/6 891/9 891/10 974/7
BROWNISH [1] 937/1
BRUNO [20] 855/18 855/18 859/5 864/3
870/10 872/16 920/24 921/15 931/22
936/12 946/18 947/2 947/6 955/5 956/16
959/15 975/19 979/24 993/21 996/9
BRUNO'S [1] 863/18
BUDD [1] 856/2
BUILD [2] 892/7 982/19
BUILDER [3] 871/21 871/23 871/23
BUILDUP [3] 965/19 974/12 976/9
BUILT [4] 871/20 872/21 879/2 886/25
BULK [2] 898/15 903/9
BURDEN [1] 867/21
BUT [131] 860/9 864/6 865/18 866/17
866/25 868/13 873/13 875/7 875/14
875/17 879/7 879/14 886/21 888/22
889/7 892/25 894/18 895/16 896/6
896/16 896/23 898/1 898/5 899/18
900/21 901/15 901/22 902/5 904/24
906/25 907/3 908/20 910/16 912/10
912/16 913/7 915/6 916/2 916/13 916/16
918/1 921/23 922/9 922/16 924/9 926/6
927/3 927/5 927/14 928/22 929/4 929/19
931/19 933/6 934/2 934/18 937/10
937/22 938/5 938/8 939/5 939/16 940/7
942/11 942/15 946/10 946/13 947/8
949/18 951/15 951/22 953/3 953/8
953/16 953/19 954/2 957/11 958/8
960/12 960/20 961/2 962/7 962/10
962/16 963/16 963/17 964/23 965/21
970/10 970/25 971/4 971/11 972/3
972/13 972/16 972/25 973/25 976/1
976/2 976/24 978/6 979/15 979/16 980/5
980/24 982/15 983/5 983/8 985/16 986/3
986/5 987/11 988/4 988/14 988/21 994/4
994/4 994/7 994/14 994/20 995/21
999/14 999/25 1002/1 1002/4 1002/8
1002/22 1002/23 1002/24 1003/3 1003/7

C
CALCULATE [10] 881/13 904/3 907/17
909/11 911/17 936/13 955/23 987/18
988/1 1002/23
CALCULATED [7] 983/13 993/24 1000/4
1002/6 1002/8 1002/10 1002/24
CALCULATES [1] 881/12
CALCULATION [9] 881/18 936/11
938/24 942/14 952/14 974/14 974/15
996/3 997/15
CALCULATIONS [11] 888/8 888/19
890/13 911/2 927/7 938/16 938/16
938/22 946/9 965/1 974/17
CALIBRATE [2] 962/6 962/8
CALIBRATED [1] 962/10
CALIBRATING [1] 963/2
CALIBRATION [1] 960/19
CALIFORNIA [1] 855/16

CALL [9] 865/3 872/20 877/10 879/10
889/3 964/11 975/20 975/9
CALLED [4] 881/3 890/24 941/8 960/19
994/22
CALLING [4] 885/22 994/4 994/19
994/22
CALLS [1] 877/8
CALVIN [1] 856/16
CAME [3] 879/5 885/7 888/21
CAMERA [1] 956/19
CAN [109] 862/6 863/12 863/13 864/22
865/17 867/17 870/2 870/13 870/19
870/21 871/2 871/4 871/8 871/10 874/4
875/25 881/2 884/6 886/14 887/24
892/23 897/18 898/25 899/23 900/8
900/25 901/8 904/3 906/12 907/17
908/22 910/4 911/12 911/13 911/15
911/17 911/20 911/24 911/25 916/1
916/3 916/23 916/24 916/25 917/1 917/1
917/2 917/13 917/16 917/19 917/21
917/21 917/22 917/25 919/3 920/8 920/9
920/19 922/4 922/13 923/1 923/15
925/23 929/19 929/20 935/23 937/9
939/1 941/2 941/3 941/17 943/19 947/8
951/16 951/24 952/4 952/19 952/22
954/10 954/20 956/11 957/24 959/19
959/19 961/2 961/13 962/5 962/13
965/22 971/11 973/3 978/12 982/4
983/17 984/19 985/22 986/5 986/23
987/11 992/6 994/7 995/3 996/21 997/2
997/7 998/15 1003/3 1003/14 1003/20
CAN'T [17] 862/7 864/10 872/24 890/15
890/17 912/16 916/21 920/1 933/3 933/9
940/16 959/21 961/19 971/9 980/24
988/9 1004/7
CANAL [5] 889/17 894/14 906/6 906/16
960/21
CANNOT [2] 953/2 996/23
CAPACITY [1] 968/17
CAPTION [1] 888/12
CARE [1] 927/25
CAREFUL [3] 866/11 988/21 988/22
CAREFULLY [2] 865/22 933/17
CARONDELET [1] 857/7
CARRIED [1] 967/4
CARRY [1] 945/22
CASE [34] 861/1 861/24 862/8 862/21
866/25 867/6 867/10 869/7 871/1 877/11
884/3 894/15 911/10 912/17 912/19
914/12 916/14 919/11 922/17 926/1
928/24 933/10 941/20 947/14 958/18
960/23 961/4 961/5 962/4 973/16 981/2
995/20 998/19 1003/25
CASES [2] 951/7 951/7
CATASTROPHIC [3] 859/23 860/3 860/5
CAUGHT [1] 989/22
CAUSE [1] 860/3
CAUSED [6] 878/25 910/20 912/20
914/13 914/14 930/24
CAUSING [2] 859/23 872/2
CCR [3] 857/20 1005/2 1005/10
CECIL [1] 861/4
CENTER [1] 985/8
CENTIMETER [1] 932/21
CENTURY [1] 1001/17
CERTAIN [6] 883/2 910/5 934/10 946/9
957/7 973/24
CERTAINLY [9] 872/22 874/25 875/14
877/13 915/17 954/18 955/18 962/1
977/24
CERTIFICATE [1] 1005/1
CERTIFY [1] 1005/4
CFR [1] 933/8
CHAD [2] 882/4 882/18

C

CHALLENGE [1] 859/6
CHALMETTE [1] 923/18
CHANCE [1] 925/21
CHANGE [4] 953/20 969/15 980/14
980/19
CHANGED [3] 884/5 942/8 993/24
CHANGES [3] 872/11 942/20 1001/16
CHANGING [1] 892/11
CHANNEL [114] 860/16 860/20 860/25
861/7 861/10 861/13 861/16 861/20
862/2 862/5 862/10 862/13 862/14
862/15 862/17 862/17 862/23 863/7
863/9 863/20 863/22 864/1 864/16
864/19 864/24 865/5 865/9 865/14
865/15 865/17 865/20 865/23 866/4
866/16 866/17 866/19 866/22 868/6
871/20 871/21 871/22 871/23 871/25
872/2 872/2 872/5 872/12 872/13 872/19
872/21 872/21 873/1 875/21 876/5 880/4
884/8 884/17 886/2 888/5 890/4 894/10
894/13 894/21 897/2 905/9 918/19
929/15 944/1 944/7 944/10 946/13
946/19 946/21 946/22 946/25 947/16
964/8 964/13 964/17 964/19 966/14
967/2 967/3 967/6 967/8 968/20 969/14
969/14 969/18 969/19 970/1 970/4 970/6
970/10 970/21 970/22 971/6 971/14
972/6 972/7 972/8 972/9 972/12 973/18
975/22 975/23 976/2 985/9 998/22
998/25 999/2 999/7 1001/3 1001/14
CHANNELS [5] 878/25 879/5 879/17
895/2 895/5
CHARACTERIZATION [2] 863/18 864/6
CHARACTERIZE [1] 931/9
CHARACTERIZED [1] 931/6
CHARGEABLE [1] 872/13
CHARGED [1] 868/9
CHART [13] 882/22 883/4 883/7 883/9
883/15 909/18 929/24 941/6 951/12
951/22 951/23 983/19 984/4
CHARTS [1] 939/9
CHEAPEST [1] 865/18
CHECK [1] 865/10
CHECKED [1] 866/5
CHILDREN [1] 1002/4
CHOOSE [2] 917/3 972/15
CHOSE [3] 934/7 934/10 1002/11
CHRONOLOGICALLY [1] 861/18
CIRCULAR [1] 870/4
CIRCUMSTANCE [1] 873/6
CITRUS [1] 908/7
CITY [4] 856/25 866/18 866/20 866/21
CIVIL [2] 857/10 864/24
CLEAR [5] 863/2 884/7 886/9 935/2
999/14
CLEARED [1] 977/21
CLEARER [1] 902/6
CLEARLY [6] 861/4 902/12 936/15
943/21 946/24 972/20
CLERK [1] 977/22
CLEVER [1] 929/4
CLOCK [2] 963/1 963/4
CLOCKS [1] 963/18
CLOSE [7] 896/14 901/13 901/16 902/17
904/19 937/11 978/17
COAST [4] 914/15 914/17 914/18 927/12
COAST GUARD [2] 914/17 914/18
COEFFICIENT [12] 890/19 890/25 891/1
891/19 891/22 931/12 933/5 933/7
934/24 935/23 936/1 952/11
COEFFICIENTS [4] 942/8 942/21 942/21

942/22
COINCIDENT [1] 936/7
COLLEAGUES [2] 883/23 981/5
COLLECTED [1] 926/18
COLLINS [11] 876/4 876/11 877/15
877/19 878/6 878/12 878/24 883/18
932/14 933/7 935/8
COLLOQUY [1] 863/13
COLOR [10] 891/15 891/17 896/24
899/19 936/19 936/21 937/1 938/10
944/19 965/20
COLORS [4] 936/15 936/16 952/6 966/1
COLUMN [16] 932/15 932/17 932/20
941/13 987/24 997/3 997/4 998/2 998/7
999/4 999/25 1000/1 1000/9 1000/19
1001/19 1002/1
COLUMNS [3] 941/11 950/1 997/2
COMBATING [1] 893/4
COME [10] 867/12 916/22 916/24
917/22 920/11 922/14 925/12 956/12
957/8 1003/20
COMES [1] 892/14
COMING [5] 866/12 872/22 904/9
937/24 995/9
COMMENT [5] 869/9 869/14 869/25
870/18 981/11
COMMENTS [3] 870/2 925/21 1003/23
COMMIT [1] 916/22
COMMITTED [1] 862/4
COMMONLY [1] 890/21
COMMUNICATION [1] 895/17
COMMUNITY [1] 878/19
COMPARATIVELY [1] 973/18
COMPARE [8] 930/6 941/17 964/18
965/22 972/15 972/16 990/22 997/7
COMPARED [6] 878/12 889/2 914/21
957/22 996/20 1001/10
COMPARING [10] 889/9 889/19 950/1
964/6 964/11 964/17 972/21 981/21
983/11 1000/21
COMPARISON [11] 887/15 887/20
891/2 891/3 930/19 950/2 951/20 970/25
996/20 998/17 1002/11
COMPARISONS [2] 960/21 974/1
COMPLETE [3] 861/5 919/18 951/15
COMPLETED [1] 860/21
COMPLETELY [7] 886/18 893/24 894/3
901/17 934/8 1000/21 1004/12
COMPLETING [1] 860/15
COMPLEX [1] 856/13
COMPLICATED [3] 931/19 972/14
973/17
COMPONENT [3] 860/8 862/23 934/13
COMPUTATION [1] 996/13
COMPUTED [2] 916/10 1000/10
COMPUTER [7] 857/25 878/20 888/8
890/15 890/18 932/10 933/3
CONCERNED [2] 867/2 985/25
CONCERNING [1] 971/14
CONCERNS [1] 860/20
CONCLUDE [1] 969/6
CONCLUSION [1] 966/3
CONCLUSIONS [7] 903/1 903/17 971/1
971/5 971/10 971/11 976/17
CONDITION [11] 859/22 865/2 881/21
881/22 939/12 957/20 964/8 966/11
966/14 985/17 1001/3
CONDITIONS [8] 865/1 865/4 881/17
883/24 884/4 888/18 929/23 932/10
CONDUIT [2] 866/10 967/5
CONFERENCE [4] 916/8 918/7 932/1
1004/15
CONFIDENCE [3] 986/6 987/22 991/17

CONFIDENT [1] 941/22
CONFIGURATION [3] 879/18 879/1
880/12
CONFIRM [1] 996/21
CONFIRMED [1] 963/8
CONFUSED [2] 883/7 989/24
CONFUSING [1] 979/1
CONOR [1] 857/12
CONSENT [1] 1004/7
CONSERVATIVE [4] 934/8 935/19
942/10 943/1
CONSIDERABLE [1] 895/15
CONSIDERATION [3] 861/6 862/1 862/5
CONSIDERED [2] 878/5 883/16
CONSISTENT [3] 872/11 905/20 946/4
CONSTANT [3] 926/6 952/25 994/7
CONSTANTLY [1] 994/14
CONSTRUCT [1] 875/9
CONSTRUCT THESE [1] 875/9
CONSTRUCTING [1] 875/9
CONSULT [1] 913/19
CONTEMPLATED [3] 861/13 875/6
879/2
CONTEXT [6] 867/20 871/14 897/10
910/17 921/9 940/14
CONTINUED [2] 856/1 857/1
CONTINUING [3] 877/22 877/23 990/15
CONTINUOUSLY [1] 927/13
CONTOURS [1] 882/12
CONTRIBUTE [1] 915/15
CONTRIBUTED [1] 954/17
CONTROL [1] 867/5
CONTROVERSIAL [1] 916/12
CONUNDRUM [1] 870/5
CONVERSATION [1] 925/12
CONVEYANCE [3] 866/15 866/19
880/12
COOPERATION [1] 973/12
COPY [1] 996/14
CORNER [4] 889/17 890/2 894/12 895/7
CORPS [10] 862/22 868/1 868/5 868/8
868/16 872/20 872/25 926/24 946/7
955/24
CORPS' [2] 868/3 868/24
CORRECT [102] 859/9 861/16 861/18
869/20 880/24 884/9 885/5 885/16
888/10 889/4 889/21 889/22 892/3
897/24 899/15 907/25 911/22 913/12
921/21 923/11 923/12 924/18 924/19
930/8 930/9 930/21 931/17 933/14
933/15 940/25 949/2 954/25 955/23
955/24 956/22 957/1 957/16 960/10
964/9 965/16 966/11 966/16 966/20
970/8 970/22 971/20 975/13 975/14
975/24 975/25 976/9 977/6 979/5 979/7
979/10 980/11 980/15 980/25 981/2
981/3 981/6 981/9 981/13 981/19 981/24
983/15 983/16 983/20 983/23 984/2
984/8 984/25 985/6 985/15 986/2 986/19
988/8 990/13 990/17 991/3 991/20 992/4
992/7 992/16 992/23 993/9 993/15
993/19 993/25 994/20 995/12 996/11
999/13 999/19 1001/1 1001/3 1001/6
1001/17 1001/25 1002/7 1002/16 1005/5
CORRECTING [1] 878/20
CORRECTLY [1] 1000/11
CORRELATION [1] 862/10
CORRESPONDS [1] 936/19
CORROBORATION [1] 961/17
COULD [37] 863/15 866/1 866/4 870/24
870/24 871/22 877/7 877/13 881/25
891/8 898/2 910/6 922/10 926/5 926/10
935/19 937/22 941/2 942/10 949/22

## C

COULD... [17] 953/13 955/19 957/5 958/2 958/13 963/7 965/6 967/24 972/25 973/2 973/5 975/1 982/1 982/20 986/10 996/5 1001/2
COULDN'T [1] 1004/6
COUNSEL [7] 864/15 869/7 910/14 959/19 961/15 971/21 989/4
COUPLE [3] 883/19 883/19 923/9
COURSE [7] 861/17 875/20 888/5 908/4 961/11 962/25 999/14
COURT [36] 855/1 857/20 859/4 868/23 870/8 872/5 882/25 916/5 920/20 922/20 922/21 922/23 925/11 925/16 925/22 931/8 932/2 952/16 955/6 957/24 958/13 959/24 961/6 966/21 971/9 973/2 973/25 990/6 997/2 1004/6 1004/8 1004/10 1004/19 1005/2 1005/3 1005/11
COURT'S [6] 862/20 870/25 925/20 1003/23 1003/24 1004/12
COURTROOM [2] 891/7 903/17
COVER [3] 898/19 898/21 907/2
COVERED [1] 955/6
COVERING [1] 915/3
COVERS [1] 900/23
COWS [2] 917/22 922/14
CRAZY [1] 859/7
CREATED [1] 860/20
CREST [5] 886/22 886/24 907/16 911/16 915/19
CRITICISMS [1] 993/23
CRITICIZED [1] 941/24
CRITICIZES [1] 876/17
CROSS [9] 918/16 920/14 956/2 956/3 960/1 960/2 960/7 971/6 972/2
CROSS-EXAMINATION [4] 956/3 960/1 960/2 972/2
CROSS-EXAMINE [2] 918/16 920/14
CROSS-SECTION [1] 971/6
CUBIC [5] 908/13 909/17 914/2 924/24 924/25
CURIOUS [1] 927/9
CURIOUSLY [1] 972/22
CURRENTS [1] 897/3
CUT [1] 865/23
CUTTER [3] 914/15 914/18 914/18
CV [1] 855/5
CYPRESS [2] 932/19 933/16

## D

DAILY [1] 865/2
DALLAS [1] 856/4
DAMAGE [5] 866/13 871/22 872/1 930/24 931/2
DAMAGING [1] 868/17
DANGEROUS [1] 897/13
DANIEL [1] 857/10
DARE [2] 956/12 962/9
DARK [7] 891/21 893/20 896/24 936/15 936/16 936/21 974/7
DARKER [2] 891/6 891/17
DARKEST [2] 893/19 965/20
DASH [2] 944/14 946/11
DASH-DOTTED [1] 944/14
DASHED [9] 944/12 944/15 944/16 944/17 945/7 946/12 946/19 947/12 947/13
DASHED-DOTTED [1] 947/12
DASHES [2] 944/18 944/22
DATA [18] 873/21 874/16 881/23 882/14 888/24 889/1 926/16 926/17 926/18 926/24 927/2 927/10 957/4 957/22 963/1 963/4 984/12 997/6
PATTERN [2] 963/13 963/18
967/17 975/2 975/3
DAY [14] 885/2 885/7 890/3 891/7 892/3 917/23 930/14 933/21 933/22 935/11 942/16 977/22 980/1 989/2
DAYS [2] 865/5 878/21
DC [1] 857/18
DEBATE [2] 868/8 868/15
DECIDE [7] 863/22 864/6 864/16 910/10 911/17 921/23 934/6
DECIDED [5] 868/7 868/16 872/1 888/19 942/3
DECIDES [2] 860/16 880/5
DECIPHER [1] 926/21
DECISION [4] 862/22 871/16 872/16 873/2
DECLARATION [4] 981/4 981/8 981/11 981/21
DECLINE [1] 898/24
DEEP [21] 882/12 891/21 909/19 935/5 936/17 937/5 941/12 941/13 945/12 945/12 945/13 949/25 950/10 971/1 985/7 985/8 985/8 985/10 985/11 985/14 1002/3
DEEPER [5] 866/9 946/2 946/8 987/2 988/21
DEEPWATER [1] 987/7
DEFALCATIONS [1] 873/20
DEFECTIVE [1] 859/22
DEFEND [1] 865/6
DEFENDANT [4] 857/9 873/20 941/24 958/6
DEFENDANT'S [2] 981/9 981/13
DEFENSE [3] 864/15 868/2 956/2
DEFINE [1] 882/25
DEGREE [1] 986/19
DELAY [2] 897/18 904/25
DELETERIOUS [1] 928/2
DELFT [1] 981/5
DELUGED [1] 922/21
DEMARCATED [1] 891/8
DEMONSTRATE [1] 887/23
DENHAM [1] 856/17
DENOUEMENT [1] 995/9
DENSE [6] 891/5 891/6 933/24 934/4 934/5 938/12
DENSER [1] 891/17
DEPARTMENT [1] 857/9
DEPENDING [5] 888/9 950/10 969/5 970/16 999/20
DEPENDS [1] 995/19
DEPICT [3] 891/13 898/1 907/19
DEPICTED [3] 898/3 899/16 936/6
DEPICTING [2] 874/21 940/11
DEPOSITION [6] 869/11 917/25 918/4 918/13 956/8 993/22
DEPOSITIONS [1] 871/2
DEPTH [17] 910/7 911/11 911/12 937/12 944/24 945/2 980/14 986/5 988/11 988/12 988/14 988/15 988/25 994/5 995/25 996/4 996/5
DEPTH-LIMITED [1] 994/5
DEPTHS [2] 911/18 952/10
DESCRIBE [3] 883/5 939/23 976/22
DESCRIBES [4] 890/20 909/5 919/5 928/9
DESIGN [25] 860/15 860/21 861/5 861/13 861/15 861/16 861/20 862/4 862/23 863/3 863/22 863/25 864/16 867/1 868/21 873/13 873/14 873/14 928/6 928/8 941/12 954/21 985/11 985/17 987/6
DESIGNATED [1] 910/5
DESIGNED [1] 860/25 862/1
864/21 867/3 872/7 954/14 964/13
964/15 964/20 966/10 974/3 975/17
999/18 1000/6 1001/11
DESIGNER [4] 954/10 954/14 985/22
987/12
DESIGNERS [3] 864/2 955/14 988/11
DESIGNING [1] 862/16
DESIGNS [1] 861/6
DESIRE [1] 1004/12
DESPITE [3] 863/13 935/11 991/17
DESTROYED [1] 872/21
DESTROYS [1] 872/9
DETAIL [4] 873/19 940/23 970/19 971/8
DETERMINATIVE [1] 859/23
DETERMINE [6] 870/12 870/13 872/6 888/16 911/10 986/20
DEVELOPED [1] 974/19
DEVELOPMENT [1] 983/18
DIAGRAM [2] 918/22 965/15
DIAMETER [1] 932/20
DID [45] 861/6 863/20 863/21 869/1 876/6 878/17 878/21 878/23 879/4 881/5 881/21 881/22 883/8 887/14 888/15 888/23 897/24 898/11 912/11 912/15 921/24 922/7 922/8 925/10 926/24 931/11 931/12 932/9 934/6 935/16 938/15 938/16 946/6 955/8 961/9 962/25 963/21 970/25 971/22 972/6 972/7 982/2 990/2 996/17 1002/23
DIDN'T [23] 862/1 862/5 869/13 869/19 869/23 873/10 873/14 879/13 898/1 898/6 901/3 920/11 925/21 927/5 932/5 935/16 942/6 967/2 969/24 973/21 985/14 986/13 1003/2
DIFFER [2] 968/25 972/14
DIFFERENCE [46] 878/20 879/8 891/4 892/25 896/3 901/15 902/1 902/2 902/18 902/21 903/3 903/5 903/15 903/24 904/21 904/24 905/10 913/24 931/12 949/7 949/18 952/23 953/7 953/13 965/24 966/15 966/24 970/14 970/24 974/8 974/9 974/10 978/12 978/15 980/13 981/23 982/12 982/13 983/3 988/24 998/23 999/10 1000/6 1000/16 1001/9 1002/12
DIFFERENCES [18] 954/18 962/16 964/5 966/5 966/6 968/13 969/2 971/12 981/12 981/15 981/16 981/17 983/5 983/6 1000/5 1002/16 1002/19 1002/23
DIFFERENT [22] 874/20 880/18 887/14 907/4 915/7 923/25 924/5 931/14 933/11 942/15 962/7 964/19 965/21 975/21 980/4 988/2 988/4 990/4 990/20 996/11 998/4 1000/1
DIFFERENTIAL [2] 938/21 948/8
DIFFICULT [2] 969/2 988/20
DIGITAL [1] 963/18
DIKE [8] 879/9 886/6 907/16 909/8 911/16 985/11 988/19 1003/8
DIMENSIONS [3] 964/20 971/15 975/21
DIMINISH [1] 887/14
DIRECT [11] 859/18 926/10 959/22 962/19 964/6 967/14 968/7 971/22 973/5 974/20 983/11
DIRECTION [6] 893/22 896/23 940/11 967/25 983/14 988/10
DISAGREE [2] 863/17 982/5
DISCERN [2] 899/17 901/21
DISCHARGE [4] 896/7 907/18 909/8 915/6
DISCOVERED [3] 931/18 955/19 955/21

