**EXPERT REPORT OF ROBERT A. DALRYMPLE, PH.D., P.E., N.A.E.**

**AUGUST 29, 2007**



## INTRODUCTION

I have been retained by the law firm of Jones Day on behalf of the MRGO Defendants (i) to discuss the potential causes of damages to structures during Hurricane Katrina and (ii) to review the Delft Team model (Kok *et al.,* 2007) of the flooding of New Orleans East and the Lower Ninth Ward/St. Bernard Parish during Hurricane Katrina.

At this time, I have not reached any final opinions or conclusions as to the actual causes of damage at any particular location.

I have not testified as an expert in litigation by trial or by deposition within the preceding four years. I am being compensated for my work related to this matter on an hourly basis. No part of my compensation depends upon the outcome of this case.

## PROFESSIONAL BACKGROUND

I am currently the Willard & Lillian Hackerman Professor of Civil Engineering at Johns Hopkins University. I teach classes in Coastal Engineering, Dynamics, Introduction to Water Waves, and Coastal Modeling. My research interests include water waves, nearshore hydrodynamics, coastal processes, and natural hazards. A copy of my curriculum vitae is attached to this report as Exhibit A.

Previously, I was the E.C. Davis Professor of Civil and Environmental Engineering at University of Delaware, serving there for twenty-nine years. I was the founding Director of the Center for Applied Coastal Research.

I have published over 100 refereed papers on water waves, coastal engineering, and nearshore circulation. A listing of my publications is included in Exhibit A.

I received my Ph.D. in Civil and Coastal Engineering from the University of Florida in 1973, my M.S. in Ocean Engineering from the University of Hawaii in 1968, and my A.B. in Engineering Sciences from Dartmouth College in 1967.

I was elected to the National Academy of Engineering in 2006. In 1999, I won the International Coastal Engineering Award from the American Society of Civil Engineers, ASCE, and in 1996, I received the Moffatt-Nichol Harbor and Coastal Engineering Award, ASCE.

I am a Fellow in the American Society of Civil Engineers. I am a past president of ASCE's Coasts, Oceans, Ports, and Rivers Institute (COPRI). I am also a member

of the following organizations:  Association of Coastal Engineers; and the American Geophysical Union.

I served as the leader of the ASCE COPRI Levee Assessment Team sent to New Orleans following the breaches of levees and flooding of New Orleans resulting from Hurricane Katrina.  I also participated in an ASCE team that surveyed the damage in Thailand from the December 26, 2004 tsunami in the Indian Ocean.

Based on my training and experience, I believe that I am qualified to speak as an expert in the field of hurricane effects, including storm surge and associated flooding.

**SUMMARY OF OPINIONS**

1.   Damage to structures in New Orleans during Hurricane Katrina occurred for a variety of reasons, including (i) wind, (ii) rain, (iii) flooding by run-off, stream/river flooding, and storm surge, (iv) overtopping of floodwalls and levees, (v) breaching of floodwalls and levees, (vi) storm drainage system flooding and backup, and (vii) drainage pump system malfunction and siphoning.  In addition, underseepage may also have caused flooding damage.

2.  The nature and causes of damages to a particular property in New Orleans during Hurricane Katrina depended on a variety of factors, including the location of the property and the sequence of events.

3.  A major uncertainty associated with Hurricane Katrina is the timing and evolution of the various breaches of levees and floodwalls within the Hurricane Protection System.

4.  The accuracy of the Delft Team model results is limited by the many unknown variables that were estimated, assumed, or omitted in the model's input data, including assumptions about the timing and development of the breaches.

5.  The Delft Team model does not and cannot show the actual nature or sequence of property damage during Hurricane Katrina as not all possible causes of damage are included in the model and there were significant uncertainties in the input data of the model.

## OPINIONS

### Causes of Damage

Damage to structures in New Orleans occurred for a variety of reasons, as is the case with most hurricanes—however, the fact that much of the city lies below sea level and behind floodwalls and levees led to a far different scenario than in other cities. Typical hurricane damage is caused by winds and tornados, rain, and flooding by run-off, stream/river flooding, and storm surge, depending on the storm and the site of interest. In New Orleans, the presence of a hurricane protection system, largely comprised of levees and floodwalls, potentially adds underseepage, floodwall and levee overtopping, floodwall and levee breaches, storm drainage system flooding and backup, and drainage pump system malfunction and siphoning as additional sources of damage.

There is no question that the flooding of New Orleans was a major and terrible disaster. In the end, over 80% of the city was flooded. While breaching of the levees is an obvious source of the flood waters, the Interagency Performance Evaluation Team (IPET, 2007), commissioned by the Secretary of the Army to carry out a forensic analysis of the flooding of New Orleans, attributed only 17% of the flooding of New Orleans East to breaching of levees; the rest of the flood waters were attributed to rainfall and overtopping. For St. Bernard Parish and the Lower Ninth Ward, IPET found 63% of the flooding was due to breaching alone (Table 10, IPET, Vol. 6, VI-27). Further, IPET concludes that, if the levees had not breached (their Hypothetical Scenario 1), at least two-thirds of the estimated Hurricane Katrina flooding property damage losses in the Greater New Orleans area would have occurred anyway (Table 8, IPET, Vol. 7, VII-29).

The nature and causes of the damage experienced by a given single property in New Orleans depended on a variety of factors, including its location and the sequence of events. For some structures, the damage could have been caused by one agent, such as wind blowing the roof off the structure, or the damage could have been inflicted sequentially in time by a variety of different agents—first wind, then rain, then flooding, or some combination. For each structure, depending on its location within the city, a different type and sequence of damage to the structure would have occurred.

**Wind**—Wind damage occurred within the city during Hurricane Katrina would have been a major cause of damage to some homes. The wind speeds during Hurricane Katrina varied with time and with location of a point of interest. For their forensic analysis of the hurricane, the IPET used the National Oceanic and Atmospheric Administration (NOAA) Hurricane Research Division (HRD) data,

3

which were obtained from a meteorological model that included atmospheric measurements. Their maximum 1-minute sustained surface wind contours in knots (http://www.aoml.noaa.gov/hrd/Storm_pages/katrina2005/wind.html) (based on a post-storm analysis) is shown in Figure 1. The figure shows the 1-minute sustained surface winds at 12:00 UTC, which is 7:00 am CDT, with 75-80 knot winds blowing over East New Orleans and Lower Ninth Ward/St. Bernard Parish. (Note: 75-80 knots is equal to 86.4-92.2 miles per hour).

With hurricane force winds, damage to homes and buildings occurs. Houses typically are not well designed to withstand hurricane force winds. Typical wind damage to structures seen in hurricanes includes complete loss of the structure, loss of roof or roofing materials, damage to appurtenances to the house such as chimneys and porches, and impact damage from flying debris or from trees blown over onto the structure. See, e.g., FEMA (2000) Coastal Construction Manual. In addition to damaging homes by direct impact, trees uprooted by hurricane winds can tear up water lines, causing localized water damage (Black and Veatch for the City of New Orleans Sewerage & Water Board, 2006).

One procedure to estimate damages due to wind over geographical areas is a model developed by FEMA called HAZUS-MH. This model is designed to estimate expected losses from hurricane winds (also floods, as used by IPET in their Vol. 7, and earthquakes). The wind fields associated with the storm are used in load calculations to determine potential structural damage. Levitan and Hill (2006) use the HAZUS model to estimate the amount of damage inflicted by wind during Hurricane Katrina in New Orleans. The winds they used were derived from the NOAA HRD winds mentioned above and other data sources. They show peak gusts of around 130 miles per hour in New Orleans East and the Lower Ninth Ward.

The output of the HAZUS model are different qualitative damages: No or Very Minor Damage; Minor Damage; Moderate Damage; Severe Damage; and Destruction. Their modeling projects that 40-80 percent of the structures in New Orleans would have had at least moderate damage due to wind, where moderate damage is defined by the HAZUS model to be

> "Major roof cover damage, moderate window breakage. Minor roof sheathing failure. Some resulting damage to interior of building from water."

Figure 2 shows their damage calculations for the State of Louisiana.

**Rain**--New Orleans, due to its low elevations, must pump out all rainwater entering the city. For this reason, pumping stations and an intricate drainage

network have been constructed for each of the various basins that comprise Greater New Orleans.

There have been many storms in the past that have dumped sufficient rain on New Orleans so as to overwhelm the capability of the pumping systems to remove the water. As an example (Ricks *et al.,* 1997), heavy rains on the nights of May 8-9, 1995, flooded much of the city, as the pumping system was unable to handle the high rates of rainfall. (Audubon Park received 12.2 inches of rain in just five hours on the night of May 8.) Six deaths within the city were attributed to the flooding. According to Corps of Engineers representatives, their assumed maximum rate of rainfall that the pumping system of New Orleans can handle is 1 inch of rain for the first hour and then a sustained rainfall rate of one-half inch of rain per hour thereafter. (The ASCE's Hurricane Katrina External Review Panel (2007) indicates 9 inches per day as a maximum; a smaller amount.)

