```
          UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL     CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                 NO. 05-4182 "K" (2)

                           JUDGE DUVAL
PERTAINS TO:  MRGO         MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289
```

        Deposition of ROBERT A. DALRYMPLE,
Ph.D., 1902A Indian Head Road, Towson,
Maryland 21204, taken in the offices of
Stone, Pigman, Walther, Wittmann, L.L.C., 546
Carondelet St., New Orleans, Louisiana on
Tuesday, the 18th day of September, 2007 at
9:17 a.m.

Page 34

1  final report next summer on their final
2  draft, which is supposed to be out in
3  December.
4      Q.  What is the objective of the LACPR
5  plan, what are they trying to do or
6  accomplish?
7      A.  Basically, they were, the Corps of
8  Engineers was charged by Congress to provide
9  Category 5 hurricane protection for
10 Louisiana, including New Orleans.
11     Q.  And is that in part through the
12 restoration and preservation of coastal
13 wetlands?
14     A.  Yes.
15     Q.  Is that the primary focus, coastal
16 wetlands?
17     A.  No.
18     Q.  So coastal wetlands is a focus,
19 right?
20     A.  Yes.
21     Q.  Is hard, hard structure another
22 focus?
23     A.  Yes.
24     Q.  Okay.  So to the extent that the
25 Corps might recommend levees, floodwalls, et

Page 35

1  cetera, that would be part of your report?
2      A.  We would be reviewing the Corps'
3  recommendations, yes.  So if they recommend
4  floodwalls, yes.
5      Q.  Okay. Is it, does it include what
6  we'll call Greater New Orleans, Orleans and
7  part of and St. Bernard Parish included in
8  the territory that's sought to be protected?
9      A.  Yes.
10     Q.  Okay.  Is the LACPR, does it
11 pre-date or post-date Katrina?
12     A.  LACPR is post-Katrina.
13     Q.  Okay.  It was enacted in the wake
14 of Katrina by Congress?
15     A.  Yes.
16     Q.  Okay.
17     A.  Now, it's a follow-on of many
18 earlier studies that were pre-Katrina.
19     Q.  Right.  This is -- let me ask you a
20 further question.  Why are coastal wetlands
21 part of the planning process for protecting
22 Greater New Orleans from hurricanes?
23     A.  Well, there's a strongly-held
24 belief that wetlands provide a buffer between
25 storm surges out in the Gulf of Mexico and

Page 36

1  the uplands, including New Orleans.  So if
2  you have wetlands in place, then, in fact,
3  you should have a lower storm surge at New
4  Orleans.  Plus the historical fact that the
5  wetlands are disappearing due to the lack of
6  sediment supply from the river.
7      Q.  From the river, because of the
8  leveeing of the river over the last century
9  or so?
10     A.  Correct.
11     Q.  Okay.  You read the book Rising
12 Tide?
13     A.  Yes, I have.
14     Q.  Do you know John Barry?
15     A.  No, I don't.
16     Q.  Okay.  Let me ask a couple more
17 questions and then we're going to take a
18 brief break for the conference call with the
19 court.
20         This strongly-held belief that
21 wetlands can serve as a buffer, I would like
22 to follow that up.  You are familiar with
23 what are described as bald cypress Tupelo
24 swamps?
25     A.  Not particularly, no.

Page 37

1      Q.  Okay.  You've been to the wetlands
2  of southeast Louisiana?
3      A.  Yes.
4      Q.  Okay.  Have you toured the wetlands
5  of I'll call it Greater New Orleans near Lake
6  Borgne and between MRGO and St. Bernard
7  Parish?
8      A.  Yes.
9      Q.  Okay.  Did you ever tour them
10 before Katrina?
11     A.  No, I have not.
12     Q.  You've toured them since Katrina,
13 right?
14     A.  Yes.
15     Q.  Okay.  Have you been to, down near
16 the Gulf wetlands that you would consider
17 still to be healthy?
18     A.  I have not been further south than,
19 well, certainly below St. Bernard Parish.
20     Q.  Okay.  So you've seen a mixture of
21 not so healthy and healthy wetlands when you
22 visited them?
23     A.  Yes.
24     Q.  Okay.  Are you generally -- by the
25 way, I didn't go through this because you

Page 50

1  A.  No. It is site specific.
2  Q.  Storm surge is site specific?
3  A.  Yes.
4  Q.  Okay. And what do you mean by
5  that?
6  A.  What I mean is for a particular
7  site, depending on its elevation and how far
8  it is from the particular water body of
9  interest, if it was the Gulf of Mexico or the
10 Atlantic Ocean, basically the way you would
11 design it is you would take the Standard
12 Project Hurricane and look at perhaps
13 historical tracks through the site of
14 interest and see what the storm surge would
15 be.
16 Q.  When Congress mandated a Standard
17 Project Hurricane in the 1965 legislation,
18 did Congress specify any site specific levels
19 that the system should be built, heights?
20 A.  I don't -- I don't know.
21 Q.  Did the Corps submit any documents
22 to Congress in which, in connection with that
23 legislation which referenced any heights or
24 levels of the structures for the Standard
25 Project Hurricane to your knowledge?

