# MISSISSIPPI RIVER GULF OUTLET EFFECTS ON STORM SURGE, WAVES AND FLOODING DURING HURRICANE KATRINA

## EXPERT REPORT

### BY

### G. PAUL KEMP, Ph.D.

### *ROBINSON V. UNITED STATES*

### JULY 11, 2008

The surge for scenario 2b approximates that which would have occurred under more natural conditions (**Figures 6.18a, b**). The area between the developed polders of New Orleans East and St. Bernard Parish would have been prone to high surge originating in Lake Borgne even without the MRGO and LPV projects. The wetlands in the Central Wetlands and closer to the IHNC did reduce the maximum surge elevation at the 40 Arpent Levee by about 3 feet, from 16 feet at the Lake Borgne shoreline to 13 feet (**Figure 6.18b**), but this still allowed significant overtopping of the 6.5 foot levee, and flooding of the developed area so that St. Bernard served as an outlet that reduced surge elsewhere in the funnel. The reduction in the size of the MRGO Reach 1 channel to the dimensions of the pre-existing GIWW, coupled with the swamp buffer through which it was cut, reduced maximum surge elevation at the lock on the south end of the IHNC by 5 feet and delayed the onset of surge greater than 10 feet by more than 2 hours, as Bretschneider and Collins (1966) predicted (**Figure 6.19e**).

The funnel would have been larger with more wetland storage capacity under natural conditions, and, of course, the St. Bernard Polder would have provided additional storage comparable to another outlet as it flooded to essentially the same level as actually occurred during Hurricane Katrina, although it would have been a more gradual process (**Figure 6.18b**). This simulation is the basis for the observation made in Chapter 1 that with regard to the flooding of the Lower 9th Ward and St. Bernard Parish it was as if the LPV flood protection works had never been built.

I will not present all of the output from the scenario 2A simulation in which the 40 Arpent Levee was raised to 17.5 feet. The scenario 2A hydrographs are included with the 2B output (**Figure 6.19a-f**), and show that loss of the St. Bernard storage would have raised maximum surge level in the Central Wetlands to 16 feet, about 2 feet lower than the level experienced by the MRGO EBSBs during Katrina, though for a much shorter period, and later in the surge sequence. But an earthen levee at this location would be shielded from waves by miles of swamp and marsh, and would not have been damaged by overtopping. Therefore, it would not have been exposed to the destructive combination of front and back side erosion that destroyed the MRGO EBSBs, and would not have breached almost regardless of what materials were used to build it. As surge levels rose in the Central Wetlands, water that would have drained over the much lower 40 Arpent Levee in scenario 2b made its way into the IHNC under scenario 2a, raising peak surge level at the lock by about 2 feet relative to scenario 2B, but still 3 feet lower than during Hurricane Katrina (scenario 1).

The surge peak in the IHNC during scenario 2B was controlled more by inflow from Lake Pontchartrain than from Lake Borgne (**Figure 6.20**). Water level in the IHNC during scenario 2B was essentially what it would have been if a surge barrier similar to that now being planned by the USACE for the 100-year protection plan had been in place during Katrina (See **Figure 3.6**), except that the barrier effect would have been achieved by a 90 percent reduction in the cross-section of MRGO Reach 1 to that of the GIWW, and by saving the cypress forest that once blocked the remainder of the hydraulic pathway for surge into the IHNC.

123





**Figure 6.22e FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008).  Scenario 2c, the grey dashed line is of interest and is now lower than the Katrina-As-Is run, scenario 1, or any other at these 40 Arpent locations (Figure 6.21) indicating less flooding of the Central Wetlands.**





**Figure 6.22f FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008).  Scenario 2c, the grey dashed line is of interest and is now lower than all other simulations at these 40 Arpent locations (Figure 6.21) indicating no flooding of the Central Wetlands.**

**Table 6.2  SUMMARY OF FINEL OVERTOPPING ANALYSIS FOR SCENARIOS 1, 2A, 2B, 2C AND 3 (cubic feet/linear foot)**
*Fig. 6.22*

| Location | Structure Name | Overtopped Into | Scenarios 1 | 2A | 2B | 2C | 3 |
|---|---|---|---|---|---|---|---|
| 1 | Citrus Back Levee | NO East Polder | 118,300 | 35,700 | 0 | 17,600 | 86,700 |
| 2 | NOEast Back EBSB | NO East Polder | 700 | 0 | 0 | 0 | 1,500 |
| 3 | Lower 9 Floodwall | Lower 9, St. Bernard Polder | 230,200 | 46,400 | 400 | 34,700 | 182,700 |
| 4 | IHNC West Floodwall | Upper 9, Orleans Metro Polder | 302,800 | 77,500 | 11,100 | 61,400 | 240,100 |
| 5 | IHNC East Floodwall | NO East Polder | 47,100 | 17,900 | 1,600 | 12,300 | 35,700 |
| 6 | Chalmette Levee W. Paris Rd | Central Wetlands | 252,200 | No Levee | No Levee | 78,500 | 206,400 |
| I | B. Bienvenue EBSB | Central Wetlands | 30,800 | No Levee | No Levee | 29,800 | 33,200 |
| II | MRGO Halfway EBSB | Central Wetlands | 5,800 | No Levee | No Levee | 100 | 6,200 |
| iii | B. Dupre EBSB | Central Wetlands | 77,700 | No Levee | No Levee | 43,700 | 85,800 |
| II | 40 Arpent near Chalmette | St. Bernard Polder | 0 | 0 | 78,300 | 0 | 0 |
| B | 40 Arpent near Poydras | St. Bernard Polder | 0 | 0 | 44,600 | 0 | 0 |
| C | 40 Arpent near Verret | St. Bernard Polder | 0 | 0 | 62,800 | 0 | 0 |
| | Subtotal NO East Polder | | 166,100 | 53,600 | 1,600 | 29,900 | 123,900 |
| | Subtotal St. Bernard L9 Polder | | 230,200 | 46,400 | 186,100 | 34,700 | 182,700 |
| | Subtotal Orleans Metro Polder | | 302,800 | 77,500 | 11,100 | 61,400 | 240,100 |
| | Subtotal Central Wetlands | | 366,500 | No Levee | No Levee | 147,100 | 331,600 |
| | Total All Overtopping | | 1,065,600 | 177,500 | 198,800 | 273,100 | 878,300 |
| | *Percent Scenario 1 Volume* | **NO East Polder** | *100* | *32* | *1* | *18* | *75* |
| | *Percent Scenario 1 Volume* | **St. Bernard L9 Polder** | *100* | *20* | *81* | *15* | *79* |
| | *Percent Scenario 1 Volume* | **Orleans Metro Polder** | *100* | *26* | *4* | *20* | *79* |
| | *Percent Scenario 1 Volume* | **Total Central Wetlands** | *100* | *Not Known* | *Not Known* | *40* | *90* |
| | *Percent Scenario 1 Volume* | **All Overtopping** | *100* | *17* | *19* | *26* | *82* |