UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |
| | * | |

**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

Plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter), through their counsel, respectfully move this Court for an Order enrolling Michael J. Monistere and Chadwick W. Collings, of the law firm of Milling Benson Woodward L.L.P, as additional counsel of record for plaintiffs in this and related cases. Other counsel of record for plaintiffs will remain as lead and trial counsel.

Mr. Monistere and Mr. Collings are both licensed to practice law in the State of

Louisiana and before this Honorable Court.   Their relevant information is as follows:

>Michael J. Monistere (#21360)
>MILLING BENSON WOODWARD L.L.P.
>909 Poydras Street
>Suite 2300
>New Orleans, Louisiana 70112
>Telephone:  (504) 569-7000
>Facsimile:  (504) 569-7001
>E-mail:   mmoniste@millinglaw.com

>Chadwick W. Collings (#25373)
>MILLING BENSON WOODWARD L.L.P.
>909 Poydras Street
>Suite 2300
>New Orleans, Louisiana 70112
>Telephone:  (504) 569-7000
>Facsimile:  (504) 569-7001
>E-mail:   ccollings@millinglaw.com

>Respectfully submitted,
>
>/s/ James K. Irvin _____
>James K. Irvin (# 7166)
>MILLING BENSON WOODWARD L.L.P
>909 Poydras Street, Suite 2300
>New Orleans, LA  70112-1010
>Telephone:  (504) 569-7000
>Facsimile:  (504) 569-7001
>jirvin@millinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2009, I electronically filed a Motion to Enroll Additional Counsel of Record with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter.

>  /s/ James K. Irvin

383283