## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |
| | * | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that and that Michael J. Monistere (#21360) and Chadwick W. Collings (#25373) be and are hereby enrolled as additional counsel of record in these proceedings for Plaintiffs.  James K. Irvin will remain as lead and trial counsel for plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2009.

                                         _____
                                                                **JUDGE**