**D**

DISCRETE [2] 869/4 898/7
DISCUSSED [10] 885/2 889/1 912/9
933/19 939/11 955/22 957/17 970/11
996/9 998/11
DISCUSSING [5] 957/14 969/4 982/15
982/18 999/2
DISCUSSION [7] 871/24 942/4 948/15
952/12 985/12 988/13 997/17
DISPUTE [1] 913/2
DISPUTED [1] 872/22
DISTANCE [2] 881/17 985/18
DISTINCTION [1] 860/2
DISTINGUISH [1] 881/9
DISTRICT [5] 855/1 855/2 855/11
1005/3 1005/3
DIVERGENCE [2] 945/3 946/21
DIVISION [2] 857/10 987/18
DO [83] 861/23 864/21 864/21 865/12
866/16 870/24 871/10 871/15 872/7
872/7 875/15 875/16 877/4 877/4 877/11
880/20 880/25 881/9 884/23 888/23
895/18 896/20 901/8 903/12 904/7 904/7
910/6 911/9 911/13 911/24 913/24
916/18 916/18 916/19 916/21 917/1
917/7 917/16 917/19 917/24 918/12
919/12 919/22 919/25 920/15 920/16
927/24 929/1 929/14 929/20 929/22
930/17 930/19 931/17 931/20 932/9
932/13 936/8 937/11 938/8 938/16
941/10 943/7 944/3 945/20 946/11
950/18 951/12 956/15 961/21 963/10
967/7 968/9 973/6 974/16 975/2 977/2
984/13 986/6 990/19 993/5 1003/11
1005/4
DOCKET [1] 855/5
DOCTOR [1] 1003/14
DOCUMENT [10] 869/23 871/3 871/9
926/10 955/5 955/8 996/14 996/15
996/16 1000/7
DOCUMENTS [10] 867/19 868/13
868/14 869/8 870/1 870/1 870/21 871/1
871/3 960/2
DOES [29] 859/11 862/13 862/17 863/15
867/9 870/13 873/16 873/25 877/10
877/16 881/8 883/4 887/23 887/25
890/17 891/15 897/10 906/15 906/16
915/15 937/23 945/17 948/18 953/25
954/5 955/16 962/21 965/23 984/4
DOESN'T [20] 862/6 865/20 870/4
872/10 875/1 878/1 881/18 890/19
918/19 919/14 931/24 933/1 938/14
945/23 947/17 971/13 972/3 982/22
989/16 994/14
DOING [6] 882/22 888/8 888/16 918/6
920/3 929/21
DOMENGEAUX [1] 856/5
DON'T [68] 859/8 861/11 865/12 866/13
871/7 873/13 873/20 873/21 874/15
875/14 875/22 876/21 878/11 885/9
885/22 897/21 898/11 905/6 906/15
911/21 911/25 912/4 912/4 912/18
916/17 917/13 917/16 918/13 919/6
920/5 920/6 921/8 921/8 921/15 921/24
922/9 922/18 922/22 928/8 940/6 940/20
949/13 951/14 951/22 953/16 956/10
958/14 959/3 960/24 961/2 962/9 967/9
967/10 967/13 971/7 974/15 976/10
976/23 980/6 982/5 984/12 986/20 994/5
994/21 1002/19 1003/1 1003/1 1003/9
DONE [20] 861/16 864/18 874/18 874/19
876/2 876/4 877/7 877/13 877/16 878/23
887/13 890/23 909/16 927/17 929/18
929/20 938/21 983/8 983/14 990/5
DOOR [4] 869/6 896/13 896/14 929/16
DOT [1] 924/11
DOTS [3] 944/20 944/21 945/10
DOTTED [7] 888/12 944/1 944/10
944/13 944/14 947/9 947/12
DOUBLE [1] 953/16
DOWN [20] 899/13 904/10 909/10
910/12 915/14 915/16 919/2 922/5 922/5
923/23 937/1 945/6 946/14 946/22
955/11 979/2 983/25 992/6 998/2
1003/20
DOYLE [4] 857/20 1005/2 1005/10
1005/10
DR [1] 905/20
DR. [11] 882/17 885/7 888/22 890/3
891/7 891/13 905/22 910/10 910/25
935/11 942/16
DR. BEA [2] 910/10 910/25
DR. DAY [4] 885/7 890/3 891/7 935/11
DR. KEMP [2] 891/13 942/16
DR. MORRIS [1] 882/17
DR. WESTERINK [2] 888/22 905/22
DRAFT [1] 937/18
DRAMATIC [2] 904/16 992/18
DRAMATICALLY [2] 992/4 992/10
DRAW [5] 902/25 971/1 971/5 971/9
971/11
DRAWING [1] 976/17
DRAWN [7] 888/6 943/25 944/5 944/7
944/14 947/13 952/24
DREAM [1] 964/25
DREDGE [1] 865/17
DREDGED [1] 938/23
DREDGING [2] 866/18 866/22
DREW [1] 903/1
DROP [2] 864/23 947/9
DROPPING [1] 947/13
DROPS [2] 946/12 946/21
DUDENHEFER [2] 856/9 856/9
DUE [9] 880/11 883/13 918/18 920/10
937/25 938/12 947/9 994/1 994/10
DUG [1] 938/22
DULY [1] 859/16
DUMAS [2] 856/12 856/12
DUNCAN [2] 882/18 930/14
DUPRE [8] 898/12 898/13 908/5 908/6
924/8 924/23 978/2 979/4
DURATION [21] 892/18 892/21 892/24
893/3 893/5 897/18 898/21 902/3 902/23
903/25 904/1 907/25 908/18 908/20
909/14 915/7 938/4 975/17 978/4 982/21
982/22
DURING [21] 865/5 882/23 889/3 892/10
907/25 909/5 912/5 913/10 913/11
926/16 926/17 926/21 926/25 928/23
929/14 941/16 943/2 943/2 964/24
971/21 990/16
DUTCH [2] 951/17 978/22
DUVAL [5] 855/11 876/3 881/8 892/17
926/23
DX [1] 960/13
DYNAMIC [1] 928/13

**E**

EACH [14] 874/20 883/22 899/16 899/19
909/19 910/1 911/12 932/25 979/20
979/21 984/4 990/23 995/18 997/20
EARLIER [4] 889/2 996/9 1002/14
1003/10
EARLY [1] 898/22
EASIER [3] 871/5 899/21 901/21
EASILY [2] 892/23 951/16
EAST [6] 890/23 890/25 914/4 914/13
910/5 912/10 912/12 912/20 923/2 923/4
923/6 962/4 962/14
EASTERN [2] 855/2 1005/3
EASY [2] 899/19 993/5
EBBS [1] 926/1
EBIA [1] 921/19
ECOLOGY [1] 933/18
EDGE [1] 987/23
EDWARDS,LLC [1] 856/5
EFFECT [14] 862/3 862/10 862/13
862/15 863/6 863/9 878/25 879/5 879/9
901/18 928/2 972/8 995/1 998/15
EFFECTIVENESS [2] 892/22 893/4
EFFECTS [2] 866/23 897/12
EFFICIENCY [1] 1003/24
EFFICIENT [3] 922/8 922/13 922/15
EFFORT [2] 929/8 942/7
EHRLICH [1] 857/11
EIGHT [4] 914/23 915/9 915/10 984/22
EIGHT-TENTHS [1] 984/22
EITHER [2] 951/10 970/17
EL [1] 857/11
EL-AMIN [1] 857/11
ELEMENT [2] 940/8 951/19
ELEVATION [16] 883/2 934/14 939/5
939/16 965/24 967/3 969/16 971/19
974/11 974/21 975/16 978/4 980/21
980/22 995/14 998/8
ELEVATIONS [9] 965/15 965/16 966/16
967/7 974/2 976/13 977/9 997/7 1000/10
ELEVATIONS WERE [1] 976/13
ELICIT [1] 862/15
ELICITED [1] 867/8
ELISA [1] 857/3
ELMO [1] 964/1
ELSE [6] 860/15 869/11 921/7 956/12
961/20 994/25
ELWOOD [2] 856/22 856/23
EMPLOYEE [1] 955/25
EMPTYING [1] 894/14
END [13] 865/13 866/17 866/18 869/12
888/2 925/19 935/25 943/12 947/15
947/16 970/17 979/4 986/4
ENDS [2] 888/4 938/1
ENERGY [3] 932/25 937/2 937/25
ENGAGED [1] 863/24
ENGINEER [3] 928/10 987/2 994/20
ENGINEERING [6] 862/22 864/18
864/25 873/1 907/18 927/25
ENGINEERS [7] 868/1 872/25 890/21
926/25 929/2 946/7 955/25
ENGLISH [1] 978/24
ENJOYED [1] 956/8
ENLARGE [1] 968/10
ENORMOUS [2] 895/11 934/10
ENOUGH [5] 920/13 972/22 978/7
982/25 986/21
ENTERED [1] 911/3
ENTIRE [5] 860/7 898/2 898/21 976/10
976/11
ENTITLED [4] 874/6 881/1 950/5 1005/7
ENTITY [1] 872/1
ENVIRONMENT [1] 927/18
ERODING [1] 865/6
EROSION [6] 865/12 874/19 875/21
886/3 895/15 954/12
ERROR [1] 969/7
ESBS [1] 885/23
ESCAPE [1] 967/5
ESPECIALLY [2] 926/19 942/5
ESQ [31] 855/15 855/18 855/19 855/22

**E**

ESQ... [27] 855/22 856/3 856/6 856/9 856/12 856/16 856/19 856/20 856/23 857/3 857/3 857/6 857/6 857/10 857/11 857/11 857/12 857/12 857/13 857/13 857/14 857/14 857/15 857/15 857/16 857/16 857/17
ESSENCE [1] 918/8
ESSENTIALLY [1] 939/10 970/20 971/13
ESTABLISH [2] 870/21 883/8
ESTABLISHED [3] 861/3 876/3 933/11
ESTABLISHES [1] 876/16
ET [2] 855/5 855/7
ETC [1] 1003/24
EVALUATE [11] 877/6 879/23 880/1 880/4 880/6 881/21 881/22 912/11 912/15 929/11 964/12
EVALUATED [5] 880/14 880/17 912/12 927/25 929/16
EVALUATING [1] 878/18
EVALUATION [3] 872/4 876/4 927/1
EVALUATIONS [3] 864/18 876/2 879/11
EVEN [24] 861/9 864/9 864/22 866/16 884/17 890/12 899/16 900/5 902/15 927/19 928/20 940/20 942/25 954/3 956/11 966/7 966/9 966/13 970/16 972/22 973/14 976/23 980/25 1004/7
EVENING [1] 1004/19
EVENT [1] 868/2
EVER [1] 927/17
EVERY [6] 875/5 875/6 877/11 922/20 936/14 997/12
EVERYBODY [3] 915/23 922/20 1003/23
EVERYBODY'S [1] 920/11
EVERYTHING [4] 892/24 898/4 936/1 975/7
EVERYWHERE [4] 897/3 898/1 898/5 965/2
EVIDENCE [13] 863/20 868/11 870/15 870/16 871/3 878/4 910/20 914/18 919/16 920/12 925/19 961/16 971/13
EXACTLY [12] 875/17 878/22 887/2 890/2 891/13 917/6 933/10 936/4 940/18 988/9 988/12 1000/3
EXAM [2] 994/20 995/4
EXAMINATION [8] 859/18 918/12 956/3 960/1 960/2 964/6 972/2 983/11
EXAMINE [4] 873/14 906/3 918/16 920/14
EXAMINED [1] 993/21
EXAMPLE [7] 900/8 934/13 936/21 960/16 961/6 994/14 996/3
EXAMPLES [1] 970/14
EXCEEDING [1] 907/16
EXCEPT [4] 886/1 912/7 921/2 934/2
EXCERPT [1] 888/19
EXCUSE [3] 950/21 963/15 989/4
EXHIBIT [10] 859/7 874/2 883/5 889/6 893/14 939/20 942/13 942/19 960/9 965/11
EXHIBIT 103 [1] 874/2
EXHIBIT 106 [1] 859/7
EXHIBIT 53 [1] 960/9
EXHIBITS [1] 967/22
EXISTED [5] 929/15 932/9 938/19 938/22 964/17
EXISTENCE [10] 859/22 860/8 879/9 880/11 886/3 887/9 890/1 902/15 946/24 985/21
EXISTENT [2] 884/5 897/3
EXISTING [8] 862/12 867/5 867/9 883/24 884/1 884/2 889/15 889/25

EXISTS [1] 926/18
EXPANDING [1] 898/23
EXPANDS [1] 869/14
EXPECTED [5] 881/16 881/16 896/23 954/11 954/19
EXPENDITURE [2] 868/18 868/18
EXPENSIVE [1] 920/18
EXPERIENCE [2] 976/18 988/11
EXPERIENCED [1] 988/15
EXPERT [10] 873/13 875/5 915/12 918/24 918/24 919/12 927/24 928/5 981/9 1003/4
EXPERT'S [1] 872/15
EXPERTISE [3] 874/25 875/2 878/7
EXPERTS [9] 877/1 881/24 882/16 927/6 931/2 931/5 941/24 942/3 981/13 978/17 980/24 981/3 981/17 981/21 983/2 984/7 998/19 999/6
EXPLAIN [20] 867/12 867/17 881/8 883/22 890/14 892/17 907/12 919/13 919/14 936/6 937/22 943/6 952/22 966/21 967/22 972/25 977/6 979/9 986/23 997/2
EXPLAINED [4] 936/12 975/19 986/9 988/24
EXPLAINING [2] 891/14 986/18
EXPLAINS [2] 919/13 937/19
EXPLANATION [2] 947/2 976/13
EXTENT [2] 879/16 972/20
EXTRAPOLATION [1] 961/2
EXTREME [5] 866/8 893/20 913/24 913/24 970/14
EXTREMELY [1] 923/20
EYEWITNESS [7] 957/12 960/21 961/8 961/16 962/5 963/10 963/17
EYEWITNESSES [5] 957/23 957/24 960/16 961/22 962/13

**F**

FACT [24] 861/7 862/2 870/19 887/13 887/14 894/13 897/9 903/16 915/5 927/16 940/19 947/9 966/3 966/4 967/2 978/17 980/24 981/3 981/17 981/21 983/2 984/7 998/19 999/6
FACTOR [2] 859/23 926/1
FACTORY [1] 865/19
FACTS [12] 861/1 861/24 862/21 863/19 864/5 869/7 869/20 870/4 870/12 870/14 871/1 871/16
FACTUAL [1] 864/11
FAIL [5] 906/16 910/20 911/21 911/25 912/20
FAILED [2] 912/6 912/21
FAILING [2] 912/1 912/16
FAILURE [2] 864/5 928/13
FAILURES [1] 860/4
FAIR [5] 871/20 925/22 925/24 972/7 972/10
FAIRNESS [2] 910/10 925/21
FALL [6] 875/1 914/13 974/20 975/16 978/4 992/3
FALLEN [2] 910/12 992/3
FALLING [1] 995/23
FALLS [3] 874/25 892/9 909/10
FALSE [1] 870/18
FAMILIAR [1] 870/25
FAMOUS [2] 877/1 956/11
FAR [14] 866/17 881/17 881/17 886/17 894/6 896/6 903/5 915/5 924/5 954/11 954/11 965/1 972/20 996/9
FAST [3] 895/8 907/22 912/14
FASTER [2] 895/8 924/16
FAVOR [1] 922/12
FAYARD [2] 856/16 856/16
FCRR [3] 857/20 1005/2 1005/10

FEAR [1] 954/12
FED [2] 894/19 933/1
FEEL [2] 921/25 922/1
FEELING [1] 994/23
FEET [66] 860/18 900/5 900/6 900/8 901/1 901/4 901/5 901/6 901/10 902/15 903/14 903/15 903/22 905/3 905/18 906/8 908/13 909/17 914/3 924/13 924/13 924/24 924/25 932/11 937/7 937/8 937/11 937/17 937/18 938/3 938/3 946/3 947/15 948/8 951/3 955/2 966/7 974/7 983/23 984/20 984/20 984/21 991/5 991/19 991/22 991/25 992/4 992/7 992/11 992/19 992/22 992/22 993/1 993/2 993/8 993/9 993/14 993/14 993/14 993/18 993/19 1000/17 1000/18 1001/6 1001/20 1001/21
FELT [2] 956/24
FETCH [1] 946/10
FEW [4] 957/9 962/10 972/16 998/11
FICTITIOUS [1] 946/10
FIELD [4] 881/15 892/11 927/24 936/13
FIELDS [1] 894/25
FIGURE [4] 923/15 974/24 975/15 978/18
FIGURES [2] 919/14 973/5
FILE [1] 917/22
FILED [1] 996/14
FILING [1] 1004/16
FILL [4] 860/7 894/17 897/16 898/2
FILLED [1] 893/24
FINAL [2] 874/11 881/4
FINALLY [4] 895/9 932/24 946/16 993/17
FIND [13] 870/17 910/6 927/2 927/4 927/5 958/2 958/3 958/13 961/16 962/5 962/10 963/7 967/2
FINDING [2] 859/6 893/12
FINDINGS [1] 939/15
FINE [5] 875/15 875/17 878/23 928/25 939/3
FINEL [10] 879/22 880/16 881/1 881/9 881/12 881/21 883/8 888/7 892/12 939/11
FINELS [1] 927/8
FINGER [1] 922/19
FINGER-POINTING [1] 922/19
FINGERS [1] 922/19
FINISH [3] 921/12 986/14 986/15
FINISHED [2] 860/22 986/13
FIRM [4] 855/21 856/9 856/12 857/2
FIRMLY [1] 862/21
FIRST [42] 866/13 869/21 876/15 877/2 880/20 880/22 881/8 881/20 882/24 883/23 883/24 899/2 899/3 899/12 899/24 908/9 927/16 928/15 931/10 931/19 932/14 934/16 935/2 936/5 941/3 943/9 943/19 943/23 955/25 957/15 959/15 960/15 962/7 965/7 971/21 984/21 997/15 997/20 1000/9 1000/19 1000/19 1000/23
FIT [1] 971/7
FITS [3] 962/11 962/16 971/4
FITTING [1] 957/23
FITZGERALD [2] 882/18 930/14
FIVE [3] 893/8 893/9 908/17 929/20 940/10
FIX [1] 872/3
FIXES [1] 872/12
FLAT [3] 886/15 913/7 924/9
FLOOD [8] 867/5 874/8 911/17 913/22 913/22 959/9 971/6 973/15

**F**

FLOODED [2] 892/25 896/15
FLOODING [12] 859/23 860/3 860/5
866/11 873/12 878/18 880/13 881/14
909/23 911/2 911/15 911/24
FLOODS [2] 972/12 973/19
FLOODWAYS [1] 903/8
FLORIDA [1] 856/17
FLOW [17] 860/7 873/12 881/3 890/13
895/11 896/4 896/16 896/16 896/21 909/8
912/13 914/3 954/8 967/4 975/4 975/5
975/12
FLOWING [6] 860/10 880/13 894/11
896/23 907/17 956/19
FLOWS [5] 894/24 895/25 908/22 926/2
957/21
FLUSHING [1] 893/25
FOCUS [2] 979/23 991/15
FOCUSED [2] 939/2 939/5
FOCUSED ON [1] 939/2
FOLLOW [9] 875/25 911/8 934/8 946/11
952/20 955/25 959/19 973/3 975/6
FOLLOW-UP [1] 955/25
FOLLOWING [1] 945/18
FOLLOWS [1] 859/17
FOOT [65] 894/8 901/25 902/1 902/2
902/13 902/18 902/20 902/21 903/3
903/4 904/21 904/24 905/10 905/12
905/12 906/17 906/19 906/20 907/5
908/14 936/22 937/16 937/24 938/8
941/15 941/20 943/5 945/21 945/21
947/25 948/3 948/7 948/7 948/7 954/14
954/16 955/15 955/15 966/7 966/8
966/22 966/24 968/15 969/4 970/15
974/8 974/10 979/22 980/14 980/14
981/23 983/3 984/23 988/19 990/25
991/1 991/5 991/24 992/14 992/19 993/7
993/9 993/17 1000/17 1001/5
FOOT-AND-A-HALF [1] 992/19
FORCE [2] 937/6 938/5
FORCES [1] 865/11
FOREGOING [1] 1005/4
FORESHORE [15] 868/7 868/16 868/21
868/24 868/25 871/24 873/5 873/6
873/17 873/23 874/23 875/8 875/11
875/13 875/19
FOREST [1] 891/18
FORESTS [1] 891/9
FOREVER [1] 878/3
FORGIVE [4] 861/11 891/23 895/22
905/22
FORGOT [3] 896/14 916/8 916/10
FORM [3] 861/7 973/13 984/5
FORMER [1] 955/24
FORMING [1] 869/11
FORMULA [5] 907/18 932/14 987/19
987/20 987/21
FORTH [3] 898/11 957/13 983/18
FORWARD [1] 990/23
FOUND [4] 890/2 903/21 927/3 981/17
FOUNDATION [1] 870/22
FOUR [5] 908/22 914/23 915/8 915/9
980/20
FRACTION [1] 909/8
FRAME [1] 871/6
FRANK [1] 856/9
FRANKLIN [1] 857/17
FRANKLY [3] 892/14 899/12 922/22
FRENCHMEN [1] 995/9
FREQUENCIES [1] 951/20
FREQUENCY [5] 949/19 951/12 951/15
951/19 951/25

FRICTION [21] 890/20 890/22 890/25
891/3 891/23 892/18 893/15 932/1 933/1
933/2 933/5 933/8 935/24 936/2 938/1
952/11 953/10 975/21 980/23 993/25
996/11 999/15
FRONT [8] 861/7 864/16 872/9 877/7
880/5 881/3 929/15 990/4
FRUSTRATION [1] 926/1
FULL [1] 968/8
FUN [1] 980/3
FUNCTION [1] 907/20
FUNNEL [5] 874/22 878/24 879/4 879/9
887/11
FURTHER [5] 862/19 871/21 890/12
979/16 979/18
FUTURE [2] 983/9 1002/1

**G**

GAINED [1] 970/20
GAP [3] 903/12 905/17 979/17
GAUGES [1] 927/12
GAVE [5] 866/2 882/18 911/2 942/2
958/13
GENERAL [10] 864/22 874/14 874/24
878/8 880/8 892/10 912/18 929/2 962/15
982/15
GENERALLY [5] 953/15 969/1 985/17
999/18 1003/7
GENERATE [2] 865/9 866/10
GENERATED [4] 865/5 926/24 943/2
943/3
GENERATES [1] 940/25
GENTLY [1] 938/15
GEOGRAPHY [1] 930/17
GEOMETRY [2] 976/10 976/11
GET [29] 862/9 867/17 869/6 880/23
885/4 888/25 889/1 904/16 910/17 914/2
914/5 918/21 919/15 920/18 927/5
929/24 937/12 938/7 939/17 940/23
944/3 947/14 950/13 951/16 965/8
977/21 987/2 1003/22 1004/12
GETS [4] 872/10 905/23 922/20 979/1
GETTING [4] 863/10 917/15 922/22
943/14
GIANT [1] 905/17
GIGANTIC [1] 914/19
GILBERT [2] 857/2 857/3
GIVE [13] 859/20 867/20 869/9 870/1
871/14 871/17 898/6 925/21 928/23
933/2 946/10 949/24 1004/1
GIVEN [7] 911/12 911/15 911/16 930/13
945/11 947/2 960/11
GIVES [11] 879/8 891/16 892/2 908/2
908/3 909/7 932/15 932/17 932/25
972/12 973/18
GIVING [2] 952/24 973/13
GIWW [5] 884/8 898/14 898/14 898/15
908/11
GLAD [1] 916/2
GLOBALLY [1] 971/2
GO [50] 864/8 870/6 876/18 879/22
890/6 893/22 894/4 895/25 897/3 901/20
906/16 908/18 909/21 910/4 910/20
913/20 916/9 916/11 917/21 922/23
926/2 932/4 932/8 933/9 935/25 938/6
940/5 941/17 942/19 942/23 944/19
946/8 950/7 951/23 952/6 954/20 962/20
963/15 965/6 967/22 970/17 977/24
981/3 986/17 987/18 989/1 989/18 992/6
996/5 998/2
GOES [14] 892/15 895/9 899/13 899/13
907/22 926/6 945/6 946/14 946/14
946/22 954/5 954/8 976/2 986/3