The IPET (2007) report presents data on rainfall amounts with time during the storm. Figure 3 shows the total rainfall calculated by IPET to have fallen in the vicinity of New Orleans during Hurricane Katrina. (Radar rainfall data were used, and adjusted for rain gate measurements.) For the eastern portion of the city, the rainfall amounts were in the range of 10-12 inches. These rainfall amounts vastly exceeded the maximum amount that can be handled by the existing pumping system. Rainfall then was accumulating within the city and led to flooding of one foot on average over the entire city. However, since there is a variation in land elevation in the city, the water would have flowed to the low spots, causing greater flooding there as the water ponded. Locations where ponding could have played a major role are those with the lowest elevations with respect to the rest of the land within a basin or polder, such as the northwestern section of the Lower Ninth Ward.

Storm drains throughout New Orleans serve to conduct rainfall from one location to another, where it can be pumped out. However, due to the large volume of rain, in a number of locations these drains overflowed and backed up, creating a small local water source; see Figure 4 (Figure 132 of IPET, 2007).

In addition to flooding due to rain, rainfall into wind-damaged structures creates another source of property damage.

**Hurricane Protection System--**The hurricane protection system (HPS) of Greater New Orleans consists of a number of areas, or polders, completely surrounded by levees. I am addressing two: first, New Orleans East, which is bounded on the northwest by a variety of levees: at the northwest corner of the polder, the New Orleans Lakefront Levee, then further east along Lake Pontchartrain shoreline, the Citrus Lakefront Levee, and the New Orleans East Lakefront Levee. From the

northeast corner going south, the levee is the New Orleans East Levee, then along the Gulf Intracoastal Waterway (GIWW) there is the New Orleans East Back Levee. Moving to the west, there is the Citrus Back Levee that connects to the Inner Harbor Navigational Canal (IHNC) Levee. These levees are of a variety of different constructions: earthen levees along the lakefront, floodwalls embedded in levees along the IHNC, and a variety of earthen levees, sheetpile flood walls, and concrete floodwalls along the GIWW. Further, their elevations differ—even when side-by-side.

Second, the Lower Ninth Ward and St. Bernard Parish are within another polder, surrounded by levees. The western portion of this polder is formed by the I-walls of the IHNC, which is also known as the Industrial Canal. The polder is bounded on the north side by the earthen levees on the south side of the GIWW, and along the east side by the earth/sand levee of the Mississippi River Gulf Outlet (MRGO). The south end of the polder is protected by a levee that connects the MRGO levees in the vicinity of Verret to those on the Mississippi River, connecting near Caernarvon. The entire polder is divided between the populated area to southwest and the unpopulated wetlands to the northeast by the 40 Arpent Levee. Further, the Violet Canal, connecting the town of Violet to the MRGO, is flanked by levees in the populated areas. Again, these levees in and around the Lower Ninth Ward and St. Bernard Parish are of a variety of different construction types and elevations.

Levees can be a source of water into the protected areas during a storm through a variety of ways. The first to be discussed is underseepage, which is the flow of water through or under a levee system due to the water level difference between the canal (or lake) and the protected land. If the material comprising the levee or under the levee is porous, then water can flow through this material. During its travels, the water can erode small flow channels through the levee; these channels can grow until the levee fails. A feature of serious underseepage is the presence of sand boils, which are historically well known along the Mississippi River. Although there are conflicting theories on when and how the Lower Ninth Ward flooded, the Independent Levee Investigation Team (ILIT, 2006, 6-12) theorized that the first flooding in the Lower Ninth Ward was due to underseepage along the IHNC levee.

Overtopping of levees was a major source of water into the polders of New Orleans, particularly during the early part of the flooding event. Levees can be overtopped in two ways. The first is wave overtopping, which means that the wind waves, created by the strong hurricane winds and propagating in channels and lakes, have a wave crest that exceeds the floodwall or levee crest elevation. But since waves are time-varying and consist of the crest and the trough, this wave overtopping is intermittent and occurs when the surge level approaches the top of

6

the floodwall. As the surge level climbs and then becomes greater than the elevation of the floodwall or levee, (flow) overtopping occurs, which is the flow of the hurricane surge water over the wall. In New Orleans East, both wave overtopping and then (flow) overtopping occurred, for example, over the I walls of the Entergy Plant near the Paris Road bridge over the GIWW, over the earthen levees along the GIWW, and along the shoreline of Lake Pontchartrain.

Breaching (or failure) of levees occurred throughout Greater New Orleans. Many of the breaches to the east were caused by wave and overtopping-induced erosion of the MRGO levees and their subsequent failure, leading to much of the flooding of St. Bernard Parish. Along the GIWW, wave overtopping and overtopping occurred on the earthen levees on both sides of the waterway, and numerous breaches occurred. Along the Inner Harbor Navigational Canal (IHNC), the two major failures on the east side into the Lower Ninth Ward could have been caused by overtopping and loss of earthen levee support (IPET) or soil foundation failure (ILIT)—there is disagreement as to the mechanisms of failure.

Breaches typically grow in size with time, both in terms of width and depth. These quantities depend on the erosive nature of the overtopping flow and the resistance of the levee material or the remaining integrity of the floodwall. A floodwall for example could fail gradually, beginning by leaning, with overtopping, then falling, or the wall could collapse catastrophically. We do not know evolution of the breach geometries for any of the numerous breach sites during the storm—we can know only the final breach width and depth after the dewatering of the city.

### Review of Delft Team Model

A numerical model is a computer representation of the physics underlying a physical phenomenon. For storm surge and flood routing, the physical laws are well understood, as water flows due to the action of gravity and the frictional forces imposed from the bottom and the wind. From these physical laws, a numerical representation is derived. Again, for flood routing and storm surges, this numerical equivalent is usually a good representation of nature. This is traditionally shown by calibration of the model, which is the testing of the model with known inputs and outputs. There are typically factors that can be adjusted to help with the calibration--these factors, such as the bottom friction factor, are empirical and unable to be determined theoretically. (Note that the SOBEK model used by the Delft Team is proprietary software from Delft Hydraulics so that I have not reviewed its numerical implementation.)

Also implicit in modeling is the grid size (how fine is the resolution) and time step of the model (that is, how it advances in time). These related quantities (to ensure

numerical accuracy) dictate how much detail is rendered by the model. For example, if the modeled area is discretised into large grids, no information is given across the grid; only a grid-averaged value is known typically. The more (and smaller) the grids, the better the resolution or detail. The Delft Team used a square grid with 50 m x 50 m cells.

Numerical models are usually developed by identifying the physical laws that apply to the given situation, converting the physical laws into a numerical model, calibrating the numerical model with a known data set--one that has known inputs and known results--and then applying the model to similar, but different, situations to predict. In the case of Hurricane Katrina's impact on the City of New Orleans, which represents an extremely complex modeling problem with its many flooding inputs and many different surface types (neighborhoods, parks, levees, channels, lakes, etc.), there are no pre-existing data for calibration. The Delft Team assumed that their model of the basins of New Orleans was validated based on agreement with post-Katrina measurements. It is problematical, however, to calibrate and predict with the same data set. As Mr. Vrijling notes in his deposition, "the thing was tuned to get it right." Vol. I, p 50, lines 14-15. "We tuned the breach in order to be as near as possible to the eyewitness accounts...." p 50 lines 19-21. (Note that later he points out that eyewitnesses are not that reliable.) The question arises whether tuning of some of the parameters to fit the results obscures the relative importance of various phenomena, including some that have been omitted in the model.

The Delft Team notes that they made a number of assumptions in the SOBEK numerical model, including deciding not to input any data regarding wave overtopping, the effect of sewers, underseepage, the presence of channels, and the effect of buildings and roads (the net effect is that, despite different surface "roughnesses" around the city, they are all modeled by the same friction factor everywhere). In addition, the influence of wind is neglected. The Delft Team argues that the volumes of water entering the various polders of New Orleans due to such sources as rain and underseepage are quite small compared to the eventual flooding of the whole basin by the breaches. While this may be true for some of the city, what is also important is the timing of these events. Even if rain is a small contributor to the total flooding, it may have played a key role in the damage to structures that occurred at a particular location prior to the arrival of flood waters due to breaches.