Page 51

1  A.  I don't know about specific
2  documents. It's my understanding that the
3  Hurricane Protection System was built to the
4  Standard Project Hurricane criteria for New
5  Orleans.
6  Q.  And what are they?
7  A.  That I don't know off the top of my
8  head.
9  Q.  So do you have any idea what the
10 New Orleans Standard Project Hurricane
11 criterion was for height of the protection
12 structures?
13 A.  Well, my supposition is that
14 different parts of the city had different
15 levels, and so you have, for example, the
16 levees along the Mississippi River Gulf
17 Outlet are different elevations than the
18 lakefront and say the canals, floodwalls
19 along the various canals.
20 Q.  The outfall canals?
21 A.  Yes.
22 Q.  Do you know what they were for each
23 of those?
24 A.  More or less.
25 Q.  I'll take that.

Page 52

1  A.  Yeah. I have a rough idea.
2  Q.  What was the MRGO design height?
3  A.  I believe they are around 18 feet.
4  Q.  Okay.
5  A.  But I would have to, you know, I
6  would have to look these things up. So I
7  know --
8  Q.  Could it be 17 and a half feet?
9  A.  It could be 17 and a half feet.
10 Q.  Okay.
11 A.  Along the IHNC, the Inner Harbor
12 Navigational Canal, they're between 12 and
13 13, something like that.
14 Q.  And how about the lakefront?
15 A.  The lakefront, I believe they are
16 around 14.
17 Q.  And the outfall canals, let's take
18 17th Street?
19 A.  17th Street. I'm not sure. I
20 don't know. Somewhere between 12, 13,
21 something like that. I don't know. That's a
22 guess.
23 Q.  The difference between the IHNC of
24 12 to 13 feet and the MRGO of around 17 and a
25 half or 18 feet is several feet, right?

Page 53

1  A.  Yes.
2  Q.  Okay. Do you know why there was a
3  difference?
4  A.  Exposure to the storm surge.
5  Q.  So the Corps believed in planning
6  the Standard Project Hurricane System for
7  Greater New Orleans at the MRGO could
8  experience higher storm surge or water levels
9  than the IHNC?
10 A.  I don't know what the Corps
11 believed, but when you look at exposure of
12 the levees along the MRGO to the Gulf of
13 Mexico, they are directly exposed over the
14 wetlands and say the floodwalls are not.
15    VIDEOGRAPHER:
16    Off the record. It is 9:21.
17    (OFF THE RECORD)
18    VIDEOGRAPHER:
19    Returning to the record. It is
20    9:24.
21 EXAMINATION BY MR. O'DONNELL:
22 Q.  Have you read any of the -- wait.
23 Back up. Do you know what a Design
24 Engineering Memorandum is for the Corps?
25 A.  Yes.

Page 106

1  but I've not inspected it nor seen design
2  details.
3     Q.  Earthen, is it similar composition
4  of soils as Reach 2 or is it more clay like
5  the lakeshore levees?
6     A.  I have no idea.
7     Q.  Okay.  Let's focus for a moment --
8  are you familiar with the 40 Arpent Canal?
9     A.  Yes.  The canal or the --
10    Q.  The levee.
11    A.  -- the levee?  The levee, yes.
12    Q.  Look at Dalrymple 4.  You have that
13 in front of you?
14    A.  Yes.
15    Q.  Can you point out to me where that
16 40 Arpent Canal Levee is.
17    A.  That's the orange line that's
18 bisecting the St. Bernard and Lower Ninth.
19    Q.  Okay.  Super.  And you have visited
20 that?
21    A.  I believe we drove by it, but we
22 didn't spend any time looking at it.
23    Q.  Is it your understanding that that
24 levee performed well during and after
25 Hurricane Katrina?