GOING [60] 860/14 860/17 860/23 861/7
862/3 864/6 864/16 864/16 864/15 867/9 867/23
868/23 871/15 872/14 876/18 877/18
878/2 880/4 889/17 902/8 905/9 910/13
913/10 913/11 913/15 914/3 914/9 917/6
917/16 920/12 920/14 922/9 922/14
922/19 924/16 925/19 925/25 928/11
928/20 928/22 931/22 937/1 938/15
943/7 947/1 954/18 955/4 960/7 965/8
968/1 971/1 971/24 972/10 976/24
984/15 988/10 990/20 991/15 994/24
1003/11 1004/17
GONE [4] 871/1 889/24 905/16 911/25
GOOD [15] 915/20 925/9 947/2 956/5
956/6 956/9 956/10 956/14 957/19 978/7
986/21 988/21 989/12 991/11 1003/17
GOT [21] 874/12 881/24 882/4 882/16
883/11 883/19 888/18 891/12 899/25
903/14 906/2 912/14 914/14 915/5
936/22 943/15 961/19 977/16 981/23
984/12 1004/16
GOTCHA [1] 937/19
GOVERNMENT [7] 856/13 860/16 867/3
915/12 921/17 921/23 928/23
GOVERNMENT'S [3] 867/4 917/15
921/20
GRANTED [1] 921/20
GRAPH [19] 908/2 908/3 908/21 915/7
915/10 915/10 920/20 920/25 921/2
943/6 943/11 947/19 965/20 972/18
972/19 973/7 973/16 973/19 978/12
GRAPHIC [1] 982/1
GRAPHS [3] 929/19 943/9 974/5
GRASS [1] 872/9
GRAY [18] 901/22 902/4 902/13 904/11
904/11 904/13 904/13 906/6 906/18
906/25 908/23 915/8 915/10 919/2 919/4
920/24 923/9 923/19
GREATER [1] 959/10
GREEN [12] 894/1 902/14 905/3 923/24
924/11 943/23 943/23 944/5 944/7
944/10 944/21 944/24
GREIF [1] 857/12
GREW [3] 991/24 998/20 999/8
GRID [5] 880/10 940/16 940/17 940/19
940/22
GRIDS [1] 940/14
GROUND [2] 934/7 936/3
GROUP [2] 857/7 929/10
GROW [6] 945/24 946/2 947/17 991/1
991/5 994/14
GROWING [5] 897/13 937/7 993/8 993/9
993/18
GROWN [2] 984/20 991/22
GROWS [11] 865/17 892/8 892/9 909/9
909/10 909/10 938/3 938/4 947/15
992/10 994/13
GROWTH [7] 992/19 993/12 994/4 994/4
994/19 995/14 1001/2
GUARD [3] 914/15 914/17 914/18
GUESS [6] 861/15 862/17 891/10
946/10 956/9 968/7
GUIDANCE [1] 871/17
GULF [2] 881/4 976/3

**H**

HABITAT [13] 882/5 889/20 889/21
890/10 890/12 930/4 930/7 930/8 930/11
930/21 930/24 931/9 932/12
HAD [32] 871/24 877/4 877/5 879/11
881/23 883/8 883/19 884/8 885/4 885/11
906/1 910/7 912/8 912/8 916/7 927/6
929/23 929/24 930/6 957/6 964/20

HAD... [11] 965/21 973/24 980/4 981/8
986/13 990/4 990/4 991/22 992/3 993/24
1002/14
HADN'T [2] 956/21 964/25
HALF [16] 893/20 902/18 903/3 925/4
932/21 981/23 988/12 988/15 988/25
992/19 994/10 996/3 996/5 1001/17
1003/12 1003/13
HALF-MOONS [1] 893/20
HALFWAY [8] 898/12 898/13 902/4
902/10 902/11 924/8 979/18 980/8
HAMMER [1] 912/18
HAND [9] 889/10 889/11 953/8 974/25
983/25 997/3 997/3 997/5 997/5
HANDLE [1] 1004/17
HAPPENED [4] 875/13 889/23 892/2
999/7
HAPPENING [1] 892/6
HAPPENS [3] 926/21 938/6 945/25
HAPPINESS [1] 1002/4
HAPPY [1] 859/10
HARBOR [6] 888/5 889/17 890/5 894/10
894/13 894/21
HARBOR/PORT [1] 890/5
HARD [5] 875/4 893/25 899/16 902/5
979/2
HARM [1] 867/8
HAS [34] 860/21 862/10 862/16 863/24
866/3 866/16 868/23 877/25 878/4
891/18 891/21 894/1 896/24 897/13
899/19 901/9 908/12 921/15 922/21
926/9 929/15 929/18 932/18 932/20
936/22 939/4 944/20 947/2 955/9 957/8
965/15 969/22 989/11 1004/8
HAVE [234]
HAVEN'T [1] 920/8 921/13 939/5
HAVING [2] 859/16 860/6
HB [1] 857/20
HB-406 [1] 857/20
HE [73] 859/12 862/1 863/14 863/15
863/20 863/24 864/4 867/17 869/8
869/11 869/13 869/13 869/19 869/23
869/23 872/24 873/9 873/13 873/16
873/18 873/19 873/19 876/12 877/1
877/2 877/4 877/5 877/7 877/13 877/16
877/25 891/13 903/1 904/7 916/23
916/25 917/25 918/1 918/13 918/13
919/14 920/23 927/21 928/5 928/9
951/24 955/5 955/9 955/23 958/18 961/5
961/16 966/20 968/1 969/22 970/1
971/22 971/22 972/5 972/6 973/2 976/21
976/22 976/23 976/24 982/11 986/13
986/16 989/11 989/13 989/18 989/18
995/8
HE'LL [1] 903/1
HE'S [7] 860/24 869/21 873/12 878/1
878/1 878/3 961/19
HEAD [1] 958/1
HEALTHIER [1] 938/12
HEALTHY [1] 947/10
HEAR [2] 870/17 920/2
HEARD [11] 863/15 869/18 870/7
895/14 919/23 919/24 922/2 922/4
935/11 980/1 1004/7
HEARING [3] 917/14 973/25 1004/7
HEART [1] 921/16
HEAVILY [1] 934/19
HEAVY [1] 934/9
HECK [1] 920/20
HEIGHT [25] 860/13 884/23 886/24
900/3 900/10 907/5 936/19 937/10

937/15 945/18 947/19 948/2 948/20
949/7 950/23 951/6 953/24 975/6
983/20 983/23 986/20 991/19 993/7
997/12 998/8
HEIGHTS [24] 884/13 936/13 950/3
950/8 950/9 950/10 950/14 984/24 985/1
985/2 986/8 987/9 988/17 989/1 990/16
991/16 993/22 998/19 999/12 999/17
999/18 1000/14 1000/16 1001/10
HELD [1] 914/13
HELP [4] 922/7 922/8 982/22 995/3
HELPFUL [1] 973/11
HELPS [2] 975/7 982/21
HERD [1] 956/15
HERE [119] 860/12 862/14 865/24 875/8
876/8 882/1 882/20 882/22 885/2 885/9
889/3 889/9 889/10 889/13 889/15
889/16 889/24 889/25 890/7 890/14
890/23 891/4 892/13 893/5 893/12
893/23 894/1 894/3 894/18 894/24 895/4
895/7 895/9 895/10 895/15 896/4 896/20
896/21 897/14 900/2 900/14 900/22
900/25 901/10 901/12 901/15 901/21
901/23 901/23 902/12 902/14 903/22
904/3 904/9 906/14 908/11 908/20 909/4
909/24 913/6 913/24 915/24 918/14
922/13 922/23 924/3 924/12 924/23
927/14 929/24 930/10 930/23 936/10
938/8 938/8 939/7 939/19 940/7 941/18
942/7 942/25 945/2 945/2 945/3 945/6
945/7 945/14 945/20 946/20 947/3 949/8
949/15 949/21 951/19 952/13 953/16
954/20 956/14 960/25 968/9 968/24
969/11 972/16 973/22 975/20 976/19
977/14 979/21 982/14 983/4 983/5
984/24 985/21 986/1 988/16 989/5
996/20 1001/9 1003/18
HERE'S [8] 904/16 904/21 912/4 913/6
914/2 941/18 941/19 942/22
HEREBY [1] 1005/4
HIGH [25] 886/22 892/18 895/16 896/6
896/8 896/22 899/24 901/4 901/6 906/7
906/17 906/20 908/15 912/14 912/15
923/20 933/1 935/3 936/17 936/17 957/8
972/20 972/22 973/1 994/7
HIGHER [31] 860/9 860/9 866/10 879/16
891/17 892/22 906/9 908/23 914/23
915/5 915/8 924/4 934/13 942/12 943/3
945/4 948/21 948/22 948/22 953/22
954/2 954/3 966/24 968/15 969/3 970/16
970/18 972/12 973/18 974/3 999/24
HIGHEST [3] 891/18 891/18 891/19
HIGHLIGHT [1] 885/25
HIM [23] 862/6 864/1 867/17 869/14
869/25 870/1 870/18 873/14 874/1
875/22 876/7 876/23 877/19 891/13
917/24 919/17 920/13 961/2 961/3 972/5
972/7 982/1 986/14
HIMSELF [1] 910/11
HIS [45] 863/13 865/20 866/13 866/24
867/17 867/18 869/10 869/11 869/12
869/15 869/23 873/9 873/13 873/16
874/25 875/1 875/5 875/8 876/24 876/24
877/9 878/6 878/7 904/8 916/17 916/22
918/24 918/24 919/5 927/21 928/5
928/16 928/21 955/9 955/10 958/16
958/18 958/24 961/20 971/23 972/1
981/14 986/13 986/14 989/9
HISTORICAL [4] 867/20 868/2 870/2
870/14
HITS [3] 908/11 946/13 946/21
HOLD [14] 873/22 873/22 874/1 874/7
874/7 874/17 892/20 913/18 943/11

953/8 963/14 965/8 977/20 991/8
HOLES [2] 897/13 912/9
HOLLAND [3] 929/8 956/11 995/22
HOME [2] 917/22 922/14
HONEYCUTT [1] 856/16
HONOR [54] 859/14 860/23 861/10
867/15 869/5 870/7 870/13 870/17
870/21 872/14 873/8 875/4 876/8 877/18
878/9 889/6 900/19 907/3 910/13 910/22
916/14 916/16 916/21 917/25 918/5
918/11 918/23 919/10 919/25 920/10
922/3 928/4 939/21 947/2 955/4 956/1
958/14 958/21 959/14 959/25 960/6
960/24 961/15 961/25 968/4 971/16
976/20 978/9 985/3 991/12 996/7
1003/19 1004/3 1004/9
HONOR'S [2] 873/10 1004/4
HONORABLE [1] 855/11
HOPE [2] 855/16 983/8
HOPEFULLY [3] 920/19 921/5 925/12
HORIZON [1] 866/20
HORIZONTAL [2] 881/13 899/7
HOTLY [1] 872/22
HOUR [10] 897/5 897/9 904/5 904/6
904/6 905/13 991/1 991/24 1003/12
1003/13
HOUR'S [1] 992/20
HOURS [6] 893/8 893/9 898/23 901/9
905/2 958/18
HOUSE [3] 865/18 896/14 957/8
HOW [48] 861/23 862/17 863/22 867/4
871/17 872/24 872/24 874/15 877/17
880/25 882/12 888/15 890/17 892/17
899/24 900/2 900/4 904/7 906/7 907/18
907/19 907/19 907/22 909/18 909/25
910/20 911/25 912/14 912/14 912/15
914/13 914/18 917/20 917/20 925/25
931/5 933/1 935/5 936/6 938/22 953/3
953/13 957/21 961/3 970/19 978/7 988/7
1004/16
HOWEVER [2] 916/9 968/13
HS [2] 952/7 954/24
HUGE [3] 904/22 914/19 940/8
HUH [24] 859/25 879/19 900/24 933/19
942/1 954/7 978/20 980/3 981/25 984/17
991/2 992/12 992/15 992/21 993/13
993/20 997/10 999/5 999/9 1000/8
1001/12 1001/15 1002/5 1002/8
HUMAN [1] 929/4
HUNDREDS [1] 928/18
HURRICANE [20] 864/20 868/6 892/7
892/10 892/14 892/14 892/21 907/25
909/6 927/18 928/2 937/6 938/5 955/17
982/14 982/20 983/6 990/16 994/10
994/12
HURRICANE-FORCE [1] 938/5
HURRICANES [3] 866/8 926/16 926/22
HURT [1] 872/19
HYDROGRAPH [17] 881/25 898/4 898/5
898/7 899/16 902/25 910/1 910/4 911/13
911/21 915/14 916/13 918/17 968/14
969/3 977/19 978/2
HYDROGRAPHS [13] 889/2 897/24
897/25 898/12 898/19 909/22 919/6
927/3 939/22 968/12 974/18 974/20
980/25
HYPOTHET [8] 860/12 860/18 861/19
861/21 862/6 867/20 871/6 871/14
HYPOTHETICAL [16] 860/11 860/24
861/14 863/25 867/22 869/19 869/19
870/2 870/3 870/4 870/11 870/12 870/14
870/22 870/25 871/8

H

HYPOTHETICALLY [1] 955/13
HYPOTHETICALS [1] 869/8

I

I'D [3] 859/12 880/20 892/13
I'LL [15] 859/20 862/3 870/6 875/15
875/16 875/24 880/21 910/25 916/12
919/2 920/16 926/14 939/8 973/8 979/24
I'M [107] 860/17 860/23 862/7 864/3
864/6 864/8 867/20 867/25 868/13
868/13 869/25 870/1 870/4 870/17 871/6
871/15 872/14 874/10 875/1 875/16
876/18 878/2 878/5 883/6 883/7 890/10
895/3 905/5 905/7 907/13 908/6 908/25
910/13 910/17 910/18 914/9 914/10
916/21 916/24 916/24 917/6 917/17
918/10 918/19 920/14 920/15 920/16
921/16 921/25 922/12 922/18 922/19
923/3 925/19 925/25 928/20 928/22
929/18 931/22 931/23 932/5 938/15
939/14 943/7 948/6 949/16 949/18
952/16 953/8 955/4 957/18 958/8 959/23
959/25 960/7 963/15 965/6 967/6 967/16
968/1 969/24 971/24 972/10 972/25
973/6 977/7 977/20 982/17 985/2 986/17
986/19 988/2 991/15 992/25 994/22
994/23 994/24 995/9 995/12 997/21
998/6 1000/19 1000/25 1001/1 1002/22
1003/4 1003/11
I'VE [6] 862/8 871/1 939/2 943/14 967/21
977/16
IDEA [3] 886/21 935/20 1000/15
IDEAS [2] 934/9 956/9
IDENTICAL [4] 919/24 978/4 978/6
979/10
IDENTIFY [1] 930/10
IF [188]
IHNC [11] 898/16 905/9 908/7 916/14
919/7 919/8 921/2 923/2 923/6 981/22
982/6
II [2] 856/24 857/6
ILLUSTRATE [6] 868/3 897/23 901/7
935/21 939/19 942/19
ILLUSTRATED [1] 899/12
ILLUSTRATES [1] 907/4
ILLUSTRATION [1] 943/20
IMMUNE [1] 867/3
IMPACT [16] 864/20 872/6 876/6 877/6
878/18 927/17 928/1 929/11 929/17
948/18 953/14 964/12 964/22 985/20
985/25 986/21
IMPACTED [2] 867/5 928/13
IMPERCEPTIBLY [1] 872/23
IMPERMISSIBLY [1] 869/14
IMPLEMENTED [1] 889/25
IMPLICATION [1] 982/18
IMPORTANT [11] 860/8 875/12 892/17
893/3 896/11 908/19 920/13 920/13
927/11 927/22 976/8
IMPRESSION [1] 879/8
IMPROPER [2] 860/24 870/11
IN [486]
INACCURATE [1] 988/7
INAPPROPRIATE [1] 918/2
INCLINED [1] 910/6
INCLUDE [3] 862/23 942/6 980/3
INCLUDED [1] 952/10
INCLUDING [3] 922/23 952/10 980/5
INCORPORATED [1] 892/12
INCREASE [10] 866/19 892/8 892/10
892/24 953/1 953/17 953/18 953/21

969/4 971/5
969/15 973/3
INCREASING [2] 995/22 995/23
INDEED [3] 905/19 949/3 973/17
INDICATE [1] 891/15
INDICATED [2] 888/24 929/24
INDICATES [4] 888/12 899/24 965/15
978/18
INDICATING [1] 987/22
INDICATION [2] 892/14 971/2
INDISTINGUISHABLE [1] 978/7
INDUSTRIAL [1] 894/14
INFINITE [1] 892/24
INFLOW [1] 896/9
INFLUENCE [9] 866/9 881/18 887/9
887/10 890/1 948/21 964/8 975/21
1001/13
INFLUENCES [1] 874/16
INFORMATION [9] 867/8 882/8 882/19
885/4 885/11 887/21 929/24 930/20
963/21
INITIAL [2] 964/20 983/12
INNER [5] 888/5 889/16 894/10 894/13
894/21
INPUT [4] 882/2 882/4 889/1 892/12
INQUIRY [2] 928/9 928/9
INSIDE [7] 890/4 911/14 911/18 940/17
956/20 957/10 957/17
INSOFAR [3] 864/5 864/9 867/1
INSTALL [1] 868/7
INSTALLATION [1] 868/16
INSTALLED [1] 927/13
INSTANCES [1] 927/14
INSTEAD [1] 933/6
INSTITUTION [1] 871/15
INSURERS [1] 857/2
INTACT [1] 912/13
INTEGRITY [1] 953/25
INTELLIGENT [1] 870/22
INTEND [1] 917/7
INTENDED [1] 955/14
INTENDING [1] 989/5
INTEREST [4] 937/4 970/23 974/22
976/14
INTERESTED [10] 881/19 887/15
951/19 952/17 973/25 976/15 986/1
987/7 1002/3 1003/10
INTERESTING [7] 886/21 890/2 893/23
902/13 903/4 911/6 972/16
INTERESTINGLY [1] 952/11
INTERESTS [1] 973/24
INTERNAL [2] 868/8 868/15
INTERPRETATION [1] 968/24
INTERRUPT [2] 931/22 943/17
INTERVAL [1] 990/21
INTO [51] 861/6 862/1 862/5 863/21
864/2 866/4 866/7 867/24 872/12 872/22
875/5 887/9 887/11 887/11 890/22
893/22 894/11 894/14 894/16 894/17
894/18 894/19 895/6 895/9 895/11 896/7
908/22 909/12 910/21 911/3 912/1
912/23 913/1 913/15 921/16 925/10
925/20 927/20 927/20 930/25 932/14
933/1 952/14 956/19 963/7 964/24 966/9
981/14 996/14 997/15 1004/1
INTRACOASTAL [5] 889/24 893/24
894/16 894/19 896/5
INTRODUCED [5] 878/4 878/5 938/13
952/12 999/14
INTRODUCTION [1] 874/14
IPET [2] 962/21 963/22
IS [549]
ISN'T [46] 869/22 904/25 911/21 927/18

946/5 961/4 964/11 964/17 965/16
965/19 966/1 966/26 966/25 968/20
971/20 974/22 974/24 975/13 975/15
975/24 976/9 978/9 978/17 979/10
980/15 980/25 981/6 981/9 981/13
981/19 983/15 983/20 984/2 984/8 986/2
991/3 991/19 992/7 993/15 993/25
996/18 998/15 999/13 999/19 1002/7
1002/16
ISOLATE [1] 964/7
ISSUE [8] 867/21 867/23 868/4 868/4
868/22 917/5 922/10 962/3
ISSUES [1] 869/4
IT [382]
IT'LL [1] 902/6
IT'S [185]
ITS [22] 859/22 860/13 860/14 862/23
868/16 868/25 884/8 884/23 888/8
895/11 915/18 925/11 926/9 928/23
929/17 964/8 964/20 966/15 971/14
978/13 980/13 1001/3
ITSELF [1] 879/22

J

JACKSON [1] 963/11
JAMES [2] 856/6 857/13
JANUARY [1] 981/5
JEFFERSON [1] 856/6
JEFFREY [1] 857/11
JOANEN [1] 855/19
JOB [1] 956/15
JOHANNES [1] 859/16
JOHN [4] 857/17 930/14 933/21 933/22
JOINT [1] 981/4
JOKE [1] 967/22
JONATHAN [1] 855/22
JOSEPH [2] 855/18 855/18
JOSHUA [1] 856/20
JR [7] 855/11 856/9 856/16 856/22
856/23 857/10 857/13
JUDGE [83] 855/11 860/19 861/17
862/19 863/11 867/25 869/18 873/18
874/24 875/15 875/20 876/3 876/14
881/1 881/8 881/20 882/21 883/11
883/22 886/14 886/17 887/24 890/7
890/14 891/23 892/17 893/14 893/17
895/3 896/18 897/23 899/20 901/7 902/5
904/7 904/14 905/5 906/1 906/14 907/12
908/5 909/2 909/24 910/17 913/21
916/12 917/17 918/17 920/5 920/6
920/16 921/1 921/10 922/25 923/14
924/21 925/9 925/14 926/3 926/7 926/9
926/23 928/17 928/25 932/5 936/6
937/23 939/1 939/18 940/6 942/22
943/18 944/14 952/5 952/22 953/13
954/22 956/14 967/24 971/25 982/4
987/17 1003/4
JUDGE'S [3] 862/8 863/13 899/3
JUDGMENTS [1] 864/11
JULY [5] 874/5 874/8 983/13 996/20
996/22
JULY 2008 [1] 874/8
JULY 9 [4] 874/5 983/13 996/20 996/22
JUMP [3] 870/3 898/11 953/2
JUMPING [1] 976/23
JUNCTION [1] 898/16
JUNE [3] 874/7 881/6 967/18
JUNE 2008 [2] 874/7 881/6
JUNE 23 [1] 967/18
JURISDICTION [3] 1004/5 1004/6
1004/8
JUST [107] 859/8 862/2 862/7 863/1
866/1 869/18 871/6 871/14 875/16

**J**

JUST... [98] 875/22 875/24 881/2 882/21 883/18 884/6 886/15 887/7 890/1 890/14 892/5 895/16 901/7 901/8 904/8 905/6 907/4 908/25 909/24 910/17 912/13 913/3 913/18 913/18 915/18 916/25 917/2 918/4 921/6 921/25 922/12 922/18 922/25 924/11 925/18 926/13 927/9 928/16 931/11 931/23 931/24 932/3 933/2 935/21 937/22 939/8 939/14 939/19 939/21 940/10 940/13 940/13 941/2 942/3 942/19 947/18 948/15 949/14 950/9 951/3 951/17 951/18 952/3 952/19 954/21 958/20 959/25 960/7 970/24 970/25 971/2 973/21 974/5 975/6 975/22 979/2 979/23 979/23 980/21 981/22 982/22 984/5 984/22 986/10 989/14 990/5 990/9 991/8 991/18 994/21 994/22 998/13 998/15 999/4 999/7 1001/9 1004/8 1004/12
JUSTICE [1] 857/9
JX [2] 981/3 981/4
JX-282 [1] 981/3
JX-292 [1] 981/4