The neglect of Hurricane Katrina winds within the model may be an important omission. For example, to the north of the 40 Arpent Levee in the Lower Ninth/St. Bernard polder, there is open water and marsh land that is bounded to the north by the GIWW south side levees. The water there is shallow, but open to the hurricane winds. Further, there is an east-west drainage canal through the entire

8

area that connects the Pump Station 5 at the northwest corner of the Lower Ninth Ward to the MRGO at the Bayou Bienvenue control structure. (The Delft Team does not include this canal in their model.) The drainage canal may have allowed MRGO flood waters access to the Lower Ninth Ward earlier than modeled. This is because the flooding waters would flow faster in the deeper water of the drainage canal.

For all models, the quality of the model results depends on the model inputs. These include, for flood/surge models, such items as the topography and bathymetry, the assumed wind fields, the nature of the land (wooded, marsh, buildings, etc.), and other input data. Errors in input data are reflected in corresponding errors in the output. For Hurricane Katrina, there are many unknowable variables that had to be estimated or assumed by the Delft Team. (Often sensitivity analyses are conducted to determine how small changes in a parameter affect the overall results. Such sensitivity analyses do not appear to have been done by the Delft Team.) These uncertainties in model variables lead to errors in timing, such as the arrival time of flood waters, and errors in magnitude. There are many examples in the Delft Team report where timing is critical and the assumptions made about the timing are important to the model results. For example, there was a decision made not to use the IPET timing for the IHNC east breaches, but to choose the later times estimated by Team Louisiana. This choice affects the timing of flow of water across the Lower Ninth Ward and St. Bernard Parish. The reach of flood waters from a particular breach site and the time that those flood waters arrived at a particular location are critically dependent on the timing and the nature of the breaches.

The input to the Delft Team model, according to their report, includes 10 storm hydrographs supplied by Dr. G. Paul Kemp (Kemp, 2007). These hydrographs were primarily taken from the results of an LSU Hurricane Center study that used the ADCIRC numerical model to predict the storm surge due to Hurricane Katrina. (The ADCIRC model was also used by IPET to model the storm surge.) ADCIRC modeling by LSU did not include the breaching of the levees. The only possible flooding in their results is due to overtopping. The use of surge hydrographs generated by a model that does not include breaching as input to a model that does include breaching is likely to incorporate inaccuracies with regard to the volume of water flowing through the breach. A non-breaching ADCIRC model would have high water levels against a levee, while an ADCIRC model that included the breaches would have a large drawdown of water due to the water flowing into the protected area. Using non-breaching hydrographs could lead to artificially high interior-to-the-basin storm hydrographs, leading to much faster rises in water level and timing errors.

ADCIRC, when modeling storm surge, uses the results of a hurricane wind field

model, to provide the wind forcing. Different wind field models give different results. Further, various empirical factors have to be assumed in ADCIRC, such as wind stress coefficients (to couple the wind to the water) and bottom friction coefficients. The choice of these parameters affects the final surge elevations; for example, IPET found that using different models for wind stress there were differences in peak surge of several feet (IPET, Vol. 4, IV-146).

According to Kemp, the results of the LSU ADCIRC modeling were modified to include some observed high water marks—it is not clear how this modification was done. Many high water marks, such as those along the MRGO, do not have associated times, so ADCIRC errors in storm timing would remain in the input data to the Delft Team model. Further, along the MRGO, distinguishing a true surge high water mark without including the effects of wave setup and run-up is a very difficult undertaking, adding uncertainty to hydrographs at these locations.

The fact that less than a dozen storm hydrographs were used as input to the Delft Team model means that the modelers had to make assumptions about the variation of the storm surge around all the flooding boundaries of their model (every 50 m). These assumptions perforce have to affect the accuracy of their results.

The results of the Delft Team model would also be sensitive to how the modelers developed the input data for the numerous breaches, both in terms of the final breach geometry and the time history of the evolution of the breach. Morris (2007) provided the Delft Team with information on 226 breach sites for input to the SOBEK model. The Delft Team aggregated these 226 breaches into 22 "representative" breaches (Vrijling deposition, Vol. II, p 69, lines 10-25). The model timing and flooding volumes would be different if this aggregation had been done differently and with a different number of breaches.

As discussed earlier, one of the significant discrepancies between the various parties that have studied the breaching of the IHNC floodwalls into the Lower Ninth Ward is the timing of the flooding into that area. These breaches are unlikely to have occurred simultaneously, as each breach is now believed by IPET to be due to a different cause. This timing of the breaches would be critical to determining the source of water causing damage to a particular structure in the Lower Ninth Ward.

The source and time of flooding in the Lower Ninth Ward was examined by using eyewitness and stopped clock data by the IPET team. In Figure 5 (Fig 135 of IPET Vol. IV), the flooding was reported as beginning between 4-5 am CDT at three locations. Three other locations indicate that 5-6 am was the onset of flooding. One of the earliest flooding locations is location 9 on the figure, which corresponds to Pump Station 5 (OP 5), operated by the Sewerage & Water Board.

A station operator indicates that flooding was first observed at 4:30 am, and that at 5:30 am, the power to the pump was shut off due to high water levels.  Based on the elevation of the station, it was assumed by IPET that there was 8 feet of water at OP 5 at 5:30 am.  (IPET-IV-194).  According to IPET the sources of the water for the Lower Ninth Ward include the overtopping of the IHNC floodwall, the two breaches in the floodwall, and the flow from the overtopping of the GIWW levee (IPET, Vol IV, p IV-196).

Team Louisiana (van Heerden *et al.*, 2007), however, concluded that the IHNC south breach occurred at 7 am, when the gage at the lock was reading 12.5 ft, apparently based on police reports.  IPET argues that it was earlier based on eyewitnesses; perhaps starting as early as 4:30 am at the Pumping Station 5 as mentioned.  This large discrepancy in timing suggests that there are potential errors in estimating flood arrival times throughout each of the basins in the Delft Team model.

According to Team Louisiana, the failure of the IHNC east I-wall that resulted in the north breach was caused by a combination of underseepage and overtopping (van Heerden *et al.*, 2007, p 67).  ILIT indicates that early water, at 5 am, was not due to breaching but to "large underseepage flows through the highly pervious 'marsh' deposits along this frontage," ILIT, p 6-12.  If this scenario were correct, this would be 6 ft of water due to underseepage—more than enough to damage homes early in the morning in the Lower Ninth Ward.

In summary, modeling of the flooding of New Orleans is a very difficult and complex problem, due to the many sources of flood waters—rain, overtopping of levees/floodwalls by waves and storm surge, and breaching of floodwalls/levees. For any model, there are unknowable inputs—timing and evolution of breaches, for example, or inputs that contain significant uncertainty, and finally assumptions have to be made.  These inputs and assumptions, however, add uncertainty and errors to the results.  The Delft Team modeling effort is state-of-the-art and done well—nonetheless, the model does not and cannot show the actual nature or sequence of property damage during Hurricane Katrina as not all possible causes of damage are included in the model and there were significant uncertainties in the input data.

Robert A. Dalrymple

## INFORMATION CONSIDERED

In reaching the opinions stated in this report, I reviewed the three forensic reports of the New Orleans Hurricane Katrina disaster:  the Interagency Performance Evaluation Taskforce (IPET), formed by the Secretary of the Army, the Team Louisiana (TLA) report, performed for the State of Louisiana, and the Independent Levee Investigation Team (ILIT), lead by the University of California, Berkeley. Additional materials that I have reviewed and on which I have relied in forming the opinions stated herein are:

Black and Veatch (2006). Report on Current and Future Capital Needs 2006, Technical report, Sewerage & Water Board of New Orleans.

Federal Emergency Management Agency (2000). Coastal Construction Manual: Principles and Practices of Planning, Siting, Designing, Constructing, and Maintaining Residential Buildings in Coastal Areas. Third edition.

Fread, D. (1991). The NWS DAMBRK model: Theoretical background/user documentation. Technical report, National Weather Service, Silver Spring, MD 20910.

Graumann, A., Houston, T., Lawrimore, J., Levinson, D., Lott, N., McCown, S., Stephens, S., and Wuertz, D. (2005). Hurricane Katrina: A climatological perspective. Technical report, National Climatic Data Center, NOAA.

Hurricane Katrina External Review Panel (2007). The New Orleans Hurricane Protection System: What Went Wrong. American Society of Civil Engineers.

ILIT (2006). Investigation of the performance of the New Orleans flood protection systems in Hurricane Katrina on August 29, 2005. Technical report, CITRIS, University of California, Berkeley.

Interagency Performance Evaluation Team (IPET) (2007). Performance evaluation of the New Orleans and southeast Louisiana hurricane protection system. Technical Report Vol I-IX, U.S. Army Corps of Engineers.

Kemp, G.P. (2007a). Data supplied to Delft team modeling internal flooding of Greater New Orleans during Hurricane Katrina. Technical report, Team Louisiana.

Kemp, G.P. (2007b). Deposition, August 22, 2007.