Page 107

1     A.  Well --
2     Q.  Okay.
3     A.  -- it's hard to say.  I mean, it is
4  lower than the MRGO, so it was overtopped, I
5  know that.  I know that -- I don't know how
6  it stood up in terms of construction.
7     Q.  You don't know whether or not it
8  didn't erode away like the Reach 2 MRGO?
9     A.  Correct.  I do not know.
10    Q.  You don't know what it was made of?
11    A.  I don't know what it was made of.
12 I would suspect it's earthen, but --
13    Q.  Do you know whether it was clay,
14 more claylike than Reach 2?
15    A.  I don't know.
16    Q.  Do you know whether there's -- let
17 me go back for a moment.  You've been in that
18 general vicinity of some portion of the 40
19 Arpent during your visits here?
20    A.  Yes.
21    Q.  Okay.  Is it not the case that on
22 the, I don't know whether it's the flood
23 side or -- I guess the flood side, okay
24 (indicating).
25    A.  Yes.

Page 108

1     Q.  That the northeastern part, that
2  there was vegetation in front of large
3  portions of it?
4     A.  Yes.  Wetlands, yes.
5     Q.  Wetlands.
6     A.  Yes.
7     Q.  And they had an ameliorating or
8  buffering effect during and after Katrina on
9  the 40 Arpent Canal Levee, did it not?
10    A.  Well, yes.  You would expect that
11 they would absorb some of the energy of the
12 surge and some of the energy of the waves.
13 And they also provided a buffer area for the
14 water going over the MRGO levees.  That is,
15 they would fill up that area prior to going
16 in populated areas.
17    Q.  Correct.  Okay.  There were no
18 wetlands offering any of this absorption of
19 energy or buffering effect along Reach 2 of
20 the MRGO on the flood side, correct?
21    A.  There's wetlands there, yes.
22    Q.  Were they alive or dead?
23    A.  Some combination of the both, I
24 think, but we didn't look to see what
25 percentage of alive or dead it is.  I know

Page 109

1  that there's some significant issues with
2  salt water intrusion, but that's not
3  something I examined.
4     Q.  Okay.  Great.
5        Your next paragraph beginning:
6  "Levees can be a source of water," do you see
7  that, sir?
8     A.  Yes.
9     Q.  And you say that they can enter
10 protected areas during a storm through a
11 variety of ways.  The first one you mention
12 is underseepage.  Can you tell us what that
13 is?
14    A.  Basically, if you have a structure
15 founded on a foundation that is porous in any
16 way, either through levees or entirely porous
17 or what have you, that layer of porous
18 material can allow water to transmit from the
19 flood side to the protected side.
20    Q.  Okay.  Is that what happened in
21 portions, substantial portions of Reach 2?
22    A.  In Reach 2?  I don't know that
23 there was any underseepage there.  I haven't
24 read anything about underseepage there,
25 but --

Page 134

1  level gauge that gave you a continuous record
2  that would be the ideal.
3       Q.  Right.
4       A.  So you just have one instant in
5  time, one snapshot.  So it's either the
6  highest or, as you are pointing out, you
7  might have another mark, but you don't when
8  that mark may have occurred.
9       Q.  Okay.  And you say that this model,
10 and I assume it would be true of any model
11 that someone tried to do of post-Katrina
12 flooding or during and after Katrina
13 flooding, you say it does not and cannot show
14 the actual nature or sequence of property
15 damage during Hurricane Katrina as not all
16 possible causes of damage are included in the
17 model, and there are significant
18 uncertainties in the input data.  That's what
19 you concluded, right?
20      A.  Yes.
21      Q.  That would be true if you did it,
22 right?
23      A.  That would be true almost -- I
24 think the only way you could answer that
25 question where you could actually get the

Page 135

1  damages, if you created a model that modeled
2  all the individual structures, that is to
3  say, you had every house, every building in
4  there.  Then you could say this particular
5  house sitting on this street corner was
6  affected by the wind or affected by the
7  flooding.
8       Q.  Or you could have the hypothetical
9  I gave you where it was the first block next
10 to the IHNC and it was blown off its
11 foundation a block away, you probably could
12 circumstantially infer that in that instance
13 a primary cause of the destruction of that
14 structure was the levee breaking and the
15 ensuing flooding?
16      A.  Well, there's no question the levee
17 breaking caused damage to the house.
18      Q.  Right.  It blew it off its
19 foundation.
20      A.  Whether it was the first damage or
21 the last damage.
22      Q.  Okay.  Right.
23      A.  Certainly the last damage.
24      Q.  Right.  So any model, whether it's
25 the Delft Team that did this model or if you