**K**

KALIMAH [1] 857/11
KARA [1] 857/14
KATRINA [56] 881/21 881/22 882/1 882/6 882/23 883/25 884/11 884/13 884/21 884/22 884/23 889/3 892/3 895/18 895/19 895/23 898/22 900/13 901/22 911/15 912/5 913/9 913/10 914/2 926/17 926/25 936/9 938/19 941/16 943/3 944/8 950/24 950/25 951/3 951/7 954/5 962/12 964/8 964/24 968/21 974/4 975/18 982/14 982/22 982/24 983/7 989/9 990/16 997/11 999/8 999/13 1000/5 1000/6 1000/11 1000/23 1001/11
KEA [1] 855/22
KEEP [2] 871/25 875/25
KELLS [1] 857/12
KEMP [7] 882/18 885/7 888/21 888/22 891/13 930/14 942/16
KEY [2] 906/14 913/7
KILL [2] 920/6 995/5
KIND [3] 862/20 916/7 918/7
KNEW [1] 876/22
KNOCKS [2] 915/13 915/16
KNOW [79] 859/7 860/13 860/14 860/14 861/11 861/12 862/14 862/14 866/25 867/2 867/11 868/1 870/14 872/4 873/10 875/7 876/6 876/14 892/13 900/9 900/14 900/25 902/25 905/6 911/1 915/3 916/11 917/13 917/16 918/7 919/19 919/19 920/20 920/24 920/25 921/7 921/8 921/8 921/24 922/9 922/21 927/22 928/11 930/17 933/1 939/2 939/7 939/14 940/6 949/17 956/10 958/20 958/25 959/3 959/13 959/23 960/5 961/2 961/19 962/9 963/10 963/12 972/3 975/2 975/23 976/10 976/24 979/4 985/16 989/16 994/5 994/21 995/6 1002/17 1002/19 1003/1 1003/1 1003/3 1003/9
KNOWLEDGE [5] 868/25 876/24 878/21 955/22 994/1
KNOWN [1] 988/4
KNOWS [1] 916/14

**L**

LA [1] 934/13
LA LOUTRE [1] 934/13
LACK [4] 882/5 987/22 991/17 1004/5

LACKED [1] 1004/6
LACKING [1] 989/19
LAFAYETTE [1] 856/7
LAKE [19] 885/1 891/21 893/22 893/25 894/1 894/2 894/14 895/7 895/10 895/12 896/7 926/18 926/19 936/15 936/23 937/2 937/11 937/24 968/18
LAKE BORGNE [10] 885/1 891/21 893/22 926/19 936/15 936/23 937/2 937/11 937/24 968/18
LAKE PONTCHARTRAIN [8] 893/25 894/1 894/14 895/7 895/10 895/12 896/7 926/18
LAND [3] 886/15 935/2 945/3
LARGE [3] 894/15 940/8 940/16
LARGER [7] 903/5 915/10 915/18 935/23 940/20 951/8 968/20
LARGEST [1] 940/12
LAST [9] 866/24 924/21 925/12 932/6 943/13 949/25 952/13 957/17 987/23
LATER [21] 861/12 864/6 868/20 875/16 879/6 887/1 897/5 897/9 897/15 899/18 903/6 905/13 905/23 905/23 915/4 922/4 923/11 925/7 942/19 951/16 979/25
LATITUDE [1] 928/23
LAW [6] 855/18 855/21 856/9 856/12 856/22 977/22
LAWN [1] 856/3
LAWSUIT [1] 961/23
LAWYER [1] 994/19
LAWYER'S [1] 856/13
LEAK [1] 894/18
LEAKING [1] 894/17
LEARN [1] 899/23
LEARNED [1] 933/3
LEAST [7] 888/1 917/23 920/6 927/22 950/16 984/15 988/12
LEAVE [3] 870/20 917/1 918/11
LEFT [7] 862/3 889/10 889/13 974/25 983/25 997/3 997/5
LEFT-HAND [4] 974/25 983/25 997/3 997/5
LEGAL [2] 868/20 870/10
LEGALLY [1] 921/21
LEGEND [3] 945/14 952/5 978/17
LENGTH [2] 894/7 908/14
LESS [19] 888/6 891/6 896/6 896/9 897/15 903/18 903/20 903/23 966/2 968/15 971/4 974/8 984/22 986/4 986/4 987/4 999/10 1000/17 1001/5
LET [27] 864/3 866/25 867/17 870/6 874/17 884/6 899/23 905/6 911/8 918/11 918/12 925/19 926/8 926/13 934/12 939/7 947/18 958/20 959/3 959/5 967/14 979/23 979/24 985/20 986/14 1003/22 1004/11
LET'S [72] 859/20 864/15 874/1 876/2 879/22 882/25 884/4 885/25 890/6 890/14 891/2 892/5 894/22 895/25 897/21 899/2 899/2 899/3 901/3 901/20 903/25 908/9 908/18 910/6 911/20 916/11 918/7 921/11 921/11 932/8 935/25 937/11 938/6 940/13 941/3 941/17 942/19 942/23 943/10 943/19 944/3 944/3 945/20 946/11 946/11 947/15 947/20 951/3 951/23 952/4 952/19 952/19 952/20 954/10 962/19 964/1 973/21 974/18 977/18 979/18 979/18 979/19 979/23 981/22 983/10 986/17 989/1 992/25 994/3 994/8 999/4 1000/4
LETTING [1] 918/11
LEVEE [129] 860/3 860/13 860/14

860/17 860/21 861/13 861/15 861/16 861/17 861/20 862/5 862/6 862/12 862/13 862/13 862/14 862/16 862/16 862/17 862/24 863/3 863/7 863/10 863/23 864/1 864/2 864/16 864/17 864/20 865/19 867/3 867/9 868/7 868/17 868/18 868/22 871/20 871/22 871/23 871/24 872/7 872/7 872/13 872/21 872/23 873/7 873/13 873/14 873/14 876/15 877/7 880/5 884/20 885/1 885/17 886/6 886/9 886/10 886/14 886/23 889/4 894/7 896/22 898/14 902/20 906/11 906/19 906/18 907/6 908/10 910/11 910/20 911/6 912/1 912/20 913/1 913/6 928/6 928/8 928/13 929/16 938/9 941/11 945/13 949/25 954/1 954/13 954/14 954/17 954/22 975/24 976/6 976/8 976/10 979/7 980/8 984/2 984/8 984/24 984/25 985/1 985/3 985/6 985/7 985/12 985/14 985/17 985/18 985/21 985/21 985/22 986/1 986/1 986/8 986/20 986/21 987/3 987/6 987/12 987/21 990/25 991/16 998/10 999/21 999/25 1000/17 1001/6 1001/20
LEVEES [40] 860/6 860/25 861/5 861/8 861/12 863/25 866/18 867/1 874/19 876/6 879/1 879/6 879/11 879/14 879/18 880/2 884/1 884/11 884/17 885/14 885/17 885/18 885/22 885/23 887/10 902/14 906/15 911/21 911/25 912/5 912/13 912/15 912/21 914/11 914/12 914/14 954/17 966/16 967/4 987/16
LEVEL [30] 881/15 883/2 886/7 886/8 886/22 886/22 886/23 892/8 892/24 893/20 894/2 906/19 907/15 907/16 907/16 908/19 911/16 927/3 937/15 937/17 938/4 957/3 972/20 994/8 994/9 994/11 994/12 994/15 998/16 1003/8
LEVELS [10] 860/5 860/9 879/16 893/19 894/9 894/21 927/23 929/6 962/12 974/5
LEVINE [1] 857/13
LIABILITY [1] 867/1
LICENSE [1] 926/14
LIES [1] 978/18
LIEU [1] 917/9
LIFE [1] 955/14
LIGHTER [1] 891/10
LIKE [29] 859/12 863/6 880/20 885/5 886/1 892/13 894/9 902/16 916/16 918/4 918/6 921/15 922/2 925/23 926/2 926/4 926/5 930/14 933/18 935/22 943/16 956/16 965/4 969/1 980/1 981/3 983/19 986/19 1003/4
LIKED [1] 1003/25
LIKES [1] 922/13
LIKEWISE [1] 872/13
LIMITATION [1] 995/25
LIMITED [5] 900/18 937/3 971/11 976/15 994/5
LIMITS [1] 865/3
LINE [58] 867/13 872/19 883/23 883/24 887/24 887/25 888/1 888/6 888/9 888/12 889/16 900/22 902/8 903/14 904/11 904/12 904/13 904/13 904/14 904/14 906/6 906/18 906/25 906/25 907/5 908/12 909/4 919/2 919/2 919/3 919/4 923/6 923/9 923/19 923/19 940/12 943/5 943/23 943/23 943/25 944/1 944/5 944/10 944/12 945/6 945/7 946/12 947/9 947/12 947/13 947/13 948/15 948/16 952/24 978/18 978/19 979/17 993/4
LINEAR [1] 953/15
LINES [6] 891/8 900/23 919/19 920/24

**L**

LINES... [2] 920/24 930/13
LIST [2] 876/9 960/1
LISTED [1] 876/11
LISTEN [1] 933/17
LITIGATION [1] 857/7
LITTLE [55] 883/11 887/24 895/9 899/20
901/15 901/21 902/3 903/8 905/14
905/15 908/10 913/6 918/3 920/17
921/11 922/21 923/23 924/24 925/2
925/3 925/4 929/24 931/18 934/8 937/21
938/10 938/12 938/13 941/20 942/11
942/15 944/15 944/21 945/3 945/4
945/14 946/13 946/20 947/8 947/13
949/7 953/2 953/2 956/15 966/18 966/19
966/21 967/24 970/17 970/18 980/22
983/17 997/14 998/2 1003/10
LIVE [3] 885/9 917/10 917/11
LIVED [1] 957/7
LLC [3] 855/21 856/9 856/12
LOADED [1] 915/18
LOCATE [1] 926/24
LOCATED [1] 943/11
LOCATION [29] 860/20 886/9 898/17
903/19 906/5 907/4 910/11 921/3 923/1
924/14 924/17 941/5 948/5 970/21 976/9
978/3 979/10 980/8 984/4 991/18 992/14
993/1 997/12 1000/16 1000/17 1000/18
1001/5 1001/6 1001/23
LOCATIONS [9] 903/11 923/15 974/19
974/21 980/20 984/1 984/7 998/6 998/9
LOCK [3] 898/16 905/16 905/17
LOGISTICS [2] 931/25 932/3
LONG [9] 864/4 900/2 900/6 900/9 901/3
916/9 977/22 982/13 982/25
LONG-RISING [1] 982/13
LONGER [10] 897/12 914/24 915/8
925/13 948/21 948/25 951/8 953/23
954/8 982/21
LOOK [55] 864/25 865/4 865/22 866/7
868/14 871/8 874/1 880/7 880/10 891/2
893/23 894/22 900/8 906/6 906/18
908/17 909/21 910/4 921/15 937/10
941/10 941/13 942/2 943/16 949/9
952/19 958/25 959/18 968/23 972/17
974/18 977/18 979/5 979/16 979/18
979/18 979/19 981/22 982/11 983/10
983/17 985/10 986/5 986/20 986/25
992/6 999/4 999/20 999/20 1000/1
1001/9 1001/19 1002/1 1002/21 1003/7
LOOKED [4] 885/5 980/21 981/14
1002/14
LOOKING [32] 874/10 880/6 887/9
887/15 888/10 893/11 894/24 895/25
896/16 896/17 900/22 906/5 907/21
907/21 911/13 917/14 927/20 945/14
947/19 950/11 954/25 956/18 958/15
958/23 968/3 971/2 973/3 978/2 982/14
983/8 997/21 998/7
LOOKS [5] 902/16 905/2 935/21 944/7
1000/9
LOS [1] 855/16
LOSE [3] 897/21 920/8 920/8
LOSES [1] 937/25
LOSS [2] 932/25 937/2
LOST [1] 993/4
LOT [12] 868/24 871/1 876/21 907/2
913/9 913/14 924/16 924/16 928/11
949/13 967/25 983/11
LOTS [2] 873/25 922/21
LOUISIANA [15] 855/2 855/6 855/20
855/23 856/7 856/10 856/14 856/17

856/21 856/25 857/8 857/21 926/5
926/7 926/11
LOUTRE [1] 934/13
LOW [7] 891/22 896/5 897/3 935/3 936/1
987/4 988/6
LOWER [25] 859/24 866/3 893/21
896/24 901/22 902/13 902/15 902/15
903/22 904/19 905/3 912/11 913/21
923/10 935/25 953/10 953/11 953/11
966/23 967/7 970/18 977/18 979/22
997/12 999/24
LPV [1] 887/1
LUCKY [1] 896/15

**M**

MACHINE [1] 933/10
MADE [13] 862/22 871/16 878/8 917/23
924/11 930/23 965/1 966/15 969/22
970/1 974/17 983/6 996/3
MAIN [7] 856/20 879/7 887/18 887/19
887/19 970/23 975/4
MAINTAINED [1] 964/20 974/12 980/13
MAINTAINING [2] 970/21 971/14
MAINTENANCE [2] 971/23 972/4
MAJOR [2] 926/16 926/21
MAKE [30] 863/1 864/10 865/25 866/9
866/25 871/8 872/17 873/8 877/2 881/2
884/6 888/23 909/2 916/25 917/1 917/2
917/21 925/20 925/23 931/12 935/2
952/16 953/14 954/9 960/7 987/18 990/5
990/6 992/25 995/13
MAKES [3] 921/21 921/23 955/15
MAKING [1] 870/10
MANNING [1] 891/19
MANNING'S [4] 890/24 890/25 933/3
933/6
MANUAL [3] 929/20 946/5 946/7
MANY [3] 872/23 872/23 995/5
MAP [7] 889/18 908/4 923/15 930/10
976/1 976/22 977/15
MAPPED [1] 923/15
MAPS [3] 889/10 889/11 891/12
MARC [1] 857/13
MARCH [4] 965/5 965/9 965/10 996/5
MARCH 23 [3] 965/5 965/10 996/5
MARGIN [2] 966/22 969/6
MARGINS [1] 969/5
MARK [1] 975/7
MARSH [28] 875/21 884/25 885/1 890/4
890/17 891/11 931/13 931/14 932/18
932/21 932/23 933/4 933/16 933/24
934/2 934/4 934/5 934/9 934/22 935/24
936/25 941/21 942/6 945/19 952/25
997/14 997/15 997/16
MARSHES [2] 933/19 938/12
MARSHLAND [3] 890/1 896/24 931/10
MASTER [2] 898/17 905/16
MATCH [2] 870/4 881/2
MATCHES [1] 870/12
MATERIAL [1] 865/13
MATH [2] 901/8 909/16
MATTER [1] 872/10 1004/5 1004/9
1005/7
MATTERS [2] 867/2 1004/7
MAXIMUM [13] 893/19 894/6 906/19
965/16 992/2 994/9 998/13 1001/6
1001/10 1001/21 1002/12 1003/8 1003/9
MAY [40] 862/19 864/10 867/5 868/6
868/20 868/22 870/7 872/6 877/22
880/22 910/20 911/9 911/9 914/8 914/9
916/18 920/2 920/3 922/8 922/15 924/9
928/2 933/12 937/10 958/21 958/22
960/13 960/20 961/1 961/1 961/1 961/24

962/1 967/15 967/22 968/24 971/25
973/4 973/6 1004/11
MAYBE [15] 865/17 865/19 872/8 872/9
872/9 901/6 908/22 921/8 927/4 943/6
962/15 965/17 973/14 980/4 994/5
MCCONNON [1] 857/13
ME [60] 861/11 862/3 862/21 863/25
866/25 867/12 867/23 870/20 871/5
874/4 874/17 875/4 884/6 885/3 886/17
891/23 899/23 905/6 905/22 911/8
911/11 911/20 918/11 918/12 919/23
919/24 922/1 922/14 922/16 926/8
926/13 927/21 934/12 936/8 939/8
946/18 947/18 949/7 949/22 950/21
951/24 954/16 959/3 959/5 962/19
963/15 967/14 977/7 979/13 979/23
985/20 986/19 987/11 989/4 990/4 995/3
995/12 1000/20 1003/2 1004/11
MEAN [17] 862/7 876/15 878/1 880/8
884/23 887/25 897/10 900/14 918/24
919/8 919/14 920/25 937/23 953/25
954/5 972/25 998/8
MEANING [1] 954/6
MEANS [8] 865/4 915/9 920/21 920/25
947/12 954/2 972/4 999/10
MEANT [2] 963/16 979/15
MEASURE [2] 900/8 904/9
MEASURED [5] 907/12 927/4 933/23
984/1 984/21
MEASUREMENT [1] 927/12
MEASUREMENTS [2] 927/3 957/10
MEASURING [5] 882/25 883/1 895/4
907/13 907/24
MECHANICAL [2] 857/24 866/4
MEET [1] 956/7
MEMORANDUM [1] 954/21
MEMORIZED [1] 967/21
MENTION [1] 960/15
MENTIONED [1] 928/21
MENTIONING [1] 963/17
MERELY [1] 921/10
MET [2] 876/7 876/23
METAPHORICAL [1] 912/25
METER [2] 932/21 932/23
METERS [4] 940/22 994/8 994/8 994/15
METHODOLOGY [2] 878/15 878/17
METHODS [1] 890/21
METRO [3] 960/22 961/9 962/11
MICHAEL [2] 856/19 856/19
MICHELE [1] 857/12
MIDDLE [10] 865/16 934/7 936/3 941/15
947/20 947/21 947/24 948/2 950/16
951/4
MIDDLE OF [1] 947/20
MIDNIGHT [2] 899/4 899/9
MIDPOINT [2] 908/6 908/6
MIDST [1] 944/21
MIDWAY [1] 979/7
MIGHT [15] 865/12 866/16 867/16 875/6
896/15 921/14 928/16 929/1 961/3 961/5
970/17 972/14 978/25 996/21 1003/13
MILLER [1] 857/14
MIND [7] 860/2 885/22 920/5 920/6
929/4 931/23 961/20
MINIMAL [1] 981/17
MINUS [1] 1000/23
MINUTE [8] 898/14 913/18 915/21 917/4
971/17 974/5 977/20 991/8
MINUTES [2] 925/13 929/20
MINUTIA [1] 940/16
MISCHARACTERIZATION [1] 864/9
MISSISSIPPI [1] 881/3
MISTAKE [1] 954/9

MISTAKES [1] 981/15
MITSCH [1] 857/14
MIXED [1] 1000/2
MODEL [51] 873/11 873/12 873/12
874/20 877/11 879/23 879/23 880/1
880/15 880/16 880/18 880/19 881/1
881/9 881/12 881/20 881/22 881/25
884/18 888/2 888/4 888/7 888/15 888/18
888/20 888/24 892/12 911/24 929/8
932/12 932/13 933/6 934/17 934/18
940/8 940/12 940/19 940/25 957/25
962/8 962/11 962/14 981/14 984/9
984/10 984/13 984/15 986/3 987/4 988/2
988/17
MODELED [4] 883/23 931/11 935/11
964/5
MODELING [23] 874/6 874/10 874/10
874/18 874/19 881/3 884/3 956/18
956/25 957/5 961/10 962/3 962/24 963/2
981/12 981/13 981/18 981/18 983/10
983/12 990/15 992/2 996/21
MODELS [28] 875/9 875/12 875/17
875/18 875/23 876/10 877/2 888/25
911/15 926/20 929/2 929/3 929/5 929/6
929/7 940/7 957/6 957/15 962/6 962/18
968/23 988/4
MODERATE [1] 933/24
MOMENT [7] 883/18 890/14 939/8 957/8
985/23 987/11 989/14
MOMENTS [3] 915/7 962/10 998/11
MONDAY [2] 861/4 937/22
MONEY [2] 921/14 921/22
MOOD [1] 967/23
MOONS [1] 893/20
MORE [63] 859/12 860/10 864/22
866/19 871/8 880/11 880/12 885/11
888/6 891/4 894/19 896/12 897/12
899/18 903/18 903/20 903/23 910/20
913/9 913/14 914/10 914/23 922/1
924/16 926/6 927/9 929/4 930/17 931/18
938/11 938/11 938/14 941/21 942/2
942/15 947/10 951/8 952/6 953/10
953/19 954/4 954/8 954/11 954/12
955/15 966/1 967/24 971/4 974/12
980/23 985/19 987/1 991/1 991/5 991/24
992/10 992/13 992/19 994/1 994/15
997/14 999/15 1003/12
MORGAN [1] 856/25
MORNING [9] 892/6 893/6 898/22
899/11 956/17 956/18 956/21 1003/15
1003/18
MORRIS [3] 882/4 882/17 882/18
MOST [9] 877/1 893/20 902/18 942/25
951/14 970/14 980/1 995/3 996/17
MOSTLY [1] 957/10
MOTION [2] 917/14 921/20
MOTIONS [1] 917/22
MOTIONS UNTIL [1] 917/22
MOVE [6] 895/6 902/8 921/11 926/14
989/2 990/22
MOVED [2] 886/9 886/12
MOVEMENT [4] 881/12 883/6 887/11
972/13
MOVEMENTS [1] 881/14
MOVING [8] 892/11 895/7 905/5 918/19
922/5 925/10 926/8 937/14
MR [5] 861/25 869/6 870/10 876/4
931/22
MR. [57] 859/5 859/15 860/2 861/19
863/13 863/18 863/18 863/20 863/24
864/3 869/3 869/10 869/18 870/3 870/13

870/19 870/23 871/2 872/16 875/2
876/24 907/21 914/8 916/15 916/18
916/19 918/15 919/14 920/24 921/15
922/12 925/19 927/20 928/15 931/25
936/12 937/22 940/19 946/18 947/2
947/6 955/5 956/16 959/15 963/15
965/9 968/3 973/9 975/2 975/19 979/24
989/16 993/21 996/9 1003/11 1003/22
MR. BRETSCHNEIDER [5] 876/22 877/5
878/12 878/24 927/20
MR. BRUNO [16] 859/5 864/3 872/16
920/24 921/15 936/12 946/18 947/2
947/6 955/5 956/16 959/15 975/19
979/24 993/21 996/9
MR. BRUNO'S [1] 863/18
MR. RESIO'S [1] 940/19
MR. ROBIN [1] 876/17
MR. SMITH [23] 859/15 860/2 861/19
863/13 869/3 869/18 870/3 870/23 871/2
875/2 916/19 918/15 922/12 925/19
931/25 963/15 965/9 968/3 973/9 975/2
989/16 1003/11 1003/22
MR. SMITH'S [1] 928/15
MR. SOILEAU [2] 863/20 937/22
MR. SOILEAU'S [1] 863/18
MR. VRIJLING [6] 863/24 869/10 870/13
870/19 919/14 956/5
MRGO [136] 857/7 860/8 867/4 867/5
867/9 872/20 874/19 874/21 876/16
876/16 877/6 878/13 878/18 883/24
884/4 884/4 885/1 886/2 886/9 887/5
887/6 887/9 887/10 889/14 889/15
889/23 889/25 890/2 890/10 894/7
894/15 894/20 896/1 896/4 896/9 896/21
897/2 898/12 898/12 901/18 901/19
902/8 903/22 906/15 908/11 912/20
912/21 912/25 914/5 914/12 914/13
915/15 918/25 919/11 919/12 926/21
927/18 928/1 928/2 929/11 929/16 930/7
930/24 937/2 937/4 938/2 938/7 938/14
938/17 938/17 938/22 939/11 939/12
939/13 940/1 940/2 940/11 940/20
940/21 940/23 941/15 941/15 941/20
943/25 944/12 944/21 945/3 945/7 945/8
946/1 947/11 947/20 947/21 947/24
948/1 948/2 948/10 949/19 950/18 951/4
953/1 953/3 954/16 955/15 964/8 964/13
965/19 966/10 966/11 967/12 968/16
971/19 974/3 974/13 975/17 975/20
976/5 976/12 976/16 977/1 977/13 979/5
979/18 980/10 980/13 983/6 987/16
989/15 998/16 998/25 999/13 999/17
1000/6 1000/6 1000/14 1001/11
MRGO'S [1] 859/21
MRGOS [2] 982/16 982/19
MUCH [33] 878/11 894/10 896/12
900/23 901/15 905/23 907/18 907/19
909/25 910/21 911/25 912/18 914/13
914/14 921/13 922/18 931/11 934/2
943/3 943/3 946/12 946/20 949/5 953/3
953/13 956/1 966/23 971/7 976/15 978/6
982/13 982/19 997/16
MULTIPLIED [1] 932/24
MUST [4] 918/3 929/3 974/8 998/4
MY [28] 869/19 872/16 877/12 916/25
917/1 917/21 920/5 921/23 922/13 926/1
931/23 932/3 939/4 943/15 953/8 958/1
960/8 962/7 967/22 971/25 972/3 977/22
986/15 993/4 994/14 996/14 1004/3
1005/5
MYER [1] 857/15
MYSELF [3] 871/12 958/25 987/19