Kok, M., Aalberts, M., Maaskant, B., and de Wit, L. (2007). Polder flood simulations for Greater New Orleans: Hurricane Katrina August 2005. Technical report, TU Delft and Svasek.

Levitan, M. and Hill, C. (2005). Residential wind damage in Hurricane Katrina: Preliminary estimates and potential loss reduction through improved building codes and construction practices. Technical report, LSU Hurricane Center.

Morris, C.A., Survey and spatial data inputs for flood water modeling of Katrina's affect on Greater New Orleans, Cmor Consulting L.L.C., July 30, 2007, plus associated computer files.

Ricks, R.J., Jr., Trotter, P.S., Johnson, G.A., Revitte, F.J., Guiney, J.L., Pfost, R, Reed, D.B., The historic southeast Louisiana and southern Mississippi Flood of May 8-10, 1995, National Weather Service, NOAA Technical Memorandum NWS SR-183, February, 1997

Seed, R., Nicholson, P., Dalrymple, R., Battjes, J., Bea, R., Boutwell, G., Bray, J., Collins, B., Harder, L., Headland, J., Inamine, M., Kayen, R., Kuhr, R., Pestana, J., Sanders, R., Silva-Tulla, F., Storesund, R., Tanaka, S., Wartman, J., Wooten, L., and Zimmie, T. (2005). Preliminary report on the performance of the New Orleans levee systems in Hurricane Katrina on August 29, 2005. Technical Report UCB/CITRUS-05/01, University of California, Berkeley.

van Heerden, I., Kemp, G., Mashriqui, H., Sharma, R., Prochaska, B., Capozzoli, L., Theis, A., Binselam, A., Streva, K., and Boyd, E. (2006). The failure of the New Orleans levee system during Hurricane Katrina. State project 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, Team Louisiana.

Vrijling, J. K. (2007). Deposition, August 16-17, 2007.



**Figure 1 Hurricane Katrina 1-min surface wind speeds.  Source:  AOML Wind speeds in knots. www.aoml.noaa.gov/hrd/Storm_pages/katrina2005/wind.html**



**Figure 2 HAZUS estimates of at least moderate damage due to wind, from Levitan and Hill (2005).**



**Figure 3 Total rainfall in New Orleans Area, for August 28-29, from IPET-VI, showing from 10-12 inches total in eastern portion of New Orleans.**



Figure 132. Water backing up through storm drain on the campus of the Baptist Theological Seminary on Monday afternoon.

**Figure 4 IPET page IV-190.  This site is west of the Industrial Canal in Gentilly.**



**Figure 5 IPET Volume IV, Figure 135 showing time coded arrival times of flood water based on eyewitnesses and stopped clocks.  Note location 9 is the Pumping Station 5.**

# EXHIBIT A
# Robert A. Dalrymple

Department of Civil Engineering
Johns Hopkins University
Baltimore, MD 21204
(410)-516-7923
www.ce.jhu.edu/dalrymple/dalrymple.html
email: rad@jhu.edu

## Personal

**Nationality:**      U. S. Citizen
**Place of Birth:**   Camp Rucker, Alabama
**Date of Birth:**    May 30, 1945
**Marital Status:**   Married, 1 child

## Education

| Institution and Location | Degree | Year | Field |
| --- | --- | --- | --- |
| University of Florida<br>Gainesville, Florida | Ph.D. | 1973 | Civil and Coastal Engineering |
| University of Hawaii<br>Honolulu, Hawaii | M.S. | 1968 | Ocean Engineering |
| Dartmouth College<br>Hanover, New Hampshire | A.B. | 1967 | Engineering Sciences |

## Professional Experience

- Williard and Lillian Hackerman Professor of Civil Engineering, Johns Hopkins University, 2002-present.

1

- Department Chair, Civil Engineering, Johns Hopkins University, 2002-2005.

- Edward C. Davis Professor of Civil and Environmental Engineering, 1996-present.

- Visiting Professor, Department of Civil Engineering, Johns Hopkins University, 1999-2000.

- Director and Founder, Center for Applied Coastal Research, University of Delaware, 1989-present.

- Acting Chair, Department of Civil Engineering, University of Delaware, 1994.

- Professor, Department of Civil Engineering, University of Delaware, 1984 to 1996.  Also, Professor of Marine Studies, College of Marine Studies, 1984-present.

- Associate Professor, Department of Civil Engineering, University of Delaware, 1977 to 1984. Also, Associate Professor of Marine Studies, College of Marine Studies.

- Assistant Dean, College of Engineering, University of Delaware, 1980 to January 1982.

- Assistant Professor, Department of Civil Engineering, University of Delaware, 1973 to 1977. Also, Assistant Professor of Marine Studies, College of Marine Studies.

- Graduate Research Associate, Department of Coastal and Oceanographic Engineering, University of Florida, 1971 to 1973.

- Assistant in Engineering, Department of Coastal and Oceanographic Engineering, University of Florida, 1968 to 1971.

## Major Research Interests

Coastal engineering, water wave mechanics, fluid mechanics, littoral processes, and tidal inlets.

## Societies

American Society of Civil Engineers, Fellow; Sigma Xi; American Geophysical Union; American Shore and Beach Preservation Association; International Association for Hydraulic Research; American Academy of Mechanics; Society for Industrial and Applied Mathematics.

## Service

President, Association of Coastal Engineers, Mar 2004-July 2007.

President, Coasts, Oceans, Ports, and Rivers Institute (COPRI), ASCE, Oct 2002-Oct 2003.

Vice President, COPRI, ASCE, Oct 2001-Oct, 2002.

COPRI, ASCE, (Founding) Board of Governors, 2000-2004.

Member, Coastal Engineering Research Council, COPRI, ASCE, 1992-present. Chair since 2004.

Executive Committee, ASCE, Waterways, Ports, Coastal and Ocean Engineeering, 1999-2000.

Coasts, Oceans, Ports, and Rivers Institute (COPRI, ASCE) Task Committee, 1999-2000.

Marine Board, National Research Council, Chair of Coastal Engineering-Research and Educational Needs Committee, 1996-1999. Member, 2004-present.

Editorial Board, J. Hydraulic Research, 1995-2000.

Editorial Board, Coastal Engineering, 1997-present.

Civilian Member, Coastal Engineering Research Board, U.S. Army Corps of Engineers, 1989-1993.

Advisory Council, Int. Conf. on Coastal & Port Engineering in Developing Countries, COPEDEC, 1998-2004.

Council Member, Delaware Association of Professional Engineers, 1990-1992.

Founder (1995) of coastal_list (www.coastal.udel.edu/coastal/coastal_list.html), an email list for coastal engineers around the world.

Founder and maintainer of The Coastal Engineering Page (www.coastal.udel.edu/coastal/), a coastal engineering web site.

## Honors

Elected to National Academy of Engineering, 2006.

International Coastal Engineering Award, ASCE, in recognition of "outstanding and continuing achievements and contirbutions to the advancement of coastal engineering through research, teaching and professional leadership," 1999.

Moffatt and Nichol Harbor and Coastal Engineering Award, ASCE, for "service and pioneering research contributions in water wave mechanics and sediment transport and applications of these contributions to the practice of coastal and harbor engineering", 1996.

6th Special Faculty Award for Outstanding Contributions to the Educational Program of the College of Engineering, University of Delaware, 1989.

Editor's Citation for Excellence in Refereeing for J. Geophysical Research–Oceans, 1993.

Listed in Who's Who in the East, Who's Who in Technology, American Men and Women in Science.

## Registration

Registered Professional Engineer, State of Delaware, #5070

3

# Publications

## Books

1. **Water Wave Mechanics for Engineers and Scientists**, with R. G. Dean, Englewood Cliffs: Prentice-Hall, Inc., ISBN 0-13-946038-1, 1984.  Reprinted Singapore: World Scientific Publishing Co., 1990.

2. **Physical Modelling in Coastal Engineering**, editor, Rotterdam: A. A. Balkema, Inc., ISBN 90-6191-516-3, 1985.

3. **Coastal Hydrodynamics**, editor, Proceedings of the Specialty Conference, New York: American Society of Civil Engineers, ISBN 0-87262- 606-7, 1987.

4. **Responding to Changes in Sea Level:  Engineering Implications**, member, National Research Council, Marine Board Committee, R.G. Dean, Chair, National Academy Press, ISBN 0-309-3781-6, 1987.

5. **Meeting Research and Educational Needs in Coastal Engineering,**  National Research Council, Marine Board Committee, R. A. Dalrymple, Chair, National Academy Press, ISBN 0-309-06381-7, 1999.

6. **Coastal Processes; with Engineering Applications,** with R.G. Dean, Cambridge University Press, ISBN 0-521-49535-0, 475 pp., 2002.