Page 136

1  were doing this model or the Corps is doing a
2  model, at best if you use an art term, it's
3  impressionistic, correct?
4       A.  Well --
5       Q.  It's not a real actual picture of
6  what happened because we can't know that?
7       A.  Well, you can never know it -- I
8  mean, there is always a level of detail that
9  you don't know.  So the model is always going
10 to have some uncertainties and is going to
11 incorporate some errors.
12      Q.  Okay.  There is an expression I
13 heard a judge once say, he said, "Young man,
14 in the land of the blind the one-eyed man is
15 king."  I don't know if you have ever heard
16 that expression before?
17      A.  I heard that expression, yes.
18      Q.  So Delft or HEC-RAS by the Corps or
19 if you did your own, they are trying to do
20 the best they can with the available
21 information, right?
22      A.  I think they made a good faith
23 effort to do the best with the tools they
24 had.
25      Q.  And you conclude that the Delft

Page 137

1  Team modeling effort is a, is
2  state-of-the-art and done well, but you then
3  point out that there's limitations on this
4  model, correct?
5       A.  Right.  There are errors associated
6  with the inputs that they can't know about.
7  Another model was used as input to their
8  model.  So, I mean, there are compounding
9  uncertainties.  So no matter -- you know,
10 they did the best with the quality of data
11 they had with the model they used.
12      Q.  One of their maps, and if you look
13 at the dynamic flow model as you and I have
14 and I'm sure others have looked at it, let's
15 take -- let's go back to our Exhibit 4.
16 Okay.  If you're somebody who was living in
17 Chalmette (indicating) --
18      A.  Yes.
19      Q.  -- during and after Katrina, the
20 Delft model shows that the water originated
21 in, that the water came from the earthen
22 structures along Reach 2, came across what
23 was ever left of that wetlands, came over the
24 40 Arpent Canal and then flowed into
25 Chalmette.  Fair description of what

Page 138

1  happened?
2     A.  Their model shows that, yes.
3     Q.  Okay.  Now, to the extent that it
4  has a time sequence on it, that may or may
5  not be accurate, right?
6     A.  Right.
7     Q.  But it would be fair to say that if
8  you were in Chalmette, that the water that
9  flooded your residence came from where I just
10 said the model shows it came from?
11    A.  Yes.  It's fair to say that.  There
12 was some water coming in from the south, but
13 you would have to be probably further south
14 to get affected by it.
15    Q.  Right.  And if you live in the
16 Lower Ninth Ward, at least in that area that
17 would be closest to the IHNC, while the
18 timing may or may not be correct on their
19 model, you can certainly say that the
20 floodwaters came from that, from the IHNC
21 direction?
22    A.  If you were close to the IHNC, say
23 in the Lower Ninth Ward, there is a high
24 probability the water came from the breach
25 sites on the IHNC.  There may have been some

Page 139

1  water coming in from the GIWW overtopping.
2     Q.  Okay.  And -- or you may have
3  gotten water exposure to your property from
4  overtopping along some segment of the IHNC
5  where the levee did not fail?
6     A.  Right.  And it's a matter of timing
7  of what happened.  You know, the failure
8  mechanism on the IHNC was apparently pretty
9  complicated.
10    Q.  Right.
11    A.  And the timing was critical in the
12 sense that the recent Volume 5 that the Corps
13 has put out for IPET implies that there was
14 leaning of the walls early in the morning.
15 And so water was overtopping early.
16    Q.  Before a blowout?
17    A.  Before the blowout.
18    Q.  Yeah.  Let me go to Dalrymple 2,
19 which is the depictions of the various levee
20 locations in New Orleans East.  And I will
21 just pick another example of what we were
22 just asking.  Let's go to the New Orleans
23 East Back Levee, the purple hydraulic fill
24 indication.  Do you see that?
25    A.  Yes.

Page 140

1     Q.  Now, the Delft model does depict
2  water flowing from that stretch into the area
3  on the right, correct?
4     A.  Yes.
5     Q.  And that's largely an unpopulated
6  area, as I understand, is that correct?
7     A.  That's my impression and certainly
8  visible from aerial photographs.
9     Q.  Okay.  So regardless of whether
10 they got the timing hour-by-hour,
11 minute-by-minute sequence correct, they got
12 it right that that's where water, that water
13 came from in that area, correct?
14    A.  The floodwaters would have come
15 from the, that section of the GIWW levee, the
16 New Orleans East Back Levee, yes.
17    Q.  Got it.  Let's go to the, still on
18 Dalrymple 2, out by the airport.  There was
19 some flooding that occurred in that vicinity
20 of New Orleans East, correct?
21    A.  Yes.
22    Q.  And what was the cause of that, do
23 you recall?
24    A.  We happened to visit that site, but
25 there was some breaching where you had