NAIVE [1] 937/10
NAME [2] 890/25 960/20
NARROW [2] 944/1 982/19
NARROWER [3] 886/4 970/21 982/16
NATURE [2] 865/9 929/4
NAVIGATION [7] 868/4 868/18 872/20
889/17 894/10 894/13 894/21
NAVIGATIONAL [1] 888/5
NEAR [7] 865/20 913/22 926/18 960/21
977/16 979/9 988/1
NEAR-SHORE [1] 988/1
NEARLY [2] 970/11 970/13
NECESSARILY [3] 921/15 939/5 939/15
NECESSARY [4] 865/6 873/7 929/5
930/19
NECESSITATES [1] 926/20
NEED [20] 867/7 870/13 872/12 879/20
882/14 906/3 911/14 913/18 915/25
918/13 919/6 919/14 931/24 931/24
948/13 958/14 960/24 962/8 966/21
988/17
NEEDED [1] 913/3
NEEDS [6] 867/8 881/13 881/15 881/16
989/18 990/6
NEGATIVE [2] 864/19 876/5
NEGLIGIBLE [3] 924/12 978/14 978/14
NEIGHBORHOOD [6] 864/23 864/24
865/19 866/6 866/9 866/17
NERVOUS [1] 957/16
NESTED [1] 940/7
NET [1] 862/3
NETHERLANDS [3] 865/24 927/10
927/11
NEUTRAL [2] 884/4 903/21
NEVER [1] 955/13
NEVERTHELESS [3] 894/17 941/24
953/19
NEW [27] 855/6 855/20 855/23 856/10
857/4 857/4 857/8 857/21 859/24 880/11
881/3 897/14 898/14 902/20 910/5
912/10 912/12 912/20 914/11 949/15
959/10 962/4 962/14 976/14 982/8
996/13 997/6
NEW ORLEANS [14] 859/24 897/14
898/14 902/20 910/5 912/10 912/12
912/20 914/11 959/10 962/4 962/14
976/14 982/8
NEW ORLEANS-MISSISSIPPI [1] 881/3
NEXT [48] 867/12 871/20 887/5 887/23
889/5 890/6 891/20 893/10 894/22
896/25 901/20 902/8 902/16 902/19
903/2 903/9 905/9 905/16 905/25 907/2
907/2 907/9 907/11 911/5 913/17 916/11
921/11 923/1 923/13 924/3 924/8 924/20
929/22 932/8 935/21 935/22 935/25
936/5 939/17 939/24 940/24 941/17
942/19 942/23 943/7 989/1 994/23
1000/4
NICE [1] 988/13
NINTH [7] 859/24 904/19 912/7 912/8
912/11 913/21 962/15
NINTH WARD [1] 962/15
NO [89] 859/14 861/13 865/17 866/16
869/13 875/21 876/15 876/15 878/13
884/17 885/10 887/17 892/25 896/1
896/4 896/6 899/5 900/7 902/14 906/11
909/7 911/16 912/7 912/12 913/2 913/10
914/5 917/20 917/20 922/23 926/18
927/6 930/7 935/14 935/17 935/18
935/18 937/14 938/14 939/12 941/20
943/18 944/12 945/3 947/11 947/16

N

NO... [43] 948/1 948/6 952/12 955/15 956/12 960/12 965/23 966/15 967/13 969/9 969/15 970/10 970/20 974/17 979/6 979/6 979/6 979/12 979/12 979/15 979/15 980/7 980/13 980/14 982/18 984/14 985/16 988/4 988/15 988/19 988/19 988/19 989/15 998/16 998/25 998/25 999/2 999/13 1000/5 1000/14 1000/21 1002/4 1004/8
NO-MRGO [3] 878/13 998/16 1000/14
NOBODY [2] 929/21 976/15
NONE [2] 921/23 925/25
NOR [1] 971/22
NORMAL [3] 865/3 865/5 907/17
NORMAN [1] 855/5
NORTH [5] 904/19 905/9 908/7 913/22 915/13
NORTHEAST [1] 896/23
NOT [143] 861/6 862/22 863/2 863/19 864/19 865/6 865/12 867/1 868/3 868/10 869/25 870/11 870/12 870/13 870/15 870/18 871/16 872/6 872/20 873/1 873/1 873/15 874/8 875/1 876/5 876/11 878/5 879/7 879/17 880/4 884/4 884/5 886/3 886/22 887/1 887/1 887/7 889/25 894/15 894/20 896/4 896/8 896/22 897/3 897/17 901/15 901/18 903/12 904/17 904/24 905/7 906/15 906/16 908/19 909/16 910/11 910/12 910/18 911/9 912/1 912/6 912/9 913/24 914/13 914/21 916/14 916/24 917/3 917/16 919/8 920/1 920/15 921/8 921/14 921/21 922/7 922/8 922/8 922/13 922/14 924/9 927/14 927/20 927/25 928/1 928/10 928/21 928/25 929/14 929/18 931/11 931/12 933/5 934/2 934/8 939/15 955/8 957/10 957/14 957/16 958/1 958/5 958/8 960/7 960/22 961/1 961/4 961/6 966/23 969/18 970/3 970/4 970/6 971/2 971/9 971/22 975/20 975/23 976/20 979/4 982/13 983/4 986/6 986/11 986/17 987/11 987/21 988/5 988/7 989/6 990/2 990/11 994/20 996/15 997/15 997/16 998/13 1000/21 1002/8 1002/10 1002/22 1002/23 1002/24
NOTE [3] 866/25 902/14 908/19
NOTHING [1] 920/4
NOTWITHSTANDING [1] 995/23
NOVA [1] 926/5
NOVA SCOTIA [1] 926/5
NOW [85] 864/11 866/3 866/24 868/21 868/23 869/13 872/4 873/5 873/22 874/22 878/21 880/14 881/20 883/25 886/3 887/7 887/13 889/7 889/18 890/1 893/11 894/2 894/6 894/9 894/20 894/22 896/16 897/3 897/21 899/23 900/2 904/19 905/9 905/16 906/12 907/12 911/11 913/21 916/13 917/14 918/18 920/25 921/17 922/5 922/18 922/20 924/20 926/8 929/22 930/19 931/8 931/21 932/8 933/9 935/11 936/5 938/10 938/11 939/12 939/22 941/22 942/14 942/25 945/10 946/14 949/4 949/14 952/17 953/22 954/14 957/14 958/3 970/25 971/5 972/15 975/23 976/23 979/4 980/2 982/10 983/10 990/20 991/9 993/21 1003/20
NOWHERE [1] 865/16
NUANCE [1] 887/21
NUMBER [15] 863/21 926/10 932/6 932/12 932/16 932/22 932/25 933/2 941/9 960/2 960/5 960/13 967/15 987/2

987/21
NUMBERED [1] 905/7
NUMBERS [25] 890/22 932/15 939/21 939/23 940/24 940/25 941/9 942/4 943/1 951/23 965/3 972/15 983/25 985/18 985/19 987/1 987/23 988/5 988/9 990/4 991/17 994/25 995/1 995/6 995/8

O

O'BRIEN [1] 857/3
O'DONNELL [2] 855/15 855/15
OAK [1] 856/3
OATH [1] 918/12
OBDURATE [1] 921/6
OBJECT [15] 860/23 862/7 865/20 869/4 869/15 869/19 870/11 872/14 910/13 928/25 929/1 955/4 958/14 960/7 1003/6
OBJECTED [1] 862/8
OBJECTING [2] 878/3 947/6
OBJECTION [27] 863/14 867/11 867/17 867/18 868/22 869/16 873/8 876/8 877/8 877/18 877/22 878/8 916/19 928/4 928/15 960/12 960/24 969/17 969/22 969/25 970/1 971/16 971/21 971/24 976/20 978/9 986/11
OBJECTS [1] 871/2
OBSERVATIONS [3] 957/7 957/9 957/12
OBSERVED [2] 882/1 889/3
OBSTRUCTION [1] 921/6
OBVIOUSLY [4] 885/4 890/15 913/14 996/24
OCCASIONS [1] 897/14
OCCUR [1] 872/5
OCCURRED [2] 882/23 1001/16
OCCURS [1] 923/11
ODD [1] 918/3
OFF [4] 862/3 881/17 920/7 964/1
OFFERED [4] 870/15 870/16 873/15 971/22
OFFICE [4] 856/7 856/14 856/22 856/24
OFFICES [1] 855/18
OFFICIAL [3] 857/20 1005/2 1005/11
OH [8] 895/1 904/1 905/10 949/10 950/13 979/1 989/8 998/6
OKAY [21] 863/5 863/12 871/12 871/18 872/18 880/21 888/3 899/10 906/21 948/4 958/17 960/11 961/21 962/14 962/17 967/21 973/23 976/1 979/1 980/3 1003/17
OLD [1] 942/14
OLDER [1] 988/15
OMNISCIENT [1] 961/6
ON [181]
ONCE [9] 865/10 876/7 876/23 905/3 907/9 923/18 929/23 930/6 940/9
ONE [73] 865/2 866/21 874/3 875/11 877/1 877/2 887/7 887/19 889/13 896/8 897/22 899/2 899/17 902/12 902/13 902/14 902/19 903/11 904/4 904/6 905/3 906/12 908/19 908/23 908/25 912/7 915/2 915/8 918/15 918/19 922/23 923/10 923/24 930/23 931/10 934/6 935/25 936/2 940/9 940/10 941/3 943/10 943/19 944/2 950/18 950/23 952/6 956/12 957/2 959/15 962/16 963/5 963/14 965/8 966/23 966/24 973/13 975/7 977/20 982/15 982/15 982/19 982/23 982/24 988/10 988/14 988/23 991/8 1000/23 1003/25 1004/13
ONE-HALF [1] 988/25
ONE-THIRD [3] 988/10 988/14 988/24
ONES [5] 891/6 916/2 919/23 957/15

958/5
ONGOING [1] 923/6
ONLY [32] 862/20 874/3 885/13 889/24 894/19 897/17 904/24 906/11 906/12 908/17 908/19 914/5 914/21 924/13 925/22 925/23 927/20 931/14 932/18 933/5 935/8 937/3 953/17 974/6 976/10 981/23 988/14 991/19 992/7 994/15 1003/24 1004/3
OPEN [6] 936/17 937/2 977/16 979/9 979/16 985/12
OPERATION [1] 971/23
OPERATIONS [1] 972/3
OPINE [2] 869/6 928/5
OPINED [3] 877/25 878/1 878/3
OPINION [5] 876/12 883/4 919/22 929/14 955/16
OPINIONS [3] 869/12 869/15 984/18
OPPORTUNITY [2] 870/20 1004/1
OPPOSED [8] 860/3 868/18 872/13 925/7 967/8 970/21 974/13 999/7
OPPOSITE [2] 998/15 999/7
OPTIMISTIC [1] 934/9
OR [98] 861/6 862/12 862/12 864/19 864/20 865/6 865/11 865/19 865/19 866/1 867/7 868/3 868/4 870/12 870/18 870/24 871/16 872/6 872/12 872/20 872/24 873/1 873/9 876/5 879/11 880/4 882/5 885/23 887/1 887/8 888/6 891/10 892/7 894/8 895/19 896/5 903/18 903/20 903/21 903/23 910/11 910/12 910/14 911/13 911/16 912/7 917/3 917/16 921/14 921/21 921/22 922/19 922/22 926/25 926/25 928/1 928/10 929/14 934/14 934/19 934/19 934/22 935/3 935/7 938/3 938/22 947/15 948/18 948/19 951/10 953/3 953/19 956/10 957/16 961/1 961/4 963/8 963/22 964/15 966/1 968/7 969/1 969/14 971/4 973/14 975/21 976/18 979/4 981/15 982/16 982/18 982/23 987/19 987/20 988/7 994/25 1002/14 1003/12
ORANGE [1] 965/20
ORDER [13] 875/25 876/4 894/8 906/20 928/1 929/3 929/11 930/19 937/8 940/23 966/8 970/15 974/7
ORIENT [1] 926/8
ORIGINAL [3] 886/23 886/24 997/5
ORIGINALLY [4] 886/2 887/1 888/22 997/13
ORLEANS [24] 855/6 855/20 855/23 856/10 857/8 857/21 859/24 881/3 887/12 897/14 898/14 902/20 910/5 912/10 912/12 912/20 914/11 959/10 960/22 961/9 962/4 962/14 976/14 982/8
OTHER [36] 864/24 865/20 866/12 867/2 869/4 869/12 872/24 874/15 878/2 889/18 891/2 900/23 904/11 907/25 910/19 915/3 917/23 918/20 926/17 926/25 931/2 931/5 932/25 937/12 938/6 938/23 940/11 949/16 957/4 960/13 979/20 979/21 983/5 987/15 987/20 995/19
OTHERS [2] 887/20 962/17
OTHERWISE [2] 974/16 996/15
OUR [53] 879/11 888/7 888/18 894/24 900/21 901/22 901/22 901/22 901/23 901/23 902/8 903/14 903/14 907/5 908/5 908/6 908/9 908/12 908/17 909/21 911/2 911/24 914/2 914/2 914/5 927/7 927/8 927/12 929/24 933/9 935/20 935/25 936/5 937/4 938/8 938/25 941/19 942/8 942/9 942/9 942/20 942/22 944/15

**Q**

OUR... [10] 946/11 946/12 946/16 954/14 956/9 957/8 963/8 970/23 971/2 981/15
OUT [15] 861/20 866/1 866/2 888/16 903/7 910/7 918/10 923/15 928/17 948/15 972/6 993/18 998/22 998/24 1004/11
OUTCOMES [1] 987/3
OUTER [1] 888/19
OUTLET [1] 881/4
OUTLINE [1] 916/12
OUTPUT [3] 889/1 889/2 945/11
OUTSIDE [8] 888/16 888/20 929/15 932/2 957/10 957/11 957/21 994/15
OVER [33] 860/6 871/1 871/24 872/23 883/25 892/11 894/7 906/16 907/17 907/19 907/22 909/5 909/8 912/14 913/10 913/11 914/3 914/14 924/16 924/24 930/24 936/13 936/25 945/19 945/23 946/8 952/25 954/5 954/8 958/18 1001/16 1004/6 1004/8
OVERFLOW [2] 907/12 909/9
OVERHEAD [1] 973/8
OVERLY [1] 922/22
OVERRULE [2] 864/9 971/24
OVERRULED [3] 877/12 878/8 978/11
OVERTOPPED [1] 906/24
OVERTOPPING [27] 889/4 897/5 897/9 897/12 897/16 897/17 897/18 897/19 907/13 907/14 907/15 908/3 908/12 915/18 923/10 923/11 923/20 924/5 924/6 924/12 948/19 954/3 954/3 954/11 954/12 954/17 987/19
OWN [8] 868/3 868/16 901/8 904/8 926/9 962/24 981/13 1004/12
OWNER [2] 865/19 866/12

**P**

P.O [1] 857/18
PAGE [76] 858/2 859/8 873/18 874/13 874/14 876/15 876/16 880/24 881/3 883/5 889/7 889/7 889/19 889/21 890/8 890/10 893/14 894/4 894/4 894/5 896/18 897/21 897/21 897/23 899/2 901/21 926/11 932/6 935/22 936/8 939/20 940/24 942/18 942/20 950/4 950/4 954/22 959/3 959/18 960/9 960/16 960/19 962/19 963/17 965/4 965/9 965/13 965/15 967/15 967/16 967/19 967/20 972/17 972/18 973/6 973/15 973/19 975/7 975/9 975/12 977/18 979/19 979/19 983/19 983/19 989/1 989/11 989/14 989/19 990/9 990/11 991/8 991/10 991/12 996/15 1000/4
PAGE 18 [1] 972/17
PAGE 4 [1] 942/18
PAGES [2] 928/18 973/2
PAGINATED [1] 996/16
PALMINTIER [3] 856/19 856/19 856/20
PAPER [1] 955/14
PAPERS [1] 859/21
PARAGRAPH [2] 918/22 968/8
PARAMETERS [1] 880/6
PARDON [1] 1002/9
PARIS [3] 898/15 903/2 923/18
PARISH [4] 859/24 961/12 961/14 962/4
PART [12] 866/24 868/21 908/1 911/9 916/14 977/18 985/7 985/8 985/8 985/10 985/11 985/14
PARTICULAR [2] 880/15 941/10
PARTICULARLY [1] 987/6

PASS [2] 924/20 995/4
PASSAGE [2] 918/23 923/21
PASSING [3] 865/8 883/3 883/25
PAST [2] 926/25 955/20
PAUL [7] 857/11 857/13 882/18 885/7 888/21 888/22 930/14
PAUSE [2] 870/19 884/6
PAY [2] 871/24 931/11
PC [2] 855/15 856/2
PEAK [14] 892/9 893/18 894/8 898/22 899/24 900/5 900/17 900/25 968/14 968/17 974/21 975/16 978/4 978/13
PECULIAR [1] 930/13
PENDING [1] 867/2
PENETRATING [1] 994/15
PEOPLE [4] 882/20 933/18 957/7 988/15
PER [5] 908/13 914/3 924/24 924/25 932/22
PERCENT [3] 953/19 953/20 953/21
PERHAPS [2] 860/15 959/19
PERIOD [16] 898/20 948/17 948/18 948/20 948/24 949/2 949/8 951/8 952/9 953/9 953/11 953/14 953/16 953/20 953/23 983/13
PERIODS [10] 949/11 952/24 953/6 953/17 954/4 954/9 997/24 998/3 998/13
PERMEABLE [1] 934/2
PERMITTED [1] 986/12
PETER [1] 857/15
PHENOMENA [1] 994/16
PHENOMENON [2] 973/17 995/15
PHILEN [1] 857/6
PHONE [3] 916/8 917/21 920/9
PHOTOGRAPH [1] 890/3
PHOTOGRAPHS [2] 942/2 963/19
PHRASED [1] 890/13
PHYSICAL [1] 962/18
PICK [3] 901/3 940/13 940/16
PICTURE [7] 892/2 896/25 911/3 965/21 965/22 978/10 998/23
PICTURES [3] 890/22 891/12 949/24
PIECE [2] 895/6 955/14
PIERCE [1] 855/15
PILE [1] 912/9
PILES [1] 887/5
PIOUS [1] 922/22
PIPE [1] 896/13
PLACE [7] 860/25 886/14 897/5 897/9 930/25 972/14 972/14
PLACED [2] 879/6 934/14
PLACES [2] 874/15 882/13
PLAINTIFFS [14] 855/15 855/18 855/21 856/2 856/5 856/9 856/12 856/16 856/19 856/22 857/6 868/2 929/10 930/23
PLAINTIFFS' [1] 965/11
PLANE [1] 881/13
PLANNED [1] 886/3
PLANTS [4] 884/25 932/22 933/4 934/3
PLASMA [1] 915/25
PLAYING [2] 994/16 995/15
PLC [3] 855/18 856/19 856/23
PLEASE [26] 859/4 877/6 883/22 885/25 887/23 889/5 890/6 891/20 893/10 901/20 905/5 907/2 907/9 911/5 916/7 916/16 924/20 925/18 926/23 929/22 932/8 936/5 949/22 952/18 955/11 1003/23
PLOP [2] 860/16 864/16
PLOT [1] 936/11
PLUS [1] 954/6
POINT [35] 864/5 865/8 865/22 870/10 871/4 871/25 883/2 900/9 900/9 901/3

901/7 907/9 909/2 910/5 928/17 936/14 943/3 946/18 949/13 951/25 952/1 960/8 968/25 968/25 969/13 981/15 985/16 987/3 989/12 994/18 995/10 995/13 1003/24 1004/11
POINTED [1] 861/19
POINTING [2] 922/19 922/19
POINTS [2] 927/12 945/11
POLDER [16] 860/7 874/8 888/20 908/22 909/12 909/20 909/23 911/2 911/14 911/15 911/18 912/1 913/15 956/20 957/10 959/9
POLDERS [5] 860/10 880/13 914/9 914/10 962/5
PONTCHARTRAIN [10] 893/25 894/1 894/14 894/18 894/18 895/7 895/10 895/12 896/7 926/18
PORT [1] 890/5
POSE [1] 955/16
POSITION [2] 868/3 917/15
POSSIBLE [1] 957/19
POSSIBLY [1] 942/10
POST [4] 856/7 856/14 856/24 885/14
POST-1958 [1] 885/14
POTENTIAL [1] 960/6
POWER [1] 878/21
POWERFUL [1] 951/8
POYDRAS [2] 856/10 857/20
PRE [5] 862/12 867/5 884/13 884/23 966/11
PRE-EXISTING [2] 862/12 867/5
PRE-KATRINA [2] 884/13 884/23
PRE-MRGO [1] 966/11
PRECISE [2] 861/11 864/10
PRECISELY [3] 900/19 912/22 918/21
PREDICT [1] 957/21
PREDICTED [1] 957/2
PREDICTION [1] 877/2
PREFER [6] 870/23 920/6 941/12 985/10 987/17 987/19
PREFERRED [2] 988/1 999/25
PREJUDICED [1] 920/1
PREMATURE [1] 916/8
PREPARED [3] 918/15 920/11 920/15
PREPARING [2] 955/9 973/24
PREPPED [1] 955/9
PRESENCE [4] 863/22 932/2 967/2 1001/2
PRESENT [4] 857/6 969/14 1003/14 1004/3
PRESENTED [2] 972/18 1002/24
PRESERVE [2] 916/17 918/1
PRESSURE [6] 865/25 866/3 866/3 915/13 915/15 915/17
PRETTY [12] 870/25 875/12 900/22 901/13 901/16 902/17 903/12 908/15 946/12 946/20 949/5 954/10
PREVIOUS [6] 896/8 908/19 957/6 957/15 958/5 990/5
PREVIOUSLY [3] 866/2 955/7 965/18
PRIMARILY [1] 887/15
PRIMARY [1] 875/8
PRINCIPLE [4] 962/17 962/17 972/11 972/13
PRISTINE [4] 871/8 884/3 939/12 966/14
PROBLEM [7] 862/20 865/17 872/2 872/3 896/7 918/15 943/18
PROCEED [2] 859/13 870/6
PROCEEDINGS [3] 855/10 857/24 1005/6
PRODUCED [8] 857/25 873/9 873/9 897/25 898/1 898/3 975/5 983/12