## Journal Articles, Book Chapters

7. Dalrymple, R.A.,"A Finite Amplitude Wave on Linear Shear Current, "*J. Geophysical Research*, 79, 30, 4498-4504, 1974.

8. Dalrymple, R.A. and R. G. Dean, "Waves of Maximum Height on Uniform Currents," *J. Waterways, Harbors and Coastal Engineering Division*, ASCE, 101, No. WW3, August 1974.

9. Dalrymple, R.A., "A Mechanism for Rip Current Generation on an Open Coast," *J. Geophysical Research*, 60, 24, 1975.

10. Dalrymple, R.A. and G.A. Lanan, "Beach Cusps Formed by Intersecting Waves," *Bulletin of the Geological Society of America*, 87, No. 1, January 1976.

11. Dalrymple, R.A., "Wave-Induced Mass Transport in Water Waves," *J. Waterways, Harbors and Coastal Engineering Division*, ASCE, 102, May 1976.

12. Thompson, W.W. and R.A. Dalrymple, "A History of Indian River Inlet, Delaware," *Shore and Beach*, 44, No. 2, July 1976.

13. Dalrymple, R.A. and J.C. Cox, "Symmetric Finite Amplitude Rotational Water Waves," *J. Physical Oceanography*, 6, No. 6, 1976.

14. Dalrymple, R.A., R.A. Eubanks, and W.A. Birkemeier, "Wave-Induced Circulation in Shallow Basins," *J. the Waterway, Port, Coastal and Ocean Division*, ASCE, 103, February 1977.

15. M. A.Tayfun, M.A., C. Y. Yang and R.A. Dalrymple, "Random Wave-Current Interactions in Water of Varying Depth,"*Ocean Engineering*, 6, No. 3, 1977.

16. Dalrymple, R.A., "A Numerical Model for Periodic Finite Amplitude Waves on a Rotational Fluid," *J. Computational Physics*, 24, No. 1, 1977.

17. Dalrymple, R.A. and P. L-F. Liu, "Waves Over Soft Muds: A Two-Layer Fluid Model," *J. Physical Oceanography*, 8, No. 6, 1978.

18. Dalrymple, R.A. and C. Lozano, "Wave-Current Interaction Models for Rip Currents," *J. Geophysical Research*, 83, No. C12, 1978.

19. Liu, P.L.-F. and R.A. Dalrymple, "Bottom Frictional Stresses and Longshore Currents due to Waves with Large Angles of Incidence,"*J. Marine Research*, 32, No. 2, 1979.

20. Dalrymple, R.A., "Longshore Currents with Wave-Current Interaction," *J. Waterway, Port, Coastal and Ocean Division*, ASCE, 106, No. WW3, 1980.

21. Kirby, J.T., R.A. Dalrymple and P.L.-F. Liu, "Modification of Edge Waves by Barred-Beach Topography," *Coastal Engineering*, 5, 1981.

22. Dean, R.G., R.A. Dalrymple, and R.T. Hudspeth, "Force Coefficients from Wave Project I and II Data Including Free Surface Effects," *Society of Petroleum Engineers Journal*, 21, No. 6, 1981.

23. Dalrymple, R.A., and J. Fowler, "Bragg Scattering by Pile Supported Structures," *J. the Waterway, Port, Coastal and Ocean Division*, ASCE, 108, August, 1982.

24. Dalrymple, R.A., "An Introduction to Physical Modelling," in **Physical Modelling in Coastal Engineering**, A. A. Balkema, 1984.

25. Dalrymple, R.A., and M. Greenberg, "Directional Wave Makers," in **Physical Modelling in Coastal Engineering**, A.A. Balkema, 67–79, 1984.

26. Kirby, J.T. and R.A. Dalrymple, "Propagation of Obliquely Incident Water Waves over a Trench," *J. Fluid Mechanics*, 133, 47-63, 1983.

27. Kirby, J.T. and R.A. Dalrymple, "A Parabolic Equation for the Combined Refraction-Diffraction of Stokes Waves by Mildly Varying Topography,"*J. Fluid Mechanics*, 136, 453-466, 1983.

28. Dalrymple, R.A., J.T. Kirby and P.A. Hwang, "Wave Diffraction due to Areas of Energy Dissipation," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 110, WW1, 67-79, 1984.

29. Liu, P.L.-F. and R.A. Dalrymple, "The Damping of Gravity Water Waves Due to Percolation," *Coastal Engineering*, 8, 33-49, 1984.

30. Kirby, J.T. and R.A. Dalrymple, "Oblique Envelope Solutions of the Davey-Stewartson Equations in Intermediate Water Depth," *Physics of Fluids*, 26, 10, 1983.

31. Dalrymple, R.A., P.A. Hwang and P. L-F. Liu, "Water Waves and Circular Damping Regions," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 110, 2,1984.

32. Kirby, J.T. and R.A. Dalrymple, "Verification of a Parabolic Equation for Propagation of Weakly- Nonlinear Waves," *Coastal Engineering*, 8, 1984.

33. Dally, W.R. R. G. Dean and R.A. Dalrymple, "Wave Height Variation Across Beaches of Arbitrary Profile," *J. Geophysical Research*, 90, 6, 11917–11927, 1985.

34. Kirby, J.T. and R.A. Dalrymple, "Modeling Waves in Surfzones and Around Islands," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 1, 1986.

35. Dalrymple, R.A., R. B. Biggs, R. G. Dean and H. Wang. "Bluff Recession Rates in Chesapeake Bay," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 1, 1986.

36. Dalrymple, R.A., and J.T. Kirby, "Water Waves Over Ripples," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 1, 1986.

37. Dalrymple, R.A. and P. Solana, "Nonuniqueness in Stream Function Wave Theory," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 2, 1986.

38. Kirby, J.T. and R.A. Dalrymple, "An Approximate Model for Nonlinear Dispersion in Monochromatic Wave Propagation Models," *Coastal Engineering*, 9, 1986.

39. Mann, D.W. and R.A. Dalrymple, "A Quantitative Approach to Delaware's Nodal Point," *Shore and Beach*, 54, 2, 1986.

40. Liu, P.L.-F., S.B. Yoon, and R.A. Dalrymple. "Wave Reflection from Energy Dissipation Region," *J. Waterway, Port, Coastal and Ocean Engineering*, 112, 6, 1986.

41. Trowbridge, J. , K.-D. Suh, and R.A. Dalrymple, "A Simplified Second-Order Solution for a Spiral Wave Maker," *J. Geophysical Research*, 91, C10, 1986.

42. Kirby, J.T., R.A. Dalrymple and S.N. Seo, "Propagation of Obliquely Incident Water Waves Over a Trench. 2. Currents Flowing Along the Trench," *J. Fluid Mechanics*, 176, 1987.

43. Suh, K.D. and R.A. Dalrymple, "Offshore Breakwaters in Laboratory and the Field," *J. Waterway, Port Coastal and Ocean Engineering*, ASCE, 113, 2, 1987.

44. Dalrymple, R.A., "Water Wave Diffraction," *Shore and Beach*, 55, 3-4, 1987.

45. Wu, Y.-C. and R.A. Dalrymple, "Analysis of Wave Fields Generated by a Directional Wave-maker," *Coastal Engineering*, 11, 3, 1987.

46. Martin, P.A. and R.A. Dalrymple, "Scattering of Long Waves by Cylindrical Obstacles and Gratings Using Matched Asymptotic Expansions," *J. Fluid Mechanics*, 188, 456-490, 1988.

47. Dexter, S.C., R.A. Dalrymple, and N. Kobayashi, "The Marine Environment," in **Materials for Marine Systems and Structures**, D.F. Hasson and C.R. Crowe, eds., Academic Press, ISBN 0-12-341828-3, 1988.

48. Dalrymple, R.A., "A Model for the Refraction of Water Waves," *J. Waterway, Port, Coastal and Ocean Eng.*, ASCE, 114, 4, 423-435, 1988.

49. Dalrymple, R.A. and J.T. Kirby, "Models for Very Wide Angle Water Waves and Wave Diffraction," *J. Fluid Mechanics*, 192, 33-50, 1988.

50. Suh, K.D. and R.A. Dalrymple, "Expression for Shoreline Advancement of Initially Plane Beach," *J. Waterway, Port, Coastal and Ocean Eng.*, ASCE, 114, 6, 1988.

51. Tang, E.C.-S. and R.A. Dalrymple, "Nearshore Circulation: Rip Currents and Wave Groups," in **Nearshore Sediment Transport Study**, R.J. Seymour, ed., Plenum Press, 1989.

52. Dalrymple, R.A., "Directional Wavemaker Theory with Sidewall Reflection," *J. Hydraulic Research*, 27, 1, 23-34, 1989.