Page 141

1  roadway going through the floodwall, the
2  local floodwall levee system there.
3     Q.  A sort of break in the system?
4     A.  Yes.
5     Q.  And so water came in from there,
6  right?
7     A.  Yes.
8     Q.  The Delft model depicts water
9  coming from there, correct?
10    A.  Yes.
11    Q.  And whether they got the timing
12 exactly right, they did get the direction
13 where it came from correct?
14    A.  They got the source correct.
15    Q.  Better yet.
16    A.  Whether they got the volume correct
17 or the timing correct --
18    Q.  Okay.
19    A.  -- that's a different discussion.
20    Q.  Do you have any question that they
21 were accurate in their modeling for the
22 different polders of where the source of the
23 water came from?
24    A.  Well, there are issues with that.
25 As I understand it, they aggregated the 65 or

Page 142

1  50 major breaches into a smaller number.  And
2  so the sources may not have been distributed
3  exactly as what happened.  So I think in the
4  details you can make arguments that the model
5  is not functioning perfectly accurately, but
6  in terms of net flooding, it's reasonable.
7      Q.  Okay.  That's fine.  Can you
8  compare and contrast for me the HEC-RAS Corps
9  model to the one the Delft Team did?
10     A.  Only in the sense I've already
11 given, in that it's more of a 1D model
12 originally than the current Sobek model is,
13 but I've not done a side-by-side comparison.
14 And the Sobek model I don't know the details
15 of because it's a proprietary model.
16     Q.  Is HEC-RAS a dynamic model?  Does
17 it try to depict what Delft does, the, I
18 don't know if they use blue or not, but the
19 timing, volume and sourcing of flooding, does
20 HEC-RAS try to do that?
21     A.  They do that, but they don't
22 present -- I've not seen the results
23 presented in that fashion.  Basically what
24 they present in their IPET report is sort of
25 the final flooding volumes and like the Table

Page 143

1  8 I referred to.
2      Q.  Right.
3      A.  So I don't know the extent that
4  they've done the time-dependent flooding of
5  the polder areas.
6      Q.  Okay.  Have you done any study to
7  determine what the surge height would have
8  been in Reach 2 if the wetlands had not been
9  destroyed?
10     A.  I have not.  IPET has done some
11 sensitivities of the ADCIRC modeling with and
12 without the wetlands.
13     Q.  Have you studied those or have an
14 opinion on those, one way or the other?
15     A.  Only to the extent that I know that
16 there's about a meter of water level
17 difference with and without the wetlands.
18     Q.  Okay.  That's their conclusion,
19 right?
20     A.  Yes.
21     Q.  But you haven't independently
22 studied that?
23     A.  No, I have not.
24     Q.  And don't have an opinion whether
25 it's good, bad or indifferent?

Page 144

1      A.  I haven't studied it myself.  I
2  would think that the ADCIRC modeling done by
3  the IPET team was fairly reasonable.
4      Q.  Again, it would be --
5      A.  It would make the right trend.  The
6  number of 1 meter would not be exactly right.
7      Q.  Right.
8      A.  I mean, there would be some
9  uncertainties with the number.
10     Q.  It could be three meters or four
11 meters, right?
12     A.  Probably not that big, but I guess
13 15, 20 percent.
14     Q.  A meter is over 3 feet, right?
15     A.  Just barely, yeah.
16     Q.  It's 39 inches?
17     A.  Yeah.  It's 3.28 feet, yes.
18     Q.  I have kids and they use metric and
19 I have no idea what they're talking about,
20 so -- and 3 feet of difference in surge made
21 the difference in terms of overtopping and
22 washing away Reach 2, correct, from what you
23 told me?
24     A.  There was -- yeah.  We know that
25 there was a significant amount of overtopping

Page 145

1  on that order of magnitude, yes.
2      Q.  Okay.  Now, you've worked with
3  people at Delft before, I think you said,
4  correct?
5      A.  Yes. I've spent half a year or
6  three or four months, actually, at Delft.
7      Q.  Where is Delft?
8      A.  It's in the Netherlands.  It is
9  east and a little bit south of Amsterdam, if
10 I remember my map right.  It's about a 30-,
11 40-minute train ride.
12     Q.  Is it an engineering school?
13     A.  Yes, it is.
14     Q.  Okay.  And is it a renowned
15 engineering school?
16     A.  Yes.
17     Q.  Were you a visiting professor
18 there?
19     A.  I don't think I had that title.  I
20 think I was, I was there about six weeks.  I
21 don't know if I had an official title.
22     Q.  Would it be fair to say Delft is
23 either the Caltech or MIT of the Netherlands?
24     A.  Probably.
25     Q.  Okay.  Now, I'm a Caltech guy.  I