P

PRODUCING [1] 876/9
PROFESSIONAL [1] 955/16
PROFESSOR [124] 859/20 860/11
870/16 871/14 873/5 876/21 878/11
879/24 881/8 885/2 887/7 887/13 889/9
892/3 892/13 893/17 894/22 896/20
898/19 899/25 900/23 903/16 903/16
904/3 905/11 909/4 909/16 910/14
911/22 913/25 914/22 923/7 924/10
926/13 927/16 928/17 929/10 933/9
934/12 937/9 940/5 942/10 942/16
943/23 945/4 946/24 948/16 949/7
949/22 950/7 952/6 952/22 953/4 954/25
955/5 955/13 955/22 958/19 958/23
959/18 960/23 961/8 962/3 963/13
963/21 964/4 965/16 966/17 967/14
969/11 969/13 969/21 971/10 971/20
972/25 973/5 973/21 974/22 975/13
975/24 977/6 978/3 979/11 979/24
980/15 980/17 981/1 981/4 981/18
982/10 983/7 983/10 984/13 985/20
986/10 987/11 988/8 990/9 990/10
991/15 992/8 992/16 992/23 993/10
993/15 995/3 995/7 995/12 996/11
996/18 996/22 997/23 998/9 999/19
1000/11 1000/19 1001/7 1001/17
1001/25 1002/6 1002/7 1002/16 1003/5
1003/17
PROFFER [5] 917/21 917/24 918/11
918/14 919/25
PROFFERED [1] 920/7
PROGRESS [3] 893/1 903/8 936/25
PROGRESSING [2] 937/25 945/23
PROGRESSION [1] 983/17
PROMISE [1] 956/14
PROPER [1] 863/25
PROPERTY [1] 866/13
PROPOSED [2] 878/13 955/25
PROPOSITION [1] 912/19
PROTECT [2] 868/17 873/7
PROTECTED [2] 865/11 866/18
PROTECTION [23] 864/21 866/6 868/7
868/17 868/21 868/24 868/25 871/25
873/5 873/6 873/17 873/23 874/23 875/8
875/11 875/13 875/19 886/7 928/3
929/20 946/4 946/7 955/17
PROTECTIVE [1] 892/19
PROTECTS [1] 873/24
PROVE [1] 961/13
PROVIDE [1] 971/13
PROVIDED [5] 957/4 958/6 958/9 963/1
965/3
PUBLISH [2] 870/20 954/21
PUBLISHING [1] 955/6
PULL [1] 968/21
PULLED [2] 939/21 939/22
PULLING [1] 939/23
PURELY [1] 921/6
PURPOSE [3] 875/8 911/9 981/11
PURPOSELY [1] 862/22
PURPOSES [3] 860/17 900/22 963/1
PUSH [1] 938/3
PUSHING [1] 894/16
PUT [16] 860/14 860/25 872/12 875/5
875/12 875/24 880/5 881/23 916/2
930/25 936/12 966/10 967/8 973/8
987/21 997/14
PUTTING [4] 962/11 962/12 966/13
966/14
PX [18] 881/1 883/5 889/6 926/10 932/6
935/22 942/17 954/22 959/6 959/8

959/12 959/14 959/22 965/4 967/14
975/13 979/18 979/24
PX-103 [4] 926/10 932/6 935/22 983/19
PX-104 [4] 881/1 883/5 889/6 967/14
PX-109 [1] 975/4
PX-1332 [1] 954/22
PX-2009 [3] 942/17 965/4 996/7
PX-53 [5] 959/6 959/8 959/12 959/14
959/22

Q

QUANTIFY [2] 988/7 988/9
QUARTER [2] 914/6 914/7
QUESTION [41] 859/20 860/1 860/11
863/2 863/12 864/4 864/8 866/1 867/16
870/17 872/15 874/22 874/25 875/6
876/13 876/18 877/4 877/5 899/3 911/20
912/24 913/2 926/13 928/7 928/20
934/12 934/18 937/9 937/10 961/21
961/24 962/7 972/7 972/10 972/10 977/3
986/12 986/15 986/18 994/23 994/25
QUESTIONABLE [1] 926/17
QUESTIONS [14] 862/8 867/7 867/13
868/24 919/1 919/17 919/24 920/12
920/14 955/5 965/2 977/21 979/24
979/24
QUICK [5] 892/5 895/3 938/5 952/4
982/12
QUICK-RISING [1] 982/12
QUICKLY [10] 885/25 905/5 908/5
921/12 922/6 937/7 943/20 994/12
994/13 994/13
QUITE [7] 861/4 883/13 908/16 936/15
936/16 937/7 988/21

R

RAISED [1] 860/1
RAN [2] 881/25 912/25
RANGE [2] 1001/5 1001/20
RATE [5] 897/17 954/3 975/12 975/15
975/16
RATES [7] 907/14 907/14 908/12 923/10
923/20 924/5 924/12
RATHER [3] 961/2 961/6 985/22
RAY [17] 939/23 941/5 941/10 941/14
950/22 951/3 951/3 952/3 984/20 984/21
984/23 990/23 992/18 993/7 993/12
993/17 1001/20
RAYS [4] 940/5 941/14 941/19 984/1
REACH [31] 884/9 884/11 885/19
885/20 888/20 896/17 896/18 896/21
902/9 914/11 914/11 940/2 957/2 965/19
966/16 967/3 967/11 967/14 968/9
969/11 969/12 969/16 971/19 974/3
974/12 979/7 980/8 982/6 984/2 987/16
988/19
REACH 1 [2] 884/9 896/18
REACH 2 [21] 884/11 885/19 885/20
896/17 896/21 914/11 940/2 965/19
966/16 967/3 967/11 967/12 969/11
969/16 971/19 974/3 974/12 979/7 982/6
984/2 987/16
REACHES [2] 946/1 953/1
REACHING [1] 918/18
READ [6] 873/10 874/17 877/15 881/5
917/3 953/3
READING [1] 871/6
REAL [25] 868/4 886/6 892/5 895/3
895/18 895/22 900/13 912/5 914/2
926/16 927/4 968/21 974/4 975/18
976/15 989/9 989/10 997/11 999/8
999/13 1000/5 1000/6 1000/11 1000/24
1001/11

REAL-RUN [2] 974/4 975/18
REALLY [5] 863/10 869/5 872/10 969/5
986/5
REARTICULATED [1] 862/20
REASON [8] 894/11 896/8 906/9 935/19
938/11 968/16 970/25 980/4
REASONABLE [1] 1002/21
REASONS [3] 922/16 987/1 1004/9
RECALCULATED [1] 999/6
RECALCULATION [3] 997/13 998/1
999/12
RECALL [6] 883/18 887/11 967/7 967/9
967/10 967/13
RECEDES [1] 893/2
RECEIVED [2] 981/8 993/23
RECENT [2] 995/3 996/17
RECESS [5] 915/21 916/5 916/8 925/16
1004/19
RECITING [1] 995/8
RECOGNIZED [2] 868/5 871/22
RECOLLECTION [1] 1004/4
RECOMPUTATION [1] 999/19
RECOMPUTED [2] 996/10 999/17
RECOMPUTING [1] 993/22
RECONVENED [1] 942/3
RECORD [16] 864/7 869/9 916/25 917/1
917/2 917/22 917/23 919/18 923/14
925/20 931/24 954/15 996/14 1003/23
1004/2 1005/6
RECORDED [1] 857/24
RECORDING [1] 927/13
RED [12] 887/24 887/25 888/1 888/9
893/19 894/3 895/10 948/15 948/16
952/19 952/20 979/17
REDO [1] 942/4
REDUCE [3] 884/8 935/16 980/22
REDUCED [13] 894/8 894/10 894/20
895/8 897/20 937/1 940/22 967/3 968/16
980/23 997/24 999/18 999/22
REDUCES [1] 968/17
REDUCING [1] 995/24
REDUCTION [7] 934/10 935/18 937/3
938/13 952/13 952/14 980/24
REEDS [1] 932/13 938/1
REFER [2] 895/18 895/22
REFERENCE [4] 881/2 939/15 958/24
962/5
REFERENCES [2] 869/12 876/9
REFERRED [2] 959/16 976/12
REFERRING [2] 976/22 996/2
REFERS [2] 935/8 948/16
REFLECT [6] 962/21 974/20 984/4 997/3
1001/1 1001/13
REFLECTED [1] 899/14
REFLECTS [1] 983/20
REFRAME [1] 961/25
REFUTED [1] 963/8
REGARD [4] 873/5 876/24 879/6 933/3
REGARDING [1] 971/5
REGARDLESS [1] 969/14
REGENERATE [2] 938/14 946/8
REGENERATING [1] 937/5
REGENERATION [6] 937/21 937/23
938/7 938/9 939/6 947/14
REGION [1] 967/11
REGISTERING [1] 984/22
RELATE [1] 868/22
RELATED [4] 928/6 971/6 990/7 995/14
RELATES [3] 876/13 925/25 926/1
RELATING [1] 867/4
RELATION [1] 893/3
RELATIONSHIP [1] 977/1

R

RELATIVE [3] 892/3 892/19 909/18
RELEVANCE [3] 864/4 867/12 961/3
RELEVANT [4] 861/24 960/22 961/4
961/4
RELIABLE [6] 929/3 985/19 986/3 986/4
987/4 988/5
RELIED [9] 869/11 876/9 931/2 957/6
957/12 961/16 962/21 963/4 963/10
RELY [4] 869/13 869/23 929/2 984/15
RELYING [1] 987/1
REMARKABLY [1] 894/9
REMEMBER [5] 859/20 894/2 906/5
938/5 951/16
REMOVED [1] 967/8
RENDERS [1] 876/12
REPHRASE [2] 863/12 977/2
REPHRASED [1] 863/14
REPORT [69] 869/22 869/23 872/15
873/16 873/19 874/1 874/3 874/4 874/11
875/3 875/5 876/13 877/15 878/6 878/7
881/1 881/4 883/5 889/6 890/7 896/16
918/24 919/5 919/11 919/12 919/13
919/13 926/8 926/9 926/14 926/15 928/5
928/16 928/21 935/22 939/20 942/17
942/20 947/4 955/9 957/13 957/13
957/14 958/2 958/4 958/5 958/6 958/8
958/11 959/5 959/8 961/16 962/21 965/5
965/10 966/3 971/23 972/1 972/17 975/4
975/5 975/12 982/11 982/21 983/12
983/18 994/3 996/6 1003/4
REPORTER [4] 857/20 932/2 1005/3
1005/11
REPORTS [12] 869/13 873/10 873/11
873/11 873/11 873/13 873/15 876/10
943/21 958/9 963/18 981/9
REPORTS ARE [1] 958/9
REPRESENT [2] 959/14 987/15
REPRESENTS [2] 869/7 944/24
REPRODUCE [2] 881/25 962/13
REPUTATION [1] 876/24
REQUIRES [3] 882/2 882/4 882/8
RESERVE [1] 864/7
RESERVING [1] 869/3
RESIO'S [1] 940/19
RESPECT [9] 918/18 920/10 961/8
961/20 962/3 971/19 974/24 998/16
999/16
RESPECTFULLY [1] 863/17
RESPOND [2] 861/23 862/19
RESPONSE [2] 861/2 869/17
RESPONSIBILITY [1] 866/22
RESPONSIBLE [1] 866/20
REST [1] 884/5
RESTORING [1] 971/15
RESTRICTED [1] 878/1
RESULT [5] 909/23 932/15 941/15
993/23 996/13
RESULTS [23] 878/23 879/4 881/18
893/11 893/12 936/5 936/6 936/11
941/22 942/7 942/24 949/24 950/5
957/22 960/19 962/22 963/8 965/3 982/5
982/6 982/7 983/1 983/2
RETARDS [1] 903/8
REVEAL [2] 878/24 879/4
REVEALED [1] 872/7
REVIEW [2] 955/8 963/21
REVIEWED [1] 963/22
REVIEWS [1] 963/22
RICHARD [1] 857/16
RIDGE [3] 934/13 934/17 934/19
RIDING [1] 956/14

RIGHT [123]  862/11 863/8 867/14 869/2
869/3 870/11 873/3 877/4 878/6 878/7
878/13 879/14 879/18 879/24 880/25
882/2 882/6 882/21 882/23 883/13
883/16 883/17 884/15 885/7 886/10
889/11 890/11 890/15 892/15 895/23
897/7 899/8 899/25 900/23 901/1 901/16
902/16 904/20 905/10 908/11 909/6
910/3 910/8 913/15 916/15 917/13
919/21 920/14 921/4 921/17 921/18
922/4 922/18 923/3 923/21 923/23
923/24 924/6 924/9 928/17 929/12
929/15 929/22 930/11 930/12 930/15
930/16 931/6 931/19 931/21 935/9
936/24 939/17 940/3 940/5 940/21
940/24 941/25 942/4 942/5 942/10
942/11 942/25 943/14 944/3 945/4
945/12 945/15 946/6 946/12 949/14
951/4 952/4 952/18 953/22 955/2 957/19
957/20 959/5 967/12 968/10 970/7 972/5
976/3 976/8 979/23 980/2 980/2 980/8
982/24 983/7 984/24 990/2 990/10
992/25 996/23 997/3 997/5 998/9 998/25
1000/1 1000/1 1000/24
RIGHT-HAND [3] 889/11 997/3 997/5
RIGIDITY [2] 932/17 932/18
RISE [13] 859/3 916/4 916/6 925/15
925/17 974/20 975/12 975/16 978/4
990/19 992/18 995/14 1004/18
RISES [2] 994/9 994/12
RISING [5] 860/6 982/12 982/13 994/16
995/21
RIVER [1] 881/4
ROAD [3] 898/15 903/2 923/18
ROBERT [1] 857/6
ROBIN [3] 857/15 859/11 876/17
ROBINSON [2] 855/5 919/11
ROBUST [1] 927/9
ROCK [1] 865/13
ROOM [3] 857/20 870/20 920/1
ROSE [1] 891/6
ROUGE [2] 856/14 856/21
ROUGH [3] 934/19 934/20 934/22
ROUGHLY [4] 893/6 899/11 925/4
953/21
ROUGHNESS [7] 890/13 891/16 891/17
891/18 892/22 935/10 938/12
ROUND [1] 948/15
ROW [1] 992/6
ROY [2] 856/5 856/6
RULE [2] 868/23 925/25
RULED [2] 921/24 922/12
RULER [1] 904/8
RULES [2] 870/8 917/14
RULING [2] 897/13 1004/4
RUN [34] 875/20 895/19 895/23 895/23
900/14 901/22 912/5 913/9 914/2 946/18
948/19 948/21 948/22 948/23 953/15
953/21 954/2 954/4 955/24 968/21 974/4
975/18 983/25 987/19 989/9 989/10
997/11 999/8 999/13 1000/5 1000/6
1000/12 1000/24 1001/11
RUN-UP [9] 948/19 948/21 948/22
948/23 953/15 954/2 954/4 955/24
987/19
RUN-UPS [1] 953/21
RUNNER [1] 955/25
RUNNING [2] 896/13 912/23
RUNS [4] 874/20 888/13 900/15 900/16
RUPERT [1] 857/14

S

S.W [1] 856/17

SAFE [3] 865/13 934/11 997/11
SAID [15]  863/6 866/15 869/13 877/10
914/25 945/12 946/5 947/5 955/5 957/7
966/20 966/20 973/7 977/12 983/8
SAKE [1] 942/3
SAME [70]  862/4 867/21 873/8 875/16
876/8 876/17 878/17 878/22 880/1
881/23 886/21 888/5 890/7 893/14
896/16 903/17 907/4 907/9 907/10
907/11 915/6 916/13 918/17 918/18
919/10 919/23 923/6 924/4 924/6 927/2
927/7 928/9 928/23 929/7 935/22 938/8
939/10 939/19 939/20 942/8 942/20
945/2 946/12 946/20 948/4 948/9 951/20
953/6 953/7 954/24 965/9 965/22 966/1
966/2 970/11 970/13 972/17 973/14
974/6 974/11 975/17 976/18 980/7
980/10 983/1 983/2 992/18 993/7 993/12
998/11
SANCTIMONIOUS [1] 922/23
SANCTION [2] 917/13 917/15
SARAH [1] 857/16
SATISFIED [2] 931/15 931/17
SAVE [3] 920/17 921/11 921/14
SAW [2] 879/16 890/3
SAY [41] 860/18 863/20 870/3 872/24
875/12 875/18 879/20 884/4 885/14
903/3 903/25 906/14 910/6 910/14
910/15 917/15 917/16 918/3 919/25
921/14 922/20 925/10 926/15 936/8
937/11 947/15 947/20 949/8 954/10
959/21 962/9 976/5 978/25 988/11
988/13 988/15 990/2 990/2 994/8 994/21
997/11
SAYING [9] 862/7 869/21 875/1 875/2
910/19 922/13 966/19 969/23 988/18
SAYS [8] 869/19 919/13 963/17 968/12
968/13 969/3 995/7 996/22
SCARCE [1] 957/9
SCATTERED [1] 891/11
SCENARIO [172]
SCENARIO 1 [5] 942/5 942/9 952/25
967/6 968/15
SCENARIO 3 [1] 975/18
SCENARIOS [23] 874/20 883/9 883/15
883/19 883/20 883/22 887/7 887/14
899/15 909/19 915/3 939/10 939/14
944/25 948/9 951/13 951/21 951/25
964/5 977/2 978/13 983/1 996/10
SCOPE [8] 869/15 872/15 875/2 875/14
878/7 928/5 928/16 928/22
SCOTIA [1] 926/5
SCOTT [1] 855/19
SCOUR [1] 897/13
SCREENS [1] 915/25
SEA [1] 881/15
SEABROOK [2] 895/15 898/17
SEATED [4] 859/4 916/7 925/18 1003/23
SECOND [29] 859/8 865/8 866/7 866/12
866/21 876/16 877/3 880/21 884/6
897/15 897/22 900/2 908/13 914/3
924/24 924/25 931/23 932/17 934/18
950/4 963/14 965/8 968/7 971/25 992/6
998/7 998/7 998/16 999/4
SECONDS [1] 953/3
SECTION [1] 971/6
SEE [110]  865/6 874/7 875/14 881/25
882/21 887/24 889/13 889/16 890/15
890/17 890/18 890/19 890/23 891/4
891/8 891/16 893/5 893/18 893/20
893/21 894/9 894/20 895/6 895/8 895/10
896/20 896/21 896/22 898/13 898/16

SEE... [80] 899/12 899/21 899/23 900/2
900/5 900/21 900/25 901/12 901/21
901/23 902/5 902/12 903/2 903/11
905/17 906/7 906/14 908/9 908/11
908/17 908/22 911/20 911/25 912/14
916/1 923/6 923/9 923/10 923/19 924/9
924/23 928/8 928/8 930/13 932/15
932/18 933/4 933/10 933/11 935/23
936/15 936/21 937/1 938/6 938/7 938/8
940/11 940/20 941/3 941/14 943/2
943/19 944/18 944/21 946/20 946/21
947/9 948/24 950/13 952/19 952/22
953/2 959/5 960/20 963/8 964/19 968/23
972/20 972/21 979/16 980/25 981/14
984/19 990/19 992/18 993/12 995/24
1001/19 1002/15 1004/16
SEEING [7] 907/22 909/4 909/24 936/5
936/10 953/4 970/23
SEEMS [2] 863/25 927/19
SEEN [7] 897/14 921/13 955/13 956/21
974/5 991/18 998/15
SEES [1] 929/21
SELFISH [1] 1004/12
SEND [1] 951/17
SENSE [3] 921/21 927/7 929/7
SENSITIVE [1] 954/4
SENTENCE [2] 859/7 859/11
SEPARATE [3] 864/25 922/10 943/9
SEPARATED [1] 921/19
SEPTEMBER [2] 916/17 916/22
SEQUENCE [1] 927/2
SEQUENTIALLY [1] 861/9
SERIES [1] 924/21
SERVED [1] 968/21
SERVICEABILITY [1] 865/2
SESSION [3] 855/10 859/1 859/4
SET [7] 871/16 894/22 917/4 940/7
957/13 957/19 983/18
SETUP [1] 927/20
SEVERAL [1] 944/18
SHALLOW [8] 897/4 945/23 985/13
986/5 987/3 988/2 988/5 988/22
SHALLOW-WATER [1] 988/2
SHALLOWER [1] 865/15
SHAPE [1] 861/6
SHARE [3] 860/19 926/23 959/20
SHARED [1] 959/20
SHEDDING [1] 895/11
SHEET [1] 912/9
SHEETS [1] 891/8
SHELL [8] 898/12 900/12 900/25 901/1
901/10 975/13 976/25 977/2
SHERMAN [1] 855/22
SHIFTED [1] 886/7
SHIP [4] 865/9 872/22 912/23 912/25
SHIPS [2] 865/8 865/9
SHORE [6] 899/14 926/19 929/20 946/4
946/7 988/1
SHORE PROTECTION [1] 929/20
SHORES [1] 865/6
SHORT [6] 892/21 893/1 938/4 982/12
982/21 982/23
SHORT-DURATION [1] 892/21
SHORTER [5] 902/3 902/23 904/6
908/18 908/23
SHOT [1] 921/16
SHOULD [25] 864/2 864/18 868/8
871/24 872/3 872/5 879/9 894/2 922/23
929/11 929/16 929/18 931/5 943/12
943/16 953/10 953/12 954/15 955/21
980/22 983/1 988/20 989/22 991/13

SHOULDN'T [2] 889/9 967/16
SHOW [26] 859/14 867/11 867/25 868/1
868/12 868/15 871/3 875/17 875/18
888/25 889/18 898/25 899/2 899/2
924/11 939/1 939/8 939/21 952/4 954/15
964/5 965/4 965/23 973/2 989/5 1002/12
SHOWED [4] 891/7 929/6 956/19 974/9
SHOWING [5] 942/21 942/21 942/22
977/1 989/13
SHOWN [4] 859/11 900/14 996/13 998/3
SHOWS [9] 909/18 943/21 943/23
965/18 975/12 975/15 982/11 982/21
989/1
SHUT [1] 919/2
SIDE [20] 878/2 881/24 888/19 889/11
889/13 896/9 896/9 916/13 918/19
918/20 923/3 927/6 938/6 949/25 954/13
974/25 976/1 981/15 983/25 997/20
SIGNIFICANCE [1] 980/19
SIGNIFICANT [18] 913/13 954/25 972/8
983/20 986/8 990/16 991/16 991/19
993/22 997/12 998/8 998/19 999/12
999/17 999/18 1000/14 1000/16 1001/10
SIMILAR [11] 871/17 877/16 877/17
886/1 968/13 977/9 977/12 978/6 982/6
982/7 982/8
SIMPLE [2] 929/19 932/13
SIMPLER [1] 952/16
SIMPLY [4] 882/22 897/23 972/6 976/22
SIMS [1] 856/3
SIMULATE [1] 932/10
SIMULATION [4] 874/8 911/15 926/20
959/9
SIMULATIONS [1] 863/21
SINCE [8] 860/1 911/24 925/21 930/24
949/20 951/18 955/10 994/24
SINGLE [5] 875/5 875/6 931/12 982/15
982/20
SIR [11] 859/5 861/2 869/16 914/8
943/17 958/22 965/12 967/19 978/24
986/6 994/22
SIT [4] 919/2 922/5 922/5 922/13
SITTING [2] 882/20 885/2
SITUATION [1] 995/19
SITUATIONS [2] 866/8 871/18
SIX [2] 893/8 893/9
SIZE [19] 886/1 887/10 940/9 940/22
957/19 966/15 968/16 968/20 971/6
973/14 973/15 983/11 983/13 987/15
990/19 992/3 992/18 992/20 1003/8
SIZES [1] 962/12
SKIP [1] 923/2
SLIDE [41] 866/1 866/4 880/22 887/23
889/5 890/6 890/6 891/20 893/10 901/20
902/16 903/2 903/9 905/9 905/16 905/25
907/2 907/2 907/9 907/11 908/9 911/5
913/17 916/11 921/11 923/13 924/3
924/8 924/20 924/21 929/22 932/6 932/8
935/21 935/22 936/5 936/7 939/17
939/24 942/23 954/20
SLIDES [3] 894/23 906/3 964/2
SLIGHT [5] 953/17 953/18 966/5 966/6
980/24
SLIGHTLY [10] 864/22 953/11 960/20
970/16 972/12 972/22 973/1 973/15
973/18 980/23
SLOPE [1] 866/1
SLOW [1] 982/12
SLOWLY [1] 872/23
SMALL [4] 890/4 962/15 968/13 971/12
SMALLER [13] 894/17 938/1 938/10
940/9 940/9 969/4 972/21 973/18 974/10
1002/15 1002/16 1002/19 1002/20