53. Dalrymple, R.A., "Physical Modelling in Coastal Engineering," Chap. 11 in **Recent Advances in Hydraulic Physical Modelling**, R. Martins, ed., NATO Advanced Science Institutes Series, Dordrecht: Kluwer Academic Publishers, 1989.

54. Dalrymple, R.A., K.D. Suh, J.T. Kirby, and J.W. Chae, "Models for Very Wide Angle Water Waves and Wave Diffraction, Part 2. Irregular Bathymetry" *J. Fluid Mechanics*, 201, 299-322, 1989.

55. Dalrymple, R.A., "Water Waves Past Abrupt Channel Transitions," *Applied Ocean Research*, 11, 4, 170–175, 1989.

56. Munasinghe, L.C. and R.A. Dalrymple, "A Split-step Fourier Algorithm for Water Waves," *J. the Engineering Mechanics Div.*, ASCE, February, 251-267, 1990.

57. Losada, M.A., R.A. Dalrymple and C. Vidal, "Water Waves in the Vicinity of Breakwaters," *J. Coastal Research*, Special Issue 7, 119-137, 1990.

58. Dalrymple, R.A. and P.A. Martin, "Wave Diffraction Through Offshore Breakwaters," *J. Waterway, Port, Coastal and Ocean Engineering*, 116, 6, 727–741, ASCE, 1990.

59. Dalrymple, R.A., L.C. Munasinghe, D.H. Wood, J.T. Kirby, "A Very Wide Angle Acoustics Model for Underwater Sound Propagation,", *J. the Acoustical Society of America*, 88, 4, 1863-1876, 1990.

60. Seo, S.N. and R.A. Dalrymple, "An Efficient Model for Periodic Overturning Waves," *Engineering Analysis with Boundary Elements*, 7, 4, 1990.

61. Suh, K.D., R.A. Dalrymple and J.T. Kirby, "An Angular Spectrum Model for Propagation of Stokes Waves," *J. Fluid Mechanics*, 221, 205-232, 1990.

62. Medina, R., M.A. Losada, and R.A. Dalrymple, "Análisis de Perfiles de Playa por Medio de Funciones Ortogonales Empíricas, Método FOE," *Revista de Obras Publicas*, June, 1990.

63. Dalrymple, R.A., M.A. Losada, and P.A. Martin, "Reflection and Transmission from Porous Structures under Oblique Wave Attack," *J. Fluid Mechanics*, 224, 625-644, 1991.

64. Task Committee, "Effects of Sea Level Rise on Bays and Estuaries," *J. Hydraulic Engineering*, ASCE, 118, 1, 1-10, 1992.

65. Dalrymple, R.A., "Prediction of Storm/Normal Beach Profiles," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 118, 2, 193-200, 1992.

66. Dalrymple, R.A. and P.A. Martin, "Perfect Boundary Conditions for Parabolic Water-wave Models," *Proc. Royal Society, London, A*, 437, 41-54, 1992.

67. Dalrymple, R.A. and J.T. Kirby, "Angular Spectrum Modelling of Water Waves," *Reviews in Aquatic Sciences*, CRC Press, 6, 5 and 6, 383-404, 1992.

68. Dalrymple, R.A., "Wave Propagation in Shallow Water," in *Design and Reliability of Coastal Structures*, Proc. Short Course, Venice, Italy, October 1–3, 1992.

69. Losada, I.J., R.A. Dalrymple, and M. A. Losada, "Water Waves on Crown Breakwaters," *J. Waterways, Port, Coastal and Ocean Engineering*, ASCE, ASCE, 119, 4, 367-380, 1993.

70. Suh, K.D. and R.A. Dalrymple, "Application of Angular Spectrum Model to Simulation of Irregular Wave Propagation," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 119, 5, 1993.

71. Kirby, J.T., R.A. Dalrymple and H. Kaku, "Parabolic Approximations for Water Waves in Conformal Coordinate Systems," *Coastal Engineering,*, 23, 185-213, 1994.

72. Martin, P.A. and R.A. Dalrymple, "On Amphidromic Points," *Proc. Royal Society, London, A*, 444, 91–104, 1994.

73. Martin, P.A. and R.A. Dalrymple, "On the Propagation of Water Waves Along a Porous-walled Channel," *Proc. Royal Society, London, A*, 444, 411-428, 1994.

74. Dalrymple, R.A, "Theory of Short-Period Waves," Chapter 2.3 of **Coastal, Estuarial and Harbour Engineers' Reference Book**, M.B. Abbott and W.A. Price, eds., E & F N Spon, London, 1994.

75. Dalrymple, R.A, J.T. Kirby and P.A. Martin, "Spectral Methods for Forward-propagating Water Waves in Conformally-mapped Channels,"*Applied Ocean Research*, 16, 249-266, 1994.

76. Dalrymple, R.A. and P.A. Martin, "Water Waves Incident on an Infinitely Long Rectangular Inlet," *Applied Ocean Research*, 18, 1-11, 1996.

77. Martin, P.A., R.A. Dalrymple, and J.T. Kirby, "Parabolic Modelling of Water Waves," in **Gravity Waves in Water of Finite Depth,** J.N. Hunt, Ed., Computational Mechanics Publications, Southhampton, 169-213, 1997.

78. Li, L. and R.A. Dalrymple, "Instabilities of the Undertow," *J. Fluid Mechanics,* 369, 175-190, 1998.

79. Losada, I.J., Dalrymple, M.A., Losada, M.A., "Wave-induced mean flows in vertical rubble-mound structures," *Coastal Engineering*, 35, 4, 251-281, 1998.

80. Dalrymple, R.A., M.A. Losada, and B. Doyle, "Waves and Wave-induced Flows at Jettied Inlets," *Shore & Beach*, 67, 1, 50-52, 1999.

81. Haller, M.C., U. Putrevu, J. Oltman-Shay, and R.A. Dalrymple, "Wave Group Forcing of Low Frequency Surf Zone Motion," *Coastal Engineering Journal*, 41, 2, 1999.

82. Chen, Q., R.A. Dalrymple, J.T. Kirby, A. Kennedy, and M.C. Haller, "Boussinesq Modelling of a Rip Current System," *J. Geophys. Res.*, 104, C9, 20, 617-20,638, 1999.

83. Kennedy, A.B., Chen, Q., Kirby, J.T., and Dalrymple, R.A., "Boussinesq modeling of wave transformation, breaking and runup. I: 1D," *J. Waterway, Port, Coastal, and Ocean Engineering*, 126, 1, 39-47, 2000.

84. Chen, Q., Kirby, J.T., Dalrymple, R.A., Kennedy, A.B., and Chawla, A., "Boussinesq modeling of wave transformation, breaking and runup. II: 2D," *J. Waterway, Port, Coastal, and Ocean Engineering,* 126, 1, 48-56, 2000.

85. Kennedy, A.B., Dalrymple, R.A., Kirby, J.T., and Chen, Q., "Depth Inversion Using Direct Boussinesq Modeling," *J. Waterway, Ports, Coastal, and Ocean Engineering, 126, 4, 206-214, 2000.*

86. Dalrymple, R.A., P.A. Martin, and L. Li, "Waves in a Rectangular Inlet with Reflecting or Absorbing Walls," *J. Waterway, Ports, Coastal and Ocean Engineering*, 126, 6, 206-214, 2000.

87. Shi, F., Dalrymple, R.A., Kirby, J.T., Chen, Q., and A.B. Kennedy, "A fully nonlinear Boussinesq model in generalized curvilinear coordinates, *Coastal Engineering*, 42, 337-358, 2000.

88. Kennedy, A.B., Kirby, J.T., Chen Q. and R.A. Dalrymple, "Boussinesq-type Equations with Improved Nonlinear Behaviour," *Wave Motion*, 33, 3, 225-243, 2001.

89. Haller, M.C. and R.A. Dalrymple, "Rip Current Instabilities," *J. Fluid Mechanics*, 433, 161-192, 2001.

90. Haller, M.C., R.A. Dalrymple and I.A. Svendsen, "Experimental Study of Nearshore Dynamics on a Barred Beach with Rip Channels,"*J. Geophys. Res.*, 107, C6, 2002.

91. Shi, F-Y., J.T. Kirby, R.A. Dalrymple, Q. Chen, "Wave Simulations in Ponce De Leon Inlet Using a Boussinesq Model," *J. Waterway, Ports, Coastal, and Ocean Engineering*, 129, 3, 124-135, 2003.

92. Chen, Q., Kirby, J.T., R.A. Dalrymple, F. Shi, and E.B. Thornton, "Boussinesq modeling of longshore currents,", *J. Geophys. Res.*,108, C11, 3362-3380 , 2003.