SMALLEST [25] 857/17 859/1 860/2 861/19
863/13 869/3 869/18 870/3 870/23 871/2
875/2 876/17 916/19 918/15 922/12
925/19 931/25 963/15 965/9 968/3 973/9
975/2 989/16 1003/11 1003/22
SMITH'S [1] 928/15
SO [231]
SO THERE'S [1] 908/24
SOBEK [11] 879/22 880/1 881/10 881/20
956/17 956/24 957/5 957/15 958/11
963/2 988/2
SOFT [1] 865/23
SOIL [3] 865/24 866/2 866/4
SOILEAU [4] 861/4 861/25 863/20
937/22
SOILEAU'S [1] 863/18
SOJA [1] 857/16
SOLELY [2] 878/25 879/5
SOLID [1] 888/9
SOLUTION [1] 865/18
SOME [35] 864/4 864/24 865/18 866/2
866/4 882/16 885/4 888/13 888/23
917/23 919/22 926/14 927/14 927/14
928/2 930/24 933/16 941/9 942/2 953/7
957/9 967/4 968/13 968/24 981/15 984/7
985/16 985/18 986/18 993/23 993/24
995/10 999/22 999/24 999/24
SOMEBODY [1] 929/16
SOMEONE [4] 860/15 880/5 963/23
994/25
SOMETHING [11] 872/8 894/8 918/6
921/7 931/23 941/8 955/19 961/20 972/5
976/23 986/19
SOMETIMES [5] 926/4 926/5 970/16
995/18 995/18
SOMEWHERE [2] 864/24 896/12
SOON [2] 953/1 988/22
SORRY [21] 883/6 890/10 895/3 907/13
908/6 908/25 923/3 931/23 943/17 948/6
957/18 963/15 965/6 967/6 967/16
969/24 972/25 982/17 985/2 988/3 998/6
SORT [1] 993/12
SORTS [1] 957/4
SOURCES [1] 963/5
SOUTH [6] 855/16 901/17 901/18
905/17 908/7 976/1
SOUTHERN [1] 982/7
SPEAKING [3] 894/7 953/15 974/9
SPECIFIC [5] 869/6 872/8 874/22
911/18 968/3
SPECIFICALLY [4] 869/10 906/1 921/16
928/21
SPECULATION [3] 877/8 877/10 877/12
SPEED [2] 895/5 923/1
SPEND [3] 876/21 878/11 949/13
SPENT [1] 983/11
SPOIL [1] 887/5
SPOTS [1] 950/15
SPREADING [1] 903/7
SPRINGS [1] 856/17
SQUARE [3] 924/13 924/13 932/22
SQUEEZE [1] 866/2
SR [1] 857/16
ST [1] 961/14
ST. [4] 859/24 956/20 961/12 962/4
ST. BERNARD [4] 859/24 956/20 961/12
962/4
STABILITY [2] 865/23 865/25
STAKE [1] 985/17
STAMPED [1] 963/18
STAND [1] 945/17
STANDARD [1] 927/25

**S**

STANDARDS [2] 928/6 928/19
STANDPOINT [3] 921/22 921/22 921/23
STANDS [2] 945/18 985/6
STANWOOD [1] 855/11
START [15] 876/15 881/23 897/18
901/19 907/21 915/6 922/19 934/21
935/2 940/8 941/13 945/20 946/20
956/16 985/11
STARTED [4] 877/2 892/8 956/17
986/16
STARTING [4] 883/23 892/7 898/24
904/16
STARTS [10] 897/15 907/17 909/9 925/2
938/2 945/21 946/2 953/1 953/2 979/16
STATE [2] 981/21 1002/17
STATED [1] 1004/2
STATEMENT [2] 925/20 925/23
STATES [4] 855/1 855/7 855/11 1005/3
STATING [2] 922/18 969/1
STATION [2] 857/17 956/19
STATUS [1] 1004/15
STAY [2] 901/3 927/13
STAYED [1] 901/4
STAYS [2] 946/20 994/10
STEADY [1] 953/8
STEMS [2] 932/17 932/21
STENOGRAPHY [1] 857/24
STEP [1] 1003/20
STEVENS [2] 856/22 856/23
STICK [1] 973/21
STILL [19] 865/24 887/18 890/4 891/5
905/10 907/3 907/5 907/15 937/6 937/12
937/15 937/17 938/7 943/2 943/5 979/20
979/21 987/17 995/5
STIPULATE [5] 919/3 920/20 920/22
921/5 982/4
STONE [1] 857/16
STOP [2] 915/6 987/20
STOPPED [3] 963/1 963/4 963/18
STOPPED-CLOCK [2] 963/1 963/4
STORIES [2] 895/14 962/13
STORM [11] 866/8 881/16 883/3 883/25
893/3 893/18 894/6 894/8 995/22 1001/3
1003/8
STORMS [4] 881/16 982/12 982/13
983/5
STORY [2] 907/10 907/11
STRATEGIC [1] 921/22
STRATEGICALLY [2] 922/9 922/15
STRATEGY [2] 921/13 921/25
STREET [11] 855/16 855/19 855/23
856/6 856/10 856/13 856/20 857/4 857/7
857/20 960/21
STRETCH [1] 937/6
STRICT [2] 878/2 897/25
STRIKE [1] 985/14
STRONG [1] 929/4
STRUCK [2] 964/9 1001/3
STRUCTURE [12] 864/20 864/21 864/23
864/25 865/21 866/16 867/5 867/9
892/19 897/11 928/3 955/17
STUDIED [3] 887/20 889/3 1002/17
STUDIES [1] 927/21
STUDY [11] 866/11 876/11 877/16
877/20 878/23 879/4 890/1 927/16
927/17 928/22 969/5 970/18 971/2 971/7
971/13 973/19 973/25
STUFF [2] 918/18 922/22
SUBJECT [6] 873/15 877/25 878/2 878/3
930/11 961/22
SUBMITTED [4] 919/10 919/11 981/5

981/8
SUBROGATED [1] 897/3
SUBSEQUENT [3] 860/15 861/16
861/20
SUBSTANTIALLY [5] 915/15 923/10
923/11 923/25 1002/15
SUCH [5] 926/19 954/18 969/2 985/12
997/16
SUDDENLY [1] 946/1
SUFFICIENT [3] 860/7 894/16 940/23
SUFFICIENTLY [1] 881/17
SUGGEST [1] 959/3
SUGGESTED [2] 933/16 971/22
SUGGESTING [1] 918/10
SUGGESTS [2] 864/15 974/15
SUITE [5] 855/16 856/3 856/6 856/10
857/7
SUM [1] 885/13
SUMMARIZES [2] 882/22 883/15
SUPPLEMENTAL [2] 965/5 965/10
SUPPLIED [1] 960/1
SUPPOSED [3] 872/25 873/1 960/6
SURE [15] 878/5 881/2 884/6 888/23
891/25 968/1 970/25 979/15 986/17
990/5 990/6 992/25 995/9 1002/22
1003/4
SURELY [1] 927/22
SURFACES [1] 935/7
SURGE [66] 880/7 880/10 880/12
880/14 880/20 881/16 882/22 882/25
883/1 883/6 892/3 892/8 892/18 893/3
893/4 893/20 894/6 894/8 899/24 905/23
937/12 952/10 954/6 965/15 965/16
965/19 965/24 966/15 967/3 967/7
968/14 968/18 969/15 971/19 972/9
973/14 974/2 974/11 974/12 974/18
974/20 974/21 975/13 975/16 975/17
976/9 976/13 976/14 977/1 977/7 977/19
978/2 978/3 978/13 979/9 980/13 980/21
980/23 981/18 982/5 982/6 982/7 994/10
995/14 998/7 1003/8
SURGES [2] 866/8 929/6
SURPRISED [2] 927/21 982/20
SURVIVE [1] 897/11
SWAMPS [1] 937/25
SWAN [13] 873/18 880/19 881/10
925/10 929/8 932/12 933/1 933/1 933/6
940/25 988/3 988/10 988/20
SWITCH [2] 964/1 985/16
SWORN [1] 859/17
SYNOPSIS [1] 943/15
SYSTEM [2] 872/21 881/13

**T**

T-SHEETS [1] 891/8
TABLE [11] 862/3 941/17 949/9 949/10
949/11 949/12 983/25 987/14 994/17
995/8 1001/1
TABLES [2] 949/15 987/15
TACTICAL [1] 1004/5
TAD [1] 940/13
TAHEERAH [1] 857/11
TAKE [24] 861/6 862/1 862/5 862/9
864/2 890/14 904/8 909/13 915/20 916/9
917/21 917/25 918/10 920/9 926/14
938/7 941/3 944/20 951/3 955/11 958/19
968/5 974/18 985/18
TAKEN [3] 956/25 998/22 998/24
TAKES [6] 897/5 897/9 920/22 932/14
958/18 969/18
TAKING [2] 966/9 997/15
TALK [19] 873/16 874/15 876/2 880/20

880/21 881/11 897/21 903/1 931/24
913/4 914/23 971/25 983/4 983/6
984/18 990/15 995/1 1004/1
TALKED [8] 879/22 881/10 937/21
939/22 940/13 941/5 964/4 993/21
TALKING [20] 891/24 893/11 900/13
914/10 919/8 920/23 921/16 926/7
928/11 928/12 943/21 956/17 967/11
969/8 969/11 976/5 976/21 990/9 990/11
995/25
TALKS [5] 873/18 873/19 873/19 874/19
874/20
TALL [1] 906/8
TAN [1] 891/10
TANDEM [1] 995/17
TEAM [8] 873/9 878/17 880/14 880/17
926/23 933/11 933/23 963/23
TECHNICAL [2] 873/11 873/15
TECHNIQUE [2] 876/17 878/12
TELEVISION [2] 956/19 957/1
TELL [24] 867/23 874/4 882/8 882/11
893/17 895/3 904/7 912/16 921/25
922/14 925/18 931/2 931/5 931/8 932/5
949/7 949/22 951/24 953/13 956/11
957/24 978/12 1003/2 1003/3
TELLING [2] 921/25 971/9
TELLS [1] 945/14
TEN [1] 915/21
TEN-MINUTE [1] 915/21
TEND [3] 986/25 987/4 988/6
TENDER [1] 956/2
TENTHS [1] 984/22
TERMINAL [2] 898/15 903/9
TERMS [2] 864/22 878/12 980/21
985/20 987/6
TESTIFIED [8] 859/17 861/25 863/24
956/21 956/24 964/6 965/18 974/19
TESTIFIES [1] 915/12
TESTIFY [3] 869/24 877/19 947/2
TESTIFYING [3] 869/22 910/14 947/7
TESTIMONY [21] 861/4 861/13 863/18
876/3 916/17 916/22 917/7 917/10
917/11 918/1 918/8 919/6 920/7 955/10
961/8 962/5 963/10 974/2 977/13 990/6
990/6
TEXAS [1] 856/4
THAN [53] 869/12 872/24 894/19 896/10
896/13 897/9 901/22 902/15 905/4
908/23 910/20 915/8 915/10 915/18
924/4 924/17 925/13 926/17 930/17
940/20 943/3 947/10 949/2 951/10 954/4
954/11 955/15 959/13 961/2 961/6 962/7
968/15 968/15 969/4 973/15 974/3 974/8
974/10 984/12 984/22 985/22 988/2
988/3 990/4 991/1 991/5 991/24 992/10
992/13 992/19 997/13 1000/17 1001/5
THANK [33] 859/14 859/15 864/12
864/13 877/24 878/9 894/22 913/3 916/3
925/14 932/3 937/19 943/17 956/1 963/6
963/13 963/25 965/12 968/9 973/9
973/10 974/15 975/6 975/10 978/24
985/3 988/23 991/13 993/3 1002/6
1003/19 1004/13 1004/14
THAT [549]
THAT'S [124] 860/7 864/17 865/18
867/6 867/9 868/12 870/23 871/5 871/20
872/16 872/22 872/22 873/1 874/8
875/12 875/15 875/17 875/23 877/11
880/25 882/24 883/13 883/17 885/16
888/4 888/15 889/14 889/19 889/22
890/23 890/24 891/10 892/10 892/11
895/16 896/11 900/24 902/4 902/20
906/12 908/10 909/14 909/14 910/24

THAT'S... [80]  911/11 913/12 914/16
915/5 915/14 915/17 916/14 918/23
918/24 919/25 920/21 921/2 921/7
921/22 921/24 922/7 922/20 924/19
925/23 926/6 928/25 929/7 930/16
933/15 934/1 934/15 935/25 936/1 939/3
940/22 942/5 942/11 942/15 943/7
944/13 944/15 945/6 945/12 946/4
948/13 949/21 950/20 951/1 954/15
956/10 959/12 959/15 960/6 960/22
960/22 961/18 962/3 962/7 962/17
964/23 965/9 966/23 967/22 969/18
971/1 971/7 973/6 973/14 975/14 975/19
976/14 976/20 977/14 977/24 978/21
978/22 981/2 981/3 983/16 989/12
989/23 990/12 991/13 994/19 997/18
THE COAST [1]  914/15
THE ORLEANS [1]  961/9
THE RESULT [1]  932/15
THEIR [5]  876/10 884/13 919/12 966/11
966/13
THEM [22]  860/6 865/7 868/15 879/12
885/22 885/23 898/1 898/1 898/25 899/2
900/14 914/13 916/1 916/2 927/5 927/5
929/3 930/13 951/16 951/17 957/19
963/9
THEN [129]  860/6 865/16 865/19 866/18
866/22 867/17 870/21 871/3 872/11
875/23 880/20 881/24 883/25 884/3
884/20 886/22 888/4 889/1 892/9 892/21
892/24 893/1 893/21 894/16 895/6 896/5
896/6 896/12 896/14 897/2 897/15
897/16 897/19 898/16 898/17 904/13
907/17 909/9 909/10 914/5 916/25
917/22 920/1 921/8 922/21 925/21
932/20 932/22 932/23 934/18 934/20
935/7 936/13 936/25 937/4 937/24 938/1
938/2 939/12 940/9 940/24 941/8 944/1
944/12 945/25 946/1 946/2 946/13
946/16 946/21 947/8 947/14 948/7 950/1
950/8 950/23 951/5 952/9 952/10 952/11
953/1 953/20 954/10 954/12 957/16
957/21 962/8 962/11 962/13 962/13
962/15 962/16 964/25 965/22 966/1
969/5 970/16 970/18 972/18 972/21
973/19 979/16 979/19 980/23 982/25
984/19 985/7 985/7 986/3 986/4 987/1
987/3 987/18 987/20 988/19 988/22
989/12 991/24 992/10 992/13 992/22
993/8 993/17 994/8 994/9 994/10 994/13
1000/1 1002/8
THEN HE [1]  916/25
THEORETICAL [1]  983/5
THEORY [5]  911/10 912/17 912/19
914/11 914/16
THERE [102]  861/7 862/2 862/2 864/23
865/8 865/18 866/10 866/18 866/21
867/22 868/7 868/15 868/20 872/7 876/3
876/12 878/24 879/4 879/6 879/14
880/11 881/15 890/3 891/4 891/5 891/10
892/25 893/19 895/14 896/5 896/7
896/12 897/15 899/11 901/3 902/12
903/24 904/9 904/24 904/25 905/23
908/20 909/18 912/9 912/10 913/2 914/9
927/4 927/9 927/12 929/19 932/1 933/10
934/14 934/15 934/22 936/16 937/3
937/5 938/14 938/21 938/23 939/17
941/11 943/14 947/16 952/10 953/7
955/14 955/25 960/24 964/25
965/2 966/5 967/5 967/17 967/21 969/15
970/3 970/4 970/5 970/6 970/20 970/23
971/11 972/19 972/22 974/8 974/14
975/2 976/13 977/18 977/19 979/23
982/12 982/13 984/7 984/14 988/4
994/25 999/25
THERE OR [1]  934/14
THERE'S [52]  864/1 864/4 865/16 866/3
866/5 866/15 878/4 880/12 884/17 890/4
890/19 896/4 896/6 896/6 897/12 898/16
901/18 903/4 904/24 908/24 912/7 913/9
913/10 913/14 924/16 932/13 933/5
934/16 935/18 935/18 936/17 939/8
948/1 948/8 949/7 953/10 954/11 954/11
965/23 968/23 970/13 974/12 978/10
980/22 985/16 989/14 995/5 995/15
998/25 998/25 999/22 999/10
THEREFORE [3]  863/1 868/22 879/16
THEREOF [1]  882/5
THESE [82]  860/5 860/10 865/11 866/5
867/19 869/7 869/13 869/14 869/25
870/1 870/20 871/3 871/16 873/10
873/11 873/11 875/9 875/9 876/9 881/13
887/7 887/13 888/25 891/12 891/12
898/3 906/2 907/21 909/19 911/14 912/9
914/12 919/5 919/13 923/1 923/16 927/3
929/5 932/24 937/25 938/12 940/10
940/24 940/25 941/22 942/4 949/15
950/3 950/8 950/9 950/14 957/9 957/15
957/21 965/1 965/3 965/3 966/1 967/22
969/4 972/15 972/19 974/5 974/20
980/20 980/25 984/24 985/18 987/14
987/23 988/5 994/4 994/16 994/25 995/1
997/2 998/6 998/9 998/13 998/13 1001/5
1002/6
THEY [65]  862/1 862/2 865/11 867/3
868/7 873/12 873/12 873/20 873/21
874/15 874/15 876/9 876/16 882/18
883/19 884/11 885/11 891/13 898/21
900/21 915/6 915/6 916/2 916/3 919/10
919/11 919/12 920/24 927/13 930/17
933/18 936/25 937/7 943/5 943/5 953/16
957/10 957/16 957/23 974/4 974/6
977/12 979/20 979/21 983/2 984/22
986/3 986/4 987/4 988/5 988/8 988/18
991/1 991/5 995/17 995/18 995/20
995/21 998/2 1002/8 1002/10 1002/15
1002/24 1003/1 1003/1
THEY'RE [6]  901/16 901/17 902/17
949/5 978/6 984/21
THING [14]  866/7 869/21 875/16 881/21
897/15 899/12 900/2 907/4 908/25 923/6
924/4 943/13 954/24 980/10
THINGS [8]  866/5 873/25 899/24 907/22
923/9 923/16 931/14 936/12
THINK [45]  859/7 859/11 860/5 862/9
863/9 863/20 871/19 876/14 877/4 877/5
896/11 899/20 901/6 902/6 905/21 912/4
918/3 919/5 919/6 925/10 925/22 925/23
927/24 933/18 948/7 958/8 958/12
958/23 959/8 962/14 964/23 965/17
971/7 976/16 978/6 980/6 985/20 985/22
986/13 987/11 987/14 995/7 996/7
996/21 1002/21
THINKING [1]  917/17
THIRD [6]  865/22 934/4 968/8 988/10
988/14 988/24
THIS [281]
THOMAS [1]  856/3
THOSE [19]  861/5 861/8 864/10 878/21
885/17 915/25 930/13 932/10 935/7
939/22 945/10 951/13 951/20 962/4
962/6 973/5 988/1 991/17 997/7
THOUGH [8]  861/9 864/10 884/17
899/16 900/5 924/6 928/21 985/15

THOUGHT [11]  891/24 921/20 943/1
972/9 973/7 974/11 975/16 975/19 980/4
980/7 999/2
THREAT [1]  955/16
THREATEN [2]  866/20 868/6
THREE [13]  914/9 914/10 919/1 919/17
933/11 941/11 943/9 944/25 951/25
965/3 965/3 986/25 998/9
THROUGH [9]  861/4 883/6 892/5 893/2
923/1 937/25 945/22 952/6 994/24
THROW [1]  895/6
THROWN [1]  883/12
TIDE [3]  926/2 926/4 995/23
TIME [54]  876/21 877/3 878/11 884/20
892/10 892/11 892/18 893/1 893/2 893/5
897/16 898/20 899/6 900/17 901/4
904/25 907/20 907/20 908/1 909/9 911/7
915/6 915/20 916/23 920/5 920/8 920/11
920/17 921/11 921/14 925/9 930/24
931/19 933/9 933/9 937/13 938/19 941/9
949/13 952/6 955/10 956/9 957/16
957/17 958/16 958/19 960/15 963/18
968/2 968/5 983/11 990/20 992/20
1003/25
TIME-AND-DATE [1]  963/18
TIMES [13]  897/17 908/22 908/23
909/14 914/23 914/23 914/24 915/8
915/8 915/9 915/9 915/10 983/14
TIMES LONGER [1]  914/24
TIMING [2]  861/17 924/5
TINY [4]  913/6 968/14 969/2 969/3
TITLE [1]  926/9
TO SEE [1]  906/14
TODAY [7]  876/17 878/18 920/11 955/10
956/14 983/4 984/16
TOE [5]  941/12 945/13 949/25 985/7
998/8
TOGETHER [5]  957/17 994/16 995/16
995/20 995/21
TOLD [5]  872/5 881/20 946/7 1003/22
1003/25
TOLERABLE [1]  877/12
TOMORROW [2]  903/1 1003/21
TONI [4]  857/20 1005/2 1005/10
1005/10
TOO [15]  862/8 865/20 878/11 896/22
902/3 905/5 912/18 922/18 927/14 934/2
971/7 978/6 982/19 987/4 988/6
TOOK [6]  863/20 916/5 925/16 952/14
963/7 964/24
TOP [29]  901/15 902/12 907/22 907/25
908/19 909/5 909/17 912/15 913/10
913/11 914/3 935/22 937/16 937/17
941/18 943/5 954/6 954/8 972/16 972/18
972/18 973/7 973/15 973/19 979/19
979/20 979/21 983/19 991/12
TOPOGRAPHY [10]  881/15 882/2
889/20 889/21 929/25 930/6 930/8
934/17 934/23 943/25
TOPPING [1]  993/18
TORTS [1]  857/10
TOTAL [3]  897/19 908/21 909/11
TOUCH [1]  938/15
TOWARD [1]  996/16
TOWARDS [2]  868/25 893/25
TOWER [2]  956/19 957/1
TP [2]  952/9 952/17
TRAINING [1]  976/18
TRANSCRIPT [2]  857/24 1005/5
TRANSLATE [2]  890/20 890/21
TRANSLATED [1]  890/12
TRANSPORT [1]  968/17
TRAPPED [1]  967/5

**T**

TREAT [1] 933/24
TREATING [1] 936/1
TREE [1] 934/9
TREES [24] 875/21 882/5 884/25 890/15
890/18 890/19 890/22 891/11 893/2
932/12 932/19 932/22 932/23 933/2
933/4 933/16 933/19 934/23 935/7
935/12 935/14 935/18 935/23 942/11
TRIAL [15] 855/10 870/19 916/23 917/4
918/1 918/8 918/9 918/11 919/8 919/9
920/13 922/7 922/10 922/11 1004/13
TRIED [1] 927/2
TROUBLE [1] 893/1
TROUGH [1] 937/15
TRUE [24] 870/18 875/10 924/4 927/18
927/19 961/4 961/18 964/11 964/17
968/20 974/22 974/24 975/15 975/19
977/14 977/24 978/3 978/17 980/10
988/13 996/18 997/23 998/15 1005/4
TRUST [1] 906/12
TRY [7] 881/9 916/2 921/14 926/20
971/1 987/13 1003/25
TRYING [20] 862/9 862/15 863/22
910/17 910/18 910/24 918/21 920/17
921/10 922/16 949/16 949/18 953/8
973/6 975/6 976/22 977/6 977/21 986/15
995/13
TRYING TO [1] 910/18
TURF [1] 872/9
TURN [3] 983/19 994/3 1000/4
TUSA [4] 857/20 1005/2 1005/10
1005/10
TWO [32] 864/25 874/20 878/25 887/8
897/12 899/23 905/2 907/21 908/23
912/7 912/9 912/10 914/24 915/7 915/9
915/9 920/22 931/14 935/7 939/8 940/10
948/9 962/5 962/25 963/3 970/14 972/19
978/13 994/16 995/15 995/15 997/2
TYPE [5] 932/12 952/14 957/9 969/5
987/20
TYPED [1] 974/9
TYPES [3] 891/9 931/13 931/13
TYPO [1] 996/21 996/24