93. Gomez-Gesteira, M. and R.A. Dalrymple, "Using a 3D SPH Method for Wave Impact on a Tall Structure," J. Waterways, Port, Coastal, Ocean Engineering, 130, 2, 2003.

94. Gomez-Gesteira, M., R.A. Dalrymple, A.J.C. Crespo, and D. Cerquiero, "Uso de la Tecnica SPH para el Estudio de la Interaccion entre Olas y Estructuras," *Ingenieria del Agua*, 11, 2, 2004.

95. Gomez-Gesteira, M., D. Cerquiero, A.J.C. Crespo and R.A. Dalrymple, "Green Water Over-topping Analyzed with an SPH Model," *Ocean Engineering*, 32, 2, 223-238, 2005.

96. Dalrymple, R.A. and D.L. Kriebel, "Lessons in Engineering from the Tsunami in Thailand," *The Bridge*, National Academy of Engineering, 35, 2, 2005.

97. Dalrymple, R.A. and B.D. Rogers, "Numerical Modeling of Water Waves with the SPH Method," *Coastal Engineering*, 53/2-3, 141-147, 2006

98. Rogers, B.D. and R.A. Dalrymple, "SPH Modeling of Tsunamis," Proc. Intl. Workshop on Longwave Run-up, Advances in Coastal Engineering Series, P.L.-F. Liu, ed., World Scientific, in press, 2007.

99. Crespo, A.J.C, M. Gomez-Gesteira, R.A. Dalrymple. "SPH Simulation of Large Waves Mitigation with a Dike". *Journal of Hydraulic Research*. International Association of Hydraulic Research, in press, 2007.

Proceedings

100. Hudspeth, R.T., R.A. Dalrymple, and R.G. Dean, "Comparison of Wave Forces Computed by Linear and Stream Function Methods," Offshore Technology Conference, Preprint No.2037, May 1974.

101. Dalrymple, R.A., "An Offshore Beach Nourishment Scheme," Proc. 12th Conference on Coastal Engineering, 1971.

102. Price, R.K., R.A. Dalrymple, and R.G. Dean, "Recirculation in Shallow Bays and Rivers," Proc. 12th Conference on Coastal Engineering, 1971.

103. Dalrymple, R.A. and R.G. Dean, "The Spiral Wavemaker for Littoral Drift Studies," Proc. 13th Conference on Coastal Engineering, Vancouver, 1972.

104. Dalrymple, R.A., "Models for Nonlinear Water Waves on Shear Currents," Offshore Technology Conference, Preprint No. 2114, May 1974.

105. Dalrymple, R.A.,"Water Waves on a Bilinear Shear Current," Proc. 14th Conference on Coastal Engineering, Copenhagen, 1974.

106. Birkemeier, W.A. and R.A. Dalrymple, "Nearshore Water Circulation Induced by Wind and Waves," Proceedings of Modeling 75, ASCE, San Francisco, 1975.

107. Wang, H., R.A. Dalrymple, and J.C. Shiau, "Computer Simulation of Beach Erosion and Profile Modification Due to Waves," Proceedings of Modeling 75, ASCE, San Francisco, 1975.

108. Dalrymple, R.A., "Waves and Wave Forces in the Presence of Currents," Proceedings of Ocean Engineering III, ASCE, Newark, Delaware, 1975.

109. Dalrymple, R.A. and W.W. Thompson, "A Study of Equilibrium Beach Profiles," Proc. 15th Conference on Coastal Engineering, Honolulu, Hawaii, ASCE, 1976.

110. Mallard, W.W. and R.A. Dalrymple, "Water Waves Propagating Over a Deformable Bottom," Proc. 9th Annual Offshore Technology Conference, Paper No. 2895, May 1977.

111. Dalrymple, R.A., "Rip Currents and Their Causes," Proc. 16th Conference on Coastal Engineering, Hamburg, 1978.

112. Dennis, W.A., G.A. Lanan, and R.A. Dalrymple, "Case Studies of Delaware's Tidal Inlets: Roosevelt and Indian River Inlets," Proc. 16th Conference on Coastal Engineering, Hamburg, 1978.

113. Ebersole, B.A. and R.A. Dalrymple, "Numerical Modeling of Nearshore Circulation," Proc. 17th Intl. Conference on Coastal Engineering, Sydney, ASCE, 1980.

114. Dalrymple, R.A. and P.L.-F. Liu, "Gravity Waves over a Poro-elastic Seabed," Proc. Ocean Structural Dynamics Symposium, ASCE, September, 1982.

115. Kirby, J.T. and R.A. Dalrymple, "The Propagation of Weakly Nonlinear Waves in the Presence of Varying Depth and Currents," XXth Congress of the Intl. Association of Hydraulic Research, Moscow, 1983.

116. Kirby, J.T., Liu, P.L.-F., S.B. Yoon, and R.A. Dalrymple, "Combined Refraction-Diffraction of Nonlinear Waves in Shallow Water," Proc. 19th Intl. Conference on Coastal Engineering, ASCE, Houston, 1984.

117. Dalrymple, R.A., J.T. Kirby, and D.W. Mann, "Wave Propagation in the Vicinity of Islands," Proc. 16th Offshore Technology Conference, No. 4675, May 1984.

118. Dick, J.E. and R.A. Dalrymple, "Short and Long Term Beach Changes at Bethany Beach, Delaware," Proc. 19th Intl. Conference on Coastal Engineering, ASCE, Houston, 1650-1667, 1984.

119. Dally, W.R., R.G. Dean, and R.A. Dalrymple, "A Model for Breaker Decay on Beaches," Proc. 19th Intl. Conference on Coastal Engineering, ASCE, Houston, 1984.

120. Dalrymple, R.A., J.T. Kirby and D.J. Seli, "Wave Trapping By Breakwaters," Proc. 20th Intl. Conference on Coastal Engineering, Taipei, ASCE, 1986.

121. Martin, C.J., M.C. Miller, and R.A. Dalrymple, "A Verification Procedure for Wave Propagation Models," Proc. Modelling the Offshore Environment, Soc. Underwater Technology, London, 1987.

122. Suh, K.-D. and R.A. Dalrymple, "Directional Wavemaker Theory: A Spectral Approach," Proc. IAHR, Symposium on Wave Analysis and Generation in Laboratory Basins, Lausanne, 1987.

123. Yasuda, T., S. Shinoda, and R.A. Dalrymple, "Soliton Mode Representation for Kinematics of Shallow Water Swell," *Proc. Coastal Hydrodynamics*, ASCE, Newark, 1987.

124. Suh, K.D. and R.A. Dalrymple, "Wide–angle Water Wave Models Using Fourier Method," Proc. 21st Intl. Conference on Coastal Engineering, ASCE, Torremolinos, 246-260, 1988.

125. Dalrymple, R.A., S.N. Seo, and P.A. Martin, "Water Wave Scattering by Rows of Circular Cylinders," Proc. 21st Intl. Conference on Coastal Engineering, ASCE, Torremolinos, 2216-2228, 1988.

126. Dalrymple, R.A. and J.C. Heideman, "Nonlinear Water Waves on a Vertically-sheared Current," Proc. Workshop on Wave and Current Kinematics and Loading, Oil Industry Intl. Exploration and Production Forum, Rpt. 3.12/156, London, 69-92, 1989.

127. Harkins, G.S. and R.A. Dalrymple, "Sensitivity Analysis for Multi-Element Wavemakers," *Proc. 22nd Intl. Conference on Coastal Engineering* , ASCE, 1990.

128. Fowler, R.E. and R.A. Dalrymple, "Wave Group Forced Nearshore Circulation," *Proc. 22nd Intl. Conference on Coastal Engineering,* ASCE, 1990.

129. Losada, I.J., M.A. Losada, and R.A. Dalrymple, "Oscillatory Flow in Granular Media," *Proc. 2nd European Specialty Conference on Numerical Methods in Geotechnical Engineering*, 259-270, 1990.

130. Medina, R., M.A. Losada, R.A. Dalrymple, A. Roldan, "Cross-shore Sediment Transport Determined by EOF Method," *Proceedings, Coastal Sediments '91*, ASCE, 1991.

131. Dalrymple, R.A., "Transport and Circulation in the Nearshore Zone Induced by Waves," *Intl. Symposium on Marine Pollution*, National Cheng Kung University, 1991.

132. Dalrymple, R.A., "Water Wave Propagation in Jettied Channels," *Proc. 23rd Intl. Conference on Coastal Engineering,*, ASCE, 3040-3053, 1992.

133. C.G. Creed, R.A. Dalrymple, D.L. Kriebel, and J.M. Kaihatu, "Equilibrium Beach Profiles with Random Seas," *Proc. 23rd Intl. Conference on Coastal Engineering,*, ASCE, 1992.