**U**

U.S [2] 857/9 926/24
UH [21] 859/25 879/19 900/24 942/1
954/7 978/20 981/25 984/17 991/2
992/12 992/15 992/21 993/13 993/20
997/10 999/5 999/9 1000/8 1001/12
1001/15 1002/8
UH-HUH [21] 859/25 879/19 900/24
942/1 954/7 978/20 981/25 984/17 991/2
992/12 992/15 992/21 993/13 993/20
997/10 999/5 999/9 1000/8 1001/12
1001/15 1002/8
ULTIMATELY [2] 871/15 872/1
ULTRACONSERVATIVE [1] 951/14
UMBRAGE [1] 862/9
UNCHANGED [1] 862/5
UNDER [13] 861/24 903/21 908/3
908/21 909/7 909/19 910/5 911/12
918/12 923/23 924/25 947/13 978/19
UNDERSTAND [41] 862/25 863/4 864/5
868/10 869/16 871/7 874/18 875/7
886/14 886/18 886/25 887/3 892/23
898/9 906/13 906/23 907/7 910/16
910/23 912/2 913/3 919/7 920/18 920/19
920/23 926/3 928/14 944/15 944/23
949/14 949/17 949/18 969/24 976/2
976/25 983/4 983/7 995/3 1000/10

UNDERSTANDING [3] 879/5
UNDERSTANDS [1] 940/7
UNDERSTOOD [2] 866/24 995/12
UNFATHOMABLE [1] 922/16
UNITED [4] 855/1 855/7 855/11 1005/3
UNLESS [4] 859/12 921/6 958/25 982/2
UNQUESTIONABLY [1] 873/13
UNREBUTTED [2] 925/20 1004/1
UNSUFFICIENTLY [1] 894/11
UNTIL [9] 892/9 893/6 901/5 901/9 902/8
909/10 917/22 922/13 956/22
UNWARRANTED [1] 866/14
UP [45] 865/14 870/3 885/13 892/7
892/20 894/17 899/13 902/8 911/8 914/2
919/2 921/22 922/25 923/3 938/3 940/7
940/13 940/16 941/2 943/10 943/19
944/3 946/14 946/22 948/19 948/21
948/22 948/23 952/4 952/18 952/19
953/15 954/2 954/4 955/24 955/25
957/19 968/1 968/9 977/21 979/17 980/8
987/19 1001/5 1001/20
UPON [11] 863/21 877/9 888/9 915/14
938/15 957/12 962/21 971/10 976/17
987/16 1004/10
UPS [1] 953/21
URGE [2] 863/13 863/19
URGED [1] 1004/9
US [26] 870/1 877/6 882/8 882/11 891/7
892/2 895/22 908/2 908/3 920/17 921/11
932/15 932/17 942/2 945/14 947/2
956/15 959/20 959/20 960/11 963/8
972/12 973/5 975/7 977/23 996/22
USABLE [1] 988/21
USE [15] 869/8 870/1 878/15 878/17
916/17 917/7 926/20 933/7 934/6 951/25
961/5 962/9 987/20 988/20 989/16
USED [14] 876/17 879/23 880/1 880/14
880/17 902/25 910/10 931/8 931/10
936/2 957/15 957/25 959/22 962/6
USING [4] 933/6 942/25 952/1 988/2
UTILIZED [1] 930/10

**V**

VAGUE [1] 928/7
VALUE [1] 971/11
VALUES [9] 919/20 943/1 986/1 987/14
993/25 996/11 1001/1 1001/5 1001/19
VANTAGE [1] 1003/24
VARIATION [1] 874/21
VARIETY [1] 883/9
VARIOUS [17] 881/24 882/12 883/15
888/13 891/9 897/14 930/11 931/13
941/14 950/14 950/15 964/4 974/19
974/21 977/1 983/14 984/1
VEGETATION [24] 884/1 884/23 884/24
884/25 885/5 890/4 890/17 890/22 891/9
892/22 893/4 932/9 932/24 933/12 935/8
935/8 935/10 938/13 941/21 947/10
947/12 994/1 994/2 997/6
VEGETATIVE [1] 934/19
VELOCITIES [4] 895/16 896/8 896/22
995/24
VELOCITY [16] 894/25 895/1 895/2
895/4 896/5 896/24 907/19 907/20 908/1
908/2 908/2 908/15 908/20 909/7 909/8
909/14
VERIFICATION [1] 962/24
VERIFICATIONS [1] 888/23
VERIFIED [3] 859/8 929/5 956/25
VERIFY [7] 927/7 927/8 929/3 929/5
929/7 957/5 957/25
VERIFYING [1] 957/13

VERSION [5] 933/16 933/23 934/4 934/7
933/12
VERSIONS [1] 933/12
VERSUS [3] 855/6 907/20 924/13
VERTICALLY [1] 941/14
VERY [35] 859/22 865/14 882/2 886/21
891/2 892/21 893/23 893/25 896/5 900/6
901/3 908/5 921/12 922/6 929/4 934/19
937/3 937/10 938/4 943/20 943/21
951/16 956/1 966/6 969/2 981/17 987/2
988/4 988/22 994/7 994/12 994/13
994/13 1000/19 1000/23
VIA [1] 891/13
VICINITY [3] 860/17 860/18 860/21
VICTOR [1] 856/24
VIDEO [4] 889/4 956/18 956/21 956/25
VIEW [1] 951/15
VIOLATES [1] 927/24
VIRTUALLY [5] 900/15 965/23 969/15
974/11 983/2
VIS [2] 953/25 953/25
VIS-A-VIS [1] 953/25
VISIBLE [2] 968/13 975/21
VOLUME [10] 855/10 907/24 908/25
909/11 909/14 914/21 914/22 915/9
924/13 925/4
VOLUMES [2] 923/25 925/4
VRIJLING [11] 859/16 863/24 869/6
869/10 870/13 870/16 870/19 919/14
927/16 928/18 956/5

**W**

WAIT [4] 910/25 917/4 944/3 971/17
WAITING [2] 995/5 995/8
WALK [1] 892/5
WALL [6] 913/22 913/22 915/14 915/16
915/17 915/18
WALTER [1] 856/12
WANT [45] 860/11 863/1 865/20 867/16
868/12 871/19 871/20 872/4 875/24
876/21 878/11 905/6 909/2 911/9 912/18
916/25 917/23 919/12 919/15 919/22
920/16 920/21 921/7 921/24 922/1
922/18 922/22 925/18 926/14 928/16
939/7 949/13 949/14 960/5 960/7 961/21
962/8 968/9 969/6 971/5 977/2 979/25
989/16 990/22 1003/3
WANTED [4] 904/7 912/13 935/19
1004/3
WANTS [6] 859/12 864/4 869/8 918/1
961/5 989/18
WAR [1] 877/3
WARD [7] 859/24 904/20 912/7 912/8
912/11 913/21 962/15
WARN [1] 982/19
WARREN [1] 857/6
WAS [167]
WASH [1] 865/10
WASHINGTON [1] 857/18
WASN'T [8] 859/7 900/5 960/8 960/11
966/3 979/15 984/14 1004/5
WASTE [1] 920/11
WASTED [1] 920/8
WATER [119] 860/5 860/9 860/10 866/3
866/9 866/19 879/16 879/23 880/2
880/13 881/12 882/12 883/2 887/11
890/13 891/21 892/8 892/24 893/1
893/19 893/24 893/25 894/2 894/9
894/11 894/16 894/21 895/5 895/6
895/11 896/12 897/19 899/13 899/13
900/3 900/9 900/17 901/4 903/7 903/22
906/2 906/7 906/15 906/16 907/15
907/16 907/19 907/22 907/24 908/16

W
Case 2:05-cv-04182-SRD-JCW Document 18879-13 Filed 05/21/09 Page 174 of 175

WATER... [69] 908/21 909/1 909/5
909/11 909/19 909/25 910/7 910/21
911/3 911/11 911/25 912/5 912/14
912/15 913/10 913/10 914/14 914/21
914/22 915/13 923/25 924/16 925/5
926/19 927/3 927/22 929/6 931/14 935/5
936/17 936/17 937/5 937/15 937/17
941/12 941/13 946/2 946/8 952/10 954/5
954/6 956/19 957/8 957/21 962/12
968/17 968/21 972/14 972/20 972/23
973/1 977/16 979/9 986/5 987/3 988/2
988/5 988/10 988/12 988/14 988/15
988/21 994/8 994/9 994/11 994/12
994/15 996/4 996/5
WATER'S [1] 913/15
WATERWAY [5] 889/25 893/24 894/16
894/19 896/5
WAVE [142] 865/3 873/21 874/6 874/10
874/10 874/16 877/1 880/11 886/4
893/21 899/14 926/9 926/16 926/17
926/20 926/24 927/2 927/7 927/9 927/12
927/16 927/17 929/7 929/22 936/13
936/17 936/19 937/10 937/13 937/14
937/15 937/16 937/16 937/17 937/21
937/23 937/24 938/2 938/7 938/8 938/9
938/13 938/22 938/23 939/5 939/15
939/16 939/20 940/19 941/16 941/20
945/18 945/19 946/8 947/15 947/19
948/2 948/18 948/18 948/20 948/20
948/21 948/21 948/22 948/22 948/23
948/24 949/2 949/18 949/19 950/3 950/8
950/9 950/10 950/14 951/18 951/20
951/24 952/9 952/9 953/6 953/8 953/13
953/15 953/21 953/23 954/2 954/4
954/15 954/16 954/25 955/15 955/16
955/24 955/24 955/25 983/10 983/12
983/20 985/1 985/2 986/1 986/6 986/7
986/8 986/20 987/9 987/19 987/19
987/21 988/17 989/1 990/16 991/16
991/19 992/2 992/18 993/7 993/17
993/22 994/4 994/9 994/10 994/13
994/19 995/13 997/7 997/9 997/12
997/24 998/3 998/8 998/13 998/19
999/12 999/17 999/18 999/19 1000/14
1000/16 1001/10 1002/3
WAVE-MEASUREMENT [1] 927/12
WAVE-MODELING [1] 983/12
WAVE-SIMULATION [1] 926/20
WAVES [81] 860/9 865/4 865/9 866/10
872/8 873/12 873/19 873/24 874/15
874/16 876/25 877/3 877/7 878/3 878/5
880/17 880/21 888/17 926/7 927/4
927/13 927/18 927/21 927/22 928/1
928/12 928/13 928/18 928/22 929/12
929/17 934/10 936/16 936/22 936/25
937/4 937/7 938/10 939/23 943/2 943/3
948/17 951/7 953/11 953/22 954/6
983/12 983/13 983/14 983/14 983/18
984/2 984/4 984/7 984/19 985/11 985/14
985/21 985/25 987/15 987/18 988/2
988/14 990/25 993/24 994/5 994/7
995/24 995/25 996/10 996/17 998/13
999/8 1001/2 1001/13 1001/20 1002/6
1002/14 1002/20 1003/9 1003/10
WAY [30] 861/6 862/20 864/4 864/15
870/23 870/24 875/15 884/20 902/8
904/16 905/16 911/20 915/25 918/19
921/24 926/6 927/6 928/12 931/17
931/19 940/5 942/6 944/7 944/15 961/5
970/17 976/2 979/5 985/23 993/23
WE [391]

WE'D [2] 909/21 909/21
WE'LL [8] 885/1 885/13 885/22
898/13 900/21 903/2 915/3 916/2 923/2
928/12 939/17 951/25
WE'RE [26] 862/18 863/10 881/10
882/22 883/1 884/7 888/9 889/19 890/7
893/11 893/11 896/16 896/16 900/22
902/8 904/16 904/19 905/9 906/5 907/3
907/13 907/21 907/24 909/24 913/21
985/25
WE'VE [5] 881/10 891/12 903/14 905/16
909/16
WELL [33] 861/3 864/10 869/18 874/25
907/5 915/23 916/3 919/7 921/7 922/4
924/24 929/1 943/7 951/3 951/13 951/16
957/8 957/23 959/3 962/11 969/5 971/25
972/5 974/12 977/22 978/11 978/24
979/18 980/4 980/8 980/13 988/11
1003/4
WELL-MAINTAINED [2] 974/12 980/13
WENT [8] 879/24 880/2 907/19 907/24
909/5 909/12 910/21 912/14
WERE [68] 860/25 861/5 861/12 862/16
869/12 876/2 876/9 878/5 878/18 879/1
879/6 879/14 880/4 882/20 883/15
884/11 884/11 887/14 889/3 891/7
891/10 912/9 912/10 927/7 930/13
936/12 957/4 957/10 957/16 957/16
957/22 957/23 957/24 963/1 964/7
964/24 965/1 965/2 965/2 966/10 967/7
971/2 974/3 974/4 976/13 977/6 977/9
977/12 981/14 984/4 986/17 986/18
988/14 990/9 990/11 993/21 995/13
995/25 996/2 997/16 997/24 999/2
999/18 1002/8 1002/10 1002/15
1003/9
WEREN'T [4] 927/4 927/5 976/17 984/7
WEST [2] 916/13 923/18
WESTERINK [5] 888/22 903/16 905/21
905/22 981/18
WETLANDS [7] 964/22 966/10 966/13
971/15 980/14 980/19 1001/16
WHAT [148] 860/2 860/19 862/10
862/13 862/15 862/18 863/10 864/18
864/21 867/6 867/8 867/9 867/23 867/25
868/25 871/15 872/4 872/7 874/13
875/13 875/17 876/24 880/5 880/6
880/20 881/8 882/9 882/11 882/21
882/25 884/23 885/4 887/23 887/25
888/16 889/9 889/23 891/13 891/15
891/23 892/2 892/13 893/5 893/12
894/19 894/24 895/3 895/4 896/20
897/10 898/19 901/12 907/13 907/18
908/9 909/4 909/24 910/7 910/14 910/19
910/20 911/11 911/17 911/24 912/4
914/14 917/17 918/21 919/3 919/5
919/13 919/13 919/15 919/19 919/20
920/1 920/20 920/24 920/25 921/25
922/1 926/15 926/21 926/23 928/18
931/2 931/8 932/9 933/10 933/12 934/18
935/11 935/21 936/2 936/10 937/23
938/6 939/14 941/3 941/9 943/7 943/21
943/24 945/10 945/14 945/17 945/25
946/4 947/19 948/1 948/13 948/16 949/4
949/8 949/21 949/22 950/1 952/8 953/25
960/2 962/9 962/9 963/7 963/7 964/19
964/23 969/6 972/4 972/25 973/6 975/2
975/3 975/8 976/21 984/12 988/18 989/4
989/13 991/8 991/15 994/5 995/8 996/2
996/13 997/2 1001/19 1003/1 1003/1
WHAT'S [11] 869/17 892/5 893/23 896/3
902/13 903/24 908/9 919/1 919/2 956/9
980/19

WHATEVER [9] 861/10 872/11 911/8
913/2 913/3 917 918/8 920/14 947/19
1004/2
WHEN [30] 861/25 867/21 870/17
878/17 880/14 880/17 883/1 883/8 891/7
892/9 900/21 914/21 917/15 918/6
936/25 938/6 938/22 946/13 964/8 967/8
967/8 968/1 976/5 976/12 993/21 994/15
999/6 999/16 1001/3 1002/15
WHERE [62] 860/14 871/25 873/16
873/19 874/4 879/23 880/1 881/19
886/14 886/23 888/4 889/17 889/18
891/9 891/10 895/16 897/24 897/25
899/5 899/23 904/9 904/16 905/17
908/11 913/13 923/15 924/11 936/11
937/2 939/21 939/22 940/11 943/11
945/11 945/12 946/1 947/9 947/16 948/1
948/2 949/14 950/10 956/16 957/15
957/18 957/24 959/1 961/16 968/24
970/16 976/22 976/24 976/25 982/22
985/16 986/17 988/17 989/23 991/13
994/21 998/3 999/20
WHERE'S [1] 899/6
WHEREAS [1] 897/2
WHEREUPON [5] 859/16 916/5 925/16
932/1 1004/19
WHETHER [25] 864/1 864/19 868/3
868/4 868/8 869/11 870/12 870/18
871/16 872/6 872/20 872/25 876/5 880/4
906/2 910/11 921/21 928/1 928/10
929/14 935/3 959/20 963/10 969/14
1002/19
WHICH [75] 866/3 866/15 866/16 867/20
868/2 872/5 873/24 874/24 876/17 881/1
883/4 884/3 888/9 896/25 899/17 899/17
900/22 901/20 901/22 902/14 902/15
906/6 906/18 908/12 908/15 909/18
912/8 923/2 926/1 926/9 928/9 932/21
932/23 934/4 934/6 936/1 936/2 936/3
940/10 941/5 943/21 946/11 952/3 952/8
954/24 957/4 958/9 960/5 961/23 965/4
965/15 966/10 967/4 968/16 972/17
973/16 974/25 977/18 979/19 984/1
987/3 987/14 989/1 989/14 990/7 994/7
997/16 998/16 998/22 999/10 1000/4
1000/23 1003/8 1004/4 1004/8
WHILE [2] 974/11 995/22
WHO [7] 871/24 877/2 882/20 885/2
903/16 957/7 957/7
WHOLE [3] 902/21 913/14 943/20
WHOM [1] 882/16
WHY [19] 861/23 868/12 869/21 869/23
871/7 875/7 875/22 887/7 887/7 919/25
927/6 940/22 968/24 976/13 976/18
977/9 979/9 1003/9 1004/9
WIDE [3] 872/10 879/1 889/18
WIDEN [2] 970/22 1001/14
WIDENED [1] 938/23
WIDENING [5] 868/6 871/22 871/25
889/16 949/19
WIDER [5] 865/15 903/7 972/11 982/16
982/18
WIDTH [8] 860/14 884/8 940/20 940/23
972/6 972/7 972/8 980/14
WILL [53] 859/10 864/19 865/5 865/8
865/13 865/14 865/15 866/8 866/10
866/10 866/19 866/19 870/3 870/17
875/24 877/6 878/2 878/4 882/21 892/25
892/25 893/1 895/6 897/19 899/18
910/14 911/1 911/18 916/9 919/18
920/20 921/5 921/25 925/11 925/12
928/25 944/21 946/8 949/17 953/19
953/21 956/12 956/15 959/14 962/10

# W

WILL... [8]  962/14 962/16 966/14 982/25
988/11 994/25 1003/17 1004/15
WIND [15]  865/3 881/15 882/14 888/16
892/11 927/20 935/16 935/18 936/13
937/5 938/2 952/12 952/14 995/21
995/23
WINDS [3]  892/18 938/5 952/11
WINDY [1]  865/5
WISH [1]  926/5
WISHES [1]  863/14
WITHDRAW [2]  883/7 961/24
WITHIN [14]  860/18 874/25 875/1
875/14 877/11 878/6 878/7 886/6 888/9
888/24 928/22 961/22 966/7 983/3
WITHOUT [18]  872/8 875/19 879/6
880/2 912/15 912/20 912/24 913/2 914/9
914/12 917/2 917/14 917/18 935/12
964/22 967/5 967/6 999/7
WITHSTAND [2]  865/11 892/20
WITNESS [20]  869/9 869/22 870/11
873/9 875/5 915/23 918/12 918/16
920/15 920/19 947/1 955/8 956/2 958/15
961/15 961/19 972/3 976/21 986/11
989/13
WON'T [4]  862/9 910/14 925/12 925/22
WONDER [1]  975/1
WONDERING [3]  939/15 951/18 959/25
WOOD [2]  895/6 931/13
WOODCOCK [1]  857/17
WOODS [1]  891/5
WORDS [6]  910/19 937/12 938/23
949/16 967/25 994/13
WORK [5]  941/24 995/17 995/18 995/20
995/21
WORKED [1]  888/24
WORKS [3]  962/15 969/1 970/19
WORLD [2]  877/1 877/3
WORRIES [1]  932/3
WOULD [108]  860/19 860/20 863/19
863/25 866/14 868/14 868/15 869/15
870/19 870/23 871/17 872/1 872/11
872/12 873/6 873/7 875/4 875/13 875/14
876/5 880/6 880/6 880/7 880/10 881/9
885/17 892/17 897/10 900/9 903/3
909/19 910/7 910/11 911/10 911/11
911/25 912/5 914/12 915/20 916/16
918/4 918/13 919/24 920/6 922/2 925/23
927/21 931/8 933/17 933/18 938/25
941/12 948/2 949/8 950/22 952/22
953/14 954/16 955/23 956/16 959/18
961/23 962/9 964/12 964/18 964/19
965/4 968/8 969/13 969/13 970/20
972/17 973/11 975/3 976/8 976/18 978/7
979/10 980/1 981/3 981/15 982/19
983/18 985/10 985/11 987/6 987/15
987/17 987/19 988/1 988/13 988/18
993/1 994/9 994/20 995/9 996/15 997/11
997/19 997/23 1001/13 1002/11 1002/15
1002/19 1003/4 1003/22 1003/25 1004/1
WOULDN'T [8]  906/25 912/21 963/12
979/9 988/17 995/4 997/23 1002/17
WRAP [1]  922/25
WRIGHT [1]  856/5
WRITE [3]  873/10 971/22 979/2
WRONG [8]  883/6 888/25 889/1 946/24
977/7 986/19 989/11 995/13
WROTE [2]  859/21 928/18

# Y

Y'ALL [1]  916/1
YEAH [343]
YEAR [1]  981/5
YEARS [2]  863/1 933/25
YELLOW [3]  895/8 938/11 940/12
YES [125]  859/5 859/25 861/9 861/12
861/17 861/22 863/11 869/5 869/16
870/9 871/5 876/7 876/14 876/14 877/13
877/16 878/14 878/16 878/20 879/3
879/20 879/21 879/25 880/3 880/9
881/23 882/7 882/10 882/15 882/24
883/10 883/17 883/21 884/14 884/16
885/6 886/1 886/11 886/16 892/4 892/16
892/21 893/18 895/24 897/25 898/8
898/25 899/18 900/11 904/18 909/2
910/22 914/4 915/1 915/22 917/8 917/12
917/16 921/1 923/8 923/12 923/22
923/24 924/19 925/11 930/1 930/5
930/12 931/4 933/15 934/5 934/17
936/20 941/23 944/23 945/5 945/9
945/23 951/11 952/7 952/24 955/18
958/4 958/7 958/22 961/11 961/24
962/23 963/3 964/21 967/12 968/4 970/9
973/6 974/14 975/14 975/19 977/4
977/14 978/21 978/22 978/23 979/15
979/15 980/18 980/18 981/7 983/16
983/24 986/22 991/4 991/4 991/21 992/9
992/24 993/3 994/5 995/18 996/12
996/19 999/16 1001/4 1001/18 1002/3
1002/13
YESTERDAY [6]  891/7 891/14 933/19
956/22 959/20 960/1
YET [4]  869/8 897/21 901/18 975/20
YORK [2]  857/4 857/4
YOU [562]
YOU'LL [7]  859/11 889/16 891/23 894/6
898/16 906/5 923/6
YOU'RE [33]  860/14 862/9 862/15 863/8
866/20 866/21 867/23 868/23 869/3
873/22 873/25 874/22 877/18 881/19
893/12 909/4 910/19 918/6 918/21
922/14 922/16 963/16 966/19 967/11
968/3 969/22 971/9 976/5 982/2 988/7
988/18 994/5 1002/3
YOU'VE [7]  860/13 872/5 874/12 877/15
883/19 887/13 984/12
YOU-ALL [1]  888/23
YOUR [196]
YOUR HONOR [42]  859/14 860/23
861/10 867/15 870/13 870/17 870/21
872/14 873/8 877/18 878/9 900/19
910/13 910/22 916/14 916/16 916/21
917/25 918/11 918/23 919/10 919/25
920/10 922/3 928/4 939/21 947/2 955/4
959/14 960/6 961/15 961/25 968/4
971/16 976/20 978/9 985/3 991/12 996/7
1002/19 1004/3 1004/9
YOUR HONOR'S [1]  1004/4
YOURSELF [1]  871/11

# Z

ZOOM [1]  975/1