134. Driscoll, A.M., R.A. Dalrymple, and S.T. Grilli,"Harmonic Generation and Transmission of Waves Past a Submerged Rectangular Obstacle, *Proc. 23rd Intl. Conference on Coastal Engineering,*, ASCE, 1992.

12

135. Mansard, E.P.D., M.D. Miles, and R.A. Dalrymple, "Validation of Directional Wavemaker Theory with Sidewall Reflections,"*Proc. 23rd Intl. Conference on Coastal Engineering,* ASCE, 1992.

136. Kirby, J.T. and R.A. Dalrymple, "Parabolic and Angular Spectrum Wave Models in Conformally-Mapped Coordinate Systems," in **Advances in Hydroscience and Engineering**, S.S.Y. Wang, ed., Univ. Miss., 1563-1570, 1993.

137. Dalrymple, R.A., J.T. Kirby, and L. Li, "The Propagation of Water Waves in Channels," *Proc. Intl. Symp. on Waves,* IAHR, Vancouver, 1994.

138. Dalrymple, R.A. and J.T. Kirby, "Waves in an Annular Entrance Channel," *Proc. 24th Intl. Conference on Coastal Engineering,* ASCE, Kobe, 1994.

139. Haller, M. and R.A. Dalrymple, "Looking for Wave Groups in the Surf Zone," *Proc. Coastal Dynamics '96,* Gdansk, Poland, 1996.

140. Guo, L. and R.A. Dalrymple, "Water Wave Fluctuations Induced by Irregular Bathymetry," *Proc. 25th Intl. Conf. Coastal Engineering,* ASCE, Orlando, 1996, 731-742.

141. Bosma, K.F. and R.A. Dalrymple, "Beach Profile Analysis Around Indian River Inlet, Delaware," *Proc. 25th Intl. Conf. Coastal Engineering,* ASCE, Orlando, 1996, 2829-2842.

142. Li, L., R.A. Dalrymple, and J. Mlynarski, "Propagation of Water Waves in a Prismatic Channel,' '*Proc. 25th Intl. Conf. Coastal Engineering,* ASCE, Orlando, 1074-1087, 1996.

143. Kriebel, D.L., Dalrymple, R., Pratt, A. and V. Sakovich, "Shoreline Risk Index for Northeasters," *Proc. Conf. on Natural Disaster Reduction,* ASCE, 251-252, Washington, 1996.

144. Haller, M. C., Dalrymple, R. A., and I. A. Svendsen, "Experimental Investigation of Nearshore Circulation in the Presence of Rip Channels" (abs.), *EOS, Trans. Amer. Geophys. Un.,* vol.77, 46, 1996.

145. Haller, M. C., Dalrymple, R. A., and I. A. Svendsen, "Rip Channels and Nearshore Circulation," *Coastal Dynamics '97,* 594-603, 1997.

146. Dalrymple, R.A., "Refraction and Two-line Models of Shoreline Change," *Proc. 10th Natl. Conf. on Beach Preservation Technology,* Florida Shore & Beach Pres. Assoc., St. Petersburg, 1997.

147. Haller, M. C., Dalrymple, R. A., and I. A. Svendsen, "Rip channels and Nearshore Circulation," *Waves '97,* 1997

148. Mendez, F.J., I.J. Losada, R.A. Dalrymple, and M.A. Losada, "Effects of Wave Reflection and Dissipation on Wave-induced Second Order Magnitudes,"*Proc. 26th Intl. Conf. Coastal Engineering*, ASCE, Copenhagen, 1998.

149. Dalrymple, R.A., A.B. Kennedy, J.T. Kirby, and Q. Chen, "Determining Images from Remotely Sensed Images," *Proc. 26th Intl. Conf. Coastal Engineering,* ASCE, Copenhagen, 1998.

150. Li, L. and R.A. Dalrymple, "The Horizontal Eddies in the Offshore Zone," *Proc. 26th Intl. Conf. Coastal Engineering*, ASCE, Copenhagen, 1998.

151. Haller, M.C., U. Putrevu, J. Oltman-Shay, and R.A. Dalrymple, "Low Frequency Surf Zone Response to Wave Groups," *Proc. 26th Intl. Conf. Coastal Engineering*, ASCE, Copenhagen, 1998.

152. Dalrymple, R.A., "Where will we get our future coastal engineers," *Proc. Sand Rights '99*, ASCE, Ventura, 2000.

153. Dalrymple, R.A., I.J. Losada and P.A. Martin, "Water Waves in a Simple Inlet and Bay System" in Coastal Structures '99, I.J. Losada, ed., Vol 1, A.A. Balkema, Rotterdam, 101-106, 2000.

154. Chen, Q., Kirby, J.T., Dalrymple, R.A., Kennedy, A.B., Thornton, E.B., and Shi, F., "Boussinesq Modeling of Waves and Longshore Currents under Field Conditions," Proc. 27th Intl. Conf. Coastal Engineering, ASCE, Sydney, 2000.

155. Misra, S., Kennedy, A.B., Kirby, J.T., and Dalrymple, R.A., "Determining Water Depth from Surface Images Using Boussinesq Equations," Proc. 27th Intl. Conf. Coastal Engineering, ASCE, Sydney, 2000.

156. Kennedy, A.B. and R.A. Dalrymple, "Wave Group Forcing of Rip Currents," *Proc Waves 2001*, ASCE, 1426–1435, San Francisco, 2001.

157. Dalrymple, R.A., O. Knio, D.T. Cox, M. Gesteira, and S. Zou, "Using a Lagrangian Particle Method for Deck Overtopping," *Proc. Waves 2001*, ASCE, 1082–1091, San Francisco, 2001.

158. Jones, N.P. and R.A. Dalrymple, "Management of Civil Infrastructure Systems in Multi-hazard Environments: Coastal Hazards and Systems," *Proc. Solutions to Coastal Disasters*, ASCE, 336-348, 2002.

159. Narayanaswamy, M. and R.A. Dalrymple, "An Experimental Study of Surface Instabilities during Wave Breaking," *Proc. 28th Intl. Conf. Coastal Engineering*, World Scientific, 1, 344-355, 2002.

160. Rogers, B.D., R.A. Dalrymple, M. Gesteira, and O. Knio, "Smoothed particle hydrodynamics for naval hydrodynamics," *Proc. Int. Workshop on Water Waves and Floating Bodies,* 2003.

161. Dalrymple, R.A., "Trends in Coastal Engineering in the U.S.," *Toward New Progress in Coastal Engineering in Japan*, 2003.

162. Rogers, B.D. and R.A. Dalrymple, "SPH Modeling of Breaking Waves," *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 415-427, 2004.

163. Narayanaswamy, M. and R.A. Dalrymple, Earthquake Induced Wave Motions in Closed Water Bodies, " *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 1134-1146, 2004.

164. Zou, S. and R.A. Dalrymple, Sediment Suspension Modeling by Smoothed Particle Hydrodynamics," *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 1948-1958, 2004.

165. Panizzo, A. and R.A. Dalrymple, "SPH Modelling of Underwater Landslide Generated Waves," *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 1147-1159, 2004.

166. Rogers, B.D. and R.A. Dalrymple, "Three-Dimensional SPH-SPS Modeling of Wave Breaking," *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

167. Dalrymple, R.A. and D.L. Kriebel. "Thailand: Seaports and Coastal Aspects." Sumatra-Andaman Islands Earthquake and Tsunami of December 26, 2004 Lifeline Performance; Technical Council on Lifeline Earthquake Engineering. American Society of Civil Engineers, 56-71, in press.

168. Dalrymple, R.A., "New Technology: SPH for Coastal Processes," Keynote Address, *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

169. Narayanaswamy, M. and R.A. Dalrymple, "A Hybrid Boussinesq and SPH Model for Forced Oscillations," *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

170. Zou, S. and R.A. Dalrymple, "Smoothed Particle Hydrodynamics Simulation on Sediment Suspension Under Breaking Waves," *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

171. Zou, S., R.A. Dalrymple. "Sediment Suspension Simulation under Oscillatory Flow with SPH-SPS Method". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)

172. Narayanaswamy, M., J. Frandsen, R.A. Dalrymple. "Experimental and Numerical Studies of Forced Free Surface Waves". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)

173. Gomez-Gesteira, M., A.J.C. Crespo, and R.A. Dalrymple. "Study of Coastal Area Protection within the Framework of SPH3D Method". *Proc. International Conference on Coastal Engineering*. World Scientific Press (2007)

174. Cuomo, G., A. Panizzo, R.A. Dalrymple. "SPH-LES Two Phase Simulation of Wave Breaking and Wave-Structure Interaction". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)

175. Panizzo, A., Cuomo, G., R.A. Dalrymple. "3D Simulation of Landslide Generated Waves". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)